ORIGINAL

FILED
2019 NOV -4  AM 9: 34
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

1  ALDEN F. ABBOTT
   General Counsel
2  STEPHEN T. FAIRCHILD
3  WA Bar No. 41214; sfairchild@ftc.gov
   RICHARD MCKEWEN
4  WA Bar No. 45041; rmckewen@ftc.gov
5  FEDERAL TRADE COMMISSION
   915 Second Avenue, Suite 2896
6  Seattle, WA 98174
7  Tel.: (206) 220-6350; Fax: (206) 220-6366
8
   ROBERT J. QUIGLEY, Local Counsel
9  CA Bar No. 302879; rquigley@ftc.gov
10 FEDERAL TRADE COMMISSION
   10990 Wilshire Boulevard, Suite 400
11 Los Angeles, CA 90024
12 Tel.: (310) 824-4300; Fax: (310) 824-4380

13 Attorneys for Plaintiff
14

15                    **UNITED STATES DISTRICT COURT**
16                    **CENTRAL DISTRICT OF CALIFORNIA**

17 | FEDERAL TRADE COMMISSION, |
18 |                           | Civ. No.   SACV 19 - 02109 JVS (ADSx)
   |        Plaintiff,         |
19 |                           | **PLAINTIFF'S NOTICE OF**
20 |           v.              | **LODGING NON-PAPER**
                                 **PHYSICAL EXHIBITS**
21 | AMERICAN FINANCIAL SUPPORT |
22 | SERVICES INC., et al.,    | **FILED UNDER SEAL**
23 |                           |
   |        Defendants.        |
24

25      Pursuant to Local Rule 11.5-1, Plaintiff, the Federal Trade Commission
26 ("FTC"), respectfully lodges the enclosed DVD containing the following non-
27 paper physical exhibits:
28

- Attachment B to Plaintiff's Exhibit 22 ("PX22"), Declaration of Scott Lause. Attachment B to PX22 consists of six audio recordings in .wav format that, as non-paper files, could not be attached to PX22.
- Attachments OO, QQ, UU, WW, XX, and YY to Plaintiff's Exhibit 23 ("PX23"), Declaration of Laureen France. These attachments to PX23 consist of recordings of certain Defendants' websites in .mp4 format that, as non-paper files, could not be attached to PX23.

Respectfully submitted,

Dated: November 4, 2019

*/s/ Stephen T. Fairchild*
Stephen T. Fairchild
Richard McKewen
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

PLAINTIFF'S NOTICE OF LODGING NON-PAPER PHYSICAL EXHIBITS – 2