3/18/2019          Gmail    Congratulations! SYLVIA BARRAZA, Your Student Loan Repayment Request Has Been Completed!    260173574

 Gmail                                                Sylvia Barraza <Redacted @gmail.com>

## Congratulations! SYLVIA BARRAZA, Your Student Loan Repayment Request Has Been Completed! - 260173574

1 message

**Emily Ross** <emily.ross@aretefinancialfreedom.com>                          Tue, Feb 26, 2019 at 3:42 PM
To: Redacted @gmail.com

[ **Arete**Financial Freedom ]

**Dear SYLVIA,**

**Thank you for choosing us to service your Student Loan Repayment Application!**

Congratulations! We have completed your Direct Loan Repayment request! We appreciate your patience through this vital process and look forward to working with you to pay off your student loans. We will be communicating with your service provider for the life of your loan to ensure you qualify for the same repayment options at the end of each calendar year. Honesty and communication is key to get through this trying repayment process but we will be there with you every step of the way. Remember, this is a marathon and we will work to get to that finish line together, hand in hand.

Your approved monthly payment is valid for 12 calendar months from the date of approval. Please be aware that your loan servicer FEDLOAN will send you a payment increase reminder before the 12 months is up. We will be working diligently during that time to resubmit annual recertification documentation to keep your payments at the lowest amount allowed based on your updated income information.

If you have any questions about the mail you received or about the process, please contact:

Processing Department
**Toll Free | (888) 331-5827**
Fax (888) 519-8402
**Hours of Operation: 8AM-6PM Pacific Standard Time**
info@artefinancialfreedom.com
www.aretefinancialfreedom.com

THIS E MAIL MAY CONTAIN NON PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS.

Attachment D

Page 86
PX2 Barraza Decl.
Attach. D

 Gmail

Sylvia Barraza <Redacted     @gmail.com>

## Re: Student Loans...Your Income Driven Repayment Was Approved!

1 message

**Emily Ross** <emily.ross@aretefinancialfreedom.com>                    Tue, Feb 26, 2019 at 3:42 PM
To: Redacted        @gmail.com

# [ **Arete** Financial Freedom ]

Feb 26, 2019

*NEW STUDENT LOAN REPAYMENT TERMS*

Congratulations **SYLVIA**!

Your application was completed and you were approved for the student loan **Revised Pay As You Earn Repayment** plan. Based off your Adjusted Gross Income on your submitted income documents, the lowest student loan payment amount we were able to obtain for you was **$0.00** towards your loan servicer **FEDLOAN**, which will be due every **5TH** of each month.

\***Please notify us if your income has significantly changed from the amount on your previously submitted income documents. If you have your most recent Tax Returns or current pay stubs that reflect a lower annual gross income, you can send those in a PDF format so we may attempt to recalculate your payment amount.

For further assistance, you can contact our customer service department at **1-888-331-5827**. Our hours of operation are from Monday to Friday 8AM-5PM (PST). We are here to assist you and make sure that you stay on track to forgiveness.

Thank you for choosing **Arete Financial Freedom** to assist you with your federal student loans!

**Processing Department**

Toll Free | (888) 331-5827

**Hours of Operation: 8AM-5PM Pacific Standard Time**
info@aretefinancialfreedom.com
www.aretefinancialfreedom.com

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

# Attachment E

3/18/2019                                          Gmail - RE: Who is my loan services?

 Gmail

Sylvia Barraza <Redacted        @gmail.com>

## RE: Who is my loan services?
1 message

emily.ross@aretefinancialfreedom.com <emily.ross@aretefinancialfreedom.com>          Fri, Mar 15, 2019 at 7:26 AM
To: Redacted        @gmail.com

Good Morning Sylvia,

Your loan servicer is Fedloan and your account information is:

Username: Redacted
Password: Redacted
Security answers to ALL security questions (For FEDLOAN users): Redacted

URL: https://accountaccess.myFedloan.org

The $39 is a monthly service fee that Arete Financial Freedom charges to manage your account and to re-certify your
account every year on your behalf. If you have any other questions or concerns please feel free to contact us at your
earliest convenience. Thank you and have a wonderful day!

From: Redacted       @GMAIL.COM <Redacted        @GMAIL.COM>
Sent: Wednesday, March 13, 2019 2:42 PM
Subject: Who is my loan services?

Client Portal Message Client: SYLVIA BARRAZA - ARI-260173574 Message: Can you please advise who my loan
services is and what the website is so that I can view my loans. Also, why am I being charged $39/month if my payment
should now be $0. Please advise. Thank you, Sylvia

Attachment E

https://mail.google.com/mail/u/0?ik=5024c05da6&view=pt&search=all&permthid=thread-f%3A1628082046594298669&simpl=msg-f%3A1628082046.5 .   1/1

**Page 88**
**PX2 Barraza Decl.**
**Attach. E**

# PX3
# Declaration of
# Stephanie Buenaventura

ORIGINAL

## DECLARATION OF STEPHANIE BUENAVENTURA
### Pursuant to 28 U.S.C. §1746

I, Stephanie Buenaventura, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.     I am 33 years of age and reside in Corona, California. I graduated from graduate school in 2014 with approximately $106,000 in student loan debt. I began to make payments on my student loans about six months after graduation. Navient is my student loan servicer. In April of 2019, I received a notice that my monthly student loan payments were increasing to $1,232.60 effective April 15, 2019. Prior to that, my loan was in a forgiveness program making monthly payments of $108..

2.     On Thursday, May 9, 2019, while at work, I received a telephone call on my personal phone from Travis Scott with American Financial Support Services ("AFSS"). Mr. Scott stated that AFSS was a third party company that worked with the Department of Education ("DOE") to assist people who might be eligible for student loan debt forgiveness. Mr. Scott had my name, home address, and phone number so I thought that he was with a legitimate third party business calling on behalf of DOE. I asked him for his company's website address but he had a plausible explanation explaining why he could not provide it to me; I do not remember what he said. Mr. Scott was very convincing. He seemed knowledgeable about federal student loan programs. I honestly thought, based on what he told me, that AFSS was working with DOE. He asked me for my Federal Student Aid ("FSA") ID and password. I resisted but he indicated that he needed to have my FSA credentials in order to determine if I qualified for student loan debt forgiveness. I did not remember my password, so I gave Mr. Scott the information that he needed to change it while I was on the telephone with him. At

Stephanie Buenaventura Declaration, p. 1 of 4

1    that point, Mr. Scott was able to see my loan balance.  He persuaded me that AFSS

2    could help me reduce my loan debt.  Once he had convinced me to hear more, he

3    transferred me to floor manager Ray Greene.

4        3.      Mr. Greene asked me detailed questions about my annual income,

5    including my 2018 taxable income, as well as the number of people for whom I

6    was financially responsible, and my driver's license number.  He also asked me to

7    email AFSS two of my most recent income statements and I sent him my April

8    2019 statement because it was easily available to me at that moment.  Mr. Greene

9    told me that AFSS would have my loan transferred from Navient to AFSS and

10    AFSS would service it directly.  He said that AFSS would handle all of the

11    administrative and transfer fees.  He said that they would reduce the term of my

12    loan from 160 months to 120 months.  He said that through their program, I would

13    save about $20,000, paying $87,000 rather than the $106,000 that I then owed.  He

14    said that my monthly payment would be $667, plus a $39 AFSS processing fee, for

15    a total of $706.  When I asked him how AFSS could do that when Navient could

16    not, he suggested that Navient was not as streamlined and nimble as AFSS.  He

17    indicated that AFSS had a better, more direct relationship with DOE.  He said that

18    with AFSS, I would pay the loan itself, but not the interest.  He said that the

19    upfront cost of the service was $749.

20        4.      Several times during this conversation, I told Mr. Greene that I needed

21    time to think about it and consider my options, was short on time, and wanted to

22    delay making a decision, but he said that I was making a mistake and conveyed a

23    sense of urgency.  He told me that if the $749 payment was a problem, the

24    company could work with me or I could postdate my payment.  Eventually, I

25    agreed to use the AFSS services.  I provided my debit card for a postdated payment

26    to AFSS scheduled for May 17, 2019.

27

28

   Stephanie Buenaventura Declaration, p. 2 of 4

1       5.     Given that I had just learned that on April 15, 2019, my monthly

2   student loan payments were going to increase to $1,232.60, I felt some relief to

3   think that there might be a solution through AFSS. Based on Mr. Greene's claims

4   that they could reduce my total student debt burden to $87,000 and that my

5   monthly payment with AFSS would be $706, I agreed to sign up. Mr. Green then

6   recorded my consent to the payment terms on a separate telephone line. It was an

7   automated system with recorded questions that had "yes" or "no" answers. In

8   some cases, Mr. Greene answered for me, particularly if the question was

9   something that he had asked me earlier.

10      6.     Mr. Greene then emailed me a set of documents to review and sign

11   digitally. **Attachment A** is a true and correct copy of the email containing the link

12   that I clicked on to retrieve the documents for esigning. I reviewed the documents

13   on my phone. I noticed that several of these documents were on 1file.org

14   letterhead or had 1file.org logos. Mr. Greene talked while I was trying to read the

15   documents. The font was small and every time I tapped to initial or sign in one

16   place, the document jumped to the next place to initial or sign. I remember that

17   some of the DOE documents were auto filled with my information, including my

18   Social Security number, which I did not provide to either Mr. Scott or Mr. Greene.

19   I unfortunately did not save a copy of these documents to my telephone.

20      7.     Immediately after my call with Mr. Greene ended, I had second

21   thoughts. I tried to call back using the number that Mr. Greene had called me on,

22   but no one answered and there was no way to leave a message. I also tried to call

23   833-456-2377, the number that is on the AFSS website, www.americanfss.org, but

24   again, no one answered and there was no way to leave a message. Within a few

25   minutes, Mr. Greene called me saying he had received my voice mail, though I had

26   not left a message. I told him that I had read an online complaint about AFSS, and

27   I asked him for the company's website address. He gave it to me. I told Mr.

28

Stephanie Buenaventura Declaration, p. 3 of 4

1 | Greene that I had second thoughts and wanted to opt out.  He set about reiterating
2 | the things that he had told me before.  He encouraged me to send him my most
3 | recent pay statement and be reassured that their program would be beneficial for
4 | me.  I did send him that pay statement.

5 | 8. On Friday, May 10, 2019, I called Navient and spoke to a female
6 | representative.  I explained what had happened with AFSS.  I explained that I had
7 | provided my login credentials to AFSS.  The Navient representative advised me to
8 | change my login credentials, which I did.  She also reassured me that there was no
9 | way that AFSS could transfer my student loan debt away from Navient without my
10 | express permission.

11 | 9. On Saturday, May 11, 2019, Mr. Greene called me.  He said that I had
12 | changed my Navient password.  I told him that I had and that I was opting out of
13 | any further relationship with AFSS.  Mr. Greene tried to convince me that I was
14 | making a mistake, but I was not persuaded.  I told him that I was already on a loan
15 | forgiveness program and did not want to proceed with the AFSS program.  After
16 | speaking with Mr. Greene, I closed the debit card account that I had given AFSS.

17 |

18 |     I declare under penalty of perjury that the foregoing is true and correct to the
19 | best of my knowledge.

20 |

21 | Dated: ___5/31_____, 2019        _____
                                              Stephanie Buenaventura

Stephanie Buenaventura Declaration, p. 4 of 4

# Attachment A

Gmail - Stephanie Buenaventura - Documents For Your Review

 Gmail

Stephanie Buenaventura ████████ @gmail.com>

## Stephanie Buenaventura - Documents For Your Review

2 messages

**processing@1file.org** <processing@1file.org>
To: ████████ @gmail.com                                    Thu, May 9, 2019 at 5:04 PM

Regards,
Travis Scott
American Financial Support Services
500 Ygnacio Valley Road,
Ste 430,Walnut Creek CA 94596

Toll Free: +1 888 253 4932
Email: docs@americanfss.org
Mon - Fri 11:30 - 20:30 EST

Please click on the link below...

Click Here To Review Documents

**processing@1file.org** <processing@1file.org>
To: ████████ @gmail.com                                    Thu, May 9, 2019 at 5:06 PM

[Quoted text hidden]

### ATTACHMENT A

**Page 93**
**PX3 Buenaventura Decl.**
**Attach. A**

6/6/2019                                                                                                          AT&T

## Back to usage

## Data, text & talk logs

**Device:**   STEPHANIE BUENAVENTURA   |   951

**Billing period:**   Apr 20, 2019 ~ May 19, 2019
Showing details for Talk usage

Totals for this billing period:      424 calls          1728 minutes          $0.00

| Date / Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 05/09/2019 | 06:28PM | 888.253.4932 | Toll Free, CL | | 2 | 0.00 |
| 05/09/2019 | 06:27PM | 818.483.0361 | Agoura, CA | | 2 | 0.00 |
| 05/09/2019 | 06:17PM | 714.757.8630 | Anaheim, CA | | 1 | 0.00 |
| 05/09/2019 | 06:00PM | 239.963.1450 | Call Wait | CW | 8 | 0.00 |
| 05/09/2019 | 04:54PM | 818.483.0361 | Call Wait | CW | 67 | 0.00 |
| 05/09/2019 | 04:50PM | 951.398.9973 | Incoming, CL | | 7 | 0.00 |
| 05/09/2019 | 04:44PM | 951.398.9973 | Woodcrest, CA | | 6 | 0.00 |
| 05/09/2019 | 04:34PM | 909.342.0095 | Incoming, CL | | 10 | 0.00 |
| 05/09/2019 | 04:25PM | 909.342.0095 | Chino, CA | | 10 | 0.00 |
| 05/09/2019 | 04:24PM | 909.342.0095 | Chino, CA | | 1 | 0.00 |
| 05/09/2019 | 04:00PM | 951.398.9973 | Woodcrest, CA | | 1 | 0.00 |
| 05/09/2019 | 12:36PM | 915.314.5517 | Incoming, CL | | 2 | 0.00 |
| 05/08/2019 | 05:27PM | 800.655.4555 | Toll Free, CL | | 18 | 0.00 |
| 05/08/2019 | 05:15PM | 800.655.4555 | Toll Free, CL | | 10 | 0.00 |
| 05/08/2019 | 04:55PM | 949.377.0347 | Irvine, CA | | 15 | 0.00 |
| 05/08/2019 | 04:48PM | 714.966.2112 | Santa Ana, CA | | 2 | 0.00 |
| 05/08/2019 | 04:44PM | 951.398.9973 | Incoming, CL | | 4 | 0.00 |
| 05/08/2019 | 04:26PM | 714.486.2328 | Santa Ana, CA | | 4 | 0.00 |
| 05/08/2019 | 04:06PM | 951.398.9973 | Incoming, CL | | 6 | 0.00 |
| 05/08/2019 | 03:56PM | 951.398.9973 | Woodcrest, CA | | 1 | 0.00 |
| 05/08/2019 | 03:05PM | 951.398.9973 | Incoming, CL | | 1 | 0.00 |
| 05/08/2019 | 02:56PM | 951.398.9973 | Incoming, CL | | 1 | 0.00 |
| 05/08/2019 | 02:55PM | 951.398.9973 | Woodcrest, CA | | 1 | 0.00 |
| 05/08/2019 | 11:36AM | 951.398.9973 | Woodcrest, CA | | 5 | 0.00 |

*Disregard* (handwritten note next to first row)

**Page 94**
**PX3 Buenaventura Decl.**
**Attach. A**

6/6/2019                                         AT&T

| Date / Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 05/10/2019 | 08:30PM | 714.757.8630 | Anaheim, CA | | 1 | 0.00 |
| 05/10/2019 | 08:30PM | 909.576.7964 | Pomona, CA | | 1 | 0.00 |
| 05/10/2019 | 08:26PM | 714.757.8630 | Anaheim, CA | | 1 | 0.00 |
| 05/10/2019 | 07:04PM | 951.398.9973 | Woodcrest, CA | | 1 | 0.00 |
| 05/10/2019 | 07:04PM | 714.757.8630 | Incoming, CL | | 3 | 0.00 |
| 05/10/2019 | 05:03PM | 951.398.9973 | Incoming, CL | | 6 | 0.00 |
| 05/10/2019 | 04:27PM | 951.398.9973 | Incoming, CL | | 3 | 0.00 |
| 05/10/2019 | 04:23PM | 951.398.9973 | Woodcrest, CA | | 1 | 0.00 |
| 05/10/2019 | 03:12PM | 323.412.9669 | Incoming, CL | | 8 | 0.00 |
| 05/10/2019 | 03:11PM | 323.412.9669 | Incoming, CL | | 1 | 0.00 |
| 05/10/2019 | 11:31AM | 951.318.7192 | Riverside, CA | | 1 | 0.00 |
| 05/10/2019 | 11:15AM | 714.315.4230 | Anaheim, CA | | 1 | 0.00 |
| 05/10/2019 | 11:01AM | 714.580.8854 | Incoming, CL | | 2 | 0.00 |
| 05/10/2019 | 10:56AM | 714.580.8854 | Hntngtnbch, CA | | 1 | 0.00 |
| 05/10/2019 | 09:40AM | 951.398.9973 | Incoming, CL | | 1 | 0.00 |
| 05/10/2019 | 09:09AM | 951.398.9973 | Woodcrest, CA | | 1 | 0.00 |
| 05/10/2019 | 07:30AM | 833.456.2377 | Toll Free, CL | | 1 | 0.00 |
| 05/10/2019 | 07:28AM | 239.963.1450 | Naples, FL | | 1 | 0.00 |
| 05/10/2019 | 07:21AM | 951.768.5188 | Corona, CA | | 4 | 0.00 |
| 05/10/2019 | 07:20AM | 951.398.9973 | Woodcrest, CA | | 1 | 0.00 |
| 05/10/2019 | 07:03AM | 800.935.9935 | Toll Free, CL | | 18 | 0.00 |
| 05/10/2019 | 06:51AM | 888.272.5543 | Incoming, CL | | 6 | 0.00 |
| 05/10/2019 | 06:47AM | 800.722.1300 | Toll Free, CL | | 3 | 0.00 |
| 05/09/2019 | 08:34PM | 951.398.9973 | Woodcrest, CA | | 1 | 0.00 |
| 05/09/2019 | 06:44PM | 239.963.1450 | Incoming, CL | | 10 | 0.00 |
| 05/09/2019 | 06:38PM | 800.935.9935 | Toll Free, CL | | 5 | 0.00 |

**SDDV** = Shared Minutes

**Incoming Call     Outgoing Call**

**Back to usage**

**Page 95**
**PX3 Buenaventura Decl.**
**Attach. A**

# PX4
# Declaration of
# Shaun Cichacki

DECLARATION OF SHAUN CICHACKI
Pursuant to 28 U.S.C. §1746

I, Shaun Cichacki, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.      I am over the age of 18 and reside in Wautoma, Wisconsin. I graduated from college in October 2014, and have approximately $48,000 in student loan debt.

2.      On or about March 1, 2016, I saw a television advertisement for Arete Financial Freedom that offered student loan debt assistance and included a toll-free number. I think the toll-free number was (888) 519-8402. At that time, I was working full-time at a retail job. I wanted to find out if there was some way to reduce my student loan debt. For that reason, I called the toll-free number and reached an automated system asking me to indicate whether I was a current or a new customer. I indicated that I was a new customer and was then transferred to a woman who said that her name was Stephanie Smith. Ms. Smith told me that Arete Financial Freedom ("Arete") would work with FedLoan Servicing ("FedLoan"), my loan servicer to consolidate my loans (I had 16 at that time), lower my interest rate, lower my monthly payments, and reduce my student loan balance. She said that Arete worked directly with the Department of Education ("DOE"). She said that she would be my dedicated advisor through Arete as the years went on.

3.      Ms. Smith asked me several questions. She asked about the amount and number of my student loans, and the amount of my monthly payments. She

Shaun Cichacki Declaration, p. 1 of 5

1  may have asked for my Social Security number and I remember her asking for my
2  FedLoan user name and password.  She said she needed my FedLoan login
3  credentials in order to work on my student loan debt.  She also asked my income, if
4  I worked full-time, and the number of people in my household.  She also asked if I
5  financially supported the other people in my household.  At that time, I lived with
6  my parents and my older brother, but I did not support them financially.

7

8       4.       Ms. Smith told me that the cost of starting the program was $600, and
9  I could pay the first $300 of the $600 at the first part of the month and the last $300
10  at the end of the month.  According to Ms. Smith, once the $600 was paid, I would
11  make monthly payments of $39 for 20 years.  After those 20 years, my student loan
12  balance would be forgiven.  Because I believed, based on what Ms. Smith said,
13  that Arete would work with DOE and my loan servicer to consolidate my student
14  loans, reduce my monthly payment, and get me into a repayment program
15  involving loan forgiveness after I paid a flat $39 monthly payment for 20 years, I
16  agreed to sign up with Arete.  I provided Ms. Smith with my debit card information
17  so that Arete could arrange for payment of the $600 followed by the $39 monthly
18  payments.  I have a vague recollection that Ms. Smith recorded a portion of our
19  conversation during which I agreed to sign up with the company and make these
20  payments.  I was aware that my monthly payment to Arete of $39 for 20 years
21  would total $9,360.

22

23       5.       Ms. Smith said that I needed to e-sign some documents that confirmed
24  our agreement.  On or about March 1, 2016, I received an email with a link to
25  those documents.  I remember e-signing the documents on my computer, but I do
26  not recall whether I was on the telephone with Ms. Smith when I signed the
27  documents.  Unfortunately, I no longer have copies of the documents that I e-
28  signed.

Shaun Cichacki Declaration, p. 2 of 5

1

2      6.      Over the next several months, I received various emails from Arete,

3  primarily notices advising me that my $39 payments were due. I believe that Arete

4  consolidated my 16 student loans into one loan. It is also my understanding that

5  Arete submitted paperwork to place my student loan debt into an Income Based

6  Repayment program.

7

8      7.      On March 26, 2019, Emily Ross from Arete sent me an email

9  requesting that I provide Arete with proof of my income, either by submitting my

10  tax returns for 2017-18 or by providing copies of my two most recent paystubs. I

11  responded to this request by emailing copies of my two most recent paystubs to

12  Arete. A true and correct copy of a printout of a screenshot of that email is

13  included as **Attachment A**. On April 11, 2019, Arete sent me a reminder that my

14  next payment would be automatically deducted the next day. A true and correct

15  copy of a printout of a screenshot of that email is included as **Attachment B**. On

16  May 9, 2019, Emily Ross with Arete sent me an email advising me that it was time

17  for recertification of my income for the Income Driven Repayment program I was

18  in. **Attachment C** is a true and correct copy of a printout of a screenshot of that

19  email. I noticed that the subject line of this email advised that my "FSA ID Has

20  Been Disabled." I thought it was strange that my FSA ID had been disabled. I

21  tried to login to my account and found that I was locked out. I contacted FedLoan

22  and they helped me regain access with new login credentials, which I then shared

23  with Arete. At that point, I did not mention Arete when I spoke to FedLoan. On

24  May 13, 2019, Arete sent me an email indicating that the company was "currently

25  processing the Annual Recertification of [my] Income Driven Repayment plan"

26  and that I would "receive confirmation of [my] student loan payment details after

27  the process is complete." **Attachment D** is a true and correct copy of a printout of

28  a screenshot of that email. That was followed on June 13, 2019, by an email from

Shaun Cichacki Declaration, p. 3 of 5

1   Emily Ross advising me that I was approved for the "Pay As You Earn
2   Repayment" plan and that my monthly payment of $68.52 would be due on the
3   fourth of every month, payable to FedLoan.  The email noted that this $68.52
4   payment was "separate from the monthly payment of $39 that you make to us to
5   manage your student loans for you."  **Attachment E** is a true and correct copy of a
6   printout of a screenshot of that email.  This surprised me because I believed that
7   Arete had me in a loan repayment program to pay $39 for 20 years, and that Arete
8   would be applying that $39 entirely towards my loans.
9
10          8.      Upon receiving the June 13, 2019 email from Arete, I called FedLoan
11  and learned, for the first time, that the $39 in monthly payments that I had made to
12  Arete since the spring of 2016 had not been applied to my student loan account.  I
13  also learned, for the first time, that Arete filed papers to place my student loan in a
14  deferment status, which actually extended the term of my loan.  This means that I
15  will pay interest on my student loan for an extended period and it will cost more to
16  pay it off completely.  The FedLoan representative to whom I spoke suggested that
17  I cancel further payments to Arete and see if I could get a refund.
18
19          9.      Upon learning that Arete had not been applying my $39 monthly
20  payments to my student loan debt, I called Arete and advised them that I wanted to
21  cancel further payments to the company and requested a refund.  When they asked
22  me why I wanted to cancel, I told them that FedLoan suggested that I do so.  The
23  Arete representative told me that they would only refund the four $39 payments
24  that I had made since they requested my paycheck stubs for recertification in
25  March 2019.  On July 17, 2019, Arete sent me an acknowledgment of my
26  cancellation; a true and correct copy of a printout of a screenshot of that email is
27  appended as **Attachment F**.  On July 19, 2019, I received an email attaching a
28

Shaun Cichacki Declaration, p. 4 of 5

1    confirmation of the $156 refund, which equaled four payments of $39.

2    **Attachment G** is a true and correct copy of a printout of a screenshot of that email.

3

4        10.    If I had known that Arete was not applying my $39 monthly payments

5    to my student loan debt and that rather than reducing my student loan debt, Arete's

6    actions would increase the term of my loan and the interest owing on it, I would

7    not have signed up and I would not have paid them any money.

8

9    I declare under penalty of perjury that the foregoing is true and correct to the best

10    of my knowledge.

11

12    Dated: 08/30_____, 2019

13                                        Shaun Cichacki

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Shaun Cichacki Declaration, p. 5 of 5

# Attachment A



ATTACHMENT A

# Attachment B



ATTACHMENT B

**Credit Card Authorization Form**
**For Recurring Charges**

Please fill in the information and sign below.

Print Name

Phone Number:

Email:

Credit Card Type (Check One):        MasterCard        Visa        Discover        American Express

Credit Card Number:                  -              -            -

Security Code:

Expiration Date:              /

Credit Card Holder's Name (print):
                                                (Exactly as it appears on the credit card)

Billing Address:

City:                        State:              Zip:

Card Holder Phone Number:            -           -

I authorize                        to initiate a recurring charge to the credit card indicated above for the total amount due each                        .  I also authorize charges for any additional related services that I may incur.  Charges to my account may vary.  I will be provided notice if the charges exceed $                    .

I understand that I may cancel my recurring charge upon written notice to allowing thirty days (30) time for action on my cancellation notice.

Card Holder Signature                                        Date_

Highly Confidential

# Attachment C



ATTACHMENT C

# Attachment D



ATTACHMENT D

# **Attachment E**



ATTACHMENT E

# Attachment F



ATTACHMENT F

# Attachment G



FW: Refund requested

billingforatretefinancialfreedom.com

Attached is a confirmation of your refund. Please allow up to 30 business days or less so the funds to go back onto your account.

Completed

Your confirmation has been accepted.
Authorization code: CREDIT 625200 8-13-111 60085::
Amount: $ 58.00

**Billing Department**
Arete Financial Freedom / Student Loan
Phone: 1-888-331-5827
Fax: 1-888-366-2219
1261 E. Dyer Rd. #100 - Santa Ana, CA 92705

**Hours of Operation:**
M: 8:00 AM-5:00 PM
T: 8:00 AM-5:00 PM
W: 8:00 AM-5:00 PM
Th: 8:00 AM-5:00 PM
F: 8:00 AM-5:00 PM
S: Closed
S: Closed

RESCHEDULE: Please be advised that payments are processed every day at 7 am PST. Please contact us 3 days prior to your due date if you need to reschedule.

Reply    Forward

ATTACHMENT G

# PX5
# Declaration of
# Heather Cusic

DECLARATION OF HEATHER CUSIC

ORIGINAL

Pursuant to 28 U.S.C. §1746

1
2

I, Heather Cusic, hereby state that I have personal knowledge of the facts set

3
4  forth below and am competent to testify about them.  If called as a witness, I could

5  and would testify as follows:

6          1.      I am over the age of 18 and reside in Richmond, Virginia.  I graduated

7  from college in 2017 with four subsidized and four unsubsidized federal student

8  loans totaling approximately $26,000 in student loan debt.

9

10         2.      On Saturday, August 10, 2019, I received an unsolicited telephone

11  call from a man whose name I do not recall.  He said he was with "Account

12  Services," a third party processor working with the Department of Education

13  ("DOE").  He said that I was eligible for a student loan "discharge program."  He

14  knew my Social Security number, my date of birth, the name of the college that I

15  attended, the number and type of my student loans, how much I had paid and the

16  number of payments I had made on my loans.  He said that he could lower my

17  student loan payments.  He gave me new login credentials to my Federal Student

18  Aid account on the Department of Education website.  At the time of his call, I was

19  making $160 monthly payments on my student loans.

20

21         3.      About five minutes into the call, the man that I was speaking to

22  transferred the call to another man who said that his name was Jeffrey.  I asked

23  Jeffery some questions.  I asked him why he was calling me on a Saturday and he

24  said that they came in on Saturdays to process paperwork for people who qualified

25  for their programs.  I explained that I intended to enroll in graduate school.  He

26  told me that once I enrolled in graduate school, I should contact his company

27  because my loans would be eligible for a grace period.  He said his company

28

Heather Cusic Declaration, p. 1 of 5

1   would put my loans on hold for me.  He asked me if I was working and if I worked

2   for a non-profit.  I am employed, but not for a non-profit and I told him so.  I asked

3   him to explain the process and he explained that all of my loans were accruing

4   interest.  He said that they hoped to save me $10,000 by consolidating my loans

5   and reducing my overall interest rate.  He was a little pushy but he convinced me

6   that they could significantly lower my monthly payments.  The fact that he had so

7   much personal information about me and about my student loans led me to believe

8   that he was actually with the DOE.  He asked me to "verify" my date of birth,

9   address, and driver's license number, by providing him with that information,

10  which I did.

11

12      4.      He said that I needed to e-sign some documents and pay a processing

13  fee.  He explained that the cost of the program was $999, which I could pay in four

14  monthly installments of $249.75 for four months and then I would pay $125 per

15  month on my loans to FedLoan Servicing ("FedLoan"), my loan servicer.  He told

16  me that his company normally charged a $19 monthly processing fee but they

17  would waive that fee because of my eligibility for a particular loan repayment

18  program.  In response to my question, he said that I could make as many payments

19  as I wanted to in order to reduce the amount owing.

20

21      5.      Jeffrey sent me an email containing a link to the documents that he

22  said that I needed to digitally sign in order to enroll in the program.  I clicked on

23  the link in the email and the documents downloaded to my phone.  Jeffrey was on

24  the phone with me while I reviewed and signed the documents on my phone.  At

25  the top of the page, there was a sort of counter indicating how many of the required

26  signatures I had signed and how many I had left to sign.  While I was signing the

27  documents, I tried to search the companies whose logos were on the documents to

28

Heather Cusic Declaration, p. 2 of 5

1  determine if they had a web presence and I saw that they did.  Meanwhile, Jeffrey
2  was rushing me by repeatedly asking me how many places I had left to sign.
3  Jeffrey explained a few things about the documents.  He explained that his
4  company was waiving the $19 payments shown in the "payment schedule" at the
5  back of the document.  He also explained a little about the process they would use
6  to consolidate my loans to save me money.  Every time I e-signed in one place, the
7  document jumped down to the next signature line and I had to try to scroll up to
8  see what was between the two signatures.  I skimmed all of the pages and the
9  arrangement seemed legitimate.
10
11      6.    I saw that some of the documents were from DOE, which again led
12  me to believe that I was dealing with a legitimate organization that was working
13  with the DOE.  While e-signing these documents, I learned that the name of
14  Jeffrey's organization was American Financial Support Services ("AFSS") because
15  that was the name on the "service agreement."  True and correct copies of these
16  documents are appended as **Attachment A**.  After I got off the call and had a
17  chance to more closely review these documents, I noticed that they included a
18  credit card authorization form for an entity called "1file.org" to charge my credit
19  card (pg. 8 of Attachment A).  Jeffrey from AFSS did not mention 1file.org on our
20  call.
21
22      7.    At his request, I also gave Jeffrey my debit card number so the
23  company could deduct initial four months of $249.75 payments.  He wanted to set
24  up my first payment for the next Monday, August 12, but I requested that he push
25  it back to Thursday, August 15.  He said that his company would place a four-
26  month forbearance on my student loans to coincide with the four-month period that
27  I was paying the $249.75 payments to 1file.org.  Near the end of our call, Jeffrey
28
    Heather Cusic Declaration, p. 3 of 5

1    created different login credentials for my FedLoan account and reset my security

2    questions.  He also gave me a file number, a telephone number to reach him (800-

3    864-4107), and his email address, which was info@flcsolutions.org.

4

5           8.     Later that day, I received three emails at the same time from

6    processing@1file.org.  This was the first time that I saw this company's logo,

7    name and related information.  One email included login credentials for a

8    "customer portal" and requested that I upload my federal tax return through the

9    portal.  A second email had the subject "7 Things your Federal Student Loan

10   servicer fails to tell you."  A third email was a "Borrower Eligibility Confirmation"

11   that accurately listed my existing student loans and their balances.  True and

12   correct copies of printouts of these emails are included as **Attachment B**.

13

14          9.     On Monday, August 12, 2019, I received another email from 1file.org,

15   welcoming me to the "student loan consolidation program" and explaining how my

16   "application" would be processed.  A true and correct printout of that email is

17   included as **Attachment C**.

18

19         10.    When I received the email asking for my tax returns, I began to get

20   suspicious.  If, as Jeffrey claimed, his company was working with DOE, it seemed

21   to me that they should have access to my tax information.  That caused me to

22   question whether the company was legitimate.  I searched "1file.org" online and

23   read many complaints from people who said that they had been deceived by the

24   company.  I called FedLoan and spoke to a customer service agent who said that

25   they did not work with third parties and that from what I described, it sounded like

26   I had been deceived.  On or about August 12, 2019, after talking to the FedLoan

27   customer service agent, I canceled my debit card so that neither AFSS or 1file.org

28

Heather Cusic Declaration, p. 4 of 5

1    could debit any money from me. On or about August 14, 2019, I filed a complaint
2    about Ifile.org with the Federal Trade Commission. **Attachment D** appears to
3    contain a true and correct representation of the information that I provided in that
4    complaint.
5
6        11.     Sometime after August 15, 2019, I received a voicemail from Jeffrey
7    advising me that they had canceled my transaction because my debit card payment
8    did not go through. He asked me to call him and provide him with an active
9    payment card number so they could get going on my loans. I did not respond to
10    this call.
11
12        12.     On Friday, August 16, 2019, I received a letter from the college I
13    attended, Georgia Tech, advising me that in March of 2019, the school's student
14    database was breached. The letter offered me a one-year subscription to Life Lock,
15    a credit monitoring service. If I had received that notice earlier, I might have been
16    more careful earlier on. Given the amount of sensitive, personal information that
17    AFSS and Ifile.org had about me, I am concerned that my Georgia Tech records
18    have fallen into the hands of unscrupulous individuals.
19
20        I declare under penalty of perjury that the foregoing is true and correct to the
21    best of my knowledge.
22
23    Dated: 26 AUGUST _____, 2019 _____
24                              Heather Cusic
25
26
27
28

   Heather Cusic Declaration, p. 5 of 5

# Attachment A



**American Financial Support Services**

### SERVICE AGREEMENT

This service agreement ("Agreement") is made and entered into this 10th day of August, 2019, by and between American Financial Support Services ("American Financial Support Services"), and HEATHER L CUSIC hereinafter referred to as ("Client"), whose address is _____ _____ , Richmond VA ____ , with reference to the following.

### RECITALS

A. American Financial Support Services provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation") and/or restructure the current payment to a new ("Income-Driven Repayment");

B. Client requests American Financial Support Services perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth, below, American Financial Support Services and Client do hereby agree to the following:

**1. Client Loan Service Definition.**

American Financial Support Services provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. American Financial Support Services will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

**2. Nature of Service; No Legal or Tax Advice.**

American Financial Support Services is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. The Client acknowledges that American Financial Support Services is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

**3. Rehabilitation; Garnishment.**

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, American Financial Support Services will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, American Financial Support Services will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

**4. Fees.**

Client agrees to pay American Financial Support Services a Service fee of $999.00 for providing the Services. In addition Client agrees to pay American Financial Support Services a Monthly Maintenance fee of: $19.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, American Financial Support Services will reimburse 100% of all Clients' fees collected, Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

**5. Refund.**

Client understands that American Financial Support Services is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website. However, American Financial Support Services guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with American Financial Support Services providing all information requested by American Financial Support Services and DOE in a timely manner as deemed by American Financial Support Services and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 30 days of any loan application denial by the DOE. American Financial Support Services will reimburse 100% of the Service fee paid by Client. **ATTACHMENT A**

**6. Process.**      ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T19:58:21-05:00

- Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. American Financial Support Services relies on the applicable lender(s) and American Financial Support Services cannot be held liable for delayed completion due to delays in obtaining information or approvals from third parties or the DOE. The average completion time to process a
- Federal Student Loan Consolidation through American Financial Support Services is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

**7. Client Warranty.**

Client expressly represents and warrants that they will provide American Financial Support Services with information that is complete and accurate to the best of their knowledge. American Financial Support Services is under no obligation to independently verify the information provided by Client.

**8. Client Authorization.**

I hereby authorize American Financial Support Services to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize American Financial Support Services to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information American Financial Support Services obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

**9. Arbitration and Choice of Law.**

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

**10. Indemnification.**

Client hereby agrees to defend and hold harmless American Financial Support Services from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

**11. Termination of Agreement.**

Client may cancel this contract any time with written notice to American Financial Support Services prior to being approved for Federal Student Loan Consolidation. Any fees paid to American Financial Support Services at time of cancellation shall be deemed earned as long as American Financial Support Services has acted in good faith in performing services on behalf of Client. American Financial Support Services may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, American Financial Support Services (American Financial Support Services), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (844) 593-8072.

| | |
|---|---|
| **HEATHER L CUSIC** | *Heather L Cusic* |
| NAME | SIGN |
| | |
| 08/10/2019 | |
| DATE | SSN |

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T19:58:21-05:00

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T19:58:21-05:00

Page 116
PX5 Cusic Decl.
Attach. A

## Privacy Policy

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal information. Personal information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: Information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports; information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and American Financial Support Services to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact American Financial Support Services Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e. exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt-out' of having personal information shared. By providing information to American Financial Support Services you are consenting to the collection, use, and disclosure of personal information in the manner described in this privacy policy. This Policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

**7901 Stoneridge Dr. Ste 504, Pleasanton, CA 94588 - (844) 593-8072**

Email address: processing@americanfss.org

HEATHER L CUSIC
NAME

08/10/2019
DATE

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T19:58:21-05:00



**American Financial Support Services**

**Limited Scope Power of Attorney**

- THIS LIMITED POWER OF ATTORNEY IS ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION ("DOE") AND CLIENT, HEATHER L CUSIC ("GRANTOR"). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.

- I, HEATHER L CUSIC, Social Security # ▓▓▓▓, residing at ▓▓▓▓ , , Richmond VA ▓▓ Richmond VA ▓▓ this date, Aug 10, 2019, hereby appoints American Financial Support Services as my ATTORNEY-IN-FACT to perform on my behalf as indicated below.  With this signature, HEATHER L CUSIC authorizes American Financial Support Services to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,

1. Access my account with the DOE, including taking steps and providing information necessary to access the account.

2. Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3. Drafting and, following my execution, submitting an application to the DOE.

4. Engaging sub-contractors as may be appropriate to perform the services.

American Financial Support Services has full authority to represent me, HEATHER L CUSIC, to perform the services outlined in the Service Agreement.

This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:

1. It is revoked, suspended or terminated in writing by the GRANTOR; or

2. The contract is terminated for any reason, whichever is earlier to occur.

**7901 Stoneridge Dr, Ste 504, Pleasanton, CA 94588 - (844) 593-8072**

HEATHER L CUSIC
    NAME

                                   *Heather L Cusic*
                                   SIGN

08/10/2019
    DATE

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T19:58:21-05:00



# United States Department of Education

## Certification of Identity & Authorization to Disclose Personal Information

Privacy Act Statement. Department regulations require a person who submits a written request for access or disclosure of records to submit personal data sufficient to identify the individual submitting the request. 34 C.F.R. Section 5b.5(b). We solicit the information requested here in order to ensure that the records of individuals who are the subject of Department systems of records are not wrongfully disclosed by the Department. If you fail to furnish this information we will take no action to honor your request. Required information is indicated in CAPS.

FULL NAME OF REQUESTER   [PLEASE PRINT]   HEATHER L CUSIC

ADDRESS [STREET]

[CITY]   Richmond                                    [STATE]   VA                        [ZIP]

Phone [301 ]                             Email:            @gmail com

SOCIAL SECURITY NUMBER                              DATE OF BIRTH [MM/DD/YY]

## Authorization to Disclose Personal Information to Another Person

I authorize the Department of Education and its agents to release to, and discuss with, the individual named below as my representative, any records of the Department regarding my student financial assistance loan or grant obligation(s) to the Department, for the purpose of assisting me in satisfying the obligation:

FULL NAME OF REPRESENTATIVE:   1FILE.ORG

ADDRESS [STREET]   5772 BOLSA AVE STE B220

[CITY]   HUNTINGTON BEACH                       [STATE]   CA                        [ZIP]   92649

PHONE [844 ] 583-8072                          [Relationship To Requester]   3rd Party Organization

I authorize the Department to honor this authorization unless and until I revoke it in a written notice and the designated office of the Department receives that notice. I understand that whenever requesting disclosure of information, the representative named here must submit information to verify his or her identity.

I UNDERSTAND THAT IN ORDER TO VERIFY HIS OR HER IDENTITY WHEN MAKING A REQUEST FOR DISCLOSURE BY TELEPHONE, THE REPRESENTATIVE MAY BE REQUIRED TO PROVIDE MY SSN, DOB, AND THE DATE ON WHICH I SIGNED THIS AUTHORIZATION.

I declare under penalty of perjury that I am the person named above as the requester, that I authorize release to the individual named as representative, and that the statements I provided here are true and accurate. I understand that any false statement is subject to punishment under 18 U.S.C. Section 1001 by fine or imprisonment of not more than five years, and that a knowing and willful request made under false pretenses for a record of an individual is subject to punishment under 5 U.S.C. Section 552a(i)(3) by a fine of up to $5000.

DATE   03/10/2019          SIGNATURE   *Heather L Cusic*

---

† You are not required to provide your SSN or DOB. However, we ask you to provide your SSN and DOB only to facilitate the identification of records relating to you, and unless you provide your SSN and DOB, we may be unable to locate any or all records pertaining to you.

Completed authorizations should be mailed to:

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE TX 75403-5609

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T19:58:21-05:00

| Form **4506-T** | **Request for Transcript of Tax Return** | |
|---|---|---|
| (Rev. September 2015)<br>Department of the Treasury<br>Internal Revenue Service | ▶ Do not sign this form unless all applicable lines have been completed.<br>▶ Request may be rejected if the form is incomplete or illegible.<br>▶ For more information about Form 4506-T, visit *www.irs.gov/form4506t*. | OMB No. 1545-1872 |

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first.<br><br>HEATHER L CUSIC | 1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

    Richmond VA

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

    1FILE.ORG, 5772 Bolsa Ave Suite 220, Huntington Beach, CA 92649

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶   1040

  **a** Return Transcript, which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . . . . ☐

  **b** Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . . . ☐

  **c** Record of Account, which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . . . . ☐

**7** Verification of Nonfiling, which is proof from the IRS that you did not file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☐

**8** Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.   | 12 / 31 / 14 | 12 / 31 / 15 | 12 / 31 / 16 | / / |

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

| ☐ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions. | | Phone number of taxpayer on line 1a or 2a |
|---|---|---|
| **Sign Here** ▶   Heather L Cusic | 08/10/2019 | |
|   Signature (see instructions) | Date | |
| ▶ Title (if line 1a above is a corporation, partnership, estate, or trust) | 08/10/2019 | |
|   Spouse's signature | Date | |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.      Cat. No. 37667N      Form **4506-T** (Rev. 9-2015)

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T19:58:21-05:00

<u>**Credit Card Authorization Form**</u>

I HEATHER L CUSIC. authorize 1FILE.ORG to charge my credit card *****2502 For the total of $999.00 on the dates listed below

| | | |
|---|---|---|
| Aug 15. 2019 | $249.75 | – HLC |
| Sep 03, 2019 | $249.75 | – HLC |
| Oct 01, 2019 | $249.75 | – HLC |
| Nov 01. 2019 | $249.75 | – |

Additionally, I authorize 1FILE.ORG to charge a Monthly Maintenance Fee of 19.00 on the 11th of every month thereafter until loan obligations have been fulfilled. HLC

**Your method of payment is as follows:**

**Credit Card Number: Visa**        Name On Credit Card: HEATHER LEANNE CUSIC

**Credit Card Number: *****Red** t      **Expiration Date:** Redact d        **Security Code - 3 digits on Back of Card:** Re d

**Billing Address of Credit Card:**

Redacted          Richmond VA Reda t d

**Contact Numbers:**

Home Phone: 301-
Cell Phone:

Amount due $999.00 Contract #341591513

5772 Bolsa Ave. Suite 220, Huntington Beach, CA 92649 - (844) 593-8072

*Heather L Cusic*
**Signature**

08/10/2019
**Date**

 Payment Automation
Network, Inc.

**CUSTODIAL ACCOUNT AGREEMENT**

Ver 12/03/2015

Client enters into this Agreement (Agreement) with Payment Automation Network, Inc. (PAN) for having PAN receive payments. make disbursements authorized by Client upon Client's instructions and/or the occurrence of specified events. and provide online transaction management and accounting information on Client's behalf (together. the "Services").

Client authorizes PAN to (i) collect (debit) funds via ACH from Client's designated financial institution (Designated Account) pursuant to the Payment Schedule attached hereto ("Payment Schedule"); (ii) deposit such funds in a non-interest bearing FDIC custodial account ("Custodial Account"); and (iii) disburse funds from the Custodial Account as directed by the payment schedule and/or by client solely upon receipt of authorized instructions from Client, provided the balance in the Depository Account equals or exceeds the disbursement request. If the balance of the Custodian Account is less than a requested disbursement. the disbursement direction will not be honored until the balance is increased to the desired amount.

Client agrees to pay PAN's fees and charges shown below and such fees and charges may be deducted directly from the Custodial Account.

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T19:58:21-05:00

- Client agrees PAN will select the financial institution that will hold the Custodial Account. Client agrees that PAN may, at its sole discretion and upon written notification to Client, change the financial institution that will hold the Custodial Account at any time, and that the Custodial Account may be in California or any other state selected by PAN in its sole discretion. Client agrees that the Custodial Account will not be
- used for any illegal purpose, and Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered.

Client agrees that sufficient funds will be available in the Designated Account at least three (3) business days prior to date of all scheduled ACH debits. Client understands and agrees that to stop or change a scheduled debit from the Designated Account, Client must notify PAN at least three (3) business days prior to any such change. In the event Client's Designated Account does not have sufficient funds for a scheduled debit, PAN will not be liable to any third party due to insufficient funds, restriction or dishonor related to Client's account. Client authorizes PAN to recover any funds arising from a NSF, dishonor, or error in debiting the Designated Account. At its sole discretion, PAN may recover any such funds by means of a debit to the Designated Account and/or the Custodial Account. Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered. If Client's Custodian Account is suspended, cancelled, or otherwise terminated for any reason and the account has a negative balance, Client agrees to pay the negative balance upon demand. Should Client fail to remit the full amount of such negative balance, Client shall remain responsible for the deficit and collection actions may be pursued against Client.

Client has an agreement with Service Provider, and the Payment Schedule is part of that agreement. Client directs and authorizes PAN to share information with Service Provider as required by Service Provider and with any other authorized parties involved in the administration of the Custodial Account on Client's behalf. PAN is not an owner, employee, or partner of Service Provider, and provides the Services to Client as an independent third party. Client agrees that PAN is not involved or engaged in any respect with the services provided by the Service Provider, other than acting as a third-party escrow on behalf of Client and the Service Provider. Client agrees that PAN shall not be responsible for determining when a payment is due or whether a payment is for the correct amount or otherwise proper. PAN's sole obligation shall be to execute Client's payment instructions in a commercially reasonable manner as soon as practical after receipt of such instructions or after the occurrence of the specified event authorizing release of a payment on behalf of Client. PAN shall not be liable for any conduct by Service Provider or for penalty or other charge levied by anyone on Client, for any failure of anyone to honor a transaction or for any other adverse action taken or not taken by any other party in connection with the Services. Under no circumstances shall PAN be liable for any special, incidental, consequential, exemplary, or punitive damages.

PAN will provide Client an internet login with a login name and password for viewing the funds held in the Custodial Account and all transactions related to Client via a protected website. Use of Client's passcode, password or any other form of identification designated by Client in any transaction constitutes and will be accepted as Client's electronic signature, as that term is used in the federal Electronic Signature in Global and National Commerce law and other applicable laws.

Client's funds are held in the Custodial Account pending Client's instructions for disbursement. Client has sole authority to authorize disbursements or transfers. You expressly authorize PAN to rely on your instructions for this purpose whether transmitted directly by you, via the Service Provider or by a third party you have authorized in whatever form provided, including but not limited to any instructions provided via email, PAN's website, E-signature, or other writing, verbally, by voicemail or any other means of communication. If Client is more than one person, PAN may act upon receipt the instructions of either person; however, if conflicting instructions are received before any action has been taken, PAN may in its sole discretion refrain from taking any action until it receives joint instructions from all Clients or a

court order directing further action. Client agrees that PAN shall have no right or obligation to control, direct, or change any disbursement instructions provided by Client other than as expressly provided by this Agreement.

Client may revoke any prior payment authorization at any time before such payment has been initiated by completing and submitting a Revocation of Recurring Payment Authorization form to PAN by email or mail. See PAN's Contact Information below.

PAN or Client may terminate this Agreement upon delivery of written notice at any time. Upon termination of this Agreement for any reason, PAN shall arrange for Client's remaining funds, apart from any funds due to be paid to the Service Provider or any other person or entity as a result of the occurrence of specified events prior to delivery of the termination notice, to be transmitted from the Custodial Account to the Designated Account.

Client agrees that all disclosures, account activity, notifications and any other communications related to the Services may be distributed to Client by electronic mail or through PAN's software services. Client acknowledges that Client is able to electronically receive, download and print such information and communications. If Client is unable to communicate electronically for any reason, Client agrees to notify PAN immediately, and reasonable alternative means of communication will be established in accordance with applicable law.

Client understands and agrees that all calls to and from PAN are monitored and recorded. Client verifies that the telephone and cellular phone numbers and email addresses shown below presently belong to Client. Client consents to receive emails, prerecorded messages and/or auto dialed calls (including text messages) relating to this Agreement and the Services. These communications may be made by PAN or its agents, even if your phone number is registered on any state or federal "Do Not Call" list. You may incur a charge for such calls by your telephone carrier. PAN may obtain and contact email addresses and phone numbers provided by you directly or obtained through other lawful means. Your consent to this provision is not required as a condition of entering into this Agreement, and you may opt out from consenting to these provisions by contacting PAN in writing at PAN's Contact Information below.

You agree to provide notice within 30 days of any change to your email address or phone numbers by writing to PAN's Contact Information.

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T19:58:21-05:00

- below.

**ARBITRATION OF DISPUTES - IMPORTANT NOTICE AFFECTING YOUR RIGHTS**

You agree that any controversy, claim or dispute between the parties arising out of or relating to this Agreement, or to any of the services provided pursuant to this Agreement, or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this Agreement to arbitrate, shall be determined by binding arbitration conducted in the federal judicial district where the Client resides. The parties agree that this arbitration provision shall be governed by and enforceable under the Federal Arbitration Act. Otherwise, parties agree that the laws of the Client's state of residence shall govern any dispute between them. The parties agree the arbitration shall be conducted before a single arbitrator pursuant to the rules and procedures of the American Arbitration Association ("AAA"). The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. Any award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. The parties agree that either party may bring claims against the other only in his/her or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the costs of the arbitration, not including attorney's fees or expert witness expenses, equally. If the consumer's share of the costs is greater than two-thousand dollars ($2,000.00), PAN will pay the consumer's share of any costs in excess of that amount. In the event that a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party shall be entitled to obtain costs of suit, including any reasonable attorney's fees incurred for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrators ruling, except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the requirement to arbitrate shall survive any termination of this Agreement.

This Agreement constitutes the entire agreement between Client and PAN. No modifications, variations or waivers of any provisions of this Agreement shall be deemed valid unless in writing and signed by Client and PAN.

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984  Signed: 2019-08-10T19:58:21-05:00

| Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| CUSIC | HEATHER L | | | |

| Co-Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| | | | | |

| Address | City, State, ZIP |
|---|---|
| , Richmond VA | Richmond. V.A. |

| Phone | Email | Mothers Maiden Name |
|---|---|---|
| 301 . | @gmail.com | |

| Authorized Service Provider/Agent | Account ID |
|---|---|
| Arete Financial | AR--1 |

| Client Signature | Hather L Cusio | Date | 08/10/2019 | Notifications To Payment Automation Network |
|---|---|---|---|---|
| | | | | Email: Clients@paymentautomation.net |
| Co-Cleint Signature | | Date | | Phone: (800)813-3740 |
| | | | | Fax: (866)600-2703 |
| | | | | Portal: https://client.paymentautomation.net |

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T19:58:21-05:00

 Payment Automation Network, Inc.

**CUSTODIAL ACCOUNT AGREEMENT**

Ver 10/30.2014

**AUTHORIZATION FOR RECURRING DIRECT PAYMENTS I (we) hereby authorize PAN to initiate ACH debit entries from the account at the depository financial institution named below and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to the account must comply with the provisions of U.S. law. This authorization is to remain in full force and effect until PAN has received written notification from me (or either of us) of its termination at least three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed or than three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.**

| Bank Name | Account Number | Routing Number | Account Type | Account Fees |
|---|---|---|---|---|
| Authorizing Person's Name (as it appears on check) | | | | I authorize PAN to charge my Primary Financial Institution or my Custodial Account in accordance with the following fees for services rendered. |
| Address, City, State, Zip (as it appears on check) Redacted , , Richmond VA Reda t d , Richmond, VA, Reda t d | | | | Monthly Custodial Account:$6.75  Unauthorized Returns:$25.00  Stop Payment:$25.00  Return Item Fee: $0.00 |
| Recurring Debit Authorization $999.00 | | Effective Date (Date of First Debit) Aug 15, 2019 | | Fees for Disbursements per occurrence or any other appropriate service. |
| The specific debits to my account authorized herein may only post on or after the EFFECTIVE DATE listed in the attached payment schedule. This authorization is to remain in full force and effect until PAN has received written notification from me of termination in such time and in such manner as to afford PAN a reasonable opportunity to act. | | | | ACH Credit:$5.00  ACH Debit/Check by phone $5.00  Overnight Check, Wire Transfer: $25.00  2-Day Check:$10.00  USPS Check: $5.00 |
| Client Signature | 08/10/2019 | DATE | Aug 10, 2019 | Notifications To Payment Automation Network Email: Clients@paymentautomation.net Phone: (800)813-3740 |
| CO-Client Signature | | DATE | Aug 10, 2019 | Fax: (866)600-2703 Portal: https://client.paymentautomation.net |

**Payment Schedule**

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 1 | Aug 15, 2019 | $249.75 | $0.00 | $249.75 |
| 2 | Sep 03, 2019 | $249.75 | $0.00 | $249.75 |
| 3 | Oct 01, 2019 | $249.75 | $0.00 | $249.75 |
| 4 | Nov 01, 2019 | $249.75 | $0.00 | $249.75 |

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T18:58:21-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 5 | Jan 13, 2020 | $0.00 | $19.00 | $19.00 |
| 6 | Feb 11, 2020 | $0.00 | $19.00 | $19.00 |
| 7 | Mar 11, 2020 | $0.00 | $19.00 | $19.00 |
| 8 | Apr 13, 2020 | $0.00 | $19.00 | $19.00 |
| 9 | May 11, 2020 | $0.00 | $19.00 | $19.00 |
| 10 | Jun 11, 2020 | $0.00 | $19.00 | $19.00 |
| 11 | Jul 13, 2020 | $0.00 | $19.00 | $19.00 |
| 12 | Aug 11, 2020 | $0.00 | $19.00 | $19.00 |
| 13 | Sep 11, 2020 | $0.00 | $19.00 | $19.00 |
| 14 | Oct 13, 2020 | $0.00 | $19.00 | $19.00 |
| 15 | Nov 12, 2020 | $0.00 | $19.00 | $19.00 |
| 16 | Dec 11, 2020 | $0.00 | $19.00 | $19.00 |
| 17 | Jan 11, 2021 | $0.00 | $19.00 | $19.00 |
| 18 | Feb 11, 2021 | $0.00 | $19.00 | $19.00 |
| 19 | Mar 11, 2021 | $0.00 | $19.00 | $19.00 |
| 20 | Apr 12, 2021 | $0.00 | $19.00 | $19.00 |
| 21 | May 11, 2021 | $0.00 | $19.00 | $19.00 |
| 22 | Jun 11, 2021 | $0.00 | $19.00 | $19.00 |
| 23 | Jul 12, 2021 | $0.00 | $19.00 | $19.00 |
| 24 | Aug 11, 2021 | $0.00 | $19.00 | $19.00 |
| 25 | Sep 13, 2021 | $0.00 | $19.00 | $19.00 |
| 26 | Oct 12, 2021 | $0.00 | $19.00 | $19.00 |
| 27 | Nov 12, 2021 | $0.00 | $19.00 | $19.00 |
| 28 | Dec 13, 2021 | $0.00 | $19.00 | $19.00 |
| 29 | Jan 11, 2022 | $0.00 | $19.00 | $19.00 |
| 30 | Feb 11, 2022 | $0.00 | $19.00 | $19.00 |
| 31 | Mar 11, 2022 | $0.00 | $19.00 | $19.00 |
| 32 | Apr 11, 2022 | $0.00 | $19.00 | $19.00 |
| 33 | May 11, 2022 | $0.00 | $19.00 | $19.00 |
| 34 | Jun 13, 2022 | $0.00 | $19.00 | $19.00 |
| 35 | Jul 11, 2022 | $0.00 | $19.00 | $19.00 |
| 36 | Aug 11, 2022 | $0.00 | $19.00 | $19.00 |
| 37 | Sep 12, 2022 | $0.00 | $19.00 | $19.00 |
| 38 | Oct 11, 2022 | $0.00 | $19.00 | $19.00 |
| 39 | Nov 14, 2022 | $0.00 | $19.00 | $19.00 |
| 40 | Dec 12, 2022 | $0.00 | $19.00 | $19.00 |
| 41 | Jan 11, 2023 | $0.00 | $19.00 | $19.00 |
| 42 | Feb 13, 2023 | $0.00 | $19.00 | $19.00 |
| 43 | Mar 13, 2023 | $0.00 | $19.00 | $19.00 |
| 44 | Apr 11, 2023 | $0.00 | $19.00 | $19.00 |
| 45 | May 11, 2023 | $0.00 | $19.00 | $19.00 |
| 46 | Jun 12, 2023 | $0.00 | $19.00 | $19.00 |
| 47 | Jul 11, 2023 | $0.00 | $19.00 | $19.00 |
| 48 | Aug 11, 2023 | $0.00 | $19.00 | $19.00 |
| 49 | Sep 11, 2023 | $0.00 | $19.00 | $19.00 |
| 50 | Oct 11, 2023 | $0.00 | $19.00 | $19.00 |
| 51 | Nov 13, 2023 | $0.00 | $19.00 | $19.00 |
| 52 | Dec 11, 2023 | $0.00 | $19.00 | $19.00 |
| 53 | Jan 11, 2024 | $0.00 | $19.00 | $19.00 |
| 54 | Feb 12, 2024 | $0.00 | $19.00 | $19.00 |

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T19:58:21-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 55 | Mar 11, 2024 | $0.00 | $19.00 | $19.00 |
| 56 | Apr 11, 2024 | $0.00 | $19.00 | $19.00 |
| 57 | May 13, 2024 | $0.00 | $19.00 | $19.00 |
| 58 | Jun 11, 2024 | $0.00 | $19.00 | $19.00 |
| 59 | Jul 11, 2024 | $0.00 | $19.00 | $19.00 |
| 60 | Aug 12, 2024 | $0.00 | $19.00 | $19.00 |
| 61 | Sep 11, 2024 | $0.00 | $19.00 | $19.00 |
| 62 | Oct 11, 2024 | $0.00 | $19.00 | $19.00 |
| 63 | Nov 12, 2024 | $0.00 | $19.00 | $19.00 |
| 64 | Dec 11, 2024 | $0.00 | $19.00 | $19.00 |
| 65 | Jan 13, 2025 | $0.00 | $19.00 | $19.00 |
| 66 | Feb 11, 2025 | $0.00 | $19.00 | $19.00 |
| 67 | Mar 11, 2025 | $0.00 | $19.00 | $19.00 |
| 68 | Apr 11, 2025 | $0.00 | $19.00 | $19.00 |
| 69 | May 12, 2025 | $0.00 | $19.00 | $19.00 |
| 70 | Jun 11, 2025 | $0.00 | $19.00 | $19.00 |
| 71 | Jul 11, 2025 | $0.00 | $19.00 | $19.00 |
| 72 | Aug 11, 2025 | $0.00 | $19.00 | $19.00 |
| 73 | Sep 11, 2025 | $0.00 | $19.00 | $19.00 |
| 74 | Oct 14, 2025 | $0.00 | $19.00 | $19.00 |
| 75 | Nov 12, 2025 | $0.00 | $19.00 | $19.00 |
| 76 | Dec 11, 2025 | $0.00 | $19.00 | $19.00 |
| 77 | Jan 12, 2026 | $0.00 | $19.00 | $19.00 |
| 78 | Feb 11, 2026 | $0.00 | $19.00 | $19.00 |
| 79 | Mar 11, 2026 | $0.00 | $19.00 | $19.00 |
| 80 | Apr 13, 2026 | $0.00 | $19.00 | $19.00 |
| 81 | May 11, 2026 | $0.00 | $19.00 | $19.00 |
| 82 | Jun 11, 2026 | $0.00 | $19.00 | $19.00 |
| 83 | Jul 13, 2026 | $0.00 | $19.00 | $19.00 |
| 84 | Aug 11, 2026 | $0.00 | $19.00 | $19.00 |
| 85 | Sep 11, 2026 | $0.00 | $19.00 | $19.00 |
| 86 | Oct 13, 2026 | $0.00 | $19.00 | $19.00 |
| 87 | Nov 12, 2026 | $0.00 | $19.00 | $19.00 |
| 88 | Dec 11, 2026 | $0.00 | $19.00 | $19.00 |
| 89 | Jan 11, 2027 | $0.00 | $19.00 | $19.00 |
| 90 | Feb 11, 2027 | $0.00 | $19.00 | $19.00 |
| 91 | Mar 11, 2027 | $0.00 | $19.00 | $19.00 |
| 92 | Apr 12, 2027 | $0.00 | $19.00 | $19.00 |
| 93 | May 11, 2027 | $0.00 | $19.00 | $19.00 |
| 94 | Jun 11, 2027 | $0.00 | $19.00 | $19.00 |
| 95 | Jul 12, 2027 | $0.00 | $19.00 | $19.00 |
| 96 | Aug 11, 2027 | $0.00 | $19.00 | $19.00 |
| 97 | Sep 13, 2027 | $0.00 | $19.00 | $19.00 |
| 98 | Oct 12, 2027 | $0.00 | $19.00 | $19.00 |
| 99 | Nov 12, 2027 | $0.00 | $19.00 | $19.00 |
| 100 | Dec 13, 2027 | $0.00 | $19.00 | $19.00 |
| 101 | Jan 11, 2028 | $0.00 | $19.00 | $19.00 |
| 102 | Feb 11, 2028 | $0.00 | $19.00 | $19.00 |
| 103 | Mar 13, 2028 | $0.00 | $19.00 | $19.00 |
| 104 | Apr 11, 2028 | $0.00 | $19.00 | $19.00 |

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T19:58:21-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|---------------|--------------------|---------------|
| 105 | May 11, 2028 | $0.00 | $19.00 | $19.00 |
| 106 | Jun 12, 2028 | $0.00 | $19.00 | $19.00 |
| 107 | Jul 11, 2028 | $0.00 | $19.00 | $19.00 |
| 108 | Aug 11, 2028 | $0.00 | $19.00 | $19.00 |
| 109 | Sep 11, 2028 | $0.00 | $19.00 | $19.00 |
| 110 | Oct 11, 2028 | $0.00 | $19.00 | $19.00 |
| 111 | Nov 13, 2028 | $0.00 | $19.00 | $19.00 |
| 112 | Dec 11, 2028 | $0.00 | $19.00 | $19.00 |
| 113 | Jan 11, 2029 | $0.00 | $19.00 | $19.00 |
| 114 | Feb 12, 2029 | $0.00 | $19.00 | $19.00 |
| 115 | Mar 12, 2029 | $0.00 | $19.00 | $19.00 |
| 116 | Apr 11, 2029 | $0.00 | $19.00 | $19.00 |
| 117 | May 11, 2029 | $0.00 | $19.00 | $19.00 |
| 118 | Jun 11, 2029 | $0.00 | $19.00 | $19.00 |
| 119 | Jul 11, 2029 | $0.00 | $19.00 | $19.00 |
| 120 | Aug 13, 2029 | $0.00 | $19.00 | $19.00 |
| 121 | Sep 11, 2029 | $0.00 | $19.00 | $19.00 |
| 122 | Oct 11, 2029 | $0.00 | $19.00 | $19.00 |
| 123 | Nov 13, 2029 | $0.00 | $19.00 | $19.00 |
| 124 | Dec 11, 2029 | $0.00 | $19.00 | $19.00 |
| 125 | Jan 11, 2030 | $0.00 | $19.00 | $19.00 |
| 126 | Feb 11, 2030 | $0.00 | $19.00 | $19.00 |
| 127 | Mar 11, 2030 | $0.00 | $19.00 | $19.00 |
| 128 | Apr 11, 2030 | $0.00 | $19.00 | $19.00 |
| 129 | May 13, 2030 | $0.00 | $19.00 | $19.00 |
| 130 | Jun 11, 2030 | $0.00 | $19.00 | $19.00 |
| 131 | Jul 11, 2030 | $0.00 | $19.00 | $19.00 |
| 132 | Aug 12, 2030 | $0.00 | $19.00 | $19.00 |
| 133 | Sep 11, 2030 | $0.00 | $19.00 | $19.00 |
| 134 | Oct 11, 2030 | $0.00 | $19.00 | $19.00 |
| 135 | Nov 11, 2030 | $0.00 | $19.00 | $19.00 |
| 136 | Dec 11, 2030 | $0.00 | $19.00 | $19.00 |
| 137 | Jan 13, 2031 | $0.00 | $19.00 | $19.00 |
| 138 | Feb 11, 2031 | $0.00 | $19.00 | $19.00 |
| 139 | Mar 11, 2031 | $0.00 | $19.00 | $19.00 |
| 140 | Apr 11, 2031 | $0.00 | $19.00 | $19.00 |
| 141 | May 12, 2031 | $0.00 | $19.00 | $19.00 |
| 142 | Jun 11, 2031 | $0.00 | $19.00 | $19.00 |
| 143 | Jul 11, 2031 | $0.00 | $19.00 | $19.00 |
| 144 | Aug 11, 2031 | $0.00 | $19.00 | $19.00 |
| 145 | Sep 11, 2031 | $0.00 | $19.00 | $19.00 |
| 146 | Oct 13, 2031 | $0.00 | $19.00 | $19.00 |
| 147 | Nov 11, 2031 | $0.00 | $19.00 | $19.00 |
| 148 | Dec 11, 2031 | $0.00 | $19.00 | $19.00 |
| 149 | Jan 12, 2032 | $0.00 | $19.00 | $19.00 |
| 150 | Feb 11, 2032 | $0.00 | $19.00 | $19.00 |
| 151 | Mar 11, 2032 | $0.00 | $19.00 | $19.00 |
| 152 | Apr 12, 2032 | $0.00 | $19.00 | $19.00 |
| 153 | May 11, 2032 | $0.00 | $19.00 | $19.00 |
| 154 | Jun 11, 2032 | $0.00 | $19.00 | $19.00 |

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T19:58:21-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 155 | Jul 12, 2032 | $0.00 | $19.00 | $19.00 |
| 156 | Aug 11, 2032 | $0.00 | $19.00 | $19.00 |
| 157 | Sep 13, 2032 | $0.00 | $19.00 | $19.00 |
| 158 | Oct 11, 2032 | $0.00 | $19.00 | $19.00 |
| 159 | Nov 11, 2032 | $0.00 | $19.00 | $19.00 |
| 160 | Dec 13, 2032 | $0.00 | $19.00 | $19.00 |
| 161 | Jan 11, 2033 | $0.00 | $19.00 | $19.00 |
| 162 | Feb 11, 2033 | $0.00 | $19.00 | $19.00 |
| 163 | Mar 11, 2033 | $0.00 | $19.00 | $19.00 |
| 164 | Apr 11, 2033 | $0.00 | $19.00 | $19.00 |
| 165 | May 11, 2033 | $0.00 | $19.00 | $19.00 |
| 166 | Jun 13, 2033 | $0.00 | $19.00 | $19.00 |
| 167 | Jul 11, 2033 | $0.00 | $19.00 | $19.00 |
| 168 | Aug 11, 2033 | $0.00 | $19.00 | $19.00 |
| 169 | Sep 12, 2033 | $0.00 | $19.00 | $19.00 |
| 170 | Oct 11, 2033 | $0.00 | $19.00 | $19.00 |
| 171 | Nov 11, 2033 | $0.00 | $19.00 | $19.00 |
| 172 | Dec 12, 2033 | $0.00 | $19.00 | $19.00 |
| 173 | Jan 11, 2034 | $0.00 | $19.00 | $19.00 |
| 174 | Feb 13, 2034 | $0.00 | $19.00 | $19.00 |
| 175 | Mar 13, 2034 | $0.00 | $19.00 | $19.00 |
| 176 | Apr 11, 2034 | $0.00 | $19.00 | $19.00 |
| 177 | May 11, 2034 | $0.00 | $19.00 | $19.00 |
| 178 | Jun 12, 2034 | $0.00 | $19.00 | $19.00 |
| 179 | Jul 11, 2034 | $0.00 | $19.00 | $19.00 |
| 180 | Aug 11, 2034 | $0.00 | $19.00 | $19.00 |
| 181 | Sep 11, 2034 | $0.00 | $19.00 | $19.00 |
| 182 | Oct 11, 2034 | $0.00 | $19.00 | $19.00 |
| 183 | Nov 13, 2034 | $0.00 | $19.00 | $19.00 |
| 184 | Dec 11, 2034 | $0.00 | $19.00 | $19.00 |
| 185 | Jan 11, 2035 | $0.00 | $19.00 | $19.00 |
| 186 | Feb 12, 2035 | $0.00 | $19.00 | $19.00 |
| 187 | Mar 12, 2035 | $0.00 | $19.00 | $19.00 |
| 188 | Apr 11, 2035 | $0.00 | $19.00 | $19.00 |
| 189 | May 11, 2035 | $0.00 | $19.00 | $19.00 |
| 190 | Jun 11, 2035 | $0.00 | $19.00 | $19.00 |
| 191 | Jul 11, 2035 | $0.00 | $19.00 | $19.00 |
| 192 | Aug 13, 2035 | $0.00 | $19.00 | $19.00 |
| 193 | Sep 11, 2035 | $0.00 | $19.00 | $19.00 |
| 194 | Oct 11, 2035 | $0.00 | $19.00 | $19.00 |
| 195 | Nov 12, 2035 | $0.00 | $19.00 | $19.00 |
| 196 | Dec 11, 2035 | $0.00 | $19.00 | $19.00 |
| 197 | Jan 11, 2036 | $0.00 | $19.00 | $19.00 |
| 198 | Feb 11, 2036 | $0.00 | $19.00 | $19.00 |
| 199 | Mar 11, 2036 | $0.00 | $19.00 | $19.00 |
| 200 | Apr 11, 2036 | $0.00 | $19.00 | $19.00 |
| 201 | May 12, 2036 | $0.00 | $19.00 | $19.00 |
| 202 | Jun 11, 2036 | $0.00 | $19.00 | $19.00 |
| 203 | Jul 11, 2036 | $0.00 | $19.00 | $19.00 |
| 204 | Aug 11, 2036 | $0.00 | $19.00 | $19.00 |

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T19:58:21-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 205 | Sep 11, 2036 | $0.00 | $19.00 | $19.00 |
| 206 | Oct 13, 2036 | $0.00 | $19.00 | $19.00 |
| 207 | Nov 11, 2036 | $0.00 | $19.00 | $19.00 |
| 208 | Dec 11, 2036 | $0.00 | $19.00 | $19.00 |
| 209 | Jan 12, 2037 | $0.00 | $19.00 | $19.00 |
| 210 | Feb 11, 2037 | $0.00 | $19.00 | $19.00 |
| 211 | Mar 11, 2037 | $0.00 | $19.00 | $19.00 |
| 212 | Apr 13, 2037 | $0.00 | $19.00 | $19.00 |
| 213 | May 11, 2037 | $0.00 | $19.00 | $19.00 |
| 214 | Jun 11, 2037 | $0.00 | $19.00 | $19.00 |
| 215 | Jul 13, 2037 | $0.00 | $19.00 | $19.00 |
| 216 | Aug 11, 2037 | $0.00 | $19.00 | $19.00 |
| 217 | Sep 11, 2037 | $0.00 | $19.00 | $19.00 |
| 218 | Oct 12, 2037 | $0.00 | $19.00 | $19.00 |
| 219 | Nov 11, 2037 | $0.00 | $19.00 | $19.00 |
| 220 | Dec 11, 2037 | $0.00 | $19.00 | $19.00 |
| 221 | Jan 11, 2038 | $0.00 | $19.00 | $19.00 |
| 222 | Feb 11, 2038 | $0.00 | $19.00 | $19.00 |
| 223 | Mar 11, 2038 | $0.00 | $19.00 | $19.00 |
| 224 | Apr 12, 2038 | $0.00 | $19.00 | $19.00 |
| 225 | May 11, 2038 | $0.00 | $19.00 | $19.00 |
| 226 | Jun 11, 2038 | $0.00 | $19.00 | $19.00 |
| 227 | Jul 12, 2038 | $0.00 | $19.00 | $19.00 |
| 228 | Aug 11, 2038 | $0.00 | $19.00 | $19.00 |
| 229 | Sep 13, 2038 | $0.00 | $19.00 | $19.00 |
| 230 | Oct 11, 2038 | $0.00 | $19.00 | $19.00 |
| 231 | Nov 11, 2038 | $0.00 | $19.00 | $19.00 |
| 232 | Dec 13, 2038 | $0.00 | $19.00 | $19.00 |
| 233 | Jan 11, 2039 | $0.00 | $19.00 | $19.00 |
| 234 | Feb 11, 2039 | $0.00 | $19.00 | $19.00 |
| 235 | Mar 11, 2039 | $0.00 | $19.00 | $19.00 |
| 236 | Apr 11, 2039 | $0.00 | $19.00 | $19.00 |
| 237 | May 11, 2039 | $0.00 | $19.00 | $19.00 |
| 238 | Jun 13, 2039 | $0.00 | $19.00 | $19.00 |
| 239 | Jul 11, 2039 | $0.00 | $19.00 | $19.00 |
| 240 | Aug 11, 2039 | $0.00 | $19.00 | $19.00 |
| 241 | Sep 12, 2039 | $0.00 | $19.00 | $19.00 |
| 242 | Oct 11, 2039 | $0.00 | $19.00 | $19.00 |
| 243 | Nov 11, 2039 | $0.00 | $19.00 | $19.00 |
| 244 | Dec 12, 2039 | $0.00 | $19.00 | $19.00 |
| 245 | Jan 11, 2040 | $0.00 | $19.00 | $19.00 |
| 246 | Feb 13, 2040 | $0.00 | $19.00 | $19.00 |
| 247 | Mar 12, 2040 | $0.00 | $19.00 | $19.00 |
| 248 | Apr 11, 2040 | $0.00 | $19.00 | $19.00 |
| 249 | May 11, 2040 | $0.00 | $19.00 | $19.00 |
| 250 | Jun 11, 2040 | $0.00 | $19.00 | $19.00 |
| 251 | Jul 11, 2040 | $0.00 | $19.00 | $19.00 |
| 252 | Aug 13, 2040 | $0.00 | $19.00 | $19.00 |
| 253 | Sep 11, 2040 | $0.00 | $19.00 | $19.00 |
| 254 | Oct 11, 2040 | $0.00 | $19.00 | $19.00 |

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T19:58:21-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 255 | Nov 12, 2040 | $0.00 | $19.00 | $19.00 |
| 256 | Dec 11, 2040 | $0.00 | $19.00 | $19.00 |
| 257 | Jan 11, 2041 | $0.00 | $19.00 | $19.00 |
| 258 | Feb 11, 2041 | $0.00 | $19.00 | $19.00 |
| 259 | Mar 11, 2041 | $0.00 | $19.00 | $19.00 |
| 260 | Apr 11, 2041 | $0.00 | $19.00 | $19.00 |
| 261 | May 13, 2041 | $0.00 | $19.00 | $19.00 |
| 262 | Jun 11, 2041 | $0.00 | $19.00 | $19.00 |
| 263 | Jul 11, 2041 | $0.00 | $19.00 | $19.00 |
| 264 | Aug 12, 2041 | $0.00 | $19.00 | $19.00 |
| 265 | Sep 11, 2041 | $0.00 | $19.00 | $19.00 |
| 266 | Oct 11, 2041 | $0.00 | $19.00 | $19.00 |
| 267 | Nov 11, 2041 | $0.00 | $19.00 | $19.00 |
| 268 | Dec 11, 2041 | $0.00 | $19.00 | $19.00 |
| 269 | Jan 13, 2042 | $0.00 | $19.00 | $19.00 |
| 270 | Feb 11, 2042 | $0.00 | $19.00 | $19.00 |
| 271 | Mar 11, 2042 | $0.00 | $19.00 | $19.00 |
| 272 | Apr 11, 2042 | $0.00 | $19.00 | $19.00 |
| 273 | May 12, 2042 | $0.00 | $19.00 | $19.00 |
| 274 | Jun 11, 2042 | $0.00 | $19.00 | $19.00 |
| 275 | Jul 11, 2042 | $0.00 | $19.00 | $19.00 |
| 276 | Aug 11, 2042 | $0.00 | $19.00 | $19.00 |
| 277 | Sep 11, 2042 | $0.00 | $19.00 | $19.00 |
| 278 | Oct 13, 2042 | $0.00 | $19.00 | $19.00 |
| 279 | Nov 11, 2042 | $0.00 | $19.00 | $19.00 |
| 280 | Dec 11, 2042 | $0.00 | $19.00 | $19.00 |
| 281 | Jan 12, 2043 | $0.00 | $19.00 | $19.00 |
| 282 | Feb 11, 2043 | $0.00 | $19.00 | $19.00 |
| 283 | Mar 11, 2043 | $0.00 | $19.00 | $19.00 |
| 284 | Apr 13, 2043 | $0.00 | $19.00 | $19.00 |
| 285 | May 11, 2043 | $0.00 | $19.00 | $19.00 |
| 286 | Jun 11, 2043 | $0.00 | $19.00 | $19.00 |
| 287 | Jul 13, 2043 | $0.00 | $19.00 | $19.00 |
| 288 | Aug 11, 2043 | $0.00 | $19.00 | $19.00 |
| 289 | Sep 11, 2043 | $0.00 | $19.00 | $19.00 |
| 290 | Oct 12, 2043 | $0.00 | $19.00 | $19.00 |
| 291 | Nov 11, 2043 | $0.00 | $19.00 | $19.00 |
| 292 | Dec 11, 2043 | $0.00 | $19.00 | $19.00 |
| 293 | Jan 11, 2044 | $0.00 | $19.00 | $19.00 |
| 294 | Feb 11, 2044 | $0.00 | $19.00 | $19.00 |
| 295 | Mar 11, 2044 | $0.00 | $19.00 | $19.00 |
| 296 | Apr 11, 2044 | $0.00 | $19.00 | $19.00 |
| 297 | May 11, 2044 | $0.00 | $19.00 | $19.00 |
| 298 | Jun 13, 2044 | $0.00 | $19.00 | $19.00 |
| 299 | Jul 11, 2044 | $0.00 | $19.00 | $19.00 |
| 300 | Aug 11, 2044 | $0.00 | $19.00 | $19.00 |

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T19:58:21-05:00

ID: 76647579-e4ce-c904-bb4e-9ba7aa79a954 Signed: 2019-08-10T19:58:21-05:00





# E-Signature Completion Certificate

| | |
|---|---|
| **Document ID** | 6288683 |
| **Document GUID** | 76647579-e4ce-c904-bb4e-9ba7aa79a984 |
| **Document Title** | 1FILE.ORG-NEW PACKAGE-CC" |
| **Sender IP** | 45.252.76.90 |
| **Number of Signers** | 1 |
| **Signer Email** | _____ @gmail.com |
| **Signer IP** | _____ |
| **Timestamp** | 2019-08-10T19:58:21-05:00 |
| **Document Hash** | 27e014ad3a4466f4dbc1c20dff1b55f5 |

## Document Audit

- Sent at 2019-08-10T19:50:47-05:00 from IP 45.252.76.90
- Delivered to HEATHER L CUSIC _____ @gmail.com at 2019-08-10T19:51:02-05:00 from _____
- Adopted Signature at 2019-08-10T19:52:38-05:00 from _____
- Completed Signing at 2019-08-10T19:58:21-05:00 from _____
- PDF Generated at 2019-08-10T19:58:21-05:00

## User Agent

Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1

**ID: 76647579-e4ce-c904-bb4e-9ba7aa79a984 Signed: 2019-08-10T19:58:21-05:00**

# **Attachment B**

M Gmail

Heather Cusic < ██ @gmail.com>

## Upload Proof of Income with Your New Login Information
2 messages

**processing@1file.org** <processing@1file.org>                          Mon, Aug 12, 2019 at 3:42 PM
To: ██ @gmail.com



**1FILE.ORG**

**Aug 12, 2019**

Client Name: **HEATHER L CUSIC**
Address: ██████████████
City, State Zip: **Richmond, VA** ████

ID: ████████
Phone: **301-**████████

Dear **HEATHER L,**
Thank you for choosing 1file.org. Below, you will find your log in information to your secure personal client portal.

You will have access to view your approved program along with the payment schedule that was set up by your enrolling counselor. You can also login and upload your proof income (pay stubs or 1040 tax form).If you have any questions, please feel free to contact the customer service department.

#### Customer Login:

Please visit your Customer Portal and access your account with 1File account. Please click the link below to login.

https://www.studentdebtportal.com/

**Username:** ████████████

**Password: 4**████████

Sincerely,

**Customer Service Department**

**Toll Free 844-593-8072**

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

**ATTACHMENT B**

**Page 134**
**PX5 Cusic Decl.**
**Attach. B**

**processing@1file.org** <processing@1file.org>                              Mon, Aug 12, 2019 at 3:42 PM
Reply-To: processing@1file.org
To: _____@gmail.com

[Quoted text hidden]

**Page 135
PX5 Cusic Decl.
Attach. B**

8/14/2019                                 Gmail - 1FILE.ORG - 7 Things your Federal Student Loan servicer fails to tell you.

 Gmail

Heather Cusic <_____@gmail.com>

## 1FILE.ORG - 7 Things your Federal Student Loan servicer fails to tell you.
1 message

processing@1file.org <processing@1file.org>                     Mon, Aug 12, 2019 at 3:42 PM
Reply-To: processing@1file.org
To: _____@gmail.com



Hello HEATHER L,

7 Things your loan servicer fails to tell you. When it comes to dealing directly with your current loan servicer, please note they could have saved you thousand of dolars years ago but failed to do so as they do not find it profitable.

These loan servicers are not government agencies, they are private for profit companies just like your bank.

1. They are able to charge high interest and can make it nearly impossible to payoff.
2. They set your payments so high that you might have to file a forbearance (put on hold) all the while knowing that your forbearance is limited. Once you run out of forbearance time, your balance could have ballooned to the point of no turning back.
3. Your payments are now higher, your balance has doubled and interest compounded which leads to default and having your account go to collections!
4. Because of the this default ratio, the government has passed a new law to have your balance forgiven after a significant amount of payments over time.
5. You can now use a 3rd party organizations to help you understand your loans and your available options, not just the best option for the bank.
6. When it comes to preparing documents for your application. You need a 3rd party organization to complete them correctly to get guaranteed results. You wouldn't have the IRS file your taxes.why would you have the servicer fill out your paperwork in the program they chose for you.
7. We help you monitor and make sure that your loan servicer is not taking advantage of your vulnerability. What you don't know can hurt you in the long run financially.

Thanks to the Better Business Bureau, you can now see consumer reviews of each Federal Approved loan servicers.

It is always good to do your research. Click on the link below of your current loan servicer and see what others had to say.


1file.org is a BBB A Rated Company ......WE CARE ABOUT YOUR SITUATION




Beware of Navient-www.bbb.org/delaware/business reviews/loans/navient-in wilmington de-92002017/reviews and complaints




Beware of Nelnet- www.bbb.org/nebraska/business reviews/scholarships and financial aid/nelnet-national educational loan network-in lincoln-ne 209000034/reviews and complaints

https://mail.google.com/mail/u/1?ik=5e615alfff&view   pt&search=all&permthid   thread-f%3A1641691413180562177&simpl=msg-f%3A1641691413180562177        1/2

**Page 136**
**PX5 Cusic Decl.**
**Attach. B**

8/14/2019                                    Gmail   1FILE.ORG   7 Things your Federal Student Loan servicer fails to tell you.

**Beware of Greatlakes-** www.bbb.org/wisconsin/business-reviews/consumer-finance-and-loan-companies/great-lakes-higher-education-
corporation-in-madison-wi-12000219/reviews-and-complaints

**Beware of Fed loan servicing-** www.bbb.org/washington-dc-eastern-pa/business-reviews/government-us/fedloan-servicing-in-harrisburg-pa-
202729473/reviews-and-complaints

Update on Navient 2017- http //usat.ly/2k0vCUv

**Processing Department**

**Toll Free | (844) 593-8072**
**Fax | (949) 438-5441**
Hours of Operation: 8:00 AM-4:30 PM Pacific Standard Time
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED
DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT. ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS
E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.
CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED
RECIPIENT. ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY
NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

Page 137
PX5 Cusic Decl.
Attach. B

M Gmail                                                         Heather Cusic <███@gmail.com>

## HEATHER L CUSIC - Eligibility Confirmation
1 message

**processing@1file.org** <processing@1file.org>                          Mon, Aug 12, 2019 at 3:42 PM
Reply-To: processing@1file.org
To: ███@gmail.com

## 1FILE.ORG
### Toll Free 844-593-8072

**BORROWER ELIGIBILITY CONFIRMATION**

**Date: Aug 12, 2019**

To:

HEATHER L CUSIC

███████

Richmond VA ███

**Client ID :** ███████                                        **SSN** ███████
                                                              **DOB** ███████

You are confirmed for the following government program, **Graduated REPAYMENT.**

This Federal Program introduced by the Obama Administration is intended to help stabilize the 1.2 Trillion dollar student loan
epidemic and help struggling students achieve income based payments get relief and avoid **DEFAULT.**

**Total Enrolled Debt:** 26,555.00

**Based on AGI:** 44000

**Included Loans:**

| Creditor | Account# | Amount Owed |
|---|---|---|
| DIRECT STAFFORD UNSUBSIDIZED | 1199U17G21415001 , | $1,963.00 |
| DIRECT STAFFORD SUBSIDIZED SULA ELIGIBLE | 1199S17G21415001 , | $5,220.00 |
| DIRECT STAFFORD UNSUBSIDIZED | 1199U16G21415001 , | $2,064.00 |
| DIRECT STAFFORD SUBSIDIZED SULA ELIGIBLE | 1199S16G21415001 , | $5,246.00 |
| DIRECT STAFFORD UNSUBSIDIZED | 1199U15G21415001 , | $2,177.00 |
| DIRECT STAFFORD SUBSIDIZED SULA ELIGIBLE | 1199S15G21415001 , | $4,310.00 |
| DIRECT STAFFORD UNSUBSIDIZED | 1199U14G21415001 , | $2,187.00 |
| DIRECT STAFFORD SUBSIDIZED SULA ELIGIBLE | 1199S14G21415001 , | $3,388.00 |
| | | $26,555.00 |

**Approved Program:** Graduated

**Program Maturity Savings: $19,932.00**

The **William D. Ford Direct Loan program is an initiative by the federal government to help subsidize the 1.2 trillion-dollar student loan debt in the U.S. Borrowers under these income based programs significantly reduce their payments and eventually even reach possible forgiveness based off of eligibility requirements.**

**The process from beginning to end takes approximately 21-45 days.**

In order to stay compliant in your program you must maintain the following:

- Submit required income documentation to processing within 5 business days of enrollment.
- Send updated documents to the processing department in a timely manner (i.e., paystubs, tax returns, paperwork correspondence, lender correspondence, etc...).
- Maintain program management costs and monthly payments.

**Customer Service Department**

**Toll Free 844-593-8072**

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS

**Page 139**
**PX5 Cusic Decl.**
**Attach. B**

# **Attachment C**

8/1-/2019                          Gmail - Welcome HEATHER L CUSIC to 1FILE.ORG 341591513

 Gmail                                    **Heather Cusic** < ____@gmail.com>

## Welcome HEATHER L CUSIC to 1FILE.ORG 341591513
1 message

processing@1file.org <processing@1file.org>                  Mon, Aug 12. 2019 at 3:42 PM
To: ____@gmail.com



**Hello HEATHER L,**

**Thank you for choosing** www.1File.org, **the chosen leader in Student Loan Processing. We would like to welcome you to the Student Loan Consolidation Program. This is a time for you to rejoice and we are excited for the opportunity to assist you throughout the consolidation process. Because quality service is important to our clients, we take every effort to make modest improvements in our service. Your valuable feedback can help us continue improving our services and better streamline our processes.**

**Congratulations on choosing Loan Consolidation! I see that you're consolidating your federal student loans and saving up to 80% on your monthly payment. You have agreed to the processing fee of $999.00. Should you have any questions regarding your consolidation, please contact Customer Service at (844) 593-8072.**

**Please submit a PDF copy of the first two pages of your most recent Tax Return 1040 form or a PDF copy of your two most recent pay stubs as soon as possible. (Your pay stubs must display your full name, hourly wage and address.) Please be advised that 1099's or W-2's are NOT accepted. Please scan or fax the documents (Photos/screenshots are not acceptable forms) to fax 714-203-6810 or email them to** processing@1file.org.

**If documents requested have already been sent or your Unemployed, please disregard.**


### How Your Application Is Processed

**When a borrower consolidates loans in the Direct Consolidation Loan Program, the Federal Government pays off the loan balance on the original federal education loans and originates a new loan for the total. Here's how that works from a borrower's point of view.**

**It takes five simple steps to process your application after we receive it.**

**Step 1. Application Review:** After we receive your fully completed application, it is edited, assigned an application identification number, entered into our system, and the process begins. We will contact you if additional information is needed.

**Step 2. Contact Loan Holder(s):** Using the loan information from your application, we contact your loan holder(s) to verify the loan's eligibility for consolidation and its current loan balances (including accrued interest, fees, or collection costs). If you currently are required to make payments on your loan(s), continue to do so. You will need to continue making payments until you receive written notification that your loan(s) has been successfully consolidated and it is time to start paying your Direct Consolidation Loan.

**Step 3. Loan Statement:** After your loan holder(s) certifies the "payoff" balance(s), we will send you a letter and loan statement listing the loan(s) being consolidated. You have 15 days to review this information for accuracy and to make adjustments.

**Attachment C**

Step 4. Account Set-Up: We forward payoff information to your federal loan servicer once your loan(s) is
successfully consolidated. Your federal loan servicer sends you a "Welcome" letter and information about
repayment.

This multi-step process generally takes 60-90 days before the information is sent to the federal loan servicer. You
will receive a bill within 60 days of your federal loan servicer receiving your account information.

We sincerely appreciate your business, and welcome your feedback!

**Processing Department**

**Toll Free | (844) 593-8072**
**Fax | (714) 203-6810**
Hours of Operation: 8:00AM-4:30PM Pacific Standard Time
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY
PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES,
DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY
SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL
INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT
THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF
THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND
DELETE IT FROM YOUR E-MAILS.

**Page 141**
**PX5 Cusic Decl.**
**Attach. C**

# Attachment D

      

## Record # 1 / 110405371 / Consumer Sentinel Network Complaint

| Reference Number: | 110405371 | Originator Reference Number: | |
|---|---|---|---|
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC?: | No |
| Comments: | I was contacted by someone saying they were a third party processing company for the Department of Education. They said that I was eligible for a discharge of my student loans and they were going to help me consolidate my student loans and hopefully save me about $10,000. The reason I believed this to be true was because he was able to change my FSA ID for me; I didn't give him my password, he had my SSN and he knew my exact loan information including the amounts I have paid and the number of payments I have made. I was asked to sign a document that seemed legitimate and I "verified" my DOB, driver's license and address. He was able to put a forbearance on my loans for the amount of time I was supposed to be paying my processing fees of $250 for 4 months. Again, I didn't give them my password. He was able to access my account anyways. I gave him my debit card information which was going to pay $1000 over 4 months | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | Load Date: | 08/14/2019 12:39:01 PM |
| Created By: | FTCCIS-FTCUSER | Created Date: | 08/14/2019 12:39:01 PM |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Online Complaint Assistant (CIS) | Product Service Description: | Telemarketing, Other Impostor: Government |
| Amount Requested: | | Amount Paid: | |
| Payment Method: | | Agency Contact: | Internet |
| Complaint Date: | 08/14/2019 | Transaction Date: | 08/10/2019 |
| Initial Contact: | Phone Call: Mobile/Cell | Initial Response: | |
| Statute/Rule: | FTC Act Sec 5 (BCP) Telemarketing Sales Rule | Law Violation: | Deception/Misrepresentation TSR: Caller ID information not transmitted |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |

ATTACHMENT D

      

| Consumer Information | | | |
|---|---|---|---|
| **Consumer Small Business or Organization:** | | | |
| **First Name:** | Heather | **Last Name:** | Cusic |
| **Address 1:** | | **Address 2:** | |
| **City:** | Richmond | **State:** | Virginia |
| **Zip:** | | **Country:** | UNITED STATES |
| **Home Number:** | | **Cell Number:** | — |
| **Work Number:** | | **Ext:** | |
| **Fax Number:** | | **Email:** | @gmail.com |
| **Age Range:** | 20 - 29 | **Military Service Branch:** | |
| **Soldier Status:** | | **Soldier Station:** | |
| Subject | | | |
| **Subject:** | 1File.org on behalf of the Department of Education | **Normalized Name:** | 1file.org On Behalf Of The Department Of Education |
| **Address 1:** | | **Address 2:** | |
| **City:** | | **State/Prov:** | |
| **ZIP:** | | **Country:** | UNITED STATES |
| **Email:** | info@flcsolutions.org | **URL:** | |
| **Phone Number:** | 800-8644107 | **Ext:** | 4840 |
| **Subject ID Type:** | | **Subject ID Issuer State:** | |
| **Subject ID Issuer Country:** | | | |
| **Representative Name:** | Jeffrey | **Title:** | |

# PX6
# Declaration of Shawn Ecroyd

**DECLARATION OF SHAWN ECROYD**
Pursuant to 28 U.S.C. §1746

ORIGINAL

I, Shawn Ecroyd, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.     I am 24-years old and I reside in Houston, Texas. Sometime in late January, I received a letter by mail from Income Repayment Services (using the acronym "IRS"). I did not open it immediately. The envelope stated that the contents were "personal and confidential." A true and correct copy of the envelope is included as Attachment A. The handwritten notes on the envelope are mine. I took these notes while talking to the Company's representative, as detailed below.

2.     On February 4, 2019, I opened the envelope. The envelope enclosed a letter headed "Student Loan Consolidation & Payment Reduction Program Prepared For: Shawn Ecroyd," and included verbiage indicating that there were "new laws discounting federal student loans." The letter included a "Benefit ID#: 5065414400" at the top and stated that it was a "Final Notice" sent by the "Student Forgiveness Department." The letter indicated that my federal student loans might be eligible for consolidation with the Department of Education ("DOE"). It suggested that through the consolidation, I could obtain a lower interest rate. The letter stated an accurate approximation of my student loan debt. I have nine student loans totaling about $28,000. I incurred the debt in the course of obtaining my undergraduate degrees in science and economics. I graduated in December of 2017 from Texas Tech University. The "benefits of this program," according to the letter, were possible "lower monthly payments based on income and family size" and "loan forgiveness." The letter advised me to "validate [my]

Declaration of Shawn Ecroyd – Page **1** of **4**

eligibility online at: Lowermypaymentsnow.com/ShawnEcroyd," and included instructions to

"Call Toll-Free Today to Redeem Your Federal Benefits: 833-228-6491."

    3.      This letter interested me because I am behind in my student loan payments. I

have been unemployed since August 2018 and have not been able to make payments. For that

reason, on February 4, 2019, I went to the lowermypaymentsnow.com/ShawnEcroyd link and

typed in my benefit ID number. This took me to a website that accurately listed my address and

indicated that I would receive a call from one of their representatives within 24 hours. About

five minutes later, I received a telephone call from a female who asked me to hold on while she

transferred me to a student loan adviser. I was transferred to a man, Sherwin, who said he

worked with Arete Financial. He advised me that if the call was dropped, I could call him back

at (949) 668-1144.

    4.      Sherwin asked me several questions. He asked me the amount of my monthly

income; I told him that I was unemployed and had no monthly income. He asked my household

size. I told him that I am unmarried and have no children. He asked my tax status and I told him

that I file "single." He also asked me for an estimate of my monthly expenses.

    5.      Then he asked for my FSA password, which worried me. I reluctantly gave him

that information. He accessed my Federal Student loan account and confirmed the information

that he found there, including my account information, social security number, and address. He

told me that the current monthly payment due on my student loans was $317 per month.

Sherwin said that Arete Financial could work with the DOE to consolidate my nine loans into

one loan with a 240-month term. He said that I would make four monthly payments of $199.75,

after which the monthly "maintenance" payment would drop to $39 for 36 months. After that, it

would be up to me to renew my agreement, but I was not clear whether he meant the agreement

Declaration of Shawn Ecroyd    Page **2** of **4**

with Arete Financial, or with the Department of Education. I also understood, based on Sherwin's claims, that Arete Financial would work with DOE to get me on a "pay as you earn" plan. This sounded like a positive solution to my student debt problem, so agreed to proceed. I provided Sherwin with my credit card number so Arete Financial could charge me for the monthly payments.

6.      Sherwin said that they needed a few things to get started. They needed to have two references on file, though he did not explain why. He said that I needed to sign a limited power of attorney, which I could revoke any time with written notice. He asked me what day I wanted my monthly payments to begin. We agreed that the next payment would be February 15, 2019, and the fifth of each month thereafter.

7.      Sherwin then emailed me links to documents he asked me to sign. A print copy of one of those email messages is included as Attachment B. While we were on the phone, he summarized each document and I signed each digitally. These documents, true and correct copies of which are included as Attachment C, included a Service Agreement with Arete Financial LLC; a Privacy Policy; a Student Loan Consolidation Payment Plan Estimate; a Limited Scope Power of Attorney; a Request for Transcript of Tax Return; General Forbearance Request; a credit card authorization form; a Certification of Identity & Authorization to Disclose Personal Information; an Arete Financial Freedom Preparation Service Agreement; a Custodial Account Agreement and Authorization for Recurring Direct Payments with Payment Automation Network, Inc., and a E-Signature Completion Certificate. I tried to read them while Sherwin described them but I found them hard to understand.

8.      After I signed these documents, Sherwin told me he needed to record an oral verification agreement with me, which consisted of me answering "yes" or "no" to a list of

Declaration of Shawn Ecroyd     Page **3** of **4**

questions, most of which I do not remember. I do recall him asking if I had reported to him that
I had no household income. And he asked me if I had signed the various documents voluntarily.

9.     Once I hung up the phone, I felt worried. I went to the FSA website and reviewed
the list of approved loan servicers. I did not see Arete Financial listed. I read a section advising
what to do if I had been the victim of a phishing scam. I followed that checklist because I was
concerned that Arete Financial was not a legitimate student loan service company. I changed my
FSA password and security questions. Then I called my student loan servicer, Great Lakes,
inputted information to gain access to my account, and spoke with a female customer service
agent whose name I think was Jennifer. Jennifer confirmed my full name, but when she read my
email address, it had been changed to shawn.ecroyd@arete.com. She corrected the email address
to my actual email address. She told me to call Great Lakes back in one week to determine if
Arete Financial had tried to use a Power of Attorney to access or make changes to my student
loan account. I did that and determined that Arete Financial had not attempted to use the Power
of Attorney form to access or make changes to my student loan account. I also cancelled the
credit card account that I gave to Arete Financial, sent a cancellation letter to Arete Financial,
and filed a complaint with the Federal Trade Commission. Attachment D is a true and correct
copy of my cancellation letter to Arete Financial, which I mailed on February 4, 2019. I think I
was duped by Arete Financial and I am glad that I was able to take action to terminate my
contract with that company before I paid them the $799 they intended to charge me.
I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge.

Dated: 2/18/19          , 2019                    _Shawn Ecroyd_
                                                  Shawn Ecroyd

Declaration of Shawn Ecroyd    Page 4 of 4

# Attachment A

BENEFIT ID#: 5065414400

Address Change?
Please contact our Customer Service Department

*Filled out info*
*2/4/19 @ 1:38p*

**Final Notice**

Contact 1-833-228-6491
Assigned Dept: Student Forgiveness
NOTICE DATE: November 20, 2018

*Someone will contact*
*w/in 24 hrs.*
*(Afternoon)*

Shawn Ecroyd
Reda [Redacted]
cteduston, TX   Redacted

| Student Loan Consolidation & Payment Reduction Program Prepared For: |
|---|
| Shawn Ecroyd |

*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Shawn:

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder you may be eligible to convert your current high interest loan into a federally-backed consolidation with a lower rate*.

These government programs are based on income and family size, aimed to be as affordable as possible for each individual. Your loans in the amount of $28,383 may even be eligible for total loan forgiveness.

Benefits of this program may include:
- **No credit check**
- **Lower monthly payments based on income and family size**
- **Loan Forgiveness**

**IMPORTANT - PLEASE RESPOND WITHIN THE NEXT 10 BUSINESS DAYS**
Validate your eligibility online at: Lowermypaymentsnow.com/ShawnEcroyd
Benefit ID: 5065414400

**CREATING YOUR FSA ID**
To create your new student FSA ID, go to the URL below to reach the Federal Aid Website. Follow the steps completely to create your ID.

**IMPORTANT:** This is a government website which SF does not own. FSA ID creation is a government program which SF did not create.
https://www.nslds.ed.gov

- Step 1 - Click 'Financial Aid Review'
- Step 2 - Click 'Accept'
- Step 3 - Click 'Create and FSA ID

Student Loan Assistance Department
1-833-228-6491
Monday - Friday 7:00am   6:00pm PST



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-833-228-6491**
**REFERENCE BENEFIT ID: 5065414400**

SF is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third party processing agency.

*The Department of Education may offer an interest rate reduction with set-up of automatic payments.   Attachment A



# Attachment B

| From: | ShawnnyCash . |
|---|---|
| To: | |
| Subject: | Fwd: Shawn Ecroyd  Action Required: Please Review With Your Consultant! |
| Date: | Wednesday, February 06, 2019 12:40:11 PM |

---------- Forwarded message ---------
From: <info@aretefinancialfreedom.com>
Date: Mon, Feb 4, 2019 at 2:07 PM
Subject: Shawn Ecroyd - Action Required: Please Review With Your Consultant!
Redacted            @gmail.com>

Congratulations on taking your first step to becoming debt free! Please review and complete
the documents by clicking the link below.

If you have any questions about these documents please don't hesitate to contact our team at
(888) 331-5827.

Thank you,
The Arete Financial Family


Click Here To Review Documents

Attachment B

**Page 150**
**PX6 Ecroyd Decl.**
**Attach. B**

# Attachment C

[ **Arete**Financial Freedom ]

## SERVICE AGREEMENT

This service agreement ("Agreement") is made and entered into this 4th day of February, 2019, by and between Arete Financial LLC ("Arete Financial LLC"), and Shawn Ecroyd hereinafter referred to as ("Client"), whose address is Redacted  , Houston TX Red , with reference to the following. acte

d

## RECITALS

A. Arete Financial LLC provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation") and/or restructure the current payment to a new ("Income Driven Repayment");

B. Client requests Arete Financial LLC perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth, below, Arete Financial LLC and Client do hereby agree to the following:

## 1. Client Loan Service Definition.

Arete Financial LLC provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. Arete Financial LLC will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

## 2. Nature of Service; No Legal or Tax Advice.

Arete Financial LLC is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. The Client acknowledges that Arete Financial LLC is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

## 3. Rehabilitation; Garnishment.

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, Arete Financial LLC will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, Arete Financial LLC will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

## 4. Fees.

Client agrees to pay Arete Financial LLC a Service fee of $799.00 for providing the Services. In addition Client agrees to pay Arete Financial LLC a Monthly Maintenance fee of: $39.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, Arete Financial LLC will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

## 5. Refund.

Client understands that Arete Financial LLC is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website. However, Arete Financial LLC guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with Arete Financial LLC providing all information requested by Arete Financial LLC and DOE in a timely manner as deemed by Arete Financial LLC and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 30 days of any loan application denial by the DOE. Arete Financial LLC will reimburse 100% of the Service fee paid by Client.

## 6. Process.

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. Arete Financial LLC relies on the applicable lender(s) and Arete Financial LLC cannot be held liable for delayed completion due to delays in

Attachment C

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02 04T14:23:07-06:00

obtaining information or approvals from third parties or the DOE. The average completion time to process a Federal Student Loan Consolidation through Arete Financial LLC is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

**7. Client Warranty.**

Client expressly represents and warrants that they will provide Arete Financial LLC with information that is complete and accurate to the best of their knowledge. Arete Financial LLC is under no obligation to independently verify the information provided by Client.

**8. Client Authorization.**

I hereby authorize Arete Financial LLC to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize Arete Financial LLC to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information Arete Financial LLC obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

**9. Arbitration and Choice of Law.**

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

**10. Indemnification.**

Client hereby agrees to defend and hold harmless Arete Financial LLC from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

**11. Termination of Agreement.**

Client may cancel this contract any time with written notice to Arete Financial LLC prior to being approved for Federal Student Loan Consolidation. Any fees paid to Arete Financial LLC at time of cancellation shall be deemed earned as long as Arete Financial LLC has acted in good faith in performing services on behalf of Client. Arete Financial LLC may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, Arete Financial LLC (Arete Financial LLC), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (888) 331 5827.

Shawn Ecroyd
_____
NAME

_Shawn Ecroyd_
_____
SIGN

02/04/2019
_____
DATE

Redacted
SSN

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce   Signed: 2019-02-04T14:23:07-06:0(

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02-04T14:23:07-06:00

**Privacy Policy**

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal information. Personal information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: Information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports; information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and Arete Financial LLC to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact Arete Financial LLC Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e. exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non affiliated entities for their use without giving you the opportunity to opt out. We may disclose such information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt out' of having personal information shared. By providing information to Arete Financial LLC you are consenting to the collection, use, and disclosure of personal information in the manner described in this privacy policy. This Policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

**1261 E. Dyer. Rd. #100, Santa Ana, CA 92705**

Email Address: info@aretefinancialfreedom.com

Shawn Ecroyd
    NAME

02/04/2019
    DATE

SIGN

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02-04T14:23:07-06:00

Page 154
PX6 Ecroyd Decl.
Attach. C

**Student Loan Consolidation Payment Plan Estimate**

| Loan Program Selected | Number of Payment (Months) | Payment Amount* |
|---|---|---|
| Pay As You Earn (PAYE) | 240 | 0.00 |

*Starting payment in the case of the Income Based Repayment plan
**Estimated Principle and Interest Paid if all payments are made as scheduled

The above quote is an **ESTIMATE** of what the new payment would be based upon the information client has provided. There are no guarantees, until your income has been verified and your application has been reviewed by the U.S. Department of Education and your current loan servicer. By signing below, you agree to the terms and conditions.

Shawn Ecroyd
Name

Shawn Ecroyd
Signature

02/04/2019
Date

Redacted
SSN

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02-04T14:23:07-06:00

Page 155
PX6 Ecroyd Decl.
Attach. C

**Limited Scope Power of Attorney**

- THIS LIMITED POWER OF ATTORNEY IS **ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION** ("DOE") AND CLIENT, Shawn Ecroyd ("GRANTOR"). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.

- I, Shawn Ecroyd, Social Security # Redacted , residing at Redacted , , Houston TX Red , Houston TX Red , this date, Feb 04, 2019, hereby appoints Arete Financial LLC as my ATTORNEY IN FACT to perform on my behalf as indicated below. With this signature, Shawn Ecroyd authorizes Arete Financial LLC to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,

1.    Access my account with the DOE, including taking steps and providing information necessary to access the account.

2.    Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3.    Drafting and, following my execution, submitting an application to the DOE.

4.    Engaging sub contractors as may be appropriate to perform the services.

Arete Financial LLC has full authority to represent me, Shawn Ecroyd, to perform the services outlined in the Service Agreement.

This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:

1.    It is revoked, suspended or terminated in writing by the GRANTOR; or

2.    The contract is terminated for any reason, whichever is earlier to occur.

**Address: 1261 E. Dyer Rd. #100, Santa Ana, CA 92705**

Shawn Ecroyd

Printed Name

Co Applicant Printed Name
02/04/2019
Date

_Shawn Ecroyd_
Signature

Co Applicant Signature

Date

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02-04T14:23:07-06:00

Form **4506-T**

(Rev. September 2015)
Department of the Treasury
Internal Revenue Service

### Request for Transcript of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506-T, visit *www.irs.gov/form4506t*.

OMB No. 1545-1872

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first.<br><br>Shawn Ecroyd | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)<br><br>Redacte |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

Redacted , Houston TX Redacted

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

Arete Financial 1261 East Dyer Rd Suite 100 Santa Ana, CA 92705 8883315827

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request ▶ 1040

**a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . ☐

**b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . ☐

**c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

| 12 / 31 / 14 | 12 / 31 / 15 | 12 / 31 / 16 | / / |
|---|---|---|---|

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

☐ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ *Shawn Ecroyd*     02/04/2019

▶ Signature (see instructions)     Date

▶ Title (if line 1a above is a corporation, partnership, estate, or trust)     02/04/2019

▶ Spouse's signature     Date

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02-04T14:23:07-06:00

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02-04T14:23:07-06:00



## GENERAL FORBEARANCE REQUEST

**William D. Ford Federal Direct Loan (Direct Loan) Program / Federal Family Education Loan (FFEL) Program / Federal Perkins Loan (Perkins Loan) Program**

OMB No. 1845-0031
Form Approved
Exp. Date 2/28/2019

**GFB**

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

### SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | Redacted |
| Name | Shawn Ecroyd |
| Address | Redacted |
| City | Redac... State TX Zip Code Redacted |
| Telephone - Primary | Redacted |
| Telephone - Alternate | |
| Email (Optional) | @gmail.com |

### SECTION 2: FORBEARANCE REQUEST

**Carefully read the entire form before completing it. Answer all questions in Section 2. Your loan holder has sole discretion in whether to grant your general forbearance request, and, if granted, for what period your forbearance will be applied.** Instead of forbearance, you may want to consider requesting a deferment (which has an interest benefit for some loan types) or changing to a repayment plan that determines your monthly payment amount based on your income. Visit StudentAid.gov/IDR for more information.

1.  I am requesting a forbearance because I am experiencing a temporary hardship related to one of the following situations (check one):

    ☒ Financial difficulties
    ☐ Change in employment
    ☐ Medical expenses
    ☐ Other (explain the situation below)

2.  If approved for a forbearance, I would like to:

    ☒ Temporarily stop making payments.
    ☐ Temporarily make smaller payments of _____ per month.

3.  I would like my forbearance to begin with the monthly payment that is due in the month and year below:

    _____

4.  If approved for forbearance, I would like my forbearance to end in the month and year below, and begin making payments the following month:

    _____

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02-04T14:23:07-06:0(

**Page 159**
**PX6 Ecroyd Decl.**
**Attach. C**

| Borrower Name | Shawn Ecroyd | | Borrower SSN | Redacted |
|---|---|---|---|---|

## SECTION 3: BORROWER/ENDORSER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATION

**I understand that:**

- I am not required to make payments of loan principal or interest during my forbearance, but interest will continue to be charged on all my loans.
- My loan holder has sole discretion in whether to grant my general forbearance request and for what dates it will be granted.
- For Perkins Loans, there is a cumulative limit on general forbearance of 3 years. For Direct Loans and FFEL Program loans, my loan holder may set a limit on general forbearance.
- My forbearance will end on the earlier of the end date that I requested, 12 months from the date my forbearance begins, or when I exhaust any limit that my loan holder has on forbearance.
- I can request another forbearance after my forbearance ends if I am still experiencing financial hardship.
- Interest may capitalize on my loans during or at the expiration of my forbearance, but interest never capitalizes on Perkins Loans.

**I certify that:**

- The information I have provided on this form is true and correct.
- I will provide additional documentation to my loan holder, if requested, to support my general forbearance request.
- I will repay my loans according to the terms of my promissory note, even if my request is not granted.

**I authorize** the entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

| Borrower's/Endorser's Signature | *Shawn Ecroyd* | Date | 02/04/2019 |
|---|---|---|---|

## SECTION 4: INSTRUCTIONS FOR COMPLETING THE FORBEARANCE REQUEST

Type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy) or (mm-yyyy) as appropriate. Example: March 14, 2016 = 03-14-2016. Include your name and account number on any documentation that you may be requested to submit with this form. If you want to apply for a forbearance on loans that are held by different loan holders, you must submit a separate forbearance request to each loan holder. **Return the completed form and any requested documentation to the address shown in Section 6.**

If you are an endorser, you may request forbearance only when you are required to repay the loan because the borrower is not making payments. If you have a loan made jointly with another borrower (as co-makers), you must both individually meet the requirements for a forbearance and each of you must request forbearance.

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02-04T14:23:07-06:0(

# [ **Arete**Financial Freedom]

**Credit Card Authorization Form**

I Shawn Ecroyd, authorize ARETE FINANCIAL LLC to charge my credit card ***** Re   For the total of $799.00 on the dates listed below
#298180931.                                                              dac
                                                              ted

| Date | Amount | |
|------|--------|---|
| Feb 15, 2018 | $199.75 | QE |
| Mar 05, 2019 | $199.75 | QE |
| Apr 05, 2019 | $199.75 | QE |
| May 06, 2019 | $199.75 | QE |

Additionally, I authorize ARETE FINANCIAL to charge a Monthly Maintenance Fee of 39.00 on the 5th of every month for 36 months
thereafter until loan obligations have been fulfilled.

Your method of payment is as follows:

**Credit Card Number: Visa**        **Name On Credit Card: Shawn K Ecroyd**
**Credit Card Number: **** Red**    **Expiration Date: Redac**              **Security Code - 3 digits on Back of Card: Re**
                    acte               ted                                                                    da
**Billing Address of Credit Card:**                                                                          ct
                                                                                                             ed
Redacted        Re  Houston TX Reda
                da              cted
**Contact Number:**

Home Phone: Redacted
Cell Phone: Redacted

Amount due $799.00 Contract #298180931

**Address: 1261 E. Dyer Rd. #100, Santa Ana, CA 92705**

_Shawn Ecroyd_
Signature

02/04/2019
Date

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02-04T14:23:07-06:0(



# United States Department of Education

## Certification of Identity & Authorization to Disclose Personal Information

**Privacy Act Statement.** Department regulations require a person who submits a written request for access or disclosure of records to submit personal data sufficient to identify the individual submitting the request. 34 C.F.R. Section 5b.5(b). We solicit the information requested here in order to ensure that the records of individuals who are the subject of Department systems of records are not wrongfully disclosed by the Department. If you fail to furnish this information we will take no action to honor your request. Required information is indicated in CAPS.

FULL NAME OF REQUESTER: [PLEASE PRINT] _Shawn Ecroyd_

ADDRESS: [STREET] Redacted

[CITY] _Houston_     [STATE] _TX_     [ZIP] Redacted

Redacted

Email: Red acte @gmail.com

SOCIAL SECURITY NUMBER: [1] _ R e d_    DATE OF BIRTH: [MM/DD/YY] Redacted

## Authorization to Disclose Personal Information to Another Person

I authorize the Department of Education and its agents to release to, and discuss with, the individual named below as my representative, any records of the Department regarding my student financial assistance loan or grant obligation(s) to the Department, for the purpose of assisting me in satisfying the obligation:

FULL NAME OF REPRESENTATIVE: _ARETE FINANCIAL FREEDOM_

ADDRESS: [STREET] _1261 E DYER RD_

[CITY] _SANTA ANA_     [STATE] _CA_ _ _ _ _ [ZIP] _92705_

PHONE: (_888_ )_331 5827_     [Relationship To Requester] _3RD PARTY ORGANIZATION_

I authorize the Department to honor this authorization unless and until I revoke it in a written notice and the designated office of the Department receives that notice. I understand that whenever requesting disclosure of information, the representative named here must submit information to verify his or her identity.

I UNDERSTAND THAT IN ORDER TO VERIFY HIS OR HER IDENTITY WHEN MAKING A REQUEST FOR DISCLOSURE BY TELEPHONE, THE REPRESENTATIVE MAY BE REQUIRED TO PROVIDE MY SSN, DOB, AND THE DATE ON WHICH I SIGNED THIS AUTHORIZATION.

I declare under penalty of perjury that I am the person named above as the requester, that I authorize release to the individual named as representative, and that the statements I provided here are true and accurate. I understand that any false statement is subject to punishment under 18 U.S.C. Section 1001 by fine or imprisonment of not more than five years, and that a knowing and willful request made under false pretenses for a record of an individual is subject to punishment under 5 U.S.C. Section 552a(i)(3) by a fine of up to $5000.

DATE: _02/04/2019_    SIGNATURE _Shawn Ecroyd_

---

[1] You are not required to provide your SSN or DOB. However, we ask you to provide your SSN and DOB only to facilitate the identification of records relating to you, and unless you provide your SSN and DOB. we may be unable to locate any or all records pertaining to you.

Completed authorizations should be mailed to:

> US DEPARTMENT OF EDUCATION
> PO BOX 5609
> GREENVILLE TX 75403-5609

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02-04T14:23:07-06:0(



**Preparation Service Agreement**

| Section 1: Client Information | Client ID: 220456551 | Agreement Date: Feb 04, 2019 |
|---|---|---|
| **Client First Name:** Shawn | **Client Last Name:** Ecroyd | |
| **Client Middle Name:** | **Former Last Name:** | |
| **Street Address:** Redacted | **City, State, Zip:** Houston, TX Redacted | |
| **Client Email:** shawn.ccroyd@gmail.com | **Client Home Phone:** Redacted | **Cell Phone:** Redacted |

| Section 2: Client's Estimated Summary of Current Federal Student Loans | | |
|---|---|---|
| The basis of this summary as derived from the information you provided | | |
| **Estimated Total Federal Loan Balance:** $29,648.00 | **Loan Status:** | |
| **Approximate Current Monthly Payment:** $ | **Number of Loans:** 9 | |
| **Estimated New Loan Payment:** $0.00 | **New Loan Payment Validation Term:** Annually | |
| **Estimated Payment Term (Months):** 240 | | |

| Section 3: Required Consolidation Paperwork Information | | |
|---|---|---|
| **Client SSN:** Redacted | **Client DOB:** Redacted | |
| **DL/ID Number & State:** Redacted | **FASFA PIN:** | |
| **Employer Name:** Unemployed | **Occupation:** Unemployed | |
| **Employer Street Address:** n/a | **Employer City, State, Zip:** n/a, TX,n/a | |
| **Employer Phone:** | **Family Size:** 1 | |
| **Marital Status:** Single | **Filing Status:** Single | |
| **Current Annual Income:** $0 | **Form of Documented Income:** 1040 | |
| **Spouse First Name:** | **Spouse Last Name:** | |
| | | |
| **Spouse Employer Name:** | **Spouse Work Phone:** | |
| **Spouse Annual Income:** $0 | **Client PSLF Candidate (Yes/No):** | |

\*\*\*If this loan qualifies for Public Service Loan Forgiveness your number of payments will be reduced to 120 Months.

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02-04T14:23:07-06:00

References: *Please provide different references. Do they know that you are going through the debt settlement process? What is some method we could use to contact you in situation where we can't reach you.*

| | |
|---|---|
| Reference 1 Full Name: Redacted | Permanent Address: Redacted |
| Reference 1 Phone: Redacted | Relationship to Client: Friend |
| Reference 2 Full Name: Redacted | Permanent Address: Redacted |
| Reference 2 Phone: Redacted | Relationship to Client: Friend |

Section 4 | Company Set Up and Service Plan to be Sold

*Company Program includes a set up and Service Plans that are paid to Arete Financial Freedom. These are not client funds, and cannot be applied to any client's debt. These are fees to Arete Financial Freedom for services and cannot be refunded. Client agrees to make the monthly client program payments.*

| | |
|---|---|
| Company Program Payment/Fee Amount: 799.00 | Initial Service(s) Selected for these Fees: |
| Fee: $ | Recurring Date: 5th |

I Shawn Ecroyd  Agree that all of the above information is true and correct to the best of their understanding at the present time, and Arete Financial Freedom bases, in part, its decision to accept Client and provide services to Client on the accuracy of the above information. Arete Financial Freedom shall not be held responsible in any way for reliance on the above information, any claim arising from use or storage of such information, or carrying out its contractual obligations using the above information.

| | |
|---|---|
| Signature: *Shawn Ecroyd* | Date:  02/04/2019 |


Payment Automation
Network, Inc.

## CUSTODIAL ACCOUNT AGREEMENT

Ver 12/03/2015

Client enters into this Agreement (Agreement) with Payment Automation Network, Inc. (PAN) for the purpose of having PAN receive payments, make disbursements authorized by Client upon Client's instructions and/or the occurrence of specified events, and provide online transaction management and accounting information on Client's behalf (together, the "Services").

Client authorizes PAN to (i) collect (debit) funds via ACH from Client's designated financial institution (Designated Account) pursuant to the Payment Schedule attached hereto ("Payment Schedule"); (ii) deposit such funds in a non interest bearing FDIC custodial account ("Custodial Account"); and (iii) disburse funds from the Custodial Account as directed by the payment schedule and/or by client solely upon receipt of authorized instructions from Client, provided the balance in the Depository Account equals or exceeds the disbursement request. If the balance of the Custodian Account is less than a requested disbursement, the disbursement direction will not be honored until the balance is increased to the desired amount.

Client agrees to pay PAN's fees and charges shown below and such fees and charges may be deducted directly from the Custodial Account.

Client agrees PAN will select the financial institution that will hold the Custodial Account. Client agrees that PAN may, at its sole discretion and upon written notification to Client, change the financial institution that will hold the Custodial Account at any time, and that the Custodian Account may be located in California or any other state selected by PAN in its sole discretion. Client agrees that the Custodial Account will not be used for any illegal purpose, and Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered.

Client agrees that sufficient funds will be available in the Designated Account at least three (3) business days prior to date of all scheduled ACH debits. Client understands and agrees that to stop or change a scheduled debit from the Designated Account, Client must notify PAN at least three (3) business days prior to any such change. In the event Client's Designated Account does not have sufficient funds for a scheduled debit, PAN will not be liable to any third party due to insufficient funds, restriction or dishonor related to Client's account. Client authorizes PAN to recover any funds arising from a NSF, dishonor or error in debiting the Designated Account. At its sole discretion, PAN may recover any such funds by means of a debit to the Designated Account and/or the Custodial Account. Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered. If Client's Custodian Account is suspended, cancelled or otherwise terminated for any reason and the account has a negative balance, Client agrees to pay the negative balance upon demand. Should Client fail to remit the full amount of such negative balance, Client shall remain responsible for the deficit and collection actions may be pursued against Client.

Client has an agreement with Service Provider, and the Payment Schedule is part of that agreement. Client directs and authorizes PAN to share information with Service Provider as required by Service Provider and with any other authorized parties involved in the administration of the Custodial Account on Client's behalf. PAN is not an owner, employee, or partner of Service Provider, and provides the Services to Client as an independent third party. Client agrees that PAN is not involved or engaged in any respect with the services provided by the Service Provider, other than acting as a third party escrow on behalf of Client and the Service Provider. Client agrees that PAN shall not be responsible for determining when a payment is due or whether a payment is for the correct amount or otherwise proper. PAN's sole obligation shall be to execute Client's payment instructions in a commercially reasonable manner as soon as practical after receipt of such instructions or after the occurrence of the specified event authorizing release of a payment on behalf of Client. PAN shall not be liable for any conduct by Service Provider or for penalty or other charge levied by anyone on Client, for any failure of anyone to honor a transaction or for any other adverse action taken or not taken by any other party in connection with the Services. Under no circumstances shall PAN be liable for any special, incidental, consequential, exemplary or punitive damages.

PAN will provide Client an internet login with a login name and password for viewing the funds held in the Custodial Account and all transactions related to Client via a protected website. Use of Client's passcode, password or any other form of identification designated by Client in any transaction constitutes and will be accepted as Client's electronic signature, as that term is used in the federal Electronic Signature in Global and National Commerce law and other applicable laws.

Client's funds are held in the Custodial Account pending Client's instructions for disbursement. Client has sole authority to authorize disbursements or transfers. You expressly authorize PAN to rely on your instructions for this purpose whether transmitted directly by you, via the Service Provider or by a third party you have authorized in whatever form provided, including but not limited to, any instructions provided via email, PAN's website, E signature or other writing, verbally, by voicemail or any other means of communication. If Client is more than one person, PAN may act upon receipt the instructions of either person; however, if conflicting instructions are received before any action has been taken, PAN may in its sole discretion refrain from taking any action until it receives joint instructions from all Clients or a court order directing further action. Client agrees that PAN shall have no right or obligation to control, direct, or change any disbursement instructions provided by Client other than as expressly provided by this Agreement.

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02-04T14:23:07-06:0(

Page 165
PX6 Ecroyd Decl.
Attach. C

*QE*                                                                                          **Initials:**

Client may revoke any prior payment authorization at any time before such payment has been initiated by completing and submitting a Revocation of Recurring Payment Authorization form to PAN by email or mail. See PAN's Contact Information below.

PAN or Client may terminate this Agreement upon delivery of written notice at any time. Upon termination of this Agreement for any reason, PAN shall arrange for Client's remaining funds, apart from any funds due to be paid to the Service Provider or any other person or entity as a result of the occurrence of specified events prior to delivery of the termination notice, to be transmitted from the Custodial Account to the Designated Account.

Client agrees that all disclosures, account activity, notifications and any other communications related to the Services may be distributed to Client by electronic mail or through PAN's software services. Client acknowledges that Client is able to electronically receive, download and print such information and communications. If Client is unable to communicate electronically for any reason, Client agrees to notify PAN immediately, and reasonable alternative means of communication will be established in accordance with applicable law.

Client understands and agrees that all calls to and from PAN are monitored and recorded. Client verifies that the telephone and cellular phone numbers and email addresses shown below presently belong to Client. Client consents to receive emails, prerecorded messages and/or autodialed calls (including text messages) relating to this Agreement and the Services. These communications may be made by PAN or its agents, even if your phone number is registered on any state or federal "Do Not Call" list. You may incur a charge for such calls by your telephone carrier. PAN may obtain and contact email addresses and phone numbers provided by you directly or obtained through other lawful means. Your consent to this provision is not required as a condition of entering into this Agreement, and you may opt out from consenting to these provisions by contacting PAN in writing at PAN's Contact Information below.

You agree to provide notice within 30 days of any change to your email address or phone numbers by writing to PAN's Contact Information below.

**ARBITRATION OF DISPUTES - IMPORTANT NOTICE AFFECTING YOUR RIGHTS**
You agree that any controversy, claim or dispute between the parties arising out of or relating to this Agreement, or to any of the services provided pursuant to this Agreement, or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this Agreement to arbitrate, shall be determined by binding arbitration conducted in the federal judicial district where the Client resides. The parties agree that this arbitration provision shall be governed by and enforceable under the Federal Arbitration Act. Otherwise, parties agree that the laws of the Client's state of residence shall govern any dispute between them. The parties agree the arbitration shall be conducted before a single arbitrator pursuant to the rules and procedures of the American Arbitration Association ("AAA"). The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. Any award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. The parties agree that either party may bring claims against the other only in his/her or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the costs of the arbitration, not including attorney's fees or expert witness expenses, equally. If the consumer's share of the costs is greater than two thousand dollars ($2,000.00), PAN will pay the consumer's share of any costs in excess of that amount. In the event that a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party shall be entitled to obtain costs of suit, including any reasonable attorney's fees incurred for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrators ruling, except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the requirement to arbitrate shall survive any termination of this Agreement.

This Agreement constitutes the entire agreement between Client and PAN. No modifications, variations or waivers of any provisions of this Agreement shall be deemed valid unless in writing and signed by Client and PAN.

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02-04T14:23:07-06:00

**Page 166**
**PX6 Ecroyd Decl.**
**Attach. C**

| Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| Ecroyd | Shawn | | Redacted | Redacted |

| Co-Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| | | _ | | |

| Address | City, State, ZIP |
|---|---|
| Redacted , , Houston TX Redacted | Houston, TX, Redacted |

| Phone | Email | Mothers Maiden Name |
|---|---|---|
| Redacted | Redacted @gmail.com | |

| Authorized Service Provider/Agent | Account ID |
|---|---|
| Arete Financial | AR  1 |

| Client Signature | *Shawn Ecroyd* | Date | 02/04/2019 | Notifications To Payment Automation Network |
|---|---|---|---|---|
| | | | | Email: Clients@paymentautomation.net |
| Co-Client Signature | | Date | | Phone: (800)813 3740 |
| | | | | Fax: (866)600 2703 |
| | | | | Portal: https://client.paymentautomation.net |

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02-04T14:23:07-06:00

 Payment Automation
Network, Inc.

CUSTODIAL ACCOUNT AGREEMENT

Ver 10/30/2014

**AUTHORIZATION FOR RECURRING DIRECT PAYMENTS** I (we) hereby authorize PAN to initiate ACH debit entries from the account at the depository financial institution named below and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to the account must comply with the provisions of U.S. law. This authorization is to remain in full force and effect until PAN has received written notification from me (or either of us) of its termination no fewer than three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.

| Bank Name | Account Number | Routing Number | Account Type | Account Fees |
|---|---|---|---|---|
| Authorizing Person's Name (as it appears on check) | | | | I authorize PAN to charge my Primary Financial Institution or my Custodial Account in accordance with the following fees for services rendered. |
| Address, City, State, Zip (as it appears on check) Redacted , , Houston TX Red acte d , Houston, TX, Red acte d | | | | Monthly Custodial Account:$6.75 Unauthorized Returns:$35.00 Stop Payment:$25.00 Return Item Fee: $0.00 |
| Recurring Debit Authorization $799.00 | | Effective Date (Date of First Debit) Feb 15, 2018 | | Fees for Disbursements per occurrence or any other appropriate service. |
| The specific debits to my account authorized herein may only post on or after the EFFECTIVE DATE listed in the attached payment schedule. This authorization is to remain in full force and effect until PAN has received written notification from me of termination in such time and in such manner as to afford PAN a reasonable opportunity to act. | | | | ACH Credit:$5.00 ACH Debit/Check by phone:$5.00 Overnight Check, Wire Transfer: $25.00 2 Day Check:$10.00 USPS Check: $5.00 |
| Client Signature | 02/04/2019 | DATE | Feb 04, 2019 | Notifications To Payment Automation Network Email: Clients@paymentautomation.net Phone: (800)813 3740 |
| CO-Client Signature | | DATE | Feb 04, 2019 | Fax: (866)600 2703 Portal: https://client.paymentautomation.net |

**Payment Schedule**

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 1 | Feb 15, 2018 | $199.75 | $0.00 | $199.75 |

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02-04T14:23:07-06:0(

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 2 | Mar 05, 2019 | $199.75 | $0.00 | $199.75 |
| 3 | Apr 05, 2019 | $199.75 | $0.00 | $199.75 |
| 4 | May 06, 2019 | $199.75 | $0.00 | $199.75 |
| 5 | Jun 05, 2019 | $0.00 | $39.00 | $39.00 |
| 6 | Jul 05, 2019 | $0.00 | $39.00 | $39.00 |
| 7 | Aug 05, 2019 | $0.00 | $39.00 | $39.00 |
| 8 | Sep 05, 2019 | $0.00 | $39.00 | $39.00 |
| 9 | Oct 07, 2019 | $0.00 | $39.00 | $39.00 |
| 10 | Nov 05, 2019 | $0.00 | $39.00 | $39.00 |
| 11 | Dec 05, 2019 | $0.00 | $39.00 | $39.00 |
| 12 | Jan 06, 2020 | $0.00 | $39.00 | $39.00 |
| 13 | Feb 05, 2020 | $0.00 | $39.00 | $39.00 |
| 14 | Mar 05, 2020 | $0.00 | $39.00 | $39.00 |
| 15 | Apr 06, 2020 | $0.00 | $39.00 | $39.00 |
| 16 | May 05, 2020 | $0.00 | $39.00 | $39.00 |
| 17 | Jun 05, 2020 | $0.00 | $39.00 | $39.00 |
| 18 | Jul 06, 2020 | $0.00 | $39.00 | $39.00 |
| 19 | Aug 05, 2020 | $0.00 | $39.00 | $39.00 |
| 20 | Sep 08, 2020 | $0.00 | $39.00 | $39.00 |
| 21 | Oct 05, 2020 | $0.00 | $39.00 | $39.00 |
| 22 | Nov 05, 2020 | $0.00 | $39.00 | $39.00 |
| 23 | Dec 07, 2020 | $0.00 | $39.00 | $39.00 |
| 24 | Jan 05, 2021 | $0.00 | $39.00 | $39.00 |
| 25 | Feb 05, 2021 | $0.00 | $39.00 | $39.00 |
| 26 | Mar 05, 2021 | $0.00 | $39.00 | $39.00 |
| 27 | Apr 05, 2021 | $0.00 | $39.00 | $39.00 |
| 28 | May 05, 2021 | $0.00 | $39.00 | $39.00 |
| 29 | Jun 07, 2021 | $0.00 | $39.00 | $39.00 |
| 30 | Jul 06, 2021 | $0.00 | $39.00 | $39.00 |
| 31 | Aug 05, 2021 | $0.00 | $39.00 | $39.00 |
| 32 | Sep 07, 2021 | $0.00 | $39.00 | $39.00 |
| 33 | Oct 05, 2021 | $0.00 | $39.00 | $39.00 |
| 34 | Nov 05, 2021 | $0.00 | $39.00 | $39.00 |
| 35 | Dec 06, 2021 | $0.00 | $39.00 | $39.00 |
| 36 | Jan 05, 2022 | $0.00 | $39.00 | $39.00 |

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02-04T14:23:07-06:00

 

# E-Signature Completion Certificate

| | |
|---|---|
| Document ID | 5709008 |
| Document GUID | 33e5a555 d7bf 0f4b 558c def21b0e90ce |
| Document Title | Arete Student Loan Agreement CC |
| Sender IP | 12.10.47.194 |
| Number of Signers | 1 |
| Signer Email | Redacted @gmail.com |
| Signer IP | Redacted |
| Timestamp | 2019 02 04T14:23:07 06:00 |
| Document Hash | a870ced298eeaf283cc3d0b79f6bd8d5 |

### Document Audit

- Sent at 2019 02 04T14:20:03 06:00 from IP 12.10.47.194
- Delivered to Shawn Ecroyd Redacted @gmail.com at 2019 02 04T14:20:32 06:00 from Redacted
- Adopted Signature at 2019 02 04T14:20:36 06:00 from Redacted
- Completed Signing at 2019 02 04T14:23:07 06:00 from Redacted
- PDF Generated at 2019 02 04T14:23:07 06:00

### User Agent

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/71.0.3578.98 Safari/537.36

ID: 33e5a555-d7bf-0f4b-558c-def21b0e90ce Signed: 2019-02-04T14:23:07-06:0(

Page 170
PX6 Ecroyd Decl.
Attach. C

# Attachment D

From:
Shawn Ecroyd
Redacted

Houston, TX Redacted

To:
Arete Financial Freedom
1261 E Dyer Rd., Suite 100
Santa Ana, CA 92705

Date: 02/04/2019

Dear Arete Financial LLC,

I am writing this letter to cancel my Student Loan Consolidation and Payment Reduction
Program with your company. My Arete Client ID is 298180931.

I also request that you cease all charges related to the payment of this program. I request that you
return any payments made during the tenure of this policy. The matter should be dealt with
immediate effect and should be processed within 30 days of this letter.

Due to concerns for my personal information, I do not wish to carry forward with the program.
Please confirm the cancellation by return mail at the earliest.

Thanks,

Shawn Ecroyd

Attachment D

**Page 171**
**PX6 Ecroyd Decl.**
**Attach. D**