ORIGINAL

1   ALDEN F. ABBOTT
    General Counsel
2   STEPHEN T. FAIRCHILD
3   WA Bar No. 41214; sfairchild@ftc.gov
    RICHARD MCKEWEN
4   WA Bar No. 45041; rmckewen@ftc.gov
5   FEDERAL TRADE COMMISSION
    915 Second Avenue, Suite 2896
6   Seattle, WA 98174
7   Tel.: (206) 220-6350; Fax: (206) 220-6366

8   ROBERT J. QUIGLEY, Local Counsel
9   CA Bar No. 302879; rquigley@ftc.gov
    FEDERAL TRADE COMMISSION
10  10990 Wilshire Boulevard, Suite 400
11  Los Angeles, CA 90024
12  Tel.: (310) 824-4300; Fax: (310) 824-4380

13  Attorneys for Plaintiff

14

15                  UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
16

17  FEDERAL TRADE COMMISSION,

18                  Plaintiff,           Civ. No.    SACV 19 - 02109 JVS (ADSx)

19                                       EXHIBITS TO PLAINTIFF'S
20          v.                           TRO APPLICATION

21  AMERICAN FINANCIAL SUPPORT          VOLUME II
22  SERVICES INC., et al.,               PX7–PX10

23                  Defendants.          FILED UNDER SEAL
24

25

26

27

28

ALDEN F. ABBOTT
General Counsel
STEPHEN T. FAIRCHILD
WA Bar No. 41214; sfairchild@ftc.gov
RICHARD MCKEWEN
WA Bar No. 45041; rmckewen@ftc.gov
FEDERAL TRADE COMMISSION
915 Second Avenue, Suite 2896
Seattle, WA 98174
Tel.: (206) 220-6350; Fax: (206) 220-6366

ROBERT J. QUIGLEY, Local Counsel
CA Bar No. 302879; rquigley@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel.: (310) 824-4300; Fax: (310) 824-4380

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.,<br><br>Defendants. | Civ. No.<br><br>**EXHIBITS TO PLAINTIFF'S TRO APPLICATION**<br><br>**VOLUME II**<br>**PX7–PX10**<br><br>**FILED UNDER SEAL** |

# PX7
# Declaration of Jonathan Hale

DECLARATION OF JONATHAN HALE   ORIGINAL
Pursuant to 28 U.S.C. §1746

I, Jonathan Hale, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them.  If called as a witness, I could and would testify as follows:

1.      I am over the age of 18 and reside in Boise, Idaho.  In the summer of 2018, my wife and I decided to try and buy a home.  I was in default on my two student loans, one subsidized and one unsubsidized, totaling around $7,000.  We spoke to a mortgage lender who encouraged me to begin paying off my student loans and to recheck my credit in one year.  At that point, I began making payments to my student loan servicer, Navient.

2.      In May of 2018, I received an unsolicited telephone call from a man who said he was Andy Poon from 1file.org.  Mr. Poon had an east Indian accent. He advised me that 1file.org could help me by consolidating my student loans and reducing my monthly student loan payments.  Mr. Poon also advised me that the conversation was being recorded.

3.      Mr. Poon said that the cost of 1file.org's service was $699, which I could pay in four installments of $174.75 each.  After that, my monthly student loan payment would be $19 for 240 months.  I assumed that after those 240 months, my student loans would be paid, and Mr. Poon did not tell me otherwise. Mr. Poon was a bit pushy in his approach, advising me that I needed to "get going on this."  Because I believed that if I paid 1file.org to consolidate and take over my student loans, my monthly loan payments would be reduced to $19, I agreed to sign up with 1file.org.  My primary intent was to begin paying off my student loans in order to improve my credit.  I provided Mr. Poon with my debit card information so that 1file.org could take the four $174.75 installments and $19 monthly payments from my bank account.

Jonathan Hale Declaration, p. 1 of 4

1    4.    Mr. Poon asked me some questions about my family size and income.

2    He told me that my student loan balance was not large enough for me to qualify for

3    a loan forgiveness program.  He told me that I should stop paying my student loan

4    through Navient and just pay 1file.org because 1file.org would be managing my

5    student loans.  Then he advised me that I needed to e-sign some documents and

6    that I would receive an email with a link to those documents.  The call with Mr.

7    Poon ended shortly thereafter.

8    5.    On or about May 17, 2018, I received an email from

9    processing@1file.org, that included a link to the documents that Mr. Poon

10   mentioned.  The document appeared to be sent to me by Julia James with US

11   Financial Freedom Center ("USFFC"), 500 Ygnacio Valley Road, Suite 430,

12   Walnut Creek, California 94598, www.usffc.org.  I had no prior communication

13   with Julia James and I had no idea why this email had a signature from USFFC,

14   since I had never heard of USFFC before.  However, because the documents came

15   from a 1file.org email address with a link to the documents that I was supposed to

16   sign, I clicked on the link and downloaded the documents to my telephone.  My

17   wife also downloaded the documents to her computer and reviewed them.  The

18   documents did not raise any concerns for us, so I e-signed them using my phone.

19   True and correct copies of the May 17 email from processing@1file.org, as well as

20   the documents that I reviewed and signed, are appended as **Attachment A**.

21   6.    Later that day I received emails with additional documents, including

22   a welcome email that explained the application process, an email titled "7 Things

23   your Federal Student Loan Servicer Fails to tell You," information for accessing

24   the Company's customer portal, and a "Borrower Eligibility Confirmation."  True

25   and correct copies of these documents are included as **Attachment B**.

26

27

28   Jonathan Hale Declaration, p. 2 of 4

1    7.    As instructed by Mr. Poon, I stopped paying Navient but made my

2    payments to 1file.org in June 2018.  However, at that time my bank account was

3    hacked and drained and so my first payment to 1file.org bounced.  On June 8,

4    2018, and July 20, 2018, I received emails advising me that 1file.org was

5    "currently processing the Direct Loan Consolidation application."  On August 8,

6    2018, I received an email advising me that my "Student Loan Repayment

7    Application" was completed.  True and correct printouts of these emails are

8    appended at **Attachment C**.  These documents indicated to me that 1file.org was

9    managing my student loans as the company had agreed to do.

10    8.    I made the four payments of $174.75 to 1file.org between June and

11    September 2018.  In the summer of 2019, we talked to our mortgage lender for the

12    purpose of moving forward with a home purchase.  Our mortgage lender advised

13    us that my student loan account was past due by more than 120 days.  Upon

14    hearing this, I called 1file.org and asked why my student loan was past due.  I

15    spoke to a woman whose name I do not recall.  Contrary to what I was told when I

16    first signed up, this woman said that my $19 monthly payments were not being

17    applied to my student loan.  The representative claimed that I was paying them to

18    remind me when my payments were due.  I explained that Mr. Poon had misled me

19    and I asked her for copies of the recorded conversation that I had with Mr. Poon.

20    She said that she would look into it, but I never received it.

21    9.    On or about June 11, 2019, I filed a complaint with the Better

22    Business Bureau, describing my experience with 1file.org and requesting a full

23    refund.  The company refused to provide me with a full refund.

24    10.    If I had known that contrary to what Mr. Poon told me, 1file.org

25    would not manage my student loans and would pocket my $19 monthly payments

26

27

28    Jonathan Hale Declaration, p. 3 of 4

1   rather than apply those payments to my student loans, I would never have agreed to

2   sign up with the company or pay them an $699 upfront fee.

3

4         I declare under penalty of perjury that the foregoing is true and correct to the

5   best of my knowledge.

6

7   Dated: _8-6 - 19_____, 2019      _____

                                                        Jonathan Hale

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Jonathan Hale Declaration, p. 4 of 4

# Attachment A

 Gmail

Jon Hale < ████████ @gmail.com>

## Jonathan Hale - Documents For Your Review
3 messages

**processing@1file.org** <processing@1file.org>
To: ████████ @gmail.com

Thu, May 17, 2018 at 10:55 AM

Regards,
Julia James
US Financial Freedom Center
500 Ygnacio Valley Road,
Ste 430, Walnut Creek CA 94596

**Toll Free: +1 888 307 0030 Extension : 2006**
www.usffc.org
Mon - Fri 11:30 - 20:30 EST

Please click on the link below...

Click Here To Review Documents

**processing@1file.org** <processing@1file.org>
To: ████████ @gmail.com

Thu, May 17, 2018 at 11:12 AM

Regards,
Julia James
US Financial Freedom Center
500 Ygnacio Valley Road,
Ste 430, Walnut Creek CA 94596

**Toll Free: +1 888 307 0030 Extension : 2006**
www.usffc.org
Mon - Fri 11:30 - 20:30 EST

Kindly send the clear scanned documents as your proof of income.
That is your 1040 tax documents for 2016 via fax or email
Fax : 925-264-1998
Email : processing@usffc.org

Please click on the link below...

Click Here To Review Documents                    **ATTACHMENT A**

**processing@1file.org** <processing@1file.org>
To: ████████ @gmail.com

Thu, May 17, 2018 at 11:14 AM

Regards,
Julia James
US Financial Freedom Center
500 Ygnacio Valley Road,
Ste 430, Walnut Creek CA 94596

**Toll Free: +1 888 307 0030 Extension : 2006**
www.usffc.org
Mon - Fri 11:30 - 20:30 EST

Kindly send the clear scanned documents as your proof of income.
That is your 1040 tax documents for 2016 via fax or email
Fax : 925-264 1998
Email : processing@usffc.org

Please click on the link below...

Click Here To Review Documents



### SERVICE AGREEMENT

This service agreement ("Agreement") is made and entered into this 17th day of May, 2018, by and between USFFC.ORG ("USFFC.ORG"), and Jonathan Hale hereinafter referred to as ("Client"), whose address is ████████████ , Boise ID ████ , with reference to the following.

### RECITALS

A. USFFC.ORG provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation") and/or restructure the current payment to a new ("Income-Driven Repayment");

B. Client requests USFFC.ORG perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth, below, USFFC.ORG and Client do hereby agree to the following:

**1. Client Loan Service Definition.**

USFFC.ORG provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. USFFC.ORG will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

**2. Nature of Service; No Legal or Tax Advice.**

USFFC.ORG is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. The Client acknowledges that USFFC.ORG is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

**3. Rehabilitation; Garnishment.**

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, USFFC.ORG will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, USFFC.ORG will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

**4. Fees.**

Client agrees to pay USFFC.ORG a Service fee of $699.00 for providing the Services. In addition Client agrees to pay USFFC.ORG a Monthly Maintenance fee of: $19.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, USFFC.ORG will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

**5. Refund.**

Client understands that USFFC.ORG is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website. However, USFFC.ORG guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with USFFC.ORG providing all information requested by USFFC.ORG and DOE in a timely manner as deemed by USFFC.ORG and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 30 days of any loan application denial by the DOE. USFFC.ORG will reimburse 100% of the Service fee paid by Client.

**6. Process.**

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. USFFC.ORG relies on the applicable lender(s) and USFFC.ORG cannot be held liable for delayed completion due to delays in obtaining information or approvals from third parties or the DOE. The average completion time to process a Federal Student Loan Consolidation through USFFC.ORG

ID: 95bf711a-b8bd-ee98-5d9d-daa471e0c32d Signed: 2018-05-17 12:28:53-05:00

is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

**7. Client Warranty.**

Client expressly represents and warrants that they will provide USFFC.ORG with information that is complete and accurate to the best of their knowledge. USFFC.ORG is under no obligation to independently verify the information provided by Client.

**8. Client Authorization.**

I hereby authorize USFFC.ORG to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize USFFC.ORG to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information USFFC.ORG obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

**9. Arbitration and Choice of Law.**

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

**10. Indemnification.**

Client hereby agrees to defend and hold harmless USFFC.ORG from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

**11. Termination of Agreement.**

Client may cancel this contract any time with written notice to USFFC.ORG prior to being approved for Federal Student Loan Consolidation. Any fees paid to USFFC.ORG at time of cancellation shall be deemed earned as long as USFFC.ORG has acted in good faith in performing services on behalf of Client. USFFC.ORG may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, USFFC.ORG (USFFC.ORG), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (844) 593-8072.

| Jonathan Hale | *Jonathan Hale* |
| --- | --- |
| NAME | SIGN |

| 05/17/2018 | |
| --- | --- |
| DATE | SSN |

ID: 95bf711a-b8bd-ee98-5d9d-daa471e0c32d Signed: 2018-05-17T12:28:53-05:00

**Privacy Policy**

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal information. Personal information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: Information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports; information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and USFFC.ORG to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact USFFC.ORG Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e. exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt out. We may disclose such information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt-out' of having personal information shared. By providing information to USFFC.ORG you are consenting to the collection, use, and disclosure of personal information in the manner described in this privacy policy. This Policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

**500 Ygnacio Valley Rd. Suite 430, Walnut Creek CA 94596 - (844) 593-8072**

Email address: processing@USFFC.ORG

Jonathan Hale
_____
   NAME

*Jonathan Hale*
   SIGN

05/17/2018
_____
   DATE

ID: 95bf711a-b8bd-ee98-5d9d-daa471e0c32d Signed: 2018-05-17T12:28:53-05:00



**Limited Scope Power of Attorney**

- THIS LIMITED POWER OF ATTORNEY IS **ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION** ("DOE") AND CLIENT, Jonathan Hale ("GRANTOR"). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.

- I, Jonathan Hale, Social Security # ▮▮▮▮▮▮▮ , residing at ▮▮▮▮▮▮▮▮▮▮▮▮▮ , Boise ID ▮▮▮▮ , Boise ID ▮▮▮▮ , this date, May 17, 2018, hereby appoints USFFC.ORG as my ATTORNEY-IN-FACT to perform on my behalf as indicated below. With this signature, Jonathan Hale authorizes USFFC.ORG to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,

1.    Access my account with the DOE, including taking steps and providing information necessary to access the account.

2.    Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3.    Drafting and, following my execution, submitting an application to the DOE.

4.    Engaging sub contractors as may be appropriate to perform the services.

USFFC.ORG has full authority to represent me, Jonathan Hale, to perform the services outlined in the Service Agreement.

This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:

1.    It is revoked, suspended or terminated in writing by the GRANTOR; or

2.    The contract is terminated for any reason, whichever is earlier to occur.

**500 Ygnacio Valley Rd. Suite 430, Walnut Creek CA 94596 - (844) 593-8072**

Jonathan Hale
_____        *Jonathan Hale* _____
       NAME                                                                            SIGN

05/17/2018
_____
       DATE

ID: 95bf711a-b8bd-ee98-5d9d-daa471e0c32d Signed: 2018-05-17T12:28:53-05:00

 United States Department of Education

## Certification of Identity & Authorization to Disclose Personal Information

**Privacy Act Statement.** Department regulations require a person who submits a written request for access or disclosure of records to submit personal data sufficient to identify the individual submitting the request. 34 C.F.R. Section 5b.5(b). We solicit the information requested here in order to ensure that the records of individuals who are the subject of Department systems of records are not wrongfully disclosed by the Department. If you fail to furnish this information we will take no action to honor your request. Required information is indicated in CAPS.

FULL NAME OF REQUESTER  [PLEASE PRINT] Jonathan Hale

ADDRESS (STREET)

[CITY] Boise          [STATE] ID          [ZIP]

Phone: (208 )          Email: _____@gmail.com

SOCIAL SECURITY NUMBER          DATE OF BIRTH [MM/DD/YY]

## Authorization to Disclose Personal Information to Another Person

I authorize the Department of Education and its agents to release to, and discuss with the individual named below as my representative, any records of the Department regarding my student financial assistance loan or grant obligation(s) to the Department, for the purpose of assisting me in satisfying the obligation:

FULL NAME OF REPRESENTATIVE: 1FILE ORG

ADDRESS [STREET] 5772 BOLSA AVE STE B220

[CITY] HUNTINGTON BEACH          [STATE] CA          [ZIP] 92649

PHONE: (844 ) 593-8072          [Relationship To Requester] 3rd Party Organization

I authorize the Department to honor this authorization unless and until I revoke it in a written notice and the designated office of the Department receives that notice. I understand that whenever requesting disclosure of information, the representative named here must submit information to verify his or her identity.

I UNDERSTAND THAT IN ORDER TO VERIFY HIS OR HER IDENTITY WHEN MAKING A REQUEST FOR DISCLOSURE BY TELEPHONE, THE REPRESENTATIVE MAY BE REQUIRED TO PROVIDE MY SSN, DOB, AND THE DATE ON WHICH I SIGNED THIS AUTHORIZATION.

I declare under penalty of perjury that I am the person named above as the requester, that I authorize release to the individual named as representative, and that the statements I provided here are true and accurate. I understand that any false statement is subject to punishment under 18 U.S.C. Section 1001 by fine or imprisonment of not more than five years, and that a knowing and willful request made under false pretenses for a record of an individual is subject to punishment under 5 U.S.C. Section 552a(i)(3) by a fine of up to $5000.

DATE: 05/17/2018          SIGNATURE Jonathan Hale

¹ You are not required to provide your SSN or DOB. However, we ask you to provide your SSN and DOB only to facilitate the identification of records relating to you, and unless you provide your SSN and DOB, we may be unable to locate any or all records pertaining to you.

Completed authorizations should be mailed to:

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE TX 75403-5609

ID: 95bf711a b8bd-ee98 5d9d-daa471e0c32d Signed: 2018-05 17T12:28:53 05:00

**Page 182**
**PX7 Hale Decl.**
**Attach. A**

Form **4506-T**

(Rev. September 2015)
Department of the Treasury
Internal Revenue Service

## Request for Transcript of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506-T, visit *www.irs.gov/form4506t.*

OMB No. 1545-1872

Tip. Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first.<br><br>Jonathan Hale | 1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)<br><br>— |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number or individual taxpayer identification number if joint tax return<br><br>— |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

[redacted]   Boise ID [redacted]

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

1FILE.ORG, 5772 Bolsa Ave Suite 220, Huntington Beach, CA 92649

Caution: If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ 1040

**a** Return Transcript, which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . . . . . . ☐

**b** Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . . ☐

**c** Record of Account, which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . ☐

**7** Verification of Nonfiling, which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☐

**8** Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011 filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

Caution: If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

| 12 / 31 / 14 | 12 / 31 / 15 | 12 / 31 / 16 | / / |

Caution: Do not sign this form unless all applicable lines have been completed.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee or party other than the taxpayer, I certify that I have the authority to execute Form 4506 T on behalf of the taxpayer. Note: For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

☐ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.

Phone number of taxpayer on line 1a or 2a

| **Sign Here** | _Jonathan Hale_ (signature) | 05/17/2018 |
|---|---|---|
| | Signature (see instructions) | Date |
| | Title (if line 1a above is a corporation, partnership, estate, or trust) | |
| | | 05/17/2018 |
| | Spouse's signature | Date |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.      Cat. No. 37667N      Form **4506-T** (Rev. 9-2015)

ID: 95bf711a b8bd ee98 5d9d daa471e0c32d Signed: 2018 05 17T12:28:53 05:00

## Credit Card Authorization Form

I Jonathan Hale  authorize 1FILE.ORG to charge my credit card ****      For the total of $699.00 on the dates listed below #223232728.

| | |
|---|---|
| Jun 04, 2018 | $174.75 |
| Jul 09, 2018 | $174.75 |
| Aug 06, 2018 | $174.75 |
| Sep 04, 2018 | $174.75 |

Additionally, I authorize 1FILE.ORG to charge a Monthly Maintenance Fee of 19.00 on the 8th of every month thereafter until loan obligations have been fulfilled.

Your method of payment is as follows:

**Credit Card Number: Visa**          **Name On Credit Card: Jonathan J Hale**

**Credit Card Number: *****          **Expiration Date:**          **Security Code - 3 digits on Back of Card:**

**Billing Address of Credit Card:**

          Boise ID

**Contact Numbers:**

Home Phone: 208-
Cell Phone:

Amount due $699.00 Contract #223232728

**5772 Bolsa Ave. Suite 220, Huntington Beach, CA 92649 - (844) 593-8072**

_Jonathan Hale_
Signature

05/17/2018
Date

Payment Automation
Network, Inc.

### CUSTODIAL ACCOUNT AGREEMENT

Ver 13/EV 2015

Client enters into this Agreement (Agreement) with Payment Automation Network, Inc. (PAN) for having PAN receive payments. make disbursements authorized by Client upon Client's instructions and/or the occurrence of specified events, and provide online transaction management and accounting information on Client's behalf (together, the "Services").

Client authorizes PAN to (i) collect (debit) funds via ACH from Client's designated financial institution (Designated Account) pursuant to the Payment Schedule attached hereto ("Payment Schedule"); (ii) deposit such funds in a non interest bearing FDIC custodial account ("Custodial Account"); and (iii) disburse funds from the Custodial Account as directed by the payment schedule and/or by client solely upon receipt of authorized instructions from Client, provided the balance in the Depository Account equals or exceeds the disbursement request. If the balance of the Custodian Account is less than a requested disbursement, the disbursement direction will not be honored until the balance is increased to the desired amount.

Client agrees to pay PAN's fees and charges shown below and such fees and charges may be deducted directly from the Custodial Account.

ID: 95bf711a b8bd ee98-5d9d daa471e0c32d Signed: 2018 05 17T12;28:53 05:00

Client agrees PAN will select the financial institution that will hold the Custodial Account. Client agrees that PAN may, at its sole discretion and upon written notification to Client, change the financial institution that will hold the Custodial Account at any time, and that the Custodian Account may be in California or any other state selected by PAN in its sole discretion. Client agrees that the Custodial Account will not be used for any illegal purpose, and Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered.

Client agrees that sufficient funds will be available in the Designated Account at least three (3) business days prior to date of all scheduled ACH debits. Client understands and agrees that to stop or change a scheduled debit from the Designated Account, Client must notify PAN at least three (3) business days prior to any such change. In the event Client's Designated Account does not have sufficient funds for a scheduled debit, PAN will not be liable to any third party due to insufficient funds, restriction or dishonor related to Client's account. Client authorizes PAN to recover any funds arising from a NSF, dishonor, or error in debiting the Designated Account. At its sole discretion, PAN may recover any such funds by means of a debit to the Designated Account and/or the Custodial Account. Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered. If Client's Custodian Account is suspended, cancelled, or otherwise terminated for any reason and the account has a negative balance, Client agrees to pay the negative balance upon demand. Should Client fail to remit the full amount of such negative balance, Client shall remain responsible for the deficit and collection actions may be pursued against Client.

Client has an agreement with Service Provider, and the Payment Schedule is part of that agreement. Client directs and authorizes PAN to share information with Service Provider as required by Service Provider and with any other authorized parties involved in the administration of the Custodial Account on Client's behalf. PAN is not an owner, employee, or partner of Service Provider, and provides the Services to Client as an independent third party. Client agrees that PAN is not involved or engaged in any respect with the services provided by the Service Provider, other than acting as a third party escrow on behalf of Client and the Service Provider. Client agrees that PAN shall not be responsible for determining when a payment is due or whether a payment is for the correct amount or otherwise proper. PAN's sole obligation shall be to execute Client's payment instructions in a commercially reasonable manner as soon as practical after receipt of such instructions or after the occurrence of the specified event authorizing release of a payment on behalf of Client. PAN shall not be liable for any conduct by Service Provider or for penalty or other charge levied by anyone on Client, for any failure of anyone to honor a transaction or for any other adverse action taken or not taken by any other party in connection with the Services. Under no circumstances shall PAN be liable for any special, incidental, consequential, exemplary, or punitive damages.

PAN will provide Client an internet login with a login name and password for viewing the funds held in the Custodial Account and all transactions related to Client via a protected website. Use of Client's passcode, password or any other form of identification designated by Client in any transaction constitutes and will be accepted as Client's electronic signature, as that term is used in the federal Electronic Signature in Global and National Commerce law and other applicable laws.

Client's funds are held in the Custodial Account pending Client's instructions for disbursement. Client has sole authority to authorize disbursements or transfers. You expressly authorize PAN to rely on your instructions for this purpose whether transmitted directly by you, via the Service Provider or by a third party you have authorized in whatever form provided, including but not limited to any instructions provided via email, PAN's website, E-signature, or other writing, verbally, by voicemail or any other means of communication. If Client is more than one person, PAN may act upon receipt the instructions of either person; however, if conflicting instructions are received before any action has been taken, PAN may in its sole discretion refrain from taking any action until it receives joint instructions from all Clients or a

court order directing further action. Client agrees that PAN shall have no right or obligation to control, direct, or change any disbursement instructions provided by Client other than as expressly provided by this Agreement.

Client may revoke any prior payment authorization at any time before such payment has been initiated by completing and submitting a Revocation of Recurring Payment Authorization form to PAN by email or mail. See PAN's Contact Information below.

PAN or Client may terminate this Agreement upon delivery of written notice at any time. Upon termination of this Agreement for any reason, PAN shall arrange for Client's remaining funds, apart from any funds due to be paid to the Service Provider or any other person or entity as a result of the occurrence of specified events prior to delivery of the termination notice, to be transmitted from the Custodial Account to the Designated Account.

Client agrees that all disclosures, account activity, notifications and any other communications related to the Services may be distributed to Client by electronic mail or through PAN's software services. Client acknowledges that Client is able to electronically receive, download and print such information and communications. If Client is unable to communicate electronically for any reason, Client agrees to notify PAN immediately, and reasonable alternative means of communication will be established in accordance with applicable law.

Client understands and agrees that all calls to and from PAN are monitored and recorded. Client verifies that the telephone and cellular phone numbers and email addresses shown below presently belong to Client. Client consents to receive emails, prerecorded messages and/or auto dialed calls (including text messages) relating to this Agreement and the Services. These communications may be made by PAN or its agents, even if your phone number is registered on any state or federal "Do Not Call" list. You may incur a charge for such calls by your telephone carrier. PAN may obtain and contact email addresses and phone numbers provided by you directly or obtained through other lawful means. Your consent to this provision is not required as a condition of entering into this Agreement, and you may opt out from consenting to these provisions by contacting PAN in writing at PAN's Contact Information below.

You agree to provide notice within 30 days of any change to your email address or phone numbers by writing to PAN's Contact Information.

ID: 95bf711a-b8bd-ee98-5d9d-daa471e0c32d Signed: 2018-05-17T12:28:53-05:00

below.

ARBITRATION OF DISPUTES - IMPORTANT NOTICE AFFECTING YOUR RIGHTS

You agree that any controversy, claim or dispute between the parties arising out of or relating to this Agreement, or to any of the services provided pursuant to this Agreement, or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this Agreement to arbitrate, shall be determined by binding arbitration conducted in the federal judicial district where the Client resides. The parties agree that this arbitration provision shall be governed by and enforceable under the Federal Arbitration Act. Otherwise, parties agree that the laws of the Client's state of residence shall govern any dispute between them. The parties agree the arbitration shall be conducted before a single arbitrator pursuant to the rules and procedures of the American Arbitration Association ("AAA"). The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. Any award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. The parties agree that either party may bring claims against the other only in his/her or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the costs of the arbitration, not including attorney's fees or expert witness expenses, equally. If the consumer's share of the costs is greater than two thousand dollars ($2,000.00), PAN will pay the consumer's share of any costs in excess of that amount. In the event that a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party shall be entitled to obtain costs of suit, including any reasonable attorney's fees incurred for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrators ruling, except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the requirement to arbitrate shall survive any termination of this Agreement.

This Agreement constitutes the entire agreement between Client and PAN. No modifications, variations or waivers of any provisions of this Agreement shall be deemed valid unless in writing and signed by Client and PAN.

ID: 95bf711a-b8bd-ee98-5d9d-daa471e0c32d Signed: 2018-05-17T12:28:53-05:00

| Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| Hale | Jonathan | | | |

| Co-Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| | | | -- | |

| Address | City, State, ZIP |
|---|---|
| , , Boise ID | Boise, ID, |

| Phone | Email | Mothers Maiden Name |
|---|---|---|
| 208- | @gmail.com | |

| Authorized Service Provider/Agent | Account ID |
|---|---|
| Arete Financial | AR--1 |

| Client Signature | *Jonathan Hale* | Date | 05/17/2018 | Notifications To Payment Automation Network |
|---|---|---|---|---|
| | | | | Email: Clients@paymentautomation.net |
| Co-Cleint Signature | | Date | | Phone: (800)813-3740 |
| | | | | Fax: (866)600-2703 |
| | | | | Portal: https://client.paymentautomation.net |

ID: 95bf711a-b8bd-ee98-5d9d-daa471e0c32d Signed: 2018 05-17T12:28:53-05:00

**Page 187**
**PX7 Hale Decl.**
**Attach. A**



CUSTODIAL ACCOUNT AGREEMENT

Ver 10/30/2014

**AUTHORIZATION FOR RECURRING DIRECT PAYMENTS** I (we) hereby authorize PAN to initiate ACH debit entries from the account at the depository financial institution named below and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to the account must comply with the provisions of U.S. law. This authorization is to remain in full force and effect until PAN has received written notification from me (or either of us) of its termination at least three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.er than three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.

| Bank Name | Account Number | Routing Number | Account Type | Account Fees |
|---|---|---|---|---|
| Authorizing Person's Name (as it appears on check) | | | | I authorize PAN to charge my Primary Financial Institution or my Custodial Account in accordance with the following fees for services rendered. |
| Address, City, State, Zip (as it appears on check)<br><br>, Boise ID , Boise, ID, | | | | Monthly Custodial Account:$6.75<br><br>Unauthorized Returns:$35.00<br><br>Stop Payment:$25.00<br><br>Return Item Fee: $0.00 |
| Recurring Debit Authorization<br><br>$699.00 | Effective Date (Date of First Debit)<br><br>Jun 04, 2018 | | | Fees for Disbursements per occurrence or any other appropriate service. |
| The specific debits to my account authorized herein may only post on or after the EFFECTIVE DATE listed in the attached payment schedule. This authorization is to remain in full force and effect until PAN has received written notification from me of termination in such time and in such manner as to afford PAN a reasonable opportunity to act. | | | | ACH Credit:$5.00<br><br>ACH Debit/Check by phone:$5.00<br><br>Overnight Check, Wire Transfer: $25.00<br><br>2-Day Check:$10.00<br><br>USPS Check: $5.00 |
| **Client Signature** | 05/17/2018 | **DATE** | May 17, 2018 | Notifications To Payment Automation Network<br><br>Email: Clients@paymentautomation.net<br><br>Phone: (800)813 3740 |
| **CO-Client Signature** | | **DATE** | May 17, 2018 | Fax: (866)600-2703<br><br>Portal: https://client.paymentautomation.net |

### Payment Schedule

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 1 | Jun 04, 2018 | $174.75 | $0.00 | $174.75 |
| 2 | Jul 09, 2018 | $174.75 | $0.00 | $174.75 |
| 3 | Aug 06, 2018 | $174.75 | $0.00 | $174.75 |
| 4 | Sep 04, 2018 | $174.75 | $0.00 | $174.75 |

ID: 95bf711a-b8bd-ee98-5d9d-daa471e0c32d Signed: 2018-05-17T12:28:53-05:00

**Page 188**
**PX7 Hale Decl.**
**Attach. A**

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|---------------|---------------------|---------------|
| 5 | Oct 09, 2018 | $0.00 | $19.00 | $19.00 |
| 6 | Nov 08, 2018 | $0.00 | $19.00 | $19.00 |
| 7 | Dec 10, 2018 | $0.00 | $19.00 | $19.00 |
| 8 | Jan 08, 2019 | $0.00 | $19.00 | $19.00 |
| 9 | Feb 08, 2019 | $0.00 | $19.00 | $19.00 |
| 10 | Mar 08, 2019 | $0.00 | $19.00 | $19.00 |
| 11 | Apr 08, 2019 | $0.00 | $19.00 | $19.00 |
| 12 | May 08, 2019 | $0.00 | $19.00 | $19.00 |
| 13 | Jun 10, 2019 | $0.00 | $19.00 | $19.00 |
| 14 | Jul 08, 2019 | $0.00 | $19.00 | $19.00 |
| 15 | Aug 08, 2019 | $0.00 | $19.00 | $19.00 |
| 16 | Sep 09, 2019 | $0.00 | $19.00 | $19.00 |
| 17 | Oct 08, 2019 | $0.00 | $19.00 | $19.00 |
| 18 | Nov 08, 2019 | $0.00 | $19.00 | $19.00 |
| 19 | Dec 09, 2019 | $0.00 | $19.00 | $19.00 |
| 20 | Jan 08, 2020 | $0.00 | $19.00 | $19.00 |
| 21 | Feb 10, 2020 | $0.00 | $19.00 | $19.00 |
| 22 | Mar 09, 2020 | $0.00 | $19.00 | $19.00 |
| 23 | Apr 08, 2020 | $0.00 | $19.00 | $19.00 |
| 24 | May 08, 2020 | $0.00 | $19.00 | $19.00 |
| 25 | Jun 08, 2020 | $0.00 | $19.00 | $19.00 |
| 26 | Jul 08, 2020 | $0.00 | $19.00 | $19.00 |
| 27 | Aug 10, 2020 | $0.00 | $19.00 | $19.00 |
| 28 | Sep 08, 2020 | $0.00 | $19.00 | $19.00 |
| 29 | Oct 08, 2020 | $0.00 | $19.00 | $19.00 |
| 30 | Nov 09, 2020 | $0.00 | $19.00 | $19.00 |
| 31 | Dec 08, 2020 | $0.00 | $19.00 | $19.00 |
| 32 | Jan 08, 2021 | $0.00 | $19.00 | $19.00 |
| 33 | Feb 08, 2021 | $0.00 | $19.00 | $19.00 |
| 34 | Mar 08, 2021 | $0.00 | $19.00 | $19.00 |
| 35 | Apr 08, 2021 | $0.00 | $19.00 | $19.00 |
| 36 | May 10, 2021 | $0.00 | $19.00 | $19.00 |
| 37 | Jun 08, 2021 | $0.00 | $19.00 | $19.00 |
| 38 | Jul 08, 2021 | $0.00 | $19.00 | $19.00 |
| 39 | Aug 09, 2021 | $0.00 | $19.00 | $19.00 |
| 40 | Sep 08, 2021 | $0.00 | $19.00 | $19.00 |
| 41 | Oct 08, 2021 | $0.00 | $19.00 | $19.00 |
| 42 | Nov 08, 2021 | $0.00 | $19.00 | $19.00 |
| 43 | Dec 08, 2021 | $0.00 | $19.00 | $19.00 |
| 44 | Jan 10, 2022 | $0.00 | $19.00 | $19.00 |
| 45 | Feb 08, 2022 | $0.00 | $19.00 | $19.00 |
| 46 | Mar 08, 2022 | $0.00 | $19.00 | $19.00 |
| 47 | Apr 08, 2022 | $0.00 | $19.00 | $19.00 |
| 48 | May 09, 2022 | $0.00 | $19.00 | $19.00 |
| 49 | Jun 08, 2022 | $0.00 | $19.00 | $19.00 |
| 50 | Jul 08, 2022 | $0.00 | $19.00 | $19.00 |
| 51 | Aug 08, 2022 | $0.00 | $19.00 | $19.00 |
| 52 | Sep 08, 2022 | $0.00 | $19.00 | $19.00 |
| 53 | Oct 11, 2022 | $0.00 | $19.00 | $19.00 |
| 54 | Nov 08, 2022 | $0.00 | $19.00 | $19.00 |

ID: 95bf711a-b8bd-ee98-5d9d-daa471e0c32d Signed: 2018-05-17T12:28:53-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 55 | Dec 08, 2022 | $0.00 | $19.00 | $19.00 |
| 56 | Jan 09, 2023 | $0.00 | $19.00 | $19.00 |
| 57 | Feb 08, 2023 | $0.00 | $19.00 | $19.00 |
| 58 | Mar 08, 2023 | $0.00 | $19.00 | $19.00 |
| 59 | Apr 10, 2023 | $0.00 | $19.00 | $19.00 |
| 60 | May 08, 2023 | $0.00 | $19.00 | $19.00 |
| 61 | Jun 08, 2023 | $0.00 | $19.00 | $19.00 |
| 62 | Jul 10, 2023 | $0.00 | $19.00 | $19.00 |
| 63 | Aug 08, 2023 | $0.00 | $19.00 | $19.00 |
| 64 | Sep 08, 2023 | $0.00 | $19.00 | $19.00 |
| 65 | Oct 10, 2023 | $0.00 | $19.00 | $19.00 |
| 66 | Nov 08, 2023 | $0.00 | $19.00 | $19.00 |
| 67 | Dec 08, 2023 | $0.00 | $19.00 | $19.00 |
| 68 | Jan 08, 2024 | $0.00 | $19.00 | $19.00 |
| 69 | Feb 08, 2024 | $0.00 | $19.00 | $19.00 |
| 70 | Mar 08, 2024 | $0.00 | $19.00 | $19.00 |
| 71 | Apr 08, 2024 | $0.00 | $19.00 | $19.00 |
| 72 | May 08, 2024 | $0.00 | $19.00 | $19.00 |
| 73 | Jun 10, 2024 | $0.00 | $19.00 | $19.00 |
| 74 | Jul 08, 2024 | $0.00 | $19.00 | $19.00 |
| 75 | Aug 08, 2024 | $0.00 | $19.00 | $19.00 |
| 76 | Sep 09, 2024 | $0.00 | $19.00 | $19.00 |
| 77 | Oct 08, 2024 | $0.00 | $19.00 | $19.00 |
| 78 | Nov 08, 2024 | $0.00 | $19.00 | $19.00 |
| 79 | Dec 09, 2024 | $0.00 | $19.00 | $19.00 |
| 80 | Jan 08, 2025 | $0.00 | $19.00 | $19.00 |
| 81 | Feb 10, 2025 | $0.00 | $19.00 | $19.00 |
| 82 | Mar 10, 2025 | $0.00 | $19.00 | $19.00 |
| 83 | Apr 08, 2025 | $0.00 | $19.00 | $19.00 |
| 84 | May 08, 2025 | $0.00 | $19.00 | $19.00 |
| 85 | Jun 09, 2025 | $0.00 | $19.00 | $19.00 |
| 86 | Jul 08, 2025 | $0.00 | $19.00 | $19.00 |
| 87 | Aug 08, 2025 | $0.00 | $19.00 | $19.00 |
| 88 | Sep 08, 2025 | $0.00 | $19.00 | $19.00 |
| 89 | Oct 08, 2025 | $0.00 | $19.00 | $19.00 |
| 90 | Nov 10, 2025 | $0.00 | $19.00 | $19.00 |
| 91 | Dec 08, 2025 | $0.00 | $19.00 | $19.00 |
| 92 | Jan 08, 2026 | $0.00 | $19.00 | $19.00 |
| 93 | Feb 09, 2026 | $0.00 | $19.00 | $19.00 |
| 94 | Mar 09, 2026 | $0.00 | $19.00 | $19.00 |
| 95 | Apr 08, 2026 | $0.00 | $19.00 | $19.00 |
| 96 | May 08, 2026 | $0.00 | $19.00 | $19.00 |
| 97 | Jun 08, 2026 | $0.00 | $19.00 | $19.00 |
| 98 | Jul 08, 2026 | $0.00 | $19.00 | $19.00 |
| 99 | Aug 10, 2026 | $0.00 | $19.00 | $19.00 |
| 100 | Sep 08, 2026 | $0.00 | $19.00 | $19.00 |
| 101 | Oct 08, 2026 | $0.00 | $19.00 | $19.00 |
| 102 | Nov 09, 2026 | $0.00 | $19.00 | $19.00 |
| 103 | Dec 08, 2026 | $0.00 | $19.00 | $19.00 |
| 104 | Jan 08, 2027 | $0.00 | $19.00 | $19.00 |

ID: 95bf711a-b8bd-ee98-5d9d-daa471e0c32d Signed: 2018-05-17T12:28:53-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 105 | Feb 08, 2027 | $0.00 | $19.00 | $19.00 |
| 106 | Mar 08, 2027 | $0.00 | $19.00 | $19.00 |
| 107 | Apr 08, 2027 | $0.00 | $19.00 | $19.00 |
| 108 | May 10, 2027 | $0.00 | $19.00 | $19.00 |
| 109 | Jun 08, 2027 | $0.00 | $19.00 | $19.00 |
| 110 | Jul 08, 2027 | $0.00 | $19.00 | $19.00 |
| 111 | Aug 09, 2027 | $0.00 | $19.00 | $19.00 |
| 112 | Sep 08, 2027 | $0.00 | $19.00 | $19.00 |
| 113 | Oct 08, 2027 | $0.00 | $19.00 | $19.00 |
| 114 | Nov 08, 2027 | $0.00 | $19.00 | $19.00 |
| 115 | Dec 08, 2027 | $0.00 | $19.00 | $19.00 |
| 116 | Jan 10, 2028 | $0.00 | $19.00 | $19.00 |
| 117 | Feb 08, 2028 | $0.00 | $19.00 | $19.00 |
| 118 | Mar 08, 2028 | $0.00 | $19.00 | $19.00 |
| 119 | Apr 10, 2028 | $0.00 | $19.00 | $19.00 |
| 120 | May 08, 2028 | $0.00 | $19.00 | $19.00 |
| 121 | Jun 08, 2028 | $0.00 | $19.00 | $19.00 |
| 122 | Jul 10, 2028 | $0.00 | $19.00 | $19.00 |
| 123 | Aug 08, 2028 | $0.00 | $19.00 | $19.00 |
| 124 | Sep 08, 2028 | $0.00 | $19.00 | $19.00 |
| 125 | Oct 10, 2028 | $0.00 | $19.00 | $19.00 |
| 126 | Nov 08, 2028 | $0.00 | $19.00 | $19.00 |
| 127 | Dec 08, 2028 | $0.00 | $19.00 | $19.00 |
| 128 | Jan 08, 2029 | $0.00 | $19.00 | $19.00 |
| 129 | Feb 08, 2029 | $0.00 | $19.00 | $19.00 |
| 130 | Mar 08, 2029 | $0.00 | $19.00 | $19.00 |
| 131 | Apr 09, 2029 | $0.00 | $19.00 | $19.00 |
| 132 | May 08, 2029 | $0.00 | $19.00 | $19.00 |
| 133 | Jun 08, 2029 | $0.00 | $19.00 | $19.00 |
| 134 | Jul 09, 2029 | $0.00 | $19.00 | $19.00 |
| 135 | Aug 08, 2029 | $0.00 | $19.00 | $19.00 |
| 136 | Sep 10, 2029 | $0.00 | $19.00 | $19.00 |
| 137 | Oct 08, 2029 | $0.00 | $19.00 | $19.00 |
| 138 | Nov 08, 2029 | $0.00 | $19.00 | $19.00 |
| 139 | Dec 10, 2029 | $0.00 | $19.00 | $19.00 |
| 140 | Jan 08, 2030 | $0.00 | $19.00 | $19.00 |
| 141 | Feb 08, 2030 | $0.00 | $19.00 | $19.00 |
| 142 | Mar 08, 2030 | $0.00 | $19.00 | $19.00 |
| 143 | Apr 08, 2030 | $0.00 | $19.00 | $19.00 |
| 144 | May 08, 2030 | $0.00 | $19.00 | $19.00 |
| 145 | Jun 10, 2030 | $0.00 | $19.00 | $19.00 |
| 146 | Jul 08, 2030 | $0.00 | $19.00 | $19.00 |
| 147 | Aug 08, 2030 | $0.00 | $19.00 | $19.00 |
| 148 | Sep 09, 2030 | $0.00 | $19.00 | $19.00 |
| 149 | Oct 08, 2030 | $0.00 | $19.00 | $19.00 |
| 150 | Nov 08, 2030 | $0.00 | $19.00 | $19.00 |
| 151 | Dec 09, 2030 | $0.00 | $19.00 | $19.00 |
| 152 | Jan 08, 2031 | $0.00 | $19.00 | $19.00 |
| 153 | Feb 10, 2031 | $0.00 | $19.00 | $19.00 |
| 154 | Mar 10, 2031 | $0.00 | $19.00 | $19.00 |

ID: 95bf711a-b8bd-ee98-5d9d-daa471e0c32d Signed: 2018-05-17T12:28:53-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 155 | Apr 08, 2031 | $0.00 | $19.00 | $19.00 |
| 156 | May 08, 2031 | $0.00 | $19.00 | $19.00 |
| 157 | Jun 09, 2031 | $0.00 | $19.00 | $19.00 |
| 158 | Jul 08, 2031 | $0.00 | $19.00 | $19.00 |
| 159 | Aug 08, 2031 | $0.00 | $19.00 | $19.00 |
| 160 | Sep 08, 2031 | $0.00 | $19.00 | $19.00 |
| 161 | Oct 08, 2031 | $0.00 | $19.00 | $19.00 |
| 162 | Nov 10, 2031 | $0.00 | $19.00 | $19.00 |
| 163 | Dec 08, 2031 | $0.00 | $19.00 | $19.00 |
| 164 | Jan 08, 2032 | $0.00 | $19.00 | $19.00 |
| 165 | Feb 09, 2032 | $0.00 | $19.00 | $19.00 |
| 166 | Mar 08, 2032 | $0.00 | $19.00 | $19.00 |
| 167 | Apr 08, 2032 | $0.00 | $19.00 | $19.00 |
| 168 | May 10, 2032 | $0.00 | $19.00 | $19.00 |
| 169 | Jun 08, 2032 | $0.00 | $19.00 | $19.00 |
| 170 | Jul 08, 2032 | $0.00 | $19.00 | $19.00 |
| 171 | Aug 09, 2032 | $0.00 | $19.00 | $19.00 |
| 172 | Sep 08, 2032 | $0.00 | $19.00 | $19.00 |
| 173 | Oct 08, 2032 | $0.00 | $19.00 | $19.00 |
| 174 | Nov 08, 2032 | $0.00 | $19.00 | $19.00 |
| 175 | Dec 08, 2032 | $0.00 | $19.00 | $19.00 |
| 176 | Jan 10, 2033 | $0.00 | $19.00 | $19.00 |
| 177 | Feb 08, 2033 | $0.00 | $19.00 | $19.00 |
| 178 | Mar 08, 2033 | $0.00 | $19.00 | $19.00 |
| 179 | Apr 08, 2033 | $0.00 | $19.00 | $19.00 |
| 180 | May 09, 2033 | $0.00 | $19.00 | $19.00 |
| 181 | Jun 08, 2033 | $0.00 | $19.00 | $19.00 |
| 182 | Jul 08, 2033 | $0.00 | $19.00 | $19.00 |
| 183 | Aug 08, 2033 | $0.00 | $19.00 | $19.00 |
| 184 | Sep 08, 2033 | $0.00 | $19.00 | $19.00 |
| 185 | Oct 10, 2033 | $0.00 | $19.00 | $19.00 |
| 186 | Nov 08, 2033 | $0.00 | $19.00 | $19.00 |
| 187 | Dec 08, 2033 | $0.00 | $19.00 | $19.00 |
| 188 | Jan 09, 2034 | $0.00 | $19.00 | $19.00 |
| 189 | Feb 08, 2034 | $0.00 | $19.00 | $19.00 |
| 190 | Mar 08, 2034 | $0.00 | $19.00 | $19.00 |
| 191 | Apr 10, 2034 | $0.00 | $19.00 | $19.00 |
| 192 | May 08, 2034 | $0.00 | $19.00 | $19.00 |
| 193 | Jun 08, 2034 | $0.00 | $19.00 | $19.00 |
| 194 | Jul 10, 2034 | $0.00 | $19.00 | $19.00 |
| 195 | Aug 08, 2034 | $0.00 | $19.00 | $19.00 |
| 196 | Sep 08, 2034 | $0.00 | $19.00 | $19.00 |
| 197 | Oct 09, 2034 | $0.00 | $19.00 | $19.00 |
| 198 | Nov 08, 2034 | $0.00 | $19.00 | $19.00 |
| 199 | Dec 08, 2034 | $0.00 | $19.00 | $19.00 |
| 200 | Jan 08, 2035 | $0.00 | $19.00 | $19.00 |
| 201 | Feb 08, 2035 | $0.00 | $19.00 | $19.00 |
| 202 | Mar 08, 2035 | $0.00 | $19.00 | $19.00 |
| 203 | Apr 09, 2035 | $0.00 | $19.00 | $19.00 |
| 204 | May 08, 2035 | $0.00 | $19.00 | $19.00 |

ID: 95bf711a b8bd-ee98-5d9d-daa471e0c32d Signed: 2018-05-17T12:28:53-05:00

**Page 192**
**PX7 Hale Decl.**
**Attach. A**

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 205 | Jun 08, 2035 | $0.00 | $19.00 | $19.00 |
| 206 | Jul 09, 2035 | $0.00 | $19.00 | $19.00 |
| 207 | Aug 08, 2035 | $0.00 | $19.00 | $19.00 |
| 208 | Sep 10, 2035 | $0.00 | $19.00 | $19.00 |
| 209 | Oct 08, 2035 | $0.00 | $19.00 | $19.00 |
| 210 | Nov 08, 2035 | $0.00 | $19.00 | $19.00 |
| 211 | Dec 10, 2035 | $0.00 | $19.00 | $19.00 |
| 212 | Jan 08, 2036 | $0.00 | $19.00 | $19.00 |
| 213 | Feb 08, 2036 | $0.00 | $19.00 | $19.00 |
| 214 | Mar 10, 2036 | $0.00 | $19.00 | $19.00 |
| 215 | Apr 08, 2036 | $0.00 | $19.00 | $19.00 |
| 216 | May 08, 2036 | $0.00 | $19.00 | $19.00 |
| 217 | Jun 09, 2036 | $0.00 | $19.00 | $19.00 |
| 218 | Jul 08, 2036 | $0.00 | $19.00 | $19.00 |
| 219 | Aug 08, 2036 | $0.00 | $19.00 | $19.00 |
| 220 | Sep 08, 2036 | $0.00 | $19.00 | $19.00 |
| 221 | Oct 08, 2036 | $0.00 | $19.00 | $19.00 |
| 222 | Nov 10, 2036 | $0.00 | $19.00 | $19.00 |
| 223 | Dec 08, 2036 | $0.00 | $19.00 | $19.00 |
| 224 | Jan 08, 2037 | $0.00 | $19.00 | $19.00 |
| 225 | Feb 09, 2037 | $0.00 | $19.00 | $19.00 |
| 226 | Mar 09, 2037 | $0.00 | $19.00 | $19.00 |
| 227 | Apr 08, 2037 | $0.00 | $19.00 | $19.00 |
| 228 | May 08, 2037 | $0.00 | $19.00 | $19.00 |
| 229 | Jun 08, 2037 | $0.00 | $19.00 | $19.00 |
| 230 | Jul 08, 2037 | $0.00 | $19.00 | $19.00 |
| 231 | Aug 10, 2037 | $0.00 | $19.00 | $19.00 |
| 232 | Sep 08, 2037 | $0.00 | $19.00 | $19.00 |
| 233 | Oct 08, 2037 | $0.00 | $19.00 | $19.00 |
| 234 | Nov 09, 2037 | $0.00 | $19.00 | $19.00 |
| 235 | Dec 08, 2037 | $0.00 | $19.00 | $19.00 |
| 236 | Jan 08, 2038 | $0.00 | $19.00 | $19.00 |
| 237 | Feb 08, 2038 | $0.00 | $19.00 | $19.00 |
| 238 | Mar 08, 2038 | $0.00 | $19.00 | $19.00 |
| 239 | Apr 08, 2038 | $0.00 | $19.00 | $19.00 |
| 240 | May 10, 2038 | $0.00 | $19.00 | $19.00 |

ID: 95bf711a-b8bd-ee98-5d9d-daa471e0c32d Signed: 2018-05-17T12:28:53-05:00

clixsign

# E-Signature Completion Certificate

| | |
|---|---|
| Document ID | 4612684 |
| Document Title | 1FILE.ORG NEW PACKAGE CC* |
| Sender IP | 114.143.238.139 |
| Number of Signers | |
| Signer Email | @gmail.com |
| Signer IP | Redacted |
| Timestamp | 2018 05 17T12:28:53 05:00 |
| Document Hash | f96e4b14adef8326fa7b29e0d35ca35f |

### Document Audit

- Sent at 2018 05 17T12:14:56-05:00 from IP 114.143.238.139
- Delivered to Jonathan Hale          @gmail.com at 2018 05 17T12:16:43 05:00 from
- Adopted Signature at 2018 05 17T12:16:46 05:00 from
- Completed Signing at 2018 05 17T12:28:53 05:00 from
- PDF Generated at 2018 05 17T12:28:53 05:00

### User Agent

Mozilla/5.0 (Linux; Android 7.1.1; Z982 Build/NMF26V) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/66.0.3359.158 Mobile Safari/537.36

ID: 95bf711a b8bd ee98 5d9d daa471e0c32d Signed: 2018 05 17T12:28:53 05:00

# Attachment B

 Gmail

Jon Hale < _____ @gmail.com>

### Welcome Jonathan Hale to 1FILE.ORG 223232728
1 message

**processing@1file.org** <processing@1file.org>
To: _____ @gmail.com

Thu, May 17, 2018 at 4:46 PM



Hello Jonathan,

Thank you for choosing www.1File.org, the chosen leader in Student Loan Processing. We would like to welcome you to the Student Loan Consolidation Program. This is a  time for you to rejoice and we are excited for the opportunity to assist you throughout the consolidation process. Because quality service is important to our clients, we take every effort to make modest improvements in our service. Your valuable feedback can help us continue improving our services and better streamline our processes.

Congratulations on choosing Loan Consolidation! I see that you're consolidating your federal student loans and saving up to 80% on your monthly payment. You have agreed to the processing fee of $699.00. Should you have any questions regarding your consolidation, please contact Customer Service at (844) 593-8072.

Please submit a PDF copy of the first two pages of your most recent Tax Return 1040 form or a PDF copy of your two most recent pay stubs as soon as possible. (Your pay stubs must display your full name, hourly wage and address.) Please be advised that 1099's or W 2's are NOT accepted. Please scan or  fax the documents (Photos/screenshots are not acceptable forms) to fax 714 203 6810 or email them to processing@1file.org.

If documents requested have already been sent or your Unemployed, please disregard.


How Your Application Is Processed

When a borrower consolidates loans in the Direct Consolidation Loan Program, the Federal Government pays off the loan balance on the original federal education loans and originates a new loan for the total. Here's how that works from a borrower's point of view.

It takes five simple steps to process your application after we receive it.

Step 1. Application Review: After we receive your fully completed application, it is edited, assigned an application identification number, entered into our system, and the process begins. We will contact you if additional information is needed.

Step 2. Contact Loan Holder(s): Using the loan information from your application, we contact your loan holder(s) to verify the loan's eligibility for consolidation and its current loan balances (including accrued interest, fees, or collection costs). If you currently are required to make payments on your loan(s), continue to do so. You will need to continue making payments until you receive written notification that your loan(s) has been successfully consolidated and it is time to start paying your Direct Consolidation Loan.

Step 3. Loan Statement: After your loan holder(s) certifies the "payoff" balance(s), we will send you a letter and loan statement listing the loan(s) being consolidated. You have 15 days to review this information for accuracy and to make adjustments.

ATTACHMENT B

M Gmail                                                    Jon Hale < ▓▓▓▓ @gmail.com>

## 1FILE.ORG - 7 Things your Federal Student Loan servicer fails to tell you.
1 message

**processing@1file.org** <processing@1file.org>                    Thu, May 17, 2018 at 4:46 PM
Reply To: processing@1file.org
To: ▓▓▓▓ @gmail.com



Hello Jonathan,

7 Things your loan servicer fails to tell you. When it comes to dealing directly with your current loan servicer, please note they could have saved you thousand of dollars years ago but failed to do so as they do not find it profitable.

These loan servicers are not  government agencies, they are private for profit companies just like your bank.

1. They are able to charge high interest and can make it nearly impossible to payoff.
2. They set your payments so high that you might have to file a forbearance (put on hold) all the while knowing that your forbearance is limited. Once you run out of forbearance time, your balance could have ballooned to the point of no turning back.
3. Your payments are now higher, your balance has doubled and interest compounded which leads to default and having your account go to collections!
4. Because of the this default ratio, the government has passed a new law to have your balance forgiven after a significant amount of payments over time.
5. You can now use a 3rd party organizations to help you understand your loans and your available options, not just the best option for the bank.
6. When it comes to preparing documents for your application. You need a 3rd party organization to complete them correctly to get guaranteed results. You wouldn't have the IRS file your taxes,why would you have the servicer fill out your paperwork in the program they chose for you.
7.  We help you monitor and make sure that your loan servicer is not taking advantage of your vulnerability. What you don't know can hurt you in the long run financially.

Thanks to the Better Business Bureau, you can now see consumer reviews of each Federal Approved loan servicers.

It is always good to do your research. Click on the link below of your current loan servicer and see what others had to say.


1file.org is a BBB A Rated Company ......WE CARE ABOUT YOUR SITUATION




Beware of Navient-www.bbb.org/delaware/business-reviews/loans/navient-in-wilmington-de-92002017/reviews-and-complaints




Beware of Nelnet- www.bbb.org/nebraska/business-reviews/scholarships-and-financial-aid/nelnet-national-educational-loan-network-in-lincoln-ne-209000034/reviews-and-complaints

Beware of Greatlakes- www.bbb.org/wisconsin/business-reviews/consumer-finance-and-loan-companies/great-lakes-higher-education-corporation-in-madison-wi-12000219/reviews-and-complaints

Beware of Fed loan servicing- www.bbb.org/washington-dc-eastern-pa/business-reviews/government-us/fedloan-servicing-in-harrisburg-pa-202729473/reviews-and-complaints

Update on Navient 2017- http://usat.ly/2k0vCUv

**Processing Department**

**Toll Free | (844) 593-8072**
**Fax | (949) 438-5441**
Hours of Operation: 8AM-5PM Pacific Standard Time
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER  F YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

M Gmail                                          Jon Hale [redacted] @gmail.com>

---

## 1FILE.ORG - Client Portal Welcome

2 messages

**processing@1file.org** <processing@1file.org>                      Thu, May 17, 2018 at 4:46 PM
To: [redacted] @gmail.com



**May 17, 2018**

Client Name: **Jonathan Hale**
Address: [redacted]
City, State Zip: **Boise, ID** [redacted]

ID: **223232728**

Phone: **208-**[redacted]

Dear **Jonathan,**
Thank you for choosing 1file.org. Below, you will find your log in information to your secure personal client portal.

You will have access to view your approved program along with the payment schedule that was set up by your enrolling counselor.
If you have any questions, please feel free to contact the customer service department.        **Toll Free 844-593-8072.**

**Customer Login:**

Please visit your Customer Portal and access your account with 1File account. Please click the link below to login.

https://www.studentdebtportal.com/

**Username:** [redacted]

**Password:** [redacted]

Sincerely,

**Customer Service Department**

**Toll Free 844-593-8072**

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

**processing@1file.org** <processing@1file.org>                                           Thu, May 17, 2018 at 4:46 PM
Reply To: processing@1file.org
To: [redacted] @gmail.com

[Quoted text hidden]

Step 4. Account Set-Up: We forward payoff information to your federal loan servicer once your loan(s) is successfully consolidated. Your federal loan servicer sends you a "Welcome" letter and information about repayment.

This multi-step process generally takes 60-90 days before the information is sent to the federal loan servicer. You will receive a bill within 60 days of your federal loan servicer receiving your account information.

We sincerely appreciate your business, and welcome your feedback!

**Processing Department**

**Toll Free | (844) 593-8072**
**Fax | (714) 203-6810**
Hours of Operation: 8AM-5PM Pacific Standard Time
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

M Gmail                                          Jon Hale < ▢▢▢▢ @gmail.com>

**Jonathan Hale - Eligibility Confirmation**
1 message

**processing@1file.org** <processing@1file.org>                    Thu, May 17, 2018 at 4:46 PM
Reply To: processing@1file.org
To: ▢▢▢▢ @gmail.com

## 1FILE.ORG
Toll Free 844-593-8072

**BORROWER ELIGIBILITY CONFIRMATION**

**Date: May 17, 2018**

**To:**

Jonathan Hale

▢▢▢▢▢▢▢▢

Boise ID ▢▢▢

**Client ID :** ▢▢▢▢▢                                        SSN: ▢▢▢▢▢
                                                             DOB: ▢▢▢▢

You are confirmed for the following government program, **Revised Pay As You Earn (REPAYE) REPAYMENT.**

This Federal Program introduced by the Obama Administration is intended to help stabilize the 1.2 Trillion dollar student loan
epidemic and help struggling students achieve income based payments get relief and avoid **DEFAULT.**

**Total Enrolled Debt:** 7,296.00

**Based on AGI:** 45000

**Included Loans:**

| Creditor | Account # | Amount Owed |
|---|---|---|
| DIRECT STAFFORD UNSUBSIDIZED | 7735U11G03221001 , | $3,589.00 |
| DIRECT STAFFORD SUBSIDIZED | 7735S11G03221001 , | $3,707.00 |
|  |  | **$7,296.00** |

**Approved Program:** Revised Pay As You Earn (REPAYE)

**Program Maturity Savings: $**2,113.00

*The William D. Ford Direct Loan program is an initiative by the federal government to help subsidize the 1.2 trillion dollar student*
*loan debt in the U.S. Borrowers under these **income based programs significantly reduce their payments** and eventually even*

*reach possible forgiveness based off of eligibility requirements.*

---

**The process from beginning to end takes approximately 21-45 days.**

In order to stay compliant in your program you must maintain the following:

- Submit required income documentation to processing within 5 business days of enrollment.
- Send updated documents to the processing department in a timely manner (i.e., paystubs, tax returns, paperwork correspondence, lender correspondence, etc...).

- Maintain program management costs and monthly payments.

**Customer Service Department**

**Toll Free 844-593-8072**

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS

# Attachment C

M Gmail                                               Jon Hale < ███████ @gmail.com>

## Congratulations! Jonathan Hale, Your Application For Consolidation Was Submitted - 223232728

1 message

**processing@1file.org** <processing@1file.org>                Fri, Jun 8, 2018 at 5:02 PM
To: ███████ @gmail.com



Dear Jonathan,

Thank you for choosing us to complete your Direct Consolidation!

We are currently processing the Direct Loan Consolidation application that we submitted on Jun 08, 2018. Typically the consolidation process takes 30 business days (4-6 weeks) to complete from the time your application is received. You are eligible to consolidate and we have received all of the necessary information from your servicer, we will send you confirmation of your details and allow you 10 business days to provide any updates to your application before we complete the consolidation process.

What Happens Next?

### How Your Application Is Processed

*When a borrower consolidates loans in the Direct Consolidation Loan Program, the Federal Government pays off the loan balance on the original federal education loans and originates a new loan for the total. Here's how that works from a borrower's point of view.*

*It takes five simple steps to process your application after we receive it.*

**Step 1. Application Review**: After we receive your fully completed application, it is edited, assigned an application identification number, entered into our system, and the process begins. We will contact you if additional information is needed.

**NOTE:** If you provided a Grace Period End Date on your Consolidation application because you still have loan(s) in a grace period and want to delay the new Consolidation Loan processing until that date, we will put your application on hold and start processing it within 45 days of the grace period end date.

**Step 2. Contact Loan Holder(s):** Using the loan information from your application, we contact your loan holder(s) to verify the loan's eligibility for consolidation and its current loan balances (including accrued interest, fees, or collection costs). If you currently are required to make payments on your loan(s), continue to do so. You will need to continue making payments until you receive written notification that your loan(s) has been successfully consolidated and it is time to start paying your Direct Consolidation Loan. If you are having difficulty making payments on your loan(s), contact your current loan holder(s) to find out ways to postpone payment. Ask specifically about your "deferment" or "forbearance" options.

**Step 3. Loan Statement:** After your loan holder(s) certifies the "payoff" balance(s), we will send you a letter and loan statement listing the loan(s) being consolidated. You have 15 days to review this information for accuracy and to make adjustments.

**Step 4. Loan Pay Off**: Each lender is required to notify you that your loans are paid in full when they receive our payment. Your lender(s) and the Department will resolve any over payment or under payment issues.

**Step 5. Account Set-Up:** We forward payoff information to your federal loan servicer once your loan(s) is successfully consolidated. Your federal loan servicer sends you a "Welcome" letter and information about repayment.

ATTACHMENT C

This multi step process generally takes 60 90 days before the information is sent to the federal loan servicer. You will receive a bill within 60 days of your federal loan servicer receiving your account information.

If you have any questions about the mail you receive or about the process, please contact:

**Processing Department**

**Toll Free | (844) 593-8072**
**Fax | (714) 203-6810**
Hours of Operation: 8AM-5PM Pacific Standard Time
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

**Page 204**
**PX7 Hale Decl.**
**Attach. C**

 Gmail

Jon Hale <〔       〕@gmail.com>

## Congratulations! Jonathan Hale, Your Application For Consolidation Was Submitted - 223232728

1 message

**processing@1file.org** <processing@1file.org>
To: 〔       〕@gmail.com

Fri, Jul 20, 2018 at 2:07 PM



Dear Jonathan,

Thank you for choosing us to complete your Direct Consolidation!

We are currently processing the Direct Loan Consolidation application that we submitted on Jul 20, 2018. Typically the consolidation process takes 30 business days (4 6 weeks) to complete from the time your application is received. You are eligible to consolidate and we have received all of the necessary information from your servicer, we will send you confirmation of your details and allow you 10 business days to provide any updates to your application before we complete the consolidation process.

What Happens Next?

### How Your Application Is Processed

*When a borrower consolidates loans in the Direct Consolidation Loan Program, the Federal Government pays off the loan balance on the original federal education loans and originates a new loan for the total. Here's how that works from a borrower's point of view.*

*It takes five simple steps to process your application after we receive it.*

**Step 1. Application Review**: After we receive your fully completed application, it is edited, assigned an application identification number, entered into our system, and the process begins. We will contact you if additional information is needed.

**NOTE:** If you provided a Grace Period End Date on your Consolidation application because you still have loan(s) in a grace period and want to delay the new Consolidation Loan processing until that date, we will put your application on hold and start processing it within 45 days of the grace period end date.

**Step 2. Contact Loan Holder(s):** Using the loan information from your application, we contact your loan holder(s) to verify the loan's eligibility for consolidation and its current loan balances (including accrued interest, fees, or collection costs). If you currently are required to make payments on your loan(s), continue to do so. You will need to continue making payments until you receive written notification that your loan(s) has been successfully consolidated and it is time to start paying your Direct Consolidation Loan. If you are having difficulty making payments on your loan(s), contact your current loan holder(s) to find out ways to postpone payment. Ask specifically about your "deferment" or "forbearance" options.

**Step 3. Loan Statement:** After your loan holder(s) certifies the "payoff" balance(s), we will send you a letter and loan statement listing the loan(s) being consolidated. You have 15 days to review this information for accuracy and to make adjustments.

**Step 4. Loan Pay Off:** Each lender is required to notify you that your loans are paid in full when they receive our payment. Your lender(s) and the Department will resolve any over payment or under payment issues.

**Step 5. Account Set-Up:** We forward payoff information to your federal loan servicer once your loan(s) is successfully consolidated. Your federal loan servicer sends you a "Welcome" letter and information about repayment.

This multi step process generally takes 60 90 days before the information is sent to the federal loan servicer. You will receive a bill within 60 days of your federal loan servicer receiving your account information.

If you have any questions about the mail you receive or about the process, please contact:

**Processing Department**

**Toll Free | (844) 593-8072**
**Fax | (714) 203-6810**
Hours of Operation: 8AM-5PM Pacific Standard Time
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

**Page 206**
**PX7 Hale Decl.**
**Attach. C**

M Gmail                                          Jon Hale <░░░░░░@gmail.com>

**Congratulations! Jonathan Hale, Your Student Loan Repayment Request Has Been Completed! - 223232728**
1 message

processing@1file.org <processing@1file.org>                    Wed, Aug 8, 2018 at 2:43 PM
To: ░░░░@gmail.com



Dear Jonathan,

Thank you for choosing us to service your Student Loan Repayment Application!

Congratulations! We have completed your Direct Loan Repayment request! We appreciate your patience through this vital process and look forward to working with you to pay off your student loans. We will be communicating with your service provider for the life of your loan to ensure you qualify for the same repayment options at the end of each calendar year. Honesty and communication is key to get through this trying repayment process but we will be there with you every step of the way. Remember, this is a marathon and we will work to get to that finish line together, hand in hand.

Your approved monthly payment is valid for 12 calendar months from the date of approval. Please be aware that your loan servicer will send you a payment increase reminder before the 12 months is up. We will be working diligently during that time to resubmit annual hardship documentation to keep your payments at the lowest amount allowed based on your income.

If you have any questions about the mail you received or about the process, please contact:

**Processing Department**
**Toll Free | (844) 593-8072**
**Fax | (714) 203-6810**
**Hours of Operation: 8AM-5PM Pacific Standard Time**
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS.

# PX8
# Declaration of
# Libby Haver

DECLARATION OF LIBBY HAVER
Pursuant to 28 U.S.C. §1746

ORIGINAL

I, Libby Haver, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.      I am 27 years of age and reside in Boise, Idaho. I graduated from college in May 2015 with approximately $25,000 in student loan debt. I had eight government student loans. Because of my limited income after college, my loans were in deferment on four occasions. I am employed full time at a not for profit hospital corporation.

2.      In November 2016, I learned about 1file.org from a friend who was using them and believed that they were legitimate. My friend told me that 1file.org said they would lower her student loan payments. I had been struggling to pay my student loans and this seemed like a possible solution. The monthly payment on my student loans at that time was $285.

3.      I did an Internet search to find the telephone number for 1file.org and called the number; I no longer have that number. I spoke to a man whose name I do not recall. He told me that 1file.org worked with the Department of Education ("DOE") to help student loan borrowers reduce their monthly payments. He asked for my FSA account login credentials, claiming he needed that information in order to work with my loan servicer, MyFedLoan. Because I believed that he needed my FSA account login information in order to work with my loan servicer to reduce my loan payments, I provided the 1file.org representative with my FSA login information. He also asked a series of questions. He asked me the amount of my student loans. He asked about my income, whether I was employed full time and where, and other questions that might impact the amount of my student loan payments. He seemed to enter my responses into his computer.

Libby Haver Declaration, p. 1 of 4

1       4.      The 1file.org representative then told me that I qualified for lower
2   student loan payments because of my job.  He said that I was eligible for an
3   income based repayment program that would significantly lower my monthly
4   student loan payments.  He said that his company would take care of the annual
5   recertification of my income that were required under the terms of the program.
6   He said that the cost of their service was $897, which I could pay in three monthly
7   payments of $299.  The 1file.org representative said that thereafter, if I made
8   monthly payments of $39 for 120 months, the balance of my student loans would
9   be forgiven.  He led me to believe that the $39 monthly payments would be applied
10  to my student loans.  Because I believed that by paying the $897, followed by
11  payment on my student loans of $39 monthly for 120 months, the remainder of my
12  student loans would be forgiven, I agreed to use 1file.org's services.  The 1file.org
13  representative told me he would send me the documents that I needed to review
14  and sign in order for them to begin working to reduce my student loan payments.
15  The 1file.org representative was patient and professional.

16      5.      The 1file.org representative then emailed me a link to view the
17  company's service agreement and related documents.  He told me to review and e-
18  sign the documents.  I clicked on the link and the documents appeared.  I reviewed
19  the documents and they seemed consistent with what the 1file.org representative
20  told me, though I do not recall seeing a limited power of attorney form.  Some of
21  the documents referenced the DOE.  I digitally signed them on my computer but I
22  no longer have copies of them.

23      6.      I made my first payment of $299.67 to 1file.org on December 13,
24  2016, followed by payments of $299.67 on January 13, 2017, and $299.66 on
25  February 13, 2017.  **Attachment A** is a true and correct screenshot of a page of my
26  "Payment History" on the 1file.org customer portal showing my payments.
27
28

Libby Haver Declaration, p. 2 of 4

7.     I checked my FSA account a month after I made my first payment of $299.67 and saw that my monthly payment was zero.  This reinforced my belief that 1file.org was taking care of my account as promised.  I checked several more times in the months following and my monthly payment amount remained zero, so I continued to make the $39 payments to 1file.org.

8.     In August 2018, while logging into my MyFedLoan account, a pop up message appeared indicating that because I had not been making payments, the interest on my loan had increased by $452.  This confused me so I called 1file.org and spoke to a man.  I asked him why the payments were not being paid on my student loan account.  I asked him if I needed to start making payments to MyFedLoan, and the 1file.org representative said no, I only needed to make payments to 1file.org.  When I tried to explain that I had received a message from MyFedLoan advising me that no recent payments were made on my account, he quickly changed the subject, returning my focus to the need to make the monthly $39 payments to 1file.org.

9.     After I spoke with 1file.org, I called MyFedLoan.  I explained that since March of 2017, I had been paying $39 monthly to 1file.org and that I believed those payments were being applied to my student loans.  I explained that 1file.org claimed to be working with them and with the DOE.  The MyFedLoan representative, a woman, said that no payments had been made on my account since December of 2016.  Apparently, 1file.org had placed my account on hold for ten years.  The MyFedLoan representative told me that she was not familiar with 1file.org.  She representative suggested that I may have been scammed.  After I spoke with MyFedLoan, I called the DOE using a telephone number that I found online.  The DOE representative also told me that the DOE had no knowledge of 1file.org and was not working with them.  At this point, I had paid 1file.org $1,601.

Libby Haver Declaration, p. 3 of 4

10.     After I learned that, contrary to what the 1file.org representative led me to believe, the company had no working relationship with the DOE or my loan servicer, I called 1file.org. I spoke to a man. I explained that I had spoken to DOE and my loan servicer and had learned that none of my $39 payments had been applied to my loan. The 1file.org representative told me that the company does not make my loan payments   that I was responsible for those. This was extremely upsetting to me. If I had known that 1file.org was going to put my loan on hold for ten years, increasing my loan balance considerably, I never would have agreed to work with them or pay them over $1,000.

11.     In August or September, I called 1file.org and advised them that I wanted to cancel my contract with them. They agreed to the cancellation. I then filed a complaint about the company with the Consumer Financial Protection Bureau.

12.     Since this experience, I have worked with MyFedLoan to get into an Income Driven Repayment plan with a 20 year loan term. In exchange for the more than $1,000 that I paid 1file.org, my student loan balance increased.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: ___August  6___ , 2019        ___Libby Haver___
                                         Libby Haver

Libby Haver Declaration, p. 4 of 4

# Attachment A

Page 212
PX8 Haver Decl.
Attach. A

Attachment A



Student Debt Portal Login · Complaint Description · (2) Libby Haver

# 1 FILE.ORG

> Main Navigation

- Dashboard
- Profile
- Loans
- Programs
- Documents
- Payments
- Payment Method
- Send A Request
- Change Password
- Logout

## Payment History

Debit transactions are the only transactions that withdraw from your bank account.
Debits can remain "Pending" for 5 business days.

| Process Date | Type | Amount | Status |
|---|---|---|---|
| Dec 13, 2016 | Credit Card Payment | $299.67 | Cleared |
| Jan 13, 2017 | Credit Card Payment | $299.67 | Cleared |
| Feb 13, 2017 | Credit Card Payment | $299.66 | Cleared |
| Mar 13, 2017 | Credit Card Payment | $39.00 | Cleared |
| Apr 13, 2017 | Credit Card Payment | $39.00 | Cleared |
| May 15, 2017 | Credit Card Payment | $39.00 | Cleared |
| Jun 13, 2017 | Credit Card Payment | $39.00 | Cleared |
| Jul 13, 2017 | Credit Card Payment | $39.00 | Cleared |
| Aug 14, 2017 | Credit Card Payment | $39.00 | Cleared |
| Sep 13, 2017 | Credit Card Payment | $39.00 | Cleared |
| Oct 13, 2017 | Credit Card Payment | $39.00 | Cleared |
| Nov 13, 2017 | Credit Card Payment | $39.00 | Cleared |
| Dec 13, 2017 | Credit Card Payment | $39.00 | Cleared |
| Jan 16, 2018 | Credit Card Payment | $39.00 | Cleared |
| Feb 13, 2018 | Credit Card Payment | $39.00 | Cleared |
| Mar 13, 2018 | Credit Card Payment | $39.00 | Cleared |
| Apr 13, 2018 | Credit Card Payment | $39.00 | Cleared |
| May 14, 2018 | Credit Card Payment | $39.00 | Cleared |
| Jun 13, 2018 | Credit Card Payment | $39.00 | Cleared |
| Jul 13, 2018 | Credit Card Payment | $39.00 | Cleared |
| Aug 13, 2018 | Credit Card Payment | $39.00 | Cleared |

# PX9
# Declaration of
# Jamie Husarik



## DECLARATION OF JAMIE HUSARIK
Pursuant to 28 U.S.C. §1746

I, Jamie Husarik, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them.  If called as a witness, I could and would testify as follows:

1.　　I am 57 years old and I reside in Littleton, Colorado.  In 2004, my ex-husband and I agreed to obtain a Parent PLUS college loan of approximately $83,000 to pay our son's college tuition and related expenses.  Our goal was to ensure that our son did not graduate from college burdened with substantial student loan debt and the financial aid he received did not cover a large portion of the costs.  At the time that we received the loan, we had sufficient funds to cover the monthly payments for the term of the loan, or so we thought.  In 2003, my ex-husband had surgery, complications followed, and in mid-2004, he died at the age of 38 on Father's Day.  In December of 2004, my employer of 26 years, the telephone company, eliminated my job.  Unfortunately, I was unable to make the payments on the Parent Plus loans and they were placed into forbearance.  Thereafter, I had the loans consolidated into one loan.  Given all of this, the loan balance ballooned.  The debt has become overwhelming. The loan balance increases dramatically every year.

2.　　Over the past few years, I have received frequent calls and text messages from companies offering me help with student loan debt relief.  I am a skeptical person and ignored these offers until one day in May 2017, when I received a text regarding student loans stating that I might qualify for loan forgiveness.  I called the number in the text and spoke to a woman, Gina Hernandez, with Arete Financial ("Arete").  Gina sounded like she understood the various government student loan debt repayment programs.  She was confident and professional.  She told me that Arete would assist me in filing out the paperwork to determine if I qualified for a

Jamie Husarik Declaration　　Page **1** of 7

federal loan forgiveness program. She said that after making regular monthly payments for twenty-two (22) years, the government would forgive the loan balance. She indicated that if I did not qualify for the forgiveness program, Arete could help me apply for a government program that could lower my monthly payments.

3.    Gina proceeded to ask me some questions, including my annual income, whether I had children living with me, and other similar questions. I was truthful and noted that my son, his girlfriend and their child lived with me. After she finished her questions, Gina explained that Arete could help me with loan forgiveness. She said that I was eligible for a program under which I would make regularly monthly payments for a set time-period and after that, the loan balance would be forgiven. Her reassurance made me feel that there might be light at the end of the tunnel. At that point, the loan payments were financially devastating at $1,700 each month.

4.    Gina explained that to enroll in the program, I must pay a $1,300 fee upfront, plus a monthly payment of $39 for 240 months. I explained that I could not afford to pay $1,300. We went back and forth and I felt pressured to agree. Eventually Gina said that I could make three payments, one due in May and two due in June, totaling $1,304. She also agreed to delay the start of the required $39 monthly payment for two months, until May 2017. The dates of the three upfront payments are shown on page 13 of **Attachment C** (see below).

5.    Gina emailed me several documents, including an "Arete Financial Client Portal Welcome" notice providing customer login information for the Arete Customer Portal and a document titled "7 Things Your Current Loan Servicer Fails to Tell You." True and correct copies of these documents are included as **Attachment A**. The "7 Things" document reinforced my sense that Arete was legitimate and knowledgeable because some of the negative comments about loan servicers reflect my experience. I was also reassured to read points 4-7, stating, "the

Jamie Husarik Declaration    Page **2** of 7

government has passed a new law to have your balance forgiven after a significant amount of payments over time." In addition, as stated in this document, Arete had a good rating with the Better Business Bureau.

6.      On that same day, May 26, 2017, Gina emailed me a "Borrower Eligibility Confirmation" stating that I was "confirmed for the following government program, Income-Contingent Repayment (ICR)" and a notice explaining the application process. True and correct copies of these documents are at **Attachment B**. Finally, Gina sent me a 17-page document that included a Service Agreement, Student Loan Consolidation Payment Plan Estimate, Limited Scope Power of Attorney, Request for Transcript of Tax Return, General Forbearance Request, Credit Card Authorization Form, and a Preparation Service Agreement, true and correct copies of which are included at **Attachment C**. While I was on the telephone with her, Gina went through these documents quickly, summarizing them and pointing out where to click in order to add my signature in the various signature spaces. I did not have time to read them during this process. Based on Gina's representations, I believed that Arete would attempt to enroll me in a loan repayment program allowing me to make more affordable payments for a specific time-period and after that time, my loan balance would be forgiven. On that same day, Arete requested copies of my paycheck stubs, which I emailed to them, along with my prior year tax return.

7.      On June 1, 2017, I received an email from Arete advising me that my "Income-Driven Application was Submitted." **Attachment D** includes true and correct copies of printouts of the email. Sometime later, I do not remember how long it was, someone from Arete called me and told me that my Income-Driven Repayment ("IDR") request was approved and my payments were zero dollars per month for one year. I was so relieved that I cried.

Jamie Husarik Declaration    Page **3** of 7

8.      For a few months after the IDR approval I did not hear from Arete, other than receiving notices that they were about to charge my credit card for the $39 monthly fee. **Attachment E** includes true and correct copies of printouts of two of those emails from November 23 and 27, 2017.  On occasion, I tried to contact Gina by telephone and text, but she never responded. There seemed to be a lot staff turnover and lack of communication about who was handling my account.

9.      In January 2018, I called Arete and was told that Gina had moved to a different department and that Rico Saavedra was assigned to my account.  I spoke to Rico, though I do not recall what we talked about.  Attached is a true and correct copy of a printout of a follow-up email that I received from Rico (**Attachment F**).

10.     I emailed Rico on March 13, 2018, because I wanted to talk to him about the upcoming annual recertification on my account.  Rico responded by email on March 26, 2018, confirming that my first Income Contingent Repayment schedule required me to pay $0.00.  A true and correct copy of a printout of this email is included at **Attachment G**.  This email communication occurred around the time that I was refinancing my mortgage.

11.     On March 28, 2018, I emailed Rico to point out that my Nelnet account on the Nelnet website showed a recertification date of May 24, 2018, and I wanted to be certain that Arete filed my recertification paperwork on time.  **Attachment H** is a true and correct printout of this March 2018 email correspondence.  I do not believe that Rico responded to this email.

12.     On April 16, 2018, I emailed Rico again because I had received an email from Nelnet two days before advising me that I needed to recertify the IDR by June 3, 2018, or I would face monthly payments of $1,714.58.  True and correct printouts of the email from Nelnet to me and my email to Rico at Arete are included as **Attachment I**.  I sent Rico my then current paycheck

Jamie Husarik Declaration    Page **4** of 7

stubs and my tax return for the recertification and I believe Arete filed the recertification on or about May 25, 2018. **Attachment J** is a true and correct copy of the recertification Request that Arete submitted on my behalf, which I obtained from Arete's customer portal.

13.     A day or so later, Rico called to advise me that my loan recertification was approved and my first payment of $550.67 was due on the 27th of each month. I told him that given my paycheck schedule, I needed the payments to fall on the first of each month. He said that he would call Nelnet, my loan servicer, to see if they could change the payment date. After a delay of several days, Rico called me back and explained that Nelnet could change the payment date to the first of every month, but that I needed to make two payments soon to make it happen. I told Rico that I could not afford two payments and not to do it. Shortly thereafter, I received a notice from Nelnet that my payment was past due. After much effort on my part, Nelnet was eventually able to set up my account with payment date of the first of every month, without the need for two immediate payments, but according to Nelnet, they had to put my account into forbearance for two months in order to do so. I was not happy about this but I felt like I had no real choice.

14.     In July of 2018, I decided to research information on the government student loan programs. I found an article that stated that it is illegal for companies to charge upfront fees for student debt relief assistance. It also explained that those services are free and a borrower can do it for herself through her loan servicer. I also learned that if I have paid an upfront fee for student debt relief assistance, I should file a complaint with the Federal Trade Commission, which I did.

15.     After I filed the complaint with the Federal Trade Commission, I decided to review the documents in my customer file on Arete's online portal. While I was on the portal and reviewing documents, I realized that "Income-Driven Repayment Plan Request" form that the Arete filed

Jamie Husarik Declaration     Page **5** of 7

on my behalf in May of 2017 misrepresented my income. Specifically, at Section 4B, question 11, Arete misrepresented that my income had changed significantly since my last federal tax filing, which it had not. I had never seen this form prior to that. I did not sign this form. I became very upset when I realized this. I had provided Arete with my paycheck stubs and tax return so they knew that I had income.

16.    In late February 2019 I tried to login to my Federal Student Aid ("FSA") account and could not do so. I spoke to an FSA customer service agent who helped me gain access. Once I had access, I noted that my email address for my FSA account had been changed to Jamie@arete.com. I presume that Arete changed my email address. This is not my email address. Arete changed it without my knowledge or approval. This meant that I had not received email notifications from FSA about my loan account.

17.    When I realized in late February 2019 that Arete had charged me what I believe was an illegal upfront fee, misrepresented my income on the first IDR Form they filed in my name, and changed my FSA login credentials without my knowledge or approval, I decided to stop making the $39 monthly payments. I cancelled the credit card that I had given Arete so that they could not take any more money from me. In early March 2019, I filed a complaint about Arete with the Better Business Bureau and I sent a cancellation and refund request letter directly to Arete. **Attachment K** is a printout of a copy of Arete's response to my BBB complaint and my reply. Contrary to Arete's response, Arete did not consolidate my Parent Plus loan. I consolidated the loans long before my experience with Arete. Moreover, Arete did not follow rules and regulations when they charged me an upfront fee and misrepresented my income on the first IDR Form they filed on my behalf. I replied to Arete's response and eventually, via email communications directly with me, Arete agreed to refund a portion of the upfront fees that I paid

Jamie Husarik Declaration    Page **6** of 7

them.  Initially they credited my account for $702 and then they agreed to refund an additional

$301, for a total of $1,003, which is approximately fifty percent of what I paid them overall.

**Attachment L** is a true and correct copy of the cancellation and refund request letter that I sent

to Arete on or about March 1, 2019, and a March 6, 2019 email from Arete confirming that they

cancelled my account.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.

Dated: MARch 29+h 2019

Jamie Husarik

# Attachment A

2/21/2019                    Red  Connect Arete Financial Client Portal Welcome Printout

**info@aretefinancialfreedom.com**                              5/26/2017 3:15 PM

## Arete Financial Client Portal Welcome

To jhusarik@Redacted



May 26, 2017

Client Name: **Jamie Husarik**
Address: Redacted
City, State Zip: **Littleton, CO**

ID: **139517240**
Phone: **720.**Redacted

Dear **Jamie**,
Thank you for choosing Arete Financial. Below you will find log in information. If
you have any questions please feel free to contact the customer service
department.

**Customer Login:**

Please visit your Customer Portal and access your account with Arete Financial.

https://www.studentdebtportal.com/

Username: ARI-139517240

Password: Redacted

Sincerely,

**Gina Hernandez**
**Arete Financial**
**Customer Service Department**

ATTACHMENT A

https://connect.xfinity.com/appsuite/v=7.8.4 39.20190124.081455/print.html?print_1550800150040                    1/2

2/21/2019                                   Red   Connect Arete Financial Client Portal Welcome Printout

Page 221
PX9 Husarik Decl.
Attach. A

2/21/2019                    Xfinity Connect Arete Financial Freedom   7 Things Your Current Loan Servicer Fails To Tell You Printout

info@aretefinancialfreedom.com                                          5/26/2017 3:15 PM

Arete Financial Freedom - 7 Things Your Current Loan Servicer Fails To Tell You

To jhusarik @Redact

[ **Arete**Financial Freedom ]

Hello Jamie,

7 Things your loan servicer fails to tell you  When it comes to dealing directly with your current loan servicer, please note they could have saved you thousand of dollars years ago but failed to do so as they do not find it profitable

These loan servicers are not  government agencies, they are private for profit companies just like your bank.

1. They are able to charge high interest and can make it nearly impossible to payoff
2. They set your payments so high that you might have to file a forbearance (put on hold), all the while knowing that your forbearance is limited. Once you run out of forbearance time, your balance could have ballooned to the point of no turning back.
3. Your payments are now higher, your balance has doubled and interest compounded which leads to default and having your account go to collections!
4. Because of the this default ratio, the government has passed a new law to have  your balance forgiven after a significant amount of payments over time.
5. You can now use a 3rd party organizations to help you understand your loans and your available  options, not just the best option for the bank
6. When it comes to preparing documents for your application  You need a 3rd party organization to complete them correctly to get guaranteed results You wouldn't have the IRS file your taxes, why would you have these nicer fill out your paperwork in the program they chose for you
7. We help you monitor and make  sure that your loan servicers are not taking advantage of your vulnerability  What you don't know can hurt you in the long run financially.

Thanks to the Better Business Bureau, you can now see consumer reviews of each Federal Approved loan servicers

It is always good to do your research  Click on the link below of your current loan servicer and see what others had to say

Arete is a BBBA Rated Company       WE CARE ABOUT YOUR SITUATION

Beware of Navient-www.bbb.org/delaware/business-reviews/loans/navient-in-wilmington-de  12002017/reviews and-complaints

Beware of Nelnet-www.bbb.org/nebraska/business reviews/scholarships-and-financial-aid/nelnet-national-educational-loan  network-in-lincoln-ne  2080000034/reviews-and complaints

Beware of Great Lakes - www.bbb.org/wisconsin/business-review/consumer finance-and-loan companies/great lakes  higher-education-corporation-in-madison-wi-  1200021/reviews and-complaints

Beware of FedLoan Servicing www bbb org/washington dc-eastern-pa/business-reviews/government-in affed-loan-servicing-in-harrisburg-pa-2 0272947 3/reviews and-complaints

Update  on Navient 2017  http://xsat.ly/2k6vCUv

Processing Department

Toll Free | (888) 988 6274
Fax | (888) 366 6218

Hours of Operation: 8AM-6PM Pacific Standard Time
info@aretefinancialfreedom.com
www.aretefinancialfreedom.com

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU A

**Page 222**
**PX9 Husarik Decl.**
**Attach. A**

# Attachment B

2/21/2019                   Red Connect Jamie Husarik Eligibility Confirmation Printout

**info@aretefinancialfreedom.com**                   5/26/2017 3:15 PM

## Jamie Husarik - Eligibility Confirmation

To jhusarik@Redacted

[ **Arete**Financial Freedom ]

**Toll Free 888-988-9274**

**BORROWER ELIGIBILITY CONFIRMATION**

**Date: May 26, 2017**

**To:**

Jamie Husarik

Redacted

Littleton CO

     **SSN**:                       XXX-XXRed

     **DOB**:                       Redacted

**Client ID : ARI-139517240**

You are confirmed for the following government program, **Income-Contingent Repayment (ICR) REPAYMENT**.

This Federal Program introduced by the Obama Administration is intended to help stabilize the 1.2 Trillion dollar student loan epidemic and help struggling students achieve income based payments get relief and avoid **DEFAULT**.

**Total Enrolled Debt:** 146,468.00

**Based on AGI:** 55000

**Included Loans:**

| Creditor | Account # | Amount Owed |
|---|---|---|
| DIRECT CONSOLIDATED UNSUBSIDIZED | 3910U15G77778202 , | $146,468.00 |
| FFEL CONSOLIDATED | ' | $0.00 |
| FFEL PLUS PARENT | , | $0.00 |
| FFEL PLUS PARENT | : | $0.00 |
| FFEL PLUS PARENT | ' | $0.00 |
| FFEL PLUS PARENT | ' | $0.00 |
| FFEL PLUS PARENT | ' | $0.00 |
| FFEL PLUS PARENT | ' | $0.00 |
| FFEL PLUS PARENT | ' | $0.00 |
| | | $146,468.00 |

**Approved Program:** Income-Contingent Repayment (ICR)

**Program Maturity Savings: $135,921.00**

**ATTACHMENT B**

**Page 223**
**PX9 Husarik Decl.**
**Attach. B**

2/21/2019                          Red   Connect Jamie Husarik   Eligibility Confirmation Printout

*The William D. Ford Direct Loan program is an initiative by the federal government to help subsidize the 1.2 trillion dollar student loan debt in the U.S. Borrowers under these **income based programs significantly reduce their payments and eventually even reach possible forgiveness based off of eligibility requirements.***

**The process from beginning to end takes approximately 21-45 days.**

In order to stay compliant in your program you must maintain the following:

- Submit required income documentation to processing within 5 business days of enrollment.
- Send updated documents to the processing department in a timely manner (i.e., paystubs, tax returns, paperwork correspondence, lender correspondence, etc...).
- Maintain program management costs and monthly payments.

### Customer Service Department

**Toll Free 888-988-9274**

THIS E MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS

**Page 224**
**PX9 Husarik Decl.**
**Attach. B**

info@aretefinancialfreedom.com                                                        5/26/2017 3:15 PM

## Welcome Jamie Husarik to Arete Financial Freedom 139517240

To jhusark Redacte

# [ **Arete** Financial Freedom]

Hello Jamie,

Thank you for choosing Arete Financial Freedom, the domain leader in Student Loan Processing. We would like to welcome you to the Student Loan Consolidation Program. This is a time for you to explore and we are excited for the opportunity to assist you throughout the consolidation process. Because quality service is important to our clients, we take every effort to make mutual improvements in our service. Your valuable feedback can help us continue improving our services and better streamline our processes.

Congratulations on choosing Loan Consolidation! I see that you're consolidating your federal student loans and saving up to 80% on your monthly payment. You have agreed to the processing fee of $1,304.00. Should you have any questions regarding your consolidation, please contact Customer Service at (888) 588-8274.

### How Your Application is Processed

*When a borrower consolidates loans in the Direct Consolidation Loan Program, the Federal Government pays off the loan balance on the original federal education loans and originates a new loan for the total. Here's how that works from a borrower's point of view.*

### It takes five simple steps to process your application after we receive it.

**Step 1. Application Review:** After we receive you fully completed application, it is edited, assigned an application identification number, entered into our system, and the process begins. We will contact you if additional information is needed

**Step 2. Contact Loan Holder(s):** Using the loan information from your application, we contact your loan holder(s) to verify the loan's eligibility for consolidation and its current loan balances (including accrued interest, fees, or collection costs). If you currently are required to make payments on your loan(s), continue to do so. You will need to continue making payments until you receive written no fication that your loan(s) has been successfully consolidated and it is time to start paying your Direct Consolidation Loan.

**Step 3. Loan Statement:** After your loan holder(s) certifies the "payoff" balance(s), we will send you a letter and loan statement listing the loan(s) being consolidated. You have 15 days to review this information for accuracy and to make adjustments.

**Step 4. Account Set Up:** We forward payoff information to your federal loan servicer once your loan(s) is successfully consolidated. Your federal loan servicer sends you a "Welcome" letter and information about repayment

This multi-step process generally takes 60-90 days before he information is sent to the federal loan servicer. You will receive a bill within 60 days of your federal loan servicer receiving your account information.

We sincerely appreciate your business, and welcome you! Fee check!

Processing Department
Toll Free  (888) 588-8274
Fax  (888) 366-2219
Hours of Operation: 9AM-5PM Pacific Standard Time
info@aretefinance@freedom.com
www.aretefinancialfreedom.com

THIS EMAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, C

Page 225
PX9 Husarik Decl.
Attach. B

# Attachment C

[ **Arete**Financial Freedom ]

### SERVICE AGREEMENT

This service agreement ("Agreement") is made and entered into this 26th day of May, 2017, by and between Arete Financial LLC ("Arete Financial LLC"), and Jamie Husarik hereinafter referred to as ("Client"), whose address is Redacted , , Littleton CO Reda , with reference to the following.
t d

### RECITALS

A. Arete Financial LLC provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation") and/or restructure the current payment to a new ("Income-Driven Repayment");

B. Client requests Arete Financial LLC perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth, below, Arete Financial LLC and Client do hereby agree to the following:

### 1. Client Loan Service Definition.

Arete Financial LLC provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. Arete Financial LLC will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

### 2. Nature of Service; No Legal or Tax Advice.

Arete Financial LLC is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. The Client acknowledges that Arete Financial LLC is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

### 3. Rehabilitation; Garnishment.

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, Arete Financial LLC will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, Arete Financial LLC will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

### 4. Fees.

Client agrees to pay Arete Financial LLC a Service fee of $1,304.00 for providing the Services. In addition Client agrees to pay Arete Financial LLC a Monthly Maintenance fee of: $39.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, Arete Financial LLC will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

### 5. Refund.

Page 1 of 17                              ATTACHMENT C

Client understands that Arete Financial LLC is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website. However, Arete Financial LLC guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with Arete Financial LLC providing all information requested by Arete Financial LLC and DOE in a timely manner as deemed by Arete Financial LLC and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 30 days of any loan application denial by the DOE. Arete Financial LLC will reimburse 100% of the Service fee paid by Client.

**6. Process.**

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. Arete Financial LLC relies on the applicable lender(s) and Arete Financial LLC cannot be held liable for delayed completion due to delays in obtaining information or approvals from third parties or the DOE. The average completion time to process a Federal Student Loan Consolidation through Arete Financial LLC is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

**7. Client Warranty.**

Client expressly represents and warrants that they will provide Arete Financial LLC with information that is complete and accurate to the best of their knowledge. Arete Financial LLC is under no obligation to independently verify the information provided by Client.

**8. Client Authorization.**

I hereby authorize Arete Financial LLC to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize Arete Financial LLC to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information Arete Financial LLC obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

**9. Arbitration and Choice of Law.**

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

**10. Indemnification.**

Client hereby agrees to defend and hold harmless Arete Financial LLC from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

**11. Termination of Agreement.**

Client may cancel this contract any time with written notice to Arete Financial LLC prior to being approved for Federal Student Loan Consolidation. Any fees paid to Arete Financial LLC at time of cancellation shall be deemed earned as long as Arete Financial

Page 2 of 17

**Page 227**
**PX9 Husarik Decl.**
**Attach. C**

LLC has acted in good faith in performing services on behalf of Client. Arete Financial LLC may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, Arete Financial LLC (Arete Financial LLC), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (844) 593-8072.

Jamie Husarik
NAME

SIGN

05/26/2017
DATE

Redacted
SSN

Page 3 of 17

<u>Privacy Policy</u>

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal information. Personal information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: Information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports; information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and Arete Financial LLC to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact Arete Financial LLC Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e. exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt-out' of having personal information shared. By providing information to Arete Financial LLC you are consenting to the collection, use, and disclosure of personal information in the manner described in this privacy policy. This Policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

Page 4 of 17

**Page 229**
**PX9 Husarik Decl.**
**Attach. C**

**5772 Bolsa Avenue Suite B220, Huntington Beach, CA 92649**

Email address: processing@AreteFinancialfreedom.com

Jamie Husarik

    N A M E

05/26/2017

    DATE

SIGN

Page 5 of 17

**Student Loan Consolidation Payment Plan Estimate**

| Loan Program Selected | Number of Payment (Months) | Payment Amount* |
|---|---|---|
| Income-Contingent Repayment (ICR) | 274 | 580.67 |

*Starting payment in the case of the Income Based Repayment plan
**Estimated Principle and Interest Paid if all payments are made as scheduled

The above quote is an ESTIMATE of what the new payment would be based upon the information client has provided. There are no guarantees, until your income has been verified and your application has been reviewed by the U.S. Department of Education and your current loan servicer. By signing below, you agree to the terms and conditions.

Jamie Husarik

Name

_Jamie Husarik_

Signature

06/26/2017

Date

Redacted

SSN

Page 6 of 17

[ **Arete**Financial Freedom ]

**Limited Scope Power of Attorney**

- THIS LIMITED POWER OF ATTORNEY IS **ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION** ('DOE') AND CLIENT, Jamie Husarik ('GRANTOR'). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.

- I, Jamie Husarik, Social Security # Redacted    residing at Redacted    y, , Littleton CO **Reda** , Littleton CO Reda , this date, May 26, 2017, hereby appoints Arete Financial LLC as my ATTORNEY-IN-FACT to perform on my behalf as indicated below. With this signature, Jamie Husarik authorizes Arete Financial LLC to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,

1.     Access my account with the DOE, including taking steps and providing information necessary to access the account

2.     Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3.     Drafting and, following my execution, submitting an application to the DOE.

4.     Engaging sub-contractors as may be appropriate to perform the services.

Arete Financial LLC has full authority to represent me, Jamie Husarik, to perform the services outlined in the Service Agreement.

This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:

1.     It is revoked, suspended or terminated in writing by the GRANTOR; or

2.     The contract is terminated for any reason, whichever is earlier to occur.

**5772 Bolsa Avenue Suite 220, Huntington Beach CA 92649**

Jamie Husarik
  NAME

Jamie Husarik
  SIGN

05/26/2017
  DATE

Page 7 of 17

Page 232
PX9 Husarik Decl.
Attach. C

| **Form** **4506-T** | Request for Transcript of Tax Return | OMB No. 1545-1872 |
|---|---|---|
| (Rev. September 2015)<br>Department of the Treasury<br>Internal Revenue Service | ▶ Do not sign this form unless all applicable lines have been completed.<br>▶ Request may be rejected if the form is incomplete or illegible.<br>▶ For more information about Form 4506-T, visit www.irs.gov/form4506t. | |

Tip. Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a  Name shown on tax return. If a joint return, enter the name shown first.<br><br>Jamie Husarik | 1b  First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)<br><br>Redacted |
|---|---|
| 2a  If a joint return, enter spouse's name shown on tax return. | 2b  Second social security number or individual taxpayer identification number if joint tax return |

3  Current name, address (including Redact or suite no.), city, state, and ZIP code (see instructions)
   Redacted , Littleton CO ed

4  Previous address shown on the last return filed if different from line 3 (see instructions)

5  If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

   Arete Financial 5772 Bolsa Avenue Suite 220 Huntington Beach, CA 92649 9494382877

Caution: If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filed in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

6  Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ 1040

a  Return Transcript, which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days ☐

b  Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days ☐

c  Record of Account, which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days ☐

7  Verification of Nonfiling, which is proof from the IRS that you did not file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days .

8  Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days ☐

Caution: If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

9  Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

   12 / 31 / 14     12 / 31 / 15     12 / 31 / 16     / /

Caution: Do not sign this form unless all applicable lines have been completed.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. Note: For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

☐  Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.

| Phone number of taxpayer on line 1a or 2a |
|---|

| | |
|---|---|
| **Sign Here** ▶ | _Jamie Husarik_                    05/26/2017 |
| | Signature (see instructions)          Date |
| | Title (if line 1a above is a corporation, partnership, estate, or trust) |
| | _____                  05/26/2017 |
| | Spouse's signature                    Date |

Page 8 of 17

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 37667N   Form **4506-T** (Rev. 9 2015)

Page 234
PX9 Husarik Decl.
Attach. C



## GENERAL FORBEARANCE REQUEST

**William D. Ford Federal Direct Loan (Direct Loan) Program / Federal Family Education Loan (FFEL) Program / Federal Perkins Loan (Perkins Loan) Program**

OMB No. 1845-0031
Form Approved
Exp. Date 2/28/2019

**WARNING**: Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

**GFB**

### SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | Redacted |
| Name | Jamie Husarik |
| Address | Redacted |
| City | Littleton    State CO    Zip Code ▮▮▮ |
| Telephone - Primary | Redacted |
| Telephone - Alternate | |
| Email (Optional) | _jhusarik@Redacted |

### SECTION 2: FORBEARANCE REQUEST

**Carefully read the entire form before completing it. Answer all questions in Section 2. Your loan holder has sole discretion in whether to grant your general forbearance request, and, if granted, for what period your forbearance will be applied.** Instead of forbearance, you may want to consider requesting a deferment (which has an interest benefit for some loan types) or changing to a repayment plan that determines your monthly payment amount based on your income. Visit StudentAid.gov/IDR for more information.

1. I am requesting a forbearance because I am experiencing a temporary hardship related to one of the following situations (check one):

   ☒ Financial difficulties
   ☐ Change in employment
   ☐ Medical expenses
   ☐ Other (explain the situation below)

2. If approved for a forbearance, I would like to:

   ☒ Temporarily stop making payments.
   ☐ Temporarily make smaller payments of
   _____ per month.

3. I would like my forbearance to begin with the monthly payment that is due in the month and year below:

4. If approved for forbearance, I would like my forbearance to end in the month and year below, and begin making payments the following month:

Page 10 of 17

Page 1 of 4

| Borrower Name | Jamie Husarik | | Borrower SSN | Redacted |
|---|---|---|---|---|

## SECTION 3: BORROWER/ENDORSER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATION

**I understand that:**

- I am not required to make payments of loan principal or interest during my forbearance, but interest will continue to be charged on all my loans.
- My loan holder has sole discretion in whether to grant my general forbearance request and for what dates it will be granted.
- For Perkins Loans, there is a cumulative limit on general forbearance of 3 years. For Direct Loans and FFEL Program loans, my loan holder may set a limit on general forbearance.
- My forbearance will end on the earlier of the end date that I requested, 12 months from the date my forbearance begins, or when I exhaust any limit that my loan holder has on forbearance.
- I can request another forbearance after my forbearance ends if I am still experiencing financial hardship.
- Interest may capitalize on my loans during or at the expiration of my forbearance, but interest never capitalizes on Perkins Loans.

**I certify that:**

- The information I have provided on this form is true and correct.
- I will provide additional documentation to my loan holder, if requested, to support my general forbearance request.
- I will repay my loans according to the terms of my promissory note, even if my request is not granted.

**I authorize** the entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

| Borrower's/Endorser's Signature | *Jamie Husarik* | | Date | 05/26/2017 |
|---|---|---|---|---|

## SECTION 4: INSTRUCTIONS FOR COMPLETING THE FORBEARANCE REQUEST

Type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy) or (mm-yyyy) as appropriate. Example: March 14, 2016 = 03-14-2016. Include your name and account number on any documentation that you may be requested to submit with this form. If you want to apply for a forbearance on loans that are held by different loan holders, you must submit a separate forbearance request to each loan holder. **Return the completed form and any requested documentation to the address shown in Section 6.**

If you are an endorser, you may request forbearance only when you are required to repay the loan because the borrower is not making payments. If you have a loan made jointly with another borrower (as co-makers), you must both individually meet the requirements for a forbearance and each of you must request forbearance.

Page 2 of 4

**Borrower Name** _____    **Borrower SSN** _____

## SECTION 3: BORROWER/ENDORSER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATION

**I understand that:**

- I am not required to make payments of loan principal or interest during my forbearance, but interest will continue to be charged on all my loans.
- My loan holder has sole discretion in whether to grant my general forbearance request and for what dates it will be granted.
- For Perkins Loans, there is a cumulative limit on general forbearance of 3 years. For Direct Loans and FFEL Program loans, my loan holder may set a limit on general forbearance.
- My forbearance will end on the earlier of the end date that I requested, 12 months from the date my forbearance begins, or when I exhaust any limit that my loan holder has on forbearance.
- I can request another forbearance after my forbearance ends if I am still experiencing financial hardship.
- Interest may capitalize on my loans during or at the expiration of my forbearance, but interest never capitalizes on Perkins Loans.

**I certify that:**

- The information I have provided on this form is true and correct.
- I will provide additional documentation to my loan holder, if requested, to support my general forbearance request.
- I will repay my loans according to the terms of my promissory note, even if my request is not granted.

**I authorize** the entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

**Borrower's/Endorser's Signature** _____    **Date** _____

## SECTION 4: INSTRUCTIONS FOR COMPLETING THE FORBEARANCE REQUEST

Type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy) or (mm-yyyy) as appropriate. Example: March 14, 2016 = 03-14-2016. Include your name and account number on any documentation that you may be requested to submit with this form. If you want to apply for a forbearance on loans that are held by different loan holders, you must submit a separate forbearance request to each loan holder. **Return the completed form and any requested documentation to the address shown in Section 6.**

If you are an endorser, you may request forbearance only when you are required to repay the loan because the borrower is not making payments. If you have a loan made jointly with another borrower (as co-makers), you must both individually meet the requirements for a forbearance and each of you must request forbearance.

Page 12 of 17

Page 237
PX9 Husarik Decl.
Attach. C

# [ **Arete**Financial Freedom ]

## Credit Card Authorization Form

I Jamie Husarik. authorize ARETE FINANCIAL LLC to charge my credit card *****Red | For the total of $1.304.00 on the dates listed below #139517240.                                   acte

| | | JH |
|---|---|---|
| May 31, 2017 | $325.00 | - JH |
| Jun 15. 2017 | $489.50 | - JH |
| Jul 25. 2017 | $489.50 | |

Additionally. I authorize ARETE FINANCIAL to charge a Monthly Maintenance Fee of 39.00 on the 25th of every month for 240 months thereafter until loan obligations have been fulfilled.
JH

Your method of payment is as follows:

**Credit Card Number: Visa**     **Name On Credit Card: Jamie L Husarik**

**Credit Card Number:**     **Expiration Date:** Redact     **Security Code   3 digits on Back of Card:**
****Reda                              d                            Re
   t d                                                            d

**Billing Address of Credit Card:**

Redacted          Littleton CO Reda

**Contact Numbers:**

Home Phone: Redacted
Cell Phone Redacted

Amount due $1.304.00 Contract #139517240

**8282 VALENCIA DRIVE, HUNTINGTON BEACH CA 92647**

Jamie Husarik
Signature
05/26/2017
Page 13 of 17

Date

Page 239
PX9 Husarik Decl.
Attach. C



**Preparation Service Agreement**

| Section 1: Client Information | | Client ID: 159517240 | Agreement Date: May 26, 2017 |
|---|---|---|---|
| **Client First Name:** Jamie | | **Client Last Name:** Husarik | |
| **Client Middle Name:** | | **Former Last Name:** | |
| **Street Address:** Redacted | | **City, State, Zip:** Littleton, CO Redacted | |
| **Client Email:** jhusarik ▮▮▮▮ | | **Client Home Phone:** Redacted   **Cell** Redacted | |

| Section 2: Client's Estimated Summary of Current Federal Student Loans | |
|---|---|
| The basis of this summary is derived from the input of the client. | |
| **Estimated Total Federal Loan Balance:** $146,468.00 | **Loan Status:** |
| **Approximate Current Monthly Payment:** $ | **Number of Loans:** 9 |
| **Estimated New Loan Payment:** $580.67 | **New Loan Payment Validation Term:** Annually |
| **Estimated Payment Term (Months):** 274 | |

| Section 3: Required Consolidation Paperwork Information | |
|---|---|
| **Client SSN** R▮▮▮▮ | **Client DOB:** Redacted |
| **DL/ID Number & State:** | **FASFA PIN:** |
| **Employer Name:** Redacted | **Occupation:** Business Manager |
| **Employer Street Address:** Redacted | **Employer City, State, Zip:** Centennial, CO, 80112 |
| **Employer Phone** Redacted | **Family Size:** 3 |
| **Marital Status:** Single | **Filing Status:** Single |
| **Current Annual Income:** $55000 | **Form of Documented Income:** 1040 |
| **Spouse First Name:** | **Spouse Last Name:** |
| | |
| **Spouse Employer Name:** | **Spouse Work Phone:** |
| **Spouse Annual Income:** $ | **Client PSLF Candidate (Yes/No):** |

\*\*\*if this loan qualifies for Public Service Loan Forgiveness your number of payments will be reduced to 120 Months.

Page 15 of 17

| Reference 1 Full Name: Redacted | Permanent Address: Redacted |
|---|---|
| Reference 1 Phone: Redacted | Relationship to Client: Friend |
| Reference 2 Full Name Redacted | Permanent Address: Redacted |
| Reference 2 Phone: Redacted | Relationship to Client: Friend |

**Section 4. Company Set Up and Service Program Cost**

Company Document Preparation and Supporting Service Program Cost Premier Solutions Servicing Payment/Fees are in addition to and completely separate of loan costs and/or payments made by Client to lenders

| Company Program Payment/Fee Amount: 1,304.00 | Initial Service(s) Selected for these Fees: |
|---|---|
| Fee: $ | Recurring Date: 25th |

I Jamie Husarik  Agree that all of the above information is true and correct to the best of their understanding at the present time, and Arete Financial Freedom bases, in part, its decision to accept Client and provide services to Client on the accuracy of the above information. Arete Financial Freedom shall not be held responsible in any way for reliance on the above information, any claim arising from use or storage of such information, or carrying out its contractual obligations using the above information.

Signature: *Jamie Husarik*  Date: 05/26/2017

# E-Signature Certificate



| | |
|---|---|
| **Document ID** | c4e9b72a-0d20-1567-408b-c932deaebb3a |
| **Document Title** | Arete Student Loan Agreement |
| **Sender IP** | 47.151.24.116 |
| **Number of Signers** | 1 |
| **Signer Email** | jhusarikRedacted |
| **Signer IP** | Redacted |
| **Timestamp** | 2017-05-26T11:19:57-05:00 |
| **Document Hash** | f87d93e91c0887f1a7bd70c1b6733f14 |

# Attachment D

2/21/2019     Red   Connect Congratulations_ Jamie Husark, Your Income Driven Application Was Submitted   139517240 Printout

info@aretefinancialfreedom.com        6/1/2017 10:26 AM

Congratulations! Jamie Husarik, Your Income-Driven Application Was Submitted - 139517240

To jhusarik@Redact

[ **Arete** Financial Freedom]

Dear Jamie,

Thank you for choosing us to complete your Income-Driven Repayment Application!

We are currently processing the Income-Driven Repayment application that we submitted on Jun 01, 2017. Typically the process takes 30 business days (4-6 weeks) to complete from the time your application is received. We have received all of the necessary information from your services, we will send you confirmation of your details and allow you 10 business days to make changes to your application before we complete the process.

If you have any questions about the mail you receive or about the process, please contact:

**Processing Department**

**Toll Free (888) 368 9274**
**Hours of Operation: 8AM 6PM Pacific Standard Time**
info@aretefinancialfreedom.com
www.aretefinancialfreedom.com

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCL.

ATTACHMENT D

https:Redacted =7.8.4 39.20190124.081455/print.html?print_1550800440233     1/1

**Page 243**
**PX9 Husarik Decl.**
**Attach. D**

# Attachment E

2/21/2019                         Red   Connect Arete   You have a Payment Scheduled For 11  26  2018 Printout

**Arete Financial Freedom - Billing <billing@aretefinancialfreedom.com>**            11/23/2018 1:44 PM

## Arete: You have a Payment Scheduled For 11/26/2018

To jhusarik@Redacted

[ **Arete**Financial Freedom ]

Jamie,

We want to remind you that your next payment of *39.00* with Arete Financial is scheduled for *11/26/2018*.

If you are having trouble making this payment, please contact us immediately at *(888) 331-5827* in order to avoid incurring any late fees.

Respectfully,
**Billing Department**
1261 E Dyer Rd. Ste 100
Santa Ana, CA 92705
Toll Free | (888) 331-5827

unsubscr be

ATTACHMENT E

2/21/2019      Red Connect Reminder from Arete Financial Your payment is due on 11 27 2017 Printout

**Arete Financial Freedom - Accounting <accounting@aretefinancialfreedom.com>**      11/24/2017 2:34 PM

# Reminder from Arete Financial: Your payment is due on 11/27/2017

To jhusarik@Redacted

[ **Arete**Financial Freedom ]

Jamie Husarik,

We want to remind you that your next payment with Arete Financial Freedom is scheduled for *11/27/2017* in the amount of *39.00*.

Remember, we are here to help you reach your goals. Please contact as soon as possible to reschedule your program payment if you are having any problems making it. If we do not hear from you the charges will be debited as scheduled.

We know that these are financially difficult times for you. We understand there are situations that arise which make it difficult to meet your obligations. In the interest of finishing our program as scheduled, please contact us and we will do our best to accommodate your needs.

Respectfully,

**Accounting Department**
**Arete Financial**
**accounting@aretefinancialfreedom.com**
**(888) 331-5827**
**M-F 8AM-5PM PST**

unsubscr be

# Attachment F

**Rico Saavedra <jerico.saavedra@aretefinancialfreedom.com>**                    1/5/2018 9:28 AM

Jamie Husarik

To jhusarik@Redacted

Hello Jamie,

This is Rico it was a pleasure speaking with you earlier, feel free to save my contact info below if you have any questions or concerns please let us know, thank you & Have a great day!



**Rico Saavedra**
**Arete Financial Freedom**
**Processing Department**
**Toll Free**: 1 888 331 5827
**Fax**: 1 888 366 2219
1261 E.Dyer Rd.#100 • Santa Ana, CA 92705
WEBSITE   EMAIL



THIS E MAIL MAY CONTAIN NON PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS.

- image001.png (11 KB)
- image002.png (3 KB)
- image003.png (2 KB)
- image004.png (8 KB)

ATTACHMENT F

**Page 246**
**PX9 Husarik Decl.**
**Attach. F**

# Attachment G

3/5/2019        Redacted    Re_ Jamie Husarik Printout

**JAMIE HUSARIK <jhusarik@Redacted >**        3/13/2018 12:38 PM

Re: Jamie Husarik

To Rico Saavedra <jerico.saavedra@aretefinancialfreedom.com>

Hi Rico. How are you today? I was wondering if I could speak with you regarding my account and my upcoming recertification for my current plan. Thank You.

I am having trouble getting through to you via phone. Would you be able to kindly give me a call. My cell number is Redacted .

Regards,

Jamie

On January 5, 2018 at 9:28 AM Rico Saavedra <jerico.saavedra@aretefinancialfreedom.com> wrote:

Hello Jamie,

This is Rico it was a pleasure speaking with you earlier, feel free to save my contact info below if you have any questions or concerns please let us know, thank you & Have a great day!



**Rico Saavedra**

**Arete Financial Freedom**

**Processing Department**

**Toll Free:** 1 888 331 5827

**Fax:** 1 888 366 2219

1261 E.Dyer Rd.#100 • Santa Ana, CA 92705

 



*THIS E MAIL MAY CONTAIN NON PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF*

ATTACHMENT G

**Page 247**
**PX9 Husarik Decl.**
**Attach. G**

3/5/2019                           Redacted    Re   Jamie Husarik Printout

*THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS.*
*CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED*
*RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY*
*NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS.*

- image001.png (11 KB)
- image002.png (3 KB)
- image003.png (2 KB)
- image004.png (8 KB)

**Page 248**
**PX9 Husarik Decl.**
**Attach. G**

3/5/2019                    Red  Connect Jamie Husarik ARI 139517240 Printout

**Rico Saavedra <jerico.saavedra@aretefinancialfreedom.com>**          3/26/2018 11:39 AM

## Jamie Husarik ARI-139517240

To jhusarik@Redacted

Hello Jamie,
I was able to check with Nelnet and the reason that it shows as a &1,700.00 it's because that would be your Standard payment, however you were approved for the "Income Contingent Repayment" (ICR) option which qualifies you for the $0.00 payment, I guess that's just how Nelnet works however I've attached a form to this email and highlighted the areas they should focus hopefully your mortgage company can see that, if any questions please let me know



## Rico Saavedra
**Arete Financial Freedom**
**Processing Department**
**Toll Free**: 1 888 331 5827
**Fax**: 1 888 366 2219
1261 E.Dyer Rd.#100 • Santa Ana, CA 92705
 



THIS E MAIL MAY CONTAIN NON PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS.

- Mortgage Verification - Jamie Husarik.pdf (2 MB)
- image001.png (11 KB)
- image002.png (3 KB)
- image003.png (2 KB)
- image004.png (8 KB)

**Page 249**
**PX9 Husarik Decl.**
**Attach. G**

Reda Connect Jamie Husarik ARI 139517240 Printout

# Attachment H

3/5/2019                                    Redacted                    ARI 139517240 Printout

**JAMIE HUSARIK** Redacted @comcast.net>                                        3/28/2018 2:25 PM

## Re: Jamie Husarik ARI-139517240

To Rico Saavedra <jerico.saavedra@aretefinancialfreedom.com>

Rico,

I wanted to share the attached with you because this was part of what we spoke about the other day. The attached is a screen shot from Nelnet's website that shows that my re-certification date is 05/24/18 not 07/27/18 so I am concerned that perhaps we should start working on it in April. I realize it shows the "Due Date" as 07/27/18 but if you look below that at the "Re-Certification Date" you will see the 05./24/18 date. Thank You.

Regards,

Jamie Husarik

> On March 26, 2018 at 11:39 AM Rico Saavedra <jerico.saavedra@aretefinancialfreedom.com> wrote:

Hello Jamie,

I was able to check with Nelnet and the reason that it shows as a &1,700.00 it's because that would be your Standard payment, however you were approved for the "Income Contingent Repayment" (ICR) option which qualifies you for the $0.00 payment, I guess that's just how Nelnet works however I've attached a form to this email and highlighted the areas they should focus hopefully your mortgage company can see that, if any questions please let me know



# Rico Saavedra

**Arete Financial Freedom**

**Processing Department**

**Toll Free**: 1 888 331 5827

**Fax:** 1 888 366 2219

1261 E.Dyer Rd.#100 • Santa Ana, CA 92705

🏠 WEBSITE   ✉ EMAIL

ATTACHMENT H

**Page 251**
**PX9 Husarik Decl.**
**Attach. H**



BBB Rating: A

*THIS E MAIL MAY CONTAIN NON PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS.*

- Recertification Nelnet.PNG (174 KB)
- image001.png (11 KB)
- image002.png (3 KB)
- image003.png (2 KB)
- image004.png (8 KB)

# Attachment I

3/5/2019                                  Redacted          d_ Keep your low monthly payment amount Printout

**JAMIE HUSARIK** <jhusarik@Redacted >                          4/16/2018 10:26 AM

Fwd: Keep your low monthly payment amount

To Rico Saavedra <jerico.saavedra@aretefinancialfreedom.com>

Rico,

I left you a voice mail message this morning about this. The email below from Nelnet tells me I need to complete my recertification now. Could we please set up a time to complete this? I am very nervous because I seem to be running out of time and I can't afford this very high payment that the are proposing. Please kindly help. Thank You.

Kind Regards,

Jamie Husarik

————Original Message————
From: Nelnet Student Loan Servicing <Help@e.Nelnet.net>
To: jhusarik@Redacted
Date: April 14, 2018 at 3:01 PM
Subject: Keep your low monthly payment amount

It's time to recertify your repayment plan                              View Online

 elnet                                              [ LOGIN ]

JAMIE                                                      Account: EXXXXX4194

# Time Is Running Out to Recertify

Dear JAMIE,

Your federal student loans are on an income-driven repayment plan. It is time to recertify your plan so that you may continue making payments based on

**ATTACHMENT I**