your income. **Without recertifying your regular monthly payment amount will change to $1714.58.** If you are signed up for auto debit, your monthly automatically deducted payment will change to this amount as well. To view the additional consequences of not recertifying your income-driven repayment plan by 06/03/2018, refer to the letter we recently sent to you.

Recertifying is simple; follow the directions below.

## To recertify your plan online:

1. Log in to StudentLoans.gov
2. Click Complete Income-Driven Repayment Plan Request

**LOG IN TO STUDENTLOANS.GOV**

You can securely transfer your federal tax return information to Nelnet, which may expedite your recertification request. Alternatively, you may visit Nelnet. com/Income-Driven-Plans and download the form to complete and mail to Nelnet. If you need assistance with this process, please call us at 888.486.4722.

Once we receive your completed application and income documentation, we will review your request and calculate your regular monthly payment amount on your income-driven plan. We will send you a letter within 15 business days with the details of your recertification request.



**Questions? We're here for you.** Visit Nelnet.com or call us at 888.486.4722 from 7 a.m. to 2 a.m. (Eastern) Monday – Friday and 8 a.m. to 7 p.m. Saturday.

Sincerely,

Your Nelnet Customer Service Team

**LOG IN TO YOUR ACCOUNT**

3/5/2019                              Redacted    Fwd    Keep your low monthly payment amount Printout

 Make a Payment

 Repayment Options

To ensure delivery to your inbox, please add Help@e.Nelnet.net
to your address book.

This email was sent to: jhusarik Redacted t

This email was sent by: **Nelnet, Inc**
121 South 13th Street, Lincoln, NE 68508, USA

EM-0529-0417

 Email

 Facebook

 Twitter

**Page 255**
**PX9 Husarik Decl.**
**Attach. I**

# Attachment J



# INCOME-DRIVEN REPAYMENT (IDR) PLAN REQUEST

OMB No. 1845-0102
Form Approved
Exp. Date 10/31/2018

**IDR**

**For the Revised Pay As You Earn (REPAYE), Pay As You Earn (PAYE), Income-Based Repayment (IBR), and Income-Contingent Repayment (ICR) plans under the William D. Ford Federal Direct Loan (Direct Loan) Program and Federal Family Education Loan (FFEL) Programs**

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | Redacted |
| Name | Jamie L Husarik |
| Address | Redacted |
| City, State, Zip | LITTLETON, CO, Reda t d |
| Telephone – Primary | |
| Telephone – Alternate | Redacted |
| Email (Optional) | jhusarik@aretemail.com |

## SECTION 2: REPAYMENT PLAN OR RECERTIFICATION REQUEST

It's faster and easier to complete this form online at StudentLoans.gov. You can learn more at StudentAid.gov/IDR and by reading Sections 9 and 10. It's simple to get repayment estimates at StudentAid.gov/repayment-estimator. If you need help with this form, contact your loan holder or servicer for free assistance. You can find out who your loan holder or servicer is at StudentAid.gov/login. You may have to pay income tax on any loan amount forgiven under an income-driven plan.

1. **Select the reason you are submitting this form (Check only one):**
   - ☐ I want to enter an income-driven plan - Continue to Item 2.
   - ☒ I am submitting documentation for the annual recertification of my income-driven payment - Skip to Item 5.
   - ☐ I am submitting documentation early to have my income-driven payment recalculated immediately - Skip to Item 5.
   - ☐ I want to change to a different income-driven plan - Continue to Item 2.

2. **Choose a plan and then continue to Item 3.**
   - ☐ (Recommended) I want the income-driven repayment plan with the lowest monthly payment.
   - ☐ REPAYE   ☐ IBR
   - ☐ PAYE     ☐ ICR

3. **Do you have multiple loan holders or servicers?**
   - ☐ Yes - Submit a request to each holder or servicer. Continue to Item 4.
   - ☐ No - Continue to item 4.

4. **Are you currently in deferment or forbearance?** After answering, continue to Item 5.
   - ☐ No.
   - ☐ Yes, but I want to start making payments under my plan immediately.
   - ☐ Yes, and I do not want to start repaying my loans until the deferment or forbearance ends.

   Note: If you have FFEL Program loans, they are only eligible for IBR. However, you can consolidate your loans at StudentLoans.gov to access more beneficial income-driven repayment plans.

## SECTION 3: FAMILY SIZE INFORMATION

5. **How many children, including unborn children, are in your family and receive more than half of their support from you?**   3

6. **How many people, excluding your spouse and children, live with you and receive more than half their support from you?**   0

Note: A definition of "family size" is provided in Section 9. Do not enter a value for you or your spouse. Those values are automatically included in your family size, if appropriate.

Borrower Name  Jamie L Husarik                    Borrower SSN  Redacte_____

## SECTION 4A: MARITAL STATUS INFORMATION

**7.  What is your marital status?**

[X] Single - Skip to Item 11.

[ ] Married - Continue to Item 8.

[ ] Married, but separated - You will be treated as single. Skip to Item 11.

[ ] Married, but cannot reasonably access my spouse's income information - You will be treated as single. Skip to Item 11.

**8.  Does your spouse have federal student loans?**

[ ] Yes - Continue to Item 9.

[ ] No - Skip to Item 10.

**9.  Provide the following information about your spouse and then continue to Item 10:**

a.   **Spouse's SSN** _____

b.   **Spouse's Name** _____

c.   **Spouse's Date of Birth** _____

**10. When you filed your last federal income tax return, did you file jointly with your spouse?**

[ ] Yes - Continue to Item 13.

[ ] No - Skip to Item 17.

## SECTION 4B: INCOME INFORMATION FOR SINGLE BORROWERS AND MARRIED BORROWERS TREATED AS SINGLE

**11. Has your income significantly changed since you filed your last federal income tax return?**
For example, have you lost your job, experienced a drop in income, or gotten divorced, or did you most recently file a joint return with your spouse, but you have since become separated or lost the ability to access your spouse's income information?

[X] Yes - Continue to Item 12.

[ ] No - Provide your most recent federal income tax return or transcript. Skip to Section 6.

[ ] I haven't filed a federal income tax return in the last two years - Continue to Item 12.

**12. Do you currently have taxable income?**
Check "No" if you do not have any income or receive only untaxed income.

[X] Yes - Provide documentation of your income as instructed in Section 5. Skip to that Section.

[ ] No - You are not required to provide documentation of your income. Skip to Section 6.

Note: Remember, any person who makes a knowingly false statement or misrepresentation on this form may be subject to fines, imprisonment, or both.

## SECTION 4C: INCOME INFORMATION FOR MARRIED BORROWERS FILING JOINTLY

**13. Has your income significantly changed since you filed your last federal income tax return?**
For example, have you lost your job or experienced a drop in income?

[ ] Yes - Skip to Item 15.

[ ] No - Continue to Item 14.

[ ] We haven't filed a federal income tax return in the last two years - Skip to Item 15.

**14. Has your spouse's income significantly changed since your spouse filed his or her last federal income tax return?**
For example, has your spouse lost his or her job or experienced a drop in income?

[ ] Yes - Continue to Item 15.

[ ] No - Provide your and your spouse's most recent federal income tax return or transcript. Skip to Section 6.

**15. Do you currently have taxable income?**
Check "No" if you have no taxable income or receive only untaxed income.

[ ] Yes - You must provide documentation of your income according to the instructions in Section 5. Continue to Item 16.

[ ] No - You are not required to provide documentation of your income. Continue to Item 16.

**16. Does your spouse currently have taxable income?**
Check "No" if your spouse has no taxable income or receives only untaxed income.

[ ] Yes - Skip to Section 5 and provide documentation of your spouse's income as instructed in that section.

[ ] No - You are not required to provide documentation of your spouse's income. If you selected "Yes" to Item 15, skip to Section 5 and document your income. If you selected "No" to Item 15, skip to Section 6.

Remember, any person who knowingly makes a false statement or misrepresentation on this form can be subject to penalties including fines, imprisonment, or both.

**Page 257**
**PX9 Husarik Decl.**
**Attach. J**

Borrower Name    Jamie L Husarik                           Borrower SSN    Redacte

**SECTION 4D: INCOME INFORMATION FOR MARRIED BORROWERS FILING SEPARATELY**

**17. Has your income significantly changed since you filed your last federal income tax return?**
  For example, have you lost your job or experienced a drop in income?

☐ Yes - Continue to Item 18.

☐ No - Provide your most recent federal income tax return or transcript. Skip to Item 19.

☐ I haven't filed a federal income tax return in the past two years - Continue to Item 18.

**18. Do you currently have taxable income?**
  Check "No" if you have no taxable income or receive only untaxed income. After answering, continue to Item 19.

☐ Yes - You must provide documentation of your income as instructed in Section 5.

☐ No.

**19. Has your spouse's income significantly changed since your spouse filed his or her last federal income tax return?**
  For example, has your spouse lost a job or experienced a drop in income?

☐ Yes - Continue to Item 20.

☐ No - Provide your spouse's most recent federal income tax return or transcript. This information will only be used if you are on or placed on the REPAYE Plan. Skip to Section 6.

☐ My spouse hasn't filed a federal income tax return in the past two years - Continue to Item 20.

**20. Does your spouse currently have taxable income?**
  Check "No" if your spouse has no taxable income or receives only untaxed income.

☐ Yes - Skip to Section 5 and provide documentation of your spouse's income as instructed in that section. This information will only be used if you are on or placed on the REPAYE Plan.

☐ No - You are not required to provide documentation of your spouse's income. If you selected "Yes" to Item 18, skip to Section 5 and document your income. If you selected "No" to Item 18, skip to Section 6.

> Note: Remember, any person who makes a knowingly false statement or misrepresentation on this form may be subject to fines, imprisonment, or both.

**SECTION 5: INSTRUCTIONS FOR DOCUMENTING CURRENT INCOME**

You only need to follow these instructions if, based on your answers in Section 4, you and your spouse (if applicable) were instructed to provide documentation of your current income instead of a tax return or tax transcript.

**This is the income you must document:**

- You must provide documentation of all taxable income you and your spouse(if applicable) currently receive.

- Taxable income includes, for example, income from employment, unemployment income, dividend income, interest income, tips, and alimony.

- Do not provide documentation of untaxed income such as Supplemental Security Income, child support, or federal or state public assistance.

**This is how you document your income:**

- Documentation will usually include a pay stub or letter from your employer listing your gross pay.

- Write on your documentation how often you receive the income, for example, "twice per month" or "every other week."

- You must provide at least one piece of documentation for each source of taxable income.

- If documentation is not available or you want to explain your income, attach a signed statement explaining each source of income and giving the name and the address of each source of income.

- **The date on any supporting documentation you provide must be no older than 90 days from the date you sign this form.**

- Copies of documentation are acceptable.

**After gathering the appropriate documentation, continue to Section 6.**

**Page 258**
**PX9 Husarik Decl.**
**Attach. J**

| Borrower Name | Jamie L Husarik | | Borrower SSN | Redacte |
|---|---|---|---|---|

**SECTION 6: BORROWER REQUESTS, UNDERSTANDINGS, AUTHORIZATION, AND CERTIFICATION**

If I am requesting an income-driven repayment plan or seeking to change income-driven repayment plans, **I request**:

- That my loan holder place me on the plan I selected in Section 2 to repay my eligible Direct Loan or FFEL Program loans held by the holder to which I submit this form.
- If I do not qualify for the plan or plans I requested, or did not make a selection in Item 2, that my loan holder place me on the plan with the lowest monthly payment amount.
- If I selected more than one plan, that my loan holder place me on the plan with the lowest monthly payment amount from the plans that I requested.
- If more than one of the plans that I selected provides the same initial payment amount, or if my loan holder is determining which of the income-driven plans I qualify for, that my loan holder use the following order in choosing my plan: REPAYE (if my repayment period is 20 years), PAYE, REPAYE (if my repayment period is 25 years), IBR, and then ICR.

If I am not currently on an income-driven repayment plan, but I did not complete Item 1 or I incorrectly indicated in Item 1 that I was already in an income-driven repayment plan, **I request** that my loan holder treat my request as if I had indicated in Item 1 that I wanted to enter an income-driven repayment plan.

If I am currently repaying my Direct Loans under the IBR plan and I am requesting a change to a different income-driven plan, **I request** a one-month reduced-payment forbearance in the amount of my current monthly IBR payment or $5, whichever is greater (unless I request another amount below or I decline the forbearance), to help me move from IBR to the new income-driven plan I requested.

☐ **I request** a one-month reduced-payment forbearance in the amount of: _____
(must be at least $5).

**I understand** that:

- If I do not provide my loan holder with this completed form and any other required documentation, I will not be placed on the plan that I requested or my request for recertification or recalculation will not be processed.
- I may choose a different repayment plan for any loans that are not eligible for income-driven repayment.
- If I requested a reduced-payment forbearance of less than $5 above, my loan holder will grant my forbearance request in the amount of $5.
- If I am requesting a change from the IBR Plan to a different income-driven repayment plan, I may decline the one-month reduced payment forbearance described above by contacting my loan holder. If I decline the forbearance, I will be placed on the Standard Repayment Plan and must make one monthly payment under that plan before I can be placed on a different repayment plan.
- If I am requesting the ICR plan, my initial payment amount will be the amount of interest that accrues each month on my loan until my loan holder receives the income documentation needed to calculate my payment amount. If I cannot afford the initial payment amount, I may request a forbearance by contacting my loan holder.
- If I am married and I request the ICR plan, my spouse and I have the option of repaying our Direct Loans jointly under this plan. My loan servicer can provide me with information about this option.
- If I have FFEL Program loans, my spouse may be required to give my loan holder access to his or her loan information in the National Student Loan Data System (NSLDS). If this applies to me, my loan holder will contact me with instructions.
- My loan holder may grant me a forbearance while processing my application or to cover any period of delinquency that exists when I submit my application.

**I authorize** the loan holder to which I submit this request (and its agents or contractors) to contact me regarding my request or my loans, including the repayment of my loans, at any number that I provide on this form or any future number that I provide for my cellular telephone or other wireless device using automated dialing equipment or artificial or prerecorded voice or text messages.

**I certify** that all of the information I have provided on this form and in any accompanying documentation is true, complete, and correct to the best of my knowledge and belief.

| Borrower's Signature | Jamie L Husarik | Date | 05/25/2018 |
|---|---|---|---|
| Spouse's Signature | | Date | |

**If you are married, your spouse is required to sign this form unless you are separated from your spouse or you're unable to reasonably access your spouse's income information.**

**Page 259**
**PX9 Husarik Decl.**
**Attach. J**

## SECTION 7: WHERE TO SEND THE COMPLETED FORM

| Return the completed form and any documentation to: | If you need help completing this form call: |
|---|---|
| (If no address is shown, return to your loan holder.) | (If no phone number is shown, call your loan holder.) |

## SECTION 8: INSTRUCTIONS FOR COMPLETING THE FORM

Type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy). Example: March 14, 2015   03-14-2015. Include your name and account number on any documentation that you are required to submit with this form. **Return the completed form and any required documentation to the address shown in Section 7.**

## SECTION 9: DEFINITIONS

### COMMON DEFINITIONS FOR ALL PLANS:

**Capitalization** is the addition of unpaid interest to the principal balance of your loan. This will increase the principal balance and the total cost of your loan.

A **deferment** is a period during which you are entitled to postpone repayment of your loans. Interest is not generally charged to you during a deferment on your subsidized loans. Interest is always charged to you during a deferment on your unsubsidized loans.

The **William D. Ford Federal Direct Loan (Direct Loan) Program** includes Direct Subsidized Loans, Direct Unsubsidized Loans, Direct PLUS Loans, and Direct Consolidation Loans.

**Family size** always includes you and your children (including unborn children who will be born during the year for which you certify your family size), if the children will receive more than half their support from you.

For the PAYE, IBR, and ICR Plans, family size always includes your spouse. For the REPAYE plan, family size includes your spouse unless your spouse's income is excluded from the calculation of your payment amount.

For all plans, family size also includes other people only if they live with you now, receive more than half their support from you now, and will continue to receive this support for the year that you certify your family size. Support includes money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of college costs. Your family size may be different from the number of exemptions you claim for tax purposes.

The **Federal Family Education Loan (FFEL) Program** includes Federal Stafford Loans (both subsidized and unsubsidized), Federal PLUS Loans, Federal Consolidation Loans, and Federal Supplemental Loans for Students (SLS).

A **forbearance** is a period during which you are permitted to postpone making payments temporarily, allowed an extension of time for making payments, or temporarily allowed to make smaller payments than scheduled.

The **holder** of your Direct Loans is the U.S. Department of Education (the Department). The holder of your FFEL Program loans may be a lender, secondary market, guaranty agency, or the Department. Your loan holder may use a servicer to handle billing, payment, repayment options, and other communications. References to "your loan holder" on this form mean either your loan holder or your servicer.

A **partial financial hardship** is an eligibility requirement for the PAYE and IBR plans. You have a partial financial hardship when the annual amount due on all of your eligible loans (and, if you are required to provide documentation of your spouse's income, the annual amount due on your spouse's eligible loans) exceeds what you would pay under PAYE or IBR.

The annual amount due is calculated based on the greater of **(1)** the total amount owed on eligible loans at the time those loans initially entered repayment, or **(2)** the total amount owed on eligible loans at the time you initially request the PAYE or IBR plan. The annual amount due is calculated using a standard repayment plan with a 10-year repayment period, regardless of loan type. When determining whether you have a partial financial hardship for the PAYE plan, the Department will include any FFEL Program loans that you have into account even though those loans are not eligible to be repaid under the PAYE plan, except for: **(1)** a FFEL Program loan that is in default, **(2)** a Federal PLUS Loan made to a parent borrower, or **(3)** a Federal Consolidation Loan that repaid a Federal or Direct PLUS Loan made to a parent borrower.

The **poverty guideline amount** is the figure for your state and family size from the poverty guidelines published annually by the U.S. Department of Health and Human Services (HHS). If you are not a resident of a state identified in the poverty guidelines, your poverty guideline amount is the amount used for the 48 contiguous states.

The **standard repayment plan** has a fixed monthly payment amount over a repayment period of up to 10 years for loans other than Direct or Federal Consolidation Loans, or up to 30 years for Direct and Federal Consolidation Loans.

**Page 260**
**PX9 Husarik Decl.**
**Attach. J**

SECTION 9: DEFINITIONS (CONTINUED)

## DEFINITIONS FOR THE REPAYE PLAN:

The **Revised Pay As You Earn (REPAYE) plan** is a repayment plan with monthly payments that are generally equal to 10% of your discretionary income, divided by 12.

**Discretionary income for the REPAYE plan** is the amount by which your income exceeds 150% of the poverty guideline amount.

**Eligible loans for the REPAYE plan** are Direct Loan Program loans other than: (1) a loan that is in default, (2) a Direct PLUS Loan made to a parent borrower, or (3) a Direct Consolidation Loan that repaid a Direct or Federal PLUS Loan made to a parent borrower.

## DEFINITIONS FOR THE PAYE PLAN:

The **Pay As You Earn (PAYE) plan** is a repayment plan with monthly payments that are generally equal to 10% of your discretionary income, divided by 12.

**Discretionary income for the PAYE plan** is the amount by which your income exceeds 150% of the poverty guideline amount.

**Eligible loans for the PAYE plan** are Direct Loan Program loans other than: **(1)** a loan that is in default, **(2)** a Direct PLUS Loan made to a parent borrower, or **(3)** a Direct Consolidation Loan that repaid a Direct or Federal PLUS Loan made to a parent borrower.

You are a **new borrower for the PAYE plan** if: **(1)** you have no outstanding balance on a Direct Loan or FFEL Program loan as of October 1, 2007 or have no outstanding balance on a Direct Loan or FFEL Program loan when you obtain a new loan on or after October 1, 2007, and **(2)** you receive a disbursement of an eligible loan on or after October 1, 2011, or you receive a Direct Consolidation Loan based on an application received on or after October 1, 2011.

## DEFINITIONS FOR THE IBR PLAN:

The **Income-Based Repayment (IBR) plan** is a repayment plan with monthly payments that are generally equal to 15% (10% if you are a new borrower) of your discretionary income, divided by 12.

**Discretionary income for the IBR plan** is the amount by which your adjusted gross income exceeds 150% of the poverty guideline amount.

**Eligible loans for the IBR plan** are Direct Loan and FFEL Program loans other than: **(1)** a loan that is in default, **(2)** a Direct or Federal PLUS Loan made to a parent borrower, or **(3)** a Direct or Federal Consolidation Loan that repaid a Direct or Federal PLUS Loan made to a parent borrower.

You are a **new borrower for the IBR plan** if: **(1)** you have no outstanding balance on a Direct Loan or FFEL Program loan as of July 1, 2014 or **(2)** have no outstanding balance on a Direct Loan or FFEL Program loan when you obtain a new loan on or after July 1, 2014.

## DEFINITIONS FOR THE ICR PLAN:

The **Income-Contingent Repayment (ICR) plan** is a repayment plan with monthly payments that are the lesser of **(1)** what you would pay on a repayment plan with a fixed monthly payment over 12 years, adjusted based on your income or **(2)** 20% of your discretionary income divided by 12.

**Discretionary income for the ICR plan** is the amount by which your adjusted gross income exceeds the poverty guideline amount for your state of residence and family size.

**Eligible loans for the ICR plan** are Direct Loan Program loans other than: **(1)** a loan that is in default, **(2)** a Direct PLUS Loan made to a parent borrower, or **(3)** Direct PLUS Consolidation Loan (based on an application received prior to July 1, 2006 that repaid Direct or Federal PLUS Loans made to a parent borrower). However, a Direct Consolidation Loan made based on an application received on or after July 1, 2006 that repaid a Direct or Federal PLUS Loan made to a parent borrower is eligible for the ICR plan.

Page 261
PX9 Husarik Decl.
Attach. J

SECTION 10: INCOME-DRIVEN PLAN ELIGIBILITY REQUIREMENTS AND GENERAL INFORMATION

Table 1. Income-Driven Plan Eligibility Requirements and General Information.

| Plan Feature | REPAYE | PAYE | IBR | ICR |
|---|---|---|---|---|
| Payment Amount | Genera y, 10% of discretionary income. | Genera y, 10% of discretionary income | Never more than 15% of discretionary income | Lesser of 20% of discretionary income or what you would pay under a repayment p an with fixed payments over 12 years, adjusted based on your income |
| Cap on Payment Amount | None  Your payment may exceed what you wou d have paid under the 10-year standard repayment plan | None  Your payment may exceed what you wou d have paid under the 10-year standard repayment plan when you entered the p an | What you wou d have paid under the 10-year standard repayment plan when you entered the p an | None  Your payment may exceed what you would have paid under the 10-year standard repayment plan |
| Married Borrowers | Your payment wi  be based on the combined income and  oan debt of you and your spouse regard ess of whether you fi e a joint or separate Federa income tax return, un ess you and your spouse (1) are separated or (2) you are unab e to reasonab y access your spouse's income information. | Your payment wi  be based on the combined income and  oan debt of you and your spouse on y if you fi e a joint Federa  income tax return, un ess you and your spouse (1) are separated or (2) you are unab e to reasonab y access your spouse's income information | Your payment wi  be based on the combined income and  oan debt of you and your spouse on y if you fi e a joint Federa  income tax return, un ess you and your spouse (1) are separated or (2) you are unab e to reasonab y access your spouse's income information | Your payment wi  be based on the combined income of you and your spouse on y if you fi e a joint Federa  income tax return, un ess you and your spouse (1) are separated or (2) you are unab e to reasonab y access your spouse's income information |
| Borrower Responsibility for Interest | On subsidized  oans, you do not have to pay the difference between your month y payment amount and the interest that accrues for your first 3 consecutive years in the p an. On subsidized  oans after this period and on unsubsidized  oans during a periods, you on y have to pay ha f the difference between your month y payment amount and the interest that accrues | On subsidized  oans, you do not have to pay the difference between your month y payment amount and the interest that accrues for your first 3 consecutive years in the p an | On subsidized  oans, you do not have to pay the difference between your month y payment amount and the interest that accrues for your first 3 consecutive years in the plan | You are responsible for paying a l of the interest that accrues |
| Forgiveness Period | If you only have eligible loans that you received for undergraduate study, any remaining ba ance is forgiven after 20 years of qua ifying repayment. If you have any e igib e  oans that you received for graduate or professiona  study, any remaining ba ance is forgiven after 25 years of qua ifying repayment on a  of your  oans. For giveness may be taxab e | Any remaining balance is forgiven after 20 years of qua ifying repayment, and may be taxab e | Any remaining balance is forgiven after no more than 25 years of qua ifying repayment, and may be taxab e | Any remaining balance is forgiven after 25 years of qua ifying repayment, and may be taxab e. |

Page 262
PX9 Husarik Decl.
Attach. J

SECTION 10: INCOME-DRIVEN PLAN ELIGIBILITY REQUIREMENTS AND GENERAL INFORMATION

| Plan Feature | REPAYE | PAYE | IBR | ICR |
|---|---|---|---|---|
| Income Eligibility | None. | You must have a "partial financial hardship". | You must have a "partial financial hardship". | None. |
| Borrower Eligibility | You must be a Direct Loan borrower with eligible loans. | You must be a "new borrower" with eligible Direct Loans. | You must be a Direct Loan or FFEL borrower with eligible loans. | You must be a Direct Loan borrower with eligible loans. |
| Recertify Income and Family Size | Annually. Failure to submit documentation by the deadline will result in capitalization of interest and increasing your payment to ensure that your loan is paid in full over the lesser of 10 or the remainder of 20 or 25 years. | Annually. Failure to submit documentation by the deadline may result in the capitalization of interest and will increase the payment amount to the 10-year standard payment amount. | Annually. Failure to submit documentation by the deadline will result in the capitalization of interest and increase in payment amount to the 10-year standard payment amount. | Annually. Failure to submit documentation by the deadline will result in the recalculation of your payment amount to be the 10-year standard payment amount. |
| Leaving the Plan | At any time, you may change to any other repayment plan for which you are eligible. | At any time, you may change to any other repayment plan for which you are eligible. | If you want to leave the plan, you will be placed on the standard repayment plan. You may not change plans until you have made one payment under that plan or a reduced-payment forbearance. | At any time, you may change to any other repayment plan for which you are eligible. |
| Interest Capitalization | Interest is capitalized when you are removed from the plan for failing to recertify your income by the deadline or when you voluntarily leave the plan. | If you are determined to no longer have a "partial financial hardship" or if you fail to recertify your income by the deadline, interest is capitalized until the outstanding principal balance on your loans is 10% greater than when you entered the plan. It is also capitalized if you leave the plan. | If you are determined to no longer have a "partial financial hardship", fail to recertify your income by the deadline, or leave the plan, interest is capitalized. | Interest that accrues when your payment amount is less than accruing interest on your loans is capitalized annually until the outstanding principal balance on your loans is 10% greater than it was when your loans entered repayment. |
| Re-Entering the Plan | Your loan holder will compare the total of what you would have paid under REPAYE to the total amount you were required to pay after you left REPAYE. If the difference between the two shows that you were required to pay less by leaving REPAYE, your new REPAYE payment will be increased. The increase is equal to the difference your loan holder calculated, divided by the number of months remaining in the 20- or 25-year forgiveness period. | You must again show that you have a "partial financial hardship". | You must again show that you have a "partial financial hardship". | No restrictions. |

Page 263
PX9 Husarik Decl.
Attach. J

## SECTION 11: SAMPLE PAYMENT AMOUNTS

The tables below provide repayment estimates under the traditional and income-driven repayment plans. These figures are estimates based on an interest rate of 6%, the average Direct Loan interest rate for undergraduate and graduate borrowers. The figures also assume a family size of 1, that you live in the continental U.S., and that your income increases 5% each year. Various factors, including your interest rate, your loan debt, your income, if and how quickly your income rises, and when you started borrowing may cause your repayment to differ from the estimates shown in these tables. These figures use the 2016 Poverty Guidelines and Income Percentage Factors.

**Table 2. Non-Consolidation, Undergraduate Loan Debt of $30,000 in Direct Unsubsidized Loans and Starting Income of $25,000**

| Repayment | Initial Payment | Final Payment | Time in Repayment | Total Paid | Forgiveness |
|---|---|---|---|---|---|
| Standard | $333 | $333 | 10 years | $33,967 | N/A |
| Graduated | $190 | $571 | 10 years | $42,636 | N/A |
| Extended-Fixed | Ineligible | - | - | - | - |
| Extended-Graduated | Ineligible | - | - | - | - |
| PAYE | $60 | $296 | 20 years | $38,105 | $27,823 |
| REPAYE | $60 | $296 | 20 years | $38,105 | $24,253 |
| IBR | $90 | $333 | 21 years, 10 months | $61,006 | $0 |
| ICR | $195 | $253 | 19 years, 6 months | $52,233 | $0 |

**Table 3. Non-Consolidation, Graduate Loan Debt of $60,000 in Direct Unsubsidized Loans and Starting Income of $40,000**

| Repayment | Payment | Payment | Repayment | Total Paid | Forgiveness |
|---|---|---|---|---|---|
| Standard | $666 | $666 | 10 years | $79,935 | N/A |
| Graduated | $381 | $1,143 | 10 years | $85,272 | N/A |
| Extended-Fixed | $437 | $437 | 25 years | $130,974 | N/A |
| Extended-Graduated | $300 | $582 | 25 years | $126,168 | N/A |
| PAYE | $185 | $612 | 20 years | $87,705 | $41,814 |
| REPAYE | $185 | $816 | 25 years | $131,444 | $0 |
| IBR | $277 | $666 | 18 years, 3 month | $107,905 | $0 |
| ICR | $469 | $588 | 13 years, 9 months | $89,468 | $0 |

Page 264
PX9 Husarik Decl.
Attach. J

## SECTION 12: IMPORTANT NOTICES

**Privacy Act Notice.** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authorities for collecting the requested information from and about you are §421 et seq. and §451 et seq. of the Higher Education Act of 1965, as amended (20 U.S.C. 1071 et seq. and 20 U.S.C. 1087a et seq.), and the authorities for collecting and using your Social Security Number (SSN) are §§428B(f) and 484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the Federal Family Education Loan (FFEL) Program or the William D. Ford Federal Direct Loan (Direct Loan) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the FFEL and/or Direct Loan Programs, to permit the servicing of your loans, and, if it becomes necessary, to locate you and to collect and report on your loans if your loans become delinquent or default. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed, on a case-by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loans, to enforce the terms of the loans, to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions.

To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment statuses, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

**Paperwork Reduction Notice.** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 1845-0102. Public reporting burden for this collection of information is estimated to average 20 minutes (0.33 hours) per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the information collection. Individuals are obligated to respond to this collection to obtain a benefit in accordance with 34 CFR 682.215, 685.209, or 685.221.

**If you have comments or concerns regarding the status of your individual submission of this form, please contact your loan holder directly (see Section 7).**

Page 265
PX9 Husarik Decl.
Attach. J

# Attachment K



Redacted

---

This message originally read on 3/6/2019

Client has not made us aware at all of their concern. We do not charge upfront. Services has been provided. Contract clearly states client can do this on their own for free page 1. Because client sign an agreement with arete we have provided services and completed her consolidation and put her in a better place than she was before. This complaint is unfair. We do not provide a free service. Client has been with us since 2017 and was happy with our services. We can understand that she may not have realize she can do this on her own for free. But because she hired us we follow rules and regulations and retained fees once services was completed. We have communications recorded with client and an agreement signed by the client and proof that work was completed. For client to not fully understand how it works. The law states if we provide a service and complete that service we are entitled to our fees. The program itself is free but she has to do it on her own. As a courtesy to the client we will issue a portion refund out of good faith for any misunderstandings. We hope this matter is resolved and satisfy by client.

**Below is my reply to Arete's above response:**

In reviewing the "Service Agreement" I didn't find where it states on "Page 1" "client can do this on their own for free."Originally Arete Financial contacted me regarding "student loan forgiveness" not "loan consolidation".To my knowledge no "loan consolidation" has been processed against my account.The only "service" Arete provided was completing and submitting 3 "Income Driven Repayment (IDR) Plan Request forms, June 2017, May 2018 & Oct 2018.This form can be completed and submitted in 10 minutes or less.Recently I discovered Arete not only provided false/erroneous information on 1 of these applications but they changed my email address (without my knowledge or authorization) on the FSA website to an email address that doesn't belong to me.Arete has also misrepresented me to my loan servicer and made changes to my account without my knowledge or authorization. My bank account was charged $1,304 in upfront fees after the initial phone conversation and I have documented paperwork from Arete regarding the same.These payments were processed through my account prior to any "services" being performed by Arete.($325.00 on 05/31/17, $489.50 on 06/15/17 & $489.50 on 07/25/17) before the commencement of the $39 monthly fee (for 240 months).These are "upfront fees".In doing some research on the web I discovered an article from the FTC indicating it illegal to charge a consumer to assist them in completing these forms.I subsequently filed a complaint with the FTC, BBB & the CO State Attorney General.Arete misrepresented this entire process and deceived me to collect these fees.I paid

ATTACHMENT K

all of this money only to find out I was paying for a service I would have to perform myself. I would expect a refund of the $1,304 in upfront fees (they claim they don't charge upfront fees) & 14 payments of $39 (17 payments total   3 (for the forms they filed-3 times) $546 = $1,850. Arete Financial's engagement in these deceptive and illegal practices has caused me considerable hardship.

**PX9 Husarik Decl.**
**Attach. K**

# Attachment L

March 1st, 2019

Re: ID: 139517240

To whom it may concern;

I have had growing concerns about your organization since the first day regarding the validity and integrity of
this process. In doing some research on the web, it seems your organization is engaging in deceptive and
illegal practices.

It has recently it come to my attention that Arete misrepresented me in contacting my loan servicer
requesting changes to my account that were not requested or authorized by me. These unauthorized
changes caused serious issues with my account and were detrimental to me, my loan and my overall account.
I lost several hours from work as I tried to sort through the details of this unauthorized request and get my
account rectified.

During this time, I also learned Arete has provided false information on the applications submitted via the
FSA website. In addition, it seems the email on my FSA account was changed without my authorization or
knowledge to an email address that does not belong to me. I am not an employee of Arete therefore there
should not be an email in existence with Arete associated with my name. Due to this unauthorized action, I
have not been receiving any emails from the FSA website which is cause for great concern to me. This action
puts in place the potential of my not having received significant and/or important email notifications
regarding my account. Not given the opportunity to reply as needed, my unresponsiveness may result in
substantial repercussions with the FSA organization.

At this point I am convinced I have been misled and misinformed during this entire process by being given
false and/or inaccurate information by your representatives. It seems your organization has misrepresented
me not only to my loan servicer but within the FSA website as well.

For these reasons I am cancelling my account/contract and any further payments to you and I request the
following;

1. A refund of all fees paid to date
2. Discontinue payments
3. My account cancelled and closed effective immediately
4. No further contact from/with you or any representative in your organization

Lastly, please note that I have filed an official complaint with the BBB and the CO State Attorney General's
office.

Thank You.

Sincerely,

Jamie L Husarik

Jamie Husarik

cc:BBB
   Colorado Office of Attorney General

ATTACHMENT L

| From: | jhusarik |
|---|---|
| To: | Redacted |
| Subject: | Fwd: Cancellation Confirmation For Jamie Husarik   # 139517240 |
| Date: | Wednesday, March 06, 2019 3:38:31 PM |

Redacted ,

One of 2 emails from.Arete.

Jamie

Sent from my Verizon. Samsung Galaxy smartphone

-------- Original message --------
From: info@aretefinancialfreedom.com
Date: 3/6/19 11:15 AM (GMT-07:00)
To: jhusarik@Redacted
Subject: Cancellation Confirmation For Jamie Husarik - # 139517240

Arete-logo



**Dear Jamie,**

**Thank you for considering us to service your Direct Consolidation Loan! We are sorry to
see you go!**

We received your CANCELLATION REQUEST and have processed your cancellation.

**What Happens Next?**
We will no longer be communicating with your current servicers to verify any of your loan
details. We will dispose of any correspondence we receive on your behalf to consolidate your
loans, we will no longer be responsible for any verification on your behalf regardless of the
stage your application is currently in at the time of cancellation.

- All and any Loans Included in your consolidation
- Loans removed, or not included, in your consolidation
- Consolidation Loan balance
- Updated Repayment Plan payments and yearly verification

**IMPORTANT:** We will cease any collection of remaining balance owed of the initial
enrollment fee. The amount owed under legal contract will no longer be considerd due. No
further collection effort will be made and no negative reporting will be furnished to the 3
credit bureaus.

If you would like to re instate your consolidation or application, it is important that you contact us IMMEDIATELY at (888) 331-5827.

If you have any questions about the mail you receive or about the process, please contact:

**Processing Department**

Toll Free | (888) 331 5827

**Hours of Operation: 8AM-5PM Pacific Standard Time**
info@aretefinancialfreedom.com
www.aretefinancialfreedom.com

THIS E MAIL MAY CONTAIN NON PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS.

# PX10
# Declaration of Courtney Jones

DECLARATION OF COURTNEY JONES
Pursuant to 28 U.S.C. §1746

ORIGINAL

I, Courtney Jones, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them.  If called as a witness, I could and would testify as follows:

1.      I am 43 years old and I reside in Oklahoma City, Oklahoma.  I am a compliance specialist for the Oklahoma Blood Institute ("OBI"), a nonprofit agency headquartered in Oklahoma City.  I have worked for OBI for 24 years.  In 2001, while working at OBI, I enrolled in college at the University of Oklahoma in Oklahoma City. When I enrolled, I went part-time with OBI.  In 2003 or 2004, I had medical problems and had to quit college and begin working full-time at OBI again because I needed health insurance.  I sought a deferment on payment of my student loans for several years because of my medical bills.  I have been paying on my student loans consistently for the past three to five years.  Initially, I had about $10,000 in student loan debt; that debt is now down to approximately $5,500.

2.      On November 20, 2018, I received an unsolicited telephone call while I was working.  The caller, who said his name was Derrick, told me that he was calling about my student loan debt.  He said that I likely qualified for one of four student loan debt repayment programs provided through the U.S. Department of Education.  This man asked me several questions including the amount of my student loan debt, where I worked, how long I had worked there, how many people lived with me, and how many people I supported financially.  I told him that I had been working for a non-profit agency for 24 years, that I lived with my parents, but that I am not financially responsible for them.  I told him that I have an adult daughter who does not live with me and for whom I am not financially responsible.  He asked me if I pay for anything for my daughter and parents and I explained that I sometimes give my daughter money and that I pay rent to my parents.  He said

1  that based on what I had told him I qualified for an income driven loan repayment
2  plan.  He claimed that my student loans could be reconsolidated with a much lower
3  payment of $19 monthly because I worked for a non-profit organization.  He said
4  that I would save over $2,000.

5  3.      I was interested in Derrick's claims that my monthly payment, which at that
6  time was $119, could be reduced to $19.  I was also interested in paying less than
7  the full remaining balance on my student loan.  I expressed interest and Derrick
8  said that I needed to pay processing fees of $499, followed by monthly payments
9  of $19.  I told him that I could not afford to pay the $499.  He told me that I could
10  pay that amount in three monthly payments of $166.33.  He also asked me for a
11  credit or debit card.  He said it did not matter if it was an expired credit card or if I
12  had no money in my checking account.  He said that I could use any card to get
13  started and could change the payment card later.  I provided him with my debit
14  card information.  Derrick then told me that he would send me documents to
15  review and sign.

16  4.      While I was on the telephone with Derrick, he emailed me a set of
17  documents.  I was working at the time.  He told me to scan through the pages and
18  explained where to digitally sign the documents.  I did not have time to read them
19  carefully and I largely relied on what he was telling me.  These documents
20  included a Service Agreement, Privacy Policy, Limited Scope Power of Attorney,
21  Certification of Identity & Authorization to Disclose Personal Information,
22  Request for Transcript of Tax Return, Credit Card Authorization Form, Custodial
23  Account Agreement, payment schedule, and an E-Signature Completion
24  Certificate.  True and correct copies of these documents are appended as
25  **Attachment A**.

26  5.      I noticed later that the Service Agreement, Privacy Policy, and Limited
27  Scope Power of Attorney identified the company as American Financial Support
28

Declaration of Courtney Jones, p. 2 of 5

1  Services, 7901 Stoneridge Drive, Suite 504, Pleasanton, CA 94588, telephone
2  number (844) 593-8072.  The other documents refer to 1file.org, with an address at
3  5772 Bolsa Avenue, Suite B220, Huntington Beach, CA 92649, but with the same
4  telephone number of (844) 593-8072.  Oddly, the credit card authorization form (p.
5  11 of Attachment A) lists the "authorized service provider/agent" as Arete
6  Financial.  The payment schedule, with the last $19 payment on November 21,
7  2028 (pp. 12-15 of Attachment A), reinforced the notion that the $19 was a revised
8  monthly student loan payment.
9  6.      After I signed the documents referenced as Attachment A, I received a
10  "welcome" email from 1file.org, indicating that I had chosen a loan consolidation.
11  Derrick never discussed consolidation with me, but I assumed that the
12  consolidation was necessary in order for me to get the reduced monthly payment
13  with a new loan servicer.  The email requested that I provide 1file.org with the first
14  two pages of my most recent tax return or a copy of my two most recent pay stubs.
15  I also received three other emails, including one providing me with "login
16  information" to the 1file.org portal, one titled "7 Things your Federal Student Loan
17  servicer fails to tell you," and a Borrower Eligibility Confirmation notice stating
18  that I was confirmed for the government's "Revised Pay As You Earn (REPAYE)
19  Repayment" program.  The Borrower Eligibility Confirmation email accurately
20  listed the single consolidated loan that I had at that time.  True and correct copies
21  of these documents are appended as **Attachment B**.
22  7.      After I signed these documents, I did not hear from 1file.org for more than a
23  month.  On January 3, 2019, I received an email from 1file.org requesting my most
24  recent tax return or my two most recent pay stubs.  The email asked that I either
25  scan and email the documents or fax them to telephone number 714-203-6810.  A
26  true and correct copy of this email is appended as **Attachment C**.  In response, I
27  believe that I emailed 1file.org a copy of my 2018 tax return.
28

Declaration of Courtney Jones, p. 3 of 5

8.      On or about January 7, 2019, the first payment of $166.33 to 1file.org was deducted from my checking account.

9.      On or about January 9, 2019, I received two emails related to my student loan.  At 12:41 p.m., I received an email from Federal Student Aid indicating that they had sent my "Federal Direct Consolidation Loan Application and Promissory Note to the federal loan servicer [I] chose to complete the consolidation and service [my] new Direct Consolidation Loan."  Ten minutes later I received an email from 1file.org indicating that that the company was processing a "direct loan consolidation" application on my behalf.  True and correct copies of these two emails are appended as **Attachment D**.  My original loan servicer was Navient.  I learned that as a consequence of this action on the part of 1file.org, my loan was placed with a new servicer, FedLoan Servicing.

10.     On February 6, 2019, I received another email from 1file.org, nearly identical to the one that they sent me on January 9, 2019, indicating that they were processing a "direct loan consolidation" application on my behalf.  I was not sure why I received this particular email, which is almost identical to the document that they sent me on January 9, 2019 (*see* Att. D).  The only difference is that, rather than stating that 1file.org submitted a direct loan consolidation application on January 9, 2019 (as in Attachment D), the February 6 email stated that they submitted a direct loan consolidation application on February 6, 2019.  Appended as **Attachment E** is a true and correct copy of this email.  On February 7, 2019, a second payment of $166.33, identified as paid to "EDUNET844 593 80 Huntington BECA US," was deducted from my bank account.  A true and correct screenshot of an excerpt of my bank statement showing that debit is included as **Attachment F**.

11.     On March 8, 2019, I received an email from FedLoan Servicing indicating that I was approved for an "Income-Driven Repayment (IDR) plan" and my "new

Declaration of Courtney Jones, p. 4 of 5

repayment plan is a Revised Pay As You Earn (REPAYE) plan" with a monthly payment amount of $167.15—$48 dollars more than my payment prior to the involvement of AFSS and 1file.org, and over $148 more than the $19 per month that Derrick had claimed.  A true and correct copy of that email from FedLoan Servicing is appended as **Attachment G**.  1file.org never emailed me a copy of the IDR application that they filed on my behalf and I have never seen it.

12.     Following this, I went to the federal student loan website and learned that I do not qualify for the income-driven repayment plan that I am enrolled in because I am financially responsible for myself only and my student loan debt is less than $10,000.

13.     I recently called FedLoan Servicing to determine whether anyone other than me had recently accessed my account.  The FedLoan Servicing representative told me that two relatives, Ashley Jones and Anna Wilson Jones, had accessed my account.  I do not have any relatives by either of those names.  Whoever they are, these two people did not have my authorization to access my student loan account.

14.     I am very frustrated and upset by what 1file.org has done to my student loan debt.  I paid the company more than $500 to have my monthly student loan payment increased by $48.  I have saved nothing.  If I had continued under my former plan, I would have paid less and the debt would have been paid off in a couple of years.  My first payment of $167.15 under the new plan was due on April 27, 2019.  I made that payment, but this experience with AFSS and 1file.org has made my financial situation worse.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: _____6 May_____ , 2019     _____Courtney Jones_____
                                                                    Courtney Jones

Declaration of Courtney Jones, p. 5 of 5

# Attachment A



### SERVICE AGREEMENT

This service agreement ("Agreement") is made and entered into this 20th day of November, 2018, by and between American Financial Support Services ("American Financial Support Services"), and Courtney Jones hereinafter referred to as ("Client"), whose address is ██████████ , Oklahoma City OK █████ , with reference to the following.

### RECITALS

A. American Financial Support Services provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation") and/or restructure the current payment to a new ("Income-Driven Repayment");

B. Client requests American Financial Support Services perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth, below, American Financial Support Services and Client do hereby agree to the following:

**1. Client Loan Service Definition.**

American Financial Support Services provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. American Financial Support Services will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program; compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

**2. Nature of Service; No Legal or Tax Advice.**

American Financial Support Services is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. The Client acknowledges that American Financial Support Services is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

**3. Rehabilitation; Garnishment.**

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, American Financial Support Services will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, American Financial Support Services will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

**4. Fees.**

Client agrees to pay American Financial Support Services a Service fee of $499.00 for providing the Services. In addition Client agrees to pay American Financial Support Services a Monthly Maintenance fee of: $19.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE. American Financial Support Services will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

**5. Refund.**

Client understands that American Financial Support Services is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website. However, American Financial Support Services guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with American Financial Support Services providing all information requested by American Financial Support Services and DOE in a timely manner as deemed by American Financial Support Services and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 30 days of any loan application denial by the DOE. American Financial Support Services will reimburse 100% of the Service fee paid by Client.

ATTACHMENT A

**6. Process.**                ID: 673e4dfb-29ae-3aeb-69dc-35cd8ba31808 Signed: 2018-11-20T15:22:45-06:00

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. American Financial Support Services relies on the applicable lender(s) and American Financial Support Services cannot be held liable for delayed completion due to delays in obtaining information or approvals from third parties or the DOE. The average completion time to process a Federal Student Loan Consolidation through American Financial Support Services is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

**7. Client Warranty.**

Client expressly represents and warrants that they will provide American Financial Support Services with information that is complete and accurate to the best of their knowledge. American Financial Support Services is under no obligation to independently verify the information provided by Client.

**8. Client Authorization.**

I hereby authorize American Financial Support Services to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize American Financial Support Services to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information American Financial Support Services obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

**9. Arbitration and Choice of Law.**

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

**10. Indemnification.**

Client hereby agrees to defend and hold harmless American Financial Support Services from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

**11. Termination of Agreement.**

Client may cancel this contract any time with written notice to American Financial Support Services prior to being approved for Federal Student Loan Consolidation. Any fees paid to American Financial Support Services at time of cancellation shall be deemed earned as long as American Financial Support Services has acted in good faith in performing services on behalf of Client. American Financial Support Services may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, American Financial Support Services (American Financial Support Services), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (844) 593-8072.

| | |
|---|---|
| Courtney Jones | *Courtney Jones* |
| NAME | SIGN |
| 11/20/2018 | |
| DATE | SSN |

ATTACHMENT A

ID: 673e4dfb-29ae-3aeb-69dc-35cd8ba31808 Signed: 2018-11-20T15:22:45-06:00

**Page 277**
**PX10 Jones Decl.**
**Attach. A**

**Privacy Policy**

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal information. Personal information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: Information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports; information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and American Financial Support Services to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact American Financial Support Services Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e. exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt-out' of having personal information shared. By providing information to American Financial Support Services you are consenting to the collection, use, and disclosure of personal information in the manner described in this privacy policy. This Policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

**7901 Stoneridge Dr. Ste 504, Pleasanton, CA 94588 - (844) 593-8072**

Email address: processing@americanfss.org

Courtney Jones

NAME

11/20/2018

DATE

*Courtney Jones*
SIGN

ID: 673e4dfb-29ae-3aeb-69dc-35cd8ba31808 Signed: 2018-11-20T15:22:45-06:00



**American Financial
Support Services**

### Limited Scope Power of Attorney

- THIS LIMITED POWER OF ATTORNEY IS **ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION** ("DOE") AND CLIENT, Courtney Jones ("GRANTOR"). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.

- I, Courtney Jones, Social Security # _____ , residing at _____ , , Oklahoma City OK ____ , Oklahoma City OK ____ , this date, Nov 20, 2018, hereby appoints American Financial Support Services as my ATTORNEY-IN-FACT to perform on my behalf as indicated below.  With this signature, Courtney Jones authorizes American Financial Support Services to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,

1.      Access my account with the DOE, including taking steps and providing information necessary to access the account.

2.      Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3.      Drafting and, following my execution, submitting an application to the DOE.

4.      Engaging sub-contractors as may be appropriate to perform the services.


American Financial Support Services has full authority to represent me, Courtney Jones, to perform the services outlined in the Service Agreement.


This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:


1.      It is revoked, suspended or terminated in writing by the GRANTOR; or

2.      The contract is terminated for any reason, whichever is earlier to occur.

**7901 Stoneridge Dr, Ste 504, Pleasanton, CA 94588 - (844) 593-8072**

Courtney Jones                                                  *Courtney Jones*
   NAME                                                      SIGN

11/20/2018
   DATE

ID: 673e4dfb-29ae-3aeb-69dc-35cd8ba31808 Signed: 2018-11-20T15:22:45-06:00

 United States Department of Education

## Certification of Identity & Authorization to Disclose Personal Information

**Privacy Act Statement.** Department regulations require a person who submits a written request for access or disclosure of records to submit personal data sufficient to identify the individual submitting the request. 34 C.F.R. Section 5b.5(b). We solicit the information requested here in order to ensure that the records of individuals who are the subject of Department systems of records are not wrongfully disclosed by the Department. If you fail to furnish this information we will take no action to honor your request. Required information is indicated in CAPS.

FULL NAME OF REQUESTER [PLEASE PRINT] Courtney Jones

ADDRESS: [STREET] _____

[CITY] Oklahoma City        [STATE] OK        [ZIP] _____

Phone: ( 405 )        Email: @gmail.com

SOCIAL SECURITY NUMBER        DATE OF BIRTH: [MM/DD/YY]

### Authorization to Disclose Personal Information to Another Person

I authorize the Department of Education and its agents to release to, and discuss with, the individual named below as my representative, any records of the Department regarding my student financial assistance loan or grant obligation(s) to the Department, for the purpose of assisting me in satisfying the obligation:

FULL NAME OF REPRESENTATIVE: 1FILE.ORG

ADDRESS: [STREET] 5772 BOLSA AVE STE B220

[CITY] HUNTINGTON BEACH        [STATE] CA        [ZIP] 92649

PHONE: (844 ) 593-8072        [Relationship To Requester] 3rd Party Organization

I authorize the Department to honor this authorization unless and until I revoke it in a written notice and the designated office of the Department receives that notice. I understand that whenever requesting disclosure of information, the representative named here must submit information to verify his or her identity.

I UNDERSTAND THAT IN ORDER TO VERIFY HIS OR HER IDENTITY WHEN MAKING A REQUEST FOR DISCLOSURE BY TELEPHONE, THE REPRESENTATIVE MAY BE REQUIRED TO PROVIDE MY SSN, DOB, AND THE DATE ON WHICH I SIGNED THIS AUTHORIZATION.

I declare under penalty of perjury that I am the person named above as the requester, that I authorize release to the individual named as representative, and that the statements I provided here are true and accurate. I understand that any false statement is subject to punishment under 18 U.S.C. Section 1001 by fine or imprisonment of not more than five years, and that a knowing and willful request made under false pretenses for a record of an individual is subject to punishment under 5 U.S.C. Section 552a(i)(3) by a fine of up to $5000.

DATE: 11/20/2018        SIGNATURE: Courtney Jones

† You are not required to provide your SSN or DOB. However, we ask you to provide your SSN and DOB only to facilitate the identification of records relating to you, and unless you provide your SSN and DOB, we may be unable to locate any or all records pertaining to you.

Completed authorizations should be mailed to:

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE TX 75403-5609

ID: 673e4dfb-29ae-3aeb-69dc-35cd8ba31808 Signed: 2018-11-20T15:22:45-06:00

**Form 4506-T**

(Rev. September 2015)
Department of the Treasury
Internal Revenue Service

# Request for Transcript of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506 T, visit www.irs.gov/form4506t.

OMB No 1545 1872

Tip. Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1 800 908 9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first.<br><br>Courtney Jones | 1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number or individual taxpayer identification number if joint tax return |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

_____ , Oklahoma City OK

4  Previous address shown on the last return filed if different from line 3 (see instructions)

5  If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

1FILE ORG  5772 Bolsa Ave, Suite 220, Huntington Beach CA 92649

Caution: If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

6  Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request ▶  1040

a  **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120 A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business years . . . . . ☐

b  **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you, or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . . ☐

c  **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . ☐

7  **Verification of Nonfiling,** which is proof from the IRS that you did not file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . ☐

8  **Form W 2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example. W-2 information for 2011. filed in 2012, will likely not be available from the IRS until 2013. If you need W 2 information for retirement purposes, you should contact the Social Security Administration at 1 800 772-1213. Most requests will be processed within 10 business days . ☐

Caution: If you need a copy of Form W 2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

9  Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.  | 12 / 31 / 14 | 12 / 31 / 15 | 12 / 31 / 16 | / / |

Caution: Do not sign this form unless all applicable lines have been completed.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 T on behalf of the taxpayer. Note: For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

☐ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.

Phone number of taxpayer on line 1a or 2a

| | | |
|---|---|---|
| **Sign Here** | ▶ *Courtney Jones*<br>Signature (see instructions) | 11/20/2018<br>Date |
| | Title (if line 1a above is a corporation, partnership, estate, or trust) | |
| | ▶ | 11/20 2018 |
| | Spouse's signature | Date |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.       Cat. No. 37667N       Form **4506-T** (Rev. 9 2015)

ID: 673e4dfb-29ae-3aeb-69dc-35cd8ba31808 Signed: 2018-11-20T15:22:45-06:00

## Credit Card Authorization Form

I Courtney Jones, authorize 1FILE.ORG to charge my credit card **** Red For the total of $499.00 on the dates listed below #280705035.

Dec 21, 2018          $166.33          _ CJ
Jan 22, 2019          $166.33          _ CJ
Feb 21, 2019          $166.34          _

Additionally, I authorize 1FILE.ORG to charge a Monthly Maintenance Fee of 19.00 on the 21st of every month thereafter until loan obligations have been fulfilled.

Your method of payment is as follows:

**Credit Card Number: Visa**                    **Name On Credit Card: Courtney Jones**

**Credit Card Number: *****Red**          **Expiration Date: Redact**                    Security Code - 3 digits on Back of Card: Re

**Billing Address of Credit Card:**

[redacted]   Oklahoma City OK [redacted]

**Contact Numbers:**

Home Phone: 405-[redacted]
Cell Phone:

Amount due $499.00 Contract #280705035

**5772 Bolsa Ave. Suite 220, Huntington Beach, CA 92649 - (844) 593-8072**

_Courtney Jones_
Signature

11/20/2018
Date


Payment Automation
Network, Inc.

## CUSTODIAL ACCOUNT AGREEMENT

V er 02/03/2015

Client enters into this Agreement (Agreement) with Payment Automation Network, Inc. (PAN) for having PAN receive payments, make disbursements authorized by Client upon Client's instructions and/or the occurrence of specified events, and provide online transaction management and accounting information on Client's behalf (together, the "Services").

Client authorizes PAN to (i) collect (debit) funds via ACH from Client's designated financial institution (Designated Account) pursuant to the Payment Schedule attached hereto ("Payment Schedule"); (ii) deposit such funds in a non-interest bearing FDIC custodial account ("Custodial Account"); and (iii) disburse funds from the Custodial Account as directed by the payment schedule and/or by client solely upon receipt of authorized instructions from Client, provided the balance in the Depository Account equals or exceeds the disbursement request. If the balance of the Custodian Account is less than a requested disbursement, the disbursement direction will not be honored until the balance is increased to the desired amount.

Client agrees to pay PAN's fees and charges shown below and such fees and charges may be deducted directly from the Custodial Account.

Client agrees PAN will select the financial institution that will hold the Custodial Account. Client agrees that PAN may, at its sole discretion and upon written notification to Client, change the financial   ID: 673e4dfb-29ae-3aeb-69dc-35cd8ba31808 Signed: 2018-11-20T15:22:45-06:00

Account may be in California or any other state selected by PAN in its sole discretion. Client agrees that the Custodial Account will not be used for any illegal purpose, and Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered.

Client agrees that sufficient funds will be available in the Designated Account at least three (3) business days prior to date of all scheduled ACH debits. Client understands and agrees that to stop or change a scheduled debit from the Designated Account, Client must notify PAN at least three (3) business days prior to any such change. In the event Client's Designated Account does not have sufficient funds for a scheduled debit, PAN will not be liable to any third party due to insufficient funds, restriction or dishonor related to Client's account. Client authorizes PAN to recover any funds arising from a NSF, dishonor, or error in debiting the Designated Account. At its sole discretion, PAN may recover any such funds by means of a debit to the Designated Account and/or the Custodial Account. Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered. If Client's Custodian Account is suspended, cancelled, or otherwise terminated for any reason and the account has a negative balance, Client agrees to pay the negative balance upon demand. Should Client fail to remit the full amount of such negative balance, Client shall remain responsible for the deficit and collection actions may be pursued against Client.

Client has an agreement with Service Provider, and the Payment Schedule is part of that agreement. Client directs and authorizes PAN to share information with Service Provider as required by Service Provider and with any other authorized parties involved in the administration of the Custodial Account on Client's behalf. PAN is not an owner, employee, or partner of Service Provider, and provides the Services to Client as an independent third party. Client agrees that PAN is not involved or engaged in any respect with the services provided by the Service Provider, other than acting as a third party escrow on behalf of Client and the Service Provider. Client agrees that PAN shall not be responsible for determining when a payment is due or whether a payment is for the correct amount or otherwise proper. PAN's sole obligation shall be to execute Client's payment instructions in a commercially reasonable manner as soon as practical after receipt of such instructions or after the occurrence of the specified event authorizing release of a payment on behalf of Client. PAN shall not be liable for any conduct by Service Provider or for penalty or other charge levied by anyone on Client, for any failure of anyone to honor a transaction or for any other adverse action taken or not taken by any other party in connection with the Services. Under no circumstances shall PAN be liable for any special, incidental, consequential, exemplary, or punitive damages.

PAN will provide Client an internet login with a login name and password for viewing the funds held in the Custodial Account and all transactions related to Client via a protected website. Use of Client's passcode, password or any other form of identification designated by Client in any transaction constitutes and will be accepted as Client's electronic signature, as that term is used in the federal Electronic Signature in Global and National Commerce law and other applicable laws.

Client's funds are held in the Custodial Account pending Client's instructions for disbursement. Client has sole authority to authorize disbursements or transfers. You expressly authorize PAN to rely on your instructions for this purpose whether transmitted directly by you, via the Service Provider or by a third party you have authorized in whatever form provided, including but not limited to any instructions provided via email, PAN's website, E signature, or other writing, verbally, by voicemail or any other means of communication. If Client is more than one person, PAN may act upon receipt the instructions of either person; however, if conflicting instructions are received before any action has been taken, PAN may in its sole discretion refrain from taking any action until it receives joint instructions from all Clients or a

court order directing further action. Client agrees that PAN shall have no right or obligation to control, direct, or change any disbursement instructions provided by Client other than as expressly provided by this Agreement.

Client may revoke any prior payment authorization at any time before such payment has been initiated by completing and submitting a Revocation of Recurring Payment Authorization form to PAN by email or mail. See PAN's Contact Information below.

PAN or Client may terminate this Agreement upon delivery of written notice at any time. Upon termination of this Agreement for any reason, PAN shall arrange for Client's remaining funds, apart from any funds due to be paid to the Service Provider or any other person or entity as a result of the occurrence of specified events prior to delivery of the termination notice, to be transmitted from the Custodial Account to the Designated Account.

Client agrees that all disclosures, account activity, notifications and any other communications related to the Services may be distributed to Client by electronic mail or through PAN's software services. Client acknowledges that Client is able to electronically receive, download and print such information and communications. If Client is unable to communicate electronically for any reason, Client agrees to notify PAN immediately, and reasonable alternative means of communication will be established in accordance with applicable law.

Client understands and agrees that all calls to and from PAN are monitored and recorded. Client verifies that the telephone and cellular phone numbers and email addresses shown below presently belong to Client. Client consents to receive emails, prerecorded messages and/or auto dialed calls (including text messages) relating to this Agreement and the Services. These communications may be made by PAN or its agents, even if your phone number is registered on any state or federal "Do Not Call" list. You may incur a charge for such calls by your telephone carrier. PAN may obtain and contact email addresses and phone numbers provided by you directly or obtained through other lawful means. Your consent to this provision is not required as a condition of entering into this Agreement, and you may opt out from consenting to these provisions by contacting PAN in writing at PAN's Contact Information below.

You agree to provide notice within 30 days of any change to your email address or phone numbers by writing to PAN's Contact Information below.

ARBITRATION OF DISPUTES   IMPORTANT NOTICE   ID: 673e4dfb-29ae-3aeb-69dc-35cd8ba31808 Signed: 2018-11-20T15:22:45-06:00

**Page 283**
**PX10 Jones Decl.**
**Attach. A**

You agree that any controversy, claim or dispute between the parties arising out of or relating to this Agreement, or to any of the services provided pursuant to this Agreement, or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this Agreement to arbitrate, shall be determined by binding arbitration conducted in the federal judicial district where the Client resides. The parties agree that this arbitration provision shall be governed by and enforceable under the Federal Arbitration Act. Otherwise, parties agree that the laws of the Client's state of residence shall govern any dispute between them. The parties agree the arbitration shall be conducted before a single arbitrator pursuant to the rules and procedures of the American Arbitration Association ("AAA"). The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. Any award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. The parties agree that either party may bring claims against the other only in his/her or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the costs of the arbitration, not including attorney's fees or expert witness expenses, equally. If the consumer's share of the costs is greater than two thousand dollars ($2,000.00), PAN will pay the consumer's share of any costs in excess of that amount. In the event that a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party shall be entitled to obtain costs of suit, including any reasonable attorney's fees incurred for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrators ruling, except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the requirement to arbitrate shall survive any termination of this Agreement.

This Agreement constitutes the entire agreement between Client and PAN. No modifications, variations or waivers of any provisions of this Agreement shall be deemed valid unless in writing and signed by Client and PAN.

ID: 673e4dfb-29ae-3aeb-69dc-35cd8ba31808 Signed: 2018-11-20T15:22:45-06:00

| Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| Jones | Courtney | | | |

| Co-Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| | | | -- | |

| Address | City, State, ZIP |
|---|---|
| , , Oklahoma City OK | Oklahoma City, OK |

| Phone | Email | Mothers Maiden Name |
|---|---|---|
| 405- | @gmail.com | |

| Authorized Service Provider/Agent | Account ID |
|---|---|
| Arete Financial | AR  1 |

| Client Signature | *Courtney Jones* | Date | 11/20/2018 | Notifications To Payment Automation Network |
|---|---|---|---|---|
| Co-Cleint Signature | | Date | | Email: Clients@paymentautomation.net<br>Phone: (800)813 3740<br>Fax: (866)600 2703<br>Portal: https://client.paymentautomation.net |

ID: 673e4dfb-29ae-3aeb-69dc-35cd8ba31808 Signed: 2018-11-20T15:22:45-06:00


Payment Automation
Network, Inc.

CUSTODIAL ACCOUNT AGREEMENT

Ver 10/30/2014

**AUTHORIZATION FOR RECURRING DIRECT PAYMENTS** I (we) hereby authorize PAN to initiate ACH debit entries from the account at the depository financial institution named below and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to the account must comply with the provisions of U.S. law. This authorization is to remain in full force and effect until PAN has received written notification from me (or either of us) of its termination at least three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.er than three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.

| Bank Name | Account Number | Routing Number | Account Type | Account Fees |
|---|---|---|---|---|
| Authorizing Person's Name (as it appears on check) | | | | I authorize PAN to charge my Primary Financial Institution or my Custodial Account in accordance with the following fees for services rendered. |
| Address, City, State, Zip (as it appears on check) _____ , Oklahoma City OK ____ Oklahoma City, OK, ____ | | | | Monthly Custodial Account:$6.75 <br> Unauthorized Returns:$35.00 <br> Stop Payment:$25.00 <br> Return Item Fee: $0.00 |
| Recurring Debit Authorization $499.00 | | Effective Date (Date of First Debit) Dec 21, 2018 | | Fees for Disbursements per occurrence or any other appropriate service. |
| The specific debits to my account authorized herein may only post on or after the EFFECTIVE DATE listed in the attached payment schedule. This authorization is to remain in full force and effect until PAN has received written notification from me of termination in such time and in such manner as to afford PAN a reasonable opportunity to act. | | | | ACH Credit:$5.00 <br> ACH Debit/Check by phone:$5.00 <br> Overnight Check, Wire Transfer: $25.00 <br> 2 Day Check:$10.00 <br> USPS Check: $5.00 |
| Client Signature | 11/20/2018 | DATE | Nov 20, 2018 | Notifications To Payment Automation Network <br> Email: Clients@paymentautomation.net <br> Phone: (800)813 3740 |
| CO-Client Signature | | DATE | Nov 20, 2018 | Fax: (866)600 2703 <br> Portal: https://client.paymentautomation.net |

**Payment Schedule**

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 1 | Dec 21, 2018 | $166.33 | $0.00 | $166.33 |
| 2 | Jan 22, 2019 | $166.33 | $0.00 | $166.33 |
| 3 | Feb 21, 2019 | $166.34 | $0.00 | $166.34 |
| 4 | Mar 21, 2019 | $0.00 | $19.00 | $19.00 |

ID: 673e4dfb-29ae-3aeb-69dc-35cd8ba31808 Signed: 2018-11-20T15:22:45-06:00

**Page 286**
**PX10 Jones Decl.**
**Attach. A**

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|---------------|---------------------|---------------|
| 5 | Apr 22, 2019 | $0.00 | $19.00 | $19.00 |
| 6 | May 21, 2019 | $0.00 | $19.00 | $19.00 |
| 7 | Jun 21, 2019 | $0.00 | $19.00 | $19.00 |
| 8 | Jul 22, 2019 | $0.00 | $19.00 | $19.00 |
| 9 | Aug 21, 2019 | $0.00 | $19.00 | $19.00 |
| 10 | Sep 23, 2019 | $0.00 | $19.00 | $19.00 |
| 11 | Oct 21, 2019 | $0.00 | $19.00 | $19.00 |
| 12 | Nov 21, 2019 | $0.00 | $19.00 | $19.00 |
| 13 | Dec 23, 2019 | $0.00 | $19.00 | $19.00 |
| 14 | Jan 21, 2020 | $0.00 | $19.00 | $19.00 |
| 15 | Feb 21, 2020 | $0.00 | $19.00 | $19.00 |
| 16 | Mar 23, 2020 | $0.00 | $19.00 | $19.00 |
| 17 | Apr 21, 2020 | $0.00 | $19.00 | $19.00 |
| 18 | May 21, 2020 | $0.00 | $19.00 | $19.00 |
| 19 | Jun 22, 2020 | $0.00 | $19.00 | $19.00 |
| 20 | Jul 21, 2020 | $0.00 | $19.00 | $19.00 |
| 21 | Aug 21, 2020 | $0.00 | $19.00 | $19.00 |
| 22 | Sep 21, 2020 | $0.00 | $19.00 | $19.00 |
| 23 | Oct 21, 2020 | $0.00 | $19.00 | $19.00 |
| 24 | Nov 23, 2020 | $0.00 | $19.00 | $19.00 |
| 25 | Dec 21, 2020 | $0.00 | $19.00 | $19.00 |
| 26 | Jan 21, 2021 | $0.00 | $19.00 | $19.00 |
| 27 | Feb 22, 2021 | $0.00 | $19.00 | $19.00 |
| 28 | Mar 22, 2021 | $0.00 | $19.00 | $19.00 |
| 29 | Apr 21, 2021 | $0.00 | $19.00 | $19.00 |
| 30 | May 21, 2021 | $0.00 | $19.00 | $19.00 |
| 31 | Jun 21, 2021 | $0.00 | $19.00 | $19.00 |
| 32 | Jul 21, 2021 | $0.00 | $19.00 | $19.00 |
| 33 | Aug 23, 2021 | $0.00 | $19.00 | $19.00 |
| 34 | Sep 21, 2021 | $0.00 | $19.00 | $19.00 |
| 35 | Oct 21, 2021 | $0.00 | $19.00 | $19.00 |
| 36 | Nov 22, 2021 | $0.00 | $19.00 | $19.00 |
| 37 | Dec 21, 2021 | $0.00 | $19.00 | $19.00 |
| 38 | Jan 21, 2022 | $0.00 | $19.00 | $19.00 |
| 39 | Feb 22, 2022 | $0.00 | $19.00 | $19.00 |
| 40 | Mar 21, 2022 | $0.00 | $19.00 | $19.00 |
| 41 | Apr 21, 2022 | $0.00 | $19.00 | $19.00 |
| 42 | May 23, 2022 | $0.00 | $19.00 | $19.00 |
| 43 | Jun 21, 2022 | $0.00 | $19.00 | $19.00 |
| 44 | Jul 21, 2022 | $0.00 | $19.00 | $19.00 |
| 45 | Aug 22, 2022 | $0.00 | $19.00 | $19.00 |
| 46 | Sep 21, 2022 | $0.00 | $19.00 | $19.00 |
| 47 | Oct 21, 2022 | $0.00 | $19.00 | $19.00 |
| 48 | Nov 21, 2022 | $0.00 | $19.00 | $19.00 |
| 49 | Dec 21, 2022 | $0.00 | $19.00 | $19.00 |
| 50 | Jan 23, 2023 | $0.00 | $19.00 | $19.00 |
| 51 | Feb 21, 2023 | $0.00 | $19.00 | $19.00 |
| 52 | Mar 21, 2023 | $0.00 | $19.00 | $19.00 |
| 53 | Apr 21, 2023 | $0.00 | $19.00 | $19.00 |
| 54 | May 22, 2023 | $0.00 | $19.00 | $19.00 |

ID: 673e4dfb-29ae-3aeb-69dc-35cd8ba31808 Signed: 2018-11-20T15:22:45-06:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 55 | Jun 21, 2023 | $0.00 | $19.00 | $19.00 |
| 56 | Jul 21, 2023 | $0.00 | $19.00 | $19.00 |
| 57 | Aug 21, 2023 | $0.00 | $19.00 | $19.00 |
| 58 | Sep 21, 2023 | $0.00 | $19.00 | $19.00 |
| 59 | Oct 23, 2023 | $0.00 | $19.00 | $19.00 |
| 60 | Nov 21, 2023 | $0.00 | $19.00 | $19.00 |
| 61 | Dec 21, 2023 | $0.00 | $19.00 | $19.00 |
| 62 | Jan 22, 2024 | $0.00 | $19.00 | $19.00 |
| 63 | Feb 21, 2024 | $0.00 | $19.00 | $19.00 |
| 64 | Mar 21, 2024 | $0.00 | $19.00 | $19.00 |
| 65 | Apr 22, 2024 | $0.00 | $19.00 | $19.00 |
| 66 | May 21, 2024 | $0.00 | $19.00 | $19.00 |
| 67 | Jun 21, 2024 | $0.00 | $19.00 | $19.00 |
| 68 | Jul 22, 2024 | $0.00 | $19.00 | $19.00 |
| 69 | Aug 21, 2024 | $0.00 | $19.00 | $19.00 |
| 70 | Sep 23, 2024 | $0.00 | $19.00 | $19.00 |
| 71 | Oct 21, 2024 | $0.00 | $19.00 | $19.00 |
| 72 | Nov 21, 2024 | $0.00 | $19.00 | $19.00 |
| 73 | Dec 23, 2024 | $0.00 | $19.00 | $19.00 |
| 74 | Jan 21, 2025 | $0.00 | $19.00 | $19.00 |
| 75 | Feb 21, 2025 | $0.00 | $19.00 | $19.00 |
| 76 | Mar 21, 2025 | $0.00 | $19.00 | $19.00 |
| 77 | Apr 21, 2025 | $0.00 | $19.00 | $19.00 |
| 78 | May 21, 2025 | $0.00 | $19.00 | $19.00 |
| 79 | Jun 23, 2025 | $0.00 | $19.00 | $19.00 |
| 80 | Jul 21, 2025 | $0.00 | $19.00 | $19.00 |
| 81 | Aug 21, 2025 | $0.00 | $19.00 | $19.00 |
| 82 | Sep 22, 2025 | $0.00 | $19.00 | $19.00 |
| 83 | Oct 21, 2025 | $0.00 | $19.00 | $19.00 |
| 84 | Nov 21, 2025 | $0.00 | $19.00 | $19.00 |
| 85 | Dec 22, 2025 | $0.00 | $19.00 | $19.00 |
| 86 | Jan 21, 2026 | $0.00 | $19.00 | $19.00 |
| 87 | Feb 23, 2026 | $0.00 | $19.00 | $19.00 |
| 88 | Mar 23, 2026 | $0.00 | $19.00 | $19.00 |
| 89 | Apr 21, 2026 | $0.00 | $19.00 | $19.00 |
| 90 | May 21, 2026 | $0.00 | $19.00 | $19.00 |
| 91 | Jun 22, 2026 | $0.00 | $19.00 | $19.00 |
| 92 | Jul 21, 2026 | $0.00 | $19.00 | $19.00 |
| 93 | Aug 21, 2026 | $0.00 | $19.00 | $19.00 |
| 94 | Sep 21, 2026 | $0.00 | $19.00 | $19.00 |
| 95 | Oct 21, 2026 | $0.00 | $19.00 | $19.00 |
| 96 | Nov 23, 2026 | $0.00 | $19.00 | $19.00 |
| 97 | Dec 21, 2026 | $0.00 | $19.00 | $19.00 |
| 98 | Jan 21, 2027 | $0.00 | $19.00 | $19.00 |
| 99 | Feb 22, 2027 | $0.00 | $19.00 | $19.00 |
| 100 | Mar 22, 2027 | $0.00 | $19.00 | $19.00 |
| 101 | Apr 21, 2027 | $0.00 | $19.00 | $19.00 |
| 102 | May 21, 2027 | $0.00 | $19.00 | $19.00 |
| 103 | Jun 21, 2027 | $0.00 | $19.00 | $19.00 |
| 104 | Jul 21, 2027 | $0.00 | $19.00 | $19.00 |

ID: 673e4dfb-29ae-3aeb-69dc-35cd8ba31808 Signed: 2018-11-20T15:22:45-06:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 105 | Aug 23, 2027 | $0.00 | $19.00 | $19.00 |
| 106 | Sep 21, 2027 | $0.00 | $19.00 | $19.00 |
| 107 | Oct 21, 2027 | $0.00 | $19.00 | $19.00 |
| 108 | Nov 22, 2027 | $0.00 | $19.00 | $19.00 |
| 109 | Dec 21, 2027 | $0.00 | $19.00 | $19.00 |
| 110 | Jan 21, 2028 | $0.00 | $19.00 | $19.00 |
| 111 | Feb 22, 2028 | $0.00 | $19.00 | $19.00 |
| 112 | Mar 21, 2028 | $0.00 | $19.00 | $19.00 |
| 113 | Apr 21, 2028 | $0.00 | $19.00 | $19.00 |
| 114 | May 22, 2028 | $0.00 | $19.00 | $19.00 |
| 115 | Jun 21, 2028 | $0.00 | $19.00 | $19.00 |
| 116 | Jul 21, 2028 | $0.00 | $19.00 | $19.00 |
| 117 | Aug 21, 2028 | $0.00 | $19.00 | $19.00 |
| 118 | Sep 21, 2028 | $0.00 | $19.00 | $19.00 |
| 119 | Oct 23, 2028 | $0.00 | $19.00 | $19.00 |
| 120 | Nov 21, 2028 | $0.00 | $19.00 | $19.00 |

ID: 673e4dfb-29ae-3aeb-69dc-35cd8ba31808 Signed: 2018-11-20T15:22:45-06:00




# E-Signature Completion Certificate

| | |
|---|---|
| **Document ID** | 5424450 |
| **Document GUID** | 673e4dfb-29ae-3aeb-69dc-35cd8ba31808 |
| **Document Title** | 1 FILE.ORG-NEW PACKAGE-CC* |
| **Sender IP** | 45.64.221.253 |
| **Number of Signers** | 1 |
| **Signer Email** | @gmail.com |
| **Signer IP** | |
| **Timestamp** | 2018-11-20T15:22:45-06:00 |
| **Document Hash** | 36a122e11471f6cf5c2ffc0068cc55cc |

### Document Audit

- Sent at 2018-11-20T15:19:28-06:00 from IP 45.64.221.253
- Delivered to Courtney Jones @gmail.com at 2018-11-20T15:19:55-06:00 from
- Adopted Signature at 2018-11-20T15:20:12-06:00 from
- Completed Signing at 2018-11-20T15:22:45-06:00 from
- PDF Generated at 2018-11-20T15:22:45-06:00

### User Agent

Mozilla/5.0 (Windows NT 6.1; WOW64; Trident/7.0; rv:11.0) like Gecko

ID: 673e4dfb-29ae-3aeb-69dc-35cd8ba31808 Signed: 2018-11-20T15:22:45-06:00

# Attachment B

M Gmail                                    Courtney Jones < ███ @gmail.com>

## Welcome Courtney Jones to 1FILE.ORG 280705035
1 message

processing@1file.org <processing@1file.org>                    Tue, Nov 20, 2018 at 4:59 PM
To: ███ @gmail.com



Hello Courtney,

Thank you for choosing www.1File.org, the chosen leader in Student Loan Processing. We would like to welcome you to the Student Loan Consolidation Program. This is a time for you to rejoice and we are excited for the opportunity to assist you throughout the consolidation process. Because quality service is important to our clients, we take every effort to make modest improvements in our service. Your valuable feedback can help us continue improving our services and better streamline our processes.

Congratulations on choosing Loan Consolidation! I see that you're consolidating your federal student loans and saving up to 80% on your monthly payment. You have agreed to the processing fee of $499.00. Should you have any questions regarding your consolidation, please contact Customer Service at (844) 593-8072.

Please submit a PDF copy of the first two pages of your most recent Tax Return 1040 form or a PDF copy of your two most recent pay stubs as soon as possible. (Your pay stubs must display your full name, hourly wage and address.) Please be advised that 1099's or W-2's are NOT accepted. Please scan or fax the documents (Photos/screenshots are not acceptable forms) to fax 714-203-6810 or email them to processing@1file.org.

If documents requested have already been sent or your Unemployed, please disregard.

#### How Your Application Is Processed

When a borrower consolidates loans in the Direct Consolidation Loan Program, the Federal Government pays off the loan balance on the original federal education loans and originates a new loan for the total. Here's how that works from a borrower's point of view.

It takes five simple steps to process your application after we receive it.

Step 1. Application Review: After we receive your fully completed application, it is edited, assigned an application identification number, entered into our system, and the process begins. We will contact you if additional information is needed.

#### ATTACHMENT B

https://mail.google.com/mail/u/0?ik=e7ab7a8464&view=pt&search=all&permthid=thread-...   4/23/2019

Step 2. Contact Loan Holder(s): Using the loan information from your application, we contact your loan holder(s) to verify the loan's eligibility for consolidation and its current loan balances (including accrued interest, fees, or collection costs). If you currently are required to make payments on your loan(s), continue to do so. You will need to continue making payments until you receive written notification that your loan(s) has been successfully consolidated and it is time to start paying your Direct Consolidation Loan.

Step 3. Loan Statement: After your loan holder(s) certifies the "payoff" balance(s), we will send you a letter and loan statement listing the loan(s) being consolidated. You have 15 days to review this information for accuracy and to make adjustments.

Step 4. Account Set-Up: We forward payoff information to your federal loan servicer once your loan(s) is successfully consolidated. Your federal loan servicer sends you a "Welcome" letter and information about repayment.

This multi-step process generally takes 60-90 days before the information is sent to the federal loan servicer. You will receive a bill within 60 days of your federal loan servicer receiving your account information.

We sincerely appreciate your business, and welcome your feedback!

**Processing Department**

**Toll Free | (844) 593-8072**
**Fax | (714) 203-6810**
Hours of Operation: 8AM-5PM Pacific Standard Time
processing@1file.org
www.1file.org

THIS E MAIL MAY CONTAIN NON PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS.

**Page 292**
**PX10 Jones Decl.**
**Attach. B**

## M Gmail

Courtney Jones   @gmail.com>

## Upload Proof of Income with Your New Login Information
2 messages

**processing@1file.org** <processing@1file.org>   Tue, Nov 20, 2018 at 4:59 PM
To: @gmail.com



**Nov 20, 2018**

Client Name: **Courtney Jones**
Address:
City, State Zip: **Oklahoma City, OK**

iD: 280705035
Phone: **405-**

Dear **Courtney,**
Thank you for choosing 1file.org. Below, you will find your log in information to your **secure personal client portal**

You will have access to view your approved program along with the payment schedule that was set up by your enrolling counselor. You can also login and upload your proof income (pay stubs or 1040 tax form) If you have any questions, please feel free to contact the customer service department.

**Customer Login:**

Please visit your Customer Portal and access your account with 1File account  Please click the link below to login.

https://www.studentdebtportal.com/

**Username: CBCC-280705035**

**Password:**

Sincerely,

**Customer Service Department**

**Toll Free 844-593-8072**

THIS E-MAIL MAY CONTAIN NON-PUBLIC CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES DISTRIBUTION OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN

Page 293
PX10 Jones Decl.
Attach. B

RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS

**processing@1file.org** <processing@1file.org>
Reply-To: processing@1file.org
To: ████████ @gmail.com

Tue, Nov 20, 2018 at 4:59 PM



**Nov 20, 2018**

Client Name: **Courtney Jones**
Address: ████████
City, State Zip. **Oklahoma City, OK** ████

ID: **280705035**
Phone: **405-**████

Dear **Courtney,**
Thank you for choosing 1file.org. Below, you will find your log in information to your **secure personal client portal**

You will have access to view your approved program along with the payment schedule that was set up by your enrolling counselor. You can also login and upload your proof income (pay stubs or 1040 tax form).If you have any questions, please feel free to contact the customer service department.

**Customer Login:**

Please visit your Customer Portal and access your account with 1File account. Please click the link below to login.

https://www.studentdebtportal.com/

**Username: CBCC-280705035**

**Password:** ████

Sincerely.

**Customer Service Department**

**Toll Free 844-593-8072**

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN

Gmail - Upload Proof of Income with Your New Login Information                Page 3 of 3

RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED  PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN
ERROR AND DELETE IT FROM YOUR E-MAILS

Page 295
PX10 Jones Decl.
Attach. B

Gmail - 1FILE.ORG - 7 Things your Federal Student Loan servicer fails to tell you.          Page 2 of 2

Beware of Nelnet  www.bbb.org/nebraska/business reviews/scholarships-and financial aid/nelnet national educational loan network in lincoln ne 209000034/reviews and complaints

Beware of Greatlakes  www.bbb.org/wisconsin/business reviews/consumer finance and loan companies/great lakes higher education corporation in madison wi 12000219/reviews and complaints

Beware of Fed loan servicing  www.bbb.org/washington dc eastern pa/business reviews/government us/fedloan servicing in harrisburg pa 202729473/reviews-and complaints

Update on Navient 2017  http://usat.ly/2k0vCUv

**Processing Department**

**Toll Free | (844) 593-8072**
**Fax | (949) 438-5441**
Hours of Operation: 8AM-5PM Pacific Standard Time
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED  PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

**Page 296**
**PX10 Jones Decl.**
**Attach. B**

Gmail - Courtney Jones - Eligibility Confirmation                                    Page 1 of 2

 Gmail                    Courtney Jones <            @gmail.com>

___

**Courtney Jones - Eligibility Confirmation**
1 message

processing@1file.org <processing@1file.org>                Tue, Nov 20, 2018 at 4:59 PM
Reply-To: processing@1file.org
To:           @gmail.com

## 1FILE.ORG

### Toll Free 844-593-8072

___

**BORROWER ELIGIBILITY CONFIRMATION**

___

                                                            Date: Nov 20, 2018

To:

Courtney Jones

Oklahoma City OK

**Client ID : CBCC-280705035**                          SSN:
                                                        DOB:

___

You are confirmed for the following government program, **Revised Pay As You Earn (REPAYE) REPAYMENT.**

This Federal Program introduced by the Obama Administration is intended to help stabilize the 1.2 Trillion dollar
student loan epidemic and help struggling students achieve income based payments get relief and avoid **DEFAULT.**

___

**Total Enrolled Debt:** 5,725.00

**Based on AGI:** 36000

**Included Loans:**

| Creditor | Account # | Amount Owed |
|---|---|---|
| FFEL CONSOLIDATED | : | $5,725.00 |
| FFEL STAFFORD SUBSIDIZED | : | $0.00 |
| FFEL STAFFORD SUBSIDIZED | : | $0.00 |
| FFEL STAFFORD SUBSIDIZED | : | $0.00 |
| FFEL STAFFORD UNSUBSIDIZED | : | $0.00 |
| FFEL STAFFORD SUBSIDIZED | : | $0.00 |
| | | **$5,725.00** |

https://mail.google.com/mail/u/0?ik=e7ab7a8464&view=pt&search=all&permthid=thread-...  4/23/2019

**Page 297**
**PX10 Jones Decl.**
**Attach. B**

| Creditor | Account # | Amount Owed |
|---|---|---|
| FFEL STAFFORD UNSUBSIDIZED | | $0.00 |
| FFEL STAFFORD SUBSIDIZED | | $0.00 |
| | | **$5,725.00** |

**Approved Program:** Revised Pay As You Earn (REPAYE)

**Program Maturity Savings: $3,003.00**

*The William D. Ford Direct Loan program is an initiative by the federal government to help subsidize the 1.2 trillion-dollar student loan debt in the U.S. Borrowers under these **income based programs significantly reduce their payments and eventually even reach possible forgiveness based off of eligibility requirements.***

**The process from beginning to end takes approximately 21-45 days.**

In order to stay compliant in your program you must maintain the following:

- Submit required income documentation to processing within 5 business days of enrollment.
- Send updated documents to the processing department in a timely manner (i.e., paystubs, tax returns, paperwork correspondence, lender correspondence, etc..).
- Maintain program management costs and monthly payments.

**Customer Service Department**

**Toll Free 844-593-8072**

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS

**Page 298**
**PX10 Jones Decl.**
**Attach. B**

# Attachment C

Gmail - Courtney Jones: Information Requirement for Income Verification Needed - 2807...   Page 1 of 1

M Gmail                                              **Courtney Jones** <          @gmail.com>

## Courtney Jones: Information Requirement for Income Verification Needed - 280705035
1 message

processing@1file.org <processing@1file.org>                      Thu, Jan 3, 2019 at 1:07 PM
To:          @gmail.com



**Dear Courtney,**

We are currently working on all the necessary documentation to complete your student loan payment application. We need additional documentation for your proof of income in order to finalize your application.

Please submit a PDF copy of the first two pages of your most recent Tax Return 1040 form **or a** PDF copy of your two most recent pay stubs as soon as possible. (Your pay stubs must display your full name, hourly wage and address.) Please be advised that 1099's or W-2's are NOT accepted. Please scan or fax the documents (Photos/screenshots are not acceptable forms) to 714-203-6810 or email them to processing@1file.org. *Failure to submit your proof of income may result in a consolidation under a Standard Repayment Program.*

**If documents requested have already been sent or if you are UNEMPLOYED, please disregard.**

Best Regards,

**Processing Department**

**Toll Free | (844) 593-8072**
**Fax | (714) 203-6810**
**Hours of Operation: 8AM-5PM Pacific Standard Time**
processing@1file.org
www.1file.org

WE IV S10P ELOGP D\ WEBQWOIQ ICB Q GEX EOEP /IFR QTIG RQMIDOEIQ JR UP DWIR Q /EDIYIZOIKI 1E3 6R DSK MKIKIE IWMDEQ1 DCO\HUIB MEFMESEEDB P XQDXMKRIH2 HG SZIKFOR V XDIEKN3R, KX SDSIKIQR WSK HEQWKIQOS1EI SKUFEIEKIQ W/EQ \ SIKSPOK VXDK /IFR SIIRV /SD SF WQ IEXWLRQ /IG CIDPWIRQWSKIQ UWOLDQ FEIRQ SKIKEPS QSEQ WV S1 FSKK IV 61UP D IKIFW KIR KIKSBIG 3ISCHD VIRSUR P SKOK IQ R WLI \ S/KIQ QHU 1IL/IR IK S KD VISKOPWKIING SIKIN IV/SRP SIKO IQ 1E1UURS1 SD QG GHCICHISKDESSIKG P /R ARXU SISP D1OV S1PS QI3GHRQKIDO3IQGA 1P DWIR Q /EDIY IDYU 3GS R UB WK RIZS 1W1IKN J DOO \ SCOWHPWEIGE11SE P XQDXMKR IH2 AIG IG1 FOR V XDIIH KIR \ R X IKDWIKIR WSK HEQ W1HQ IQIG IH UFISUKIGN /IBO\ IKI 1V FODEWK IH \FR SIRV /SGD PWIGKEKIKIE Q 3IE 1IKIP MEIQW HQ URSDQ FEIRQ SKIK IFON QIQWV VR 19SK 1V 6IGP D1SCIS1 FUR IEISSIKIG 3ISCHD VIRSUR P SKO\ IQR W1I \ SI\IQQ HIK 1IE1 JI 1 KD Y INDPFDIHG IW1SV SIFP S1 1Q SIUUR U SIQ Q IKHDSWIEIEMIKO\R P JR, SI XEISIKIP DKSJ:

## ATTACHMENT C

**Page 299**
**PX10 Jones Decl.**
**Attach. C**

# Attachment D

M Gmail                                          Courtney Jones < _____ @gmail.com>

### Income-Driven Repayment Request for Direct Consolidation Loan Application Submitted
1 message

**donotreply@email.studentloans.gov** <donotreply@email.studentloans.gov>          Wed, Jan 9, 2019 at
Reply-To: donotreply@studentloans.gov                                                         12:41 PM
To: _____ @gmail.com

Federal **Student** Aid
*An OFFICE of the U.S. DEPARTMENT of EDUCATION*

Dear Courtney Jones,

We have sent your Federal Direct Consolidation Loan Application and Promissory Note
to the federal loan servicer you chose to complete the consolidation and service your
new Direct Consolidation Loan. The consolidation servicer you chose as part of the
Direct Consolidation Loan application process is **FedLoan Servicing (PHEAA)**.

Please note that if you selected CornerStone, Granite State - GSMR,
HESC/EdFinancial, MOHELA, or OSLA Servicing to service your Direct Consolidation
Loan, the initial processing will be handled by Navient. During this initial process, you
will work with and receive communication from Navient.

Once processing of your Direct Consolidation Loan has been completed, it will be
forwarded to your selected servicer and your new Direct Consolidation Loan will be
serviced by them from that point forward.

<u>Next Steps</u>

- If you are not required to complete a paper Income-Driven Repayment Plan
  Request with alternative documentation as part of your Direct Consolidation Loan
  application, you do not need to take action at this time. Your consolidation
  servicer will contact you after reviewing your application and your eligibility for the

ATTACHMENT D

repayment plan you selected.

- If you are required to complete a paper Income-Driven Repayment Plan Request with alternative documentation as part of your Direct Consolidation Loan application, **you need to take action**. You must complete and submit the paper Income-Driven Repayment Plan Request and alternative documentation to your consolidation servicer. You can return to StudentLoans.gov to print the application and your consolidation servicer's address information. Once your consolidation servicer receives the application and documentation from you, the servicer will contact you after reviewing your application and your eligibility for the repayment plan you selected.

You may view your Direct Consolidation Loan application and associated Income-Driven Repayment Plan Request on StudentLoans.gov.

If you want to cancel your Direct Consolidation Loan application or have questions regarding the next steps in the processing of your application, contact your consolidation servicer.

**1-800-699-2908**

myfedloan.org

Sincerely,

U.S. Department of Education
Federal Student Aid
William D. Ford Federal Direct Loan Program

---

Do not reply directly to this email.
If you wish to contact us, email StudentLoanSupport@ed.gov.
Connect with us:



**Page 301**
**PX10 Jones Decl.**
**Attach. D**

M Gmail                                    Courtney Jones <          @gmail.com>

## Congratulations! Courtney Jones, Your Application For Consolidation Was Submitted - 280705035
1 message

processing@1file.org <processing@1file.org>                    Wed, Jan 9, 2019 at 12:51 PM
To:          @gmail.com



Dear Courtney,

Thank you for choosing us to complete your Direct Consolidation!

We are currently processing the Direct Loan Consolidation application that we submitted on Jan 09, 2019. Typically the consolidation process takes 30 business days (4-6 weeks) to complete from the time your application is received. You are eligible to consolidate and we have received all of the necessary information from your servicer, we will send you confirmation of your details and allow you 10 business days to provide any updates to your application before we complete the consolidation process.

What Happens Next?

### How Your Application Is Processed

*When a borrower consolidates loans in the Direct Consolidation Loan Program, the Federal Government pays off the loan balance on the original federal education loans and originates a new loan for the total. Here's how that works from a borrower's point of view.*

*It takes five simple steps to process your application after we receive it.*

**Step 1. Application Review:** After we receive your fully completed application, it is edited, assigned an application identification number, entered into our system, and the process begins. We will contact you if additional information is needed.

**NOTE:** If you provided a Grace Period End Date on your Consolidation application because you still have loan(s) in a grace period and want to delay the new Consolidation loan processing until that date, we will put your application on hold and start processing it within 45 days of the grace period end date.

**Step 2. Contact Loan Holder(s):** Using the loan information from your application, we contact your loan holder (s) to verify the loan's eligibility for consolidation and its current loan balances (including accrued interest, fees, or collection costs). If you currently are required to make payments on your loan(s), continue to do so. You will need to continue making payments until you receive written notification that your loan(s) has been successfully consolidated and it is time to start paying your Direct Consolidation Loan. If you are having difficulty making payments on your loan(s), contact your current loan holder(s) to find out ways to postpone payment. Ask specifically about your "deferment" or "forbearance" options.

**Step 3. Loan Statement:** After your loan holder(s) certifies the "payoff" balance(s), we will send you a letter and loan statement listing the loan(s) being consolidated. You have 15 days to review this information for accuracy and to make adjustments.

**Page 302**
**PX10 Jones Decl.**
**Attach. D**

**Step 4. Loan Pay Off:** Each lender is required to notify you that your loans are paid in full when they receive our payment. Your lender(s) and the Department will resolve any over-payment or under-payment issues.

**Step 5. Account Set-Up:** We forward payoff information to your federal loan servicer once your loan(s) is successfully consolidated. Your federal loan servicer sends you a "Welcome" letter and information about repayment.

This multi-step process generally takes 60-90 days before the information is sent to the federal loan servicer. You will receive a bill within 60 days of your federal loan servicer receiving your account information.

If you have any questions about the mail you receive or about the process, please contact:

**Processing Department**

**Toll Free| (844) 593-8072**
**Fax | (714) 203-6810**
Hours of Operation: 8AM-5PM Pacific Standard Time
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

Page 303
PX10 Jones Decl.
Attach. D

# Attachment E

M Gmail                                        Courtney Jones <            @gmail.com>

## Congratulations! Courtney Jones, Your Application For Consolidation Was Submitted - 280705035
1 message

processing@1file.org <processing@1file.org>                    Wed, Feb 6, 2019 at 10:59 AM
To:            @gmail.com



Dear Courtney,

Thank you for choosing us to complete your Direct Consolidation!

We are currently processing the Direct Loan Consolidation application that we submitted on Feb 06, 2019. Typically the consolidation process takes 30 business days (4-6 weeks) to complete from the time your application is received. You are eligible to consolidate and we have received all of the necessary information from your servicer, we will send you confirmation of your details and allow you 10 business days to provide any updates to your application before we complete the consolidation process.

What Happens Next?

### How Your Application Is Processed

*When a borrower consolidates loans in the Direct Consolidation Loan Program, the Federal Government pays off the loan balance on the original federal education loans and originates a new loan for the total. Here's how that works from a borrower's point of view.*

*It takes five simple steps to process your application after we receive it.*

**Step 1. Application Review:** After we receive your fully completed application, it is edited, assigned an application identification number, entered into our system, and the process begins. We will contact you if additional information is needed.

**NOTE:** If you provided a Grace Period End Date on your Consolidation application because you still have loan(s) in a grace period and want to delay the new Consolidation Loan processing until that date, we will put your application on hold and start processing it within 45 days of the grace period end date.

**Step 2. Contact Loan Holder(s):** Using the loan information from your application, we contact your loan holder (s) to verify the loan's eligibility for consolidation and its current loan balances (including accrued interest, fees, or collection costs). If you currently are required to make payments on your loan(s), continue to do so. You will need to continue making payments until you receive written notification that your loan(s) has been successfully consolidated and it is time to start paying your Direct Consolidation Loan. If you are having difficulty making payments on your loan(s), contact your current loan holder(s) to find out ways to postpone payment. Ask specifically about your "deferment" or "forbearance" options.

**Step 3. Loan Statement:** After your loan holder(s) certifies the "payoff" balance(s), we will send you a letter and loan statement listing the loan(s) being consolidated. You have 15 days to review this information for accuracy and to make adjustments.

ATTACHMENT E

https://mail.google.com/mail/u/0?ik=c7ab7a8464&view=pt&search=all&permthid=thread-...   4/23/2019

**Page 304**
**PX10 Jones Decl.**
**Attach. E**

**Step 4. Loan Pay Off:** Each lender is required to notify you that your loans are paid in full when they receive our payment. Your lender(s) and the Department will resolve any over-payment or under-payment issues.

**Step 5. Account Set-Up:** We forward payoff information to your federal loan servicer once your loan(s) is successfully consolidated. Your federal loan servicer sends you a "Welcome" letter and information about repayment.

This multi-step process generally takes 60-90 days before the information is sent to the federal loan servicer. You will receive a bill within 60 days of your federal loan servicer receiving your account information.

If you have any questions about the mail you receive or about the process, please contact:

**Processing Department**

**Toll Free | (844) 593-8072**
**Fax | (714) 203-6810**
Hours of Operation: 8AM-5PM Pacific Standard Time
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

**Page 305**
**PX10 Jones Decl.**
**Attach. E**

# Attachment F

Recent Activity Print

Page 1 of 2

Savings 0 History For 02/01/2019 to 02/28/2019
There is no history data for the selected time frame.

Checking 3 History For 02/01/2019 to 02/28/2019

| Effective Date | Description | Amount | Balance |
|---|---|---|---|
| 02/02/2019 | | | |
| 02/06/2019 | Available balance is $3.94 after preauthorization for $166.33 from EDUNET844 593 80 HUNTINGTON BECA US | | |
| 02/07/2019 | Checking Withdrawal @ EDUNET844 593 8072 HUNTINGTON BECA US Trace #37653176961 | ($166.33) | $ |

ATTACHMENT F

Page 306
PX10 Jones Decl.
Attach. F

# Attachment G

Gmail - We approved your IDR request!

Page 1 of 1

# M Gmail

Courtney Jones < _____ @gmail.com>

## We approved your IDR request!
1 message

FedLoan Servicing <noreplyth@myfedloan.org>
To _____ @gmail.com

Fri, Mar 8, 2019 at 8:46 AM

We approved your request for an Income Driven Repayment (IDR) plan! Your new repayment plan is Revised Pay As You Earn (REPAYE) plan

Your total monthly payment amount is $167.15. We are sending you a letter with additional information related to the Revised Pay As You Earn (REPAYE) plan.

Reminder: Continue to make your normal monthly payment amount until you receive a bill with your adjusted monthly payment

Please do not reply directly to this message. Instead, Contact Us with any questions

**U.S. Department of Education**
Information about your federal student loan

You may have already requested to unsubscribe from emails not specifically related to your account, but you are receiving this email because it is an important message about your loans and/or grants

FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184

v11.0.0

##8300000U3#017f8256jFD|N##

This message contains privileged and confidential information intended for the above addressees only. If you receive this message in error please delete or destroy this message and/or attachments

The sender of this message will fully cooperate in the civil and criminal prosecution of any individual engaging in the unauthorized use of this message.

Code PHEAA

ATTACHMENT G

**Page 307**
**PX10 Jones Decl.**
**Attach. G**