1  ALDEN F. ABBOTT
   General Counsel
2  STEPHEN T. FAIRCHILD
3  WA Bar No. 41214; sfairchild@ftc.gov
   RICHARD MCKEWEN
4  WA Bar No. 45041; rmckewen@ftc.gov
5  FEDERAL TRADE COMMISSION
   915 Second Avenue, Suite 2896
6  Seattle, WA 98174
7  Tel.: (206) 220-6350; Fax: (206) 220-6366

8
   ROBERT J. QUIGLEY, Local Counsel
9  CA Bar No. 302879; rquigley@ftc.gov
10 FEDERAL TRADE COMMISSION
   10990 Wilshire Boulevard, Suite 400
11 Los Angeles, CA 90024
12 Tel.: (310) 824-4300; Fax: (310) 824-4380

13 Attorneys for Plaintiff

14

15            UNITED STATES DISTRICT COURT
16            CENTRAL DISTRICT OF CALIFORNIA

17 FEDERAL TRADE COMMISSION,

18                Plaintiff,                Civ. No.   SACV 19 - 02109 JVS (ADSx)

19
                  v.                        **EXHIBITS TO PLAINTIFF'S**
20                                          **TRO APPLICATION**

21 AMERICAN FINANCIAL SUPPORT
22 SERVICES INC., et al.,                   **VOLUME III**
                                            **PX11–PX17**
23
                  Defendants.
24                                          **FILED UNDER SEAL**

25

26

27

28

ALDEN F. ABBOTT
General Counsel
STEPHEN T. FAIRCHILD
WA Bar No. 41214; sfairchild@ftc.gov
RICHARD MCKEWEN
WA Bar No. 45041; rmckewen@ftc.gov
FEDERAL TRADE COMMISSION
915 Second Avenue, Suite 2896
Seattle, WA 98174
Tel.: (206) 220-6350; Fax: (206) 220-6366

ROBERT J. QUIGLEY, Local Counsel
CA Bar No. 302879; rquigley@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel.: (310) 824-4300; Fax: (310) 824-4380

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.,<br><br>Defendants. | Civ. No.<br><br>**EXHIBITS TO PLAINTIFF'S TRO APPLICATION**<br><br>**VOLUME III<br>PX11–PX17**<br><br>**FILED UNDER SEAL** |

# PX11
# Declaration of Bruce Lebitz

ORIGINAL

## DECLARATION OF BRUCE LEBITZ
### Pursuant to 28 U.S.C. § 1746

I, Bruce Lebitz, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them.  If called as a witness, I could and would testify as follows:

1.      I am over the age of 18 and reside in Shippensburg, Pennsylvania.  I graduated from college with two federal student loans totaling around $57,000.

2.      In April 2019, I signed up with the company Freedom Debt Relief in an effort to reduce my credit card debt.  My primary contact there, smooth talking Pierre, told me that I could get some help with my student loan debt through Arete Financial Freedom ("Arete Financial").  At times, I have struggled to pay my student loans and they have been in temporary forbearance a couple of times, including in 2008 when I filed for bankruptcy.  Pierre said that he would have someone from Arete Financial contact me.

3.      On or about April 17, 2019, I spoke to Krysta McKinney with Arete Financial. This was the first contact I had with Arete Financial.  Krysta asked me for my Federal Student Aid ("FSA") username and password.  Then she changed my FSA password and provided me with the new password.  With my login credentials, she was able to review my FSA account and the information regarding my student loans.  She told me that Arete Financial could help me consolidate my two student loans and reduce the term of my loan payments from twenty years to 108 months, or nine years.  She said my loan payments would be slightly higher than the $471 monthly payment that I was making at that time.  Krysta told me that I needed to pay Arete Financial three monthly payments of $500 (for a $1,500 initial fee), followed by monthly payments of $39 for 36 months.  She said that Arete would put my loan into forbearance for three months while the loan consolidation was being processed.  Krysta said that a portion of the fees I paid to

Bruce Lebitz Declaration, p. 1 of 4

1   Arete Financial would be applied to my student loans.  Even though I would be
2   paying higher monthly payments, the idea of being free of student loan debt in nine
3   years rather than 20 years was very appealing.  Based on that promise, I agreed to
4   use Arete Financial's services.

5       4.    While I was on the telephone with her, Krysta sent me an email with a
6   link to the documents that she said I needed to e-sign to get started with Arete
7   Financial.  **Attachment A** is a true and correct printout of that email.  I used my
8   smartphone to download the documents.  Krysta briefly described each document
9   that I e-signed and hurried me through the signing process.  I was not able to read
10  the documents because, in addition to the small size of the print on my phone,
11  when I signed in one place, the program automatically jumped to the next place
12  where my e-signature was required.  However, I trusted what Krysta had told me
13  about the documents.

14      5.    After I e-signed all of the documents, Krysta sent me a copy of what I
15  had signed.  True and correct copies of the documents that I e-signed are appended
16  as **Attachment B**.  Upon reviewing these documents later, I noticed that several
17  documents, including the General Forbearance Request, the (Att. B, p. 11),
18  Certification of Identity and Authorization to Disclose Personal Information (Att.
19  B, p. 14), the Preparation Service Agreement (Att. B, p. 15), and the E-Signature
20  Completion Certificate (Att. B, p. 22) list my email address as
21  krystam@aretefin.com.  This is not my email address and Krysta never mentioned
22  that Arete Financial was going to use this email address on these documents.  I find
23  this particularly suspect in terms of the E-Signature Completion Certificate that
24  identifies that email address as "Signer Email."  I used an online IP address lookup
25  tool to research the "Signer IP" address listed on the certificate - 64.208.159.230.
26  It appears that the IP address is in Pennsylvania, my state of residence.  However,
27  the listed email address is not mine.
28

Bruce Lebitz Declaration, p. 2 of 4

1       6.    Later that day, Krysta emailed me to ask that I send the company my

2 paychecks covering the last 30 days of my employment. I responded by emailing a

3 response and attaching my three most recent paystubs. **Attachment C** is a true and

4 correct copy of a printout of this email exchange. On that same day, I received

5 several other emails from Arete Financial, including emails titled "Welcome Bruce

6 Lebitz to Arete Financial Freedom," "7 Things Your Current Loan Servicer Fails

7 To Tell You," and "Eligibility Confirmation." True and correct copies of printouts

8 of these emails are appended as **Attachment D**.

9       7.    In accordance with my agreement with Arete Financial, I paid the

10 company $500 in May and in June of 2019. However, in early July 2019, I became

11 concerned after receiving a notice from my loan servicer, FedLoan Servicing,

12 advising me that a $571 payment was due on my student loan by July 3, 2019. I

13 did not understand why I had a payment due from FedLoan Servicing when I had

14 been making a payment of $500 monthly to Arete Financial, and Krysta had told

15 me that part of my payments to Arete Financial would be applied toward my

16 student loans.

17       8.    On July 1, 2019, I emailed info@aretefinancial.com to explain that

18 FedLoan Servicing had been emailing me about an upcoming $571 payment due

19 on my student loan. I received no reply so I emailed Arete Financial again on July

20 3, 2019, but still received no reply from Arete. A true and correct copy of a

21 printout of this email thread is appended as **Attachment E**. In addition to these

22 emails, I also called Arete Financial and left messages asking that someone call me

23 back, but I never received a response.

24       9.    On July 3, 2019, I emailed FedLoan Servicing at

25 accountinfo@myfedloan.org to explain that I had used Arete Financial to

26 consolidate my student loan debt. I explained that I was being told that I needed to

27 make payments to both companies. Someone named Margaret from FedLoan

28

Bruce Lebitz Declaration, p. 3 of 4

1  Servicing responded to my email. She explained that FedLoan Servicing had
2  processed my loan consolidation, "submitted funds to pay off the underlying
3  loan(s)" that were included in the consolidation, and had "no relationship to the
4  Company Arete Financial Freedom." A true and correct copy of a printout of this
5  email thread is appended as **Attachment F**. Upon receipt of this reply from
6  FedLoan Servicing, I realized that I had been misled by Krysta and Arete
7  Financial.

8      10.    In light of the fact that Arete Financial failed to respond to my calls
9  and emails inquiring about this situation, I decided to file a complaint with the
10  Better Business Bureau ("BBB"). On July 3, 2019, I filed my BBB complaint
11  about Arete Financial electronically on the BBB website. While I was on the BBB
12  website I researched the complaints about Arete Financial and determined it was
13  engaged in some type of scam.

14      11.    On July 5, 2019, I received an email from Arete Financial confirming
15  my "cancellation request." A true and correct copy of a printout of that email is
16  appended as **Attachment G**.

17      12.    Unfortunately, I paid Arete Financial $1,000 anticipating that, based
18  on what its representative told me, Arete Financial was applying some portion of
19  that money to my student loan. It was not. If I had known that, contrary to what
20  Krysta with Arete Financial told me, none of my $1,000 in payments would be
21  applied to my student loan, I would never have agreed to sign up with Arete
22  Financial.

23

24  I declare under penalty of perjury that the foregoing is true and correct to the best
25  of my knowledge.

26

27  Dated: _October 17th_____, 2019          _Bruce Lebitz_
                                              Bruce Lebitz
28

Bruce Lebitz Declaration, p. 4 of 4

# Attachment A

 **Gmail**                     Re                              Bruce Lebitz <Redacted @gmail.com>

## Bruce Lebitz - Action Required: Please Review With Your Consultant!
1 message

**info@aretefinancialfreedom.com** <info@aretefinancialfreedom.com>                    Wed, Apr 17, 2019 at 11:41 AM
To: Redacted @gmail.com

Congratulations on taking your first step to becoming debt free! Please review and complete the documents by clicking the link below.

If you have any questions about these documents please don't hesitate to contact our team at (888) 331-5827.

Thank you,
The Arete Financial Family

Click Here To Review Documents

ATTACHMENT A

**Page 312**
**PX11 Lebitz Decl.**
**Attach. A**

# Attachment B

 Gmail

Bruce Lebitz <Redacted @gmail.com>

## FW: Bruce Lebitz - Action Required: Please Review With Your Consultant!
1 message

Krysta McKinney <krystam@aretefin.com>                              Wed, Apr 17, 2019 at 11:45 AM
To: 'Redacted @gmail.com" <Redacted @gmail.com>

### Krysta McKinney

**Student Loan Advisor**

krystam@aretefin.com

**Scheduled hours:**

Monday – Friday

7:00AM – 4:00PM **PACIFIC**

Toll-free
           833-204-2684 x5992
Direct     949-404-5992
           888-366-2219
Fax



1261 E. Dyer Rd. Suite 100
Santa Ana, CA. 92705  |  aretefin.com

THIS E-MAIL MAY CONTAIN NON-PUBLIC CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

**ATTACHMENT B**

Page 313
PX11 Lebitz Decl.
Attach. B

**From:** info@aretefinancialfreedom.com [mailto:info@aretefinancialfreedom.com]
**Sent:** Wednesday, April 17, 2019 8:45 AM
**To:** Krysta McKinney <krystam@aretefin.com>
**Subject:** Bruce Lebitz - Action Required: Please Review With Your Consultant!


Congratulations on taking your first step to becoming debt free! Please review and complete the documents by clicking the link below.

If you have any questions about these documents please don't hesitate to contact our team at (888) 331-5827.

Thank you,
The Arete Financial Family


Click Here To Review Documents

Page 314
PX11 Lebitz Decl.
Attach. B

# [ **Arete**Financial Freedom ]

### SERVICE AGREEMENT

This service agreement ("Agreement") is made and entered into this 17th day of April, 2019, by and between Arete Financial LLC ("Arete Financial LLC"), and Bruce Lebitz hereinafter referred to as ("Client"), whose address is ~~Redacted~~ , , Shippensburg PA ~~Reda~~, with reference to the following.

### RECITALS

A. Arete Financial LLC provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation") and/or restructure the current payment to a new ("Income-Driven Repayment");

B. Client requests Arete Financial LLC perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth, below, Arete Financial LLC and Client do hereby agree to the following:

**1. Client Loan Service Definition.**

Arete Financial LLC provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. Arete Financial LLC will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

**2. Nature of Service; No Legal or Tax Advice.**

Arete Financial LLC is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. The Client acknowledges that Arete Financial LLC is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

**3. Rehabilitation; Garnishment.**

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, Arete Financial LLC will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, Arete Financial LLC will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

**4. Fees.**

Client agrees to pay Arete Financial LLC a Service fee of $1,500.00 for providing the Services. In addition Client agrees to pay Arete Financial LLC a Monthly Maintenance fee of: $39.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, Arete Financial LLC will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

**5. Refund.**

Client understands that Arete Financial LLC is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website. However, Arete Financial LLC guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with Arete Financial LLC providing all information requested by Arete Financial LLC and DOE in a timely manner as deemed by Arete Financial LLC and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 30 days of any loan application denial by the DOE. Arete Financial LLC will reimburse 100% of the Service fee paid by Client.

**6. Process.**

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. Arete Financial LLC relies on the applicable lender(s) and Arete Financial LLC cannot be held liable for delayed completion due to delays in

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:56-05:00

obtaining information or approvals from third parties or the DOE. The average completion time to process a Federal Student Loan Consolidation through Arete Financial LLC is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

**7. Client Warranty.**

Client expressly represents and warrants that they will provide Arete Financial LLC with information that is complete and accurate to the best of their knowledge. Arete Financial LLC is under no obligation to independently verify the information provided by Client.

**8. Client Authorization.**

I hereby authorize Arete Financial LLC to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize Arete Financial LLC to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information Arete Financial LLC obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

**9. Arbitration and Choice of Law.**

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

**10. Indemnification.**

Client hereby agrees to defend and hold harmless Arete Financial LLC from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

**11. Termination of Agreement.**

Client may cancel this contract any time with written notice to Arete Financial LLC prior to being approved for Federal Student Loan Consolidation. Any fees paid to Arete Financial LLC at time of cancellation shall be deemed earned as long as Arete Financial LLC has acted in good faith in performing services on behalf of Client. Arete Financial LLC may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, Arete Financial LLC (Arete Financial LLC), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (888) 331-5827.

| | |
|---|---|
| Bruce Lebitz | Bruce Lebitz |
| **NAME** | **SIGN** |
| 04/17/2019 | Redacted |
| **DATE** | **SSN** |

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40  Signed: 2019-04-17T10:50:56-05:00

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019.04-17T10:50:56-05:00

## Privacy Policy

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal information. Personal information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports; information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and Arete Financial LLC to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact Arete Financial LLC Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt-out' of having personal information shared. By providing information to Arete Financial LLC you are consenting to the collection, use, and disclosure of personal information in the manner described in this privacy policy. This Policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

**1261 E. Dyer. Rd. #100, Santa Ana, CA 92705**

Email Address: Info@aretefinanclalfreedom.com

Bruce Lebitz
_____
       NAME

04/17/2019
_____
       DATE

_Bruce Lebitz_
       SIGN

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:56-05:00

**Student Loan Consolidation Payment Plan Estimate**

| Loan Program Selected | Number of Payment (Months) | Payment Amount* |
|---|---|---|
| Revised Pay As You Earn (REPAYE) | 108 | 598.58 |

*Starting payment in the case of the Income Based Repayment plan
**Estimated Principle and Interest Paid if all payments are made as scheduled

The above quote is an ESTIMATE of what the new payment would be based upon the information client has provided. There are no guarantees, until your income has been verified and your application has been reviewed by the U.S. Department of Education and your current loan servicer. By signing below, you agree to the terms and conditions.

Bruce Lebitz
Name

*Bruce Lebitz*
Signature

04/17/2019
Date

Redacted
SSN

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:56-05:00

**Limited Scope Power of Attorney**

- THIS LIMITED POWER OF ATTORNEY IS **ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION ("DOE") AND CLIENT, Bruce Lebitz ("GRANTOR"). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.**

- I, Bruce Lebitz, Social Security # Redacted  residing at Redacted  , , Shippensburg PA Reda , Shippensburg PA Red , this date, Apr 17, 2019, hereby appoints Arete Financial LLC as my ATTORNEY-IN-FACT to perform on my behalf as indicated below. With this signature, Bruce Lebitz authorizes Arete Financial LLC to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,

1.     Access my account with the DOE, including taking steps and providing information necessary to access the account.

2.     Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3.     Drafting and, following my execution, submitting an application to the DOE.

4.     Engaging sub-contractors as may be appropriate to perform the services.

Arete Financial LLC has full authority to represent me, Bruce Lebitz, to perform the services outlined in the Service Agreement.

This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:

1.     It is revoked, suspended or terminated in writing by the GRANTOR; or

2.     The contract is terminated for any reason, whichever is earlier to occur.

**Address: 1261 E. Dyer Rd. #100, Santa Ana, CA 92705**

| | |
|---|---|
| Bruce Lebitz | *Bruce Lebitz* |
| Printed Name | Signature |
| | |
| Co-Applicant Printed Name | Co-Applicant Signature |
| 04/17/2019 | |
| Date | Date |

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:56-05:00

**Form 4506-T**
(Rev. September 2015)
Department of the Treasury
Internal Revenue Service

### Request for Transcript of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506-T, visit www.irs.gov/form4506t.

OMB No. 1545-1872

Tip. Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first.<br><br>Bruce Lebitz | 1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)<br><br>**Redacted** |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number or individual taxpayer identification number if joint tax return |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)
Redacted]., Shippensburg PARed

4 Previous address shown on the last return filed if different from line 3 (see instructions)

5 If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.
Rescue SL.,

Caution: If the tax transcript is being mailed to a third party, ensure that you have filed in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

6 Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ 1040

a Return Transcript, which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . ☐

b Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days ☐

c Record of Account, which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . ☐

7 Verification of Nonfiling, which is proof from the IRS that you did not file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☐

8 Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

Caution: If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

9 Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.
12 / 31 / 14      12 / 31 / 15      12 / 31 / 16      / /

Caution: Do not sign this form unless all applicable lines have been completed.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. Note: For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

☐ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.

**Sign Here**

Signature (see instructions)          04/17/2019   Date

Phone number of taxpayer on line 1a or 2a

Title (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature          04/17/2019   Date

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:58-05:00

Page 321
PX11 Lebitz Decl.
Attach. B

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:56-05:00



## GENERAL FORBEARANCE REQUEST

William D. Ford Federal Direct Loan (Direct Loan) Program / Federal Family
Education Loan (FFEL) Program / Federal Perkins Loan (Perkins Loan) Program

OMB No. 1845 0031
Form Approved
Exp. Date 2/28/2019

**GFB**

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form or on
any accompanying document is subject to penalties that may include fines, imprisonment, or both, under
the U.S. Criminal Code and 20 U.S.C. 1097.

### SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | Redacted |
| Name | Bruce Lebitz |
| Address | Redacted |
| City | Shippensburg    State PA    Zip Code |
| Telephone - Primary | Redacted |
| Telephone - Alternate | Redacted |
| Email (Optional) | krystam@aretefin.com |

### SECTION 2: FORBEARANCE REQUEST

**Carefully read the entire form before completing it. Answer all questions in Section 2. Your loan holder has sole
discretion in whether to grant your general forbearance request, and, if granted, for what period your forbearance
will be applied.** Instead of forbearance, you may want to consider requesting a deferment (which has an interest benefit
for some loan types) or changing to a repayment plan that determines your monthly payment amount based on your
income. Visit StudentAid.gov/IDR for more information.

1. I am requesting a forbearance because I am
experiencing a temporary hardship related to one of
the following situations (check one):

   ☒ Financial difficulties

   ☐ Change in employment

   ☐ Medical expenses

   ☐ Other (explain the situation below)

2. If approved for a forbearance, I would like to:

   ☒ Temporarily stop making payments.

   ☐ Temporarily make smaller payments of

   _____ per month.

3. I would like my forbearance to begin with the
monthly payment that is due in the month and year
below:

   _____

4. If approved for forbearance, I would like my
forbearance to end in the month and year below,
and begin making payments the following month:

   _____

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:56-05:00

Page 323
PX11 Lebitz Decl.
Attach. B

| **Borrower Name** | Bruce Lebitz | **Borrower SSN** | Redacted |
|---|---|---|---|

**SECTION 3: BORROWER/ENDORSER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATION**

**I understand that:**

- I am not required to make payments of loan principal or interest during my forbearance, but interest will continue to be charged on all my loans.
- My loan holder has sole discretion in whether to grant my general forbearance request and for what dates it will be granted.
- For Perkins Loans, there is a cumulative limit on general forbearance of 3 years. For Direct Loans and FFEL Program loans, my loan holder may set a limit on general forbearance.
- My forbearance will end on the earlier of the end date that I requested, 12 months from the date my forbearance begins, or when I exhaust any limit that my loan holder has on forbearance.
- I can request another forbearance after my forbearance ends if I am still experiencing financial hardship.
- Interest may capitalize on my loans during or at the expiration of my forbearance, but interest never capitalizes on Perkins Loans.

**I certify that:**

- The information I have provided on this form is true and correct.
- I will provide additional documentation to my loan holder, if requested, to support my general forbearance request.
- I will repay my loans according to the terms of my promissory note, even if my request is not granted.

**I authorize** the entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

**Borrower's/Endorser's Signature**    _Bruce Lebitz_    **Date**    04/17/2019

**SECTION 4: INSTRUCTIONS FOR COMPLETING THE FORBEARANCE REQUEST**

Type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy) or (mm-yyyy) as appropriate. Example: March 14, 2016 = 03-14-2016. Include your name and account number on any documentation that you may be requested to submit with this form. If you want to apply for a forbearance on loans that are held by different loan holders, you must submit a separate forbearance request to each loan holder. **Return the completed form and any requested documentation to the address shown in Section 6.**

If you are an endorser, you may request forbearance only when you are required to repay the loan because the borrower is not making payments. If you have a loan made jointly with another borrower (as co-makers), you must both individually meet the requirements for a forbearance and each of you must request forbearance.

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:56-05:00

**Page 324**
**PX11 Lebitz Decl.**
**Attach. B**

[ **Arete**Financial Freedom]

### Credit Card Authorization Form

I Bruce Lebitz, authorize ARETE FINANCIAL LLC to charge my credit card *****5093 For the total of $1,500.00 on the dates listed below #312816437.

| | |
|---|---|
| May 10, 2019 | $500.00 |
| Jun 10, 2019 | $500.00 |
| Jul 10, 2019 | $500.00 |

Additionally, I authorize ARETE FINANCIAL to charge a Monthly Maintenance Fee of 39.00 on the 10th of every month for 36 months thereafter until loan obligations have been fulfilled.

Your method of payment is as follows:

Credit Card Number: Visa            Name On Credit Card: Bruce L. Lebitz

Credit Card Number: *****Red     Expiration Date: Redact          Security Code - 3 digits on Back of Card: Re

Billing Address of Credit Card:

Redacted     Shippensburg PA 1Red.

Contact Numbers:

Home Phone Redacted
Cell Phone Redacted

Amount due $1,500.00 Contract #312816437

Address: 1261 E. Dyer Rd. #100, Santa Ana, CA 92705

_____
Signature

04/17/2019
_____
Date

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:56-05:00

 United States Department of Education

### Certification of Identity & Authorization to Disclose Personal Information

**Privacy Act Statement.** Department regulations require a person who submits a written request for access or disclosure of records to submit personal data sufficient to identify the individual submitting the request. 34 C.F.R. Section 5b.5(b). We solicit the information requested here in order to ensure that the records of individuals who are the subject of Department systems of records are not wrongfully disclosed by the Department. If you fail to furnish this information we will take no action to honor your request. Required information is indicated in CAPS.

FULL NAME OF REQUESTER  [PLEASE PRINT]  Bruce Lebitz

ADDRESS: [STREET]  Redacted

[CITY]  Shippensburg                         [STATE]  PA            [ZIP] ▉▉

Phone: ▉R▉▉                              Email  krystzen@arataón.com

SOCIAL SECURITY NUMBER  [Redact]                DATE OF BIRTH: [MM/DD/YY]  Redact

### Authorization to Disclose Personal Information to Another Person

I authorize the Department of Education and its agents to release to, and discuss with, the individual named below as my representative, any records of the Department regarding my student financial assistance loan or grant obligation(s) to the Department, for the purpose of assisting me in satisfying the obligation:

FULL NAME OF REPRESENTATIVE  ARETE FINANCIAL FREEDOM

ADDRESS: [STREET]  1261 E DYER RD

[CITY]  SANTA ANA                          [STATE]  CA          [ZIP]  92705

PHONE: 888 , 331-5827                  [Relationship To Requester]  3RD PARTY ORGANIZATION

I authorize the Department to honor this authorization unless and until I revoke it in a written notice and the designated office of the Department receives that notice. I understand that whenever requesting disclosure of information, the representative named here must submit information to verify his or her identity.

I UNDERSTAND THAT IN ORDER TO VERIFY HIS OR HER IDENTITY WHEN MAKING A REQUEST FOR DISCLOSURE BY TELEPHONE, THE REPRESENTATIVE MAY BE REQUIRED TO PROVIDE MY SSN, DOB, AND THE DATE ON WHICH I SIGNED THIS AUTHORIZATION.

I declare under penalty of perjury that I am the person named above as the requester, that I authorize release to the individual named as representative, and that the statements I provided here are true and accurate. I understand that any false statement is subject to punishment under 18 U.S.C. Section 1001 by fine or imprisonment of not more than five years, and that a knowing and willful request made under false pretenses for a record of an individual is subject to punishment under 5 U.S.C. Section 552a(i)(3) by a fine of up to $5000.

DATE  04/17/2019               SIGNATURE  *Bruce Lebitz*

---

I You are not required to provide your SSN or DOB. However, we ask you to provide your SSN and DOB only to facilitate the identification of records relating to you, and unless you provide your SSN and DOB, we may be unable to locate any or all records pertaining to you.

Completed authorizations should be mailed to:

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE TX 75403-5609

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:56-05:00



**Preparation Service Agreement**

| Section 1: Client Information | Client ID: 312816437 | Agreement Date: Apr 17, 2019 |
|---|---|---|
| Client First Name:Bruce | Client Last Name: Lebitz | |
| Client Middle Name: | Former Last Name: | |
| Street Address: Redacted | City, State, Zip: Shippensburg, PA Reda | |
| Client Email: krystam@aretefin.com | Client Home Phone: Redacted | Cell Phone: Redacted |

| Section 2: Client's Estimated Summary of Current Federal Student Loans | |
|---|---|
| The basis of this summary is derived from the input of the client. | |
| Estimated Total Federal Loan Balance: $57,921.00 | Loan Status: |
| Approximate Current Monthly Payment: $ | Number of Loans: 13 |
| Estimated New Loan Payment: $598.58 | New Loan Payment Validation Term: Annually |
| Estimated Payment Term (Months): 108 | |

| Section 3: Required Consolidation Paperwork Information | |
|---|---|
| Client SSN: Redacted | Client DOB: Redacted |
| DL/ID Number & State: 25396991 PA | FASFA PIN: |
| Employer Name: PC Networks | Occupation: |
| Employer Street Address: Redacted | Employer City, State, Zip: Philadelphia, PA Red |
| Employer Phone: Redacted | Family Size: 5 |
| Marital Status: Married Filing Jointly | Filing Status: Married Filing Jointly |
| Current Annual Income: $115000 | Form of Documented Income: 1040 |
| Spouse First Name: | Spouse Last Name: |
| | |
| Spouse Employer Name: | Spouse Work Phone: |
| Spouse Annual Income: $0 | Client PSLF Candidate (Yes/No): |

***If this loan qualifies for Public Service Loan Forgiveness your number of payments will be reduced to 120 Months.

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:56-05:00

References: 2 Persons with different addresses, PO Boxes are NOT acceptable, not residing in the same home (for example, a spouse) or anyone living outside the U.S.

| Reference 1 Full Name: Bruce Lebitz | Permanent Address: Redacted |
|---|---|
| Reference 1 Phone: Redacted | Relationship to Client: father |
| Reference 2 Full Name: Sharon Hoppock | Permanent Address R |
| Reference 2 Phone: Redacted | Relationship to Client: relative |

**Section 4  Company Set Up and Service Program Cost**

Company Document Preparation and Supporting Service Program Cost Arete Financial Freedom Payment/Fees are in addition to and completely separate of/to an costs and/or payments made by Client to lenders.

| Company Program Payment/Fee Amount: 1,500.00 | Initial Service(s) Selected for these Fees: |
|---|---|
| Fee: $ | Recurring Date: 10th |

I Bruce Lebitz  Agree that all of the above information is true and correct to the best of their understanding at the present time, and Arete Financial Freedom bases, in part, its decision to accept Client and provide services to Client on the accuracy of the above information. Arete Financial Freedom shall not be held responsible in any way for reliance on the above information, any claim arising from use or storage of such information, or carrying out its contractual obligations using the above information.

Signature: *Bruce Lebitz*                                   Date: 04/17/2019

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:56-05:00


**Payment Automation**
Network, Inc.

## CUSTODIAL ACCOUNT AGREEMENT

Ver. 12/03/2015

Client enters into this Agreement (Agreement) with Payment Automation Network, Inc. (PAN) for the purpose of having PAN receive payments, make disbursements authorized by Client upon Client's instructions and/or the occurrence of specified events, and provide online transaction management and accounting information on Client's behalf (together, the "Services").

Client authorizes PAN to (i) collect (debit) funds via ACH from Client's designated financial institution (Designated Account) pursuant to the Payment Schedule attached hereto ("Payment Schedule"); (ii) deposit such funds in a non-interest bearing FDIC custodial account ("Custodial Account"); and (iii) disburse funds from the Custodial Account as directed by the payment schedule and/or by client solely upon receipt of authorized instructions from Client, provided the balance in the Depository Account equals or exceeds the disbursement request. If the balance of the Custodian Account is less than a requested disbursement, the disbursement direction will not be honored until the balance is increased to the desired amount.

Client agrees to pay PAN's fees and charges shown below and such fees and charges may be deducted directly from the Custodial Account.

Client agrees PAN will select the financial institution that will hold the Custodial Account. Client agrees that PAN may, at its sole discretion and upon written notification to Client, change the financial institution that will hold the Custodial Account at any time, and that the Custodian Account may be located in California or any other state selected by PAN in its sole discretion. Client agrees that the Custodial Account will not be used for any illegal purpose, and Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered.

Client agrees that sufficient funds will be available in the Designated Account at least three (3) business days prior to date of all scheduled ACH debits. Client understands and agrees that to stop or change a scheduled debit from the Designated Account, Client must notify PAN at least three (3) business days prior to any such change. In the event Client's Designated Account does not have sufficient funds for a scheduled debit, PAN will not be liable to any third party due to insufficient funds, restriction or dishonor related to Client's account. Client authorizes PAN to recover any funds arising from a NSF, dishonor or error in debiting the Designated Account. At its sole discretion, PAN may recover any such funds by means of a debit to the Designated Account and/or the Custodial Account. Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered. If Client's Custodian Account is suspended, cancelled or otherwise terminated for any reason and the account has a negative balance, Client agrees to pay the negative balance upon demand. Should Client fail to remit the full amount of such negative balance, Client shall remain responsible for the deficit and collection actions may be pursued against Client.

Client has an agreement with Service Provider, and the Payment Schedule is part of that agreement. Client directs and authorizes PAN to share information with Service Provider as required by Service Provider and with any other authorized parties involved in the administration of the Custodial Account on Client's behalf. PAN is not an owner, employee, or partner of Service Provider, and provides the Services to Client as an independent third party. Client agrees that PAN is not involved or engaged in any respect with the services provided by the Service Provider, other than acting as a third party escrow on behalf of Client and the Service Provider. Client agrees that PAN shall not be responsible for determining when a payment is due or whether a payment is for the correct amount or otherwise proper. PAN's sole obligation shall be to execute Client's payment instructions in a commercially reasonable manner as soon as practical after receipt of such instructions or after the occurrence of the specified event authorizing release of a payment on behalf of Client. PAN shall not be liable for any conduct by Service Provider or for penalty or other charge levied by anyone on Client, for any failure of anyone to honor a transaction or for any other adverse action taken or not taken by any other party in connection with the Services. Under no circumstances shall PAN be liable for any special, incidental, consequential, exemplary or punitive damages.

PAN will provide Client an internet login with a login name and password for viewing the funds held in the Custodial Account and all transactions related to Client via a protected website. Use of Client's passcode, password or any other form of identification designated by Client in any transaction constitutes and will be accepted as Client's electronic signature, as that term is used in the federal Electronic Signature in Global and National Commerce law and other applicable laws.

Client's funds are held in the Custodial Account pending Client's instructions for disbursement. Client has sole authority to authorize disbursements or transfers. You expressly authorize PAN to rely on your instructions for this purpose whether transmitted directly by you, via the Service Provider or by a third party you have authorized in whatever form provided, including but not limited to any instructions provided via email, PAN's website, E-signature or other writing, verbally, by voicemail or any other means of communication. If Client is more than one person, PAN may act upon receipt the instructions of either person; however, if conflicting instructions are received before any action has been taken, PAN may in its sole discretion refrain from taking any action until it receives joint instructions from all Clients or a court order directing further action. Client agrees that PAN shall have no right or obligation to control, direct, or change any disbursement instructions provided by Client other than as expressly provided by this Agreement.

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:56-05:00



Initials:

Client may revoke any prior payment authorization at any time before such payment has been initiated by completing and submitting a Revocation of Recurring Payment Authorization form to PAN by email or mail. See PAN's Contact Information below.

PAN or Client may terminate this Agreement upon delivery of written notice at any time. Upon termination of this Agreement for any reason, PAN shall arrange for Client's remaining funds, apart from any funds due to be paid to the Service Provider or any other person or entity as a result of the occurrence of specified events prior to delivery of the termination notice, to be transmitted from the Custodial Account to the Designated Account.

Client agrees that all disclosures, account activity, notifications and any other communications related to the Services may be distributed to Client by electronic mail or through PAN's software services. Client acknowledges that Client is able to electronically receive, download and print such information and communications. If Client is unable to communicate electronically for any reason, Client agrees to notify PAN immediately, and reasonable alternative means of communication will be established in accordance with applicable law.

Client understands and agrees that all calls to and from PAN are monitored and recorded. Client verifies that the telephone and cellular phone numbers and email addresses shown below presently belong to Client. Client consents to receive emails, prerecorded messages and/or autodialed calls (including text messages) relating to this Agreement and the Services. These communications may be made by PAN or its agents, even if your phone number is registered on any state or federal "Do Not Call" list. You may incur a charge for such calls by your telephone carrier. PAN may obtain and contact email addresses and phone numbers provided by you directly or obtained through other lawful means. Your consent to this provision is not required as a condition of entering into this Agreement, and you may opt out from consenting to these provisions by contacting PAN in writing at PAN's Contact Information below.

You agree to provide notice within 30 days of any change to your email address or phone numbers by writing to PAN's Contact Information below.

## ARBITRATION OF DISPUTES - IMPORTANT NOTICE AFFECTING YOUR RIGHTS

You agree that any controversy, claim or dispute between the parties arising out of or relating to this Agreement, or to any of the services provided pursuant to this Agreement, or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this Agreement to arbitrate, shall be determined by binding arbitration conducted in the federal judicial district where the Client resides  The parties agree that this arbitration provision shall be governed by and enforceable under the Federal Arbitration Act. Otherwise, parties agree that the laws of the Client's state of residence shall govern any dispute between them. The parties agree the arbitration shall be conducted before a single arbitrator pursuant to the rules and procedures of the American Arbitration Association ("AAA"). The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. Any award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. The parties agree that either party may bring claims against the other only in his/her or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the costs of the arbitration, not including attorney's fees or expert witness expenses, equally. If the consumer's share of the costs is greater than two-thousand dollars ($2,000.00), PAN will pay the consumer's share of any costs in excess of that amount. in the event that a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party shall be entitled to obtain costs of suit, including any reasonable attorney's fees incurred for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. it also means that both parties give up the right to appeal from the arbitrators ruling, except for a narrow range of issues that can or may be appealed. it also means that discovery may be severely limited by the arbitrator. This section and the requirement to arbitrate shall survive any termination of this Agreement

This Agreement constitutes the entire agreement between Client and PAN. No modifications, variations or waivers of any provisions of this Agreement shall be deemed valid unless in writing and signed by Client and PAN.

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:56-05:00

| Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| Lebitz | Bruce | | Redacted | Redacted |

| Co-Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| | | | | |

| Address | City, State, ZIP |
|---|---|
| Redacted  , , Shippensburg PA Reda | Shippensburg, PA, Reda |

| Phone | Email | Mothers Maiden Name |
|---|---|---|
| Redacted | krystam@aretefin.com | |

| Authorized Service Provider/Agent | Account ID |
|---|---|
| Arete Financial | AR–1 |

| Client Signature | *Bruce Lebitz* | Date | 04/17/2019 | Notifications To Payment Automation Network |
|---|---|---|---|---|
| | | | | Email: Clients@paymentautomation.net |
| Co-Client Signature | | Date | | Phone: (800)813-3740 |
| | | | | Fax: (866)600-2703 |
| | | | | Portal: https://client.paymentautomation.net |

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:56-05:00


Payment Automation
Network, Inc.

**CUSTODIAL ACCOUNT AGREEMENT**

Ver 10/30/2014

**AUTHORIZATION FOR RECURRING DIRECT PAYMENTS** I (we) hereby authorize PAN to initiate ACH debit entries from the account at the depository financial institution named below and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to the account must comply with the provisions of U.S. law. This authorization is to remain in full force and effect until PAN has received written notification from me (or either of us) of its termination no fewer than three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.

| Bank Name | Account Number | Routing Number | Account Type | Account Fees |
|---|---|---|---|---|
| Authorizing Person's Name (as it appears on check) | | | | I authorize PAN to charge my Primary Financial Institution or my Custodial Account in accordance with the following fees for services rendered. |
| Address, City, State, Zip (as it appears on check) Redacted , Shippensburg PA Reda, Shippensburg, PA, Reda | | | | Monthly Custodial Account:$675 Unauthorized Returns:$35 00 Stop Payment:$25.00 Return Item Fee: $0.00 |
| Recurring Debit Authorization $1,500.00 | | Effective Date (Date of First Debit) May 10, 2019 | | Fees for Disbursements per occurrence or any other appropriate service. |
| The specific debits to my account authorized herein may only post on or after the EFFECTIVE DATE listed in the attached payment schedule. This authorization is to remain in full force and effect until PAN has received written notification from me of termination in such time and in such manner as to afford PAN a reasonable opportunity to act. | | | | ACH Credit:$5 00 ACH Debit/Check by phone $5.00 Overnight Check, Wire Transfer: $25.00 2-Day Check:$10.00 USPS Check: $5.00 |
| Client Signature | 04/17/2019 | DATE | Apr 17, 2019 | Notifications To Payment Automation Network Email: Clients@paymentautomation.net Phone: (800)813-3740 |
| CO-Client Signature | | DATE | Apr 17, 2019 | Fax: (866)600-2703 Portal: https://client.paymentautomation.net |

**Payment Schedule**

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 1 | May 10, 2019 | $500.00 | $0.00 | $500.00 |

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:56-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|---------------|---------------------|---------------|
| 2 | Jun 10, 2019 | $500.00 | $0.00 | $500.00 |
| 3 | Jul 10, 2019 | $500.00 | $0.00 | $500.00 |
| 4 | Aug 12, 2019 | $0.00 | $39.00 | $39.00 |
| 5 | Sep 10, 2019 | $0.00 | $39.00 | $39.00 |
| 6 | Oct 10, 2019 | $0.00 | $39.00 | $39.00 |
| 7 | Nov 12, 2019 | $0.00 | $39.00 | $39.00 |
| 8 | Dec 10, 2019 | $0.00 | $39.00 | $39.00 |
| 9 | Jan 10, 2020 | $0.00 | $39.00 | $39.00 |
| 10 | Feb 10, 2020 | $0.00 | $39.00 | $39.00 |
| 11 | Mar 10, 2020 | $0.00 | $39.00 | $39.00 |
| 12 | Apr 10, 2020 | $0.00 | $39.00 | $39.00 |
| 13 | May 11, 2020 | $0.00 | $39.00 | $39.00 |
| 14 | Jun 10, 2020 | $0.00 | $39.00 | $39.00 |
| 15 | Jul 10, 2020 | $0.00 | $39.00 | $39.00 |
| 16 | Aug 10, 2020 | $0.00 | $39.00 | $39.00 |
| 17 | Sep 10, 2020 | $0.00 | $39.00 | $39.00 |
| 18 | Oct 13, 2020 | $0.00 | $39.00 | $39.00 |
| 19 | Nov 10, 2020 | $0.00 | $39.00 | $39.00 |
| 20 | Dec 10, 2020 | $0.00 | $39.00 | $39.00 |
| 21 | Jan 11, 2021 | $0.00 | $39.00 | $39.00 |
| 22 | Feb 10, 2021 | $0.00 | $39.00 | $39.00 |
| 23 | Mar 10, 2021 | $0.00 | $39.00 | $39.00 |
| 24 | Apr 12, 2021 | $0.00 | $39.00 | $39.00 |
| 25 | May 10, 2021 | $0.00 | $39.00 | $39.00 |
| 26 | Jun 10, 2021 | $0.00 | $39.00 | $39.00 |
| 27 | Jul 12, 2021 | $0.00 | $39.00 | $39.00 |
| 28 | Aug 10, 2021 | $0.00 | $39.00 | $39.00 |
| 29 | Sep 10, 2021 | $0.00 | $39.00 | $39.00 |
| 30 | Oct 12, 2021 | $0.00 | $39.00 | $39.00 |
| 31 | Nov 10, 2021 | $0.00 | $39.00 | $39.00 |
| 32 | Dec 10, 2021 | $0.00 | $39.00 | $39.00 |
| 33 | Jan 10, 2022 | $0.00 | $39.00 | $39.00 |
| 34 | Feb 10, 2022 | $0.00 | $39.00 | $39.00 |
| 35 | Mar 10, 2022 | $0.00 | $39.00 | $39.00 |
| 36 | Apr 11, 2022 | $0.00 | $39.00 | $39.00 |

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:56-05:00

 

# E-Signature Completion Certificate

| | |
|---|---|
| **Document ID** | 5967404 |
| **Document GUID** | 89413a67-a8b7-9690-fe25-00c1074c7a40 |
| **Document Title** | Arete Student Loan Agreement CC |
| **Sender IP** | 174.126.133.20 |
| **Number of Signers** | 1 |
| **Signer Email** | krystam@aretefin.com |
| **Signer IP** | 64.208.159.230 |
| **Timestamp** | 2019-04-17T10:50:56-05:00 |
| **Document Hash** | 8bf7f2eff9dd19a80b5a2ac6a80c741d |

## Document Audit

- Sent at 2019-04-17T10:45:17-05:00 from IP 174.126.133.20
- Delivered to Bruce Lebitz krystam@aretefin.com at 2019-04-17T10:46:04-05:00 from 64.208.159.230
- Adopted Signature at 2019-04-17T10:46:10-05:00 from 64.208.159.230
- Completed Signing at 2019-04-17T10:50:56-05:00 from 64.208.159.230
- PDF Generated at 2019-04-17T10:50:56-05:00

## User Agent

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/73.0.3683.103 Safari/537.36

ID: 89413a67-a8b7-9690-fe25-00c1074c7a40 Signed: 2019-04-17T10:50:56-05:00

# Attachment C

10/2/2019                                        Gmail - Income Document Request

 Gmail                                   Bruce Lebitz <Redacted @gmail.com>

**Income Document Request**
4 messages

Krysta McKinney <krystam@aretefin.com>                          Wed, Apr 17, 2019 at 12:09 PM
To: 'Redacte @gmail.com' <Redacte @gmail.com>

Bruce,

When you are able please respond to this email and attach a copy or clear photo of your last 30 days' worth of paystubs.
Please let me know if you have any additional questions.

Thank you,


Krysta McKinney

Student Loan Advisor

krystam@aretefin.com

Scheduled hours:

Monday – Friday

7:00AM – 4:00PM PACIFIC


Toll-free
                833-204-2684 x5992
Direct          949-404-5992
                888-366-2219
Fax



1261 E. Dyer Rd. Suite 100
Santa Ana, CA. 92705 | aretefin.com

ATTACHMENT C

Page 335
PX11 Lebitz Decl.
Attach. C

10/2/2019                                Gmail - Income Document Request

THIS E-MAIL MAY CONTA IN NON-PUBLIC CONF DENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT
THE NTENDED REC PIENT ANY DISCLOSURE COPIES DISTRIBUTION, OR ACTIONS N RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROH BITED. PLEASE PROMPTLY NOTIFY
SENDER F YOU HAVE RECEIVED THIS E-MA L IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVLEGED OR OTHERWISE LEGALLY PROTECTED
FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE NTENDED REC PIENT ANY DISCLOSURE COPIES DISTRIBUTION, OR ACTIONS N RELIANCE ON THE CONTENTS OF
THIS E-MAIL IS PROH BITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MA L IN ERROR AND DELETE IT FROM YOUR E-MAILS.

**Bruce Lebitz** <Redacted @gmail.com>                          Wed, Apr 17, 2019 at 1:04 PM
To: Krysta McKinney <krystam@aretefin.com>

Here you go, Krysta...

Bruce
[Quoted text hidden]

**3 attachments**

 **20190412.pdf**
55K

 **20190315.pdf**
51K

 **20190329.pdf**
51K

**Krysta McKinney** <krystam@aretefin.com>                      Wed, Apr 17, 2019 at 3:11 PM
To: Bruce Lebitz <Redacted @gmail.com>

Bruce,

Just wanted to let you know I received these and they have been uploaded to your file.

Thank you,

Krysta McKinney

Student Loan Advisor

krystam@aretefin.com

**Scheduled hours:**

Monday – Friday

7:00AM – 4:00PM **PACIFIC**

Page 336
PX11 Lebitz Decl.
Attach. C

| | |
|---|---|
| Toll-free | 833-204-2684 x5992 |
| | 949-404-5992 |
| Direct | 888-366-2219 |

Fax



1261 E. Dyer Rd. Suite 100
Santa Ana, C.A. 92705 | aretefin.com

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT. ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS

[Quoted text hidden]

**Bruce Lebitz** <Redacted @gmail.com>                         Wed, Apr 17, 2019 at 3:17 PM
To: Krysta McKinney <krystam@aretefin.com>

Thank you!
[Quoted text hidden]

Page 337
PX11 Lebitz Decl.
Attach. C

# Attachment D

 Gmail

Bruce Lebitz <Redacted @gmail.com>

## Welcome Bruce Lebitz to Arete Financial Freedom 312816437
1 message

info@aretefinancialfreedom.com <info@aretefinancialfreedom.com>
To: Redacted @gmail.com

Wed, Apr 17, 2019 at 2:07 PM

# [ **Arete**Financial Freedom]

Hello Bruce,

Thank you for choosing Arete Financial Freedom, the chosen leader in Student Loan Processing. We would like to welcome you to the Student Loan Consolidation Program. This is a time for you to rejoice and we are excited for the opportunity to assist you throughout the consolidation process. Because quality service is important to our clients, we take every effort to make modest improvements in our service. Your valuable feedback can help us continue improving our services and better streamline our processes.

Congratulations on choosing Loan Consolidation! I see that you're consolidating your federal student loans and saving up to 80% on your monthly payment. Should you have any questions regarding your consolidation, please contact your student loan adviser.

### How Your Application Is Processed

*When a borrower consolidates loans in the Direct Consolidation Loan Program, the Federal Government pays off the loan balance on the original federal education loans and originates a new loan for the total. Here's how that works from a borrower's point of view.*

*It takes five simple steps to process your application after we receive it.*

**Step 1. Application Review:** After we receive your fully completed application, it is edited, assigned an application identification number, entered into our system, and the process begins. We will contact you if additional information is needed.

**Step 2. Contact Loan Holder(s):** Using the loan information from your application, we contact your loan holder(s) to verify the loan's eligibility for consolidation and its current loan balances (including accrued interest, fees, or collection costs). If you currently are required to make payments on your loan(s), continue to do so. You will need to continue making payments until you receive written notification that your loan(s) has been successfully consolidated and it is time to start paying your Direct Consolidation Loan.

**Step 3. Loan Statement:** After your loan holder(s) certifies the "payoff" balance(s), we will send you a letter and loan statement listing the loan(s) being consolidated. You have 15 days to review this information for accuracy and to make adjustments.

**Step 4. Account Set-Up:** We forward payoff information to your federal loan servicer once your loan(s) is successfully consolidated. Your federal loan servicer sends you a "Welcome" letter and information about repayment.

This multi-step process generally takes 60-90 days before the information is sent to the federal loan servicer. You will receive a bill within 60 days of your federal loan servicer receiving your account information.

We sincerely appreciate your business, and welcome your feedback!

Processing Department

Direct | (888) 331-5827

Fax | (888) 366-2219

**ATTACHMENT D**

Page 338
PX11 Lebitz Decl.
Attach. D

Gmail - Welcome Bruce Lebitz to Arete Financial Freedom 312816437

**Hours of Operation: 9AM-5PM Pacific Standard Time**
**info@aretefinancialfreedom.com**

THIS E-MAIL MAY CONTAIN NON-PUBLIC CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. F YOU ARE NOT THE INTENDED REC PIENT. ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS N RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROH BITED. PLEASE PROMPTLY NOTIFY SENDER F YOU HAVE RECEIVED THIS E-MA L IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION. PRIV LEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED REC PIENT. ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS N RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROH BITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MA L IN ERROR AND DELETE IT FROM YOUR E-MAILS.

Page 339
PX11 Lebitz Decl.
Attach. D

 Gmail                                                    Bruce Lebitz <Redacted @gmail.com>

---

## Arete Financial Freedom - 7 Things Your Current Loan Servicer Fails To Tell You
1 message

**info@aretefinancialfreedom.com** <info@aretefinancialfreedom.com>                    Wed, Apr 17, 2019 at 2:07 PM
To: Redacted @gmail.com

[ **Arete**Financial Freedom ]

Hello Bruce,

7 Things your loan servicer fails to tell you. When it comes to dealing directly with your current loan servicer, please note they could have saved you thousand of dollars years ago but failed to do so as they do not find it profitable.

These loan servicers are not government agencies, they are private for profit companies just like your bank.

1. These are government insured loans, yes guaranteed by your tax dollars. The servicer make money regardless of you making your payments or not, in fact they stand to make more in the end if you default. So they have no interest in helping you understand anything.
2. Servicer's set your payments high with the shortest term automatically after school, in order that you might have to file a forbearance (put on hold) all the while knowing that your balance is growing and your forbearance is limited. Once you run out of forbearance time, your balance could have ballooned to the point of you unable to make the large payments, sending you in to default.
3. Your payments are now higher, your balance has doubled and interest compounded which leads to default and having your account go to collections! But Wait that's not all..an additional 25% will be added to your loan balance upon default. Ensuring a life of enslavement to these loans.
4. Because of the this default ratio, the government has passed a new law to have your balance forgiven after a significant amount of payments over time.
5. You can now use a 3rd party organizations to help you understand your loans and your available options. not just the best option for the bank.
6. When it comes to preparing documents for your application. You need a 3rd party organization to complete them correctly to get guaranteed results. You wouldn't have the IRS file your taxes,why would you have the servicer fill out your paperwork in the program they chose for you.
7. We help you monitor and cure any requirements requested and make sure that your loan servicers are not taking advantage of your vulnerability (Not fully understanding). What you don't know can hurt you in the long run financially.

Thanks to the Better Business Bureau, you can now see consumer reviews of each Federal Approved loan servicers.

It is always good to do your research. Click on the link below of your current loan servicer and see what others had to say.

Arete is a BBB A Rated Company ......WE CARE ABOUT YOUR SITUATION

Beware of Navient-www.bbb.org/delaware/business-reviews/loans/navient-in-wilmington-de-92002017/reviews-and-complaints

Beware of Nelnet- www.bbb.org/nebraska/business-reviews/scholarships-and-financial-aid/nelnet-national-educational-loan-network-in-lincoln-ne-209000034/reviews-and-complaints

Beware of Great Lakes- www.bbb.org/wisconsin/business-reviews/consumer-finance-and-loan-companies/great-lakes-higher-education-corporation-in-madison-wi-12000219/reviews-and-complaints

Beware of FedLoan Servicing- www.bbb.org/washington-dc-eastern-pa/business-reviews/government-us/fedloan-servicing-in-harrisburg-pa-202729473/reviews-and-complaints

Update on Navient 2017- http://usat.ly/2k0vCUv

**Processing Department**

Toll Free | (888) 331-5827
Fax | (888) 366-2219

Hours of Operation: 8AM-6PM Pacific Standard Time
info@aretefinancialfreedom.com
www.aretefinancialfreedom.com

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

Page 341
PX11 Lebitz Decl.
Attach. D

10/2/2019                                    Gmail - Bruce Lebitz - Eligibility Confirmation

 **Gmail**                                    Bruce Lebitz <Redacted @gmail.com>

## Bruce Lebitz - Eligibility Confirmation
1 message

**info@aretefinancialfreedom.com** <info@aretefinancialfreedom.com>          Wed, Apr 17, 2019 at 2:07 PM
To: Redacted @gmail.com

# [ **Arete**Financial Freedom ]

**Toll Free | (888) 331-5827**

**BORROWER ELIGIBILITY CONFIRMATION**

**Date: Apr 17, 2019**

**To:**

Bruce Lebitz

Redacted

Shippensburg PA Reda

**Client ID :** Redacted                                        **SSN** Redacted
                                                                **DOB** Redacted

You are confirmed for the following government program. **Revised Pay As You Earn (REPAYE) REPAYMENT.**

This Federal Program introduced by the Obama Administration is intended to help stabilize the 1.2 Trillion dollar student loan epidemic and help struggling students achieve income based payments get relief and avoid **DEFAULT**.

**Total Enrolled Debt:** 57,921.00

**Based on AGI:** 115000

**Included Loans:**

| Creditor | Account # | Amount Owed |
|---|---|---|
| FFEL CONSOLIDATED | | $42,830.00 |
| FFEL CONSOLIDATED | | $15,091.00 |
| FFEL CONSOLIDATED | | $0.00 |
| FFEL STAFFORD UNSUBSIDIZED | | $0.00 |
| FFEL STAFFORD SUBSIDIZED | | $0.00 |
| FEDERAL PERKINS | | $0.00 |
| FFEL STAFFORD UNSUBSIDIZED | | $0.00 |
| FFEL STAFFORD UNSUBSIDIZED | | $0.00 |
| FFEL STAFFORD UNSUBSIDIZED | | $0.00 |
| FFEL STAFFORD SUBSIDIZED | | $0.00 |
| FFEL STAFFORD UNSUBSIDIZED | | $0.00 |
| | | **$57,921.00** |

**Page 342**
**PX11 Lebitz Decl.**
**Attach. D**

Gmail - Bruce Lebitz - Eligibility Confirmation

| Creditor | Account # | Amount Owed |
|---|---|---|
| FFEL STAFFORD SUBSIDIZED | | $0.00 |
| FFEL STAFFORD UNSUBSIDIZED | | $0.00 |
| | | $57,921.00 |

**Approved Program:** Revised Pay As You Earn (REPAYE)

**Program Maturity Savings: $55,134.00**

---

*The William D. Ford Direct Loan program is an initiative by the federal government to help subsidize the 1.2 trillion-dollar student loan debt in the U.S. Borrowers under these income based programs significantly reduce their payments and eventually even reach possible forgiveness based off of eligibility requirements.*

---

**The process from beginning to end takes approximately 21-45 days.**

In order to stay compliant in your program you must maintain the following:

- Submit required income documentation to processing within 5 business days of enrollment.
- Send updated documents to the processing department in a timely manner (i.e., paystubs, tax returns, paperwork correspondence, lender correspondence, etc...).
- Maintain program management costs and monthly payments.

### Customer Service Department

### Toll Free | (888) 331-5827

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS

# Attachment E

 Gmail

Bruce Lebitz <Redacted @gmail.com>

## Questions about my Payments
2 messages

**Bruce Lebitz** <Redacted @gmail.com>                                    Mon, Jul 1, 2019 at 12:21 PM
To: info@aretefinancialfreedom.com

Good Afternoon,

I have attempted to call the processing department several times and have not received a call back.  I'm getting emails from Fed Loan Servicing indicating I have a payment due of $571 on July 3rd, but I also have a payment due to Arete for $500 on July 10th. I thought I had a 3 month forebearance in place and I wouldn't start payments with Fed Loan Servicing until after the payments were completed with Arete?

Regards,

Bruce Lebitz

**Bruce Lebitz** <Redacted @gmail.com>                                    Wed, Jul 3, 2019 at 10:20 AM
To: info@aretefinancialfreedom.com

I still have yet to hear back from anyone.  At this point, I do not authorize any additional payments to be taken from my account until someone contacts me back.  If you continue to be unresponsive, I will take next steps with the Better Business Bureau.

Regards,

Bruce Lebitz
[Quoted text hidden]

ATTACHMENT E

Page 344
PX11 Lebitz Decl.
Attach. E

# Attachment F

10/3/2019                                Gmail - [2091617] Re: Consolidation << Reference ID: 2091617 >>

 Gmail                                                    Bruce Lebitz <Redacted @gmail.com>

---

## [2091617] Re: Consolidation << Reference ID: 2091617 >>
1 message

accountinfo@myfedloan.org <accountinfo@myfedloan.org>                    Wed, Jul 3, 2019 at 10:31 AM
Reply-To: accountinfo@myfedloan.org
To: Redacted @gmail.com


Thank you for contacting FedLoan Servicing!

We processed your application for consolidation and your Direct Consolidation Loan was disbursed on May 21, 2019. On
that date, we submitted funds to pay off the underlying loan(s) that are included in your Direct Consolidation Loan. We
have no relationship to the Company Arete Financial Freedom.

Please use the "Contact Us" link through your online account at MyFedLoan.org to submit inquiries via a secure email
form. You may also call us toll-free at 1-800-699-2908 to reach our Customer Service Department, which is open Monday
through Friday, 8:00 AM - 9:00 PM (ET).


Sincerely,


Margaret

FedLoan Servicing



>> **Original Message ...**
>> From: Redacted @gmail.com
>> To: accountinfo@myfedloan.org
>> Subject: Consolidation
>> Sent: 07/03/2019 10:31
>>
>> Account: 5814299946
>> Email Address On File: Redacted @gmail.com
>> IP Address: 64.208.159.230
>> Message: I used a company called Arete Financial Freedom to consolidate my Student Loan debt. What is your
relationship to them? I'm being told I need to make payments to both companies and I'm confused as to who now owns
my student loans. Please advise.
>>
>>
>> Regards,
>>
>>

                                        ATTACHMENT F

This message contains privileged and confidential information intended for the above addressees only. If you receive this
message in error please delete or destroy this message and/or attachments.

Page 345
PX11 Lebitz Decl.
Attach. F

The sender of this message will fully cooperate in the civil and criminal prosecution of any individual engaging in the unauthorized use of this message.

Code:PHEAA

Page 346
PX11 Lebitz Decl.
Attach. F

# Attachment G

10/2/2019                          Gmail - Cancellation Confirmation For Bruce Lebitz - # 312816437

 Gmail                                          Bruce Lebitz < Redacted @gmail.com>

---

## Cancellation Confirmation For Bruce Lebitz - # 312816437
1 message

info@aretefinancialfreedom.com <info@aretefinancialfreedom.com>          Fri, Jul 5, 2019 at 11:47 AM
To: Redacted @gmail.com

[ **Arete**Financial Freedom ]

**Dear Bruce,**

**Thank you for considering us to service your Direct Consolidation Loan! We are sorry to see you go!**

We received your CANCELLATION REQUEST and have processed your cancellation.

**What Happens Next?**
We will no longer be communicating with your current servicers to verify any of your loan details. We will dispose of any
correspondence we receive on your behalf to consolidate your loans, we will no longer be responsible for any verification
on your behalf regardless of the stage your application is currently in at the time of cancellation.

- All and any Loans Included in your consolidation
- Loans removed, or not included, in your consolidation
- Consolidation Loan balance
- Updated Repayment Plan payments and yearly verification

**IMPORTANT:** We will cease any collection of remaining balance owed of the initial enrollment fee. The amount owed
under legal contract will no longer be considered due. No further collection effort will be made and no negative reporting
will be furnished to the 3 credit bureaus.

If you would like to re instate your consolidation or application, it is important that you contact us IMMEDIATELY at
**(888) 331-5827.**

If you have any questions about the mail you receive or about the process, please contact:

**Processing Department**

Toll Free | (888) 331-5827

**Hours of Operation: 8AM-5PM Pacific Standard Time**
info@aretefinancialfreedom.com
www.aretefinancialfreedom.com

THIS E-MAIL MAY CONTAIN NON-PUBLIC. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU
ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE
PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR
OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR
ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND
DELETE IT FROM YOUR E-MAILS.

ATTACHMENT G

**Page 347**
**PX11 Lebitz Decl.**
**Attach. G**

# PX12
# Declaration of
# Tyrone McCauley

DECLARATION OF TYRONE MCCAULEY
Pursuant to 28 U.S.C. §1746

ORIGINAL

I, Tyrone McCauley, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them.  If called as a witness, I could and would testify as follows:

1.      I am 47 years of age and reside in China Grove, North Carolina.  I am a Certified Peer Support Specialist and Certified Health Coach at the Kernersville Veterans Health Care Center in Kernersville, North Carolina.  I am also a Navy combat veteran.

2.      In 2015, I graduated from college with a degree in medical office administration and had approximately $30,000 in student loan debt.  Because I am a veteran, I was able to defer payment on the loan for two years.

3.      On or about July 1, 2018, around the time that my first loan payment was due, I received a telephone call from a man, Derek Trustin, representing Arete Financial ("Arete").  Mr. Trustin said that Arete was a third party company that worked with the Department of Education ("DOE") to provide student loan debt assistance to borrowers.  He told me that I was likely eligible for student loan debt forgiveness and suggested that there was some urgency to apply because these programs established by the Obama Administration and were going to end soon.  Mr. Trustin seemed knowledgeable and professional.

4.      Mr. Trustin asked me a series of questions about my job, income and expenses.  He also asked me to send him my bi-weekly earnings statement, which I accessed online and emailed to him using my phone while we were talking.  Mr.

Tyrone McCauley Declaration, p. 1 of 4

1  Trustin reviewed my information and told me that Arete could reduce my student
2  loan debt from $30,000 to $3,000. He said that I met the income threshold to
3  qualify for student debt loan forgiveness. I was happy to hear this news, but I
4  wanted to be sure that Arete was working with the DOE. I asked him several times
5  whether Arete was working directly with the DOE and Mr. Trustin confirmed it
6  each time that I raised it.

7

8     5.     Mr. Trustin told me that in order for Arete to provide me the promised
9  services, I needed to pay $899 upfront and could pay in three installments,
10  followed by a $39 monthly payment for 36 months. I asked Mr. Trustin
11  specifically if the money I paid Arete would be applied to my student loan debt and
12  he confirmed that it would be applied my student loan debt. With that
13  confirmation and based on Mr. Trustin's claim that my $30,000 loan debt was
14  going to drop to $3,000, I agreed to purchase Arete's services. Mr. Trustin asked
15  me for a credit or debit card number for the payments and I provided him with my
16  debit card information.

17

18     6.     Mr. Trustin then emailed me some documents to review and sign
19  digitally. He kept me on the phone during this process. He briefly described what
20  I was signing as I was signing and initially the documents that he emailed me. The
21  type face was quite small and I could not really read the documents. As soon as I
22  initialed or signed in one spot, my phone jumped to the next place for initials or a
23  signature. The places where I was asked to initial or sign were highlighted in
24  yellow. This entire signing process took less than five minutes. **Attachment A** is
25  a true and correct copy of one of the documents that I signed that day; this

26

27

28  Tyrone McCauley Declaration, p. 2 of 4

1   document outlines the agreed-to payment schedule.  I do not have copies of the
2   other documents that I signed with Arete.
3
4          7.     In accordance with the Arete payment schedule, I paid Arete $299.67
5   on July 27, 2018, August 31, 2018, and $299.67 on September 21, 2018.  I began
6   paying the $39 monthly fee on October 6, 2018.  True and correct copies of two
7   emails that I received from Arete regarding the August and September payments
8   are appended as **Attachment B**.
9
10         8.     On or about December 5, 2018, I received an email from Arete
11  providing me with login information for their customer portal at
12  www.studentdebtportal.com.  A true and correct copy of a printout of that email is
13  appended as **Attachment C**.  I do not remember Mr. Trustin mentioning the portal
14  or explaining why it was of use.  **Attachment D** is a true and correct copy of a
15  printout of a September 14, 2018 email that I received regarding someone
16  accessing the customer portal, but I do not think it was me.  I do not recall ever
17  accessing the customer portal.
18
19         9.     In late December 2018, I received a telephone call from someone with
20  the DOE.  The man with DOE wanted to know why I was not paying my student
21  loan.  I explained that I had been paying Arete and was under the impression that
22  my payments to Arete were being applied to my student loan.  The DOE
23  representative suggested that Arete misrepresented their services if they claimed
24  that the money I was paying them had been applied to my student loan.  The DOE
25  representative explained that there had been no payments made on my student
26  loan.  At that point, I realized that I had been scammed.
27
28  Tyrone McCauley Declaration, p. 3 of 4

1

2      10.    After I spoke to the DOE representative, I called Arete and spoke to a

3  woman whose name I do not recall.  I complained that I wanted my money back

4  because they had deceived me into thinking that the money that I was paying them

5  was applied to my student loans.  The woman asserted that since I signed and

6  initialed the paperwork, where everything was disclosed, Arete would refund my

7  single payment of $39, but not the upfront payments of $899.

8

9      11.    I paid Arete $899 based on the claim that my $30,000 student loan

10  debt would be reduced to $3,000, and that my payment to Arete would be applied

11  to my student loan.  That was untrue.

12

13      I declare under penalty of perjury that the foregoing is true and correct to the

14  best of my knowledge.

15

16  Dated:   _6/25/19_____, 2019                                

                                                    Tyrone McCauley

17

18

19

20

21

22

23

24

25

26

27

28  Tyrone McCauley Declaration, p. 4 of 4

# Attachment A

[ **Arete**Financial Freedom ]

<u>**Credit Card Authorization Form**</u>

I Tyrone Mccauley, authorize ARETE FINANCIAL LLC to charge my credit card *****Redacted For the total of $899.00 on the dates listed below #214973104

| | | |
|---|---|---|
| Jul 27, 2018 | $299.67 | 𝒯ℳ |
| Aug 31, 2018 | $299.67 | 𝒯ℳ |
| Sep 28, 2018 | $299.66 | 𝒯ℳ |

Additionally, I authorize ARETE FINANCIAL to charge a Monthly Maintenance Fee of 39.00 on the 6th of every month for 36 months thereafter until loan obligations have been fulfilled.

𝒯ℳ

Your method of payment is as follows:

**Credit Card Number: Visa**          **Name On Credit Card: Tyrone J Mccauley**

**Credit Card Number:**          **Expiration Date:**          **Security Code   3 digits on Back of Card:**

**Billing Address of Credit Card:**

China Grove NC

**Contact Numbers:**

Home Phone:
Cell Phone:

Amount due $899.00 Contract #214973104

**Address: 1261 E. Dyer Rd. #100, Santa Ana, CA 92705**

*Tyrone Mccauley*
Signature

07/02/2018
Date

Page 1 of 2                    **ATTACHMENT A**

ID: 2682566b-477e-a9c0-b0f6-138da5e54b73 Signed: 2018-07-02T10:27:00-05:00

**Page 353**
**PX12 McCauley Decl.**
**Attach. A**

 

# E-Signature Completion Certificate

| | |
|---|---|
| **Document ID** | 4804086 |
| **Document GUID** | 2682566b477e-a9c0-b0f6-138da5e54b73 |
| **Document Title** | CC Authorization |
| **Sender IP** | 12.244.55.162 |
| **Number of Signers** | 2 |
| **Signer Email** | tyrone.mccauley |
| **Signer IP** | 152.133.7.67 |
| **Timestamp** | 2018 07-02T10:27:00-05:00 |
| **Document Hash** | de2ab9709992be57a774ca3336e28a45 |

## Document Audit

- Sent at 2018-07-02T10:23:44-05:00 from IP 12.244.55.162
- Delivered to Tyrone Mccauley tyrone.mccauley@ _____ at 2018-07-02T10:26:27-05:00 from Redacted 7
- Adopted Signature at 2018-07-02T10:26:39-05:00 from Redacted
- Completed Signing at 2018-07-02T10:27:00-05:00 from Redacted
- PDF Generated at 2018-07-02T10:27:00-05:00

## User Agent

Mozilla/5.0 (Windows NT 6.1; Win64; x64; Trident/7.0; rv:11.0) like Gecko

ID: 2682566b-477e-a9c0-b0f6-138da5e54b73 Signed: 2018-07-02T10:27:00-05:00

# Attachment B