**From:** Arete Financial Freedom   Accounting <accounting@aretefinancialfreedom.com>
**Sent:** Tuesday, August 28, 2018 4:19 PM
**To:** McCauley, Tyrone J SBY         <Tyrone.McCauley@
**Subject:** [EXTERNAL] Reminder from Arete Financial: Your payment is due on 08/31/2018

Arete-logo



Tyrone Mccauley,

We want to remind you that your next payment with Arete Financial Freedom is scheduled for 08/31/2018 in the amount of 299.67

Remember, we are here to help you reach your goals. Please contact as soon as possible to reschedule your program payment if you are having any problems making it. If we do not hear from you the charges will be debited as scheduled.

We know that these are financially difficult times for you. We understand there are situations that arise which make it difficult to meet your obligations. In the interest of finishing our program as scheduled, please contact us and we will do our best to accommodate you needs.

Respectfully,

**Accounting Department**

**Arete Financial**

accounting@aretefinancialfreedom.com

(888) 331-5827

M-F 8AM-5PM PST

unsubscribe

**ATTACHMENT B**

Page 355
PX12 McCauley Decl.
Attach. B

**From:** Arete Financial Freedom - Accounting <accounting@aretefinancialfreedom com>
**Sent:** Tuesday, September 18, 2018 4:29 PM
**To:** McCauley, Tyrone J SBY [redacted] <Tyrone.McCauley@ [redacted]
**Subject:** [EXTERNAL] Reminder from Arete Financial: Your payment is due on 09/21/2018

Arete-logo

Tyrone Mccauley,

We want to remind you that your next payment with Arete Financial Freedom is scheduled for *09/21/2018* in the amount of *299.67*

Remember. we are here to help you reach your goals. Please contact as soon as possible to reschedule your program payment if you are having any problems making it. If we do not hear from you the charges will be debited as scheduled.

We know that these are financially difficult times for you. We understand there are situations that arise which make it difficult to meet your obligations. In the interest of finishing our program as scheduled, please contact us and we will do our best to accommodate your needs

Respectfully,

**Accounting Department**

**Arete Financial**

accounting@aretefinancialfreedom.com

(888) 331-5827

M-F 8AM-5PM PST

unsubscribe

# Attachment C

**From:** info@aretefinancialfreedom.com <info@aretefinancialfreedom.com>
**Sent:** Wednesday, December 5, 2018 3:10 PM
**To:** McCauley, Tyrone J SBYVAMC
**Subject:** [EXTERNAL] Arete Financial Client Portal Welcome

Dec 05, 2018

Client Name: **Tyrone Mccauley**
Address:
City, State Zip: China Grove, NC

ID: **214973104**
Phone:

Dear **Tyrone**,
Thank you for choosing Arete Financial. Below you will find log in information. If you have any questions please feel free to contact the customer service department.

**Customer Login:**

Please visit your Customer Portal and access your account with Arete Financial.

https://www.studentdebtportal.com/

Username: Redacted

Password: Redacted

**ATTACHMENT C**

Page 357
PX12 McCauley Decl.
Attach. C

Sincerely,

**Derek Trustin**
**Arete Financial**
**Customer Service Department**

# Attachment D

**From:** noreply@debtpaypro.com <noreply@debtpaypro.com>
**Sent:** Friday, September 14, 2018 12:36 PM
**To:** McCauley, Tyrone J SBY       <Tyrone.McCauley@       >
**Subject:** [EXTERNAL] A New Note Has Been Created In The Customer Portal - 214973104

**A client has created a note in the customer portal.**

Date: Sep 14, 2018

Company: Arete Financial

Client Name: Tyrone Mccauley

Record ID: Redacted

Agent: Derek Trustin

https://arete.debtpaypro.com/

**ATTACHMENT D**

# PX13
# Declaration of
# Stevie Peacock

DECLARATION OF STEVIE PEACOCK   ~~ORIGINAL~~
Pursuant to 28 U.S.C. §1746

I, Stevie Peacock, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.      I am over the age of 18 and reside in Miami, Florida. I graduated from college in 2016 and began graduate school thereafter. I have not yet completed my graduate degree. I have one federal student loan totaling approximately $14,000. I am and have been employed as a public school teacher since August 2016.

2.      On or about August 27, 2018, I received an unsolicited telephone call from a man who said his name was Adam Friedman and that he was with Arete Financial Freedom ("Arete"). Adam told me that Arete could get me into the public service loan forgiveness program and lower my monthly loan payments to $39. At that time, I had been paying regularly on my student loan, but I was very interested in the public service loan forgiveness program.

3.      Adam told me that there was a cost to enroll in the program. He explained that there was an upfront fee of $899, which I could pay in three installments of $299.67. That would be followed by monthly payments of $39 for 120 months. He said that after I paid the $39 monthly payments for 120 months or ten years, the balance of my student loan would be forgiven. Because I was interested in getting into the public service loan forgiveness program and lowering my monthly student loan payments, I agreed to try the program. Adam asked me for my Federal Student Aid ("FSA") login credentials. He said that he needed that

Stevie Peacock Declaration, p. 1 of 4

1   information in order to get the process started, so I provided him with that
2   information.  He obtained my credit card number so that Arete could charge me for
3   the upfront fee and the $39 monthly loan payments.  He also sent me an email with
4   a link to download documents that he said I needed to sign.  I clicked on the email
5   link and the documents downloaded to my personal computer.  Adam was on the
6   phone with me as I signed the documents.  He did not explain the documents, but
7   rather rushed me through signing them, telling me where to initial and where to e-
8   sign the documents.  I did not have a chance to review the documents.
9   **Attachment A** consists of true and correct copies of the documents that I e-signed
10  while Adam was talking to me.
11
12       4.      Adam also asked about my marital status and I told him that I was
13  single.  He asked me about my household size and I told him that I lived alone.  I
14  have since become aware that on one of the documents I e-signed, the "Preparation
15  Service Agreement" (Att. A, p. 13), Arete indicated that I have a "family size" of
16  five, which is not true.
17
18       5.      After I signed the documents, Adam told me that he was going to
19  transfer me to another person who would ask me a series of questions to which I
20  must answer "yes" or "no," and that my responses to the questions would be
21  recorded.  I do not remember if the person who asked me the questions was a man
22  or a woman.  I do not remember the questions that I was asked, but I remember
23  being asked questions and understanding that my "yes" or "no" responses were
24  being recorded.
25
26       6.      On that same day, I received three emails from Arete.  Two of these
27  were from info@aretefinancialfreedom.com, one providing login credentials for
28
    Stevie Peacock Declaration, p. 2 of 5

1   their customer portal and the other welcoming me to the "student loan

2   consolidation program." At the time, I assumed that the reference to a

3   "consolidation program" meant the process of moving my loan to the public

4   service loan forgiveness program, as Adam and I had discussed. The third email

5   was from adam.friedman@aretefinancialfreedom.com, asking me to reply to his

6   email with copies of my two most recent pay stubs or copies of the first two pages

7   from my 2017 federal tax return. True and correct copies of printouts of these

8   three emails are appended as **Attachment B**. I replied to Adam's email request

9   that same day, attaching copies of the first two pages of my 2017 federal income

10  tax return. **Attachment C** is a true and correct copy of a printout of my email to

11  Adam.

12

13        7.      Adam never mentioned consolidation during our phone call. With the

14  benefit of hindsight, I have realized that Arete could not have enrolled me in a

15  "consolidation" program (as the email in Attachment B indicates), because I have

16  only one federal student loan.

17

18        8.      Over the next three months, I paid the three installments of $299.67

19  and starting in November 2018, I began paying the $39 monthly payment. I

20  logged in to the Arete Customer Portal a few times and found it hard to navigate. I

21  was able to access the "message center" and view messages from Arete. I do not

22  have copies of any of those messages.

23

24        9.      In May 2019, I received an email from FSA indicating that I needed to

25  begin paying the interest on my loan. I called FSA and the customer service agent,

26  a man, said that they had no evidence of communications with Arete, that no

27  public service loan forgiveness application had been made on my behalf, and that

28

Stevie Peacock Declaration, p. 3 of 5

1   none of my payments to Arete had been applied to my student loan.  The FSA
2   representative advised me that my loan was in an income driven repayment
3   program ("IDR"), with a zero monthly payment.  I believe that Arete filed an
4   application in my name to put me into the IDR program.  The FSA representative
5   advised me that I could have filed an IDR application on my own free of charge.
6   The FSA representative also explained that because I was still enrolled in graduate
7   studies, I could have deferred payment on my student loan.
8
9       10.   After this telephone call with the FSA representative, I contacted
10  Arete and cancelled my contract with the company.  I also requested a refund but
11  they refused to give me one.  I also contacted my credit card issuer, explained the
12  situation and requested a refund of the amounts that I had paid to Arete.  My credit
13  card issuer only provided me a refund for the last three payments of $39 that I
14  made in 2019.
15
16      11.   On or about September 4, 2019, I logged in to the portal at
17  www.studentdebtportal.com (see Att. B) and found two documents that interested
18  me.  The first was a completed Income-Driven Repayment Plan Request that I had
19  never seen before.  In Section 1, the space for the borrower's email address
20  indicates my normal email handle followed by "@aretemail.com."  This is not my
21  email address, which is at gmail.com.  I can only assume that Arete changed my
22  email address without my knowledge or authorization.  Additionally, in Section 3,
23  Question 6, the request indicates that there are four people living with me.  This is
24  not true.  As I noted earlier, I told Adam that I lived alone.  A true and correct copy
25  of this request form is appended as **Attachment D**.  The second document was an
26  Income-Driven Repayment Plan Approval from FedLoan Servicing.  I had never
27  seen this document before, and I had not discussed income-driven repayment
28

Stevie Peacock Declaration, p. 4 of 5

during my phone conversation with Adam Friedman.  A true and correct copy of this document is included as **Attachment E**.

12.     If I had known that Arete would not place my student loan in the public service loan forgiveness program and that my $39 monthly payments were not being applied to my student loan, I would never have signed up or paid Arete. In exchange for more than $1,000 that I paid Arete, the company simply filed paperwork that I could have filed myself free of charge.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: _September 27_, 2019

_____
Stevie Peacock

Stevie Peacock Declaration, p. 5 of 5

# Attachment A

# [ **Arete** Financial Freedom ]

## SERVICE AGREEMENT

This service agreement ("Agreement") is made and entered into this 27th day of August, 2018, by and between Arete Financial LLC ("Arete Financial LLC"), and Stevie Peacock hereinafter referred to as ("Client"), whose address is Redacted      Miami Beach FL Reda , with reference to the following.

## RECITALS

A. Arete Financial LLC provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation") and/or restructure the current payment to a new ("Income-Driven Repayment");

B. Client requests Arete Financial LLC perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth, below, Arete Financial LLC and Client do hereby agree to the following:

## 1. Client Loan Service Definition.

Arete Financial LLC provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. Arete Financial LLC will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

## 2. Nature of Service; No Legal or Tax Advice.

Arete Financial LLC is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. The Client acknowledges that Arete Financial LLC is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

## 3. Rehabilitation; Garnishment.

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, Arete Financial LLC will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, Arete Financial LLC will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

## 4. Fees.

Client agrees to pay Arete Financial LLC a Service fee of $899.00 for providing the Services. In addition Client agrees to pay Arete Financial LLC a Monthly Maintenance fee of: $39.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, Arete Financial LLC will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

## 5. Refund.

Client understands that Arete Financial LLC is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website. However, Arete Financial LLC guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with Arete Financial LLC providing all information requested by Arete Financial LLC and DOE in a timely manner as deemed by Arete Financial LLC and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 30 days of any loan application denial by the DOE. Arete Financial LLC will reimburse 100% of the Service fee paid by Client.

## 6. Process.

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. Arete Financial LLC relies on the applicable lender(s) and Arete Financial LLC cannot be held liable for delayed completion due to delays in

## ATTACHMENT A

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00

obtaining information or approvals from third parties or the DOE. The average completion time to process a Federal Student Loan Consolidation through Arete Financial LLC is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

**7. Client Warranty.**

Client expressly represents and warrants that they will provide Arete Financial LLC with information that is complete and accurate to the best of their knowledge. Arete Financial LLC is under no obligation to independently verify the information provided by Client.

**8. Client Authorization.**

I hereby authorize Arete Financial LLC to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize Arete Financial LLC to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. II is understood that a copy of this Agreement will also serve as authorization. The information Arete Financial LLC obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

**9. Arbitration and Choice of Law.**

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

**10. Indemnification.**

Client hereby agrees to defend and hold harmless Arete Financial LLC from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

**11. Termination of Agreement.**

Client may cancel this contract any time with written notice to Arete Financial LLC prior to being approved for Federal Student Loan Consolidation. Any fees paid to Arete Financial LLC at time of cancellation shall be deemed earned as long as Arete Financial LLC has acted in good faith in performing services on behalf of Client. Arete Financial LLC may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn. and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, Arete Financial LLC (Arete Financial LLC), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (888) 331-5827.

| | |
|---|---|
| Stevie Peacock | *Stevie Peacock* |
| NAME | SIGN |
| 06/27/2018 | Redacted |
| DATE | SSN |

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5  Signed: 2018-08-27T14:47:20-05:00

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00

## Privacy Policy

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal information. Personal information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports: information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and Arete Financial LLC to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact Arete Financial LLC Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e. exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt-out' of having personal information shared. By providing information to Arete Financial LLC you are consenting to the collection, use, and disclosure of personal information in the manner described in this privacy policy. This policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

**1261 E. Dyer. Rd. #100, Santa Ana, CA 92705**

Email Address: info@aretefinancialfreedom.com

Stevie Peacock
_____
    NAME

08/27/2018
_____
    DATE

_Stevie Peacock_
_____
    SIGN

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00

**Student Loan Consolidation Payment Plan Estimate**

| Loan Program Selected | Number of Payment (Months) | Payment Amount* |
|---|---|---|
| Revised Pay As You Earn (REPAYE) | 120 | 0.00 |

*Starting payment in the case of the Income Based Repayment plan
**Estimated Principle and Interest Paid if all payments are made as scheduled

The above quote is an ESTIMATE of what the new payment would be based upon the information client has provided. There are no guarantees, until your income has been verified and your application has been reviewed by the U.S. Department of Education and your current loan servicer. By signing below, you agree to the terms and conditions.

Stevie Peacock
Name

*Stevie Peacock*
Signature

08/27/2018
Date

Redacted
SSN

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00

**Limited Scope Power of Attorney**

- THIS LIMITED POWER OF ATTORNEY IS ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION ("DOE") AND CLIENT, Stevie Peacock ("GRANTOR"). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.

- I, Stevie Peacock, Social Security # Redacted , residing at Redacted   Miami Beach FL Reda , Miami Beach FL Reda , this date, Aug 27, 2018, hereby appoints Arete Financial LLC as my ATTORNEY-IN-FACT to perform on my behalf as indicated below. With this signature, Stevie Peacock authorizes Arete Financial LLC to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,

1.     Access my account with the DOE, including taking steps and providing information necessary to access the account.

2.     Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3.     Drafting and, following my execution, submitting an application to the DOE.

4.     Engaging sub-contractors as may be appropriate to perform the services.

Arete Financial LLC has full authority to represent me, Stevie Peacock, to perform the services outlined in the Service Agreement.

This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:

1.     It is revoked, suspended or terminated in writing by the GRANTOR; or

2.     The contract is terminated for any reason, whichever is earlier to occur.

Address: 1261 E. Dyer Rd. #100, Santa Ana, CA 92705

| | |
|---|---|
| Stevie Peacock | *Stevie Peacock* |
| Printed Name | Signature |
| | |
| Co-Applicant Printed Name | Co-Applicant Signature |
| 08/27/2018 | |
| Date | Date |

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00

| Form **4506-T** | **Request for Transcript of Tax Return** | OMB No. 1545-1872 |
|---|---|---|
| (Rev. September 2015)<br>Department of the Treasury<br>Internal Revenue Service | ▶ Do not sign this form unless all applicable lines have been completed.<br>▶ Request may be rejected if the form is incomplete or illegible.<br>▶ For more information about Form 4506-T, visit www.irs.gov/form4506t. | |

Tip. Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first.<br><br>Stevie Peacock | 1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)<br><br>Redacted |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return | 2b Second social security number or individual taxpayer identification number if joint tax return<br>-- |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)
Redacted Miami Beach FL Red

4 Previous address shown on the last return filed if different from line 3 (see instructions)

5 If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

Areta Financial 1261 East Dyer Rd Suite 100 Santa Ana, CA 92705 88033 15827

Caution: If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

6 Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ 1040

  a Return Transcript, which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns. Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . ☐

  b Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . ☐

  c Record of Account, which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . ☐

7 Verification of Nonfiling, which is proof from the IRS that you did not file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☐

8 Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days ☐

Caution: If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

9 Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

| 12 / 31 / 14 | 12 / 31 / 15 | 12 / 31 / 16 | / / |
|---|---|---|---|

Caution: Do not sign this form unless all applicable lines have been completed.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. Note: For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

☐ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions. | Phone number of taxpayer on line 1a or 2a

| | | |
|---|---|---|
| **Sign Here** | ▶ *Stevie Peacock*<br>Signature (see instructions) | 08/27/2018<br>Date |
| | Title (if line 1a above is a corporation, partnership, estate, or trust) | |
| | ▶<br>Spouse's signature | 08/27/2018<br>Date |

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00



## GENERAL FORBEARANCE REQUEST

William D. Ford Federal Direct Loan (Direct Loan) Program / Federal Family Education Loan (FFEL) Program / Federal Perkins Loan (Perkins Loan) Program

OMB No. 1845-0031
Form Approved
Exp. Date 2/28/2019

**GFB**

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

### SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | Redacted |
| Name | Stevie Peacock |
| Address | Redacted |
| City | Miami Beach   State FL   Zip Code Redact |
| Telephone - Primary | 941 Redacted |
| Telephone - Alternate | |
| Email (Optional) | Redacted @gmailcom |

### SECTION 2: FORBEARANCE REQUEST

**Carefully read the entire form before completing it. Answer all questions in Section 2. Your loan holder has sole discretion in whether to grant your general forbearance request, and, if granted, for what period your forbearance will be applied.** Instead of forbearance, you may want to consider requesting a deferment (which has an interest benefit for some loan types) or changing to a repayment plan that determines your monthly payment amount based on your income. Visit StudentAid.gov/IDR for more information.

1. I am requesting a forbearance because I am experiencing a temporary hardship related to one of the following situations (check one):

   ☒ Financial difficulties
   ☐ Change in employment
   ☐ Medical expenses
   ☐ Other (explain the situation below)

2. If approved for a forbearance, I would like to:

   ☒ Temporarily stop making payments.
   ☐ Temporarily make smaller payments of

   _____ per month.

3. I would like my forbearance to begin with the monthly payment that is due in the month and year below:

   _____

4. If approved for forbearance, I would like my forbearance to end in the month and year below, and begin making payments the following month:

   _____

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00

| Borrower Name | Stevie Peacock | | Borrower SSN | Redacted |
|---|---|---|---|---|

## SECTION 3: BORROWER/ENDORSER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATION

**I understand that:**

- I am not required to make payments of loan principal or interest during my forbearance, but interest will continue to be charged on all my loans.
- My loan holder has sole discretion in whether to grant my general forbearance request and for what dates it will be granted.
- For Perkins Loans, there is a cumulative limit on general forbearance of 3 years. For Direct Loans and FFEL Program loans, my loan holder may set a limit on general forbearance.
- My forbearance will end on the earlier of the end date that I requested, 12 months from the date my forbearance begins, or when I exhaust any limit that my loan holder has on forbearance.
- I can request another forbearance after my forbearance ends if I am still experiencing financial hardship.
- Interest may capitalize on my loans during or at the expiration of my forbearance, but interest never capitalizes on Perkins Loans.

**I certify that:**

- The information I have provided on this form is true and correct.
- I will provide additional documentation to my loan holder, if requested, to support my general forbearance request.
- I will repay my loans according to the terms of my promissory note, even if my request is not granted.

**I authorize** the entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

| Borrower's/Endorser's Signature | *Stevie Peacock* | Date | 08/27/2018 |
|---|---|---|---|

## SECTION 4: INSTRUCTIONS FOR COMPLETING THE FORBEARANCE REQUEST

Type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy) or (mm-yyyy) as appropriate. Example: March 14, 2016 = 03-14-2016. Include your name and account number on any documentation that you may be requested to submit with this form. If you want to apply for a forbearance on loans that are held by different loan holders, you must submit a separate forbearance request to each loan holder. **Return the completed form and any requested documentation to the address shown in Section 6.**

If you are an endorser, you may request forbearance only when you are required to repay the loan because the borrower is not making payments. If you have a loan made jointly with another borrower (as co-makers), you must both individually meet the requirements for a forbearance and each of you must request forbearance.

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00

Page 374
PX13 Peacock Decl.
Attach. A

# [ **Arete**Financial Freedom]

### Credit Card Authorization Form

I Stevie Peacock, authorize ARETE FINANCIAL LLC to charge my credit card **** Red  For the total of $899.00 on the dates listed below
#244308284.

| | |
|---|---|
| Aug 29, 2018 | $299.67 |
| Oct 01, 2018 | $299.67 |
| Oct 29, 2018 | $299.66 |

Additionally, I authorize ARETE FINANCIAL to charge a Monthly Maintenance Fee of 39.00 on the 29th of every month for 120 months
thereafter until loan obligations have been fulfilled.

Your method of payment is as follows:

**Credit Card Number: Visa**          **Name On Credit Card: Stevie D Peacock**

**Credit Card Number: **** Red**          **Expiration Date: Redact**          **Security Code - 3 digits on Back of Card: Re**

**Billing Address of Credit Card:**

Redacted          Miami Beach FL Reda

**Contact Numbers:**

Home Phone  941 Redact
Cell Phone

Amount due $899.00 Contract #244308284

**Address: 1261 E. Dyer Rd. #100, Santa Ana, CA 92705**

_Stevie Peacock_
Signature

08/27/2018
Date

**Page 375**
**PX13 Peacock Decl.**
**Attach. A**

 United States Department of Education

## Certification of Identity & Authorization to Disclose Personal Information

Privacy Act Statement. Department regulations require a person who submits a written request for access or disclosure of records to submit personal data sufficient to identify the individual submitting the request. 34 C.F.R. Section 5b.5(b). We solicit the information requested here in order to ensure that the records of individuals who are the subject of Department systems of records are not wrongfully disclosed by the Department. If you fail to furnish this information we will take no action to honor your request. Required information is indicated in CAPS.

FULL NAME OF REQUESTER  [PLEASE PRINT]  Stevie Peacock

ADDRESS: [STREET]  Redacted

[CITY]  Miami Beach  [STATE]  FL  [ZIP]  Redacted

Phone [941 | Redacted  E-mail  Redacted @gmail.com

SOCIAL SECURITY NUMBER [ Redacted  DATE OF BIRTH [MM/DD/YY]  Redacted

## Authorization to Disclose Personal Information to Another Person

I authorize the Department of Education and its agents to release to, and discuss with, the individual named below as my representative, any records of the Department regarding my student financial assistance loan or grant obligation(s) to the Department, for the purpose of assisting me in satisfying the obligation:

FULL NAME OF REPRESENTATIVE  ARETE FINANCIAL FREEDOM

ADDRESS: [STREET]  1261 E DYER RD

[CITY]  SANTA ANA  [STATE]  CA  [ZIP]  92705

PHONE: (888 | 331-5827  [Relationship To Requester]  3RD PARTY ORGANIZATION

I authorize the Department to honor this authorization unless and until I revoke it in a written notice and the designated office of the Department receives that notice. I understand that whenever requesting disclosure of information, the representative named here must submit information to verify his or her identity.

I UNDERSTAND THAT IN ORDER TO VERIFY HIS OR HER IDENTITY WHEN MAKING A REQUEST FOR DISCLOSURE BY TELEPHONE, THE REPRESENTATIVE MAY BE REQUIRED TO PROVIDE MY SSN, DOB, AND THE DATE ON WHICH I SIGNED THIS AUTHORIZATION.

I declare under penalty of perjury that I am the person named above as the requester, that I authorize release to the individual named as representative, and that the statements I provided here are true and accurate. I understand that any false statement is subject to punishment under 18 U.S.C. Section 1001 by fine or imprisonment of not more than five years, and that a knowing and willful request made under false pretenses for a record of an individual is subject to punishment under 5 U.S.C. Section 552a(i)(3) by a fine of up to $5000.

DATE  08/27/2018  SIGNATURE  Stevie Peacock

You are not required to provide your SSN or DOB. However, we ask you to provide your SSN and DOB only to facilitate the identification of records relating to you, and unless you provide your SSN and DOB, we may be unable to locate any or all records pertaining to you.

Completed authorizations should be mailed to:

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE TX 75403-5609

ID: c3e2cb8f-4923-d1d2-d5be-356c5a3772e5 Signed: 2018-08-27T14:47:20-05:00



**ARETE**
FINANCIAL FREEDOM

**Preparation Service Agreement**

| Section 1: Client Information | | Client ID: 204301284 | Agreement Date: Aug 27, 2018 |
|---|---|---|---|
| Client First Name: Stevie | | Client Last Name: Peacock | |
| Client Middle Name: | | Former Last Name: | |
| Street Address: Redacted | | City, State, Zip: Miami Beach, FL Redact | |
| Client Email: Redacted @gmail.com | | Client Home Phone: 941-Redact  Cell Phone: | |

| Section 2: Client Summary of Current Situation | | | |
|---|---|---|---|
| The basis of this summary is derived from the input of the client. | | | |
| Estimated Total Federal Loan Balance: $14,567.00 | | Loan Status: | |
| Approximate Current Monthly Payment: $ | | Number of Loans: 1 | |
| Estimated New Loan Payment: $0.00 | | New Loan Payment Validation Term: Annually | |
| Estimated Payment Term (Months): 120 | | | |

| Section 3: Required Consolidation Paperwork Information | | | |
|---|---|---|---|
| Client SSN: Redacted | | Client DOB: Redacted | |
| DL/ID Number & State: Redacted  FL | | FASFA PIN: | |
| Employer Name: Miami Dade County Public Schools | | Occupation: Teacher | |
| Employer Street Address: Redacted | | Employer City, State, Zip: Miami, FL Reda | |
| Employer Phone R | | Family Size: 5 | |
| Marital Status: Single | | Filing Status: Single | |
| Current Annual Income: $40000 | | Form of Documented Income: 1040 | |
| Spouse First Name: | | Spouse Last Name: | |
| | | | |
| Spouse Employer Name: | | Spouse Work Phone: | |
| Spouse Annual Income: $0 | | Client PSLF Candidate (Yes/No): | |

***If this loan qualifies for Public Service Loan Forgiveness your number of payments will be reduced to 120 Months.

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00

Page 377
PX13 Peacock Decl.
Attach. A

| References: 2 Persons with different addresses, PO Boxes are NOT acceptable, not residing in the same home (for example, a spouse) or anyone living outside the U.S. | |
|---|---|
| Reference 1 Full Name: Redacted | Permanent Address: Redacted |
| Reference 1 Phone: Redacted | Relationship to Client: Mother |
| Reference 2 Full Name: Redacted | Permanent Address: Redacted |
| Reference 2 Phone: Redacted | Relationship to Client: Aunt |

**Section 4 – Company Set Up and Service Program Cost**

Company Document Preparation and Supporting Service Program Cost Arete Financial Freedom Payment/Fees are in addition to and completely separate of loan costs and/or payments made by Client to lenders

| Company Program Payment/Fee Amount: 899.00 | Initial Service(s) Selected for these Fees: |
|---|---|
| Fee: $ | Recurring Date: 29th |

I Stevie Peacock  Agree that all of the above information is true and correct to the best of their understanding at the present time, and Arete Financial Freedom bases, in part, its decision to accept Client and provide services to Client on the accuracy of the above information. Arete  Financial Freedom shall not b e held responsible in any way for reliance on the above information, any claim arising from use or storage of such information, or carrying out its contractual obligations using the above information.

| Signature: *Stevie Peacock* | Date: 08/27/2018 |
|---|---|

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00



## CUSTODIAL ACCOUNT AGREEMENT

Ver 12/03/2015

Client enters into this Agreement (Agreement) with Payment Automation Network, Inc. (PAN) for the purpose of having PAN receive payments, make disbursements authorized by Client upon Client's instructions or the occurrence of specified events, and provide online transaction management and accounting information on Client's behalf (together, the "Services").

Client authorizes PAN to (i) collect (debit) funds via ACH from Client's designated financial institution (Designated Account) pursuant to the Payment Schedule attached hereto ("Payment Schedule"); (ii) deposit such funds in a non-interest bearing FDIC custodial account ("Custodial Account"); and (iii) disburse funds from the Custodial Account as directed by the payment schedule and/or by client solely upon receipt of authorized instructions from Client, provided the balance in the Depository Account equals or exceeds the disbursement request. If the balance of the Custodian Account is less than a requested disbursement, the disbursement direction will not be honored until the balance is increased to the desired amount.

Client agrees to pay PAN's fees and charges shown below and such fees and charges may be deducted directly from the Custodial Account.

Client agrees PAN will select the financial institution that will hold the Custodial Account. Client agrees that PAN may, at its sole discretion and upon written notification to Client, change the financial institution that will hold the Custodial Account at any time, and that the Custodian Account may be located in California or any other state selected by PAN in its sole discretion. Client agrees that the Custodial Account will not be used for any illegal purpose, and Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered.

Client agrees that sufficient funds will be available in the Designated Account at least three (3) business days prior to date of all scheduled ACH debits. Client understands and agrees that to stop or change a scheduled debit from the Designated Account, Client must notify PAN at least three (3) business days prior to any such change. In the event Client's Designated Account does not have sufficient funds for a scheduled debit, PAN will not be liable to any third party due to insufficient funds, restriction or dishonor related to Client's account. Client authorizes PAN to recover any funds arising from a NSF, dishonor or error in debiting the Designated Account. At its sole discretion, PAN may recover any such funds by means of a debit to the Designated Account and/or the Custodial Account. Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered. If Client's Custodian Account is suspended, cancelled or otherwise terminated for any reason and the account has a negative balance, Client agrees to pay the negative balance upon demand. Should Client fail to remit the full amount of such negative balance, Client shall remain responsible for the deficit and collection actions may be pursued against Client.

Client has an agreement with Service Provider, and the Payment Schedule is part of that agreement. Client directs and authorizes PAN to share information with Service Provider as required by Service Provider and with any other authorized parties involved in the administration of the Custodial Account on Client's behalf. PAN is not an owner, employee, or partner of Service Provider, and provides the Services to Client as an independent third party. Client agrees that PAN is not involved or engaged in any respect with the services provided by the Service Provider, other than acting as a third party escrow on behalf of Client and the Service Provider. Client agrees that PAN shall not be responsible for determining when a payment is due or whether a payment is for the correct amount or otherwise proper. PAN's sole obligation shall be to execute Client's payment instructions in a commercially reasonable manner as soon as practical after receipt of such instructions or after the occurrence of the specified event authorizing release of a payment on behalf of Client. PAN shall not be liable for any conduct by Service Provider or for penalty or other charge levied by anyone on Client, for any failure of anyone to honor a transaction or for any other adverse action taken or not taken by any other party in connection with the Services. Under no circumstances shall PAN be liable for any special, incidental, consequential, exemplary or punitive damages.

PAN will provide Client an internet login with a login name and password for viewing the funds held in the Custodial Account and all transactions related to Client via a protected website. Use of Client's passcode, password or any other form of identification designated by Client in any transaction constitutes and will be accepted as Client's electronic signature, as that term is used in the federal Electronic Signature in Global and National Commerce law and other applicable laws.

Client's funds are held in the Custodial Account pending Client's instructions for disbursement.. Client has sole authority to authorize disbursements or transfers. You expressly authorize PAN to rely on your instructions for this purpose whether transmitted directly to you, via the Service Provider or by a third party you have authorized in whatever form provided, including but not limited to any instructions provided via email, PAN's, website, E-signature or other writing, verbally, by voicemail or any other means of communication. If Client is more than one person, PAN may act upon receipt the instructions of either person; however, if conflicting instructions are received before any action has been taken, PAN may in its sole discretion refrain from taking any action until it receives joint instructions from all Clients or a court order directing further action. Client agrees that PAN shall have no right or obligation to control, direct, or change any disbursement instructions provided by Client other than as expressly provided by this Agreement.

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00

initials:

Client may revoke any prior payment authorization at any time before such payment has been initiated by completing and submitting a Revocation of Recurring Payment Authorization form to PAN by email or mail. See PAN's Contact information below.

PAN or Client may terminate this Agreement upon delivery of written notice at any time. Upon termination of this Agreement for any reason, PAN shall arrange for Client's remaining funds, apart from any funds due to be paid to the Service Provider or any other person or entity as a result of the occurrence of specified events prior to delivery of the termination notice, to be transmitted from the Custodial Account to the Designated Account.

Client agrees that all disclosures, account activity, notifications and any other communications related to the Services may be distributed to Client by electronic mail or through PAN's software services. Client acknowledges that Client is able to electronically receive, download and print such information and communications. If Client is unable to communicate electronically for any reason, Client agrees to notify PAN immediately, and reasonable alternative means of communication will be established in accordance with applicable law.

Client understands and agrees that all calls to and from PAN are monitored and recorded. Client verifies that the telephone and cellular phone numbers and email addresses shown below presently belong to Client. Client consents to receive emails, prerecorded messages and/or autodialed calls (including text messages) relating to this Agreement and the Services. These communications may be made by PAN or its agents, even if your phone number is registered on any state or federal "Do Not Call" list. You may incur a charge for such calls by your telephone carrier. PAN may obtain and contact email addresses and phone numbers provided by you directly or obtained through other lawful means. Your consent to this provision is not required as a condition of entering into this Agreement, and you may opt out from consenting to these provisions by contacting PAN in writing at PAN's Contact Information below.

You agree to provide notice within 30 days of any change to your email address or phone numbers by writing to PAN's Contact Information below.

### ARBITRATION OF DISPUTES - IMPORTANT NOTICE AFFECTING YOUR RIGHTS

You agree that any controversy, claim or dispute between the parties arising out of or relating to this Agreement, or to any of the services provided pursuant to this Agreement, or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this Agreement to arbitrate, shall be determined by binding arbitration conducted in the federal judicial district where the Client resides. The parties agree that this arbitration provision shall be governed by and enforceable under the Federal Arbitration Act. Otherwise, parties agree that the laws of the Client's state of residence shall govern any dispute between them. The parties agree the arbitration shall be conducted before a single arbitrator pursuant to the rules and procedures of the American Arbitration Association ("AAA"). The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. Any award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. The parties agree that either party may bring claims against the other only in his/her or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the costs of the arbitration, not including attorney's fees or expert witness expenses, equally. If the consumer's share of the costs is greater than two-thousand dollars ($2,000.00), PAN will pay the consumer's share of any costs in excess of that amount. In the event that a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party shall be entitled to obtain costs of suit, including any reasonable attorney's fees incurred for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrators ruling, except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the requirement to arbitrate shall survive any termination of this Agreement.

This Agreement constitutes the entire agreement between Client and PAN. No modifications, variations or waivers of any provisions of this Agreement shall be deemed valid unless in writing and signed by Client and PAN.

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00

| Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| Peacock | Stevie | | Redacted | Redacted |

| Co-Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| | | | _ | |

| Address | City, State, ZIP |
|---|---|
| Redacted   Miami Beach FL Reda | Miami Beach, FL Reda |

| Phone | Email | Mothers Malden Name |
|---|---|---|
| 941-Redact | Redacted   @gmail.com | |

| Authorized Service Provider/Agent | Account ID |
|---|---|
| Arete Financial | AR--1 |

| Client Signature | Stevie Peacock | Date | 08/27/2018 | Notifications To Payment Automation Network |
|---|---|---|---|---|
| | | | | Email: Clients@paymentautomation.net |
| Co-Cleint Signature | | Date | | Phone: (800)813-3740 |
| | | | | Fax: (866)600-2703 |
| | | | | Portal: https://client.paymentautomation.net |

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00


Payment Automation
Newmri, Inc.

**CUSTODIAL ACCOUNT AGREEMENT**

Ver 10/30/2014

**AUTHORIZATION FOR RECURRING DIRECT PAYMENTS** I (we) hereby authorize PAN to initiate ACH debit entries from the account a l the depository financial institution named below and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to the account must comply with the provisions of U.S. law. This authorization is to remain in full force and effect until PAN has received written notification from me (or either of us) of its termination no fewer than three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.

| Bank Name | Account Number | Routing Number | Account Type | Account Fees |
|---|---|---|---|---|
| Authorizing Person's Name (as it appears on check) | | | | I authorize PAN to charge my Primary Financial Institution or my Custodial Account in accordance with the following fees for services rendered. |
| Address, City, State, Zip (as it appears on check)<br><br>Redacted      Miami Beach FL Reda , Miami Beach, FL, Reda | | | | Monthly Custodial Account:$6.75<br>Unauthorized Returns:$35.00<br>Stop Payment:$25.00<br>Return Item Fee: $0.00 |
| Recurring Debit Authorization<br><br>$899.00 | | Effective Date (Date of First Debit)<br><br>Aug 29, 2018 | | Fees for Disbursements per occurrence or any other appropriate service. |
| The specific debits to my account authorized herein may only post on or after the EFFECTIVE DATE listed in the attached payment schedule. This authorization is to remain in full force and effect until PAN has received written notification from me of termination in such time and in such manner as to afford PAN a reasonable opportunity to act. | | | | ACH Credit:$5.00<br>ACH Debit/Check by phone:$5.00<br>Overnight Check, Wire Transfer: $25.00<br>2-Day Check:$10.00<br>USPS Check: $5.00 |
| Client Signature | 08/27/2018 | DATE | Aug 27, 2018 | Notifications To Payment Automation Network<br>Email: Clients@paymentautomation.net<br>Phone: (800)813-3740 |
| CO-Client Signature | | DATE | Aug 27, 2018 | Fax: (866)600-2703<br>Portal: https://client.paymentautomation.net |

**Payment Schedule**

| # | Date | Enrollment Fee | | Monthly Service Fee | | Total Payment |
|---|---|---|---|---|---|---|
| 1 | Aug 29, 2018 | $299.67 | | $0.00 | | $299.67 |

**ID:** c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 2 | Oct 01, 2018 | $299.67 | $0.00 | $299.67 |
| 3 | Oct 29, 2018 | $299.66 | $0.00 | $299.66 |
| 4 | Nov 29, 2018 | $0.00 | $39.00 | $39.00 |
| 5 | Dec 31, 2018 | $0.00 | $39.00 | $39.00 |
| 6 | Jan 29, 2019 | $0.00 | $39.00 | $39.00 |
| 7 | Mar 01, 2019 | $0.00 | $39.00 | $39.00 |
| 8 | Mar 29, 2019 | $0.00 | $39.00 | $39.00 |
| 9 | Apr 29, 2019 | $0.00 | $39.00 | $39.00 |
| 10 | May 29, 2019 | $0.00 | $39.00 | $39.00 |
| 11 | Jul 01, 2019 | $0.00 | $39.00 | $39.00 |
| 12 | Jul 29, 2019 | $0.00 | $39.00 | $39.00 |
| 13 | Aug 29, 2019 | $0.00 | $39.00 | $39.00 |
| 14 | Sep 30, 2019 | $0.00 | $39.00 | $39.00 |
| 15 | Oct 29, 2019 | $0.00 | $39.00 | $39.00 |
| 16 | Nov 29, 2019 | $0.00 | $39.00 | $39.00 |
| 17 | Dec 30, 2019 | $0.00 | $39.00 | $39.00 |
| 18 | Jan 29, 2020 | $0.00 | $39.00 | $39.00 |
| 19 | Mar 02, 2020 | $0.00 | $39.00 | $39.00 |
| 20 | Mar 30, 2020 | $0.00 | $39.00 | $39.00 |
| 21 | Apr 29, 2020 | $0.00 | $39.00 | $39.00 |
| 22 | May 29, 2020 | $0.00 | $39.00 | $39.00 |
| 23 | Jun 29, 2020 | $0.00 | $39.00 | $39.00 |
| 24 | Jul 29, 2020 | $0.00 | $39.00 | $39.00 |
| 25 | Aug 31, 2020 | $0.00 | $39.00 | $39.00 |
| 26 | Sep 29, 2020 | $0.00 | $39.00 | $39.00 |
| 27 | Oct 29, 2020 | $0.00 | $39.00 | $39.00 |
| 28 | Nov 30, 2020 | $0.00 | $39.00 | $39.00 |
| 29 | Dec 29, 2020 | $0.00 | $39.00 | $39.00 |
| 30 | Jan 29, 2021 | $0.00 | $39.00 | $39.00 |
| 31 | Mar 01, 2021 | $0.00 | $39.00 | $39.00 |
| 32 | Mar 29, 2021 | $0.00 | $39.00 | $39.00 |
| 33 | Apr 29, 2021 | $0.00 | $39.00 | $39.00 |
| 34 | Jun 01, 2021 | $0.00 | $39.00 | $39.00 |
| 35 | Jun 29, 2021 | $0.00 | $39.00 | $39.00 |
| 36 | Jul 29, 2021 | $0.00 | $39.00 | $39.00 |
| 37 | Aug 30, 2021 | $0.00 | $39.00 | $39.00 |
| 38 | Sep 29, 2021 | $0.00 | $39.00 | $39.00 |
| 39 | Oct 29, 2021 | $0.00 | $39.00 | $39.00 |
| 40 | Nov 29, 2021 | $0.00 | $39.00 | $39.00 |
| 41 | Dec 29, 2021 | $0.00 | $39.00 | $39.00 |
| 42 | Jan 31, 2022 | $0.00 | $39.00 | $39.00 |
| 43 | Mar 01, 2022 | $0.00 | $39.00 | $39.00 |
| 44 | Mar 29, 2022 | $0.00 | $39.00 | $39.00 |
| 45 | Apr 29, 2022 | $0.00 | $39.00 | $39.00 |
| 46 | May 31, 2022 | $0.00 | $39.00 | $39.00 |
| 47 | Jun 29, 2022 | $0.00 | $39.00 | $39.00 |
| 48 | Jul 29, 2022 | $0.00 | $39.00 | $39.00 |

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00

**Page 383**
**PX13 Peacock Decl.**
**Attach. A**

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 49 | Aug 29, 2022 | $0.00 | $39.00 | $39.00 |
| 50 | Sep 29, 2022 | $0.00 | $39.00 | $39.00 |
| 51 | Oct 31, 2022 | $0.00 | $39.00 | $39.00 |
| 52 | Nov 29, 2022 | $0.00 | $39.00 | $39.00 |
| 53 | Dec 29, 2022 | $0.00 | $39.00 | $39.00 |
| 54 | Jan 30, 2023 | $0.00 | $39.00 | $39.00 |
| 55 | Mar 01, 2023 | $0.00 | $39.00 | $39.00 |
| 56 | Mar 29, 2023 | $0.00 | $39.00 | $39.00 |
| 57 | May 01, 2023 | $0.00 | $39.00 | $39.00 |
| 58 | May 30, 2023 | $0.00 | $39.00 | $39.00 |
| 59 | Jun 29, 2023 | $0.00 | $39.00 | $39.00 |
| 60 | Jul 31, 2023 | $0.00 | $39.00 | $39.00 |
| 61 | Aug 29, 2023 | $0.00 | $39.00 | $39.00 |
| 62 | Sep 29, 2023 | $0.00 | $39.00 | $39.00 |
| 63 | Oct 30, 2023 | $0.00 | $39.00 | $39.00 |
| 84 | Nov 29, 2023 | $0.00 | $39.00 | $39.00 |
| 65 | Dec 29, 2023 | $0.00 | $39.00 | $39.00 |
| 66 | Jan 29, 2024 | $0.00 | $39.00 | $39.00 |
| 67 | Feb 29, 2024 | $0.00 | $39.00 | $39.00 |
| 68 | Mar 29, 2024 | $0.00 | $39.00 | $39.00 |
| 69 | Apr 29, 2024 | $0.00 | $39.00 | $39.00 |
| 70 | May 29, 2024 | $0.00 | $39.00 | $39.00 |
| 71 | Jul 01, 2024 | $0.00 | $39.00 | $39.00 |
| 72 | Jul 29, 2024 | $0.00 | $39.00 | $39.00 |
| 73 | Aug 29, 2024 | $0.00 | $39.00 | $39.00 |
| 74 | Sep 30, 2024 | $0.00 | $39.00 | $39.00 |
| 75 | Oct 29, 2024 | $0.00 | $39.00 | $39.00 |
| 76 | Nov 29, 2024 | $0.00 | $39.00 | $39.00 |
| 77 | Dec 30, 2024 | $0.00 | $39.00 | $39.00 |
| 78 | Jan 29, 2025 | $0.00 | $39.00 | $39.00 |
| 79 | Mar 03, 2025 | $0.00 | $39.00 | $39.00 |
| 80 | Mar 31, 2025 | $0.00 | $39.00 | $39.00 |
| 81 | Apr 29, 2025 | $0.00 | $39.00 | $39.00 |
| 82 | May 29, 2025 | $0.00 | $39.00 | $39.00 |
| 83 | Jun 30, 2025 | $0.00 | $39.00 | $39.00 |
| 84 | Jul 29, 2025 | $0.00 | $39.00 | $39.00 |
| 85 | Aug 29, 2025 | $0.00 | $39.00 | $39.00 |
| 86 | Sep 29, 2025 | $0.00 | $39.00 | $39.00 |
| 87 | Oct 29, 2025 | $0.00 | $39.00 | $39.00 |
| 88 | Dec 01, 2025 | $0.00 | $39.00 | $39.00 |
| 89 | Dec 29, 2025 | $0.00 | $39.00 | $39.00 |
| 90 | Jan 29, 2026 | $0.00 | $39.00 | $39.00 |
| 91 | Mar 02, 2026 | $0.00 | $39.00 | $39.00 |
| 92 | Mar 30, 2026 | $0.00 | $39.00 | $39.00 |
| 93 | Apr 29, 2026 | $0.00 | $39.00 | $39.00 |
| 94 | May 29, 2026 | $0.00 | $39.00 | $39.00 |
| 95 | Jun 29, 2026 | $0.00 | $39.00 | $39.00 |

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T 14:47:20-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 96 | Jul 29, 2026 | $0.00 | $39.00 | $39.00 |
| 97 | Aug 31, 2026 | $0.00 | $39.00 | $39.00 |
| 98 | Sep 29, 2026 | $0.00 | $39.00 | $39.00 |
| 99 | Oct 29, 2026 | $0.00 | $39.00 | $39.00 |
| 100 | Nov 30, 2026 | $0.00 | $39.00 | $39.00 |
| 101 | Dec 29, 2026 | $0.00 | $39.00 | $39.00 |
| 102 | Jan 29, 2027 | $0.00 | $39.00 | $39.00 |
| 103 | Mar 01, 2027 | $0.00 | $39.00 | $39.00 |
| 104 | Mar 29, 2027 | $0.00 | $39.00 | $39.00 |
| 105 | Apr 29, 2027 | $0.00 | $39.00 | $39.00 |
| 106 | Jun 01, 2027 | $0.00 | $39.00 | $39.00 |
| 107 | Jun 29, 2027 | $0.00 | $39.00 | $39.00 |
| 108 | Jul 29, 2027 | $0.00 | $39.00 | $39.00 |
| 109 | Aug 30, 2027 | $0.00 | $39.00 | $39.00 |
| 110 | Sep 29, 2027 | $0.00 | $39.00 | $39.00 |
| 111 | Oct 29, 2027 | $0.00 | $39.00 | $39.00 |
| 112 | Nov 29, 2027 | $0.00 | $39.00 | $39.00 |
| 113 | Dec 29, 2027 | $0.00 | $39.00 | $39.00 |
| 114 | Jan 31, 2028 | $0.00 | $39.00 | $39.00 |
| 115 | Feb 29, 2028 | $0.00 | $39.00 | $39.00 |
| 116 | Mar 29, 2028 | $0.00 | $39.00 | $39.00 |
| 117 | May 01, 2028 | $0.00 | $39.00 | $39.00 |
| 118 | May 30, 2028 | $0.00 | $39.00 | $39.00 |
| 119 | Jun 29, 2028 | $0.00 | $39.00 | $39.00 |
| 120 | Jul 31, 2028 | $0.00 | $39.00 | $39.00 |

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00

 

## E-Signature Completion Certificate

| | |
|---|---|
| Document ID | 5033030 |
| Document GUID | c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 |
| Document Title | Arete Student Loan Agreement CC |
| Sender IP | 12.10.47.194 |
| Number of Signers | 1 |
| Signer Email | Redacted @gmail.com |
| Signer IP | Redacted |
| Timestamp | 2018-08-27T14:47 20-05:00 |
| Document Hash | 1dbf4f8f090e07a702d853f54b21e54b |

### Document Audit

- Sent at 2018-08 27T14:45:28-05:00 from IP 12.10.47.194
- Delivered to Stevie Peacock Redacted @gmail.com at 2018-08-27T14:45:44 05:00 from Redacted
- Adopted Signature at 2018-08-27T14:45:58-05:00 from Redacted
- Completed Signing at 2018-08-27T14:47:20-05:00 from Redacted
- PDF Generated at 2018-08-27T14:47:20-05:00

### User Agent

Mozilla/5.0 (Windows NT 10.0; WOW64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/64.0.3282.167 Safari/537.36

ID: c3e2cb8f-4923-d1d2-d5be-356c6a3772e5 Signed: 2018-08-27T14:47:20-05:00

# Attachment B

 Stevie Peacock <Redacted @gmail.com>

---

**Arete Financial Client Portal Welcome**
1 message

info@aretefinancialfreedom.com <info@aretefinancialfreedom.com>     Mon, Aug 27, 2018 at 5:13 PM
To: Redacted @gmail.com



Aug 27, 2018

Client Name: **Stevie Peacock**
Address: Redacted
City, State Zip: **Miami Beach, FL** Redacted

ID: Redacted
Phone: Redacted

ATTACHMENT B

Dear **Stevie**,

Thank you for choosing Arete Financial. Below you will find log in information. If you have any questions please feel free to contact the customer service department.

**Customer Login:**

Please visit your Customer Portal and access your account with Arete Financial.

https://www.studentdebtportal.com/

Username: Redacted

Password: Redacted

Sincerely,

**Adam Friedman**
**Arete Financial**
**Customer Service Department**

 Stevie Peacock <Redacted @gmail.com>

## Welcome Stevie Peacock to Arete Financial Freedom 244308284
1 message

info@aretefinancialfreedom.com <info@aretefinancialfreedom.com>          Mon, Aug 27, 2018 at 5:13 PM
To: Redacted @gmail.com

# [ **Arete**Financial Freedom ]

Hello Stevie,

Thank you for choosing Arete Financial Freedom, the chosen leader in Student Loan Processing. We would like to welcome you to the Student Loan Consolidation Program. This is a time for you to rejoice and we are excited for the opportunity to assist you throughout the consolidation process. Because quality service is important to our clients, we take every effort to make modest improvements in our service. Your valuable feedback can help us continue improving our services and better streamline our processes.

Congratulations on choosing Loan Consolidation! I see that you're consolidating your federal student loans and saving up to 80% on your monthly payment. Should you have any questions regarding your consolidation, please contact your student loan adviser Annie Hall  (949) 416-0680

**Page 389**
**PX13 Peacock Decl.**
**Attach. B**

### How Your Application Is Processed

When a borrower consolidates loans in the Direct Consolidation Loan Program, the Federal Government pays off the loan balance on the original federal education loans and originates a new loan for the total. Here's how that works from a borrower's point of view.

It takes five simple steps to process your application after we receive it.

**Step 1. Application Review:** After we receive your fully completed application, it is edited, assigned an application identification number, entered into our system, and the process begins. We will contact you if additional information is needed.

**Step 2. Contact Loan Holder(s):** Using the loan information from your application, we contact your loan holder(s) to verify the loan's eligibility for consolidation and its current loan balances (including accrued interest, fees, or collection costs). If you currently are required to make payments on your loan(s), continue to do so. You will need to continue making payments until you receive written notification that your loan(s) has been successfully consolidated and it is time to start paying your Direct Consolidation Loan.

**Step 3. Loan Statement:** After your loan holder(s) certifies the "payoff" balance(s), we will send you a letter and loan statement listing the loan(s) being consolidated. You have 15 days to review this information for accuracy and to make adjustments.

**Step 4. Account Set-Up:** We forward payoff information to your federal loan servicer once your loan(s) is successfully consolidated. Your federal loan servicer sends you a "Welcome" letter and information about repayment.

This multi-step process generally takes 60-90 days before the information is sent to the federal loan servicer. You will receive a bill within 60 days of your federal loan servicer receiving your account information.

We sincerely appreciate your business, and welcome your feedback!

**Processing Department**

Direct | (888) 331-5827

Fax | (888) 366-2219

Hours of Operation: 9AM-5PM Pacific Standard Time
info@aretefinancialfreedom.com

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR EMAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.



Stevie Peacock <Redacted ＠gmail.com>

**Proof of Income**
2 messages

Adam Friedman <adam.friedman@aretefinancialfreedom.com>                                         Mo
To: Redacted    @gmail.com

Stevie,

    Please reply to this email with either 2 of your most recent pay stubs (no older than 60 days), or your 2017, 1040 tax form (Pages 1 & 2). Please either scan and documents and attach them to your email. If you are having any trouble, you can also take a picture. If you cannot take a centered picture, you can download an applicat scanner', which will convert your phone into a scanner? If you have any questions or need any help with this, just give me a call on my direct line below, thank-you.





**Adam Friedman**/Financial Specialist
**Arete Financial Freedom / Student Loan Advisor**

Direct:  949-668-1121

Fax: 1-888-366-2219

1261 E.Dyer Rd.#100 • Santa Ana, CA 92705

adam.friedman@aretefinancialfreedom.com

[ WEBSITE ] [ EMAIL ]

THIS E MAIL MAY CONTAIN NON PUBLIC CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DI RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL  IN ERROR AND DELETE IT FROM YOUR E-MAIL'S CONFIDENTIAL INFORMATION, PRIVILEGED OR OT

FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS
E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

Stevie Peacock <Redacted    @gmail.com>                                                                Mon, Aug 27, 2018 at 9:34 PM
To: adam.friedman@aretefinancialfreedom.com

Hi Adam,

Attached are my 1040 2017 tax forms.

Thank you!
Stevie Peacock
[Quoted text hidden]
--

Stevie Peacock
Teach For America
Miami-Dade Corps 2016

9 attachments

 image001.jpg
5K

image002.png
2K

image003.png
2K

image004.png
6K

image003.png
2K

image004.png
6K

image002.png

**PX13 Peacock Decl.**
**Attach. B**

# Attachment C

 **Gmail**

Stevie Peacock <Redacted @gmail.com>

---

**Proof of Income**
2 messages

Adam Friedman <adam.friedman@aretefinancialfreedom.com>
To Redacted @gmail.com

Mo

Stevie,

Please reply to this email with either 2 of your most recent paystubs (no older than 60 days), or your 2017, 1040 tax form (Pages 1 & 2). Please either scan and documents and attach them to your email. If you are having any trouble, you can also take a picture. If you cannot take a centered picture, you can download an applicat scanner", which will convert your phone into a scanner! If you have any questions or need any help with this, just give me a call on my direct line below, thank-you



**Adam Friedman**/Financial Specialist
**Arete Financial Freedom / Student Loan Advisor**

Direct: 949-668-1121

Fax: 1-888-366-2219

1261 E Dyer Rd #100 • Santa Ana, CA 92705

adam.friedman@aretefinancialfreedom.com

[ WEBSITE ] [ EMAIL ]



THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DI RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OT

ATTACHMENT C

**Page 394**
**PX13 Peacock Decl.**
**Attach. C**

FROM UNAUTHORIZED DISCLOSURE  IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL  IS PROHIBITED  PLEASE PROMPTLY NOTIFY SE
E MAIL IN ERROR AND DELETE IT FROM YOUR E-MAIL'S

---

Stevie Peacock <Redacted      @gmail.com>                                               Mon, Aug 27, 2018 at 9:34 PM
To: adam.friedman@aretefinancialfreedom.com

Hi Adam,

Attached are my 1040 2017 tax forms.

Thank you!
Stevie Peacock
[Quoted text hidden]

--
Stevie Peacock
Teach for America
Miami-Dade Corps 2016

---

9 attachments


image001.jpg
5K

image002.png
2K

image003.png
2K

image004.png
6K

image003.png
2K

image004.png
6K

image002.png

2K



image001.jpg
5K

2017 Peacock S Form 1040 Individual Tax Return_Filing .pdf
245K

# **Attachment D**



# INCOME-DRIVEN REPAYMENT (IDR) PLAN REQUEST

**IDR**

For the Revised Pay As You Earn (REPAYE), Pay As You Earn (PAYE), Income-Based Repayment (IBR), and Income-Contingent Repayment (ICR) plans under the William D. Ford Federal Direct Loan (Direct Loan) Program and Federal Family Education Loan (FFEL) Programs

OMB No. 1845-0102
Form Approved
Exp. Date 10/31/2018

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.
☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | Redacted |
| Name | Stevie D Peacock |
| Address | Redacted |
| City, State, Zip | NORTH BAY VILLAGE, FL, Reda |
| Telephone – Primary | (941) Redacte |
| Telephone – Alternate | (941) Redacted |
| Email (Optional) | Redacted      @aretemail.com |

## SECTION 2: REPAYMENT PLAN OR RECERTIFICATION REQUEST

It's faster and easier to complete this form online at StudentLoans.gov. You can learn more at StudentAid.gov/IDR and by reading Sections 9 and 10. It's simple to get repayment estimates at StudentAid.gov/repayment-estimator. If you need help with this form, contact your loan holder or servicer for free assistance. You can find out who your loan holder or servicer is at StudentAid.gov/login. You may have to pay income tax on any loan amount forgiven under an income-driven plan.

**1. Select the reason you are submitting this form (Check only one):**

☒ I want to enter an income-driven plan - Continue to Item 2.

☐ I am submitting documentation for the annual recertification of my income-driven payment – Skip to Item 5.

☐ I am submitting documentation early to have my income-driven payment recalculated immediately - Skip to Item 5.

☐ I want to change to a different income-driven plan - Continue to Item 2.

**2. Choose a plan and then continue to Item 3.**

☐ (Recommended) I want the income-driven repayment plan with the lowest monthly payment.

☒ REPAYE         ☐ IBR
☐ PAYE           ☐ ICR

**3. Do you have multiple loan holders or servicers?**

☐ Yes - Submit a request to each holder or servicer. Continue to Item 4.

☒ No - Continue to Item 4.

**4. Are you currently in deferment or forbearance?** After answering, continue to Item 5.

☐ No.

☒ Yes, but I want to start making payments under my plan immediately.

☐ Yes, and I do not want to start repaying my loans until the deferment or forbearance ends.

Note: If you have FFEL Program loans, they are only eligible for IBR. However, you can consolidate your loans at StudentLoans.gov to access more beneficial income-driven repayment plans.

## SECTION 3: FAMILY SIZE INFORMATION

**5. How many children, including unborn children, are in your family and receive more than half of their support from you?**   0

**6. How many people, excluding your spouse and children, live with you and receive more than half of their support from you?**   4

Note: A definition of "family size" is provided in Section 9. Do not enter a value for you or your spouse. Those values are automatically included in your family size, if appropriate.

ATTACHMENT D
Page 1 of 10

BorrowerName  Stevie D Peacock                Borrower SSN  Redacted

**SECTION 4A: MARITAL STATUS INFORMATION**

7. **What is your marital status?**
   - [X] Single - Skip to Item 11.
   - [ ] Married - Continue to Item 8.
   - [ ] Married, but separated - You will be treated as single. Skip to Item 11.
   - [ ] Married, but cannot reasonably access my spouse's Income information - You will be treated as single. Skip to Item 11.

8. **Does your spouse have federal student loans?**
   - [ ] Yes - Continue to Item 9.
   - [ ] No - Skip to Item 10.

9. **Provide the following information about your spouse and then continue to Item 10:**
   - a. **Spouse's SSN** _____
   - b. **Spouse's Name** _____
   - c. **Spouse's Date of Birth** _____

10. **When you filed your last federal income tax return, did you file jointly with your spouse?**
    - [ ] Yes - Continue to Item 13.
    - [ ] No - Skip to Item 17.

**SECTION 4B: INCOME INFORMATION FOR SINGLE BORROWERS AND MARRIED BORROWERS TREATED AS SINGLE**

11. **Has your Income significantly changed since you filed your last federal income tax return?**
    For example, have you lost your job, experienced a drop in income, or gotten divorced, or did you most recently file a joint return with your spouse, but you have since become separated or lost the ability to access your spouse's income information?
    - [ ] Yes - Continue to Item 12.
    - [X] No - Provide your most recent federal income tax return or transcript. Skip to Section 6.
    - [ ] I haven't filed a federal income tax return in the last two years - Continue to Item 12.

12. **Do you currently have taxable income?**
    Check "No" if you do not have any income or receive only untaxed income.
    - [ ] Yes - Provide documentation of your income as instructed in Section 5. Skip to that Section.
    - [ ] No - You are not required to provide documentation of your income. Skip to Section 6.

    Note: Remember, any person who makes a knowingly false statement or misrepresentation on this form may be subject to fines, imprisonment, or both.

**SECTION 4C: INCOME INFORMATION FOR MARRIED BORROWERS FILING JOINTLY**

13. **Has your income significantly changed since you filed your last federal income tax return?**
    For example, have you lost your job or experienced a drop in income?
    - [ ] Yes - Skip to Item 15.
    - [ ] No - Continue to Item 14.
    - [ ] We haven't filed a federal income tax return in the last two years - Skip to Item 15.

14. **Has your spouse's income significantly changed since your spouse filed his or her last federal income tax return?**
    For example, has your spouse lost his or her job or experienced a drop in income?
    - [ ] Yes - Continue to Item 15.
    - [ ] No - Provide your and your spouse's most recent federal income tax return or transcript. Skip to Section 6.

15. **Do you currently have taxable Income?**
    Check "No" if you have no taxable income or receive only untaxed income.
    - [ ] Yes - You must provide documentation of your income according to the Instructions In Section 5. Continue to Item 16.
    - [ ] No - You are not required to provide documentation of your income. Continue to Item 16.

16. **Does your spouse currently have taxable Income?**
    Check "No" if your spouse has no taxable income or receives only untaxed income.
    - [ ] Yes - Skip to Section 5 and provide documentation of your spouse's income as instructed in that section.
    - [ ] No - You are not required to provide documentation of your spouse's income. If you selected "Yes" to Item 15, skip to Section 5 and document your income. If you selected "No" to Item 15, skip to Section 6.

Remember, any person who knowingly makes a false statement or misrepresentation on this form can be subject to penalties including fines, imprisonment, or both.

Page 398
PX13 Peacock Decl.
Attach. D

Borrower Name   Stevie D Peacock          Borrower SSN   Redacted

## SECTION 4D: INCOME INFORMATION FOR MARRIED BORROWERS FILING SEPARATELY

**17. Has your income significantly changed since you filed your last federal income tax return?**

For example, have you lost your job or experienced a drop in income?

☐ Yes - Continue to Item 18.

☐ No - Provide your most recent federal income tax return or transcript. Skip to Item 19.

☐ I haven't filed a federal income tax return in the past two years - Continue to Item 18.

**18. Do you currently have taxable income?**

Check "No" if you have no taxable income or receive only untaxed income. After answering, continue to Item 19.

☐ Yes - You must provide documentation of your income as instructed in Section 5.

☐ No.

**19. Has your spouse's income significantly changed since your spouse filed his or her last federal income tax return?**

For example, has your spouse lost a job or experienced a drop in income?

☐ Yes - Continue to Item 20.

☐ No - Provide your spouse's most recent federal income tax return or transcript. This information will only be used if you are on or placed on the REPAYE Plan. Skip to Section 6.

☐ My spouse hasn't filed a federal income tax return in the past two years - Continue to Item 20.

**20. Does your spouse currently have taxable income?**

Check "No" if your spouse has no taxable income or receives only untaxed income.

☐ Yes - Skip to Section 5 and provide documentation of your spouse's income as instructed in that section. This information will only be used if you are on or placed on the REPAYE Plan.

☐ No - You are not required to provide documentation of your spouse's income. If you selected "Yes" to Item 18, skip to Section 5 and document your income. If you selected "No" to Item 18, skip to Section 6.

Note: Remember, any person who makes a knowingly false statement or misrepresentation on this form may be subject to fines, imprisonment, or both.

## SECTION 5: INSTRUCTIONS FOR DOCUMENTING CURRENT INCOME

You only need to follow these instructions if, based on your answers in Section 4, you and your spouse (if applicable) were instructed to provide documentation of your current income instead of a tax return or tax transcript.

**This is the income you must document:**

- You must provide documentation of all taxable income you and your spouse (if applicable) currently receive.

- Taxable income includes, for example, income from employment, unemployment income, dividend income, interest income, tips, and alimony.

- Do not provide documentation of untaxed income such as Supplemental Security Income, child support, or federal or state public assistance.

**This is how you document your income:**

- Documentation will usually include a pay stub or letter from your employer listing your gross pay.

- Write on your documentation how often you receive the income, for example, "twice per month" or "every other week."

- You must provide at least one piece of documentation for each source of taxable income.

- If documentation is not available or you want to explain your income, attach a signed statement explaining each source of income and giving the name and the address of each source of income.

- **The date on any supporting documentation you provide must be no older than 90 days from the date you sign this form.**

- Copies of documentation are acceptable.

**After gathering the appropriate documentation, continue to Section 6.**

Page 399
PX13 Peacock Decl.
Attach. D

Borrower Name  Stevie D Peacock                                      Borrower SSN  Redacted

## SECTION 6: BORROWER REQUESTS, UNDERSTANDINGS, AUTHORIZATION, AND CERTIFICATION

If I am requesting an income-driven repayment plan or seeking to change income-driven repayment plans, I request:

- That my loan holder place me on the plan I selected in Section 2 to repay my eligible Direct Loan or FFEL Program loans held by the holder to which I submit this form.
- If I do not qualify for the plan or plans I requested, or did not make a selection in Item 2, that my loan holder place me on the plan with the lowest monthly payment amount.
- If I selected more than one plan, that my loan holder place me on the plan with the lowest monthly payment amount from the plans that I requested.
- If more than one of the plans that I selected provides the same initial payment amount, or if my loan holder is determining which of the income-driven plans I qualify for, that my loan holder use the following order in choosing my plan: REPAYE (if my repayment period is 20 years), PAYE, REPAYE (if my repayment period is 25 years), IBR, and then ICR.

If I am not currently on an income-driven repayment plan, but I did not complete Item 1 or I incorrectly indicated in Item 1 that I was already in an income-driven repayment plan, I request that my loan holder treat my request as if I had indicated in Item 1 that I wanted to enter an income-driven repayment plan.

If I am currently repaying my Direct Loans under the IBR plan and I am requesting a change to a different income-driven plan, I request a one-month reduced-payment forbearance in the amount of my current monthly IBR payment or $5, whichever is greater (unless I request another amount below or I decline the forbearance), to help me move from IBR to the new income-driven plan I requested.

☐ I request a one-month reduced-payment forbearance in the amount of: _____

(must be at least $5).

I understand that:

- If I do not provide my loan holder with this completed form and any other required documentation, I will not be placed on the plan that I requested or my request for recertification or recalculation will not be processed.
- I may choose a different repayment plan for any loans that are not eligible for income-driven repayment.
- If I requested a reduced-payment forbearance of less than $5 above, my loan holder will grant my forbearance request in the amount of $5.
- If I am requesting a change from the IBR Plan to a different income-driven repayment plan, I may decline the one-month reduced payment forbearance described above by contacting my loan holder. If I decline the forbearance, I will be placed on the Standard Repayment Plan and must make one monthly payment under that plan before I can be placed on a different repayment plan.
- If I am requesting the ICR plan, my initial payment amount will be the amount of interest that accrues each month on my loan until my loan holder receives the income documentation needed to calculate my payment amount. If I cannot afford the initial payment amount, I may request a forbearance by contacting my loan holder.
- If I am married and I request the ICR plan, my spouse and I have the option of repaying our Direct Loans jointly under this plan. My loan servicer can provide me with information about this option.
- If I have FFEL Program loans, my spouse may be required to give my loan holder access to his or her loan information in the National Student Loan Data System (NSLDS). If this applies to me, my loan holder will contact me with instructions.
- My loan holder may grant me a forbearance while processing my application or to cover any period of delinquency that exists when I submit my application.

I authorize the loan holder to which I submit this request (and its agents or contractors) to contact me regarding my request or my loans, including the repayment of my loans, at any number that I provide on this form or any future number that I provide for my cellular telephone or other wireless device using automated dialing equipment or artificial or prerecorded voice or text messages.

I certify that all of the information I have provided on this form and in any accompanying documentation is true, complete, and correct to the best of my knowledge and belief.

Borrower's Signature  Stevie D Peacock                          Date 09/06/2018

Spouse's Signature  _____                  Date _____

If you are married, your spouse is required to sign this form unless you are separated from your spouse or you're unable to reasonably access your spouse's income information.

## SECTION 7: WHERE TO SEND THE COMPLETED FORM

| | |
|---|---|
| Return the completed form and any documentation to: | If you need help completing this form call: |
| (If no address is shown, return to your loan holder.) | (If no phone number is shown, call your loan holder.) |

## SECTION 8: INSTRUCTIONS FOR COMPLETING THE FORM

Type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy). Example: March 14, 2015 = 03-14-2015. Include your name and account number on any documentation that you are required to submit with this form. **Return the completed form and any required documentation to the address shown in Section 7.**

## SECTION 9: DEFINITIONS

### COMMON DEFINITIONS FOR ALL PLANS:

**Capitalization** is the addition of unpaid interest to the principal balance of your loan. This will increase the principal balance and the total cost of your loan.

A **deferment** is a period during which you are entitled to postpone repayment of your loans. Interest is not generally charged to you during a deferment on your subsidized loans. Interest is always charged to you during a deferment on your unsubsidized loans.

The **William D. Ford Federal Direct Loan (Direct Loan) Program** includes Direct Subsidized Loans, Direct Unsubsidized Loans, Direct PLUS Loans, and Direct Consolidation Loans.

**Family size** always includes you and your children (including unborn children who will be born during the year for which you certify your family size), if the children will receive more than half their support from you.

For the PAYE, IBR, and ICR Plans, family size always includes your spouse. For the REPAYE plan, family size includes your spouse unless your spouse's income is excluded from the calculation of your payment amount.

For all plans, family size also includes other people only if they live with you now, receive more than half their support from you now, and will continue to receive this support for the year that you certify your family size. Support includes money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of college costs. Your family size may be different from the number of exemptions you claim for tax purposes.

The **Federal Family Education Loan (FFEL) Program** includes Federal Stafford Loans (both subsidized and unsubsidized), Federal PLUS Loans, Federal Consolidation Loans, and Federal Supplemental Loans for Students (SLS).

A **forbearance** is a period during which you are permitted to postpone making payments temporarily, allowed an extension of time for making payments, or temporarily allowed to make smaller payments than scheduled.

The **holder** of your Direct Loans is the U.S. Department of Education (the Department). The holder of your FFEL Program loans may be a lender, secondary market, guaranty agency, or the Department. Your loan holder may use a servicer to handle billing, payment, repayment options, and other communications. References to "your loan holder" on this form mean either your loan holder or your servicer.

A **partial financial hardship** is an eligibility requirement for the PAYE and IBR plans. You have a partial financial hardship when the annual amount due on all of your eligible loans (and, if you are required to provide documentation of your spouse's income, the annual amount due on your spouse's eligible loans) exceeds what you would pay under PAYE or IBR.

The annual amount due is calculated based on the greater of **(1)** the total amount owed on eligible loans at the time those loans initially entered repayment, or **(2)** the total amount owed on eligible loans at the time you initially request the PAYE or IBR plan. The annual amount due is calculated using a standard repayment period with a 10-year repayment period, regardless of loan type. When determining whether you have a partial financial hardship for the PAYE plan, the Department will include any FFEL Program loans that you have into account even though those loans are not eligible to be repaid under the PAYE plan, except for: **(1)** a FFEL Program loan that is in default, **(2)** a Federal PLUS Loan made to a parent borrower, or **(3)** a Federal Consolidation Loan that repaid a Federal or Direct PLUS Loan made to a parent borrower.

The **poverty guideline amount** is the figure for your state and family size from the poverty guidelines published annually by the U.S. Department of Health and Human Services (HHS). If you are not a resident of a state identified in the poverty guidelines, your poverty guideline amount is the amount used for the 48 contiguous states.

The **standard repayment plan** has a fixed monthly payment amount over a repayment period of up to 10 years for loans other than Direct or Federal Consolidation Loans, or up to 30 years for Direct and Federal Consolidation Loans.

Page 401
PX13 Peacock Decl.
Attach. D

## SECTION 9: DEFINITIONS (CONTINUED)

### DEFINITIONS FOR THE REPAYE PLAN:

The **Revised Pay As You Earn (REPAYE) plan** is a repayment plan with monthly payments that are generally equal to 10% of your discretionary income, divided by 12.

**Discretionary income for the REPAYE plan** is the amount by which your income exceeds 150% of the poverty guideline amount.

**Eligible loans for the REPAYE plan** are Direct Loan Program loans other than: (1) a loan that is in default, (2) a Direct PLUS Loan made to a parent borrower, or (3) a Direct Consolidation Loan that repaid a Direct or Federal PLUS Loan made to a parent borrower.

### DEFINITIONS FOR THE PAYE PLAN:

The **Pay As You Earn (PAYE) plan** is a repayment plan with monthly payments that are generally equal to 10% of your discretionary income, divided by 12.

**Discretionary income for the PAYE plan** is the amount by which your income exceeds 150% of the poverty guideline amount.

**Eligible loans for the PAYE plan** are Direct Loan Program loans other than: (1) a loan that is in default, (2) a Direct PLUS Loan made to a parent borrower, or (3) a Direct Consolidation Loan that repaid a Direct or Federal PLUS Loan made to a parent borrower.

You are a **new borrower for the PAYE plan** if: (1) you have no outstanding balance on a Direct Loan or FFEL Program loan as of October 1, 2007 or have no outstanding balance on a Direct Loan or FFEL Program loan when you obtain a new loan on or after October 1, 2007, and (2) you receive a disbursement of an eligible loan on or after October 1, 2011, or you receive a Direct Consolidation Loan based on an application received on or after October 1, 2011.

### DEFINITIONS FOR THE IBR PLAN:

The **Income-Based Repayment (IBR) plan** is a repayment plan with monthly payments that are generally equal to 15% (10% if you are a new borrower) of your discretionary income, divided by 12.

**Discretionary income for the IBR plan** is the amount by which your adjusted gross income exceeds 150% of the poverty guideline amount.

**Eligible loans for the IBR plan** are Direct Loan and FFEL Program loans other than: (1) a loan that is in default, (2) a Direct or Federal PLUS Loan made to a parent borrower, or (3) a Direct or Federal Consolidation Loan that repaid a Direct or Federal PLUS Loan made to a parent borrower.

You are a **new borrower for the IBR plan** if: (1) you have no outstanding balance on a Direct Loan or FFEL Program loan as of July 1, 2014 or (2) have no outstanding balance on a Direct Loan or FFEL Program loan when you obtain a new loan on or after July 1, 2014.

### DEFINITIONS FOR THE ICR PLAN:

The **Income-Contingent Repayment (ICR) plan** is a repayment plan with monthly payments that are the lesser of (1) what you would pay on a repayment plan with a fixed monthly payment over 12 years, adjusted based on your income or (2) 20% of your discretionary income divided by 12.

**Discretionary income for the ICR plan** is the amount by which your adjusted gross income exceeds the poverty guideline amount for your state of residence and family size.

**Eligible loans for the ICR plan** are Direct Loan Program loans other than: (1) a loan that is in default, (2) a Direct PLUS Loan made to a parent borrower, or (3) Direct PLUS Consolidation Loan (based on an application received prior to July 1, 2006 that repaid Direct or Federal PLUS Loans made to a parent borrower). However, a Direct Consolidation Loan made based on an application received on or after July 1, 2006 that repaid a Direct or Federal PLUS Loan made to a parent borrower is eligible for the ICR plan.

Page 402
PX13 Peacock Decl.
Attach. D

## SECTION 10: INCOME-DRIVEN PLAN ELIGIBILITY REQUIREMENTS AND GENERAL INFORMATION

**Table 1. Income-Driven Plan Eligibility Requirements and General Information.**

| Plan Feature | REPAYE | PAYE | IBR | ICR |
|---|---|---|---|---|
| Payment Amount | Generally, 10% of discretionary income. | Generally, 10% of discretionary income. | Never more than 15% of discretionary income. | Lesser of 20% of discretionary income or what you would pay under a repayment plan with fixed payments over 12 years, adjusted based on your income. |
| Cap on Payment Amount | None. Your payment may exceed what you would have paid under the 10 year standard repayment plan. | What you would have paid under the 10 year standard repayment plan when you entered the plan. | What you would have paid under the 10 year standard repayment plan when you entered the plan. | None. Your payment may exceed what you would have paid under the 10 year standard repayment plan. |
| Married Borrowers | Your payment will be based on the combined income and loan debt of you and your spouse regardless of whether you file a joint or separate Federal income tax return, unless you and your spouse (1) are separated or (2) you are unable to reasonably access your spouse's income information. | Your payment will be based on the combined income and loan debt of you and your spouse only if you file a joint Federal income tax return, unless you and your spouse (1) are separated or (2) you are unable to reasonably access your spouse's income information | Your payment will be based on the combined income and loan debt of you and your spouse only if you file a joint Federal income tax return, unless you and your spouse (1) are separated or (2) you are unable to reasonably access your spouse's income information. | Your payment will be based on the combined income of you and your spouse only if you file a joint Federal income tax return, unless you and your spouse (1) are separated or (2) you are unable to reasonably access your spouse's income information. |
| Borrower Responsibility for Interest | On subsidized loans, you do not have to pay the difference between your monthly payment amount and the interest that accrues for your first 3 consecutive years in the plan. On subsidized loans after this period and on unsubsidized loans during all periods, you only have to pay half the difference between your monthly payment amount and the interest that accrues. | On subsidized loans, you do not have to pay the difference between your monthly payment amount and the interest that accrues for your first 3 consecutive years in the plan. | On subsidized loans, you do not have to pay the difference between your monthly payment amount and the interest that accrues for your first 3 consecutive years in the plan | You are responsible for paying all of the interest that accrues. |
| Forgiveness Period | If you only have eligible loans that you received for undergraduate study, any remaining balance is forgiven after 20 years of qualifying repayment. If you have any eligible loans that you received for graduate or professional study, any remaining balance is forgiven after 25 years of qualifying repayment on all of your loans. Forgiveness may be taxable. | Any remaining balance is forgiven after 20 years of qualifying repayment, and may be taxable. | Any remaining balance is forgiven after no more than 25 years of qualifying repayment, and may be taxable. | Any remaining balance is forgiven after 25 years of qualifying repayment, and may be taxable. |

Page 7 of 10

SECTION 10: INCOME-DRIVEN PLAN ELIGIBILITY REQUIREMENTS AND GENERAL INFORMATION

| Plan Feature | REPAYE | PAYE | IBR | ICR |
|---|---|---|---|---|
| Income Eligibility | None. | You must have a "partial financial hardship". | You must have a "partial financial hardship". | None |
| Borrower Eligibility | You must be a Direct Loan borrower with eligible loans. | You must be a "new borrower" with eligible Direct Loans. | You must be a Direct Loan or FFEL borrower with eligible loans. | You must be a Direct Loan borrower with eligible loans |
| Recertify Income and Family Size | Annually. Failure to submit documentation by the deadline will result in capitalization of interest and increasing your payment to ensure that your loan is paid in full over the lesser of 10 or the remainder of 20 or 25 years. | Annually. Failure to submit documentation by the deadline may result in the capitalization of interest and will increase the payment amount to the 10-year standard payment amount. | Annually. Failure to submit documentation by the deadline will result in the capitalization of interest and increase in payment amount to the 10-year standard payment amount. | Annually. Failure to submit documentation by the deadline will result in the recalculation of your payment amount to be the 10-year standard payment amount. |
| Leaving the Plan | At any time, you may change to any other repayment plan for which you are eligible. | At any time, you may change to any other repayment plan for which you are eligible. | If you want to leave the plan, you will be placed on the standard repayment plan. You may not change plans until you have made one payment under that plan or a reduced payment forbearance. | At any time, you may change to any other repayment plan for which you are eligible. |
| Interest Capitalization | Interest is capitalized when you are removed from the plan for failing to recertify your income by the deadline or when you voluntarily leave the plan. | If you are determined to no longer have a "partial financial hardship" or if you fail to recertify your income by the deadline, interest is capitalized until the outstanding principal balance on your loans is 10% greater than it was when you entered the plan. It is also capitalized if you leave the plan. | If you are determined to no longer have a "partial financial hardship", fail to recertify your income by the deadline, or leave the plan, interest is capitalized. | Interest that accrues when your payment amount is less than accruing interest on your loans is capitalized annually until the outstanding principal balance on your loans is 10% greater than it was when your loans entered repayment. |
| Re-Entering the Plan | Your loan holder will compare the total of what you would have paid under REPAYE to the total amount you were required to pay after you left REPAYE. If the difference between the two shows that you were required to pay less by leaving REPAYE, your new REPAYE payment will be increased. The increase is equal to the difference your loan holder calculated, divided by the number of months remaining in the 20- or 25-year forgiveness period. | You must again show that you have a "partial financial hardship". | You must again show that you have a "partial financial hardship". | No restrictions. |

Page 8 of 10

## SECTION 11: SAMPLE PAYMENT AMOUNTS

The tables below provide repayment estimates under the traditional and income-driven repayment plans. These figures are estimates based on an interest rate of 6%, the average Direct Loan interest rate for undergraduate and graduate borrowers. The figures also assume a family size of 1, that you live in the continental U.S., and that your income increases 5% each year. Various factors, including your interest rate, your loan debt, your income, if and how quickly your income rises, and when you started borrowing may cause your repayment to differ from the estimates shown in these tables. These figures use the 2016 Poverty Guidelines and Income Percentage Factors.

Table 2. Non-Consolidation, Undergraduate Loan Debt of $30,000 in Direct Unsubsidized Loans and Starting Income of $25,000

| Repayment Plan | Initial Payment | Final Payment | Time in Repayment | Total Paid | Loan Forgiveness |
|---|---|---|---|---|---|
| Standard | $333 | $333 | 10 years | $33,967 | N/A |
| Graduated | $190 | $571 | 10 years | $42,636 | N/A |
| Extended-Fixed | Ineligible | - | - | - | - |
| Extended-Graduated | Ineligible | - | - | - | - |
| PAYE | $60 | $296 | 20 years | $38,105 | $27,823 |
| REPAYE | $60 | $296 | 20 years | $38,105 | $24,253 |
| IBR | $90 | $333 | 21 years, 10 months | $61,006 | $0 |
| ICR | $195 | $253 | 19 years, 6 months | $52,233 | $0 |

Table 3. Non-Consolidation, Graduate Loan Debt of $60,000 in Direct Unsubsidized Loans and Starting Income of $40,000

| Repayment Plan | Initial Payment | Final Payment | Time in Repayment | Total Paid | Loan Forgiveness |
|---|---|---|---|---|---|
| Standard | $666 | $666 | 10 years | $79,935 | N/A |
| Graduated | $381 | $1,143 | 10 years | $85,272 | N/A |
| Extended-Fixed | $437 | $437 | 25 years | $130,974 | N/A |
| Extended-Graduated | $300 | $582 | 25 years | $126,168 | N/A |
| PAYE | $185 | $612 | 20 years | $87,705 | $41,814 |
| REPAYE | $185 | $816 | 25 years | $131,444 | $0 |
| IBR | $277 | $666 | 18 years, 3 month | $107,905 | $0 |
| ICR | $469 | $588 | 13 years, 9 months | $89,468 | $0 |

Page 9 of 10

**Page 405**
**PX13 Peacock Decl.**
**Attach. D**

## SECTION 12: IMPORTANT NOTICES

**Privacy Act Notice.** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authorities for collecting the requested information from and about you are §421 et seq. and §451 et seq. of the Higher Education Act of 1965, as amended (20 U.S.C. 1071 et seq. and 20 U.S.C. 1087a et seq.), and the authorities for collecting and using your Social Security Number (SSN) are §§428B(f) and 484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the Federal Family Education Loan (FFEL) Program or the William D. Ford Federal Direct Loan (Direct Loan) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the FFEL and/or Direct Loan Programs, to permit the servicing of your loans, and, if it becomes necessary, to locate you and to collect and report on your loans if your loans become delinquent or default. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed, on a case-by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loans, to enforce the terms of the loans, to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions.

To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment statuses, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

**Paperwork Reduction Notice.** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 1845-0102. Public reporting burden for this collection of information is estimated to average 20 minutes (0.33 hours) per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the information collection. Individuals are obligated to respond to this collection to obtain a benefit in accordance with 34 CFR 682.215, 685.209, or 685.221.

**If you have comments or concerns regarding the status of your individual submission of this form, please contact your loan holder directly (see Section 7).**

Page 406
PX13 Peacock Decl.
Attach. D

# Attachment E

 

**U.S. Department of Education**
Information about your federal student loan

**INCOME-DRIVEN REPAYMENT PLAN APPROVAL**

Account Number: Redacted

September 11, 2018

BWBBCFT          11L6#
Redacted

Redacted

NORTH BAY VILLAGE FL

We approved your request for an Income-Driven Repayment (IDR) plan. Your new repayment plan is Revised Pay As You Earn (REPAYE) for the loans listed. We used your income documentation and family size to determine your new monthly payment of $0.00 which is first due on 10/25/2018.

Your new monthly payment amount is effective for all payments due between 10/25/2018 and 10/01/2019. You are still responsible for any payments due before 10/25/2018. About 3 months prior to 10/01/2019, we will send you a notification letting you know that you are due to recertify (complete a new application and provide updated income documentation). If you do not recertify, any outstanding interest will likely be capitalized and your payment amount may increase.

Per your request, we ended any deferments or forbearances that were previously applied to your loans so that you can start making payments towards forgiveness right away.

**Good to Know**

- If you selected a specific IDR plan but were not eligible, we put you on the best plan that you are eligible for with the lowest monthly payment amount.
- We will continue to send you a monthly statement even though your monthly payment is $0.00 .
- If your financial circumstances change, you can ask us to recalculate your monthly payment amount at any time by applying online at StudentLoans.gov and selecting the third box in Item 1.
- To learn more about loan forgiveness under an IDR plan, including the amount of payments you are required to make, visit MyFedLoan.org/IDRFAQ.
- If you wish to leave an IDR plan, you must have time remaining in the repayment plan you want to change to and your new payment amount will be based on the balance of your eligible loans at the time you leave IDR.
- You will need to recertify your income and family size annually regardless of whether you are in a deferment or forbearance and regardless of whether your income or family size has changed. We will notify you before the date you are required to recertify. If we do not receive your recertification information by the deadline each year, any outstanding interest will capitalize (be added to your principal balance) and you will be placed on the Alternative Repayment plan where your term is the lesser of 10 years or the remainder of the 20 or 25 years until forgiveness.

**ATTACHMENT E**

TLXL2    FS06BAPIDR  0296395597    ENOTIFY    27207182540001713

**Page 407**
**PX13 Peacock Decl.**
**Attach. E**

Loan Information

| Loan Program | Disbursement Date | Current Principal Balance | Interest Rate |
|---|---|---|---|
| DLUNST | 10/22/2016 | $14.456.84 | 5.310% |

# PX14
# Declaration of Vanessa Pina

DECLARATION OF VANESSA PINA   ORIGINAL
Pursuant to 28 U.S.C. § 1746

1

2

3       I, Vanessa Pina, hereby state that I have personal knowledge of the facts set

4   forth below and am competent to testify about them.  If called as a witness, I could

5   and would testify as follows:

6       1.      I am over the age of 18 and reside in Gilroy, California.  I graduated

7   from college about eight years ago.  I have three federal student loans totaling

8   about $16,000.

9       2.      On or about March 3, 2019, I received an unsolicited telephone call

10   from a woman whose name I do not recall.  She said she was with American

11   Financial Support Services ("AFSS").  She had a strong accent and spoke very

12   quickly.  I had a hard time understanding everything she said.  I do recall her

13   saying that AFSS works with the Department of Education ("DOE") and that DOE

14   was going to garnish my wages because I was not making payments on my student

15   loans.  At that time, I did not have the money to pay my student loans.  I was

16   frightened by her claim about the garnishment of my wages.  This woman knew all

17   about my student loans.  She knew how many I had, the amount I owed, and which

18   loan servicer was servicing them; at that time, it was Nelnet.  She said that AFSS

19   would work with DOE to start the paperwork to consolidate my loans, reduce my

20   loan interest rate, and get me into an income based repayment program.  The

21   representative did not say anything about loan forgiveness.

22       3.      The woman asked me questions about my income, whether I worked

23   full time, and the number of people in my household.  She told that she needed my

24   paycheck stubs and my last federal income tax return.  I recall taking a screenshot

25   of my last paycheck stub and sending it to her using my phone that same day.

26   Unfortunately, I no longer have a copy of this screenshot.

27

28

Vanessa Pina Declaration, p. 1 of 4

1     4.     This woman said the cost of AFSS's service was about $599 and that I

2   could pay it in three monthly payments of $199.67.  She said that after I paid the

3   initial $599 fee, I would pay $141 monthly and that $19 of that would be paid to

4   AFSS and applied to my student loan.  I told this woman that I could not afford

5   $200 monthly payments.  She said that she might be able to reduce the amount of

6   those three payments, but later in the call she told me that they could not do that.

7     5.     Because I was worried about wage garnishment and the AFSS

8   representative told me that the company would work with the DOE to

9   consolidate my student loans, reduce the interest rate on the outstanding balance,

10   and get me into an income driven repayment program that I could afford, I agreed

11   to sign up with AFSS.  The fact that they were working with DOE was reassuring

12   to me.  I gave the woman my debit card information to pay the $599 fee and the

13   monthly $19 payments toward my student loan debt.  She said that sometime in the

14   next month or so I would get an email advising me where to pay the remaining

15   portion of the $141.  That did not make sense to me and later I called FedLoan

16   Servicing ("FedLoan") to inquire about it (see Paragraph 10, below).

17     6.     While she was on the phone with me, the woman sent me an email

18   with a link to download some documents that she said I needed to e-sign.  I clicked

19   on the link and the documents downloaded to my computer.  This woman rushed

20   me along, telling where to sign and giving me little time to read or review the

21   documents.  I noticed that some of the documents mentioned an entity called

22   1file.org.  When I asked about that company, the AFSS representative said that

23   1file.org would consolidate my loans.  True and correct copies of these documents

24   are appended as **Attachment A.**

25     7.     Later that day, I received several emails from processing@1file.org,

26   including emails with information on "how your application is processed," "7

27   things your loan servicer fails to tell you," a "Borrower Eligibility Confirmation,"

28

Vanessa Pina Declaration, p. 2 of 4

1   and a notice to "upload proof of income with your new login information." The

2   borrower eligibility confirmation accurately listed my student loans and their

3   balances, even though I had not provided this information to either AFSS or

4   1file.org.  True and correct copies of printouts of these emails are included as

5   **Attachment B**.

6        8.    On or about March 8, 2019, I received an email from

7   processing@1file.org asking me to provide my proof of income so that they could

8   "complete [my] student loan payment application."  On or about March 22, 2019, I

9   received an email from processing@1file.org advising me that they "were

10  processing" a loan consolidation application.  True and correct copies of printouts

11  of these emails are appended as **Attachment C**.  On or about April 10, 2019, I

12  received another email from processing@1file.org asking me to provide proof of

13  income using their customer portal.  A true and correct copy of a printout of that

14  email is included as **Attachment D.**  I did not respond to these emails and I did not

15  provide 1file.org with proof of my income because I had already provided that

16  information.  I do not know why they kept asking me for that information.

17       9.    Over the next three months, I paid the $199 monthly payments to

18  1file.org.  On or about June 3, 2019, I received another email from

19  processing@1file.org, explaining that they needed my login information for my

20  Federal Student Aid ("FSA") account.  **Attachment E** is a true and correct copy of

21  a printout of that email.  I did not provide them with my FSA login information.

22       10.   As time passed, I became concerned about the fact that I was

23  supposed to be paying an additional $122 monthly, but I was not sure how that was

24  supposed to be paid.  I was also having trouble logging into my FedLoan account.

25  For that reason, on or about July 12, 2019, I called FedLoan to ask about the status

26  of my student loan.  I spoke to a woman and explained that I had been paying

27  1file.org to work with DOE to consolidate my student loans.  I explained that I was

28

Vanessa Pina Declaration, p. 3 of 4

1  currently making $19 monthly payments to 1file.org toward my student loan
2  payments, but I was not sure where I was supposed to be sending the remaining
3  $122. The woman told me that none of the money that I had paid to 1file.org had
4  been applied to my student loans. She explained that 1file.org had no affiliation or
5  relationship with DOE. I told her that I was having trouble logging into my
6  FedLoan account. She said that 1file.org may have changed my FedLoan login
7  credentials. She explained that my loans had been consolidated and I was in an
8  income based repayment program. She said that I should begin making a $59 loan
9  payment directly to FedLoan. She said that I should also consider canceling my
10 monthly payments to 1file.org and filing a complaint with the Federal Trade
11 Commission.
12      11.     After I spoke to FedLoan, I contacted 1file.org and advised them that I
13 no longer wanted to pay them because I intended to deal strictly with FedLoan
14 from that point on. I also requested a refund, but I was told that the company
15 would not refund any of the money that I paid to them because the company had
16 processed some documents to consolidate my loans for me.
17      12.     If I had known that known that, contrary to what I was told by the
18 AFSS representative, none of my payments to 1file.org would be applied to my
19 student loan, I would never have agreed to sign up with AFSS or 1file.org.
20
21 I declare under penalty of perjury that the foregoing is true and correct to the best
22 of my knowledge.
23
24 Dated: _August 16th_____, 2019      _Vanessa Angela Pena_____
                                              Vanessa Pina
25
26
27
28
   Vanessa Pina Declaration, p. 4 of 4

# Attachment A



## American Financial Support Services

**SERVICE AGREEMENT**   **ATTACHMENT A**

This service agreement ("Agreement") is made and entered into this 1st day of March, 2019, by and between American Financial Support Services ("American Financial Support Services"), and Vanessa Pina hereinafter referred to es ("Client"), whose address is ▇▇ ▇▇, Gilroy CA ▇▇▇▇ with reference to the following.

### RECITALS

    A. American Financial Support Services provides document processing services to Individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation") and/or restructure the current payment to a new ("Income-Driven Repayment");

    B. Client requests American Financial Support Services perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

    C. In consideration of the foregoing covenants end conditions set forth, below, American Financial Support Services and Client do hereby agree to the following:

### 1. Client Loan Service Definition.

American Financial Support Services provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. American Financial Support Services will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

### 2. Nature of Service; No Legal or Tax Advice.

American Financial Support Services is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. The Client acknowledges that American Financial Support Services is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

### 3. Rehabilitation; Garnishment.

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, American Financial Support Services will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, American Financial Support Services will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

### 4. Fees.

Client egrees to pay American Financial Support Services a Service fee of $599.00 for providing the Services. In addition Client agrees to pay American Financial Support Services a Monthly Maintenance fee of: $19.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, American Financial Support Services will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

### 5. Refund.

Client understands that American Financial Support Services is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website. However, American Financial Support Services guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with American Financial Support Services providing all information requested by American Financial Support Services and DOE in a timely manner as deemed by American Financial Support Services and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 30 days of any loan application denial by the DOE. American Financial Support Services will reimburse 100% of the Service fee paid by Client.

### 6. Process.

ID: 5f382105-30b9-5ba4-fc54-251ae54d0290 Signed: 2019-03-01T12:53:35-08:00

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. American Financial Support Services relies on the applicable lender(s) and American Financial Support Services cannot be held liable for delayed completion due to delays in obtaining information or approvals from third parties or the DOE. The average completion time to process a Federal Student Loan Consolidation through American Financial Support Services is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

**7. Client Warranty.**

Client expressly represents and warrants that they will provide American Financial Support Services with information that is complete and accurate to the best of their knowledge. American Financial Support Services is under no obligation to independently verify the information provided by Client.

**8. Client Authorization.**

I hereby authorize American Financial Support Services to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize American Financial Support Services to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information American Financial Support Services obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

**9. Arbitration and Choice of Law.**

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

**10. Indemnification.**

Client hereby agrees to defend and hold harmless American Financial Support Services from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

**11. Termination of Agreement.**

Client may cancel this contract any time with written notice to American Financial Support Services prior to being approved for Federal Student Loan Consolidation. Any fees paid to American Financial Support Services at time of cancellation shall be deemed earned as long as American Financial Support Services has acted in good faith in performing services on behalf of Client. American Financial Support Services may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, American Financial Support Services (American Financial Support Services), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (844) 593-8072.

| Vanessa Pina | | |
| --- | --- | --- |
| **NAME** | | **SIGN** |
| 03/01/2019 | | |
| **DATE** | | **SSN** |

ID: 5f882105-5202-503a-4c54-781aa54c0200 Signed: 2019-03-01T12:53:35-06:00