## Privacy Policy

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal information. Personal information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports; information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and American Financial Support Services to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact American Financial Support Services Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e. exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt-out' of having personal information shared. By providing information to American Financial Support Services you are consenting to the collection, use, and disclosure of personal information in the manner described in this privacy policy. This Policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

7901 Stoneridge Dr. Ste 504, Pleasanton, CA 94588 - (844) 593-8072

Email address: processing@americanfss.org

Vanessa Pina

NAME

SIGN

03/01/2019

DATE

ID: 5f882105-30b9-5ba4-fc54-251ae54d0290 Signed: 2019-03-01T12:53:35-06:00



**American Financial Support Services**

Limited Scope Power of Attorney

- THIS LIMITED POWER OF ATTORNEY IS ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION ("DOE") AND CLIENT, Vanessa Pina ("GRANTOR"). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.

- I, Vanessa Pine, Social Security # 300-66-21, residing at ▮▮▮▮▮ Gilroy CA ▮▮▮, Gilroy CA ▮▮▮, this date, Mar 01, 2019, hereby appoints American Financial Support Services as my ATTORNEY-IN-FACT to perform on my behalf as indicated below. With this signature, Vanessa Pina authorizes American Financial Support Services to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,

1. Access my account with the DOE, including taking steps and providing information necessary to access the account.

2. Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3. Drafting and, following my execution, submitting an application to the DOE.

4. Engaging sub-contractors as may be appropriate to perform the services.

American Financial Support Services has full authority to represent me, Vanessa Pina, to perform the services outlined in the Service Agreement.

This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:

1. It is revoked, suspended or terminated in writing by the GRANTOR; or

2. The contract is terminated for any reason, whichever is earlier to occur.

7901 Stoneridge Dr, Ste 504, Pleasanton, CA 94588 - (844) 593-8072

Vanessa Pina
_____
     NAME

03/01/2019
_____
     DATE

_____
     SIGN

ID: 5f882105-30b9-5ba4-fc54-251ae54d0290 Signed: 2019-03-01T12:53:35-06:00

 United States Department of Education

### Certification of Identity & Authorization to Disclose Personal Information

**Privacy Act Statement.** Department regulations require a person who submits a written request for access or disclosure of records to submit personal data sufficient to identify the individual submitting the request. 34 C.F.R. Section 5b.5(b). We solicit the information requested here in order to ensure that the records of individuals who are the subject of Department systems of records are not wrongfully disclosed by the Department. If you fail to furnish this information we will take no action to honor your request. Required information is indicated in CAPS.

FULL NAME OF REQUESTER:  [PLEASE PRINT] Vanessa Pina

ADDRESS: [STREET]

[CITY] Gilroy                   [STATE] CA                   [ZIP]

Phone: 408                      Email:             @yahoo.com

SOCIAL SECURITY NUMBER: [1]                   DATE OF BIRTH: [MM/DD/YY]

### Authorization to Disclose Personal Information to Another Person

I authorize the Department of Education and its agents to release to, and discuss with, the individual named below as my representative, any records of the Department regarding my student financial assistance loan or grant obligation(s) to the Department, for the purpose of assisting me in satisfying the obligation:

FULL NAME OF REPRESENTATIVE:  1FILE.ORG

ADDRESS: [STREET]  5772 BOLSA AVE. STE B220

[CITY]  HUNTINGTON BEACH               [STATE] CA               [ZIP] 92649

PHONE: (844) 593-8072               [Relationship To Requester] 3rd Party Organization

I authorize the Department to honor this authorization unless and until I revoke it in a written notice and the designated office of the Department receives that notice. I understand that whenever requesting disclosure of information, the representative named here must submit information to verify his or her identity.

I UNDERSTAND THAT IN ORDER TO VERIFY HIS OR HER IDENTITY WHEN MAKING A REQUEST FOR DISCLOSURE BY TELEPHONE, THIS REPRESENTATIVE MAY BE REQUIRED TO PROVIDE MY SSN, DOB, AND THE DATE ON WHICH I SIGNED THIS AUTHORIZATION.

I declare under penalty of perjury that I am the person named above as the requester, that I authorize release to the individual named as representative, and that the statements I provided here are true and accurate. I understand that any false statement is subject to punishment under 18 U.S.C. Section 1001 by fine or imprisonment of not more than five years, and that a knowing and willful request made under false pretenses for a record of an individual is subject to punishment under 5 U.S.C. Section 552a(i)(3) by a fine of up to $5000.

DATE: 03/01/2019          SIGNATURE  *Vanessa Pina*

---

[1] You are not required to provide your SSN or DOB. However, we ask you to provide your SSN and DOB only to facilitate the identification of records relating to you, and unless you provide your SSN and DOB, we may be unable to locate any or all records pertaining to you.

Completed authorizations should be mailed to:

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE TX 75403-5609

ID: 5f882105-30b9-5ba4-fo54-251ae64d0290 Signed: 2019-03-01T12:53:35-06:00

Form **4506-T**
(Rev. September 2015)
Department of the Treasury
Internal Revenue Service

**Request for Transcript of Tax Return**

► Do not sign this form unless all applicable lines have been completed.
► Request may be rejected if the form is incomplete or illegible.
► For more information about Form 4506-T, visit *www.irs.gov/form4506t.*

OMB No. 1545-1872

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first.<br><br>Vanessa Pina | 1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number or individual taxpayer identification number if joint tax return<br><br>- - |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)
⬛⬛⬛ , Gilroy CA ⬛⬛⬛

4  Previous address shown on the last return filed if different from line 3 (see instructions)

5  If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

1FILE ORG, 5772 Bolsa Ave Suite 220, Huntington Beach, CA 92649

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

6  Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ► 1040

 a  **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . ☐

 b  **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . ☐

 c  **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . . . ☐

7  **Verification of Nonfiling,** which is proof from the IRS that you did not file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☐

8  **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

9  Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

| 12 / 31 / 14 | 12 / 31 / 15 | 12 / 31 / 16 | / / |
|---|---|---|---|

**Caution: Do not sign this form unless all applicable lines have been completed.**

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

☐ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.

|  | Phone number of taxpayer on line 1a or 2a |
|---|---|

**Sign Here**

►  _Vanessa Pina_ ............ | 03/01/2019
Signature (see instructions)        | Date

►  ............................... |
Title (if line 1a above is a corporation, partnership, estate, or trust) |

►  ............................... | 03/01/2019
Spouse's signature           | Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.        Cat. No. 37667N        Form **4506-T** (Rev. 9-2015)

ID: 5f882105-3059-5b54-fc54-251ae54d0290 Signed: 2019-03-01T12:53:35-08:00

### Credit Card Authorization Form

I Venessa Pine, authorize 1FILE.ORG to charge my credit card *****4173 For the total of $599.00 on the dates listed below #303430008.

| | | |
|---|---|---|
| Mar 08, 2019 | $199.67 | _VP |
| Mar 22, 2019 | $199.67 | _VP |
| Apr 05, 2019 | $199.66 | _VP |

Additionally, I authorize 1FILE.ORG to charge a Monthly Maintenance Fee of 19.00 on the 2nd of every month thereafter until loan obligations have been fulfilled.

Your method of payment is es follows:

**Credit Card Number: Visa**          **Name On Credit Card: Vanessa Pina**

**Credit Card Number: ******          **Expiration Date:**          **Security Code - 3 digits on Back of Card:**

**Billing Address of Credit Card:**

[ ] **Gilroy CA**

**Contact Numbers:**

**Home Phone: 408-**
**Cell Phone:**

Amount due $599.00 Contract #303430008

5772 Bolsa Ave. Suite 220, Huntington Beach, CA 92649 - (844) 593-8072


Signature

03/01/2019
Date

**Payment Automation** Network, Inc.

## CUSTODIAL ACCOUNT AGREEMENT

Ver 12/03/2015

Client enters into this Agreement (Agreement) with Payment Automation Network, Inc. (PAN) for having PAN receive payments, make disbursements authorized by Client upon Client's instructions and/or the occurrence of specified events, and provide online transaction management and accounting information on Client's behalf (together, the "Services").

Client authorizes PAN to (i) collect (debit) funds via ACH from Client's designated financial institution (Designated Account) pursuant to the Payment Schedule attached hereto ("Payment Schedule"); (ii) deposit such funds in a non-interest bearing FDIC custodial account ("Custodial Account"); and (iii) disburse funds from the Custodial Account as directed by the payment schedule and/or by client solely upon receipt of authorized instructions from Client, provided the balance in the Depository Account equals or exceeds the disbursement request. If the balance of the Custodian Account is less than a requested disbursement, the disbursement direction will not be honored until the balance is increased to the desired amount.

Client agrees to pay PAN's fees and charges shown below and such fees and charges may be deducted directly from the Custodial Account.

Client agrees PAN will select the financial institution that will hold the Custodial Account. Client agrees that PAN may, at its sole discretion and upon written notification to Client, change the financial i·ID: 5f882106-30b9-5be4-fc54-251ae54d0290 Signed: 2019-03-01T12:53:35-06:00

Account may be in California or any other state selected by PAN in its sole discretion. Client agrees that the Custodial Account will not be used for any illegal purpose, and Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered.

Client agrees that sufficient funds will be available in the Designated Account at least three (3) business days prior to date of all scheduled ACH debits. Client understands and agrees that to stop or change a scheduled debit from the Designated Account, Client must notify PAN at least three (3) business days prior to any such change. In the event Client's Designated Account does not have sufficient funds for a scheduled debit, PAN will not be liable to any third party due to insufficient funds, restriction or dishonor related to Client's account. Client authorizes PAN to recover any funds arising from a NSF, dishonor, or error in debiting the Designated Account. At its sole discretion, PAN may recover any such funds by means of a debit to the Designated Account and/or the Custodial Account. Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered. If Client's Custodian Account is suspended, cancelled, or otherwise terminated for any reason end the account has a negative balance, Client agrees to pay the negative balance upon demand. Should Client fail to remit the full amount of such negative balance, Client shall remain responsible for the deficit and collection actions may be pursued against Client.

Client has an agreement with Service Provider, and the Payment Schedule is part of that agreement. Client directs and authorizes PAN to share information with Service Provider as required by Service Provider and with any other authorized parties involved in the administration of the Custodial Account on Client's behalf. PAN is not an owner, employee, or partner of Service Provider, and provides the Services to Client as an independent third party. Client agrees that PAN is not involved or engaged in any respect with the services provided by the Service Provider, other than acting as a third-party escrow on behalf of Client and the Service Provider. Client agrees that PAN shall not be responsible for determining when a payment is due or whether a payment is for the correct amount or otherwise proper. PAN's sole obligation shall be to execute Client's payment instructions in a commercially reasonable manner as soon as practical after receipt of such instructions or after the occurrence of the specified event authorizing release of a payment on behalf of Client. PAN shall not be liable for any conduct by Service Provider or for payment or other charge levied by anyone on Client, for any failure of anyone to honor a transaction or for any other adverse action taken or not taken by any other party in connection with the Services. Under no circumstances shall PAN be liable for any special, incidental, consequential, exemplary, or punitive damages.

PAN will provide Client an internet login with a login name and password for viewing the funds held in the Custodial Account and all transactions related to Client via a protected website. Use of Client's passcode, password or any other form of identification designated by Client in any transaction constitutes and will be accepted as Client's electronic signature, as that term is used in the federal Electronic Signature in Global and National Commerce law and other applicable laws.

Client's funds are held in the Custodial Account pending Client's instructions for disbursement. Client has sole authority to authorize disbursements or transfers. You expressly authorize PAN to rely on your instructions for this purpose whether transmitted directly by you, via the Service Provider or by a third party you have authorized in whatever form provided, including but not limited to any instructions provided via email, PAN's website, E-signature, or other writing, verbally, by voicemail or any other means of communication. If Client is more than one person, PAN may act upon receipt the instructions of either person; however, if conflicting instructions are received before any action has been taken, PAN may in its sole discretion refrain from taking any action until it receives joint instructions from all Clients or a

court order directing further action. Client agrees that PAN shall have no right or obligation to control, direct, or change any disbursement instructions provided by Client other than as expressly provided by this Agreement.

Client may revoke any prior payment authorization at any time before such payment has been initiated by completing and submitting a Revocation of Recurring Payment Authorization form to PAN by email or mail. See PAN's Contact Information below.

PAN or Client may terminate this Agreement upon delivery of written notice at any time. Upon termination of this Agreement for any reason, PAN shall arrange for Client's remaining funds, apart from any funds due to be paid to the Service Provider or any other person or entity as a result of the occurrence of specified events prior to delivery of the termination notice, to be transmitted from the Custodial Account to the Designated Account.

Client agrees that all disclosures, account activity, notifications and any other communications related to the Services may be distributed to Client by electronic mail or through PAN's software services. Client acknowledges that Client is able to electronically receive, download and print such information and communications. If Client is unable to communicate electronically for any reason, Client agrees to notify PAN immediately, and reasonable alternative means of communication will be established in accordance with applicable law.

Client understands and agrees that all calls to and from PAN are monitored and recorded. Client verifies that the telephone and cellular phone numbers and email addresses shown below presently belong to Client. Client consents to receive emails, prerecorded messages and/or auto dialed calls (including text messages) relating to this Agreement and the Services. These communications may be made by PAN or its agents, even if your phone number is registered on any state or federal "Do Not Call" list. You may incur a charge for such calls by your telephone carrier. PAN may obtain and contact email addresses and phone numbers provided by you directly or obtained through other lawful means. Your consent to this provision is not required as a condition of entering into this Agreement, and you may opt out from consenting to these provisions by contacting PAN in writing at PAN's Contact Information below.

You agree to provide notice within 30 days of any change to your email address or phone numbers by writing to PAN's Contact Information below.

ARBITRATION OF DISPUTES - IMPORTANT NOTICE  ID: 5f882105-30b9-5ba4-fc54-251ae54d0280 Signed: 2019-03-01T12:53:35-06:00

You agree that any controversy, claim or dispute between the parties arising out of or relating to this Agreement, or to any of the services provided pursuant to this Agreement, or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this Agreement to arbitrate, shall be determined by binding arbitration conducted in the federal judicial district where the Client resides. The parties agree that this arbitration provision shall be governed by and enforceable under the Federal Arbitration Act. Otherwise, parties agree that the laws of the Client's state of residence shall govern any dispute between them. The parties agree the arbitration shall be conducted before a single arbitrator pursuant to the rules and procedures of the American Arbitration Association ("AAA"). The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. Any award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. The parties agree that either party may bring claims against the other only in his/her or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the costs of the arbitration, not including attorney's fees or expert witness expenses, equally. If the consumer's share of the costs is greater than two-thousand dollars ($2,000.00), PAN will pay the consumer's share of any costs in excess of that amount. In the event that a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party shall be entitled to obtain costs of suit, including any reasonable attorney's fees incurred for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrators ruling, except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the requirement to arbitrate shall survive any termination of this Agreement.

This Agreement constitutes the entire agreement between Client and PAN. No modifications, variations or waivers of any provisions of this Agreement shall be deemed valid unless in writing and signed by Client and PAN.

ID: 5f882105-30b9-5ba4-fc54-251ae54d0290 Signed: 2019-03-01T12:53:35-06:00

| Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| Pina | Vanessa | | | |

| Co-Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| | | | | |

| Address | City, State, ZIP |
|---|---|
| , Gilroy CA | Gilroy, CA, |

| Phone | Email | Mothers Maiden Name |
|---|---|---|
| 408- | @yahoo.com | |

| Authorized Service Provider/Agent | Account ID |
|---|---|
| Arete Financial | AR–1 |

| Client Signature | *Vanessa Pina* | Date | 03/01/2019 | Notifications To Payment Automation Network |
|---|---|---|---|---|
| | | | | Email: Clients@paymentautomation.net |
| Co-Cleint Signature | | Date | | Phone: (800)813-3740 |
| | | | | Fax: (866)600-2703 |
| | | | | Portal: https://client.paymentautomation.net |

ID: 5f882105-30b9-5ba4-fc54-251ae54d0290 Signed: 2019-03-01T12:53:35-06:00

 Payment Automation
Network, Inc.

**CUSTODIAL ACCOUNT AGREEMENT**

Ver 10/30/2014

**AUTHORIZATION FOR RECURRING DIRECT PAYMENTS I (we) hereby authorize PAN to initiate ACH debit entries from the account at the depository financial institution named below and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to the account must comply with the provisions of U.S. law. This authorization is to remain in full force and effect until PAN has received written notification from me (or either of us) of its termination at least three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.er than three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.**

| Bank Name | Account Number | Routing Number | Account Type | Account Fees |
|---|---|---|---|---|
| Authorizing Person's Name (as it appears on check) | | | | I authorize PAN to charge my Primary Financial Institution or my Custodial Account in accordance with the following fees for services rendered. |
| Address, City, State, Zip (as it appears on check) ▓▓▓▓ , Gilroy CA ▓▓▓ Gilroy, CA, ▓▓▓ | | | | Monthly Custodial Account:$6.75 Unauthorized Returns:$35.00 Stop Payment:$25.00 Return Item Fee: $0.00 |
| Recurring Debit Authorization $599.00 | | Effective Date (Date of First Debit) Mar 08, 2019 | | Fees for Disbursements per occurrence or any other appropriate service. |
| The specific debits to my account authorized herein may only post on or after the EFFECTIVE DATE listed in the attached payment schedule. This authorization is to remain in full force and effect until PAN has received written notification from me of termination in such time and in such manner as to afford PAN a reasonable opportunity to act. | | | | ACH Credit:$5.00 ACH Debit/Check by phone:$5.00 Overnight Check. Wire Transfer: $25.00 2-Day Check:$10.00 USPS Check: $5.00 |
| Client Signature | 03/01/2019 | DATE | Mar 01, 2019 | Notifications To Payment Automation Network Email: Clients@paymentautomation.net Phone: (800)813-3740 |
| CO-Client Signature | | DATE | Mar 01, 2019 | Fax: (866)600-2703 Portal: https://client.peymentautomation.net |

**Payment Schedule**

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 1 | Mar 08, 2019 | $199.67 | $0.00 | $199.67 |
| 2 | Mar 22, 2019 | $199.67 | $0.00 | $199.67 |
| 3 | Apr 05, 2019 | $199.66 | $0.00 | $199.66 |
| 4 | Jul 02, 2019 | $0.00 | $19.00 | $19.00 |

ID: 5f882105-30b9-5ba4-fc54-251ae54d0290 Signed: 2019-03-01T12:53:35-06:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 5 | Aug 02, 2019 | $0.00 | $19.00 | $19.00 |
| 6 | Sep 03, 2019 | $0.00 | $19.00 | $19.00 |
| 7 | Oct 02, 2019 | $0.00 | $19.00 | $19.00 |
| 8 | Nov 04, 2019 | $0.00 | $19.00 | $19.00 |
| 9 | Dec 02, 2019 | $0.00 | $19.00 | $19.00 |
| 10 | Jan 02, 2020 | $0.00 | $19.00 | $19.00 |
| 11 | Feb 03, 2020 | $0.00 | $19.00 | $19.00 |
| 12 | Mar 02, 2020 | $0.00 | $19.00 | $19.00 |
| 13 | Apr 02, 2020 | $0.00 | $19.00 | $19.00 |
| 14 | May 04, 2020 | $0.00 | $19.00 | $19.00 |
| 15 | Jun 02, 2020 | $0.00 | $19.00 | $19.00 |
| 16 | Jul 02, 2020 | $0.00 | $19.00 | $19.00 |
| 17 | Aug 03, 2020 | $0.00 | $19.00 | $19.00 |
| 18 | Sep 02, 2020 | $0.00 | $19.00 | $19.00 |
| 19 | Oct 02, 2020 | $0.00 | $19.00 | $19.00 |
| 20 | Nov 02, 2020 | $0.00 | $19.00 | $19.00 |
| 21 | Dec 02, 2020 | $0.00 | $19.00 | $19.00 |
| 22 | Jan 04, 2021 | $0.00 | $19.00 | $19.00 |
| 23 | Feb 02, 2021 | $0.00 | $19.00 | $19.00 |
| 24 | Mar 02, 2021 | $0.00 | $19.00 | $19.00 |
| 25 | Apr 02, 2021 | $0.00 | $19.00 | $19.00 |
| 26 | May 03, 2021 | $0.00 | $19.00 | $19.00 |
| 27 | Jun 02, 2021 | $0.00 | $19.00 | $19.00 |
| 28 | Jul 02, 2021 | $0.00 | $19.00 | $19.00 |
| 29 | Aug 02, 2021 | $0.00 | $19.00 | $19.00 |
| 30 | Sep 02, 2021 | $0.00 | $19.00 | $19.00 |
| 31 | Oct 04, 2021 | $0.00 | $19.00 | $19.00 |
| 32 | Nov 02, 2021 | $0.00 | $19.00 | $19.00 |
| 33 | Dec 02, 2021 | $0.00 | $19.00 | $19.00 |
| 34 | Jan 03, 2022 | $0.00 | $19.00 | $19.00 |
| 35 | Feb 02, 2022 | $0.00 | $19.00 | $19.00 |
| 36 | Mar 02, 2022 | $0.00 | $19.00 | $19.00 |
| 37 | Apr 04, 2022 | $0.00 | $19.00 | $19.00 |
| 38 | May 02, 2022 | $0.00 | $19.00 | $19.00 |
| 39 | Jun 02, 2022 | $0.00 | $19.00 | $19.00 |
| 40 | Jul 05, 2022 | $0.00 | $19.00 | $19.00 |
| 41 | Aug 02, 2022 | $0.00 | $19.00 | $19.00 |
| 42 | Sep 02, 2022 | $0.00 | $19.00 | $19.00 |
| 43 | Oct 03, 2022 | $0.00 | $19.00 | $19.00 |
| 44 | Nov 02, 2022 | $0.00 | $19.00 | $19.00 |
| 45 | Dec 02, 2022 | $0.00 | $19.00 | $19.00 |
| 46 | Jan 03, 2023 | $0.00 | $19.00 | $19.00 |
| 47 | Feb 02, 2023 | $0.00 | $19.00 | $19.00 |
| 48 | Mar 02, 2023 | $0.00 | $19.00 | $19.00 |
| 49 | Apr 03, 2023 | $0.00 | $19.00 | $19.00 |
| 50 | May 02, 2023 | $0.00 | $19.00 | $19.00 |
| 51 | Jun 02, 2023 | $0.00 | $19.00 | $19.00 |
| 52 | Jul 03, 2023 | $0.00 | $19.00 | $19.00 |
| 53 | Aug 02, 2023 | $0.00 | $19.00 | $19.00 |
| 54 | Sep 05, 2023 | $0.00 | $19.00 | $19.00 |

ID: 5788-2105-30b9-5ba4-fc54-251ea544d290 Signed: 2019-03-01T12:53:35-06:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 55 | Oct 02, 2023 | $0.00 | $19.00 | $19.00 |
| 56 | Nov 02, 2023 | $0.00 | $19.00 | $19.00 |
| 57 | Dec 04, 2023 | $0.00 | $19.00 | $19.00 |
| 58 | Jan 02, 2024 | $0.00 | $19.00 | $19.00 |
| 59 | Feb 02, 2024 | $0.00 | $19.00 | $19.00 |
| 60 | Mar 04, 2024 | $0.00 | $19.00 | $19.00 |
| 61 | Apr 02, 2024 | $0.00 | $19.00 | $19.00 |
| 62 | May 02, 2024 | $0.00 | $19.00 | $19.00 |
| 63 | Jun 03, 2024 | $0.00 | $19.00 | $19.00 |
| 64 | Jul 02, 2024 | $0.00 | $19.00 | $19.00 |
| 65 | Aug 02, 2024 | $0.00 | $19.00 | $19.00 |
| 66 | Sep 03, 2024 | $0.00 | $19.00 | $19.00 |
| 67 | Oct 02, 2024 | $0.00 | $19.00 | $19.00 |
| 68 | Nov 04, 2024 | $0.00 | $19.00 | $19.00 |
| 69 | Dec 02, 2024 | $0.00 | $19.00 | $19.00 |
| 70 | Jan 02, 2025 | $0.00 | $19.00 | $19.00 |
| 71 | Feb 03, 2025 | $0.00 | $19.00 | $19.00 |
| 72 | Mar 03, 2025 | $0.00 | $19.00 | $19.00 |
| 73 | Apr 02, 2025 | $0.00 | $19.00 | $19.00 |
| 74 | May 02, 2025 | $0.00 | $19.00 | $19.00 |
| 75 | Jun 02, 2025 | $0.00 | $19.00 | $19.00 |
| 76 | Jul 02, 2025 | $0.00 | $19.00 | $19.00 |
| 77 | Aug 04, 2025 | $0.00 | $19.00 | $19.00 |
| 78 | Sep 02, 2025 | $0.00 | $19.00 | $19.00 |
| 79 | Oct 02, 2025 | $0.00 | $19.00 | $19.00 |
| 80 | Nov 03, 2025 | $0.00 | $19.00 | $19.00 |
| 81 | Dec 02, 2025 | $0.00 | $19.00 | $19.00 |
| 82 | Jan 02, 2026 | $0.00 | $19.00 | $19.00 |
| 83 | Feb 02, 2026 | $0.00 | $19.00 | $19.00 |
| 84 | Mar 02, 2026 | $0.00 | $19.00 | $19.00 |
| 85 | Apr 02, 2026 | $0.00 | $19.00 | $19.00 |
| 86 | May 04, 2026 | $0.00 | $19.00 | $19.00 |
| 87 | Jun 02, 2026 | $0.00 | $19.00 | $19.00 |
| 88 | Jul 02, 2026 | $0.00 | $19.00 | $19.00 |
| 89 | Aug 03, 2026 | $0.00 | $19.00 | $19.00 |
| 90 | Sep 02, 2026 | $0.00 | $19.00 | $19.00 |
| 91 | Oct 02, 2026 | $0.00 | $19.00 | $19.00 |
| 92 | Nov 02, 2026 | $0.00 | $19.00 | $19.00 |
| 93 | Dec 02, 2026 | $0.00 | $19.00 | $19.00 |
| 94 | Jan 04, 2027 | $0.00 | $19.00 | $19.00 |
| 95 | Feb 02, 2027 | $0.00 | $19.00 | $19.00 |
| 96 | Mar 02, 2027 | $0.00 | $19.00 | $19.00 |
| 97 | Apr 02, 2027 | $0.00 | $19.00 | $19.00 |
| 98 | May 03, 2027 | $0.00 | $19.00 | $19.00 |
| 99 | Jun 02, 2027 | $0.00 | $19.00 | $19.00 |
| 100 | Jul 02, 2027 | $0.00 | $19.00 | $19.00 |
| 101 | Aug 02, 2027 | $0.00 | $19.00 | $19.00 |
| 102 | Sep 02, 2027 | $0.00 | $19.00 | $19.00 |
| 103 | Oct 04, 2027 | $0.00 | $19.00 | $19.00 |
| 104 | Nov 02, 2027 | $0.00 | $19.00 | $19.00 |

ID: 5f882f05-30b9-5ba4-fc54-251ae54d0290 Signed: 2019-03-01T12:53:35-06:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|---------------|--------------------|--------------| 
| 105 | Dec 02, 2027 | $0.00 | $19.00 | $19.00 |
| 106 | Jan 03, 2028 | $0.00 | $19.00 | $19.00 |
| 107 | Feb 02, 2028 | $0.00 | $19.00 | $19.00 |
| 108 | Mar 02, 2028 | $0.00 | $19.00 | $19.00 |
| 109 | Apr 03, 2028 | $0.00 | $19.00 | $19.00 |
| 110 | May 02, 2028 | $0.00 | $19.00 | $19.00 |
| 111 | Jun 02, 2028 | $0.00 | $19.00 | $19.00 |
| 112 | Jul 03, 2028 | $0.00 | $19.00 | $19.00 |
| 113 | Aug 02, 2028 | $0.00 | $19.00 | $19.00 |
| 114 | Sep 05, 2028 | $0.00 | $19.00 | $19.00 |
| 115 | Oct 02, 2028 | $0.00 | $19.00 | $19.00 |
| 116 | Nov 02, 2028 | $0.00 | $19.00 | $19.00 |
| 117 | Dec 04, 2028 | $0.00 | $19.00 | $19.00 |
| 118 | Jan 02, 2029 | $0.00 | $19.00 | $19.00 |
| 119 | Feb 02, 2029 | $0.00 | $19.00 | $19.00 |
| 120 | Mar 02, 2029 | $0.00 | $19.00 | $19.00 |
| 121 | Apr 02, 2029 | $0.00 | $19.00 | $19.00 |
| 122 | May 02, 2029 | $0.00 | $19.00 | $19.00 |
| 123 | Jun 04, 2029 | $0.00 | $19.00 | $19.00 |
| 124 | Jul 02, 2029 | $0.00 | $19.00 | $19.00 |
| 125 | Aug 02, 2029 | $0.00 | $19.00 | $19.00 |
| 126 | Sep 04, 2029 | $0.00 | $19.00 | $19.00 |
| 127 | Oct 02, 2029 | $0.00 | $19.00 | $19.00 |
| 128 | Nov 02, 2029 | $0.00 | $19.00 | $19.00 |
| 129 | Dec 03, 2029 | $0.00 | $19.00 | $19.00 |
| 130 | Jan 02, 2030 | $0.00 | $19.00 | $19.00 |
| 131 | Feb 04, 2030 | $0.00 | $19.00 | $19.00 |
| 132 | Mar 04, 2030 | $0.00 | $19.00 | $19.00 |
| 133 | Apr 02, 2030 | $0.00 | $19.00 | $19.00 |
| 134 | May 02, 2030 | $0.00 | $19.00 | $19.00 |
| 135 | Jun 03, 2030 | $0.00 | $19.00 | $19.00 |
| 136 | Jul 02, 2030 | $0.00 | $19.00 | $19.00 |
| 137 | Aug 02, 2030 | $0.00 | $19.00 | $19.00 |
| 138 | Sep 02, 2030 | $0.00 | $19.00 | $19.00 |
| 139 | Oct 02, 2030 | $0.00 | $19.00 | $19.00 |
| 140 | Nov 04, 2030 | $0.00 | $19.00 | $19.00 |
| 141 | Dec 02, 2030 | $0.00 | $19.00 | $19.00 |
| 142 | Jan 02, 2031 | $0.00 | $19.00 | $19.00 |
| 143 | Feb 03, 2031 | $0.00 | $19.00 | $19.00 |
| 144 | Mar 03, 2031 | $0.00 | $19.00 | $19.00 |
| 145 | Apr 02, 2031 | $0.00 | $19.00 | $19.00 |
| 146 | May 02, 2031 | $0.00 | $19.00 | $19.00 |
| 147 | Jun 02, 2031 | $0.00 | $19.00 | $19.00 |
| 148 | Jul 02, 2031 | $0.00 | $19.00 | $19.00 |
| 149 | Aug 04, 2031 | $0.00 | $19.00 | $19.00 |
| 150 | Sep 02, 2031 | $0.00 | $19.00 | $19.00 |
| 151 | Oct 02, 2031 | $0.00 | $19.00 | $19.00 |
| 152 | Nov 03, 2031 | $0.00 | $19.00 | $19.00 |
| 153 | Dec 02, 2031 | $0.00 | $19.00 | $19.00 |
| 154 | Jan 02, 2032 | $0.00 | $19.00 | $19.00 |

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 155 | Feb 02, 2032 | $0.00 | $19.00 | $19.00 |
| 156 | Mar 02, 2032 | $0.00 | $19.00 | $19.00 |
| 157 | Apr 02, 2032 | $0.00 | $19.00 | $19.00 |
| 158 | May 03, 2032 | $0.00 | $19.00 | $19.00 |
| 159 | Jun 02, 2032 | $0.00 | $19.00 | $19.00 |
| 160 | Jul 02, 2032 | $0.00 | $19.00 | $19.00 |
| 161 | Aug 02, 2032 | $0.00 | $19.00 | $19.00 |
| 162 | Sep 02, 2032 | $0.00 | $19.00 | $19.00 |
| 163 | Oct 04, 2032 | $0.00 | $19.00 | $19.00 |
| 164 | Nov 02, 2032 | $0.00 | $19.00 | $19.00 |
| 165 | Dec 02, 2032 | $0.00 | $19.00 | $19.00 |
| 166 | Jan 03, 2033 | $0.00 | $19.00 | $19.00 |
| 167 | Feb 02, 2033 | $0.00 | $19.00 | $19.00 |
| 168 | Mar 02, 2033 | $0.00 | $19.00 | $19.00 |
| 169 | Apr 04, 2033 | $0.00 | $19.00 | $19.00 |
| 170 | May 02, 2033 | $0.00 | $19.00 | $19.00 |
| 171 | Jun 02, 2033 | $0.00 | $19.00 | $19.00 |
| 172 | Jul 04, 2033 | $0.00 | $19.00 | $19.00 |
| 173 | Aug 02, 2033 | $0.00 | $19.00 | $19.00 |
| 174 | Sep 02, 2033 | $0.00 | $19.00 | $19.00 |
| 175 | Oct 03, 2033 | $0.00 | $19.00 | $19.00 |
| 176 | Nov 02, 2033 | $0.00 | $19.00 | $19.00 |
| 177 | Dec 02, 2033 | $0.00 | $19.00 | $19.00 |
| 178 | Jan 02, 2034 | $0.00 | $19.00 | $19.00 |
| 179 | Feb 02, 2034 | $0.00 | $19.00 | $19.00 |
| 180 | Mar 02, 2034 | $0.00 | $19.00 | $19.00 |

ID: 5i882105-30b9-5ba4-fc54-251ae54d0290 Signed: 2019-03-01T12:53:35-06:00





## E-Signature Completion Certificate

| | |
|---|---|
| **Document ID** | 5807955 |
| **Document GUID** | 5f882105-30b9-5ba4-fc54-251ae54d0290 |
| **Document Title** | 1FILE.ORG-NEW PACKAGE-CC* |
| **Sender IP** | 122.160.32.143 |
| **Number of Signers** | 1 |
| **Signer Email** | ⬛⬛⬛⬛⬛@yahoo.com |
| **Signer IP** | ⬛⬛⬛⬛⬛ |
| **Timestamp** | 2019-03-01T12:53:35-06:00 |
| **Document Hash** | 081c03c6b9d2bf642167e5ee3c032c7e |

### Document Audit

- Sent at 2019-03-01T12:49:14-06:00 from IP 122.160.32.143
- Delivered to Vanessa Pina ⬛⬛⬛⬛@yahoo.com at 2019-03-01T12:52:12-06:00 from ⬛⬛⬛⬛
- Adopted Signature at 2019-03-01T12:52:19-06:00 from ⬛
- Completed Signing at 2019-03-01T12:53:35-06:00 from ⬛⬛⬛
- PDF Generated at 2019-03-01T12:53:35-06:00

### User Agent

Mozilla/5.0 (Linux; Android 7.0; LGMP450) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/72.0.3626.105 Mobile Safari/537.36

ID: 5f882105-30b9-5ba4-fc54-251ae54d0290 Signed: 2019-03-01T12:53:35-06:00

**Page 428**
**PX14 Pina Decl.**
**Attach. A**

# Attachment B

Search your mailbox                                    vanessa jones   Account Info ☑   Go   Sign Out   Home

nelnet            Contacts          Notepad          Calendar                                      YAHOO!

Compose                            Delete   Spam   Actions ☑   Apply

Inbox          19
Drafts                    Best Auto Rate    Kentucky Drivers Wit    _____@ya.../nelnet    AD
Sent                      **Welcome Vanessa Pina to 1FILE.ORG 30**
Archive                   **3430008**
Spam
Trash                                                          Mar 1 at 11:27 AM
                                                              Print   Raw message
Folders        Edit Hide    processing@1file.org <processing@1file.org>
                            To:  _____@yahoo.com

                    To protect your privacy, Yahoo Mail has blocked remote images in this message. Show images

## 2018 New Sedan Models

Search now

Hello Vanessa,

Thank you for choosing www.1File.org, the chosen leader in Student Loan Processing. We would like to welcome you to the Student Loan Consolidation Program. This is a time for you to rejoice and we are excited for the opportunity to assist you throughout the consolidation process. Because quality service is important to our clients, we take every effort to make modest improvements in our service. Your valuable feedback can help us continue improving our services and better streamline our processes.

Congratulations on choosing Loan Consolidation! I see that you're consolidating your federal student loans and saving up to 80% on your monthly payment. You have agreed to the processing fee of $599.00. Should you have any questions regarding your consolidation, please contact Customer Service at (844) 593-8072.

Please submit a PDF copy of the first two pages of your most recent Tax Return 1040 form or a PDF copy of your two most recent pay stubs as soon as possible. (Your pay stubs must display your full name, hourly wage and address.) Please be advised that 1099's or W-2's are NOT accepted Please scan or fax the documents (Photos/screenshots are not acceptable forms) to fax 714-203-6810 or email them to processing@1file.org.

If documents requested have already been sent or your Unemployed, please disregard.

**How Your Application Is Processed**

When a borrower consolidates loans in the Direct Consolidation Loan Program, the Federal Government pays off the loan balance on the original federal education loans and originates a new loan for the total.

Here's how that works from a borrower's point of view.

It takes five simple steps to process your application after we receive it.

Step 1. Application Review: After we receive your fully completed application, it is edited, assigned an application identification number, entered into our system, and the process begins. We will contact you if additional information is needed.

Step 2. Contact Loan Holder(s): Using the loan information from your application, we contact your loan holder(s) to verify the loan's eligibility for consolidation and its current loan balances (including accrued interest, fees, or collection costs). If you currently are required to make payments on your loan(s), continue to do so. You will need to continue making payments until you receive written notification that your loan(s) has been successfully consolidated and it is time to start paying your Direct Consolidation Loan.

Step 3. Loan Statement: After your loan holder(s) certifies the "payoff" balance(s), we will send you a letter and loan statement listing the loan(s)

ATTACHMENT B

**Page 429**
**PX14 Pina Decl.**
**Attach. B**

(19 unread) - ▮▮▮▮▮▮ @yahoo.com - Yahoo Mail - Welcome Vanessa Pina to 1FILE....    Page 2 of 2

being consolidated. You have 15 days to review this information for
accuracy and to make adjustments.
Step 4. Account Set-Up: We forward payoff information to your federal
loan servicer once your loan(s) is successfully consolidated. Your federal
loan servicer sends you a "Welcome" letter and information about
repayment.
This multi-step process generally takes 60-90 days before the information
is sent to the federal loan servicer. You will receive a bill within 60 days of
your federal loan servicer receiving your account information.
We sincerely appreciate your business, and welcome your feedback!
Processing Department
Toll Free | (844) 593 8072
Fax | (714) 203-6810
Hours of Operation: 8AM-5PM Pacific Standard Time
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION,
PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED
DISCLOSURE IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE,
COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS
E-MAIL IS PROHIBITED PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE
RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS
CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY
PROTECTED FROM UNAUTHORIZED DISCLOSURE IF YOU ARE NOT THE
INTENDED RECIPIENT ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS
IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED PLEASE
PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR
AND DELETE IT FROM YOUR E MAILS

Delete     Spam     Actions ☑     Apply

**Page 430**
**PX14 Pina Decl.**
**Attach. B**

(19 unread) - ▓▓▓▓▓▓@yahoo.com - Yahoo Mail - 1FILE.ORG - 7 Things your Feder...   Page 1 of 2



Hello Vanessa,

7 things your loan servicer fails to tell you. When it comes to dealing directly with your current loan servicer, please note they could have saved you thousand of dollars years ago but failed to do so as they do not find it profitable.

These loan services are not government agencies, they are private for profit companies just like your bank.

1. They are able to charge high interest and can make it nearly impossible to payoff

2. They set your payments so high that you might have to file a forbearance (put on hold) all the while knowing that your forbearance is limited. Once you run out of forbearance time, your balance could have ballooned to the point of no turning back.

3. Your payments are now higher, your balance has doubled and interest compounded which leads to default and having your account go to collections!

4. Because of the this default ratio the government has passed a new law to have your balance forgiven after a significant amount of payments over time.

5. You can now use a 3rd party organization to help you understand your loans and your available options, not just the best option for the bank.

6. When it comes to preparing documents for your application You need a 3rd party organization to complete them correctly to get guaranteed results You wouldn't have the IRS file your taxes why would you have the servicer fill out your paperwork in the program they chose for you

7. We help you monitor and make sure that your loan servicer is not taking advantage of your vulnerability. Wha tyou don't know can hurt you in the longrun financially.

Thanks to the Better Business Bureau, you can now see consumer reviews of each Federal Approved loan servicers

It is always good to do your research Click on the link below of your current loan servicer and see what others had to say.

1file.org is a BBB A Rated Company .....WE CARE ABOUT YOUR SITUATION

Beware of Navient- www.bbb.org/delaware/business-review/loans/navient_in-wilmington-de-92002017/reviews-and-complaints

Beware of Nelnet- www.bbb.org/nebraska/business-reviews/scholarships-and-financial-aid/nelnet-national-educational-loan-network-in-lincoln-ne-300000084/reviews-and-complaints

Beware of Greatlakes- www.bbb.org/wisconsin/business-reviews/consumer-finance and loan-companies/greatlakes-higher-education coproration-in-madison-wi- 12000219/reviews-and-complaints

Page 431
PX14 Pina Decl.
Attach. B

(19 unread) - ████ ██ ██ @yahoo.com - Yahoo Mail - 1FILE.ORG - 7 Things your Feder...   Page 2 of 2

Beware of Fed loan servicing: www.bbb.org/washington-dc-eastern-pa/business-reviews/government-us/dedloan-servicing-in-harrisburg-pa-20272947/reviews-and-complaints

Update on Navient 2017   http://usat.ly/2jj5vr3jv

Processing Department
Toll Free | (844) 593-8072
Fax | (949) 438-5441
Hours of Operation: 8AM-5PM Pacific Standard Time
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE
LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT,
ANY DISCLOSURE, COPIES, DISTRIBUTION OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS
E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN
ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGE D OR
OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE
INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE
CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE
RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS

Delete    Spam    Actions ▼    Apply

Page 432
PX14 Pina Decl.
Attach. B

(19 unread) - ▓▓▓▓@yahoo.com - Yahoo Mail - Vanessa Pina - Eligibility Confirm...   Page 1 of 2

YAHOO!

Search your mailbox                                      vanessa jones   Account Info ☑   Go   Sign Out   Home

nelnet          Contacts          Notepad          Calendar

Compose                    Delete    Spam    Actions ☑    Apply                                    YAHOO!

Inbox          19                                                                    Top SUVs for 2018!
Drafts                    Best Auto Rate   Kentucky Drivers Wit ▓▓▓ ...ya.../nelnet   AD
                          Vanessa Pina - Eligibility Confirmation                     Search now
Sent
Archive                                                        Mar 1 at 11:27 AM
Spam                                                          Print  Raw message
Trash                    processing@1file.org <processing@1file.org>
                         To: ▓▓▓▓@yahoo.com
Folders    Edit  Hide
                          To protect your privacy, Yahoo Mail has blocked remote images in this message. Show images

                         ────────────────────────────────────────
                                    Toll Free 844-593-8072

                              BORROWER ELIGIBILITY CONFIRMATION

                                                       Date: Mar 01, 2019

                          To:
                          Vanessa Pina

                          Gilroy CA ▓▓▓▓
                          Client ID : CBCC 303430008              SSN: ▓▓▓
                                                                  DOB: ▓▓▓

                          You are confirmed for the following government program, Revised Pay As You Earn
                                              (REPAYE) REPAYMENT.

                           This Federal Program introduced by the Obama Administration is intended to help
                            stabilize the 1.2 Trillion dollar student loan epidemic and help struggling students
                                 achieve income based payments get relief and avoid DEFAULT.

                          Total Enrolled Debt: 15,741.00
                          Based on AGI: 38000
                          Included Loans:
                          Creditor              Account#          Amount Owed
                           DIRECT STAFFORD UNSUBSIDIZED   9782U12G01202001,   $1,869.00
                           DIRECT STAFFORD SUBSIDIZED     9782S1G01202001     $2,033.00
                           DIRECT STAFFORD UNSUBSIDIZED   9782U11G01202001,   $8,750.00
                           DIRECT STAFFORD SUBSIDIZED     9782S11G01202001,   $3,089.00
                                                                    $15,741.00

                          Approved Program: Revised Pay As You Earn (REPAYE)
                          Program Maturity Savings: $11,779.00
                          ─────────────────────────────────────────
                          The William D. Ford Direct Loan program is an initiative by the federal government to
                          help subsidize the 1.2 Trillion-dollar student loan debt in the U.S. Borrowers under
                          these income based programs significantly reduce their payments and eventually
                          even reach possible forgiveness based off of eligibility requirements.

                          The process from beginning to end takes approximately 21-45 days.
                          In order to stay compliant in your program you must maintain the following:
                                  •   Submit required income documentation to processing within 5 business
                                      days of enrollment.
                                  •   Send updated documents to the processing department in a timely
                                      manner (i.e., paystubs, tax returns, paperwork correspondence, lender
                                      correspondence, etc...).
                                  •   Maintain program management costs and monthly payments
                                        Customer Service Department
                                           Toll Free 844-593-8072
                          THIS E-MAIL MAY CONTAIN NON-PUBLIC CONFIDENTIAL INFORMATION PRIVILEGED OR
                          OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE
                          INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON
                          THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE
                          RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAIL IS CONFIDENTIAL
                          INFORMATION PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED
                          DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES,
                          DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED.
                          PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT
                                                 FROM YOUR E-MAILS

                          <                                                         >

Compose

**Page 433**
**PX14 Pina Decl.**
**Attach. B**

(19 unread) - ▮▮▮▮▮@yahoo.com - Yahoo Mail - Upload Proof of Income with You...   Page 1 of 1



Search your mailbox                                vanessa jones   Account Info ⌄   Go   Sign Out   Home

nelnet        Contacts        Notepad        Calendar

Compose                          Delete   Spam   Actions ⌄   Apply

Inbox        19
Drafts
Sent
Archive
Spam
Trash

Folders   Edit  Hide

Microsoft    1 TB Goud File Stora    ▮▮▮@ya.../nelnet   AD

**Upload Proof of Income with Your New Login Information**

Mar 1 at 11:27 AM
Prht   Raw message

process ng@1f1e.org <processing@1file.org>
To ▮▮▮▮@yahoo.com

To protect your privacy, Yahoo Mail has blocked remote images in this message. Show images

Mar 01, 2019

Client Name: Vanessa Pina

Address ▮▮▮▮▮▮

City, State Zip: Gilroy, CA

ID: 303430008

Phone: 408 ▮▮▮▮▮▮

Dear Vanessa,

Thank you for choosing 1file.org. Below, you will find your log in information to your secure personal client portal.

You will have access to view your approved program along with the payment schedule that was set up by your enrolling counselor. You can also login and upload your proof income (pay stubs or 1040 tax form) If you have any questions, please feel free to contact the customer service department

Customer Login:

Please visit your Customer Portal and access your account with 1File account Please click the link below to login.

https://www.studentdebtportal.com/

Username ▮▮▮▮▮

Password ▮▮▮▮▮

Sincerely,

Customer Service Department

Toll Free 844-593-8072

IT IS E MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THE E-MAIL IS PROHIBITED PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION OR ACTIONS IN RELIANCE ON THE CONTENTS OF IT IS E-MAIL IS PROHIBITED PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS

Compose                          Delete   Spam   Actions ⌄   Apply

Everything
**YOU NEED**
Anywhere
**YOU WORK**

RENTALHQ.com      Locate Rental Stores Near You

# Attachment C

Vanessa Pina: Information Requirement for Income Verification Needed - 303430008 - Y...   Page 1 of 1

**Vanessa Pina: Information Requirement for Income Verification Needed - 303430008**

▓ processing@1file.org <processing@1file.org>
　To:　　　　@yahoo.com

＠ya.../nelnet

Mar 8 at 4:23 AM

Dear Vanessa,

We are currently working on all the necessary documentation to complete your student loan payment application. We need additional documentation for your proof of income in order to finalize your application.

Please submit a PDF copy of the first two pages of your most recent Tax Return 1040 form or a PDF copy of your two most recent pay stubs as soon as possible. (Your pay stubs must display your full name, hourly wage and address) Please be advised that 1099's or W-2's are NOT accepted. Please scan or fax the documents (Photos/screenshots are not acceptable forms) to 714-203-6810 or email them to processing@1file.org. Failure to submit your proof of income may result in a consolidation under a Standard Repayment Program.

If documents requested have already been sent or if you are UNEMPLOYED, please disregard.

Best Regards,
Processing Department
Toll Free | (844) 593 8072
Fax | (714) 203-6810
Hours of Operation: 8AM-5PM Pacific Standard Time
processing@1file.org
www.1file.org

THIS E MAIL MAY CONTAIN NON PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR A CTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE N O T THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS EMAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

ATTACHMENT C

https://mail.yahoo.com/b/folders/40/messages/AEmKBTpOEM4pXIJewQa2wOWMTVQ?...   7/31/2019

Search your mailbox vanessa jones Account Info Go Sign Out Home

nelnet Contacts Notepad Calendar

Compose

Delete Spam Actions Apply

Inbox 19
Drafts
Sent
Archive
Spam
Trash

Folders Edit Hide

[redacted]

Compose

Microsoft 1 TB Cloud File Stora [redacted]@ya /nelnet AD

**Congratulations! Vanessa Pina, Your Application For Consolidation Was Submitted - 303430008**

Mar 22 at 3:23 PM

Print Raw message

**processing@1file.org** <processing@1file.org>
To: [redacted]@yahoo.com

To protect your privacy, Yahoo Mail has blocked remote images in this message

Dear Vanessa,
Thank you for choosing us to complete your Direct Consolidation!

We are currently processing the Direct Loan Consolidation application that we submitted on Mar 22, 2019 Typically the consolidation process takes 30 business days (4-6 weeks) to complete from the time your application is received. You are eligible to consolidate and we have received all of the necessary information from your servicer, we will send you confirmation of your details and allow you 10 business days to provide any updates to your application before we complete the consolidation process.

What Happens Next?

How Your Application Is Processed

When a borrower consolidates loans in the Direct Consolidation Loan Program, the Federal Government pays off the loan balance on the original federal education loans and originates a new loan for the total. Here's how that works from a borrower's point of view.

It takes five simple steps to process your application after we receive it

Step 1 Application Review: After we receive your fully completed application, it is edited, assigned an application identification number, entered into our system, and the process begins. We will contact you if additional information is needed. NOTE: If you provided a Grace Period End Date on your Consolidation application because you still have loan(s) in a grace period and want to delay the new Consolidation Loan processing until that date, we will put your application on hold and start processing it within 45 days or the grace period end date.

Step 2. Contact Loan Holder(s): Using the loan information from your application, we contact your loan holder(s) to verify the loan's eligibility for consolidation and its current loan balances (including accrued interest, fees, or collection costs). If you currently are required to make payments on your loan(s), continue to do so. You will need to continue making payments until you receive written notification that your loan(s) has been successfully consolidated and it is time to start paying your Direct Consolidation Loan. If you are having difficulty making payments on your loan(s), contact your current loan holder(s) to find out ways to postpone payment. Ask specifically about your "deferment" or "forbearance" options.

Step 3 Loan Statement: After your loan holder(s) certifies the "payoff" balance (s), we will send you a letter and loan statement listing the loan(s) being consolidated. You have 15 days to review this information for accuracy and to make adjustments.

Step 4. Loan Pay Off: Each lender is required to notify you that your loans are paid in full when they receive our payment. Your lender(s) and the Department will resolve any overpayment or underpayment issues.

Step 5. Account Set-Up: We forward payoff information to your federal loan servicer once your loan(s) is successfully consolidated. Your federal loan servicer sends you a "Welcome" letter and information about repayment.

This multi-step process generally takes 60-90 days before the information is sent to the federal loan servicer. You will receive a bill within 60 days of your federal loan servicer receiving your account information.

If you have any questions about the mail you receive or about the process, please contact:

WARNING: This product contains nicotine. Nicotine is an addictive chemical.
UNDERAGE SALE PROHIBITED
NICOTINE POUCHES
VELO
NICOTINE POUCHES
NO TOBACCO LEAF. NO LIMITS.

NORDSTROM
ANNIVERSARY SALE
New Arrivals on Sale Now
Sale Ends August 4
Shop Now>
Free shipping, pick up in store and more.

(19 unread) - ⬛⬛⬛⬛⬛@yahoo.com - Yahoo Mail - Congratulations! Vanessa Pina, Y...    Page 2 of 2



# **Attachment D**

(19 unread) - ▓▓▓@yahoo.com - Yahoo Mail - Upload Proof of Income with You...   Page 1 of 1



ATTACHMENT D

# Attachment E



Search your mailbox                                         vanessa jones   Account Info ☑  Go   Sign Out   Home

nelnet          Contacts          Notepad          Calendar

Compose

                    Delete   Spam   Actions ☑   Apply

Inbox                    19

Drafts

Sent

Archive

Spam

Trash

Folders      Edit   Hide

**App Development Resources**

Search now

**Symptoms of Psoriatic Arthritis**

Search now

Best Auto Rate   Kentucky Drivers Wit   ▮▮▮@ya../nelnet   AD

**Vanessa Pina, IMPORTANT - FSA ID INFORMATION NEEDED** ▮▮▮▮

Jun 3 at 9:52 AM

processing@1file.org <processing@1file.org>

To: ▮▮▮@yahoo.com

Print   Raw message

To protect your privacy, Yahoo Mail has blocked remote images in this message S

Dear Vanessa Pina

We are sending you this email to let you know that in order to submit the proper application(s) and maintain you on the reduced repayment plan, we are going to need the login information created for your Federal Student Aid account at http://studentaided.gov/legas/index.htm

*The fastest way to resolve this issue would be for you to give us a call at 844-593-8072, while having access to your email address.

There are two ways to unlock your FSA ID.

You can either use your email or answer some of your challenge questions.

To start:

1. Go to the "Edit My FSA ID" tab

2. Log in using your username and password. You will receive the message, "Your FSA ID is locked. To unlock it, use one of the following options." Select one of the two options

Option 1: E-mail

1. Click the e-mail button. You will be taken to a page that says "Unlock Your FSA ID – Using Email." A secure code will be sent to your email address that's on record with your FSA ID.

2. Open your e-mail in a different browser tab or window or from another device. Do not close the FSA ID web page while accessing your e-mail

3. Once you receive the e-mail, enter the secure code in the FSA ID page in the box that says "Secure Code." The secure code expires after 10 minutes.

4. Click on the submit button. Your account is unlocked and you will be taken to a page to change your password

5. Follow the instructions to create a new password

Option 2: Challenge Questions

1. Click the "challenge questions" button. You will be taken to a page that says "Unlock Your FSA ID – Using Challenge Questions."

2. Answer three of your five challenge questions shown on the screen. Your answers must match the ones you entered when creating your account. The answers are not case sensitive.

3. Click on the verify button. If you answered your challenge questions correctly, your account is unlocked and you will be taken to a page to change your password.

4. Follow the instructions to create a new password.

Having Trouble?

Help is available throughout the FSA ID site by clicking the question marks next to every question. Additionally, answers to common questions can be found on this page, "Frequently Asked Questions."

Additional assistance with the FSA ID is available:

• By e-mail at StudentAid@ed.gov (for general inquiries that do not include personally identifiable information)

• By phone at 1-800-557-9394,

• By TTY for the hearing impaired at 1-800-730-8913, and

Compose

**ATTACHMENT E**

**Page 439**
**PX14 Pina Decl.**
**Attach. E**

- By web chat, From fafsa.gov click "Help," then "Contact Us" and then the LIVE HELP but on to initiate a chat.

*Please send us your updated FSA ID user login name and password as a response to this email or give us call at the Processing Center immediately. We can be reached between the hours of 8:30am and 6:00pm Pacific Standard Time at our toll-free number -- (844) 593-8072.

We sincerely appreciate your business, and welcome your feedback!

Thank you,

Processing Department
Toll Free | (844) 593-8072
Fax | (714) 203-6810
Hours of Operation: 8:00AM 4:30PM Pacific Standard Time
processing@1ffile.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS EMAIL IS PROHIBITED PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS.

Delete   Spam   Actions ☑   Apply

Page 440
PX14 Pina Decl.
Attach. E

# PX15
# Declaration of
# Jolie Ramsey

ORIGINAL

## DECLARATION OF JOLIE RAMSEY
### Pursuant to 28 U.S.C. §1746

I, Jolie Ramsey, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.     I am over 18 years of age and reside in Olympia, Washington. In July 2018 my family and I moved to Olympia from Surprise, Arizona. I am employed as an office administrator. I graduated from college about 10 years ago in 2008. I have paid down my student loans and have one remaining federal loan totaling approximately $14,000.

2.     In the weeks before Christmas 2017, my husband was laid off from his job and I began looking for ways to reduce our monthly expenses. Because of his lack of employment, my husband's student loan was in forbearance, but mine was not. I was listening to Pandora Radio and heard an advertisement for Arete Finance Freedom, promoting a program for student loan debt relief. I remember that the advertisement stated something along the lines of "are you paying more than you can afford on student loans?" The ad suggested that there was a way to reduce monthly student loan payments. It captured my attention because I was trying hard to reduce our monthly expenses. After listening to the ad a few times, I called the telephone number provided in the ad and spoke to a representative of Arete Financial Freedom ("Arete").

3.     I spoke to Arete telephone agents two or three times. I spoke to different phone agents, but my primary contact was with a woman. I do not recall any of their names. They sounded knowledgeable. They explained the different student loan debt repayment plans for government loans. They explained income based repayment programs. They said that they worked directly with loan servicers and the Department of Education ("DOE") to find the best repayment

Jolie Ramsey Declaration, p. 1 of 4

1 | program for each client, and handled all of the required paperwork. I asked the
2 | same questions of each agent and their responses were consistent. I specifically
3 | remember one female agent telling me that Arete worked closely with DOE and
4 | knew things about the process that I did not know; she implied that they had some
5 | sort of inside track with DOE. They advised me that they charged a one-time fee
6 | of $700, which I could pay in three monthly installments, followed by monthly
7 | payments of $39.99 for 36 months. After that, my student loan payments would be
8 | reduced significantly to something less than $39.99 and after 240 months, the
9 | balance of my loan would be forgiven. It was my impression from what Arete said
10 | that Arete would become my loan servicer and that my $39.99 and all future
11 | payments would be applied to my student loan balance. At that time, my monthly
12 | student loan payments were $150.

13 |     4.    I tried to be a conscientious consumer. I looked on the Better
14 | Business Bureau's website and saw that it had given Arete an A rating. My
15 | husband, who is an accountant, and I discussed the Arete proposal and determined
16 | that even with the $700 upfront payment, this was a beneficial program. It would
17 | reduce my student loan payments significantly in the near term, which was
18 | important to me at a time when I was trying to reduce monthly expenses. Based on
19 | what the Arete representatives told me, I believed that through Arete, I would pay
20 | an upfront fee of $700, then monthly payments of $39.99 for 36 months, followed
21 | by 240 months of lower payments and loan forgiveness. I specifically asked an
22 | Arete representative if the 36 monthly payments would be applied to my loan
23 | balance and she confirmed that those $39.99 payments they would be applied to
24 | my loan. For these reasons, I agreed to use their services.

25 |     5.    Once I agreed to use their services, the Arete representative asked me
26 | several questions. She asked about my income and profession, my household size,
27 | if I filed taxes jointly with my husband, my contact information, my Social
28 |

Jolie Ramsey Declaration, p. 2 of 4

1  Security number ("SSN") and my date of birth.  When the representative asked for
2  my SSN, I asked her why Arete needed that if they were working closely with my
3  loan servicer and DOE.  She said Arete needed to provide my SSN to my loan
4  servicer in order to get things started.

5      6.    The Arete representative then emailed me a contract and other papers
6  to e-sign.  I read the documents on my computer and they seemed in line with what
7  the Arete representatives had told me, so I signed the documents.  Unfortunately, I
8  no longer have copies of any of the Arete emails or documents that they sent me.  I
9  also provided Arete with my debit card number for payment.  Shortly after I signed
10  up, Arete debited my checking account for the first payment of $230.  **Attachment**
11  **A** is a true and correct screenshot of my joint bank statement showing that charge.
12  The name at the top left of the bank statement is that of my husband, Joshua G.
13  Ramsey.

14      7.    Within a couple of weeks of signing the Arete contract, I tried to login
15  to my student loan account with Mohela, my loan servicer, but I was locked out.  I
16  called Mohela and explained the problem.  I told the Mohela representative,
17  William, that I was working with Arete to pay off my student loan.  William
18  explained that a Request for Forbearance and an Income-Driven Repayment
19  ("IDR") application had been submitted on my account in the past two days
20  through studentloans.gov.  At that time, I was already on an IDR with Mohela.  I
21  had not signed any Request for Forbearance Request or IDR application.  Arete
22  apparently submitted these forms to studentloans.gov without my knowledge or
23  authorization.  During this conversation, I learned that under the terms of the IDR,
24  my student loan would not be paid off for 20-25 years.  I also learned that none of
25  the money that I paid to Arete would be applied to my student loan.  At that point,
26  I felt that I has been defrauded.

27

28

Jolie Ramsey Declaration, p. 3 of 4

8.     I spoke to another person at Mohela, Jordan, who reviewed the IDR application that Arete filed in my name and on my behalf.  Jordan explained that the IDR indicated that I did not have access to my husband's income information, which is and was untrue.  It also stated that I was financially responsible for another person other than my spouse or children, which was and is also untrue.  Finally, the application indicated that my income had significantly changed since my last tax return filing, which was also untrue.  I also learned that Arete had cancelled my electronic funds transfer of payments to Mohela, which I did not know and did not request.

9.     Jordan with Mohela assisted me in cancelling the IDR that Arete filed in my name because I did not want to change payment plans.  Once I realized that Arete had lied to me and falsified information on the IDR application they filed with Mohela, I wanted nothing more to do with them.  Mohela added a PIN to my account and reset my password.  I subsequently called my bank and cancelled my debit card.  I have not been in contact with Arete since then.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: ___July 2nd___, 2019     _Jolie T. Ramsey_
                                Jolie Ramsey

Jolie Ramsey Declaration, p. 4 of 4

# Attachment A

Joshua G. Ramsey

Statement Period: 01/20/2018 - 02/16/2018

000000

## Deposit Account Activity (continued)

### Withdrawals (continued)

| Date | Amount | Transaction Description |
|------|--------|------------------------|
| 02/09 | | |
| 02/10 | | |
| 02/10 | | |
| 02/10 | | |
| 02/11 | | |
| 02/12 | | |
| 02/12 | | |
| 02/12 | | |
| 02/12 | | |
| 02/12 | | |
| 02/12 | | |
| 02/13 | | |
| 02/14 | | |
| 02/14 | | |
| 02/14 | | |
| 02/14 | | |
| 02/14 | (233.00) | POS Withdrawal  ARETE 888-331-5827 5772 BOLSA AVENUE    HUNTINGTON BECAUS Machine# A7N0G3VX   Trace# 000000010105391245 |
| 02/15 | | |
| 02/15 | | |
| 02/15 | | |

ATTACHMENT A

# PX16 Declaration of Angel Rivera

DECLARATION OF ANGEL RIVERA
Pursuant to 28 U.S.C. §1746                    ORIGINAL

I, Angel Rivera, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.    I am over the age of 18 and reside in Delray Beach, Florida. I am a veteran of the U.S. Army. I graduated from college in 2006 and have between $6,000 and $7,000 in total student loan debt. I am employed full-time as a physical therapy assistant.

2.    I have received many unsolicited emails, calls and text messages from companies offering student loan debt reduction or assistance. Normally, I ignore them. However, on March 18, 2019, I received a call from a company, Arete Financial Freedom ("Arete"), that claimed to be working with my loan servicer, Mohela, and the Department of Education ("DOE"). The person I spoke to was Irving Arredondo. Irving told me that Arete would work with my loan servicer and the DOE to reduce my student loan payments. Although I had been making my student loan payments on a timely basis, I was interested in reducing the monthly amount, which was $147.

3.    I told Irving that I was interested in lower monthly payments. He asked me the amount owing on my loans and the amount of my monthly payments. It sounded like he was typing and then he told me "you're paying too much." He said that I should be in a graduated payment plan. Irving also asked if I worked full-time and the type of job that I had. He may have asked other questions but I do not recall what they were. I think he may have asked for my social security number and I believe that I provided it to him. He asked for my FSA login ID and password, but I could not remember what they were. He said that the fact that I did

Angel Rivera Declaration, p. 1 of 4

1   not remember my FSA credentials was not a problem because he could get that
2   information.

3       4.    Irving never told me that Arete's fee[s] were $800 not, [sic] that this
4   fee's were not going to be included into my debt account. Otherwise, I would've
5   not signed up with them. He said that I could pay that fee in three monthly
6   installments. He said that I would pay three monthly payments of approximately
7   $266.34 and then $23 a month for 120 months. Because I believed Irving's
8   statements that Arete was working with Mohela and the DOE and that after I paid
9   the initial $800 fee, my monthly student loan payments would be reduced to $23, I
10  told Irving that I wanted to sign up with Arete. While I was on the phone with
11  Irving, I received two emails, the first one from info@aretefinancialfreedom.com
12  and the second one from Robert Marquez at aretefinancialfreedom.com.
13  **Attachment A** includes true and correct copies of those emails.

14      5.    The first email had a link to documents that Irving told me to open,
15  review and e-sign. He rushed me through signing the documents, briefly
16  describing what I was signing. I told him that I did not have much time and
17  wanted to continue later. But he urged me to sign them immediately, saying "we
18  have got to get things going." I did not have access to a computer and opened the
19  documents on my smartphone. I had trouble reading the documents and once I
20  signed in one place, the software jumped to the next signature line. I did not read
21  the documents carefully and instead relied on what Irving told me. **Attachment B**
22  includes true and correct copies of the documents that I e-signed. I note that both
23  the "Student Loan Consolidation Payment Plan Estimate" and the "Preparation
24  Service Agreement" list, respectively, a "payment amount" and "estimated new
25  loan payment" of $23.04 for 120 months (pages 4 & 11 of Attachment B).

26      6.    On March 21, 2019, I received additional emails in succession from
27  info@aretefinancialfreedom.com, including one providing my customer login
28  information for studentdebtportal.com, one from noreply@debtpaypro.com with

Angel Rivera Declaration, p. 2 of 4

1 | information about logging into arete.debtpaypro.com, and one from
2 | brendac@aretefinancialfreedom.com indicating that I had an "update" regarding
3 | my student loans at studentdebtportal.com.  I did not read these documents or login
4 | to the referenced portals at that time.  True and correct copies of these documents
5 | are included at **Attachment C**.  Soon after this, at his request, I provided Irving
6 | with copies of my most recent federal tax return.

7 |       7.      In March, April and May of 2019, Arete charged my credit card
8 | $266.33, $266.33, and $266.34, respectively.  On June 3, 2019, I received an email
9 | from Timothy Pham with Arete advising me that I had been approved for a
10 | "graduated repayment plan with a monthly payment of $65.35."  I thought that this
11 | did not make sense because Irving had told me that my student loan payments were
12 | $23 monthly, which was reflected in the documents that I had previously received.
13 | A true and correct copy of that email is included as **Attachment D**.  I note that the
14 | email states, "Your monthly payment is based off your reported income and family
15 | size."  However, I do not recall reporting my family size to Irving.

16 |       8.      On June 10, 2019, I received a telephone message from my student
17 | loan servicer, Mohela, inquiring why I had stopped paying my student loan and
18 | requesting that I call to verify some things that had been done with my account.  I
19 | called Mohela back and spoke to a representative who looked up my account.  I
20 | explained that I had paid Arete based on its claims that it  was working with
21 | Mohela and DOE to reduce my student loan payments.  The Mohela representative
22 | that I talked to explained that they did not work with Arete and suggested that I
23 | may have been misled.  The Mohela representative suggested that I change my
24 | FSA password to prevent Arete from accessing my account, which I did.

25 |       9.      After I spoke to the Mohela representative, I called Arete.  I told Arete
26 | that I had spoken to Mohela and they advised me that they did not work with Arete
27 | and that whatever Arete had done had caused my student loan account to become
28 | delinquent.  I requested a refund.  The Arete representative that I spoke to said that

Angel Rivera Declaration, p. 3 of 4

1  I had signed a contract and other papers, they had done what they said they would
2  do and they were not going to give me a refund.  Because they refused my refund
3  request, on June 10, 2019, I disputed the $799 that I paid to Arete with Chase
4  Bank, my credit card issuer.  On June 11, 2019, I received a letter from Chase
5  Bank requesting some additional information.  I provided the requested
6  information in handwriting on the letter and returned it to Chase Bank.  A true and
7  correct copy of that letter is appended as **Attachment E**.  The next day, June 12,
8  2019, I received an email from billing@aretefinancialfreedom.com advising me
9  that the Company was issuing a $799 credit to my credit card account.  A true and
10  correct copy of that email is included as **Attachment F**.

11        10.    If I had known that in exchange for my $799, Arete would do little
12  other than cause my student loan account to become delinquent, I would never
13  have agreed to sign up with that Company.  I wish Arete had told me that I can
14  make changes to my student loan account, on my own, for free through my student
15  loan servicer.

16
17        I declare under penalty of perjury that the foregoing is true and correct to the
18  best of my knowledge.

19
20  Dated: _8 - 26 —_____, 2019        _____
                                        Angel Rivera
21
22
23
24
25
26
27
28

Angel Rivera Declaration, p. 4 of 4

# Attachment A

From: info@aretefinancialfreedom.com
Subject: Angel Rivera - Action Required: Please Review With Your
Consultant!
Date: Mar 18, 2019 at 3:15:02 PM
To: _____@yahoo.com

Congratulations on taking your first step to becoming debt free! Please review and complete the documents by clicking the link below.

If you have any questions about these documents please don't hesitate to contact our team at (888) 331 5827.

Thank you,
The Arete Financial Family

Click Here To Review Documents

ATTACHMENT A

From: <robert.marquez@aretefinancialfreedom.com>
robert.marquez@aretefinancialfreedom.com
Subject: info
Date: Mar 18, 2019 at 3:28:00 PM
To: <▮▮▮▮▮@yahoo.com> ▮▮▮▮▮@yahoo.com

Below is my contact information.



# Robert Marquez

**Student Loan Account Manager**
**Arete Financial Freedom**
Phone: (949)668-1151
Fax:   (714) 881-4552
Address: 1261 E. Dyer Rd. # 100, Santa Ana, CA 92705
robert.marquez@aretefinancialfreedom.com
www.AreteFinancialFreedom.com

https://www.bbb.org/sdoc/business-reviews/debt-consolidation-services/arete-financial-freedom-in-santa-ana-ca_172017982





THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOURE-MAILS.

# Attachment B

# [ **Arete** Financial Freedom]

## SERVICE AGREEMENT

This service agreement ("Agreement") is made and entered into this 18th day of March, 2019, by and between Arete Financial LLC ("Arete Financial LLC"), and Angel Rivera hereinafter referred to as ("Client"), whose address is. ▮▮▮▮▮ Delray Beach FL ▮▮▮▮ with reference to the following.

## RECITALS

A. Arete Financial LLC provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation") and/or restructure the current payment to a new ("Income-Driven Repayment");

B. Client requests Arete Financial LLC perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth below. Arete Financial LLC and Client do hereby agree to the following:

## 1. Client Loan Service Definition.

Arete Financial LLC provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. Arete Financial LLC will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

## 2. Nature of Service; No Legal or Tax Advice.

Arete Financial LLC is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. The Client acknowledges that Arete Financial LLC is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

## 3. Rehabilitation; Garnishment.

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, Arete Financial LLC will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, Arete Financial LLC will consolidate the Clients federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

## 4. Fees.

Client agrees to pay Arete Financial LLC a Service fee of $799.00 for providing the Services. In addition Client agrees to pay Arete Financial LLC a Monthly Maintenance fee of: $0.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, Arete Financial LLC will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

## 5. Refund.

Client understands that Arete Financial LLC is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website However, Arete Financial LLC guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with Arete Financial LLC providing all information requested by Arete Financial LLC and DOE in a timely manner as deemed by Arete Financial LLC and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 30 days of any loan application denial by the DOE. Arete Financial LLC will reimburse 100% of the Service fee paid by Client.

## 6. Process.

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. Arete Financial LLC relies on the applicable lender(s) and Arete Financial LLC cannot be held liable for delayed completion due to delays in

## ATTACHMENT B

obtaining information or approvals from third parties or the DOE. The average completion time to process a Federal Student Loan Consolidation through Arete Financial LLC is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

### 7. Client Warranty.

Client expressly represents and warrants that they will provide Arete Financial LLC with information that is complete and accurate to the best of their knowledge. Arete Financial LLC is under no obligation to independently verify the information provided by Client.

### 8. Client Authorization.

I hereby authorize Arete Financial LLC to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize Arete Financial LLC to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information Arete Financial LLC obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

### 9. Arbitration and Choice of Law.

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

### 10. Indemnification.

Client hereby agrees to defend and hold harmless Arete Financial LLC from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

### 11. Termination of Agreement.

Client may cancel this contract any time with written notice to Arete Financial LLC prior to being approved for Federal Student Loan Consolidation. Any fees paid to Arete Financial LLC at time of cancellation shall be deemed earned as long as Arete Financial LLC has acted in good faith in performing services on behalf of Client. Arete Financial LLC may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

### 12. Entire Agreement.

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

### 13. Legal Authorization Form.

This form will serve to acknowledge that the below Client has authorized our company, Arete Financial LLC (Arete Financial LLC), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (888) 331-5827.

Angel Rivera
NAME

SIGN

03/18/2019
DATE

SSN

**Page 453**
**PX16 Rivera Decl.**
**Attach. B**

Privacy Policy

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal information. Personal Information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: Information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports; information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and Arete Financial LLC to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact Arete Financial LLC Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel Information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e. exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such Information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt-out' of having personal information shared. By providing information to Arete Financial LLC you are consenting to the collection, use, and disclosure of Personal Information in the manner described in this privacy policy. This Policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

**1261 E. Dyer. Rd. #100, Santa Ana, CA 92705**

Email Address: info@aretefinancialfreedom.com

Angel Rivera
NAME

*Angel Rivera*
SIGN

03/18/2019
DATE

**Student Loan Consolidation Payment Plan Estimate**

| Loan Program Selected | Number of Payment (Months) | Payment Amount* |
|---|---|---|
| Graduated | 120 | 23.04 |

*Starting payment in the case of the Income Based Repayment plan
**Estimated Principle and Interest Paid if all payments are made as scheduled

The above quote is an **ESTIMATE** of what the new payment would be based upon the information client has provided. There are no guarantees, until your income has been verified and your application has been reviewed by the U.S. Department of Education and your current loan servicer. By signing below, you agree to the terms and conditions.

Angel Rivera
Name

*Angel Rivera*
Signature

03/18/2019
Date

SSN

## Limited Scope Power of Attorney

- THIS LIMITED POWER OF ATTORNEY IS **ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION** ("DOE") AND CLIENT, Angel Rivera ("GRANTOR") THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.

- I, Angel Rivera, Social Security # [redacted] residing at [redacted], Delray Beach FL [redacted], Delray Beach FL [redacted] this date, Mar 18, 2019, hereby appoints Arete Financial LLC as my ATTORNEY-IN-FACT to perform on my behalf as indicated below. With this signature, Angel Rivera authorizes Arete Financial LLC to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to.

1.     Access my account with the DOE, including taking steps and providing information necessary to access the account.

2.     Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3.     Drafting and, following my execution, submitting an application to the DOE.

4.     Engaging sub-contractors as may be appropriate to perform the services.

Arete Financial LLC has full authority to represent me, Angel Rivera, to perform the services outlined in the Service Agreement.

This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:

1.     It is revoked, suspended or terminated in writing by the GRANTOR; or

2.     The contract is terminated for any reason, whichever is earlier to occur.

**Address: 1261 E. Dyer Rd. #100, Santa Ana, CA 92705**

| | |
|---|---|
| Angel Rivera | *Angel Rivera* |
| Printed Name | Signature |
| | |
| Co-Applicant Printed Name | Co-Applicant Signature |
| 03/18/2019 | |
| Date | Date |

| Form **4506-T** | **Request for Transcript of Tax Return** | |
|---|---|---|
| (Rev. September 2015) | ► Do not sign this form unless all applicable lines have been completed. | OMB No. 1545-1872 |
| Department of the Treasury Internal Revenue Service | ► Request may be rejected if the form is incomplete or illegible. ► For more information about Form 4506-T, visit *www.irs.gov/form4506t*. | |

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first.<br><br>AngelRivera | 1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return | 2b Second social security number or individual taxpayer identification number if joint tax return |

**3**  Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

DelrayBeach Fl

**4**  Previous address shown on the last return filed if different from line 3 (see instructions)

**5**  If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

Azete Financial 1261 East Dyer Rd Suite 100 Santa Ana, CA 92705 8883315827

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6**  Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ► 1040

a Return Transcript, which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . ☐

b Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . ☐

c Record of Account, which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . ☐

**7**  Verification of Nonfiling, which is proof from the IRS that you did not file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☐

**8**  Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9**  Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.  | 12 / 3 / 14 | 12 / 31 / 15 | 12 / 31 / 16 | / /

**Caution:** Do not sign this form unless all applicable lines have been completed

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. Note: For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

☐ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions

| | Phone number of taxpayer on line 1a or 2a |
|---|---|

**Sign Here** ►

| | |
|---|---|
| Signature (see instructions) | 03/18/2019<br>Date |
| Title (if line 1a above is a corporation, partnership, estate, or trust) | |
| Spouse's signature | 03/18/2019<br>Date |

 United States Department of Education

## Certification of Identity & Authorization to Disclose Personal Information

Privacy Act Statement. Department regulations require a person who submits a written request for access or disclosure of records to submit personal data sufficient to identify the individual submitting the request. 34 C.F.R. Section 5b.5(b). We solicit the information requested here in order to ensure that the records of individuals who are the subject of Department systems of records are not wrongfully disclosed by the Department. If you fail to furnish this information we will take no action to honor your request. Required information is indicated in CAPS.

FULL NAME OF REQUESTER. [PLEASE PRINT] Angel Rivera

ADDRESS: [STREET]

[CITY] Delray Beach            [STATE] FL.           [ZIP]

Phone [   ]                    Email: _____yahoo.com

SOCIAL SECURITY NUMBER:                         DATE OF BIRTH: [MM/DD/YY]

## Authorization to Disclose Personal Information to Another Person

I authorize the Department of Education and its agents to release to, and discuss with, the individual named below as my representative, any records of the Department regarding my student financial assistance loan or grant obligation(s) to the Department, for the purpose of assisting me in satisfying the obligation:

FULL NAME OF REPRESENTATIVE: ARETE FINANCIAL FREEDOM

ADDRESS: [STREET] 1261 ED YER RD

[CITY] SANTA ANA            [STATE] CA            [ZIP] 92705

PHONE: [888] 331-5827        Relationship To Requester 3RD PARTY ORGANIZATION

I authorize the Department to honor this authorization unless and until I revoke it in a written notice and the designated office of the Department receives that notice. I understand that whenever requesting disclosure of information, the representative named here must submit information to verify his or her identity.

I UNDERSTAND THAT IN ORDER TO VERIFY HIS OR HER IDENTITY WHEN MAKING A REQUEST FOR DISCLOSURE BY TELEPHONE. THE REPRESENTATIVE MAY BE REQUIRED TO PROVIDE MY SSN. DOB. AND THE DATE ON WHICH I SIGNED THIS AUTHORIZATION.

I declare under penalty of perjury that I am the person named above as the requester, that I authorize release to the individual named as representative, and that the statements I provided here are true and accurate. I understand that any false statement is subject to punishment under 18 U.S.C. Section 1001 by fine or imprisonment of not more than five years, and that a knowing and willful request made under false pretenses for a record of an individual is subject to punishment under 5 U.S.C. Section 552a(i)(3) by a fine of up to $5000.

DATE: 03/18/2019        SIGNATURE   *Angel Rivera*

¹ You are not required to provide your SSN or DOB. However, we ask you to provide your SSN and DOB only to facilitate the identification of records relating to you, and unless you provide your SSN and DOB, we may be unable to locate any or all records pertaining to you.

Completed authorizations should be mailed to:

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE TX 75103 5609



**GFB**

# GENERAL FORBEARANCE REQUEST

**William D. Ford Federal Direct Loan (Direct Loan) Program / Federal Family Education Loan (FFEL) Program / Federal Perkins Loan (Perkins Loan) Program**

OMB No. 1845-0031
Form Approved
Exp. Date 2/28/2019

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | |
| Name | Angel Rivera |
| Address | |
| City | Delray Beach   State FL   Zip Code |
| Telephone - Primary | |
| Telephone - Alternate | |
| Email (Optional) | ____@yahoo.com |

## SECTION 2: FORBEARANCE REQUEST

**Carefully read the entire form before completing it. Answer all questions in Section 2. Your loan holder has sole discretion in whether to grant your general forbearance request, and, if granted, for what period your forbearance will be applied.** Instead of forbearance, you may want to consider requesting a deferment (which has an interest benefit for some loan types) or changing to a repayment plan that determines your monthly payment amount based on your income. Visit StudentAid.gov/IDR for more information.

1. I am requesting a forbearance because I am experiencing a temporary hardship related to one of the following situations (check one):

   ☒ Financial difficulties

   ☐ Change in employment

   ☐ Medical expenses

   ☐ Other (explain the situation below)

2. If approved for a forbearance, I would like to:

   ☒ Temporarily stop making payments.

   ☐ Temporarily make smaller payments of

   _____ per month.

3. I would like my forbearance to begin with the monthly payment that is due in the month and year below:

4. If approved for forbearance, I would like my forbearance to end in the month and year below, and begin making payments the following month:

| Borrower Name | Angel Rivera | | Borrower SSN | |
|---|---|---|---|---|

**SECTION 3: BORROWER/ENDORSER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATION**

I understand that:

- I am not required to make payments of loan principal or interest during my forbearance, but interest will continue to be charged on all my loans.
- My loan holder has sole discretion in whether to grant my general forbearance request and for what dates it will be granted.
- For Perkins Loans, there is a cumulative limit on general forbearance of 3 years. For Direct Loans and FFEL Program loans, my loan holder may set a limit on general forbearance.
- My forbearance will end on the earlier of the end date that I requested, 12 months from the date my forbearance begins, or when I exhaust any limit that my loan holder has on forbearance.
- I can request another forbearance after my forbearance ends if I am still experiencing financial hardship.
- Interest may capitalize on my loans during or at the expiration of my forbearance, but interest never capitalizes on Perkins Loans.

I certify that:

- The information I have provided on this form is true and correct.
- I will provide additional documentation to my loan holder, if requested, to support my general forbearance request.
- I will repay my loans according to the terms of my promissory note, even if my request is not granted.

**I authorize** the entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

| Borrower's/Endorser's Signature | *Angel Rivera* | Date | 03/18/2019 |
|---|---|---|---|

**SECTION 4: INSTRUCTIONS FOR COMPLETING THE FORBEARANCE REQUEST**

Type or print using dark ink. Enter dates as month day-year (mm-dd-yyyy) or (mm yyyy) as appropriate. Example: March 14, 2016   03-14-2016. Include your name and account number on any documentation that you may be requested to submit with this form. If you want to apply for a forbearance on loans that are held by different loan holders, you must submit a separate forbearance request to each loan holder. **Return the completed form and any requested documentation to the address shown in Section 6.**

If you are an endorser, you may request forbearance only when you are required to repay the loan because the borrower is not making payments. If you have a loan made jointly with another borrower (as co makers), you must both individually meet the requirements for a forbearance and each of you must request forbearance.

[ **Arete**Financial Freedom ]

### Credit Card Authorization Form

I Angel Rivera, authorize ARETE FINANCIAL LLC to charge my credit card ****Redacte For the total of $799.00 on the dates listed below #244214036.

| | | |
|---|---|---|
| Mar 27, 2019 | $266.33 | AR |
| Apr 29, 2019 | $266.33 | - AR |
| May 28, 2019 | $266.34 | - AR |
| | | - |

Additionally, I authorize ARETE FINANCIAL to charge a Monthly Maintenance Fee of 0.00 on the 27th of every month for 120 months thereafter until loan obligations have been fulfilled. AR

Your method of payment is as follows:

**Credit Card Number:** Visa              **Name On Credit Card:** Angel Rivera

**Credit Card Number:** *****Redacte     **Expiration Date:** [Redacted]          **Security Code- 3 digits on Back of Card:** [Redacted]

**Billing Address of Credit Card:**

[Redacted] Delray Beach FL [Redacted]

**Contact Numbers:**

Home Phone:
Cell Phone: [Redacted]

Amount due $799.00 Contract #244214036

**Address:** 1261 E. Dyer Rd. #100, Santa Ana, CA 92705

_Angel Rivera_
Signature

03/18/2019
Date



**Preparation Service Agreement**

| Section 1: Client Information | Client ID: 244214036 | Agreement Date: Mar 18, 2019 |
| --- | --- | --- |
| Client First Name: Angel | | Client Last Name: Rivera |
| Client Middle Name: L | | Former Last Name: |
| Street Address: | | City, State, Zip: Delray Beach, FL |
| Client Email: ⬛⬛⬛@yahoo.com | | Client Home Phone: Cell Phone: |

| Section 2: Client's Estimated Summary of Current Federal Student Loans | |
| --- | --- |
| The basis of this summary is derived from the input of the client. | |
| Estimated Total Federal Loan Balance: $6,785.00 | Loan Status: |
| Approximate Current Monthly Payment: $ | Number of Loans: 6 |
| Estimated New Loan Payment: $23.04 | New Loan Payment Validation Term: Annually |
| Estimated Payment Term (Months): 120 | |

| Section 3: Required Consolidation Paperwork Information | |
| --- | --- |
| Client SSN: | Client DOB: |
| DL/ID Number & State: | FASFA PIN: |
| Employer Name: Florida Back Institute | Occupation: Physical Therapy Assistant |
| Employer Street Address: | Employer City, State, Zip: Boca Raton, FL, |
| Employer Phone: | Family Size: 4 |
| Marital Status: Single | Filing Status: Single |
| Current Annual Income: $69000 | Form of Documented Income: 1040 |
| Spouse First Name: | Spouse Last Name |
| | |
| Spouse Employer Name: | Spouse Work Phone: |
| Spouse Annual Income: $0 | Client PSLF Candidate (Yes/No): |

***If this loan qualifies for Public Service Loan Forgiveness your number of payments will be reduced to 120 Months.

References: 2 Persons with different addresses, PO Boxes are NOT acceptable, not residing in the same home (for example, a spouse) or anyone living outside the U.S.

| Reference 1 Full Name: Redacted | Permanent Address: |
| Reference 1 Phone: | Relationship to Client: Brother |
| Reference 2 Full Name: Redacted | Permanent Address: |
| Reference 2 Phone: | Relationship to Client: Sister |

**Section 4: Company Set Up and Service Program Cost**

Company Document Preparation and Supporting Service Program Cost. Arete Financial Freedom Payment/Fees are in addition to and completely separate of loan costs and/or payments made by Client to lenders.

| Company Program Payment/Fee Amount: 799.00 | Initial Service(s) Selected for these Fees: |
| Fee: $ | Recurring Date: 27th |

I Angel Rivera Agree that all of the above information is true and correct to the best of their understanding at the present time, and Arete Financial Freedom bases, in part, its decision to accept Client and provide services to Client on the accuracy of the above information. Arete Financial Freedom shall not be held responsible in any way for reliance on the above information, any claim arising from use or storage of such information, or carrying out its contractual obligations using the above information

Signature: *Angel Rivera*   Date: 03/18/2019



CUSTODIAL ACCOUNT AGREEMENT

Ver 10/00/2014

**AUTHORIZATION FOR RECURRING DIRECT PAYMENTS** I (we) hereby authorize PAN to initiate ACH debit entries from the account at the depository financial institution named below and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to the account must comply with the provisions of U.S. law. This authorization is to remain in full force and effect until PAN has received written notification from me (or either of us) of its termination no fewer than three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.

| Bank Name | Account Number | Routing Number | Account Type | Account Fees |
|---|---|---|---|---|
| | | | | I authorize PAN to charge my Primary Financial Institution or my Custodial Account in accordance with the following fees for services rendered. |
| Authorizing Person's Name (as it appears on check) | | | | |
| Address, City, State, Zip (as it appears on check) ____, Delray Beach FL ___ Delray Beach, FL, ___ | | | | Monthly Custodial Account:$675<br>Unauthorized Returns:$35.00<br>Stop Payment:$25.00<br>Return Item Fee:$0.00 |
| Recurring Debit Authorization $799.00 | | Effective Date (Date of First Debit) Mar 27, 2019 | | Fees for Disbursements per occurrence or any other appropriate service. |
| The specific debits to my account authorized herein may only post on or after the EFFECTIVE DATE listed in the attached payment schedule. This authorization is to remain in full force and effect until PAN has received written notification from me of termination in such time and in such manner as to afford PAN a reasonable opportunity to act. | | | | ACH Credit:$5.00<br>ACH Debit/Check by phone:$5.00<br>Overnight Check, Wire Transfer: $25.00<br>2-Day Check:$10.00<br>USPS Check: $5.00 |
| Client Signature | 03/18/2019 | DATE | Mar 18, 2019 | Notifications To Payment Automation Network<br>Email: Clients@paymentautomation.net<br>Phone: (800)813-3740 |
| CO-Client Signature | | DATE | Mar 18, 2019 | Fax: (866)600-2703<br>Portal: https://client.paymentautomation.net |

**Payment Schedule**

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 1 | Mar 27, 2019 | $266.33 | $0.00 | $266.33 |

| # | Date | Enrollment Fee | | Monthly Service Fee | Total Payment |
|---|------|----------------|---|---------------------|---------------|
| 2 | Apr 29, 2019 | $266.33 | $0.00 | | $266.33 |
| 3 | May 28, 2019 | $266.34 | $0.00 | | $266.34 |
| 4 | Jun 27, 2019 | $0.00 | $0.00 | | $0.00 |
| 5 | Jul 29, 2019 | $0.00 | $0.00 | | $0.00 |
| 6 | Aug 27, 2019 | $0.00 | $0.00 | | $0.00 |
| 7 | Sep 27, 2019 | $0.00 | $0.00 | | $0.00 |
| 8 | Oct 28, 2019 | $0.00 | $0.00 | | $0.00 |
| 9 | Nov 27, 2019 | $0.00 | $0.00 | | $0.00 |
| 10 | Dec 27, 2019 | $0.00 | $0.00 | | $0.00 |
| 11 | Jan 27, 2020 | $0.00 | $0.00 | | $0.00 |
| 12 | Feb 27, 2020 | $0.00 | $0.00 | | $0.00 |
| 13 | Mar 27, 2020 | $0.00 | $0.00 | | $0.00 |
| 14 | Apr 27, 2020 | $0.00 | $0.00 | | $0.00 |
| 15 | May 27, 2020 | $0.00 | $0.00 | | $0.00 |
| 16 | Jun 29, 2020 | $0.00 | $0.00 | | $0.00 |
| 17 | Jul 27, 2020 | $0.00 | $0.00 | | $0.00 |
| 18 | Aug 27, 2020 | $0.00 | $0.00 | | $0.00 |
| 19 | Sep 28, 2020 | $0.00 | $0.00 | | $0.00 |
| 20 | Oct 27, 2020 | $0.00 | $0.00 | | $0.00 |
| 21 | Nov 27, 2020 | $0.00 | $0.00 | | $0.00 |
| 22 | Dec 28, 2020 | $0.00 | $0.00 | | $0.00 |
| 23 | Jan 27, 2021 | $0.00 | $0.00 | | $0.00 |
| 24 | Mar 01, 2021 | $0.00 | $0.00 | | $0.00 |
| 25 | Mar 29, 2021 | $0.00 | $0.00 | | $0.00 |
| 26 | Apr 27, 2021 | $0.00 | $0.00 | | $0.00 |
| 27 | May 27, 2021 | $0.00 | $0.00 | | $0.00 |
| 28 | Jun 28, 2021 | $0.00 | $0.00 | | $0.00 |
| 29 | Jul 27, 2021 | $0.00 | $0.00 | | $0.00 |
| 30 | Aug 27, 2021 | $0.00 | $0.00 | | $0.00 |
| 31 | Sep 27, 2021 | $0.00 | $0.00 | | $0.00 |
| 32 | Oct 27, 2021 | $0.00 | $0.00 | | $0.00 |
| 33 | Nov 29, 2021 | $0.00 | $0.00 | | $0.00 |
| 34 | Dec 27, 2021 | $0.00 | $0.00 | | $0.00 |
| 35 | Jan 27, 2022 | $0.00 | $0.00 | | $0.00 |
| 36 | Feb 28, 2022 | $0.00 | $0.00 | | $0.00 |
| 37 | Mar 28, 2022 | $0.00 | $0.00 | | $0.00 |
| 38 | Apr 27, 2022 | $0.00 | $0.00 | | $0.00 |
| 39 | May 27, 2022 | $0.00 | $0.00 | | $0.00 |
| 40 | Jun 27, 2022 | $0.00 | $0.00 | | $0.00 |
| 41 | Jul 27, 2022 | $0.00 | $0.00 | | $0.00 |
| 42 | Aug 29, 2022 | $0.00 | $0.00 | | $0.00 |
| 43 | Sep 27, 2022 | $0.00 | $0.00 | | $0.00 |
| 44 | Oct 27, 2022 | $0.00 | $0.00 | | $0.00 |
| 45 | Nov 28, 2022 | $0.00 | $0.00 | | $0.00 |
| 46 | Dec 27, 2022 | $0.00 | $0.00 | | $0.00 |
| 47 | Jan 27, 2023 | $0.00 | $0.00 | | $0.00 |
| 48 | Feb 27, 2023 | $0.00 | $0.00 | | $0.00 |