| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 49 | Mar 27, 2023 | $0.00 | $0.00 | $0.00 |
| 50 | Apr 27, 2023 | $0.00 | $0.00 | $0.00 |
| 51 | May 30, 2023 | $0.00 | $0.00 | $0.00 |
| 52 | Jun 27, 2023 | $0.00 | $0.00 | $0.00 |
| 53 | Jul 27, 2023 | $0.00 | $0.00 | $0.00 |
| 54 | Aug 28, 2023 | $0.00 | $0.00 | $0.00 |
| 55 | Sep 27, 2023 | $0.00 | $0.00 | $0.00 |
| 56 | Oct 27, 2023 | $0.00 | $0.00 | $0.00 |
| 57 | Nov 27, 2023 | $0.00 | $0.00 | $0.00 |
| 58 | Dec 27, 2023 | $0.00 | $0.00 | $0.00 |
| 59 | Jan 29, 2024 | $0.00 | $0.00 | $0.00 |
| 60 | Feb 27, 2024 | $0.00 | $0.00 | $0.00 |
| 61 | Mar 27, 2024 | $0.00 | $0.00 | $0.00 |
| 62 | Apr 29, 2024 | $0.00 | $0.00 | $0.00 |
| 63 | May 28, 2024 | $0.00 | $0.00 | $0.00 |
| 64 | Jun 27, 2024 | $0.00 | $0.00 | $0.00 |
| 65 | Jul 29, 2024 | $0.00 | $0.00 | $0.00 |
| 66 | Aug 27, 2024 | $0.00 | $0.00 | $0.00 |
| 67 | Sep 27, 2024 | $0.00 | $0.00 | $0.00 |
| 68 | Oct 28, 2024 | $0.00 | $0.00 | $0.00 |
| 69 | Nov 27, 2024 | $0.00 | $0.00 | $0.00 |
| 70 | Dec 27, 2024 | $0.00 | $0.00 | $0.00 |
| 71 | Jan 27, 2025 | $0.00 | $0.00 | $0.00 |
| 72 | Feb 27, 2025 | $0.00 | $0.00 | $0.00 |
| 73 | Mar 27, 2025 | $0.00 | $0.00 | $0.00 |
| 74 | Apr 28, 2025 | $0.00 | $0.00 | $0.00 |
| 75 | May 27, 2025 | $0.00 | $0.00 | $0.00 |
| 76 | Jun 27, 2025 | $0.00 | $0.00 | $0.00 |
| 77 | Jul 28, 2025 | $0.00 | $0.00 | $0.00 |
| 78 | Aug 27, 2025 | $0.00 | $0.00 | $0.00 |
| 79 | Sep 29, 2025 | $0.00 | $0.00 | $0.00 |
| 80 | Oct 27, 2025 | $0.00 | $0.00 | $0.00 |
| 81 | Nov 28, 2025 | $0.00 | $0.00 | $0.00 |
| 82 | Dec 29, 2025 | $0.00 | $0.00 | $0.00 |
| 83 | Jan 27, 2026 | $0.00 | $0.00 | $0.00 |
| 84 | Feb 27, 2026 | $0.00 | $0.00 | $0.00 |
| 85 | Mar 27, 2026 | $0.00 | $0.00 | $0.00 |
| 85 | Apr 27, 2026 | $0.00 | $0.00 | $0.00 |
| 87 | May 27, 2026 | $0.00 | $0.00 | $0.00 |
| 88 | Jun 29, 2026 | $0.00 | $0.00 | $0.00 |
| 89 | Jul 27, 2026 | $0.00 | $0.00 | $0.00 |
| 90 | Aug 27, 2026 | $0.00 | $0.00 | $0.00 |
| 91 | Sep 28, 2026 | $0.00 | $0.00 | $0.00 |
| 92 | Oct 27, 2026 | $0.00 | $0.00 | $0.00 |
| 93 | Nov 27, 2026 | $0.00 | $0.00 | $0.00 |
| 94 | Dec 28, 2026 | $0.00 | $0.00 | $0.00 |
| 95 | Jan 27, 2027 | $0.00 | $0.00 | $0.00 |

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 96 | Mar 01, 2027 | $0.00 | $0.00 | $0.00 |
| 97 | Mar 29, 2027 | $0.00 | $0.00 | $0.00 |
| 98 | Apr 27, 2027 | $0.00 | $0.00 | $0.00 |
| 99 | May 27, 2027 | $0.00 | $0.00 | $0.00 |
| 100 | Jun 28, 2027 | $0.00 | $0.00 | $0.00 |
| 101 | Jul 27, 2027 | $0.00 | $0.00 | $0.00 |
| 102 | Aug 27, 2027 | $0.00 | $0.00 | $0.00 |
| 103 | Sep 27, 2027 | $0.00 | $0.00 | $0.00 |
| 104 | Oct 27, 2027 | $0.00 | $0.00 | $0.00 |
| 105 | Nov 29, 2027 | $0.00 | $0.00 | $0.00 |
| 106 | Dec 27, 2027 | $0.00 | $0.00 | $0.00 |
| 107 | Jan 27, 2028 | $0.00 | $0.00 | $0.00 |
| 108 | Feb 28, 2028 | $0.00 | $0.00 | $0.00 |
| 109 | Mar 27, 2028 | $0.00 | $0.00 | $0.00 |
| 110 | Apr 27, 2028 | $0.00 | $0.00 | $0.00 |
| 111 | May 30, 2028 | $0.00 | $0.00 | $0.00 |
| 112 | Jun 27, 2028 | $0.00 | $0.00 | $0.00 |
| 113 | Jul 27, 2028 | $0.00 | $0.00 | $0.00 |
| 114 | Aug 28, 2028 | $0.00 | $0.00 | $0.00 |
| 115 | Sep 27, 2028 | $0.00 | $0.00 | $0.00 |
| 116 | Oct 27, 2028 | $0.00 | $0.00 | $0.00 |
| 117 | Nov 27, 2028 | $0.00 | $0.00 | $0.00 |
| 118 | Dec 27, 2028 | $0.00 | $0.00 | $0.00 |
| 119 | Jan 29, 2029 | $0.00 | $0.00 | $0.00 |
| 120 | Feb 27, 2029 | $0.00 | $0.00 | $0.00 |

 Payment Automation

## CUSTODIAL ACCOUNT AGREEMENT

Ver 12/15/2016

Client enters into this Agreement (Agreement) with Payment Automation Network, Inc. (PAN) for the purpose of having PAN receive payments, make disbursements authorized by Client upon Client's instructions and/or the occurrence of specified events, and provide online transaction management and accounting information on Client's behalf (together, the "Services").

Client authorizes PAN to (i) collect (debit) funds via ACH from Client's designated financial institution (Designated Account) pursuant to the Payment Schedule attached hereto ("Payment Schedule"); (ii) deposit such funds in a non-interest bearing FDIC custodal account ("Custodial Account"); and (iii) disburse funds from the Custodial Account as directed by the payment schedule and/or by client solely upon receipt of authorized instructions from Client, provided the balance in the Depository Account equals or exceeds the disbursement request. If the balance of the Custodian Account is less than a requested disbursement, the disbursement direction will not be honored until the balance is increased to the desired amount.

Client agrees to pay PAN's fees and charges shown below and such fees and charges may be deducted directly from the Custodial Account.

Client agrees PAN will select the financial institution that will hold the Custodial Account. Client agrees that PAN may, at its sole discretion and upon written notification to Client, change the financial institution that will hold the Custodial Account at any time, and that the Custodian Account may be located in California or any other state selected by PAN in its sole discretion. Client agrees that the Custodial Account will not be used for any illegal purpose, and Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered.

Client agrees that sufficient funds will be available in the Designated Account at least three (3) business days prior to date of all scheduled ACH debits. Client understands and agrees that to stop or change a scheduled debit from the Designated Account, Client must notify PAN at least three (3) business days prior to any such change. In the event Client's Designated Account does not have sufficient funds for a scheduled debit, PAN will not be liable to any third party due to insufficient funds, restriction or dishonor related to Client's account. Client authorizes PAN to recover any funds arising from a NSF, dishonor or error in debiting the Designated Account. At its sole discretion, PAN may recover any such funds by means of a debit to the Designated Account and/or the Custodial Account. Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered. If Client's Custodian Account is suspended, cancelled or otherwise terminated for any reason and the account has a negative balance, Client agrees to pay the negative balance upon demand. Should Client fail to remit the full amount of such negative balance, Client shall remain responsible for the deficit and collection actions may be pursued against Client.

Client has an agreement with Service Provider, and the Payment Schedule is part of that agreement. Client directs and authorizes PAN to share information with Service Provider as required by Service Provider and with any other authorized parties involved in the administration of the Custodial Account on Client's behalf. PAN is not an owner, employee, or partner of Service Provider, and provides the Services to Client as an independent third party. Client agrees that PAN is not involved or engaged in any respect with the services provided by the Service Provider, other than acting as a third party escrow on behalf of Client and the Service Provider. Client agrees that PAN shall not be responsible for determining when a payment is due or whether a payment is for the correct amount or otherwise proper. PAN's sole obligation shall be to execute Client's payment instructions in a commercially reasonable manner as soon as practical after receipt of such instructions or after the occurrence of the specified event authorizing release of a payment on behalf of Client. PAN shall not be liable for any conduct by Service Provider or for penalty or other charge levied by anyone on Client, for any failure of anyone to honor a transaction or for any other adverse action taken or not taken by any other party in connection with the Services. Under no circumstances shall PAN be liable for any special, incidental, consequential, exemplary or punitive damages.

PAN will provide Client an internet login with a login name and password for viewing the funds held in the Custodial Account and all transactions related to Client via a protected website. Use of Client's passcode, password or any other form of identification designated by Client in any transaction constitutes and will be accepted as Client's electronic signature, as that term is used in the federal Electronic Signature in Global and National Commerce law and other applicable laws.

Client's funds are held in the Custodial Account pending Client's instructions for disbursement. Client has sole authority to authorize disbursements or transfers. You expressly authorize PAN to rely on your instructions for this purpose whether transmitted directly by you, via the Service Provider or by a third party you have authorized in whatever form provided, including but not limited to any instructions provided via email, PAN's website, E-signature or other writing, verbally, by voicemail or any other means of communication. If Client is more than one person, PAN may act upon receipt the instructions of either person; however, if conflicting instructions are received before any action has been taken, PAN may in its sole discretion refrain from taking any action until it receives joint instructions from all Clients or a court order directing further action. Client agrees that PAN shall have no right or obligation to control, direct, or change any disbursement instructions provided by Client other than as expressly provided by this Agreement.



Initials:

Client may revoke any prior payment authorization at any time before such payment has been initiated by completing and submitting a Revocation of Recurring Payment Authorization form to PAN by email or mail. See PAN's Contact Information below.

PAN or Client may terminate this Agreement upon delivery of written notice at any time. Upon termination of this Agreement for any reason, PAN shall arrange for Client's remaining funds, apart from any funds due to be paid to the Service Provider or any other person or entity as a result of the occurrence of specified events prior to delivery of the termination notice, to be transmitted from the Custodial Account to the Designated Account.

Client agrees that all disclosures, account activity, notifications and any other communications related to the Services may be distributed to Client by electronic mail or through PAN's software services. Client acknowledges that Client is able to electronically receive, download and print such information and communications. If Client is unable to communicate electronically for any reason, Client agrees to notify PAN immediately, and reasonable alternative means of communication will be established in accordance with applicable law.

Client understands and agrees that all calls to and from PAN are monitored and recorded. Client verifies that the telephone and cellular phone numbers and email addresses shown below presently belong to Client. Client consents to receive emails, prerecorded messages and/or autodialed calls (including text messages) relating to this Agreement and the Services. These communications may be made by PAN or its agents, even if your phone number is registered on any state or federal "Do Not Call" list. You may incur a charge for such calls by your telephone carrier. PAN may obtain and contact email addresses and phone numbers provided by you directly or obtained through other lawful means. Your consent to this provision is not required as a condition of entering into this Agreement, and you may opt out from consenting to these provisions by contacting PAN in writing at PAN's Contact Information below.

You agree to provide notice within 30 days of any change to your email address or phone numbers by writing to PAN's Contact Information below.

### ARBITRATION OF DISPUTES - IMPORTANT NOTICE AFFECTING YOUR RIGHTS

You agree that any controversy, claim or dispute between the parties arising out of or relating to this Agreement, or to any of the services provided pursuant to this Agreement, or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this Agreement to arbitrate, shall be determined by binding arbitration conducted in the federal judicial district where the Client resides. The parties agree that this arbitration provision shall be governed by and enforceable under the Federal Arbitration Act. Otherwise, parties agree that the laws of the Client's state of residence shall govern any dispute between them. The parties agree the arbitration shall be conducted before a single arbitrator pursuant to the rules and procedures of the American Arbitration Association ("AAA"). The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. Any award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. The parties agree that either party may bring claims against the other only in his/her or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the costs of the arbitration, not including attorney's fees or expert witness expenses, equally. If the consumer's share of the costs is greater than two-thousand dollars ($2,000.00), PAN will pay the consumer's share of any costs in excess of that amount. In the event that a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party shall be entitled to obtain costs of suit, including any reasonable attorney's fees incurred for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrators ruling, except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the requirement to arbitrate shall survive any termination of this Agreement.

This Agreement constitutes the entire agreement between Client and PAN. No modifications, variations or waivers of any provisions of this Agreement shall be deemed valid unless in writing and signed by Client and PAN.

| Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| Rivera | Angel | L | | |

| Co-Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| | | | -- | |

| Address | City, State, ZIP |
|---|---|
| , Delray Beach FL | Delray Beach, FL, |

| Phone | Email | Mothers Maiden Name |
|---|---|---|
| | Redacted @yahoo.com | |

| Authorized Service Provider/Agent | Account ID |
|---|---|
| Arete Financial | AR--1 |

| Client Signature | *Angel Rivera* | Date | 03/18/2019 | Notfications To Payment Automation Network |
|---|---|---|---|---|
| Co-Client Signature | | Date | | Email: Clients@paymentautomation.net |
| | | | | Phone: (800)813-3740 |
| | | | | Fax: (866)600-2703 |
| | | | | Portal: https://client.paymentautomation.net |

 

# E-Signature Completion Certificate

| | |
|---|---|
| Document ID | 5865741 |
| Document GUID | dc8e82e186d6 df9d-3d5a-12c0445fa2b7 |
| Document Title | Arete Student Loan Agreement CC |
| Sender IP | 12.10.47.194 |
| Number of Signers | 1 |
| Signer Email | [Redacted]@yahoo com |
| Signer IP | Redacted |
| Timestamp | 2019-03-18T14:17:06-05:00 |
| Document Hash | fa82ccae28f09b887a5e669a576daf16 |

## Document Audit

- Sent at 2019-03-18T14:15:00-05:00 from IP [Redacted]
- Delivered to Angel Rivera [Redacted]@yahoo.com at 2019-03-18T14:15:25-05:00 from Redacted
- Adopted Signature at 2019-03-18T14:15:33-05:00 from Redacted
- Completed Signing at 2019-03-18T14:17:06-05:00 from Redacted
- PDF Generated at 2019-03-18T14:17:0605:00

## User Agent

Mozilla/5.0 (iPhone; CPU iPhone OS 12_1_4 like Mac OS X) AppleWebKit/605.1 15 (KHTML, like Gecko) Version/12 0 Mobile/15E148 Safari/604.1

# Attachment C

From: info@aretefinancialfreedom.com
Subject: Arete Financial Client Portal Welcome
Date: Mar 21, 2019 at 8:03:45 PM
To: ▓▓▓▓▓@yahoo.com



Mar 21, 2019

Client Name: Angel Rivera
Address: ▓▓▓▓▓▓▓▓▓
City, State Zip: Delray Beach, FL ▓▓▓▓

ID: Redacted ▓▓
Phone:

Dear **Angel**,
Thank you for choosing Arete Financial. Below you will find log in information. If you have any questions please feel free to contact the customer service department.

**Customer Login:**

Please visit your Customer Portal and access your account with Arete Financial.

https://www.studentdebtportal.com/

Username: ▓▓▓▓▓

Password: ▓▓▓▓

ATTACHMENT C

Sincerely,

**Robert Marquez**
**Arete Financial**
**Customer Service Department**

From: info@aretefinancialfreedom.com
Subject: Arete Financial Freedom - 7 Things Your Current Loan Servicer Fails To Tell You
Date: Mar 21, 2019 at 8:03:47 PM
To: ████████ @yahoo.com

[ **Arete** Financial Freedom ]

Hello Angel,

7 Things your loan servicer fails to tell you. When it comes to dealing directly with your current loan servicer, please note they could have saved you thousand of dollars years ago but failed to do so as they do not find it profitable.

These loan servicers are not government agencies, they are private for profit companies just like your bank.

1. These are government insured loans, yes guaranteed by your tax dollars. The servicer make money regardless of you making your payments or not, in fact they stand to make more in the end if you default. So they have no interest in helping you understand anything.

2. Servicer's set your payments high with the shortest term automatically after school, in order that you might have to file a forbearance (put on hold) all the while knowing that your balance is growing and your forbearance is limited. Once you run out of forbearance time, your balance could have ballooned to the point of you unable to make the large payments. sending you in to default.

3. Your payments are now higher, your balance has doubled and interest compounded which leads to default and having your account go to collections! But Wait that's not all. an additional 25% will be added to your loan balance upon default. Ensuring a life of enslavement to these loans.

4. Because of the this default ratio, the government has passed a new law to have your balance forgiven after a significant amount of payments over time.

5. You can now use a 3rd party organizations to help you understand your loans and your available options, not just the best option for the bank.

6. When it comes to preparing documents for your application. You need a 3rd party organization to complete them correctly to get guaranteed results. You wouldn't have the IRS file your taxes, why would you have the servicer fill out your paperwork in the program they chose for you.

7. We help you monitor and cure any requirements requested and make sure that your loan servicers are not taking

**Page 474**
**PX16 Rivera Decl.**
**Attach. C**

advantage of your vulnerability (Not fully understanding). What you don't know can hurt you in the long run financially.

Thanks to the Better Business Bureau, you can now see consumer reviews of each Federal Approved loan servicers.

It is always good to do your research. Click on the link below of your current loan servicer and see what others had to say.

Arete is a BBB A Rated Company ......WE CARE ABOUT YOUR SITUATION

Beware of Navient-www.bbb.org/delaware/business-reviews/loans/navient-in-wilmington-de-92002017/reviews-and-complaints

Beware of Nelnet- www.bbb.org/nebraska/business-reviews/scholarships-and-financial-aid/nelnet national educational-loan-network-in-lincoln-ne-209000034/reviews-and-complaints

Beware of Great Lakes- www.bbb.org/wisconsin/business-reviews/consumer-finance-and-loan-companies/great-lakes-higher-education-corporation-in-madison-wi-12000219/reviews and-complaints

Beware of FedLoan Servicing- www.bbb.org/washington-dc-eastern-pa/business-reviews/government-us/fedloan-servicing-in-harrisburg-pa-202729473/reviews-and-complaints

Update on Navient 2017- http://usat ly/2k0vCUv

**Processing Department**

Toll Free | (888) 331-5827
Fax | (888) 366-2219

Hours of Operation: 8AM-6PM Pacific Standard Time
info@aretefinancialfreedom.com
www.aretefinancialfreedom.com

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

From: info@aretefinancialfreedom.com
Subject: **Welcome Angel Rivera to Arete Financial Freedom  244214036**
Date: **Mar 21, 2019 at 8:03:48 PM**
To: [ ]@yahoo.com

# [ **Arete** Financial Freedom ]

Hello Angel,

Thank you for choosing Arete Financial Freedom, the chosen leader in Student Loan Processing. We would like to welcome you to the Student Loan Consolidation Program. This is a time for you to rejoice and we are excited for the opportunity to assist you throughout the consolidation process. Because quality service is important to our clients, we take every effort to make modest improvements in our service. Your valuable feedback can help us continue improving our services and better streamline our processes.

Congratulations on choosing Loan Consolidation! I see that you're consolidating your federal student loans and saving up to 80% on your monthly payment. Should you have any questions regarding your consolidation, please contact your student loan adviser Annie Hall (949) 416-0680

## How Your Application Is Processed

*When a borrower consolidates loans in the Direct Consolidation Loan Program, the Federal Government pays off the loan balance on the original federal education loans and originates a new loan for the total. Here's how that works from a borrower's point of view.*

*It takes five simple steps to process your application after we receive it.*

**Step 1. Application Review:** After we receive your fully completed application, it is edited, assigned an application identification number, entered into our system, and the process begins. We will contact you if additional information is needed.

**Step 2. Contact Loan Holder(s):** Using the loan information from your application, we contact your loan holder(s) to verify the loan's eligibility for

consolidation and its current loan balances (including accrued interest, fees, or collection costs). If you currently are required to make payments on your loan(s), continue to do so. You will need to continue making payments until you receive written notification that your loan(s) has been successfully consolidated and it is time to start paying your Direct Consolidation Loan.

**Step 3. Loan Statement:** After your loan holder(s) certifies the "payoff" balance(s), we will send you a letter and loan statement listing the loan(s) being consolidated. You have 15 days to review this information for accuracy and to make adjustments.

**Step 4. Account Set-Up:** We forward payoff information to your federal loan servicer once your loan(s) is successfully consolidated. Your federal loan servicer sends you a "Welcome" letter and information about repayment.

This multi-step process generally takes 60-90 days before the information is sent to the federal loan servicer. You will receive a bill within 60 days of your federal loan servicer receiving your account information.

We sincerely appreciate your business, and welcome your feedback!

**Processing Department**

Direct | (888) 331-5827

Fax | (888) 366-2219

Hours of Operation: 9AM-5PM Pacific Standard Time
info@aretefinancialfreedom.com

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS

consolidation and its current loan balances (including accrued interest, fees, or collection costs). If you currently are required to make payments on your loan(s), continue to do so. You will need to continue making payments until you receive written notification that your loan(s) has been successfully consolidated and it is time to start paying your Direct Consolidation Loan.

**Step 3. Loan Statement:** After your loan holder(s) certifies the "payoff" balance(s), we will send you a letter and loan statement listing the loan(s) being consolidated. You have 15 days to review this information for accuracy and to make adjustments.

**Step 4. Account Set-Up:** We forward payoff information to your federal loan servicer once your loan(s) is successfully consolidated. Your federal loan servicer sends you a "Welcome" letter and information about repayment.

This multi-step process generally takes 60-90 days before the information is sent to the federal loan servicer. You will receive a bill within 60 days of your federal loan servicer receiving your account information.

We sincerely appreciate your business, and welcome your feedback!

**Processing Department**

**Direct** | (888) 534-5827

**Fax** | (800) 366-2210

**Hours of Operation: 9 AM-5PM Pacific Standard Time**
info@correctionreliefcenter.com

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION. PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION. PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS.

From: info@aretefinancialfreedom.com
Subject: Angel Rivera - Eligibility Confirmation
Date: Mar 21, 2019 at 8:03:48 PM
To: _____@yahoo.com

# [ **Arete**Financial Freedom ]

Toll Free | (888) 331-5827

### BORROWER ELIGIBILITY CONFIRMATION

Date: Mar 21, 2019

To:

Angel Rivera

Delray Beach FL

Client ID :

SSN:
DOB:

You are confirmed for the following government program, **Graduated REPAYMENT.**

This Federal Program introduced by the Obama Administration is intended to help stabilize the 1.2 Trillion dollar student loan epidemic and help struggling students achieve income based payments get relief and avoid **DEFAULT.**

**Total Enrolled Debt:** 6,785.00

**Based on AGI:** 69000

**Included Loans:**

| Creditor | Account # | Amount Owed |
|---|---|---|
| DIRECT CONSOLIDATED UNSUBSIDIZED | 5710U09G77778101, | $4,235.00 |
| DIRECT CONSOLIDATED SUBSIDIZED | 5710S09G77778101, | $2,550.00 |
| FFEL STAFFORD UNSUBSIDIZED | , | $0.00 |
| FFEL STAFFORD SUBSIDIZED | , | $0.00 |
| FFEL STAFFORD UNSUBSIDIZED | , | $0.00 |
| FFEL STAFFORD SUBSIDIZED | , | $0.00 |
| | | **$6,785.00** |

**Approved Program:** Graduated

**Program Maturity Savings: $5,986.00**

*The William D. Ford Direct Loan program is an initiative by the federal government to help subsidize the 1.2 trillion-dollar student loan debt in the U.S. Borrowers under these **income based programs significantly reduce their payments and eventually even reach possible forgiveness based off of eligibility requirements.***

**The process from beginning to end takes approximately 21-45 days.**

In order to stay compliant in your program you must maintain the following:

- Submit required income documentation to processing within 5 business days of enrollment.
- Send updated documents to the processing department in a timely manner (i.e., paystubs, tax returns, paperwork correspondence, lender correspondence, etc.)

- Maintain program management costs and monthly payments.

**Customer Service Department**

**Toll Free | (888) 331-5827**

THIS E-MAIL MAY CONTAIN NON PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS

From: noreply@debtpaypro.com
Subject: A New Note Has Been Created In The Customer Portal
- 244214036
Date: Mar 21, 2019 at 8:04:28 PM
To: ███████@yahoo.com

**A client has created a note in the customer portal.**

Date: Mar 21, 2019

Company: Arete Financial

Client Name: Angel Rivera

Record ID: ███████

Agent: Robert Marquez

https://arete.debtpaypro.com/

From: brenda.c@aretefinancialfreedom.com
Subject: New Note Created On File: Angel Rivera -   - 244214036
Date: Mar 21, 2019 at 8:04:45 PM
To: ██████████@yahoo.com

Note Type: Outbound Email
Entered By: Brenda Castro

**ARETE FINANCIAL FREEDOM IMPORTANT UPDATE REGARDING YOUR STUDENT LOANS** Important message waiting for you, please log on to www.StudentDebtPortal.com to access your Customer Portal and view under "Servicer Notes." Any questions or concerns, simply "Send a Request" & we will get back to you within 24 hours. If you need further assistance contact 1-888 331 5827.

# Attachment D

From: Timothy Pham timothy.pham@aretefinancialfreedom.com
Subject: Review Your New Repayment Terms: Payment Due
Date: Jun 3, 2019 at 12:38:25 PM
To: ▉▉▉▉▉@yahoo.com

# [ **Arete** Financial Freedom ]

Hi Angel Rivera,

You've been approved for the **Graduated** repayment plan with a monthly payment of **$65.35** due on the **1st** of every month to your loan servicer **MOHELA**.

Your monthly payment is based off your reported income and family size. Your new monthly payment may have increased from last year due to your income increasing. If this isn't what you intended, please send us your two most recent paystubs with the lowest paycheck amount so we can resubmit your application and have your monthly payment recalculated

- If your loan servicer is FEDLOAN and you were approved with a monthly payment you must complete and sign the attached direct debit application and send it back to us.
- If you DO NOT have FEDLOAN please contact us immediately so that you are not late on your new monthly.
- If you were approved for $0 monthly payment, no further action is needed from you.
- Your new monthly payment is good for 12 months, then we start the process all over again and renew your plan. We will contact you 2 months prior to your annual recertification date **January 01, 1900**

Keep in mind that this is separate from the monthly payment of $39 that you

**ATTACHMENT D**

make to us to manage your student loans for you. We will continue to monitor your student loans and let you know of any updates regarding your student loans. We ask that you also please do the same and forward any correspondence you receive regarding your student loans so that we can review it together.

Thank you for choosing Arete Financial Freedom to assist you with your student loans.

Best Regards,

Processing Department

SLProcessing@aretefinancialfreedom.com



# Attachment E

# CHASE ○

Cardmember Services
P.O. Box 15299
Wilmington, DE 19850-5299

**Questions?**

📞 1-800-849-3574

📠 1-800-955-8060

⌨ Chase.com

📠 1-888-643-9624

07613 DM/806602016319 NNNNNNNNNNN DISP0017 E
**ANGEL L RIVERA**

DELRAY BEACH FL

June 11, 2019

## Action Needed:    **Please provide information before 06/24/2019**

Your account ending in 0668:

Dear ANGEL L RIVERA:

Thank you for telling us that you dispute charge(s) on your account. We need more information to resolve your dispute(s) as quickly as possible.

**Please complete and return the enclosed dispute form(s)**
In order for us to resolve this dispute, it's important that you provide detailed information in the forms. Include any additional documentation that will help us research your dispute(s) and write your full account number on each page.

**Here's how to send the requested information**
- Send us a secure message at Chase.com
- Fax it to us at 1-888-643-9624; it's free from any Chase branch
- Mail it to us at:

        Cardmember Services
        P.O. Box 15299
        Wilmington DE
        19850 5299

**It is important that we receive the completed information before 06/24/2019**
If we don't receive the requested documentation, we may close our investigation due to lack of sufficient information. If this happens, you may be responsible for the charge(s) and any related interest and fees.

**We're here to help**
If you have questions, please call us at 1-800-849-3574. We're available Monday through Friday from 7 a.m. to 10 p.m., and Saturday and Sunday from 9 a.m. to 8 p.m. Eastern Time.

Sincerely,

Card Services

Enclosure

### ATTACHMENT E

CLAIM ID: C-20190610-3756

Page 2

If you haven't already done so, you must notify us of potential billing errors in writing at the Customer Service address or electronically at the website address as shown on your billing statement. Please refer to the back of your billing statement for further information on Your Billing Rights, including how the process works.

Customer Name: ANGEL L RIVERA
Account Number: [redacted] 668

| Transaction Post Date | Merchant Name | Transaction Amount |
|---|---|---|
| 05/30/2019 | ARETE 888 331 5827 | $266.34 |
| 05/01/2019 | ARETE 888 331 5827 | $266.33 |
| 03/29/2019 | ARETE 888 331 5827 | $266.33 |

**Type of Dispute: Quality of Services or Product**

We understand that you are disputing the charge(s) shown above. Please complete the form and send it to us as soon as possible. Include any documentation you have that supports your dispute. This could include:

- A second opinion from a similar merchant or industry expert detailing why service or merchandise was not authentic or poor quality. The second opinion should be written on company letterhead and signed and dated by the merchant or industry expert.
- Documentation that supports the cost of replacing merchandise, if the merchant caused damage.
- A copy of a sales receipt, invoice, contract or work order.
- A communication (email, webchat, text, letter) between you and the merchant.

What amount of the charge(s) are you disputing, due to the quality of the product/services?

$ 266.34, 266.33, & 266.33 = $799.00

When did you receive or expect to receive service or merchandise? (Date) _it was not a merchandise_

Describe in detail the problem with the product or services you received, or how the product or service differed from your expectations. For more space, please use the back of this form.

The company Arete Financial Freedom provided a service in which I was mislead or misinformed. They never told me this services could have been provided to me by my student loan company (MOHELA) at free cost. Also, they never told me over the phone that I had to paid these payments as described → back

Was only a portion of the merchandise or service received?   No ____   Yes _Not a merchandise_

If "Yes," what was the cost of the portion not received? $ _not by them. I belived by Chase itself_

Did you return or cancel merchandise or service?   No ____   Yes _Not a merchandise_

If "Yes," what date did you cancel or return merchandise or service? (Date) ____

Did the merchant accept the cancellation or return?   No ____   Yes ____

If "Yes," what shipping method was used to return merchandise? (FedEx, UPS, U ____

Did you contact the merchant to resolve this issue?   No ____   Yes _✓_

If "Yes," what was their response?

They told me to give them 30 business day for the funds to go back.

What was the name of the person you spoke with and the date of your conversation?

Name: _Irving Arredondo_   Date: _a few days ago may be around or between June 4th - 8th._

Page 4

**Please sign and date this form**

Signature: _____     Date: ___6-15-19___

Best phone number and time to reach you:

Phone: _____     Time: _After 5pm_

CLAIM ID: C-20190610-3756

Above to them directly in order to obtain a lower student loan monthly payment. I thought this payment where going to be included into my student loan account. Instead, these payments went directly to this company (ARETE). It does not make any sense to me to give $1 799.°° to someone a company when I can use this money to pay off/down my principle on my debt. I believed companies like this are tricking students and people like me so they collect money and have people more in debt. If they have had told me this over the phone, I would have never pay them this amount of money. Also, they make me sign a contract without giving me time over the to read over the phone. This is why I'm disputing this a Quality of Service provided. In fact, my Company (MOHELA) told me that is wrong of them to not had told me about a free cost of service that I could have been given.

Thanks

# Attachment F

From: <billing@aretefinancialfreedom.com>
billing@aretefinancialfreedom.com
Subject: **FW: Refund requested**
Date: Jun 12, 2019 at 6:26:09 PM
To: < _____ @yahoo.com> _____ @yahoo.com

Attached is a confirmation of your refund. Please allow up to 30 business days or less for the funds to go back onto your account.

**Completed**

Your transaction has been accepted.
Authorization code: CREDIT:132470:169:: 1284270342:::
Amount: $ 799.00



**Billing Department**
**Arete Financial Freedom / Student Loan**
Phone: 1-888-331-5827
Fax: 1-888-366-2219
1261 E. Dyer Rd. #100 • Santa Ana, CA 92705

WEBSITE   EMAIL
https//www.bbb.org
**Hours of Operation:**

M: 8:00 AM-5:00 PM
T: 8:00 AM 5:00 PM
**W:** 8:00 AM-5:00 PM
Th: 8:00 AM-5:00 PM
F: 8:00 AM-5:00 PM
S: Closed
S: Closed

**RESCHEDULE:** Please be advised that payments are processed every day at 7am PST. Please contact us 3 days prior to your due date if you need to reschedule.

**ATTACHMENT F**

# PX17
# Declaration of
# Joyce Robertson

DECLARATION OF JOYCE ROBERTSON
Pursuant to 28 U.S.C. §1746

ORIGINAL

I, Joyce Robertson, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them.  If called as a witness, I could and would testify as follows:

1.     I am over the age of 18 and reside in Portland, Oregon.  I work full-time as a dietician at a Portland-area care facility.  I attended college at Heald College and Portland State University.  I currently have approximately $87,000 in student loan debt.

2.     My student loan debt has grown despite my efforts to pay it off.  I have never been able to work in my degree field of public health and medical office administration.  My loans were in forbearance for several years while I struggled to find employment at a living wage or salary.  For these reasons, I was very interested in an unsolicited telephone call that I received in December 2017.

3.     On or about December 18, 2017, I received a telephone call from a woman who said that her name was Darla Telles.  Ms. Telles said that her company, Arete Financial Freedom ("Arete"), was affiliated with the Department of Education ("DOE").  She said that Arete had DOE approval to help me find relief from some of my student loan debt.  At that time, my student loan debt totaled about $60,000.  Ms. Telles told me that Arete could help me obtain loan forgiveness so that I would only be required to pay $20,000 of the then-$60,000 loan amount.  Ms. Telles asked me several questions.  She asked where I worked and my income.  She asked about my monthly expenses, how many people I supported financially, and how many people in my household were employed.  She also requested copies of my Social Security card and my last two pay stubs.  Early in the conversation, she said that some part of the conversation would be recorded.

Joyce Robertson Declaration, p. 1 of 5

1      4.      Initially, Ms. Telles told me that the cost of their program was $699,
2    which I could pay in three (3) monthly installments of $233, followed by 36
3    monthly payments of $49. I advised Ms. Telles that there was no way that I could
4    afford that much money upfront. She then agreed to reduce the initial
5    downpayment to $150, followed by 36 monthly payments of $49, that would be
6    applied to my student loan debt. **Attachment A** includes a true and correct copy
7    of my handwritten notes taken at the time of my conversation with Ms. Telles.
8    According to Ms. Telles, after I completed the 36 months of $49 payments, DOE
9    would forgive the balance of my student loans. Ms. Telles asked for a debit or
10   credit card number for these payments. Because I believed Ms. Telles's
11   representations that if I paid the $150 downpayment followed by the 36 payments
12   of $49, DOE would forgive the remaining balance of my student loan debt, I
13   agreed to sign on with Arete. I provided Ms. Telles with my payment card number
14   information. Ms. Telles emailed me her contact information. A true and correct
15   printout of that email is appended as **Attachment B**.

16      5.      On December 18, 2017, Ms. Telles emailed me a multi-page
17   document that contained a Service Agreement, a Privacy Policy, a Limited Scope
18   Power of Attorney, a Request for Tax Return Transcript, two DOE forms including
19   a Certification of Identity & Authorization to Disclose Personal Information, and a
20   General Forbearance Request, as well as a Preparation Service Agreement, Student
21   Loan Consolidation Payment Plan Estimate, credit card authorization form, and a
22   Custodial Account Agreement and Payment Schedule. Ms. Telles told me to
23   review the documents and e-sign them. I printed the documents, reviewed them,
24   and then e-signed them. I did not read them carefully. Rather, I relied on the
25   claims that Ms. Telles made to me by telephone. True and correct copies of these
26   documents are included as **Attachment C**.

27

28

Joyce Robertson Declaration, p. 2 of 5

6.     Later that day, I received additional documents from Arete, including "customer login" information for the company's customer portal, a document titled "7 Things your Current Loan Servicer Fails to tell You," a "Borrower Eligibility Confirmation," and a document describing "How Your Application is Processed." True and correct copies of these documents are appended as **Attachment D**.

7.     Ms. Telles also told me that Arete needed copies of my paycheck stubs or W-2s to verify my income, and she gave me a telephone number to reach her. Ms. Telles also gave me login credentials to access their customer portal. My handwritten notes taken at the time of this call are included at Att. D, p. 1. On December 20, 2017, at Ms. Telles' request, I faxed Ms. Telles copies of my check stubs to verify my income.

8.     After I signed the Arete documents, the company began taking the scheduled payments from my account. Based on what Ms. Telles told me during our December 2017 call, I assumed that Arete was taking care of my student loans. I believe that they did consolidate the two loans with Navient and into one loan with FedLoan Servicing. On occasion, I tried to login to my Federal Student Loan account, but I was locked out and none of the answers that I provided to my security questions worked so I was unable to reset my password.

9.     On March 4, 2019, I received an email from a Diana Younis at Arete, whom I had never spoken with before, advising that I was approved for a "Revised Pay As You Earn Repayment Plan" and that my new monthly payment was $11.28. A true and correct copy of this email is attached as **Attachment E**.

10.     Coincidentally, I called the company on March 4, 2019, while preparing my federal income tax return. I wanted to obtain copies of the records of my student loan payments in connection with preparing my 2018 federal tax return. I spoke first with a man who transferred my call to a voicemail box and I left a message. Then a woman whose name I cannot remember called me and told me

Joyce Robertson Declaration, p. 3 of 5

1  that she was now my contact and that Ms. Telles no longer worked there.  I
2  explained that I needed information regarding my student loan payments for my
3  taxes.  She told me that Arete did not have records of my student loan payments
4  and that I needed to contact the Department of Education.

5       11.    After speaking with this woman at Arete, I called Federal Student Aid
6  ("FSA") and explained that I wanted a copy of the statement showing my loan
7  payments for 2018.  The person to whom I spoke, a man whose name I do not
8  recall, said that I had not made any payments on my student loan in 2018.  I
9  explained that I had been making my student loan payments through Arete since
10 January 2018, and that they had told me that my loan payments were $49 monthly.
11 The FSA representative told me that Arete had not made any payments on my
12 student loans.  He said that my account was in a hardship deferment.  He also told
13 me that Arete had accessed my student loan account and changed my password and
14 security questions and that was why I was unable to access my student loan debt
15 account.  The FSA representative suggested that I had been deceived.  He then
16 helped me get into an income driven repayment program and I now am making
17 small monthly payments on my student loan.

18      12.    On March 25, 2019, I received an email from Arete with the signature
19 "Billing Department" from the email address billing@aretefinancialfreedom.com,
20 advising me that my "student loan application payment" was declined.  I responded
21 to this email explaining that due to financial issues, my loan was in forbearance
22 and I would not be able to make a payment until June.  This was an effort to advise
23 the company that I was not going to pay them.  I was not using the word
24 "forbearance" literally.  I received a response from billing@aretefinancialfreedom
25 that same day, indicating: "What comes next is the MSF- Monthly Service Fee[.]
26 MSF-$49 this is separate from your student loan payment.  The monthly service
27 fee goes directly to Arete financial.  These payments is [sic] for us to service and
28

Joyce Robertson Declaration, p. 4 of 5

1    monitor your account." This was the first time Arete told me that my $49
2    payments were going to Arete rather than to my loan servicer, contrary to what
3    they told me in December 2017.  At that point, I responded that I wished to cancel
4    my debts with Arete.  A true and correct printout of this email thread is appended
5    as **Attachment F**.  On March 26, 2019, I received an email from Arete confirming
6    the cancellation of my account.  A true and correct copy of that email is appended
7    as **Attachment G**.

8          13.    Because I relied on Arete's false claims that the $49 I paid them
9    monthly was applied to my student loan, my student loan account went into default
10   and the government garnished my 2018 tax refund.  Contrary to their claims, Arete
11   did not apply my $49 monthly payments to my student loan.  In addition, rather
12   than reducing my student loan debt from $60,000 to $20,000, my student loan debt
13   increased by approximately $20,000 because the interest on the loan balance
14   increased the total amount owed.

15         14.    If I had known that as a result of my payments to Arete, my 2018 tax
16   return would be garnished and my student loan balance would increase by $20,000,
17   I would never have considered talking to them, much less paying them.

18

19         I declare under penalty of perjury that the foregoing is true and correct to the
20   best of my knowledge.

21

22   Dated: _____, 2019        _____
23                                                              Joyce Robertson

24

25

26

27

28

Joyce Robertson Declaration, p. 5 of 5

# Attachment A

Darla

Submit

W-2's

Fax

562164

1.949.668.1035

darfd2fatz@yahoo.com

loging:

password: Redacted

Capital

ATTACHMENT A



# Attachment B

# Gmail

Joyce Robertson <      @gmail.com>

## Contact Info
2 messages

**darla telles** <darla.telles@aretefinancialfreedom.com>
To:     @gmail.com

Mon, Dec 18, 2017 at 1:08 PM



**Darla Telles**

*Student Loan Advisor*

Toll Free: 1-888-331-5827 ex: 1207

**Fax: 1.888.366.2219**

1281 e Dyer Rd Ste 100 Santa Ana, CA 92705

**Darla.telles@aretefinancialfreedom.com**

www.AreteFinancialFreedom.com

**Joyce Robertson** <     @gmail.com>
To: darla telles <darla.telles@aretefinancialfreedom.com>

Thu, Jul 18, 2019 at 9:35 AM

On Mon, Dec 18, 2017 at 1:08 PM darla telles <darla.telles@aretefinancialfreedom.com> wrote:

ATTACHMENT B

Page 498
PX17 Robertson Decl.
Attach. B



Darla Telles

*Student Loan Advisor*

Toll Free: 1-888-331-5827 ex: 1207

Fax: 1.888.366.2219

1281 e Dyer Rd Ste 100 Santa Ana, CA 92705

Darla.telles@aretefinancialfreedom.com

www.AreteFinancialFreedom.com

**Page 499**
**PX17 Robertson Decl.**
**Attach. B**

# Attachment C

Gmail - Joyce Robertson - Your Signed Document                    https://mail.google.com/mail/u/0?ik=d224c4eff3&view=pt&search...

# M Gmail

Joyce Robertson <███████████@gmail.com>

## Joyce Robertson - Your Signed Document
1 message

**info@aretefinancialfreedom.com** <info@aretefinancialfreedom.com>                    Mon, Dec 18, 2017 at 3:34 PM
To: ████████████@gmail.com

Attached is your completed signed document in PDF. If you do not have Adobe PDF Viewer, you can download it
from http://get.adobe.com/reader/

**69789285-9883-2710-ec13-07e67dfb5d8d.pdf**
780K

ATTACHMENT C

**Page 500**
**PX17 Robertson Decl.**
**Attach. C**



### SERVICE AGREEMENT

This service agreement ("Agreement") is made and entered into this 18th day of December, 2017, by and between Arete Financial LLC ("Arete Financial LLC"), and Joyce Robertson hereinafter referred to as ("Client"), whose address is ████████████████, Portland OR ████. with reference to the following.

### RECITALS

A. Arete Financial LLC provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation") and/or restructure the current payment to a new ("Income-Driven Repayment");

B. Client requests Arete Financial LLC perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth, below, Arete Financial LLC and Client do hereby agree to the following:

**1. Client Loan Service Definition.**

Arete Financial LLC provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. Arete Financial LLC will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

**2. Nature of Service; No Legal or Tax Advice.**

Arete Financial LLC is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients are seeking are available without cost to Client. The Client acknowledges that Arete Financial LLC is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

**3. Rehabilitation; Garnishment.**

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, Arete Financial LLC will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, Arete Financial LLC will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

**4. Fees.**

Client agrees to pay Arete Financial LLC a Service fee of $150.00 for providing the Services. In addition Client agrees to pay Arete Financial LLC a Monthly Maintenance fee of: $49.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, Arete Financial LLC will reimburse 100% of all Clients's fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

**5. Refund.**

Client understands that Arete Financial LLC is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website. However, Arete Financial LLC guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with Arete Financial LLC providing all information requested by Arete Financial LLC and DOE in a timely manner as deemed by Arete Financial LLC and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 30 days of any loan application denial by the DOE. Arete Financial LLC will reimburse 100% of the Service fee paid by Client.

**6. Process.**

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. Arete Financial LLC relies on the applicable lender(s) and Arete Financial LLC cannot be held liable for delayed completion due to delays in

obtaining information or approvals from third parties or the DOE. The average completion time to process a Federal Student Loan Consolidation through Arete Financial LLC is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

**7. Client Warranty.**

Client expressly represents and warrants that they will provide Arete Financial LLC with information that is complete and accurate to the best of their knowledge. Arete Financial LLC is under no obligation to independently verify the information provided by Client.

**8. Client Authorization.**

I hereby authorize Arete Financial LLC to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize Arete Financial LLC to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information Arete Financial LLC obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

**9. Arbitration and Choice of Law.**

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

**10. Indemnification.**

Client hereby agrees to defend and hold harmless Arete Financial LLC from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

**11. Termination of Agreement.**

Client may cancel this contract any time with written notice to Arete Financial LLC prior to being approved for Federal Student Loan Consolidation. Any fees paid to Arete Financial LLC at time of cancellation shall be deemed earned as long as Arete Financial LLC has acted in good faith in performing services on behalf of Client. Arete Financial LLC may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, Arete Financial LLC (Arete Financial LLC), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (888) 331-5827.

Joyce Robertson
_____
NAME

_Joyce Robertson_
SIGN

12/18/2017
_____
DATE

SSN

**Page 503**
**PX17 Robertson Decl.**
**Attach. C**

### Limited Scope Power of Attorney

- THIS LIMITED POWER OF ATTORNEY IS **ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION** ("DOE") AND CLIENT, Joyce Robertson ("GRANTOR"). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.

- I, Joyce Robertson, Social Security # [redacted]  residing at [redacted] , Portland OR [redacted]  Portland OR [redacted] this date, Dec 18, 2017, hereby appoints Arete Financial LLC as my ATTORNEY-IN-FACT to perform on my behalf as indicated below.  With this signature, Joyce Robertson authorizes Arete Financial LLC to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,

1.   Access my account with the DOE, including taking steps and providing information necessary to access the account.

2.   Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3.   Drafting and, following my execution, submitting an application to the DOE.

4.   Engaging sub-contractors as may be appropriate to perform the services.

Arete Financial LLC has full authority to represent me, Joyce Robertson, to perform the services outlined in the Service Agreement.

This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:

1.   It is revoked, suspended or terminated in writing by the GRANTOR; or

2.   The contract is terminated for any reason, whichever is earlier to occur.

Address: 1261 E. Dyer Rd. #100, Santa Ana, CA 92705

Joyce Robertson                                                    _Joyce Robertson_
Printed Name                                                        Signature

_____                                    _____
Co-Applicant Printed Name                                 Co-Applicant Signature

12/18/2017
Date                                                                       Date

Form **4506-T**

(Rev. September 2015)
Department of the Treasury
Internal Revenue Service

## Request for Transcript of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.

▶ Request may be rejected if the form is incomplete or illegible.

▶ For more information about Form 4506-T, visit *www.irs.gov/form4506t*.

OMB No. 1545-1872

Tip. Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| Joyce Robertson | |
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number or individual taxpayer identification number if joint tax return |
| | -- |

3   Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

▮▮▮▮ ▮▮▮▮ ▮▮▮ Portland OR ▮▮▮▮▮

4   Previous address shown on the last return filed if different from line 3 (see instructions)

5   If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

Arete Financial 1261 East Dyer Rd Suite 100 Santa Ana, CA 92705 8883315827

Caution: If the transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

6   Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ 1040

a   **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days   .   .   .   .   .   ▢

b   **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days   .   ▢

c   **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days   .   .   .   .   ▢

7   **Verification of Nonfiling,** which is proof from the IRS that you did not file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days   .   ▢

8   **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from those information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days   .   ▢

Caution: If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

9   Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately. | 12 / 31 / 14 | 12 / 31 / 15 | 12 / 31 / 16 | / /

Caution: Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

▢   Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.

Phone number of taxpayer on line 1a or 2a

|  |  |
|---|---|
| *Joyce Robertson* | 12/18/2017 |
| Signature (see instructions) | Date |
| | |
| Title (if line 1a above is a corporation, partnership, estate, or trust) | |
| | 12/18/2017 |
| Spouse's signature | Date |

**Sign Here**

Page 505
PX17 Robertson Decl.
Attach. C

 United States Department of Education

## Certification of Identity & Authorization to Disclose Personal Information

**Privacy Act Statement.** Department regulations require a person who submits a written request for access to or disclosure of records to submit personal data sufficient to identify the individual submitting the request. 34 C.F.R. Section 5b.5(b). We solicit the information requested here in order to ensure that the records of individuals who are the subject of Department systems of records are not wrongfully disclosed by the Department. If you fail to furnish this information we will take no action to honor your request. Required information is indicated in CAPS.

FULL NAME OF REQUESTER: [PLEASE PRINT]  Joyce Robertson

ADDRESS: [STREET] ▓▓▓▓▓▓▓▓▓▓

[CITY] Portland          [STATE] OR          [ZIP] ▓▓▓

Phone: [503 ] ▓▓▓          Email ▓▓▓ @gmail.com

SOCIAL SECURITY NUMBER: ▓▓▓          DATE OF BIRTH [MM/DD/YY] ▓▓ ▓▓ 999

## Authorization to Disclose Personal Information to Another Person

I authorize the Department of Education and its agents to release to, and discuss with, the individual named below as my representative, any records of the Department regarding my student financial assistance loan or grant obligation(s) to the Department, for the purpose of assisting me in satisfying the obligation:

FULL NAME OF REPRESENTATIVE:  ARETE FINANCIAL FREEDOM

ADDRESS: [STREET] 1261 E DYER RD

[CITY] SANTA ANA          [STATE] CA          [ZIP] 92705

PHONE: [888 ] 331-6927          [Relationship To Requester] 3RD PARTY ORGANIZATION

I authorize the Department to honor this authorization unless and until I revoke it in a written notice and the designated office of the Department receives that notice. I understand that whenever requesting disclosure of information, the representative named here must submit information to verify his or her identity.

I UNDERSTAND THAT IN ORDER TO VERIFY HIS OR HER IDENTITY WHEN MAKING A REQUEST FOR DISCLOSURE BY TELEPHONE, THE REPRESENTATIVE MAY BE REQUIRED TO PROVIDE MY SSN, DOB, AND THE DATE ON WHICH I SIGNED THIS AUTHORIZATION.

I declare under penalty of perjury that I am the person named above as the requester, that I authorize release to the individual named as representative, and that the statements I provided here are true and accurate. I understand that any false statement is subject to punishment under 18 U.S.C. Section 1001 by fine or imprisonment of not more than five years, and that a knowing and willful request made under false pretenses for a record of an individual is subject to punishment under 5 U.S.C. Section 552a(i)(3) by a fine of up to $5,000.

DATE: 12/18/2017          SIGNATURE  *Joyce Robertson*

_____

† You are not required to provide your SSN or DOB. However, we ask you to provide your SSN and DOB only to facilitate the identification of records relating to you, and unless you provide your SSN and DOB, we may be unable to locate any or all records pertaining to you.

Completed authorizations should be mailed to:

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE TX 75403-5609



# GENERAL FORBEARANCE REQUEST

William D. Ford Federal Direct Loan (Direct Loan) Program / Federal Family Education Loan (FFEL) Program / Federal Perkins Loan (Perkins Loan) Program

OMB No. 1845-0031
Form Approved
Exp. Date 2/28/2019

**GFB**

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | |
| Name | Joyce Robertson |
| Address | |
| City | Portland |  State OR  Zip Code |
| Telephone - Primary | 503- |
| Telephone - Alternate | 503- |
| Email (Optional) | @gmail.com |

## SECTION 2: FORBEARANCE REQUEST

Carefully read the entire form before completing it. Answer all questions in Section 2. Your loan holder has sole discretion in whether to grant your general forbearance request, and, if granted, for what period your forbearance will be applied. Instead of forbearance, you may want to consider requesting a deferment (which has an interest benefit for some loan types) or changing to a repayment plan that determines your monthly payment amount based on your income. Visit StudentAid.gov/IDR for more information.

1. I am requesting a forbearance because I am experiencing a temporary hardship related to one of the following situations (check one):

   ☒ Financial difficulties

   ☐ Change in employment

   ☐ Medical expenses

   ☐ Other (explain the situation below)

2. If approved for a forbearance, I would like to:

   ☒ Temporarily stop making payments.

   ☐ Temporarily make smaller payments of

   _____ per month.

3. I would like my forbearance to begin with the monthly payment that is due in the month and year below:

4. If approved for forbearance, I would like my forbearance to end in the month and year below, and begin making payments the following month:

| Borrower Name | Joyce Robertson | | Borrower SSN | |

## SECTION 3: BORROWER/ENDORSER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATION

I understand that:

- I am not required to make payments of loan principal or interest during my forbearance, but interest will continue to be charged on all my loans
- My loan holder has sole discretion in whether to grant my general forbearance request and for what dates it will be granted.
- For Perkins Loans, there is a cumulative limit on general forbearance of 3 years. For Direct Loans and FFEL Program loans, my loan holder may set a limit on general forbearance.
- My forbearance will end on the earlier of the end date that I requested, 12 months from the date my forbearance begins, or when I exhaust any limit that my loan holder has on forbearance.
- I can request another forbearance after my forbearance ends if I am still experiencing financial hardship.
- Interest may capitalize on my loans during or at the expiration of my forbearance, but interest never capitalizes on Perkins Loans

I certify that:

- The information I have provided on this form is true and correct.
- I will provide additional documentation to my loan holder, if requested, to support my general forbearance request.
- I will repay my loans according to the terms of my promissory note, even if my request is not granted.

I authorize the entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

| | | | | |
|---|---|---|---|---|
| Borrower's/Endorser's Signature | *Joyce Robertson* | | Date | 12/18/2017 |

## SECTION 4: INSTRUCTIONS FOR COMPLETING THE FORBEARANCE REQUEST

Type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy) or (mm-yyyy) as appropriate. Example: March 14, 2016 = 03-14-2016. Include your name and account number on any documentation that you may be requested to submit with this form. If you want to apply for a forbearance on loans that are held by different loan holders, you must submit a separate forbearance request to each loan holder. **Return the completed form and any requested documentation to the address shown in Section 6.**

If you are an endorser, you may request forbearance only when you are required to repay the loan because the borrower is not making payments. If you have a loan made jointly with another borrower (as co-makers), you must both individually meet the requirements for a forbearance and each of you must request forbearance.



**ARETE**
FINANCIAL FREEDOM

### Preparation Service Agreement

| Section 1: Client Information | Client ID: 154659038 | Agreement Date: Dec 18, 2017 |
|---|---|---|
| Client First Name: Joyce | Client Last Name: Robertson | |
| Client Middle Name: | Former Last Name: | |
| Street Address: | City, State, Zip: Portland, OR 97233 | |
| Client Email: @gmail.com | Client Home Phone: 503- | Cell Phone: 503 |

**Section 2: Client's Estimated Summary of Current Federal Student Loans**

*The basis of this summary is derived from the input of the client.*

| | |
|---|---|
| Estimated Total Federal Loan Balance: $84,614.00 | Loan Status: |
| Approximate Current Monthly Payment: $ | Number of Loans: 16 |
| Estimated New Loan Payment: $0.00 | New Loan Payment Validation Term: Annually |
| Estimated Payment Term (Months): 240 | |

**Section 3: Required Consolidation Paperwork Information**

| | |
|---|---|
| Client SSN: | Client DOB: |
| DL/ID Number & State: | FASFA PIN: |
| Employer Name: | Occupation: Dietary Manager |
| Employer Street Address: 8517 SE 17th Avenue | Employer City, State, Zip: Portland, OR,97202 |
| Employer Phone: | Family Size: 3 |
| Marital Status: Head of Household | Filing Status: Head of Household |
| Current Annual Income: $23000 | Form of Documented Income: 1040 |
| Spouse First Name: | Spouse Last Name: |
| | |
| Spouse Employer Name: | Spouse Work Phone: |
| Spouse Annual Income: $0.00 | Client PSLF Candidate (Yes/No): |

*** If this loan qualifies for Public Service Loan Forgiveness your number of payments will be reduced to 120 Months.

| | |
|---|---|
| References: 2 Persons with different addresses, PO Boxes are NOT acceptable; not residing in the same home (for example, a spouse) or anyone living outside the U.S. | |
| Reference 1 Full Name: | Permanent Address: ███████ |
| Reference 1 Phone: ███████ | Relationship to Client: Father |
| Reference 2 Full Name: | Permanent Address: ███████ |
| Reference 2 Phone: ███████ | Relationship to Client: Brother |

**Section 4: Company Set Up and Service Program Cost**

Company Document Preparation and Supporting Service Program Cost Arete Financial Freedom Payment/Fees are in addition to and completely separate of loan costs and/or payments made by Client to lenders.

| | |
|---|---|
| Company Program Payment/Fee Amount: 150.00 | Initial Service(s) Selected for these Fees: |
| Fee: $ | Recurring Date: 22nd |

I Joyce Robertson  Agree that all of the above information is true and correct to the best of their understanding at the present time, and Arete Financial Freedom bases, in part, its decision to accept Client and provide services to Client on the accuracy of the above information. Arete Financial Freedom shall not be held responsible in any way for reliance on the above information, any claim arising from use or storage of such information, or carrying out its contractual obligations using the above information.

| Signature: *Joyce Robertson* | Date: 12/18/2017 |
|---|---|

Student Loan Consolidation Payment Plan Estimate

| Loan Program Selected | Number of Payment (Months) | Payment Amount* |
|---|---|---|
| Income-Based Repayment (IBR) | 240 | 0.00 |

*Starting payment in the case of the Income Based Repayment plan
**Estimated Principle and Interest Paid if all payments are made as scheduled

The above quote is an **ESTIMATE** of what the new payment would be based upon the information client has provided. There are no guarantees, until your income has been verified and your application has been reviewed by the U.S. Department of Education and your current loan servicer. By signing below, you agree to the terms and conditions.

Joyce Robertson
Name

*Joyce Robertson*
Signature

12/18/2017
Date

SSN

**Arete** Financial Freedom

<u>Credit Card Authorization Form</u>

I Joyce Robertson, authorize ARETE FINANCIAL LLC to charge my credit card ***** For the total of $150.00 on the dates listed below #154659038.

Jan 02, 2018                          $150.00                          JR

Additionally, I authorize ARETE FINANCIAL to charge a Monthly Maintenance Fee of 49.00 on the 22nd of every month for 36 months thereafter until loan obligations have been fulfilled.
JR

Your method of payment is as follows:

Credit Card Number:

Credit Card Number: *****

Name On Credit Card:

Expiration Date: /

Security Code - 3 digits on Back of Card:

Billing Address of Credit Card:

Contact Numbers:

Home Phone: 503-▓▓▓▓
Cell Phone: 503-▓▓▓▓

Amount due $150.00 Contract #154659038

Address: 1261 E. Dyer Rd. #100, Santa Ana, CA 92705

_Joyce Robertson_
Signature

12/18/2017
Date



## CUSTODIAL ACCOUNT AGREEMENT

Ver. 12/03/2015

Client enters into this Agreement (Agreement) with Payment Automation Network, Inc. (PAN) for the purpose of having PAN receive payments, make disbursements authorized by Client upon Client's instructions and/or the occurrence of specified events, and provide online transaction management and accounting information on Client's behalf (together, the "Services").

Client authorizes PAN to (i) collect (debit) funds via ACH from Client's designated financial institution (Designated Account) pursuant to the Payment Schedule attached hereto ("Payment Schedule"); (ii) deposit such funds in a non-interest bearing FDIC custodial account ("Custodial Account"); and (iii) disburse funds from the Custodial Account as directed by the payment schedule and/or by client solely upon receipt of authorized instructions from Client, provided the balance in the Depository Account equals or exceeds the disbursement request. If the balance of the Custodian Account is less than a requested disbursement, the disbursement direction will not be honored until the balance is increased to the desired amount.

Client agrees to pay PAN's fees and charges shown below and such fees and charges may be deducted directly from the Custodial Account.

Client agrees PAN will select the financial institution that will hold the Custodial Account. Client agrees that PAN may, at its sole discretion and upon written notification to Client, change the financial institution that will hold the Custodial Account at any time, and that the Custodian Account may be located in California or any other state selected by PAN in its sole discretion. Client agrees that the Custodial Account will not be used for any illegal purpose, and Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered.

Client agrees that sufficient funds will be available in the Designated Account at least three (3) business days prior to date of all scheduled ACH debits. Client understands and agrees that to stop or change a scheduled debit from the Designated Account, Client must notify PAN at least three (3) business days prior to any such change. In the event Client's Designated Account does not have sufficient funds for a scheduled debit, PAN will not be liable to any third party due to insufficient funds, restriction or dishonor related to Client's account. Client authorizes PAN to recover any funds arising from a NSF, dishonor or error in debiting the Designated Account. At its sole discretion, PAN may recover any such funds by means of a debit to the Designated Account and/or the Custodial Account. Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered. If Client's Custodian Account is suspended, cancelled or otherwise terminated for any reason and the account has a negative balance, Client agrees to pay the negative balance upon demand. Should Client fail to remit the full amount of such negative balance, Client shall remain responsible for the deficit and collection actions may be pursued against Client.

Client has an agreement with Service Provider, and the Payment Schedule is part of that agreement. Client directs and authorizes PAN to share information with Service Provider as required by Service Provider and with any other authorized parties involved in the administration of the Custodial Account on Client's behalf. PAN is not an owner, employee, or partner of Service Provider, and provides the Services to Client as an independent third party. Client agrees that PAN is not involved or engaged in any respect with the services provided by the Service Provider, other than acting as a third party escrow on behalf of Client and the Service Provider. Client agrees that PAN shall not be responsible for determining when a payment is due or whether a payment is for the correct amount or otherwise proper. PAN's sole obligation shall be to execute Client's payment instructions in a commercially reasonable manner as soon as practical after receipt of such instructions or after the occurrence of the specified event authorizing release of a payment on behalf of Client. PAN shall not be liable for any conduct by Service Provider or for penalty or other charge levied by anyone on Client, for any failure of anyone to honor a transaction or for any other adverse action taken or not taken by any other party in connection with the Services. Under no circumstances shall PAN be liable for any special, incidental, consequential, exemplary or punitive damages.

PAN will provide Client an internet login with a login name and password for viewing the funds held in the Custodial Account and all transactions related to Client via a protected website. Use of Client's passcode, password or any other form of identification designated by Client in any transaction constitutes and will be accepted as Client's electronic signature, as that term is used in the federal Electronic Signature in Global and National Commerce law and other applicable laws.

Client's funds are held in the Custodial Account pending Client's instructions for disbursement. Client has sole authority to authorize disbursements or transfers. You expressly authorize PAN to rely on your instructions for this purpose whether transmitted directly by you, via the Service Provider or by a third party you have authorized in whatever form provided, including but not limited to any instructions provided via email, PAN's website, E-signature or other writing, verbally, by voicemail or any other means of communication. If Client is more than one person, PAN may act upon receipt the instructions of either person; however, if conflicting instructions are received before any action has been taken, PAN may in its sole discretion refrain from taking any action until it receives joint instructions from all Clients or a court order directing further action. Client agrees that PAN shall have no right or obligation to control, direct, or change any disbursement instructions provided by Client other than as expressly provided by this Agreement.

 Payment Automation

CUSTODIAL ACCOUNT AGREEMENT

Ver 10/30/2014

**AUTHORIZATION FOR RECURRING DIRECT PAYMENTS** I (we) hereby authorize PAN to initiate ACH debit entries from the account at the depository financial institution named below and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to the account must comply with the provisions of U.S. law. This authorization is to remain in full force and effect until PAN has received written notification from me (or either of us) of its termination no fewer than three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.

| Bank Name | Account Number | Routing Number | Account Type | Account Fees |
|---|---|---|---|---|
| Authorizing Person's Name (as it appears on check) | | | | I authorize PAN to charge my Primary Financial Institution or my Custodial Account in accordance with the following fees for services rendered. |
| Address, City, State, Zip (as it appears on check)<br><br>, Portland OR  Portland, OR, | | | | Monthly Custodial Account:$8.75<br>Unauthorized Returns:$35.00<br>Stop Payment:$25.00<br>Return Item Fee:$0.00 |
| Recurring Debit Authorization<br>$150.00 | Effective Date (Date of First Debit)<br>Jan 02, 2018 | | | Fees for Disbursements per occurrence or any other appropriate service. |
| The specific debits to my account authorized herein may only post on or after the EFFECTIVE DATE listed in the attached payment schedule. This authorization is to remain in full force and effect until PAN has received written notification from me of termination in such time and in such manner as to afford PAN a reasonable opportunity to act. | | | | ACH Credit:$5.00<br>ACH Debit/Check by phone $5.00<br>Overnight Check, Wire Transfer $25.00<br>2-Day Check:$10.00<br>USPS Check: $5.00 |
| Client Signature | 12/18/2017 | DATE | Dec 18, 2017 | Notifications To Payment Automation Network<br>Email: Clients@paymentautomation.net<br>Phone: (800)813-3740 |
| CO-Client Signature | | DATE | Dec 18, 2017 | Fax: (866)600-2703<br>Portal: https://client.paymentautomation.net |

**Payment Schedule**

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 1 | Jan 02, 2018 | $150.00 | $0.00 | $150.00 |

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 2 | Feb 22, 2018 | $0.00 | $49.00 | $49.00 |
| 3 | Mar 22, 2018 | $0.00 | $49.00 | $49.00 |
| 4 | Apr 23, 2018 | $0.00 | $49.00 | $49.00 |
| 5 | May 22, 2018 | $0.00 | $49.00 | $49.00 |
| 6 | Jun 22, 2018 | $0.00 | $49.00 | $49.00 |
| 7 | Jul 23, 2018 | $0.00 | $49.00 | $49.00 |
| 8 | Aug 22, 2018 | $0.00 | $49.00 | $49.00 |
| 9 | Sep 24, 2018 | $0.00 | $49.00 | $49.00 |
| 10 | Oct 22, 2018 | $0.00 | $49.00 | $49.00 |
| 11 | Nov 23, 2018 | $0.00 | $49.00 | $49.00 |
| 12 | Dec 24, 2018 | $0.00 | $49.00 | $49.00 |
| 13 | Jan 22, 2019 | $0.00 | $49.00 | $49.00 |
| 14 | Feb 22, 2019 | $0.00 | $49.00 | $49.00 |
| 15 | Mar 22, 2019 | $0.00 | $49.00 | $49.00 |
| 16 | Apr 22, 2019 | $0.00 | $49.00 | $49.00 |
| 17 | May 22, 2019 | $0.00 | $49.00 | $49.00 |
| 18 | Jun 24, 2019 | $0.00 | $49.00 | $49.00 |
| 19 | Jul 22, 2019 | $0.00 | $49.00 | $49.00 |
| 20 | Aug 22, 2019 | $0.00 | $49.00 | $49.00 |
| 21 | Sep 23, 2019 | $0.00 | $49.00 | $49.00 |
| 22 | Oct 22, 2019 | $0.00 | $49.00 | $49.00 |
| 23 | Nov 22, 2019 | $0.00 | $49.00 | $49.00 |
| 24 | Dec 23, 2019 | $0.00 | $49.00 | $49.00 |
| 25 | Jan 22, 2020 | $0.00 | $49.00 | $49.00 |
| 26 | Feb 24, 2020 | $0.00 | $49.00 | $49.00 |
| 27 | Mar 23, 2020 | $0.00 | $49.00 | $49.00 |
| 28 | Apr 22, 2020 | $0.00 | $49.00 | $49.00 |
| 29 | May 22, 2020 | $0.00 | $49.00 | $49.00 |
| 30 | Jun 22, 2020 | $0.00 | $49.00 | $49.00 |
| 31 | Jul 22, 2020 | $0.00 | $49.00 | $49.00 |
| 32 | Aug 24, 2020 | $0.00 | $49.00 | $49.00 |
| 33 | Sep 22, 2020 | $0.00 | $49.00 | $49.00 |
| 34 | Oct 22, 2020 | $0.00 | $49.00 | $49.00 |
| 35 | Nov 23, 2020 | $0.00 | $49.00 | $49.00 |
| 36 | Dec 22, 2020 | $0.00 | $49.00 | $49.00 |

 

# E-Signature Completion Certificate

| | |
|---|---|
| Document ID | 4094864 |
| Document Title | Arete Student Loan Agreement CC |
| Sender IP | 70.231.49.253 |
| Number of Signers | 1 |
| Signer Email | @gmail.com |
| Signer IP | |
| Timestamp | 2017-12-18T17:33:50-06:00 |
| Document Hash | 59ce591f260235e8d3bfc77b843bc9b6 |

## Document Audit

- Send at 2017-12-18T17:29:08-06:00 from IP 70.231.49.253
- Delivered to Joyce Robertson @gmail.com at 2017-12-18T17:32:18-06:00 from
- Adopted Signature at 2017-12-18T17:32:44-06:00 from
- Completed Signing at -001-11-30T00:00:00-06:00 from
- PDF Generated at 2017-12-18T17:33:50-06:00

## User Agent

| Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| Robertson | Joyce | | | |

| Co-Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| | | | | |

| Address | City, State, ZIP |
|---|---|
| , Portland OR | Portland, OR, |

| Phone | Email | Mothers Maiden Name |
|---|---|---|
| | @gmail.com | Robertson |

| Authorized Service Provider/Agent | Account ID |
|---|---|
| Arete Financial | AR--1 |

| Client Signature | *Joyce Robertson* | Date | 12/18/2017 | Notifications To Payment Automation Network |
|---|---|---|---|---|
| | | | | Email: Clients@paymentautomation.net |
| Co-Cleint Signature | | Date | | Phone: (800)813-3740 |
| | | | | Fax: (866)800-2703 |
| | | | | Portal: https://client.paymentautomation.net |

# Attachment D

Gmail - Arete Financial Freedom - 7 Things Your Current Loan Se...          https://mail.google.com/mail/u/0?ik=d224c4cff3&view=pt&search...

# M Gmail

Joyce Robertson <                @gmail.com>

## Arete Financial Freedom - 7 Things Your Current Loan Servicer Fails To Tell You
1 message

info@aretefinancialfreedom.com <info@aretefinancialfreedom.com>          Mon, Dec 18, 2017 at 4:44 PM
To:                @gmail.com

## **Arete**Financial Freedom

Hello Joyce,

7 Things your loan servicer fails to tell you. When it comes to dealing directly with your current loan servicer, please note they could have saved you thousand of dollars years ago but failed to do so as they do not find it profitable.

These loan servicers are not government agencies, they are private for profit companies just like your bank

1. These are government insured loans, yes guaranteed by your tax dollars. The servicer make money regardless of you making your payments or not, in fact they stand to make more in the end if you default. So they have no interest in helping you understand anything.
2. Servicers set your payments high with the shortest term automatically after school, in order that you might have to file a forbearance (put on hold) all the while knowing that your balance is growing and your forbearance is limited. Once you run out of forbearance time, your balance could have ballooned to the point of you unable to make the large payments, sending you in to default
3. Your payments are now higher, your balance has doubled and interest compounded which leads to default and having your account go to collections! But Wait that's not all, an additional 25% will be added to your loan balance upon default. Ensuring a life of enslavement to these loans
4. Because of the this default ratio, the government has passed a new law to have your balance forgiven after a significant amount of payments over time.
5. You can now use a 3rd party organizations to help you understand your loans and your available options, not just the best option for the bank
6. When it comes to preparing documents for your application. You need a 3rd party organization to complete them correctly to get guaranteed results. You wouldn't have the IRS file your taxes, why would you have the servicer fill out your paperwork in the program they chose for you
7. We help you monitor and cure any requirements requested and make sure that your loan servicers are not taking advantage of your vulnerability (Not fully understanding) What you don't know can hurt you in the long run financially.

Thanks to the Better Business Bureau, you can now see consumer reviews of each Federal Approved loan servicers

It is always good to do your research. Click on the link below of your current loan servicer and see what others had to say

Arete is a BBB A Rated Company . . ...WE CARE ABOUT YOUR SITUATION

**Page 519**
**PX17 Robertson Decl.**
**Attach. D**

Gmail - Arete Financial Freedom - 7 Things Your Current Loan Se...                    https://mail.google.com/mail/u/0?ik=d224c4eff3&view pt&search..

Beware of Navient-www.bbb.org/delaware/business-reviews/loans/navient-in-wilmington-de-92002017/reviews-and-complaints

Beware of Nelnet- www.bbb.org/nebraska/business-reviews/scholarships-and-financial-aid/nelnet-national-educational-loan-network-in-lincoln-ne-239000034/reviews-and-complaints

Beware of Great Lakes- www.bbb.org/wisconsin/business-reviews/consumer-finance-and-loan-companies/great-lakes-higher-education-corporation-in-madison-wi-12000219/reviews-and-complaints

Beware of FedLoan Servicing- www.bbb.org/washington-dc-eastern-pa/business-reviews/government-us/fedloan-servicing-in-harrisburg-pa-202729473/reviews-and-complaints

Update on Navient 2017- http://usat.ly/2k0vCUv

**Processing Department**

Toll Free | (888) 331 5827
Fax | (888) 366 2219

Hours of Operation: 8AM 6PM Pacific Standard Time
info@aretefinancialfreedom.com
www.aretefinancialfreedom.com

THIS E MAIL MAY CONTAIN NON PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS.

**Page 520**
**PX17 Robertson Decl.**
**Attach. D**

Gmail - Joyce Robertson - Eligibility Confirmation                    https://mail.google.com/mail/u/0?ik=d224c4eff3&view=pt&search ...

# M Gmail

Joyce Robertson <_____@gmail.com>

## Joyce Robertson - Eligibility Confirmation
1 message

info@aretefinancialfreedom.com <info@aretefinancialfreedom.com>          Mon, Dec 18, 2017 at 4:44 PM
To: _____@gmail.com

# Arete Financial Freedom ]

Toll Free | (888) 331-5827

BORROWER ELIGIBILITY CONFIRMATION

Date: Dec 18, 2017

To:

Joyce Robertson

_____

Portland OR ____

Client ID : _____                                    SSN _____
                                                        DOB _____

You are confirmed for the following government program, **Income Based Repayment (IBR) REPAYMENT.**

This Federal Program introduced by the Obama Administration is intended to help stabilize the 1.2 Trillion dollar student
loan epidemic and help strugging students achieve income based payments get relief and avoid DEFAULT.

Total Enrolled Debt: 84,614.00

Based on AGI: 23000

Included Loans:

| Creditor | Account # | Amount Owed |
|---|---|---|
| DIRECT STAFFORD UNSUBSIDIZED | 4807U12G03216001 , | $12,882.00 |
| DIRECT STAFFORD SUBSIDIZED | 4807S12G03216001 , | $557.00 |
| DIRECT STAFFORD UNSUBSIDIZED | 4807U11G03216001 , | $10,601.00 |
| DIRECT STAFFORD SUBSIDIZED | 4807S11G03216001 , | $6,379.00 |
| FFEL STAFFORD UNSUBSIDIZED | 4807210003216300 , | $9,690.00 |
| FFEL STAFFORD SUBSIDIZED | 4807110003216300 , | $5,424.00 |
| FFEL STAFFORD UNSUBSIDIZED | 4807209007234300 , | $2,267.00 |
| FFEL STAFFORD SUBSIDIZED | 4807109007234300 , | $3,666.00 |
| | | **$84,614.00** |

**Page 521**
**PX17 Robertson Decl.**
**Attach. D**

Gmail - Joyce Robertson - Eligibility Confirmation                https://mail.google.com/mail/u/0?ik=d224c4eff3&view=pt&search...

| Creditor | Account # | Amount Owed |
|----------|-----------|-------------|
| FFEL STAFFORD UNSUBSIDIZED | 4807209007234301 , | $4,499.00 |
| FFEL STAFFORD UNSUBSIDIZED | 4807208007234300 , | $3,480.00 |
| FFEL STAFFORD SUBSIDIZED | , | $0.00 |
| FFEL STAFFORD UNSUBSIDIZED | , | $0.00 |
| FFEL STAFFORD UNSUBSIDIZED | , | $7,227.00 |
| FFEL STAFFORD SUBSIDIZED | , | $5,873.00 |
| FFEL STAFFORD UNSUBSIDIZED | , | $7,506.00 |
| FFEL STAFFORD SUBSIDIZED | , | $4,563.00 |
| | | **$84,614.00** |

**Approved Program:** Income Based Repayment (IBR)

**Program Maturity Savings:** $82,749.00

*The William D. Ford Direct Loan program is an initiative by the federal government to help subsidize the 1.2 trillion dollar student loan debt in the U.S. Borrowers under these income based programs significantly reduce their payments and eventually even reach possible forgiveness based off of eligibility requirements.*

**The process from beginning to end takes approximately 21 45 days.**

In order to stay compliant in your program you must maintain the following:

- Submit required income documentation to processing within 5 business days of enrollment.
- Send updated documents to the processing department in a timely manner (i.e., paystubs, tax returns, paperwork correspondence, lender correspondence, etc...).
- Maintain program management costs and monthly payments.

**Customer Service Department**

**Toll Free | (888) 331-5827**

THIS E-MAIL MAY CONTAIN NON-PUBLIC CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS

7/18/2019, 10:25 AM

**Page 522**
**PX17 Robertson Decl.**
**Attach. D**

M Gmail                                    Joyce Robertson <              @gmail.com>

## Welcome Joyce Robertson to Arete Financial Freedom 154659038
1 message

info@aretefinancialfreedom.com <info@aretefinancialfreedom.com>      Mon, Dec 18, 2017 at 4:44 PM
To:            @gmail.com

**Arete**Financial Freedom

Hello Joyce,

Thank you for choosing Arete Financial Freedom, the chosen leader in Student Loan Processing. We would like to welcome you to the Student Loan Consolidation Program. This is a time for you to rejoice and we are excited for the opportunity to assist you throughout the consolidation process. Because quality service is important to our clients, we take every effort to make modest improvements in our service. Your valuable feedback can help us continue improving our services and better streamline our processes.

Congratulations on choosing Loan Consolidation! I see that you're consolidating your federal student loans and saving up to 80% on your monthly payment. Should you have any questions regarding your consolidation, please contact Customer Service at (888) 988-9274

### How Your Application Is Processed

*When a borrower consolidates loans in the Direct Consolidation Loan Program, the Federal Government pays off the loan balance on the original federal education loans and originates a new loan for the total. Here's how that works from a borrower's point of view.*

### *It takes five simple steps to process your application after we receive it.*

**Step 1. Application Review:** After we receive your fully completed application, it is edited, assigned an application identification number, entered into our system, and the process begins. We will contact you if additional information is needed.

**Step 2. Contact Loan Holder(s):** Using the loan information from your application, we contact your loan holder(s) to verify the loan's eligibility for consolidation and its current loan balances (including accrued interest, fees, or collection costs). If you currently are required to make payments on your loan(s), continue to do so. You will need to continue making payments until you receive written notification that your loan(s) has been successfully consolidated and it is time to start paying your Direct Consolidation Loan.

**Step 3. Loan Statement:** After your loan holder(s) certifies the "payoff" balance(s), we will send you a letter and loan statement listing the loan(s) being consolidated. You have 15 days to review this information for accuracy and to make adjustments.

**Step 4. Account Set-Up:** We forward payoff information to your federal loan servicer once your loan(s) is successfully consolidated. Your federal loan servicer sends you a "Welcome" letter and information about repayment.

This multi-step process generally takes 60-90 days before the information is sent to the federal loan servicer. You will receive a bill within 60 days of your federal loan servicer receiving your account information.

**Page 523**
**PX17 Robertson Decl.**
**Attach. D**

Gmail - Welcome Joyce Robertson to Arete Financial Freedom 15...                    https://mail.google.com/mail/u/0?ik=d224c4cff3&view=pt&search ..

We sincerely appreciate your business, and welcome your feedback!


**Processing Department**

Direct | (888) 331-5827

Fax | (888) 366-2219

Hours of Operation: 9AM–5PM Pacific Standard Time

info@aretefinancialfreedom.com

www.aretefinancialfreedom.com

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

**Page 524**
**PX17 Robertson Decl.**
**Attach. D**

# Attachment E

# M Gmail

Joyce Robertson <████████@gmail.com>

## Re: Student Loans...Your Income Driven Repayment Was Approved!
1 message

**Diana Younis** <diana.younis@aretefinancialfreedom.com>                    Mon, Mar 4, 2019 at 9:55 AM
To: ████████@gmail.com

## **Arete** Financial Freedom

Mar 04, 2019

*NEW STUDENT LOAN REPAYMENT TERMS*

Congratulations Joyce!

Your application was completed and you were approved for the student loan <u>Revised Pay As You Earn Repayment</u> plan. Based off your Adjusted Gross Income on your submitted income documents, the lowest student loan payment amount we were able to obtain for you was <u>$11.28</u> towards your loan servicer <u>FEDLOAN</u>, which will be due every <u>18th</u> of each month.

***Please notify us if your income has significantly changed from the amount on your previously submitted income documents. If you have your most recent Tax Returns or current pay stubs that reflect a lower annual gross income, you can send those in a PDF format so we may attempt to recalculate your payment amount.

For further assistance, you can contact our customer service department at <u>1-888-331-5827</u>. Our hours of operation are from Monday to Friday 8AM-5PM (PST). We are here to assist you and make sure that you stay on track to forgiveness.

Thank you for choosing **Arete Financial Freedom** to assist you with your federal student loans!

Processing Department

Toll Free | (888) 331-5827

Hours of Operation: 8AM-5PM Pacific Standard Time
info@aretefinancialfreedom.com
www.aretefinancialfreedom.com

ATTACHMENT E

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

**Page 525**
**PX17 Robertson Decl.**
**Attach. E**

Page 526
PX17 Robertson Decl.
Attach. E

# Attachment F

Gmail - Joyce Robertson, Your Student Loan Consolidation Payme...          https://mail.google.com/mail/u/0?ik=d221c4eff3&view=pt&search...

# M Gmail

Joyce Robertson <                  @gmail.com>

## Joyce Robertson, Your Student Loan Consolidation Payment Was DECLINED!
4 messages

billing@aretefinancialfreedom.com <billing@aretefinancialfreedom.com>          Mon, Mar 25, 2019 at 7:17 AM
To:                  @gmail.com

**Arete** Financial Freedom

Mar 25, 2019
Joyce Robertson

Dear Joyce,

RE: Your Student Loan Application Payment Was DECLINED

This email serves to inform you that your recent payment of $49.00 was returned as Response: DENIED (3 , 3) on Mar 25, 2019. Unfortunately, we were unsuccessful in our attempt to process your payment transaction. Since you might not be aware of the NSF and as a courtesy, we wanted to quickly bring this matter to your attention to prevent any interruptions on your student loan repayment process. To expedite resolving the payment concern and remit payment, please contact our billing department at **949-668-1063** between the hours of 8AM-5PM Pacific Standard Time.

This matter is of utmost importance as it can negatively affect your consolidation process; we encourage your prompt attention. Please reschedule payment arrangements at your earliest opportunity.

Thank you,

**Billing Department**

Toll Free | (888) 331-5827
Hours of Operation: 8AM - 5PM PST
billing@aretefinancialfreedom.com
www.aretefinancialfreedom.com

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

## ATTACHMENT F

**Page 527**
**PX17 Robertson Decl.**
**Attach. F**

Gmail - Joyce Robertson, Your Student Loan Consolidation Payme...          https://mail.google.com/mail/u/0?ik=d224c4cff3&view=pt&search...

**Joyce Robertson** <            @gmail.com>                              Mon, Mar 25, 2019 at 1:46 PM
To: billing@aretefinancialfreedom.com

Due to recent financial issues I have to put these payments into forbearance for four (4) months. May be able to resume payments in June.

Thank you,
Joyce Robertson
[Quoted text hidden]

---

**billing@aretefinancialfreedom.com** <billing@aretefinancialfreedom.com>          Mon, Mar 25, 2019 at 3:10 PM
To: Joyce Robertson <            @gmail.com>

What comes next is the MSF- Monthly Service Fee

MSF-$49 this is separate from your student loan payment

The monthly service fee goes directly to Arete financial. These payments is for us to service and monitor your account. Also gives you access to login into your customer portal to view your account activities/payments/balances. Your income driven repayment plan is only good for 12 months. Plan must be renewed each year. You are not obligated to pay the monthly fee if you choose not to retain our services you can opt out anytime, but if you opt out you will be responsible to refile on your own. Joyce we cannot place forbearance with these payments. If your not able to make these payments we will have to cancel your account and if you are able to make payments again you can call us back, but you will have to make the payments where you left off. Keep in mind that you are not obligated to make these payments every month. Do you wish to cancel for now or give us a call back if you want us to refile for you when the times comes?

[Quoted text hidden]

---

**Joyce Robertson** <            @gmail com>                              Tue, Mar 26, 2019 at 2:20 PM
To: billing@aretefinancialfreedom.com

Yes, please cancel.
This is also canceling all debts from my account as of 3 25 2019

Thank you,
Joyce Robertson
[Quoted text hidden]

7/18/2019, 10:36 AM

**Page 528**
**PX17 Robertson Decl.**
**Attach. F**

# Attachment G

Gmail - Cancellation Confirmation For Joyce Robertson - # 154659038          https://mail.google.com/mail/u/0?ik=d224c4eff3&view=pt&search...

 Gmail                                    Joyce Robertson <███████████@gmail.com>

## Cancellation Confirmation For Joyce Robertson - # 154659038
1 message

Billing Dept <billing@aretefinancialfreedom.com>                    Tue, Mar 26, 2019 at 2:27 PM
To: ███████@gmail.com

**Arete** Financial Freedom

Dear Joyce,

**Thank you for considering us to service your Direct Consolidation Loan! We are sorry to see you go!**

We received your CANCELLATION REQUEST and have processed your cancellation.

### What Happens Next?
We will no longer be communicating with your current servicers to verify any of your loan details. We will dispose of any correspondence we receive on your behalf to consolidate your loans, we will no longer be responsible for any verification on your behalf regardless of the stage your application is currently in at the time of cancellation.

- All and any Loans Included in your consolidation
- Loans removed, or not included, in your consolidation
- Consolidation Loan balance
- Updated Repayment Plan payments and yearly verification

**IMPORTANT:** We will cease any collection of remaining balance owed of the initial enrollment fee. The amount owed under legal contract will no longer be considered due. No further collection effort will be made and no negative reporting will be furnished to the 3 credit bureaus.

If you would like to re instate your consolidation or application, it is important that you contact us IMMEDIATELY at **(888) 331-5827.**

If you have any questions about the mail you receive or about the process, please contact:

**Processing Department**

Toll Free | (888) 331-5827

Hours of Operation: 8AM-5PM Pacific Standard Time
info@aretefinancialfreedom.com
www.aretefinancialfreedom.com

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

**Page 529**
**PX17 Robertson Decl.**
**Attach. G**

Gmail . Cancellation Confirmation For Joyce Robertson - # 154659038          https://mail.google.com/mail/u/0?ik=d224c4eff3&view=pt&search ..

CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE  IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

**Page 530**
**PX17 Robertson Decl.**
**Attach. G**