ORIGINAL

1  ALDEN F. ABBOTT
   General Counsel
2  STEPHEN T. FAIRCHILD
3  WA Bar No. 41214; sfairchild@ftc.gov
   RICHARD MCKEWEN
4  WA Bar No. 45041; rmckewen@ftc.gov
5  FEDERAL TRADE COMMISSION
   915 Second Avenue, Suite 2896
6  Seattle, WA 98174
7  Tel.: (206) 220-6350; Fax: (206) 220-6366

8
   ROBERT J. QUIGLEY, Local Counsel
9  CA Bar No. 302879; rquigley@ftc.gov
10 FEDERAL TRADE COMMISSION
   10990 Wilshire Boulevard, Suite 400
11 Los Angeles, CA 90024
12 Tel.: (310) 824-4300; Fax: (310) 824-4380

13
   Attorneys for Plaintiff
14

15          UNITED STATES DISTRICT COURT
16          CENTRAL DISTRICT OF CALIFORNIA

17 FEDERAL TRADE COMMISSION,

18              Plaintiff,            Civ. No.   SACV 19 - 02109 JVS (ADSx)

19                                   EXHIBITS TO PLAINTIFF'S
20        v.                         TRO APPLICATION

21 AMERICAN FINANCIAL SUPPORT         VOLUME IV
22 SERVICES INC., et al.,             PX18–PX19

23              Defendants.          FILED UNDER SEAL

24

25

26

27

28

ALDEN F. ABBOTT
General Counsel
STEPHEN T. FAIRCHILD
WA Bar No. 41214; sfairchild@ftc.gov
RICHARD MCKEWEN
WA Bar No. 45041; rmckewen@ftc.gov
FEDERAL TRADE COMMISSION
915 Second Avenue, Suite 2896
Seattle, WA 98174
Tel.: (206) 220-6350; Fax: (206) 220-6366

ROBERT J. QUIGLEY, Local Counsel
CA Bar No. 302879; rquigley@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel.: (310) 824-4300; Fax: (310) 824-4380

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Civ. No. |
| Plaintiff, | |
| v. | **EXHIBITS TO PLAINTIFF'S TRO APPLICATION** |
| AMERICAN FINANCIAL SUPPORT SERVICES INC., et al., | **VOLUME IV PX18–PX19** |
| Defendants. | **FILED UNDER SEAL** |

# PX18
# Declaration of
# Victoria Severance

1

2

DECLARATION OF VICTORIA SEVERANCE   **ORIGINAL**
Pursuant to 28 U.S.C. § 1746

3    I, Victoria Severance, hereby state that I have personal knowledge of the

4  facts set forth below and am competent to testify about them. If called as a

5  witness, I could and would testify as follows:

6    1.    I am over the age of 18 and reside in San Diego, California. I am the

7  spouse of an active duty member of the U.S. Navy. I graduated from Austin

8  College in May 2018 with one government student loan with a total loan balance

9  of $18,000.

10

11    2.    On or about August 22, 2018, I received an unsolicited telephone call

12  from a man named Jonathan, who claimed that his company could help me with

13  my student loans. He did not mention the name of his company. At the time of his

14  call, my loan was in a six-month post-graduation deferment period, but I was

15  aware that I would soon need to begin repaying that loan and I was interested in

16  lowering my monthly loan payments. Jonathan told me that his organization

17  would work with the Department of Education ("DOE") and my loan servicer,

18  FedLoan Servicing ("FedLoan"), to get me into a student loan repayment program

19  that would lower my monthly student loan payments and provide for the

20  forgiveness of any loan balance remaining after 20 years. Jonathan knew the type

21  and balance of my government student loan and he knew that my loan servicer was

22  FedLoan. The fact that Jonathan continuously referenced DOE and FedLoan, and

23  knew this information about my loan, led me to believe that he was working for a

24  legitimate organization. Jonathan explained that initially I would pay $899 to

25  lower my student loan balance, which I could pay in four monthly installments of

26  $224.75. Then I would pay $39 monthly for 240 months, after which my student

27  loan balance would be forgiven.

28

Victoria Severance Declaration, p. 1 of 6

1      3.     Jonathan asked if I was employed and I explained that I was not

2  employed, but that I had had a job interview earlier that day and I was optimistic

3  about it.  He said that his company would put me in a "pay as you earn" plan since

4  I had no income.  He said that once I was employed, they would get proof of my

5  income to provide in connection with my loan repayment program.  He also asked

6  me whether I was financially supporting any other person and I explained that I

7  was not.  I explained that I was married and my spouse was employed with the

8  Navy.

9

10      4.     Based on Jonathan's representations that his company would work

11  with DOE and FedLoan to get me into a repayment program involving $39

12  monthly payments and loan forgiveness after 20 years, I was interested in this

13  program.  However, I wanted first to talk to my husband and to find out if I would

14  get the job that I had just interviewed for, especially because of the significant

15  upfront fee that I would be required to pay to enroll in the company's program.  I

16  explained this to Jonathan and he said that he would send me a link to the

17  documents that I needed to sign if I decided to enroll in the program, which he did.

18  Jonathan also obtained my debit card number.

19

20      5.     I was hired for the job for which I interviewed and my husband had no

21  objections to my enrolling in the program, so on August 27, 2018, I clicked on the

22  link in the email Jonathan sent and the documents he referenced were downloaded

23  to my laptop.  This was the first time that I learned the name of the company that I

24  was dealing with.  I noticed that the documents were pre-filled with my personal

25  information, including my name, address, social security number, date of birth, and

26  other personal information, none of which I had given him.  This further led me to

27  believe his claims about working with the DOE and FedLoan.  I could not imagine

28

Victoria Severance Declaration, p. 2 of 6

1   any other way that he would have gotten access to this information.  I reviewed the
2   payment agreement information carefully and it seemed substantially similar what
3   he had explained to me earlier on the telephone.  I also noted that one of the
4   documents was from the DOE, which reassured me that the company was working
5   with DOE.  For these reasons, I e-signed the documents.  I did not request a copy
6   of the documents because I assumed that I would receive a copy at some point in
7   this process.  However, the company did not provide me with a copy of those
8   documents at that time.  It was only later, on April 5, 2019, when I questioned
9   1file.org about why my payments to 1file.org were not applied to my loan, that
10  Daniela Nepita with 1file.org emailed me a copy of the documents.  True and
11  correct copies of those documents are appended as **Attachment A**.  The
12  highlighted sections were on the copies that Ms. Nepita sent me on April 5, 2019.
13  I note that, on page 10 of Attachment A, the "Authorized Service Provider/Agent"
14  field references an "Arete Financial."  I have no idea who or what that refers to.

16       6.     Late in the day of August 27, 2018, I received an email from 1file.org
17  providing me with login credentials for the company's customer portal.  I did login
18  once but the only information that I was able to access was information on my
19  payments to 1file.org.  A true and correct of a printout of that email is included as
20  **Attachment B**.

22       7.     I made the four payments of $224.75 to 1file.org on or about August
23  27, September 17, October 5, and October 29, 2018.  I paid $39 monthly payments
24  starting in September 2018 through March 2019.

26       8.     On or about April 4, 2019, I was working on my budget and logged
27  into my FedLoan account to see how much I owed on my student loan.  I saw that

Victoria Severance Declaration, p. 3 of 6

1   no payments had been made on my loan, despite my payments to 1file.org.  I sent
2   an email to 1file.org through their website to ask why the money that I paid to the
3   company was not applied to my student loan.  Later that day, in response to my
4   email, Daniela Nepita of 1file.org sent me an email.  In her email, Ms. Nepita
5   stated that 1file.org had consolidated my loans, which was not true because I had
6   only one government loan with FedLoan.  She advised that 1file.org had placed my
7   loan in a Revised Pay as You Earn (REPAYE) plan that "generally limits your
8   payments to 10 percent of your discretionary income" and "structures payments
9   based on a 20-year term for undergraduate loans."  She noted that after the
10  respective payment periods, any remaining loan balance is forgiven.  Finally, she
11  advised me that she was "going ahead and dropping [me] from the program
12  however you will not be getting a refund since we did work on your behalf."  I was
13  perplexed by her reference to dropping me from the program and refusing a refund
14  because I had only asked why my payments to 1file.org had not been applied to my
15  student loan.  I had not gotten to the point of asking for a refund from 1file.org.  A
16  true and correct copy of my email exchange with Ms. Nepita is appended as
17  **Attachment C**.
18
19       9.    I responded to this email on that same day, inquiring where my
20  payments to 1file.org were going if they were not being applied to my loan.  In
21  response, on April 5, 2019, Ms. Nepita referenced sections of the contract that I
22  had signed.  She also attached the contract and the other documents that I signed to
23  her email with specific sections highlighted and underlined (see Att. A).  Ms.
24  Nepita highlighted the section indicating that the $899 that I paid to 1file.org was a
25  "service fee," and the $39 monthly payments were "monthly maintenance fees."
26  She also attached a copy of a notice from FedLoan dated September 22, 2018,
27  advising me that my student loan payment for the period 11/02/18 and 11/01/19
28
    Victoria Severance Declaration, p. 4 of 6

1  was zero. Despite the fact that this notice was addressed to me, this was the first
2  time that I had seen it. I have no idea how 1file.org obtained a notice from my loan
3  servicer that was addressed to me. A true and correct copy of the FedLoan notice
4  that was attached to Ms. Nepita's April 5, 2019 email is included as **Attachment**
5  **D**.

6

7      10.    After receiving a copy of the signed documents from Ms. Nepita, I
8  called FedLoan to find out what had happened with my student loan. I spoke to a
9  woman at FedLoan who told me that no payments had been made on my student
10 loan. She explained that I was in a "pay as you earn" plan with a current monthly
11 payment of zero dollars. She also said that FedLoan had no record of 1file.org
12 doing any service on my behalf. She explained that the service 1file.org claimed to
13 have provided me was a service that I could do for myself directly through
14 FedLoan free of charge.

15

16     11.    On April 5, 2019, after speaking to FedLoan, I responded to Ms.
17 Nepita's email, explaining that I had contacted FedLoan and learned that they had
18 no record of 1file.org working on my account (see Att. C). I explained that I was
19 "under the impression that [1file.org] lowered my student loan payments and that
20 the money I was paying every month was going to my loans not a
21 service/maintenance fee for a service that is free." I also requested a refund.

22

23     12.    I received no response from 1file.org to my April 5, 2019 email. I
24 called my bank and stopped payment of future payments to 1file.org. However,
25 about one month later, I received one additional call from a man with an east
26 Indian accent from USFFC, calling to pitch me student loan debt payment
27 reduction. I told him never to call me again.

28

Victoria Severance Declaration, p. 5 of 6

13.     If I had known that contrary to their claims, none of the payments that I made to 1file.org were applied to my student loan debt, I would never have agreed to sign a contract or pay them money.  As I explained in my email to Ms. Nepita on April 5, 2019, I feel that this company engages in fraudulent behavior and takes advantage of recent graduate students who are trying to be responsible and be on top of their debt.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: _August 17_____, 2019          _Victoria Severance_
                                                          Victoria Severance

Victoria Severance Declaration, p. 6 of 6

# Attachment A



US Financial Freedom Center

## SERVICE AGREEMENT

**ATTACHMENT A**

This service agreement ("Agreement") is made and entered into this 27th day of August, 2018, by and between USFFC.ORG ("USFFC.ORG"), and Victoria Severance hereinafter referred to as ("Client"), whose address is ▇▇▇ ▇▇▇▇▇▇▇ , . San Diego CA ▇▇▇▇, with reference to the following.

### RECITALS

A. USFFC.ORG provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation") and/or restructure the current payment to a new ("Income-Driven Repayment");

B. Client requests USFFC.ORG perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth, below, USFFC.ORG and Client do hereby agree to the following:

### 1. Client Loan Service Definition.

USFFC.ORG provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. USFFC.ORG will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

### 2. Nature of Service; No Legal or Tax Advice.

USFFC.ORG is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. The Client acknowledges that USFFC.ORG is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

### 3. Rehabilitation; Garnishment.

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, USFFC.ORG will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, USFFC.ORG will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

### 4. Fees.

Client agrees to pay USFFC.ORG a Service fee of $899.00 for providing the Services. In addition Client agrees to pay USFFC.ORG a Monthly Maintenance fee of: $39.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, USFFC.ORG will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

### 5. Refund.

Client understands that USFFC.ORG is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website. However, USFFC.ORG guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with USFFC.ORG providing all information requested by USFFC.ORG and DOE in a timely manner as deemed by USFFC.ORG and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 30 days of any loan application denial by the DOE. USFFC.ORG will reimburse 100% of the Service fee paid by Client.

### 6. Process.

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. USFFC.ORG relies on the applicable lender(s) and USFFC.ORG cannot be held liable for delayed completion due to delays in obtaining information or approvals from third parties or the DOE. The average ▇▇▇▇▇▇▇▇ ▇▇▇▇ ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇▇ ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇

ID: 5a5a6532a-371e-700b-6c76-26366764f8e2 Signed: 2018-08-27 11:57:36.05:0(

is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

**7. Client Warranty.**

Client expressly represents and warrants that they will provide USFFC.ORG with information that is complete and accurate to the best of their knowledge. USFFC.ORG is under no obligation to independently verify the information provided by Client.

**8. Client Authorization.**

I hereby authorize USFFC.ORG to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize USFFC.ORG to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information USFFC.ORG obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

**9. Arbitration and Choice of Law.**

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

**10. Indemnification.**

Client hereby agrees to defend and hold harmless USFFC.ORG from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

**11. Termination of Agreement.**

Client may cancel this contract any time with written notice to USFFC.ORG prior to being approved for Federal Student Loan Consolidation. Any fees paid to USFFC.ORG at time of cancellation shall be deemed earned as long as USFFC.ORG has acted in good faith in performing services on behalf of Client. USFFC.ORG may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, USFFC.ORG (USFFC.ORG), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (844) 593-8072.

| Victoria Severance | _Victoria Severance_ |
| NAME | SIGN |
| | |
| 08/27/2018 | |
| DATE | SSN |

tD: 5abe83ad-371e-70db-5c76-2636e784f8e2 Signed: 2018-08-27T11:57:36-05:00

## Privacy Policy

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal Information. Personal information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: Information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports; information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and USFFC.ORG to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact USFFC.ORG Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e. exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt-out' of having personal information shared. By providing information to USFFC.ORG you are consenting to the collection, use, and disclosure of personal information in the manner described in this privacy policy. This Policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

**500 Ygnacio Valley Rd. Suite 430, Walnut Creek CA 94596 - (844) 593-8072**

Email address: processing@USFFC.ORG

Victoria Severance
   NAME

*Victoria Severance*
   SIGN

08/27/2018
   DATE

ID: 5abe83ad-371e-70db-5c76-2636e784f6e2 Signed: 2018-08-27T11:57:36-05:00

**Page 539**
**PX18 Severance Decl.**
**Attach. A**



US Financial Freedom Center

**Limited Scope Power of Attorney**

- **THIS LIMITED POWER OF ATTORNEY IS ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION ("DOE") AND CLIENT, Victoria Severance ("GRANTOR"). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.**

- **I, Victoria Severance, Social Security # ▓▓▓▓▓ , residing at ▓▓▓▓▓▓ , , San Diego CA ▓▓▓▓ , San Diego CA ▓▓▓▓ , this date, Aug 27, 2018, hereby appoints USFFC.ORG as my ATTORNEY-IN-FACT to perform on my behalf as indicated below. With this signature, Victoria Severance authorizes USFFC.ORG to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,**

1. Access my account with the DOE, including taking steps and providing information necessary to access the account.

2. Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3. Drafting and, following my execution, submitting an application to the DOE.

4. Engaging sub-contractors as may be appropriate to perform the services.

USFFC.ORG has full authority to represent me, Victoria Severance, to perform the services outlined in the Service Agreement.

This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:

1. It is revoked, suspended or terminated in writing by the GRANTOR; or

2. The contract is terminated for any reason, whichever is earlier to occur.

**500 Ygnacio Valley Rd. Suite 430, Walnut Creek CA 94596 - (844) 593-8072**

Victoria Severance
  NAME

*Victoria Severance*
  SIGN

08/27/2018
  DATE

ID: 5abe83ad-371e-70db-5c76-2636e784f8e2 Signed: 2018-08-27T11:57:36-05:00



# United States Department of Education

## Certification of Identity & Authorization to Disclose Personal Information

**Privacy Act Statement.** Department regulations require a person who submits a written request for access or disclosure of records to submit personal data sufficient to identify the individual submitting the request. 34 C.F.R. Section 5b.5(b). We solicit the information requested here in order to ensure that the records of individuals who are the subject of Department systems of records are not wrongfully disclosed by the Department. If you fail to furnish this information we will take no action to honor your request. Required information is indicated in CAPS.

FULL NAME OF REQUESTER: [PLEASE PRINT] Victoria Severance

ADDRESS: [STREET]

[CITY] San Diego                    [STATE] CA                    [ZIP]

Phone: ( 512 )                        Email:                  @austincollege.edu

SOCIAL SECURITY NUMBER [1]                    DATE OF BIRTH [MM/DD/YY]

## Authorization to Disclose Personal Information to Another Person

I authorize the Department of Education and its agents to release to, and discuss with, the individual named below as my representative, any records of the Department regarding any student financial assistance loan or grant obligation(s) to the Department, for the purpose of assisting me in satisfying the obligation:

FULL NAME OF REPRESENTATIVE: 1 FILBRG

ADDRESS: [STREET] 5772 BOLSA AVE STE B220

[CITY] HUNTINGTON BEACH            [STATE] CA                [ZIP] 92649

PHONE: ( 844 ) 583-8072            [Relationship To Requester] 3rd Party Organization

I authorize the Department to honor this authorization unless and until I revoke it in a written notice and the designated office of the Department receives that notice. I understand that whenever requesting disclosure of information, the representative named here must submit information to verify his or her identity.

I UNDERSTAND THAT IN ORDER TO VERIFY HIS OR HER IDENTITY WHEN MAKING A REQUEST FOR DISCLOSURE BY TELEPHONE, THE REPRESENTATIVE MAY BE REQUIRED TO PROVIDE MY SSN, DOB, AND THE DATE ON WHICH I SIGNED THIS AUTHORIZATION.

I declare under penalty of perjury that I am the person named above as the requester, that I authorize release to the individual named above as representative, and that the statements I provided here are true and accurate. I understand that any false statement is subject to punishment under 18 U.S.C. Section 1001 by fine or imprisonment of not more than five years, and that a knowing and willful request made under false pretenses for a record of an individual is subject to punishment under 5 U.S.C. Section 552a(i)(3) by a fine of up to $5000.

DATE: 08/27/2018                    SIGNATURE Victoria Severance

---

[1] You are not required to provide your SSN or DOB. However, we ask you to provide your SSN and DOB only to facilitate the identification of records relating to you, and unless you provide your SSN and DOB, we may be unable to locate any or all records pertaining to you.

Completed authorizations should be mailed to:

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE TX 75403-5609

ID: 5abe83ad-371e-70db-5c76-2636e784f8e2 Signed: 2018-08-27T11:57:36-05:00

**Form 4506-T**
(Rev. September 2019)
Department of the Treasury
Internal Revenue Service

### Request for Transcript of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506-T, visit www.irs.gov/Form4506t.

OMB No. 1545-1872

Tip. Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first.  Victoria Severance | 1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)
⬛⬛⬛⬛⬛ , San Diego CA⬛⬛⬛

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

1ELLE ORG, 5772 Bolsa Ave, Suite 220, Huntington Beach, CA 92649

Caution: If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ 1040

**a** Return Transcript, which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . ☐

**b** Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . ☐

**c** Record of Account, which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . ☐

**7** Verification of Nonfiling, which is proof from the IRS that you did not file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days. . . ☐

**8** Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

Caution: If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.      12 / 31 / 14      12 / 31 / 15      12 / 31 / 16      /  /

Caution: Do not sign this form unless all applicable lines have been completed.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. Note: For transcript being sent to a third party, this form must be received within 120 days of the signature date.

☐ Sign my attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.

**Sign Here**

| _(signature)_ | 08/27/2018 |
|---|---|
| Signature (see instructions) | Date |
| Title (if line 1a above is a corporation, partnership, estate, or trust) | |
| | 08/27/2018 |
| Spouse's signature | Date |

Phone number of taxpayer on line 1a or 2a

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 37667N    Form **4506-T** (Rev. 9-2015)

ID: 5abe83ad-371e-70db-5c76-2636e784f8e2 Signed: 2018-08-27T11:57:36-05:00

### Credit Card Authorization Form

I Victoria Severance, authorize 1FILE.ORG to charge my credit card **** Red acts For the total of $899.00 on the dates listed below #250867349.

| | | |
|---|---|---|
| Aug 27, 2018 | $224.75 | _ VS |
| Sep 17, 2018 | $224.75 | _ VS |
| Oct 05, 2018 | $224.75 | _ VS |
| Oct 29, 2018 | $224.75 | _ |

Additionally, I authorize 1FILE.ORG to charge a Monthly Maintenance Fee of 39.00 on the 27th of every month thereafter until loan obligations have been fulfilled. VS

Your method of payment is as follows:

**Credit Card Number: Visa**          **Name On Credit Card: Victoria Severance**

**Credit Card Number: ****          **Expiration Date:**          **Security Code - 3 digits on Back of Card:**

**Billing Address of Credit Card:**

**Contact Numbers:**

Home Phone: 512-
Cell Phone:

Amount due $899.00 Contract #250867349

5772 Bolsa Ave. Suite 220, Huntington Beach, CA 92649 - (844) 593-8072

_Victoria Severance_
Signature

08/27/2018
Date

 Payment Automation Network, Inc.

## CUSTODIAL ACCOUNT AGREEMENT

Ver 12/03/2015

Client enters into this Agreement (Agreement) with Payment Automation Network, Inc. (PAN) for having PAN receive payments, make disbursements authorized by Client upon Client's instructions and/or the occurrence of specified events. and provide online transaction management and accounting information on Client's behalf (together, the "Services").

Client authorizes PAN to (i) collect (debit) funds via ACH from Client's designated financial institution (Designated Account) pursuant to the Payment Schedule attached hereto ("Payment Schedule"); (ii) deposit such funds in a non-interest bearing FDIC custodial account ("Custodial Account"); and (iii) disburse funds from the Custodial Account as directed by the payment schedule and/or by client solely upon receipt of authorized instructions from Client, provided the balance in the Depository Account equals or exceeds the disbursement request. If the balance of the Custodian Account is less than a requested disbursement, the disbursement direction will not be honored until the balance is increased to the desired amount.

Client agrees to pay PAN's fees and charges shown below and such fees and charges may be deducted directly from the Custodial Account.

ID: 5abe83ad-371e-70db-5c76-2636e784f8e2 Signed: 2018-08-27T11:57:36-05:00

Client agrees PAN will select the financial institution that will hold the Custodial Account. Client agrees that PAN may, at its sole discretion and upon written notification to Client, change the financial institution that will hold the Custodial Account at any time, and that the Custodian Account may be in California or any other state selected by PAN in its sole discretion. Client agrees that the Custodial Account will not be used for any illegal purpose, and Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered.

Client agrees that sufficient funds will be available in the Designated Account at least three (3) business days prior to date of all scheduled ACH debits. Client understands and agrees that to stop or change a scheduled debit from the Designated Account, Client must notify PAN at least three (3) business days prior to any such change. In the event Client's Designated Account does not have sufficient funds for a scheduled debit, PAN will not be liable to any third party due to insufficient funds, restriction or dishonor related to Client's account. Client authorizes PAN to recover any funds arising from a NSF, dishonor, or error in debiting the Designated Account. At its sole discretion, PAN may recover any such funds by means of a debit to the Designated Account and/or the Custodial Account. Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered. If Client's Custodian Account is suspended, cancelled, or otherwise terminated for any reason and the account has a negative balance, Client agrees to pay the negative balance upon demand. Should Client fail to remit the full amount of such negative balance, Client shall remain responsible for the deficit and collection actions may be pursued against Client.

Client has an agreement with Service Provider, and the Payment Schedule is part of that agreement. Client directs and authorizes PAN to share information with Service Provider as required by Service Provider and with any other authorized parties involved in the administration of the Custodial Account on Client's behalf. PAN is not an owner, employee, or partner of Service Provider, and provides the Services to Client as an independent third party. Client agrees that PAN is not involved or engaged in any respect with the services provided by the Service Provider, other than acting as a third-party escrow on behalf of Client and the Service Provider. Client agrees that PAN shall not be responsible for determining when a payment is due or whether a payment is for the correct amount or otherwise proper. PAN's sole obligation shall be to execute Client's payment instructions in a commercially reasonable manner as soon as practical after receipt of such instructions or after the occurrence of the specified event authorizing release of a payment on behalf of Client. PAN shall not be liable for any conduct by Service Provider or for penalty or other charge levied by anyone on Client, for any failure of anyone to honor a transaction or for any other adverse action taken or not taken by any other party in connection with the Services. Under no circumstances shall PAN be liable for any special, incidental, consequential, exemplary, or punitive damages.

PAN will provide Client an internet login with a login name and password for viewing the funds held in the Custodial Account and all transactions related to Client via a protected website. Use of Client's passcode, password or any other form of identification designated by Client in any transaction constitutes and will be accepted as Client's electronic signature, as that term is used in the federal Electronic Signature in Global and National Commerce law and other applicable laws.

Client's funds are held in the Custodial Account pending Client's instructions for disbursement. Client has sole authority to authorize disbursements or transfers. You expressly authorize PAN to rely on your instructions for this purpose whether transmitted directly by you, via the Service Provider or by a third party you have authorized in whatever form provided, including but not limited to any instructions provided via email, PAN's website, E-signature, or other writing, verbally, by voicemail or any other means of communication. If Client is more than one person, PAN may act upon receipt the instructions of either person; however, if conflicting instructions are received before any action has been taken, PAN may in its sole discretion refrain from taking any action until it receives joint instructions from all Clients or a

court order directing further action. Client agrees that PAN shall have no right or obligation to control, direct, or change any disbursement instructions provided by Client other than as expressly provided by this Agreement.

Client may revoke any prior payment authorization at any time before such payment has been initiated by completing and submitting a Revocation of Recurring Payment Authorization form to PAN by email or mail. See PAN's Contact Information below.

PAN or Client may terminate this Agreement upon delivery of written notice at any time. Upon termination of this Agreement for any reason, PAN shall arrange for Client's remaining funds, apart from any funds due to be paid to the Service Provider or any other person or entity as a result of the occurrence of specified events prior to delivery of the termination notice, to be transmitted from the Custodial Account to the Designated Account.

Client agrees that all disclosures, account activity, notifications and any other communications related to the Services may be distributed to Client by electronic mail or through PAN's software services. Client acknowledges that Client is able to electronically receive, download and print such information and communications. If Client is unable to communicate electronically for any reason, Client agrees to notify PAN immediately, and reasonable alternative means of communication will be established in accordance with applicable law.

Client understands and agrees that all calls to and from PAN are monitored and recorded. Client verifies that the telephone and cellular phone numbers and email addresses shown below presently belong to Client. Client consents to receive emails, prerecorded messages and/or auto dialed calls (including text messages) relating to this Agreement and the Services. These communications may be made by PAN or its agents, even if your phone number is registered on any state or federal "Do Not Call" list. You may incur a charge for such calls by your telephone carrier. PAN may obtain and contact email addresses and phone numbers provided by you directly or obtained through other lawful means. Your consent to this provision is not required as a condition of entering into this Agreement, and you may opt out from consenting to these provisions by contacting PAN in writing at PAN's Contact Information below.

You agree to provide notice within 30 days of any change to your email address or phone numbers by writing to PAN's Contact Information.

ID: 5abe83ad-371e-70db-5c76-2636e784f8e2 Signed  2018-08-27T11:57:36-05:00

below.

## ARBITRATION OF DISPUTES - IMPORTANT NOTICE AFFECTING YOUR RIGHTS

You agree that any controversy, claim or dispute between the parties arising out of or relating to this Agreement, or to any of the services provided pursuant to this Agreement, or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this Agreement to arbitrate, shall be determined by binding arbitration conducted in the federal judicial district where the Client resides. The parties agree that this arbitration provision shall be governed by and enforceable under the Federal Arbitration Act. Otherwise, parties agree that the laws of the Client's state of residence shall govern any dispute between them. The parties agree the arbitration shall be conducted before a single arbitrator pursuant to the rules and procedures of the American Arbitration Association ("AAA"). The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. Any award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. The parties agree that either party may bring claims against the other only in his/her or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the costs of the arbitration, not including attorney's fees or expert witness expenses, equally. If the consumer's share of the costs is greater than two-thousand dollars ($2,000.00), PAN will pay the consumer's share of any costs in excess of that amount. In the event that a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party shall be entitled to obtain costs of suit, including any reasonable attorney's fees incurred for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrators ruling, except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the requirement to arbitrate shall survive any termination of this Agreement.

This Agreement constitutes the entire agreement between Client and PAN. No modifications, variations or waivers of any provisions of this Agreement shall be deemed valid unless in writing and signed by Client and PAN.

ID: 5abe83ad-371e-70db-5c76-2636e784f8e2 Signed: 2018-08-27T11:57:36-05:00

| Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| Severance | Victoria | | | |

| Co-Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| | | | | |

| Address | City, State, ZIP |
|---|---|
| , , San Diego CA | San Diego, CA, |

| Phone | Email | Mothers Maiden Name |
|---|---|---|
| 512 | @austincollege.edu | |

| Authorized Service Provider/Agent | Account ID |
|---|---|
| Arete Financial | AR-1 |

| Client Signature | *Victoria Severance* | Date | 08/27/2018 | Notifications To Payment Automation Network |
|---|---|---|---|---|
| Co-Cleint Signature | | Date | | Email: Clients@paymentautomation.net |
| | | | | Phone: (800)813-3740 |
| | | | | Fax: (866)600-2703 |
| | | | | Portal: https://client.paymentautomation.net |

ID: 5abe83ad-371e-70db-5c76-2636e784f8e2 Signed: 2018-08-27T11:57:36-05:00

 . Payment Automation
Network, Inc.

**CUSTODIAL ACCOUNT AGREEMENT**

Ver16/26/2014

**AUTHORIZATION FOR RECURRING DIRECT PAYMENTS I** (we) hereby authorize PAN to initiate ACH debit entries from the account at the depository financial institution named below and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to the account must comply with the provisions of U.S. law. This authorization is to remain in full force and effect until PAN has received written notification from me (or either of us) of its termination at least three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.er than three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.

| Bank Name | Account Number | Routing Number | Account Type | Account Fees |
|---|---|---|---|---|
| Authorizing Person's Name (as it appears on check) | | | | I authorize PAN to charge my Primary Financial Institution or my Custodial Account in accordance with the following fees for services rendered. |
| Address, City, State, Zip (as it appears on check) , , San Diego CA , San Diego, CA, | | | | Monthly Custodial Account:$6.75 Unauthorized Returns:$35.00 Stop Payment:$25.00 Return Item Fee: $0.00 |
| Recurring Debit Authorization $899.00 | | Effective Date (Date of First Debit) Aug 27, 2018 | | Fees for Disbursements per occurrence or any other appropriate service. |
| The specific debits to my account authorized herein may only post on or after the EFFECTIVE DATE listed in the attached payment schedule. This authorization is to remain in full force and effect until PAN has received written notification from me of termination in such time and in such manner as to afford PAN a reasonable opportunity to act. | | | | ACH Credit:$5.00 ACH Debit/Check by phone:$5.00 Overnight Check, Wire Transfer: $25.00 2-Day Check:$10.00 USPS Check: $5.00 |
| Client Signature | 08/27/2018 | DATE | Aug 27, 2018 | Notifications To Payment Automation Network Email: Clients@paymentautomation.net Phone: (800)813-3740 |
| CO-Client Signature | | DATE | Aug 27, 2018 | Fax: (866)600-2703 Portal: https://client.paymentautomation.net |

**Payment Schedule**

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 1 | Aug 27, 2018 | $224.75 | $0.00 | $224.75 |
| 2 | Sep 17, 2018 | $224.75 | $0.00 | $224.75 |
| 3 | Oct 05, 2018 | $224.75 | $0.00 | $224.75 |
| 4 | Oct 29, 2018 | $224.75 | $0.00 | $224.75 |

ID: 5abe83ad-371e-70db-5c76-2636e784f8e2 Signed: 2018-08-27T11:57:36-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 5 | Nov 27, 2018 | $0.00 | $39.00 | $39.00 |
| 6 | Dec 27, 2018 | $0.00 | $39.00 | $39.00 |
| 7 | Jan 28, 2019 | $0.00 | $39.00 | $39.00 |
| 8 | Feb 27, 2019 | $0.00 | $39.00 | $39.00 |
| 9 | Mar 27, 2019 | $0.00 | $39.00 | $39.00 |
| 10 | Apr 29, 2019 | $0.00 | $39.00 | $39.00 |
| 11 | May 28, 2019 | $0.00 | $39.00 | $39.00 |
| 12 | Jun 27, 2019 | $0.00 | $39.00 | $39.00 |
| 13 | Jul 29, 2019 | $0.00 | $39.00 | $39.00 |
| 14 | Aug 27, 2019 | $0.00 | $39.00 | $39.00 |
| 15 | Sep 27, 2019 | $0.00 | $39.00 | $39.00 |
| 16 | Oct 28, 2019 | $0.00 | $39.00 | $39.00 |
| 17 | Nov 27, 2019 | $0.00 | $39.00 | $39.00 |
| 18 | Dec 27, 2019 | $0.00 | $39.00 | $39.00 |
| 19 | Jan 27, 2020 | $0.00 | $39.00 | $39.00 |
| 20 | Feb 27, 2020 | $0.00 | $39.00 | $39.00 |
| 21 | Mar 27, 2020 | $0.00 | $39.00 | $39.00 |
| 22 | Apr 27, 2020 | $0.00 | $39.00 | $39.00 |
| 23 | May 27, 2020 | $0.00 | $39.00 | $39.00 |
| 24 | Jun 29, 2020 | $0.00 | $39.00 | $39.00 |
| 25 | Jul 27, 2020 | $0.00 | $39.00 | $39.00 |
| 26 | Aug 27, 2020 | $0.00 | $39.00 | $39.00 |
| 27 | Sep 28, 2020 | $0.00 | $39.00 | $39.00 |
| 28 | Oct 27, 2020 | $0.00 | $39.00 | $39.00 |
| 29 | Nov 27, 2020 | $0.00 | $39.00 | $39.00 |
| 30 | Dec 28, 2020 | $0.00 | $39.00 | $39.00 |
| 31 | Jan 27, 2021 | $0.00 | $39.00 | $39.00 |
| 32 | Mar 01, 2021 | $0.00 | $39.00 | $39.00 |
| 33 | Mar 29, 2021 | $0.00 | $39.00 | $39.00 |
| 34 | Apr 27, 2021 | $0.00 | $39.00 | $39.00 |
| 35 | May 27, 2021 | $0.00 | $39.00 | $39.00 |
| 36 | Jun 28, 2021 | $0.00 | $39.00 | $39.00 |
| 37 | Jul 27, 2021 | $0.00 | $39.00 | $39.00 |
| 38 | Aug 27, 2021 | $0.00 | $39.00 | $39.00 |
| 39 | Sep 27, 2021 | $0.00 | $39.00 | $39.00 |
| 40 | Oct 27, 2021 | $0.00 | $39.00 | $39.00 |
| 41 | Nov 29, 2021 | $0.00 | $39.00 | $39.00 |
| 42 | Dec 27, 2021 | $0.00 | $39.00 | $39.00 |
| 43 | Jan 27, 2022 | $0.00 | $39.00 | $39.00 |
| 44 | Feb 28, 2022 | $0.00 | $39.00 | $39.00 |
| 45 | Mar 28, 2022 | $0.00 | $39.00 | $39.00 |
| 46 | Apr 27, 2022 | $0.00 | $39.00 | $39.00 |
| 47 | May 27, 2022 | $0.00 | $39.00 | $39.00 |
| 48 | Jun 27, 2022 | $0.00 | $39.00 | $39.00 |
| 49 | Jul 27, 2022 | $0.00 | $39.00 | $39.00 |
| 50 | Aug 29, 2022 | $0.00 | $39.00 | $39.00 |
| 51 | Sep 27, 2022 | $0.00 | $39.00 | $39.00 |
| 52 | Oct 27, 2022 | $0.00 | $39.00 | $39.00 |
| 53 | Nov 28, 2022 | $0.00 | $39.00 | $39.00 |
| 54 | Dec 27, 2022 | $0.00 | $39.00 | $39.00 |

ID: 5abe83ad-371e-70db-5c76-2636e784f8e2 Signed: 2018-08-27T11:57:36-05:00

| . # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 55 | Jan 27, 2023 | $0.00 | $39.00 | $39.00 |
| 56 | Feb 27, 2023 | $0.00 | $39.00 | $39.00 |
| 57 | Mar 27, 2023 | $0.00 | $39.00 | $39.00 |
| 58 | Apr 27, 2023 | $0.00 | $39.00 | $39.00 |
| 59 | May 30, 2023 | $0.00 | $39.00 | $39.00 |
| 60 | Jun 27, 2023 | $0.00 | $39.00 | $39.00 |
| 61 | Jul 27, 2023 | $0.00 | $39.00 | $39.00 |
| 62 | Aug 28, 2023 | $0.00 | $39.00 | $39.00 |
| 63 | Sep 27, 2023 | $0.00 | $39.00 | $39.00 |
| 64 | Oct 27, 2023 | $0.00 | $39.00 | $39.00 |
| 65 | Nov 27, 2023 | $0.00 | $39.00 | $39.00 |
| 66 | Dec 27, 2023 | $0.00 | $39.00 | $39.00 |
| 67 | Jan 29, 2024 | $0.00 | $39.00 | $39.00 |
| 68 | Feb 27, 2024 | $0.00 | $39.00 | $39.00 |
| 69 | Mar 27, 2024 | $0.00 | $39.00 | $39.00 |
| 70 | Apr 29, 2024 | $0.00 | $39.00 | $39.00 |
| 71 | May 28, 2024 | $0.00 | $39.00 | $39.00 |
| 72 | Jun 27, 2024 | $0.00 | $39.00 | $39.00 |
| 73 | Jul 29, 2024 | $0.00 | $39.00 | $39.00 |
| 74 | Aug 27, 2024 | $0.00 | $39.00 | $39.00 |
| 75 | Sep 27, 2024 | $0.00 | $39.00 | $39.00 |
| 76 | Oct 28, 2024 | $0.00 | $39.00 | $39.00 |
| 77 | Nov 27, 2024 | $0.00 | $39.00 | $39.00 |
| 78 | Dec 27, 2024 | $0.00 | $39.00 | $39.00 |
| 79 | Jan 27, 2025 | $0.00 | $39.00 | $39.00 |
| 80 | Feb 27, 2025 | $0.00 | $39.00 | $39.00 |
| 81 | Mar 27, 2025 | $0.00 | $39.00 | $39.00 |
| 82 | Apr 28, 2025 | $0.00 | $39.00 | $39.00 |
| 83 | May 27, 2025 | $0.00 | $39.00 | $39.00 |
| 84 | Jun 27, 2025 | $0.00 | $39.00 | $39.00 |
| 85 | Jul 28, 2025 | $0.00 | $39.00 | $39.00 |
| 86 | Aug 27, 2025 | $0.00 | $39.00 | $39.00 |
| 87 | Sep 29, 2025 | $0.00 | $39.00 | $39.00 |
| 88 | Oct 27, 2025 | $0.00 | $39.00 | $39.00 |
| 89 | Nov 28, 2025 | $0.00 | $39.00 | $39.00 |
| 90 | Dec 29, 2025 | $0.00 | $39.00 | $39.00 |
| 91 | Jan 27, 2026 | $0.00 | $39.00 | $39.00 |
| 92 | Feb 27, 2026 | $0.00 | $39.00 | $39.00 |
| 93 | Mar 27, 2026 | $0.00 | $39.00 | $39.00 |
| 94 | Apr 27, 2026 | $0.00 | $39.00 | $39.00 |
| 95 | May 27, 2026 | $0.00 | $39.00 | $39.00 |
| 96 | Jun 29, 2026 | $0.00 | $39.00 | $39.00 |
| 97 | Jul 27, 2026 | $0.00 | $39.00 | $39.00 |
| 98 | Aug 27, 2026 | $0.00 | $39.00 | $39.00 |
| 99 | Sep 28, 2026 | $0.00 | $39.00 | $39.00 |
| 100 | Oct 27, 2026 | $0.00 | $39.00 | $39.00 |
| 101 | Nov 27, 2026 | $0.00 | $39.00 | $39.00 |
| 102 | Dec 28, 2026 | $0.00 | $39.00 | $39.00 |
| 103 | Jan 27, 2027 | $0.00 | $39.00 | $39.00 |
| 104 | Mar 01, 2027 | $0.00 | $39.00 | $39.00 |

ID: 5abe83ad-371e-70db-5c76-2636e784f8e2 Signed: 2018-08-27T11:57:36-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 105 | Mar 29, 2027 | $0.00 | $39.00 | $39.00 |
| 106 | Apr 27, 2027 | $0.00 | $39.00 | $39.00 |
| 107 | May 27, 2027 | $0.00 | $39.00 | $39.00 |
| 108 | Jun 28, 2027 | $0.00 | $39.00 | $39.00 |
| 109 | Jul 27, 2027 | $0.00 | $39.00 | $39.00 |
| 110 | Aug 27, 2027 | $0.00 | $39.00 | $39.00 |
| 111 | Sep 27, 2027 | $0.00 | $39.00 | $39.00 |
| 112 | Oct 27, 2027 | $0.00 | $39.00 | $39.00 |
| 113 | Nov 29, 2027 | $0.00 | $39.00 | $39.00 |
| 114 | Dec 27, 2027 | $0.00 | $39.00 | $39.00 |
| 115 | Jan 27, 2028 | $0.00 | $39.00 | $39.00 |
| 116 | Feb 28, 2028 | $0.00 | $39.00 | $39.00 |
| 117 | Mar 27, 2028 | $0.00 | $39.00 | $39.00 |
| 118 | Apr 27, 2028 | $0.00 | $39.00 | $39.00 |
| 119 | May 30, 2028 | $0.00 | $39.00 | $39.00 |
| 120 | Jun 27, 2028 | $0.00 | $39.00 | $39.00 |
| 121 | Jul 27, 2028 | $0.00 | $39.00 | $39.00 |
| 122 | Aug 28, 2028 | $0.00 | $39.00 | $39.00 |
| 123 | Sep 27, 2028 | $0.00 | $39.00 | $39.00 |
| 124 | Oct 27, 2028 | $0.00 | $39.00 | $39.00 |
| 125 | Nov 27, 2028 | $0.00 | $39.00 | $39.00 |
| 126 | Dec 27, 2028 | $0.00 | $39.00 | $39.00 |
| 127 | Jan 29, 2029 | $0.00 | $39.00 | $39.00 |
| 128 | Feb 27, 2029 | $0.00 | $39.00 | $39.00 |
| 129 | Mar 27, 2029 | $0.00 | $39.00 | $39.00 |
| 130 | Apr 27, 2029 | $0.00 | $39.00 | $39.00 |
| 131 | May 28, 2029 | $0.00 | $39.00 | $39.00 |
| 132 | Jun 27, 2029 | $0.00 | $39.00 | $39.00 |
| 133 | Jul 27, 2029 | $0.00 | $39.00 | $39.00 |
| 134 | Aug 27, 2029 | $0.00 | $39.00 | $39.00 |
| 135 | Sep 27, 2029 | $0.00 | $39.00 | $39.00 |
| 136 | Oct 29, 2029 | $0.00 | $39.00 | $39.00 |
| 137 | Nov 27, 2029 | $0.00 | $39.00 | $39.00 |
| 138 | Dec 27, 2029 | $0.00 | $39.00 | $39.00 |
| 139 | Jan 28, 2030 | $0.00 | $39.00 | $39.00 |
| 140 | Feb 27, 2030 | $0.00 | $39.00 | $39.00 |
| 141 | Mar 27, 2030 | $0.00 | $39.00 | $39.00 |
| 142 | Apr 29, 2030 | $0.00 | $39.00 | $39.00 |
| 143 | May 27, 2030 | $0.00 | $39.00 | $39.00 |
| 144 | Jun 27, 2030 | $0.00 | $39.00 | $39.00 |
| 145 | Jul 29, 2030 | $0.00 | $39.00 | $39.00 |
| 146 | Aug 27, 2030 | $0.00 | $39.00 | $39.00 |
| 147 | Sep 27, 2030 | $0.00 | $39.00 | $39.00 |
| 148 | Oct 28, 2030 | $0.00 | $39.00 | $39.00 |
| 149 | Nov 27, 2030 | $0.00 | $39.00 | $39.00 |
| 150 | Dec 27, 2030 | $0.00 | $39.00 | $39.00 |
| 151 | Jan 27, 2031 | $0.00 | $39.00 | $39.00 |
| 152 | Feb 27, 2031 | $0.00 | $39.00 | $39.00 |
| 153 | Mar 27, 2031 | $0.00 | $39.00 | $39.00 |
| 154 | Apr 28, 2031 | $0.00 | $39.00 | $39.00 |

ID: 5abe83ad-371e-70db-5c76-2636e784f8e2 Signed: 2018-08-27T11:57:36-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 155 | May 27, 2031 | $0.00 | $39.00 | $39.00 |
| 156 | Jun 27, 2031 | $0.00 | $39.00 | $39.00 |
| 157 | Jul 28, 2031 | $0.00 | $39.00 | $39.00 |
| 158 | Aug 27, 2031 | $0.00 | $39.00 | $39.00 |
| 159 | Sep 29, 2031 | $0.00 | $39.00 | $39.00 |
| 160 | Oct 27, 2031 | $0.00 | $39.00 | $39.00 |
| 161 | Nov 27, 2031 | $0.00 | $39.00 | $39.00 |
| 162 | Dec 29, 2031 | $0.00 | $39.00 | $39.00 |
| 163 | Jan 27, 2032 | $0.00 | $39.00 | $39.00 |
| 164 | Feb 27, 2032 | $0.00 | $39.00 | $39.00 |
| 165 | Mar 29, 2032 | $0.00 | $39.00 | $39.00 |
| 166 | Apr 27, 2032 | $0.00 | $39.00 | $39.00 |
| 167 | May 27, 2032 | $0.00 | $39.00 | $39.00 |
| 168 | Jun 28, 2032 | $0.00 | $39.00 | $39.00 |
| 169 | Jul 27, 2032 | $0.00 | $39.00 | $39.00 |
| 170 | Aug 27, 2032 | $0.00 | $39.00 | $39.00 |
| 171 | Sep 27, 2032 | $0.00 | $39.00 | $39.00 |
| 172 | Oct 27, 2032 | $0.00 | $39.00 | $39.00 |
| 173 | Nov 29, 2032 | $0.00 | $39.00 | $39.00 |
| 174 | Dec 27, 2032 | $0.00 | $39.00 | $39.00 |
| 175 | Jan 27, 2033 | $0.00 | $39.00 | $39.00 |
| 176 | Feb 28, 2033 | $0.00 | $39.00 | $39.00 |
| 177 | Mar 28, 2033 | $0.00 | $39.00 | $39.00 |
| 178 | Apr 27, 2033 | $0.00 | $39.00 | $39.00 |
| 179 | May 27, 2033 | $0.00 | $39.00 | $39.00 |
| 180 | Jun 27, 2033 | $0.00 | $39.00 | $39.00 |
| 181 | Jul 27, 2033 | $0.00 | $39.00 | $39.00 |
| 182 | Aug 29, 2033 | $0.00 | $39.00 | $39.00 |
| 183 | Sep 27, 2033 | $0.00 | $39.00 | $39.00 |
| 184 | Oct 27, 2033 | $0.00 | $39.00 | $39.00 |
| 185 | Nov 28, 2033 | $0.00 | $39.00 | $39.00 |
| 186 | Dec 27, 2033 | $0.00 | $39.00 | $39.00 |
| 187 | Jan 27, 2034 | $0.00 | $39.00 | $39.00 |
| 188 | Feb 27, 2034 | $0.00 | $39.00 | $39.00 |
| 189 | Mar 27, 2034 | $0.00 | $39.00 | $39.00 |
| 190 | Apr 27, 2034 | $0.00 | $39.00 | $39.00 |
| 191 | May 29, 2034 | $0.00 | $39.00 | $39.00 |
| 192 | Jun 27, 2034 | $0.00 | $39.00 | $39.00 |
| 193 | Jul 27, 2034 | $0.00 | $39.00 | $39.00 |
| 194 | Aug 28, 2034 | $0.00 | $39.00 | $39.00 |
| 195 | Sep 27, 2034 | $0.00 | $39.00 | $39.00 |
| 196 | Oct 27, 2034 | $0.00 | $39.00 | $39.00 |
| 197 | Nov 27, 2034 | $0.00 | $39.00 | $39.00 |
| 198 | Dec 27, 2034 | $0.00 | $39.00 | $39.00 |
| 199 | Jan 29, 2035 | $0.00 | $39.00 | $39.00 |
| 200 | Feb 27, 2035 | $0.00 | $39.00 | $39.00 |
| 201 | Mar 27, 2035 | $0.00 | $39.00 | $39.00 |
| 202 | Apr 27, 2035 | $0.00 | $39.00 | $39.00 |
| 203 | May 28, 2035 | $0.00 | $39.00 | $39.00 |
| 204 | Jun 27, 2035 | $0.00 | $39.00 | $39.00 |

ID: 5abe83ad-371e-70db-5c76-2636e784f8e2 Signed: 2018-08-27T11:57:36-05:00

| # | Date | Enrollment Fee | | Monthly Service Fee | Total Payment |
|---|---|---|---|---|---|
| 205 | Jul 27, 2035 | $0.00 | $39.00 | | $39.00 |
| 206 | Aug 27, 2035 | $0.00 | $39.00 | | $39.00 |
| 207 | Sep 27, 2035 | $0.00 | $39.00 | | $39.00 |
| 208 | Oct 29, 2035 | $0.00 | $39.00 | | $39.00 |
| 209 | Nov 27, 2035 | $0.00 | $39.00 | | $39.00 |
| 210 | Dec 27, 2035 | $0.00 | $39.00 | | $39.00 |
| 211 | Jan 28, 2036 | $0.00 | $39.00 | | $39.00 |
| 212 | Feb 27, 2036 | $0.00 | $39.00 | | $39.00 |
| 213 | Mar 27, 2036 | $0.00 | $39.00 | | $39.00 |
| 214 | Apr 28, 2036 | $0.00 | $39.00 | | $39.00 |
| 215 | May 27, 2036 | $0.00 | $39.00 | | $39.00 |
| 216 | Jun 27, 2036 | $0.00 | $39.00 | | $39.00 |
| 217 | Jul 28, 2036 | $0.00 | $39.00 | | $39.00 |
| 218 | Aug 27, 2036 | $0.00 | $39.00 | | $39.00 |
| 219 | Sep 29, 2036 | $0.00 | $39.00 | | $39.00 |
| 220 | Oct 27, 2036 | $0.00 | $39.00 | | $39.00 |
| 221 | Nov 27, 2036 | $0.00 | $39.00 | | $39.00 |
| 222 | Dec 29, 2036 | $0.00 | $39.00 | | $39.00 |
| 223 | Jan 27, 2037 | $0.00 | $39.00 | | $39.00 |
| 224 | Feb 27, 2037 | $0.00 | $39.00 | | $39.00 |
| 225 | Mar 27, 2037 | $0.00 | $39.00 | | $39.00 |
| 226 | Apr 27, 2037 | $0.00 | $39.00 | | $39.00 |
| 227 | May 27, 2037 | $0.00 | $39.00 | | $39.00 |
| 228 | Jun 29, 2037 | $0.00 | $39.00 | | $39.00 |
| 229 | Jul 27, 2037 | $0.00 | $39.00 | | $39.00 |
| 230 | Aug 27, 2037 | $0.00 | $39.00 | | $39.00 |
| 231 | Sep 28, 2037 | $0.00 | $39.00 | | $39.00 |
| 232 | Oct 27, 2037 | $0.00 | $39.00 | | $39.00 |
| 233 | Nov 27, 2037 | $0.00 | $39.00 | | $39.00 |
| 234 | Dec 28, 2037 | $0.00 | $39.00 | | $39.00 |
| 235 | Jan 27, 2038 | $0.00 | $39.00 | | $39.00 |
| 236 | Mar 01, 2038 | $0.00 | $39.00 | | $39.00 |
| 237 | Mar 29, 2038 | $0.00 | $39.00 | | $39.00 |
| 238 | Apr 27, 2038 | $0.00 | $39.00 | | $39.00 |
| 239 | May 27, 2038 | $0.00 | $39.00 | | $39.00 |
| 240 | Jun 28, 2038 | $0.00 | $39.00 | | $39.00 |

ID: 5abe83ad-371e-70db-5c76-2636e784f8e2 Signed: 2018-08-27T11:57:36-05:00





# E-Signature Completion Certificate

| | |
|---|---|
| **Document ID** | 5031380 |
| **Document GUID** | 5abe83ad-371e-70db-5c76-2636e784f8e2 |
| **Document Title** | 1FILE.ORG-NEW PACKAGE-CC* |
| **Sender IP** | 103.221.79.58 |
| **Number of Signers** | 1 |
| **Signer Email** | ⬛⬛⬛⬛⬛ @austincollege.edu |
| **Signer IP** | ⬛⬛⬛⬛⬛ |
| **Timestamp** | 2018-08-27T11:57:36-05:00 |
| **Document Hash** | 8437b8eadd531e7b52398faaab00757c |

## Document Audit

- Sent at 2018-08-27T11:55:50-05:00 from IP 103.221.79.58
- Delivered to Victoria Severance⬛⬛⬛⬛ @austincollege.edu at 2018-08-27T11:56:34-05:00 from ⬛⬛⬛⬛
- Adopted Signature at 2018-08-27T11:56:43-05:00 from ⬛⬛⬛
- Completed Signing at 2018-08-27T11:57:36-05:00 from ⬛⬛⬛
- PDF Generated at 2018-08-27T11:57:36-05:00

## User Agent

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/68.0.3440.106 Safari/537.36

**ID: 5abe83ad-371e-70db-5c76-2636e784f8e2 Signed: 2018-08-27T11:57:36-05:00**

# Attachment B

8/7/2019                                   Fw: Upload Proof of Income with Your New Login Information

**From:** "Victoria L Severance" < ▮▮▮▮ @austincollege.edu>
**To:** "victoriasev@austin.rr.com" < ▮▮▮▮ @austin.rr.com>
**Cc:**
**Bcc:**
**Priority:** Normal
**Date:** Wednesday April 3 2019 6:17:36PM
**Fw: Upload Proof of Income with Your New Login Information**

The loan payment plan that I thought I was in

**From:** processing@1file.org <processing@1file.org>
**Sent:** Monday, August 27, 2018 1:55 PM
**To:** Victoria L. Severance
**Subject:** Upload Proof of Income with Your New Login Information



Aug 27, 2018
**Client Name: Victoria Severance**
Address: ▮▮▮▮
City, State Zip: San Diego, CA ▮▮▮
ID: 250867349
Phone: 512- ▮▮▮▮
**Dear Victoria,**
Thank you for choosing 1file.org. Below, you will find your login information to your secure personal client portal.
You will have access to view your approved program along with the payment schedule that was set up by your enrolling counselor. You can also login and upload your proof income (pay stubs or 1040 tax form.) If you have any questions, please feel free to contact the customer service department.
**Customer Login:**
Please visit your Customer Portal and access your account with 1File account. Please click the link below to login.

https://www.studentdebtportal.com/
**Username: Redacted** ▮▮▮▮
**Password: 9Redact** ▮▮
Sincerely,
**Customer Service Department**
Toll Free 844-593-8072

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

**ATTACHMENT B**

**Page 554**
**PX18 Severance Decl.**
**Attach. B**

# Attachment C

8/7/2019                                                    Re: refund request

From: "Victoria L. Severance" <​          @austincollege.edu>
To: "dnepita@1file.org" <dnepita@1file.org>
Cc: "          @austin.rr.com" <​          @austin.rr.com>, "          @austin.rr.com"
<​          @austin.rr.com>
Bcc:
Priority: Normal
Date: Friday April 5 2019 9:12:49PM
Re: refund request

Hello,
I have contacted FedLoan they have no record of this company interacting on my behalf towards my student loans, and they have also informed me that the consolidation for the Revised Pay As You Earn plan is free. I was under the impression that your company lowered my student loan payments and that the money I was paying every month was going to my loans not a service/maintenance fee for a service that is free. I have contacted legal advisors and will pursue action regarding this fraudulent behavior that takes advantage of recent graduate students who are trying to be responsible and be on top of their debt. All that I am asking is for the money that I paid under false pretenses be returned so I can start paying off my debt.

From: dnepita@1file.org <dnepita@1file.org>
Sent: Friday, April 5, 2019 11:57 AM
To: Victoria L. Severance
Subject: RE: refund request

On the contract in which you signed it states on section 2 Nature of Service; No Legal or Tax Advice
"USFFC.ORG is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. The Client acknowledges that USFFC.ORG is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt"

4. Fees.
"Client agrees to pay USFFC.ORG a Service fee of $899.00 for providing the Services. In addition Client agrees to pay USFFC.ORG a Monthly Maintenance fee of: $39.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, USFFC.ORG will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments"

I Victoria Severance, authorize 1FILE.ORG to charge my credit card ** *** 9755 For the total of $899.00 on the dates listed below #250867349.
Aug 27, 2018 $224.75
Sep 17, 2018 $224.75
Oct 8, 2018 $224.75
Oct 29, 2018 $224.75
Additionally, I authorize 1FILE.ORG to charge a Monthly Maintenance Fee of 39.00 on the 27th of every month thereafter until loan obligations have been fulfilled.

and on the quality control portion on the call I went ahead and highlighted it on the contract so you can look over it i've also uploaded the approval letter by fedloans servicing.

From: Victoria L. Severance <​          @austincollege.edu>
Sent: Thursday, April 04, 2019 5:32 PM
To: Daniela Nepita <Dnepita@1file.org>
Subject: Re: refund request

Hello Ms. Nepita,
Thank you for answering my questions and explaining what program I was in, the issue that I am having is that none of my payments have been showing with the US Department of Education FedLoan portal. So where have

my payments been going? That is my primary issue. I would be happy to r e-enroll into the program if that could be explained. And if re-enrollment is no longer available then can my payments be directed to the FedLoan portal and going towards reducing my student loans. My main concern was the issue that it wasn't seeming like my monthly payments were going to my loans.

Thank you,
Victoria S

**From:** Daniela Nepita <Dnepita@1file.org>
**Sent:** Thursday, April 4, 2019 4:45 PM
**To:** Victoria L. Severance
**Subject:** refund request

Hello Ms. Severance,

I have reviewed you file as far as the program in which you are in you were placed on a Revised Pay As You Earn (REPAYE) plan, an income-driven repayment plan that generally limits your payments to 10 percent of your discretionary income. REPAYE structures payments based on a 20-year term for undergraduate loans and 25 years for graduate or professional school loans. If you still have debt after your term has expired, the remaining balance will be forgiven. We went ahead and Direct consolidated your student loans in order to qualify for this program so the reason for you not having a payment is simply because of your income. I will be going ahead and dropping you from the program however you will not be getting a refund since we did work on your behalf if you have any other questions please call us we are open Monday- Friday from 8:00 am -4:30pm.

# Attachment D

 

**INCOME-DRIVEN REPAYMENT PLAN RECALCULATED**

**Account Number:**

September 22, 2018

¦BWBBCFT
VICTORIA L SEVERANCE

SAN DIEGO CA

We recalculated your monthly payment for your Revised Pay As You Earn (REPAYE) plan. We used your income documentation and family size to determine your monthly payment of $0.00 which is first due on 11/02/2018.

Your new monthly payment amount is effective for all payments due between 11/02/2018 and 11/01/2019. You are still responsible for any payments due before 11/02/2018. About 3 months prior to 11/01/2019, we will send you a notification letting you know that you are due to recertify (complete a new application and provide updated income documentation). If you do not recertify, any outstanding interest will likely be capitalized and your payment amount may increase.

**Good to Know**

- We will continue to send you a monthly statement even though your monthly payment is $0.00 .
- If your financial circumstances change, you can ask us to recalculate your monthly payment amount at any time by applying online at StudentLoans.gov and selecting the third box in Item 1.
- To learn more about loan forgiveness under an IDR plan, including the amount of payments you are required to make, visit MyFedLoan.org/IDRFAQ.
- If you wish to leave an IDR plan, you must have time remaining in the repayment plan you want to change to and your new payment amount will be based on the balance of your eligible loans at the time you leave IDR.
- You will need to recertify your income and family size annually regardless of whether you are in a deferment or forbearance and regardless of whether your income or family size has changed. We will notify you before the date you are required to recertify. If we do not receive your recertification information by the deadline each year, any outstanding interest will capitalize (be added to your principal balance) and you will be placed on the Alternative Repayment plan where your term is based on the lesser of 10 years or the remainder of the 20 or 25 years until forgiveness.

**Loan Information**

| Loan Program | Disbursement Date | Current Principal Balance | Interest Rate |
|---|---|---|---|
| DLSCNS | 09/21/2018 | $18,500.00 | 4.250% |

**ATTACHMENT D**

TLXJ2      FS06BAPIDR                    FLS1CL

P.O. Box 69184, Harrisburg, PA 17106-9184 | M-F 8AM to 9PM (ET) | ☎ 800-699-2908 | International 717-720-1985 | 711
**MyFedLoan.org**

# PX19
# Declaration of
# Darrelle Thompson

**DECLARATION OF DARRELLE THOMPSON**
Pursuant to 28 U.S.C. §1746

*ORIGINAL*

I, Darrelle Thompson, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.      I am 49 years old and I reside in Menifee, California. I am an adjunct professor at Riverside City College in Riverside, California. I have a Bachelor's and a Master's degree. I completed my Master's degree in 2004. I have approximately $51,000 in student loan debt.

2.      Sometime during the last week of October 2017, I received a recorded voice message on my telephone offering help with student loan forgiveness and providing a toll-free number to call. The message did not identify a company name. A couple of days later, on October 26, 2017, I called the toll-free number because I was curious about the possibility of student loan forgiveness. A man whose name was Brian Zimring answered. I indicated that I was interested in student loan forgiveness. At that time, I had two loans, both serviced by Navient. Brian took my name and telephone number and explained that his company could help me with student loan forgiveness assistance. He asked me for my Social Security number ("SSN"). I asked him why he needed my SSN. He said he needed it to look up my loans. He also remarked that his company was a "totally legitimate place." I gave him my SSN and at the same time, I accessed my Federal Student Aid ("FSA") account. He was able to view my student loan account (even though I had not given him my login information) and accurately described my two

Darrelle Thompson Declaration, page 1 of 8

government student loans.  My monthly payments were $150.39.  When he saw that my loan servicer was Navient, he told me that they were a horrible loan servicer.

3.      Brian then described the company's services.  He also asked me questions about my income, marital status, dependents, expenses, occupation, employer, whether I had ever filed bankruptcy, and other things.  I told Brian that I was married, had one child, worked part-time as an adjunct professor at a community college, and made approximately $30,000 annually.  When I told him that I was a college professor, he said that they might be able to get me into a Public Service Loan Forgiveness program, but that I would not qualify unless I worked full-time. He explained that the company would work on my behalf until they successfully enrolled me in an income driven repayment plan that would provide eventual loan forgiveness after two years.  He said that after the company completed the applications, my monthly payment would be less than the $150.39 that I was paying and it would never increase.

4.      He explained the process.  He said that they would review my student loans and come up with a product that worked for me.  They would complete the appropriate forms and send them to me to review and sign.  They would notify me as they processed and filed the required documents.  Brian explained that I would pay $1,377 for their services, but that they could arrange a loan to finance the cost of the program.  Under the finance arrangement, I would pay $49 monthly until the $1,377 was fully paid.  I asked Brian if I could prepay the balance of the $1,377 loan at any time without penalty and he assured me that I could.  Based on Brian's claims that the company would work on my behalf to place my student loans into an income-based repayment plan, and that my monthly payments would be less than the $150.39 that I was paying and would not increase over time, I agreed to

Darrelle Thompson Declaration, page 2 of 8

1   pay the $1,377 for their services.  I had some trepidation, but I thought that if I
2   paid monthly rather than paying the full cost upfront, I could figure out if the
3   company was actually fulfilling its promises before I paid them the full $1,377.

5   5.      Later that day, I received an email from Brian attaching a ten-page
6   document.  The first page identified the company, Arete Financial Freedom
7   ("Arete").  I did not know the name of the company until I received these
8   documents.  These documents included a Preparation Service Agreement, a
9   Document Preparation and Service Agreement, a Privacy Policy, a Verification of
10  Income form, a Limited Power of Attorney, and a Certification of Identity &
11  Authorization to Disclose Personal Information.  True and correct copies of these
12  documents are appended as **Attachment A**.  The Preparation Service Agreement
13  inaccurately stated that I had 21 loans.  More importantly, when I saw that there
14  was a Power of Attorney form, I determined that I was not going to sign it.  Arete
15  also sent me documents from Equitable Acceptance Corporation ("Equitable"),
16  including a Credit Request Authorization, Revolving Credit Plan, Purchase
17  Agreement, Privacy Policy, Auto Pay Terms of Use, and two form Notices of
18  Cancellation.  True and correct copies of these documents are included as
19  **Attachment B**.

21  6.      When I received these documents, I called Arete and a man answered.  I
22  asked to speak to Brian Zimring, but the man who answered, and identified himself
23  as Irving Arredondo, said that he could help me.  He also indicated that he was my
24  account manager.  I explained that Brian had emailed me some documents to
25  review and sign, but that I was not going to sign the Power of Attorney form
26  ("PoA").  He said that the PoA was only for "this."  I explained that I thought it
27  was imprudent for me to sign any PoA with them.  He relented and told me that I
28  did not need to sign the PoA form, but needed to agree to join the program and to

Darrelle Thompson Declaration, page 3 of 8

1 | pay the required fees.  Irving also told me that I needed to send them my last
2 | paycheck stub and my last year's federal income tax return, which I did later that
3 | day.  I did not sign any of the Attachment A documents that came with the PoA
4 | form that I received from Arete.  After speaking to Irving, I signed the Equitable
5 | documents (Attachment B) financing the cost of Arete's services.  The Revolving
6 | Credit Plan accurately identified our monthly household income but incorrectly
7 | indicated that I had three dependents.  Irving also told me not to make any more
8 | payments to Navient.  My last payment to Navient was on October 10, 2017.
9 |

10 | 7.      The next day, October 27, 2017, Brian emailed me login credentials to the
11 | Arete customer portal, which he said was the way that Arete preferred to
12 | communicate with me.  Along with the Arete customer portal login information,
13 | Brian sent a "welcome" letter from Equitable, and an Arete Borrower Eligibility
14 | Confirmation that identified my two federal student loans.  True and correct copies
15 | of these documents are included as **Attachment C**.
16 |

17 | 8.      I did not hear from Arete in November 2017, but I assumed that they were
18 | working on my accounts.  The Arete customer portal had a "Servicer Notes"
19 | section where I was able to discern some of the actions that Arete was taking on
20 | my student loans.  A true and correct copy of a screen shot from the Servicer Notes
21 | section of my Arete account is appended as **Attachment D**.  The Arete customer
22 | portal also included a "Documents" section where I was able to review and obtain
23 | copies of the student loan repayment requests and other forms that Arete may have
24 | filed with the Department of Education on my behalf.  I saw these documents on
25 | the portal at the time, but I did not open or review them until early in March 2019.
26 | The Servicer Notes section shows that on or about October 31, 2017, Arete filed a
27 | loan consolidation request on my behalf.  **Attachment E** is a true and correct copy
28 |

Darrelle Thompson Declaration, page 4 of 8

1  of a Federal Direct Consolidation Loan Application and Promissory Note dated
2  October 31, 2017, that I obtained from the Arete customer portal.

3

4  9.      Arete did not provide me with the opportunity to review or sign the Federal
5  Direct Consolidation Loan Application and Promissory Note before Arete filed it.
6  On page 5, the document contains my name listed under "Borrower's Signature." I
7  did not give Arete permission, through a Power of Attorney form or otherwise, to
8  sign it on my behalf. This document also contains several errors, which I believe I
9  would have spotted if afforded the opportunity to review it. For example, the
10 "Borrower Information" on page one lists the wrong address, email address, and
11 employer information for me. It also lists the names of my mother and father, but I
12 never provided Arete with that information. It does appear that my loans were
13 consolidated, changing my loan servicer from Navient to MyFedLoan. According
14 to my student loan records, my loans were in forbearance starting on December 7,
15 2017, and consolidated on or about December 17, 2017.

16

17 10.     The Servicer Notes also show that on or about February 13, 2018, Arete
18 filed an Income Driven Repayment ("IDR") application on my behalf. In the
19 notes, a man named "Jerico Saavedra" indicated that it would "take up to 90 days
20 to complete." I used the Arete customer portal to obtain a copy of an IDR
21 application dated February 13, 2018, a true and correct copy of which is included
22 as **Attachment F**. This document lists my email address with the domain name
23 "arete.com." I have never used that email address. It also falsely and without my
24 knowledge represented that I have one person living with me who is not my spouse
25 or child (Section 3, question 6). In addition, it indicated that I "cannot reasonably
26 access my spouse's income information    [y]ou will be treated as single," despite
27 the fact that I sent Arete our joint tax return showing our combined household
28 income, as evidenced by the Equitable documents that Arete sent me (see Att. B

Darrelle Thompson Declaration, page 5 of 8

and paragraph 6 of this declaration).  In addition, the form states in Section 4B that my income had "significantly changed" since the filing of my last federal income tax return.  Again, this is false.  Unfortunately, Arete did not provide me with an opportunity to review this document before they filed it.  Even though Arete placed my name in the "Borrower's Signature" line on page 4, I did not sign it.

11.     According to the "Servicer Notes," my IDR was approved on March 20, 2018, lowering my monthly payment to $98.97 beginning on March 19, 2018.  On March 23, 2018, I paid what I believed was the remaining balance that I owed to Equitable Acceptance.  A true and correct copy of a section of my credit card statement showing the payment is included as **Attachment G**.  In March 2018, I received a message in my Arete customer portal indicating that I owed Equitable Acceptance an additional $49.83.  I paid that $49.83 and it cleared my account on April 6, 2018.

12.     Apparently, around this time, Arete also filed a General Forbearance Request on my behalf, without my knowledge or consent, which put my student loans in forbearance for 30 days.  **Attachment H** is a true and correct copy of a General Forbearance Request, dated March 20, 2018, requesting a forbearance for the period from March 19, 2018, to April 19, 2018, which I did not review or sign and which I obtained from the Arete customer portal after the fact.  I note that in the space labeled "Borrower's/Endorser's Signature" on page 2, Arete put the words "Web Request."  My loan payment history found on the FSA website confirms these forbearances.  A true and correct copy of a screen shot of my FSA payment history is included as **Attachment I**.

13.     On or about April 2, 2018, I decided to login to my FSA account to find out the status of my student loans, but I was locked out of my account.  I called FSA

Darrelle Thompson Declaration, page 6 of 8

1  and was told that my login credentials had been changed without my knowledge.

2  This upset me so I called Arete to express my dissatisfaction.  I spoke to Irving

3  who said that I had signed a PoA permitting Arete to obtain access to my FSA and

4  loan servicing accounts.  This is untrue.  I intentionally did not sign the PoA.  Also,

5  the PoA does not give Arete permission to change my login credentials to my FSA

6  or loan servicer accounts.  I told Irving that I wanted the login credentials to my

7  loan servicer and FSA accounts, which he sent by email later that day.  A true and

8  correct copy of a printout of that email is included as **Attachment J**.

9

10  14.     At various times I have tried to login to my loan servicer and FSA accounts,

11  only to find that Arete had changed my login credentials.  I have called both my

12  loan servicer and FSA and advised them that I do not want anyone but me

13  accessing my accounts.  In late 2018, frustrated by the fact that Arete persisted in

14  changing my login credentials, I notified Arete by phone that I wanted to sever my

15  relationship with the company.  On December 26, 2018, I spoke to a woman who I

16  believe was Catherine Chan and she subsequently sent me an email confirming the

17  cancellation of my agreement with them.  I did not respond to it.  That was my last

18  communication from the company.  A true and correct copy of that email is

19  appended as **Attachment K**.

20

21  15.     I filed my own income recertification this year and on January 19, 2019,

22  FedLoan Servicing notified me that my payment jumped to $540.03.  I called

23  FedLoan Servicing and asked why it had increased so much.  Over the course of

24  the conversation, I learned that when Arete filed the initial IDR application, they

25  reported only my income and not our household income, which is significantly

26  higher.  I reported our household income which significantly increased the required

27  monthly payment.  I subsequently arranged for a graduated payment plan.

28

Darrelle Thompson Declaration, page 7 of 8

16.    I believe that Arete misled me and filed false information with the Department of Education in my name and on my behalf.  They reduced my loan payments by approximately $51 for ten months (March 2018 to January 2019), for which I paid $1,377.  I also accrued additional interest on the outstanding balance because they placed my loan into forbearance without my knowledge or consent.


        I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: _April   4_         , 2019        _____
                                              Darrelle Thompson

Darrelle Thompson Declaration, page 8 of 8

# Attachment A

**ARETE FINANCIAL FREEDOM**

1261 E. Dyer. Rd. #100
Santa Ana, CA, 92705
(888) 331-5827

We are a private company not affiliated with the Department of Education. You may, of course, try to complete your applications and consolidate your student loans or make changes to their repayment plans yourself without paying anyone a fee the results could be the very same or they might vary.

However, our services are private and intended to assist you through a process that many consumers don't understand or have the time to complete on their own. We wade through all your paperwork and the DOE websites and applications, finding the documents that you need. We will work in the best interest of our clients, who in many cases are stuck with their lender not offering legitimate help. In many cases, we are successful in assisting borrowers in completing applications to help mentor various programs where their lenders had previously denied them based on illegitimate reasons. For our expertise, time and the work we do we charge a fee and earn it based on a performance basis.

ATTACHMENT A

Page 566
PX19 Thompson Decl.
Attach. A

**Client Name:** Darrelle Thompson
**Address:**
**City, State Zip:** Menifee,CA

**Client ID:** 8275
**Primary Phone:**
**Alternate Phone:**


Date: Oct 26, 2017

Thank you for contacting Arete Financial Freedom. Based on the information you have provided to our company, we believe that you may qualify for one or more student loan assistance programs offered by the U.S. Department of Education. Arete Financial Freedom is a privately owned company that helps consumers like you identify assistance programs offered by the U.S. Department of Education that may be suitable to your situation. We gather the relevant application documents and then prepare those documents for submission.

**To begin, please carefully read the enclosed Agreement and all of its attachments, and make sure that all** pages are signed and dated where indicated. Be sure to retain a copy of all documents for your records.

If you have any questions when reviewing the attached documents, please feel free to contact us at the above number or your designated representative:

We will follow up and keep you informed during the application preparation process. We are certain that you will find our services helpful in achieving your student loan program assistance needs.

      **Client Signature:**                                        Date:

Preparation Service Agreement

Client First Name:Darrelle                                    Client Last Name: Thompson

                                                              Former Last Name:

Street Address:                                               City, State, Zip: Menifee, CA

Client Email:              @yahoo.com


Estimated Total Federal Loan Balance: $51,813.00             Loan Status:

Approximate Current Monthly Payment: $                        Number of Loans: 21

Estimated New Loan Payment: $0.00                             New Loan Payment Validation Term: Annually

Estimated Payment Term (Months): 120


Client SSN:

DL/ID Number & State:                                         FASFA PIN:

Employer Name: Redacted                                      Occupation: Adjunct Professor

Employer Street Address: Redacted                            Employer City, State, Zip: Riverside, CA,92506

Employer Phone: Redacted                                     Family Size: 3

Marital Status: Married Filing Jointly                       Filing Status: Married Filing Jointly

Current Annual Income: $30000                                Form of Documented Income: 1040

Spouse First Name:                                           Spouse Last Name:


Spouse Employer Name:                                        Spouse Work Phone:

Spouse Annual Income: $                                       Client PSLF Candidate (Yes/No):

                                                                             or

Reference 1 Full Name:                                       Permanent Address: 1290

Reference 1 Phone                                            Relationship to Client: Friend

Reference 2 Full Name:                                       Permanent Address:

Reference 2 Phone:                                           Relationship to Client: Friend


Client confirms that all of the above information is true and correct to the best of their understanding at the present time, and Arete Financial Freedom bases, in part, its decision to accept Client and provide services to Client on the accuracy of the above information. Arete Financial Freedom shall not be held responsible in any way for the accuracy of the above information, any claim arising from use or storage of such information, or carrying out its contractual obligations using the above information

Page 3 of 10

**Page 568**
**PX19 Thompson Decl.**
**Attach. A**

| Client Signature: | | Date: | |
|---|---|---|---|

Page 569
PX19 Thompson Decl.
Attach. A

## Document Preparation and Service Agreement

This Service Agreement is entered into on the date shown below between Arete Financial Freedom ("Company") and the Client listed above ("Client").

Company provides document preparation services to assist consumers who are applying for Federal Student Loan Consolidation Services and 1) verifies completion of your application for a Federal Student Loan Consolidation OR 2) changes your repayment plans or re-enrollment on your behalf, OR alternatively, completes another Department Of Education sponsored program suitable for Client using Department of Education ("DOE") forms. **Company is a private company, not affiliated with any government agency,** and for a fee Company will assist in assembly of loan consolidation documents or other application documents for student loan debt assistance programs offered by the DOE. Company is not a lender, a debt consolidation company, or a law firm and does not provide legal advice or act as Client's legal counsel in front of the DOE.

Company and Client do hereby understand, covenant and agree to the following:

    1. **Provide Complete and Truthful Information.** Company will provide Client with an overview session limited to their federal student loan debts and Client expressly represents and warrants that Client will provide Company with information that is complete, accurate and truthful.

    2. **Performance of Services.** Upon receipt of all information from Client, Company shall promptly analyze Client's situation, review the information provided by the Client, and complete the application forms required for the DOE program(s) that have been selected by the Client. Company shall prepare for filing an application to initiate a Federal Student Loan Consolidation or make changes to their repayment plans through the DOE on behalf of Client, or alternatively and at the Client's option, identify and apply for other DOE-sponsored programs suitable for Client. All completed applications shall be delivered by Company by direct submission to DOE. Company will monitor application progress and provide reasonable updates to Client.

    3. **Client Obligations.** Proof of Income must be provided to the Company and is an integral part of our service. If you do not or cannot produce your proof of income (30 - 31 consecutive days of paystubs OR the most recent year's Tax Return) then you lose the opportunity to repay your student loan debts using the lowest possible payment.

    Client must submit proof of income within 31 days (30 - 31 consecutive days of paystubs OR the most recent year's Tax Return). The 31 days begin when you sign this agreement. If 31 Days pass and we have NOT received your proof of income, then we will cancel your file and cancel this agreement. If this happens, you may reapply on your own or attempt to use our services again subject to a new agreement.

    All other requested documentation must be provided to Arete Financial Freedom within ten (10) business days of Client's receipt of such request. Failure to provide documentation may cause documents to expire which may delay the consolidation or other changes to your repayment plans processes or cause consolidation or changes to your repayment plans to expire or be rejected by the DOE. Arete Financial Freedom shall not be held liable for rejected or expired consolidations or changes to your repayment plans in the event Arete Financial Freedom is unable to contact Client after several attempts.

    Once your Direct Consolidation Loan or changes to your repayment plan is complete, you will not be able to "unconsolidate" any portion of the loan. All consolidations and changes to your repayment plans are performed by the DOE or its servicers- Arete Financial Freedom does not consolidate your loans or lend you funds. If you find any errors (incorrect information, missing loans, etc.) or wish to discontinue our services or the consolidation or changes to your repayment plans process, please call us immediately at (888) 331-5827.

    4. **Fees that Client Pays.** The payment of $1377 for Company's services relating to the student loan assistance application, their preparation and delivery to the DOE are included in this fee in the first year. If your plan requires a yearly recertification then an additional 2 years of recertification is included at no cost to you **IF you make your Third Party payment of fees on time according to the schedule with them.** Clients who are enrolled in a Standard plan will not receive an additional 2 years of recertification.

    The payment of our $1377 fee is processed by a Third Party. Client may, independent of Company and at Client's option, uses a third party credit provider to advance fees to the Company. Any such finance or credit arrangements are between Client and independent providers subject to their own terms and agreements. If Client elects such, Client should review the separate Credit Plan which sets the schedule for the fees that the Client will be charged. The Credit Plan pays all authorized services provided by Arete Financial Freedom under this Agreement. In no way does Arete Financial Freedom offer its own Credit Plan or administer the Credit Plan offered by Third Parties.

    No fees will be earned by the Company until the Company 1) verifies completion of your application for a Federal Student Loan Consolidation or 2) changes your repayment plans or reenrollment on your behalf, or alternatively, completes another Department Of Education sponsored program suitable for Client.

    Should Client not complete or if Client cancels, any elected Third Party Credit Plan payments, the full amount of $1377 **will be due immediately** when Company either 1) verifies completion of your application for a Federal Student Loan Consolidation or 2 ) changes your repayment plans or reenrollment on your behalf, or alternatively, completes another Department Of Education sponsored program suitable for Client.

    5. **Limited Guarantee.** Company guarantees that the documents it provides for Client in the first year will be sufficient to obtain a federal student loan consolidation or changes to Client repayment plans or acceptance into another DOE-offered program for student loan debt subject to the following conditions: (1) Client fully cooperates, is honest, complete and timely in providing all information requested by Company and DOE; and/or (2) Client does not possess a characteristic that pursuant to DOE rules or applicable law would disqualify Client from receiving a consolidation or changes to Client repayment plans.

    6. **FREE 2 Years.** Because we offer FREE recertification yearly, for 2 additional years IF your plan requires yearly recertification, any time a Client cancels during the 2 additional years DOES NOT ALLOW THE CLIENT TO RECEIVE ANY MONEY BACK. The $1377 fee was paid relating to the student loan assistance application and its preparation and delivery to the DOE in the first year and is not to be construed as a pro ration of fees or as an installment of fees. If your plan requires yearly recertification, an additional two years of recertification is included at no cost to you as an incentive to pay your Third Party fees on time without interruption or notice of nonsufficient funds. You must follow the original Third Party schedule of payment dates in order to receive your 2 years of recertification.

    In the event that the DOE or any Servicers change their policies or programs that would adversely affect the Company's ability to continue to offer consolidation or changes to Client repayment plans application prep or similar services to the public, at the Company's discretion these recertification benefits may be discontinued.

    7. **Process Summary.** Once Client provides Company with all requested information and paperwork, Company will begin preparing relevant documents and will submit them to the DOE.

    8. **Indemnification and Hold Harmless.** Client hereby agrees to defend and hold harmless Company from and against any claims and liability of any nature whatsoever arising out of or in connection with Client's failure to timely provide requested information to Company, Client's lack of authority or ability to complete terms of this Agreement, and all other claims arising out of this Agreement or relating to Client's loans and other financial obligations. This Agreement constitutes the entire agreement between the parties. Company makes no warranty, express or implied, as to the fitness of any recommendation it may make to Client arising out of this Agreement. Except for cause, Client unconditionally waives any right of action against Company, its officers, directors, employees, agents, brokers and assignees, at law, equity or any other cause of action for any reason, directly, indirectly or proximately believed to arise out of this Agreement, for any damages of any nature whatsoever that Client may incur by reason of Client

Page 5 of 10

**Page 570**
**PX19 Thompson Decl.**
**Attach. A**

following any recommendation of Company or Client's failure to follow any recommendation of Company, whether any singular, concurrent or series of recommendations are acted upon or not acted upon in whole or in part by Client. Client understands that Company is solely a document preparer and education provider. Company shall never act as a legal intermediary between Client and any creditor not limited to the DOE. This section shall survive any termination of this Agreement.

9. **Important Limitation on Consumer Rights- Mandatory Arbitration Requirement- Please read carefully:** In the event of any controversy, claim or dispute between the parties arising out of or relating to this agreement or the breach, termination, enforcement, interpretation, conscionability or validity thereof, including any determination of the scope or applicability of this agreement to arbitrate, shall be determined by arbitration in Orange County, California or in the county in which the consumer resides, in accordance with the Laws of the State of California for agreements to be made in and to be performed in California. The parties agree that the arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to its rules and procedures and an arbitrator shall be selected by the AAA. The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. The award rendered by the arbitrator sha l be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. If either party fails to comply with the arbitrator's award, the injured party may petition the circuit court for enforcement. The parties agree that either party may bring claims against the other only in his/her or ts individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost (not attorneys' fees) of arbitration equally. In the event a party fails to proceed with arbitration, unsuccessfully challenges the arb trator's award, or fails to comply with the arbitrator's award, the other party is entitled to costs of suit, including a reasonable attorney's fee for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrator's ruling except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section, the arbitration requirement and class action waiver shall survive any termination.

10. **Important Disclosure. You may, of course, try to complete your applications and consolidate your loans yourself without paying anyone a fee – the results could be the very same or they might vary. However, our services are private and focused; we wade through all your paperwork and the DOE websites and applications, finding the documents that you need. Then we take the time to accurately prepare the documents for you backed by our guarantee (see above).**

11. **Entire Agreement.** By virtue of Client's signature below, Client acknowledges that he/she has read, understands and agrees to every term, covenant and condition of this Agreement without change or modification and that he/she has received a true and complete copy hereof, effective on the date below. This Agreement is the only Agreement between the parties and there is no other collateral agreement (oral or written) between the parties in any manner relating to the subject matter of this agreement. If any portion of this agreement is held to be invalid or unenforceable, the remaining provisions will remain in effect. It is the parties express intent that the Arbitration Section of this Agreement be the preferred and sole method for resolving all disputes and claims between the parties. The parties mutually understand and agree that a facsimile copy signature or an electronic signature on this agreement shall be deemed an original for all lawfully enforceable purposes.

12. **Limitations on Damages.** Liability under this Agreement and/or relating directly or indirectly to Client's participation in any government loan or relief program, under any theory of liability regarding any claim by the Client is limited to the amount of fees paid by Client and received by Company. The Parties agree to be contractually bound to such limitation on any damages, and agree not to demand or attempt to recover any amount in excess of such. This section shall survive any termination.

13. **Information Authorization.** Client hereby authorizes Company to verify past and present employment earnings records and any other asset balances that are needed to process my application request(s). Importantly, Company does not provide any form of credit repair, credit score enhancement, unsecured or secured debt relief, or legal or tax advice, so any information obtained by Company can't be used for those purposes.

14. **Electronic and Voice Communication Consent.** Client consents to do business electronically with Company. Client understands that electronic transactions, not limited to emails, are inherently unsecure and that both Client and Company will take all reasonable steps to maintain the Privacy of the information shared between the parties. Client consents to receive information and documents relating to this Agreement and Company services via electronic mail, text message, facsimile, voicemail, and any other common electronic means. Client understands that all costs associated with the receipt, review and use of such electronic communications shall be those of Client, such as maintaining access to the Internet or paying for text messages. Client consents to receive updates and documents relating to this Agreement and the services and programs offered by Company via prerecorded voice messages, text/SMS messages, and/or through the use of an automated dialing system. Client may contact Company at any time to opt-out of receiving updates, new programs or offers through prerecorded or autodialed messages.

15. **Servicing Rights.** Client understands that Company may use a third party to assist in processing duties pursuant to this Agreement. Company may unilaterally assign, transfer and/or sell the servicing, processing and/or receivables relating to this Agreement to an independent provider. In the event of a partial or complete transfer, the terms and obligations of this Agreement shall remain in full force and effect.

BY SIGNING BELOW (ELECTRONICALLY OR PHYSICALLY), **I Darrelle Thompson HEREBY ACKNOWLEDGE THAT I HAVE NOT BEEN ADVISED BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES TO FOREGO A STUDENT LOAN PAYMENT OR DEFAULT ON ANY CREDITOR OBLIGATIONS. FAILURE TO MAKE TIMELY CREDITOR PAYMENTS COULD DISQUALIFY THE CLIENT FROM OBTAINING DOE RELIEF AND NEGATIVELY IMPACT CLIENT'S CREDITWORTHINESS.** CLIENT ACKNOWLEDGES THAT NO GUARANTEES CONCERNING THE SUCCESS OF ANY LOAN CONSOLIDATION OR CHANGES TO THEIR REPAYMENT PLANS HAVE BEEN PROVIDED TO CLIENT BY COMPANY, EXCEPT AS CONTAINED HEREIN. I UNDERSTAND AND CONSENT TO THE ARBITRATION CLAUSE, CLASS ACTION WAIVER, AND LIMITATION OF LIABILITY CONTAINED HEREIN, AND HAVE HAD THE OPPORTUNITY TO REVIEW THIS AGREEMENT IN ITS TOTALITY AND ASK ANY QUESTIONS OF COMPANY.

| | | |
|---|---|---|
| **Executed Om This Date:** | Nov 27, 2017 | |
| **Client Signature:** | | Date: |
| **Client Name:** | Darrelle Thompson | DOB |
| **Company Authorized Representative:** | | Brian Zimring |

**UNDERSTANDING THE USE OF YOUR SOCIAL SECURITY NUMBER**

I Darrelle Thompson understand that during the document preparation process, Arete Financial Freedom will need to access my Student Loan Programs for informational purposes, only. Any information obtained on my behalf from the Government or Servicer site will be used solely for the purpose of preparing documents. The site may ask for my Social Security number and I have supplied that to Arete Financial Freedom to obtain information specific to my loans that will assist in the assembly of loan consolidation documents or changes to my repayment plans or other application documents for student loan assistance programs offered by the DOE. Arete Financial Freedom is not a lender, a debt consolidation company, or a law firm.

| | | |
|---|---|---|
| **Client Signature:** | | Date: |

Page 571
PX19 Thompson Decl.
Attach. A

**Privacy Policy**

Arete Financial Freedom (Hereinafter "Company") is dedicated to protecting your privacy and providing you with the highest level of service. This Policy explains what Company does to keep information about you private and secure. This Policy covers only information that you provide to Company or that it obtains about you from companies that you have chosen to do business with. Please read this Policy carefully and contact us if you have any questions.

**Personal Information We Collect**

The personal information we collect about you comes from the following sources:

- Information we receive from you, such as your name, address, and telephone number, or other information that you provide to us over the phone or in documents or applications;
- Information about your transactions, such as your account balances with your creditors, payment histories, account activity, and all other information that may be contained in your credit card statements or other reports relating to your debt, and;
- Information we receive from consumer reporting agencies and other sources, such as your credit bureau reports, collection agency reports or other communications, and other information relating to your payment histories, creditworthiness, annual income, or ability to satisfy your obligations.

We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such information in order to effect or carry out any transaction that you have requested of us or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us, companies that act on our behalf to market our services, or others only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider.

By carrying out those services, we may disclose your information, as we see fit and as permitted by law, to your creditors, credit card companies, collection agencies, banks, and other entities and individuals specifically necessary to effect, administer and perform our services.

**Your Choices/Opt-out**

We provide you the opportunity to 'opt-out' of having your personally identifiable information used for certain purposes. By providing information to Company you are consenting to the collection, use and disclosure of such personal information in the manner described in this privacy policy. We provide you the opportunity to withdraw your consent when such information is collected. Such consent may be withdrawn by calling the telephone number provided below or may be done in writing/email and sent to our customer service department at the following physical address: **ARETE FINANCIAL FREEDOM**, 1261 E. Dyer. Rd. #100 Santa Ana, CA, 92705 (888) 331-5827

**How We Protect Your Information**

We train our employees to protect all customer information. We maintain physical, electronic and procedural controls that comply with government standards. We authorize our employees, agents and contractors to get information about you only when they need it to do their work with us. You can help to maintain the security of your online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or method of electronic storage, is 100% secure.

**Client Signature:** _____   Date: _____

<u>VERIFICATION OF INCOME</u>

Date: Oct 26, 2017

Dear Employer: Riverside Community College

We need your help concerning the paystubs for this employee. We need you to provide 30 days of the most recent paystubs   a copy of the actual paystubs, as soon as poss ble. The employee has signed his consent to release them and we are working under a deadline to receive these paystubs.

Employee Name:          Darrelle Thompson
Employee Social Security Number:

**PLEASE SEND 30 DAYS OF THE MOST RECENT PAYSTUBS TO:**

**FAX: (888) 366-2219**
**EMAIL: info@aretefinancialfreedom.com**

**I am the individual, to whom the requested information or record applies. Please note that you, as my Employer, may be asked other employment questions at a later date, if the paystubs do not contain all the information needed by this Company.**

Employee Signature:
Name of Employer:          Riverside Community College

**ARETE FINANCIAL FREEDOM**, 1261 E. Dyer Rd. #100, Santa Ana, CA, 92705 (888) 331-5827

Page 8 of 10

**Arete Financial Freedom**

**Limited Power of Attorney**

This is a Limited Power of Attorney for Arete Financial Freedom to communicate with all parties involved with my Federal Student Loans.

I (Principal), expressly authorize Arete Financial Freedom, its agents and representatives (hereinafter AFF) permission to communicate with all parties involved with my Federal Student Loans, to whom I understand and agree I remain primarily obligated. For the purpose of assisting AFF in carrying out its obligations pursuant to our Agreement, I understand and agree that this authorization does not represent an engagement of AFF for legal services, nor does it expand the scope of AFF obligations under our Agreement. It is solely to permit AFF to communicate with all parties involved with my Federal Student Loans, including the creation of my FSA ID.

1. Principal hereby grants to said attorney in fact full power and authority to do and perform each and every act and thing which may be necessary, or convenient, in connection with any of the foregoing, as fully, to all intents and purposes, as principal might or could do if personally present, hereby ratifying and confirming all that our said attorney in fact shall lawfully do or cause to be done by authority hereof to communicate with the Department of Education (DOE), DOE loan servicers, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans and the specific obligations that AFF has undertaken.

2. I understand and agree that AFF is not authorized to dispense any legal advice, nor will I request or accept such, relating to my personal financial situation. All communications between my creditors, the parties listed above and AFF are with my express permission and instruction. I understand that AFF is not a law firm, is not licensed to practice law or provide legal advice, and I expressly agree to waive, forgo, indemnify and defend any claim by Principal against AFF relating to the practice of law. I understand that any creditor or collection activity, demands, or lawsuits are unrelated to my enrollment in the AFF program.

3. In accordance with Section 805(b) of the Fair Debt Collection Practices Act, I hereby authorize third party communication from any and all employees of the Department of Education (DOE), DOE loan servicers, licensed collection agencies and all creditors or other third parties to communicate directly with AFF concerning my account or the collection activities associated with it.

Principal Signature: _____

Page 9 of 10

**Page 574**
**PX19 Thompson Decl.**
**Attach. A**



# United States Department of Education

## Certification of Identity & Authorization to Disclose Personal Information

**Privacy Act Statement.** Department regulations require a person who submits a written request for access or disclosure of records to submit personal data sufficient to identify the individual submitting the request. 34 C.F.R. Section 5b.5(b). We solicit the information requested here in order to ensure that the records of individuals who are the subject of Department systems of records are not wrongfully disclosed by the Department. If you fail to furnish this information we will take no action to honor your request. Required information is indicated in CAPS.

FULL NAME OF REQUESTER: [PLEASE PRINT] Darrelle Thompson

ADDRESS: [STREET]

[CITY] Menifee [STATE] CA [ZIP]

Phone: [ ] Email @yaoo.com

SOCIAL SECURITY NUMBER [¹] DATE OF BIRTH: [MM/DD/YY]

### Authorization to Disclose Personal Information to Another Person

I authorize the Department of Education and its agents to release to, and discuss with, the individual named below as my representative, any records of the Department regarding my student financial assistance loan or grant obligation(s) to the Department, for the purpose of assisting me in satisfying the obligation:

FULL NAME OF REPRESENTATIVE: ARETE FINANCIAL FREEDOM

ADDRESS: [STREET] 1261 E DYER RD

[CITY] SANTA ANA [STATE] CA [ZIP] 92705

PHONE: 888 331 5827 [Relationship To Requester] 3RD PARTY ORGANIZATION

I authorize the Department to honor this authorization unless and until I revoke it in a written notice and the designated office of the Department receives that notice. I understand that whenever requesting disclosure of information, the representative named here must submit information to verify his or her identity.

I UNDERSTAND THAT IN ORDER TO VERIFY HIS OR HER IDENTITY WHEN MAKING A REQUEST FOR DISCLOSURE BY TELEPHONE, THE REPRESENTATIVE MAY BE REQUIRED TO PROVIDE MY SSN, DOB, AND THE DATE ON WHICH I SIGNED THIS AUTHORIZATION.

I declare under penalty of perjury that I am the person named above as the requester, that I authorize release to the individual named as representative, and that the statements I provided here are true and accurate. I understand that any false statement is subject to punishment under 18 U.S.C. Section 1001 by fine or imprisonment of not more than five years, and that a knowing and willful request made under false pretenses for a record of an individual is subject to punishment under 5 U.S.C. Section 552a(i)(3) by a fine of up to $5000.

DATE: _____ SIGNATURE _____

¹ You are not required to provide your SSN or DOB. However, we ask you to provide your SSN and DOB only to facilitate the identification of records relating to you, and unless you provide your SSN and DOB, we may be unable to locate any or all records pertaining to you

Completed authorizations should be mailed to:

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE TX 75403 5609

Page 575
PX19 Thompson Decl.
Attach. A

# Attachment B

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

DocuSign Envelope ID: 0B1A7BB6-987A-4755-905F-0243F336436F



## Credit Request Authorization

I hereby certify that the information has been furnished with the understanding that it is to be used to determine the amount and conditions of my contract. Furthermore, I hereby authorize the financial institutions listed in this credit application to release necessary information to the company for which credit is being applied for in order to verify the information contained herein.

DARRELLE THOMPSON

DARRELLE THOMPSON (Applicant Signature)

10-26-2017

Date

ATTACHMENT B

The original document is owned by Equitable Acceptance and this copy was created on Oct 26, 2017 01:30:17 PM.

**Page 576**
**PX19 Thompson Decl.**
**Attach. B**

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

DocuSign Envelope ID: 0B1A7BB6-987A-4755-905F-0243F336436F

## Equitable Acceptance Revolving Credit Plan

### Arete Financial LLC

**Applicant**

| | | | | | | |
|---|---|---|---|---|---|---|
| Contract# : | 174858275 | | | | | |
| Soc Sec. No.: | | Track # : | 117788 | Reference # : | 28185 | |
| Name : | Darrelle Thompson | Phone : | | Email : | | @yahoo.com |
| Address : | | Location: | Menifee CA | , United States | | |
| How long at addr. : | 1 Yrs. | Home Ownership : | Owner | Marital Status | Married | |
| Drivers License : | | Mortgage : | $1,800.00 | Dependents : | 3 | |
| Income Type : | Employed | Monthly Salary : | $1,583.00 | Monthly Household Income : | $6,805.00 | |
| Months. Of Employ. : | 108 | Employer : | Riverside Community College | Obligation : | | |
| Employ. Address | | Employ. Location : | Riverside CA | Employ. Phone : | Redacted | |

**Applicant References**

| | | | |
|---|---|---|---|
| Name : | Dianna Fream n | Phone : | (951) 349-7294 |
| Address | | Location : | |

By signing below, I (or "we", hereafter, if more than one purchase) agree to authorize you to obtain credit report and any other information about my (our) creditworthiness from credit bureaus and other sources which you consider necessary and appropriate. Further, I authorize you to obtain verification of my salary level(s) from my employer(s). I authorize you to give information concerning your credit experience with me (us) to others including credit bureaus. I authorize you to furnish information about my account to credit reporting agencies and anyone else who may lawfully receive such information. By signing below, I am executing my Revolving Credit Plan with you (the "Credit Plan") as well as signing my Credit Application. I agree to be bound by all of the terms and conditions of Credit Plan as stated on the reverse. I understand that you will rely on the information stated in my Credit Application in granting me credit under the Credit Plan and therefore, I warrant that all statements made in Credit Application are to the best of my knowledge true and correct. Upon signing this, I acknowledge receipt of a true and complete copy including a copy of the important notice regarding errors or inquires about

| | | |
|---|---|---|
| Arete Financial Llc | Rep ID: 28185 | Date:  10/26/2017 |
| (Seller-Company Name) | | |

2

The original document is owned by Equitable Acceptance and this copy was created on Oct 26, 2017 01:30:17 PM.

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

DocuSign Envelope ID: 0B1A7BB6-987A-4755-905F-0243F336438F

## REVOLVING CREDIT PLAN

*. PURCHASES UNDER THIS AGREEMENT. This Revolving Credit Plan governs all purchases of authorized products or merchandise made by me from Seller. This Revolving Credit Plan and all purchases authorized products or merchandise are subject to acceptance by Seller and its assigns. I may make future purchases under the terms of this agreement by written Sales Orders, mail or telephone to the amount of credit extended under this agreement. These purchases will be debited against the line of credit that you (meaning only Equitable Acceptance Corporation or any other sales organization to which this agreement is assigned and accepted) may establish hereunder based, in part, on the information I (meaning each person who signs as Purchaser or Co-Purchaser) provided on the front side of this agreement. If my initial purchase is approved as a line of credit established for me, provided that I am told of my obligations under agreement, I will be able to make additional purchases under this agreement from time to time only of authorized products by written Sales Orders mail or telephone up to the amount of extended under this agreement. Additional purchases may be made in excess of the credit extended me under this agreement only upon written application and advance approval by you. I understand may be required to reapply for The Revolving Credit Plan if I want to use it for additional purchases and that this requirement will be exercised at the sole discretion o Equitable Acceptance I hereby authorize you to periodically notify me of authorized merchandise, which I may purchase

2. ASSIGNMENT. I understand that seller may assign this agreement to Equitable Acceptance Corporation. I further understand that this agreement will be effective whether or not it is assigned Equitable Acceptance Corporation or to any other sales finance organization. If this agreement is assigned to and accepted by Equitable Acceptance Corporation, I will make my payments directly Equitable Acceptance Corporation. If this agreement is not assigned to and accepted by Equitable Acceptance Corporation, I will make my payments directly to seller or any other sales finance to which this agreement has been assigned and accepted, which will be the owner of this agreement.

3. BILLING STATEMENTS. You will send me a monthly billing statement if I have an undisputed debt or credit balance of $1.00 or more at the end of the billing period, unless you have started proceedings against me.

4. MONTHLY PAYMENTS. (a) Date, Amount Due and Application of Payments. I agree to pay you within 15 days after each statement closing date, at least the Minimum Payment shown on my billing You will credit payments when received and apply them first to finance charges. I HAVE THE RIGHT TO PAY IN ADVANCE THE FULL AMOUNT DUE. (b) Determining the Amount of the Minimum Payment. I make my first purchase under this agreement, I will, unless otherwise agreed pay a minimum of 3%, or more if I choose, of the total price of the products or services purchased under this as my monthly Minimum Payment. The dollar amount of the monthly Minimum Payment will remain the same until my next purchase, if any, of authorized products. At that time, you will apply same percentage to my new balance. All monthly Minimum Payments are rounded up to the next whole dollar. (Example: $49.05 will be rounded up to $50.00).

5. FINANCE CHARGES. (a) Agreement and Calculation of Finance Charges. I will pay the finance charge calculated by applying a periodic rate to the Average Daily Balance as shown on the chart There is no minimum finance charge. (b) Determining the Average Daily Balance. To determine the Average Daily Balance, first you will take the beginning balance of my account each day, unless prohibited by my state of residence (CA, LA, ME, MD, MN, MS, NY, NC, NE, VA, VT) new purchases will be added to my beginning balance on the date of posting. In the states of CA, ME, MD, MN, MS, NY, NC, NE, VA, VT new purchases will not be added to my beginning balance until the first day of the next billing period and finance charges will not be imposed on those purchases until such date. Then you will subtract any payments or credits to arrive at the daily balance. Finally, you will add up all of the daily balances for the billing period and the total by the number of days in the billing period. This determines the Average Daily Balance. (c) Period for Which Finance Charges are Assessed. If finance charges are imposed on new In my state, finance charges for my purchases begin on the date you post the purchase to my account. In all other states, finance charges begin on the first day of the next billing period if I pay the full amount of the New Balance shown on my billing statement within 15 days after the Closing Date shown on the statement, you will not charge me any finance charges for the between the Closing Date and the date I make my payment. (d) Effect of Failure to Make Minimum Payment. If I fail to make a Minimum Payment for a billing period, my Minimum Payment for next billing period will be the amount of the Minimum Payment due, plus any unpaid previous Minimum Payments, Late Charges and any other charges provided for under this agreement or applicable

| PURCHASER'S RESIDENCE DETERMINED BY ADDRESS ON DATE AGREEMENT IS SIGNED | AVERAGE DAILY BALANCE SUBJECT TO FINANCE CHARGE | DAILY PERIODIC RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|
| CA | ALL BALANCES | .0575% | 20.99% |

| ESTIMATED TIME TO PAY OFF BALANCE IN FULL ONLY IN MINIMUM PAYMENTS | NSF CHARGES | LATE FEES |
|---|---|---|
| 40 MONTHS | $20.00 CHARGED FOR DISHONORED PAYMENTS | $15.00 LATE FEE APPLIED IF MINIMUM MONTHLY PAYMENT IS OVER 15 DAYS LATE |

6. TERMINATION/MODIFICATION. You may limit or cancel my right to make further purchases of authorized products under this agreement at any time I am in default. Any other change in my credit or termination of this agreement, which is not due to my default, will take effect 30 days following your sending me notice as required by law. You may limit or cancel my right to make further under this agreement.

7. NSF CHARGES. Reference Table above for detailed NSF charges.

8. LATE FEES. Reference Table above for detailed Late Fee charges.

9. DEFAULT. Unless otherwise provided by law I will be in default if I fail to pay at least the Minimum Payment on time below in any, 12-month period, and if I am in default, you can make pay my entire balance (including unpaid finance charges) without demand or notice of any kind whatsoever, unless you are required by law to give me notice of my default and an opportunity cure it. In that case, if you give me notice and I do not cure my default, at that time you can make me pay my entire balance (including unpaid finance charges) without demand or notice any kind whatsoever.

10. defenses against holder. notice: any holder of this consumer credit contract is subject to all claims and defenses which the debtor could assert against the seller of goods or services pursuant hereto or with the proceeds hereof. recovery hereunder by the debtor shall not exceed amounts paid by the debtor hereunder.

11. CREDIT INFORMATION. By your signature on the front side of this agreement, I authorize you to obtain a credit report and any other credit information about my credit worthiness.

12. CHANGES IN TERMS. You may make changes in the rates and other terms of this agreement as permitted by law upon my receipt of prior notice of such changes. Any changes of rates or other may apply both to new purchases of subsequent products and to the outstanding balance of my account. I will be notified at least 15 days in advance of any such changes, and such notice be sent to my current address as shown in the records of my account. Such notices will be sent first class regular mail and will, for purposes of this agreement, be deemed received by me mailed to my address as shown in the records of my account.

13. RETURN POLICY. Except as provided in the Notice of Cancellation on the Sales Order, all sales are final and purchases may not be returned or unwound.

14. ENTIRE AGREEMENT AND SEVERABILITY. This agreement is the entire agreement between us. If any of its provisions are found unenforceable for any reason under the law, that finding will affect the validity of any other provision herein.

15. ATTORNEY FEES AND COLLECTION COSTS. If this contract is referred to any attorney or third party collection agent for collection, I agree to pay the amounts actually incurred by you collection costs and attorney fees to the extent permitted by the law of my state.

16. SECURITY INTEREST. I understand you retain a security interest in all goods purchased, if any, until they are fully paid for under the terms of this agreement.

17. PRIVACY ACT PROVISIONS. I hereby authorize the Department of Defense and its various departments and commands to verify my social security number and disclose my home address to the of this contract so that you may contact me in connection with my financial business relationship with the holder of this contract and for no other purpose. I hereby re-find for communication

18. JOINT AND SEVERAL LIABILITY My obligations under this agreement are joint and several. "I", "my" and "me" include each person who signs this agreement as a purchaser of any kind.

19. VENUE/JURISDICTIONS. I agree that you may, as determined within your sole discretion, sue me for any default and/or breach of any term of this agreement, and may do so in the courts the State of Minnesota. I further agree by signing this agreement to submit personally to the jurisdiction of any such Minnesota court.

21. CUMULATIVE REMEDIES. All remedies available to you and against me shall be cumulative.

22. APPLICABLE LAW. This agreement shall be governed by the laws of the State of Minnesota to the extent permitted by law.

23. ASSIGNMENT. For value received, the undersigned assigns to Equitable Acceptance Corporation this contract. The assignment is governed by and made subject to a Master Dealer Agreement or similar document between Seller and Equitable Acceptance Corporation.

The original document is owned by Equitable Acceptance and this copy was created on Oct 26, 2017 01:30:17 PM.

3

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD ℠) Service.

DocuSign Envelope ID: 0B1A7BB6-987A-4755-905F-0243F336436F

## Purchase Agreement

Seller      **Arete Financial LLC**

Billing

Sold To :      DARRELLE THOMPSON      Address :

Location :      MENIFEE CA, Red, United States
acte

Shipping

Ship To :      Darrelle Thompson      Address :      Redacted

Location :      Menifee CA      , United States      Best Phone :      Home

Best time :      12PM      Email Address      @yahoo.com

1st Month Payment : 01/5/2018      Initial :

Correspondence By Email & Text ( ending - 8349 )  Initial :
**Your carrier's standard messaging rates apply**

| No  Pieces | Product Description | | Total Price |
|---|---|---|---|
| 1 | | $1,377.00 | $1,377.00 |

| Sale Price | Total Sale Price | Down Payment | Unpaid Balance | Payment | 1st Month Payment |
|---|---|---|---|---|---|
| $1,377.00 | 1 377.00 | $0.00 | $1 377.00 | | 01/5/2018 |

Purchase Agreement be accepted under the Credit Plan, and I agree to pay the Unpaid Balance in accordance with the terms of the Credit Plan. Unless otherwise agreed (see specific instruction) The Minimum Payment under the Credit Plan, to be made each month by me, will be 3.0% of unpaid balance plus previous unpaid. Minimum Payments. BUYERS RIGHT TO CANCEL: YOU MAY CANCEL THE PURCHASE MADE UNDER THIS AGREEMENT WITHOUT PENALTY OR OBLIGATION. WITHIN 3 DAYS (ALASKA RESIDENT - 5 DAYS) AFTER THE DATE OF THIS ORDER IF IT HAS BEEN SIGNED BY YOU AT A PLACE OTHER THAN THE ADDRESS OF THE SELLER WHICH MAY BE ITS MAIN OFFICE OR A BRANCH OFFICE. PLEASE SEE NOTICE OF CANCELLATION FORM BELOW FOR A FULL EXPLANATION OF THIS RIGHT.

NOTICE TO BUYER

(1) Do not sign this agreement if any of the spaces intended for the agreed terms hereof are blank to the extent such information is available at the time of signing. (2) You are entitled to two copies of this agreement at the time you sign it and the included Notice of Cancellation. (3) You may pay off the full unpaid balance due under this agreement at any time. The unpaid balance is the amount listed on your

Representative ID:      28185      Date: 10/26/2017

Date:      10-26-2017

The original document is owned by Equitable Acceptance and this copy was created on Oct 26, 2017 01:30:17 PM.

**Page 579**
**PX19 Thompson Decl.**
**Attach. B**

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.
DocuSign Envelope ID: 0B1A7B86-987A-4765-905F-0243F336436F

## Equitable Acceptance Corporation
### Privacy Policy

Equitable Acceptance Corporation knows that the privacy of the personal information that we receive about you is important to you. We understand that you trust us to protect the confidentiality and security of that information. This notice informs you of our privacy policy and describes how we treat the information we receive from you.

### Information We May Collect About You

We collect nonpublic information about you only in connection with the services you request of us. The types of nonpublic personal information that we collect vary according to the services that we perform for you, and may include: (1) information that we receive from you (such as your name, address, income, assets, social security information, and other financial or household information); (2) information about your relationship and past history with us and others (such as payment history and amounts owed); and (3) information that we receive, with your authorization, from third parties.

### How We Handle Your Information

We do not disclose any public or nonpublic personal information about you that you have provided to us to anyone outside our company, except as authorized by you or required by law. We do not sell client information to anyone or disclose client information to marketing companies.

### How We Protect Your Information

We restrict access to public and nonpublic personal information about you that you have provided to us to those in our company who need to know the information to provide services to you. All of our personnel are required to maintain the confidentiality of all nonpublic personal information about you.

### Questions

If you have questions or would like additional information about our privacy policy, please call Equitable Acceptance Corporation at 763-797-0241.

The original document is owned by Equitable Acceptance and this copy was created on Oct 26, 2017 01:30:17 PM.

Page 580
PX19 Thompson Decl.
Attach. B