ORIGINAL

1  ALDEN F. ABBOTT
   General Counsel
2  STEPHEN T. FAIRCHILD
3  WA Bar No. 41214; sfairchild@ftc.gov
   RICHARD MCKEWEN
4  WA Bar No. 45541; rmckewen@ftc.gov
5  FEDERAL TRADE COMMISSION
6  915 Second Avenue, Suite 2896
   Seattle, WA 98174
7  Tel.: (206) 220-6350; Fax: (206) 220-6366

8
   ROBERT J. QUIGLEY, Local Counsel
9  CA Bar No. 302879; rquigley@ftc.gov
10 FEDERAL TRADE COMMISSION
   10990 Wilshire Boulevard, Suite 400
11 Los Angeles, CA 90024
12 Tel.: (310) 824-4300; Fax: (310) 824-4380

13
   Attorneys for Plaintiff
14

15          UNITED STATES DISTRICT COURT
16          CENTRAL DISTRICT OF CALIFORNIA

17 FEDERAL TRADE COMMISSION,

18              Plaintiff,              Civ. No.    SACV 19 - 02109 JVS (ADSx)

19         v.                          EXHIBITS TO PLAINTIFF'S
20                                     TRO APPLICATION
21 AMERICAN FINANCIAL SUPPORT
22 SERVICES INC., et al.,             VOLUME V
                                      PX20–PX22
23              Defendants.
24                                     FILED UNDER SEAL

25

26

27

28

ALDEN F. ABBOTT
General Counsel
STEPHEN T. FAIRCHILD
WA Bar No. 41214; sfairchild@ftc.gov
RICHARD MCKEWEN
WA Bar No. 45041; rmckewen@ftc.gov
FEDERAL TRADE COMMISSION
915 Second Avenue, Suite 2896
Seattle, WA 98174
Tel.: (206) 220-6350; Fax: (206) 220-6366

ROBERT J. QUIGLEY, Local Counsel
CA Bar No. 302879; rquigley@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel.: (310) 824-4300; Fax: (310) 824-4380

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.,<br><br>Defendants. | Civ. No.<br><br>**EXHIBITS TO PLAINTIFF'S TRO APPLICATION**<br><br>**VOLUME V PX20–PX22**<br><br>**FILED UNDER SEAL** |

# PX20
# Declaration of
# Ashara Walker

ORIGINAL

### DECLARATION OF ASHARA WALKER
Pursuant to 28 U.S.C. §1746

I, Ashara Walker, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them.  If called as a witness, I could and would testify as follows:

1.      I am over the age of 18 and reside in Waterford Township, Michigan. I graduated from college in 2016.  I currently have approximately $32,000 in government student loan debt.

2.      On or about January 25, 2017, I received an unsolicited telephone call from a person, I think it was a man, who told me his company could help me with student loan debt forgiveness.  This person knew that I was a recent college graduate with student loan debt.  At that time, I was receiving many unsolicited telephone calls from unknown entities offering me help with my federal student loans.  I just happened to answer this one.  I remember that the caller claimed that his company could get me into a loan forgiveness program.  I had heard of student loan debt forgiveness and was interested in learning more about it.  I remember that the caller convinced me that his company could get me into a student loan debt forgiveness program.  I do not recall the specifics of the telephone conversation because it occurred so long ago.

3.      The caller told me that in order to use their services, I would have to pay an upfront fee of $109.80 for five months ($549 total), followed by monthly loan payments of $39 until my loans were repaid.  Because I believed that this company could get my loans into a government student loan forgiveness program, I provided the representative with my credit card number so that the company could charge my credit card for the upfront fee of $549, followed by the monthly

Ashara Walker Declaration, p. 1 of 5

1    loan payments of $39. The caller asked me to provide the company with copies of
2    my 2016 tax forms. It is my recollection that I provided those by emailing them
3    directly to the company, 1file.org.
4
5         4.      From February through June 2017, I paid 1file.org $109.80 each
6    month, followed by monthly payments of $39 from July 2017 through August
7    2019. During that time, I received occasional emails from processing@1file.org
8    and usffc.org, primarily payment reminders or requests for proof of my income.
9    **Attachment A** consists of true and correct copies of printouts of some of these
10    emails, including two payment reminders from USFFC, one dated June 29, 2017
11    and the other dated February 26, 2018, and a March 12, 2018 request from
12    1file.org for proof of income for an annual "re-certification" of my income driven
13    repayment program. On March 20, 2018, I also received an email from
14    debtpaypro.com advising me to provide proof of my income directly to FedLoan
15    Servicing. A true and correct printout of that email is included as **Attachment B**.
16    I did not read this carefully at the time that I received it and I did not notice the
17    instruction to provide my proof of income to FedLoan. In response to the emails
18    requesting proof of my income, it's my recollection that I emailed copies of my
19    last two pay statements to 1file.org.
20
21         5.      In late December 2017 or early January 2018, I lost my credit card so
22    my credit card account was closed. Consequently, my payment to 1file.org did not
23    process. On or about January 2, 2018, I received an email from jason@1file.org
24    asking for my new credit card number and indicating that my failure to make
25    payment could "negatively affect" my consolidation process. A true and correct
26    copy of a printout of this email is appended as **Attachment C**. I responded to this
27    email by providing my new credit card number to the company, I believe by
28

Ashara Walker Declaration, p. 2 of 5

1   telephone.  I wanted to make sure that 1file.org continued working on my student

2   loan account.

3

4       6.     About one and one-half years after I started paying 1file.org, I called

5   1file.org to ask about the status of my student loans.  I believe I called them using

6   the telephone number (844) 593-8072, which is listed on Attachment C.  At that

7   time, the 1file.org representative told me that my loan balance would be $9,000

8   once I was accepted into the loan forgiveness program.  This led me to believe that

9   the company was successfully managing the process of getting me into a loan

10  forgiveness program.

11

12      7.     On August 13, 2019, I received a telephone call from a woman named

13  Natalie from FedLoan Servicing ("FedLoan").  Until this call, I was not aware that

14  FedLoan was my loan servicer or that it was a legitimate organization.  Since that

15  call, I have reviewed my past emails and realized that I received several emails

16  over the past two years from FedLoan regarding my monthly bill being available

17  for my review.  I had paid no attention to these because I thought they might be a

18  scam.

19

20      8.     Natalie from FedLoan called to find out why I was past due on my

21  student loan payments.  This was the first time that I knew that my payments to

22  1file.org were not being applied to my student loan debt.  I told Natalie that I had

23  been paying 1file.org $39 monthly, believing, based on what they told me, that

24  those payments were being applied to my student loans.  Natalie said that no

25  payments had been made on my loans.  She also said that 1file.org must have put

26  my loans in forbearance because that was their current status.  Natalie told me that

27  there were two email addresses linked to my FedLoan account, one was a 1file.org

28

    Ashara Walker Declaration, p. 3 of 5

1  email and the other was my email.  Natalie told me the username associated with
2  the 1file.org email address, but it was unfamiliar to me.

3

4      9.     After I spoke to Natalie at FedLoan, I called 1file.org and I spoke to
5  someone who said her name was Denise.  I explained that I had just learned from
6  FedLoan that my student loan payments were past due.  I told her that I was led to
7  believe that my payments to 1file.org were being applied to my student loans, and
8  that is why I was making a monthly $39 payment to them.  Denise said that I
9  signed a contract that made it clear that I was paying for document processing.  I
10  told her that did not see or sign any contract.  At that point, she emailed me what
11  she claimed was a copy of the contract that I e-signed.  **Attachment D** is a true and
12  correct copy of the contract that she emailed to me on August 13, 2019.  I reviewed
13  this document and explained to Denise that I had previously seen only the credit
14  card authorization page listing the payments.  She was persistent in claiming that I
15  must have signed it because it had my IP address recorded on the last page of the
16  document.  I am confident that I never saw the entire contract that is included as
17  **Attachment D**.

18

19      10.    The documents in Attachment D reference both USFFC.org and
20  1file.org.  I told Denise that I intended to cancel my agreement with both
21  companies and that I wanted a refund.  She said that they would "look into the
22  possibility of a refund."  After we concluded our telephone conversation, I
23  received two emails from processing@1file.org, the first was "Cancellation
24  Confirmation" and the second being an email indicating that the "Billing
25  Department" would review my "case and all pertinent documentation to determine
26  whether or not [I] qualify for a reimbursement."  True and correct printouts of
27  these two emails are appended as **Attachment E**.

28

Ashara Walker Declaration, p. 4 of 5

1      11.    On August 14 and 16, 2019, I called FedLoan to find out more about
2  what, if anything, 1file.org had done with regard to my student loans.  I explained
3  what had happened and I learned that the company had put my loans in
4  forbearance, consolidated them, and placed the consolidated loans into an income
5  driven repayment program. I do not recall being told by 1file.org or USFFC.org
6  that they were going to take these actions.

7

8      12.    If I had known that none of the more than $1,000 that I have paid to
9  USFFC.org and 1file.org would be applied to my student loans, I would never have
10  agreed to pay them.

11

12      I declare under penalty of perjury that the foregoing is true and correct to the
13  best of my knowledge.

14
15  Dated: __9 / 7 / 19____, 2019    _____
                                        Ashara Walker
16
17
18
19
20
21
22
23
24
25
26
27
28
    Ashara Walker Declaration, p. 5 of 5

# Attachment A

----- Forwarded Message -----
**From:** Ronald Grant <info@usffc.org>
**To:** "                    @yahoo.com" <                    @yahoo.com>
**Sent:** Thursday, June 29, 2017, 05:15:42 PM EDT
**Subject:** Payment Reminder For Your Student Loan Consolidation

Hello Ashara,

Please be informed that your Next Payment of $39.00 is due on July 3, 2017 which goes towards your student loan consolidation enrollment fee.

This is just a gentle reminder to keep the funds available for above mentioned date. Appreciate your willingness to take care of your loans.

In case of additional questions, you may choose to call us at 925-204-2074

We provide professional customer care and excellent student loan counseling services to save you money. We are focused on providing you with the best student loan processing services through our world class technology and response mechanisms.

Truly,

Jim Adams

Manager

Enrollment Department

925-204-2074, Ext: 102

**Hour of Operation: 9:30 AM- 6:30PM Mountain Standard Time**

ATTACHMENT A

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL

IN ERROR AND DELETE IT FROM YOUR E-MAILS.

----- Forwarded Message -----
**From:** Chris Mark <info@usffc.org>
**To:** "                    @yahoo.com" <                    @yahoo.com>
**Sent:** Monday, February 26, 2018, 04:19:35 PM EST
**Subject:** Payment Reminder For Your Student Loan Consolidation

Hello Ashara,

 Please be informed that your Next Payment of $39.00 is due on Mar 02, 2018 which goes towards your student loan consolidation monthly service fee.

This is just a gentle reminder to keep the funds available for above mentioned date. Appreciate your willingness to take care of your loans.

In case of additional questions, you may choose to call us at 925-204-2074

We provide professional customer care and excellent student loan counseling services to save you money. We are focused on providing you with the best student loan processing services through our world class technology and response mechanisms.

Truly,

Chris Mark

Enrollment Department

925-204-2074

**Hour of Operation: 08:00 AM- 05:00 PM Pacific Standard Time.**

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM

UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

PX20 Walker Decl.
Attach. A

----- Forwarded Message -----
**From:** "processing@1file.org" <processing@1file.org>
**To:** "⬛⬛⬛⬛⬛@yahoo.com" <⬛⬛⬛⬛⬛@yahoo.com>
**Sent:** Monday, March 12, 2018, 06:18:11 PM EDT
**Subject:** Ashara Walker, IT IS TIME FOR YOUR ANNUAL RE-CERTIFICATION 97403938

Dear Ashara Walker,

It is time for your annual re-certification for your income-driven repayment program with the Department of Education. In order to proceed with the submission of your annual income-driven repayment application, we will need the following information:

**1. Are you currently working?**

If so, please provide us with the first two pages of your most recent **1040 tax return** or two of your most recent **pay stubs**. Your proof of income will provide us with the necessary documents to complete the annual re-certification process.

**2. What is your current family size/people who you support with your income, including yourself?**

It is OK to include friends and family that you are providing at least 50% of monthly expenses for. Expectant mothers can include an additional member to the total.

**3. Unemployed?**

We can assist you with the lowest payment possible with your unemployment. Please reply **"UNEMPLOYED"** to this email and we will submit your renewal right away.

Please submit a **PDF** copy of the first two pages of your most recent **Tax Return 1040 form** or a PDF copy of your two most recent **pay stubs** as soon as possible. (Your pay stubs must display your full name, hourly wage and address.) Please be advised that **1099's W-2's are not accepted**. Please **scan** or **fax** the documents to 714-203-6810 or email them to processing@1file.org. Photos/screenshots are not acceptable forms.

This is a time sensitive process and we do thank you in advance for your prompt response to this request.

Warm Regards,

**Toll Free | (844) 593-8072**
**Fax | (714) 203-6810**
Hours of Operation: 8AM-5PM Pacific Standard Time
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

# Attachment B

----- Forwarded Message -----
**From:** "noreply@debtpaypro.com" <noreply@debtpaypro.com>
**To:** "　　　　　@yahoo.com" <　　　　　@yahoo.com>
**Sent:** Tuesday, March 20, 2018, 06:01:08 PM EDT
**Subject:** Ashara Walker, Your Income-Driven Re-certification Is Not Complete! - 97403938

Dear Ashara,

Thank you for choosing us to assist you with your Income-Driven Re-certification Application!

We are currently processing your re-recertification application that we submitted on Mar 20, 2018. Typically the process takes 30 business days (4-6 weeks) to complete from the time your application is received. However, since we did not receive your proof of income (tax document or pay stubs), your application **will be on hold until your proof of income has been submitted**. During this time period, it is very important that you send over your **tax documents** *or* **your two most recent pay stubs** so that we can complete your application process. <span style="color:red">**Failure**</span> to submit your income documentation will result in the **prior payment** you had with your **loan servicer. Please email or fax to the contact information below.**

**Servicer Mailing Address:**

**FedLoan Servicing PO Box 69184
Harrisburg , PA 17106-9184**

**Servicer Fax:**

**717-720-1628**

If you have any questions, please contact:

**Processing Department**

**Toll Free | (844) 593-8072**
**Fax | (714) 203-6810**
<span style="color:red">**Hours of Operation: 8AM-5PM Pacific Standard Time**</span>
processing@1file.org

ATTACHMENT B

**Page 638
PX20 Walker Decl.
Attach. B**

www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

# Attachment C

----- Forwarded Message -----
**From:** "jason@1file.org" <jason@1file.org>
**To:** "                    @yahoo.com" <                    @yahoo.com>
**Sent:** Tuesday, January 2, 2018, 07:13:26 AM EST
**Subject:** Ashara Walker, Your Loan Consolidation Payment Was DECLINED!

Jan 02, 2018
Ashara Walker

Dear Ashara,

RE: Consolidation Payment - DECLINED

This email serves to inform you that your recent payment of $39.00 was returned as Insufficient Funds on Jan 02, 2018. Unfortunately, we were unsuccessful in our attempt to process your payment transaction. Since you might not be aware of the NSF and as a courtesy, we wanted to quickly bring this matter to your attention to prevent any interruptions on your student consolidation process. To expedite resolving the payment concern and remit payment, please contact our billing department at 855-522-5575 between the hours of 8AM-5PM Pacific Standard Time.

This matter is of utmost importance as it can negatively affect your consolidation process; we encourage your prompt attention. Please reschedule payment arrangements at your earliest opportunity.

Thank you,

**Billing Department**

```
Toll Free | (844) 593-8072
Fax | (714) 203-6810
Hours of Operation: 8AM - 5PM PST
processing@1file.org
www.1file.org
```

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE

ATTACHMENT C

**Page 640**
**PX20 Walker Decl.**
**Attach. C**

PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

# Attachment D

**SERVICE AGREEMENT**          ATTACHMENT  D

This service agreement ("Agreement") is made and entered into this 25th day of January, 2017, by and between USFFC.ORG ("USFFC.ORG"), and Ashara Walker hereinafter referred to as ("Client"), whose address is ⬛⬛⬛ , , ⬛⬛⬛ MI ⬛ , with reference to the following.

**RECITALS**

A. USFFC.ORG provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation"); and

B. Client requests USFFC.ORG perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth, below, USFFC.ORG and Client do hereby agree to the following:

**1. Client Loan Service Definition.**

USFFC.ORG provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. USFFC.ORG will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

**2. Nature of Service; No Legal or Tax Advice.**

USFFC.ORG is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients are seeking are available without cost to Client. Clients has retained USFFC.ORG to perform work and processes that the Client could have chosen to do themselves. The Client acknowledges that USFFC.ORG is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

**3. Rehabilitation; Garnishment.**

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, USFFC.ORG will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, USFFC.ORG will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

**4. Fees.**

Client agrees to pay USFFC.ORG a Service fee of $549.00 for providing the Services. In addition Client agrees to pay USFFC.ORG a Monthly Maintenance fee of: $39.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, USFFC.ORG will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

**5. Refund.**

Client understands that USFFC.ORG is a document processing company and cannot guarantee a payment or loan terms

quoted by the DOE website. However, USFFC.ORG guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with USFFC.ORG providing all information requested by USFFC.ORG and DOE and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 90 days of any loan application denial by the DOE. USFFC.ORG will reimburse 100% of the Service fee paid by Client.

**6. Process.**

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. USFFC.ORG relies on the applicable lender(s) and USFFC.ORG cannot be held liable for delayed completion due to delays in obtaining information or approvals from third parties or the DOE. The average completion time to process a Federal Student Loan Consolidation through USFFC.ORG is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

**7. Client Warranty.**

Client expressly represents and warrants that they will provide USFFC.ORG with information that is complete and accurate to the best of their knowledge. USFFC.ORG is under no obligation to independently verify the information provided by Client.

**8. Client Authorization.**

I hereby authorize USFFC.ORG to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize USFFC.ORG to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information USFFC.ORG obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

**9. Arbitration and Choice of Law.**

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

**10. Indemnification.**

Client hereby agrees to defend and hold harmless USFFC.ORG from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

**11. Termination of Agreement.**

**Page 643**
**PX20 Walker Decl.**
**Attach. D**

Client may cancel this contract any time with written notice to USFFC.ORG prior to being approved for Federal Student Loan Consolidation. Any fees paid to USFFC.ORG at time of cancellation shall be deemed earned as long as USFFC.ORG has acted in good faith in performing services on behalf of Client. USFFC.ORG may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, USFFC.ORG (USFFC.ORG), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (844) 593-8070.

**NOTICE OF RIGHT TO RESCIND OR CANCEL:** CLIENT MAY RESCIND OR CANCEL THIS AGREEMENT WITHOUT PENALTY OR OBLIGATION AT ANY TIME BEFORE MIDNIGHT OF THE THIRD CALENDAR DAY AFTER YOU HAVE SIGNED THE AGREEMENT. IN ORDER TO RESCIND OR CANCEL, YOU MUST PROVIDE TIMELY WRITTEN NOTICE TO SMART PROTECT BY MAIL OR EMAIL AT THE ADDRESS PROVIDED BELOW. ANY PAYMENTS MADE BY CLIENT UNDER THE AGREEMENT WILL BE RETURNED WITHIN TEN (10) BUSINESS DAYS FOLLOWING RECEIPT BY SMART PROTECT OF THE CANCELLATION NOTICE.

Ashara Walker

NAME                                                SIGN


01/25/2017                                          --

DATE                                                SSN

**Page 644**
**PX20 Walker Decl.**
**Attach. D**

**Privacy Policy**

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal information. Personal information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: Information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports; information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and USFFC.ORG to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact USFFC.ORG Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e. exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt-out' of having personal information

shared. By providing information to USFFC.ORG you are consenting to the collection, use, and disclosure of personal information in the manner described in this privacy policy. This Policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

**7901 Stoneridge Dr, Suite 504 Pleasanton, CA 94588 - (844) 593-8072**

Email address: processing@1file.org

Ashara Walker

NAME                                                         SIGN

01/25/2017

DATE

## Limited Scope Power of Attorney

THIS LIMITED POWER OF ATTORNEY IS **ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION** ("DOE") AND CLIENT, Ashara Walker ("GRANTOR"). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.

I, Ashara Walker, Social Security # --, residing at                    , ,                    MI          , MI          , this date, Jan 25, 2017, hereby appoints USFFC.ORG as my ATTORNEY-IN-FACT to perform on my behalf as indicated below.  With this signature, Ashara Walker authorizes USFFC.ORG to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,

1.      Access my account with the DOE, including taking steps and providing information necessary to access the account.

2.      Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3.      Drafting and, following my execution, submitting an application to the DOE.

4.      Engaging sub-contractors as may be appropriate to perform the services.

USFFC.ORG has full authority to represent me, Ashara Walker, to perform the services outlined in the Service Agreement.

This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:

1.      It is revoked, suspended or terminated in writing by the GRANTOR; or

2.      The contract is terminated for any reason, whichever is earlier to occur.

**7901 Stoneridge Dr, Suite 504 Pleasanton, CA 94588 - (844) 593-8072**

Ashara Walker
    NAME                                                                    SIGN

01/25/2017
    DATE

### Credit Card Authorization Form.

I Ashara Walker, authorize USFFC.ORG to charge my credit card *****4431 For the total of $549.00 on the dates listed below #97403938.

|              |          |      |
|--------------|----------|------|
| Feb 02, 2017 | $109.80  | AW   |
| Mar 02, 2017 | $109.80  | - AW |
| Apr 03, 2017 | $109.80  | - AW |
| May 02, 2017 | $109.80  | - AW |
| Jun 02, 2017 | $109.80  | - AW |
|              |          | -    |

Additionally, I authorize 1 File.org to charge a Monthly Maintenance Fee of 39.00 on the 2nd of every month thereafter until loan obligations have been fulfilled.

AW

Your method of payment is as follows:

**Credit Card Number:**
**MasterCard**

**Name On Credit Card: Ashara J Walker**

**Credit Card Number:**
****▢▢▢▢

**Expiration Date:** ▢▢▢▢

**Security Code - 3 digits on Back of Card:** ▢▢

**Billing Address of Credit Card:**

▢▢▢▢▢▢▢▢ , ▢▢▢▢▢▢▢▢ , MI ▢▢▢▢▢▢▢▢ , MI ▢▢▢

**Contact Numbers:**

Home Phone: 313-▢▢▢▢
Cell Phone: 313-▢▢▢▢

Amount due $549.00 Contract #▢▢▢▢

**7901 Stoneridge Dr, Suite 504 Pleasanton, CA 94588 - (844) 593-8072**

*Ashara Walker*
Signature

**01/25/2017**
Date

**Page 648**
**PX20 Walker Decl.**
**Attach. D**

# E-Signature Certificate



| | |
|---|---|
| **Document ID** | 7fadaed7-ce49-3ea2-50db-d3a6ef3867d5 |
| **Document Title** | 1FILE.ORG-NEW PACKAGE-CC* |
| **Sender IP** | 122.176.168.114 |
| **Number of Signers** | 1 |
| **Signer Email** | ⬛⬛⬛⬛@yahoo.com |
| **Signer IP** | ⬛⬛⬛⬛ |
| **Timestamp** | 2017-01-25T17:50:42-06:00 |
| **Document Hash** | 5ddf54c36aa15eda8c0d65b206e5ea76 |

# Attachment E

----- Forwarded Message -----
**From:** processing@1file.org <processing@1file.org>
**To:** "              @yahoo.com" <              @yahoo.com>
**Sent:** Tuesday, August 13, 2019, 11:44:11 AM EDT
**Subject:** Cancellation Confirmation- Ashara Walker #

Dear Ashara,

You have been <span style="color:red">CANCELLED</span> and/or <span style="color:red">DROPPED</span> from our Student Loan Reduction Program.

What Happens Next?
We will no longer be communicating with your service providers to verify any of your loan details. We will no longer be responsible for any verification on your behalf regardless of the stage your application is currently in at the time of cancellation including the following:

    All and any Loans Included in your consolidation

    Loans removed, or not included, in your consolidation

    Consolidation Loan balance

    Updated Repayment Plan payments and annual re-certification

If you would like to re-instate your consolidation or application, it is important that you contact us IMMEDIATELY at (844) 593-8072 Toll Free

If you have any questions about the mail you receive or about the process, please contact:

Toll Free | (844) 593-8072
Fax | (714) 203-6809
Hours of Operation: 8:00AM-4:30PM Pacific Standard Time
processing@1file.org
www.1file.org

ATTACHMENT E

**Page 650**
**PX20 Walker Decl.**
**Attach. E**

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

Red
acte
d

Redacted

Redacted

----- Forwarded Message -----
**From:** processing@1file.org <processing@1file.org>
**To:** Redacted     r@yahoo.com" <Redacted     r@yahoo.com>
**Sent:** Tuesday, August 13, 2019, 12:01:15 PM EDT
**Subject:** Immediate Attention Required for Refund Request Resolution - Ashara Walker # 97403938

Dear Ashara,

We have received your refund request and have sent it to the Billing Department. They will review your case and all pertinent documentation to determine whether or not you qualify for a reimbursement.

Please allow 7-10 business days for this process to be completed.

What Happens Next?

We will no longer be communicating with your current servicers to verify any of your loan details. We will dispose of any correspondence we receive on your behalf to consolidate your loans, we will no longer be respons ble for any verification on your behalf regardless of the stage your application is currently in at the time of cancellation.
• All and any Loans Included in your consolidation
• Loans removed, or not included, in your consolidation
• Consolidation Loan balance
• Updated Repayment Plan payments and yearly verification

If you change your mind and would like to re-instate your consolidation application, please contact us **IMMEDIATELY** at **(844) 593-8072.**

Thank you.

**Processing Department**

**Toll Free | (844) 593-8072**
**Fax | (714) 203-6810**
**Hours of Operation: 8:00AM-4:30PM Pacific Standard Time**
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED

Page 652
PX20 Walker Decl.
Attach. E

DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

# PX21
# Declaration of Meghann Zanga

DECLARATION OF MEGHANN ZANGA   ORIGINAL
Pursuant to 28 U.S.C. §1746

I, Meghann Zanga, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them.  If called as a witness, I could and would testify as follows:

1.   I am 45 years old and I reside in Blue Springs, Missouri.  I am a single mom with a three-year old daughter.  I work as a project manager for a roofing company. In 2010, I enrolled in online courses hoping to obtain a degree in criminal justice. In 2011, my mother became ill and I needed to help her.  I was unable to attend to my courses and the school dropped me from them.  My mother got better and I restarted the courses but my mother became ill again in 2013 and I stopped the course work to take care of her.  In 2012, the two federal student loans that financed the online courses came due for approximately $10,000.  I did not have the money to pay them so they went into default.

2.   I never made an online or other inquiry into student loan debt assistance. However, in the spring of 2019, I received nearly daily telephone calls about student loan debt assistance.  On Saturday, March 16, 2019, I answered one of these calls from a company called American Financial Support Services ("AFSS"). I spoke to a man who said his name was Adam Jones.  Adam had an accent.  I had to ask him to repeat himself at times because I had trouble understanding him. Adam said that AFSS could get my student loans out of default and put them into a repayment program immediately.  Although I was preparing for my daughter's birthday party planned for later that day, Adam got my attention when he suggested that there was a solution to my student loan debt problem.  He said that if I paid a $599 service fee in three biweekly installments of $199.67, followed by

Declaration of Meghann Zanga, p. 1 of 5

1   $19 monthly payments, the balance of my student loan debts would be forgiven.

2   He did not mention how many months I needed to pay the $19.  He implied that

3   the $19 payments would be applied to my student loan debt.  Adam told me that

4   through their program, my $10,000 loan debt would be reduced to $4,000.  This

5   interested me because my loans were in default and I knew that I was at risk of the

6   IRS taking my 2018 income tax refund.  Adam said that they would ensure that the

7   IRS did not take my refund.

8

9   3.      Adam requested my name, Social Security number, and date of birth.  He

10  also asked me several questions about my job, my income, and the number of

11  people who live with or are financially dependent on me.  Somehow he knew that I

12  had two older sons (I have two sons age 25 and 27).  I told Adam that I am not

13  financially responsible for either of my sons.  Adam also asked for my debit card

14  number, which I gave him.

15

16  4.      As Adam was talking, I asked him if he could call me back.  He responded

17  by explaining that we were almost done.  He told me that he was sending me some

18  documents to review and sign.  Then he emailed me a set of documents.

19  **Attachment A** is a true and correct copy of those documents.  I opened the

20  documents on my phone while Adam briefly explained what the documents were

21  and where to sign.  He kept me distracted by talking and I could not read what I

22  was signing.  The print was small, not easy to understand, and the documents

23  jumped from one signature line to another without providing an opportunity for

24  review.  I felt I had to rely on what Adam had already told me.

25

26

27

28

Declaration of Meghann Zanga, p. 2 of 6

5.      After I signed, I kept a copy of the documents in Attachment A. These documents included a Service Agreement, Privacy Policy, Limited Scope Power of Attorney, Certification of Identity & Authorization to Disclose Personal Information, Request for Transcript of Tax Return, Credit Card Authorization Form, Custodial Account Agreement, payment schedule, and an E-Signature Completion Certificate. Although the service agreement was with AFSS, several of the other documents indicated that my contract was with 1file.org (see pp. 5-7 of Attachment A).

6.      Next, Adam walked me through creating a new Federal Student Aid ("FSA") ID online. He told me what to type as the user ID and password. At that point, I did not know that it is unwise to provide FSA ID information to a third party like AFSS. Adam told me not to list my email address or mobile number for account recovery and then walked me through creating answers to security questions to recover my account if I forgot my ID or password. I followed his instructions, but I decided to include my mobile number for recovery. After doing this, I received two email messages from FSA-ID@ed.gov. The first one at 11:35 a.m. stated that I "may now begin using [my] FSA ID" followed by another at 12:06 p.m. stating that my FSA ID "was recently changed." True and correct copies of these emails are included as **Attachment B**. During our call, Adam never told me that he or his company was going to change my FSA ID.

7.      After I finished speaking to Adam, he transferred me to a man named Jeffrey who also had an accent. He told me he was going to record me. Jeffrey had to restart the recording from the beginning several times because I had a hard time understanding him. According to Jeffrey, the recording had to be perfect, word-

Declaration of Meghann Zanga, p. 3 of 6

1   for-word, in order for them to complete my application and take my student loan

2   out of default.  He also gave me his number and extension in case we were

3   disconnected.  That telephone number was (800) 864-4017, extension 4840.  Then

4   Jeffrey verified my agreement to pay AFSS a $599 service fee in three monthly

5   installments of $199.67, followed by $19 monthly payments.  That completed the

6   call with AFSS.

7

8   8.     On the following Monday, March 18, 2019, at about 10:29 a.m., I received

9   an email from 1file.org thanking me for choosing them for a "student loan

10  consolidation program."  I believe that was the first time that the company

11  mentioned loan consolidation.  The email also included a document titled "7

12  Things your Federal Student Loan servicer fails to tell you," followed by a

13  "Borrower Eligibility Confirmation," document stating that I was confirmed for a

14  "Revised Pay as you Earn (REPAYE) Repayment" and listed my two loans that

15  together totaled $10,077.  In addition, there was an email from debtpaypro.com

16  and processing@1file.org stating that they were working on the documentation to

17  complete my "student loan payment application" and requested "documentation"

18  proving my income in order to "finalize" the application.  True and correct copies

19  of these emails are appended as **Attachment C**.

20

21

22  9.     Later that day, I received two emails from FSA-ID@ed.gov, one at 11:22

23  a.m. and one at 3:18 p.m.  The first email stated that my "Social Security

24  Administration match was completed," my "identifiers" were verified, and I could

25  use my FSA ID to access my FSA application.  The second email advised me that

26  my FSA ID password was changed.  True and correct copies of these emails are

27  appended as **Attachment D**.  At 6:11 p.m., I received an email from 1file.org

28

Declaration of Meghann Zanga, p. 4 of 6

1  requesting proof of my income. A true and correct copy of that email is included as
2  **Attachment E**. I complied that day by emailing 1file.org the first two pages of my
3  2018 tax return. On that same day, my debit card was charged $199.67 for the first
4  payment to 1file.org, but Edunet is the company that charged my card.
5  **Attachment F** is a true and correct screen shot of my bank statement showing that
6  charge.
7
8  10.   On March 24, 2019, I received an email from Federal Student Aid stating
9  that I had "started and saved a 2019-2020 Free Application for Federal Student Aid
10  form," but had not "submitted an application for processing," which I had not
11  done. I changed my FSA login password after I received this email. Then on
12  March 27, 2019, at 12:11 p.m., I received an email from FSA-ID@ed.gov stating
13  that my FSA ID was locked. I was concerned because I had not tried to login to
14  my FSA account since March 24 when I changed my password after receiving the
15  email about the student aid application. I went to the FSA website to reset the
16  password and verified my account using my mobile phone. At 4:00 p.m., I
17  received an email from 1file.org stating that they needed my FSA login
18  information in order to "submit the proper application(s) and maintain [me] on the
19  reduced repayment plan." True and correct copies of these emails are included as
20  **Attachment G**.
21
22
23  11.   This pattern continued for the next day. I reset my password and then
24  received an email advising me that it had been changed again. **Attachment H**
25  includes true and correct copies of emails that I received from FSA-ID@ed.gov
26  and 1file.org showing this pattern. I thought it was strange that the March 28,
27  2019 email from 1file.org came from a new email address – info@flcsolution.org.
28
Declaration of Meghann Zanga, p. 5 of 6

At one point someone from 1file.org called demanding that I give them my FSA
ID and password so that they could complete my application. I refused, called the
Department of Education, and was transferred to my loan servicer, Great Lakes.

12.     The Great Lakes representative that I spoke to advised me that between
March 16, 2019 and March 27, 2019, my loan balance had gone from $10,697 to
$11,978. I explained that I had been working with AFSS, but the Great Lakes
representative did not know who or what that was. The Great Lakes representative
suggested that since I had signed the AFSS power of attorney form, I should add a
required PIN for access to my account and I did so. That way, no one can access
my account without providing the PIN. The Great Lakes representative also placed
my account into a student loan rehabilitation plan. Under that plan, I will pay $5
monthly and if I pay consistently on time for nine months, the government will
remove default status from my account. Unfortunately, the IRS did take my 2018
income tax refund and applied it to my student loan debt. I still receive almost
daily calls or text messages from AFSS regarding my account.

        I declare under penalty of perjury that the foregoing is true and correct to the
best of my knowledge.

Dated                                , 2019

Meghann Zanga

Declaration of Meghann Zanga, p. 6 of 6

# Attachment A



**American Financial Support Services**

### SERVICE AGREEMENT

This service agreement ("Agreement") is made and entered into this 16th day of March, 2019, by and between American Financial Support Services ("American Financial Support Services"), and MEGHANN N ZANGA hereinafter referred to as ("Client"), whose address is [redacted], , Blue Springs MO [redacted], with reference to the following.

### RECITALS

A. American Financial Support Services provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation") and/or restructure the current payment to a new ("Income-Driven Repayment");

B. Client requests American Financial Support Services perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth, below, American Financial Support Services and Client do hereby agree to the following:

**1. Client Loan Service Definition.**

American Financial Support Services provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. American Financial Support Services will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

**2. Nature of Service; No Legal or Tax Advice.**

American Financial Support Services is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. The Client acknowledges that American Financial Support Services is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

**3. Rehabilitation; Garnishment.**

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, American Financial Support Services will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, American Financial Support Services will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

**4. Fees.**

Client agrees to pay American Financial Support Services a Service fee of $599.00 for providing the Services. In addition Client agrees to pay American Financial Support Services a Monthly Maintenance fee of: $19.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, American Financial Support Services will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

**5. Refund.**

Client understands that American Financial Support Services is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website. However, American Financial Support Services guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with American Financial Support Services providing all information requested by American Financial Support Services and DOE in a timely manner as deemed by American Financial Support Services and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 30 days of any loan application denial by the DOE. American Financial Support Services will reimburse 100% of the Service fee paid by Client.

**ATTACHMENT A**

**6. Process.**

ID: 2f23280f-16c7-1f6e-40f7-63ee4fda17df Signed: 2019-03-16T11:58:04-05:00

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. American Financial Support Services relies on the applicable lender(s) and American Financial Support Services cannot be held liable for delayed completion due to delays in obtaining information or approvals from third parties or the DOE. The average completion time to process a Federal Student Loan Consolidation through American Financial Support Services is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

**7. Client Warranty.**

Client expressly represents and warrants that they will provide American Financial Support Services with information that is complete and accurate to the best of their knowledge. American Financial Support Services is under no obligation to independently verify the information provided by Client.

**8. Client Authorization.**

I hereby authorize American Financial Support Services to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize American Financial Support Services to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information American Financial Support Services obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

**9. Arbitration and Choice of Law.**

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

**10. Indemnification.**

Client hereby agrees to defend and hold harmless American Financial Support Services from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

**11. Termination of Agreement.**

Client may cancel this contract any time with written notice to American Financial Support Services prior to being approved for Federal Student Loan Consolidation. Any fees paid to American Financial Support Services at time of cancellation shall be deemed earned as long as American Financial Support Services has acted in good faith in performing services on behalf of Client. American Financial Support Services may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, American Financial Support Services (American Financial Support Services), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (844) 593-8072.

MEGHANN N ZANGA
NAME

SIGN _Meghann N Zanga_

03/16/2019
DATE

SSN

ID: 2f23280f-16c7-1f6e-40f7-63ee4fda17df Signed: 2019-03-16T11:58:04-05:00

**Page 661**
**PX21 Zanga Decl.**
**Attach. A**

**Privacy Policy**

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal information. Personal information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: Information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports; information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and American Financial Support Services to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact American Financial Support Services Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e. exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt-out' of having personal information shared. By providing information to American Financial Support Services you are consenting to the collection, use, and disclosure of personal information in the manner described in this privacy policy. This Policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

**7901 Stoneridge Dr. Ste 504, Pleasanton, CA 94588 - (844) 593-8072**

Email address: processing@americanfss.org

MEGHANN N ZANGA
    NAME

03/16/2019
    DATE

ID: 2f23280f-16c7-1f6e-40f7-63ee4fda17df Signed: 2019-03-16T11:58:04-05:00

**Page 662**
**PX21 Zanga Decl.**
**Attach. A**



**American Financial
Support Services**

### Limited Scope Power of Attorney

- THIS LIMITED POWER OF ATTORNEY IS **ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION** ("DOE") AND CLIENT, MEGHANN N ZANGA ("GRANTOR"). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.

- I, MEGHANN N ZANGA, Social Security # ████████, residing at ██████████████, , Blue Springs MO ████, Blue Springs MO ████, this date, Mar 16, 2019, hereby appoints American Financial Support Services as my ATTORNEY-IN-FACT to perform on my behalf as indicated below.  With this signature, MEGHANN N ZANGA authorizes American Financial Support Services to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,

1.      Access my account with the DOE, including taking steps and providing information necessary to access the account.

2.      Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3.      Drafting and, following my execution, submitting an application to the DOE.

4.      Engaging sub-contractors as may be appropriate to perform the services.


American Financial Support Services has full authority to represent me, MEGHANN N ZANGA, to perform the services outlined in the Service Agreement.


This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:


1.      It is revoked, suspended or terminated in writing by the GRANTOR; or

2.      The contract is terminated for any reason, whichever is earlier to occur.

**7901 Stoneridge Dr, Ste 504, Pleasanton, CA 94588 - (844) 593-8072**

MEGHANN N ZANGA
    NAME

*Meghann N Zanga*
SIGN


03/16/2019
    DATE

ID: 2f23280f-16c7-1f6e-40f7-63ee4fda17df Signed: 2019-03-16T11:58:04-05:00

# United States Department of Education

## Certification of Identity & Authorization to Disclose Personal Information

**Privacy Act Statement.** Department regulations require a person who submits a written request for access or disclosure of records to submit personal data sufficient to identify the individual submitting the request. 34 C.F.R. Section 5b.5(b). We solicit the information requested here in order to ensure that the records of individuals who are the subject of Department systems of records are not wrongfully disclosed by the Department. If you fail to furnish this information we will take no action to honor your request. Required information is indicated in CAPS.

FULL NAME OF REQUESTER: [PLEASE PRINT] MEGHANN N ZANGA

ADDRESS: [STREET] _____

[CITY] Blue Springs     [STATE] MO     [ZIP] ▨

Phone: (816) _____     Email: Redacted ▨@gmail com

SOCIAL SECURITY NUMBER: [1]     DATE OF BIRTH: [MM/DD/YY] _____

## Authorization to Disclose Personal Information to Another Person

I authorize the Department of Education and its agents to release to, and discuss with, the individual named below as my representative, any records of the Department regarding my student financial assistance loan or grant obligation(s) to the Department, for the purpose of assisting me in satisfying the obligation:

FULL NAME OF REPRESENTATIVE: 1 LEFORG

ADDRESS: [STREET] 5772 BOLSA AVE STE 8220

[CITY] HUNTINGTON BEACH     [STATE] CA     [ZIP] 92649

PHONE (844) 593-8072     [Relationship To Requester] 3rd Party Organization

I authorize the Department to honor this authorization unless and until I revoke it in a written notice and the designated office of the Department receives that notice. I understand that whenever requesting disclosure of information, the representative named here must submit information to verify his or her identity.

I UNDERSTAND THAT IN ORDER TO VERIFY HIS OR HER IDENTITY WHEN MAKING A REQUEST FOR DISCLOSURE BY TELEPHONE, THE REPRESENTATIVE MAY BE REQUIRED TO PROVIDE MY SSN, DOB, AND THE DATE ON WHICH SI GNED HIS AUTH ORIZATI ON.

I declare under penalty of perjury that I am the person named above as the requester, that I authorize release to the individual named as representative, and that the statements I provided here are true and accurate. I understand that any false statement is subject to punishment under 18 U.S.C. Section 1001 by fine or imprisonment of not more than five years, and that a knowing and willful request made under false pretenses for a record of an individual is subject to punishment under 5 U.S.C. Section 552a(t)(3) by a fine of up to $5000.

DATE: 03/16 2019     SIGNATURE _Meghann N Zanga_

[1] You are not required to provide your SSN or DOB. However, we ask you to provide your SSN and DOB only to facilitate the identification of records relating to you. and unless you provide your SSN and DOB, we may be unable to locate any or all records pertaining to you

Completed authorizations should be mailed to:

     US DEPARTMENT OF EDUCATION
     PO BOX 5609
     GREENVILLE TX 75403-5609

ID: 2f23280f-16c7-1f6e-40f7-63ee4fda17df Signed: 2019-03-16T11:58:04-05:00

Form **4506-T**
(Rev. September 2015)
Department of the Treasury
Internal Revenue Service

## Request for Transcript of Tax Return

► **Do not sign this form unless all applicable lines have been completed.**
► **Request may be rejected if the form is incomplete or illegible.**
► **For more information about Form 4506-T, visit** *www.irs.gov/form4506t.*

OMB No. 1545-1872

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first.<br><br>MEGHANN N ZANGA | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

, Blue Springs MO

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

1FILE ORG   5772 Bolsa Ave Suite 220   Huntington Beach   CA 92649

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request ► 1040

**a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . ☐

**b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days ☐

**c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . . ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

| 12 / 31 / 14 | 12 / 31 / 15 | 12 / 31 / 16 | / / |

**Caution:** Do not sign this form unless all applicable lines have been completed

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

☐ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions**

Phone number of taxpayer on line 1a or 2a

**Sign Here**

Meghann N Zanga
Signature (see instructions)                 03/16/2019
                                              Date

Title (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature                            03/16/2019
                                              Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.       Cat. No. 37667N       Form **4506-T** (Rev. 9 2015)

ID: 2f23280f-16c7-1f6e-40f7-63ee4fda17df Signed: 2019-03-16T11:58:04-05:00

## Credit Card Authorization Form

I, MEGHANN N ZANGA, authorize 1FILE.ORG to charge my credit card *****0897 For the total of $599.00 on the dates listed below # 307385079.

| | | |
|---|---|---|
| Mar 18, 2019 | $199.67 | *MNZ* |
| Apr 01, 2019 | $199.67 | *MNZ* |
| Apr 15, 2019 | $199.66 | *MNZ* |

Additionally, I authorize 1FILE.ORG to charge a Monthly Maintenance Fee of 19.00 on the 17th of every month thereafter until loan obligations have been fulfilled. *MNZ*

Your method of payment is as follows:

**Credit Card Number: Visa**

**Name On Credit Card: MEGHANN N ZANGA**

**Credit Card Number: *****Red acted**

**Expiration Date: 09/2020**

**Security Code - 3 digits on Back of Card:** Red acte d

**Billing Address of Credit Card:**

Redacted                Blue Springs MO Reda cted

**Contact Numbers:**

Home Phone: 816-Redacte d

Cell Phone:

Amount due $599.00 Contract # 307385079

**5772 Bolsa Ave. Suite 220, Huntington Beach, CA 92649 - (844) 593-8072**

Signature

03/16/2019

Date



Payment Automation Netwo k, I c.

## CUSTODIAL ACCOUNT AGREEMENT

Ver 12/03/2015

Client enters into this Agreement (Agreement) with Payment Automation Network, Inc. (PAN) for having PAN receive payments, make disbursements authorized by Client upon Client's instructions and/or the occurrence of specified events, and provide online transaction management and accounting information on Client's behalf (together, the "Services").

Client authorizes PAN to (i) collect (debit) funds via ACH from Client's designated financial institution (Designated Account) pursuant to the Payment Schedule attached hereto ("Payment Schedule"); (ii) deposit such funds in a non-interest bearing FDIC custodial account ("Custodial Account"); and (iii) disburse funds from the Custodial Account as directed by the payment schedule and/or by client solely upon receipt of authorized instructions from Client, provided the balance in the Depository Account equals or exceeds the disbursement request. If the balance of the Custodian Account is less than a requested disbursement, the disbursement direction will not be honored until the balance is increased to the desired amount.

Client agrees to pay PAN's fees and charges shown below and such fees and charges may be deducted directly from the Custodial Account.

Client agrees PAN will select the financial institution that w ID: 2f23280f-16c7-1f6e-40f7-63ee4fda17df Signed: 2019-03-16T11:58:04-05:00

**Page 666**
**PX21 Zanga Decl.**
**Attach. A**

upon written notification to Client, change the financial institution that will hold the Custodial Account at any time, and that the Custodian Account may be in California or any other state selected by PAN in its sole discretion. Client agrees that the Custodial Account will not be used for any illegal purpose, and Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered.

Client agrees that sufficient funds will be available in the Designated Account at least three (3) business days prior to date of all scheduled ACH debits. Client understands and agrees that to stop or change a scheduled debit from the Designated Account, Client must notify PAN at least three (3) business days prior to any such change. In the event Client's Designated Account does not have sufficient funds for a scheduled debit, PAN will not be liable to any third party due to insufficient funds, restriction or dishonor related to Client's account. Client authorizes PAN to recover any funds arising from a NSF, dishonor, or error in debiting the Designated Account. At its sole discretion, PAN may recover any such funds by means of a debit to the Designated Account and/or the Custodial Account. Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered. If Client's Custodian Account is suspended, cancelled, or otherwise terminated for any reason and the account has a negative balance, Client agrees to pay the negative balance upon demand. Should Client fail to remit the full amount of such negative balance, Client shall remain responsible for the deficit and collection actions may be pursued against Client.

Client has an agreement with Service Provider, and the Payment Schedule is part of that agreement. Client directs and authorizes PAN to share information with Service Provider as required by Service Provider and with any other authorized parties involved in the administration of the Custodial Account on Client's behalf. PAN is not an owner, employee, or partner of Service Provider, and provides the Services to Client as an independent third party. Client agrees that PAN is not involved or engaged in any respect with the services provided by the Service Provider, other than acting as a third-party escrow on behalf of Client and the Service Provider. Client agrees that PAN shall not be responsible for determining when a payment is due or whether a payment is for the correct amount or otherwise proper. PAN's sole obligation shall be to execute Client's payment instructions in a commercially reasonable manner as soon as practical after receipt of such instructions or after the occurrence of the specified event authorizing release of a payment on behalf of Client. PAN shall not be liable for any conduct by Service Provider or for penalty or other charge levied by anyone on Client, for any failure of anyone to honor a transaction or for any other adverse action taken or not taken by any other party in connection with the Services. Under no circumstances shall PAN be liable for any special, incidental, consequential, exemplary, or punitive damages.

PAN will provide Client an internet login with a login name and password for viewing the funds held in the Custodial Account and all transactions related to Client via a protected website. Use of Client's passcode, password or any other form of identification designated by Client in any transaction constitutes and will be accepted as Client's electronic signature, as that term is used in the federal Electronic Signature in Global and National Commerce law and other applicable laws.

Client's funds are held in the Custodial Account pending Client's instructions for disbursement. Client has sole authority to authorize disbursements or transfers. You expressly authorize PAN to rely on your instructions for this purpose whether transmitted directly by you, via the Service Provider or by a third party you have authorized in whatever form provided, including but not limited to any instructions provided via email, PAN's website, E-signature, or other writing, verbally, by voicemail or any other means of communication. If Client is more than one person, PAN may act upon receipt the instructions of either person; however, if conflicting instructions are received before any action has been taken, PAN may in its sole discretion refrain from taking any action until it receives joint instructions from all Clients or a

court order directing further action. Client agrees that PAN shall have no right or obligation to control, direct, or change any disbursement instructions provided by Client other than as expressly provided by this Agreement.

Client may revoke any prior payment authorization at any time before such payment has been initiated by completing and submitting a Revocation of Recurring Payment Authorization form to PAN by email or mail. See PAN's Contact Information below.

PAN or Client may terminate this Agreement upon delivery of written notice at any time. Upon termination of this Agreement for any reason, PAN shall arrange for Client's remaining funds, apart from any funds due to be paid to the Service Provider or any other person or entity as a result of the occurrence of specified events prior to delivery of the termination notice, to be transmitted from the Custodial Account to the Designated Account.

Client agrees that all disclosures, account activity, notifications and any other communications related to the Services may be distributed to Client by electronic mail or through PAN's software services. Client acknowledges that Client is able to electronically receive, download and print such information and communications. If Client is unable to communicate electronically for any reason, Client agrees to notify PAN immediately, and reasonable alternative means of communication will be established in accordance with applicable law.

Client understands and agrees that all calls to and from PAN are monitored and recorded. Client verifies that the telephone and cellular phone numbers and email addresses shown below presently belong to Client. Client consents to receive emails, prerecorded messages and/or auto dialed calls (including text messages) relating to this Agreement and the Services. These communications may be made by PAN or its agents, even if your phone number is registered on any state or federal "Do Not Call" list. You may incur a charge for such calls by your telephone carrier. PAN may obtain and contact email addresses and phone numbers provided by you directly or obtained through other lawful means. Your consent to this provision is not required as a condition of entering into this Agreement, and you may opt out from consenting to these provisions by contacting PAN in writing at PAN's Contact Information below.

You agree to provide notice within 30 days of any change to your email address or phone numbers by writing to PAN's Contact Information below.

ID: 2f23280f-16c7-1f6e-40f7-63ee4fda17df Signed: 2019-03-16T11:58:04-05:00

**Page 667**
**PX21 Zanga Decl.**
**Attach. A**

**ARBITRATION OF DISPUTES - IMPORTANT NOTICE AFFECTING YOUR RIGHTS**

You agree that any controversy, claim or dispute between the parties arising out of or relating to this Agreement, or to any of the services provided pursuant to this Agreement, or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this Agreement to arbitrate, shall be determined by binding arbitration conducted in the federal judicial district where the Client resides. The parties agree that this arbitration provision shall be governed by and enforceable under the Federal Arbitration Act. Otherwise, parties agree that the laws of the Client's state of residence shall govern any dispute between them. The parties agree the arbitration shall be conducted before a single arbitrator pursuant to the rules and procedures of the American Arbitration Association ("AAA"). The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. Any award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. The parties agree that either party may bring claims against the other only in his/her or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the costs of the arbitration, not including attorney's fees or expert witness expenses, equally. If the consumer's share of the costs is greater than two-thousand dollars ($2,000.00), PAN will pay the consumer's share of any costs in excess of that amount. In the event that a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party shall be entitled to obtain costs of suit, including any reasonable attorney's fees incurred for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrators ruling, except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the requirement to arbitrate shall survive any termination of this Agreement.

This Agreement constitutes the entire agreement between Client and PAN. No modifications, variations or waivers of any provisions of this Agreement shall be deemed valid unless in writing and signed by Client and PAN.

ID: 2f23280f-16c7-1f6e-40f7-63ee4fda17df Signed: 2019-03-16T11:58:04-05:00

| Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| ZANGA | MEGHANN N | | | |

| Co-Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| | | | _ | |

**Address**

, . Blue Springs MO

**City, State, ZIP**

Blue Springs, MO, Reda
cted

**Phone**

816

**Email**

@gma l.com

**Mothers Maiden Name**

**Authorized Service Provider/Agent**

Arete Financial

**Account ID**

AR--1

**Client Signature**

*Meghann N Zanga*

Date 03/16/2019

**Co-Cleint Signature**

Date

Notifications To Payment Automation Network

Email: Clients@paymentautomation.net

Phone: (800)813-3740

Fax: (866)600-2703

Portal: https://client.paymentautomation.net

ID: 2f23280f-16c7-1f6e-40f7-63ee4fda17df Signed: 2019-03-16T11:58:04-05:00

CUSTODIAL ACCOUNT AGREEMENT

Ver 10/30/2014

**AUTHORIZATION FOR RECURRING DIRECT PAYMENTS** I (we) hereby authorize PAN to initiate ACH debit entries from the account at the depository financial institution named below and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to the account must comply with the provisions of U.S. law. This authorization is to remain in full force and effect until PAN has received written notification from me (or either of us) of its termination at least three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.er than three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.

| Bank Name | Account Number | Routing Number | Account Type |
|---|---|---|---|

**Account Fees**

I authorize PAN to charge my Primary Financial Institution or my Custodial Account in accordance with the following fees for services rendered.

Authorizing Person's Name (as it appears on check)

Monthly Custodial Account:$6.75

Unauthorized Returns:$35.00

Stop Payment:$25.00

Return Item Fee: $0.00

Address, City, State, Zip (as it appears on check)

, , Blue Springs MO          , Blue Springs, MO,

| Recurring Debit Authorization | Effective Date (Date of First Debit) |
|---|---|
| $599.00 | Mar 18, 2019 |

**Fees for Disbursements per occurrence or any other appropriate service.**

ACH Credit:$5.00

The specific debits to my account authorized herein may only post on or after the EFFECTIVE DATE listed in the attached payment schedule. This authorization is to remain in full force and effect until PAN has received written notification from me of termination in such time and in such manner as to afford PAN a reasonable opportunity to act.

ACH Debit/Check by phone:$5.00

Overnight Check, Wire Transfer: $25.00

2-Day Check:$10.00

USPS Check: $5.00

Notifications To Payment Automation Network

| **Client Signature** | 03/16/2019 | **DATE** | Mar 16, 2019 |
|---|---|---|---|

Email: Clients@paymentautomation.net

Phone: (800)813-3740

Fax: (866)600-2703

| **CO-Client Signature** | | **DATE** | Mar 16, 2019 |
|---|---|---|---|

Portal: https://client.paymentautomation.net

**Payment Schedule**

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 1 | Mar 18, 2019 | $199.67 | $0.00 | $199.67 |
| 2 | Apr 01, 2019 | $199.67 | $0.00 | $199.67 |
| 3 | Apr 15, 2019 | $199.66 | $0.00 | $199.66 |
| 4 | May 15, 2019 | $0.00 | $19.00 | $19.00 |

ID: 2f23280f-16c7-1f6e-40f7-63ee4fda17df Signed: 2019-03-16T11:58:04-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 5 | Jun 17, 2019 | $0.00 | $19.00 | $19.00 |
| 6 | Sep 17, 2019 | $0.00 | $19.00 | $19.00 |
| 7 | Oct 17, 2019 | $0.00 | $19.00 | $19.00 |
| 8 | Nov 18, 2019 | $0.00 | $19.00 | $19.00 |
| 9 | Dec 17, 2019 | $0.00 | $19.00 | $19.00 |
| 10 | Jan 17, 2020 | $0.00 | $19.00 | $19.00 |
| 11 | Feb 18, 2020 | $0.00 | $19.00 | $19.00 |
| 12 | Mar 17, 2020 | $0.00 | $19.00 | $19.00 |
| 13 | Apr 17, 2020 | $0.00 | $19.00 | $19.00 |
| 14 | May 18, 2020 | $0.00 | $19.00 | $19.00 |
| 15 | Jun 17, 2020 | $0.00 | $19.00 | $19.00 |
| 16 | Jul 17, 2020 | $0.00 | $19.00 | $19.00 |
| 17 | Aug 17, 2020 | $0.00 | $19.00 | $19.00 |
| 18 | Sep 17, 2020 | $0.00 | $19.00 | $19.00 |
| 19 | Oct 19, 2020 | $0.00 | $19.00 | $19.00 |
| 20 | Nov 17, 2020 | $0.00 | $19.00 | $19.00 |
| 21 | Dec 17, 2020 | $0.00 | $19.00 | $19.00 |
| 22 | Jan 19, 2021 | $0.00 | $19.00 | $19.00 |
| 23 | Feb 17, 2021 | $0.00 | $19.00 | $19.00 |
| 24 | Mar 17, 2021 | $0.00 | $19.00 | $19.00 |
| 25 | Apr 19, 2021 | $0.00 | $19.00 | $19.00 |
| 26 | May 17, 2021 | $0.00 | $19.00 | $19.00 |
| 27 | Jun 17, 2021 | $0.00 | $19.00 | $19.00 |
| 28 | Jul 19, 2021 | $0.00 | $19.00 | $19.00 |
| 29 | Aug 17, 2021 | $0.00 | $19.00 | $19.00 |
| 30 | Sep 17, 2021 | $0.00 | $19.00 | $19.00 |
| 31 | Oct 18, 2021 | $0.00 | $19.00 | $19.00 |
| 32 | Nov 17, 2021 | $0.00 | $19.00 | $19.00 |
| 33 | Dec 17, 2021 | $0.00 | $19.00 | $19.00 |
| 34 | Jan 18, 2022 | $0.00 | $19.00 | $19.00 |
| 35 | Feb 17, 2022 | $0.00 | $19.00 | $19.00 |
| 36 | Mar 17, 2022 | $0.00 | $19.00 | $19.00 |
| 37 | Apr 18, 2022 | $0.00 | $19.00 | $19.00 |
| 38 | May 17, 2022 | $0.00 | $19.00 | $19.00 |
| 39 | Jun 17, 2022 | $0.00 | $19.00 | $19.00 |
| 40 | Jul 18, 2022 | $0.00 | $19.00 | $19.00 |
| 41 | Aug 17, 2022 | $0.00 | $19.00 | $19.00 |
| 42 | Sep 19, 2022 | $0.00 | $19.00 | $19.00 |
| 43 | Oct 17, 2022 | $0.00 | $19.00 | $19.00 |
| 44 | Nov 17, 2022 | $0.00 | $19.00 | $19.00 |
| 45 | Dec 19, 2022 | $0.00 | $19.00 | $19.00 |
| 46 | Jan 17, 2023 | $0.00 | $19.00 | $19.00 |
| 47 | Feb 17, 2023 | $0.00 | $19.00 | $19.00 |
| 48 | Mar 17, 2023 | $0.00 | $19.00 | $19.00 |
| 49 | Apr 17, 2023 | $0.00 | $19.00 | $19.00 |
| 50 | May 17, 2023 | $0.00 | $19.00 | $19.00 |
| 51 | Jun 19, 2023 | $0.00 | $19.00 | $19.00 |
| 52 | Jul 17, 2023 | $0.00 | $19.00 | $19.00 |
| 53 | Aug 17, 2023 | $0.00 | $19.00 | $19.00 |
| 54 | Sep 18, 2023 | $0.00 | $19.00 | $19.00 |

ID: 2f23280f-16c7-1f6e-40f7-63ee4fda17df Signed: 2019-03-16T11:58:04-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 55 | Oct 17, 2023 | $0.00 | $19.00 | $19.00 |
| 56 | Nov 17, 2023 | $0.00 | $19.00 | $19.00 |
| 57 | Dec 18, 2023 | $0.00 | $19.00 | $19.00 |
| 58 | Jan 17, 2024 | $0.00 | $19.00 | $19.00 |
| 59 | Feb 20, 2024 | $0.00 | $19.00 | $19.00 |
| 60 | Mar 18, 2024 | $0.00 | $19.00 | $19.00 |
| 61 | Apr 17, 2024 | $0.00 | $19.00 | $19.00 |
| 62 | May 17, 2024 | $0.00 | $19.00 | $19.00 |
| 63 | Jun 17, 2024 | $0.00 | $19.00 | $19.00 |
| 64 | Jul 17, 2024 | $0.00 | $19.00 | $19.00 |
| 65 | Aug 19, 2024 | $0.00 | $19.00 | $19.00 |
| 66 | Sep 17, 2024 | $0.00 | $19.00 | $19.00 |
| 67 | Oct 17, 2024 | $0.00 | $19.00 | $19.00 |
| 68 | Nov 18, 2024 | $0.00 | $19.00 | $19.00 |
| 69 | Dec 17, 2024 | $0.00 | $19.00 | $19.00 |
| 70 | Jan 17, 2025 | $0.00 | $19.00 | $19.00 |
| 71 | Feb 18, 2025 | $0.00 | $19.00 | $19.00 |
| 72 | Mar 17, 2025 | $0.00 | $19.00 | $19.00 |
| 73 | Apr 17, 2025 | $0.00 | $19.00 | $19.00 |
| 74 | May 19, 2025 | $0.00 | $19.00 | $19.00 |
| 75 | Jun 17, 2025 | $0.00 | $19.00 | $19.00 |
| 76 | Jul 17, 2025 | $0.00 | $19.00 | $19.00 |
| 77 | Aug 18, 2025 | $0.00 | $19.00 | $19.00 |
| 78 | Sep 17, 2025 | $0.00 | $19.00 | $19.00 |
| 79 | Oct 17, 2025 | $0.00 | $19.00 | $19.00 |
| 80 | Nov 17, 2025 | $0.00 | $19.00 | $19.00 |
| 81 | Dec 17, 2025 | $0.00 | $19.00 | $19.00 |
| 82 | Jan 20, 2026 | $0.00 | $19.00 | $19.00 |
| 83 | Feb 17, 2026 | $0.00 | $19.00 | $19.00 |
| 84 | Mar 17, 2026 | $0.00 | $19.00 | $19.00 |
| 85 | Apr 17, 2026 | $0.00 | $19.00 | $19.00 |
| 86 | May 18, 2026 | $0.00 | $19.00 | $19.00 |
| 87 | Jun 17, 2026 | $0.00 | $19.00 | $19.00 |
| 88 | Jul 17, 2026 | $0.00 | $19.00 | $19.00 |
| 89 | Aug 17, 2026 | $0.00 | $19.00 | $19.00 |
| 90 | Sep 17, 2026 | $0.00 | $19.00 | $19.00 |
| 91 | Oct 19, 2026 | $0.00 | $19.00 | $19.00 |
| 92 | Nov 17, 2026 | $0.00 | $19.00 | $19.00 |
| 93 | Dec 17, 2026 | $0.00 | $19.00 | $19.00 |
| 94 | Jan 19, 2027 | $0.00 | $19.00 | $19.00 |
| 95 | Feb 17, 2027 | $0.00 | $19.00 | $19.00 |
| 96 | Mar 17, 2027 | $0.00 | $19.00 | $19.00 |
| 97 | Apr 19, 2027 | $0.00 | $19.00 | $19.00 |
| 98 | May 17, 2027 | $0.00 | $19.00 | $19.00 |
| 99 | Jun 17, 2027 | $0.00 | $19.00 | $19.00 |
| 100 | Jul 19, 2027 | $0.00 | $19.00 | $19.00 |
| 101 | Aug 17, 2027 | $0.00 | $19.00 | $19.00 |
| 102 | Sep 17, 2027 | $0.00 | $19.00 | $19.00 |
| 103 | Oct 18, 2027 | $0.00 | $19.00 | $19.00 |
| 104 | Nov 17, 2027 | $0.00 | $19.00 | $19.00 |

ID: 2f23280f-16c7-1f6e-40f7-63ee4fda17df Signed: 2019-03-16T11:58:04-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 105 | Dec 17, 2027 | $0.00 | $19.00 | $19.00 |
| 106 | Jan 18, 2028 | $0.00 | $19.00 | $19.00 |
| 107 | Feb 17, 2028 | $0.00 | $19.00 | $19.00 |
| 108 | Mar 17, 2028 | $0.00 | $19.00 | $19.00 |
| 109 | Apr 17, 2028 | $0.00 | $19.00 | $19.00 |
| 110 | May 17, 2028 | $0.00 | $19.00 | $19.00 |
| 111 | Jun 19, 2028 | $0.00 | $19.00 | $19.00 |
| 112 | Jul 17, 2028 | $0.00 | $19.00 | $19.00 |
| 113 | Aug 17, 2028 | $0.00 | $19.00 | $19.00 |
| 114 | Sep 18, 2028 | $0.00 | $19.00 | $19.00 |
| 115 | Oct 17, 2028 | $0.00 | $19.00 | $19.00 |
| 116 | Nov 17, 2028 | $0.00 | $19.00 | $19.00 |
| 117 | Dec 18, 2028 | $0.00 | $19.00 | $19.00 |
| 118 | Jan 17, 2029 | $0.00 | $19.00 | $19.00 |
| 119 | Feb 20, 2029 | $0.00 | $19.00 | $19.00 |
| 120 | Mar 19, 2029 | $0.00 | $19.00 | $19.00 |
| 121 | Apr 17, 2029 | $0.00 | $19.00 | $19.00 |
| 122 | May 17, 2029 | $0.00 | $19.00 | $19.00 |
| 123 | Jun 18, 2029 | $0.00 | $19.00 | $19.00 |
| 124 | Jul 17, 2029 | $0.00 | $19.00 | $19.00 |
| 125 | Aug 17, 2029 | $0.00 | $19.00 | $19.00 |
| 126 | Sep 17, 2029 | $0.00 | $19.00 | $19.00 |
| 127 | Oct 17, 2029 | $0.00 | $19.00 | $19.00 |
| 128 | Nov 19, 2029 | $0.00 | $19.00 | $19.00 |
| 129 | Dec 17, 2029 | $0.00 | $19.00 | $19.00 |
| 130 | Jan 17, 2030 | $0.00 | $19.00 | $19.00 |
| 131 | Feb 18, 2030 | $0.00 | $19.00 | $19.00 |
| 132 | Mar 18, 2030 | $0.00 | $19.00 | $19.00 |
| 133 | Apr 17, 2030 | $0.00 | $19.00 | $19.00 |
| 134 | May 17, 2030 | $0.00 | $19.00 | $19.00 |
| 135 | Jun 17, 2030 | $0.00 | $19.00 | $19.00 |
| 136 | Jul 17, 2030 | $0.00 | $19.00 | $19.00 |
| 137 | Aug 19, 2030 | $0.00 | $19.00 | $19.00 |
| 138 | Sep 17, 2030 | $0.00 | $19.00 | $19.00 |
| 139 | Oct 17, 2030 | $0.00 | $19.00 | $19.00 |
| 140 | Nov 18, 2030 | $0.00 | $19.00 | $19.00 |
| 141 | Dec 17, 2030 | $0.00 | $19.00 | $19.00 |
| 142 | Jan 17, 2031 | $0.00 | $19.00 | $19.00 |
| 143 | Feb 17, 2031 | $0.00 | $19.00 | $19.00 |
| 144 | Mar 17, 2031 | $0.00 | $19.00 | $19.00 |
| 145 | Apr 17, 2031 | $0.00 | $19.00 | $19.00 |
| 146 | May 19, 2031 | $0.00 | $19.00 | $19.00 |
| 147 | Jun 17, 2031 | $0.00 | $19.00 | $19.00 |
| 148 | Jul 17, 2031 | $0.00 | $19.00 | $19.00 |
| 149 | Aug 18, 2031 | $0.00 | $19.00 | $19.00 |
| 150 | Sep 17, 2031 | $0.00 | $19.00 | $19.00 |
| 151 | Oct 17, 2031 | $0.00 | $19.00 | $19.00 |
| 152 | Nov 17, 2031 | $0.00 | $19.00 | $19.00 |
| 153 | Dec 17, 2031 | $0.00 | $19.00 | $19.00 |
| 154 | Jan 19, 2032 | $0.00 | $19.00 | $19.00 |

ID: 2f23280f-16c7-1f6e-40f7-63ee4fda17df Signed: 2019-03-16T11:58:04-05:00

Page 673
PX21 Zanga Decl.
Attach. A

| #   | Date         | Enrollment Fee | Monthly Service Fee | Total Payment |
|-----|--------------|----------------|---------------------|---------------|
| 155 | Feb 17, 2032 | $0.00 | $19.00 | $19.00 |
| 156 | Mar 17, 2032 | $0.00 | $19.00 | $19.00 |
| 157 | Apr 19, 2032 | $0.00 | $19.00 | $19.00 |
| 158 | May 17, 2032 | $0.00 | $19.00 | $19.00 |
| 159 | Jun 17, 2032 | $0.00 | $19.00 | $19.00 |
| 160 | Jul 19, 2032 | $0.00 | $19.00 | $19.00 |
| 161 | Aug 17, 2032 | $0.00 | $19.00 | $19.00 |
| 162 | Sep 17, 2032 | $0.00 | $19.00 | $19.00 |
| 163 | Oct 18, 2032 | $0.00 | $19.00 | $19.00 |
| 164 | Nov 17, 2032 | $0.00 | $19.00 | $19.00 |
| 165 | Dec 17, 2032 | $0.00 | $19.00 | $19.00 |
| 166 | Jan 17, 2033 | $0.00 | $19.00 | $19.00 |
| 167 | Feb 17, 2033 | $0.00 | $19.00 | $19.00 |
| 168 | Mar 17, 2033 | $0.00 | $19.00 | $19.00 |
| 169 | Apr 18, 2033 | $0.00 | $19.00 | $19.00 |
| 170 | May 17, 2033 | $0.00 | $19.00 | $19.00 |
| 171 | Jun 17, 2033 | $0.00 | $19.00 | $19.00 |
| 172 | Jul 18, 2033 | $0.00 | $19.00 | $19.00 |
| 173 | Aug 17, 2033 | $0.00 | $19.00 | $19.00 |
| 174 | Sep 19, 2033 | $0.00 | $19.00 | $19.00 |
| 175 | Oct 17, 2033 | $0.00 | $19.00 | $19.00 |
| 176 | Nov 17, 2033 | $0.00 | $19.00 | $19.00 |
| 177 | Dec 19, 2033 | $0.00 | $19.00 | $19.00 |
| 178 | Jan 17, 2034 | $0.00 | $19.00 | $19.00 |
| 179 | Feb 17, 2034 | $0.00 | $19.00 | $19.00 |
| 180 | Mar 17, 2034 | $0.00 | $19.00 | $19.00 |
| 181 | Apr 17, 2034 | $0.00 | $19.00 | $19.00 |
| 182 | May 17, 2034 | $0.00 | $19.00 | $19.00 |
| 183 | Jun 19, 2034 | $0.00 | $19.00 | $19.00 |
| 184 | Jul 17, 2034 | $0.00 | $19.00 | $19.00 |
| 185 | Aug 17, 2034 | $0.00 | $19.00 | $19.00 |
| 186 | Sep 18, 2034 | $0.00 | $19.00 | $19.00 |
| 187 | Oct 17, 2034 | $0.00 | $19.00 | $19.00 |
| 188 | Nov 17, 2034 | $0.00 | $19.00 | $19.00 |
| 189 | Dec 18, 2034 | $0.00 | $19.00 | $19.00 |
| 190 | Jan 17, 2035 | $0.00 | $19.00 | $19.00 |
| 191 | Feb 19, 2035 | $0.00 | $19.00 | $19.00 |
| 192 | Mar 19, 2035 | $0.00 | $19.00 | $19.00 |
| 193 | Apr 17, 2035 | $0.00 | $19.00 | $19.00 |
| 194 | May 17, 2035 | $0.00 | $19.00 | $19.00 |
| 195 | Jun 18, 2035 | $0.00 | $19.00 | $19.00 |
| 196 | Jul 17, 2035 | $0.00 | $19.00 | $19.00 |
| 197 | Aug 17, 2035 | $0.00 | $19.00 | $19.00 |
| 198 | Sep 17, 2035 | $0.00 | $19.00 | $19.00 |
| 199 | Oct 17, 2035 | $0.00 | $19.00 | $19.00 |
| 200 | Nov 19, 2035 | $0.00 | $19.00 | $19.00 |
| 201 | Dec 17, 2035 | $0.00 | $19.00 | $19.00 |
| 202 | Jan 17, 2036 | $0.00 | $19.00 | $19.00 |
| 203 | Feb 18, 2036 | $0.00 | $19.00 | $19.00 |
| 204 | Mar 17, 2036 | $0.00 | $19.00 | $19.00 |

ID: 2f23280f-16c7-1f6e-40f7-63ee4fda17df Signed: 2019-03-16T11:58:04-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|---------------|---------------------|---------------|
| 205 | Apr 17, 2036 | $0.00 | $19.00 | $19.00 |
| 206 | May 19, 2036 | $0.00 | $19.00 | $19.00 |
| 207 | Jun 17, 2036 | $0.00 | $19.00 | $19.00 |
| 208 | Jul 17, 2036 | $0.00 | $19.00 | $19.00 |
| 209 | Aug 18, 2036 | $0.00 | $19.00 | $19.00 |
| 210 | Sep 17, 2036 | $0.00 | $19.00 | $19.00 |
| 211 | Oct 17, 2036 | $0.00 | $19.00 | $19.00 |
| 212 | Nov 17, 2036 | $0.00 | $19.00 | $19.00 |
| 213 | Dec 17, 2036 | $0.00 | $19.00 | $19.00 |
| 214 | Jan 19, 2037 | $0.00 | $19.00 | $19.00 |
| 215 | Feb 17, 2037 | $0.00 | $19.00 | $19.00 |
| 216 | Mar 17, 2037 | $0.00 | $19.00 | $19.00 |
| 217 | Apr 17, 2037 | $0.00 | $19.00 | $19.00 |
| 218 | May 18, 2037 | $0.00 | $19.00 | $19.00 |
| 219 | Jun 17, 2037 | $0.00 | $19.00 | $19.00 |
| 220 | Jul 17, 2037 | $0.00 | $19.00 | $19.00 |
| 221 | Aug 17, 2037 | $0.00 | $19.00 | $19.00 |
| 222 | Sep 17, 2037 | $0.00 | $19.00 | $19.00 |
| 223 | Oct 19, 2037 | $0.00 | $19.00 | $19.00 |
| 224 | Nov 17, 2037 | $0.00 | $19.00 | $19.00 |
| 225 | Dec 17, 2037 | $0.00 | $19.00 | $19.00 |
| 226 | Jan 18, 2038 | $0.00 | $19.00 | $19.00 |
| 227 | Feb 17, 2038 | $0.00 | $19.00 | $19.00 |
| 228 | Mar 17, 2038 | $0.00 | $19.00 | $19.00 |
| 229 | Apr 19, 2038 | $0.00 | $19.00 | $19.00 |
| 230 | May 17, 2038 | $0.00 | $19.00 | $19.00 |
| 231 | Jun 17, 2038 | $0.00 | $19.00 | $19.00 |
| 232 | Jul 19, 2038 | $0.00 | $19.00 | $19.00 |
| 233 | Aug 17, 2038 | $0.00 | $19.00 | $19.00 |
| 234 | Sep 17, 2038 | $0.00 | $19.00 | $19.00 |
| 235 | Oct 18, 2038 | $0.00 | $19.00 | $19.00 |
| 236 | Nov 17, 2038 | $0.00 | $19.00 | $19.00 |
| 237 | Dec 17, 2038 | $0.00 | $19.00 | $19.00 |
| 238 | Jan 17, 2039 | $0.00 | $19.00 | $19.00 |
| 239 | Feb 17, 2039 | $0.00 | $19.00 | $19.00 |
| 240 | Mar 17, 2039 | $0.00 | $19.00 | $19.00 |

ID: 2f23280f-16c7-1f6e-40f7-63ee4fda17df Signed: 2019-03-16T11:58:04-05:00

# E-Signature Completion Certificate

| | |
|---|---|
| **Document ID** | 5863146 |
| **Document GUID** | 2f23280f-16c7-1f6e-40f7-63ee4fda17df |
| **Document Title** | 1FILE.ORG-NEW PACKAGE-CC* |
| **Sender IP** | 103.221.79.58 |
| **Number of Signers** | 1 |
| **Signer Email** | @gmail.com |
| **Signer IP** | Redacted |
| **Timestamp** | 2019-03-16T11:58:04-05:00 |
| **Document Hash** | 914c9a4722e957461135a85cfc9ae400 |

## Document Audit

Sent at 2019-03-16T11:55:43-05:00 from IP 103.221.79.58
Delivered to MEGHANN N ZANGA              @gmail.com at 2019-03-16T11:56:03-05:00 from Redacted
Adopted Signature at 2019-03-16T11:56:15-05:00 from Redacted
Completed Signing at 2019-03-16T11:58:04-05:00 from Redacted
PDF Generated at 2019-03-16T11:58:04-05:00

## User Agent

Mozilla/5.0 (Linux; Android 9; SAMSUNG SM-G965U Build/PPR1.180610.011) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/9.0 Chrome/67.0.3396.87 Mobile Safari/537.36