# Attachment B

 Gmail                                    **Meghann Zanga** <▓▓▓▓▓▓@gmail.com>

## FSA ID Created Successfully
1 message

**FSA ID Information** <FSA-ID@ed.gov>                          Sat, Mar 16, 2019 at 11:35 AM
Reply-To: FSA-ID@ed.gov
To: ▓▓▓▓▓▓@gmail.com

Dear Meghann,

You may now begin using your FSA ID, however you will have limited access to certain applications until your information is verified with the Social Security Administration (SSA).

An e-mail will be sent to you notifying you of the results once verification is complete.

If you have any questions or need help, visit https://fsaid.ed.gov and select Help for more details.

Thank you,

U.S. Department of Education

Federal Student Aid

This mailbox is unattended. Please do not reply to this message.

**ATTACHMENT B**



**Meghann Zanga** <███████████@gmail.com>

## Important: Your FSA ID Information Was Changed

**FSA ID Information** <FSA-ID@ed.gov>
Reply-To: <FSA-ID@ed.gov>
To: <███████████@gmail com>

Sat, Mar 16, 12:06 PM

Dear Meghann,

—Why We Are Contacting You—

This e-mail is to alert you that your FSA ID information was recently changed.

—What You Need To Do—

If you made the changes, or requested the changes via customer service, you can ignore this e-mail. If you did not make any changes, you may want to change your password. To change your password, go to https://fsaid.ed.gov and select the Manage My FSA ID tab. Enter your username, password, and select CONTINUE. Select the Change My Password link and follow the instructions on screen. Note: You can also review your account information while you are logged in to Manage My FSA ID.

If you have any questions or need help, visit https://fsaid.ed.gov and select Help for more details.

Thank you,

U.S. Department of Education

Federal Student Aid

This mailbox is unattended. Please do not reply to this message.

# Attachment C

 Gmail

Meghann Zanga <​███████@gmail.com>

## Welcome MEGHANN N ZANGA to 1FILE.ORG 307385079

<processing@1file.org>
To: <​██████@gmail.com>

Mon, Mar 18, 10:29 AM



Hello MEGHANN N,

Thank you for choosing www.1File.org, the chosen leader in Student Loan Processing. We would like to welcome you to the Student Loan Consolidation Program. This is a time for you to rejoice and we are excited for the opportunity to assist you throughout the consolidation process. Because quality service is important to our clients, we take every effort to make modest improvements in our service. Your valuable feedback can help us continue improving our services and better streamline our processes.

Congratulations on choosing Loan Consolidation! I see that you're consolidating your federal student loans and saving up to 80% on your monthly payment. You have agreed to the processing fee of $599.00. Should you have any questions regarding your consolidation, please contact Customer Service at (844) 593-8072.

Please submit a PDF copy of the first two pages of your most recent Tax Return 1040 form or a PDF copy of your two most recent pay stubs as soon as possible. (Your pay stubs must display your full name, hourly wage and address.) Please be advised that 1099's or W-2's are NOT accepted. Please scan or fax the documents (Photos/screenshots are not acceptable forms) to fax 714-203-6810 or email them to processing@1file.org.

If documents requested have already been sent or your Unemployed, please disregard.

### How Your Application Is Processed

When a borrower consolidates loans in the Direct Consolidation Loan Program, the Federal Government pays off the loan balance on the original federal education loans and originates a new loan for the total. Here's how that works from a borrower's point of view.

It takes five simple steps to process your application after we receive it.

Step 1. Application Review: After we receive your fully completed application, it is edited, assigned an application identification number, entered into our system, and the process begins. We will contact you if additional information is needed.

Step 2. Contact Loan Holder(s): Using the loan information from your application, we contact your loan holder(s) to verify the loan's eligibility for consolidation and its current loan balances (including accrued interest, fees, or collection costs). If you currently are required to make payments on your loan(s), continue to do so. You will need to continue making payments until you receive written notification that your loan(s) has been successfully consolidated and it is time to start paying your Direct Consolidation Loan.

Step 3. Loan Statement: After your loan holder(s) certifies the "payoff" balance(s), we will send you a letter and loan statement listing the loan(s) being consolidated. You have 15 days to review this information for accuracy and to make adjustments.

Step 4. Account Set-Up: We forward payoff information to your federal loan servicer once your loan(s) is successfully consolidated. Your federal loan servicer sends you a "Welcome" letter and information about repayment.

ATTACHMENT C

**Page 679**
**PX21 Zanga Decl.**
**Attach. C**

This multi-step process generally takes 60-90 days before the information is sent to the federal loan servicer. You will receive a bill within 60 days of your federal loan servicer receiving your account information.

We sincerely appreciate your business, and welcome your feedback!

**Processing Department**

**Toll Free |** (844) 593-8072
**Fax |** (714) 203-6810
**Hours of Operation: 8AM-5PM Pacific Standard Time**
processing@1file.org
www.1file.org

THIS E MAIL MAY CONTAIN NON PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS.

PX21 Zanga Decl.
Attach. C

 Gmail

Meghann Zanga < ▮▮▮▮▮ @gmail.com>

## 1FILE.ORG - 7 Things your Federal Student Loan servicer fails to tell you.

<processing@1file.org>
Reply-To: <processing@1file.org>
To: < ▮▮▮▮ @gmail.com>

Mon, Mar 18, 10:29 AM



Hello MEGHANN N,

7 Things your loan servicer fails to tell you. When it comes to dealing directly with your current loan servicer, please note they could have saved you thousand of dollars years ago but failed to do so as they do not find it profitable.

These loan servicers are not government agencies, they are private for profit companies just like your bank.

1. They are able to charge high interest and can make it nearly impossible to payoff.
2. They set your payments so high that you might have to file a forbearance (put on hold) all the while knowing that your forbearance is limited. Once you run out of forbearance time, your balance could have ballooned to the point of no turning back.
3. Your payments are now higher, your balance has doubled and interest compounded which leads to default and having your account go to collections!
4. Because of the this default ratio, the government has passed a new law to have your balance forgiven after a significant amount of payments over time.
5. You can now use a 3rd party organizations to help you understand your loans and your available options, not just the best option for the bank.
6. When it comes to preparing documents for your application. You need a 3rd party organization to complete them correctly to get guaranteed results. You wouldn't have the IRS file your taxes,why would you have the servicer fill out your paperwork in the program they chose for you.
7. We help you monitor and make sure that your loan servicer is not taking advantage of your vulnerability. What you don't know can hurt you in the long run financially.

Thanks to the Better Business Bureau, you can now see consumer reviews of each Federal Approved loan servicers.

It is always good to do your research. Click on the link below of your current loan servicer and see what others had to say.

1file.org is a BBB A Rated Company ......WE CARE ABOUT YOUR SITUATION

Beware of Navient www.bbb.org/delaware/business-reviews/loans/navient in-wilmington de 92002017/reviews and-complaints

Beware of Nelnet- www.bbb.org/nebraska/business reviews/scholarships and-financial aid/nelnet national educational loan network-in lincoln-ne 209000034/reviews and complaints

Beware of Greatlakes- www.bbb.org/wisconsin/business-reviews/consumer finance-and-loan companies/great lakes higher education-corporation-in-madison-wi 12000219/reviews and complaints

**Beware of Fedloan servicing-** www.bbb.org/washington-dc-eastern-pa/business-reviews/government-us/fedloan-servicing-in-harrisburg-pa-202729473/reviews-and complaints

**Update on Navient 2017-** http://usat.ly/2k0vCUv

**Processing Department**

**Toll Free |** (844) 593-8072
**Fax |** (949) 438-5441
**Hours of Operation: 8AM-5PM Pacific Standard Time**
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

M Gmail

Meghann Zanga < ████████ @gmail.com>

## MEGHANN N ZANGA - Eligibility Confirmation

<processing@1file.org>
Reply-To: <processing@1file.org>
To: < ████████ @gmail.com>

Mon, Mar 18, 10:29 AM



**1FILE.ORG**

Toll Free 844-593-8072

### BORROWER ELIGIBILITY CONFIRMATION

**Date: Mar 18, 2019**

To:

MEGHANN N ZANGA

████████

Blue Springs MO ████

Client ID : ████████

SSN ████████
DOB: ████████

You are confirmed for the following government program, **Revised Pay As You Earn (REPAYE) REPAYMENT.**

This Federal Program introduced by the Obama Administration is intended to help stabilize the 1.2 Trillion dollar student loan epidemic and help struggling students achieve income based payments get relief and avoid **DEFAULT**.

**Total Enrolled Debt:** 10,077.00

**Based on AGI:** 13000

**Included Loans:**

| Creditor | Account # | Amount Owed |
|---|---|---|
| DIRECT STAFFORD UNSUBSIDIZED | 8996U11E01349001 , | $0.00 |
| DIRECT STAFFORD SUBSIDIZED | 8996S11E01349001 , | $0.00 |
| FFEL STAFFORD UNSUBSIDIZED | 8996210001499300 , | $6,777.00 |
| FFEL STAFFORD SUBSIDIZED | 8996110001499300 , | $3,300.00 |

| | **$10,077.00** |
| --- | --- |

**Approved Program:** Revised Pay As You Earn (REPAYE)

**Program Maturity Savings: $4,975.00**

*The William D Ford Direct Loan program is an initiative by the federal government to help subsidize the 1.2 trillion-dollar student loan debt in the U.S. Borrowers under these **income based programs significantly reduce their payments and eventually even reach possible forgiveness based off of eligibility requirements.***

**The process from beginning to end takes approximately 21-45 days.**

In order to stay compliant in your program you must maintain the following:

- Submit required income documentation to processing within 5 business days of enrollment.
- Send updated documents to the processing department in a timely manner (i.e., paystubs, tax returns, paperwork correspondence, lender correspondence, etc...).

- Maintain program management costs and monthly payments.

**Customer Service Department**

**Toll Free 844-593-8072**

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS

 Gmail                    **Meghann Zanga < ███████ @gmail.com>**

---

## Upload Proof of Income with Your New Login Information

**<processing@1file.org>**                              **Mon, Mar 18, 10:29 AM**
To: < ██████████ @gmail.com>



**Mar 18, 2019**

Client Name: **MEGHANN N ZANGA**

Address  ████████████████

City, State Zip: **Blue Springs, MO** ████

ID: ████████

Phone: **816-**████

Dear **MEGHANN N,**

Thank you for choosing **1file.org**. Below, you will find your log in information to your **secure personal client portal**.

You will have access to view your approved program along with the payment schedule that was set up by your enrolling counselor. You can also login and upload your proof income (pay stubs or 1040 tax form). If you have any questions, please feel free to contact the customer service department.

**Customer Login:**

Please visit your Customer Portal and access your account with 1File account. Please click the link below to login.

https://www.studentdebtportal.com/

**Username:** ( ████████ )

**Password:** ████████

Sincerely,

**Customer Service Department**

**Toll Free 844-593-8072**

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF

YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

 Gmail

Meghann Zanga <░░░░░░░@gmail.com>

## MEGHANN N ZANGA: PAYSTUB NEEDED - 307385079

<noreply@debtpaypro.com>
Reply-To: <processing@1file.org>
To: <░░░░░░░@gmail.com>

Mon, Mar 18, 10:30 AM

 1FILE.ORG

Dear MEGHANN N,

We are currently working on all the necessary documentation to complete your student loan payment application. We need additional documentation for your proof of income in order to finalize your application

Please submit a **PDF copy** of your two most recent pay stubs as soon as possible. (Your pay stubs must display your full name, hourly wage and address.) Please *scan* or *fax* the documents (Photos/screenshots are not acceptable forms) to *714-203-6810* or email them to processing@1file.org.

If documents requested have already been sent, please disregard.

Best Regards,

**Processing Department**

**Toll Free** | (844) 593-8072
**Fax** | (714) 203-6810
**Hours of Operation: 8AM-5PM Pacific Standard Time**
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NONPUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS EMAIL IN ERROR AND DELETE IT FROM YOUR EMAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS

# Attachment D

 Gmail

**Meghann Zanga** <▮▮▮▮▮▮▮@gmail.com>

---

## Important: Your Social Security Administration (SSA) Results - Successful
1 message

---

**FSA ID Information** <FSA-ID@ed.gov>
Reply-To: FSA-ID@ed.gov
To: ▮▮▮▮▮@gmail.com

Mon, Mar 18, 2019 at 11:22 AM

---

Dear Meghann,

Your Social Security Administration (SSA) match was completed and your identifiers have been verified.

You can now use your FSA ID to access any FSA application or website that requires a verified match. Visit StudentAid.gov for more information on the usage of your FSA ID.

If you have any questions or need help, visit https://fsaid.ed.gov and select Help for more details.

Thank you,

U.S. Department of Education

Federal Student Aid

This mailbox is unattended. Please do not reply to this message.

**ATTACHMENT D**

 Gmail

Meghann Zanga <​⬛⬛⬛⬛⬛​@gmail.com>

## Important: Your FSA ID Password Was Changed
1 message

**FSA ID Information** <FSA-ID@ed.gov>                                    Mon, Mar 18, 2019 at 3:18 PM
Reply-To: FSA-ID@ed.gov
To: ⬛⬛⬛⬛⬛@gmail.com

Dear Meghann,

—Why We Are Contacting You—

This e-mail is to alert you that your FSA ID password was recently changed.

—What You Need To Do—

If you did not request this change, please visit here for instructions on changing your password and securing your account. As a reminder, the Department of Education or your loan servicer will never ask for your FSA ID password. You should not share your FSA ID with anyone.

If you made the change, you can ignore this e-mail.

If you have any questions or need help, visit https://fsaid.ed.gov and select Help for more details.

Thank you,

U.S. Department of Education

Federal Student Aid

This mailbox is unattended. Please do not reply to this message.

# Attachment E

 Gmail

Meghann Zanga < ███████ @gmail.com>

## MEGHANN N ZANGA: Information Requirement for Income Verification Needed - 307385079

1 message

**processing@1file.org** <processing@1file.org>
To: ███████ @gmail.com

Mon, Mar 18, 2019 at 6:11 PM



Dear MEGHANN N,

***If documents requested have already been sent or if you are UNEMPLOYED, please disregard.***

We are currently working on all the necessary documentation to complete your student loan payment application. We need additional documentation for your proof of income in order to finalize your application.

Please submit a **PDF copy** of the first two pages of your most recent Tax Return 1040 form ***or*** a **PDF copy** of your two most recent pay stubs as soon as possible. (Your pay stubs must display your full name, hourly wage and address.) Please be advised that **1099's or W-2's are NOT accepted.** Please *scan* or *fax* the documents (Photos/screenshots are not acceptable forms) to *714-203-6810* or email them to processing@1file.org. ***Failure to submit your proof of income may result in a consolidation under a Standard Repayment Program.***

Best Regards,

**Processing Department**

**Toll Free | (844) 593-8072**
**Fax | (714) 203-6810**
**Hours of Operation: 8AM-5PM Pacific Standard Time**
processing@1file.org
www.1file.org

THIS E MAIL MAY CONTAIN NON PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E MAILS.

**ATTACHMENT E**

# Attachment F



ATTACHMENT F

# Attachment G

 Gmail

Meghann Zanga <_____@gmail.com>

**ACTION REQUIRED: Submit your 2019-2020 FAFSA**
1 message

**U.S. Department of Education** <noreply@fafsa.gov>
To: _____@gmail.com

Sun, Mar 24, 2019 at 2:13 PM

Click here to view this email as a web page.

# Federal Student Aid
## An OFFICE of the U.S. DEPARTMENT of EDUCATION

Dear Meghann,

## Why We Are Contacting You

You started and saved a 2019-2020 *Free Application for Federal Student Aid* (FAFSA®) form, but you have not submitted the application for processing. Your eligibility for federal student aid cannot be determined and your information will not be shared with your school(s) unless you submit your application.

## What You Need to Do

You must complete, sign, and submit your saved application in order for it to be processed. To access your saved application, **log in to your FAFSA form**. After you log in, you will have the option to continue your application using the save key that you created when you started the application. Your FAFSA form has not been fully submitted until the confirmation page has been reached.

## Where to Go If You Have Questions or Need Help

If you have questions or need help, visit **StudentAid.gov/fafsahelp**.

Thank you,

U.S. Department of Education
Federal Student Aid

**Connect with us:**

**ATTACHMENT G**



You received this email because you started or completed a *Free Application for Federal Student Aid* (FAFSA®) form. Please do not reply to this automated email. Messages sent to this email address are not monitored.

This email was sent by: The U.S. Department of Education's office of Federal Student Aid
400 Maryland Ave., SW, Washington, DC, 20202 US



 Gmail

Meghann Zanga <_____@gmail.com>

## Important: Your FSA ID Was Locked
1 message

**FSA ID Information** <FSA-ID@ed.gov>                      Wed, Mar 27, 2019 at 12:11 PM
Reply-To: FSA-ID@ed.gov
To: _____@gmail.com

Dear Meghann,

—Why We Are Contacting You—

This e-mail is to alert you that your FSA ID is locked.

—What You Need To Do—

If you already unlocked your FSA ID, you can ignore this e-mail. If you did not unlock your FSA ID, you can go to https://fsaid.ed.gov and select the Manage My FSA ID tab to access self-help options for unlocking your FSA ID. Once you have provided your username and password, you will need to follow the instructions for using your e-mail, mobile phone, or your challenge questions to unlock your FSA ID.

If you have any questions or need help, visit https://fsaid.ed.gov and select Help for more details.

Thank you,

U.S. Department of Education

Federal Student Aid

This mailbox is unattended. Please do not reply to this message.

 Gmail

Meghann Zanga < _____@gmail.com>

## MEGHANN N ZANGA, IMPORTANT – FSA ID INFORMATION NEEDED 307385079

<processing@1file.org>
To: _____@gmail.com>

Wed, Mar 27, 4:00 PM



### Dear MEGHANN N ZANGA

We are sending you this email to let you know that in order to submit the proper application(s) and maintain you on the reduced repayment plan, we are going to need the login information created for your Federal Student Aid account at http://studentaid.ed.gov/npas/index.htm

*The fastest way to resolve this issue would be for you to give us a call at 844-593-8072, while having access to your email address.*

There are two ways to unlock your FSA ID.
You can either use your e-mail or answer some of your challenge questions[1]

**To start:**

1. Go to the "Edit My FSA ID" tab.
2. Log in using your username and password. You will receive the message, "Your FSA ID is locked. To unlock it, use one of the following options." Select one of the two options.

**Option 1: E-mail**

1. Click the e-mail button. You will be taken to a page that says "Unlock Your FSA ID – Using Email." A secure code will be sent to your e-mail address that's on record with your FSA ID.
2. Open your e-mail in a different browser tab or window or from another device. Do not close the FSA ID web page while accessing your e-mail.
3. Once you receive the e-mail, enter the secure code on the FSA ID page in the box that says "Secure Code." The secure code expires after 10 minutes.
4. Click on the submit button. Your account is unlocked and you will be taken to a page to change your password.
5. Follow the instructions to create a new password.

**Option 2: Challenge Questions**

1. Click the "challenge questions" button. You will be taken to a page that says "Unlock Your FSA ID – Using Challenge Questions."
2. Answer three of your five challenge questions shown on the screen. Your answers must match the ones you entered when creating your account. The answers are not case sensitive.
3. Click on the verify button. If you answered your challenge questions correctly, your account is unlocked and you will be taken to a page to change your password.
4. Follow the instructions to create a new password.

## Having Trouble?

Help is available throughout the FSA ID site by clicking the question marks next to every question. Additionally, answers to common questions can be found on this page, "Frequently Asked Questions."

Additional assistance with the FSA ID is available:

- By e-mail at StudentAid@ed.gov (for general inquiries that do not include personally identifiable information)
- By phone at 1-800-557-7394,
- By TTY for the hearing impaired at 1-800-730-8913, and
- By web chat. From fafsa.gov click "Help," then "Contact Us" and then the LIVE HELP button to initiate a chat.

*Please send us your updated FSA ID user login name and password as a response to this email or give us call at the Processing Center immediately. We can be reached between the hours of 8:30am and 6:00pm Pacific Standard Time at our toll-free number -- (844) 593-8072.

We sincerely appreciate your business, and welcome your feedback!

Thank you,

Processing Department

Toll Free | (844) 593-8072
Fax | (714) 203-6810
Hours of Operation: 8AM-5PM Pacific Standard Time
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

# Attachment H

 Gmail

Meghann Zanga < _____ @gmail.com>

## Important: Your FSA ID Information Was Changed
2 messages

**FSA ID Information** <FSA-ID@ed.gov>                                Thu, Mar 28, 2019 at 6:14 PM
Reply-To: FSA-ID@ed.gov
To: _____ @gmail.com

Dear Meghann,

—Why We Are Contacting You—

This e-mail is to alert you that your FSA ID information was recently changed.

—What You Need To Do—

If you made the changes, or requested the changes via customer service, you can ignore this e-mail. If you did not make any changes, you may want to change your password. To change your password, go to https://fsaid.ed.gov and select the Manage My FSA ID tab. Enter your username, password, and select CONTINUE. Select the Change My Password link and follow the instructions on screen. Note: You can also review your account information while you are logged in to Manage My FSA ID.

If you have any questions or need help, visit https://fsaid.ed.gov and select Help for more details.

Thank you,

U.S. Department of Education

Federal Student Aid

This mailbox is unattended. Please do not reply to this message.

**FSA ID Information** <FSA-ID@ed.gov>                                Thu, Mar 28, 2019 at 6:17 PM
Reply-To: FSA-ID@ed.gov
To: _____ @gmail.com

Dear Meghann,

—Why We Are Contacting You—

This e-mail is to alert you that your FSA ID information was recently changed.

—What You Need To Do—

If you made the changes, or requested the changes via customer service, you can ignore this e-mail. If you did not make any changes, you may want to change your password. To change your password, go to https://fsaid.ed.gov and select the Manage My FSA ID tab. Enter your username, password, and select CONTINUE. Select the Change My Password link and follow the instructions on screen. Note: You can also review your account information while you are logged in to Manage My FSA ID.

If you have any questions or need help, visit https://fsaid.ed.gov and select Help for more details.

Thank you,

U.S. Department of Education

Federal Student Aid

This mailbox is unattended. Please do not reply to this message.

**ATTACHMENT H**



Meghann Zanga < _____ @gmail.com>

## 1FILE.ORG - We have been unable to reach you, MECHANN N ZANGA – 307335079

Jake Leonidas <info@flesolution.org>
To: < _____ @gmail.com>

Fri, Mar 29, 2:03 PM



Hello MECHANN N,

We have been trying to get in touch with you regarding your Student Loans. Please contact our office at 1-800-871-1832 as soon as possible. It is important that we speak with you immediately.

We appreciate your cooperation.

Sincerely,

**Processing Department**

**Toll-Free | (800) 871-1832**
**Fax | (443) 552-7478**
**Hours of Operation: 8AM-5PM Pacific Standard Time**
info@flesolution.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

# PX22
# Declaration of Scott Lause

**DECLARATION OF SCOTT LAUSE**

**Pursuant to 28 U.S.C. § 1746**

I, Scott Lause, declare and state as follows:

1.      I am a United States citizen and am over 18 years of age.  I have personal knowledge of the matters set forth in this declaration and, if called as a witness, could and would testify competently to them.

2.      I am employed as the Assistant General Counsel for the Higher Education Loan Authority of the State of Missouri ("MOHELA"), which is a public instrumentality and body politic and corporate of the State of Missouri, established pursuant to Sections 173.350 to 173.445 of the Missouri Revised Statutes.  MOHELA's principal place of business is located in Chesterfield, Missouri.

3.      MOHELA is engaged in the business of servicing student loans, including student loans that are made by the U.S. Department of Education pursuant to the Federal Direct Loan Program.  Additionally, MOHELA owns and services student loans made through the Federal Family Education Loan Program ("FFELP").  MOHELA provides a full range of services to Direct Loan and FFELP borrowers, including billing, payment processing, and advising borrowers about a number of relevant topics, including repayment plan options, loan discharge and loan forgiveness, delinquency and default prevention initiatives, and collections.  MOHELA works directly with Direct Loan and FFELP borrowers to ensure that borrowers are in the repayment plan that best meets their needs and, as necessary, to provide borrowers with forbearances and deferments during times when the borrower is in school, unemployed, or is suffering some form of financial hardship.

4.      As part of my responsibilities as MOHELA's Assistant General Counsel, I lead a team of employees who are focused on identifying and assisting borrowers who are working with student loan debt relief companies ("SLDRs").

**Background on SLDRs**

5.      SLDRs are third-party companies that charge borrowers fees to obtain student loan debt relief benefits that typically are available for free through the Department of Education

Scott Lause Declaration, p. 1 of 11

1 and federal student loan servicers, such as Income-Driven Repayment ("IDR") Plans,

2 forbearance and deferment, and loan consolidation.  SLDRs are not federal student loan servicers

3 and are not in any way approved by or affiliated with the federal government or federal student

4 loan servicers.

5       6.     In MOHELA's experience, described below, such companies frequently make

6 false or inaccurate representations to borrowers in order to induce them to make payments to the

7 SLDR and to provide the SLDR with their Federal Student Aid ("FSA") personal identification

8 numbers ("PINs") and federal loan servicing account login credentials.  SLDRs then may use

9 this information to initiate various actions on borrowers' accounts, including altering the

10 demographic information on borrowers' accounts, removing the auto-debit feature on borrowers'

11 accounts, consolidating, or attempting to consolidate, borrowers' loans, submitting requests for

12 forbearance or deferment, and enrolling, or attempting to enroll, borrowers in various repayment

13 programs, such as IDR Plans.  In many cases, MOHELA staff have learned later from borrowers

14 that these actions on their loan accounts were unauthorized or not in the borrowers' best

15 interests.

16                               **MOHELA's Efforts to Protect Affected Borrowers**

17       7.     To protect borrowers from fraudulent conduct, MOHELA trains its customer

18 service agents to flag accounts where the borrower indicates that she or he is working with, or

19 has previously worked with, an SLDR, for further investigation and action, as needed.  Such

20 investigation typically entails reviewing the activity on the account since the time of the

21 borrower's first contact with the SLDR, including any changes to the demographic information

22 on the account, recorded phone calls, loan consolidation requests, IDR plan applications,

23 forbearance/deferment requests, payment history, and changes to the auto-debit status.  Staff may

24 also attempt to contact the borrower to determine whether the borrower authorized these actions

25 and to confirm the accuracy of the borrower's contact information that MOHELA has on file.

26       8.     In addition to investigating SLDRs' actions on individual borrower accounts,

27 MOHELA gathers data on known SLDRs, including company names, website URLs, email and

28 mailing address, telephone numbers, and the names of SLDR representatives.  MOHELA uses

Scott Lause Declaration, p. 2 of 11

1     this demographic information to query its system for additional borrower accounts that may be

2     affected.

3                **MOHELA's Investigation of Arete Financial Freedom and Related Entities**

4         9.       On or around February 12, 2019, I received a request from the Federal Trade

5     Commission ("FTC") for information about a SLDR doing business under various names,

6     including Arete Financial Freedom, 1file.org, Premier Solutions Servicing, American Financial

7     Support Services, US Financial Freedom Center, EduNet, and EduCare (collectively "Arete

8     Financial Freedom"). Based on my knowledge of the federal loan servicing industry, Arete

9     Financial Freedom is not a federal loan servicer or approved by or affiliated with MOHELA or

10     any other federal loan servicers in any way.

11         10.     Using demographic information (*e.g.*, email addresses) previously identified by

12     MOHELA, MOHELA staff identified at least 352 borrower accounts associated with the Arete

13     Financial Freedom entities. A true and correct copy of the demographic information that

14     MOHELA used to search for affected accounts is attached to this declaration as **Attachment A**.

15     MOHELA staff, acting at my direction and subject to my supervision, then reviewed certain of

16     these accounts to identify problematic activity. This investigation entailed, among other things,

17     reviewing any account activity notes, payment history, repayment schedules, consolidation

18     requests, forbearance and deferment requests, IDR plan applications, and telephone call

19     recordings, and in some cases, speaking with affected borrowers.

20         11.     Based on this review, MOHELA has determined that Arete Financial Freedom

21     has engaged in a variety of conduct that has caused, or has the potential to cause, negative

22     consequences for borrowers, including:

23                a)   making false or inaccurate statements to borrowers in order to induce them to

24                   sign up for Arete Financial Freedom's services;

25                b)   impersonating borrowers during calls with MOHELA in order to gain

26                   access to their accounts and initiate loan actions;

27                c)   submitting IDR Plan applications and forbearance requests, some with

28                   signature discrepancies, and many containing a digital signature;

Scott Lause Declaration, p. 3 of 11

d)  altering the demographic information on borrowers' accounts;

e)  removing the auto-debit feature from borrowers' accounts;

f)  submitting loan consolidation requests on behalf of borrowers;

g)  submitting forbearance requests on behalf of borrowers when more beneficial
options were available; and

h)  providing inaccurate or false information on IDR Plan applications in order
to qualify borrowers for low or $0.00 monthly payments for which they
would not otherwise have qualified.

Each of these actions is discussed, in turn, below.

*Making False or Inaccurate Representations to Borrowers*

12.     Based on its review of the affected accounts and conversations with affected
borrowers, MOHELA has determined that Arete Financial Freedom has repeatedly made false or
inaccurate representations to borrowers in order to induce them to make payments to Arete
Financial Freedom and to provide Arete Financial Freedom with their FSA PINs and account
login credentials.  For example, according to borrowers with whom MOHELA has spoken, Arete
Financial Freedom has promised to lower borrowers' monthly student payments, in some cases
permanently.  However, it is impossible for Arete Financial Freedom to know what a
borrower's monthly payment amount will be over time without knowing the borrower's future
income and family size, because IDR Plan payment amounts are determined by these factors
in relation to the borrower's student loan debt.  These factors must be certified each year
based on the borrower's current information and the borrower's payment amount may change
as the borrower's circumstances change.

13.     Borrowers also have informed MOHELA staff that Arete Financial Freedom
has represented that it will obtain results for borrowers that it cannot obtain.  For example, in
multiple instances borrowers have informed MOHELA staff that Arete Financial Freedom
promised to reduce their student loan balance via enrollment in federal student loan
forgiveness programs, in many cases drastically.  However, Arete Financial Freedom has no
ability to reduce a borrower's student loan balance beyond that of a student loan servicer like

Scott Lause Declaration, p. 4 of 11

1   MOHELA.  Federal student loan forgiveness programs have strict eligibility requirements

2   (such as, in the case of Public Service Loan Forgiveness, continued participation in a

3   qualifying public-service job), and usually require a set number of years of qualifying payments

4   before forgiveness is granted. Even in the case of borrowers being eligible for certain

5   forgiveness programs, certain information must be obtained from the borrower to determine

6   his/her eligibility; and, any processing of any forgiveness application, and enrollment in the

7   forgiveness program, is performed by a student loan servicer like MOHELA.

8       14.     MOHELA has identified inaccurate and misleading information being provided to

9   borrowers by Arete Financial Freedom, based on documentation it has received from borrowers.

10  Such inaccurate and misleading information includes, but is not limited to: stating that borrowers

11  are saving up to 80% on their monthly payment by consolidating their federal student loans;

12  stating that servicers stand to make more money if borrowers default on their federal student

13  loans; and, stating that servicers have no interest in helping borrowers understand their federal

14  student loans.

15      15.     In addition, borrowers have informed MOHELA staff that Arete Financial

16  Freedom has represented that it has a special relationship with the U.S. Department of

17  Education or MOHELA when, in fact, it has no relationship with either.

18      16.     MOHELA staff also has handled numerous contacts from borrowers who were

19  surprised to learn that the payments they made to Arete Financial Freedom were not applied to

20  their loans.  Other borrowers, with whom MOHELA staff spoke, were surprised that their

21  loans were still with MOHELA; these borrowers believed their loans were to be consolidated,

22  or managed, by Arete Financial Freedom.

23      17.     Attached hereto as **Attachment B** are true and correct recordings of telephone

24  calls that MOHELA staff have had with affected borrowers.  With two exceptions, the call

25  recordings have been redacted to protect the borrowers' identities and personally identifiable

26  information.  First, a recording identifies the MOHELA borrower as Jolie Ramsey.  I

27  understand that Ms. Ramsey is submitting a separate declaration in connection with the FTC's

28  application for a temporary restraining order against Arete Financial Freedom.  Second, there

Scott Lause Declaration, p. 5 of 11

1    are two recordings in which the borrower identifies herself as Danielle [redacted].  The

2    callers' voices and accents vary significantly from call to call, however, leading me to believe

3    that the second call was someone from Arete Financial Freedom impersonating this borrower.

4    I discuss this topic in the next paragraph.

5                                     *Impersonating Borrowers*

6            18.    Based on its review of the affected accounts, MOHELA has determined that

7    Arete Financial Freedom has impersonated borrowers on numerous phone calls with

8    MOHELA customer service agents in order to gain access to borrowers' accounts and initiate

9    various actions on borrowers' behalves.  In determining that Arete Financial Freedom has

10   impersonated borrowers on these phone calls, MOHELA considered a variety of factors,

11   including: the telephone number from which the call appeared to have originated; whether the

12   same telephone number called in on multiple different borrower accounts; whether the

13   telephone number resembled the borrower's telephone number save for one or two digits (*i.e.*,

14   whether the number was "spoofed"); whether the borrower recalled calling in on certain dates

15   and times; whether the caller's voice differed from that on previous calls with the borrower;

16   and whether the same person or voice called in on multiple accounts.  For example, in

17   Attachment B, the two calls from someone identifying herself as MOHELA borrower

18   Danielle [redacted] vary markedly in tone and accent.  MOHELA believes that the call from

19   "Danielle [redacted]" placed on February 11, 2019, was in fact someone from Arete Financial

20   Freedom impersonating MOHELA's borrower.

21                                     *Forging Borrowers' Signatures*

22           19.    Based on its review of the affected accounts, MOHELA has identified a pattern

23   of signature discrepancies on borrowers' forbearance requests, and some IDR Plan requests.

24   In some cases, the signatures on these documents appear to be clearly distinct from borrowers'

25   signatures on earlier documents.  In many cases, however, MOHELA staff has identified that

26   many documents that appear to have originated from Arete Financial Freedom contain digital

27   signatures.  MOHELA staff has identified other SLDRs using digital signatures on loan

28   documentation; and, in many cases, SLDRs encourage borrowers to sign agreements engaging

Scott Lause Declaration, p. 6 of 11

1   the SLDR, via the digital signature process.

2         20.    Additionally, MOHELA staff identified that many of these documents

3   containing digital signatures, particularly forbearance requests, were transmitted to MOHELA

4   from the same fax number as that appearing on documents submitted on other borrowers'

5   accounts, such as, 888-511-2518, 888-519-8402, 949-258-5092 and 949-478-0692.  In some

6   instances, these documents even display the name of the same individual, such as Denise

7   Velazquez and Mike Hsu, likely suggesting that the same Arete Financial Freedom

8   representative transmitted, and possibly forged, these documents on the accounts of multiple

9   borrowers.

10                    *Altering Demographic Information on Borrowers' Accounts*

11         21.    Based on its review of the affected accounts and conversations with affected

12   borrowers, MOHELA has determined that Arete Financial Freedom has altered the

13   demographic information (*e.g.*, email address, mailing address, and telephone numbers) of

14   more than 352 borrower accounts, listed in **Attachment A**.  Specifically, Arete Financial

15   Freedom has removed the borrowers' demographic information and replaced it with

16   demographic information associated with Arete Financial Freedom.  The "EmailAdd"

17   columns in Attachment A list the dates on or about which Arete Financial Freedom changed

18   the demographic information associated with the corresponding borrower email address.  For

19   some borrowers, Arete Financial Freedom changed the demographic information more than

20   once.

21         22.    Arete Financial Freedom has altered the demographic information on

22   borrowers' accounts primarily through two methods.  First, Arete Financial Freedom has

23   created or obtained borrowers' login credentials to MOHELA's online portal and altered the

24   demographic information on borrowers' accounts, such as the borrower's email address and/or

25   phone contact.  For example, MOHELA staff identified 128 borrower accounts that contained

26   an e-mail address ending with the domain: @aretemail.com.  *See* **Attachment A**.  Second,

27   Arete Financial Freedom has submitted applications containing new demographic information

28   associated with Arete Financial Freedom.

Scott Lause Declaration, p. 7 of 11

1         23.    Arete Financial Freedom has also altered borrowers' demographic information

2    by inserting an e-mail address(es) that contains "freeumail" in the e-mail domain. Certain

3    borrower accounts with an e-mail address containing the "freeumail" domain had other

4    another e-mail address associated with Arete Financial Freedom. Other borrower accounts,

5    with an e-mail address containing this domain, displayed evidence of other activity commonly

6    associated with Arete Financial Freedom, such as loan consolidation requests, digitally-signed

7    forbearances, and forbearance requests originating from the same fax number. More

8    specifically, as to the latter, many such borrower accounts had forbearance requests submitted

9    that originated from the fax number 888-511-2518, which is listed on Premier Solutions

10   Servicing's website, www.premiersolutionsservicing.com. On this basis, it is my conclusion

11   that the "freeumail" domain is associated with Premier Solutions Servicing.

12        24.    Based on its review of IP address access logs, MOHELA staff has determined

13   that Arete Financial Freedom primarily has used two IP addresses to access borrower accounts

14   and, in some instances, change borrowers' demographic information: 12.10.47.194 and

15   12.244.55.162. As of September 16, 2019, Arete Financial Freedom had used the IP address

16   12.10.47.194 to access at least 149 borrower accounts, including as recently as September 12,

17   2019, and the IP address 12.244.55.162 to access at least 87 borrower accounts.

18        25.    By altering the demographic information on borrowers' accounts, Arete

19   Financial Freedom has prevented borrowers from receiving important correspondence from

20   MOHELA, such as billing statements, delinquency notices, IDR Plan renewal notifications,

21   and more. According to borrowers, Arete Financial Freedom also has made it appear that

22   borrowers' student loan accounts were in good order and that everything was being handled

23   appropriately when, in fact, that may not be the case.

24                           *Removing the Auto-Debit Feature*

25        26.    Based on its review of the affected accounts, MOHELA has determined that

26   Arete Financial Freedom has removed the auto-debit feature from multiple borrowers'

27   accounts. This has caused, or has the potential to cause, several negative consequences for

28   borrowers. First, removing the auto-debit feature has resulted, or has the potential to result, in

Scott Lause Declaration, p. 8 of 11

1   borrowers making untimely payments to MOHELA or to miss payments altogether. This, in
2   turn, has caused, or has the potential to cause, borrowers' account balances to increase,
3   potentially increasing the time in which the borrower remains in repayment. Additionally, by
4   removing the auto-debit feature from borrowers' accounts, Arete Financial Freedom also has
5   caused borrowers to lose the 0.25% interest rate reduction provided to Direct Loan and
6   FFELP borrowers who pay via auto-debit.
7                    *Consolidating, or Attempting to Consolidate, Borrowers' Loans*
8           27.     Based on its review of the affected accounts, MOHELA has determined that
9   Arete Financial Freedom has consolidated, or attempted to consolidate, borrowers' loans. In
10  some cases, Arete Financial Freedom has submitted consolidation requests for borrowers who
11  were already enrolled in repayment plans that offered the possibility of loan forgiveness if the
12  borrowers made a certain number of qualifying payments. When the consolidation requests
13  were processed, new loans were established and the forgiveness periods restarted. This
14  resulted in these borrowers losing months and often years of qualifying payments towards
15  forgiveness.
16                    *Submitting Forbearance Requests*
17          28.     Based on its review of the affected accounts, MOHELA has determined that
18  Arete Financial Freedom has requested forbearances on behalf of multiple borrowers when
19  more beneficial repayment options were available. The forbearances that Arete Financial
20  Freedom has requested generally have come from borrowers' limited "general" or "temporary
21  hardship" forbearance time. Pursuant to federal law, this time is limited to three years over
22  the life of the loan. This has allowed Arete Financial Freedom to collect payments from
23  borrowers without borrowers' loans becoming delinquent and MOHELA notifying the
24  borrower of the delinquency. During this forbearance period, interest has continued to accrue
25  on borrowers' loans and has capitalized, meaning it was added into the principal balance of
26  the loan when the forbearance period ended.
27          29.     MOHELA staff has noticed such forbearances being submitted in seemingly, or
28  clearly, unnecessary circumstances. First, MOHELA staff has noticed forbearances submitted

Scott Lause Declaration, p. 9 of 11

**Page 706**
**PX22 Lause Decl.**

1   on the accounts of borrowers who have been making regularly monthly payments, and in

2   which these borrowers seem to be having no trouble meeting their monthly payment

3   obligations.  In some of these cases, the forbearance request was submitted in conjunction

4   with a request to cancel the borrower's enrollment in auto-debit. Second, MOHELA staff has

5   noticed forbearance requests submitted in instances in which the borrower was on a $0.00

6   monthly payment, or had no monthly payment due.

7              *Enrolling, or Attempting to Enroll, Borrowers in Repayment Plans*

8       30.     Based on its review of the affected accounts and conversations with affected

9   borrowers, MOHELA has determined that Arete Financial Freedom has submitted IDR Plan

10   applications that contain inaccurate and/or falsified information in order to qualify borrowers

11   for low or $0.00 monthly payments for which they would not otherwise have qualified.  For

12   example, Arete Financial Freedom has indicated on multiple IDR Plan applications that

13   borrowers filed their taxes single, or otherwise did not have access to their spouse's income;

14   when, in fact, MOHELA staff has learned from speaking to these borrowers that they were

15   married and had access to their spouses' income.  By listing these borrowers as single, or

16   otherwise not having access to their spouses' income, Arete Financial Freedom was able to

17   avoid having to provide their spouses' incomes on their IDR Plan applications, thereby

18   allowing Arete Financial Freedom to obtain lower monthly payments on behalf of these

19   borrowers.

20       31.     Arete Financial Freedom also has indicated on multiple IDR Plan applications

21   that borrowers had more dependents than they in reality had.  By indicating that these

22   borrowers had more dependents than they actually had, Arete Financial Freedom was able to

23   obtain for these borrowers lower monthly payments than they would otherwise have qualified

24   for had to correct number of dependents been inputted.

25       32.     In some cases, Arete Financial Freedom indicated on IDR Plan applications that

26   borrowers had no taxable income, when borrowers did, in fact, have taxable income.  By

27   indicating that borrowers had no taxable income on IDR Plan applications, Arete Financial

28   Freedom was able to obtain for these borrowers a $0.00 monthly payment amount, which is a

Scott Lause Declaration, p. 10 of 11

1  lower payment amount than these borrowers may have otherwise qualified for, had the correct

2  amount of taxable income been inputted on the IDR Plan application.

**Business Records Certification**

4       33.    I have personal knowledge and the authority to certify the authenticity of the

5  records produced by MOHELA and attached hereto.  These records were made in the regular

6  course of business, by MOHELA, and it was in the regular course of business of MOHELA

7  for an employee or representative of MOHELA with knowledge of the act, event, condition,

8  opinion, or diagnosis recorded to make the record and transmit information thereof to be

9  included in such record; and, the record was made at or near the time of the act, event,

10  condition, opinion or diagnosis.  The records attached hereto are the original or exact

11  duplicates of the original.

13       I declare under penalty of perjury under the laws of the United States of America that the

14  foregoing is true and correct.

15       Executed on _September 30,_ 2019.

Scott Lause
Assistant General Counsel
MOHELA

Scott Lause Declaration, p. 11 of 11

# Attachment A



| SSN | REGION | EmailAddress 1 | EmailAdd 1 | EmailAddress 2 | EmailAdd 2 | EmailAddress 3 | EmailAdd 3 | EmailAddress 4 | EmailAdd 4 |
|---|---|---|---|---|---|---|---|---|---|
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 19May2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 13Oct2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 27Aug2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 01Nov2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 15Jul2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 02May2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.NET | 12May2017 | | | | | | |
| XXXXXXXXX | F | [redacted]@ARETEMAIL.COM | 04Apr2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.NET | 10Mar2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 12Dec2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 16May2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 06Dec2016 | [redacted]@FREEUMAIL.EMAIL | 07Dec2016 | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.EMAIL | 28Oct2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.EMAIL | 28Mar2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 11Jun2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 19Jun2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.CO | 25Jan2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 11Oct2015 | [redacted]@FREEUMAIL.ORG | 16Jul2017 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 04Jan2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 25May2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 21Nov2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 07Oct2015 | [redacted]@PSSEMAIL.NET | 07Apr2016 | [redacted]@FREEUMAIL.INFO | 17Oct2016 | [redacted]@FREEUMAIL.COM | 07Mar2017 |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.NET | 01Nov2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 14Jun2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 08Jul2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 23Feb2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 08May2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 29Oct2015 | | | | | | |
| XXXXXXXXX | F | [redacted]@ARETEMAIL.COM | 19Jul2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 30Jan2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 10Aug2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@PSSEMAIL.NET | 28Mar2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@PSSEMAIL.NET | 26Jan2016 | [redacted]@PSSEMAIL.NET | 12Feb2016 | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 24Apr201 | [redacted]@FREEUMAIL.ONLINE | 01Jun2017 | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 24Jun2019 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 03Oct2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 05May2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 25Apr2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 13May2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 12Oct2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 18Nov2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 29Dec2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 28Sep2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 15Jun2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@PSSEMAIL.NET | 29Feb2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 13Sep2018 | | | | | | |
| XXXXXXXXX | F | [redacted]@ARETEMAIL.COM | 21Sep2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@PSSEMAIL.NET | 12Apr2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 18May2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.ORG | 06Jan2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 21Jul2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 05Sep2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.EMAIL | 27Jan2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 05Sep2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 12Mar2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 13Nov2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 26Feb2016 | | | | | | |
| XXXXXXXXX | D | PROCESSING@1FILE.ORG | 11Aug2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 27Aug2015 | [redacted]@FREEUMAIL.INFO | 11Feb2017 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 07Dec2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@PSSEMAIL.NET | 04May2016 | [redacted]@PSSEMAIL.NET | 17Jun2016 | [redacted]@FREEUMAIL.COM | 12Jul2016 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 05May2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 07Feb2018 | | | | | | |
| XXXXXXXXX | F | [redacted]@ARETEMAIL.COM | 07Feb2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.INFO | 27Dec2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 25Oct2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 24Jan2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 26Jul2018 | | | | | | |
| XXXXXXXXX | F | [redacted]@ARETEMAIL.COM | 11Oct2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 12Sep2018 | | | | | | |

ATTACHMENT A









| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 31Mar2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 21Mar2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 08Jul2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 02Feb2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 28Oct2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 17Oct2015 | | | | | | |
| XXXXXXXXX | F | [redacted]@ARETEMAIL.COM | 07Nov2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 27Feb2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 19Nov2018 | | | | | | |
| XXXXXXXXX | F | [redacted]@ARETEMAIL.COM | 20Feb2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.ORG | 22Feb2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 04Oct2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.CO | 08Mar2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 12Jul2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 06Nov2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 18May2018 | | | | | | |
| XXXXXXXXX | D | PROCESSING@1FILE.ORG | 16Dec2014 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 24Dec2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 06Dec2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 01Dec2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 09Dec2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 26Sep2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 07Nov2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 11Aug2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 11Oct2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 21Nov2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 15Dec2015 | [redacted]@PSSEMAIL.NET | 15Jan2016 | [redacted]@FREEUMAIL.COM | 26Aug2016 | [redacted]@FREEUMAIL.EMAIL | 27Dec2016 |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 18Jun2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 30Oct2015 | [redacted]@PSSEMAIL.NET | 18Jan2016 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 19Oct2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 27Aug2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 09Nov2018 | | | | | | |
| XXXXXXXXX | F | [redacted]@1FILE.ORG | 05Aug2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 18Apr2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 24Jan2019 | | | | | | |
| XXXXXXXXX | F | [redacted]@FREEUMAIL.ORG | 06Oct2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 30Mar2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 31Mar2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 27Jun2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 14Jan2019 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 11Aug2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 06Feb2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 25Sep2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 22Sep2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 20Jul2016 | | | | | | |
| XXXXXXXXX | D | PROCESSING@1FILE.ORG | 17Dec2014 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.INFO | 25Oct2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 30Sep2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 09Jul2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.ORG | 15May2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 09May2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 08Dec2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 26Jan2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 30Jul2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 17Oct2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 13May2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 12Aug2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 22Aug2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 24Dec2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 19Mar2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 23Jun2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 19Feb2015 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.NET | 06Oct2016 | [redacted]@FREEUMAIL.INFO | 08Oct2016 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 29Dec2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 05Dec2016 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 24May2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 23Jul2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 05Nov2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 26Sep2018 | | | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.ORG | 22Apr2017 | | | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 02Nov2016 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| XXXXXXXXX | F | [redacted]@ARETEMAIL.COM | 26Sep2018 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 09Jun2016 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 30Mar2017 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 13Feb2016 | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 24Jul2015 | [redacted]@PSSEMAIL.NET | 12Feb2016 |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 16Dec2016 | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 02Sep2015 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 06Sep2017 | | |
| XXXXXXXXX | F | [redacted]@FREEUMAIL.EMAIL | 06Dec2016 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 15Dec2017 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 24Aug2018 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 05Feb2018 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 22Jun2018 | | |
| XXXXXXXXX | D | [redacted]@PSSEMAIL.NET | 20Jun2016 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 08Nov2018 | | |
| XXXXXXXXX | F | [redacted]@PSSEMAIL.NET | 12Apr2016 | | |
| XXXXXXXXX | F | [redacted]@PREMIERSOLUTIONSERVICING.COM | 02Sep2015 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 15Aug2018 | | |
| XXXXXXXXX | F | [redacted]@FREEUMAIL.ONLINE | 06Jan2017 | | |
| XXXXXXXXX | F | [redacted]@PSSEMAIL.NET | 21Apr2016 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 22Dec2017 | | |
| XXXXXXXXX | F | [redacted]@FREEUMAIL.COM | 28Mar2018 | [redacted]@FREEUMAIL.COM | 19Apr2018 |
| XXXXXXXXX | F | [redacted]@PREMIERSOLUTIONSERVICING.COM | 29Oct2015 | | |
| XXXXXXXXX | F | CAREY@1FILE.ORG | 23Oct2014 | PROCESSING@1FILE.ORG | 27Oct2014 |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 21Mar2018 | [redacted]@ARETEMAIL.COM | 30May2018 |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 28Mar2017 | | |
| XXXXXXXXX | D | [redacted]@PSSEMAIL.NET | 01Mar2016 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 28Sep2016 | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 15Aug2016 | [redacted]@FREEUMAIL.EMAIL | 31Oct2016 |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 10Mar2018 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 27Jul2016 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 15Nov2017 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 09Nov2016 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 11Aug2015 | [redacted]@1FILE.ORG | 20Feb2016 |
| XXXXXXXXX | D | [redacted]@PSSEMAIL.NET | 24May2016 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 07Feb2017 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 15Jun2018 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 31Aug2016 | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.CO | 02Nov2016 | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 26Jun2015 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 29Aug2018 | | |
| XXXXXXXXX | D | [redacted]@PSSEMAIL.NET | 01Jun2016 | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.ORG | 29Mar2018 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 10Mar2015 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 20Apr2017 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 06Dec2018 | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 04Jun2018 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 11Aug2016 | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 07Jul2015 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 18Jul2018 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 23Jan2015 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 01Mar2018 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 22Aug2015 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 05Jul2018 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 12Jun2018 | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 05Oct2016 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 16Sep2015 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 05Mar2018 | | |
| XXXXXXXXX | F | [redacted]@ARETEMAIL.COM | 03Mar2018 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 15Aug2018 | | |
| XXXXXXXXX | F | [redacted]@PSSEMAIL.NET | 29Mar2016 | | |
| XXXXXXXXX | F | [redacted]@ARETEMAIL.COM | 22Oct2018 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 02May2019 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 01Feb2018 | | |
| XXXXXXXXX | F | [redacted]@FREEUMAIL.COM | 26Jun2017 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 16May2018 | | |
| XXXXXXXXX | D | [redacted]@PSSEMAIL.NET | 19Apr2016 | [redacted]@PSSEMAIL.NET | 19Apr2016 |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 30Jul2018 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 24Aug2018 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 20Jun2018 | | |
| XXXXXXXXX | F | [redacted]@FREEUMAIL.COM | 28Sep2016 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XXXXXXXXX | F | [redacted]@PREMIERSOLUTIONSERVICING.COM | 27Oct2015 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 28Sep2018 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 03Oct2015 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 20Sep2016 | | | | |
| XXXXXXXXX | F | [redacted]@1FILE.ORG | 13Feb2017 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 26Aug2016 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 28Dec2017 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 09Jan2017 | | | | |
| XXXXXXXXX | F | [redacted]@1FILE.ORG | 20Sep2017 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 24Aug2016 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 07Nov2016 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 03May2018 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 28Sep2018 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 19Aug2015 | | | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 25Nov2015 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 05Sep2015 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 15Jul2015 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 24Sep2015 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 04Aug2016 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 09Nov2016 | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 12Nov2018 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 24Mar2017 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 08Aug2016 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 06Mar2018 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 09Aug2018 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 31Aug2016 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 17Feb2018 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 27Jun2018 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 05Sep2015 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 16Jul2015 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 20May2015 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 21Jun2018 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 04Sep2015 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 14Sep2018 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 16Jan2016 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 18Oct2017 | | | | |
| XXXXXXXXX | D | [redacted]@PSSEMAIL.NET | 07Jun2016 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 19Apr2018 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 06Nov2018 | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 29Nov2016 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 16Apr2018 | | | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 19Dec2015 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 05Sep2015 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 05Dec2017 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 05Sep2015 | | | | |
| XXXXXXXXX | D | [redacted]@PSSEMAIL.NET | 15Apr2016 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 09Apr2015 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 05Feb2015 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 05Sep2015 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 20Mar2015 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 04Oct2018 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 09Jan2019 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 08Jul2016 | | | | |
| XXXXXXXXX | F | [redacted]@ARETEMAIL.COM | 09Jan2019 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 17Sep2016 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 13Jul2016 | | | | |
| XXXXXXXXX | D | [redacted]@FREEUMAIL.COM | 28Apr2017 | [redacted]@FREEUMAIL.ONLINE | 19May2017 | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 24Sep2015 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 08Apr2016 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 21Dec2016 | | | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 15Dec2015 | [redacted]@PSSEMAIL.NET | 08Jan2016 | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 07Dec2018 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 06Apr2018 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 19May2018 | | | | |
| XXXXXXXXX | D | [redacted]@ARETEMAIL.COM | 29Jan2018 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 08Aug2016 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 18Feb2015 | | | | |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 01Apr2017 | | | | |
| XXXXXXXXX | D | [redacted]@PREMIERSOLUTIONSERVICING.COM | 18Jul2015 | [redacted]@PREMIERSOLUTIONSERVICING.COM | 17Nov2015 | [redacted]@PSSEMAIL.NET | 30Dec2015 |
| XXXXXXXXX | D | [redacted]@1FILE.ORG | 22Aug2016 | | | | |
| XXXXXXXXX | D | [redacted]@PSSEMAIL.NET | 24Feb2016 | [redacted]@PSSEMAIL.NET | 25Feb2016 | | |

XXXXXXXX D @PSSEMAIL.NET 10May2016
XXXXXXXX D @1FILE.ORG 26Aug2016 @1FILE.ORG 24Jan2017
XXXXXXXX D @FREEUMAIL.COM 11Oct2016
XXXXXXXX D @1FILE.ORG 27Feb2017
XXXXXXXX D PROCESSING@1FILE.ORG 19Dec2014
XXXXXXXX D @FREEUMAIL.COM 28Jul2016
XXXXXXXX D @1FILE.ORG 11Jun2016
XXXXXXXX D @PREMIERSOLUTIONSERVICING.COM 09Nov2016
XXXXXXXX D @ARETEMAIL.COM 03May2018
XXXXXXXX F @FREEUMAIL.COM 25Jul2016 @FREEUMAIL.COM 25Jul2016
XXXXXXXX D @ARETEMAIL.COM 08May2018
XXXXXXXX D @1FILE.ORG 15Feb2017
XXXXXXXX D @1FILE.ORG 05Sep2015
XXXXXXXX D @ARETEMAIL.COM 06Aug2018
XXXXXXXX D @ARETEMAIL.COM 30Jan2019
XXXXXXXX D @1FILE.ORG 05Oct2016
XXXXXXXX F @ARETEMAIL.COM 29Mar2018
XXXXXXXX D @PSSEMAIL.NET 20Jan2016
XXXXXXXX D @1FILE.ORG 14Apr2015
XXXXXXXX D @1FILE.ORG 22Apr2017
XXXXXXXX D @FREEUMAIL.COM 25Aug2016
XXXXXXXX D @1FILE.ORG 02Aug2016
XXXXXXXX D @1FILE.ORG 21Jul2015
XXXXXXXX D @FREEUMAIL.CO 04Apr2017
XXXXXXXX D @FREEUMAIL.COM 19Jul2016 @FREEUMAIL.CO 29Dec2016
XXXXXXXX D @ARETEMAIL.COM 21Jun2018
XXXXXXXX D @1FILE.ORG 14Aug2015
XXXXXXXX D @1FILE.ORG 18Dec2015
XXXXXXXX D @ARETEMAIL.COM 14Jul2018
XXXXXXXX D @PREMIERSOLUTIONSERVICING.COM 10Sep2015
XXXXXXXX D @ARETEMAIL.COM 30Nov2018
XXXXXXXX D @1FILE.ORG 27Nov2015
XXXXXXXX D @1FILE.ORG 20Aug2016
XXXXXXXX D @FREEUMAIL.COM 21Oct2016
XXXXXXXX D @FREEUMAIL.NET 19Jan2017
XXXXXXXX D @1FILE.ORG 03Aug2016
XXXXXXXX D @ARETEMAIL.COM 24Aug2018
XXXXXXXX D @ARETEMAIL.COM 28Mar2018
XXXXXXXX D @1FILE.ORG 17Nov2016
XXXXXXXX D @ARETEMAIL.COM 04Apr2018
XXXXXXXX D @PREMIERSOLUTIONSERVICING.COM 01Dec2015
XXXXXXXX D @1FILE.ORG 03Sep2015
XXXXXXXX D @1FILE.ORG 12Jul2016
XXXXXXXX D @1FILE.ORG 10Feb2017
XXXXXXXX D @1FILE.ORG 22Sep2015
XXXXXXXX D @FREEUMAIL.COM 30Mar2017
XXXXXXXX D @1FILE.ORG 16Dec2015
XXXXXXXX D @PSSEMAIL.NET 18May2016
XXXXXXXX D @ARETEMAIL.COM 06Nov2018
XXXXXXXX D @ARETEMAIL.COM 26May2018
XXXXXXXX D @ARETEMAIL.COM 17Mar2018 @ARETEFINANCIALFREEDOM.COM 19Mar2018
XXXXXXXX D @ARETEMAIL.COM 29Jun2018
XXXXXXXX D @PREMIERSOLUTIONSERVICING.COM 10Dec2015
XXXXXXXX D @ARETEMAIL.COM 13Nov2018
XXXXXXXX D @PREMIERSOLUTIONSERVICING.COM 03Nov2015
XXXXXXXX D @FREEUMAIL.EMAIL 15Dec2016
XXXXXXXX D @ARETEMAIL.COM 17May2018
XXXXXXXX D @ARETEMAIL.COM 09Nov2018
XXXXXXXX D @PREMIERSOLUTIONSERVICING.COM 15Dec2015 @PSSEMAIL.NET 07Apr2016 @FREEUMAIL.NET 09Jan2017
XXXXXXXX D @FREEUMAIL.CO 11Oct2016
XXXXXXXX D @ARETEMAIL.COM 29May2018
XXXXXXXX D @ARETEMAIL.COM 23Aug2018
XXXXXXXX D @PSSEMAIL.NET 26Apr2016
XXXXXXXX D @FREEUMAIL.COM 19Aug2016
XXXXXXXX D @1FILE.ORG 24May2016
XXXXXXXX D @ARETEMAIL.COM 14Dec2017
XXXXXXXX D @ARETEMAIL.COM 08May2018
XXXXXXXX D @ARETEMAIL.COM 06Jul2018
XXXXXXXX D @ARETEMAIL.COM 26Oct2018
XXXXXXXX D @ARETEMAIL.COM 17Oct2018
XXXXXXXX D @ARETEMAIL.COM 07Oct2017

26Sep018
16Jan2016
31Oct2018



@ARETEMAIL.COM
@PSSEMAIL.NET
@ARETEMAIL.COM



XXXXXXXX   D
XXXXXXXX   D
XXXXXXXX   D

# Attachment B
# (lodged on DVD)