ORIGINAL

1   ALDEN F. ABBOTT
    General Counsel
2   STEPHEN T. FAIRCHILD
3   WA Bar No. 41214; sfairchild@ftc.gov
    RICHARD MCKEWEN
4   WA Bar No. 45041; rmckewen@ftc.gov
5   FEDERAL TRADE COMMISSION
6   915 Second Avenue, Suite 2896
    Seattle, WA 98174
7   Tel.: (206) 220-6350; Fax: (206) 220-6366
8
    ROBERT J. QUIGLEY, Local Counsel
9   CA Bar No. 302879; rquigley@ftc.gov
10  FEDERAL TRADE COMMISSION
    10990 Wilshire Boulevard, Suite 400
11  Los Angeles, CA 90024
12  Tel.: (310) 824-4300; Fax: (310) 824-4380
13
    Attorneys for Plaintiff
14

15              UNITED STATES DISTRICT COURT
16              CENTRAL DISTRICT OF CALIFORNIA

17  FEDERAL TRADE COMMISSION,

18                  Plaintiff,          Civ. No.  SACV 19 - 02109 JVS (ADSx)

19                                      EXHIBITS TO PLAINTIFF'S
20          v.                          TRO APPLICATION

21  AMERICAN FINANCIAL SUPPORT          VOLUME VI
22  SERVICES INC., et al.,              PX23–PX23 Attach. P

23                  Defendants.         FILED UNDER SEAL
24

25

26

27

28

ALDEN F. ABBOTT
General Counsel
STEPHEN T. FAIRCHILD
WA Bar No. 41214; sfairchild@ftc.gov
RICHARD MCKEWEN
WA Bar No. 45041; rmckewen@ftc.gov
FEDERAL TRADE COMMISSION
915 Second Avenue, Suite 2896
Seattle, WA 98174
Tel.: (206) 220-6350; Fax: (206) 220-6366

ROBERT J. QUIGLEY, Local Counsel
CA Bar No. 302879; rquigley@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel.: (310) 824-4300; Fax: (310) 824-4380

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN FINANCIAL SUPPORT SERVICES INC., et al., <br><br> Defendants. | Civ. No. <br><br> **EXHIBITS TO PLAINTIFF'S TRO APPLICATION** <br><br> **VOLUME VI** <br> **PX23–PX23 Attach. P** <br><br> **FILED UNDER SEAL** |

# PX23
# Declaration of Laureen France

**DECLARATION OF LAUREEN FRANCE**

Pursuant to 28 U.S.C. § 1746

 

I, Laureen France, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.     I am a United States citizen.  I am over eighteen years of age.  I am an investigator with the Northwest Regional Office of the Federal Trade Commission ("FTC" or "Commission"), located at 915 Second Avenue, Suite 2896, Seattle, WA 98174.  As part of my regular duties, I research and investigate persons and entities that may be violating the FTC Act and other laws that the FTC enforces.  I have been assigned to the investigation of the named defendants in this action.  I am also the deputy custodian of records produced in the investigation, both voluntarily and through compulsory process.  The attachments to this declaration include documents with redactions to comply with Fed. R. Civ. P. 5.2 and Local Civil Rule 5.2-1, as well as redactions of irrelevant or sensitive information (such as consumer identifying information).  Complete, unredacted copies of these documents are available to the Court upon request.  In addition, when including copies of spreadsheets as attachments, I have hidden certain rows and columns for ease of readability.  The complete spreadsheets are available to the Court upon request.  Lastly, with the exception of a few selected pages, the attachments have been printed in black and white.  Color copies of documents that were originally produced in color are available to the Court upon request.

2.     As an investigator with the FTC, I have been assigned to dozens of investigations of companies and individuals engaged in fraudulent business practices.  I am also a certified fraud examiner and a member of the Association of Certified Fraud Examiners.

**Corporate Records**

3.    **Attachment A** consists of true and correct copies of the Delaware Annual Franchise Tax Reports for **American Financial Support Services Inc**. ("AFSS"), for the years 2014 through 2018, indicating that on or about January 28, 2014, AFSS became a Delaware corporation listing a business address of 7901 Stonebridge Drive, Suite 504, Pleasanton, CA 94588.  Jay Singh is identified as the company's president and sole director.  The AFSS 2017 Annual Franchise Tax Report shows a change of address to 500 Ygnacio Valley Road, Suite 430, Walnut Creek, CA 94596.

4.    **Attachment B** consists of true and correct copies of select corporate records for **Arete Financial Group**, also doing business as Arete Financial Freedom, including:

a. the Articles of Incorporation for Arete Financial Group, filed with the California Secretary of State on or about June 19, 2017, identifying a business address of 5772 Bolsa Ave., Ste. 220, Huntington Beach, CA 92649, and signed by Shunmin Hsu;

b. the 2017 Statement of Information for Arete Financial Group, filed with the California Secretary of State on or about August 7, 2017, identifying Loc Phu as Chief Executive Officer, Ruddy Palacios as Secretary, and Shunmin Hsu as Chief Financial Officer, and identifying a business address of 1261 E. Dyer Rd. #100, Santa Ana, CA 92705;

c. the 2018 Statement of Information for Arete Financial Group, filed with the California Secretary of State on or about July 10, 2018, indicating there had been no change to the 2017 Statement of Information, and certified by Shunmin Hsu as "Secratary" [sic];

d. the Fictitious Business Name Statement of Arete Financial Group d/b/a Arete Financial Freedom, filed with the Orange County Clerk-Recorder on or about September 6, 2017, identifying Carey George Howe as

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 2

1    President; and

2    e.  the Proof of Publication of Fictitious Business Name of Arete Financial

3        Group d/b/a Arete Financial Freedom, filed with the Orange County

4        Clerk-Recorder on or about October 11, 2017.

5    5.    *Attachment C* consists of true and correct copies of select corporate

6  records for **Arete Financial Group LLC** and Arete Finacial [sic] Group LLC,

7  including:

8    a.  the Articles of Organization for Arete Financial Group LLC, filed with

9        the California Secretary of State on or about April 18, 2018;

10   b.  the Statement of Information for Arete Financial Group LLC, filed with

11       the California Secretary of State on or about February 27, 2019,

12       identifying Ruddy Palacios as Chief Executive Officer, and identifying a

13       business address of 1261 E Dyer Road Suite 100, Santa Ana, CA 92705-

14       5661;

15   c.  the Articles of Organization for Arete Finacial [sic] Group, LLC, filed

16       with the California Secretary of State on or about February 15, 2017,

17       identifying a business address of 8282 Valencia Drive, Huntington Beach,

18       CA 92647;

19   d.  the Statement of Information for Arete Finacial [sic] Group, LLC, filed

20       with the California Secretary of State on or about March 9, 2017,

21       identifying as managers Shunmin Hsu, Oliver Pomazi, and Diamond

22       Choice Inc., all with addresses at 8282 Valencia Drive, Huntington

23       Beach, CA 92647; and

24   e.  the Certificates of Cancellation and Dissolution for Arete Finacial [sic]

25       Group, LLC, filed with the California Secretary of State on or about

26       March 26, 2018, signed by Shunmin Hsu.

27   6.    *Attachment D* consists of true and correct copies of select corporate

28  records for **CBC Conglomerate LLC d/b/a 1file.org**, including:

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 3

1    a. the Articles of Organization for CBC Conglomerate LLC, filed with the

2       California Secretary of State on or about April 25, 2014, identifying an

3       address of 5862 Bolsa Avenue, Suite 102, Huntington Beach, CA 92649;

4    b. a Statement of Information for CBC Conglomerate LLC filed with the

5       California Secretary of State on or about May 16, 2014, listing Carey

6       George Howe as a manager;

7    c. a 2018 Statement of Information filed with the California Secretary of

8       State on or about August 27, 2018, identifying Carey George Howe and

9       Shunmin Hsu as managers and identifying a business address of 1261 E

10      Dyer Road, Suite 100, Santa Ana, CA 92705;

11   d. the Fictitious Business Name Statement listing the Fictitious Business

12      Name Statement of CBC Conglomerate LLC dba 1file.org, filed with the

13      Orange County Clerk-Recorder on or about May 27, 2015, identifying

14      Carey Howe as Managing Member; and

15   e. a true and correct printout from the website of the California Secretary of

16      State, dated October 18, 2019, showing that the status of CBC

17      Conglomerate is "FTB [Franchise Tax Board] Suspended."

18   7.    ***Attachment E*** consists of true and correct copies of select corporate

19   records for **Diamond Choice, Inc., d/b/a Interest Rate Solutions**, including:

20   a. the Articles of Incorporation for Diamond Choice Inc., filed with the

21      California Secretary of State on or about December 2, 2014;

22   b. a Statement of Information for Diamond Choice, Inc., filed with the

23      California Secretary of State on or about September 19, 2019, identifying

24      Ruddy Palacios as Chief Executive Officer, Chief Financial Officer, and

25      director, and identifying a business address of 1261 E Dyer Road Ste 250,

26      Santa Ana, CA 92705;

27   c. a Statement of Information for Diamond Choice, Inc., filed with the

28      California Secretary of State on or about February 11, 2017, identifying

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 4

1      the company's former business address as 5000 Birch Street Ste 3000,

2      Newport Beach, CA 92660, and Ruddy Palacios in the same positions;

3    d. the Fictitious Business Name Statement of Diamond Choice Inc., dba

4      Interest Rate Solutions, filed with the Orange County Clerk-Recorder on

5      or about October 4, 2018, identifying a business address of 1261 E Dyer

6      Rd #250, Santa Ana, CA 92705, and signed by Ruddy Palacios as Chief

7      Executive Officer.

8      8.   *Attachment F* is a true and correct copy of the Fictitious Business

9  Name Statement of **J&L Enterprise LLC d/b/a Premier Solutions Servicing**,

10  filed with the Orange County Clerk-Recorder on or about April 14, 2015,

11  identifying a business address of 17885 Sky Park Circle, Suite F, Irvine, CA

12  92614.

13      9.   *Attachment G* consists of true and correct copies of select corporate

14  records for **La Casa Bonita Investments LLC**, including:

15    a. the Articles of Organization for La Casa Bonita Investments LLC, filed

16      with the California Secretary of State on or about July 23, 2012; and

17    b. the Articles of Incorporation with Statement of Conversion converting La

18      Casa Bonita Investments, LLC to a California stock corporation titled La

19      Casa Bonita Investments, Inc., filed with the California Secretary of State

20      on or about August 1, 2016, and signed by Carey G. Howe as a member

21      and incorporator of the new corporation.

22      10.   *Attachment H* consists of true and correct copies of select corporate

23  records for **La Casa Bonita Investments, Inc.**, including:

24    a. the 2017 Statement of Information for La Casa Bonita Investments, Inc.,

25      filed with the California Secretary of State on or about June 5, 2017,

26      identifying Carey George Howe as CEO and director and Shunmin Hsu

27      as an officer and identifying a business address of 5772 Bolsa Avenue,

28      Suite 220, Huntington Beach, CA 92649; and

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 5

b. the 2018 and 2019 Statements of Information for La Casa Bonita
   Investments, Inc., filed with the California Secretary of State on or about
   July 26, 2018, and August 7, 2019, respectively, showing no changes to
   the business address, ownership, or management of the company.

11.     *Attachment I* consists of true and correct copies of the Delaware
Annual Franchise Tax Reports for **US Financial Freedom Center, Inc.**
("USFFC"), for the 2014 tax year, indicating that on or about January 17, 2014,
USFFC became a Delaware corporation listing a business address of 7901
Stonebridge Drive, Suite 504, Pleasanton, CA 94588 and Jay Singh as the
company's president and sole director. The USFFC 2017 Annual Franchise Tax
Report shows a change of address to 500 Ygnacio Valley Road, Suite 430, Walnut
Creek, CA 94596.

12.     *Attachment J* consists of true and correct copies of select corporate
records and other documents for **MJ Wealth Solutions, LLC**, including:

a. the Articles of Organization for MJ Wealth Solutions, LLC, filed with the
   California Secretary of State on or about June 6, 2014; and

b. a Statement of Information for MJ Wealth Solutions, LLC, filed on or
   about September 21, 2017, identifying a business address of 5917 Oak
   Avenue #314, Temple City, CA 91780, and Shunmin Hsu as the Chief
   Executive Officer.

In addition, on October 7, 2019, I conducted an Internet search of the
address "5917 Oak Avenue, Temple City, CA" and found that it is a mail services
business called "SNS Postal Center" and is an authorized FedEx Ship Center.
Included in Attachment J are true and correct printouts of the screen shots showing
my search results.

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 6

**Payment Processing**

*Applied Merchant Systems West Coast LLC*

13.     On or about April 1, 2019, the Commission issued a civil investigative demand ("CID") to Applied Merchant Systems West Coast, LLC ("AMS"), seeking documents and information regarding an application for payment processing services that certain defendants made to AMS.  On or about April 29, 2019, AMS produced records in response to the Commission's CID.  ***Attachment K*** is a true and correct copy of the company's signed Certification of Records of Regularly Conducted Activity.  ***Attachment L*** consists of true and correct copies of select documents produced by AMS in response to the CID, including:

  a.  a Merchant Application for payment processing services made by La Casa Bonita Investments LLC, dba Education Loan Network, on or about April 15, 2014, signed by Carey Howe and identifying:

     i. a billing and street address of 5862 Bolsa Avenue, Suite 102, Huntington Beach, CA;

     ii. Carey Howe as CEO with an email address of carey@eduloannetwork.com;

     iii. a business and customer service telephone number of (855) 730-2071;

  b.  copies of pages of a website identified as www.eduloannetwork.com, dated April 18, 2014; and

  c.  a Notice of Termination sent by AMS to Education Loan Network on or about May 1, 2014.

*Worldpay, LLC*

14.     On or about April 1, 2019, the Commission issued a CID to Worldpay, LLC ("Worldpay"), seeking documents and information regarding defendants' payment processing accounts with Worldpay.  Worldpay responded to

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 7

1  the CID on or about May 13, 2019, May 21, 2019, and July 9, 2019.  **Attachment**
2  **M** consists of true and correct copies of (1) a redacted letter from Worldpay
3  responding to certain CID interrogatories regarding the dates that specific
4  corporate defendants had active payment processing accounts with Worldpay and
5  its acquirer, Vantiv, LLC, and (2) the company's signed Certification of Records of
6  Regularly Conducted Activity.

7      15.   **Attachment N** is a true and correct copy of a payment processing
8  agreement between Worldpay and La Casa Bonita Investments LLC, dba
9  Education Loan Network ("La Casa Bonita"), signed by Carey Howe as "VP" of
10  La Casa Bonita on or about May 29, 2014.  In the agreement's "Business Info"
11  section (page 1), La Casa Bonita's business products or services are identified as
12  "Education Finance" with 100% of the credit card transactions identified as
13  "MO/TO" [mail order/telephone order], and conducted at a "Whse/Office."  Carey
14  Howe is identified as owning 50% of La Casa Bonita (page 1).  The Worldpay
15  sales representative's notes (page 3) state that La Casa Bonita "buys existing
16  student loans from originating institutions to consolidate and provide better
17  solutions and services for additional lending to the students.  For the department of
18  education."

19      16.   **Attachment O** is a true and correct copy of a digitally completed
20  payment processing agreement between Worldpay and La Casa Bonita, signed by
21  Carey Howe as owner of La Casa Bonita on September 5, 2014.  In the
22  agreement's "Business Info" section, the description field for La Casa Bonita's
23  products or services is blank, and the agreement states that 100% of the company's
24  credit card transactions are or will be "Internet" transactions conducted at a
25  "store."

26      17.   **Attachment P** is a true and correct copy of a document with Education
27  Loan Network in the header, entitled "Student Loan Consolidation: How Student
28  Loan Consolidation Works."  Worldpay produced this document under the

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 8

1    filename "1 File Federal Loan Getting Started Package.pdf."

2        18.    In response to the FTC's CID, Worldpay produced copies of the

3    monthly merchant statements for La Casa Bonita (dba Education Loan Network),

4    1file.org, and Arete Financial Group.  **Attachment Q** consists of true and correct

5    copies of the year end or last merchant statements for La Casa Bonita (dba

6    Education Loan Network), for the period July 2014 through April 2019, identifying

7    in the "Gross Sales Reported to IRS" sections that, through Worldpay, La Casa

8    Bonita processed gross sales of **$20,106,138** = $318,143 (2014) + $3,473,537

9    (2015) + $5,512,275 (2016) + $5,555,575 (2017) + $4,839,805 (2018) + $406,803

10   (as of April 2019).  WorldPay produced these statements as .htm files, which I

11   printed out on or about August 28, 2019.

12       19.    **Attachment R** consists of true and correct copies of the year-end or

13   last merchant statements for 1file.org for the period July 2015 through February

14   2019, identifying in the "Gross Sales Reported to IRS" sections that, through

15   WorldPay, 1file.org processed gross sales of **$7,111,842** = $598,708 (2015)

16   +$3,110,652 (2016) + $2,310,720 (2017) + $1,021,717 (2018) + $70,045 (as of

17   February 2019).  WorldPay produced these statements as .htm files, which I

18   printed out on or about August 28, 2019.

19       20.    **Attachment S** consists of true and correct copies of the year end or

20   last merchant statement for Arete Financial Group for the period April 2017

21   through April 2019, identifying in the "Gross Sales Reported to IRS" sections, that,

22   through WorldPay, Arete Financial Group processed gross sales of **$8,854,978** =

23   $1,787,842 (2017) + $6,528,597 + $538,539 (as of April 2019).  WorldPay

24   produced these statements as .htm files, which I printed out on or about August 28,

25   2019.

26       21.    Each WorldPay monthly merchant statement includes a section titled

27   "Chargeback Summary," which lists each chargeback by the transaction processed

28   date, chargeback date, chargeback amount, card type (e.g., VISA, MasterCard),

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 9

1    partially redacted card number, chargeback "reason code," and reference number.

2    In order to produce charts to show the prevalence of particular reason codes or

3    categories of reason codes for each of these three accounts (La Case Bonita,

4    1file.org, and Arete), I recorded certain information from the chargeback

5    summaries in spreadsheet format.  I recorded each chargeback by chargeback date

6    and reason code description.  The reason codes differ slightly between the credit

7    card networks (e.g., Visa, MasterCard, Discover).  In addition, some reason codes

8    seem to describe a similar sort of dispute.  For these reasons, I combined similar

9    chargeback reason codes into single categories.  For example, I combined the

10   following reason codes into a "Fraud, Misrepresentation" category:  Fraud;

11   Fraudulent Transaction – Card-Absent Environment; Fraudulent Transaction -

12   Card-Present Environment; Misrepresentation, Not as Described or Defective

13   Merchandise.  For a category I describe as "Services Not Received," I combined

14   the reason codes:  Merchandise/Services Not Received; Non-Receipt of Goods or

15   Services, Non-Receipt of Merchandise; Services Not Provided.

16          22.    From August 2014 to April 2019, WorldPay received approximately

17   3,541 chargebacks for La Casa Bonita, with approximately 1,352 coded for

18   fraudulent transactions and misrepresentation,[1] 920 coded as failures to provide

19   services,[2] 421 coded as credit not processed,[3] 159 coded for cardholder disputes

20   regarding quality, 115 coded for chip liability,[4] 114 coded for cardholder claims

21   that transactions were unauthorized, 113 coded for cancelled recurring payments,

22   112 coded chip or PIN liability shifts, 77 coded as an undescribed disputes, 59

23   coded for cancelled transactions, 45 coded as unrecognized transactions, and 35 are

24

25   _____

     1 Includes Fraudulent Transaction-Card Absent, Fraudulent Transaction-Card Present, Misrepresentation, Not as
     Described or Defective Merchandise.
26   2 Includes Merchandise/Services Not Received; Non-Receipt of Goods or Services; Non-Receipt of Merchandise;
     and Services Not Provided.
27   3 Concerns consumers' claim they are due a credit that has not been processed.
     4 The cardholder has a chip card, but the transaction did not take place at a chip terminal or was not chip read.
28

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 10

1  coded for a variety of other reasons.

2      23.    From July 2015 to February 2019, WorldPay received approximately

3  498 chargebacks for 1file.org, with approximately 213 coded for fraudulent

4  transactions and misrepresentation, 85 coded as failures to provide services, 74

5  coded as credit not processed, 44 coded for cardholder claims that transactions

6  were unauthorized, 25 coded for cancelled recurring payments, and 16 coded for

7  various other reasons.

8      24.    From April 2017 to April 2019, WorldPay received approximately

9  537 chargebacks for Arete Financial, with approximately 221 coded for fraudulent

10 transactions and misrepresentation, 122 coded as failures to provide services, 27 as

11 for coded for cancelled recurring payments, 26 coded as credit not processed, 26

12 coded for cancelled transactions, and six coded as undescribed disputes.

13     25.    **Attachment T** consists of true and correct printouts of three charts I

14 created, using Excel, displaying the prevalence of the chargeback codes for La

15 Casa Bonita, 1file.org, and Arete Financial described in the previous three

16 paragraphs.

17     26.    In response to the FTC's CID, WorldPay produced an Excel

18 spreadsheet of "case notes" describing contacts between WorldPay and the

19 following merchant identifiers: "EduNet844-593-8072," "Education Loan Network

20 2," "1File 855-730-2071," and "ARETE 888-331-5827."  **Attachment U** consists

21 of true and correct, select printouts from the case notes on pages that reference

22 Defendants Carey Howe and Anna Howe (highlighted), showing that Mr. and Mrs.

23 Howe had ongoing participation and control concerning these merchants' credit

24 card and ACH processing.  In particular, at page 19, the note states that Anna

25 Howe left a voice message "adv she handles refund and CBs ans sales issues." The

26 terminal ID that accompanied this entry in the case notes is associated elsewhere in

27 Worldpay's production with 1file.org.

28

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 11

*PayPal Holdings Inc.*

27.     On or about June 18, 2019, the Commission issued a CID to PayPal Holdings Inc. ("PayPal"), seeking documents and information regarding defendants' payment processing accounts with PayPal.  PayPal responded to the CID on or about July 2, 2019, providing copies of "Case Reports" providing information on certain individual defendants' PayPal accounts and transactions. ***Attachment V*** is a true and correct copy of a certification of records of regularly conducted activity signed by a corporate representative of PayPal on or about September 11, 2019.  ***Attachment W*** consists of true and correct copies of PayPal account records showing that:

a. defendant Carey Howe has used the email address carey_howe@mac.com, listed an address of 5772 Bolsa Avenue Ste 220, Huntington Beach, CA 92649, and telephone number (714) 585-2231.  In addition, between March 2018 and June 2019, according to an activity log, Carey Howe logged into his Paypal account ending in 9359 multiple times from IP addresses linked to Arete Financial.[5]  Certain columns and rows have been hidden to highlight this information.  A complete copy of the activity log is available to the Court upon request;

b. defendant Ruddy Palacios has used email addresses ruddy@aretefinancialfreedom.com, and nahid@aretefinancialfreedom.com, listed an address of 1261 E. Dyer Road, #100, Santa Ana, CA 92705, telephone number (714) 658-9745, and logged into his PayPal account ending in 0331 using the nahid@aretefinancialfreedom.com email address;

c. defendant Jay Singh has used the email address rs@usffc.org, has listed

---

5  See ¶ 43 and Attachment NN, below (IP address 12.10.47.194); see also Lause Declaration ¶ 24 (12.244.55.162 and 12.10.47.194).

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 12

1     an address of 7901 Stoneridge Drive, Suite 504, Pleasanton, CA 94588

2     and telephone number (925) 915-1749;

3     d.  defendant Shunmin Hsu has used the email addresses <u>mike@1file.org</u>,

4     listed an address at 9933 Broadway, Temple City, CA 91780 and

5     telephone number (949) 220-0801; and

6     e.  defendant Oliver Pomazi has used the email address

7     <u>Lan.tran@premiersolutionsservicing.com</u> and

8     <u>oliver.pomazi@premiersolutionsservicing.com</u>, listed an address of 3400

9     Avenue of the Arts, Apt. A214, Costa Mesa, CA 92626 and 17885 Sky

10    Park Circle, Suite F, Irvine, CA 92614, and telephone number (714) 717-

11    0140.

12

13               **Banking**

14   *Bank of America, N.A.*

15     28.    On or about April 1, June 18, and August 27, 2019, the FTC issued

16   CIDs to Bank of America, N.A. ("BoA").  BoA responded to the CIDs on or about

17   April 17, April 30, July 3, and September 27, 2019.  In its responses, BoA

18   produced documents and information regarding accounts it maintains or

19   maintained on behalf of Arete Financial Group, LLC ("Arete Financial"), La Casa

20   Bonita Investments, LLC ("La Casa Bonita"), MJ Wealth Solutions, LLC ("MJ

21   Wealth"), and US Financial Freedom Center Inc. ("USFFC"), including account

22   opening documents, monthly account statements, check images, and transaction

23   documents.  **Attachment X** consists of true and correct copies of three affidavits

24   signed by BoA officers or custodians of records on or about April 29, July 2, and

25   September 26, 2019, certifying to BoA's production of originals or true copies of

26   records of a regularly conducted banking activity.

27     29.    **Attachment Y** consists of true and correct copies of the BoA account

28   opening documents, including signature cards and facsimile signature authorization

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 13

forms:

 a. dated January 17, 2014, October 14, 2014, and May 29, 2015, and signed by Jay Singh on behalf of US Financial Freedom Center Inc., for signature authority on accounts ending in 0688, 0691, 1415, 3863, and 8299;

 b. dated October 25, 2016, and signed by Carey G. Howe on behalf of La Casa Bonita Investments, LLC, for signature authority on accounts ending in 0437, 0505, 0518, 2021, 5674, and 8783;

 c. dated May 22, 2017 and signed by Ruddy Palacios and Shunmin Hsu on behalf of Arete Financial Group, LLC, for signature authority on accounts ending in 9321 and 9334;

 d. dated September 1, 2017 and signed by Ruddy Palacios and Shunmin Hsu on behalf of Arete Financial Group, LLC, for signature authority on accounts ending in 0100 for credit card processing, 9302 for payroll, 9768 for marketing, and 9917 for settlement fees;

 e. dated September 20, 2017 and signed by Ruddy E. Palacios Barahona on behalf of Arete Financial Group, LLC, for signature authority on accounts ending in 0100, 9302, 9321, 9334, 9768, and 9917.

30. ***Attachment Z*** consists of true and correct, redacted copies of checks deposited into La Casa Bonita's BoA account ending in 8770. Consumers' identifying information and account numbers have been redacted.

31. ***Attachment AA*** consists of true and correct copies of selected statements from La Casa Bonita's BoA account ending in 8770.

32. ***Attachment BB*** contains a true and correct copy of the signature card for MJ Wealth's BoA account ending in 9274, dated July 8, 2014, and signed by Shunmin Hsu as a member. It also contains true and correct copies of selected statements, including check images, from MJ Wealth's BoA account ending in 9274. Based on my experience with similar cases, I believe that the entries for

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 14

1  "MBFS" in this context refer to Mercedes-Benz Financial Services. In addition,
2  this attachment contains a true and correct copy of a check purporting to be written
3  from MJ Wealth's BoA account ending in 9274, made payable to Lamborghini
4  Payment Center in the amount of $4,832.22, with "1200001121 Shunmin Hsu" in
5  the memo line.

6      33.    *Attachment CC* consists of true and correct copies of selected
7  statements from USFFC's BoA account ending in 8299.

8

9  *Capital One Bank (USA), NA*

10     34.    On or about June 18, 2019, the FTC issued a CID to Capital One Bank
11  (USA), NA ("Capital One").  In response, on or about July 15, 2019, Capital One
12  produced documents and information regarding accounts it maintains or
13  maintained on behalf of J&L Enterprise, LLC ("J&L Enterprise"), including credit
14  card statements for accounts ending in 0790 and 3038.  *Attachment DD* is a true
15  and correct copy of a Declaration of Qualified Person Certifying the Authenticity
16  of Domestic Business Records and/or Information Reflected in Systems of Record
17  pursuant to Federal Rules of Evidence 803(6) & 902(11), dated July 12, 2019, that
18  accompanied Capital One's CID response.

19     35.    *Attachment EE* consists of true and correct copies of selected pages
20  from credit card statements for J&L Enterprise LLC accounts ending in 3038 and
21  0790, showing several charges for apparent personal expenditures to department
22  stores, casinos, and travel, sometimes for several thousand dollars in a single day.

23

24  *Wells Fargo Bank, N.A.*

25     36.    On or about June 18, 2019, the FTC issued a CID to Wells Fargo
26  Bank, N.A. ("Wells Fargo").  In response, on or about August 12, 2019, Wells
27  Fargo produced documents and information regarding accounts it maintains or
28  maintained on behalf of Diamond Choice Inc. ("Diamond Choice"), including

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 15

1   account opening documents, monthly account statements, and transaction

2   documents. ***Attachment FF*** is a Business Records Declaration signed by a Wells

3   Fargo Subpoena Processing Representative on or about August 12, 2019, certifying

4   to Wells Fargo's production of true and correct records of a regularly conducted

5   banking activity.

6        37.   ***Attachment GG*** consists of true and correct copies of account

7   opening documents, including a business account application, statement of entity

8   ownership, and an authorization for information for Diamond Choice, Inc., signed

9   by defendant Ruddy Palacios on December 9, 2014, and identifying Palacios as

10   President and "key executive with control of the entity" for deposit accounts

11   ending in 5824 and 0523.

12        38.   ***Attachment HH*** consists of copies of select pages of bank statements

13   for Wells Fargo account ending in 5824 for the period starting November 2018

14   through June 2019 showing that:

15      a.   deposits from Arete Financial fund the Diamond Choice account ending

16         in 5824; and

17      b.   account 5824 is used, at least in part, to pay personal and household

18         expenses for defendant Palacios, including payments to automobile

19         finance companies (such as "MBFS"—Mercedes Benz Financial

20         Services), dental and medical facilities, nail salons, ballet school,

21         department stores, lease payments on his residence, and jewelry stores.

22        39.   ***Attachment II*** is a true and correct copy of a business account

23   application for Oliver Pomazi, doing business as Premiere [sic] Solutions

24   Servicing, for deposit accounts ending in 9370, 8001, 9396, and 9404, signed by

25   defendant Pomazi on or about November 14, 2014, and identifying Pomazi as the

26   "sole owner" of Premiere [sic] Solutions Servicing.

27

28

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 16

1                                 **Websites and Domain Registrations**

2   *GoDaddy.com, LLC*

3        40.     On or about April 1 and August 27, 2019, the FTC issued CIDs to

4   GoDaddy.com, LLC ("GoDaddy") seeking documents and information on

5   websites and domain registrations associated with the defendants. **Attachment JJ**

6   consists of true and correct copies of the Certificates of Authenticity of Business

7   Records signed by corporate representatives of GoDaddy on or about May 29 and

8   October 11, 2019, which accompanied GoDaddy's CID responses on or about

9   those dates.

10        41.    **Attachment KK** consists of true and correct copies of selected pages

11   from GoDaddy-produced documents related to

12      a.  defendant Jay Singh, president and director of defendant US Financial

13           Freedom Center, Inc, indicating that:

14             i. Jay Singh is associated with GoDaddy Shopper ID 135634979,

15                USFFC Inc., 500 Ygnacio Valley Road, Suite 430, Walnut

16                Creek, CA, telephone number (925) 924-1000, email address

17                js@usffc.org, and IP address 96.72.160.181;

18            ii. on or about August 21, 2018, certain information regarding the

19                account, including the primary contact name was changed to Jay

20                Singh, the contact telephone number was changed to (925) 592-

21                4100, and address was changed to 500 Ygnacio Valley Road and

22                a secondary contact, Mandip Purewal was added;

23           iii. the domain name usffc.org registration was changed from

24                GoDaddy to Ritesh Srivastava of Gurgaon, India, identified with

25                Shopper ID 46619560, for which Jay Singh has contacted

26                GoDaddy as a "cx" (customer);

27      b.  defendant Ruddy Palacios, indicating that:

28             i. Ruddy Palacios is associated with GoDaddy Shopper ID

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 17

1           96463027;

2               ii. Shopper ID 96463027 is associated with the domain

3                   aretefinancial.org;

4       c. GoDaddy Shopper ID 96694029 is associated with a Loc Phu of the

5           company Premier Solutions Servicing, which has registered the following

6           domain names, among others: premiersolutionservicing.com,

7           premiersolutionsservicing.com, pssemail.com, pssemail.net, pssemail.org,

8           pssemail.info, freeumail.com, freeumail.net, freeumail.info,

9           freeumail.org, freeumail.email, and aretemail.com.  In addition,

10          GoDaddy-produced documents related to Shopper ID 96694029 indicate

11          the following:

12              i.  on or about March 17, 2016, information pertaining to the

13                  freeumail.net domain was updated by defendant Oliver Pomazi;

14                  and

15              ii. ShopperID 96694029 has had the following billing address

16                  associated with it: Premier Solutions Servicing, 18001 Sky Park

17                  Circle, Irvine, CA.

18

19  *LiquidNet US LLC*

20      42.     On or about April 1, 2019, the FTC issued a CID to LiquidNet US

21  LLC ("LiquidNet") seeking documents and information regarding certain domain

22  name registrations.  ***Attachment LL*** is a true and correct copy of LiquidNet's

23  Certification of Records of Regularly Conducted Activity, signed on or about April

24  17, 2019 (the handwritten "2017" is erroneous).  On or about April 10, 2019,

25  LiquidNet produced files containing information and records related to defendant

26  Carey Howe's domain registrations.  True and correct copies of select printouts of

27  these files are appended as ***Attachment MM***, showing that:

28      a.  The following websites are or have been registered to Carey Howe,

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 18

**Page 732**
**PX23 France Decl.**

1    Fusion, 8282 Valencia Drive, Huntington Beach, CA 92647, with contact

2    telephone number of (714) 585-2231, and contact email address of

3    carey_howe@mac.com:

4         i. aretefinancialfreedom.com;

5         ii. eduloannetwork.com;

6         iii. 1file.org; and

7         iv. interestratesolutions.com;

8    b. LiquidNet provides Carey Howe with "web hosting (virtual private

9       server) and numerous domain registrations";

10   c. LiquidNet billed Carey Howe, Fusion, 8282 Valencia Drive, Huntington

11      Beach, CA for the LiquidNet services and the registration of various

12      domain names, via PayPal and WorldPay; and

13   d. the IP address 12.10.47.194 logged into this LiquidNet account

14      repeatedly, starting on August 21, 2018 through April 9, 2019, around

15      which date LiquidNet produced its response to the CID.

16

17   43.    On or about September 4, 2019, I used an online IP address lookup

18   service to learn the locations of IP address 12.10.47.194.  A true and correct copy

19   of the screenshot I printed from that search is appended as **Attachment NN**. The

20   "ISP" field indicates that this IP address is registered to Arete Financial Group

21   LLC.

22

23   **Defendants' Websites**

24   44.    In the course of this investigation, I made audio-visual recordings or

25   captures of several of defendants' websites.  I used a computer that is dedicated for

26   investigational use and is not connected to the FTC network.  I used an audio and

27   video capture program (Snagit) to record these websites, identified below.  I used a

28   web browser (Chrome) and an online search engine (Google) to locate the websites

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 19

1   of interest and scrolled through the websites, recording an audio-video copy of

2   each website as .mp4 files.  From many of these recordings, I have also created and

3   attached screenshots of select pages from the corresponding websites, in case

4   technical difficulties prevent the Court from viewing the recordings.

5        45.    On or about February 7, 2019, I recorded pages from the website

6   aretefinancialfreedom.com. ***Attachment OO*** (lodged separately as a non-paper

7   exhibit) is a true and correct .mp4 recording of the aretefinancialfreedom.com

8   website as it existed on or about that date, including, from approximately 00:26 to

9   4:25, a video purporting to be associated with Arete Financial Freedom.

10   ***Attachment PP*** consists of true and correct copies of screenshots I made of several

11   pages from that website, including a page of testimonials shown at 5:20 – 5:34 that

12   reference "Premeir [sic] Solutions Servicing," "PSS," and defendant Oliver

13   Pomazi.

14        46.    On or about September 20, 2019, I recorded pages from the website

15   premiersolutionsservicing.com.  ***Attachment QQ*** (lodged separately as a non-paper

16   exhibit) is a true and correct .mp4 recording of the premiersolutionsservicing.com

17   website as it existed on or about that date, including, from approximately 00:13 to

18   4:12, a video purporting to be associated with Premier Solutions Servicing.

19   ***Attachment RR*** consists of true and correct copies of screenshots I made of several

20   pages from that website, including a page of testimonials shown at 4:52 – 5:15 that

21   reference "Premeir [sic] Solutions Servicing," "PSS," and defendant Oliver

22   Pomazi.  This website appears substantially similar to the

23   aretefinancialfreedom.com website included as Attachment OO, with screenshot

24   copies included at Attachment PP.

25        47.    On or about April 23, 2019, I visited aretefinancialfreedom.com

26   again.  ***Attachment SS*** consists of true and correct copies of screenshots I made of

27   several pages on the aretefinancialfreedom.com website as it existed on or about

28   that date.

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 20

1    48.    On or about April 23, 2019, I visited www.aretefin.com, a website
2 that purported to be associated with Arete Financial Freedom. *Attachment TT*
3 consists of true and correct copies of screenshots of selected pages on the
4 www.aretefin.com website as it existed on or about that date.

5    49.    On or about September 24, 2019, I recorded pages from the website
6 eduloannetwork.com.  *Attachment UU* (lodged separately as a non-paper exhibit)
7 is a true and correct .mp4 recording of the eduloannetwork.com website as it
8 existed on or about that date.  As can be seen at 00:08 of the recording, the
9 eduloannetwork.com URL redirects the viewer to the website of 1file.org.
10 *Attachment VV* consists of true and correct copies of screenshots I made of several
11 pages from that recording.

12    50.    On or about September 24, 2019, I recorded pages from the website
13 1file.org.  *Attachment WW* (lodged separately as a non-paper exhibit) is a true and
14 correct .mp4 recording of the 1file.org website as it existed on or about that date.
15 As can be seen from the recording, this is the same website that is reached through
16 the URL eduloannetwork.com (see above paragraph).

17    51.    On or about May 23, 2019, I recorded pages from the websites
18 americanfss.org (American Financial Support Services Inc.) and usffc.org (US
19 Financial Freedom Center Inc.).  *Attachment XX* (lodged separately as a non-paper
20 exhibit) is a true and correct recording of the americanfss.org website as it existed
21 on or about that date.  *Attachment YY* (lodged separately as a non-paper exhibit) is
22 a true and correct recording of the usffc.org website as it existed on or about that
23 date.  These websites are substantially similar in form and content.  Both websites
24 feature "Affiliate Login" links that redirect to the URL
25 https://1file.debtpaypro.com/login.php, a page with 1file.org's logo at the top
26 (Attach. XX at 2:41, Attach. YY at 1:07).  In addition, *Attachment ZZ* consists of
27 true and correct copies of screenshots I made of several pages from the recording
28 of usffc.org.

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 21

1    52.    On or about October 7, 2019, I conducted an Internet search to locate
2    an website for MJ Wealth Solutions located in the United States.  I found one
3    website for mjwealthsolutions.in, associated with a company in India.  I found no
4    website for any U.S. company using the name MJ Wealth Solutions and no
5    information regarding the purpose, presence or activities of MJ Wealth Solutions,
6    Inc., other than corporate information on websites that merely restate the publicly-
7    available information in paragraph 12 above.

8

9                        **Telecommunications Providers**

10   *Novanet, Inc.*

11   53.    On or about June 18, 2019, the FTC issued a CID to Novanet, Inc.
12   ("Novanet") requesting certain information and records for telecommunications
13   accounts maintained on behalf of US Financial Freedom Center ("USFFC").  In
14   response, on or about July 8 and 9, 2019, Novanet provided information, as well as
15   inbound and outbound call records for an account ending in 2145, maintained on
16   behalf of US Financial Freedom Center.  ***Attachment AAA*** consists of a true and
17   correct printout of an email chain between myself and a Novanet representative
18   providing requested information about its subscriber US Financial Freedom
19   Center, along with a true and correct copy of the Certification of Records of
20   Regularly Conducted Business signed by a Novanet official on or about September
21   10, 2019.  ***Attachment BBB*** consists of true and correct printouts of sections of:

22       a. the outbound call records for the US Financial Freedom account with
23          customer ID 1000002145 showing that telephone number (925) 401-7683
24          is associated with USFFC; and
25       b. the outbound call records for that account showing that toll-free number
26          877-769-1876 is associated with USFFC.

27

28

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 22

*Mitel Networks, Inc.*

54.     On or about September 24, 2019, the FTC issued a CID to Mitel Networks, Inc. ("Mitel"), requesting certain information and records for telecommunications accounts maintained on behalf of Arete Financial Freedom ("Arete Financial").  In response, on or about October 3, 2019, Mitel produced information and records regarding an Arete Financial Freedom account titled Arete Financial Freedom, fka Premier Solutions Servicing, including inbound call records for calls to (888) 331-5827 in the period from May 2017 through April 2019.  **Attachment CCC** consists of true and correct copies of a Declaration Certifying Records of Regularly Conducted Business Activity, a Certification of Compliance, and a letter in which Mitel provides requested information about the Arete Financial account, identifying:

     a.  Ruddy Palacios as an authorized contact on the account

     b.  the account address as 17885 Sky Park Circle, Suite F, Irvine, CA 92614 (an address used by defendant J&L Enterprise LLC d/b/a Premier Solutions Servicing—see paragraph 8 above); and

     c.  the billing address as 1261 E. Dyer Rd, Suite 100, Santa Ana, CA 92705.

55.     Mitel produced a spreadsheet showing local and long distance connection records of calls to the toll free number (888) 331-5827 in the period from May 2017 through April 2019.  This toll free number appears as the contact number for Arete Financial Freedom on many documents the company sent to consumers.  I searched these connection records to identify calls placed from the telephone numbers of consumers whose declarations have been filed in support of the FTC's Application for Temporary Restraining Order.  I can attest that the telephone numbers identified below are, in fact, the partially redacted telephone numbers that I have used to contact these same consumers during the course of the FTC's investigation.  **Attachment DDD** includes printouts of select connection records showing the dates and times on which declarants made calls to that toll free

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 23

1  number, including:

2      a.  declarant Sylvia Barraza, telephone number (626) XXX-X310, called

3         defendants' toll free number on November 13, 2018;

4      b.  declarant Shaun Cichacki, telephone number (920) XXX-X543, called

5         defendants toll free number on July 13, 2017, September 11, 2017,

6         February 9, 2018, April 10, 2018, May 24, 2018, and July 17, 2018;

7      c.  declarant Jamie Husarik, telephone number (720) XXX-X265, called

8         defendants' toll free number twice on December 11, 2017, twice on

9         March 13, 2018, twice on March 21, 2018, March 26, 2018, twice on

10        April 16, 2018, April 18, 2018, twice on May 22, 2018, May 25, 2018,

11        and June 25, 2018;

12     d.  declarant Tyrone McCauley, telephone number (336) XXX-X536, called

13        defendants' toll free number on April 18, 2018, June 13, 2018, twice on

14        July 2, 2018, July 2, 2018, July 18, 2018, September 14, 2018, and

15        October 18, 2018;

16     e.  declarant Jolie Ramsey, telephone number (623) XXX-X723, called

17        defendants' toll free number on February 19, 2018; and

18     f.  declarant Darrelle Thompson, telephone number (951) XXX-X349, called

19        defendants' toll free number twice on October 27, 2017, November 6,

20        2017, December 19 and 27, 2017, February 2 and 5, 2018, and March 20,

21        2018.

22

23                 **Court Filings and Related Records**

24     56.    Defendants La Casa Bonita Investments, Inc. and Carey Howe

25 engaged in civil litigation with a former partner, Bruce Hood.  *Hood v. La Casa*

26 *Bonita Invs., Inc.*, No. 30-2016-00885429-CU-BT-CJC (Cal. Super. Ct., Orange

27 Cnty. filed Nov. 7, 2016).  ***Attachment EEE*** consists of true and correct copies of

28 selected filings from that case:

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 24

1      a. La Casa Bonita Investments, Inc.'s Opposition to Plaintiff's *Ex Parte*

2          Application for a Temporary Restraining Order; Declarations of Carey

3          Howe and Thomas J. Tedesco in Support, filed on or about November 17,

4          2016;

5      b. Defendant Carey Howe's Opposition to Plaintiff's Motion for a

6          Preliminary Injunction; Memorandum of Points and Authorities in

7          Support Thereof; Declaration of Carey Howe, filed on or about February

8          7, 2017; and

9      c. Declaration of Ismail Amin, Esq. in Support of Plaintiff Bruce Hood's

10         Reply to Defendant Carey Howe's Opposition to Application for

11         Preliminary Injunction Against Defendant Carey Howe, and Anyone

12         Acting for or with Him, filed on or about February 10, 2017.

13      57.    Defendants CBC Conglomerate LLC, US Financial Freedom Center

14 Inc., Carey Howe, and Jay Singh are or have been engaged in civil litigation with

15 Craig Cunningham related to alleged violations of the Telephone Consumer

16 Protection Act ("TCPA"), 47 U.S.C. § 227.  *Cunningham v. CBC Conglomerate*

17 *LLC*, No. 4:17-cv-00793-ALM-CAN (E.D. Tex. filed Nov. 9, 2017).  **Attachment**

18 **FFF** consists of true and correct copies of selected filings from that case:

19      a. Plaintiff's Response in Opposition to Defendant's Motion to Dismiss

20         (Doc. No. 61), filed on or about October 29, 2018;

21      b. Order (Doc. No. 69), filed on or about November 15, 2018;

22      c. Order (Doc. No. 86), filed on or about January 17, 2019;

23      d. Defendants' Response to Plaintiff Craig Cunningham's Motion for

24         Sanctions and Motion for Contempt (Doc. No. 103), filed on or about

25         February 14, 2019;

26      e. Minute Entry (Doc. No. 109), filed on or about March 6, 2019; and

27      f. a printout, from LexisAdvance CourtLink, of the case's docket sheet as of

28         October 20, 2019.

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 25

58.     Defendants Arete Financial Group and Shunmin Hsu are or have been engaged in civil litigation with James Shelton related to alleged violations of the TCPA. *Shelton v. Arete Financial Group*, No. 2:18-cv-0218-CMR (E.D. Pa. filed May 24, 2018). **Attachment GGG** is a true and correct copy of a Rule to Show Cause (Doc. No. 36) entered by the court in that case on or about February 22, 2019.

59.     Defendant Arete Financial Group, LLC entered into an Assurance of Voluntary Compliance ("AVC") with the State of North Dakota related to allegations that Arete Financial Group, LLC operated as a debt-settlement provider in North Dakota without the required license and other violations of North Dakota law. *North Dakota ex rel. Stenehjem v. Arete Financial Group, LLC*, No. 08-2018-CV-01231 (N.D. Dist. Ct., Burleigh Cnty. filed May 7, 2018). **Attachment HHH** consists of true and correct copies of selected documents from that matter:

a. the AVC between Arete Financial Group, LLC and the State of North Dakota, filed on or about May 7, 2018, and executed by Carey Howe as President on behalf of "Arete Financial Group, LLC dba Arete Financial Freedom";

b. the Order of Approval of the AVC, filed on or about May 7, 2018;

c. the Notice of Entry of Order of Approval, filed on or about May 8, 2018; and

d. the Affidavit of Service by Mail, affirming service on Carey Howe and "Arete Financial Group LLC dba Arete Financial Freedom" at 1261 E Dyer Road Ste 100, Santa Ana, CA 92705, filed on or about May 8, 2018.

60.     Defendant Arete Financial Group, LLC entered into a Consent Agreement and Order with the Commonwealth of Pennsylvania Department of Banking and Securities related to allegations that Arete Financial Group, LLC operated as a debt settlement provider without the required license. *Commonwealth of Pa., Dep't of Banking & Secs., Compliance Office v. Arete Financial Group,*

*LLC*, No. 18-0071 (BNK-CAO) (Pa. Dep't of Banking & Secs. filed Oct. 5, 2018). ***Attachment III*** is a true and correct copy of the Consent Agreement and Order from that matter, executed on or about September 27, 2018 by Carey Howe as President on behalf of Arete Financial Group, LLC.

## Other Records and Information

*Better Business Bureau*

61.    In early February 2019, I contacted the Better Business Bureau serving the Pacific Southwest ("BBB") to request records of consumer complaints that the BBB had received regarding Arete Financial Freedom and 1file.org, as well as the responses that the BBB received to those complaints from Arete and 1file.org.  On or about February 7, 2019, the BBB provided me with copies of their consumer complaint and company response records regarding Arete and 1file.org.

62.    ***Attachment JJJ*** consists of true and correct copies of select consumer complaints (with consumers' identifying information redacted), and the defendants' responses thereto, produced by the BBB. These complaints are answered on behalf of the defendants by persons including "chowe," Anna Howe, and Oliver Pomazi. One of the consumer complaints, as produced to the FTC, also contained a service agreement between the consumer and 1file.org; the service agreement (with the consumer's identifying information redacted) is included within this attachment.

*LinkedIn*

63.    On or about October 25, 2019, I visited the professional networking site LinkedIn at www.linkedin.com, and viewed the profile of an Anna Howe who is listed as Chief Operating Officer and Manager of 1file.org. A true and correct printout of the first page of this profile is attached as ***Attachment KKK***.

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 27

*Casinos*

64.     On or about August 27, 2019, the FTC sent a CID to California Commerce Club, Inc., d/b/a The Commerce Casino & Hotel in Commerce, CA ("The Commerce").  On or about September 4, 2019, The Commerce responded to the CID.  ***Attachment LLL*** consists of true and correct copies of The Commerce's certificates of compliance and certification of records of regularly conducted activity produced with its CID response.  ***Attachment MMM*** consists of true and correct copies of select pages from The Commerce's CID response.  The names of casino employees identified in this attachment have been redacted.

65.     On or about August 27, 2019, the FTC sent a CID to Station Casinos LLC, which operates, among other locations, the Palms Casino Resort in Las Vegas, NV ("the Palms"). On or about September 11, 2019, the Palms responded to the CID.  ***Attachment NNN*** consists of true and correct copies of the Palms' declarations of custodians of records produced with its CID response.  ***Attachment OOO*** consists of true and correct copies of select pages from the Palms' CID response.

*Higher Education Loan Authority of the State of Missouri*

66.     Over the course of this investigation, the FTC has received documents and information from the Higher Education Loan Authority of the State of Missouri ("MOHELA"), which is in the business of servicing federal student loans (*see* PX22, Declaration of Scott Lause).  ***Attachment PPP*** consists of true and correct copies of borrower account tracking records for certain student loan accounts that MOHELA services, showing that:

     a.  MOHELA borrower Thomas C [redacted] was contacted by 1file.org with an associated telephone number of (925) 401-7683; and

     b.  MOHELA borrower Karen E [redacted] was contacted by 1file.org, her contact was Michael Anderson with USFFC.org, and the associated

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 28

1      telephone number was (877) 769-1876.  *See* paragraph 53 above.

2      67.      MOHELA also provided the FTC with recordings of telephone calls

3  MOHELA customer service agents had with its borrowers who paid the named

4  defendants for student loan debt relief services.  I understand that several of these

5  calls comprise Attachment B to the Declaration of Scott Lause.  To aid the Court,

6  and in the event of any technical difficulties with the recordings that are lodged as

7  non-paper exhibits, the FTC caused the calls in Attachment B to the Lause

8  Declaration, or excerpts therefrom, to be transcribed.  True and correct, certified

9  transcriptions from such calls are appended as ***Attachment QQQ***, as follows:

10      a.  a February 15, 2018 call between Jolie Ramsey and MOHELA agents

11          William and Jordan (entire call);

12      b.  a July 3, 2018 call between [redacted] and MOHELA agents Erica and

13          Naia (excerpts);

14      c.  a July 10, 2018 call between [redacted] and MOHELA agent Naia

15          (excerpts);

16      d.  an October 5, 2018 call between [redacted] and MOHELA agents Jack

17          and Amber (excerpts);

18      e.  an October 11, 2018 call between Danielle [redacted] and MOHELA

19          agent Tanisha (excerpts); and

20      f.  a February 11, 2019 call between someone purporting to be Danielle

21          [redacted] and an unidentified MOHELA agent (excerpts).

22

23  *Nationwide Multistate Licensing System*

24      68.      On or about October 7, 2019, I accessed the website of the

25  Nationwide Multistate Licensing System ("NMLS"),

26  www.nmlsconsumeraccess.org.  In the search box that appeared, I typed the phrase

27  "arete financial".  Two results appeared, for Arete Financial Group LLC (NMLS

28  ID 1850016) and Arete Financial Group, LLC (NMLS ID 1811613).  Both were

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 29

1  listed with an address of 1261 [E] Dyer Road, [Suite] 100, Santa Ana, CA 92705.

2  I clicked on both results.  The first result (NMLS ID 1850016) showed a "Debt

3  Settlement Services Provider Registration" in Maryland, but not North Dakota,

4  Pennsylvania, or any other state.  The second result (NMLS ID 1811613) showed a

5  link to the Pennsylvania Consent Agreement and Order discussed in paragraph 60

6  above, but did not display licenses or registrations in any state.  ***Attachment RRR***

7  consists of true and correct copies of screenshots from

8  www.nmlsconsumeraccess.org reflecting these search results.

9

10  *TransUnion, LLC*

11        69.    In late August 2019, I contacted TransUnion, LLC ("TransUnion"), to

12  determine if the company had service agreements and accounts with certain named

13  defendants and if so, what process TransUnion required to provide those account

14  records to the FTC.  TransUnion indicated that it had two relevant accounts and

15  that it would provide requested documents and information without the need for

16  compulsory process so long as the documents and information were treated as

17  confidential.  On or about September 6 and 19, 2019, TransUnion produced

18  account opening documents and contracts for Arete Financial Group ("Arete") and

19  Diamond Choice, dba Interest Rate Solutions ("Diamond Choice").

20        70.    ***Attachment SSS*** consists of true and correct copies of account

21  opening documents for Arete, including a "Become a Member" document

22  providing information about the company, its officers, its location, contact

23  information, and trade references (the latter redacted at TransUnion's request); a

24  Letter of Intent dated February 19, 2018; a Permissible Purpose certification dated

25  February 21, 2018; an email from ruddy@aretefinancialfreedom.com to a

26  TransUnion associate (name redacted) dated February 21, 2018; a sample mail

27  piece; and a photograph of Arete's Certificate of Occupancy and Business License

28  Tax Receipt issued by the city of Santa Ana, California.  These documents

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 30

1    indicate, among other things, that:

2        a.  Ruddy Palacios is identified as the company's chief operating officer,

3            Oliver Pomazi is identified as the chief executive officer, and Shunmin

4            Hsu is identified as the chief financial officer;

5        b.  Arete listed its location as 1261 E Dyer Rd Ste. 100, Santa Ana,

6            California and its telephone number as (714) 658-9745;

7        c.  Arete intended to use the information obtained from TransUnion for

8            "leads" or marketing purposes;

9        d.  Arete certified that it would use the information from TransUnion

10           consumer reports "[i]n connection with a credit transaction involving the

11           consumer on whom the information is to be furnished and involving the

12           extension of credit to, or review or collection of an account of, the

13           consumer"; and

14       e.   Arete intended to use a mail piece similar to the attached mail piece to

15           market its "credit card relief program" to a certain category of credit card

16           account holders.

17       71.    **_Attachment TTT_** consists of true and correct copies of account

18   opening documents for Diamond Choice, including a "Become a Member" and a

19   "Company Profile" document signed by Ruddy Palacios as chief executive officer

20   on or about October 17, 2018, providing information about the company, its

21   officers, its location, contact information, and trade references (the latter redacted

22   at TransUnion's request); a Letter of Intent; a Permissible Purpose certification

23   dated October 18, 2018; an email from ruddy@aretefinancialfreedom.com to a

24   TransUnion associate (name redacted) dated October 31, 2018; and two versions of

25   a sample mail piece.  These documents indicate, among other things, that:

26       a.  Ruddy Palacios is or was the company's chief executive officer and

27           Jenifer Rhomberg is or was the company's manager;

28       b.  Diamond Choice listed its location as 1261 E Dyer Rd Ste. 250, Santa

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 31

1    Ana, California, its telephone number as (714) 658-9745, and its website

2    as www.interestratesolutions.com;

3    c.  Diamond Choice identified itself as a marketing agency and personal loan

4        broker that intended to use its TransUnion membership to buy data for

5        prescreen offers;

6    d.  Diamond Choice certified that it would use the information from

7        TransUnion consumer reports "[i]n connection with a credit transaction

8        involving the consumer on whom the information is to be furnished and

9        involving the extension of credit to, or review or collection of an account

10       of, the consumer;"

11   e.  Diamond Choice intended to use mail pieces similar to the attached mail

12       pieces to market debt consolidation loans of $50,000; and

13   f.  Diamond Choice, as Interest Rate Solutions, identifies itself in the second

14       attached mail piece as a lender and a loan broker.

15   72.  **Attachment UUU** is a true and correct copy of a Utah Consumer

16  Credit Notification form that TransUnion provided in connection with the FTC's

17  request for information and documents concerning Diamond Choice. This

18  document appears to have been completed and signed by Ruddy Palacios on or

19  about October 2, 2018. The document indicates that Diamond Choice is in the

20  business of "obtaining unsecured consumer loans for consumers." The filing fee

21  appears to have been paid with a check written on an Arete Financial Group, LLC

22  account.

23

24  *Texas Office of Consumer Credit Commissioner*

25   73.  On or about August 23, 2019, I requested information from the Texas

26  Office of Consumer Credit Commissioner ("OCCC") pertaining to applications

27  made by certain defendants to offer debt management services in Texas. On or

28  about September 6, 2019, the OCCC produced records pertaining to an application

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 32

1  submitted by defendants Ruddy Palacios and Carey Howe on behalf of an entity
2  known as Arete Freedom LLC.  *Attachment VVV* is a true and correct copy of a
3  document produced by the OCCC in response to my request, showing that:

4      a.  Arete Financial Group LLC maintained a business license with the City
5         of Huntington Beach, California, in which it listed its business name as
6         Arete Financial Freedom; and

7      b.  Arete Financial Freedom (AFF) represented that it "is a debt resolution
8         organization offering potential clients several options to eliminate their
9         unsecured debt once and for all. . . . our debt resolution programs are
10        proficiently designed to assist in curing any consumers [sic] debt
11        problems, permanently."

12

13  *U.S. Embassy in Costa Rica*

14      74.  In the course of the investigation, I contacted the U.S. Embassy in
15  Costa Rica to seek assistance locating any real property in Costa Rica owned or
16  controlled by certain named defendants.  In response, an investigator with the U.S.
17  Embassy provided the FTC with copies of certain public documents, including
18  information regarding a registered limited liability company titled La Casa Bonita
19  Investments C.A.H. ("La Casa Bonita Investments"), for which defendant Carey
20  George Howe is the manager.  In addition, the investigator provided a document
21  from the Costa Rica National Register identifying real estate owned by La Casa
22  Bonita Investments.  True and correct copies of these two documents, as well as
23  certified English translations, are appended as *Attachment WWW*.  This
24  attachment also includes a true and correct copy of the certification of translation
25  accuracy of the document translations.

26

27  *Consumer Sentinel Network*

28      75.  The FTC maintains a secure online database of consumer complaints,

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 33

1   known as the Consumer Sentinel Network ("Sentinel").  The complaints in
2   Sentinel come from multiple sources, including (a) complaints consumers file
3   directly with the FTC, (b) complaints that the FTC receives from local, state, and
4   federal government agencies, and (c) complaints that the FTC receives from
5   private organizations such as the Council of Better Business Bureaus.  ***Attachment***
6   ***XXX*** consists of true and correct copies of two consumer complaints (with
7   consumer identifying information redacted) that were submitted on the FTC's
8   website through its online complaint assistant on or about October 9, 2019.  The
9   two complaints reflect transaction dates of October 8 and 9, 2019.
10  ///
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 34

1   I declare under penalty of perjury that the foregoing is true and correct.

2

3   Executed this _28_ day of _October_____, 2019 at Seattle, Washington.

4

5

6                                 Laureen France

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF FTC INVESTIGATOR LAUREEN FRANCE – 35

# Attachment A

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| AMERICAN FINANCIAL SUPPORT SERVICES INC. | | 2014 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 5472637 | 2014/01/28 | |

PRINCIPAL PLACE OF BUSINESS
7901 Stoneridge Dr Ste 504                                  PHONE NUMBER
925/924-1000

Pleasanton CA 94588 United States

REGISTERED AGENT
BUSINESS FILINGS INCORPORATED                              AGENT NUMBER
9325335

108 WEST 13TH ST

WILMINGTON                          DE 19801

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2014/01/28 | | COMMON | 2,000 | 1.000000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | | TITLE |
|---|---|---|---|---|
| Jay Singh | | | | |
| 7901 Stoneridge Dr Ste 504 | | | | President |
| Pleasanton CA 94588 United States | | | | |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| Jay Singh | | |
| 7901 Stoneridge Dr Ste 504 | | |
| Pleasanton CA 94588 United States | | |

==================================================================

Total number of directors:1

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)                    DATE        TITLE
Jay Singh

7901 Stoneridge Dr Ste 504                                                     President
                                                    2015-01-22

Pleasanton CA 94588 United States

# State of Delaware

## Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| AMERICAN FINANCIAL SUPPORT SERVICES INC. | | 2015 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 5472537 | 2014/01/28 | |

**PRINCIPAL PLACE OF BUSINESS**
7901 STONERIDGE DR
STE 504
PLEASANTON 94588

**PHONE NUMBER**
(925) 924-1000

**REGISTERED AGENT**
BUSINESS FILINGS INCORPORATED
108 WEST 13TH ST
WILMINGTON DE  19801

**AGENT NUMBER**
9325335

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2014/01/28 | | | 2,000 | $1 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| | JAY SINGH | 7901 STONERIDGE DR STE 504 PLEASANTON 94588 | PRESIDENT |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | |
|---|---|---|---|
| | JAY SINGH | 7901 STONERIDGE DR STE 504 PLEASANTON 94588 | |

NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

| AUTHORIZED BY (OFFICER. DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| JAY SINGH | 2016/02/29 | DIRECTOR |
| 7901 STONERIDGE DR | | |
| STE 504 | | |
| PLEASANTON, NULLVALUE 94588 | | |
| US | | |

# State of Delaware

## Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| AMERICAN FINANCIAL SUPPORT SERVICES INC. | | 2016 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 5472637 | 2014/01/28 | |

**PRINCIPAL PLACE OF BUSINESS**
7901 STONERIDGE DR
STE 504
PLEASANTON 94588

**PHONE NUMBER** (925) 924-1000

**REGISTERED AGENT**
BUSINESS FILINGS INCORPORATED
108 WEST 13TH ST
WILMINGTON DE  19801

**AGENT NUMBER** 9325335

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
| BEGIN DATE | END DATE | STOCK CLASS | | |
|---|---|---|---|---|
| 2014/01/28 | | | 2,000 | $1 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| JAY SINGH | | 7901 STONERIDGE DR STE 504 PLEASANTON 94588 | PRESIDENT |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| JAY SINGH | | 7901 STONERIDGE DR STE 504 PLEASANTON 94588 | |

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| JAY SINGH | 2017/02/24 | DIRECTOR |
| 7901 STONERIDGE DR | | |
| STE 504 | | |
| PLEASANTON, NULLVALUE 94588 | | |
| US | | |

# State of Delaware
## Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| AMERICAN FINANCIAL SUPPORT SERVICES INC. | 2016 |

FILE NUMBER
5472637

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|

# State of Delaware

## Annual Franchise Tax Report

| CORPORATION NAME | | | TAX YR |
|---|---|---|---|
| AMERICAN FINANCIAL SUPPORT SERVICES INC. | | | 2017 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 5472637 | 2014/01/28 | |

**PRINCIPAL PLACE OF BUSINESS**
500 YGNACIO VALLEY ROAD, SUITE 430
WALNUT CREEK, CA 94596

PHONE NUMBER
(925)924-1000

**REGISTERED AGENT**
BUSINESS FILINGS INCORPORATED
108 WEST 13TH ST
WILMINGTON DE  19801

AGENT NUMBER
9325335

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2014/01/28 | | COMMON | 2,000 | 1.0000000000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| JAY   SINGH | | 500 YGNACIO VALLEY ROAD, SUITE 430 WALNUT CREEK, CA 94596 | PRESIDENT |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| JAY   SINGH | | 500 YGNACIO VALLEY ROAD, SUITE 430 WALNUT CREEK, CA 94596 | |

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER. DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| JAY   SINGH | 2018/03/01 | PRESIDENT |
| 500 YGNACIO VALLEY ROAD, SUITE 430 WALNUT CREEK, CA 94596 US | | |

# State of Delaware

## Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| AMERICAN FINANCIAL SUPPORT SERVICES INC. | 2018 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 5472637 | 2014/01/28 | |

PRINCIPAL PLACE OF BUSINESS
500 YGNACIO VALLEY RD STE 430
WALNUT CREEK, CA 94596

PHONE NUMBER
(925)924-1000

REGISTERED AGENT
BUSINESS FILINGS INCORPORATED
108 WEST 13TH ST
WILMINGTON DE  19801

AGENT NUMBER
9325335

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2014/01/28 | | COMMON | 2,000 | 1.0000000000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| JAY  SINGH | | 500 YGNACIO VALLEY ROAD #430<br>WALNUT CREEK, CA 94546 | CEO |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | |
|---|---|---|---|
| JAY  SINGH | | 500 YGNACIO VALLEY ROAD #430<br>WALNUT CREEK, CA 94546 | |

NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| JAY  SINGH | 2019/02/26 | CEO |
| 500 YGNACIO VALLEY RD #430 | | |
| WALNUT CREEK, CA 94596 US | | |

# Attachment B

**4038171**

| Secretary of State **Articles of Incorporation of a General Stock Corporation** | **ARTS-GS** |
|---|---|

**FILED**
Secretary of State
State of California

**JUN 19 2017**

This Space For Office Use Only

**IMPORTANT — Read Instructions before completing this form.**

**Filing Fee** – **$100.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise
Tax Board each year. For more information, go to *https://www.ftb.ca.gov*.

**1. Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

The name of the corporation is   ARETE FINANCIAL GROUP

**2. Business Addresses** (Enter the **complete** business addresses.)

| a. Initial Street Address of Corporation - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 5772 BOLSA AVE., STE 220 | HUNTINGTON BEACH | CA | 92649 |
| b. Initial Mailing Address of Corporation, if different than item 2a | City (no abbreviations) | State | Zip Code |
|  |  |  |  |

**3. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 3a and 3b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is *not* a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| SHUNMIN |  | HSU |  |
| b. Street Address (if agent is *not* a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 5772 BOLSA AVE., STE 220 | HUNTINGTON BEACH | CA | 92649 |

**CORPORATION** – Complete Item 3c.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b |
|---|
|  |

**4. Shares** (Enter the **number of shares** the corporation is authorized to issue.  **Do not leave blank or enter zero (0).**)

This corporation is authorized to issue only one class of shares of stock.

The total number of shares which this corporation is authorized to issue is   100,000

**5. Purpose Statement** (Do not alter the Purpose Statement.)

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**6. Read and Sign Below** (This form must be signed by each incorporator.  **See instructions for signature requirements.**)

SHUNMIN HSU

| Signature | Type or Print Name |
|---|---|

ARTS-GS (REV 04/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

**Page 756**
**PX23 France Decl.**
**Attach. B**

17-643693

| Secretary of State Statement of Information 34 SI-550 (California Stock, Agricultural Cooperative and Foreign Corporations) | FILED Secretary of State State of California |
|---|---|

**FILED**
Secretary of State
State of California

**AUG 0 7 2017**

31.50|25|CCISR – 8|9|17

*This Space For Office Use Only*

**IMPORTANT** — Read instructions **before** completing this form.

**Fees (Filing plus Disclosure) – $25.00;**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Corporation Name** (Enter the **exact** name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

Arete Financial Group

**2. 7-Digit Secretary of State File Number**

4038171

**3. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Executive Office - Do not list a P.O. Box  1261 E. Dyer Rd. #100 | Santa Ana | CA | 92705 |
| b. Mailing Address of Corporation, **if different than Item 3a** | City (no abbreviations) | State | Zip Code |
| c. Street Address of Principal **California** Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State  CA | Zip Code |

**4. Officers** — The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| a. Chief Executive Officer/ | Loc | | Phu | |
| Address  1261 E. Dyer Rd. #100 | City (no abbreviations)  Santa Ana | State  CA | Zip Code  92705 | |
| b. Secretary | Ruddy | | Palacios | |
| Address  1261 E. Dyer Rd. #100 | City (no abbreviations)  Santa Ana | State  CA | Zip Code  92705 | |
| c. Chief Financial Officer/ | Shunmin | | Hsu | |
| Address  1261 E. Dyer Rd. #100 | City (no abbreviations)  Santa Ana | State  CA | Zip Code  92705 | |

**5. Director(s)** — California Stock and Agricultural Cooperative Corporations ONLY: **Item 5a:** At least one name **and** address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Caroline | | Howe | |
| Address  1261 E. Dyer Rd. #100 | City (no abbreviations)  Santa Ana | State  CA | Zip Code  92705 |

b. Number of Vacancies on the Board of Directors, if any   0

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation)  Shunmin | Middle Name | Last Name  Hsu | Suffix |
|---|---|---|---|
| b. Street Address (if agent is **not** a corporation) - Do not enter a P.O. Box  1261 E. Dyer Rd. #100 | City (no abbreviations)  Santa Ana | State  CA | Zip Code  92705 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

Describe the type of business or services of the Corporation
Document Preparation

**8. The Information contained herein, including in any attachments, is true and correct.**

| 08/01/17 | Shunmin Hsu | CFO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 01/2017)    1/2    2017 California Secretary of State
www.sos.ca.gov/business/be

**Page 757**
**PX23 France Decl.**
**Attach. B**

17-643693

| | |
|---|---|
| **Attachment to Statement of Information** (California Stock and Agricultural Cooperative Corporations) | **SI-550A Attachment** |

**A. Corporation Name**

Arete Financial Group

**B. 7-Digit Secretary of State File Number**

4038171

This Space For Office Use Only

**C. List of Additional Director(s)** – If the corporation has more than one director, enter the additional directors' names and addresses.

| | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| 5b. | Judith | | No .h | |
| | Address: 1261 E. Dyer Rd. #100 | City (no abbreviations): Santa Ana | State: CA | Zip Code: 92705 |
| 5c. | Loc | | Phu | |
| | Address: 1261 E. Dyer Rd. #100 | City (no abbreviations): Santa Ana | State: CA | Zip Code: 92705 |
| 5d. | Ruddy | | Palacios | |
| | Address: 1261 E. Dyer Rd. #100 | City (no abbreviations): Santa Ana | State: CA | Zip Code: 92705 |
| 5e. | Shunmin | | Hsu | |
| | Address: 1261 E. Dyer Rd. #100 | City (no abbreviations): Santa Ana | State: CA | Zip Code: 92705 |
| 5f. | | | | |
| | Address | City (no abbreviations) | State: CA | Zip Code: 92705 |
| 5g. | | | | |
| | Address | City (no abbreviations) | State | Zip Code |
| 5h. | | | | |
| | Address | City (no abbreviations) | State | Zip Code |
| 5i. | | | | |
| | Address | City (no abbreviations) | State | Zip Code |
| 5j. | | | | |
| | Address | City (no abbreviations) | State | Zip Code |

2/2

SI-550A - Attachment (EST 11/2016)

2016 California Secretary of State
www.sos.ca.gov/business/be

## State of California
### Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S |

**FX94058**

# FILED

In the office of the Secretary of State
of the State of California

**JUL-10 2018**

This Space for Filing Use Only

1. **CORPORATE NAME**

ARETE FINANCIAL GROUP

2. **CALIFORNIA CORPORATE NUMBER**

C4038171

3. **No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)
   **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
   ☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. SECRETARY | | | | |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS [Note: The person designated as  he corporation's agent MUST have agreed to act in that  capacity prior to the designation.]

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 07/10/2018 | SHUNMIN HSU | SECRATARY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | | APPROVED BY SECRETARY OF STATE |

MAIL FILED DOCUMENTS TO:

NAME  Legalzoom com, Inc.

ADDRESS  101 N. Brand Blvd., 11th Floor

CITY/ST/ZIP  Glendale, CA 91203

Filed in Orange County
**Hugh Nguyen, Clerk-Recorder**

23.00

* S R 0 0 0 9 5 3 9 8 4 9 5 *
20176486627 9:07 am 09/06/17
361 11 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

THESE FEES APPLY AT THE TIME OF FILING
(Provide a self-addressed stamped envelope if
mailed)

Filing fee $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after two

**HUGH NGUYEN**
ORANGE COUNTY CLERK -
12 Civic Center Plaza, Room 106
POST OFFICE BOX 238
Santa Ana, CA 92701

THIS STATEMENT WAS FILED
WITH THE COUNTY CLERK RECORDER
ON THE DATE INDICATED BY
FILE STAMP ABOVE

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| 1. | FICTITIOUS BUSINESS NAME(S) | | BUSINESS PHONE NO. 888 988-9274 (Optional) |
|---|---|---|---|
| | **ARETE FINANCIAL FREEDOM** | | |

| 1A | ☒ New Statement | ☐ Refile | ☐ Change |
|---|---|---|---|

| 2 | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE A PO. BOX OR PM B ) | CITY | STATE | ZIPCODE | COUNTY |
|---|---|---|---|---|---|
| | 1281 E. DYER ROAD, SUITE 100 | SANTA ANA | CA | 92705 | Orange |

| 3. | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | If Corporation / LLC State of Incorporation or organization CA |
|---|---|---|---|
| | **ARETE FINANCIAL GROUP** | | |

| RES / CORP ADDRESS (DO NOT USE A PO BOX OR PM B) | CITY | STATE | ZIPCODE |
|---|---|---|---|
| 1281 E. DYER ROAD, SUITE 100 | SANTA ANA | CA | 92705 |

| FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | If Corporation / LLC State of Incorporation or organization |
|---|---|

| RES. / CORP. ADDRESS (DO NOT USE A PO. BOX OR PM B) | CITY | STATE | ZIP CODE |
|---|---|---|---|

| FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | If Corporation / LLC State of Incorporation or organization |
|---|---|

| RES, / CORP. ADDRESS (DO NOT USE A PO. BOX OR PM B) | CITY | STATE | ZIP CODE |
|---|---|---|---|

| 4. | HAVE YOU STARTED DOING BUSINESS YET? | NOTICE IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION |
|---|---|---|
| | ☒ Yes  Insert Date 07/01/2017 | |
| | ☐ No | THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE) |

| 5. | THIS BUSINESS IS CONDUCTED BY (Check One Only) | ☐ A Trust | ☐ A State Or Local Registered Domestic Partnership | ☐ An Individual |
|---|---|---|---|---|
| | ☒ A Corporation | ☐ A General Partnership | ☐ A Limited Partnership | ☐ An Unincorporated Association | |
| | ☐ A Limited Liability Partnership | ☐ Copartners | ☐ A Married Couple | ☐ A Joint Venture | ☐ A Limited Liability Company |

I declare that all information in this statement is true and correct.
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

| REGISTRANT(S) NAME | ARETE FINANCIAL GROUP (Type or Print Name) | CAREY GEORGE HOWE  PRESIDENT Print Name and Title of Officer/Manager or General Partner |
|---|---|---|
| REGISTRANT(S) SIGNATURE | | |

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

FICTITIOUS BUSINESS NAME STATEMENT          3048379

## Page 1 of 2 of Document Number 20176486627

**ORANGE COUNTY REPORTER**
~ SINCE 1921 ~

600 W SANTA ANA BLVD, SANTA ANA, CA 92701
Telephone(714) 543-2027 / Fax (714) 542-8841

ARETE FINANCIAL GROUP
1261 E DYER ROAD SUITE 100
SANTA ANA, CA - 92705

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California            )
County of ORANGE           )  ss

Notice Type: FNS - FICTITIOUS BUSINESS NAME

Ad Description:

ARETE FINANCIAL FREEDOM

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the ORANGE COUNTY REPORTER, a newspaper published in the English language in the city of SANTA ANA, county of ORANGE, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of ORANGE, State of California, under date 06/20/1922, Case No. 13421. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

09/15/2017, 09/22/2017, 09/29/2017, 10/06/2017

Executed on: 10/06/2017
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature

This space for filing stamp only

**FILED**

OCT 11 2017

HUGH NGUYEN, CLERK-RECORDER

BY_____ DEPUTY

OR#: 3048379

**FICTITIOUS BUSINESS NAME STATEMENT**
File No. 20176486627
The following person(s) is (are) doing business as:
Arete Financial Freedom, 1261 E. Dyer Road, Suite 100, Santa Ana, CA 92705, County of Orange
Arete Financial Group, 1261 E. Dyer Road, Suite 100, Santa Ana, CA 92705; CA
The registrant(s) commenced to transact business under the fictitious business name or names listed above on 07/01/2017
This business is conducted by A Corporation
I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
/s/ Carey George Howe President
Arete Financial Group
This statement was filed with the County Clerk of Orange County on September 6, 2017
NOTICE-This Fictitious Business Name Statement expires five years from the date it was filed in the Office of the County Clerk-Recorder. The statement expires 40 days after any change in the facts is made other than a change in the residence address of a registered owner. A new Fictitious Business Name Statement must be filed before other expiration. When ceasing to transact business under an active Fictitious Business Name Statement, Abandonment shall be filed. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state, or common law (See Section 14411 et seq., Business and Professions Code).
New Statement
9/15, 9/22, 9/29, 10/6/17
OR-3048379#

20176486627

Page 2 of 2 of Document Number 20176486627

# Attachment C

| | **Secretary of State**<br>**Articles of Organization**<br>Limited Liability Company (LLC) | **LLC-1** |
|---|---|---|

**2 0 1 8 1 2 0 1 0 6 0 5**

**FILED**
Secretary of State
State of California

APR 18 2018

*lpc /lcc*

**This Space For Office Use Only**

**IMPORTANT — Read Instructions before completing this form.**

**Filing Fee** — **$70.00**

**Copy Fees** — First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* LLCs may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *https://www.ftb.ca.gov*.

---

**1.   Limited Liability Company Name** (See Instructions – Must contain an LLC ending such as LLC or L.L.C.  "LLC" will be added, if not included.)

Arete Financial Group LLC

---

**2.  Business Addresses**

| a. Initial Street Address of Designated Office in California - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2312 Park Ave #215 | Tustin | CA | 92782 |

| b. Initial Mailing Address of LLC. **if different than item 2a** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

---

**3.  Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** -- Complete Items 3a and 3b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Caroline | | Howe | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2312 Park Ave #215 | Tustin | CA | 92782 |

**CORPORATION** – Complete Item 3c.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b |
|---|
| |

---

**4.  Management** (Select **only** one box)

The LLC will be managed by:

☐ One Manager          ☐ More than One Manager          ☑ All LLC Member(s)

---

**5.  Purpose Statement** (Do not alter Purpose Statement)

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

---

**6.** The Information contained herein, including in any attachments, is true and correct.

*Caroline Howe*

Organizer sign here

Caroline Howe

Print your name here

LLC-1 (REV 04/2017)

2017 California Secretary of State

**Page 762**
**PX23 France Decl.**
**Attach. C**

**Secretary of State
Statement of Information
(Limited Liability Company)**

**LLC-12**

19-A81358

# FILED

In the office of the Secretary of State
of the State of California

FEB 27, 2019

This Space For Office Use Only

**IMPORTANT —** Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

ARETE FINANCIAL GROUP LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201812010605 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>1261 E Dyer Road Suite 100 | Santa Ana | CA | 92705-5661 |
| b. Mailing Address of LLC, **if different than item 4a**<br>1261 E Dyer Road Suite 100 | Santa Ana | CA | 92705-5661 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box<br>1261 E Dyer Road Suite 100 | Santa Ana | CA | 92705-566· |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions.)

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Caroline | | Howe | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2312 Park Ave #215 | Tustin | CA | 92782 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Caroline | | Howe | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2312 Park Ave #215 | Tustin | CA | 92782 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Marketing Services |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Ruddy | | Palacios | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 58 Logan | Irvine | CA | 92620 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 02/27/2019 | Robert Hill | | Accountant | |
|---|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLET NG.)

Name: ⌈                        ⌉

Company:

Address:

City/State/Zip: ⌊                        ⌋

LLC-12 (REV 01/2017)          Page 1 of 1          2017 California Secretary of State
www.sos.ca.gov/business/be

**Page 763
PX23 France Decl.
Attach. C**

| Secretary of State<br>**Articles of Organization**<br>Limited Liability Company (LLC) | **LLC-1** |
|---|---|

2 0 1 7 0 5 8 1 0 4 9 0

**FILED**
Secretary of State
State of California

FEB 1 5 2017 *ALX*

1 *PC*

This Space For Office Use Only

**IMPORTANT — Read Instructions before completing this form.**

**Filing Fee - $70.00**

**Copy Fees** - First plain copy free; Additional copies: First page $1.00 & .50 for each attachment page; Certification Fee - $5.00

***Important!*** LLCs may have to pay an annual minimum $800 tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

**1.   Limited Liability Company Name** (See Instructions – Must contain an LLC ending such as LLC or L.L.C.  "LLC" will be added, if not included.)

Arete Finacial Group, LLC

**2.  Business Addresses**

| a. Initial Street Address of Designated Office in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 8282 Valencia Drive | Huntington Beach | **CA** | 92647 |

| b. Initial Mailing Address of LLC, if different than item 2a | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**3.  Agent for Service of Process**

**Item 3a and 3b:** If naming an **individual**, the agent must reside in California and Item 3a and 3b must be completed with the agent's name and complete California street address.

**Item 3c:**  If naming a California Registered **Corporate Agent**, a current agent registration certificate must be on file with the California Secretary of State and Item 3c must be completed (leave Item 3a-3b blank).

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is not a corporation) - **Do not list a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | **CA** | |

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b |
|---|
| LegalZoom.com, Inc. |

**4.  Management** (Select **only** one box)

The LLC will be managed by:

☐ One Manager     ☐ More than One Manager     ☑ All LLC Member(s)

**5.  Purpose Statement** (Do not alter Purpose Statement)

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**6.** The Information contained herein, including in any attachments, is true and correct.

| _CM_ | By: Cheyenne Moseley, Assistant Secretary, LegalZoom.com, Inc. |
|---|---|
| Organizer sign here | Print your name here |

LLC-1 (REV 06/2016)

**Page 764**
**PX23 France Decl.**
**Attach. C**

17-320351

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

11

**FILED**
**Secretary of State**
**State of California**

**MAR 0 9 2017**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

21.50/20/PC/.50

This Space For Office Use Only

| 1. Limited Liability Company Name (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.) |
|---|
| Arete Finacial Group, LLC |

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201705810490 | |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 8282 Valencia Drive | Huntington Beach | CA | 92647 |

| b. Mailing Address of LLC, if different from item 4a | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 8282 Valencia Drive | Huntington Beach | CA | 92647 |

**5. Manager(s) or Member(s)**

If no managers have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Caroline | | Howe | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 8282 Valencia Drive | Huntington Beach | CA | 92647 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL –** Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION –** Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| LegalZoom.com, Inc.   C 2967349 |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Consulting  -Debt Managment |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The information contained herein, including any attachments, is true and correct.**

| 03/02/2017 | Cheyenne Moseley | Authorized Rep. | CM |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌈ Cheyenne Moseley                          ⌉

Company:   LegalZoom.com, Inc.

Address:   101 N Brand Blvd., 11th Floor

City/State/Zip: ⌊ Glendale CA 91203                    ⌋

LLC-12 (REV 01/2017)

1/2

2017 California Secretary of State
www.sos.ca.gov/business/be

17-320351

**Attachment to Statement of Information (Limited Liability Company)**

**LLC-12A Attachment**

**A. Limited Liability Company Name**

Arete Finacial Group, LLC

This Space For Office Use Only

| B. 12-Digit Secretary of State File Number | C. State or Place of Organization (only if formed outside of California) |
|---|---|
| 201705810490 | |

**D. List of Additional Manager(s) or Member(s)** - If the manager/member is an individual, enter the individual's name and address. If the manager/member is an entity, enter the entity's name and address. Note: The LLC cannot serve as its own manager or member.

| 2a. First Name – Do not complete Item 2b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Shunmin | | Hsu | |

| 2b. Entity Name – Do not complete Item 2a |
|---|
| |

| 2c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 8282 Valencia Drive | Huntington Beach | CA | 92647 |

| 3a. First Name – Do not complete Item 3b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Oliver | | Pomazi | |

| 3b. Entity Name – Do not complete Item 3a |
|---|
| |

| 3c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 8282 Valencia Drive | Huntington Beach | CA | 92647 |

| 4a. First Name – Do not complete Item 4b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| 4b. Entity Name – Do not complete Item 4a |
|---|
| Diamond Choice Inc |

| 4c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 8282 Valencia Drive | Huntington Beach | CA | 92647 |

| 5a. First Name – Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Judith | | Noh | |

| 5b. Entity Name – Do not complete Item 5a |
|---|
| |

| 5c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 8282 Valencia Drive | Huntington Beach | CA | 92647 |

| 6a. First Name – Do not complete Item 6b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| 6b. Entity Name – Do not complete Item 6a |
|---|
| |

| 6c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| 7a. First Name – Do not complete Item 7b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| 7b. Entity Name – Do not complete Item 7a |
|---|
| |

| 7c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| 8a. First Name – Do not complete Item 8b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| 8b. Entity Name – Do not complete Item 8a |
|---|
| |

| 8c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

LLC-12A - Attachment (EST 07/2016)

2/2

2016 California Secretary of State
www.sos.ca.gov/business/be

**Page 766**
**PX23 France Decl.**
**Attach. C**

| Secretary of State | **LLC-4/7** |
| --- | --- |
| **Certificate of Cancellation** | |
| **Limited Liability Company (LLC)** | |

**FILED** *AVO*
Secretary of State
State of California

**MAR 2 6 2018**

This Space For Office Use Only

**IMPORTANT — Read Instructions before completing this form.**

There is **No Fee** for filing a Certificate of Cancellation

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

| 1. **Limited Liability Company Name** (Enter the exact name of the LLC as it is recorded with the California Secretary of State) | 2. **12-Digit Secretary of State File Number** |
| --- | --- |
| Arete Finacial Group LLC | 201705810490 |

**3. Dissolution** (California LLCs ONLY: Check the box if the vote to dissolve was made by the vote of **ALL** the members.)

[✓] The dissolution was made by a vote of **ALL** of the members of the California Limited Liability Company.

**Note**: If the above box is not checked, a **Certificate of Dissolution** (Form LLC-3) must be filed prior to or together with this Certificate of Cancellation. (California Corporations Code section 17707.08(a).)

**4. Tax Liability Statement** (Do not alter the Tax Liability Statement.)

All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.

**5. Cancellation Statement** (Do not alter the Cancellation Statement.)

Upon the effective date of this Certificate of Cancellation, the Limited Liability Company's registration is cancelled and its powers, rights and privileges will cease in California.

**6. Read and Sign Below** (See instructions for signature requirements. Do not use a computer generated signature.)

By signing this document, I certify that the information is true and that I am authorized by California law to sign.

| _____ | Shunmin Hsu |
| Signature | Type or Print Name |
| _____ | _____ |
| Signature | Type or Print Name |
| _____ | _____ |
| Signature | Type or Print Name |

LLC-4/7 (REV 05/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

**Page 767**
**PX23 France Decl.**
**Attach. C**

| Secretary of State **Certificate of Dissolution** **Limited Liability Company (LLC)** (California LLC ONLY) | **LLC-3** |
|---|---|

**FILED**
Secretary of State
State of California

MAR 2 6 2018

This Space For Office Use Only

**IMPORTANT — Read Instructions before completing this form.**

There is No Fee for filing a Certificate of Dissolution

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

| 1.  **Limited Liability Company Name** (Enter the exact name of the LLC as it is recorded with the California Secretary of State)<br><br>Arete Finacial Group LLC | 2.  **12-Digit Secretary of State File Number**<br><br>201705810490 |
|---|---|

3.  **Dissolution**  (Check the applicable statement.  This Form LLC-3 is not required when the vote to dissolve was made by all of the members and that fact is noted on the Certificate of Cancellation (Form LLC-4/7).)

The dissolution of this LLC was caused by one of the following circumstances (**check one**):

☐ The happening of an event as set forth in the Articles of Organization or in the LLC's written Operating Agreement.

☑ The vote of 50 percent or more of the voting interests of the members of the LLC or a greater percentage of the voting interests of members as specified in the Articles of Organization or written Operating Agreement.

☐ The passage of 90 consecutive days during which the LLC has no members, except on the death of a natural person who is the sole member of the LLC, the status of the member, including a membership interest, may pass to the heirs, successors and assigns of the member by will or applicable law.

☐ The entry of a decree of judicial dissolution pursuant to California Corporations Code section 17707.03.

The Certificate of Dissolution puts all on notice that the LLC has elected to wind up the business of the LLC and is in the process of paying liabilities and distributing assets.  In order to terminate the LLC, the LLC also **must file a Certificate of Cancellation (Form LLC-4/7)**.

4.  **Read and Sign Below** (See instructions for signature requirements. Do not use a computer generated signature.)

By signing this document, I certify that the information is true and that I am authorized by California law to sign.

| _____<br>Signature | Shunmin Hsu<br>_____<br>Type or Print Name |
|---|---|
| _____<br>Signature | _____<br>Type or Print Name |

LLC-3 (REV 05/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

# Attachment D

| **LLC-1** | **Articles of Organization** **of a Limited Liability Company (LLC)** | **201411910174** |
|---|---|---|

To form a limited liability company in California, you can fill out this form, and submit for filing along with:

- **A $70 filing fee.**
- **A separate, non-refundable $15 service fee** also must be included, if you **drop off** the completed form.

*Important!* LLCs in California may have to pay a minimum **$800 yearly** tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

LLCs may not provide "**professional services**," as defined by California Corporations Code sections 13401(a) and 13401.3.

**Note:** *Before submitting the completed form,* you should consult with a private attorney for advice about your specific business needs.

*Kl*

**FILED**
**Secretary of State**
**State of California**

**APR 2 5 2014**
*bh ɔ*

*IRC*

This Space For Office Use Only

For questions about this form, go to *www.sos.ca.gov/business/be/filing-tips.htm.*

**LLC Name** (List the proposed LLC name exactly as it is to appear on the records of the California Secretary of State.)

① **CBC CONGLOMERATE LLC**

*Proposed LLC Name* — The name **must** include: LLC, L.L.C., Limited Liability Company, Limited Liability Co., Ltd. Liability Co. or Ltd. Liability Company; and **may not** include: bank, trust, trustee, incorporated, inc., corporation, or corp., insurer, or insurance company. For general entity name requirements and restrictions, go to www.sos.ca.gov/business/be/name-availability.htm.

**Purpose**

② The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**LLC Addresses**

③ a. 5862 Bolsa Ave., Suite 102     **Huntington Beach**     **CA 92649**
*Initial Street Address of Designated Office in CA - Do not list a P.O. Box*    *City (no abbreviations)*    *State*   *Zip*

b. _____
*Initial Mailing Address of LLC, if different from 3a*    *City (no abbreviations)*    *State*   *Zip*

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your LLC is sued. You may list any adult who lives in California. You may not list an LLC as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

④ a. William R. Mitchell
*Agent's Name*

b. 9160 Irvine Center Drive, Suite 200, Irvine     **CA** 92618
*Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*    *City (no abbreviations)*    *State*   *Zip*

**Management** (Check only one.)

⑤ The LLC will be managed by:

☐ One Manager    ☐ More Than One Manager    ☑ All Limited Liability Company Member(s)

This form must be signed by each organizer. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of organization.

▶ _____    By: Cheyenne Moseley, Assistant Secretary, LegalZoom.com, Inc.
*Organizer - Sign here*      *Print your name here*

| Make check/money order payable to: **Secretary of State** | **By Mail** | **Drop-Off** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944228 Sacramento, CA 94244-2280 | Secretary of State 1500 11th Street., 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 17701.04, 17701.08, 17701.13, 17702.01, Revenue and Taxation Code§ 17941     2014 California Secretary of State
LLC-1 (REV 01/2014)      www.sos.ca.gov/business/be



# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
(Limited Liability Company)

Filing Fee $20.00.  If this is an amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

91
41

**FILED**
Secretary of State
State of California

**MAY 1 6 2014**

21|20|PC
This Space For Filing Use Only

**1.   LIMITED LIABILITY COMPANY NAME**

CBC CONGLOMERATE LLC

| File Number and State or Place of Organization | |
|---|---|
| **2.   SECRETARY OF STATE FILE NUMBER**<br>201411910174 | **3.   STATE OR PLACE OF ORGANIZATION** (If formed outside of California)<br>California |

**No Change Statement**

4.  If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no Statement of Information has been previously filed, this form must be completed in its entirety.

☐  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

**Complete Addresses for the Following**  (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| **5.   STREET ADDRESS OF PRINCIPAL OFFICE**<br>5862 Bolsa Ave,. Suite 102 | | Huntington Beach | California | 92649 |
| **6.   MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5** | | CITY | STATE | ZIP CODE |
| **7.   STREET ADDRESS OF CALIFORNIA OFFICE**<br>5862 Bolsa Ave,. Suite 102 | | CITY<br>Huntington Beach | STATE<br>CA | ZIP CODE<br>92649 |

**Name and Complete Address of the Chief Executive Officer, If Any**

| **8.   NAME** | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|

**Name and Complete Address of Any Manager or Managers, or If None Have Been Appointed or Elected, Provide the Name and Address of Each Member**  (Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| **9.   NAME**<br>CAREY GEORGE HOWE | 5862 Bolsa Ave,. Suite 102 | Huntington Beach | California | 92649 |
| **10.  NAME**<br>BRUCE PHILLIP HOOD | 5862 Bolsa Ave,. Suite 102 | Huntington Beach | California | 92649 |
| **11.  NAME**<br>CHAD SMANJAK | 5862 Bolsa Ave,. Suite 102 | Huntington Beach | California | 92649 |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable.  If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

| **12.  NAME OF AGENT FOR SERVICE OF PROCESS**<br>WILLIAM R. MITCHELL Esq. | | | | |
|---|---|---|---|---|
| **13.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL**<br>9160 IRVINE CENTER DRIVE, SUITE 200 | CITY<br>IRVINE | | STATE<br>CA | ZIP CODE<br>92618 |

**Type of Business**

**14.  DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY**
Consulting

**15.  THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.**

| 05/09/2014 | Adam Thomas | Authorized Rep. | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

| LLC-12 (REV 01/2014) | APPROVED BY SECRETARY OF STATE |
|---|---|

**Secretary of State
Statement of Information
(Limited Liability Company)**

**LLC-12**

18-C89394

# FILED

In the office of the Secretary of State
of the State of California

AUG 27, 2018

This Space For Office Use Only

**IMPORTANT —** Read instructions before completing this form.

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

CBC CONGLOMERATE LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201411910174 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box 1261 E. Dyer Road, Suite 100 | Santa Ana | CA | 92705 |
| b. Mailing Address of LLC, if different than item 4a 1261 E. Dyer Road, Suite 100 | Santa Ana | CA | 92705 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box 1261 E. Dyer Road, Suite 100 | Santa Ana | CA | 92705 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Carey | George | Howe | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1261 E. Dyer Road, Suite 100 | Santa Ana | CA | 92705 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| William | R. | Mitchell | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 101 Pacifica, Suite 155 | Irvine | CA | 92618 |

**CORPORATION** – Complete tem 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete tem 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Consulting |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 08/27/2018 | William R. Mitchell | Attorney/Agent | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLET NG.)

Name:

Company:

Address:

City/State/Zip:

**Page 771
PX23 France Decl.
Attach. D**

| Attachment to **Statement of Information** (Limited Liability Company) | **LLC-12A Attachment** | 18-C89394 |
|---|---|---|

**A. Limited Liability Company Name**

CBC CONGLOMERATE LLC

This Space For Office Use Only

| **B. 12-Digit Secretary of State File Number** | **C. State or Place of Organization** (only if formed outside of California) |
|---|---|
| 201411910174 | CALIFORNIA |

**D. List of Additional Manager(s) or Member(s) -** If the manager/member is an individual, enter the individual's name and address. If the manager/member is an entity, enter the entity's name and address. Note: The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Shunmin | | Hsu | |

| Entity Name | | | |
|---|---|---|---|
| | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1261 E. Dyer Road, Suite 100 | Santa Ana | CA | 92705 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| Entity Name | | | |
|---|---|---|---|
| | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| Entity Name | | | |
|---|---|---|---|
| | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| Entity Name | | | |
|---|---|---|---|
| | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| Entity Name | | | |
|---|---|---|---|
| | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| Entity Name | | | |
|---|---|---|---|
| | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| Entity Name | | | |
|---|---|---|---|
| | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

Page 772
PX23 France Decl.
Attach. D

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder
**2015 6408301**     **23.00**
05/27/2015 11:54:00
69 11 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00



**HUGH NGUYEN**
**CLERK-RECORDER**
**12 CIVIC CENTER PLAZA, ROOM 106**
**POST OFFICE BOX 238**
**SANTA ANA, CA 92702-0238**

### FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| 1. | Fictitious Business Name(s)  1file.org | (optional) Business Phone No.  (855) 730 2071 |
|---|---|---|

| 1A | ☒ New Statement | ☐ Refile - list previous No. | ☐ Change |
|---|---|---|---|

| 2 | Street Address, City & State of Principal place of Business (Do not use P.O. box or P.M.B) | City | State | Zip Code | County |
|---|---|---|---|---|---|
| | 5862 Bolsa Ave , Suite 102 Huntington Beach CA 92649 ORANGE | | | | |

| 3 | Full name of Registered Owner (If Corporation, enter corporation name) | | | If Corporation / LLC State of Incorporation or organization  CA |
|---|---|---|---|---|
| | CBC CONGLOMERATE LLC | | | |
| | Res. / Corp. Address (Do NOT use a P.O. Box or P.M.B) | City | State | Zip Code |
| | 5862 Bolsa Ave , Suite 102 | Huntington Beach | CA | 92649 |

| 4. | (CHECK ONE ONLY) This business is conducted by:  ☐ a trust  ☐ a state or local registered domestic partnership |
|---|---|
| | ☐ an individual  ☐ a general partnership  ☐ a limited partnership  ☐ an unincorporated association other than a partnership |
| | ☐ a corporation  ☐ a Limited Liability Partnership  ☐ co-partners  ☐ a married couple  ☐ a joint venture  ☒ Limited Liability Co. |

| 5. | Have you started doing business yet?  ☐ Yes Insert Date:  ☒ No | Notice: This Fictitious Business Name Statement expires five years from the date it was filed in the Office of the County Clerk-Recorder. The statement expires 40 days after any change in the facts is made other than a change in the residences address of the registered owner. A new Fictitious Business Name Statement must be filed before either expiration. When ceasing to transact business under an active Fictitious Business Name Statement, Abandonment shall be filed. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state or common law (see section 14411 et seq. Business and Professions Code) |
|---|---|---|

| 6. | If the registered owner is NOT a corporation, sign below (See Instructions on the reverse side of this form) | If the registered owner is: a corporation, an officer of the corporation signs below any type of partnership, the general partner signs below a limited liability company, a manager or an officer signs below |
|---|---|---|
| | Signature _____ | CBC CONGLOMERATE LLC |
| | | Limited Liability Company/Corporation/Partnership Name |
| | (Type or Print Name) | Signature and Title of Officer/Manager or General Partner |
| | I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000) ) | I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000) ) |
| | | Carey Howe          Managing Member |
| | | Print Name of Officer/Manager or General Partner |

These fees apply at time of filing (Please provide a self addressed, stamped,return envelope if mailed):
Filing fee $23 00 for one business name   27154539
$7.00 for each additional business name
$7.00 for each additional partner after first two

### Page 1 of 2 of Document Number 20156408301

**ORANGE COUNTY REPORTER**
~ SINCE 1921 ~

600 W SANTA ANA BLVD, SANTA ANA, CA 92701
Telephone (714) 543-2027  / Fax (714) 542-6841

This space for filing stamp only

OR #: 2754539

**FICTITIOUS BUSINESS NAME STATEMENT**
File No. 20156408301
The following person(s) is (are) doing business as:
1file.org, 5862 Bolsa Ave., Suite 102, Huntington Beach, CA 92849. County of Orange
CBC Conglomerate LLC, 5862 Bolsa Ave., Suite 102, Huntington Beach, CA 92649: CA
This business is conducted by a limited liability company.
The registrant(s) commenced to transact business under the fictitious business name or names listed above on N/A.
I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
/s/ Carey Howe, Managing Member
CBC Conglomerate LLC
This statement was filed with the County Clerk of Orange County on May 27, 2015.
NOTICE-This Fictitious Name Statement expires five years from the date on which it was filed in the Office of the County Clerk-Recorder. The statement expires 40 days after any change in the facts made other than a change in the residences address of a registered owner. A new Fictitious Business Name Statement must be filed before the expiration. When ceasing to transact business under the active Fictitious Business Name Statement, Abandonment shall be filed. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state, or common law (See Section 14411 et seq., Business and Professions Code).
New Statement
6/5, 6/12, 6/19, 6/26/15
OR-2754539#

CBC CONGLOMERATE LLC
5862 BOLSA AVE #102
HUNTINGTON BEACH, CA - 92649

# PROOF OF PUBLICATION

(2015 5 C C.P.)

State of California )
County of ORANGE ) ss

Notice Type:  FNS - FICTITIOUS BUSINESS NAME

Ad Description:
1FILE.ORG

I am a citizen of the United States and a resident of the State of California: I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the ORANGE COUNTY REPORTER, a newspaper published in the English language in the city of SANTA ANA, county of ORANGE, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of ORANGE, State of California, under date 06/20/1922, Case No. 13421.  That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

20156408301

06/05/2015, 06/12/2015, 06/19/2015, 06/26/2015

Executed on  06/26/2015
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature

*A00000380 3457*

Page 1 of 1 of Document Number 20156408301

10/18/2019

Business Search - Business Entities - Business Programs | California Secretary of State

**Alex Padilla**
**California Secretary of State**



# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Thursday, October 17, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201411910174    CBC CONGLOMERATE LLC

| | |
|---|---|
| **Registration Date:** | 04/25/2014 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | FTB SUSPENDED |
| **Agent for Service of Process:** | WILLIAM R. MITCHELL |
| | 101 PACIFICA, SUITE 155 |
| | IRVINE CA 92618 |
| **Entity Address:** | 1261 E. DYER ROAD, SUITE 100 |
| | SANTA ANA CA 92705 |
| **Entity Mailing Address:** | 1261 E. DYER ROAD, SUITE 100 |
| | SANTA ANA CA 92705 |
| **LLC Management** | Member Managed |

| Document Type | ⬍ | File Date | ⬍ | PDF |
|---|---|---|---|---|
| SI-COMPLETE | | 08/27/2018 | | |
| SI-COMPLETE | | 05/16/2014 | | |
| REGISTRATION | | 04/25/2014 | | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability.**
- If the image is not available online, for information on ordering a copy refer to **Information Requests.**

https://businesssearch.sos.ca.gov/CBS/Detail

1/2



10/18/2019                Business Search - Business Entities - Business Programs | California Secretary of State

- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests.**
- For help with searching an entity name, refer to **Search Tips.**
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions.**

**Modify Search**     **New Search**     **Back to Search Results**

# Attachment E

| **ARTS-GS** | **Articles of Incorporation of a**<br>**General Stock Corporation** | 3730957 |
|---|---|---|

To form a **general** stock corporation in California, you can fill out this form or prepare your own document, and submit for filing along with:

– A **$100** filing fee.

– A separate, non-refundable **$15** service fee also must be included, if you drop off the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form,* you should consult with a private attorney for advice about your specific business needs.

**FILED**
**Secretary of State**
**State of California**
**DEC 0 2 2014**
lcc 

This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm.

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is  Diamond Choice  Inc.

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or an active 1505 corporation in California that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. **Do not** list an address if the agent is a 1505 corporation.)

③ a.  Ruddy Palacios

   *Agent's Name*

   b.  1835 Newport Blvd.  Suite # A109 | Costa Mesa | CA 92627

   *Agent's Street Address (if agent is not a corporation)* | *City (no abbreviations)* | *State  Zip*

**Corporate Addresses**

④ a.  1835 Newport Blvd.  Suite # A109 | Costa Mesa | CA 92627

   *Initial Street Address of Corporation* | *City (no abbreviations)* | *State  Zip*

   b.

   *Initial Mailing Address of Corporation, if different from 4a* | *City (no abbreviations)* | *State  Zip*

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Corporations. For more information, go to www.corp.ca.gov or call the California Department of Corporations at (213) 576-7500.)

⑤ This corporation is authorized to issue only one class of shares of stock.

   The total number of shares which this corporation is authorized to issue is _____  1,500  .

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ _____  Carri Brown

   *Incorporator - Sign here*  |  *Print your name here*

| Make check/money order payable to: **Secretary of State** | **By Mail** | **Drop-Off** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State<br>Business Entities, P.O. Box 944260<br>Sacramento, CA 94244-2600 | Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (REV 01/2013)

2013 California Secretary of State
www.sos.ca.gov/business/be



## State of California
### Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

**G943523**

# FILED

In the office of the Secretary of State
of the State of California

**SEP-19 2019**

| 1. CORPORATE NAME | |
|---|---|
| DIAMOND CHOICE INC. | |

| 2. CALIFORNIA CORPORATE NUMBER | |
|---|---|
| C3730957 | This Space for Filing Use Only |

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE 1261 E DYER RD STE 250, SANTA ANA, CA 92705 | | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ RUDDY PALACIOS | 1261 E DYER RD STE 250, SANTA ANA, CA 92705 | | | |
| 8. SECRETARY JENIFER RHOMBERG | 1261 E DYER RD STE 250, SANTA ANA, CA 92705 | | | |
| 9. CHIEF FINANCIAL OFFICER/ RUDDY PALACIOS | 1261 E DYER RD STE 250, SANTA ANA, CA 92705 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME RUDDY PALACIOS | 1261 E DYER RD STE 250, SANTA ANA, CA 92705 | | | |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14. NAME OF AGENT FOR SERVICE OF PROCESS | | | | |
|---|---|---|---|---|
| JENIFER RHOMBERG | | | | |

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1261 E DYER RD STE 250, SANTA ANA, CA 92705 | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
DIAMOND CHOICE INC

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 09/19/2019 | RUDDY PALACIOS | OWNER | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

| **State of California** |  | **S** |
| --- | --- | --- |

**Secretary of State**

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**FJ81022**

**FILED**

In the office of the Secretary of State
of the State of California

**FEB-11 2017**

**1. CORPORATE NAME**
DIAMOND CHOICE INC.

**2. CALIFORNIA CORPORATE NUMBER**
C3730957

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 5000 BIRCH ST STE 3000, NEWPORT BEACH, CA 92660 | | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 7. CHIEF EXECUTIVE OFFICER/ RUDDY PALACIOS | 5000 BIRCH ST STE 3000, NEWPORT BEACH, CA 92660 | | | |
| 8. SECRETARY JENIFER RHOMBERG | 5000 BIRCH ST STE 3000, NEWPORT BEACH, CA 92660 | | | |
| 9. CHIEF FINANCIAL OFFICER/ RUDDY PALACIOS | 5000 BIRCH ST STE 3000, NEWPORT BEACH, CA 92660 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 10. NAME RUDDY PALACIOS | 5000 BIRCH ST STE 3000, NEWPORT BEACH, CA 92660 | | | |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 14. NAME OF AGENT FOR SERVICE OF PROCESS JENIFER RHOMBERG | | | |
| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL 3030 JUNIPER DR, CORONA, CA 92882 | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
BUSINESS MANAGEMENT

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/11/2017 | JENIFER RHOMBERG | VP | |
| --- | --- | --- | --- |
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
| --- | --- | --- |

**Page 779**
**PX23 France Decl.**
**Attach. E**

MAIL FILED DOCUMENTS TO:

**NAME**   **RUDDY PALACIOS**

**ADDRESS**   **2312 PARK AVE, STE 215**

**CITY/ST/ZIP**   **TUSTIN, CA 92782**

Filed in Orange County
Hugh Nguyen, Clerk-Recorder

23.00

* * R 0 0 1 0 3 9 2 0 3 0 $ *
20186523287 10:57 am 10/04/18
214 12 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

THESE FEES APPLY AT THE TIME OF FILING
(Provide a self-addressed, stamped envelope, if
noted)

Long fee $33.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after two

**HUGH NGUYEN**
**ORANGE COUNTY CLERK -**
12 Civic Center Plaza, Room 106
POST OFFICE BOX 238
Santa Ana, CA 92701-

THIS STATEMENT WAS FILED
WITH THE COUNTY CLERK-RECORDER
ON THE DATE INDICATED BY
FILE STAMP ABOVE

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| 1. | FICTITIOUS BUSINESS NAME(S) | | | | |
|---|---|---|---|---|---|
| | INTEREST RATE SOLUTIONS | BUSINESS PHONE NO. (Optional) | | | |

| 1A. | ☒ New Statement | ☐ Refile | ☐ Change |
|---|---|---|---|

| 2. | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|---|---|
| | 1261 E DYER RD #250 | SANTA ANA | CA | 92705 | Orange |

| 3. | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization CA |
|---|---|---|---|---|
| | DIAMOND CHOICE INC. | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE | ZIP CODE |
| | 2312 PARK AVE, STE 215 | TUSTIN | | CA | 92705 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE | ZIP CODE |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE | ZIP CODE |

| 4. | HAVE YOU STARTED DOING BUSINESS YET? | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. |
|---|---|---|
| | ☒ Yes    Intent Date. 12/04/2015 | |
| | ☐ No | THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |

| 5. | THIS BUSINESS IS CONDUCTED BY: (Check One Only) | ☐ A Trust | ☐ A State Or Local Registered Domestic Partnership | ☐ An Individual |
|---|---|---|---|---|
| | ☒ A Corporation    ☐ A General Partnership    ☐ A Limited Partnership    ☐ An Unincorporated Association | | | |
| | ☐ A Limited Liability Partnership    ☐ Copartners    ☐ A Married Couple    ☐ A Joint Venture    ☐ A Limited Liability Company | | | |

**I declare that all information in this statement is true and correct.**

(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S) NAME    DIAMOND CHOICE INC.      RUDDY PALACIOS  CHIEF EXECUTIVE OFFICER
(Type or Print Name)      Print Name and Title of Officer/Manager or General Partner

REGISTRANT(S) SIGNATURE

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

FICTITIOUS BUSINESS NAME STATEMENT

Page 1 of 1 Confirmation Number 20186523287

# Attachment F

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder
**20156404241**     **23.00**
04/14/2015 09:37:00
7 SC4 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00



**HUGH NGUYEN**
**CLERK-RECORDER**
**12 CIVIC CENTER PLAZA, ROOM 106**
**POST OFFICE BOX 238**
**SANTA ANA, CA 92702-0238**

### FICTITIOUS BUSINESS NAME STATEMENT
**THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:**

| 1. | Fictitious Business Name(s)   PREMIER SOLUTIONS SERVICING | (optional) Business Phone No.  1-888-511-2518 |
|----|----|----|

| 1A | [x] New Statement | [ ] Refile - list previous No. | [ ] Change |
|----|----|----|----|

| 2. | Street Address, City & State of Principal place of Business (Do not use P.O. box or P.M.B.)   City   State   Zip Code   County |
|----|----|
|  | 17885 SKY PARK CIRCLE, SUITE F  IRVINE, CA  92614  ORANGE |

| 3. | Full name of Registered Owner (if Corporation, enter corporation name)  J&L ENTERPRISE LLC. | If Corporation / LLC State of Incorporation or organization—DELAWA |
|----|----|----|
|  | Res. / Corp. Address (Do NOT use a P.O. Box or P.M.B)   City   State   Zip Code | |
|  | 17885 SKY PARK CIRCLE, SUITE F   IRVINE   CA   92614 | |

| 4. | (CHECK ONE ONLY) This business is conducted by:  [ ] a trust  [ ] a state or local registered domestic partnership  [ ] an individual  [ ] a general partnership  [ ] a limited partnership  [ ] an unincorporated association other than a partnership  [ ] a corporation  [ ] a Limited Liability Partnership  [ ] co-partners  [ ] a married couple  [ ] a joint venture  [x] Limited Liability Co. |
|----|----|

| 5. | Have you started doing business yet?  [ ] Yes Insert Date  [x] No | Notice: This Fictitious Business Name Statement expires five years from the date it was filed in the Office of the County Clerk-Recorder. The statement expires 40 days after any change in the facts is made other than a change in the residence address of the registered owner. A new Fictitious Business Name Statement must be filed before either expiration. When ceasing to transact business under an active Fictitious Business Name Statement, Abandonment shall be filed. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state or common law (see section 14411 et seq., Business and Professions Code). |
|----|----|----|

| 6. | If the registered owner is NOT a corporation, sign below (See instructions on the reverse side of this form)  Signature: _____  (Type or Print Name)  I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).) | If the registered owner is: a corporation, an officer of the corporation signs below. any type of partnership, the general partner signs below. a limited liability company, a manager or an officer signs below.  **J&L ENTERPRISE LLC**  Limited Liability Company/Association/Partnership Name  Signature and Title of Officer/Manager or General Partner  I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)  **OLIVER POMAZI          MANAGER**  Print Name of Officer/Manager or General Partner |
|----|----|----|

These fees apply at time of filing (Please provide a self-addressed, stamped, return envelope if mailed):
Filing fee $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after first two

Page 1 of 1 of Document Number 20156404241

# Attachment G

**301221210880**

| | | File # _____ |
|---|---|---|

LLC-1



### State of California
### Secretary of State

**FILED**
In the Office of the Secretary of State
of the State of California

**JUL 2 3 2012**

## LIMITED LIABILITY COMPANY
## ARTICLES OF ORGANIZATION

A $70.00 filing fee must accompany this form.

**IMPORTANT – Read instructions before completing this form.**

This Space For Filing Use Only

**ENTITY NAME** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd" and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

La Casa Bonita Investments LLC

**PURPOSE** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Carey George Howe

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA    CITY       STATE    ZIP CODE

1204 Olive Avenue                                                    Huntington Beach  CA      92648

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

[ ] ONE MANAGER

[ ] MORE THAN ONE MANAGER

[✓] ALL LIMITED LIABILITY COMPANY MEMBER(S)

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

7/19/2012
DATE                              SIGNATURE OF ORGANIZER

Karla Figueroa
TYPE OR PRINT NAME OF ORGANIZER

LLC-1 (REV 04/2007)                                        APPROVED BY SECRETARY OF STATE

3931758
2012212 10280

## ARTICLES OF INCORPORATION

### WITH STATEMENT OF CONVERSION

**OF**

### LA CASA BONITA INVESTMENTS, INC.

FILED ɔᴜᴇ
**Secretary** of State
**State of California**
AUG 0 1 2016 ᑫᴺᴅ

**I**

The name of the Corporation is: La Casa Bonita Investments, Inc.

**II**

The purpose of the Corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business, or the practice of a profession permitted to be incorporated by the California Corporations Code.

**III**

The name of the converting California limited liability company is La Casa Bonita Investments, LLC. The limited liability company's California Secretary of State File number is 201221210280. The principal terms of the plan of conversion were approved by a vote of the members, which equaled or exceeded the vote required under California Corporations Code Section 17710.03. There is one class of members entitled to vote and the percentage vote required is a majority interest of the members. The limited liability company is converting into a California stock corporation.

**IV**

The name and address of the Corporation's initial agent for service of process in the State of California, in accordance with subdivision (b) of Section 1502 of the General Corporation Law, is:

William R. Mitchell
9160 Irvine Center Drive, Suite 200
Irvine, California 92618

1

3931758
2 012 212 10280

## IV

The initial street address and mailing address of the Corporation is:

5772 Bolsa Ave.
Suite 220
Huntington Beach, California 92649

## V

The Corporation is authorized to issue only one class of stock designated as Common Stock, with no par value. The total number of shares of Common Stock that may be issued is Five Million (5,000,000) shares.

## VI

**Section 1.**    The liability of the directors of the Corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

**Section 2.**    The Corporation is authorized to provide indemnification of agents (as defined in Section 317 of the California Corporations Code) through bylaw provisions, agreements with the agents, vote of shareholders or disinterested directors, or otherwise, in excess of the indemnification otherwise permitted by Section 317 of the California Corporations Code, subject only to the limits set forth in Section 204 of the California Corporations Code with respect to actions for breach of duty to the Corporation or its shareholders. The Corporation is further authorized to provide insurance for agents as set forth in Section 317 of the California Corporations Code, provided that, in cases where the Corporation owns all or a portion of the shares of the company issuing the insurance policy, the company and/or the policy must meet one of the two sets of conditions set forth in Section 317, as amended.

**Section 3.**    Any repeal or modification of the foregoing provisions of this Article VI by the shareholders of this Corporation shall not adversely affect any right or protection of an agent of this Corporation existing at the time of such repeal or modification.

We declare that we are the persons who executed this instrument, which execution is our act and deed on August 3, 2016.

BRUCE P. HOOD, Member of
LA CASA BONITA INVESTMENTS, LLC
and Incorporator

CAREY G. HOOD, Member of
LA CASA BONITA INVESTMENTS, LLC
and Incorporator

2