# Attachment H

# State of California
## Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FN14198**

# FILED

In the office of the Secretary of State
of the State of California

**JUN-05 2017**

This Space for Filing Use Only

| | |
|---|---|
| 1. CORPORATE NAME | |
| LA CASA BONITA INVESTMENTS, INC. | |

| | |
|---|---|
| 2. CALIFORNIA CORPORATE NUMBER | |
| C3931758 | |

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5772 BOLSA AVENUE SUITE 220, HUNTINGTON BEACH, CA 92649 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 5772 BOLSA AVENUE SUITE 220, HUNTINGTON BEACH, CA 92649 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| CAREY GEORGE HOWE   8282 VALENCIA DRIVE, HUNTINGTON BEACH, CA 92647 | | | | |
| 8. SECRETARY | | | | |
| JASON TA   1521 PALM AVE, TEMPLE CITY, CA 92641 | | | | |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |
| SHUNMIN HSU   1521 PALM AVE, TEMPLE CITY, CA 92641 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | | | | |
| CAREY GEORGE HOWE   8282 VALENCIA DRIVE, HUNTINGTON BEACH, CA 92647 | | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 14. NAME OF AGENT FOR SERVICE OF PROCESS [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.] | | | |
| CAREY GEORGE HOWE | | | |
| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | | | |
| 8282 VALENCIA DRIVE, HUNTINGTON BEACH, CA 92647 | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
DOCUMENT PREPERATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 06/05/2017 | CAREY GEORGE HOWE | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

# State of California
## Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FY26560**

# FILED

In the office of the Secretary of State
of the State of California

**JUL-26 2018**

1. **CORPORATE NAME**

LA CASA BONITA INVESTMENTS, INC.

2. **CALIFORNIA CORPORATE NUMBER**

C3931758

*This Space for Filing Use Only*

3. **No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

**If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. SECRETARY | | | | |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS  [Note: The person designated as  he corporation's agent MUST have agreed to act in that  capacity prior to the designation.]

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 07/26/2018 | WILLIAM R. MITCHELL | ATTORNEY/AGENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|

**Page 786**
**PX23 France Decl.**
**Attach. H**

# State of California
## Secretary of State

**S**

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**G851413**

# FILED

In the office of the Secretary of State
of the State of California

**AUG-07 2019**

This Space for Filing Use Only

1. **CORPORATE NAME**

LA CASA BONITA INVESTMENTS, INC.

2. **CALIFORNIA CORPORATE NUMBER**

C3931758

3. **No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. SECRETARY | | | | |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.]

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 08/07/2019 | WILLIAM R. MITCHELL | ATTORNEY/AGENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|

Page 787
PX23 France Decl.
Attach. H

# Attachment I

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| US FINANCIAL FREEDOM CENTER INC. | | 2014 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 5467737 | 2014/01/17 | |

**PRINCIPAL PLACE OF BUSINESS**

7901 Stoneridge Dr Ste 504

PHONE NUMBER: 925/924-1000

Pleasanton CA 94588 United States

**REGISTERED AGENT**

BUSINESS FILINGS INCORPORATED

AGENT NUMBER: 9325335

108 WEST 13TH ST

WILMINGTON                    DE 19801

**AUTHORIZED STOCK**

| BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 2014/01/17 | | COMMON | 2,000 | .010000 |

**OFFICER**

| NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| Jay Singh | | |
| 7901 Stoneridge Dr Ste 504 | | President |
| Pleasanton CA 94588 United States | | |

**DIRECTORS**

| NAME | STREET/CITY/STATE/ZIP |
|---|---|
| Jay Singh | |
| 7901 Stoneridge Dr Ste 504 | |
| Pleasanton CA 94588 United States | |

=====================================================

Total number of directors:1

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

**AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)**        DATE        TITLE

Jay Singh

7901 Stoneridge Dr Ste 504                                        President

2015-01-22

Pleasanton CA 94588 United States

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | | | | | | TAX YR. |
|---|---|---|---|---|---|---|
| US FINANCIAL FREEDOM CENTER INC. | | | | | | 2015 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE | | | | |
|---|---|---|---|---|---|---|
| 5467737 | 2014/01/17 | | | | | |

**PRINCIPAL PLACE OF BUSINESS**
7901 STONERIDGE DR
STE 504
PLEASANTON 94588

**PHONE NUMBER**
(925) 924-1000

**REGISTERED AGENT**
BUSINESS FILINGS INCORPORATED
108 WEST 13TH ST
WILMINGTON DE  19801

**AGENT NUMBER**
9325335

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2014/01/17 | | | 2,000 | $0.01 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| JAY SINGH | | 7901 STONERIDGE DR STE 504 PLEASANTON 94588 | PRESIDENT |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | |
|---|---|---|---|
| JAY SINGH | | 7901 STONERIDGE DR STE 504 PLEASANTON 94588 | |

NOTICE: Pursuant to 8 Del. C. 502(6), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| JAY SINGH 7901 STONERIDGE DR STE 504 PLEASANTON, NULLVALUE 94588 US | 2016/02/29 | DIRECTOR |

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | | | | | | TAX YR. |
|---|---|---|---|---|---|---|
| US FINANCIAL FREEDOM CENTER INC. | | | | | | 2016 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE | | | |
|---|---|---|---|---|---|
| 5467737 | 2014/01/17 | | | | |

**PRINCIPAL PLACE OF BUSINESS**
7901 STONERIDGE DR
STE 504
PLEASANTON 94588

**PHONE NUMBER**
(925) 924-1000

**REGISTERED AGENT**
BUSINESS FILINGS INCORPORATED
108 WEST 13TH ST
WILMINGTON DE  19801

**AGENT NUMBER**
9325335

| AUTHORIZED STOCK | | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | | | |
| 2014/01/17 | | | 2,000 | $0.01 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| JAY SINGH | | 7901 STONERIDGE DR STE 504 PLEASANTON 94588 | PRESIDENT |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| JAY SINGH | | 7901 STONERIDGE DR STE 504 PLEASANTON 94588 | |

NOTICE: *Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| JAY SINGH | 2017/02/24 | DIRECTOR |
| 7901 STONERIDGE DR STE 504 PLEASANTON, NULLVALUE 94588 US | | |

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| US FINANCIAL FREEDOM CENTER INC. | | 2016 |

| FILE NUMBER | |
|---|---|
| 5467737 | |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|

# State of Delaware

## Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| US FINANCIAL FREEDOM CENTER INC. | | 2017 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE | |
|---|---|---|---|
| 5467737 | 2014/01/17 | | |

**PRINCIPAL PLACE OF BUSINESS**
500 YGNACIO VALLEY ROAD, SUITE 430
WALNUT CREEK, CA 94596

**PHONE NUMBER**
(925)924-1000

**REGISTERED AGENT**
BUSINESS FILINGS INCORPORATED
108 WEST 13TH ST
WILMINGTON DE  19801

**AGENT NUMBER**
9325335

| AUTHORIZED STOCK | | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | | | |
| 2014/01/17 | | COMMON | 2,000 | .0100000000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| JAY   SINGH | | 500 YGNACIO VALLEY ROAD, SUITE 430 WALNUT CREEK, CA 94596 | PRESIDENT |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| JAY   SINGH | | 500 YGNACIO VALLEY ROAD, SUITE 430 WALNUT CREEK, CA 94596 |

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| JAY   SINGH | 2018/03/01 | PRESIDENT |
| 500 YGNACIO VALLEY ROAD, SUITE 430 WALNUT CREEK, CA 94596 US | | |

# *State of Delaware*

# *Annual Franchise Tax Report*

| | |
|---|---|
| CORPORATION NAME<br>US FINANCIAL FREEDOM CENTER INC. | TAX YR.<br>2018 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE | |
|---|---|---|---|
| 5467737 | 2014/01/17 | | |

PRINCIPAL PLACE OF BUSINESS
500 YGNACIO VALLEY ROAD #430
WALNUT CREEK, CA 94596

PHONE NUMBER
(925)924-1000

REGISTERED AGENT
BUSINESS FILINGS INCORPORATED
108 WEST 13TH ST
WILMINGTON DE  19801

AGENT NUMBER
9325335

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2014/01/17 | | COMMON | 2,000 | .0100000000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| JAY  SINGH | | 500 YGNACIO VALLEY RD #430<br>WALNUT CREEK, CA 94596 | CEO |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | |
|---|---|---|---|
| JAY  SINGH | | 500 YGNACIO VALLEY RD # 430<br>WALNUT CREEK, CA 94596 | |

*NOTICE:  Pursuant to 8 Del. C.  502(b),  If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)
JAY  SINGH
500 YGNACIO VALLEY RD # 430
WALNUT CREEK, CA 94596 US

DATE            TITLE
2019/02/26    CEO

# Attachment J

| **LLC-1** | **Articles of Organization**<br>**of a Limited Liability Company (LLC)** | **201416010231** |
|---|---|---|

To form a limited liability company in California, you can fill out this form, and submit for filing along with:

- A **$70** filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form.

**Important!** LLCs in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

LLCs may not provide "professional services," as defined by California Corporations Code sections 13401(a) and 13401.3.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

**FILED**
**Secretary of State**
**State of California**

**JUN 0 6 2014**

This Space For Office Use Only

---

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**LLC Name** (List the proposed LLC name exactly as it is to appear on the records of the California Secretary of State.)

① MJ Wealth Solutions, LLC

*Proposed LLC Name*

The name **must** include: LLC, L.L.C., Limited Liability Company, Limited Liability Co., Ltd. Liability Co. or Ltd. Liability Company; and may not include: bank, trust, trustee, incorporated, inc., corporation, or corp., insurer, or insurance company. For general entity name requirements and restrictions, go to www.sos.ca.gov/business/be/name-availability.htm.

**Purpose**

② The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**LLC Addresses**

③ a. 9619 Woodruff Ave.                                                    Temple City                            CA 91780

*Initial Street Address of Designated Office in CA - Do not list a P.O. Box*      *City (no abbreviations)*      *State    Zip*

b. _____

*Initial Mailing Address of LLC, if different from 3a*      *City (no abbreviations)*      *State    Zip*

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your LLC is sued. You may list any adult who lives in California. You may not list an LLC as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

④ a. Jason Ta

*Agent's Name*

b. 9619 Woodruff Ave, Temple City                                                          CA 91780

*Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*      *City (no abbreviations)*      *State    Zip*

**Management** (Check only one.)

⑤ The LLC will be managed by:

☐ One Manager      ☐ More Than One Manager      ☑ All Limited Liability Company Member(s)

This form must be signed by each organizer. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of organization.

▶ _____

*Organizer - Sign here*

By: Cheyenne Moseley, Assistant Secretary, LegalZoom.com, Inc.

*Print your name here*

| Make check/money order payable to: **Secretary of State**<br>Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | **By Mail**<br>Secretary of State<br>Business Entities, P.O. Box 944228<br>Sacramento, CA 94244-2280 | **Drop-Off**<br>Secretary of State<br>1500 11th Street., 3rd Floor<br>Sacramento, CA 95814 |
|---|---|---|

Corporations Code §§ 17701.04, 17701.06, 17701.13, 17702.01, Revenue and Taxation Code § 17941
LLC-1 (REV 01/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

Page 794
PX23 France Decl.
Attach. J

17-495713

| | | |
|---|---|---|
| **Secretary of State** **27** **LLC-12** **Statement of Information** (Limited Liability Company) | | **FILED** **Secretary of State** **State of California** |

**IMPORTANT** — Read instructions before completing this form.

SEP 2 1 2017

**Filing Fee – $20.00**

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

26|20|cc
**This Space For Office Use Only**

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

MJ Wealth Solutions LLC

| **2. 12-Digit Secretary of State File Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 201416010231 | |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | | State | Zip Code |
|---|---|---|---|---|
| 5917 Oak Avenue #314 | Temple City | | CA | 91780 |
| b. Mailing Address of LLC, if different than Item 4a | City (no abbreviations) | | State | Zip Code |
| | | | | |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | | State | Zip Code |
| | | | CA | |

**5. Manager(s) or Member(s)**  If no managers have been appointed or elected, provide the name and address of each member. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Jason | | Ta | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | | State | Zip Code |
|---|---|---|---|---|
| 5917 Oak Avenue #314 | Temple City | | CA | 91780 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Shunmin | | Hsu | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | | State | Zip Code |
|---|---|---|---|---|
| 5917 Oak Avenue #314 | Temple City | | CA | 91780 |

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Business Marketing Management |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Shunmin | | Hsu | |
| b. Address | City (no abbreviations) | | State | Zip Code |
| 5917 Oak Avenue #314 | Temple City | | CA | 91780 |

**9. The information contained herein, including any attachments, is true and correct.**

| 09/13/17 | Shunmin Hsu | CEO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed.  SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:      Shunmin Hsu

Company:   MJ Wealth Solutions LLC

Address:   5917 Oak Avenue #314

City/State/Zip:   Temple City, CA 91780

LLC-12 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be



Hours ▾

## A SNS Postal Center

5917 Oak Ave · (626) 285-7141

Open · Closes 5PM

## B United States Postal Service

5940 Oak Ave · (800) 275-8777

Open · Closes 5PM



# Attachment K

CONFIDENTIALITY REQUESTED

### CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
#### Pursuant to 28 U.S.C. § 1746

1.    I, _____Jose Lopez_____, have personal knowledge of the facts set forth below
      and am competent to testify as follows:

2.    I have authority to certify the authenticity of the records produced by Applied Merchant
      Systems West Coast, LLC (the "Company") and attached hereto.

3.    The documents produced and attached hereto by the Company are originals or true copies
      of records of regularly conducted activity that:

      a)    Were made at or near the time of the occurrence of the matters set forth by, or
            from information transmitted by, a person with knowledge of those matters;

      b)    Were kept in the course of the regularly conducted activity of the Company; and

      c)    Were made by the regularly conducted activity as a regular practice of the
            Company.

I certify under penalty of perjury that the foregoing is true and correct.

Date: ___4/26/19___                          _____
                                             Signature

# Attachment L

APR 17 2014 / REZ9

4.00M

**Applied Merchant Systems West Coast, Inc.**
300 Esplanade Drive, Suite 1250
Oxnard, CA 93036

**Merchant Application**
800-400-0206 Toll-Free  800-549-1809 Fax

APPLIED MERCHANT

| Agent Office 297 | Sales Representative | Sales Representative Number GravPay | Phone |
|---|---|---|---|

## 01. Business Name

CP1312 1 of 4

| Legal Business Name | Doing Business As (DBA) Name |
|---|---|
| La Casa Bonita Investments LLC | Education Loan Network |

| Billing Address | Street Address (No P.O. Boxes) |
|---|---|
| 5862 Bolsa Avenue Suite 102 | 5862 Bolsa Avenue Suite 102 |

| Billing City | Billing State | Billing Zip | City | State | Zip |
|---|---|---|---|---|---|
| Huntington Beach | CA | 92649 | Huntington Beach | CA | 92648 |

| Business Phone | Fax Number | Website Address |
|---|---|---|
| (855) 730-2071 | (714) 242-6951 | www.eduloannetwork.com |

| Mobile Phone | Customer Service Phone | E-mail Address |
|---|---|---|
| (714) 585-2231 | (855) 730-2071 | carey@eduloannetwork.com |

| Number of Locations | Years in Business | Contact Person (if different than the owner) | |
|---|---|---|---|
| 1 | 1 | Carey Howe | 7145852231 |

## 02. Merchant Profile

## 03. Visa®, MasterCard® & Discover® Information

☐ Sole Proprietor ☐ Partnership ☐ Corporation ☑ LLC ☐ Non-Profit
☐ Government Agency ☐ Association/Estate/Trust ☐ Political Committee

| Goods or Services Sold | MCC | State Incorporated |
|---|---|---|
| Document Preparation | | CA |

| Do you currently accept Visa, MasterCard or Discover? ☐ Yes ☑ No | If Yes, Processor |
|---|---|

| Has merchant or any principal filed for or been subject to bankruptcy? ☐ Yes ☑ No | If Yes, Date |
|---|---|

| Merchant Type | Card Swiped | 0 % |
|---|---|---|
| ☐ Retail | | |
| ☐ Restaurant | Manual Key w/Imprint Card Present w/Signature | 0 % |
| ☐ Lodging | | |
| ☑ Service | Mail & Telephone Order | 100 % |
| ☐ Mail & Phone Order | | |
| ☐ eCommerce | Internet & eCommerce | 0 % |

## 04. Average Ticket & Monthly Volume

| Average Ticket Sales | Monthly Volume |
|---|---|
| $300 - $599 | $85,000 |

Each person certifies that the average ticket size and monthly volume indicated is accurate and agrees that any transaction or monthly volume that exceeds either of the amounts could result in delayed and/or withheld settlement of funds.

## 05. Additional Information

| Refund Policy ☐ All sales final ☑ 30 days ☐ Exchange only | % of Deposit Required |
|---|---|

| Do you use any third party to store, transmit or process cardholder data? ☐ Yes ☑ No | If Yes, Name | Premises ☐ Retail Store ☑ Office Building ☐ Shopping Center ☐ Residence ☐ Commercial | | If Other |
|---|---|---|---|---|
| Do you use software for storing, transmitting or processing transactions? ☑ Yes ☐ No | If Yes, Name DebitPayPro | Previous Processor None | Reason for Leaving NA | Termination Date NA |
| Do you use any third party fulfillment? ☐ Yes ☑ No | If Yes, Name | Percent of Orders Delivered In 100 | 7 Days | 14 Days | 30 Days | 30 + |

## 06. Owner 1    Ownership % 50

## 07. Owner 2    Ownership % 50

| Name | Title | Name | Title |
|---|---|---|---|
| Bruce Hood | President | Carey Howe | CEO |

| Home Address (No P.O. Boxes) | | Home Address (No P.O. Boxes) | | |
|---|---|---|---|---|

| City | State | City | State | p |
|---|---|---|---|---|
| Huntington Beach | CA | Huntington Beach | CA | |

| Home Phone Number | Social Security Number | Home Phone Number | Social Security Number |
|---|---|---|---|
| (714) | | (714) | |

| Drivers License Number | D.L. State CA | Date of Birth 6 1 2 | Years at Residence | Drivers License Number | D.L. State CA | of Birth 1963 | Years at Residence 14 |
|---|---|---|---|---|---|---|---|

Applied Merchant Systems West Coast, Inc. is a registered ISO and MSP of Wells Fargo Bank, N.A.

## 08. Service Fee Schedule
CP1312 2 of 4

Accept ALL Visa®, MasterCard® & Discover® Transactions (Presumed, unless any selections below are checked)    Discount Fees based on gross volume

| Visa Acceptance | MasterCard Acceptance | Discover Acceptance |
|---|---|---|
| ☑ Accept Visa Credit transaction only | ☑ Accept MasterCard Credit transaction only | ☐ Accept Discover Credit transaction only |
| ☑ Accept Visa Non-PIN Debit transaction only | ☑ Accept MasterCard Non-PIN Debit transaction only | ☐ Accept Discover Non-PIN Debit transaction only |

| ☐ Pass Through I/C: includes Dues & Assessments (See Program Guide) | Pass Through | % + | pass through item fee |
|---|---|---|---|

| Visa & MasterCard CREDIT Qualified Discount Rate | 4.95 % + | .15 per item | Visa & MasterCard DEBIT Qualified Discount Rate | % + | per item |
|---|---|---|---|---|---|
| CREDIT Mid-Qualified Rate | 1.5 % + | per item | DEBIT Mid-Qualified Rate | % + | per item |
| CREDIT Non-Qualified Rate | 1.8 % + | per item | DEBIT Non-Qualified Rate | % + | per item |
| Discover CREDIT Qualified Discount Rate | % + | per item | Discover DEBIT Qualified Discount Rate | % + | per item |
| CREDIT Mid-Qualified Rate | % + | per item | DEBIT Mid-Qualified Rate | % + | per item |
| CREDIT Non-Qualified Rate | % + | per item | DEBIT Non-Qualified Rate | % + | per item |

| | Qualified Discount | | ERR | | | Qualified Discount | | ERR | |
|---|---|---|---|---|---|---|---|---|---|
| Visa CREDIT | % + | per item | % + | per item | Visa DEBIT | % + | per item | % + | per item |
| MasterCard CREDIT | % + | per item | % + | per item | MasterCard DEBIT | % + | per item | % + | per item |
| Discover CREDIT | % + | per item | % + | per item | Discover DEBIT | % + | per item | % + | per item |

| Setup Fee | $ | 95.00 | | Term Agreement | | 3 | year(s) |
|---|---|---|---|---|---|---|---|
| Monthly Statement Fee | $ | 25.00 | | Early Termination Fee | $ | 295.00 | |
| Monthly Minimum | $ | 25.00 | | Annual Fee | $ | 95.00 | |
| Authorization Fee | $ | .20 | per item | Return/NSF Fee | $ | 20.00 | per item |
| Authorization Surcharge Fee | $ | | per item | Pin-Based Debit Transactions | | | |
| Other Item Fee | $ | | per item | ☐ Pass Through Network & Switch Fees | | | |
| Non-Bankcard Authorization Fee | $ | .25 | per item | PIN Debit Transaction Fee | $ | | per item |
| Voice AVS/Authorization Fee | $ | .75 | per item | Visa Settlement Network Access & Usage Fee | $ | | per item |
| Voice Response (IVR/VRU) Fee | $ | | per item | MasterCard Settlement Network Access & Usage Fee | $ | | per item |
| Batch Header Fee | $ | .05 | per item | Discover Settlement Network Access & Usage Fee | $ | | per item |
| AVS Surcharge | $ | .10 | per item | Additional Fee(s) (if Applied For) | | | |
| Chargeback Fee | $ | 30.00 | per item | E-Merchant View Monthly Fee | $ | 10.00 | |
| Retrieval Fee | $ | 10.00 | per item | Internet Gateway Monthly Fee | $ | 10.00 | |
| PCI Compliance Fee | $ | 9.95 | | Gateway Type | | | |
| Checking Account Change Fee | $ | 25.00 | | ☐ PaymentSphere ☐ Other | | If Other, Gateway Name: | |
| EBT Transfer Fee | $ | | | Internet Gateway Transaction Fee | $ | .10 | per item |
| EBT Authorization Fee | $ | | | ACH Discount Rate | | | % |
| Balance Inquiry Fee | $ | 0.25 | | ACH Transaction Fee | $ | | per item |
| MICROS Transaction Fee | $ | 0.15 | per item | Wireless Monthly Access Fee | $ | 15.00 | |
| Pass ACQ ISA Fee? | ☑ Yes ☐ No | | | Wireless Transaction Fee | $ | .10 | per item |
| Pass Visa Acquirer Processing Fee | ☑ Yes ☐ No | | | Monthly Shopping Cart Fee | $ | 10.00 | |
| Pass MasterCard Acquirer Processing Fee | ☑ Yes ☐ No | | | Shopping Cart | | If Other, Shopping Cart Name: | |
| Pass Discover Int'l Acquirer Processing Fee | ☑ Yes ☐ No | | | ☐ GhostCart ☐ Other | | | |
| Pass Visa Misuse of Authorization Fee | ☑ Yes ☐ No | | | | | | |
| Pass MasterCard Cross Border Fee | ☑ Yes ☐ No | | | | | | |
| Pass Discover Int'l Service Fee | ☑ Yes ☐ No | | | | | | |
| Pass Visa Zero Floor Limit Fee | ☑ Yes ☐ No | | | | | | |
| Pass Visa International Acquirer Fee | ☑ Yes ☐ No | | | | | | |
| Pass MC National Acquirer Brand Usage (NABU) Fee | ☑ Yes ☐ No | | | | | | |
| Pass Discover Data Usage Charge | ☑ Yes ☐ No | | | | | | |

Applied Merchant Systems West Coast, Inc. is a registered ISO and MSP of Wells Fargo Bank, N.A.

**09. American Express℠ Acceptance** (See Program Guide section on Corporate Form)

CP1312  3 of 4

☐ YES, I wish to apply for an American Express merchant account.

☑ NO, I do not wish to accept American Express at this time.

| Existing American Express Merchant Account | Rate: |

NOTE: American Express rates are subject to review directly by American Express. By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the American Express® Card Acceptance Agreement ("Agreement"), and that all information provided herein is true, complete and accurate. I authorize Applied Merchant Systems West Coast, Inc. ("Applied Merchant Systems West Coast, Inc.") and American Express Travel Related Services Company, Inc. ("AXP") and AXP's agents and affiliates to verify the information in this application and receive and exchange information about me personally including by requesting reports from consumer reporting agencies, and disclose such information to their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct Applied Merchant Systems West Coast, Inc. and AXP and AXP agents and affiliates to inform me directly, or through the entity above, of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports from consumer reporting agencies for marketing and administrative purposes. I understand that upon AXP's approval of the Application, the entity will be the Agreement and start to welcoming it, either to AXP's program for Applied Merchant Systems West Coast, Inc. to perform services for AXP or to AXP's standard Card acceptance program, which has different covering terms (e.g., different speeds of pay). I understand that if the entity does not qualify for the Applied Merchant Systems West Coast, Inc. servicing program, the entity may be enrolled in AXP's standard Card acceptance program, and the entity may terminate the Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Agreement. "Applied Merchant Systems West Coast" means, Inc. does not guaranty amount approval OR rates by American Express.

**10. Substitute Form W-9**

| Business Type: | | Federal Tax ID Number: As it appears on your income tax return | ☐ I certify that I am a foreign entity or nonresident alien. If checked, please attach IRS Form W-9 |
|---|---|---|---|
| ☐ Sole Proprietor  ☐ Partnership  ☐ Corporation  ☑ LLC  ☐ Non-Profit ☐ Government Agency  ☐ Association/Estate/Trust  ☐ Political Committee | | 466376286 | |

| Business Name: | Address | City | State | Zip |
|---|---|---|---|---|
| La Casa Bonita Investments LLC | 8282 Valencia Dr | Huntington Beach | CA | 92647 |

NOTE: Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations. (See section 35.3 of your Program Guide for further information)

**11. Bank Information**

| Name on Checking Account | Bank Name | Bank Address |
|---|---|---|
| La Casa Bonita Investments LLC | BofA | 19300 Goldenwest Street |

| ABA/Transit Number | Account Number | City | State | Zip |
|---|---|---|---|---|
| 121000358 |    0 | Huntington Beach | CA | 92648 |

**12. Sales Representative Information**

I hereby certify that I have inspected the business premises as described herein. I further represent and warrant that the information set forth in this Application is true, complete and not misleading in any way and that the entity/business are engaged in type, quantity and quality with this Application. I have confirmed the identity of the individual signing this document. The Merchant appears to be conducting business as represented and I am not in possession of any knowledge to the contrary.

| Sales Representative Signature | Sales Representative Name | Date |
|---|---|---|

**13. Acknowledgement & Agreement**

Client certifies that all information set forth in this completed Merchant Processing Application is true and correct and that Client has received a copy of the Program Guide (Version CP1312) and Continuation Page, which is part of this Merchant Processing Application, and by this reference incorporated herein.

Client authorizes Applied Merchant Systems West Coast, Inc. ("Applied Merchant Systems West Coast, Inc.") and Wells Fargo Bank, N.A. ("Bank") and their agents to investigate the references, statements and other data contained herein and to obtain additional information from credit bureaus and other lawful sources, including persons and companies named in this Merchant Processing Application. Client authorizes Applied Merchant Systems West Coast, Inc. and Bank and their agents (a) to procure information from any consumer reporting agency bearing his/her personal credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living, and (b) to contact all previous employers, personal references and educational institutions. It is our policy to obtain certain information in order to verify your identity while processing your account application.

Client agrees to all the terms of this Merchant Processing Application and Agreement. This Merchant Processing Application and Agreement shall not take effect until Client has been approved and this Agreement has been Accepted by Applied Merchant Systems West Coast, Inc. and Bank. Client further acknowledges and agrees that he/she will not use the merchant account and/or the services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time. Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.

| Signature No.1 | Title | Date |
|---|---|---|
| | President | |

| Signature No.2 | Title | Date |
|---|---|---|
| | CEO | 4.15.14 |

Applied Merchant Systems West Coast, Inc. is a registered ISO and MSP of Wells Fargo Bank, N.A.

**14. Personal Guaranty**                                                CP1312 4 of 4

Personal Guarantee: The undersigned guarantees to Applied Merchant Systems West Coast, Inc. and Bank the performance of this Agreement, if applicable, and any addendum thereto by Client, including payment of all sums due and owing and any costs associated with enforcement of the terms thereof. Applied Merchant Systems West Coast, Inc. and Bank shall not be required to first proceed against Client or enforce any other remedy before proceeding against the undersigned individual. This is a continuing guarantee and shall not be discharged or affected by the death of the undersigned and shall bind the heirs, administrators, representatives and assigns and be enforced by or for the benefit of any successor of Applied Merchant Systems West Coast, Inc. and Bank. The term of this guarantee shall be for the duration of the Merchant Processing Application and Agreement and any addendum thereto and shall guarantee all obligations which may arise or occur in connection with my activities during the term thereof through enforcement shall be sought subsequent to any termination.

| Signature No.1 | Printed Name | Date |
|---|---|---|
|  | Bruce Hood | 4.15.14 |
| Signature No.2 | Printed Name | Date |
|  | Carey Howe | 4.15.14 |
| Applied Merchant Systems West Coast, Inc.<br>300 Esplanade Drive, Suite 1250<br>Oxnard, CA 93036 | Wells Fargo Bank, N.A.<br>1200 Montego Way<br>Walnut Creek, CA 94598 | |
| Approved/Accepted By: | Date: | Approved/Accepted By: | Date |

## CONFIRMATION PAGE

AMSW1312

Please read the Program Guide in its entirety. It describes the terms under which we will provide merchant processing services to you.

From time to time you may have questions regarding the contents of your Agreement with Bank and/or Processor or the contents of your agreement with TeleCheck. The following information summarizes portions of your Agreement in order to assist you in answering some of the questions we are most commonly asked.

1. Your discount rates are assessed on transactions that qualify for certain reduced interchange rates imposed by MasterCard, Visa and Discover Network. Any transactions that fail to qualify for these reduced rates will be charged an additional fee (see Section 18 of the Program Guide).

2. We may debit your bank account from time to time for amounts owed to us under the Agreement.

3. There are many reasons why a Chargeback may occur. When they occur we will debit your settlement funds or settlement account. For a more detailed discussion regarding Chargebacks, see Section 12.

4. If you dispute any charge or funding, you must notify us within 60 days of the date of the statement where the charge or funding appears or should have appeared.

5. The Agreement limits our liability to you. For a detailed description of the limitation of liability see Section 20.

6. We have assumed certain risks by agreeing to provide you with Card processing. Accordingly, we may take certain actions to mitigate our risk, including termination of the Agreement, and/or hold monies otherwise payable to you (see Section 23, Term; Events of Default and Section 24, Reserve Account; Security Interest).

7. By executing this Agreement with us you are authorizing us and our Affiliate to obtain financial and credit information regarding your business and the signer and guarantors of the Agreement until all your obligations to us and our Affiliate are satisfied.

8. The Agreement contains a provision that in the event you terminate the Agreement early, you may be responsible for the payment of early termination fees as set forth in Section 35, Additional Fee Information.

9. If you lease equipment from Processor, it is important that you review Section 35 in Third Party Agreements. This lease is a non-cancelable lease for the full term indicated.

### 10. Card Organization Disclosure

**Visa and MasterCard Member Bank Information: Wells Fargo Bank, N.A.**

The Bank's mailing address is 1200 Montego Way, Walnut Creek, CA 94598, and its phone number is (925) 746-4143.

**Important Member Bank Responsibilities:**

a) The Bank is the only entity approved to extend acceptance of Visa and MasterCard products directly to a Merchant.

b) The Bank must be a principal (signer) to the Merchant Agreement.

c) The Bank is responsible for educating Merchants on pertinent Visa and MasterCard rules with which Merchants must comply; but this information may be provided to you by Processor.

d) The Bank is responsible for and must provide settlement funds to the Merchant.

e) The Bank is responsible for all funds held in reserve that are derived from settlement.

**Important Merchant Responsibilities:**

a) Ensure compliance with cardholder data security and storage requirements.

b) Maintain fraud and chargebacks below Card Organization thresholds.

c) Review and understand the terms of the Merchant Agreement.

d) Comply with Card Organization rules.

Print Client's Business Legal Name: _____

By its signature below, Client acknowledges that it received (either in person, by facsimile, or by electronic transmission) the complete Program Guide (Version AMSW1312) consisting of 26 pages (including this confirmation).

Client further acknowledges reading and agreeing to all terms in the Program Guide, which shall be incorporated into Client's Agreement. Upon receipt of a signed facsimile or original of this Confirmation Page by us, Client's Application will be processed.

Client understands that a copy of the Program Guide is also available for downloading from the Internet at:

http://www.amsmerchant.com/programguide.pdf

**NO ALTERATIONS OR STRIKE-OUTS TO THE PROGRAM GUIDE WILL BE ACCEPTED AND, IF MADE, ANY SUCH ALTERATIONS OR STRIKE-OUTS SHALL NOT APPLY.**

Client's Business Principal
Signature (Please sign below):

X _____     Title: CEO     Date: 4·15·14

Please Print Name of Signer     CAREY HOWE

AMSW1312                     26

Home                                                                 Page 1 of 3



**Call for FREE Eligibility Check!!**

**Login Form**

**User Name**

**Password**

**Remember Me** ☐

,Log in

- **Forgot your password?**
- **Forgot your username?**
- **Create an account**

Student Loan forgiveness is part of Obamacare...Do it now before its gone.

 **Click her to register for FREE**

Call Today! Take Action & Get Your Student Loans Forgiven and/or Consolidated Now!

COUNSELORS AVAILABLE NOW Qualify & Approved in Minutes! CALL NOW (855) 730 2071



QUALIFY FOR STUDENT LOAN FORGIVENESS?
Check Eligibility Call Now!

- ❶ **Lower Your Student Loan Payments Today!**
- ❶ **Qualify for Loan Forgiveness**
- ❶ **Student Loan Forgiveness Program For Qualified Graduates.**
- ❶ **1 Payment Student Loan Debt Relief Option.**
- ❶ **Federal Student Loan Debt Consolidation Plans.**
- ❶ **Refinance Student Loans As Low As 2-8%.**
- ❶ **90-Day Deferment On Current Loans While Processing Consolidation.**
- ❶ **Standard and Graduated Student Loan Debt Consolidation Plans.**
- ❶ **100% MONEY BACK GUARANTEE!**

http://www.eduloannetwork.com/                                      4/18/2014

Home                                                                    Page 2 of 3

## ◉ Get a Free Quote – CALL NOW   855 730 2071

## Public Service Loan Forgiveness

*Step 1: Make sure you have eligible loans.*

*Step 2: Make sure you are working full time in qualifying employment.*

*Step 3: Make 120 qualifying payments on those eligible loans while you're in qualifying employment.*

**Step 4:** *Apply for forgiveness!* ***CALL NOW 855-730-2071***

## Repayment Plans

**Standard Repayment Plan**

**Graduated Repayment Plan**

**Extended Repayment Plan**

**Income-Based Repayment Plan (IBR)**

**Pay As You Earn Repayment Plan**

**Income-Sensitive Repayment Plan**

**Read more: Repayment Plans**

## Professionals

When you have student loans, your payments can often feel out of control, especially if you have several payments. Our student loan consolidation service proffesionals take a look at your current loans and work with you to consolidate them into one payment at a lower rate, often giving you payments up to 50 percent lower than

Page 805
PX23 France Decl.
Attach. L

you are currently making.

**Read more: Professionals**

Page 806
PX23 France Decl.
Attach. L



May 1, 2014

Education Loan Network
5862 Bolsa Avenue Ste 102
Huntington Beach, CA 92648

Merchant: ███████ 2663

**IMPORTANT: NOTICE OF TERMINATION**

Dear Merchant

From time to time, our processor FirstData Merchant Services (FDMS) and Applied
Merchant Systems Inc (AMS) makes evaluation regarding the industries and business for
which it will accept and process transactions. Recently, AMS assessed its processing
relationship for some business categories and have determined not to continue operating
in certain segments of this industry.

Please be advised that effective May 12, 2014 AMS will terminate its processing
relationship with your businesses. After that date we will no longer accept or process
transaction that you may submit to us. You should make alternative arrangements for
accepting payments prior to that date.

If you have any questions, please contact the undersigned at 800 400 0206 ext 2023.

Sincerely,

Virginia Levi
Manager, Risk Management
Applied Merchant Systems

300 Esplanade Drive, Suite 1250      800.400.0206         800.549.1809         appliedmerchant.com
P.O. Box 5226
Oxnard, California  93036

address                              toll-free            facsimile            website

"To Provide the Best Customer Service and Greatest Efficiency in the Electronic Transaction Processing Industry Today"

# Attachment M



May 10, 2019

<u>**Via Email and Overnight Delivery**</u>
Erik Winker
Deputy Records Custodian
Federal Trade Commission
915 Second Avenue, Room 2896
Seattle, WA 98174
(206) 220-6350

Re:   April 1, 2019 Civil Investigative Demand Addressed to Worldpay US, Inc.

Dear Mr. Winker:



Finally, and subject to the foregoing objections, Worldpay responds to the individually enumerated interrogatories as follows:

1.  In response to Interrogatory No. 1, the only Subject Account maintained by Worldpay is for:

    a.   La Casa Bonita Investments LLC- EIN

**Page 809**
**PX23 France Decl.**
**Attach. M**

2.  In response to Interrogatory No. 2, the opening date of the entities related to the Subject Account is as follows:

   a.  EduNet:
      o  opened by hVantiv[1] on January 26, 2019
      o  opened by hWorldpay on July 1, 2014

   b.  Education Loan Network:
      o  opened by hWorldpay on September 8, 2014

   c.  1File:
      o  opened by hVantiv on Janaury 26, 2019
      o  opened by hWorldpay on July 27, 2015

   d.  ARETE:
      o  opened by hVantiv on Janaury 26, 2019
      o  opened by hWorldpay on April 25, 2017

3.  In response to Interrogatory No. 3, the closing date of entities related to the Subject Account is as follows:

   a.  EduNet:
      o  closed by hWorldpay on April 12, 2019

   b.  Education Loan Network:
      o  closed by hWorldpay on July 28, 2015

   c.  1File:
      o  closed by hWorldpay on February 21, 2019

4.  In response to Interrogatory No. 4, Worldpay states that it does not hold any funds in reserve for any entities related to the Subject Account.

5.  In response to Interrogatory No. 5, Worldpay states that information responsive to Interrogatory No. 5(a)-(h) can be found in Worldpay's document production.[2] Worldpay has no documents in its possession or custody responsive to Interrogatory Nos. 5(i)-(l).

6.  In response to Interrogatory No. 6, Worldpay states that the following table contains the requested information:

---

[1] In January 2018, Vantiv, LLC acquired Worldpay US, Inc. and its parent and affiliated companies (the "Acquisition"). To the extent an entity related to the Subject Account was opened or closed by Vantiv, LLC prior to the Acquisition, it is identified herein as an hVantiv account. To the extent that an entities related to the Subject Account was opened or closed by Worldpay US, Inc. prior to the Acquisition, it is identified herein as an hWorldpay account.

[2] Worldpay is in the process of retrieving monthly statements related to Startup Masters NJ Inc. (hVantiv) and will provide those statements in a supplemental response.

**Page 810**
**PX23 France Decl.**
**Attach. M**

| Account Name | Bank | Routing Number | Account Number | Dates of Use |
|---|---|---|---|---|
| La Casa Bonita Investments LLC (hWorldpay) | Bank of America | 121000358 | 8770 | July 1, 2014 to January 26, 2019 |
| La Casa Bonita Investments LLC (hVantiv) | Bank of America | 121000358 | 3770 | January 26, 2019 to Present |
| La Casa Bonita Investments LLC (hWorldpay) | Bank of America | 121000358 | 3783 | July 27, 2015 to January 26, 2019 |
| La Casa Bonita Investments LLC (hVantiv) | Bank of America | 121000358 | 8783 | January 26, 2019 to Present |
| La Casa Bonita Investments LLC (hWorldpay) | Bank of America | 121000358 | 9321 | April 25, 2017 to January 26, 2019 |
| La Casa Bonita Investments LLC (hVantiv) | Bank of America | 121000358 | 9321 | January 26, 2019 to Present |

7. See Worldpay's response to Interrogatory No. 6.

8. In response to Interrogatory No. 8, Worldpay states that it did not provide to the Subject Account the services listed.

Should you have any questions in the meantime, please do not hesitate to contact me at (678) 587-1906.

Very truly yours,

Shymeka L. Hunter, Corporate Counsel

Enclosure

cc:     Danielle Wright (Worldpay, LLC)

**Page 811**
**PX23 France Decl.**
**Attach. M**

CONFIDENTIALITY REQUESTED

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1. I, _Danielle Wright_, have personal knowledge of the facts set forth below and am competent to testify as follows:

2. I have authority to certify the authenticity of the records produced by WorldPay US, Inc. (the "Company") and attached hereto.

3. The documents produced and attached hereto by the Company are originals or true copies of records of regularly conducted activity that:

   a) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b) Were kept in the course of the regularly conducted activity of the Company; and

   c) Were made by the regularly conducted activity as a regular practice of the Company.

I certify under penalty of perjury that the foregoing is true and correct.

Date: _6/28/19_

_Danielle Wright_
Signature

# Attachment N

# WorldPay | CUSTOMER PROCESSING AGREEMENT

WorldPay US, Inc. | 600 Morgan Falls Road, Atlanta, GA 30350 | Member Financial Institution RBS Citizens, N.A.

☐ Rush Order

Customer Initials    Sales Agent ID

## LEGAL DBA INFO

Contact Name: *Carey Howe*   Full Legal (Tax Filing) Business Name: *La Casa Bonita Investments, LLC*   Education Loan Network

Legal Business Address: *5862 Bolsa Ave, st102*   City: *Huntington Beach*   State: *CA*   ZIP: *92649*   Store Name (DBA): *855 730 2071*   Legal Phone Number

Store/DBA Address (if different from Legal):   City:   State:   ZIP:   Store/DBA Phone Number: *7663762080*

Fax Number: *714 242 6951*   Email: *carey@eduloannetwork.com*   Federal Tax ID: ☒ Check #   ☒ EIN   ☐ SSN

PLEASE NOTE: Statements are available electronically on WorldPay's Merchant Portal. If you would like to receive paper statements login to the Merchant Portal (https://portal.worldpay.us).

## BUSINESS INFO

OWNERSHIP TYPE   ○ Sole Proprietor   ○ Partnership   ○ Non-Public Corporation   ○ Non-Profit   ● LLC   ○ Government Entity   ○ Public Corporation   Business Open Date: *4/13*

Avg. Monthly Volume: $ *35,000*   High Monthly Volume: $ *45,000*   Average Ticket: $ *400*   High Ticket: $ *600*   Describe Business Products or Services in Detail: *Education Finance*   SIC/MCC Code: *8299*

☐ Currently Processing Credit Cards   SWIPED/NON-SWIPED PERCENTAGES   % Swiped   *100* % Non-Swiped   Website Address *eduloannetwork.com*

TRANSACTION CONDUCTED AT Customers with multiple locations must complete a separate Location Form for each location.

Face-to-Face (Swiped) %   MO/TO (Non-Swiped) %   Internet (Non-Swiped) %   Website Address   Store %   Residence %   Whse/Office *100* %   Mobile %

Does Customer Accept Advance Payments? ○ Yes ● No If yes, please answer all 4 questions   PAYMENT TYPES   ☐ Deposit Taken   ☐ Full Payment   ☐ Membership/Insurance/Subscriptions, etc.

Average % of deposits paid in advance ___%   # of days deposit is paid by cardholder in advance of full payment ___   Average days to complete service after purchase ___   % of annual bank card volume based on Advance Payment terms ___%

SEASONAL MERCHANT   ○ Yes ● No   Months Open ___   Months Closed ___   EBT ☐ Food Stamp Benefits ☐ Cash Benefits   FNS Number ___

## PRINCIPAL INFO

Principal Info must be obtained for principals which, in the aggregate, hold at least 51% ownership. First principal listed must also sign as first principal in Customer Acceptance and Guaranty section.

Full Name (Full legal name required): *Bruce Hood*   DOB (MM/DD/YY): ▉   Percent Owned: *50%*   Drivers License #/State: ▉   Social Security Number/ITIN: ▉

Home Address: ▉   City: *Huntington Bch*   State: *CA*   ZIP: ▉   Home/Mobile Phone: *714*...

Full Name (Full legal name required): *Carey Howe*   DOB (MM/DD/YY): ▉   Percent Owned: *50%*   Drivers License #/State: ▉   Social Security Number/ITIN: ▉

Home Address: ▉   City: *Huntington Beach*   State: *CA*   ZIP: ▉   Home/Mobile Phone: *714*...

## BANK INFO

DEPOSIT/DEBIT ACCOUNT   Customers who would like different accounts for settlement, billing or chargebacks must complete a separate ACH authorization form.

Name on Account: *La Cas Bonita Investments, LLC*   Bank Name: *B of A - 14300 Goldenwest*   Bank Phone: *714 374 0000*

Bank City: *Huntington Beach*   State: *CA*   Bank Routing/Transit: *12 0003 58*   Account Number: ▉ *8770*

## PROCESSING RATES/FEES

| TIERED PRICING Visa*, MasterCard*, Discover* & PayPal* | | | | |
|---|---|---|---|---|
| | Discount | Surcharges | | |
| | 1-TIER | 2-TIER | 3-TIER | 4-TIER |
| % Rate | *1.95* % | *1.00* % | *1.00* % | *1.00* % |
| *Per Item Fee | $ *.30* | $ *.00* | $ *.05* | $ *.05* |

*Per Item fees apply to all transactions including sales, returns, denials, etc.

| COST PLUS PRICING All standard Payment Network fees and charges will be added to fees below | |
|---|---|
| VISA, MASTERCARD, DISCOVER & PAYPAL | |
| % Rate | $ ___ % |
| *Per Item Fee (Non-Dial) | $ ___ |
| *Per Item Fee (Dial Surcharge) | $ ___ |

| PIN DEBIT/EBT | |
|---|---|
| % Rate | ___ % |
| *Per Item Fee (Non Dial) | $ ___ |
| *Per Item Fee (Dial) | $ ___ |

### AMERICAN EXPRESS*

Fees in this section are charged directly by American Express and are subject to change by American Express. Applicable WorldPay fees are within the Per Transaction Fees table below.

○ Apply for AMEX   ○ Apply for AMEX Reverse PIP   ○ Currently accepts AMEX   ☐ Opt-out American Express

Discount Rate ___% Plus: $ ___ Per Transaction   Existing American Express Merchant # ___

Prepaid Discount Rate ___% Plus: $ ___ Per Transaction   ☐ $7.95 Amex Monthly Flat Fee

American Express Est. Yearly Volume $ ___   American Express Est. Average Ticket $ ___

| MONTHLY RECURRING FEES Per location* | | MONTHLY RECURRING FEES Per terminal | | PER OCCURRENCE FEES | | PER TRANSACTION FEES | |
|---|---|---|---|---|---|---|---|
| PCI Compliance | $ | ☐ Terminal Replacement & Supplies | $ | ***Voice Authorization | $ *1.00* | American Express | $ |
| Administrative | $ *10.00* | ☐ Supplies Service Only | $ | ***Voice Authorization Referral | $ *3.00* | Debit/Credit ACH | $ |
| Minimum Processing | $ *35.00* | ☐ Terminal Replacement Only | $ | **Voice AVS Request | $ *3.00* | Merchant Link Access | $ |
| PIN Debit Access | $ | ☐ Shopping Cart Maintenance | $ | ACH Reject, NSF, Returned Check | $ *35.00* | TSYS Access | $ |
| *FANF Fees charged by the Payment Networks will be passed through to Customer | | ☐ Virtual Terminal | $ | Chargeback Handling | $ *20.00* | PER AUTHORIZATION FEES | |
| **Additional addenda required. Customer may be required to enter an agreement directly with the provider of the service, and additional fees may be charged by the provider. | | ☐ **Recurring Payments Service | $ | Credit Batch Header | $ *0.30* | Visa, MasterCard, Discover and PayPal | $ |
| | | ☐ **DataCap NetePay | $ | Debit Batch Header | $ | | |
| | | ☐ **Authorize.net | $ | ACH Prenote | $ *0* | ***Not applicable to ARU transactions | |

**WORLDPAY**

CPA 3072 - 3177.5v3 (04/13) Page 1 of 3

Page 813
PX23 France Decl.
Attach. N

# WorldPay | CUSTOMER PROCESSING AGREEMENT

WorldPay US, Inc. | 600 Morgan Falls Road, Atlanta, GA 30350 | Member Financial Institution - RBS Citizens, N.A.

Customer Initials _____    Sales Agent ID _____

## EQUIP/ SERVICE RELATED FEES

☐ **WIRELESS SERVICE Vx610**
*Monthly Telecommunications Fee
$ _____ Per Month, Per Terminal
*Fees apply monthly, even for seasonal customers

**Telecommunications Fee**
$ _____ Per Transaction

**One Time Set-up Fee**
$ _____ Per Terminal

☐ **CHECK SERVICES** Requires a separate agreement.
○ Apply for CrossCheck   ○ Currently Accepts Check Services

If currently accepts, list processor _____    Current provider number _____

☐ **THIRD PARTY PRODUCTS/ SERVICES**
☐ Authorize.net**
☑ Other**
☐ DataCap**

Access Fee $ .05 Per Transaction
Per Terminal Fee $ Per Transaction
Service Fee $ Per Month
One-Time Set-up Fee $ Per Terminal

**Customer understands it may be required to have an agreement directly with the provider of a gateway service or other third party, and additional fees may be charged by the provider.

## CARD SERVICES/ACH SERVICES

### PETRO SERVICES

**WRIGHT EXPRESS (WEX)**
○ *Apply for Wright Express (WEX)
3.5% discount rate applies
WorldPay Item Fee $ _____ Per Transaction

**VOYAGER**
○ Apply for Voyager
2.95% discount rate applies
WorldPay Item Fee $ _____ Per Transaction

**FUELMAN (FLEETCOR)**
○ *Apply for Fuelman (FleetCor)
WorldPay Item Fee $ _____ Per Transaction

**FLEET ONE**
○ *Apply for Fleet One
WorldPay Item Fee $ _____ Per Transaction

Fuelman (FleetCor), and Fleet One applications require an additional form that is separate from the WorldPay Customer Processing Agreement. Approximate set-up time is 7-10 business days for Fuelman (FleetCor) and Fleet One applications. See the CPA Terms for additional information and terms applicable to petro services.

**GIFT CARDS** ☐ Accept Gift Cards   ☐ Order Gift Cards*
Gift Card Item Fee $ _____ Per Transaction
**Order Processing Fee $25.00
Gift Card Dormancy Fee $ _____
Gift Card Activation/ Reload Fee _____ %

Service Fee Assessed Per Card $ _____
of Activation/ Reload Amount

* Customers ordering Gift Cards will need to complete and submit the Card Order Form.
** Order processing fee applies to standard initial orders and reorders less than 200 cards.

**LOYALTY CARDS** ☐ Accept Loyalty Cards*
Item Fee $ _____ Per Transaction
**Program Fee $ _____ Per Month, Per Location

* Customers ordering Loyalty Cards will need to complete and submit the Card Order Form.
** The Loyalty Card Program Fee is reduced to $10.00 for Customers processing both Gift Cards and Loyalty Cards.

## EQUIPMENT INFORMATION

SHIP TO  ○ Store Address  ○ Legal Address  ○ Other _____

New ○  Existing ○  VAR ○  Exchange ● (column markers)

| Model/ Application | Version # | Qty. | Price Per Unit | Total Price |
|---|---|---|---|---|
| CMS Gateway | | | | |
| Model/ Application | Version # | Qty. | Price Per Unit | Total Price |
| Model/ Application | Version # | Qty. | Price Per Unit | Total Price |
| Model/ Application | Vesion # | Qty. | Price Per Unit | Total Price |
| Model/ Application | Version # | Qty. | Price Per Unit | Total Price |

If VAR Enter Dealer Name _____   VAR Dealer Phone _____   VAR Setup Email _____

**AprivaPay Setup:**
Mobile number _____
**Auto-Close Daily** ○ Yes ○ No
**Auto-Close Time** __ : __ ○ AM ○ PM
**Time Zone** PAC
**AVS** ○ Yes ○ No
**CVV2** ○ Yes ○ No
**Tips** ○ Yes ● No
**Prompt for Server/Cashier #** ○ Yes ○ No
**Prompt for Purchase Card Info** ○ Yes ○ No

**Store Return Policy on Terminal Receipt**
○ All Sales Final  ○ No Refunds  ○ Store Credit Only

**Terminal Dial Type**
○ Dial  ○ Internet  ○ Internet w/Auto Dial Backup

**Imprinters Needed** Qty. _____

Receipt header  32 characters max (if applicable)
☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Receipt footer  32 characters max (if applicable)
☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

### TOTAL PRICE
- Equipment Price
- Application Fee Non-Refundable
- Rush Fee
- Gift Card Plastics
- Other
- **SUBTOTAL**
- Sales Tax
- **TOTAL DUE**
- Less Down Payment
- **BALANCE DUE**
- **Shipping & Handling** Billed separately

**The balance due will be debited from the account listed on page 1.**

○ Paid in Full  ○ Installments (Down payment due upon execution)

**ACH Installments:** Balance due of $ _____ will be paid in 3 equal monthly installments of $ _____ via ACH 30, 60 & 90 days from execution of CPA.

CPA 3126   42157v1 (11/13) Page 2of 3

# WorldPay | CUSTOMER PROCESSING AGREEMENT

WorldPay US, Inc. | 600 Morgan Falls Road, Atlanta, GA 30350 | Member Financial Institution - RBS Citizens, N.A.

**SITE INFO**

By signing below, the undersigned sales representative attests that a site inspection of the above named applicant's premises was conducted and that the applicant has the proper facilities, equipment, inventory and licenses required to conduct the business.

_____   Erick Hilton   5/16/14   Ship Welcome Kit ☒

WorldPay Authorized Sales Representative Verification Signature    Print Name    Date

**NOTES**

Merchant buys existing Student Loans. From originating Institutions to consolidate and provide better solutions and services for additional lending to the students. For the department of education.

## CUSTOMER ACCEPTANCE AND GUARANTY

**BY SIGNING BELOW, I (1) AGREE TO THE WORLDPAY US, INC. TERMS AND CONDITIONS FOR CUSTOMER PROCESSING AGREEMENT (THE "CPA TERMS"), AND (2) ACKNOWLEDGE THAT WORLDPAY'S SALES REPRESENTATIVE HAS DELIVERED A COPY OF CPA TERMS TO ME.**

I represent that the information provided by me on this Customer Processing Agreement and during the application process, whether in written, electronic or verbal form, is complete and accurate. I further acknowledge that no oral or written modifications of the CPA Terms have been made or promised. I confirm that the Federal Tax Identification Number (EIN or SSN) and Tax Filing Name I have provided are true and accurate. WorldPay US, Inc. ("WorldPay") reserves the right to validate this information with the IRS on occasion as warranted.

**USA PATRIOT ACT**   Federal laws and regulations require WorldPay to request information from you prior to opening an account or adding an additional signatory to an account. The information WorldPay requests may vary depending on the circumstances, but at a minimum, will include your name, address, an identification number such as your social security or taxpayer identification number, and for individuals, your date of birth. WorldPay is also required to verify the information you provide to us. This verification process may require you to provide us with supporting documentation that we deem appropriate. We may also seek to verify the information by other means. We reserve the right to request additional information and/or signatures from you from time to time.

**FEDERAL AUTOMATED CLEARING HOUSE (ACH)**   The undersigned hereby authorizes WorldPay to electronically debit and credit via the Automated Clearing House (ACH) amounts due to or from WorldPay under the Customer Processing Agreement, to the bank account identified above or in any separate ACH Authorization Form. With respect to equipment, the undersigned hereby authorizes WorldPay to have the fees described herein debited from the account listed on page 1.

**FCRA NOTICE** – A consumer report of each of the officers, partners or owners of applicant may be requested from a consumer and/or credit reporting agency at the inception of this Agreement and from time to time thereafter. Acknowledgement and consent are hereby given.

**AMERICAN EXPRESS**   By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity, which agrees to be bound by the American Express® Card Acceptance Agreement ("American Express Agreement"), and that all information provided herein is true, complete and accurate. I authorize WorldPay US, Inc. and American Express Travel Related Services Company, Inc. ("American Express") and American Express's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies from time to time, and disclose such information to their agents, subcontractors, Affiliates, and other parties for any purpose permitted by law. I authorize and direct WorldPay US, Inc. and American Express and American Express's agents and Affiliates to inform me directly, or inform the entity above, about the contents of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize American Express to use the reports on me from consumer reporting agencies for marketing and administrative purposes. I am able to read and understand the English language. I understand that upon American Express's approval of the application, the entity will be provided with the American Express Agreement and materials welcoming it to American Express's Card acceptance program.

I have received and agreed to the following addenda  ☐ ACH Services  ☐ Wireless Service  ☐ AprivaPay  ☐ DataCap  ☐ Other  list other _____

① _____   CAREY HOWE   VP   5-29-14
   Authorized Principal Signature    Print Name    Title    Date

② _____   BRUCE HOOD   PRESIDENT   5-29-14
   Authorized Principal Signature    Print Name    Title    Date

The undersigned further hereby unconditionally guarantees to RBS Citizens, N.A. and WorldPay US, Inc. the full payment of all obligations arising out of or in furtherance of the Agreement and to pay RBS Citizens, N.A. or WorldPay US, Inc. all expenses incurred in collecting such obligation.

① _____    ② _____
   Authorized Principal Signature    Authorized Principal Signature

CPA 3072  31775v3 (04/13) Page 3 of 3

# Attachment O

DocuSign Envelope ID: 18A7EEEA-58DE-4436-85B3-1C03F3624321

**worldpay**

Worldpay US, Inc.
600 Morgan Falls Road, Atlanta, GA 30350
Member Financial Institution - RBS Citizens, N.A.

| Form Type | Customer Processing Agreement | Add Loc ■ | Add Equip □ | Rush Order □ DS |
|---|---|---|---|---|
| Disregard Sections | N/A | 3, 7 | 1-3, 5-7, 13 | CW |

Sales Order No.

## 1. Legal / DBA Info

| | | |
|---|---|---|
| Carey Howe | La Casa Bonita Investments LLC | Education Loan Network |
| Contact Name | Full Legal (Tax Filing) Business Name | Store Name (DBA) |
| 5862 Bolsa Ave Suite 102 | Huntington Beach    CA    92649 | 855-730-2071 |
| Legal Business Address | City    State    ZIP | Legal Phone Number |
| Store/DBA Address (if different from Legal) | City    State    ZIP | Store/DBA Phone Number |
| | carey@eduloannetwork.com | 4 7 1 0 3 0 6 9 7 |
| Fax Number | Email    Number of Locations | Federal Tax ID  Check if: □ EIN □ SSN |

PLEASE NOTE: Statements are available electronically on Worldpay's Merchant Portal. If you would like to receive paper statements login to the Merchant Portal (https://portal.worldpay.us).

## 2. Business Info

OWNERSHIP TYPE ○ Sole Proprietor ○ Partnership ○ Non-Public Corporation ○ Non-Profit ● LLC ○ Government Entity ○ Public Corporation    Business Open Date

| Avg. Monthly Volume $65000 | High Monthly Volume $100000 | Average Ticket $199 | High Ticket $895 | Describe Business Products or Services in Detail | SIC/MCC Code |
|---|---|---|---|---|---|

| □ Currently Processing Credit Cards | SWIPED/NON-SWIPED PERCENTAGES | | | TRANSACTION CONDUCTED AT | Customers with multiple locations must complete a separate Location Form for each location. |
|---|---|---|---|---|---|
| | % | % 100 | www.educationloanloan.co□ | 100 % | % | % | % |
| | Face-to-Face (Swiped) | MO/TO (Non-Swiped) | Internet (Non-Swiped) | Website Address | Store | Residence | Whse/Office | Mobile |

Does Customer Accept Advance Payments? ○ Yes ○ No If yes, please answer all questions   PAYMENT TYPES □ Deposit Taken □ Full Payment □ Membership/Insurance/Subscriptions, etc.

| Average % of deposits paid in advance    % | # of days deposit is paid by cardholder in advance of full payment | Average days to complete service after purchase | % of annual bank card volume based on Advance Payment terms    % |
|---|---|---|---|

□ SEASONAL MERCHANT  ___ Months Open ___ Months Closed  □ EBT □ Food Stamp Benefits □ Cash Benefits □ Food Stamp and Cash Benefits   FNS Number

## 3. Principal Info

❶ Principal Info must be obtained for principals which, in the aggregate, hold at least 51% ownership.  First principal listed must also sign as first principal in Customer Acceptance and Guaranty section.

| | | | | |
|---|---|---|---|---|
| Full Name (Full legal name required) | DOB (MM/DD/YY)  Percent Owned  Drivers License #/State | | Social Security Number/ ITIN |
| Home Address | City | State | ZIP | Home/ Mobile Phone |

❷

| | | | | |
|---|---|---|---|---|
| Full Name (Full legal name required) | DOB (MM/DD/YY)  Percent Owned  Drivers License #/State | | Social Security Number/ ITIN |
| Home Address | City | State | ZIP | Home/ Mobile Phone |

## 4. Bank Info

| La Casa Bonita Investments LLC | BOA | 714-374-41 |
|---|---|---|
| Name on Account | Bank Name | Bank Phone |
| Huntington Beach    CA | 1 2 1 0 0 0 3 5 8 | ███████ 8 7 7 0 |
| Bank City    State | Bank Routing/Transit | Account Number |

## 5. Processing Rates/Fees

**AMERICAN EXPRESS®**  If you are eligible for Worldpay's direct settlement program for American Express (Worldpay settles your Amex transactions), the fees in this section (determined by industry) are charged by Worldpay, in addition to the fees within the Per Transaction Fees table on page 2. Merchants who accept American Express must follow American Express Merchant Regulations. Please read these regulations at www.worldpay.us/AmericanExpress/MerchantRequirements.     □ Decline Amex     □ Opt out of Amex Marketing communications

| Industry | Discount** | Prepaid Discount** |
|---|---|---|
| B2B | 2.87% plus $0.15 transaction fee | 1.93% plus $0.15 transaction fee |
| Education | 2.48% | 1.93% |
| Fast Food Restaurant | 3.48% | 1.93% plus $0.05 transaction fee |
| Independent Gas Stations | 3.23% | 1.28% plus $0.12 transaction fee |
| Lodging | 3.48% | 1.93% plus $0.05 transaction fee |
| Mail Order & Internet | 3.48% | 2.23% plus $0.20 transaction fee |
| Office-based Healthcare | 2.53%* | 1.93% plus $0.30 transaction fee |
| Other Transportation | 3.48% | 1.93% plus $0.20 transaction fee |
| Restaurant | 3.48% plus $0.05 transaction fee | 1.93% plus $0.05 transaction fee |
| Retail | 2.87% plus $0.10 transaction fee | 1.93% plus $0.15 transaction fee |
| Services, Wholesale & All Other | 2.87% plus $0.15 transaction fee | 1.93% plus $0.15 transaction fee |
| Supermarkets | 2.28% | 0.43% plus $0.20 transaction fee |
| Telecommunications | 3.48% | 1.93% plus $0.20 transaction fee |
| Telecommunications - Cable/Computer Network | 3.88% | 1.93% plus $0.20 transaction fee |
| Travel Agencies/Tour Operators | 2.87% plus $0.15 transaction fee | 1.93% |

*only for MCC 8011, 8021; for all other Healthcare see Services, Wholesale & All Other
**30 additional basis points (.30%) will be charged for card not present transactions.  40 additional basis points (.40%) will be charged for a transaction initiated with an Amex Transaction Card issued outside of the U.S.

**Page 816**
**PX23 France Decl.**
**Attach. O**

DocuSign Envelope ID: 18A7EEEA-58DE-4436-85B3-1C03F3624321

 **worldpay**

Worldpay US, Inc.
600 Morgan Falls Road, Atlanta, GA 30350
Member Financial Institution - RBS Citizens, N.A.


Sales Order No.

### 6. Amex

If you are not eligible for Worldpay's direct settlement program for American Express (Amex settles your Amex transactions), fees in this section are charged directly by American Express and are subject to change by American Express. Applicable Worldpay fees are within the Per Transaction Fees table below.

| | | | | |
|---|---|---|---|---|
| American Express Est. Yearly Volume $ | Discount Rate ___% Plus: $ ___ Per Transaction | ☐ $7.95 Monthly Flat Fee | |
| American Express Est. Average Ticket $ | Prepaid Discount Rate ___% Plus: $ ___ Per Transaction | ○ Currently accepts Amex | Existing American Express Merchant # |
| | | ☐ Apply for Amex Reverse PIP | CAP # |

### 7. Rates/Fees

**TIERED PRICING** Visa®, MasterCard®, Discover® & PayPal™

| | Discount | Surcharges | | | |
|---|---|---|---|---|---|
| | 1-TIER | 2-TIER | 3-TIER | 4-TIER |
| % Rate | % | % | % | % | % |
| *Per Item Fee | $ | $ | $ | $ | $ |

*Per item fees apply to all transactions including sales, returns, denials, etc.

**COST PLUS PRICING** All standard Payment Network fees and charges will be added to fees below.

| VISA, MASTERCARD, DISCOVER & PAYPAL | | PIN DEBIT/EBT | |
|---|---|---|---|
| % Rate | % | % Rate | % |
| *Item Fee | $ | *Per Item Fee | $ |
| Dial Incremental Per Item | $0.02 | Dial Incremental Per Item | $0.02 |

### 8. Recurring Rates/Fees

| MONTHLY RECURRING FEES Per location* | | MONTHLY RECURRING FEES Per terminal | | PER OCCURRENCE FEES | | PER TRANSACTION FEES | |
|---|---|---|---|---|---|---|---|
| ☐ PCI Program | $ | ☐ Terminal Replacement & Supplies | $ | **Voice Authorization | $0.95 | American Express | $ |
| ☐ Security Encryption Program | $ | ☐ Supplies Service Only | $ | **Voice Authorization Referral | $3.00 | Debit/Credit ACH | $0.50 |
| ☐ Administrative | $9.95 | ☐ Terminal Replacement Only | $ | **Voice AVS Request | $2.00 | Merchant Link Access | $0.04 |
| ☐ Minimum Processing | $ | ☐ Shopping Cart Maintenance | $9.95 | ACH Reject, NSF, Returned Check | $25.00 | TSYS Access | $0.04 |
| ☐ PIN Debit Access | $ | ☐ Virtual Terminal | $ | Chargeback Handling | $20.00 | **MONTHLY MOBILE FEES** | |
| ○ Opt-out  VT Payments | $4.95 | ☐ Recurring Payments Service | $ | Credit Batch Header | $ | Worldpay Mobile | $14.95 |
| **QUARTERLY RECURRING FEES Per location** | | **PER AUTHORIZATION FEES** | | Debit Batch Header | $ | PAYware Mobile Single | $19.95 |
| ☐ PCI Program | $ | Visa, MasterCard, Discover and PayPal | $ | Direct Draft ACH Reject | $7.50 | PAYware Mobile Multi | $9.95 |
| *FANF fees charged by the Payment Networks will be passed through to Customer. | | **Not applicable to ARU transactions | | ACH Prenote | $0.10 | | |

### 9. Equip/Service Related Fees

| ☐ WIRELESS SERVICE | *Monthly Telecommunications Fee $9.95 Per Month, Per Terminal | *Fees apply monthly, even for seasonal customers | Telecommunications Fee $05 Per Transaction | One Time Set-up Fee $0.00 Per Terminal |
|---|---|---|---|---|

☐ **INSTANTACCEPT™**     $9.95 Per Month

☐ **CHECK SERVICES**     ○ Apply for CrossCheck     ○ Currently Accepts Check Services
Requires a separate agreement.     If currently accepts, list processor _____     Current provider number _____

**THIRD PARTY PRODUCTS/ SERVICES**
☐ Authorize.net**  ☐ Payflow Link**     Access Fee  Per Terminal Fee  Service Fee     One-Time Set-up Fee
☐ Other**  ☐ DataCap**  ☐ Payflow Pro**     $ ___ Per Transaction  $ ___ Per Month  $ ___ Per Transaction  $ ___ Per Terminal

**Customer understands it may be required to have an agreement directly with the provider of a gateway service or other third party, and additional fees may be charged by the provider.

### 10. Equipment Information

New ○  VAR ○  Rental* ○  Exchange ○  Existing ○

SHIP TO  ○ Store Address  ○ Legal Address  ○ Principal Home Address

| Model/ Application | Version # | Qty. | Price Per Unit | Total Price |
|---|---|---|---|---|
| NMI | | 1 | | |
| Model/ Application | Version # | Qty. | Price Per Unit | Total Price |
| Model/ Application | Version # | Qty. | Price Per Unit | Total Price |
| Model/ Application | Version # | Qty. | Price Per Unit | Total Price |

*Rental of equipment requires the execution of a separate agreement.

| If VAR Enter Dealer Name | VAR Dealer Phone | VAR Setup Email |
|---|---|---|

| Auto-Close Daily | Auto-Close Time | Time Zone | AVS | CVV2 | Tips | Prompt for Server/Cashier # | Prompt for Purchase Card Info |
|---|---|---|---|---|---|---|---|
| ○ Yes  ○ No | 0 2 : 0 0  ○ A.M.  ○ P.M. | Eastern | ○ Yes  ● No | ○ Yes  ● No | ○ Yes  ● No | ○ Yes  ● No | ○ Yes  ● No |

Store Return Policy on Terminal Receipt     Terminal Dial Type
○ All Sales Final  ○ No Refunds  ○ Store Credit Only     ○ Dial  ○ Internet  ○ Internet w/Auto Dial Backup     Imprinters Needed     Qty. ___

Receipt header - 32 characters max (if applicable)

Receipt footer - 32 characters max (if applicable)

**TOTAL PRICE**
Equipment Price
Application Fee Non-Refundable
Rush Fee
Gift Card Plastics
Other
**SUBTOTAL**
Estimated Sales Tax
**TOTAL DUE**
Less Down Payment $0.00
**BALANCE DUE**
**Shipping & Handling Billed separately

CPA 4002 - 41685v8 (05/14) Page 2 of 3

DocuSign Envelope ID: 18A7EEEA-58DE-4436-85B3-1C03F3624321

 **worldpay**

Worldpay US, Inc.
600 Morgan Falls Road, Atlanta, GA 30350
Member Financial Institution - RBS Citizens, N.A.


Sales Order No.

## 11. Funding

The balance due will be debited from the account listed on page 1.  ○ Paid in Full  ○ Installments (Down payment due upon execution)

ACH Installments: Balance due of $_____ will be paid in 3 equal monthly installments of $_____ via ACH 30, 60 & 90 days from execution of CPA.

## 12. Card Services/ACH Services

### PETRO SERVICES

| WRIGHT EXPRESS® (WEX) | VOYAGER® | FUELMAN® (FLEETCOR) | FLEET ONE® |
|---|---|---|---|
| ○ *Apply for Wright Express (WEX) | ○ Apply for Voyager | ○ *Apply for Fuelman (FleetCor) | ○ *Apply for Fleet One |
| ○ Current Wright Express (WEX) Customer | ○ Current Voyager Customer | ○ Current Fuelman (FleetCor) Customer | ○ Current Fleet One Customer |

| Worldpay Item Fee | Per Transaction | Worldpay Item Fee | Per Transaction | Worldpay Item Fee | Per Transaction | Worldpay Item Fee | Per Transaction |
|---|---|---|---|---|---|---|---|

* Fuelman (FleetCor) and Fleet One applications require an additional form that is separate from the Worldpay Customer Processing Agreement. Approximate set-up time for Fuelman (FleetCor), and Fleet One applications is 7-10 business days. With respect to Wright Express services, see the CPA Terms for additional information and terms.

### GIFT CARDS   ☐ Accept Gift Cards   ☐ Order Gift Cards*

| Gift Card Item Fee $0.05 Per Transaction | Gift Card Dormancy Fee $0.50 | Service Fee Assessed Per Card |
| **Order Processing Fee $_____ | Gift Card Activation/ Reload Fee 1.50% | of Activation/ Reload Amount |

* Customers ordering Gift Cards will need to complete and submit the Gift Card Order Form.
** Order processing fee applies to standard initial orders and reorders less than 200 cards.

### LOYALTY CARDS   ☐ Accept Loyalty Cards*

Item Fee $0.05 Per Transaction
**Program Fee $15.00 Per Month, Per Location

* Customers ordering Loyalty Cards will need to complete and submit the Card Order Form.
** The Loyalty Card Program Fee is reduced to $10.00 for Customers processing both Gift Cards and Loyalty Cards.

## 13. Site Info

By signing below, the undersigned sales representative attests that a site inspection of the above named applicant s premises was conducted and that the applicant has the proper facilities, equipment, inventory and licenses required to conduct the business.

| Worldpay Authorized Sales Representative Verification Signature | Print Name | Date |
|---|---|---|

Ship Welcome Kit ☐

## 14. Notes

| | Term of Agreement | In addition to the CPA terms, I have received and agreed to the following additional addenda |
|---|---|---|
| | *Three Years<br>*Subject to automatic renewal per Terms and Conditions. | ☐ DataCap<br>☐ Other _____ List other |

## Customer Acceptance and Guaranty

**Applicable to a Customer Processing Agreement**
BY SIGNING BELOW, I (1) AGREE TO THE TERMS AND CONDITIONS OF CUSTOMER PROCESSING AGREEMENT (THE "CPA TERMS"), AND ALL ADDENDA ATTACHED TO THE CPA TERMS, INCLUDING WITHOUT LIMITATION ALL AMERICAN EXPRESS MERCHANT REQUIREMENTS (www.worldpay.us/AmericanExpress/MerchantRequirements) AND (2) ACKNOWLEDGE THAT WORLDPAY'S SALES REPRESENTATIVE HAS DELIVERED A COPY OF THE CPA TERMS TO ME. I represent that the information provided by me on this Customer Processing Agreement and during the application process, whether in written, electronic or verbal form, is complete and accurate. I further acknowledge that no oral or written modifications of the CPA Terms have been made or promised. I confirm that the Federal Tax Identification Number (EIN or SSN) and Tax Filing Name I have provided are true and accurate. Worldpay US, Inc. ("Worldpay") reserves the right to validate this information with the IRS on occasion as warranted.

**Applicable to an Add Location or Add Equipment Agreement**
By signing below, I (1) acknowledge that I previously entered into a Customer Processing Agreement with Worldpay US, Inc. and RBS Citizens, N.A., (2) I agree that this Add Location or Add Equipment Agreement, as applicable, shall be deemed to be incorporated into my existing Customer Processing Agreement, (3) I agree that the terms and conditions of my existing Customer Processing Agreement shall apply to this Add Location or Add Equipment Agreement, as applicable, provided to the extent that the pricing set forth on this Add Location or Add Equipment Agreement is different than the pricing set forth on my Customer Processing Agreement, the pricing set forth on this Add Location or Add Equipment Agreement shall apply with respect to the location or equipment that is the subject matter hereof, and (4) I represent that the information provided by me on this Add Location or Add Equipment form is complete and accurate.

**Applicable to Customer Processing Agreement, Add Location, and Add Equipment Agreement**
USA PATRIOT ACT - Federal laws and regulations require us (Worldpay) to request information from you prior to opening an account or adding an additional signatory to an account. The information we request may vary depending on the circumstances, but at a minimum, will include your name, address, an identification number such as your social security or taxpayer identification number, and for individuals, your date of birth. We are also required to verify the information you provide to us. This verification process may require you to provide us with supporting documentation that we deem appropriate. We may also seek to verify the information by other means. We reserve the right to request additional information and/or signatures from you from time to time.

FEDERAL AUTOMATED CLEARING HOUSE (ACH) - The undersigned hereby authorizes Worldpay to electronically debit and credit via the Automated Clearing House amounts due to or from Worldpay under the Customer Processing Agreement, including the CPA Terms and all Addenda, and including installment payments, to or from any of the bank accounts identified on page 1. With respect to equipment, the undersigned hereby authorizes Worldpay to have the fees described herein debited from the bank account listed for settlement on page 1.

FCRA NOTICE - A consumer report of each of the officers, partners, or owners of applicant may be requested from a consumer and/or credit reporting agency at the inception of this Agreement and from time to time thereafter. Acknowledgement and consent are hereby given.

AMERICAN EXPRESS - In the event I am not eligible for Worldpay's direct settlement program for American Express, by signing below, I represent that I have read and am authorized to sign and submit this application for the above entity, which agrees to be bound by the American Express® Card Acceptance Agreement ("American Express Agreement"), and that all information provided herein is true, complete, and accurate. I authorize Worldpay US, Inc. and American Express Travel Related Services Company, Inc. ("American Express") and American Express's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies from time to time, and disclose such information to their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct Worldpay US, Inc. and American Express and American Express's agents and Affiliates to inform me directly, or inform the entity above, about the contents of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize American Express to use the reports on me from consumer reporting agencies for marketing and administrative purposes. I am able to read and understand the English language. Please read the American Express Privacy Statement at http://www.americanexpress.com/privacy to learn more about how American Express protects your privacy and how American Express uses your information. I understand that I may opt out of marketing communications by visiting this website or contacting American Express at 1-800-528-5200. I understand that upon American Express' approval of the application, the entity will be provided with the American Express Agreement and materials welcoming it to American Express' Card acceptance program.

① Authorized Principal Signature _[DocuSigned by: signature] C73F4EDBB505435..._  |  Carey Howe  Print Name  |  Owner  Title  |  09/05/14  Date

② Authorized Principal Signature _____  |  Print Name _____  |  Title _____  |  Date _____

The undersigned further hereby unconditionally guarantees to RBS Citizens, N.A. and Worldpay US, Inc. the full payment of all obligations arising out of or in furtherance of the Agreement and to pay RBS Citizens, N.A. or Worldpay US, Inc. all expenses incurred in collecting such obligation.

① Authorized Principal _[DocuSigned by: signature] C73F4EDBB505435..._  Date _____  |  ② Authorized Principal Signature _____  Date _____

CPA 4002 - 41685v8 (05/14) Page 3 of 3

**Page 818**
**PX23 France Decl.**
**Attach. O**

# Attachment P



# Student Loan Consolidation

## How Student Loan Consolidation Works

### 2014



# Table of Contents

Welcome…………………………………………..…………   Pg 3

History of Student Loans …………………………………..……   Pg 4-5

Federal Student Loan Consolidation…………...………………   Pg 6

Who is Eligible for a Federal Student Loan Consolidation? …   Pg 7

Should my clients consolidate?...........................…………   Pg 8

Student Loan Consolidation Repayment Options……….....…   Pg 9-10

Rates ………….…………………………………………....   Pg 11

Student Loan Forgiveness Program……………….…………   Pg 12-13

Rehabilitation Process……………….……………………   Pg 14-15

Student Loan Consolidation Processing……….…………....   Pg 16-19

Student Loan Repayment…………………………………   Pg 20

Scripts……………………………………………………....   Pg 21-27

Objections and Rebuttals……………………………………   Pg 28-30

FAQ………………………………………………………   Pg 31-37

DocUsign Images………………………………………   Pg 38-40

**Page 820**
**PX23 France Decl.**
**Attach. P**

# WELCOME

Hello:

We would like to welcome you and thank you joining our Student Loan Consolidation Affiliate team.

A tremendous amount of expertise has been utilized to develop our program, and we are confident that you will find all the information and tools necessary to become successful while assisting clients.

Our team is staffed with only the most experienced professionals in the industry, including finance specialists, student loan specialist, as well as former compliance officers, and finance attorneys.

You will find our entire staff to be personable, knowledgeable, hardworking and efficient.

There are tremendous opportunities out there waiting for you!

Now turn the page and get started!

Management Team

# *History of Student Loans*

The federal government began guaranteeing student loans provided by banks and non-profit lenders in 1965, creating the program that is now called the Federal Family Education Loan (FFEL) program. The first federal student loans, however, provided under the National Defense Education Act of 1958, were direct loans capitalized with U.S. Treasury funds, following a recommendation of economist Milton Friedman. But when Congress wanted to expand on that start, budget rules made the guarantee approach seem more attractive.

Under then-prevailing budget rules, a direct loan would have to show up in the budget as a total loss in the year it was made, even though most of it would be paid back with interest in future years. In contrast, a guaranteed loan, which placed the full faith and credit of the United States behind a private bank loan, would appear to have no upfront budget cost at all -- because the government's payments for defaults and interest subsidies would not occur until later years. This raised concerns among economists, who worried that the government was making financial commitments without accounting for the ultimate costs.

In 1990, economists got what they wanted. With President George H.W. Bush's signature on the Federal Credit Reform Act (which was included in a larger budget reconciliation bill, the Omnibus Reconciliation Act of 1990), all government loan programs—whether guarantees of commercial loans, or loans made directly from a federal agency—would have to account for their full long-term expenses and income. Every loan program would have an estimated "subsidy cost."

The subsidy cost is the amount of money that needs to be set aside when the loan is made in order to cover the costs to the government over the life of the loan. According to the Government Accountability Office, the old approach "distorted costs and did not recognize the economic reality of the transactions," while the new approach "provides transparency regarding the government's total estimated subsidy costs rather than recognizing these costs sporadically on a cash basis over several years as payments are made and receipts are collected."

This more rational approach to budgeting changed the nature of policy discussions on Capitol Hill. Student loan programs were among the first to be affected.

Prompted by an analysis from the Bush administration indicating that direct loans would be less costly and simpler to administer than guaranteed loans, Congress created a direct lending pilot program in 1992. In 1993, newly elected President Clinton proposed replacing the guarantee program with the direct approach as part of his deficit reduction plan. Estimates from all of the government's budgeting and auditing agencies showed that direct lending would deliver the same loans to students at significantly lower cost to taxpayers.

As part of the 1993 budget agreement, Congress passed a budget reconciliation bill (the Omnibus Reconciliation Act of 1993) that would phase in direct lending, starting with colleges that volunteered to participate and giving the Secretary of Education the power, if necessary, to require colleges to switch until at least 60 percent of loans nationwide were direct. While the law called for direct lending to replace guaranteed loans, it was silent about what would happen beyond the 60-percent mark, since that was outside of the five-year window covered by the budget.

In 1994, the new Republicans leadership in Congress targeted direct lending for elimination. However, many college and university officials were dissatisfied with the guaranteed loan system and optimistic about the new alternative. Under the guarantee system, financial aid administrators had to deal with what the Government Accountability Office labeled a "complicated, cumbersome process," disconnected from other federal aid and involving thousands of middlemen. Hundreds of institutions were already participating in the direct loan program, which operated in tandem with the other federal aid programs.

Source: U.S. Department of Education; New America Foundation

Ultimately, Congressional leaders stopped short of eliminating direct lending. Instead, they passed a law that prohibited the Department of Education from encouraging or requiring colleges to switch to the direct loan program. In theory, this maximized choice: schools could choose to participate in one program or the other. In practice, those profiting from the guarantee system could use their substantial resources to lure or retain colleges and universities, while the direct loan program was not allowed to make its own case. Not surprisingly, campus participation in the direct loan program declined.

In 2003, a team of investigative reporters at U.S. News and World Report looked into what was causing some colleges to switch back to the guarantee program. Their front-page story found that much like old-time political ward bosses, the student loan industry "used money and favors, along with their friends in Congress and the Department of Education, to get what they wanted."

By 2007, new volume in the direct loan program had reached the lowest share of total federal student loan volume since it began in the 1990s. This trend, however, reversed in 2008. Widespread credit market disruptions in 2008 and 2009 threatened the ability of many private lenders to make loans under the federal guaranteed student loan program, and numerous private lenders discontinued participation in the program. In response, schools that previously participated in the guarantee program switched to the direct loan program, and direct loan program volume, as share of total loan volume, began to increase in 2008.

Legislative responses to credit market turmoil also dramatically changed the structure and operations of the FFEL program. Congress and President George W. Bush enacted a temporary program in May 2008 to allow the U.S. Department of Education to buy guaranteed loans made by private lenders. The proceeds from the loans would be used to originate new student loans. The temporary program, the Ensuring Continued Access to Student Loans Act (ECASLA), marks a major historical change in the guaranteed loan program, as it provides federal capital to private lenders making student loans. In this regard, the guaranteed program now shares more characteristics with the direct loan program.

Finally, President Barack Obama proposed in his fiscal year 2010 budget request to Congress a full elimination of the FFEL program. He argued that subsidies paid to private lenders under the program were unnecessary and that cost savings could be achieved if all federal student loans were made through the direct loan program.

In 2010, Congress passed and the President signed into law a bill that eliminated the FFEL program for all new loans made as of July 1, 2010. All federal student loans have been made under the Direct Loan program as of that date. The Congressional Budget Office estimated that the elimination of the FFEL program under the law

would generate $68.7 billion in savings over the next ten years. These savings were used to increase funding for the Pell Grant program.

# *Federal Student Loan Consolidation*

## What is consolidation?

**The general meaning of the term:**
The process of uniting or putting together.

**The financial meaning of the term:**
Taking multiple debt or credit lines and consolidating them into one new payoff plan. Frequently, this is a consolidation loan, provided to consolidate debts into one loan with one payment.

## Why to consolidate:

Consolidation Loans allow borrowers to combine one or more of their Federal education loans into a new loan that offers several advantages.

- **One Lender and One Monthly Payment**

With only one lender and one monthly payment due for student loans, it is easier than ever for borrowers to manage their debt. Borrowers have only one lender, the U.S. Department of Education, for all loans included in a Direct Consolidation Loan.

- **Repayment Options**

Borrowers can choose from multiple repayment plans with various term selections to repay their consolidation loan(s), including an IBR, ICR or PAYE. These plans are designed to be flexible to meet the different and changing needs of borrowers. With a consolidation loan, borrowers can switch repayment plans at anytime. If your client selects the IBR Plan or PAYE and want to change at a later date, **your client's only option will be the Standard Plan.**

- **No Minimum or Maximum Loan Amounts**

There is no minimum amount required to qualify for a Direct Consolidation Loan.

*However, we need to make sure the fee makes sense to the client.*

- **Reduced Monthly Payments**

A consolidation loan may ease the strain on a borrower's budget by lowering the borrower's overall monthly payment. The minimum monthly payment on a consolidation loan may be lower than the combined payments charged on a borrower's Federal education loans.

# *Who is Eligible for a Federal Student Loan Consolidation?*

Consolidation Loans are available to most borrowers of Federal education loans and come from one of two sources:

- Direct Consolidation Loans are made by the U.S. Department of Education. You repay a Federal Consolidation Loan to the U.S. Department of Education.
- Federal Consolidation Loans are made through the Federal Family Education Loan (FFEL) Program. While FFEL funds come from private lenders, such as banks and credit unions, they are subsidized and supported by the U.S. Department of Education.  You repay a FFEL Consolidation Loan to the private lender that made the loan or to its designated agency.

Whether you receive a Direct or FFEL Consolidation Loan depends on which program you choose.  In either case the terms of the loan (loan amounts, interest rate, and other benefits) are generally the same.

**General Program Requirements**
Most Federal student loans are eligible for consolidation, including subsidized and unsubsidized Direct and Federal Family Education (FFEL) Stafford Loans, Direct and FFEL PLUS Loans (parent loans), Federal Perkins Loans, Federal Nursing Loans, and Health Education Assistance Loans.  Private educational loans are not eligible for a federal loan consolidation, however we do offer Private Consolidation Services as well .

You can get an FFEL Consolidation Loan during your grace period, once you have entered repayment, or during periods of deferment or forbearance. Borrowers who are in default must meet certain requirements before they may consolidate their loans.

**Loan Terms**
Maximum Loan Amount: none

Maximum Loan Length: 30 years

Frequency of Payments: monthly or quarterly

Prepayment penalties: none

**PX23 France Decl.**
**Attach. P**

## *Should my clients consolidate?*

Are your client's monthly payments manageable? If they have trouble meeting their monthly payments, have exhausted your deferment and forbearance options, and/or want to avoid default, a Direct Consolidation Loan may help them.

If they send payments to more than one lender every month, and want the convenience of a single monthly payment, consolidation may be right for them. With a Direct Consolidation Loan, they will have a single lender - the U.S. Department of Education - and a single monthly payment.

How much are is your client willing to pay over the long term? Like a home mortgage or a car loan, extending the years of repayment increases the total amount they have to repay. How many payments do they have left on their loans? If they are close to paying off their student loans, it may not be worth the effort to consolidate or extend the payments.

# *Student Loan Consolidation Repayment Options:*

- **Standard Repayment**

With the standard plan, you'll pay a fixed amount each month until your loans are paid in full. Your monthly payments will be at least $50, and you'll have up to 10 years to repay your loans. The standard plan is good for you if you can handle higher monthly payments because you'll repay your loans more quickly. Your monthly payment under the standard plan may be higher than it would be under the other plans because your loans will be repaid in the shortest time.

**Extended Repayment**

To be eligible for the extended plan, you must have more than $30,000 in Direct Loan debt and you must not have an outstanding balance on a Direct Loan as of October 7, 1998. Under the extended plan you have 25 years for repayment and two payment options: fixed or graduated. Fixed payments are the same amount each month, as with the standard plan, while graduated payments start low and increase every two years, as with the graduated plan below.

This is a good plan if you will need to make smaller monthly payments. Because the repayment period will be 25 years, your monthly payments will be less than with the standard plan. However, you may pay more in interest because you're taking longer to repay the loans. **Remember that the longer your loans are in repayment, the more interest you will pay.**

- **Graduated Repayment**

With this plan your payments start out low and increase every two years. The length of your repayment period will be up to ten years. If you expect your income to increase steadily over time, this plan may be right for you. Your monthly payment will never be less than the amount of interest that accrues between payments. Although your monthly payment will gradually increase, no single payment under this plan will be more than three times greater than any other payment.

- **Income Contingent Repayment (ICR)**

(not available for parent PLUS Loans)

This plan gives you the flexibility to meet your Direct Loan obligations without causing undue financial hardship. Each year, your monthly payments will be calculated on the basis of your adjusted gross income (AGI, plus your spouse's income if you're married), family size, and the total amount of your Direct Loans. Under the ICR plan you will pay each month the lesser of:

1. the amount you would pay if you repaid your loan in 12 years multiplied by an income percentage factor that varies with your annual income, or
2. 20% of your monthly discretionary income*.

If your payments are not large enough to cover the interest that has accumulated on your loans, the unpaid amount will be capitalized once each year. However, capitalization will not exceed 10 percent of the original amount you owed when you entered repayment. Interest will continue to accumulate but will no longer be capitalized.

**Page 827**
**PX23 France Decl.**
**Attach. P**

The maximum repayment period is 25 years. If you haven't fully repaid your loans after 25 years (time spent in deferment or forbearance does not count) under this plan, the unpaid portion will be discharged. You may, however, have to pay taxes on the amount that is discharged.

- **Income-Based Repayment Plan. (IBR)**

Under this plan the required monthly payment will be based on your income during any period when you have a partial financial hardship. Your monthly payment may be adjusted annually. The maximum repayment period under this plan may exceed 10 years. If you meet certain requirements over a specified period of time, you may qualify for cancellation of any outstanding balance of your loans.

- **Pay As You Earn. (PAYE/PER)**

On January 2013 the DOE announced that borrowers with Federal Student Loans may now be able to take advantage of a new repayment plan that could lower their monthly federal student loan payments. The plan, known as Pay As You Earn, caps monthly payments for many recent graduates at an amount that is affordable based on their annual income. This new option follows through on President Obama's promise to provide student graduates with relief on their student loan payments and help them responsibly manage their debt payments.

> "We know many recent graduates are worried about repaying their student loans as our economy continues to recover, and now it's easier than ever for student borrowers to lower monthly payments and stay on track," said U.S. Secretary of Education Arne Duncan.

Pay As You Earn plan, which President Obama first introduced on October 2011, caps payments for Federal Direct Student Loans at 10% of discretionary income for eligible the borrowers, and the Department estimates as many as 1.6 million Direct Loan borrowers could reduce their monthly payments with this plan.

The new option complements similar repayment plans available to help borrowers manage their debt, including Income-Based Repayment, which caps monthly loan payments at 15% of a borrower's discretionary income. Borrowers who don't qualify for  a Pay As You Earn may still qualify for an Income-Based Repayment, which more than 1.3 million borrowers already use.

Most borrowers are able to repay their student loans, but for many who are struggling – including nurses, teachers, first-responders and others in lower-paying public service jobs – these income driven plans could reduce monthly payments to help borrowers to manage their student loan debt and avoid the negative consequences of defaulting on their student loans.

While borrowers may pay more in interest in the long run under an income driven plan, those options can provide some relief on loan payments, especially in a borrower's early years of repayment.
Given the many options that make paying back federal student loans more manageable, the DOE has developed tools to assist borrowers make responsible financing and repayment choices.
To qualify you must have at least one Direct Loan or a loan in the Federal Family Education Loan (FFEL) program that is eligible to be repaid under one of the income-driven plans.

# Rates

Consolidation loans have longer terms than other loans. Debtors can choose terms of 10–30 years. Although the monthly repayments are lower, the total amount paid over the term of the loan is higher than would be paid with other loans. The fixed interest rate is calculated as the weighted average of the interest rates of the loans being consolidated, assigning relative weights according to the amounts borrowed, rounded up to the nearest 0.125%, and capped at 8.25%. Some features of the original consolidated loans, such as post graduation grace periods and special forgiveness circumstances, are not carried over into the consolidation loan, and consolidation loans are not universally suitable for all debtors.

| Fixed Rate Loans | | |
|---|---|---|
| Loan Type | Date of First Disbursement | Fixed Interest Rate |
| Direct Subsidized Loans Undergraduate Students | 7/1/11–6/30/13 | 3.40% |
| | 7/1/10–6/30/11 | 4.50% |
| | 7/1/09–6/30/10 | 5.60% |
| | 7/1/08–6/30/09 | 6.00% |
| | 7/1/06–6/30/08 | 6.80% |
| Direct Subsidized Loans Graduate and Professional Students* | On or after 7/1/06 | 6.80% |
| Direct Unsubsidized Loans All Students | On or after 7/1/06 | 6.80% |
| Direct PLUS Loans Parents and Graduate Students | On or after 7/1/06 | 7.90% |

| Variable Rate Loans | | | |
|---|---|---|---|
| Loan Type | Date of First Disbursement | Loan Status | Interest Rates for the Period 7/1/12–6/30/13 |
| Direct Subsidized and Unsubsidized Loans | 7/1/98–6/30/06 | Repayment/Forbearance | 2.39% |
| | | In-School/Grace/Deferment | 1.79% |
| Direct PLUS Loans | 7/1/98–6/30/06 | Any status | 3.19% |

# *Student Loan Forgiveness Program*

## What is the Public Service Loan Forgiveness Program?

Through the College Cost Reduction and Access Act of 2007, Congress created the Public Service Loan Forgiveness Program to encourage individuals to enter and continue to work full-time in public service jobs. Under this program, borrowers may qualify for forgiveness of the remaining balance due on their eligible federal student loans after they have made 120 payments on those loans under certain repayment plans while employed full time by certain public service employers. Since borrowers must make 120 monthly payments on their eligible federal student loans beginning after October 1, 2007 before they qualify for the loan forgiveness, the first cancellations of loan balances will not be granted until October 2017.

## What are the borrower eligibility requirements for loan forgiveness under the Public Service Loan Forgiveness Program?

- The borrower must not be in default on the loans for which forgiveness is requested.
- The borrower must be employed full time by a public service organization –
- When making the required 120 monthly loan payments (certain repayment conditions apply)
- At the time the borrower applies for loan forgiveness; and
- At the time the remaining balance on the borrower's eligible loans is forgiven.

## What are the specific loan repayment requirements for loan forgiveness under this program?

- The borrower must have made 120 separate monthly payments beginning after October 1, 2007 on the student loan
- Earlier payments do not count toward meeting this requirement.
- Each of the 120 monthly payments must be made for the full scheduled installment amount within 15 days of the due date
- **The 120 required payments must be made under one or more of the following D.O.E Program repayment plans–**
    - **Income Based Repayment (IBR) Plan** (not available to parent Direct PLUS Loan borrowers)
    - **Income Contingent Repayment Plan** (not available to **parent** Direct PLUS Loan borrowers)
    - **Pay as You Earn** (Not available to FFEL loans)

## What types of public service jobs will qualify a borrower for loan forgiveness under this program?

The borrower must be employed full time (in any position) by a public service organization, or must be serving in a full-time AmeriCorps or Peace Corps position. For purposes of the Public Service Loan Forgiveness Program, the term "public service organization" means –

- A federal, state, local, or Tribal government organization, agency, or entity (includes most public schools, colleges and universities);
- A public child or family service agency;
- A non-profit organization under section 501(c)(3) of the Internal Revenue Code that is exempt from taxation under section 501(a) of the Internal Revenue Code (includes most not-for-profit private schools, colleges, and universities); A Tribal college or university; or A private organization that is not a for-profit business, a labor union, a partisan political organization, or an organization engaged in religious activities (unless the qualifying activities are unrelated to religious instruction, worship

Page 830
PX23 France Decl.
Attach. P

services, or any form of proselytizing) and that provides the following public services:

- Emergency management
- Military
- Public safety
- Law enforcement
- Public interest law services
- Early childhood education (including licensed or regulated health care, Head Start, and state-funded pre-kindergarten);
- Public service for individuals with disabilities and the elderly;
- Public health (including nurses, nurse practitioners, nurses in a clinical setting, and full-time professionals engaged in health care practitioner occupations and health care support occupations);
- Public education
- Public library services; and School library or other school-based services.

# *REHABILITATION PROCESS*

For clients that have fallen delinquent past 120 days on their federal student loans may not be eligible for a student loan consolidation due to their current loan status. In order for a consolidation to happen client must be brought back into a current loan status.  Clients that cannot or chose not to pay their loans back can typically receive a garnishment of wages within 180 days from the day of delinquency. Student Loans that are federally backed do not need to go through the lengthy court process in order to successfully garnish a client's wages.

An option for getting your clients loan out of default is loan rehabilitation. To rehabilitate your clients Direct Loan or FFEL Program loan, and ED must agree on a reasonable and affordable payment plan based on your client's affordability and current status.
Your client's loan is rehabilitated only after they have voluntarily made the negotiated agreed-upon payments on time.

Note: Payments that have already been collected from your client—for example, through the Administrative Wage Garnishment (AWG) process or through legal action taken against you to collect on their defaulted loan—do not count toward your rehabilitation payments. (Through AWG, payments will be deducted from their wages until their defaulted loan is removed from default status.)
Once their loan is rehabilitated, they may regain eligibility for benefits that were available on their loan before they defaulted. Those benefits may include deferment, forbearance, and a choice of repayment plans, loan forgiveness, and eligibility for additional federal student aid.

**Other benefits of loan rehabilitation may include the removal of:**
- The default status on their defaulted loan,
- the default status reported to the national credit bureaus,
- wage garnishment, and
- Collection fees and late fees,
- any withholding of your clients income tax refund made by the Internal Revenue Service (IRS).

After rehabilitation, your client's monthly payment may be more than the amount they paid while they were rehabilitating their loan. Delinquencies (late payments) reported before the loan defaulted will not be removed from your clients credit report.

**Rehab Process:**
- It's a two step process when a client has fallen delinquent and lost their eligibility for a consolidation:
  - Enroll the client in the Rehab program; there is an additional charge of $300 that totals $899. Client can also pay a total of $699 total if less than $10K in debt
  - Once the rehab is completed the client will be eligible for consolidation and automatically enrolled.
- Once agreement is received and the client is enrolled client is transferred to the Rehabilitation Department
- Rehab representative contacts the client and receives the Limited Power of Attorney
- Rehab representative contacts all of the lenders that are in default, sends POA to all lenders and works out arrangement with lender/client
- Rehab representative is the mediator between lender and client

**Page 832**
**PX23 France Decl.**
**Attach. P**

- Once agreement is reached between lender and client, payment arrangements are set up directly with lender for approximate period of 9 months
- Once rehab is completed, accounts then start the consolidation process

# *Student Loan Consolidation Processing*

## Steps of Student Loan Intake and Process:

- **Speak with client and gather the following information:**
  - First and Last Name
  - Social Security Number
  - Date of Birth
  - Mailing Address
  - Phone Number(s)
  - Email Address
  - Employer's Name, Address and Phone Number
  - Annual Income: Must be able to verify
  - Filing Status for Married:
    (Filing Jointly you will need the spouses income as well or Married and filing separate)
  - Driver's License Number and State Issued
  - 2 References: Name, Address, Phone Number and Relation
  - Number of Dependents
  - Total Family Size

- Enter the information in the CRM through Lead Trac https://debt.leadtrac.net
- Change the work status to "Ready for QC"
  - **The minimal information needed to receive a Quote and Submit to "Ready For QC" is:**
    - First and Last Name
    - Social Security Number
    - Date of Birth
    - Phone Number
    - Marital Status (If Married How do they file their taxes, Jointly or Separate)
    - House Hold Income (Exclude spouse's income if filed separate)
    - Total Family size (Dependents/Spouse)
- Quote is worked for all eligible loans, any accounts not eligible, (please see rehabilitation process if delinquent.)
- Quote will be sent back to you through the CRM to be review with client "Qc Verified". The quote will be in the Log in the CRM. You then select the repayment plan through the "Student Loan" drop down.
- Client agrees on the est. monthly payments and terms.
- Schedule the fee dates under "Student Loan".
- Gather the clients payment method under "Payment Information"
- Generate the Agreement: (Make sure that all the information in the CRM is complete before generating agreements) "Meaning of generate forms": You are extracting the information in the CRM fields to the agreement, therefore, when you make changes in the CRM you will need to re-generate the forms in order for it to reflect in the agreement.
  - Go to forms
  - Add Forms
  - Select Agreement, Credit Card Auth 1,2,3,4, then select Generate
  - Once generated a new box next to add forms will appear "Sign"

- o   Select Sign
- o   Select Student Loan Consolidation
- o   Select all the forms that apply then select sign.
- Client will receive the agreement in the e-mail entered in the CRM
- Client signs the Student Loan Agreement and payment auth.
- Client status to be changed to "Contract Received".

**Once the agreement is complete, processing and underwriting will:**

- Enter Payment into the merchant account
- Compliance Call is made to client:
  - -   Welcome to the Program
  - -   Verify Information
  - -   Receive any missing information
- Verify initial payment has posted to client's account
- Process the consolidation file for client
- Once your client's payment is sent to their old lender(s), their loans have officially been consolidated. They should receive a new statement from the new consolidation lender detailing the terms of the new loan. Their previous lenders can take a week or two to close out their accounts, so make sure they are not alarmed if they get a statement from both your new and old lender. This is normal.

*If account is in a default and or garnishment status, possible rehabilitation can be done on account. Further research and more detailed process are required.*

## Program fees:
Student Loan Consolidation Center Federal Student Loan Consolidation Program has a flat fee depending on client's status:

**Consolidation:**
- **$599.00**
  For a consolidation with debt greater than $10k
- **$399.00**
  A Client can qualify for Hardship Status and have the cost reduced to $399. Affiliate and its team will need to have a budget completed with the client in order to qualify for the hardship cost.

**Change of Repayment Program:**
- **$199.00**
  Clients that have already consolidated their student loans may need to change their repayment option. If a client has lost their job or loss in income or consolidated and chose a standard repayment option may now be eligible for a IBR or PAYE program.

**Rehabilitation:**
- **$499.00**
  For clients that have fallen delinquent and cannot qualify for an ordinary consolidation may need to opt into the rehab program first. The fee is $300.00 plus the consolidation fee.

*\*Client may divide fee up into 3 payments within a 90 day period- other payment arrangements may be considered but must be authorized by the Student Loan Consolidation Center Case Manager.*

**Page 835**
**PX23 France Decl.**
**Attach. P**

**Processing Requirements:**

1. All Clients must meet all of the Program Guidelines or they will not be accepted.
2. Client must currently not have a current lawsuit or garnishment order. There is an additional fee for accounts with this garnishment status.
3. *Client should not have consolidated their loans prior. FFEL is OK.  There is a additional program offered for accounts that have already been consolidated. If clients have consolidated in the past and have taken out additional student loans thereafter they may still be eligible for a consolidation. In the event the client is in a consolidated loan, we may be able to change the repayment type for a fee of $199.*

**Cancellation Policy:**

Client will receive a Federal Student Loan Consolidation through the Department of Education. If a client is not approved for a Federal Student Loan Consolidation through the DOE, then SLCC will reimburse 100% of the Consolidation Fee Payment. Client also understands that a third party payment processing company will be pulling the clients Enrollment Fee Payment(s).

**Acceptable Proof of Income:**

- Prior Year Tax Return (1040)
- One month's current paystubs
- Government Award Letters

## *Causes for Possible Delays in Consolidation*

- Missing FASFA PIN
- If the FASFA PIN IS MISSING: Answers to Security Questions: Mother's Maiden Name, Favorite Color, City born in, Hospital born in, Favorite pastime, Dream vacation, First car….
- Personal information is inaccurate: Client's last name (what name student loans are under: married or maiden name)
- Verification of Income and Family size
- Verification of Spouse's information
- Verification of Repayment Plan Chosen
- Complete understanding of Consolidation Program
- Receiving necessary forms back from client in a timely manner
- Client changes Repayment Plan
- Loans were excluded from the Consolidation
- Loans were added since original quote
- Monthly payment and Interest rate has changed since original quote

## *CRM Disposition*

| Student Loan Stage | Explanation |
|---|---|
| NEW Student Loan Lead | This stage is the first disposition once you have saved a file. The minimal information needed in order to save the file is First and Last name and a phone number |
| Program Presented | Once you have gathered the client's goals and gone over the fact that you offer federal loan consolidation you can change the stage to program presented. |
| Soft Quoted | If a client did not want to provide you the necessary information to get a hard quote (QC Verified) and you provided a soft quote based on estimated amounts place the client in this stage. |
| Ready for Quality Control | Means that you have gathered the minimal information of the following: Name, FAFSA, SSN, DOB, Dependents, and House Hold Income. This stage is also used for when I client stage is in "More Info Need" and the information has been gathered you will place the deal stage back into this stage. |
| More Info Needed | File was submitted to Quality Control without the necessary information needed to receive a quote "QC Verified". The missing information will be listed in the log. |
| FAFSA Pin Reset | This stage means the FAFSA pin was expired or needed to be re-set due to the pin being incorrect. Typically it takes 1-3 days. Processing will automatically follow up on the file and notify you once "QC Verified" |
| QC Verified | Means the quote has been completed. You will find the quote under the log notes. |
| Contract Sent | Place the stage to Contract Sent once you have sent out the agreement and payment authorizations. |
| Contract Received | Place the file to Contract Received once the agreement has been completed and received. |
| Payment 1 Scheduled | Processing Stage |
| Recurring Payment Scheduled | Processing Stage |
| Welcome Call Complete | Processing Stage |
| Payment Cleared/Processed | Processing Stage |
| Active Student Loan Client | Processing Stage |
| Submit to Underwriting | Processing Stage |
| Not Qualified | Place the client in this stage when a client is not qualified, such as: Debt less than $5k, already consolidated, In School Status. |
| Not Interested | Place the client in this stage if the client was not interest. ALWAYS PLACE A NOTE EXPLAINING WHY THE CLIENT WAS NOT INTERESTED. |

## Student Loan Repayment Plan Choices IBR & Standard

**Example Payment Amounts by Repayment Plan**

| Student Loans Debt | Standard Repayment | |
|---:|---:|---:|
| | Low | High |
| $5,000 | $42 | $58 |
| $10,000 | $92 | $108 |
| $15,000 | $142 | $158 |
| $20,000 | $192 | $208 |
| $25,000 | $242 | $258 |
| $30,000 | $292 | $308 |
| $35,000 | $342 | $358 |
| $40,000 | $392 | $408 |
| $45,000 | $442 | $458 |
| $50,000 | $492 | $508 |
| $55,000 | $542 | $558 |
| $60,000 | $592 | $608 |
| $65,000 | $642 | $658 |
| $70,000 | $692 | $708 |
| $75,000 | $742 | $758 |
| $80,000 | $792 | $808 |
| $85,000 | $842 | $858 |
| $90,000 | $892 | $908 |
| $95,000 | $942 | $958 |
| $100,000 | $992 | $1,008 |

**IBR Monthly Payment Amount**

| Annual Income | Family Size | | | | | | |
|---:|---:|---:|---:|---:|---:|---:|---:|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| $10,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| $15,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| $20,000 | $46 | $0 | $0 | $0 | $0 | $0 | $0 |
| $25,000 | $108 | $37 | $0 | $0 | $0 | $0 | $0 |
| $30,000 | $171 | $99 | $28 | $0 | $0 | $0 | $0 |
| $35,000 | $233 | $162 | $90 | $18 | $0 | $0 | $0 |
| $40,000 | $296 | $224 | $153 | $81 | $9 | $0 | $0 |
| $45,000 | $358 | $287 | $215 | $143 | $72 | $0 | $0 |
| $50,000 | $421 | $349 | $278 | $206 | $134 | $63 | $0 |
| $55,000 | $483 | $412 | $340 | $268 | $197 | $125 | $54 |
| $60,000 | $546 | $474 | $403 | $331 | $259 | $188 | $116 |
| $65,000 | $608 | $537 | $465 | $393 | $322 | $250 | $179 |
| $70,000 | $671 | $599 | $528 | $456 | $384 | $313 | $241 |

**Repayment Plan Terms/Months**

| At least | Less than | Term |
|---:|---:|---:|
| | $7,500 | 120 |
| $7,500 | $10,000 | 144 |
| $10,000 | $20,000 | 180 |
| $20,000 | $40,000 | 240 |
| $40,000 | $60,000 | 300 |
| $60,000 | | 360 |

**IBR Plan Qualifications**

1) Client must have a potential hardship.

2) Client must report yearly earning to
     DOE to continue receiving benefits.

3) If chart indicates $0.00, repayment
     term is for 300 months. DOE will
     forgive entire balance after 25 years.

*This guide is for a quick quotes only. Please submit client's info for detailed quote.

**Intro:**

Hello, _____This is _____ with the student loan enrollment center, how are you?

We just received your inquiry for a student loan consolidation and just needed to go over a couple of quick things.
*(Open up the log and place the information asked below in the notes until you get to program selected)*

Do you have Private Loans, Federal loans or both? _____

**Federal Loan Questionnaire 2 call close:**

1.  How much in Federal Student Loan debt do you currently have? _____
    a.  Are your Federal Student Loans subject to **repayment** or are they in **deferment/Forbearance**?
        i.  *If in deferment* - When are your payments coming due? _____/_____/_____
        ii. *If subject to repayment*- Are you current or delinquent on your monthly federal loans?

| Current | Delinquent |
| --- | --- |
| 1.  What are your federal student loan monthly payments? _____ | *If Delinquent-* How many months delinquent? _____ <br><br> *If Delinquent-* Are you wages being garnished? _____ <br><br> ***If Delinquent and not in garnishment-*** <br><br> *What they say about federal student loan garnishment is true. Typically banks need to go through a **long** court process in order to garnish your wages; however, federally backed student loans can start garnishment as early as 120 day delinquent WITHOUT the court process.  Depending on your delinquency status most of the time you CANNOT consolidate delinquent loans. However, with us unlike others we do offer solutions that eventually lead into a consolidation; but I will need to gather some additional information from you in order to find out what your current status is.* |

2.  How many federal student loans do you currently have? _____
3.  What are your main goals you are looking to accomplish with the consolidation?

    _____

    _____

    _____Great!!!

Federal Loan Consolidation repayment options will vary on a couple of different factors, such as household income, dependents, loan amounts, repayment term and lowering your interest rate.  **However**, there are many new repayment options that recently came available that are either are geared towards paying off your loans fast and eliminating as much interest as possible **or** reducing your monthly payments. We will see what we can do to reach your goals.

**Disposition Stage "Program Presented"**

In order for us to get you a quote and go over the repayment options that you qualify for, we will need to gather some basic information,,,, the information I will need is the same information that you provided your lenders when taking out these loans:

**CRM Personal Information Section:**

4. Full Name (Name used when taking out the loans)
5. Home Address
6. Contact Information (email, phone number, work number)
7. SSN & DOB

**CRM Student Loan Additional Info Section:**

8. FASFA PIN? _____

   *For security reasons we must ask you the following security questions:*

   a. Mother's Maiden Name
   b. Favorite Color
   c. Hospital Born In
   d. Elementary School
   e. Favorite Past Time
9. What's the name of your employer? _____
10. Your Position?_____ (See if they may be eligible for the public service loan forgiveness)
11. Your annual gross income? _____
12. What is your Marital Status? _____
    a. *If married*- Do you file your taxes jointly or separate?
    b. *If file jointly*-Spouses annual gross income?
    c. *If married*-Does your spouse have student loan debt? If yes, how much.
13. How many Dependents do you have? _____
14. That would make your family size _____ (Total up wife and children or other dependents)
15. What is your driver's license number? _____
16. What state is it issued in? _____

We will need two references not living in the same household; they will not be contacted to qualify you.

17. Name of your first reference?
    a. Phone Number
    b. Relationship (Friend Family Co worker)
18. Name of your second reference?
    a. Phone Number
    b. Relationship (Friend Family Co worker)

**(Save the file and Disposition your client "READY FOR QC")**

Your application has been submitted to the student loan consolidation center for pricing, this typically takes about 20min to an hour.  I would like to schedule a call back when you are in front of a computer, when today will be a good time? _____

Do you have a paper and pen? I would like to give you my contact information in case you have any questions (Provide your info), otherwise I will be calling you at our scheduled time.

**PX23 France Decl.**
**Attach. P**

**Close (For clients eligible for consolidation)**

Hello _____ this is _____ with the enrollment center, how are you?
Great!

We received the pre-qualification from the underwriting department.

- Are you in front of a computer now?
    - *If not-* Do you have a smart phone that will allow you to be on the phone and browse the internet at the same time?
        - *If no look for other options "GET THEM IN FRONT OF A COMPUTER"*

What I would also like for you to do is write down the repayment options that we have available for you, are you ready?

1.) Standard Repayment Option (Explain Program)
2.) IBR (Explain Program)
3.) PAYE if available (Explain Program)
4.) Other programs if available

Out of these options, which one do you think would suit you the best?

Great, so what's going to happen next is that we need to send out the student loan consolidation agreement to you. The agreement will be sent to the e-mail we have on file which is _____, is that correct?

Great, once we receive the agreement back the consolidation process will begin. The monthly payments that you were making to your numerous lenders will be in forbearance until the consolidation is completed. Throughout your forbearance you will have a consolidation fee split in to three easy payments of $199.67.

Your 4th payment, your new monthly payment will be only (___X___). This payment is normally due after 3 months after we start the consolidation.

Typically we like to schedule the first payment within 48hrs of receiving the approval,,,, would you like to make the first payment today or tomorrow?

Okay, great and would you like to schedule the 2nd payment 2 weeks from now on the _____, or?

Okay, and would you like to schedule the third payment on _____, (Two weeks from the 2nd payment) or?

And the name on the credit card is?
And the issuing Bank is?
The credit card number?
What's the expiration date of the card?

- Fantastic, I am now generating the agreement to be sent out via docusign.
- This will allow you to view the agreement first and then sign it electronically.
- Please go ahead and open up your e-mail. Do you see the e-mail? If no- Check spam or junk mail folder.
- Great, please open up the agreement.
- Please hit the "Review Documents" (Make sure to have the  agreement up and control the review with the client by walking them through step by step)

- Next go ahead and sign it.
- Let me know once it's complete.


Great, we have received the agreement. You will have a copy of this agreement in your inbox from Docusign.

The next thing that will happen is that you will receive a compliance call from the Student Loan Consolidation Center within 48 hours. It's important that you take this call, the area code of 954 or a toll free number.

(IF APPLYING FOR IBR or PAYE/PER)

Also, you will be required to provide your last year's tax returns and also the last months paycheck stub (Or awards letter if applicable, If client has not filed their last year taxes, gather W-2 information)


Do you have any other questions?

Great well you have a great rest of the day.

# REHAB CLOSE

### (KNOW WHAT IS AFFORDABLE FOR YOUR CLIENT)

Hi Mr./Mrs. _____ , this is _____ with (Company Name).  Did I catch you at a good time?  (PAUSE)

**Are you in front of a computer?   I'm going to need you to get online.**

(IF YES CONTINUE, IF NO, GET THEM INFORNT OF A COMPUTER OR SET APPOINTMENT)

Ok great!  First off I wanted to recap your overall situation.  I'm showing your federal loans are currently in default so it's going to be a two step process.

I do have some really good news for you.  I got your prequalification back from the processing department and you qualified for our rehabilitation program, congratulations on that!

So just to recap, the total loan balances that we're able to handle for you come to $_____.  Like I mentioned I'm showing that you're currently in default/garnishment with you student loans so the first thing we'll need to do is put you in the Rehab process with your lender(s) immediately.

This can stop or prevent any wage garnishment you're going through and stop the seizure of any federal tax refunds you have coming.  That can put hundreds if not thousands of dollars back in your pocket, ok?

Our team of specialists will be negotiating a very affordable payment for you based on your current budget with payments as low as $5 per month.  We do all of the negotiating and contact your current lender(s) so you don't need to lift a finger.

The way the process works is under the rehabilitation process you are to make up to 9 consecutive monthly payments to lift your default status.  The best part is once those payments have been made my negotiations team will lift your default.  They're then going to remove collection fees and penalties as well as remove all negative remarks on your credit!  Does this make sense?  Once again the best part is you don't have to lift a finger.

Once the default has been lifted we will then be able to consolidate your loans, which is already included.   At that time during the consolidation period you're given a free 90 day forbearance period with no payments at all!

That's 3 months of no payments when you're done! Once the consolidation is complete you'll be set up on an income-based-repayment plan with a payment as low as $0 per month depending on your income.  Sound good?

Ok great.  This will get you on the right path in getting current and qualifying for the best federal programs available, some of which may forgive your loan balance altogether.

**Would this help?**

Ok great, the quicker my processing team can get working on your file the quicker we can prevent any wage garnishment and federal tax offsets.

Now your first installment is $300 for the rehab processing and $199.67 the following three months for the consolidation.

**Page 843**
**PX23 France Decl.**
**Attach. P**

**The quicker we can get your payments started the quicker we can start the process. (SENSE OF URGENCY)**

Ok the very next step is I'll need to prepare the agreement here.

Go ahead and get online and open up your email.  I'm going to walk you through the agreement really quick.  It shouldn't take more than 5-7 minutes.  What's the best email address for you?

(CONFIRM ALL OTHER CLIENT INFO AND COMPLETE AGREEMENT)

You're going to receive an email from DocuSign, it's an online document service so there's need to print, scan or fax anything.   It creates a nice little signature for you and makes it really easy.  You'll also get a hardcopy for your records once complete.  So open up your email and click on "review documents".

Typically first payment with your rehab is required within 5 calendar days to get started on your file.   What day works best to start your monthly payments?

Ok great.  I'll need to plug in your payment information onto the agreement here.  And will you be using VISA, MasterCard, AMEX, Discover?  (COMPLETE PAYMENT INFORMATION TAB IN CRM)

Go ahead with those numbers when you're ready.

**GENERATE AND SIGN AGREEMENT (Add forms Student Loan Agreement and Credit Card 1,2,3,4)**

Ok you're all set, so congratulations again!  You're going to get a hardcopy of your agreement emailed to you directly for your records.   Also I wanted to give you a heads up you will receive a welcome call from our processing department at Student Loan Consolidation Center within 24 hours to get you started.   If you have any questions feel free to call me.

**PRIVATE LOAN SCRIPT**

Only Private or have already consolidated their federals

Hi_____,

If:

1.   you've already taken care all of your federal loans, or
2.   you are strictly dealing with private student loans

We do have a great option for you to refinance those loans and get a lower interest rate and payment.   We will be able to set you up with one of 200+ affiliated credit unions to consolidate your loans for you.

I'm going to be sending you a link to the web application which shouldn't take you more than 10-15 minutes.   They will be pulling credit so it's just like applying for a car or personal loan from a bank.

What's the best email address for you Mr./Mrs._____?

Ok great.  You'll be able to consolidate all of your loans into one low monthly payment and get on the right track to pay them off for good all while being serviced by a great credit union.

There are a few easy qualifications.  They require that the client have approximately a minimum 640 FICO credit score, $2000 per month minimum income and requires that you have graduated with four year degree, ok?

Some cases may require a cosigner.  If you have a strong cosigner with great credit and income I always advise to apply with the cosigner upfront even if you're close to those minimum requirements.  That way you'll qualify for the best rates and payments.  The best thing is after 12 months on-time payments your cosigner gets lifted off the loan altogether. And that is a huge plus for friends and relatives!

And Mr./Mrs._____, the only way to see what you qualify for is to go through the application completely ok?

The approval process takes about 3-4 days and I will have the link to the application in your inbox here shortly.

Have a great day!

# Objections & Rebuttals

- **Why can't I just file bankruptcy to erase my student loan debts?**

Unfortunately with Federal Student Loan Debt you cannot discharge these loans through bankruptcy. Since you are thinking about bankruptcy am I right to assume that you are in some sort of a financial hardship? Reason I asked is because we offer numerous of different repayment plans that can have your monthly payments as low as $0 a month. With these same repayment options you may also be eligible for loan forgiveness and therefore accomplishing your goals.  (Get back to the app)

- **Why would my federal loans be willing to offer me this low of a payment (IBR/PAYE)?**

With all the new acts in place to assist graduates or people with student loan debt like you, there are repayments options that focus on more of your family size and annual household income as opposed to your conventional repayment plans. Given your current situation you have luckily been qualified to take advantage of some of these programs.

- **Can you help if I'm not paying or if I'm behind on my payments?**

In order to best answer your question I would need to gather some additional information. Since the answer is Yes we can help, no solution is alike. I would like to go over the solution to your particular situation and let you know how we can help. (Get back to the app)

- **How much money can I save by consolidating my student loan debts?**

The biggest benefit with student loan consolidation is peace of mind of just one lender. As to savings it will vary depending on your current financial situation and job type. We offer numerous of different repayment options that are either geared towards eliminating interest and paying of your student loans as fast as possible, or to reduce your monthly payments and save you money monthly. With many of our program you could also be eligible for loan forgiveness. (Get back to the app)

- **I'm not comfortable giving out my information over the phone.**

I do understand your concern. The information that I will need to gather is the same information that you provided your lenders when taking these loans out. If you don't mind me asking, how did you provide the lenders with this information in the past when you took the loans out? (Use the same method unless it's face to face and come up with other secure means)

- **Can't I consolidate my student loans for free?**
 Yes you can consolidate on your own.  However, you can also download the necessary forms from the IRS and file your taxes yourself.  But you either purchase software or hire an accountant/CPA to help you file them.  Why? So you can maximize your return and make sure your taxes are filed correctly. The same concept applies with Student Loan Consolidation.  You can do it on your own but we guarantee that your paperwork is filed to the Department of Education underwriting standards, ensuring that your consolidation will be accepted immediately.  We also make sure that you receive all of the benefits that you may be eligible for.

- **I can't afford the consolidation fee**

**Page 846
PX23 France Decl.
Attach. P**

1. I understand right now the consolidation fee may be hard for you to afford, however, we have split the payments up in three already for you. These payments will be made while your loans are in forbearance and once the consolidation process is complete your new monthly payment will be as low as _____. This is of huge benefit to you.

2. The consolidation fee is a mandatory charge in order for us to complete the entire process. We do allow you to place this charge on your credit card and then with your monthly savings you will be able to pay this off in no time.

- **I don't have  a credit card for the consolidation fee**

We do accept check cards, debit cards and bank routing and account number (ACH) as a method of payment.

- **Who is Student Loan Consolidation Center?**

Student Loan Consolidation Center is the company that will be handling your student loan consolidation. They are the once that provided us with the pay offs and repayment plans and will now be completing everything that we went over.

- **I need to talk to my spouse/parent/other.**

I can completely respect that, and if I was uncertain about something I would probably do the same thing. Is there something that I went over that you are not sure about and that's why you are seeking advice from someone else? (Pause and go over everything again.)

*(If they still want to speak with that someone else)*- Very well, in similar situations what has worked best is when we have a three way call with _____. Since they will have many questions as well I would like to provide you with our stellar service and be able to answer those for _____. What is _____ number and we can go ahead and three way call them since I do have some additional time now.

- **Can you please send me the repayment options via e-mail?**

I would love to do that for you; however, since the pre-approval are only good for 72 hours we are not allowed to send them out. However, what I can do for you is to have you just write the repayment options down on a piece of paper and go over them with you again.(Go over the repayment options and details of the repayment and re-sell it)

- **(IBR/PAYE repayment options) What if my income goes up and the payments becomes too much?**

That's a great question and I am glad you asked. The fluctuation of the payment differs only annually, so off the bat we know these will be your payments for at least this year. However, let's say you start making A LOT more money in a year or two we can always change your repayment option to the Standard Repayment which had the payments of _____. Therefore we can actually consider this as your ceiling payment.  But do remember, if for some reason you lose income/job or have a child your monthly payments will actually be reduced.

- **I would like to think about it.**

I understand this was a lot that we just covered, but if you don't mind me asking

1. What repayment option did you like the best?
2. Why did you like that repayment option?
3. What is it that you don't like?
4. Okay so what is it that you feel you need to think about? The program makes sense doesn't it?

- **I don't have my FASFA pin.**

It's a four digit pin that you placed on your account when taking out these loans.

 If can't remember-Not to worry, we are able to gather this for you, however, we will need to ask some security questions in order to make sure that you are who you are.

- **I am not interested since I am only saving $X a month.**

Savings of $X a month may not seem much monthly. However, when I think of savings it's not only monthly, I start thinking yearly savings and then I start thinking about the savings of the entire term. Since this a long term repayment plan of X months and you add the monthly savings of X then the amount and savings start to make sense, don't you agree?

- **I am not interested in consolidating since the payment amount increased (ICR)**

I understand why you may not be interested in an increased payment, but I would like for you to just evaluate the repayment savings as a whole. Since we are increasing your monthly repayment this is eliminating a lot of interest, and as you know, interest does not get applied to your balance instead that money goes to the banks pocket; would you not rather keep that money in your pocket?

See, if I add the term of ___X_____ (ICR) by your monthly ICR payments it equals _____X_____ total paid at the end of the term. And if we compare this to a standard repayment option your total repayment will be _____X_____. So if we subtract the total from the ICR compared to the Standard repayment option  you will see how saving _____X_____ is considered lot of saved money, don't you agree?

- **I have Private and Federal Loans and want to only do my Private Loans with you.**

Great, how much in Private loans do you have? What are your current monthly payments? And what are your goals with consolidating your private loans? How is your credit? Income?  Your debt to income ration? Okay, and how much do you owe in Federal Student Loans, you payments are?

Okay _____, when we have federal and private loans we do a two step process. First thing we do is consolidate the Federal loans first and then complete the private loans. The reason we do this is because Private Loan Lenders are credit, income and debt to income driven, and with federal loans this does not play apply. Therefore we consolidate the federals first to reduce your debt to income ration and increase your credit so that we can get you qualified for the private loan consolidation, and make sure you get the best rate of interest. Make sense?

Step back into the app.

- **What are your fees? (Without a quote)**

There is no fee to identify your current status and repayment options. Get back to the app.

  o   The fee, is very minimal and contingent on your situation, however, we know it's less than competitors and can re-assure you it will not cause any issues for you to move forward. Get back to the app

# **Frequently Asked Questions**

## Common Questions:

**What is a federal student loan?**

Federal loans are borrowed funds that you must repay with interest. A federal student loan allows students and their parents to borrow money to help pay for college through loan programs supported by the federal government. They have low interest rates and offer a flexible repayment terms, benefits, and options.

**What is a private student loan?**

A private student loan is a nonfederal loan issued by a lender such as a bank or credit union.

**Why are federal student loans a better option for paying for college?**

Federal student loans offer borrowers many benefits not typically found in private loans. These include low fixed interest rates, income-based repayment plans, and cancellations for certain employment, and deferment (postponement) options, including deferment of loan payments when a student returns to school. Also, private loans usually require a credit check. For these reasons, students and parents should always exhaust federal student loan options before considering a private loan.

**What's the difference between Direct Subsidized Loans and Direct Unsubsidized Loans?**

In short, Direct Subsidized Loans have slightly better terms to help out students with financial need.
Here's a quick overview of Direct Subsidized Loans:

- Direct Subsidized Loans are available to undergraduate students with financial need.
- Your school determines the amount you can borrow, and the amount may not exceed your financial need.
- For a subsidized loan, the U.S. Department of Education pays the interest
  - while you're in school at least half-time,
  - for the first six months after you leave school (referred to as a grace period*), and
  - during a period of deferment (a postponement of loan payments).

**What is a PLUS loan?**

PLUS loans are federal loans that graduate or professional degree students and parents of dependent undergraduate students can use to help pay education expenses. The U.S. Department of Education makes Direct PLUS Loans to eligible borrowers through schools participating in the Direct Loan Program.

Here's a quick overview of Direct PLUS Loans:
- The U.S. Department of Education is the lender.
- The borrower must not have an adverse credit history.
  Loans have a fixed interest rate of 7.9%.
- The maximum loan amount is the student's cost of attendance (determined by the school) minus any other financial aid received.

**What is a Direct Loan?**

A federal student loan, made through the William D. Ford Federal Direct Loan Program, for which eligible students and parents borrow directly from the U.S. Department of Education at participating.

**What is a Direct Consolidation Loan?**

A federal loan made by the U.S. Department of Education that allows you to combine one or more federal student loans into one new loan. As a result of consolidation, you will only have to make one payment.

**I'm a parent that took a PLUS loan to help pay for my child's education. Can my loan ever be forgiven, canceled, or discharged?**

You must repay your parent PLUS loan even if the student doesn't complete his or her education or can't find a job related to the program of study, or if you or the student is unhappy with the education. However, the loan may be discharged if the child for whom you borrowed dies, or if you die or become totally and permanently disabled.
We may discharge some or your entire loan in any of these circumstances:

- o   The school closed before the student completed the program.
- o   The school forged the signature on your promissory note or falsely certified that you were eligible for aid.
- o   The loan was falsely certified through identity theft.
- o   The student withdrew from school but the school didn't pay a refund that it owed. Check with the school to see how refund policies apply to federal aid at the school.
- o   The loan was discharged in bankruptcy claim. This is not an automatic process—you must prove to the bankruptcy court that repaying the loan would cause undue hardship.

**What is deferment?**

A deferment is a period during which repayment of the *principal* and interest of your loan is temporarily delayed.

**What happens if I don't make my student loan payment?**

If you don't make your student loan payment or make your payment late, your loan may eventually go into default. If you default on your student loan, that status will be reported to credit bureaus, and your credit rating and future borrowing ability will be damaged. In addition, legal action can be taken to require payment through garnishment of wages and withholding of tax refunds**.**

**When do I begin repaying my federal student loan? (None consolidated)**

You don't have to begin repaying most federal student loans until after you leave college or drop below half-time enrollment. However, PLUS loans enter repayment once your loan is fully disbursed (paid out).
Your *loan servicer* or *lender* must provide you with a loan repayment schedule that states when your first payment is due, the number and frequency of payments, and the amount of each payment. Keep in mind that your loan may have a grace period.

## IBR and Income Contingent Repayment Plans

- **What is Income Based Repayment?**

Income Based Repayment (IBR) is one of several repayment plan options for borrowers of student loans made under the William D. Ford Federal Direct Loan (Direct Loan) Program or the Federal Family Education Loan (FFELSM) Program
.
If you qualify for IBR, your required monthly payment will be  capped at an amount that is intended to be affordable based on your income and family size
, and will be less than what you would have to pay under a 10 year Standard Repayment Plan. [January 5, 2010]

- **What are the major benefits of IBR?**

In addition to making your monthly loan payments more affordable, the IBR Plan offers other benefits:
  - If your IBR payment amount does not cover the full amount of interest that accrues on your loans  each month, the government will pay any unpaid, accrued interest on your subsidized loans for up to three consecutive years from the date you begin repaying the loans under IBR (You are responsible for paying the interest that accrues on your unsubsidized loans during this three-year period.)

  - If you repay under IBR and meet certain other requirements, any remaining loan balance that you owe will be canceled after 25 years.

  - Payments that you make under IBR count toward the 120 payments that are required for the Direct Loan Public Service Loan Forgiveness(PSLF) Program [January 5, 2010]

- **What is the difference between Income-Based Repayment (IBR) and Income Contingent Repayment (ICR)?**

IBR and ICR share certain features, but there are also important differences between the two repayment plans
Similarities between IBR and ICR include the following:
  - Both plans are intended to provide borrowers with an affordable monthly payment amount based on income and family size.

  - Under both plans, any remaining loan balance is forgiven after 25 years.

  - Parent PLUS Loans may not be repaid under either IBR or ICR.

  - Payments made by a Direct Loan borrower under both IBR and ICR count toward the 120 payments that are required for Public Service Loan Forgiveness.

  - In both IBR and ICR, your monthly payment amount may be adjusted annually based on changes in your income.

These are some of the major differences between IBR and ICR:

  - IBR is available under both the FFEL and Direct Loan programs.

  - ICR is available only under the Direct Loan Program.

  - To initially qualify for IBR, you must have a "partial financial hardship" as described below.

  - There is no comparable requirement for ICR.

**Page 851**
**PX23 France Decl.**
**Attach. P**

- o   Any Direct Loan borrower (other than a parent PLUS borrower) may choose ICR.

- o   The amount of your loan debt is not considered in determining your IBR payment amount during any period when you have a "partial financial hardship" (See below)

- o   Your monthly IBR payment amount is determined based only on your income and family size.

- o   In contrast, the monthly payment under ICR takes into account your total Direct Loan debt in addition to income and family size.

- o   The required monthly payment under ICR is generally higher than under IBR, and in some cases it may be higher than the monthly payment amount under a 10-year standard repayment plan.

- o   With both IBR and ICR, your calculated monthly payment may not cover the full amount of interest that accrues on your loans each month

- o   Under IBR, the government pays the remaining unpaid accrued interest on your subsidized loans for up to three consecutive years from the date you begin repaying the loans under IBR. This benefit is not available under ICR

- o   Under ICR, you are responsible for paying all of the interest that accrues on your loans. Under IBR, unpaid interest is capitalized (added to your loan principal balance) only if you are determined to no longer have a "partial financial hardship, or if you choose to leave the IBR Plan.

- o   Under ICR, unpaid interest is capitalized annually [January 5, 2010]

**How do I qualify for IBR?**

To qualify for IBR, you must have a "partial financial hardship."

You have a partial financial hardship if the monthly amount you would be required to pay on your IBR eligible loans (see above) under a Standard Repayment Plan with a 10-year repayment period (based on the greater of the amount you owed on those loans when they initially entered repayment or the amount you owe when you request IBR) is higher than the monthly amount you would be required to repay under IBR.

If you are married and you and your spouse file a joint federal income tax return, and if your spouse also has IBR-eligible loans, the required monthly amount under a Standard Repayment Plan with a 10 year repayment period is determined based on the combined amount of your IBR-eligible loans and your spouse's IBR-eligible loans, using the greater of the amount owed on the loans when they initially entered repayment or the amount owed at the time you or your spouse requested IBR. If this combined monthly payment amount for your loans and your spouse's loans is higher than the combined monthly amount you and your spouse would be required to repay under IBR, you and your spouse are considered to have a partial financial hardship.

> Example 1: You are single and you owed a total of $40,000 in eligible student loans when the loans initially entered repayment; you now owe $45,000 on those loans. Your monthly repayment amount under a 10-year Standard Repayment Plan would be $518, based on $45,000 and using an interest rate of 6.8%. If your IBR payment amount (calculated as explained below), is less than $518, you would be eligible to repay your loans under IBR.

Example 2: You are married and you and your spouse file a joint federal income tax return. You owed a total of $60,000 in eligible student loans when the loans initially entered repayment; you now owe $55,000 on those loans. Your spouse owed a total of $40,000 in eligible student loans when the loans initially entered repayment, and currently owes the same amount. The combined monthly payment amount for your loans and your spouse's loans under a 10-year Standard Repayment Plan would be $1,151 (based on $100,000 and using an interest rate of 6.8%). If your IBR payment amount is less than $1,151, you and your spouse would be eligible to repay your loans under IBR.

### Income-Based Repayment—Determination of IBR Monthly Payment Amount

**How is the IBR monthly payment amount determined?**

The IBR monthly payment amount is based on your annual Adjusted Gross Income (AGI) and family size. Specifically, the maximum annual amount you are required to repay under IBR during any period when you have a "partial financial hardship" (as discussed in Q&A #4 above) is 15 percent of the difference between your AGI and 150 percent of the U.S. Department of Health and Human Services (HHS) Poverty Guideline amount for your family size and state. This annual repayment amount is then divided by 12 to determine your monthly IBR repayment amount. For example, 150 percent of the 2011 HHS poverty guideline amount for a family of three in the 48 contiguous states and the District of Columbia is $27,795. If your AGI was $40,000, the difference would be $12,205. Fifteen percent of that is $1,831; dividing this amount by 12 results in a monthly IBR payment amount of $153. As noted above, this compares with a monthly payment amount of $518 under a 10-year Standard Repayment Plan (based on an eligible loan debt amount of $45,000).

If the calculated IBR payment amount using the formula described above is less than $5.00, the monthly payment amount is zero. If the calculated payment is more than $5.00 but less than $10.00, the monthly payment is $10.00.

**I claim my child every other year on my taxes as a dependent, but my ex-spouse has physical custody. I also pay child support and health insurance for my child. Do I count my child when reporting my family size?**

The IBR definition of family size specifies that a borrower's children are included if the children receive more than half of their support from the borrower. You may count your child when determining your family size if your provide more than half of the child's financial support, regardless of who claims the child for tax purposes or who has physical custody. If you do not provide more than one-half of your child's support, you may not include the child in your family size for IBR purposes.

**Will I always pay the same amount each month under IBR?**

Each year, your loan holder will review your current income and family size. If your income or family size has changed from the prior year, your monthly IBR payment amount may increase or decrease as a result of using the new income or family size information in the calculation described above.

**What happens if my income increases so much that I no longer have a "partial financial hardship" as described above? Do I then lose eligibility to repay under IBR?**

If your IBR payment amount increases to the point where it is more than the monthly amount you would be required to repay under a 10-year Standard Repayment Plan, you would no longer be considered to have a "partial financial hardship." In this situation, you may remain on the IBR Plan (to take advantage of some of the other IBR benefits, as described above), but your monthly payment will no longer be based on your income. Instead, you will be required to pay the amount you would have been required to pay under a 10-year Standard

Repayment Plan based on the amount of your eligible loans that were outstanding when you began repaying under IBR. Your repayment period based on this recalculated amount may be more than 10 years.

**If I am repaying under IBR and my income increases so that I no longer have a partial financial hardship, but I stay in IBR and make the required, recalculated 10-year standard payment amount, is it still possible for me to receive loan forgiveness after 25 years?**

As long as you remain on the IBR Plan (even if you no longer have a partial financial hardship) and you otherwise meet the requirements for loan forgiveness, you will qualify for forgiveness of any remaining loan balance at the end of the 25-year period.

**What happens if, after it is determined that I no longer have a "partial financial hardship" and I am no longer making income-based payments (as explained below), my income goes down?**

If your income later decreases so that your calculated IBR payment amount is once again less than what you would be required to repay under a 10-year Standard Repayment Plan, you will return to making income-based payments, as described above.

**If my income goes down after I filed my most recent federal tax return (for example, because I lost my job or am now working part-time), does my loan holder have discretion to use my current income to determine my IBR payment amount, rather than the higher AGI amount that is shown on my most recent tax return?**

If your loan holder believes that your most recent AGI does not reasonably reflect your current income, your loan holder is authorized to use alternative documentation of your income that you provide. You should inform your loan holder of the change in your financial circumstances.

**What happens if my income as reported on my federal tax return changes after I begin repaying under IBR?**

As long as you remain on the IBR Plan, your loan holder will annually review your current income to determine whether you continue to have a "partial financial hardship" and, if applicable, to adjust your monthly IBR payment amount. If your income increases or decreases there will generally be a corresponding increase or decrease in your required monthly payment amount.

**What happens if my income significantly decreases well before the regularly scheduled annual review of my income? Do I have to wait until the annual review before my IBR payment can be adjusted?**

You should alert your loan holder to your changed circumstances. If your loan holder believes that your AGI does not reasonably reflect your current income, your loan holder is authorized to use alternative documentation of your income that you provide, and may adjust your required monthly IBR payment at any time during the year based on that documentation.

**Do Social Security disability payments count as income for IBR?**

Social Security disability payments would be counted as income only if they are included as part of your AGI on your federal tax return in accordance with IRS requirements.

**Does IBR have any effect on the six-month grace period for my Stafford Loans?**

Choosing IBR (or any other repayment plan) has no effect on your six-month grace period. You do not enter repayment until after your grace period has ended. If you want to repay your loans under IBR when you enter repayment, you should apply for IBR at least two months before the end of your grace period to allow time for application processing.

**If I repay under IBR, will this affect my credit score or show up on my credit report?**

The repayment plan that you select is not reported to credit bureaus and has no effect on your credit score. However, your loan will be identified on your credit report as a student loan, and your loan holder will report the status of your loan account (e.g., whether you are repaying on time or are delinquent or in default) to credit reporting organizations. Failure to repay your student loans on time may negatively affect your credit score.

PX23 France Decl.
Attach. P