solely for use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

PayPal Activity Log
Account 9359

| 1 | A | B | C | D |
|---|---|---|---|---|
| 2 | **Activity Log** | | | |
| | Date/Time (PST/PDT) | IP Number | Actor | Action |
| 11 | 10 Apr 2019 13:42:18 | 12.10.47.194 | carey_howe@mac.com | Mobile Login (WAP) |
| 12 | 10 Apr 2019 13:42:12 | 12.10.47.194 | carey_howe@mac.com | Mobile Login (WAP) |
| 13 | 10 Apr 2019 13:42:11 | 12.10.47.194 | carey_howe@mac.com | Mobile Login (WAP) |
| 17 | 10 Apr 2019 13:42:11 | 12.10.47.194 | carey_howe@mac.com | Web Password Change |
| 24 | 10 Apr 2019 13:41:27 | 12.10.47.194 | carey_howe@mac.com | Web Forgot Password - User Reset |
| 25 | 10 Apr 2019 13:41:21 | 12.10.47.194 | carey_howe@mac.com | PIN Login Failed (WAP) |
| 106 | 29 Jun 2018 10:52:19 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 107 | 29 Jun 2018 10:52:11 | 12.244.55.162 | carey_howe@mac.com | Web Login Failed |
| 108 | 29 Jun 2018 10:24:46 | 12.244.55.162 | carey_howe@mac.com | Mobile Login (WAP) |
| 109 | 29 Jun 2018 10:24:31 | 12.244.55.162 | carey_howe@mac.com | PIN Login Failed (WAP) |
| 111 | 28 Jun 2018 11:37:35 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 112 | 28 Jun 2018 11:37:27 | 12.244.55.162 | carey_howe@mac.com | Web Login Failed |
| 123 | 27 Jun 2018 10:00:48 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 128 | 27 Jun 2018 10:00:31 | 12.244.55.162 | carey_howe@mac.com | Web Password Change |
| 129 | 27 Jun 2018 10:00:31 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 130 | 27 Jun 2018 10:00:31 | 12.244.55.162 | carey_howe@mac.com | User completed SAFE flow |
| 131 | 27 Jun 2018 10:00:30 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 132 | 27 Jun 2018 9:59:54 | 12.244.55.162 | carey_howe@mac.com | Web Password Change |
| 133 | 27 Jun 2018 9:59:53 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 134 | 27 Jun 2018 9:59:37 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 135 | 27 Jun 2018 9:59:37 | 12.244.55.162 | carey_howe@mac.com | Web Password Change |
| 136 | 27 Jun 2018 9:58:43 | 12.244.55.162 | carey_howe@mac.com | SAFE flow shown to user |
| 137 | 27 Jun 2018 9:58:39 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 138 | 27 Jun 2018 9:58:39 | 12.244.55.162 | carey_howe@mac.com | Risk Declined |
| 178 | 21 Jun 2018 12:24:50 | 12.244.55.162 | carey_howe@mac.com | Mobile Login (WAP) |
| 204 | 18 Jun 2018 10:28:54 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 213 | 15 Jun 2018 10:44:27 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 215 | 14 Jun 2018 16:39:47 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 234 | 13 Jun 2018 10:27:30 | 12.244.55.162 | carey_howe@mac.com | Mobile Login (WAP) |
| 245 | 12 Jun 2018 9:32:38 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 248 | 11 Jun 2018 16:43:27 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 263 | 08 Jun 2018 15:17:39 | 12.244.55.162 | carey_howe@mac.com | Mobile Login (WAP) |
| 286 | 05 Jun 2018 16:38:57 | 12.244.55.162 | carey_howe@mac.com | Mobile Login (WAP) |
| 310 | 01 Jun 2018 13:59:33 | 12.244.55.162 | carey_howe@mac.com | Mobile Login (WAP) |
| 319 | 31 May 2018 12:15:42 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 349 | 29 May 2018 12:25:45 | 12.244.55.162 | carey_howe@mac.com | Mobile Login (WAP) |
| 449 | 14 May 2018 14:14:18 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 451 | 14 May 2018 13:34:18 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 452 | 14 May 2018 13:00:12 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 455 | 14 May 2018 11:11:00 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 457 | 14 May 2018 10:47:15 | 12.244.55.162 | carey_howe@mac.com | Mobile Login (WAP) |
| 492 | 09 May 2018 11:11:24 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 522 | 04 May 2018 12:17:43 | 12.244.55.162 | carey_howe@mac.com | Mobile Login (WAP) |
| 523 | 04 May 2018 11:57:25 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 533 | 03 May 2018 14:08:28 | 12.244.55.162 | carey_howe@mac.com | Mobile Login (WAP) |
| 549 | 02 May 2018 13:10:32 | 12.244.55.162 | carey_howe@mac.com | Web Logout |
| 550 | 02 May 2018 12:39:53 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 559 | 01 May 2018 11:19:47 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 565 | 30 Apr 2018 10:21:37 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 573 | 27 Apr 2018 11:25:42 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 574 | 27 Apr 2018 11:07:26 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 575 | 27 Apr 2018 10:07:49 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 593 | 25 Apr 2018 13:27:43 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 594 | 25 Apr 2018 12:12:18 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 595 | 25 Apr 2018 11:32:42 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 596 | 25 Apr 2018 10:59:13 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 597 | 25 Apr 2018 10:22:59 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 606 | 23 Apr 2018 13:02:32 | 12.244.55.162 | carey_howe@mac.com | Web Login |

PayPal Activity Log
Account 9359

| | A | B | C | D |
|---|---|---|---|---|
| 607 | 20 Apr 2018 13:17:28 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 608 | 20 Apr 2018 12:34:27 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 610 | 19 Apr 2018 15:32:49 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 611 | 19 Apr 2018 14:27:28 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 615 | 18 Apr 2018 13:34:37 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 616 | 18 Apr 2018 13:15:39 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 624 | 17 Apr 2018 13:01:40 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 648 | 13 Apr 2018 13:13:52 | 12.244.55.162 | carey_howe@mac.com | Customer Information Updated |
| 649 | 13 Apr 2018 13:13:51 | 12.244.55.162 | carey_howe@mac.com | Mobile Login (WAP) |
| 650 | 13 Apr 2018 13:13:51 | 12.244.55.162 | carey_howe@mac.com | Public Credential Receiving Account |
| 698 | 22 Mar 2018 12:18:48 | 12.244.55.162 | carey_howe@mac.com | Web Login |
| 699 | 16 Mar 2018 14:50:28 | 12.244.55.162 | carey_howe@mac.com | Web Login |



*Global Investigations*

**Law Enforcement Officer:** Fairchild, Stephen
**Law Enforcement Agency:** Federal Trade Commission - Seattle, WA
**Requested On:** Tue, 25 Jun 2019 17:06
**Evidence Gathered On:** Mon, 01 Jul 2019 14:23
**Law Enforcement Reference:** FTC Matter No. 1923040
All times indicated in this document refer to time zone GMT

## Registration Information

| User Info | |
|---|---|
| First Name | Ruddy |
| Middle Name | |
| Last Name | Palacios |
| DOB | |
| CC Statement Name | RUDDY |
| Email | ruddy@aretefinancialfreedom.com |
| *Business Info* | |
| Business Name | |
| URL | |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Open |
| Account # | 5812 |
| Account Type | Personal - Unregistered - Unverified |
| Time Created | Thu, 16 Aug 2018 18:17:52 |
| SSN | |
| SSN | |
| TIN | |

## Email Addresses

| Email Address | Primary | Confirmed | Active |
|---|---|---|---|
| ruddy@aretefinancialfreedom.com | TRUE | FALSE | FALSE |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|
| | | | |

## Phone Numbers

| Phone Number | Confirmation Status | Type |
|---|---|---|
| +1 7146589745 | Unconfirmed | Mobile |

## Addresses

| Address | Use | Date Entered |
|---|---|---|
| Ruddy Palacios, 1261 E Dyer Rd, 100 , Santa Ana, CA, US 92705 | | 08/16/18 |
| 1261 E Dyer Rd, 100 , Santa Ana, CA, US 92705 | Third Party Added | 08/16/18 |

## Financial Information

| *Summary* | |
|---|---|
| Account Balance | USD 0.00 (Primary) |
| Total Amount Sent | USD 275.00 (Primary) |
| Total Amount Received | USD 0.00 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 0.00 |
| Amount Received Month 2 | USD 0.00 |
| Amount Received Month 3 | USD 0.00 |
| Pending Balance to be Released | $0.00 USD* (0 % - $0.00 USD) |
| Minimum Reserve Balance | |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |
| *Secure Card Attributes* | |
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |
| *PayPal Credit* | |

| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | |
| Authorized Users | |

## Bank Accounts

### Credit Cards

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| 1012 | ACTIVE | Ruddy Palacios | 16-Aug-18 | 08/2022 |
| Type | Issuer | Confirmed | Issue # | Currency |
| AMEX | American Express | Unconfirmed: PayPal Code | | USD |

## Debit Cards

### Restrictions

| Restriction | Time Restricted | Time Lifted | Attack Case ID |
|---|---|---|---|

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



*Global Investigations*

**Law Enforcement Officer:** Fairchild, Stephen
**Law Enforcement Agency:** Federal Trade Commission - Seattle, WA
**Requested On:** Tue, 25 Jun 2019 17:06
**Evidence Gathered On:** Mon, 01 Jul 2019 14:23
**Law Enforcement Reference:** FTC Matter No. 1923040
All times indicated in this document refer to time zone GMT

| Registration Information | |
|---|---|
| *User Info* | |
| First Name | Ruddy |
| Middle Name | |
| Last Name | Palacios |
| DOB | |
| CC Statement Name | NAHID |
| Email | nahid@aretefinancialfreedom.com |
| *Business Info* | |
| Business Name | |
| URL | |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Open |
| Account # | 0331 |
| Account Type | Personal - Unverified |
| Time Created | Sat, 15 Dec 2018 1:52:36 |
| SSN | |
| SSN | |
| TIN | |

**Email Addresses**

| Email Address | Primary | Confirmed | Active |
|---|---|---|---|
| nahid@aretefinancialfreedom.com | TRUE | FALSE | TRUE |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

## Phone Numbers

| Phone Number | Confirmation Status | Type |
|---|---|---|
| +1 7148147198 | Unconfirmed | Mobile |

## Addresses

| Address | Use | Date Entered |
|---|---|---|
| Ruddy Palacios, 1261 E Dyer Rd Ste 100, Santa Ana, CA, US 92705 | | 12/15/18 |
| Ruddy Palacios, 1261 E Dyer Rd Ste 100, Santa Ana, CA, US 92705 | Home Or Work | 12/15/18 |

## Financial Information

| *Summary* | |
|---|---|
| Account Balance | USD 0.00 (Primary) |
| Total Amount Sent | USD 2,945.90 (Primary) |
| Total Amount Received | USD 0.00 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 0.00 |
| Amount Received Month 2 | USD 0.00 |
| Amount Received Month 3 | USD 0.00 |
| Pending Balance to be Released | $0.00 USD* (0 % - $0.00 USD) |
| Minimum Reserve Balance | $0.00 USD* (0 % - 0 days) |
| Rolling Reserve Balance | |
| *Secure Card Attributes* | |
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |

| PayPal Credit | | | | |
|---|---|---|---|---|
| PP Credit Account Number | | | | |
| Expiration Date | | | | |
| Account Status | | | | |
| Funding Source Availability | | | | |
| Authorized Users | | | | |

## Bank Accounts

## Credit Cards

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| 2036 | ACTIVE | Ruddy Palacios | 15-Dec-18 | 04/2024 |

| Type | Issuer | Confirmed | Issue # | Currency |
|---|---|---|---|---|
| AMEX | American Express | Unconfirmed: PayPal Code | | USD |

## Debit Cards

## Restrictions

| Restriction | Time Restricted | Time Lifted | | Attack Case ID |
|---|---|---|---|---|

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

PayPal Activity Log
Account 0331

| | A | B | C | D |
|---|---|---|---|---|
| 1 | **Activity Log** | | | |
| 2 | Date/Time (PST/PDT) | IP Number | Actor | Action |
| 3 | 06 May 2019 12:39:15 | 0.0.0.0 | nahid@aretefinancialfreedom.com | Card Verification |
| 4 | 06 May 2019 12:39:11 | 12.10.47.194 | nahid@aretefinancialfreedom.com | Web Login |
| 5 | 30 Apr 2019 13:03:59 | 0.0.0.0 | nahid@aretefinancialfreedom.com | Card Verification |
| 6 | 30 Apr 2019 13:03:51 | 12.10.47.194 | nahid@aretefinancialfreedom.com | Web Login |
| 7 | 27 Mar 2019 15:09:36 | 12.10.47.194 | nahid@aretefinancialfreedom.com | Web Login |
| 8 | 26 Mar 2019 11:12:30 | 0.0.0.0 | nahid@aretefinancialfreedom.com | Card Verification |
| 9 | 26 Mar 2019 11:12:25 | 12.10.47.194 | nahid@aretefinancialfreedom.com | Web Login |
| 10 | 26 Mar 2019 11:12:21 | 12.10.47.194 | nahid@aretefinancialfreedom.com | Web Login Failed |
| 11 | 15 Mar 2019 10:21:05 | 0.0.0.0 | nahid@aretefinancialfreedom.com | Card Verification |
| 12 | 15 Mar 2019 10:21:01 | 12.10.47.194 | nahid@aretefinancialfreedom.com | Web Login |
| 13 | 13 Mar 2019 15:16:00 | 0.0.0.0 | nahid@aretefinancialfreedom.com | Card Verification |
| 14 | 13 Mar 2019 15:15:59 | 12.10.47.194 | nahid@aretefinancialfreedom.com | Web Login |
| 15 | 13 Mar 2019 15:00:31 | 0.0.0.0 | nahid@aretefinancialfreedom.com | Card Verification |
| 16 | 13 Mar 2019 15:00:26 | 12.10.47.194 | nahid@aretefinancialfreedom.com | Web Login |
| 17 | 14 Dec 2018 17:53:37 | 0.0.0.0 | nahid@aretefinancialfreedom.com | User verification profile changed |
| 18 | 14 Dec 2018 17:52:42 | 0.0.0.0 | nahid@aretefinancialfreedom.com | Customer Information Updated |
| 19 | 14 Dec 2018 17:52:42 | 99.112.82.55 | nahid@aretefinancialfreedom.com | Credit Card Add |
| 20 | 14 Dec 2018 17:52:41 | 99.112.82.55 | nahid@aretefinancialfreedom.com | Web Login |
| 21 | 14 Dec 2018 17:52:41 | 0.0.0.0 | nahid@aretefinancialfreedom.com | Web Address Add |
| 22 | 14 Dec 2018 17:52:40 | 99.112.82.55 | nahid@aretefinancialfreedom.com | Customer Information Updated |
| 23 | 14 Dec 2018 17:52:39 | 99.112.82.55 | nahid@aretefinancialfreedom.com | Web Added Primary User's Name |
| 24 | 14 Dec 2018 17:52:39 | 99.112.82.55 | nahid@aretefinancialfreedom.com | Web Non-Email Login Add |
| 25 | 14 Dec 2018 17:52:39 | 99.112.82.55 | nahid@aretefinancialfreedom.com | Web Non-Email Login Add |
| 26 | 14 Dec 2018 17:52:39 | 99.112.82.55 | nahid@aretefinancialfreedom.com | Public Credential Added to Party |
| 27 | 14 Dec 2018 17:52:39 | 99.112.82.55 | nahid@aretefinancialfreedom.com | Public Credential Enabled for Authentication |
| 28 | 14 Dec 2018 17:52:39 | 99.112.82.55 | nahid@aretefinancialfreedom.com | Web User Agreement |
| 29 | 14 Dec 2018 17:52:39 | 99.112.82.55 | nahid@aretefinancialfreedom.com | Web User Agreement |
| 30 | 14 Dec 2018 17:52:39 | 99.112.82.55 | nahid@aretefinancialfreedom.com | Web Account Created and User Agreement |
| 31 | 14 Dec 2018 17:52:38 | 0.0.0.0 | nahid@aretefinancialfreedom.com | StoredValueServ Holding Account Open |
| 32 | 14 Dec 2018 17:52:38 | 99.112.82.55 | nahid@aretefinancialfreedom.com | Web Address Add |
| 33 | 14 Dec 2018 17:52:38 | 99.112.82.55 | nahid@aretefinancialfreedom.com | Web Phone Add |
| 34 | 14 Dec 2018 17:52:38 | 99.112.82.55 | nahid@aretefinancialfreedom.com | Web Email Add |



## PayPal
*Global Investigations*

**Law Enforcement Officer:** Fairchild, Stephen
**Law Enforcement Agency:** Federal Trade Commission - Seattle, WA
**Requested On:** Tue, 25 Jun 2019 17:06
**Evidence Gathered On:** Mon, 01 Jul 2019 14:26
**Law Enforcement Reference:** FTC Matter No. 1923040
All times indicated in this document refer to time zone GMT

## Registration Information

| Registration Information | |
|---|---|
| *User Info* | |
| First Name | Jay |
| Middle Name | |
| Last Name | Singh |
| DOB | |
| CC Statement Name | RS |
| Email | rs@usffc.org |
| *Business Info* | |
| Business Name | |
| URL | |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Open |
| Account # | 4783 |
| Account Type | Personal - Unregistered - Unverified |
| Time Created | Mon, 20 Apr 2015 7:59:05 |
| SSN | |
| SSN | |
| TIN | |

**Email Addresses**

| Email Address | Primary | Confirmed | Active |
|---|---|---|---|
| rs@usffc.org | TRUE | FALSE | FALSE |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|
| | | | Active |

## Phone Numbers

| Phone Number | Confirmation Status | Type |
|---|---|---|
| +1 9259151749 | Confirmed | Home |

## Addresses

| Address | Use | | Date Entered |
|---|---|---|---|
| 7901 Stoneridge Dr Suite 504, Pleasanton, CA, US 94588 | Third Party Added | | 04/20/15 |

## Financial Information

| | |
|---|---|
| *Summary* | |
| Account Balance | USD 0.00 (Primary) |
| Total Amount Sent | USD 250.00 (Primary) |
| Total Amount Received | USD 0.00 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 0.00 |
| Amount Received Month 2 | USD 0.00 |
| Amount Received Month 3 | USD 0.00 |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |
| *Secure Card Attributes* | |
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |
| *PayPal Credit* | |
| PP Credit Account Number | |

| | |
|---|---|
| Expiration Date | |
| Account Status | |
| Funding Source Availability | |
| Authorized Users | |

## Bank Accounts

### Credit Cards

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| 0111 | INACTIVE-Expired | Jay Singh | 20-Apr-15 | 10/2018 |

| Type | Issuer | Confirmed | Issue # | Currency |
|---|---|---|---|---|
| VISA DEBIT | Bank of America, National Association | Unconfirmed | | USD |

## Debit Cards

### Restrictions

| Restriction | Time Restricted | Time Lifted | Attack Case ID |
|---|---|---|---|

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



## Global Investigations

**Law Enforcement Officer:** Fairchild, Stephen
**Law Enforcement Agency:** Federal Trade Commission - Seattle, WA
**Requested On:** Tue, 25 Jun 2019 17:06
**Evidence Gathered On:** Mon, 01 Jul 2019 14:23
**Law Enforcement Reference:** FTC Matter No. 1923040
All times indicated in this document refer to time zone GMT

## Registration Information

| | |
|---|---|
| *User Info* | |
| First Name | Shunmin |
| Middle Name | |
| Last Name | Hsu |
| DOB | |
| CC Statement Name | MIKE |
| Email | mike@1file.org |
| *Business Info* | |
| Business Name | |
| URL | |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Open |
| Account # | 2131 |
| Account Type | Personal - Unregistered - Unverified |
| Time Created | Wed, 28 Oct 2015 16:44:04 |
| SSN | |
| SSN | |
| TIN | |

## Email Addresses

| Email Address | Primary | Confirmed | Active |
|---|---|---|---|
| mike@1file.org | TRUE | FALSE | FALSE |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

## Phone Numbers

| Phone Number | Confirmation Status | Type |
|---|---|---|
| +1 949-220-0801 | Unconfirmed | Mobile |

## Addresses

| Address | Use | Date Entered |
|---|---|---|
| , TEMPLE CITY , CA, US | Third Party Added | 10/28/15 |

## Financial Information

| | |
|---|---|
| *Summary* | |
| Account Balance | USD 0.00 (Primary) |
| Total Amount Sent | USD 1,700.00 (Primary) |
| Total Amount Received | USD 0.00 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 0.00 |
| Amount Received Month 2 | USD 0.00 |
| Amount Received Month 3 | USD 0.00 |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |
| *Secure Card Attributes* | |
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |
| *PayPal Credit* | |
| PP Credit Account Number | |
| Expiration Date | |

## Bank Accounts

| Account Status | |
|---|---|
| Funding Source Availability | |
| Authorized Users | |

### Credit Cards

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| 4015 | ACTIVE | Shunmin Hsu | 28-Oct-15 | 07/2020 |

| Type | Issuer | Confirmed | Issue # | Currency |
|---|---|---|---|---|
| MASTER_CARD CREDIT | BANK OF AMERICA, NATIONAL ASSOCIATION | Unconfirmed: PayPal Code | | USD |

### Debit Cards

### Restrictions

| Restriction | Time Restricted | Time Lifted | Attack Case ID |
|---|---|---|---|

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Page 962
PX23 France Decl.
Attach. W



## Global Investigations

**Law Enforcement Officer:** Fairchild, Stephen
**Law Enforcement Agency:** Federal Trade Commission - Seattle, WA
**Requested On:** Tue, 25 Jun 2019 17:06
**Evidence Gathered On:** Mon, 01 Jul 2019 14:26
**Law Enforcement Reference:** FTC Matter No. 1923040
All times indicated in this document refer to time zone GMT

## Registration Information

| User Info | |
|---|---|
| First Name | OLIVER |
| Middle Name | |
| Last Name | POMAZI |
| DOB | |
| CC Statement Name | LANTRAN |
| Email | Lan.tran@premiersolutionsservicing.com |
| **Business Info** | |
| Business Name | |
| URL | |
| Customer Service Phone | |
| **Account Info** | |
| Account Status | Open |
| Account # | ▉▉▉▉2644 |
| Account Type | Personal - Unregistered - Unverified |
| Time Created | Tue, 03 Mar 2015 19:06:20 |
| SSN | |
| SSN | |
| TIN | |

## Email Addresses

| Email Address | Primary | Confirmed | Active |
|---|---|---|---|
| Lan.tran@premiersolutionsservicing.com | TRUE | FALSE | FALSE |
| lan.tran@premiersolutionsservicing.com | FALSE | FALSE | FALSE |
| lan.tran@premiesoutionsservicing.com | FALSE | FALSE | FALSE |
| Locphu22@gmail.com | FALSE | FALSE | FALSE |
| loc.phu@premiersolutionsservicing.com | FALSE | FALSE | FALSE |
| processingl@premiersolutionsservicing.com | FALSE | FALSE | FALSE |
| oliver.pomazi@premiersolutionsservicing.com | FALSE | FALSE | FALSE |
| oliver.pomazi@premiersolutionsservicing.com | FALSE | FALSE | FALSE |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

## Phone Numbers

| Phone Number | Confirmation Status | Type |
|---|---|---|
| +1 714-717-0140 | Confirmed | Mobile |

## Addresses

| Address | Use | Date Entered |
|---|---|---|
| OLIVER POMAZI, COSTA MESA, CA, US | Home Or Work | 11/11/16 |
| OLIVER POMAZI, 17885 SKY PARK CIRCLE, SUITE F, IRVINE, CA, US 92614 | Home Or Work | 04/02/16 |
| OLIVER POMAZI, COSTA MESA, CA, US | Home Or Work | 04/02/16 |
| OLIVER POMAZI, 17885 SKY park circle, suite f, Irvine, CA, US 92614 | Home Or Work | 01/15/16 |
| OLIVER POMAZI, COSTA MESA, CA, US | Home Or Work | 01/13/16 |
| OLIVER POMAZI, 17885 sky park circle suit f, irvine, CA, US 92614 | Home Or Work | 12/25/15 |
| OLIVER POMAZI, COSTA MESA, CA, US | Home Or Work | 12/03/15 |
| OLIVER POMAZI, 17885 SKY park circle. Suite F, IRVINE, CA, US 92614 | Home Or Work | 11/23/15 |
| OLIVER POMAZI, 17885 SkyPark Circle, Suite F, IRVINE, CA, US 92614 | Home Or Work | 07/06/15 |

| Address | Home Or Work | Date |
|---|---|---|
| OLIVER POMAZI, 17885 skypark circle suite f, irvine, CA, US 92614 | Home Or Work | 07/06/15 |
| Lan TRAN, , GARDEN GROVE, CA, US | Gift (Hidden) | 07/01/15 |
| OLIVER POMAZI, 17885 Sky Park Circle, Suite F , Irvine, CA, US 92614 | Home Or Work | 07/01/15 |
| OLIVER POMAZI, , COSTA MESA, CA, US | Home Or Work | 07/01/15 |
| OLIVER POMAZI, 17885 Skypark Circle , Irvine, CA, US 92614 | Home Or Work | 06/26/15 |
| OLIVER POMAZI, , COSTA MESA, CA, US | Home Or Work | 06/26/15 |
| OLIVER POMAZI, 17885 SKY PARK CIRCLE 21-F, IRVINE, CA, US 92614 | Home Or Work | 06/04/15 |
| OLIVER POMAZI, 17885 SKY PARK CIRCLE suite f, IRVINE, CA, US 92614 | Home Or Work | 05/29/15 |
| OLIVER POMAZI, 17885 Sky Park circle Suite F , Irvine, CA, US 92614 | Home Or Work | 04/22/15 |
| OLIVER POMAZI, , costa mesa, CA, US | Home Or Work | 04/07/15 |
| OLIVER POMAZI, , Costa mesa, CA, US | Home Or Work | 03/03/15 |
| , Costa mesa, CA, US | Third Party Added | 03/03/15 |

## Financial Information

| Summary | |
|---|---|
| Account Balance | USD 0.00 (Primary) |
| Total Amount Sent | USD 61,428.52 (Primary) |
| Total Amount Received | USD 0.00 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 0.00 |
| Amount Received Month 2 | USD 0.00 |
| Amount Received Month 3 | USD 0.00 |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |

PX23 France Decl.
Attach. W

| | |
|---|---|
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |
| *Secure Card Attributes* | |
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |
| *PayPal Credit* | |
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | |
| Authorized Users | |

## Bank Accounts

## Credit Cards

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| 5666 | INACTIVE-Expired | Oliver Pomazi | 3-Mar-15 | 03/2018 |
| Type | Issuer | Confirmed | Issue # | Currency |
| VISA DEBIT | Wells Fargo Bank, National Association | Unconfirmed | | USD |

## Debit Cards

## Restrictions

| Restriction | Time Restricted | Time Lifted | Attack Case ID |
|---|---|---|---|

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are

prohibited and may violate applicable state and federal laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Page 967
PX23 France Decl.
Attach. W



*Global Investigations*

**Law Enforcement Officer:** Fairchild, Stephen
**Law Enforcement Agency:** Federal Trade Commission - Seattle, WA
**Requested On:** Tue, 25 Jun 2019 17:06
**Evidence Gathered On:** Mon, 01 Jul 2019 14:26
**Law Enforcement Reference:** FTC Matter No. 1923040
All times indicated in this document refer to time zone GMT

## Registration Information

| User Info | |
|---|---|
| First Name | John |
| Middle Name | |
| Last Name | Ho |
| DOB | |
| CC Statement Name | OLIVERPOMAZ |
| Email | oliver.pomazi@premiersolutionsservicing.com |
| Business Info | |
| Business Name | |
| URL | |
| Customer Service Phone | |
| Account Info | |
| Account Status | Open |
| Account # | ██████3649 |
| Account Type | Personal - Unregistered - Unverified |
| Time Created | Fri, 19 Jun 2015 20:38:31 |
| SSN | |
| SSN | |
| TIN | |

## Email Addresses

| Email Address | Primary | Confirmed | Active |
|---|---|---|---|
| oliver.pomazi@premiersolutionsservicing.com | TRUE | FALSE | FALSE |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|
| | | | |

## Phone Numbers

| Phone Number | Confirmation Status | Type |
|---|---|---|
| +1 714-717-0140 | Confirmed | Mobile |

## Addresses

| Address | Use | Date Entered |
|---|---|---|
| , rosemead, CA, US | Third Party Added | 06/19/15 |

## Financial Information

*Summary*

| | |
|---|---|
| Account Balance | USD 0.00 (Primary) |
| Total Amount Sent | USD 804.00 (Primary) |
| Total Amount Received | USD 0.00 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 0.00 |
| Amount Received Month 2 | USD 0.00 |
| Amount Received Month 3 | USD 0.00 |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |

*Secure Card Attributes*

| | |
|---|---|
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |

*PayPal Credit*

| | |
|---|---|
| PP Credit Account Number | |
| Expiration Date | |

## Bank Accounts

| Account Status |  |
|---|---|
| Funding Source Availability |  |
| Authorized Users |  |

### Credit Cards

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| 7492 | INACTIVE-Expired | John Ho | 19-Jun-15 | 10/2017 |
| Type | Issuer | Confirmed | Issue # | Currency |
| VISA CREDIT | Capital One Bank (Usa), National Association | Unconfirmed |  | USD |

## Debit Cards

### Restrictions

| Restriction | Time Restricted | Time Lifted | Attack Case ID |
|---|---|---|---|

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



*Global Investigations*

**Law Enforcement Officer:** Fairchild, Stephen
**Law Enforcement Agency:** Federal Trade Commission - Seattle, WA
**Requested On:** Tue, 25 Jun 2019 17:06
**Evidence Gathered On:** Mon, 01 Jul 2019 14:25
**Law Enforcement Reference:** FTC Matter No. 1923040
All times indicated in this document refer to time zone GMT

## Registration Information

| | |
|---|---|
| *User Info* | |
| First Name | Oliver |
| Middle Name | |
| Last Name | Pomazi |
| DOB | ▮87 |
| CC Statement Name | PREMIERSOLU |
| Email | oliver.pomazi@premiersolutionsservicing.com, ian.tran@premiersolutionsservicing.com |
| *Business Info* | |
| Business Name | Premier Solutions Servicing |
| URL | http://www.premiersolutionsservicing.com |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Open |
| Account # | ▮2522 |
| Account Type | Business - Unverified |
| Time Created | Tue, 21 Jul 2015 1:53:48 |
| SSN | |
| SSN | ▮ |
| TIN | |

## Email Addresses

| Email Address | Primary | Confirmed | Active |
|---|---|---|---|
| oliver.pomazi@premiersolutionsservicing.com | TRUE | TRUE | TRUE |
| ian.tran@premiersolutionsservicing.com | FALSE | TRUE | TRUE |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

## Phone Numbers

| Phone Number | Confirmation Status | Type |
|---|---|---|
| +1 7147170140 | Confirmed | Work |

## Addresses

| Address | Use | Date Entered |
|---|---|---|
| Premier Solutions Servicing, 3400 Avenue Of the arts Apt , Costa Mesa, CA, US 92626 | Home Or Work | 01/19/17 |
| Premier Solutions Servicing, 17885 Sky Park circle Suite F , Irvine, CA, US 92614 | Home Or Work | 07/21/15 |
| Premier Solutions Servicing, 17885 Sky Park circle Suite F , Irvine, CA, US 92614 | Home Or Work | 07/21/15 |

## Financial Information

| Summary | |
|---|---|
| Account Balance | USD 0.00 (Primary) |
| Total Amount Sent | USD 865.49 (Primary) |
| Total Amount Received | USD 0.00 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 0.00 |
| Amount Received Month 2 | USD 0.00 |
| Amount Received Month 3 | USD 0.00 |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |
| Secure Card Attributes | |

| Billing Address |  |
|---|---|
| Secure Card Numbers |  |
| Backup Funding Source |  |
| Daily Spending Limit |  |
| *PayPal Credit* |  |
| PP Credit Account Number |  |
| Expiration Date |  |
| Account Status |  |
| Funding Source Availability |  |
| Authorized Users |  |

## Bank Accounts

### Credit Cards

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| 4934 | ACTIVE | Oliver Pomazi | 19-Jan-17 | 05/2020 |
| **Type** | **Issuer** | **Confirmed** | **Issue #** | **Currency** |
| VISA DEBIT | Wells Fargo Bank, National Association | Unconfirmed: PayPal Code |  | USD |

### Debit Cards

### Restrictions

| Restriction | Time Restricted | Time Lifted | Attack Case ID |
|---|---|---|---|

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# Attachment X

Bank of America Legal Order Processing
Regarding reference number: D040519000208
Court case number: 1923040
Court or issuer: FEDERAL TRADE COMMISSION
Court case name: ARETE FINANCIAL GROUP

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**
Before me, the undersigned authority, personally appeared,
Kimberly Rivera
Who, being duly sworn by me, deposes and says as follows:

1.) <u>Authority.</u> I, Kimberly Rivera, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) <u>Records.</u> The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| LA CASA BONITA INVESTMENTS LLC | 0437 | Statement Pages, Signature Card, Corporate Resolution, Wires | 10/2016 - 04/2017 |
| LA CASA BONITA INVESTMENTS LLC | 0505 | Statement Pages, Signature Card, Corporate Resolution, Wires | 10/2016 - 04/2017 |
| LA CASA BONITA INVESTMENTS LLC | 0518 | Checks, Statement Pages, Signature Card, Corporate Resolution, Wires | 10/2016 - 04/2017 |
| ARETE FINANCIAL GROUP, LLC | 9321 | Checks, Statement Pages, Signature Card, Corporate Resolution, Deposits, Wires | 03/2017 - 03/2019 |
| ARETE FINANCIAL GROUP, LLC | 9334 | Checks, Statement Pages, Signature Card, Corporate Resolution, Deposits, Wires | 03/2017 - 03/2019 |
| ARETE FINANCIAL GROUP, LLC PAYROLL | 9302 | Statement Pages, Signature Card, Corporate Resolution | 09/2017 - 05/2018 |
| ARETE FINANCIAL GROUP, LLC MARKETING | 9768 | Checks, Statement Pages, Signature Card, Corporate Resolution, Wires | 09/2017 - 03/2019 |
| ARETE FINANCIAL GROUP, LLC SETTLEMENT FEES / MSS | 9917 | Statement Pages, Signature Card, Corporate Resolution, Deposits, Wires | 09/2017 - 03/2019 |
| ARETE FINANCIAL GROUP, LLC CC PROCESSING | 0100 | Statement Pages, Signature Card, Corporate Resolution | 09/2017 - 04/2018 |

NOTE; Some records are in electronic format.

3.) <u>Production.</u>
____✓____ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
OR
_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

**Page 974**
**PX23 France Decl.**
**Attach. X**

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: 4/29/2019   Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

___✓___ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this _____ day of _____. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of DE
City/County of NEWARK/NEW CASTLE

PETER A LUARD
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Mar. 23, 2020

Bank of America Legal Order Processing
Regarding reference number: D062519000547
Court case number: 1923040
Court or issuer: FEDERAL TRADE COMMISSION
Court case name: Arete Financial Group

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**
Before me, the undersigned authority, personally appeared,
Lytiasha Jones
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Lytiasha Jones, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| LA CASA BONITA INVESTMENTS LLC | 2021 | Checks, Statement Pages, Signature Card | 03/2014 - 05/2019 |
| LA CASA BONITA INVESTMENTS LLC | 8770 | Statement Pages, Signature Card, Deposits, Offsets | 03/2014 - 05/2019 |
| LA CASA BONITA INVESTMENTS LLC | 8783 | Checks, Statement Pages, Signature Card | 03/2014 - 05/2019 |
| LA CASA BONITA INVESTMENTS LLC | 5674 | Statement Pages, Signature Card, Deposits, Offsets | 02/2016 - 05/2019 |
| ARETE FINANCIAL GROUP, LLC | 9321 | Checks, Statement Pages, Signature Card, Deposits, Offsets | 04/2019 - 05/2019 |
| ARETE FINANCIAL GROUP, LLC | 9334 | Statement Pages, Signature Card | 04/2019 - 05/2019 |
| ARETE FINANCIAL GROUP, LLC MARKETING | 9768 | Checks, Statement Pages, Signature Card | 04/2019 - 05/2019 |
| ARETE FINANCIAL GROUP, LLC SETTLEMENT FEES / MSS | 9917 | Statement Pages, Signature Card | 04/2019 - 05/2019 |
| VERITAS LEGAL PLAN INC | 1835 | Checks, Statement Pages, Signature Card, Deposits, Offsets | 03/2014 - 05/2019 |
| VERITAS LEGAL PLAN INC | 5581 | Checks, Statement Pages, Signature Card, Deposits, Offsets | 03/2014 - 05/2019 |
| VERITAS LEGAL PLAN INC | 8417 | Checks, Statement Pages, Signature Card | 03/2014 - 05/2019 |
| VERITAS LEGAL PLAN INC | 8488 | Statement Pages, Signature Card | 03/2014 - 05/2019 |

**WIRE TRANSFER REPORT**
**ALL ITEMS PRODUCED ELECTRONICALLY**

3.) **Production.**
_____ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                        **OR**
_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/2/2019   Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

_____X_____ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this __2__ day of __July 2019__. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of DE
City/County of NEWARK/NEW CASTLE

NICHOLAS JOVENAL JUANILLO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 17, 2020

Bank of America Legal Order Processing
Regarding reference number: D090519000067
Court case number: 1923040
Court or issuer: FEDERAL TRADE COMMISSION
Court case name: DIAMONDS BY MIRABELLA

### AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS
Before me, the undersigned authority, personally appeared,
Kimberly Rivera
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Kimberly Rivera, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| CAREY G HOWE FUSION GRAPHICS | 0755 | Checks, Statement Pages, Signature Card, Deposits, Wire Report | 03/2014 - 08/2019 |
| DIAMONDS BY MIRABELLA LLC DBA ESP MARKETING FIRM | 4773 | Checks, Statement Pages, Signature Card, Corporate Resolution, Deposits, Wire Report | 03/2014 - 05/2015 |
| DIAMONDS BY MIRABELLA LLC DBA BELLAPRESTA DIAMONDS | 4786 | Checks, Statement Pages, Signature Card, Corporate Resolution, Deposits, Wire Report | 03/2014 - 05/2015 |
| MJ WEALTH SOLUTIONS, LLC | 9274 | Checks, Statement Pages, Signature Card, Corporate Resolution, Deposits, Wire Report | 07/2014 - 08/2019 |
| US FINANCIAL FREEDOM CENTER INC | 1415 | Statement Pages, Signature Card, Corporate Resolution, Wire Report | 03/2014 - 04/2014 |
| US FINANCIAL FREEDOM CENTER INC | 0688 | Statement Pages, Corporate Resolution, Signature Card | 03/2014 - 04/2014 |
| US FINANCIAL FREEDOM CENTER INC | 0691 | Statement Pages, Corporate Resolution, Signature Card | 03/2014 - 04/2014 |
| US FINANCIAL FREEDOM CENTER INC | 3863 | Statement Pages, Corporate Resolution, Signature Card, Wire Report | 10/2014 - 08/2019 |
| US FINANCIAL FREEDOM CENTER INC | 8299 | Checks, Statement Pages, Corporate Resolution, Signature Card, Deposits, Wire Report | 10/2014 - 08/2019 |

NOTE; Some records are in electronic format.

3.) **Production.**
   _____The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/26/2019   Signature: _Kimbly Rivera_

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

_____ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this 26th day of September 2019. In witness thereof I have set my hand and official seal.

_Nnenne Nimdike_

Signature of Notary Public in and for
State of DE
City/County of NEWARK/NEW CASTLE

NNENNA NWADIKE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 26, 2019

# Attachment Y

2014-Jan-22 12:35 PM Bank of America 19252082689                                    3/10

## Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

Account Number: ████ 0688                                    Bank Number: 318

Account Type:   ☒ DDA    ☐ SAV    ☐ CD

Account Title:

US FINANCIAL FREEDOM CENER INC

---

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☒ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)

☐ Other (Defined in W-9 instructions)

Social Security Number _____ (or)   Employer Identification Number 46-4549457

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions).

Certification Instructions:  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

☐ Exempt Payee (check if applicable)

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 JAY SINGH | PRESIDENT | | 1-17-14 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2012 Bank of America, N.A. All Rights Reserved

NCA
00-14-9297M 02-2013

Page 1 of 2

2014-Jan-22  12 35 PM  Bank of America  19252082689                                          4/10

Account Number: ████ 0688

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the
resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the
authorized signers on this account.

_____          PRESIDENT
Authorized Signer                                       Title _____

**Review Information**

**Customer 1:**

Name  JAY SINGH

| ID Type: US Driver License W/Photo | ID#: ████ | ID Issuer: California | Iss. Date: 02/2010 | Exp. Date: 02/2015 |
| ID Type: Major Retail Credit Card | ID#: 3333 | ID Issuer: BMW VISA | Iss. Date: N/A | Exp. Date: 00/0000 |

**Customer 2:**

Name _____

| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Customer 3:**

Name _____

| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Customer 4:**

Name _____

| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Customer 5:**

Name _____

| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Bank Information**

| Date | 01/17/2014 |
| Banking Center Name | BLACKHAWK |
| Associate's Name | Neena Mighni |
| Associate's Phone Number | 075.648.2557 |

NCA
00-14-9297M  02-2013

Page 2 of 2

Page 981
PX23 France Decl.
Attach. Y

2014-Jan-22 12:35 PM Bank of America 19252082689

7/10

# Bank of America

**BANK OF AMERICA, N.A. (THE "BANK")**

**Business Signature Card
with Substitute Form W-9**

**Account Number:** ████████ 069)        **Bank Number:** 318

**Account Type:** ☒ DDA   ☐ SAV   ☐ CD

**Account Title:**

US FINANCIAL FREEDOM CENTER INC

**Legal Designation:** _____

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☒ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)   _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) ____

☐ Other (Defined in W-9 Instructions)

**Social Security Number** _____   (or)   **Employer Identification Number** 46-4549457

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for any/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9. Certification** - Under penalties of perjury, I certify that (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions).

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

☐ Exempt Payee (check if applicable)

| The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. |

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 JAY SINGH | PRESIDENT | | 1-17-14 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2012 Bank of America, N.A. All Rights Reserved

NCA
00-14-9297M 02-2013

Page 1 of 2

**Page 982
PX23 France Decl.
Attach. Y**

2014-Jan-22 12 35 PM Bank of America 19252082689                                    8/10

**Account Number:** _____ 0691 _____

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____                    PRESIDENT
**Authorized Signer**                                          **Title**

**Review Information**

**Customer 1:**

**Name** JAY SINGH

ID Type: US Driver License W/Photo    ID#: _____    ID Issuer: California    Iss. Date: 07/2010    Exp. Date: 02/2015

ID Type: Major Retail Credit Card    ID#: 3313 _____    ID Issuer: BMW VISA    Iss. Date: N/A    Exp. Date: 04/2015

**Customer 2:**

**Name** _____

ID Type: _____    ID#: _____    ID Issuer: _____    Iss. Date: _____    Exp. Date: _____

ID Type: _____    ID#: _____    ID Issuer: _____    Iss. Date: _____    Exp. Date: _____

**Customer 3:**

**Name** _____

ID Type: _____    ID#: _____    ID Issuer: _____    Iss. Date: _____    Exp. Date: _____

ID Type: _____    ID#: _____    ID Issuer: _____    Iss. Date: _____    Exp. Date: _____

**Customer 4:**

**Name** _____

ID Type: _____    ID#: _____    ID Issuer: _____    Iss. Date: _____    Exp. Date: _____

ID Type: _____    ID#: _____    ID Issuer: _____    Iss. Date: _____    Exp. Date: _____

**Customer 5:**

**Name** _____

ID Type: _____    ID#: _____    ID Issuer: _____    Iss. Date: _____    Exp. Date: _____

ID Type: _____    ID#: _____    ID Issuer: _____    Iss. Date: _____    Exp. Date: _____

**Bank Information**

**Date**                           1/17/2014

**Banking Center Name**            BLACKHAWK

**Associate's Name**               Neena Miglani

**Associate's Phone Number**       925-648-8663

NCA
00-14-9297M 02-2013                                                                     Page 2 of 2

**Page 983**
**PX23 France Decl.**
**Attach. Y**

2014-Jan-22 01:01 PM Bank of America 19252082689

1/4

# Bank of America

**BANK OF AMERICA, N.A. (THE "BANK")**

**Business Signature Card
with Substitute Form W-9**

**Account Number:** ▮▮▮▮1415                  **Bank Number:** 318

**Account Type:** ☐ DDA   ☒ SAV   ☐ CD

**Account Title:**

US FINANCIAL FREEDOM CENER INC

**Legal Designation:** _____

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☒ S Corporation

☐ Partnership (Enter the type of partnership: General, LP, LLP or LLLP) _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) ____

☐ Other (Defined in W-9 Instructions) _____

**Social Security Number** _____ **(or) Employer Identification Number** 46-4549457

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. By signing below, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions).

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

☐ Exempt Payee (check if applicable)

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 JAY SINGH | PRESIDENT | _(signature)_ | 1-17-14 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2012 Bank of America, N.A. All Rights Reserved

NCA
00-14-9297M 02-2013

Page 1 of 2

**Page 984
PX23 France Decl.
Attach. Y**

2014-Jan-22 0101 PM Bank of America 19252082689                                                    2/4

**Account Number:** ▓▓▓ **4415**

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

Authorized Signer                                Title    PRESIDENT

**Review Information**

**Customer 1:**

Name  JAY SINGH

ID Type: US Driver License W/Photo     ID# ▓▓▓     ID Issuer: California     Iss. Date: 02/2010     Exp. Date: 9/2/2015

ID Type: Major Retail Credit Card     ID#: 3313     ID Issuer: BMW VISA     Iss. Date: N/A     Exp. Date: 04/2015

**Customer 2:**

Name

ID Type:     ID#:     ID Issuer:     Iss. Date:     Exp. Date:

ID Type:     ID#:     ID Issuer:     Iss. Date:     Exp. Date:

**Customer 3:**

Name

ID Type:     ID#:     ID Issuer:     Iss. Date:     Exp. Date:

ID Type:     ID#:     ID Issuer:     Iss. Date:     Exp. Date:

**Customer 4:**

Name

ID Type:     ID#:     ID Issuer:     Iss. Date:     Exp. Date:

ID Type:     ID#:     ID Issuer:     Iss. Date:     Exp. Date:

**Customer 5:**

Name

ID Type:     ID#:     ID Issuer:     Iss. Date:     Exp. Date:

ID Type:     ID#:     ID Issuer:     Iss. Date:     Exp. Date:

**Bank Information**

| | |
|---|---|
| Date | 01/17/2014 |
| Banking Center Name | BLACKHAWK |
| Associate's Name | Neena Mislazi |
| Associate's Phone Number | 925-648-8667 |

NCA
00-14-9297M  02-2013

Page 2 of 2

**Page 985**
**PX23 France Decl.**
**Attach. Y**

Date: 10/16/2014    Time: 11:35:26 AM (US Central Time) Scanned From IP:10.169.148.10

## Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

**Account Number:** ▆▆▆3863                                   **Bank Number:** 318

**Account Type:** ☐ DDA   ☒ SAV   ☐ CD

**Account Title:**

US FINANCIAL FREEDOM CENTER INC

---

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☒ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)

☐ Other (Defined in W-9 Instructions)

**Social Security Number** _____   **(or)  Employer Identification Number**  46-4549457

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions:  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1. JAY SINGH | PRESIDENT | | 10-14-14 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

NCA
00-14-9297MW 08-2014

© 2012 Bank of America, N.A. All Rights Reserved

Page 1 of 2

Date: 10/16/2014   Time: 11:35:26 AM (US Central Time)   Scanned From IP:18.169.148.10

**Account Number:** ████ 3863

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

Authorized Signer _____   Title   PRESIDENT

**Review Information**

**Customer 1:**

Name   JAY SINGH

ID Type: US Driver License W/Photo   ID#: ████   ID Issuer: California   Iss. Date: 02/2010   Exp. Date: 02/2015

ID Type: Db/Chk Card-Othr Fin Inst   ID#: 9584   ID Issuer: CHASE DEBIT   Iss. Date: N/A   Exp. Date: 04/2017

**Customer 2:**

Name _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 3:**

Name _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 4:**

Name _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 5:**

Name _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Bank Information**

Date   10/14/2014

Banking Center Name   BLACKHAWK

Associate's Name   Neena Miglani

Associate's Phone Number   925-648-8662

NCA
00-14-9297MW 08-2014

Page 2 of 2

Date: 6/6/2015 Time: 5:38:55 PM (US Central Time) Scanned From IP:10.169.201.9

## Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

Account Number: ▉▉▉▉ 8299                      Bank Number: 318

Account Type: ☒ DDA     ☐ SAV     ☐ CD

Account Title:

US FINANCIAL FREEDOM CENTER INC

**Legal Designation:**

☐ Individual/Sole Proprietor    ☐ Trust/Estate    ☐ Unincorporated Association    ☐ C Corporation    ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____

☐ Other (Defined in W-9 instructions)

Social Security Number _____ (or) Employer Identification Number _46-4549457_

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions:  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 JAY SINGH | presidenct | | 5/29/201) |
| 2 RITESH SRIVASTAVA | CEO | | 5/24/15 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NCA
00-14-9297MW 08-2014

© 2012 Bank of America, N.A. All Rights Reserved

Date: 6/6/2015 Time: 5:38:55 PM (US Central Time) Scanned From IP:10.169.201.9

Account Number: ▮▮▮▮8299

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

| Authorized Signer | | Title | |
|---|---|---|---|

**Review Information**

**Customer 1:**

Name _____ JAY SINGH _____

| ID Type | US Driver License W/Photo | ID#: ▮▮▮▮ | ID Issuer: California | Iss. Date 12/2014 | Exp. Date 02/2020 |
|---|---|---|---|---|---|
| ID Type | BOA ATM/Ckcd No Photo | ID#: 0111 | ID Issuer: | Iss. Date N/A | Exp. Date 10/2018 |

**Customer 2:**

Name _____ RITESH SRIVASTAVA _____

| ID Type | US Driver License W/Photo | ID#: ▮▮▮▮ | ID Issuer: California | Iss. Date 12/2013 | Exp. Date 01/2019 |
|---|---|---|---|---|---|
| ID Type | Major Fin'l Credit Cd | ID#: 5362 | ID Issuer: | Iss. Date N/A | Exp. Date 02/2017 |

**Customer 3:**

Name _____

| ID Type: | ID#: | ID Issuer: | Iss. Date | Exp. Date |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date | Exp. Date |

**Customer 4:**

Name _____

| ID Type: | ID#: | ID Issuer: | Iss. Date | Exp. Date |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date | Exp. Date |

**Customer 5:**

Name _____

| ID Type: | ID#: | ID Issuer: | Iss. Date | Exp. Date |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date | Exp. Date |

**Bank Information**

| Date | 05/29/2015 |
|---|---|
| Banking Center Name | HACIENDA BUS PARK |
| Associate's Name | Donnamarie Morton |
| Associate's Phone Number | 925-416-8661 |

NCA
00-14-9297MW 08-2014

Page 2 of 2

Date: 10/26/2016 Time: 3:51:23 PM (US Central Time) Scanned From IP:10.166.163.9

**Bank of America** 📈

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W 9**

| Account Number: | ████0437 ___ ___ | Bank Number: 318 |

Account Type: ☒ DDA   ☐ SAV   ☐ CD

Account Title:

LA CASA BONITA INVESTMENTS LLC

_____

_____

_____

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP) _____

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  S ___

☐ Other (Defined in W-9 instructions) _____

Social Security Number  ___ ___ ___  (or)  Employer Identification Number  47 3380086 ___ ___ ___

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents.  By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W 9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W 9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions:  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W 9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any)  _____

Exemption from FATCA reporting code (if any)  _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W 8.

| | Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | CAREY G HOWE | MANAGING MEMBER | | 10·25·16 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

NCA
00 14-9297MW 08-2014

© 2012 Bank of America, N.A. All Rights Reserved

Page 1 of 2

**Page 990
PX23 France Decl.
Attach. Y**

Date: 10/26/2016 Time: 3:51:23 PM (US Central Time) Scanned From IP:10.166.163.9

**Account Number:** ████0437 _____

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards. I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____          MANAGING MEMBER
Authorized Signer                                                          Title

**Review Information**

**Customer 1:**

Name  CAREY G HOWE _____

ID Type: US Driver License W/Photo     ID#: ████     ID Issuer: California     Iss. Date: 08/2014   Exp. Date: 10/2019

ID Type: BOA ATM/Debitcard W/Photo     ID#: 0996     ID Issuer: VISA     Iss. Date: N/A     Exp. Date: 12/2017

**Customer 2:**

Name _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 3:**

Name _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 4:**

Name _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 5:**

Name _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Bank Information**

| | |
|---|---|
| Date | 10/25/2016 |
| Banking Center Name | SPRINGDALE-EDINGER |
| Associate's Name | Ileana Ortiz |
| Associate's Phone Number | 714 840-0121 |

NCA
00-14-9297MW 08-2014

Page 2 of 2

**Page 991**
**PX23 France Decl.**
**Attach. Y**

Date: 10/26/2016 Time: 3:51:23 PM (US Central Time) Scanned From IP:10.166.163.9

acct ▮▮▮▮▮▮ 0-137

| | | LLC-1 | File # | | 2 0 1 2 2 1 2 1 0 2 8 0 |



## State of California
## Secretary of State

### LIMITED LIABILITY COMPANY
### ARTICLES OF ORGANIZATION

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

**JUL 2 3 2012**

A $70.00 filing fee must accompany this form.

**IMPORTANT – Read instructions before completing this form.**

This Space For Filing Use Only

**ENTITY NAME** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L L C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

La Casa Bonita Investments LLC

**PURPOSE** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).)

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Carey George Howe

| 4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1204 Olive Avenue | Huntington Beach | CA | 92648 |

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

☐ ONE MANAGER

☐ MORE THAN ONE MANAGER

☑ ALL LIMITED LIABILITY COMPANY MEMBER(S)

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

7/19/2012
DATE

SIGNATURE OF ORGANIZER

Karla Figueroa
TYPE OR PRINT NAME OF ORGANIZER

LLC-1 (REV 04/2007)

APPROVED BY SECRETARY OF STATE

Date: 10/26/2016 Time: 3:51:23 PM (US Central Time) Scanned From IP:10.166.163.9

acct ██████████ 0437



I hereby certify that the foregoing
transcript of _____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

AUG 0 2 2012

Date _____

DEBRA BOWEN, Secretary of State

Date: 10/26/2016 Time: 3:51:23 PM (US Central Time) Scanned From IP:10.166.163.9

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W 9**

**Account Number:** 0518   **Bank Number:** 318

**Account Type:** ☒ DDA   ☐ SAV   ☐ CD

**Account Title:**

LA CASA BONITA INVESTMENTS LLC

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  S

☐ Other (Defined in W-9 instructions)

**Social Security Number** _____   (or)   **Employer Identification Number** 47 3380086

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions:  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W 8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 CAREY G HOWE | MANAGING MEMBER | | 10·25·16 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NCA
00-14-9297MW 08-2014

© 2012 Bank of America, N.A. All Rights Reserved
Page 1 of 2

Date: 10/26/2016 Time: 3:51:23 PM (US Central Time) Scanned From IP:10.166.163.9

**Account Number:** ⬛0518

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

Authorized Signer                 Title: MANAGING MEMBER.

**Review Information**

**Customer 1:**

Name CAREY G HOWE

ID Type: US Driver License W/Photo    ID# ⬛    ID Issuer: California    Iss. Date: 08/2014    Exp. Date: 10/2019

ID Type: BOA ATM/Debitcard W/Photo    ID#: 0996    ID Issuer: VISA    Iss. Date: N/A    Exp. Date: 12/2017

**Customer 2:**

Name
ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:
ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Customer 3:**

Name
ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:
ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Customer 4:**

Name
ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:
ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Customer 5:**

Name
ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:
ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Bank Information**

| | |
|---|---|
| Date | 10/25/2016 |
| Banking Center Name | SPRINGDALEEDINGER |
| Associate's Name | Ileana Oriiz |
| Associate's Phone Number | 714-840 0121 |

NCA
00-14-9297MW 08-2014

Page 995
PX23 France Decl.
Attach. Y

Date: 10/26/2016 Time: 3:51:23 PM (US Central Time) Scanned From IP:10.166.163.9

acct- ████████ 0518

LLC-1   File # 201221210280



# State of California
## Secretary of State

## LIMITED LIABILITY COMPANY
## ARTICLES OF ORGANIZATION

A $70.00 filing fee must accompany this form.

**IMPORTANT – Read instructions before completing this form.**

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

JUL 2 3 2012

This Space For Filing Use Only

**ENTITY NAME** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

La Casa Bonita Investments LLC

**PURPOSE** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Carey George Howe

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA     CITY     STATE     ZIP CODE

1204 Olive Avenue     Huntington Beach  CA     92648

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY

[ ] ONE MANAGER

[ ] MORE THAN ONE MANAGER

[✓] ALL LIMITED LIABILITY COMPANY MEMBER(S)

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

7/19/2012
DATE

SIGNATURE OF ORGANIZER

Karla Figueroa
TYPE OR PRINT NAME OF ORGANIZER

LLC-1 (REV 04/2007)     APPROVED BY SECRETARY OF STATE

Date: 10/26/2016 Time: 3:51:23 PM (US Central Time) Scanned From IP:10.166.163.9

acct [REDACTED] 0518



Date: 10/26/2016 Time: 3:51:23 PM (US Central Time) Scanned From IP:10.166.163.9

**Bank of America** 〰

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Limited Liability Company Resolutions**
**Opening and Maintaining Deposit Accounts and Services**

Account Number: ▉▉▉▉ 0 505

Name of Limited Liability Company   LA CASA BONITA INVESTMENTS LLC

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

, that I am the a/the   *Managing   Member*   and the designated keeper

Title

of the records and minutes of   LA CASA BONITA INVESTMENTS LLC   ,

a [✓] limited liability company [ ] professional limited liability company duly organized and existing under the laws of the State of   *California*

(the "Company"); that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted

by a majority of the members/managers of said Company at a meeting duly held on the   *25th*   day of   *October*   .   *2016*   at

which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full

force and effect and have not been amended or rescinded.

**1.  Resolved,** that   BANK OF AMERICA, N.A.   (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company
with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any
one of the following members, managers, or employees of this Company:

| *CAREY   HOWE* | *MANAGING   MEMBER.* |
|---|---|
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C 1693 et seq ) nor Regulation E (12
C F R Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend  supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

**2.  Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

NCA
00-14-9258M  11-2013

Page 1 of 2

Date: 10/25/2016 Time: 3:51:23 PM (US Central Time) Scanned From IP: 10.166.163.9

Account Number ███████ 0505

**3.   Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Bank, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4.   Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5.   Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall he indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6.   Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7.   Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8.   Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this

_25th_   day of _October , 2016_

**Member/Manager**

| Bank Information | |
|---|---|
| Date | 10/25/2016 |
| Banking Center Name | SPRINGDALE EDINGER |
| Associate's Name | Ileana Ortiz |
| Associate's Phone Number | 714-840-0121 |

Page 2 of 2



**Page 999**
**PX23 France Decl.**
**Attach. Y**

Date: 10/26/2016 Time: 3:51:23 PM (US Central Time) Scanned From IP:10.166.163.9

# Bank of America 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

**Account Number:** ▮▮▮▮0505                                    **Bank Number:** 318

**Account Type:** ☒ DDA     ☐ SAV     ☐ CD

**Account Title:**

LA CASA BONITA INVESTMENTS LLC

---

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  S

☐ Other (Defined in W-9 instructions)

**Social Security Number** __ __ __ - __ __ - __ __ __ __   (or)   **Employer Identification Number** 47-3380086  __ __ __ __ __ __ __

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification  Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> **The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| | Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | CAREY G HOWE | MANAGING MEMBER | | 10·25·16 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

NCA
00-14-9297MW  08 2014

© 2012 Bank of America, N.A. All Rights Reserved
Page 1 of 2

Date: 10/26/2016 Time: 3:51:23 PM (US Central Time) Scanned From IP:10.166.163.9

**Account Number:** ████ 0505 _____ ____

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____   MANAGING  MEMBER.
Authorized Signer                              Title

**Review Information**

**Customer 1:**

Name    CAREY G HOWE _____

ID Type: US Driver License W/Photo    ID#: ████    ID Issuer: California    Iss. Date: 08/2014    Exp. Date: 10/2019

ID Type: BOA ATM/Debitcard W/Photo    ID#: 0996    ID Issuer: VISA    Iss. Date: N/A    Exp. Date: 12/2017

**Customer 2:**

Name

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Customer 3:**

Name

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Customer 4:**

Name

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Customer 5:**

Name

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Bank Information**

| | |
|---|---|
| **Date** | 10/25/2016 |
| **Banking Center Name** | SPRINGDALE-EDINGER |
| **Associate's Name** | Ileana Ortiz. |
| **Associate's Phone Number** | 714-840-0121 |

NCA
00-14-9297MW 08 2014

Page 2 of 2

Page 1001
PX23 France Decl.
Attach. Y

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

**Account Number:** ███ 2021                                   **Bank Number:** 318

**Account Type:**  ☐ DDA   ☒ SAV   ☐ CD

**Account Title:**

LA CASA BONITA INVESTMENTS LLC

**Legal Designation:**

☐ **Individual/Sole Proprietor**   ☐ **Trust/Estate**   ☐ **Unincorporated Association**   ☐ **C Corporation**   ☐ **S Corporation**

☐ **Partnership**   (Enter the type of partnership: General, LP, LLP or LLLP)

☒ **Limited Liability Company** (Enter tax classification: C  C Corporation, S=S Corporation, P=Partnership or M  Single Member Sole Proprietor)   P

☐ **Other (Defined in W-9 instructions)**

**Social Security Number** _____   **(or)**   **Employer Identification Number**  46-6375902

**By signing below, I/we acknowledge and agree** that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, **I/we acknowledge** the receipt of these documents. **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we want** interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> **The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | C* SIGNER | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 CAREY G HOWE | | President | | 10·31·16 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

© 2012 Bank of America, N.A. All Rights Reserved

NCA
00-14-9297MW  08-2014

Page 1 of 2

Page 1002
PX23 France Decl.
Attach. Y

**Account Number:** ████2021

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

PRESIDENT

Authorized Signer                                        Title

---

**Review Information**

**Customer 1:**

Name ___CAREY G HOWE___

ID Type: US Driver License W/Photo  ID#: ████  ID Issuer: California  Iss. Date: 08/2014  Exp. Date: 10/2019

ID Type: BOA ATM/Debitcard W/Photo  ID#: 0996  ID Issuer: VISA  Iss. Date: N/A  Exp. Date: 12/2017

**Customer 2:**

Name _____

ID Type: _____  ID#: _____  ID Issuer: _____  Iss. Date: _____  Exp. Date: _____

ID Type: _____  ID#: _____  ID Issuer: _____  Iss. Date: _____  Exp. Date: _____

**Customer 3:**

Name _____

ID Type: _____  ID#: _____  ID Issuer: _____  Iss. Date: _____  Exp. Date: _____

ID Type: _____  ID#: _____  ID Issuer: _____  Iss. Date: _____  Exp. Date: _____

**Customer 4:**

Name _____

ID Type: _____  ID#: _____  ID Issuer: _____  Iss. Date: _____  Exp. Date: _____

ID Type: _____  ID#: _____  ID Issuer: _____  Iss. Date: _____  Exp. Date: _____

**Customer 5:**

Name _____

ID Type: _____  ID#: _____  ID Issuer: _____  Iss. Date: _____  Exp. Date: _____

ID Type: _____  ID#: _____  ID Issuer: _____  Iss. Date: _____  Exp. Date: _____

---

**Bank Information**

**Date**                         10/31/2016

**Banking Center Name**          SPRINGDALE-EDINGER

**Associate's Name**             Ileana Ortiz

**Associate's Phone Number**     714-840-0121

NCA
00-14-9297MW  08-2014



Page 2 of 2

Page 1003
PX23 France Decl.
Attach. Y

# Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

**Account Number:** ▆▆▆ 5674                                    **Bank Number:** 318

**Account Type:**  ☒ DDA   ☐ SAV   ☐ CD

**Account Title:**

LA CASA BONITA INVESTMENTS LLC

---

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership (Enter the type of partnership: General, LP, LLP or LLLP) _____

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) P

☐ Other (Defined in W-9 instructions) _____

**Social Security Number** _____   **(or)   Employer Identification Number** 46-6375902

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1. CAREY G HOWE   *OR SIGNER* | President | *(signature)* | 10-31-16 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

NCA
00-14-9297MW 08-2014

© 2012 Bank of America, N.A. All Rights Reserved

Page 1004
PX23 France Decl.
Attach. Y _____

**Account Number:** ████5674

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards. I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

| Authorized Signer | | Title PRESIDENT |
|---|---|---|

---

**Review Information**

**Customer 1:**

Name CAREY G HOWE

| ID Type: US Driver License W/Photo | ID#: ████ | ID Issuer: California | Iss. Date: 08/2014 | Exp. Date: 10/2019 |
|---|---|---|---|---|
| ID Type: BOA ATM/Debitcard W/Photo | ID#: 0996 | ID Issuer: USA | Iss. Date: N/A | Exp. Date: 12/2017 |

**Customer 2:**

Name

| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Customer 3:**

Name

| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Customer 4:**

Name

| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Customer 5:**

Name

| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

---

**Bank Information**

| | |
|---|---|
| **Date** | 10/31/2016 |
| **Banking Center Name** | SPRINGDALE-EDINGER |
| **Associate's Name** | Ileana Ortiz |
| **Associate's Phone Number** | 714-840-0121 |

NCA
00-14-9297MW 08-2014



**Bank of America** ⬅️⬅️

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

**Account Number:** ▓▓8783                              **Bank Number:** 318

**Account Type:** ☒ DDA   ☐ SAV   ☐ CD

**Account Title:**

LA CASA BONITA INVESTMENTS LLC

---

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership   **(Enter the type of partnership: General, LP, LLP or LLLP)** _____

☒ Limited Liability Company **(Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)** P

☐ Other **(Defined in W-9 instructions)** _____

**Social Security Number** _____   **(or)   Employer Identification Number**  46-6375902 _____

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, **I/we acknowledge** the receipt of these documents. **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we want** interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> **The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1. CAREY G HOWE | ᵇʸ SIGNER President | ✗ | 10·31·16 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Page 1006
PX23 France Decl.
Attach. Y

**Account Number:** ▋▋▋▋8783

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards. I (as authorized by the
resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the
authorized signers on this account.

| | |
|---|---|
| _____ | PRESIDENT |
| Authorized Signer | Title |

---

**Review Information**

**Customer 1:**

Name ___ CAREY G HOWE

ID Type: US Driver License W/Photo   ID#: ▋▋▋▋   ID Issuer: California   Iss. Date: 08/2014   Exp. Date: 10/2019

ID Type: BOA ATM/Debitcard W/Photo   ID#: 0996   ID Issuer: VISA   Iss. Date: N/A   Exp. Date: 12/2017

**Customer 2:**

Name ___

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 3:**

Name ___

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 4:**

Name ___

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 5:**

Name ___

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

---

**Bank Information**

| | |
|---|---|
| **Date** | 10/31/2016 |
| **Banking Center Name** | SPRINGDALE-EDINGER |
| **Associate's Name** | Ileana Ortiz |
| **Associate's Phone Number** | 714-840-0121 |

NCA
00-14-9297MW  08-2014



Page 1007
PX23 France Decl.
Attach. Y

Date: 5/24/2017 Time: 2:24:57 PM (US Central Time) Scanned From IP:10.166.163.9

## Bank of America
BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

**Account Number:** ████9321     **Bank Number:** 318

**Account Type:** ☒ Checking (DDA)   ☐ Savings (SAV)   ☐ Certificate of Deposit (CD)

**Account Title:**
ARETE FINANCIAL GROUP, LLC

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP) _____

☒ Limited Liability Company (Enter tax classification: C  C Corporation, S  S Corporation, P  Partnership or M=Single Member Sole Proprietor)  P

☐ Other (Defined in W-9 instructions)

**Social Security Number** _____    (or)  **Employer Identification Number**  81 5312660

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W 9).

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

**Exemptions (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):**

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 RUDDY PALACIOS | Member | | 5/22/17 |
| 2 SHUNMIN HSU | Member | | 05/22/17 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2016 Bank of America, N.A.  All Rights Reserved

NCA
00-14-9297M  11-2016



Page 1 of 2

**Page 1008**
**PX23 France Decl.**
**Attach. Y**

Date: 5/24/2017 Time: 2:24:57 PM (US Central Time) Scanned From IP:10.166.163.9

**Account Number:** ████9321

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____        _____
Authorized Signer                                    Title

---

**Review Information**

**Customer 1:**

Name  RUDDY PALACIOS

| ID Type: US ALIEN REGIS ID W/PHOTO | ID#: ██████ | ID Issuer: NA | Iss. Date: 05/2001 | Exp. Date: 04/2024 |
| ID Type: MAJOR FIN'L CREDIT CD | ID#: 2091 | ID Issuer: NA Wells Fargo Visa | Iss. Date: NA | Exp. Date: 06/2019 |

**Customer 2:**

Name  SHUNMIN HSU

| ID Type: US DRIVER LICENSE W/PHOTO | ID#: ██████ | ID Issuer: CA | Iss. Date: 06/2015 | Exp. Date: 08/2020 |
| ID Type BOA ATM/CKCD NO PHOTO | ID#: 2271 | ID Issuer: NA BofA | Iss. Date: NA | Exp. Date: 07/2018 |

**Customer 3:**

Name  _____

| ID Type: _____ | ID#: _____ | ID Issuer: _____ | Iss. Date: _____ | Exp. Date: _____ |
| ID Type: _____ | ID#: _____ | ID issuer: _____ | Iss. Date: _____ | Exp. Date: _____ |

**Customer 4:**

Name  _____

| ID Type: _____ | ID#: _____ | ID Issuer: _____ | Iss. Date: _____ | Exp. Date: _____ |
| ID Type: _____ | ID#: _____ | ID Issuer: _____ | Iss. Date: _____ | Exp. Date: _____ |

**Customer 5:**

Name  _____

| ID Type _____ | ID#: _____ | ID Issuer _____ | Iss. Date _____ | Exp. Date: _____ |
| ID Type: _____ | ID#: _____ | ID Issuer: _____ | Iss Date _____ | Exp. Date: _____ |

---

**Bank Information**

| Date | 05/22/2017 |
| Financial Center Name | SPRINGDALE-EDINGER |
| Employee's Name | Dave, Sangat |
| Employee's Phone Number | 714-377-6570 |

NCA
00-14-9297M 11-2016



Page 2 of 2

**Page 1009**
**PX23 France Decl.**
**Attach. Y**

Date: 5/24/2017 Time: 2:24:57 PM (US Central Time) Scanned From IP:10.166.163.9

## Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

**Account Number:** ▯▯▯▯9334                    **Bank Number:** 318

**Account Type:** ☒ Checking (DDA)   ☐ Savings (SAV)   ☐ Certificate of Deposit (CD)

**Account Title:**
ARETE FINANCIAL GROUP, LLC

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S  S Corporation, P  Partnership or M=Single Member Sole Proprietor)  P

☐ Other (Defined in W-9 instructions)

**Social Security Number** ____   __   ____   **(or)  Employer Identification Number** 81 5312660

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

**Substitute Form W-9.** Certification   Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

**Exemptions** (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | RUDDY PALACIOS | member | | 5/22/17 |
| 2 | SHUNMIN HSU | member | | 05/22/17 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

© 2016 Bank of America, N.A. All Rights Reserved

NCA
00-14-9297M 11-2016



Page 1 of 2

**Page 1010
PX23 France Decl.
Attach. Y**

Date: 5/24/2017 Time: 2:24:57 PM (US Central Time) Scanned From IP:10.166.163.9

**Account Number:** ████ 9334

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

| Authorized Signer | Title |
|---|---|

**Review Information**

**Customer 1:**

Name   RUDDY PALACIOS

| ID Type: US ALIEN REGIS ID W/PHOTO | ID#: ████ | ID Issuer: NA | Iss. Date: 05/2001 | Exp. Date: 04/2024 |
| ID Type MAJOR FIN'L CREDIT CD | ID#: 2091 | ID Issuer: NA Wells Fargo Visa | Iss. Date: NA | Exp. Date: 06/2019 |

**Customer 2:**

Name   SHUNMIN HSU

| ID Type: US DRIVER LICENSE W/PHOTO | ID#: ████ | ID Issuer: CA | Iss. Date: 06/2015 | Exp. Date: 08/2020 |
| ID Type: BOA ATM/CKCD NO PHOTO | ID#: 2271 | ID Issuer: NA BofA | Iss. Date NA | Exp. Date: 07/2018 |

**Customer 3:**

Name

| ID Type | ID#: | ID Issuer: | Iss. Date: | Exp. Date |
| ID Type: | ID#: | ID Issuer: | Iss. Date | Exp. Date |

**Customer 4:**

Name

| ID Type | ID# | ID Issuer | Iss. Date: | Exp. Date: |
| ID Type | ID#: | ID Issuer: | Iss. Date: | Exp. Date |

**Customer 5:**

Name

| ID Type: | ID#: | ID Issuer: | Iss. Date | Exp. Date: |
| ID Type: | ID# | ID Issuer | Iss. Date | Exp. Date. |

**Bank Information**

| Date | 05/22/2017 |
|---|---|
| **Financial Center Name** | SPRINGDALE-EDINGER |
| **Employee's Name** | Dave, Sangat |
| **Employee's Phone Number** | 714-377-6570 |

NCA
00-14-9297M  11-2016



Page 2 of 2

**Page 1011**
**PX23 France Decl.**
**Attach. Y**

Date: 11/15/2017 Time: 4:17:40 PM (US Central Time) Scanned From IP:10.166.151.136

# Bank of America
BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

| **Account Number:** | 0100 | | **Bank Number:** | 318 |
|---|---|---|---|---|

**Account Type:** ☒ Checking (DDA)   ☐ Savings (SAV)   ☐ Certificate of Deposit (CD)

**Account Title:**

ARETE FINANCIAL GROUP, LLC

CC PROCESSING

---

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP) _____

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  P

☐ Other (Defined in W-9 instructions) _____

**Social Security Number** _____   (or)  **Employer Identification Number**  81-5312660

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

**Substitute Form W-9.** Certification   Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

**Exemptions (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):**

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | RUDDY PALACIOS | Member |  | 09/01/17 |
| 2 | SHUNMIN HSU | Member | | 08/01/17 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

© 2016 Bank of America, N.A. All Rights Reserved

NCA
00-14-9297M 11 2016

**Page 1012
PX23 France Decl.
Attach. Y**

Date: 11/15/2017 Time: 4:17:40 PM (US Central Time) Scanned From IP:10.166.151.136

**Account Number:** ▇▇▇0100

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____     Member
Authorized Signer                                Title

**Review Information**

**Customer 1:**

Name   RUDDY PALACIOS

ID Type: US Alien Regis ID W/Photo   ID#: ▇▇▇   ID Issuer:  USA   Iss. Date: 052001   Exp. Date: 04/2024

ID Type: Major Fin'l Credit Cd   ID#: 2091   ID Issuer:  N/A   Iss. Date: N/A   Exp. Date: 06/2019
Wells Fargo

**Customer 2:**

Name   SHUNMIN HSU

ID Type: US Driver License W/Photo   ID#: ▇▇▇   ID Issuer: California   Iss. Date 06/2015   Exp. Date: 08/2020

ID Type: BOA ATM'Cked No Photo   ID# 2271   ID Issuer:  NA   Iss. Date N/A   Exp. Date: 07/2018

**Customer 3:**

Name   _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 4:**

Name   _____

ID Type: _____   ID# _____   ID Issuer _____   Iss. Date _____   Exp. Date _____

ID Type: _____   ID# _____   ID Issuer _____   Iss. Date _____   Exp. Date _____

**Customer 5:**

Name   _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Bank Information**

| Date | 09/01/2017 |
|---|---|
| Financial Center Name | HARBOR-EDINGER |
| Employee's Name | Jorge Alvarez |
| Employee's Phone Number | 714-347-0051 |

NCA
00-14-9297M 11-2016



Page 2 of 2

Date: 11/15/2017 Time: 4:17:40 PM (US Central Time) Scanned From IP:10.166.151.136

**Bank of America** 
BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

**Account Number:** [████] 9302          **Bank Number:** 318

**Account Type:**   ☒ Checking (DDA)    ☐ Savings (SAV)    ☐ Certificate of Deposit (CD)

**Account Title:**
ARETE FINANCIAL GROUP, LLC

PAYROLL

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP) _____

☒ Limited Liability Company (Enter tax classification: C  C Corporation, S=S Corporation, P=Partnership or M  Single Member Sole Proprietor)   P

☐ Other (Defined in W-9 instructions)

**Social Security Number** _____ _____    (or)   **Employer Identification Number**  81-5312660

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents.  By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.  The Deposit Agreement includes a provision for alternative dispute resolution.

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

**Substitute Form W-9.** Certification  Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

**Exemptions** (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):

| | |
|---|---|
| | **The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.** |

| | Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | RUDDY PALACIOS | Member | | 09/01/17 |
| 2 | SHUNMIN HSU | Membr | | 09/01/17 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

© 2016 Bank of America, N.A. All Rights Reserved

NCA
00-14-9297M  11-2016



**Page 1014**
**PX23 France Decl.**
**Attach. Y**

Date: 11/15/2017 Time: 4:17:40 PM (US Central Time) Scanned From IP:10.166.151.136

Account Number: ▓▓▓9302

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____         Member
Authorized Signer                                    Title

**Review Information**

**Customer 1:**

Name   RUDDY PALACIOS

ID Type: US Alien Regis ID W/Photo   ID#: ▓▓▓▓   ID Issuer: USA   Iss. Date: 05/2001   Exp. Date: 04/2024

ID Type: Major Fin'l Credit Cd   ID#: 2091   ID Issuer: NA   Iss. Date: N/A   Exp. Date: 06/2019
                                                                  Wells Fargo (DAT)

**Customer 2:**

Name   SHUNMIN HSU

ID Type: US Driver License W/Photo   ID#: ▓▓▓▓   ID Issuer: California   Iss. Date: 06/2015   Exp. Date: 08/2020

ID Type: BOA ATM/Ckcd No Photo   ID#: 2271   ID Issuer: NA   Iss. Date: N/A   Exp. Date: 07/2018

**Customer 3:**

Name

ID Type:   ID#:   ID Issuer:   Iss. Date:   Exp. Date:

ID Type:   ID#:   ID Issuer:   Iss. Date:   Exp. Date:

**Customer 4:**

Name

ID Type:   ID#:   ID Issuer:   Iss. Date:   Exp. Date:

ID Type:   ID#:   ID Issuer:   Iss. Date:   Exp. Date:

**Customer 5:**

Name

ID Type:   ID#:   ID Issuer:   Iss. Date:   Exp. Date:

ID Type:   ID#:   ID Issuer:   Iss. Date:   Exp. Date:

**Bank Information**

Date   09/01/2017

Financial Center Name   HARBOR-EDINGER

Employee's Name   Jorge Alvarez

Employee's Phone Number   714-347-0051

NCA
00-14 9297M 11 2016



Page 2 of 2

**Page 1015
PX23 France Decl.
Attach. Y**

Date: 9/1/2017 Time: 7:10:43 PM (US Central Time) Scanned From IP:10.166.151.136

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Limited Liability Company Resolutions**
**Opening and Maintaining Deposit Accounts and Services**

Account Number [redacted]9768

Name of Limited Liability Company   ARETE FINANCIAL GROUP, LLC

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

, that I am the a/the   **MEMBER**   and the designated keeper
Title

of the records and minutes of   ARETE FINANCIAL GROUP, LLC

a [X] limited liability Company [ ] professional limited liability company duly organized and existing under the laws of the State of **California**

(the "Company"); that I have full authority to manage, represent, sign for and bind the Company; that the following is a true copy of resolutions duly adopted

by a majority of the members/managers of said Company at a meeting duly held on the ____**1**____ day of **September** , **2017** , at

which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full

force and effect and have not been amended or rescinded.

1. **Resolved,** that   BANK OF AMERICA, N A _____ (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company
with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any
one of the following members, managers, or employees of this Company:

| Name | Title/Status |
|---|---|
| Ruddy Palacios | Member |
| Shunmin Hsu | Member |
| | |
| | |

is hereby authorized on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank: to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

2. **Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof: and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

NCA
00-14-9258M 11 2013

Page 1 of 2



**Page 1016**
**PX23 France Decl.**
**Attach. Y**

Date: 9/1/2017 Time: 7:10:43 PM (US Central Time) Scanned From IP:10.166.151.136

Account Number: ████████0768

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this

___1___ day of September , 2017 .

Member/Manager

| Bank Information | |
|---|---|
| Date | 09/01/2017 |
| Banking Center Name | HARBOR-EDINGER |
| Associate's Name | Jorge Alvarez |
| Associate's Phone Number | 714-347-0051 |

Page 2 of 2



**Page 1017**
**PX23 France Decl.**
**Attach. Y**

Date: 11/15/2017 Time: 4:17:40 PM (US Central Time) Scanned From IP:10.166.151.136

# Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

| | |
|---|---|
| **Account Number:** ████ 9768 | **Bank Number:** 318 |

**Account Type:** ☒ Checking (DDA)   ☐ Savings (SAV)   ☐ Certificate of Deposit (CD)

**Account Title:**
ARETE FINANCIAL GROUP, LLC
MARKETING

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP) _____

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  P

☐ Other (Defined in W 9 instructions) _____

**Social Security Number** _____   (or)   **Employer Identification Number** 81 5312660

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

**Substitute Form W 9.** Certification   Under penalties of perjury, I certify that: ( 1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W 9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

**Exemptions (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):**

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | RUDDY PALACIOS | Member | | 09/01/17 |
| 2 | SHUNMIN HSU | Member | | 09/01/17 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

© 2016 Bank of America, N.A. All Rights Reserved

NCA
00-14 9297M 11-2016



Page 1018
PX23 France Decl.
Attach. Y

Date: 11/15/2017 Time: 4:17:40 PM (US Central Time) Scanned From IP:10.166.151.136

**Account Number:** ███████ 9768

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____     Member
Authorized Signer                            _____
                                             Title

---

**Review Information**

**Customer 1:**

Name   RUDDY PALACIOS

| | | | | |
|---|---|---|---|---|
| ID Type: US Alien Regis ID W/Photo | ID# ███████ | ID Issuer: USA | Iss. Date: 05.2001 | Exp. Date 04/3024 |
| ID Type: Major Fin'l Credit Cd | ID#: 2091 | ID Issuer: ~~NA~~ Wells Fargo.FA | Iss Date: N/A | Exp. Date 06/2019 |

**Customer 2:**

Name   SHUNMIN HSU

| | | | | |
|---|---|---|---|---|
| ID Type: US Driver License W/Photo | ID#: ███████ | ID Issuer: California | Iss. Date 06/2015 | Exp. Date: 08/2020 |
| ID Type: BOA ATM/Cked No Photo | ID#: 2271 | ID Issuer: NA | Iss. Date: N/A | Exp. Date: 07/2018 |

**Customer 3:**

Name   _____

| | | | | |
|---|---|---|---|---|
| ID Type: _____ | ID# _____ | ID Issuer: _____ | Iss. Date _____ | Exp. Date _____ |
| ID Type: _____ | ID#: _____ | ID Issuer: _____ | Iss. Date: _____ | Exp. Date: _____ |

**Customer 4:**

Name   _____

| | | | | |
|---|---|---|---|---|
| ID Type: _____ | ID#: _____ | ID Issuer: _____ | Iss. Date: _____ | Exp. Date _____ |
| ID Type: _____ | ID#: _____ | ID Issuer: _____ | Iss. Date _____ | Exp Date _____ |

**Customer 5:**

Name   _____

| | | | | |
|---|---|---|---|---|
| ID Type: _____ | ID# _____ | ID Issuer: _____ | Iss. Date: _____ | Exp. Date: _____ |
| ID Type: _____ | ID#: _____ | ID Issuer: _____ | Iss. Date _____ | Exp. Date _____ |

---

**Bank Information**

| | |
|---|---|
| Date | 09/01/2017 |
| Financial Center Name | HARBOR-EDINGER |
| Employee's Name | Jorge Alvarez |
| Employee's Phone Number | 714-347-0051 |

NCA

00-44-9297M  11-2016



Page 2 of 2

**Page 1019**
**PX23 France Decl.**
**Attach. Y**

Date: 9/1/2017 Time: 7:10:43 PM (US Central Time) Scanned From IP:10.166.151.136

## Bank of America ⬳

BANK OF AMERICA, N.A (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

| | | | |
|---|---|---|---|
| **Account Number:** | ▮▮▮▮ 9917 | **Bank Number:** | 318 |

**Account Type:**   ☒ Checking (DDA)   ☐ Savings (SAV)   ☐ Certificate of Deposit (CD)

**Account Title:**

ARETE FINANCIAL GROUP, LLC

SETTLEMENT FEES / MSS

---

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P Partnership or M=Single Member Sole Proprietor)   P

☐ Other (Defined in W-9 instructions)

**Social Security Number** _____   (or)   **Employer Identification Number**   81-5312660

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

**Exemptions** (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | RUDDY PALACIOS | Member | _(signature)_ | 09·01·17 |
| 2 | SHUNMIN HSU | Member | _(signature)_ | 09·01·17 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

©2016 Bank of America, N.A. All Rights Reserved

NCA
00-14 9297M 11-2016

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Page 1 of 2

**Page 1020
PX23 France Decl.
Attach. Y**

Date: 9/1/2017 Time: 7:10:43 PM (US Central Time) Scanned From IP:10.166.151.136

**Account Number:** ▓▓▓▓9917 _____

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____          Member
Authorized Signer                                         Title

**Review Information**

**Customer 1:**

Name   RUDDY PALACIOS

ID Type: US Alien Regis ID W/Photo   ID#: ▓▓▓   ID Issuer: USA   Iss. Date: 05/2001   Exp. Date: 04/2024

ID Type: Major Fin'l Credit Cd   ID#: 2091   ID Issuer: NA   Iss. Date: N/A   Exp. Date: 06/2019

**Customer 2:**

Name   SHUNMIN HSU

ID Type: US Driver License W/Photo   ID#: ▓▓▓   ID Issuer: California   Iss. Date: 06/2015   Exp. Date: 08/2020

ID Type: BOA ATM/Ckcd No Photo   ID#: 2271   ID Issuer: NA   Iss. Date: N/A   Exp. Date: 07/2018

**Customer 3:**

Name _____

ID Type: _____  ID#: _____  ID Issuer: _____  Iss. Date: _____  Exp. Date: _____

ID Type: _____  ID#: _____  ID Issuer: _____  Iss. Date: _____  Exp. Date: _____

**Customer 4:**

Name _____

ID Type: _____  ID#: _____  ID Issuer: _____  Iss. Date: _____  Exp. Date _____

ID Type: _____  ID#: _____  ID Issuer: _____  Iss. Date: _____  Exp. Date: _____

**Customer 5:**

Name _____

ID Type: _____  ID#: _____  ID Issuer: _____  Iss. Date: _____  Exp. Date _____

ID Type: _____  ID#: _____  ID Issuer: _____  Iss. Date: _____  Exp. Date: _____

**Bank Information**

| | |
|---|---|
| Date | 09/01/2017 |
| Financial Center Name | HARBOR-EDINGER |
| Employee's Name | Jorge Alvarez |
| Employee's Phone Number | 714-347-0051 |

NCA
00-14-9297M 11-2016



Page 2 of 2

**Page 1021**
**PX23 France Decl.**
**Attach. Y**

**Bank of America** 

Date: 9/23/2017 T̶̶̶̶̶̶̶̶̶̶̶̶̶̶ (Local Time) Scanned From ID̶̶̶̶̶̶̶

**Facsimile Signature Authorization Form**

Customer's Legal Name ("Customer"):  __ARETE FINANCIAL GROUP, LLC_____     GCI Number: _____

Customer reaffirms the terms of the facsimile signature agreement (such as the one contained in the account agreement) with respect to any account maintained with one or more banking subsidiaries of Bank of America Corporation ("Bank") or their correspondents.

The facsimile signature specimen and printed or typed name of each person authorized to use a facsimile signature is as follows:

1)_____     2)_____     3)_____
(Facsimile Signature)                    (Facsimile Signature)                    (Facsimile Signature)

RUDDY E PALACIOS BARAHONA      _____      _____
(Printed Name)                              (Printed Name)                         (Printed Name)

4)_____     5)_____     6)_____
(Facsimile Signature)                    (Facsimile Signature)                    (Facsimile Signature)

_____      _____      _____
(Printed Name)                              (Printed Name)                         (Printed Name)

Customer's accounts with Bank to which the facsimile signature specimens pertain are designated below. If certain facsimile signature pertain only to certain accounts, those specimens are also designated below by signature number. If no signature numbers are so designated, all facsimile signatures shown above may be used for all designated accounts

| Account Number | Signature Numbers |
|---|---|
| ■9321 | 1 |
| ■9334 | 1 |
| ■9302 | 1 |

| Account Number | Signature Numbers |
|---|---|
| ■8768 | 1 |
| ■9917 | 1 |
| ■0100 | 1 |

Customer understands that it is not permitted to use facsimile signatures without providing Bank with a specimen signature. If Customer fails to provide Bank with such specimen, Customer understands that it will still be responsible for the use of any facsimile signatures, as provided in the facsimile signature agreement.

**CUSTOMER AUTHORIZATION**

By: _____     Title:  __MEMBER_____
              (Signature)

Name:  __RUDDY E PALACIOS BARAHONA_____     Date:  __09/20/2017_____
              (Print or Type)

00-35-0109NSBW 11-2005

Date: 9/23/2017 Time: 11:51 ▮▮▮▮▮ ▮▮▮▮▮ 768 ▮▮▮▮ ▮▮▮▮ 9321
9917 7334
0100 302

**Bank of America**

**Facsimile Signature Authorization Form**

CERTIFICATION

As authorized by Customer's organizational or constituent documents or charter, I certify that the signature appearing in the "Customer Authorization" section of this form is the true signature of a person authorized to execute this form, and further certify that I have full authority to execute this certification. The Bank is entitled to rely upon this certification until written notice of its revocation is delivered to the Bank.

By: _____ (Signature)   Title: Small Business Consultant

Name: Zachary Closser (Print or Type)   Date: 9/20/2017

NOTE: The signer of this certification must be a different person than the person signing the Customer Authorization above.  If the Customer is a corporation, the secretary or assistant secretary must sign this Certification; if the Customer is a partnership, limited liability company or limited liability partnership, one of the general partners or members must sign this Certification; if the Customer is a government entity, the entity's counsel must sign this Certification.  Sole proprietors do not need to complete this Certification.

00-35-0109NSBW  11-2005

Date: 9/23/2017 Time: 11:51:50 AM (US Central Time) Scanned







**Bankof America**

**Facsimile Signature Authorization Form**

Customer's Legal Name ("Customer"):  _ARETE FINANCIAL GROUP, LLC_____   GCI Number:  __  __  __

Customer reaffirms the terms of the facsimile signature agreement (such as the one contained in the account agreement) with respect to any account maintained with one or more banking subsidiaries of Bank of America Corporation ("Bank") or their correspondents

The facsimile signature specimen and printed or typed name of each person authorized to use a facsimile signature is as follows:

| 1) | 2) | 3) |
|---|---|---|
| (Facsimile Signature) | (Facsimile Signature) | (Facsimile Signature) |
| RUDDY E PALACIOS BARAHONA | | |
| (Printed Name) | (Printed Name) | (Printed Name) |
| 4) | 5) | 6) |
| (Facsimile Signature) | (Facsimile Signature) | (Facsimile Signature) |
| (Printed Name) | (Printed Name) | (Printed Name) |

Customer's accounts with Bank to which the facsimile signature specimens pertain are designated below.  If certain facsimile signature pertain only to certain accounts, those specimens are also designated below by signature number.  If no signature numbers are so designated, all facsimile signatures shown above may be used for all designated accounts.

| Account Number | Signature Numbers | | Account Number | Signature Numbers |
|---|---|---|---|---|
| 9321 | \ | | 9768 | ) |
| 9334 | \ | | 9917 | \ |
| 9302 | \ | | 0100 | \ |

Customer understands that it is not permitted to use facsimile signatures without providing Bank with a specimen signature.  If Customer fails to provide Bank with such specimen, Customer understands that it will still be responsible for the use of any facsimile signatures, as provided in the facsimile signature agreement.

**CUSTOMER AUTHORIZATION**

By: _____   Title:  MEMBER _____
        (Signature)

Name:  _RUDDY E PALACIOS BARAHONA_____   Date:  09/20/2017 _____
              (Print or Type)

00-35-0109NSBW 11-2005

Date: 9/23/2017 Time: 11:51:50 PM (US Central Time) Scanned From ID 19 460 37 9

**Bank of America** 🇺🇸

**Facsimile Signature Authorization Form**

| CERTIFICATION |
|---|

As authorized by Customer's organizational or constituent documents or charter, I certify that the signature appearing in the "Customer Authorization" section of this form is the true signature of a person authorized to execute this form, and further certify that I have full authority to execute this certification. The Bank is entitled to rely upon this certification until written notice of its revocation is delivered to the Bank.

By: _____          Title: _____
          (Signature)

Name: _____          Date: _____
          (Print or Type)

NOTE: The signer of this certification must be a different person than the person signing the Customer Authorization above. If the Customer is a corporation, the secretary or assistant secretary must sign this Certification; if the Customer is a partnership, limited liability company or limited liability partnership, one of the general partners or members must sign this Certification; if the Customer is a government entity, the entity's counsel must sign this Certification. Sole proprietors do not need to complete this Certification.

00-35-0109NSBW 11-2006

**Page 1025**
**PX23 France Decl.**
**Attach. Y**

Date: 9/23/2017 Time: 11:51:50 AM (Capital Time) Scanner From ID:0 166 27 P

**Bank of America**

**Facsimile Signature Authorization Form**

Customer's Legal Name ("Customer"):   ARETE FINANCIAL GROUP, LLC_____   GCI Number: _____

Customer reaffirms the terms of the facsimile signature agreement (such as the one contained in the account agreement) with respect to any account maintained with one or more banking subsidiaries of Bank of America Corporation ("Bank") or their correspondents.

The facsimile signature specimen and printed or typed name of each person authorized to use a facsimile signature is as follows:

| 1) _____ | 2) _____ | 3) _____ |
|---|---|---|
| (Facsimile Signature) | (Facsimile Signature) | (Facsimile Signature) |
| RUDDY E PALACIOS BARAHONA | _____ | _____ |
| (Printed Name) | (Printed Name) | (Printed Name) |
| 4) _____ | 5) _____ | 6) _____ |
| (Facsimile Signature) | (Facsimile Signature) | (Facsimile Signature) |
| _____ | _____ | _____ |
| (Printed Name) | (Printed Name) | (Printed Name) |

Customer's accounts with Bank to which the facsimile signature specimens pertain are designated below.  If certain facsimile signature pertain only to certain accounts, those specimens are also designated below by signature number.  If no signature numbers are so designated, all facsimile signatures shown above may be used for all designated accounts.

| Account Number | Signature Numbers |
|---|---|
| 9321 | \ |
| 9334 | \ |
| 9302 | \ |

| Account Number | Signature Numbers |
|---|---|
| 9768 | \ |
| 9917 | \ |
| 0100 | \ |

Customer understands that it is not permitted to use facsimile signatures without providing Bank with a specimen signature.  If Customer fails to provide Bank with such specimen, Customer understands that it will still be responsible for the use of any facsimile signatures, as provided in the facsimile signature agreement.

**CUSTOMER AUTHORIZATION**

By: _____          Title:   MEMBER_____
        (Signature)

Name:   RUDDY E PALACIOS BARAHONA_____     Date:   09/20/2017_____
              (Print or Type)

00-35-0109NSBW 11-2005

Date: 9/23/2017 Time: 11:51 ▮▮▮▮ 9768 ▮▮▮▮ 9321
9917 7334
0100 9302

**BankofAmerica** 🦅

**Facsimile Signature Authorization Form**

---

| CERTIFICATION |
| --- |

As authorized by Customer's organizational or constituent documents or charter, I certify that the signature appearing in the "Customer Authorization" section of this form is the true signature of a person authorized to execute this form, and further certify that I have full authority to execute this certification. The Bank is entitled to rely upon this certification until written notice of its revocation is delivered to the Bank.

By: _____
(Signature)

Name: _____
Zacnary Clozar (Print or Type)

Title: Small Business Consultant

Date: 9/20/2017

NOTE: The signer of this certification must be a different person than the person signing the Customer Authorization above. If the Customer is a corporation, the secretary or assistant secretary must sign this Certification; if the Customer is a partnership, limited liability company or limited liability partnership, one of the general partners or members must sign this Certification; if the Customer is a government entity, the entity's counsel must sign this Certification. Sole proprietors do not need to complete this Certification.

00-35-0109NSBW 11-2005

**Page 1027**
**PX23 France Decl.**
**Attach. Y**

Date: 9/23/2017 Time: 11:51:50 PM (US Central Time) Scanned From (Bank of America)





**Facsimile Signature Authorization Form**

Customer's Legal Name ("Customer"):   _ARETE FINANCIAL GROUP, LLC_____   GCI Number: ___   _____

Customer reaffirms the terms of the facsimile signature agreement (such as the one contained in the account agreement) with respect to any account maintained with one or more banking subsidiaries of Bank of America Corporation ("Bank") or their correspondents

The facsimile signature specimen and printed or typed name of each person authorized to use a facsimile signature is as follows:

1) _____
[Facsimile Signature]

RUDDY E PALACIOS BARAHONA
(Printed Name)

2) _____
(Facsimile Signature)

_____
(Printed Name)

3) _____
(Facsimile Signature)

_____
(Printed Name)

4) _____
(Facsimile Signature)

_____
(Printed Name)

5) _____
(Facsimile Signature)

_____
(Printed Name)

6) _____
(Facsimile Signature)

_____
(Printed Name)

Customer's accounts with Bank to which the facsimile signature specimens pertain are designated below. If certain facsimile signature pertain only to certain accounts, those specimens are also designated below by signature number. If no signature numbers are so designated, all facsimile signatures shown above may be used for all designated accounts.

| Account Number | Signature Numbers |
|---|---|
| ▮9321 | \ |
| ▮9334 | \ |
| ▮9302 | \ |

| Account Number | Signature Numbers |
|---|---|
| ▮9768 | ) |
| ▮9917 | \ |
| ▮0100 | \ |

Customer understands that it is not permitted to use facsimile signatures without providing Bank with a specimen signature. If Customer fails to provide Bank with such specimen, Customer understands that it will still be responsible for the use of any facsimile signatures, as provided in the facsimile signature agreement.

**CUSTOMER AUTHORIZATION**

By: _____
(Signature)

Title:   _MEMBER_   _____

Name:   _RUDDY E PALACIOS BARAHONA_____
(Print or Type)

Date:   _09/20/2017_____

00-35-0109NSBW  11-2005

Date: 9/23/2017 Time: 11:51                    Scanned From IP 10.166.27.0

**Bank of America**

**Facsimile Signature Authorization Form**

**CERTIFICATION**

As authorized by Customer's organizational or constituent documents or charter, I certify that the signature appearing in the "Customer Authorization" section of this form is the true signature of a person authorized to execute this form, and further certify that I have full authority to execute this certification. The Bank is entitled to rely upon this certification until written notice of its revocation is delivered to the Bank.

By: _____
    (Signature)

Name: _____
       (Print or Type)

Title: _____

Date: _____

NOTE: The signer of this certification must be a different person than the person signing the Customer Authorization above.  If the Customer is a corporation, the secretary or assistant secretary must sign this Certification; if the Customer is a partnership, limited liability company or limited liability partnership, one of the general partners or members must sign this Certification; if the Customer is a government entity, the entity's counsel must sign this Certification.  Sole proprietors do not need to complete this Certification.

00-35-0109NSBW  11-2005

**Page 1029**
**PX23 France Decl.**
**Attach. Y**

Date: 9/23/2017 T~~~~~ 11:54:50 ~~~~~~~tal Time) Scanned ~~~~

**Bank of America** ⫸

9321
9334
9302

**Facsimile Signature Authorization Form**

Customer's Legal Name ("Customer"):  __ARETE FINANCIAL GROUP, LLC_____        GCI Number: ___  ___  ___  ___

Customer reaffirms the terms of the facsimile signature agreement (such as the one contained in the account agreement) with respect to any account maintained with one or more banking subsidiaries of Bank of America Corporation ("Bank") or their correspondents.

The facsimile signature specimen and printed or typed name of each person authorized to use a facsimile signature is as follows:

1) _____     2) _____     3) _____
(Facsimile Signature)                  (Facsimile Signature)                  (Facsimile Signature)

RUDDY E PALACIOS BARAHONA     _____     _____
(Printed Name)                          (Printed Name)                          (Printed Name)

4) _____     5) _____     6) _____
(Facsimile Signature)                  (Facsimile Signature)                  (Facsimile Signature)

_____     _____     _____
(Printed Name)                          (Printed Name)                          (Printed Name)

Customer's accounts with Bank to which the facsimile signature specimens pertain are designated below.  If certain facsimile signature pertain only to certain accounts, those specimens are also designated below by signature number.  If no signature numbers are so designated, all facsimile signatures shown above may be used for all designated accounts.

| Account Number | Signature Numbers | | Account Number | Signature Numbers |
|---|---|---|---|---|
| ████9321 | \ | | ████9768 | ) |
| ████9334 | \ | | ████9917 | \ |
| ████9302 | \ | | ████0100 | \ |

Customer understands that it is not permitted to use facsimile signatures without providing Bank with a specimen signature.  If Customer fails to provide Bank with such specimen, Customer understands that it will still be responsible for the use of any facsimile signatures, as provided in the facsimile signature agreement.

**CUSTOMER AUTHORIZATION**

By _____          Title:  __MEMBER_____
(Signature)

Name: __RUDDY E PALACIOS BARAHONA_____          Date:  __09/20/2017_____
(Print or Type)

00-35-0109NSBW 11-2005

Date: 9/23/2017 Time: 11:51 ████████████ Scanned From

**Bank of America** ▰▰▰▰

**Facsimile Signature Authorization Form**

---

## CERTIFICATION

As authorized by Customer's organizational or constituent documents or charter, I certify that the signature appearing in the "Customer Authorization" section of this form is the true signature of a person authorized to execute this form, and further certify that I have full authority to execute this certification. The Bank is entitled to rely upon this certification until written notice of its revocation is delivered to the Bank.

By: _____ (Signature)

Name: _____ (Print or Type)

Title: _____

Date: _____

NOTE: The signer of this certification must be a different person than the person signing the Customer Authorization above. If the Customer is a corporation, the secretary or assistant secretary must sign this Certification; if the Customer is a partnership, limited liability company or limited liability partnership, one of the general partners or members must sign this Certification; if the Customer is a government entity, the entity's counsel must sign this Certification. Sole proprietors do not need to complete this Certification.

00-35-0109NSBW 11-2005

# Attachment Z

**Bank of America**

Date 4·12·16

Name and
Address

LA CASA BONITA INV. LLC.

DBA: 1FILE.ORG  8989 VRSUELA ST

HUNTINGTON BEACH CA, 92647

Telephone No. ( ) N/A

Sign here if
cash received

05-14-3074R  05-2012

For CA Use Only

8770

Account Number

⑈540930 635⑈

Cash

Currency

Coin

Checks  | 315 34
         | 39 00
         | 59 00

Sub Total

Less Cash
Received

▶ Total Deposit ▶

$ 393.34

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Save time in line and help us avoid errors. The next time you make a deposit, please use your pre-printed deposit slips for your account.



989

90-7182-3222

11/20/17

$39—

Thirty nine

_____ fhle.org

(818)
HERMOSA BEACH, CA

**JPMORGAN CHASE BANK, N.A.**
(800) 935-9935
WWW.CHASE.COM

⑆322271627⑈ 0989

PAY TO THE ORDER OF
BANK OF AMERICA
HUNTINGTON BEACH, CA 92648-2113
FOR DEPOSIT ONLY
LA CASA BONITA INVESTMENTS LLC
3770

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

Seq: 24
Batch: 547279
Date: 02/23/17

Seq:00024 02/23/17
BAT:547279 CC:3180000961
WT:01 LTPS:Jacksonville PT
BC:Springdale-Edinger BC CA7-152

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK—DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

Please Post to Account: 1043409716

2422742361

Metawarte Corporation
P.O. Box 7726
Sioux Falls, SD 57117-7726
payto maintenance@nbeupaymentservices.com
1-877-346-5272

Payable through
BMO HARRIS BANK, WA
ANTIGO, WI

June 24, 2016

$**********39.00

COLLEGE PARK, GA

VOID 60 DAYS AFTER ISSUE

PAYELECTRONIC COM

PAY  Thirty Nine and 00/100 Dollars

TO THE
ORDER OF

#CSP01009A#A#AC# 00039265
1FILE ORG
5662 BOLSA AVE STE 102
HUNTINGTN BCH CA 92649-1169

THIS IS A BILL PAYMENT DRAFT WHICH IS DRAWN BY
METAWARTE CORPORATION WITHOUT RECOURSE

Memo  STUDENT LOAN DEBT

⑈ 24 2274 2367 ⑈  ⑈07590 4480⑈

HOLD AT AN ANGLE TO VIEW SECURITY MARK.
PAY TO THE ORDER OF
BANK OF AMERICA
HUNTINGTON BEACH, CA  92648-2113
FOR DEPOSIT ONLY
DOLA CASA BONITA INVESTMENTS LLC  AS AGENT.
3770

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Seq: 55
Batch: 483979
Date: 08/08/16

LOGO PRINTED
WITH INK THAT RESPONDS
TO WARMTH.
HOLD BETWEEN THUMB AND
FOREFINGER OR BREATHE
ON IT - THE LOGO WILL
FADE AND REAPPEAR.

B 085926871

Document Security Features:
• Toner Retention
• Micro Printing
• Chemically Sensitized Paper
• Security Mark - Hold at angle to view

CHASE ◯

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON   DE 19850-594
(800) 472-6296

Apply to Acct 37916323

BOYNTON BEACH FL

04.2016 · 10/2016

Pay THREE HUNDRED NINETY AND 00/100

To
the
Order
of

27430 BPC 001 011 16296 · 468834457 1 OF 1
EDUCATION LOAN NETWORK
5772 BOLSA AVE STE 220
HUNTINGTON BEACH CA 92649

468834457
25-3/440
10-12-2016

Dollars

$390.00

Security features
included
Details on back

Check Void After 90 Days

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈⑆4688344457⑈⑆

ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
HUNTINGTON BEACH, CA 92648-2113
FOR DEPOSIT ONLY
LA CASA BONITA INVESTMENTS LLC
████████3770

X _____

**DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE**
RESERVED FOR FINANCIAL INSTITUTIONAL USE*

Seq: 101
Batch: 075601
Date: 12/05/16

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Listed below are the security features provided on this
document which meets and/or exceeds industry guidelines.

| Security Features: | Description / Fraud Indicator: |
|---|---|
| Security Watermark | Reflective, white Signature Ink readable when held at an angle, viewed under UV light, or rubbed with coin. |
| Microprinting | Reduced lines of type on front sides of check appear as a solid line until viewed under magnification. |
| Chemical Sensitization | Colored stain(s) on either or both sides of check indicate possible chemical alteration. |
| Invisible Fluorescent Fibers | Invisible fibers on surface of check become visible under UV light. |
| Toner Retention Treatment | Ink is bonded to surface of check. Surface disturbance indicates possible alteration. |
| Advisory Icon | Icon located on face of check that alerts handler that the document contains security features. |

® Padlock design is a certification mark of Check Payment Systems Association

Page 1039
PX23 France Decl.
Attach. Z

AMSCOT

The Money Superstore®

INTERNATIONAL MONEY ORDER

86-490
1031

-21 67424529

09/04/2015

PAY TO THE
ORDER OF
30

1FILE.ORG

**$$39.00**

AMSCOT
CORPORATION
P.O. BOX 25137
TAMPA, FL
33622-5137

PURCHASER:

#2099540

**THIRTY-NINE AND 00/100 DOLLARS**

NOT VALID FOR MORE THAN ONE THOUSAND FIVE HUNDRED DOLLARS

AMSCOT CORPORATION

21 67424529

Payable through BancFirst

PURCHASER AND PAYEE ARE SUBJECT TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

PURCHASER'S SIGNATURE

⑆103104900⑆ 4297 21674 24529⑈

THE BACK OF THIS DOCUMENT CONTAINS AN "AMSCOT" ARTIFICIAL WATERMARK - HOLD AT AN ANGLE

Receipt stub is required for stop payment as as proof of purchase. Replacement money orders will be issued within a 2 to 30 day period from the order date. A replacement fee will be charged for the replacement service. Other fees may apply.

If this money order is not used cashed or presented for payment within one (1) year from date of purchase, then there will be a non-refundable service charge of two dollars ($2.00) for each month or fraction thereof thereafter, that this money order remains unpaid up to a maximum of one hundred and forty-four dollars ($144.00) as permitted by law. Such sum will be deducted from the face amount shown as payable on this money order and shall apply to anyone entitled to the proceeds of this money order, including the State of Florida.

x _____
Payee's Endorsement

PAY TO THE ORDER OF
BANK OF AMERICA
HUNTINGTON BEACH, CA 92648-2113
FOR DEPOSIT ONLY
LA CASA BONITA INVESTMENTS LLC
████████ 8770

Seq: 48
Batch: 35087
Date: 10/14/15

Seq:00040 10/14/15
BAT:335087 CC:3180000961
WI 01 LIPS Jacksonville PD
CC: Springdale Edinger BC CA7-152