ORIGINAL

FILED

1   ALDEN F. ABBOTT
    General Counsel
2   STEPHEN T. FAIRCHILD
    WA Bar No. 41214; sfairchild@ftc.gov
3   RICHARD MCKEWEN
    WA Bar No. 45041; rmckewen@ftc.gov
4
5   FEDERAL TRADE COMMISSION
    915 Second Avenue, Suite 2896
6   Seattle, WA 98174
7   Tel.: (206) 220-6350; Fax: (206) 220-6366
8
9   ROBERT J. QUIGLEY, Local Counsel
    CA Bar No. 302879; rquigley@ftc.gov
10  FEDERAL TRADE COMMISSION
    10990 Wilshire Boulevard, Suite 400
11  Los Angeles, CA 90024
12  Tel.: (310) 824-4300; Fax: (310) 824-4380
13
    Attorneys for Plaintiff
14
15              UNITED STATES DISTRICT COURT
16              CENTRAL DISTRICT OF CALIFORNIA
17
    FEDERAL TRADE COMMISSION,
18                                      Civ. No.  SACV 19 - 02109 JVS (ADSx)
                    Plaintiff,
19
                                        EXHIBITS TO PLAINTIFF'S
20          v.                          TRO APPLICATION
21  AMERICAN FINANCIAL SUPPORT
22  SERVICES INC., et al.,              VOLUME VIII
                                        PX23 Attach. AA–PX23 Attach. ZZ
23              Defendants.
                                        FILED UNDER SEAL
24
25
26
27
28

ALDEN F. ABBOTT
General Counsel
STEPHEN T. FAIRCHILD
WA Bar No. 41214; sfairchild@ftc.gov
RICHARD MCKEWEN
WA Bar No. 45041; rmckewen@ftc.gov
FEDERAL TRADE COMMISSION
915 Second Avenue, Suite 2896
Seattle, WA 98174
Tel.: (206) 220-6350; Fax: (206) 220-6366

ROBERT J. QUIGLEY, Local Counsel
CA Bar No. 302879; rquigley@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel.: (310) 824-4300; Fax: (310) 824-4380

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

AMERICAN FINANCIAL SUPPORT
SERVICES INC., et al.,

Defendants.

Civ. No.

**EXHIBITS TO PLAINTIFF'S
TRO APPLICATION**

**VOLUME VIII
PX23 Attach. AA–PX23 Attach. ZZ**

**FILED UNDER SEAL**

# Attachment AA



**Your checking account**

Account number: ████ 8783



# Your Business Advantage Checking
# Relationship Rewards Platinum

**LA CASA BONITA INVESTMENTS LLC**

## Account summary

| | |
|---|---|
| Beginning balance on May 1, 2019 | $14,756.57 |
| Deposits and other credits | 63,874.43 |
| Withdrawals and other debits | -77,107.96 |
| Checks | -0.00 |
| Service fees | -180.00 |
| **Ending balance on May 31, 2019** | **$1,343.04** |

# of deposits/credits: 26
# of withdrawals/debits: 47
# of items previous cycle[1]: 0
# of days in cycle: 31
Average ledger balance: $5,755.17

[1]Includes checks paid,deposited items&other debits

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 05/01/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071       CO ID:████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855 730 2071  BC | 1,021.48 |
| 05/02/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071       CO ID:████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855 730 2071  BC | 3,969.23 |
| 05/03/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071       CO ID:████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855 730 2071  BC | 2,049.79 |
| 05/06/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071       CO ID:████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855 730 2071  BC | 2,796.19 |
| 05/07/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071       CO ID:████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855 730 2071  BC | 4,715.19 |
| 05/08/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071       CO ID:████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855 730 2071  BC | 1,767.87 |
| 05/09/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071       CO ID:████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855 730 2071  BC | 1,948.85 |
| 05/10/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071       CO ID:████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855 730 2071  BC | 1,014.89 |

*continued on the next page*

LA CASA BONITA INVESTMENTS LLC   |   Account # ███████ 8770   |   May 1, 2019 to May 31, 2019

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 05/13/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO<br>ID██████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855<br>730 2071      BC | 2,828.22 |
| 05/14/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO<br>ID██████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855<br>730 2071      BC | 4,105.16 |
| 05/15/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO<br>ID██████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855<br>730 2071      BC | 990.84 |
| 05/16/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO<br>ID██████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855<br>730 2071      BC | 7,229.93 |
| 05/17/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO<br>ID██████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855<br>730 2071      BC | 2,209.76 |
| 05/20/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO<br>ID██████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855<br>730 2071      BC | 2,692.38 |
| 05/20/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO<br>ID██████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855<br>730 2071      BC | 86.99 |
| 05/21/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO<br>ID██████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855<br>730 2071      BC | 4,982.16 |
| 05/22/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO<br>ID██████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855<br>730 2071      BC | 1,580.82 |
| 05/23/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO<br>ID██████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855<br>730 2071      BC | 1,549.83 |
| 05/24/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO<br>ID██████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855<br>730 2071      BC | 2,240.74 |
| 05/28/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO<br>ID██████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855<br>730 2071      BC | 2,220.06 |
| 05/28/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO<br>ID██████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855<br>730 2071      BC | 465.00 |
| 05/28/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO<br>ID██████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855<br>730 2071      BC | 223.00 |
| 05/28/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO<br>ID██████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855<br>730 2071      BC | 39.00 |
| 05/29/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO<br>ID██████5999 CCD  PMT INFO:  Worldpay      NET SETLMT  54292980  6284659  1FILE 855<br>730 2071      BC | 9,011.21 |

*continued on the next page*

**Page 1043**
**PX23 France Decl.**
**Attach. AA**



**Your checking account**

LA CASA BONITA INVESTMENTS LLC   |   Account # ██████ 8770   |   May 1, 2019 to May 31, 2019

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 05/30/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO ID:█████5999 CCD  PMT INFO:   Worldpay     NET SETLMT  54292980  6284659  1FILE 855 730 2071      BC | 1,096.88 |
| 05/31/19 | Worldpay      DES:NET SETLMT ID:XXXXXXXXX84659  INDN:1FILE 855 730 2071      CO ID:█████5999 CCD  PMT INFO:   Worldpay     NET SETLMT  54292980  6284659  1FILE 855 730 2071      BC | 1,038.96 |
| **Total deposits and other credits** | | **$63,874.43** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 05/01/19 | Worldpay        DES:MTHCHGS   ID█████4659  INDN:LA CASA BONITA INVESTM  CO ID:████6017 CCD  PMT INFO:MERCH BANKCARD ████████4659 1FILE 855  730 2071 | 248.52 |
| 05/02/19 | WIRE TYPE:WIRE OUT DATE:190502 TIME:1118 ET TRN:2019050200278193 SERVICE REF:007337 BNF:PREMIER SOLUTIONS SERVICIN ID:█████9396 BNF BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:2 62411812 | 18,500.00 |
| 05/02/19 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:PREMIER SOLUTIONS SERV  CO ID:████3141 WEB | 94.50 |
| 05/02/19 | Worldpay        DES:MTHCHGS   ID█████4659  INDN:LA CASA BONITA INVESTM  CO ID:████6017 CCD  PMT INFO:MERCH BANKCARD ████████4659 1FILE 855  730 2071 | 33.14 |
| 05/02/19 | WP LINK GATEWAY  DES:8552996779 ID████2248  INDN:1FILE.ORG          CO ID:1870370820 CCD | 0.16 |
| 05/03/19 | Worldpay        DES:MTHCHGS   ID█████4659  INDN:LA CASA BONITA INVESTM  CO ID:████6017 CCD  PMT INFO:MERCH BANKCARD ████████4659 1FILE 855  730 2071 | 130.02 |
| 05/06/19 | Worldpay        DES:MTHCHGS   ID█████4659  INDN:LA CASA BONITA INVESTM  CO ID:████6017 CCD  PMT INFO:MERCH BANKCARD ████████4659 1FILE 855  730 2071 | 183.55 |
| 05/06/19 | Worldpay        DES:MTHCHGS   ID█████4659  INDN:LA CASA BONITA INVESTM  CO ID:████6017 CCD  PMT INFO:MERCH BANKCARD ████████4659 1FILE 855  730 2071 | 81.50 |
| 05/06/19 | Worldpay        DES:MTHCHGS   ID█████4659  INDN:LA CASA BONITA INVESTM  CO ID:████6017 CCD  PMT INFO:MERCH BANKCARD ████████4659 1FILE 855  730 2071 | 66.76 |
| 05/06/19 | WorldPay        DES:MTHLY CHGS ID████████0119  INDN:1file.org        CO ID:████5965 CCD | 60.00 |
| 05/07/19 | WIRE TYPE:WIRE OUT DATE:190507 TIME:1213 ET TRN:2019050700332054 SERVICE REF:007386 BNF:PREMIER SOLUTIONS SERVICIN ID:████9396 BNF BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:2 62862300 | 9,000.00 |
| 05/07/19 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:PREMIER SOLUTIONS SERV  CO ID:████3141 WEB | 26.45 |
| 05/08/19 | Worldpay        DES:MTHCHGS   ID█████4659  INDN:LA CASA BONITA INVESTM  CO ID:████6017 CCD  PMT INFO:MERCH BANKCARD ████████4659 1FILE 855  730 2071 | 158.13 |
| 05/09/19 | Worldpay        DES:MTHCHGS   ID█████4659  INDN:LA CASA BONITA INVESTM  CO ID:████6017 CCD  PMT INFO:MERCH BANKCARD ████████659 1FILE 855  730 2071 | 57.00 |

*continued on the next page*

**Page 1044**
**PX23 France Decl.**
**Attach. AA**

LA CASA BONITA INVESTMENTS LLC   |   Account # ███████ 8770   |   May 1, 2019 to May 31, 2019

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 05/10/19 | Worldpay       DES:MTHCHGS   ID:██████4659  INDN:LA CASA BONITA INVESTM  CO ID:███6017 CCD  PMT INFO:MERCH BANKCARD ███████4659 1FILE 855  730 2071 | 60.25 |
| 05/13/19 | Worldpay       DES:MTHCHGS   ID:██████4659  INDN:LA CASA BONITA INVESTM  CO ID:███6017 CCD  PMT INFO:MERCH BANKCARD ███████4659 1FILE 855  730 2071 | 88.46 |
| 05/13/19 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:PREMIER SOLUTIONS SERV  CO ID:███3141 WEB | 76.20 |
| 05/13/19 | Worldpay       DES:MTHCHGS   ID:██████4659  INDN:LA CASA BONITA INVESTM  CO ID:███6017 CCD  PMT INFO:MERCH BANKCARD ███████4659 1FILE 855  730 2071 | 34.64 |
| 05/14/19 | WIRE TYPE:WIRE OUT DATE:190514 TIME:1342 ET TRN:2019051400359966 SERVICE REF:008932 BNF:PREMIER SOLUTIONS SERVICIN ID:████9396 BNF BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:2 63467434 | 11,500.00 |
| 05/15/19 | Worldpay       DES:MTHCHGS   ID:██████4659  INDN:LA CASA BONITA INVESTM  CO ID:███6017 CCD  PMT INFO:MERCH BANKCARD ███████4659 1FILE 855  730 2071 | 143.93 |
| 05/16/19 | Worldpay       DES:MTHCHGS   ID:██████4659  INDN:LA CASA BONITA INVESTM  CO ID:███6017 CCD  PMT INFO:MERCH BANKCARD ███████4659 1FILE 855  730 2071 | 30.97 |
| 05/17/19 | Worldpay       DES:MTHCHGS   ID:██████4659  INDN:LA CASA BONITA INVESTM  CO ID:███6017 CCD  PMT INFO:MERCH BANKCARD ███████4659 1FILE 855  730 2071 | 243.49 |
| 05/20/19 | WIRE TYPE:WIRE OUT DATE:190520 TIME:1510 ET TRN:2019052000411605 SERVICE REF:010898 BNF:PREMIER SOLUTIONS SERVICIN ID:████9396 BNF BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:2 63973590 | 12,500.00 |
| 05/20/19 | Worldpay       DES:MTHCHGS   ID:██████4659  INDN:LA CASA BONITA INVESTM  CO ID:███6017 CCD  PMT INFO:MERCH BANKCARD ███████4659 1FILE 855  730 2071 | 72.87 |
| 05/20/19 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:PREMIER SOLUTIONS SERV  CO ID:███3141 WEB | 61.50 |
| 05/21/19 | Worldpay       DES:MTHCHGS   ID:██████4659  INDN:LA CASA BONITA INVESTM  CO ID:███6017 CCD  PMT INFO:MERCH BANKCARD ███████4659 1FILE 855  730 2071 | 83.17 |
| 05/21/19 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:PREMIER SOLUTIONS SERV  CO ID:███3141 WEB | 60.75 |
| 05/22/19 | Worldpay       DES:MTHCHGS   ID:██████4659  INDN:LA CASA BONITA INVESTM  CO ID:███6017 CCD  PMT INFO:MERCH BANKCARD ███████4659 1FILE 855  730 2071 | 164.21 |
| 05/23/19 | Worldpay       DES:MTHCHGS   ID:██████4659  INDN:LA CASA BONITA INVESTM  CO ID:███6017 CCD  PMT INFO:MERCH BANKCARD ███████4659 1FILE 855  730 2071 | 53.36 |
| 05/24/19 | Worldpay       DES:MTHCHGS   ID:██████4659  INDN:LA CASA BONITA INVESTM  CO ID:███6017 CCD  PMT INFO:MERCH BANKCARD ███████4659 1FILE 855  730 2071 | 51.53 |
| 05/28/19 | WIRE TYPE:WIRE OUT DATE:190528 TIME:1537 ET TRN:2019052800668545 SERVICE REF:016430 BNF:PREMIER SOLUTIONS SERVICIN ID:████9396 BNF BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:2 64649602 | 12,500.00 |
| 05/28/19 | Worldpay       DES:NET SETLMT ID:██████4659  INDN:1FILE 855 730 2071     CO ID:███5999 CCD  PMT INFO:  Worldpay    NET SETLMT  54292980  6284659  1FILE 855 730 2071    BC | 156.00 |
| 05/28/19 | Worldpay       DES:MTHCHGS   ID:██████4659  INDN:LA CASA BONITA INVESTM  CO ID:███6017 CCD  PMT INFO:MERCH BANKCARD ███████4659 1FILE 855  730 2071 | 72.94 |
| 05/28/19 | Worldpay       DES:MTHCHGS   ID:██████4659  INDN:LA CASA BONITA INVESTM  CO ID:███6017 CCD  PMT INFO:MERCH BANKCARD ███████4659 1FILE 855  730 2071 | 72.59 |

*continued on the next page*

**Page 1045**
**PX23 France Decl.**
**Attach. AA**



**Your checking account**

LA CASA BONITA INVESTMENTS LLC   |   Account # ████ 8770   |   May 1, 2019 to May 31, 2019

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 05/28/19 | Worldpay     DES:MTHCHGS   ID █████4659  INDN:LA CASA BONITA INVESTM  CO ID █████6017 CCD  PMT INFO:MERCH BANKCARD █████4659 1FILE 855  730 2071 | 9.66 |
| 05/28/19 | Worldpay     DES:MTHCHGS   ID █████4659  INDN:LA CASA BONITA INVESTM  CO ID █████6017 CCD  PMT INFO:MERCH BANKCARD █████4659 1FILE 855  730 2071 | 1.45 |
| 05/29/19 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:PREMIER SOLUTIONS SERV  CO ID:3383693141 WEB | 74.10 |
| 05/29/19 | Worldpay     DES:MTHCHGS   ID █████4659  INDN:LA CASA BONITA INVESTM  CO ID █████6017 CCD  PMT INFO:MERCH BANKCARD █████4659 1FILE 855  730 2071 | 6.42 |
| 05/30/19 | WIRE TYPE:WIRE OUT DATE:190530 TIME:1609 ET TRN:2019053000446505 SERVICE REF:014641 BNF:PREMIER SOLUTIONS SERVICIN ID █████9396 BNF BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:2 64889116 | 10,000.00 |
| 05/30/19 | Worldpay     DES:MTHCHGS   ID █████84659  INDN:LA CASA BONITA INVESTM  CO ID █████6017 CCD  PMT INFO:MERCH BANKCARD █████4659 1FILE 855  730 2071 | 310.53 |
| 05/31/19 | Worldpay     DES:MTHCHGS   ID █████4659  INDN:LA CASA BONITA INVESTM  CO ID █████6017 CCD  PMT INFO:MERCH BANKCARD █████4659 1FILE 855  730 2071 | 39.21 |

**Total withdrawals and other debits**   **-$77,107.96**

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|-------:|
| 05/02/19 | Wire Transfer Fee | 30.00 |
| 05/07/19 | Wire Transfer Fee | 30.00 |
| 05/14/19 | Wire Transfer Fee | 30.00 |
| 05/20/19 | Wire Transfer Fee | 30.00 |
| 05/28/19 | Wire Transfer Fee | 30.00 |
| 05/30/19 | Wire Transfer Fee | 30.00 |

**Total service fees**   **-$180.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------:|------|-----------:|------|------------:|
| 05/01 | 15,529.53 | 05/03 | 2,760.73 | 05/07 | 823.85 |
| 05/02 | 840.96 | 05/06 | 5,165.11 | 05/08 | 2,433.59 |

*continued on the next page*

Page 1046
PX23 France Decl.
Attach. AA

LA CASA BONITA INVESTMENTS LLC   |   Account # ███████ 8770   |   May 1, 2019 to May 31, 2019

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 05/09 | 4,325.44 | 05/17 | 10,496.30 | 05/24 | 10,551.83 |
| 05/10 | 5,280.08 | 05/20 | 611.30 | 05/28 | 656.25 |
| 05/13 | 7,909.00 | 05/21 | 5,449.54 | 05/29 | 9,586.94 |
| 05/14 | 484.16 | 05/22 | 6,866.15 | 05/30 | 343.29 |
| 05/15 | 1,331.07 | 05/23 | 8,362.62 | 05/31 | 1,343.04 |
| 05/16 | 8,530.03 | | | | |

**Page 1047**
**PX23 France Decl.**
**Attach. AA**





**Your checking account**

Account number: ██████ 8770

# Your Business Advantage Checking Relationship Rewards Platinum

**LA CASA BONITA INVESTMENTS LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on September 1, 2018 | $33,895.02 | # of deposits/credits: 38 | |
| Deposits and other credits | 298,897.13 | # of withdrawals/debits: 127 | |
| Withdrawals and other debits | -272,805.61 | # of items previous cycle¹: 47 | |
| Checks | -24,539.47 | # of days in cycle: 30 | |
| Service fees | -330.00 | Average ledger balance: $32,780.26 | |
| **Ending balance on September 30, 2018** | **$35,117.07** | ¹Includes checks paid,deposited items&other debits | |

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 09/04/18 | WorldPay        DES:BNKCRD DEP ID:LK369993 831001  INDN:EduNet844 593 8072      CO<br>ID:██████5965 CCD | 14,922.47 |
| 09/04/18 | WorldPay        DES:BNKCRD DEP ID:LK369993 829001  INDN:EduNet844 593 8072      CO<br>ID:██████5965 CCD | 10,575.32 |
| 09/04/18 | WorldPay        DES:BNKCRD DEP ID:LK369993 901001  INDN:EduNet844 593 8072      CO<br>ID:██████5965 CCD | 359.31 |
| 09/05/18 | WorldPay        DES:BNKCRD DEP ID:LK369993 903001  INDN:EduNet844 593 8072      CO<br>ID:██████5965 CCD | 259.05 |
| 09/06/18 | WorldPay        DES:BNKCRD DEP ID:LK369993 904002  INDN:EduNet844 593 8072      CO<br>ID:██████5965 CCD | 17,321.49 |

*continued on the next page*

Bank of America **Business Advantage**

LIFE / BETTER CONNECTED®

Your Digital Tip of the Month

## Guaranteed bank-to-bank transfers

Pay individuals, vendors and suppliers who bank at other financial institutions — right from Online Banking.

Just log in and click the **Transfers I Send** tab, then select **Send Money to Someone or a Business.**

ARH98YHQ | SSM-03-18-0013.B

Page 1048
PX23 France Decl.
Attach. AA

LA CASA BONITA INVESTMENTS LLC  |  Account # ████ 8770  |  September 1, 2018 to September 30, 2018

# Deposits and other credits - continued

| Date | Description | | Amount |
|------|-------------|---|-------|
| 09/06/18 | WorldPay ID:████5965 CCD | DES:BNKCRD DEP ID:LK369993 904001  INDN:EduNet844 593 8072  CO | 16,553.54 |
| 09/07/18 | WorldPay ID:████5965 CCD | DES:BNKCRD DEP ID:LK369993 904003  INDN:EduNet844 593 8072  CO | 9,856.54 |
| 09/10/18 | WorldPay ID:9████5965 CCD | DES:BNKCRD DEP ID:LK369993 906002  INDN:EduNet844 593 8072  CO | 20,347.20 |
| 09/10/18 | WorldPay ID:████5965 CCD | DES:BNKCRD DEP ID:LK369993 906001  INDN:EduNet844 593 8072  CO | 10,583.03 |
| 09/10/18 | WorldPay ID:9████5965 CCD | DES:BNKCRD DEP ID:LK369993 907001  INDN:EduNet844 593 8072  CO | 1,209.80 |
| 09/10/18 | Online scheduled transfer from CHK 8783 Confirmation# 1292597606 | | 600.00 |
| 09/10/18 | WorldPay ID:████5965 CCD | DES:ESPCHRGBK  ID:LK3699931801Pv6  INDN:EduNet844 593 8072  CO | 224.75 |
| 09/10/18 | WorldPay ID:████5965 CCD | DES:ESPCHRGBK  ID:LK3699931801Pvc  INDN:EduNet844 593 8072  CO | 224.75 |
| 09/11/18 | WorldPay ID:████5965 CCD | DES:ESPCHRGBK  ID:LK3699931801Q7q  INDN:EduNet844 593 8072  CO | 99.00 |
| 09/12/18 | WorldPay ID:████5965 CCD | DES:BNKCRD DEP ID:LK369993 910001  INDN:EduNet844 593 8072  CO | 22,026.55 |
| 09/12/18 | WorldPay ID:████5965 CCD | DES:ESPCHRGBK  ID:LK3699931801Rhz  INDN:EduNet844 593 8072  CO | 233.00 |
| 09/12/18 | WorldPay ID:████5965 CCD | DES:ESPCHRGBK  ID:LK3699931801Rbr  INDN:EduNet844 593 8072  CO | 99.83 |
| 09/13/18 | WorldPay ID:████5965 CCD | DES:BNKCRD DEP ID:LK369993 910002  INDN:EduNet844 593 8072  CO | 6,490.39 |
| 09/14/18 | WorldPay ID:████5965 CCD | DES:BNKCRD DEP ID:LK369993 912001  INDN:EduNet844 593 8072  CO | 8,136.39 |
| 09/17/18 | WorldPay ID:████5965 CCD | DES:BNKCRD DEP ID:LK369993 913002  INDN:EduNet844 593 8072  CO | 18,095.51 |
| 09/17/18 | WorldPay ID:████5965 CCD | DES:BNKCRD DEP ID:LK369993 913001  INDN:EduNet844 593 8072  CO | 8,042.63 |
| 09/17/18 | WorldPay ID:████5965 CCD | DES:BNKCRD DEP ID:LK369993 915001  INDN:EduNet844 593 8072  CO | 667.78 |
| 09/17/18 | Online scheduled transfer from CHK 8783 Confirmation# 1294630488 | | 600.00 |
| 09/18/18 | WorldPay ID:████5965 CCD | DES:ESPCHRGBK  ID:LK3699931801TDy  INDN:EduNet844 593 8072  CO | 199.67 |
| 09/18/18 | WorldPay ID:████5965 CCD | DES:BNKCRD DEP ID:LK369993 916001  INDN:EduNet844 593 8072  CO | 36.72 |
| 09/19/18 | WorldPay ID:████5965 CCD | DES:BNKCRD DEP ID:LK369993 917002  INDN:EduNet844 593 8072  CO | 24,427.19 |
| 09/19/18 | WorldPay ID:████5965 CCD | DES:BNKCRD DEP ID:LK369993 917001  INDN:EduNet844 593 8072  CO | 13,635.97 |
| 09/20/18 | WorldPay ID:████5965 CCD | DES:BNKCRD DEP ID:LK369993 917003  INDN:EduNet844 593 8072  CO | 10,839.29 |

*continued on the next page*

**Page 1049**
**PX23 France Decl.**
**Attach. AA**



**Your checking account**

LA CASA BONITA INVESTMENTS LLC   |   Account # ████ 8770   |   September 1, 2018 to September 30, 2018

## Deposits and other credits - continued

| Date | Description | | Amount |
|---|---|---|---|
| 09/21/18 | WorldPay     DES:BNKCRD DEP ID:LK369993 918001  INDN:EduNet844 593 8072     ID:████5965 CCD | CO | 7,185.87 |
| 09/24/18 | WorldPay     DES:BNKCRD DEP ID:LK369993 920002  INDN:EduNet844 593 8072     ID:████5965 CCD | CO | 18,563.18 |
| 09/24/18 | WorldPay     DES:BNKCRD DEP ID:LK369993 920001  INDN:EduNet844 593 8072     ID:████5965 CCD | CO | 14,037.28 |
| 09/24/18 | WorldPay     DES:BNKCRD DEP ID:LK369993 921001  INDN:EduNet844 593 8072     ID:████5965 CCD | CO | 653.37 |
| 09/24/18 | Online scheduled transfer from CHK 8783 Confirmation# 1295966304 | | 600.00 |
| 09/25/18 | WorldPay     DES:ESPCHRGBK  ID:LK3699931801WG9  INDN:EduNet844 593 8072     ID:████5965 CCD | CO | 116.33 |
| 09/26/18 | WorldPay     DES:BNKCRD DEP ID:LK369993 924001  INDN:EduNet844 593 8072     ID:████5965 CCD | CO | 22,989.46 |
| 09/26/18 | WorldPay     DES:ESPCHRGBK  ID:LK3699931801XBn  INDN:EduNet844 593 8072     ID:████5965 CCD | CO | 99.83 |
| 09/27/18 | WorldPay     DES:BNKCRD DEP ID:LK369993 924002  INDN:EduNet844 593 8072     ID:████5965 CCD | CO | 8,557.16 |
| 09/28/18 | WorldPay     DES:BNKCRD DEP ID:LK369993 925001  INDN:EduNet844 593 8072     ID:████5965 CCD | CO | 9,427.48 |

**Total deposits and other credits**                                   **$298,897.13**

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 09/04/18 | VERBATIM T P V  DES:SALE     ID:  INDN:CAREY HOWE     CO ID:9215986202 CCD | 304.25 |
| 09/05/18 | WIRE TYPE:BOOK OUT DATE:180905 TIME:0606 ET TRN:2018090500108031 RELATED REF:241039016 BNF:US FINANCIAL FREEDOM CENTE ID:████8299 | 45,000.00 |
| 09/05/18 | WorldPay     DES:MTHLY CHGS ID:LK369993 090218  INDN:EduNet844 593 8072     CO ID:████5965 CCD | 5,498.25 |
| 09/05/18 | BMWFINANCIAL SVS DES:BMWFS PYMT ID:XXXXXXXX  INDN:La Casa Boni4002799750  CO ID:████8977 PPD | 898.04 |
| 09/05/18 | WorldPay     DES:ESPCHRGBK  ID:LK3699931801NdF  INDN:EduNet844 593 8072     CO ID:████5965 CCD | 266.33 |
| 09/05/18 | Payroll     DES:Tax     ID:6145745  INDN:1FILE.ORG     CO ID:1943345425 CCD | 237.58 |
| 09/05/18 | WorldPay     DES:ESPCHRGBK  ID:LK3699931801Nh1  INDN:EduNet844 593 8072     CO ID:████5965 CCD | 199.75 |
| 09/05/18 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:EDUCATION LOAN NETWORK  CO ID:████3141 WEB | 153.48 |
| 09/05/18 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:EDUCATION LOAN NETWORK  CO ID:████3141 WEB | 119.40 |
| 09/05/18 | WorldPay     DES:ESPCHRGBK  ID:LK3699931801MMq  INDN:EduNet844 593 8072     CO ID:████5965 CCD | 99.83 |
| 09/05/18 | WP LINK GATEWAY  DES:8552996779 ID:████2036  INDN:LA CASA BONITA INVESTM  CO ID:████0820 CCD | 34.90 |

*continued on the next page*

**Page 1050**
**PX23 France Decl.**
**Attach. AA**

LA CASA BONITA INVESTMENTS LLC   |   Account # ███████ 8770   |   September 1, 2018 to September 30, 2018

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 09/06/18 | WIRE TYPE:BOOK OUT DATE:180906 TIME:0915 ET TRN:2018090600229761 RELATED REF:241181906 BNF:MJ WEALTH SOLUTIONS, LLC ID ███████9274 | 9,000.00 |
| 09/06/18 | WIRE TYPE:BOOK OUT DATE:180906 TIME:0916 ET TRN:2018090600230164 RELATED REF:241181980 BNF:CAREY G HOWE ID ██████0755 | 1,000.00 |
| 09/06/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801OqV  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 200.00 |
| 09/06/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801Or5  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 200.00 |
| 09/06/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801Or6  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 99.00 |
| 09/06/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801OqW  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 39.00 |
| 09/06/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801OqX  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 39.00 |
| 09/06/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801OqZ  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 39.00 |
| 09/06/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801Or0  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 39.00 |
| 09/06/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801Or1  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 39.00 |
| 09/06/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801Or2  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 39.00 |
| 09/07/18 | WIRE TYPE:BOOK OUT DATE:180907 TIME:1640 ET TRN:2018090700394572 RELATED REF:241356562 BNF:MJ WEALTH SOLUTIONS, LLC ID ███████9274 | 12,000.00 |
| 09/07/18 | IRS      DES:USATAXPYMT ID:███████4230 INDN:LA CASA BONITA INVESTM  CO ID:████2000 CCD | 1,434.87 |
| 09/10/18 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:EDUCATION LOAN NETWORK  CO ID:████3141 WEB | 52.44 |
| 09/10/18 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:LA CASA BONITA INVESTM  CO ID:████3141 WEB | 35.00 |
| 09/11/18 | Debt Pay Inc      DES:DebtPayInc ID:DPP    Sep181963  INDN:CBC Conglomorate LLC      CO ID:████1963 CCD | 5,900.00 |
| 09/11/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801Qlc  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 899.00 |
| 09/11/18 | Payroll      DES:Tax      ID:6145745  INDN:1FILE.ORG      CO ID:1943345425 CCD | 260.70 |
| 09/12/18 | WIRE TYPE:BOOK OUT DATE:180912 TIME:0521 ET TRN:2018091200029397 RELATED REF:241637914 BNF:US FINANCIAL FREEDOM CENTE ID ████████8299 | 41,000.00 |
| 09/12/18 | SO CAL EDISON CO DES:BILL PAYMT ID:XXXXXXXXX  INDN:La casa Bonita      CO ID:████0335 WEB | 305.32 |
| 09/14/18 | IRS      DES:USATAXPYMT ID:███████4484  INDN:LA CASA BONITA INVESTM  CO ID:████2000 CCD | 1,494.96 |
| 09/14/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801SGv  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 266.33 |
| 09/17/18 | WIRE TYPE:BOOK OUT DATE:180917 TIME:0525 ET TRN:2018091700067921 RELATED REF:241946624 BNF:US FINANCIAL FREEDOM CENTE ID ████████8299 | 7,000.00 |
| 09/17/18 | WIRE TYPE:BOOK OUT DATE:180917 TIME:1529 ET TRN:2018091700400045 RELATED REF:242067348 BNF:US FINANCIAL FREEDOM CENTE ID ████████8299 | 35,000.00 |
| 09/17/18 | WIRE TYPE:BOOK OUT DATE:180917 TIME:1532 ET TRN:2018091700401013 RELATED REF:242067590 BNF:MJ WEALTH SOLUTIONS, LLC ID ███████9274 | 5,000.00 |
| 09/17/18 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:EDUCATION LOAN NETWORK  CO ID:████3141 WEB | 241.80 |

*continued on the next page*

**Page 1051**
**PX23 France Decl.**
**Attach. AA**



**Your checking account**

LA CASA BONITA INVESTMENTS LLC   |   Account # ████ 8770   |   September 1, 2018 to September 30, 2018

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 09/17/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801SOH  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 133.00 |
| 09/17/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801SOI  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 133.00 |
| 09/18/18 | FRANCHISE TAX BO DES:PAYMENTS   ID:59252246     PM  INDN:LA CASA      CO ID:████2045 CCD | 1,299.77 |
| 09/18/18 | FRANCHISE TAX BO DES:PAYMENTS   ID:59252043     PM  INDN:LA CASA      CO ID:████2045 CCD | 962.81 |
| 09/18/18 | Payroll      DES:Tax      ID:6145745  INDN:1FILE.ORG      CO ID:1943345425 CCD | 243.29 |
| 09/18/18 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:EDUCATION LOAN NETWORK  CO ID:████3141 WEB | 142.56 |
| 09/18/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801Tov  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 124.75 |
| 09/18/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801Tkn  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 124.75 |
| 09/19/18 | WIRE TYPE:BOOK OUT DATE:180919 TIME:1117 ET TRN:2018091900262225 RELATED REF:242231742 BNF:CAREY G HOWE ID ████0755 | 6,000.00 |
| 09/20/18 | TOYOTA FINANCIAL SERVICES Bill Payment | 499.62 |
| 09/20/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801UVT  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 150.00 |
| 09/20/18 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:EDUCATION LOAN NETWORK  CO ID:████3141 WEB | 87.24 |
| 09/20/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801UXz  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 29.00 |
| 09/21/18 | IRS      DES:USATAXPYMT ID:████5572  INDN:LA CASA BONITA INVESTM  CO ID:████2000 CCD | 1,454.75 |
| 09/21/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801VeZ  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 400.00 |
| 09/24/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801VT8  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 599.00 |
| 09/24/18 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:EDUCATION LOAN NETWORK  CO ID:████3141 WEB | 246.96 |
| 09/24/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801VT9  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 39.00 |
| 09/24/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801VTa  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 39.00 |
| 09/25/18 | WIRE TYPE:BOOK OUT DATE:180925 TIME:1146 ET TRN:2018092500276740 RELATED REF:242686060 BNF:US FINANCIAL FREEDOM CENTE ID████8299 | 60,000.00 |
| 09/25/18 | Balboa Realty   DES:WEB PMTS   ID:TT2D21  INDN:La Casa Bonita Investm  CO ID ████9638 CCD | 6,500.00 |
| 09/25/18 | ACURA PMT      DES:8669502439 ID ████3848  INDN:LA CASA BONITA INVESTM  CO ID:AXXXXXXXX PPD | 3,462.00 |
| 09/25/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801X2j  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 299.67 |
| 09/25/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801X2i  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 299.66 |

*continued on the next page*

**Page 1052**
**PX23 France Decl.**
**Attach. AA**

LA CASA BONITA INVESTMENTS LLC   |   Account # ████ 8770   |   September 1, 2018 to September 30, 2018

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 09/25/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801WAy  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 249.50 |
| 09/25/18 | Payroll      DES:Tax      ID:6145745  INDN:1FILE.ORG      CO ID:1943345425 CCD | 231.00 |
| 09/25/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801WfW  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 174.75 |
| 09/25/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801W9z  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 149.75 |
| 09/25/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801W9A  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 149.75 |
| 09/25/18 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:EDUCATION LOAN NETWORK  CO ID:████3141 WEB | 139.08 |
| 09/25/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801WiE  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 39.00 |
| 09/26/18 | WIRE TYPE:BOOK OUT DATE:180926 TIME:1343 ET TRN:2018092600335882 RELATED REF:242817632 BNF:MJ WEALTH SOLUTIONS, LLC ID:████9274 | 10,000.00 |
| 09/27/18 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:EDUCATION LOAN NETWORK  CO ID:████3141 WEB | 149.88 |
| 09/27/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801XTp  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 149.75 |
| 09/27/18 | WorldPay      DES:ESPCHRGBK  ID:LK3699931801XRZ  INDN:EduNet844 593 8072      CO ID:████5965 CCD | 99.83 |
| 09/28/18 | IRS      DES:USATAXPYMT ID:████8696  INDN:LA CASA BONITA INVESTM  CO ID:████2000 CCD | 1,415.63 |

Card account # XXXX XXXX XXXX 7529

| Date | Description | Amount |
|------|-------------|--------|
| 09/04/18 | CHECKCARD  0831 INSTAPAGE HTTPSWWW.INSTCA 24492158244637634108902 RECURRING CKCD 7392 XXXXXXXXXXXX7529 XXXX XXXX XXXX 7529 | 129.00 |
| 09/10/18 | CHECKCARD  0907 BANDZOOGLE.COM BANDZOOGLE.COIL 24492158250637936287116 RECURRING CKCD 5734 XXXXXXXXXXXX7529 XXXX XXXX XXXX 7529 | 14.95 |
| 09/10/18 | CHECKCARD  0908 INTUIT *QB ONLINE 800 286 6800 CA 24692168251100375318021 RECURRING CKCD 5734 XXXXXXXXXXXX7529 XXXX XXXX XXXX 7529 | 60.00 |
| 09/11/18 | CHECKCARD  0910 INTUIT *PAYROLL 888 537 7794 CA 24692168253100482845013 CKCD 8931 XXXXXXXXXXXX7529 XXXX XXXX XXXX 7529 | 51.00 |
| 09/17/18 | CHECKCARD  0914 RINGCENTRAL, INC 650 4724100  CA 24436548258009804689083 CKCD 4814 XXXXXXXXXXXX7529 XXXX XXXX XXXX 7529 | 9.74 |
| 09/18/18 | CHECKCARD  0917 RINGCENTRAL, INC 650 4724100  CA 24436548261009808533753 CKCD 4814 XXXXXXXXXXXX7529 XXXX XXXX XXXX 7529 | 1,887.94 |

**Subtotal for card account # XXXX XXXX XXXX 7529**   **-$2,152 63**

**Total withdrawals and other debits**   **-$272,805.61**

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|--|------|---------|--------|
| 09/06/18 | 7688 | 553.48 | | 09/04/18 | 7695 | 583.60 |
| 09/04/18 | 7689 | 1,044.75 | | 09/07/18 | 7696 | 435.00 |
| 09/04/18 | 7690 | 457.75 | | 09/07/18 | 7697 | 1,702.00 |
| 09/10/18 | 7691 | 946.23 | | 09/12/18 | 7698 | 651.15 |
| 09/06/18 | 7692 | 445.49 | | 09/11/18 | 7699 | 1,044.75 |
| 09/10/18 | 7693 | 526.93 | | 09/10/18 | 7700 | 461.50 |
| 09/04/18 | 7694 | 412.51 | | 09/10/18 | 7701 | 946.23 |

*continued on the next page*

**Page 1053**
**PX23 France Decl.**
**Attach. AA**



**Your checking account**

LA CASA BONITA INVESTMENTS LLC   |   Account #  ████ 8770   |   September 1, 2018 to September 30, 2018

## Checks - continued

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 09/12/18 | 7702 | 442.86 | | 09/17/18 | 7714 | 641.80 |
| 09/10/18 | 7703 | 526.93 | | 09/21/18 | 7715 | 1,000.00 |
| 09/11/18 | 7704 | 331.50 | | 09/24/18 | 7716 | 360.00 |
| 09/10/18 | 7705 | 817.36 | | 09/19/18 | 7717 | 1,429.98 |
| 09/13/18 | 7706 | 360.00 | | 09/26/18 | 7718 | 591.49 |
| 09/21/18 | 7707 | 651.15 | | 09/24/18 | 7719 | 1,044.75 |
| 09/17/18 | 7708 | 1,044.75 | | 09/24/18 | 7720 | 495.23 |
| 09/17/18 | 7709 | 457.77 | | 09/26/18 | 7721 | 946.23 |
| 09/24/18 | 7710 | 946.23 | | 09/26/18 | 7722 | 424.49 |
| 09/19/18 | 7711 | 440.25 | | 09/24/18 | 7724* | 393.77 |
| 09/17/18 | 7713* | 412.51 | | 09/24/18 | 7725 | 569.05 |
| | | | | **Total checks** | | **-$24,539.47** |
| | | | | **Total # of checks** | | **36** |

*  *There is a gap in sequential check numbers*

## Service fees

The Monthly Fee on your Business Advantage Checking account was waived for the statement period ending 08/31/18. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ○  $2,500+ in new net purchases on a linked Business credit card
- ☑  $15,000+ average monthly balance in primary checking account
- ☑  $35,000+ combined average monthly balance in linked business accounts
- ○  active use of Bank of America Merchant Services
- ○  active use of Payroll Services
- ☑  enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 09/05/18 | Wire Transfer Fee | 30.00 |
| 09/06/18 | Wire Transfer Fee | 30.00 |
| 09/06/18 | Wire Transfer Fee | 30.00 |
| 09/07/18 | Wire Transfer Fee | 30.00 |
| 09/12/18 | Wire Transfer Fee | 30.00 |
| 09/17/18 | Wire Transfer Fee | 30.00 |
| 09/17/18 | Wire Transfer Fee | 30.00 |
| 09/17/18 | Wire Transfer Fee | 30.00 |
| 09/19/18 | Wire Transfer Fee | 30.00 |

*continued on the next page*

**Page 1054**
**PX23 France Decl.**
**Attach. AA**

LA CASA BONITA INVESTMENTS LLC   |   Account # ▮▮▮▮ 8770   |   September 1, 2018 to September 30, 2018

## Service fees - continued

| Date | Transaction description | Amount |
|---|---|---|
| 09/25/18 | Wire Transfer Fee | 30.00 |
| 09/26/18 | Wire Transfer Fee | 30.00 |
| 09/28/18 | Bus Adv Rel Rwds Check Image Fee Waiver of $3 | 0.00 |
| **Total service fees** | | **-$330.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 09/01 | 33,895.02 | 09/12 | 21,223.54 | 09/21 | 50,337.43 |
| 09/04 | 56,820.26 | 09/13 | 27,353.93 | 09/24 | 79,458.27 |
| 09/05 | 4,541.75 | 09/14 | 33,729.03 | 09/25 | 7,850.44 |
| 09/06 | 26,624.81 | 09/17 | 10,970.58 | 09/26 | 18,947.52 |
| 09/07 | 20,879.48 | 09/18 | 6,421.10 | 09/27 | 27,105.22 |
| 09/10 | 49,681.44 | 09/19 | 36,584.03 | 09/28 | 35,117.07 |
| 09/11 | 41,293.49 | 09/20 | 46,657.46 | | |

**Page 1055**
**PX23 France Decl.**
**Attach. AA**

# Attachment BB

2014-Jul-09 02:58 PM Bank of America 626-407-0169                                    21/30

## Bank of America 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

Account Number: ▇▇▇▇9274                              **Bank Number:** 318

Account Type:   ☒ DDA   ☐ SAV   ☐ CD

Account Title:

MJ WEALTH SOLUTIONS, LLC

---

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  P

☐ Other (Defined in W-9 instructions)

Social Security Number _____   (or)  Employer Identification Number  47-1270587

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1  JASON HA | MEMBER | | 7/8/14 |
| 2  SHUNMIN HSU | MEMBER | | 07/08/14 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NCA
00-14-9297M 06-2014

© 2012 Bank of America, N.A. All Rights Reserved
Page 1 of 2

**Page 1056**
**PX23 France Decl.**
**Attach. BB**

2014-Jul-09 02:58 PM Bank of America 626-407-0169                                    22/30

**Account Number:** ▉▉9274

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

Authorized Signer _____   Title ___OWner_____

**Review Information**

**Customer 1:**

Name JASON HA

| ID Type: US State ID W/Photo | ID#: ▉▉▉ | ID Issuer: California | Iss. Date: 06/2009 | Exp. Date: 12/2014 |
| ID Type: BOA ATM/Cked No Photo | ID#: 7403 | ID Issuer: BOFA DEBIT CARD | Iss. Date: N/A | Exp. Date: 01/2018 |

**Customer 2:**

Name SHUNMIN HSU

| ID Type: US Driver License W/Photo | ID#: ▉▉▉ | ID Issuer: California | Iss. Date: 09/2011 | Exp. Date: 08/2015 |
| ID Type: Db/Chk Card-Othr Fin Inst | ID#: 1153 | ID Issuer: WELLS FARGO VISA | Iss. Date: N/A | Exp. Date: 05/2016 |

**Customer 3:**

Name _____

| ID Type: ___ | ID#: ___ | ID Issuer: ___ | Iss. Date: ___ | Exp. Date: ___ |
| ID Type: ___ | ID#: ___ | ID Issuer: ___ | Iss. Date: ___ | Exp. Date: ___ |

**Customer 4:**

Name _____

| ID Type: ___ | ID#: ___ | ID Issuer: ___ | Iss. Date: ___ | Exp. Date: ___ |
| ID Type: ___ | ID#: ___ | ID Issuer: ___ | Iss. Date: ___ | Exp. Date: ___ |

**Customer 5:**

Name _____

| ID Type: ___ | ID#: ___ | ID Issuer: ___ | Iss. Date: ___ | Exp. Date: ___ |
| ID Type: ___ | ID#: ___ | ID Issuer: ___ | Iss. Date: ___ | Exp. Date: ___ |

**Bank Information**

Chck Ref: 0708 14 KP 171

| Date | 07/08/2014 |
| Banking Center Name | TEMPLE CITY |
| Associate's Name | Jeffrey Ling |
| Associate's Phone Number | 626-578-5005 |

NCA
09-14-9297M 06-2014

Page 2 of 2

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

MJ WEALTH SOLUTIONS, LLC
9933 BROADWAY
TEMPLE CITY, CA  91780-2635

# Your Business Advantage Checking
# Bus Platinum Privileges

for March 1, 2019 to March 31, 2019

Account number: ▉▉▉▉ 9274

**MJ WEALTH SOLUTIONS, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on March 1, 2019 | $18,752.43 | # of deposits/credits: 4 |
| Deposits and other credits | 54,000.00 | # of withdrawals/debits: 20 |
| Withdrawals and other debits | -54,023.55 | # of items-previous cycle¹: 5 |
| Checks | -4,000.00 | # of days in cycle: 31 |
| Service fees | -35.95 | Average ledger balance: $12,554.52 |
| **Ending balance on March 31, 2019** | **$14,692.93** | ¹*Includes checks paid,deposited items&other debits* |

---

Bank of America **Business Advantage**

LIFE / BETTER CONNECTED®

Your Digital
Tip of the
Month

## Sign up for online alerts today¹

Stay up to date on your balances, and receive alerts when transactions have posted and when
your payments are due.

Log in or enroll at **bankofamerica.com/smallbusiness** and click on **Alerts** in the Activity Center.

¹ You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's
message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.
©2018 Bank of America Corporation  |  ARTCJRPG  |  SSM-03-18-0017.B

MJ WEALTH SOLUTIONS, LLC   |   Account # ▮▮▮▮ 9274   |   March 1, 2019 to March 31, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

 Bank of America, N.A. Member FDIC and 　　　Equal Housing Lender



**Your checking account**

MJ WEALTH SOLUTIONS, LLC   |   Account #  ████ 9274   |   March 1, 2019 to March 31, 2019

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 03/04/19 | WIRE TYPE:BOOK IN DATE:190304 TIME:1518 ET TRN:2019030400446440 SNDR REF:256875600 ORIG:LA CASA BONITA INVESTMENT ID ████8770 | 9,000.00 |
| 03/12/19 | WIRE TYPE:BOOK IN DATE:190312 TIME:1556 ET TRN:2019031200389057 SNDR REF:257607316 ORIG:LA CASA BONITA INVESTMENT ID ████8770 | 15,000.00 |
| 03/18/19 | WIRE TYPE:BOOK IN DATE:190318 TIME:1406 ET TRN:2019031800401990 SNDR REF:258079140 ORIG:LA CASA BONITA INVESTMENT ID ████8770 | 15,000.00 |
| 03/25/19 | WIRE TYPE:BOOK IN DATE:190325 TIME:1458 ET TRN:2019032500444983 SNDR REF:258667180 ORIG:LA CASA BONITA INVESTMENT ID ████8770 | 15,000.00 |

**Total deposits and other credits**                                          **$54,000.00**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/19 | TRANSFER MJ WEALTH SOLUTIONS,:Good Quality, Inc. Confirmation# 2547031819 | -5,702.06 |
| 03/04/19 | NEWREZ-SHELLPOIN DES:WEB PMTS  ID████3219  INDN:HSU SHUNMIN          CO ID████ 2226 WEB | -10,714.25 |
| 03/13/19 | PORSCHE CONSUMER DES:BILL PAY  ID████8321  INDN:MJ WEALTH SOLUTIONS    CO ID████1211 WEB | -4,832.22 |
| 03/19/19 | CHASE CREDIT CRD DES:EPAY      ID████7551  INDN:SHUNMIN HSU          CO ID████9224 WEB | -10,000.00 |
| 03/19/19 | AMERICAN EXPRESS DES:ACH PMT   ID:W1476  INDN:Shunmin Hsu          CO ID████3497 WEB | -6,000.00 |
| 03/19/19 | AMERICAN EXPRESS DES:ACH PMT   ID:W2964  INDN:Shunmin Hsu          CO ID████3497 WEB | -5,000.00 |
| 03/19/19 | TOYOTA FINANCIAL DES:RETAIL  PAY ID:7████1819  INDN:SHUNMIN HSU          CO ID████5816 WEB | -1,649.14 |
| 03/21/19 | AMERICAN EXPRESS DES:ACH PMT   ID:W0402  INDN:Shunmin Hsu          CO ID████3497 WEB | -4,000.00 |
| 03/22/19 | CHASE CREDIT CRD DES:EPAY      ID████4564  INDN:JASON H TA          CO ID████9224 WEB | -2,000.00 |

**Card account # XXXX XXXX XXXX 2289**

| | | |
|------|-------------|--------|
| 03/04/19 | 60645NVTCONVPR  03/02 #000858510 WITHDRWL Global Cash Acces  LAS VEGAS      NV | -507.99 |
| 03/04/19 | EVI*THE COSMOP  03/02 #000106068 PURCHASE EVI*THE COSMOPOL  LAS VEGAS      NV | -2,084.95 |

*continued on the next page*

---

Bank of America **Business Advantage**                                          LIFE / BETTER CONNECTED®

**Your Digital Tip of the Month**

## Guaranteed bank-to-bank transfers

Pay individuals, vendors and suppliers who bank at other financial institutions — right from Online Banking.

Just log in and click the **Transfers I Send** tab, then select **Send Money to Someone or a Business.**

ARH98YHQ | SSM-03-18-0013.B

**Page 1060**
**PX23 France Decl.**
**Attach. BB**

**MJ WEALTH SOLUTIONS, LLC  |  Account #** ▉▉▉▉ **9274  |  March 1, 2019 to March 31, 2019**

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/04/19 | 60645NVTCONVPR  03/03 #000218457 WITHDRWL Global Cash Acces  LAS VEGAS      NV | -507.99 |
| 03/04/19 | EVI*THE COSMOP  03/03 #000790628 PURCHASE EVI*THE COSMOPOL      LAS VEGAS      NV | -524.95 |
| 03/21/19 | BKOFAMERICA ATM 03/20 #000002904 WITHDRWL WEST ARCADIA           ARCADIA      CA | -500.00 |
| **Subtotal for card account # XXXX XXXX XXXX 2289** | | **-$4,125.88** |
| **Total withdrawals and other debits** | | **-$54,023.55** |

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 03/26/19 | 358 | -2,000.00 |

| Date | Check # | Amount |
|------|---------|--------|
| 03/26/19 | 359 | -2,000.00 |
| **Total checks** | | **-$4,000.00** |
| **Total # of checks** | | **2** |

## Service fees

Based on the activity on your business accounts for the statement period ending 02/28/19, a Monthly Fee was charged for your primary Business Advantage Checking account.  You can avoid the fee in the future by meeting one of the requirements below:

○ $2,500+ in new net purchases on a linked Business credit card

○ $15,000+ average monthly balance in primary checking account

○ $35,000+ combined average monthly balance in linked business accounts

○ active use of Bank of America Merchant Services

○ active use of Payroll Services

○ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 03/01/19 | Monthly Fee for Business Advantage | -29.95 |
| 03/04/19 | 60645NVTCONVPR  03/02 #000858510 WITHDRWL Global Cash Acces  LAS VEGAS    NV  FEE CKCD    XXXXXXXXXXXX2289 | -2.50 |
| 03/04/19 | 60645NVTCONVPR  03/03 #000218457 WITHDRWL Global Cash Acces  LAS VEGAS    NV  FEE CKCD    XXXXXXXXXXXX2289 | -2.50 |
| 03/04/19 | External transfer fee - 3 Day -   03/01/2019 | -1.00 |
| **Total service fees** | | **-$35.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 03/01 | 13,020.42 | 03/18 | 32,842.07 | 03/22 | 3,692.93 |
| 03/04 | 7,674.29 | 03/19 | 10,192.93 | 03/25 | 18,692.93 |
| 03/12 | 22,674.29 | 03/21 | 5,692.93 | 03/26 | 14,692.93 |
| 03/13 | 17,842.07 | | | | |

**Page 1061**
**PX23 France Decl.**
**Attach. BB**



MJ WEALTH SOLUTIONS, LLC  |  Account # ▓▓▓▓ 9274  |  March 1, 2019 to March 31, 2019

## Check images

**Account number:** ▓▓▓▓ 9274
Check number: 358  |  Amount:  $2,000.00



Check number: 359  |  Amount:  $2,000.00



This page intentionally left blank

*Bus Platinum Privileges*


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

📄 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

MJ WEALTH SOLUTIONS, LLC
9933 BROADWAY
TEMPLE CITY, CA  91780-2635

# Your Business Advantage Checking
# Bus Platinum Privileges

for April 1, 2019 to April 30, 2019

Account number: ▇▇▇▇ 9274

**MJ WEALTH SOLUTIONS, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2019 | $14,692.93 | # of deposits/credits: 6 |
| Deposits and other credits | 64,200.00 | # of withdrawals/debits: 18 |
| Withdrawals and other debits | -49,085.09 | # of items-previous cycle¹: 2 |
| Checks | -5,067.48 | # of days in cycle: 30 |
| Service fees | -40.95 | Average ledger balance: $14,134.32 |
| **Ending balance on April 30, 2019** | **$24,699.41** | ¹*Includes checks paid,deposited items&other debits* |

Bank of America **Business Advantage**

THE POWER TO

## build a thriving business

During National Small Business Week and throughout the month of May, we're celebrating the dedication of small business owners and their commitment to achieving success.

Join in the conversation with other business owners by visiting the Small Business Community at **bankofamerica.com/SBcelebrate**.

SSM-11-18-0541.B | ARQSHKBM

MJ WEALTH SOLUTIONS, LLC   |   Account # ███████ 9274   |   April 1, 2019 to April 30, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

 Bank of America, N.A. Member FDIC and  Equal Housing Lender

 **Bank of America**

<span style="color:crimson">**Your checking account**</span>

MJ WEALTH SOLUTIONS, LLC   |   Account # ████ 9274   |   April 1, 2019 to April 30, 2019

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 04/02/19 | WIRE TYPE:BOOK IN DATE:190402 TIME:1601 ET TRN:2019040200415060 SNDR REF:259612554 ORIG:LA CASA BONITA INVESTMENT ID ████ 8770 | 15,000.00 |
| 04/02/19 | WIRE TYPE:BOOK IN DATE:190402 TIME:1610 ET TRN:2019040200419337 SNDR REF:259613740 ORIG:LA CASA BONITA INVESTMENT ID ████ 8770 | 9,000.00 |
| 04/15/19 | WIRE TYPE:BOOK IN DATE:190415 TIME:1550 ET TRN:2019041500496580 SNDR REF:260755942 ORIG:LA CASA BONITA INVESTMENT ID ████ 8770 | 9,000.00 |
| 04/15/19 | Zelle Transfer Conf# XXXXXXXXX; GLEN RAY NGUYEN | 1,200.00 |
| 04/23/19 | WIRE TYPE:BOOK IN DATE:190423 TIME:1419 ET TRN:2019042300381608 SNDR REF:261407912 ORIG:LA CASA BONITA INVESTMENT ID ████ 8770 | 15,000.00 |
| 04/29/19 | WIRE TYPE:BOOK IN DATE:190429 TIME:1515 ET TRN:2019042900473368 SNDR REF:261957004 ORIG:LA CASA BONITA INVESTMENT ID ████ 8770 | 15,000.00 |
| **Total deposits and other credits** | | **$64,200.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 04/01/19 | NEWREZ-SHELLPOIN DES:WEB PMTS   ID:0578263219  INDN:HSU SHUNMIN              CO ID ████ 2226 WEB | -8,250.00 |
| 04/04/19 | TRANSFER MJ WEALTH SOLUTIONS,:Good Quality, Inc. Confirmation# 1741280415 | -5,702.06 |
| 04/04/19 | 47482op1      DES:WEB PMTS   ID:GCHJ54  INDN:CindyTran          CO ID ████ 8789 WEB | -3,175.69 |
| 04/10/19 | PORSCHE CONSUMER DES:BILL PAY   ID ████ 1951  INDN:MJ WEALTH SOLUTIONS    CO ID ████ 1211 WEB | -4,832.22 |
| 04/11/19 | AMERICAN EXPRESS DES:ACH PMT   ID ████ 3346  INDN:Shunmin Hsu          CO ID ████ 3497 WEB | -6,000.00 |
| 04/17/19 | AMERICAN EXPRESS DES:ACH PMT   ID ████ 2624  INDN:Shunmin Hsu          CO ID ████ 3497 WEB | -3,350.00 |
| 04/18/19 | MBFS          DES:WEB PAY   ID ████ 9001  INDN:MJ WEALTH SOLUTIONS    CO ID ████ 3034 WEB | -3,605.68 |
| 04/18/19 | TOYOTA FINANCIAL DES:RETAIL  PAY ID ████ 1719  INDN:SHUNMIN HSU          CO ID ████ 5816 WEB | -1,649.14 |
| 04/25/19 | CHASE CREDIT CRD DES:EPAY     ID ████ 8455  INDN:SHUNMIN HSU          CO ID ████ 9224 WEB | -10,000.00 |

*continued on the next page*

Bank of America **Business Advantage**

LIFE / BETTER CONNECTED®

 Your Digital Tip

## Dreading the shredding?

Go paperless — stop storing or shredding old statements. Enjoy the convenience online access offers.

Enroll today by logging in to Online Banking at **bankofamerica.com/smallbusiness**.
Then click on **Profiles & Settings** (in the upper right, next to **Sign Out**).

©2018 Bank of America Corporation  |  ARG4G3KD  |  SSM-04-18-0041.B

**Page 1066**
**PX23 France Decl.**
**Attach. BB**

MJ WEALTH SOLUTIONS, LLC   |   Account # ■■■■■ 9274   |   April 1, 2019 to April 30, 2019

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| **Card account # XXXX XXXX XXXX 2289** | | |
| 04/08/19 | BKOFAMERICA ATM 04/08 #000001925 WITHDRWL WEST ARCADIA      ARCADIA      CA | -600.00 |
| 04/09/19 | BKOFAMERICA ATM 04/09 #000002473 WITHDRWL WEST ARCADIA      ARCADIA      CA | -600.00 |
| 04/29/19 | DAVIVIENDA     04/27 #000360219 WITHDRWL DAVI B/QUILLA OCC  0800100B/QUIL | -660.15 |
| 04/29/19 | DAVIVIENDA     04/28 #000002253 WITHDRWL DAVI B/QUILLA OCC  0800100B/QUIL | -660.15 |
| **Subtotal for card account # XXXX XXXX XXXX 2289** | | **-$2,520.30** |
| **Total withdrawals and other debits** | | **-$49,085.09** |

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 04/09/19 | 356 | -5,067.48 |
| **Total checks** | | **-$5,067.48** |
| **Total # of checks** | | **1** |

## Service fees

Based on the activity on your business accounts for the statement period ending 03/29/19, a Monthly Fee was charged for your primary Business Advantage Checking account.  You can avoid the fee in the future by meeting one of the requirements below:

- ○ $2,500+ in new net purchases on a linked Business credit card
- ○ $15,000+ average monthly balance in primary checking account
- ○ $35,000+ combined average monthly balance in linked business accounts
- ○ active use of Bank of America Merchant Services
- ○ active use of Payroll Services
- ○ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 04/01/19 | Monthly Fee for Business Advantage | -29.95 |
| 04/05/19 | External transfer fee - 3 Day -     04/04/2019 | -1.00 |
| 04/29/19 | DAVIVIENDA     04/27 #000360219 WITHDRWL DAVI B/QUILLA OCC 0800100B/QUIL     FEE CKCD     XXXXXXXXXXXX2289 | -5.00 |
| 04/29/19 | DAVIVIENDA     04/28 #000002253 WITHDRWL DAVI B/QUILLA OCC 0800100B/QUIL     FEE CKCD     XXXXXXXXXXXX2289 | -5.00 |
| **Total service fees** | | **-$40.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 04/01 | 6,412.98 | 04/04 | 21,535.23 | 04/08 | 20,934.23 |
| 04/02 | 30,412.98 | 04/05 | 21,534.23 | 04/09 | 15,266.75 |

*continued on the next page*

**Page 1067**
**PX23 France Decl.**
**Attach. BB**

 **Bank of America**

<span style="color:red">**Your checking account**</span>

**MJ WEALTH SOLUTIONS, LLC  |  Account #** ████ **9274  |  April 1, 2019 to April 30, 2019**

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 04/10 | 10,434.53 | 04/17 | 11,284.53 | 04/25 | 11,029.71 |
| 04/11 | 4,434.53 | 04/18 | 6,029.71 | 04/29 | 24,699.41 |
| 04/15 | 14,634.53 | 04/23 | 21,029.71 | | |

MJ WEALTH SOLUTIONS, LLC   |   Account # ███████ 9274   |   April 1, 2019 to April 30, 2019

This page intentionally left blank



MJ WEALTH SOLUTIONS, LLC   |   Account # ▓▓▓▓ 9274   |   April 1, 2019 to April 30, 2019

## Check images

**Account number:** ▓▓▓▓ **9274**
Check number: 356   |   Amount:  $5,067.48



MJ WEALTH SOLUTIONS, LLC   |   Account # ███████ 9274   |   April 1, 2019 to April 30, 2019

This page intentionally left blank

Page 1071
PX23 France Decl.
Attach. BB



P.O. Box 15284
Wilmington, DE 19850

MJ WEALTH SOLUTIONS, LLC
9933 BROADWAY
TEMPLE CITY, CA 91780-2635

**Business Advantage**

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Checking

for May 1, 2019 to May 31, 2019

**MJ WEALTH SOLUTIONS, LLC**

Account number: ▓▓▓▓ 9274

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2019 | $24,699.41 | # of deposits/credits: 7 |
| Deposits and other credits | 70,233.45 | # of withdrawals/debits: 21 |
| Withdrawals and other debits | -80,784.92 | # of items–previous cycle[1]: 1 |
| Checks | -7,533.74 | # of days in cycle: 31 |
| Service fees | -30.95 | Average ledger balance: $13,176.79 |
| **Ending balance on May 31, 2019** | **$6,583.25** | [1]Includes checks paid, deposited items&other debits |

Bank of America **Business Advantage**

## What's on your mind?

Business owners like you can join the Bank of America® Advisory Panel to help us understand what you like and don't like.
Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-01-19-2128.D1 | ARG377KX

Page 1072
PX23 France Decl.
Attach. BB

MJ WEALTH SOLUTIONS, LLC   |   Account # ■■■■■ 9274   |   May 1, 2019 to May 31, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation



Bank of America, N.A. Member FDIC and  Equal Housing Lender



**Your checking account**

MJ WEALTH SOLUTIONS, LLC  |  Account # ███████ 9274  |  May 1, 2019 to May 31, 2019

# Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 05/01/19 | Bank of America  DES:CASHREWARD ID:WEALTH SOLUTION  INDN:0000000009538388000000 CO ID:███████0310 PPD | 33.45 |
| 05/02/19 | WIRE TYPE:BOOK IN DATE:190502 TIME:1115 ET TRN:2019050200277508 SNDR REF:262411674 ORIG:LA CASA BONITA INVESTMENT ID:████8770 | 9,000.00 |
| 05/07/19 | WIRE TYPE:BOOK IN DATE:190507 TIME:1215 ET TRN:2019050700332865 SNDR REF:262862652 ORIG:LA CASA BONITA INVESTMENT ID:████8770 | 15,000.00 |
| 05/14/19 | WIRE TYPE:BOOK IN DATE:190514 TIME:1346 ET TRN:2019051400361274 SNDR REF:263467898 ORIG:LA CASA BONITA INVESTMENT ID:████8770 | 15,000.00 |
| 05/20/19 | WIRE TYPE:BOOK IN DATE:190520 TIME:1512 ET TRN:2019052000412174 SNDR REF:263973838 ORIG:LA CASA BONITA INVESTMENT ID:████8770 | 15,000.00 |
| 05/22/19 | Zelle Transfer Conf# XXXXXXXX; GLEN RAY NGUYEN | 1,200.00 |
| 05/30/19 | WIRE TYPE:BOOK IN DATE:190530 TIME:1621 ET TRN:2019053000453045 SNDR REF:264890598 ORIG:LA CASA BONITA INVESTMENT ID:████8770 | 15,000.00 |

**Total deposits and other credits** — **$70,233.45**

# Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 05/02/19 | TRANSFER MJ WEALTH SOLUTIONS,:Good Quality, Inc. Confirmation# 0482368134 | -5,702.06 |
| 05/02/19 | NEWREZ-SHELLPOIN DES:WEB PMTS  ID:████3219  INDN:HSU SHUNMIN  CO ID:████2226 WEB | -5,714.25 |
| 05/06/19 | 474820p1  DES:WEB PMTS  ID:███Y594  INDN:CindyTran  CO ID:████8789 WEB | -3,029.05 |
| 05/08/19 | AMERICAN EXPRESS DES:ACH PMT  ID:████2940  INDN:Shunmin Hsu  CO ID:████3497 WEB | -15,000.00 |
| 05/08/19 | CHASE CREDIT CRD DES:EPAY  ID:████3662  INDN:JASON H TA  CO ID:████9224 WEB | -1,000.00 |
| 05/10/19 | Online Banking payment to CRD 6762 Confirmation# 0351484370 | -100.00 |
| 05/10/19 | CA TLR cash withdrawal from CHK 9274 | -2,700.00 |
| 05/10/19 | CHASE CREDIT CRD DES:EPAY  ID:████2626  INDN:SHUNMIN HSU  CO ID:████9224 WEB | -6,000.00 |
| 05/10/19 | LAMBORGHINI AGEN DES:BILL PAY  ID:████8441  INDN:MJ WEALTH SOLUTIONS  CO ID:████1211 WEB | -4,832.22 |

*continued on the next page*

---

Bank of America **Business Advantage**

## Thank you for your business

We're committed to finding the smartest path to long-term growth for your business.

Our Small Business Specialists will work with you to help strengthen your business and plan for the future.
Please visit **bankofamerica.com/SmallBusiness** to learn more.

AR7RNN9G | SSM-01-19-2811.B

MJ WEALTH SOLUTIONS, LLC  |  Account #■■■■■■9274  |  May 1, 2019 to May 31, 2019

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 05/16/19 | CHASE CREDIT CRD DES:EPAY     ID■■■2192 INDN:SHUNMIN HSU          CO ID■■■9224 WEB | -8,000.00 |
| 05/16/19 | AMERICAN EXPRESS DES:ACH PMT   ID■2384 INDN:Shunmin Hsu          CO ID■■■3497 WEB | -3,944.55 |
| 05/16/19 | TOYOTA FINANCIAL DES:RETAIL  PAY ID■■■1519 INDN:SHUNMIN HSU          CO ID■■■5816 WEB | -1,649.14 |
| 05/21/19 | WELLS FARGO CARD DES:CCPYMT    ID■■■■9997 INDN:HSU SHUN-MIN          CO ID■■■0794 WEB | -2,415.90 |
| 05/22/19 | AMERICAN EXPRESS DES:ACH PMT   ID■5308 INDN:Shunmin Hsu          CO ID■■■3497 WEB | -8,000.00 |
| 05/31/19 | CHASE CREDIT CRD DES:EPAY     ID■■■3100 INDN:SHUNMIN HSU          CO ID■■■9224 WEB | -10,000.00 |

Card account # XXXX XXXX XXXX 2289

| Date | Description | Amount |
|------|-------------|-------:|
| 05/23/19 | BKOFAMERICA ATM 05/22 #000009632 WITHDRWL WEST ARCADIA        ARCADIA     CA | -600.00 |
| 05/24/19 | CHECKCARD  0523 PCA*COMMERCE CASINO COMMERCE     CA 24388949143810383547296         CKCD 4829 XXXXXXXXXXXX2289 XXXX XXXX XXXX 2289 | -2,097.75 |

**Subtotal for card account # XXXX XXXX XXXX 2289**                        **-$2,697.75**

**Total withdrawals and other debits**                        **-$80,784.92**

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|-------:|---|------|---------|-------:|
| 05/31/19 | 353 | -5,000.00 | | 05/21/19 | 355* | -2,533.74 |
| | | | | **Total checks** | | **-$7,533.74** |
| | | | | **Total # of checks** | | **2** |

*  *There is a gap in sequential check numbers*

## Service fees

Based on the activity on your business accounts for the statement period ending 04/30/19, a Monthly Fee was charged for your primary Business Advantage Checking account.  You can avoid the fee in the future by meeting one of the requirements below:

○  $2,500+ in new net purchases on a linked Business credit card

○  $15,000+ average monthly balance in primary checking account

○  $35,000+ combined average monthly balance in linked business accounts

○  active use of Bank of America Merchant Services

○  active use of Payroll Services

○  enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|-------:|
| 05/01/19 | Monthly Fee for Business Advantage | -29.95 |
| 05/03/19 | External transfer fee - 3 Day -   05/02/2019 | -1.00 |

**Total service fees**                        **-$30.95**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

**Page 1075**
**PX23 France Decl.**
**Attach. BB**



**Your checking account**

MJ WEALTH SOLUTIONS, LLC   |   Account # ▬▬▬ 9274   |   May 1, 2019 to May 31, 2019

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 05/01 | 24,702.91 | 05/10 | 4,624.33 | 05/22 | 9,281.00 |
| 05/02 | 22,286.60 | 05/14 | 19,624.33 | 05/23 | 8,681.00 |
| 05/03 | 22,285.60 | 05/16 | 6,030.64 | 05/24 | 6,583.25 |
| 05/06 | 19,256.55 | 05/20 | 21,030.64 | 05/30 | 21,583.25 |
| 05/07 | 34,256.55 | 05/21 | 16,081.00 | 05/31 | 6,583.25 |
| 05/08 | 18,256.55 | | | | |

**Page 1076**
**PX23 France Decl.**
**Attach. BB**

This page intentionally left blank



MJ WEALTH SOLUTIONS, LLC   |   Account #░░░░░░ 9274   |   May 1, 2019 to May 31, 2019

## Check images

**Account number:** ░░░░░░ **9274**
Check number: 353   |   Amount:  $5,000.00

Check number: 355   |   Amount:  $2,533.74





MJ WEALTH SOLUTIONS, LLC   |   Account # ████████ 9274   |   May 1, 2019 to May 31, 2019

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Business Advantage**

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

MJ WEALTH SOLUTIONS, LLC
9933 BROADWAY
TEMPLE CITY, CA  91780-2635

# Your Business Advantage Checking

for June 1, 2019 to June 30, 2019

Account number: ▉▉▉▉ 9274

**MJ WEALTH SOLUTIONS, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2019 | $6,583.25 | # of deposits/credits: 4 |
| Deposits and other credits | 71,500.00 | # of withdrawals/debits: 15 |
| Withdrawals and other debits | -68,793.03 | # of items-previous cycle[1]: 2 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -60.95 | Average ledger balance: $8,010.74 |
| **Ending balance on June 30, 2019** | **$9,229.27** | [1]Includes checks paid,deposited items&other debits |

Bank of America **Business Advantage**

Your Digital Tip

For the second year in a row, J.D. Power® has certified our Mobile Banking app[1] for providing

"An Outstanding Customer Experience."[2]

Download the app today from your app store or visit **bankofamerica.com/GetMobileApp**.

[1]Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
[2]For J.D. Power 2019 award information, visit jdpower.com/awards.

ARVMKVN9 | SSM-01-19-2814.B

PULL: E  CYCLE: 67    SPEC: E   DELIVERY: E   TYPE:    IMAGE: I   BC: CA3

MJ WEALTH SOLUTIONS, LLC   |   Account # ▮▮▮▮ 9274   |   June 1, 2019 to June 30, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**



**Bank of America**                                    <span style="color:red">**Your checking account**</span>

MJ WEALTH SOLUTIONS, LLC   |   Account # ████ 9274   |   June 1, 2019 to June 30, 2019

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 06/06/19 | WIRE TYPE:BOOK IN DATE:190606 TIME:0520 ET TRN:2019060600128561 SNDR REF:265613216 ORIG:LA CASA BONITA INVESTMENT ID ████8770 | 25,000.00 |
| 06/06/19 | WIRE TYPE:BOOK IN DATE:190606 TIME:0519 ET TRN:2019060500418382 SNDR REF:265604842 ORIG:LA CASA BONITA INVESTMENT ID ████8770 | 22,500.00 |
| 06/12/19 | WIRE TYPE:BOOK IN DATE:190612 TIME:1449 ET TRN:2019061200361935 SNDR REF:266177364 ORIG:LA CASA BONITA INVESTMENT ID ████8770 | 9,000.00 |
| 06/21/19 | WIRE TYPE:BOOK IN DATE:190621 TIME:1214 ET TRN:2019062100320475 SNDR REF:266971606 ORIG:LA CASA BONITA INVESTMENT ID ████8770 | 15,000.00 |
| **Total deposits and other credits** | | **$71,500.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 06/04/19 | Tesla 6          DES:WEB PYMNT  ID ███6775  INDN:Mj Wealth Solutions LL  CO ID ███6777 WEB | -2,533.74 |
| 06/05/19 | 47482op1        DES:WEB PMTS   ID ███P2F4  INDN:CindyTran          CO ID ███8789 WEB | -3,002.62 |
| 06/06/19 | WIRE TYPE:BOOK OUT DATE:190606 TIME:1342 ET TRN:2019060600329465 RELATED REF:265673658 BNF:LA CASA BONITA INVESTMENTS ID ████8770 | -25,000.00 |
| 06/06/19 | TRANSFER MJ WEALTH SOLUTIONS,:Good Quality, Inc. Confirmation# 0285438053 | -5,702.06 |
| 06/06/19 | NEWREZ-SHELLPOIN DES:WEB PMTS   ID ███3219  INDN:HSU SHUNMIN          CO ID ███2226 WEB | -10,000.00 |
| 06/10/19 | AMERICAN EXPRESS DES:ACH PMT   ID ██5324  INDN:Shunmin Hsu          CO ID ███3497 WEB | -5,000.00 |
| 06/11/19 | TOYOTA FINANCIAL DES:LEASE  PAY  ID ████1019  INDN:JASON TA          CO ID ████5816 WEB | -721.58 |
| 06/13/19 | CHASE CREDIT CRD DES:EPAY      ID ███6384  INDN:JASON H TA          CO ID ████9224 WEB | -3,000.00 |
| 06/19/19 | BENTLEY CONSUMER DES:BILL PAY  ID ████6801  INDN:MJ WEALTH SOLUTIONS     CO ID ████1211 WEB | -4,964.36 |

*continued on the next page*

---



**Your Digital Tip**

Bank of America **Business Advantage**

# Sign up for online alerts today[1]

Stay up to date on your balances, and receive alerts when transactions have posted and when your payments are due.

Log in or enroll at **bankofamerica.com/SmallBusiness** and click on **Alerts** in the Activity Center.

[1] You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage. You must be enrolled in Online Banking.           ARJ5TCBJ | SSM-02-19-0703.B

MJ WEALTH SOLUTIONS, LLC  |  Account #▮▮▮▮▮9274  |  June 1, 2019 to June 30, 2019

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 06/21/19 | TOYOTA FINANCIAL DES:RETAIL  PAY ID▮▮▮▮▮2019  INDN:SHUNMIN HSU          CO<br>ID▮▮▮5816 WEB | -1,649.14 |
| 06/24/19 | AMERICAN EXPRESS DES:ACH PMT    ID▮6360  INDN:Shunmin Hsu          CO ID▮▮▮3497<br>PPD | -3,613.85 |
| 06/24/19 | MBFS          DES:WEB PAY    ID▮▮▮▮9001  INDN:MJ WEALTH SOLUTIONS    CO<br>ID▮▮▮3034 WEB | -3,605.68 |
| **Total withdrawals and other debits** | | **-$68,793.03** |

## Service fees

Based on the activity on your business accounts for the statement period ending 05/31/19, a Monthly Fee was charged for your primary Business Advantage Checking account.  You can avoid the fee in the future by meeting one of the requirements below:

○ $2,500+ in new net purchases on a linked Business credit card

○ $15,000+ average monthly balance in primary checking account

○ $35,000+ combined average monthly balance in linked business accounts

○ active use of Bank of America Merchant Services

○ active use of Payroll Services

○ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 06/03/19 | Monthly Fee for Business Advantage | -29.95 |
| 06/06/19 | Wire Transfer Fee | -30.00 |
| 06/07/19 | External transfer fee - 3 Day -   06/06/2019 | -1.00 |
| **Total service fees** | | **-$60.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 06/01 | 6,583.25 | 06/07 | 7,783.88 | 06/13 | 8,062.30 |
| 06/03 | 6,553.30 | 06/10 | 2,783.88 | 06/19 | 3,097.94 |
| 06/04 | 4,019.56 | 06/11 | 2,062.30 | 06/21 | 16,448.80 |
| 06/05 | 1,016.94 | 06/12 | 11,062.30 | 06/24 | 9,229.27 |
| 06/06 | 7,784.88 | | | | |

**Page 1083**
**PX23 France Decl.**
**Attach. BB**



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

Business Advantage

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

MJ WEALTH SOLUTIONS, LLC
9933 BROADWAY
TEMPLE CITY, CA  91780-2635

# Your Business Advantage Checking

for July 1, 2019 to July 31, 2019

Account number: ███████ 9274

**MJ WEALTH SOLUTIONS, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on July 1, 2019 | $9,229.27 | # of deposits/credits: 5 |
| Deposits and other credits | 51,200.00 | # of withdrawals/debits: 17 |
| Withdrawals and other debits | -49,253.38 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -30.95 | Average ledger balance: $12,539.35 |
| **Ending balance on July 31, 2019** | **$11,144.94** | ¹Includes checks paid,deposited items&other debits |



Your
Digital
Tip

BANK OF AMERICA BUSINESS ADVANTAGE

## Dreading the shredding?

Go paperless — you'll have security without the hassle of storing and shredding old statements.
View your statements online any time.

You can enroll today by logging in to Online Banking at **bankofamerica.com/SmallBusiness**
and clicking on **Profiles & Settings** (in the upper right, next to Sign Out).

ARW9Y4MJB | SSM-04-19-0138.B

MJ WEALTH SOLUTIONS, LLC  |  Account # ████ 9274  |  July 1, 2019 to July 31, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

<span style="color:red">How to Contact Us</span> - You may call us at the telephone number listed on the front of this statement.

<span style="color:red">Updating your contact information</span> - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

<span style="color:red">Deposit agreement</span> - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

<span style="color:red">Electronic transfers: In case of errors or questions about your electronic transfers</span> - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

<span style="color:red">Reporting other problems</span> - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

<span style="color:red">Direct deposits</span> - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and** **Equal Housing Lender**

 **Bank of America**

<span style="color:red">**Your checking account**</span>

MJ WEALTH SOLUTIONS, LLC   |   Account #█████ 9274   |   July 1, 2019 to July 31, 2019

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 07/05/19 | WIRE TYPE:BOOK IN DATE:190705 TIME:1523 ET TRN:2019070500621972 SNDR REF:268411828 ORIG:LA CASA BONITA INVESTMENT ID:█████8770 | 15,000.00 |
| 07/08/19 | BKOFAMERICA ATM 07/08 #000002197 DEPOSIT TUSTIN      TUSTIN      CA | 5,000.00 |
| 07/12/19 | WIRE TYPE:BOOK IN DATE:190712 TIME:1626 ET TRN:2019071200443283 SNDR REF:269028280 ORIG:LA CASA BONITA INVESTMENT ID:█████8770 | 15,000.00 |
| 07/23/19 | WIRE TYPE:BOOK IN DATE:190723 TIME:1437 ET TRN:2019072300368213 SNDR REF:269863150 ORIG:LA CASA BONITA INVESTMENT ID:█████8770 | 15,000.00 |
| 07/23/19 | Zelle Transfer Conf# XXXXXXXXX; GLEN RAY NGUYEN | 1,200.00 |
| **Total deposits and other credits** | | **$51,200.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 07/05/19 | 47482op1      DES:WEB PMTS   ID:█HSJ4  INDN:CindyTran      CO ID:█████8789 WEB | -3,002.71 |
| 07/08/19 | TRANSFER MJ WEALTH SOLUTIONS,:Good Quality, Inc. Confirmation# 0258656479 | -5,702.06 |
| 07/08/19 | AMERICAN EXPRESS DES:ACH PMT   ID:█6750  INDN:Shunmin Hsu      CO ID:█████3497 WEB | -10,000.00 |
| 07/08/19 | NEWREZ-SHELLPOIN DES:WEB PMTS   ID:████3219  INDN:HSU SHUNMIN      CO ID:█████2226 WEB | -5,714.25 |
| 07/08/19 | CHASE CREDIT CRD DES:EPAY      ID:████2178  INDN:JASON H TA      CO ID:█████9224 WEB | -2,000.00 |
| 07/08/19 | CHASE CREDIT CRD DES:EPAY      ID:████8676  INDN:SHUNMIN HSU      CO ID:█████9224 WEB | -1,000.00 |
| 07/08/19 | TOYOTA FINANCIAL DES:LEASE  PAY ID:████1119  INDN:JASON TA      CO ID:█████5816 WEB | -721.58 |
| 07/16/19 | PORSCHE AGENT WE DES:BILL PAY   ID:████2701  INDN:MJ WEALTH SOLUTIONS      CO ID:████1211 WEB | -4,898.29 |
| 07/16/19 | AMERICAN EXPRESS DES:ACH PMT   ID:█7200  INDN:Shunmin Hsu      CO ID:█████3497 WEB | -192.19 |
| 07/17/19 | Online Banking payment to CRD 6762 Confirmation# 4036528860 | -200.00 |
| 07/18/19 | TOYOTA FINANCIAL DES:RETAIL  PAY ID:████1719  INDN:SHUNMIN HSU      CO ID:████5816 WEB | -1,649.14 |

*continued on the next page*



Bank of America **Business Advantage**

**Your Digital Tip**

## Guaranteed next-day or 3-day delivery of direct bank-to-bank transfers

Pay individuals, vendors and suppliers who bank at other financial institutions — right from Online Banking. Just log in and click the **Transfers | Send** tab, then select **Send Money to Someone or a Business.**

Fees apply to wires and certain transfers. See the Online Banking Service Agreement at bankofamerica.com/serviceagreement for details. Data connection required for online and mobile transfers. Wireless carrier fees may apply.

ARFKPB7J | SSM-02-19-0704.B

**Page 1086**
**PX23 France Decl.**
**Attach. BB**

MJ WEALTH SOLUTIONS, LLC   |   Account # ███████ 9274   |   July 1, 2019 to July 31, 2019

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 07/24/19 | MBFS         DES:WEB PAY   ID██████9001   INDN:MJ WEALTH SOLUTIONS       CO ID██████3034 WEB | -3,605.68 |
| 07/25/19 | Tesla 6        DES:WEB PYMNT   ID████2096   INDN:Mj Wealth Solutions LL   CO ID██████6777 WEB | -5,067.48 |
| 07/30/19 | Zelle Transfer Conf# ba85f21ad; Tran, Bobby | -5,000.00 |

**Card account # XXXX XXXX XXXX 2289**

| Date | Description | Amount |
|---|---|---|
| 07/30/19 | BKOFAMERICA ATM 07/30 #000002210 WITHDRWL WEST ARCADIA        ARCADIA       CA | -500.00 |

**Subtotal for card account # XXXX XXXX XXXX 2289** — **-$500.00**

**Total withdrawals and other debits** — **-$49,253.38**

## Service fees

Based on the activity on your business accounts for the statement period ending 06/28/19, a Monthly Fee was charged for your primary Business Advantage Checking account.  You can avoid the fee in the future by meeting one of the requirements below:

○  $2,500+ in new net purchases on a linked Business credit card

○  $15,000+ average monthly balance in primary checking account

○  $35,000+ combined average monthly balance in linked business accounts

○  active use of Bank of America Merchant Services

○  active use of Payroll Services

○  enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 07/01/19 | Monthly Fee for Business Advantage | -29.95 |
| 07/09/19 | External transfer fee - 3 Day -   07/08/2019 | -1.00 |

**Total service fees** — **-$30.95**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 07/01 | 9,199.32 | 07/12 | 16,057.72 | 07/23 | 25,318.10 |
| 07/05 | 21,196.61 | 07/16 | 10,967.24 | 07/24 | 21,712.42 |
| 07/08 | 1,058.72 | 07/17 | 10,767.24 | 07/25 | 16,644.94 |
| 07/09 | 1,057.72 | 07/18 | 9,118.10 | 07/30 | 11,144.94 |

**Page 1087**
**PX23 France Decl.**
**Attach. BB**



# Attachment CC



P.O. Box 15284
Wilmington, DE 19850

US FINANCIAL FREEDOM CENTER INC
500 YGNACIO VALLEY RD STE 430
WALNUT CREEK, CA  94596-8211

## Business Advantage

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Checking

for May 1, 2019 to May 31, 2019

Account number: ███████ 8299

US FINANCIAL FREEDOM CENTER INC

## Account summary

| | |
|---|---|
| Beginning balance on May 1, 2019 | $66,128.63 |
| Deposits and other credits | 197,836.24 |
| Withdrawals and other debits | -222,415.13 |
| Checks | -0.00 |
| Service fees | -784.11 |
| **Ending balance on May 31, 2019** | **$40,765.63** |

# of deposits/credits: 5

# of withdrawals/debits: 55

# of items-previous cycle[1]: 0

# of days in cycle: 31

Average ledger balance: $36,415.42

[1]Includes checks paid,deposited items&other debits

---

Bank of America **Business Advantage**

## What's on your mind?

Business owners like you can join the Bank of America® Advisory Panel to help us understand what you like and don't like.
Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-01-19-2128.D1 | ARG377KX

**Page 1089**
**PX23 France Decl.**
**Attach. CC**

US FINANCIAL FREEDOM CENTER INC   |   Account # ███████ 8299   |   May 1, 2019 to May 31, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and** **Equal Housing Lender**

**Page 1090**
**PX23 France Decl.**
**Attach. CC**

 **Bank of America**                                            <span style="color:maroon">**Your checking account**</span>

US FINANCIAL FREEDOM CENTER INC   |   Account #▮▮▮▮ 8299   |   May 1, 2019 to May 31, 2019

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 05/07/19 | WIRE TYPE:BOOK IN DATE:190507 TIME:1211 ET TRN:2019050700331654 SNDR REF:262862118 ORIG:LA CASA BONITA INVESTMENT ID▮▮▮ 8770 | 57,000.00 |
| 05/14/19 | WIRE TYPE:BOOK IN DATE:190514 TIME:1344 ET TRN:2019051400360570 SNDR REF:263467676 ORIG:LA CASA BONITA INVESTMENT ID▮▮▮ 8770 | 46,500.00 |
| 05/22/19 | WIRE TYPE:BOOK IN DATE:190522 TIME:0516 ET TRN:2019052100448214 SNDR REF:264098224 ORIG:LA CASA BONITA INVESTMENT ID▮▮▮ 8770 | 48,000.00 |
| 05/28/19 | WIRE TYPE:BOOK IN DATE:190528 TIME:1535 ET TRN:2019052800667415 SNDR REF:BOA4326-24MAY19 ORIG:ICICI BANK LTD. ID▮▮▮ 1846 PMT DET:20190 51300228729 13-MAY-19 14,381.80/USD 263263408 FUND S RTND AS PER BBK REQ | 14,336.24 |
| 05/29/19 | WIRE TYPE:BOOK IN DATE:190529 TIME:1509 ET TRN:2019052900452640 SNDR REF:264771536 ORIG:LA CASA BONITA INVESTMENT ID▮▮▮ 8770 | 32,000.00 |
| **Total deposits and other credits** | | **$197,836.24** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 05/03/19 | WIRE TYPE:WIRE OUT DATE:190503 TIME:0523 ET TRN:2019050300154986 SERVICE REF:003270 BNF:US MARKETING GROUP ID▮▮▮ 9955 BNF BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:262479478 INVO ICE 22222 | -5,000.00 |
| 05/03/19 | WIRE TYPE:INTL OUT DATE:190503 TIME:0552 ET TRN:2019050300153867 SERVICE REF:081307 BNF:RATAN HOUSING DEV LTD (BPO ID▮▮▮ 3898 BNF BK:ICICI BANK LIMITED ID:INICIC0006288 PMT DET:262479422 PURCHASE OF LEADS POP SERVICES | -17,982.99 |
| 05/03/19 | WIRE TYPE:INTL OUT DATE:190503 TIME:0552 ET TRN:2019050300154749 SERVICE REF:081310 BNF:YSA INFO SOLUTIONS PVT. LT ID▮▮▮ 2023 BNF BK:AXIS BANK LIMITED ID:AXISINBB133 PMT DET:26 2479462 PURCHASE OF LEADS POP SERVICES | -4,060.52 |
| 05/03/19 | WIRE TYPE:INTL OUT DATE:190503 TIME:0526 ET TRN:2019050300154066 SERVICE REF:159826 BNF:BIDGAP ID▮▮▮ 2363 BNF BK:IDBI BANK ID:INIBKL0001526 PMT DET:262479438 PURCHASE OF LEA DS POP SERVICES | -3,086.29 |
| 05/03/19 | TRANSFER US FINANCIAL FREEDOM:AMERICAN FINANCIAL S Confirmation# 1788200854 | -30,000.00 |
| 05/03/19 | WIRE TYPE:INTL OUT DATE:190503 TIME:1106 ET TRN:2019050300154283 SERVICE REF:299333 BNF:ELDOCS PRIVATE LIMTED ID▮▮▮ 6248 BNF BK:AXIS BANK ID:INUTIB0000593 PMT DET:26247944 6 PURCHASE OF LEADS POP SERVICES | -2,435.50 |
| 05/03/19 | BARCLAYCARD US   DES:CREDITCARD ID:XXXXXXXXX  INDN:RITESH SRIVASTAVA       CO ID▮▮▮ 7970 WEB | -400.61 |

*continued on the next page*

---

Bank of America **Business Advantage**

# Thank you for your business

We're committed to finding the smartest path to long-term growth for your business.

Our Small Business Specialists will work with you to help strengthen your business and plan for the future.

Please visit **bankofamerica.com/SmallBusiness** to learn more.

AR7RNN9G | SSM-01-19-2811.B

**Page 1091**
**PX23 France Decl.**
**Attach. CC**

US FINANCIAL FREEDOM CENTER INC   |   Account #████████8299   |   May 1, 2019 to May 31, 2019

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 05/07/19 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:US FINANCIAL FREEDOM C  CO ID:██████3141 WEB | -10.00 |
| 05/13/19 | WIRE TYPE:INTL OUT DATE:190513 TIME:0635 ET TRN:2019051300228729 SERVICE REF:920379 BNF:RAJ RATAN INFOSOLUTIONS LT ID:██████0736 BNF BK:ICICI BANK LIMITED ID:ICICINBBCTS PMT DET:2 63263408 PURCHASE OF LEADS POP SERVICES | -14,381.80 |
| 05/13/19 | WIRE TYPE:INTL OUT DATE:190513 TIME:0636 ET TRN:2019051300229307 SERVICE REF:920529 BNF:INI CUSTOMER SERVICES PVT. ID:██████0987 BNF BK:ICICI BANK LIMITED ID:ICICINBBCTS PMT DET:2 63263422 PURCHASE OF LEADS POP SERVICES | -1,876.09 |
| 05/13/19 | WIRE TYPE:INTL OUT DATE:190513 TIME:0638 ET TRN:2019051300229842 SERVICE REF:193841 BNF:LOGICA IT SERVICES ID:██████0400 BNF BK:ICIC I BANK LIMITED ID:ICICINBBCTS PMT DET:263263442 PU RCHASE OF LEADS POP SERVICES | -973.34 |
| 05/13/19 | WIRE TYPE:WIRE OUT DATE:190513 TIME:0642 ET TRN:2019051300231183 SERVICE REF:003207 BNF:US MARKETING GROUP ID:██████9955 BNF BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:263263480 INVO ICE 22295 | -5,000.00 |
| 05/13/19 | WIRE TYPE:WIRE OUT DATE:190513 TIME:0644 ET TRN:2019051300231667 SERVICE REF:003292 BNF:AMERICAN FINANCIAL SUPPORT ID:██████7613 BNF BK:JPMORGAN CHASE BANK, NA ID:322271627 PMT DET:263263494 | -20,400.00 |
| 05/13/19 | TRANSFER US FINANCIAL FREEDOM:MattsenKumar, LLC. Confirmation# 2874649697 | -10,190.63 |
| 05/17/19 | WIRE TYPE:INTL OUT DATE:190517 TIME:0601 ET TRN:2019051700180454 SERVICE REF:471920 BNF:RATAN HOUSING DEV LTD (BPO ID:██████3898 BNF BK:ICICI BANK LIMITED ID:INICIC0006288 PMT DET:263732884 PURCHASE OF LEADS POP SERVICES | -22,678.29 |
| 05/17/19 | WIRE TYPE:INTL OUT DATE:190517 TIME:0601 ET TRN:2019051700180850 SERVICE REF:818464 BNF:XPLORETECH GLOBAL SOLUTION ID:██████5905 BNF BK:AXIS BANK ID:INUTIB0000384 PMT DET:26373290 2 PURCHASE OF LEADS POP SERVICES | -16,650.52 |
| 05/17/19 | TRANSFER US FINANCIAL FREEDOM:MattsenKumar, LLC. Confirmation# 3809174626 | -4,386.50 |
| 05/17/19 | TRANSFER US FINANCIAL FREEDOM:Select Start Media, Confirmation# 0309175285 | -750.00 |
| 05/24/19 | WIRE TYPE:INTL OUT DATE:190524 TIME:1316 ET TRN:2019052400362500 SERVICE REF:211141 BNF:RATAN HOUSING DEV LTD (BPO ID:██████3898 BNF BK:ICICI BANK LIMITED ID:INICIC0006288 PMT DET:264422720 PURCHASE OF LEADS POP SERVICES | -15,170.94 |
| 05/24/19 | WIRE TYPE:INTL OUT DATE:190524 TIME:1317 ET TRN:2019052400362993 SERVICE REF:652351 BNF:INI CUSTOMER SERVICES PVT. ID:██████0987 BNF BK:ICICI BANK LIMITED ID:ICICINBBCTS PMT DET:2 64422896 PURCHASE OF LEADS POP SERVICES | -3,676.68 |
| 05/24/19 | WIRE TYPE:WIRE OUT DATE:190524 TIME:1318 ET TRN:2019052400363333 SERVICE REF:010971 BNF:US MARKETING GROUP ID:██████9955 BNF BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:264423024 INVO ICE 22334 | -5,000.00 |
| 05/24/19 | WIRE TYPE:INTL OUT DATE:190524 TIME:1319 ET TRN:2019052400363642 SERVICE REF:652530 BNF:JITIN KAILASH MADAN ID:██████4968 BNF BK:ICIC I BANK LIMITED ID:ICICINBB007 PMT DET:264423154 C ONSULTING FEE POP SERVICES | -4,730.00 |
| 05/24/19 | WIRE TYPE:INTL OUT DATE:190524 TIME:1325 ET TRN:2019052400366041 SERVICE REF:653144 BNF:XPLORETECH GLOBAL SOLUTION ID:██████5905 BNF BK:AXIS BANK ID:INUTIB0000384 PMT DET:26442384 8 PURCHASE OF LEADS POP SERVICES | -3,712.63 |
| 05/29/19 | CAPITAL ONE    DES:MOBILE PMT ID:██████3937  INDN:SRIVASTAVARITESH       CO ID:█████4980 CCD | -331.12 |
| 05/30/19 | TRANSFER US FINANCIAL FREEDOM:Lanza Law Firm, PC Confirmation# 0224772798 | -15,000.00 |
| 05/31/19 | WIRE TYPE:INTL OUT DATE:190531 TIME:0606 ET TRN:2019053100202530 SERVICE REF:345309 BNF:RATAN HOUSING DEV LTD (BPO ID:██████3898 BNF BK:ICICI BANK LIMITED ID:INICIC0006288 PMT DET:264918604 PURCHASE OF LEADS POP SERVICES | -14,381.80 |

### Card account # XXXX XXXX XXXX 6008

| Date | Description | Amount |
|------|-------------|-------:|
| 05/02/19 | CHECKCARD  0501 GOOGLE *GSUITE  emcorp. cc@google.comCA ██████9269 CKCD 7311 XXXXXXXXXXX6008 XXXX XXXX XXXX 6008 | -11.93 |
| 05/03/19 | CHECKCARD  0502 GOOGLE.COM/ADWORDS THANE ██████1554 RECURRING CKCD 7311 XXXXXXXXXXXX6008 XXXX XXXX XXXX 6008 | -38.95 |

*continued on the next page*

**Page 1092**
**PX23 France Decl.**
**Attach. CC**



<span style="color:red">**Your checking account**</span>

US FINANCIAL FREEDOM CENTER INC   |   Account # ████ 8299   |   May 1, 2019 to May 31, 2019

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 05/22/19 | CHECKCARD  0522 COMM100 NETWORK CORP 778-785-0464 BC ████████1955 CKCD 7372 XXXXXXXXXXX6008 XXXX XXXX XXXX 6008 | -98.00 |
| **Subtotal for card account # XXXX XXXX XXXX 6008** | | **-$148 88** |
| **Total withdrawals and other debits** | | **-$222,415.13** |

## Service fees

The Monthly Fee on your Business Advantage Checking account was waived for the statement period ending 04/30/19. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ◯ $2,500+ in new net purchases on a linked Business credit card
- ☑ $15,000+ average monthly balance in primary checking account
- ☑ $35,000+ combined average monthly balance in linked business accounts
- ◯ active use of Bank of America Merchant Services
- ◯ active use of Payroll Services
- ◯ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 05/01/19 | External transfer fee - Next Day - 04/30/2019 | -5.00 |
| 05/03/19 | Wire Transfer Fee | -45.00 |
| 05/03/19 | Wire Transfer Fee | -45.00 |
| 05/03/19 | Wire Transfer Fee | -45.00 |
| 05/03/19 | Wire Transfer Fee | -45.00 |
| 05/03/19 | Wire Transfer Fee | -30.00 |
| 05/03/19 | CHECKCARD  0502 GOOGLE.COM/ADWORDS THANE ████████1554 RECURRING CKCD 7311 XXXXXXXXXXX6008 INTERNATIONAL TRANSACTION FEE | -1.17 |
| 05/06/19 | External transfer fee - Next Day - 05/03/2019 | -5.00 |
| 05/13/19 | Wire Transfer Fee | -45.00 |
| 05/13/19 | Wire Transfer Fee | -45.00 |
| 05/13/19 | Wire Transfer Fee | -45.00 |
| 05/13/19 | Wire Transfer Fee | -30.00 |
| 05/13/19 | Wire Transfer Fee | -30.00 |
| 05/14/19 | External transfer fee - Next Day - 05/13/2019 | -5.00 |
| 05/17/19 | Wire Transfer Fee | -45.00 |
| 05/17/19 | Wire Transfer Fee | -45.00 |
| 05/20/19 | External transfer fee - Next Day - 05/17/2019 | -5.00 |

*continued on the next page*

**Page 1093**
**PX23 France Decl.**
**Attach. CC**

US FINANCIAL FREEDOM CENTER INC   |   Account # ████████ 8299   |   May 1, 2019 to May 31, 2019

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 05/20/19 | External transfer fee - Next Day - 05/17/2019 | -5.00 |
| 05/22/19 | CHECKCARD  0522 COMM100 NETWORK CORP 778-785-0464 BC ████████████1955 CKCD 7372 XXXXXXXXXXXX6008 INTERNATIONAL TRANSACTION FEE | -2.94 |
| 05/24/19 | Wire Transfer Fee | -45.00 |
| 05/24/19 | Wire Transfer Fee | -45.00 |
| 05/24/19 | Wire Transfer Fee | -45.00 |
| 05/24/19 | Wire Transfer Fee | -45.00 |
| 05/24/19 | Wire Transfer Fee | -30.00 |
| 05/31/19 | Wire Transfer Fee | -45.00 |
| 05/31/19 | External transfer fee - Next Day - 05/30/2019 | -5.00 |
| **Total service fees** | | **-$784.11** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 05/01 | 66,123.63 | 05/13 | 6,863.81 | 05/24 | 24,192.31 |
| 05/02 | 66,111.70 | 05/14 | 53,358.81 | 05/28 | 38,528.55 |
| 05/03 | 2,895.67 | 05/17 | 8,803.50 | 05/29 | 70,197.43 |
| 05/06 | 2,890.67 | 05/20 | 8,793.50 | 05/30 | 55,197.43 |
| 05/07 | 59,880.67 | 05/22 | 56,692.56 | 05/31 | 40,765.63 |

**Page 1094**
**PX23 France Decl.**
**Attach. CC**

# Attachment DD

**DECLARATION OF QUALIFIED PERSON**
**CERTIFYING THE AUTHENTICITY OF DOMESTIC BUSINESS**
**RECORDS AND/OR INFORMATION REFLECTED IN SYSTEMS OF**
**RECORD PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) & 902(11)**

I, the below-signed Declarant, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the information contained in this declaration is true and correct. I am employed by **Capital One Services, LLC**, and in this position I am a qualified person authorized to declare and certify on behalf of **Capital One Bank (USA), NA ("Capital One")** the following in accordance with Federal Rules of Evidence 803(6) and 902(11):

1.      This Declaration is made in conjunction with Capital One's response to the subpoena, search warrant, summons, or request issued by **Stephen Fairchild** in the matter of **Matter No. 1923040**, dated **June 18, 2019** ("Subpoena").

2.      The documents and/or information attached hereto represent such documents and/or information responsive to any reasonable request of the Subpoena as returned from a reasonably diligent search of Capital One's systems of record and are true and accurate duplicates of the original business records maintained by Capital One and/or true and accurate representations of the information reflected in Capital One's systems of record.

3.      In accordance with Federal Rule of Evidence 902(11), I certify that the documents and/or information reflected in Capital One's systems of record attached hereto:

(A)     were made and/or entered in Capital One's systems of record at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B)     were kept and/or entered in its systems of record in the course of the regularly conducted business activity of Capital One; and

(C)     were made and/or entered in its systems of record by Capital One as a regular practice during its regularly conducted business activity.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing information contained in this declaration is true and correct. Executed as of the below date.

_____
Signature of Declarant

7-12-19
Date of Declaration

Karen Parsons
_____
Printed Name of Declarant

┌─────────────────────────────────┐
│ *For Capital One Use Only*       │
│ File #: **2019022437**           │
└─────────────────────────────────┘

# Attachment EE



**Page 1 of 3**
Customer Service 1-800-867-0904
www.capitalone.com/sparkbusiness

**Nov. 10 - Dec. 09, 2016    30 Days in Billing Cycle**

Spark ⟩⟩Visa Signature Business                    Account ending in 0790

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| **$4,289.62** | **$54.00** | **Jan 06, 2017** |

PLEASE PAY AT LEAST THIS AMOUNT

Credit Limit: $10,000.00                    Cash Advance Credit Limit: $5,000.00

Available Credit: $5,710.38          Available Credit for Cash Advances: $5,710.38

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | 23 Years | $11,806 |
| $158 | 3 Years | $5,678 |
| Estimated savings if balance is paid off in about 3 years: | | $6,128 |

If you would like information about credit counseling services, call 1-888-326-8055.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a $39.00 late fee and your APRs may be increased up to the Penalty APR of 29.65%.

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $27.64 | – | $2,500.00 | + | $105.99 | + | $6,655.99 | = | $4,289.62 |

## TRANSACTIONS

**PAYMENTS, CREDITS & ADJUSTMENTS FOR JOHN HO #0790**
| | | |
|---|---|---|
| 1 | 30 NOV CAPITAL ONE ONLINE PYMTAuthDate 30-NOV | ($2,500.00) |

**TRANSACTIONS FOR JOHN HO #0790**
**TRANSACTIONS FOR LOC PHU #3038**
Purchase Spend Limit : $10,000.00   Cash Spend Limit : $5,000.00
| | | |
|---|---|---|
| 1 | 17 NOV BLOOMINGDALE'S #62COSTA MESACA | $3,510.00 |
| 2 | 27 NOV EVI*ARIA RESORT CASINOLAS VEGASNV | $3,145.99 |
| **Total for LOC PHU #3038** | | **$6,655.99** |

▶ **Total Transactions This Period  $6,655.99**

**FEES**
| | | |
|---|---|---|
| 1 | 28 NOV CASH ADVANCE FEE | $94.38 |
| | Total Fees This Period | $94.38 |

**INTEREST CHARGED**
| | | |
|---|---|---|
| | INTEREST CHARGE:CASH ADVANCES | $11.61 |
| | Total Interest This Period | $11.61 |

**Transactions continue on page 2**

### Spark REWARDS INFORMATION

| | |
|---|---|
| PREVIOUS AVAILABLE REWARDS BALANCE | $320.44 |
| REWARDS EARNED THIS PERIOD | $52.65 |
| (reflects transactions posted during this billing cycle) | |
| AVAILABLE BALANCE AS OF 12/09/2016 | $373.09 |

For up-to-date rewards tracking, visit
www.capitalone.com



### INTEREST CHARGE CALCULATION

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 0.00% | $0.00 | $0.00 |
| Cash Advances | 23.24% P | $607.56 | $11.61 |

P,L,D,F = Variable Rate. See reverse of page 1 for details

---

**PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM/SPARKBUSINESS TO MAKE YOUR PAYMENT ONLINE.**

1 ████████████ 0790  09  4289622500000054005

**Account ending in 0790**

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Jan. 06, 2017 | $4,289.62 | $54.00 | . |

PLEASE PAY AT LEAST THIS AMOUNT

**ENJOY 24/7 ACCESS TO YOUR ACCOUNT**
Log in and manage your account online at www.capitalone.com

• Pay bills
• Check your balance
• Review transactions

400018

JOHN HO
J&L ENTERPRISE LLC

COSTA MESA, CA ████████

Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

1 ████████████ 0790  09  4289622500000054005



**Page 1 of 2**
Customer Service 1-800-867-0904
www.capitalone.com/sparkbusiness

| | Dec. 10 - Jan. 09, 2017 | 31 Days in Billing Cycle |

Spark ➤Visa Signature Business — Account ending in 0790

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| $7,345.99 | $103.00 | Feb 06, 2017 |

PLEASE PAY AT LEAST THIS AMOUNT

Credit Limit: $10,000.00          Cash Advance Credit Limit: $5,000.00

Available Credit: $2,654.01       Available Credit for Cash Advances: $2,654.01

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | 28 Years | $21,214 |
| $278 | 3 Years | $10,000 |
| Estimated savings if balance is paid off in about 3 years: | | $11,214 |

If you would like information about credit counseling services, call 1-888-326-8055.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a $39 00 late fee and your APRs may be increased up to the Penalty APR of 29 90%.

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $4,289.62 | − | $734.36 | + | $124.48 | + | $3,666.25 | = | $7,345.99 |

## TRANSACTIONS

**PAYMENTS, CREDITS & ADJUSTMENTS FOR JOHN HO #0790**
1    17 DEC  CAPITAL ONE ONLINE PYMTAuthDate 16-DEC          ($500.00)

**PAYMENTS, CREDITS & ADJUSTMENTS FOR LOC PHU #3038**
2    14 DEC  ARIA - ADV SALES8552755733NV                    ($234.36)

**TRANSACTIONS FOR JOHN HO #0790**

**TRANSACTIONS FOR LOC PHU #3038**
Purchase Spend Limit : $10,000.00   Cash Spend Limit : $5,000.00

| 1 | 14 DEC | ARIA RESORT & CASINOLAS VEGASNV ARRIVE: 12/14/16 | $234.36 |
|---|---|---|---|
| 2 | 20 DEC | PAPA JOHN'S #01961714-432-7272CA | $188.73 |
| 3 | 20 DEC | EXXONMOBIL   97652317SANTA ANACA | $47.17 |
| 4 | 26 DEC | 706 - BOWLMOR ORANGE CTUSTINCA | $50.00 |
| 5 | 31 DEC | EVI*ARIA RESORT CASINOLAS VEGASNV | $3,145.99 |

Total for LOC PHU #3038                                $3,666.25

▶ **Total Transactions This Period** $3,666.25

Transactions continue on page 2

### Spark REWARDS INFORMATION

| PREVIOUS AVAILABLE REWARDS BALANCE | $373.09 |
|---|---|
| REWARDS EARNED THIS PERIOD | $4.29 |
| (reflects transactions posted during this billing cycle) | |
| AVAILABLE BALANCE AS OF 01/09/2017 | $377.38 |

For up-to-date rewards tracking, visit
www.capitalone.com



**INTEREST CHARGE CALCULATION**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 0.00% | $3,612.99 | $0.00 |
| Cash Advances | 23.49% P | $1,508.79 | $30.10 |

P,L,D,F = Variable Rate. See reverse of page 1 for details

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM/SPARKBUSINESS TO MAKE YOUR PAYMENT ONLINE.

1    ▇▇▇▇▇▇▇0790  09  7345990500000103002

**Account ending in 0790**

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Feb. 06, 2017 | $7,345.99 | $103.00 | . |

PLEASE PAY AT LEAST THIS AMOUNT

**ENJOY 24/7 ACCESS TO YOUR ACCOUNT**
Log in and manage your account online at www.capitalone.com

• Pay bills
• Check your balance
• Review transactions

400018

JOHN HO
J&L ENTERPRISE LLC

COSTA MESA, CA ▇▇▇▇▇

Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

1    ▇▇▇▇▇▇▇0790  09  7345990500000103002



**Page 1 of 2**
Customer Service 1-800-867-0904
www.capitalone.com/sparkbusiness

**Dec. 10 - Jan. 09, 2017   31 Days in Billing Cycle**

Spark ⟩Visa Signature Business          Account ending in 0790

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| $7,345.99 | $103.00 | Feb 06, 2017 |

PLEASE PAY AT LEAST THIS AMOUNT

Credit Limit: $10,000.00                 Cash Advance Credit Limit: $5,000.00

Available Credit: $2,654.01          Available Credit for Cash Advances: $2,654.01

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | 28 Years | $21,214 |
| $278 | 3 Years | $10,000 |

Estimated savings if balance is paid off in about 3 years: $11,214

If you would like information about credit counseling services, call 1-888-326-8055.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a $39.00 late fee and your APRs may be increased up to the Penalty APR of 29.90%.

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $4,289.62 | – | $734.36 | + | $124.48 | + | $3,666.25 | = | $7,345.99 |

### TRANSACTIONS

**PAYMENTS, CREDITS & ADJUSTMENTS FOR JOHN HO #0790**
1   17 DEC  CAPITAL ONE ONLINE PYMTAuthDate 16-DEC          ($500.00)

**PAYMENTS, CREDITS & ADJUSTMENTS FOR LOC PHU #3038**
2   14 DEC  ARIA - ADV SALES8552755733NV          ($234.36)

**TRANSACTIONS FOR JOHN HO #0790**

**TRANSACTIONS FOR LOC PHU #3038**
Purchase Spend Limit : $10,000.00  Cash Spend Limit : $5,000.00
| | | |
|---|---|---|
| 1 | 14 DEC  ARIA RESORT & CASINOLAS VEGASNV  ARRIVE: 12/14/16 | $234.36 |
| 2 | 20 DEC  PAPA JOHN'S #01961714-432-7272CA | $188.73 |
| 3 | 20 DEC  EXXONMOBIL   97652317SANTA ANACA | $47.17 |
| 4 | 26 DEC  706 - BOWLMOR ORANGE CTUSTINCA | $50.00 |
| 5 | 31 DEC  EVI*ARIA RESORT CASINOLAS VEGASNV | $3,145.99 |

**Total for LOC PHU #3038                          $3,666.25**

▶ **Total Transactions This Period  $3,666.25**

Transactions continue on page 2

### Spark REWARDS INFORMATION

PREVIOUS AVAILABLE REWARDS BALANCE          $373.09

REWARDS EARNED THIS PERIOD          $4.29
(reflects transactions posted during this billing cycle)

AVAILABLE BALANCE AS OF 01/09/2017          $377.38

For up-to-date rewards tracking, visit
www.capitalone.com



**SPARK BUSINESS**

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 0.00% | $3,612.99 | $0.00 |
| Cash Advances | 23.49% P | $1,508.79 | $30.10 |

P,L,D,F = Variable Rate. See reverse of page 1 for details

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM/SPARKBUSINESS TO MAKE YOUR PAYMENT ONLINE.

1 ▮▮▮▮▮▮▮▮ 0790  09  7345990500000103002

**Account ending in 0790**

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Feb. 06, 2017 | $7,345.99 | $103.00 | . |

PLEASE PAY AT LEAST THIS AMOUNT

**ENJOY 24/7 ACCESS TO YOUR ACCOUNT**
Log in and manage your account online at www.capitalone.com

• Pay bills
• Check your balance
• Review transactions

400018

JOHN HO
J&L ENTERPRISE LLC

COSTA MESA, CA ▮▮▮▮▮

Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

1 ▮▮▮▮▮▮▮▮ 0790  09  7345990500000103002



**Page 1 of 2**
Customer Service 1-800-867-0904
www.capitalone.com/sparkbusiness

Jan. 10 - Feb. 09, 2017  31 Days in Billing Cycle

Spark ⟩⟩Visa Signature Business | Account ending in 0790

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| **$2,679.55** | **$48.00** | **Mar 06, 2017** |

PLEASE PAY AT LEAST THIS AMOUNT

Credit Limit: $10,000.00        Cash Advance Credit Limit: $5,000.00
Available Credit: $7,320.45     Available Credit for Cash Advances: $4,979.00

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | 19 Years | $7,005 |
| $99 | 3 Years | $3,572 |

Estimated savings if balance is paid off in about 3 years: **$3,433**

If you would like information about credit counseling services, call 1-888-326-8055.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a $39.00 late fee and your APRs may be increased up to the Penalty APR of 29.90%.

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $7,345.99 | – | $6,000.00 | + | $21.39 | + | $1,312.17 | = | $2,679.55 |

---

**TRANSACTIONS**

**PAYMENTS, CREDITS & ADJUSTMENTS FOR JOHN HO #0790**
| | | | |
|---|---|---|---|
| 1 | 19 JAN | CAPITAL ONE ONLINE PYMTAuthDate 19-JAN | ($6,000.00) |

**TRANSACTIONS FOR JOHN HO #0790**
**TRANSACTIONS FOR LOC PHU #3038**
Purchase Spend Limit : $10,000.00   Cash Spend Limit : $5,000.00
| | | | |
|---|---|---|---|
| 1 | 10 JAN | BLOOMINGDALE'S #62COSTA MESACA | $880.10 |
| 2 | 20 JAN | YIGAHIRVINECA | $200.00 |
| 3 | 21 JAN | 7-ELEVEN 35633SANTA ANACA | $8.10 |
| 4 | 21 JAN | 7-ELEVEN 35633SANTA ANACA | $21.22 |
| 5 | 22 JAN | NATE'S KORNER DELISANTA ANACA | $77.51 |
| 6 | 23 JAN | PHO SAIGON PEARLIRVINECA | $125.24 |
| **Total for LOC PHU #3038** | | | **$1,312.17** |

▶ **Total Transactions This Period  $1,312.17**

Transactions continue on page 2

**Spark REWARDS INFORMATION**

| | |
|---|---|
| PREVIOUS AVAILABLE REWARDS BALANCE | $377.38 |
| REWARDS EARNED THIS PERIOD | $19.68 |
| (reflects transactions posted during this billing cycle) | |
| AVAILABLE BALANCE AS OF 02/09/2017 | $397.06 |

For up-to-date rewards tracking, visit
www.capitalone.com



**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 0.00% | $3,188.46 | $0.00 |
| Cash Advances | 23.49% P | $1,071.96 | $21.39 |

P,L,D,F = Variable Rate. See reverse of page 1 for details

---

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM/SPARKBUSINESS TO MAKE YOUR PAYMENT ONLINE.

1  ████████  0790  09  2679556000000048001



**Account ending in 0790**

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Mar. 06, 2017 | $2,679.55 | $48.00 | . |

PLEASE PAY AT LEAST THIS AMOUNT

JOHN HO
J&L ENTERPRISE LLC

COSTA MESA, CA ████████

Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

1  ████████  0790  09  2679556000000048001



**Spark® Visa Signature Business Account Ending in 0790**
Feb. 10, 2017 - Mar. 09, 2017 | 28 days in Billing Cycle

## Transactions

Visit **www.capitalone.com/sparkbusiness** to see detailed

**JOHN HO #0790: Payments, Credits and Adjustments**

| Date | Description | Amount |
|------|-------------|--------|
| Mar 6 | CAPITAL ONE ONLINE PYMTAuthDate 06-MAR | - $2,679.55 |

**JOHN HO #0790: Transactions**

| Date | Description | Amount |
|------|-------------|--------|

**LOC PHU #3038: Transactions**
Purchase Spend Limit : $10,000.00   Cash Spend Limit : $5,000.00

| Date | Description | Amount |
|------|-------------|--------|
| Feb 11 | ARIA RESORT & CASINOLAS VEGASNV ARRIVE: 02/11/17 | $675.00 |
| **LOC PHU #3038: Total** | | **$675.00** |

| **Total Transactions for This Period** | **$675.00** |
|---|---|

### Fees

| Date | Description | Amount |
|------|-------------|--------|
| **Total Fees for This Period** | | **$0.00** |

### Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.33 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.33** |

### 2017 Totals Year-to-Date

| | |
|---|---|
| **Total Fees charged in 2017** | **$94.38** |
| **Total Interest charged in 2017** | **$51.82** |

300083

Make a statement.
**Go paperless.**
Stop waiting for your bill to arrive
in the mail and go paperless today.

Log in to your account to make the **switch to paperless.**

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| Purchases | 0.00% | $2,278.42 | $0.00 |
| Cash Advances | 23.49% P | $18.51 | $0.33 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.



Page 2 of 2

**Spark® Visa Signature Business Account Ending in 0790**
Apr. 10, 2017 - May 09, 2017 | 30 days in Billing Cycle

| Transactions | | |
|---|---|---|

Visit **www.capitalone.com/sparkbusiness** to see detailed

### JOHN HO #0790: Payments, Credits and Adjustments

| Date | Description | Amount |
|---|---|---|
| May 9 | CAPITAL ONE ONLINE PYMTAuthDate 09-MAY | - $500.00 |

### JOHN HO #0790: Transactions

| Date | Description | Amount |
|---|---|---|

### LOC PHU #3038: Transactions
Purchase Spend Limit : $10,000.00   Cash Spend Limit : $5,000.00

| Date | Description | Amount |
|---|---|---|
| Apr 16 | CAPTAIN JACKSSUNSET BEACHCA | $667.96 |
| Apr 16 | 76 - VALU GAS SERVICES INHAWAIIAN GARDCA | $49.45 |
| Apr 17 | PCA*HAWAIIAN GARDENSHAWAIIAN GARDCA | $3,090.00 |
| Apr 27 | SILVER TRUMPET REST & BARCOSTA MESACA | $213.97 |
| May 3 | ALOHA HAWAIIAN BBQSAN ANNACA | $36.57 |
| May 3 | SILVER TRUMPET REST & BARCOSTA MESACA | $347.87 |
| **LOC PHU #3038: Total** | | **$4,405.82** |
| **Total Transactions for This Period** | | **$4,405.82** |

| Fees | | |
|---|---|---|

| Date | Description | Amount |
|---|---|---|
| May 6 | PAST DUE FEE | $39.00 |
| Apr 18 | CASH ADVANCE FEE | $92.70 |
| **Total Fees for This Period** | | **$131.70** |

| Interest Charged | | |
|---|---|---|
| Interest Charge on Purchases | | $0.00 |
| Interest Charge on Cash Advances | | $47.59 |
| Interest Charge on Other Balances | | $0.00 |
| **Total Interest for This Period** | | **$47.59** |

| 2017 Totals Year-to-Date | | |
|---|---|---|
| **Total Fees charged in 2017** | | **$226.08** |
| **Total Interest charged in 2017** | | **$99.41** |

| Interest Charge Calculation | | | |
|---|---|---|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 0.00% | $4,207.41 | $0.00 |
| Cash Advances | 23.74% P | $2,438.93 | $47.59 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.



300083

**Make a statement.**
**Go paperless.**
Stop waiting for your bill to arrive in the mail and go paperless today.

Log in to your account to make the **switch to paperless.**

**Page 1101**
**PX23 France Decl.**
**Attach. EE**



Page 2 of 2

**Spark® Visa Signature Business Account Ending in 0790**

May 10, 2017 - Jun. 09, 2017 | 31 days in Billing Cycle

| Transactions |
| --- |

Visit **www.capitalone.com/sparkbusiness** to see detailed

### JOHN HO #0790: Payments, Credits and Adjustments

| Date | Description | Amount |
| --- | --- | --- |
| Jun 1 | CAPITAL ONE ONLINE PYMTAuthDate 01-JUN | - $127.00 |

### JOHN HO #0790: Transactions

| Date | Description | Amount |
| --- | --- | --- |

### LOC PHU #3038: Transactions
**Purchase Spend Limit : $10,000.00   Cash Spend Limit : $5,000.00**

| Date | Description | Amount |
| --- | --- | --- |
| May 15 | NORDVPN.COMHTTPSNORDVPN.NY | $45.00 |
| May 15 | NORDVPN.COMHTTPSNORDVPN.NY | $45.00 |
| May 16 | NORDVPN.COMVILNIUS | $45.00 |
| May 16 | NORDVPN.COMVILNIUS | $45.00 |
| May 21 | PCA*HAWAIIAN GARDENSHAWAIIAN GARDCA | $2,082.99 |
| Jun 4 | BRAVO POKER LIVE-CAESARS281-367-5233TX | $1,547.25 |
| **LOC PHU #3038: Total** | | **$3,810.24** |
| **Total Transactions for This Period** | | **$3,810.24** |

| Fees |
| --- |

| Date | Description | Amount |
| --- | --- | --- |
| May 22 | CASH ADVANCE FEE | $62.49 |
| **Total Fees for This Period** | | **$62.49** |

| Interest Charged |
| --- |

| Interest Charge on Purchases | $96.43 |
| --- | --- |
| Interest Charge on Cash Advances | $84.32 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$180.75** |

| 2017 Totals Year-to-Date |
| --- |

| Total Fees charged in 2017 | $288.57 |
| --- | --- |
| Total Interest charged in 2017 | $280.16 |

| Interest Charge Calculation |
| --- |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| Purchases | 21.74% P | $5,222.76 | $96.43 |
| Cash Advances | 23.74% P | $4,182.14 | $84.32 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.

300085



## Protect your **credit score**.

Detect fraud with automatic alerts if your credit report changes with CreditWise®—built right into the Capital One® mobile app.

Text **ONE** to **80101** to download the app. Messaging & Data rates may apply.



Page 2 of 2

**Spark® Visa Signature Business Account Ending in 0790**
Jun. 10, 2017 - Jul. 09, 2017 | 30 days in Billing Cycle

| Transactions |
| --- |

Visit **www.capitalone.com/sparkbusiness** to see detailed

### JOHN HO #0790: Payments, Credits and Adjustments

| Date | Description | Amount |
| --- | --- | --- |
| Jun 11 | CAPITAL ONE ONLINE PYMTAuthDate 11-JUN | - $4,000.00 |
| Jun 22 | CREDIT-CASH BACK REWARD | - $531.54 |

### JOHN HO #0790: Transactions

| Date | Description | Amount |
| --- | --- | --- |

### LOC PHU #3038: Transactions
Purchase Spend Limit : $10,000.00   Cash Spend Limit : $5,000.00

| Date | Description | Amount |
| --- | --- | --- |
| Jun 8 | ARIA - FRONT DESKLAS VEGASNV ARRIVE: 06/07/17 | $209.16 |
| Jun 8 | ARIA - FRONT DESK8552755733NV ARRIVE: 06/08/17 | $300.00 |
| Jun 11 | AMERICAOPTIONJIADINGQU | $202.79 |
| Jun 12 | HENSS PTY LTDSHANGHAISHI | $47.71 |
| Jun 12 | HENSS PTY LTDSHANGHAISHI | $212.99 |
| Jun 14 | PAYPAL *EMAILMONKST402-935-7733CA | $234.00 |
| Jun 15 | HENSS PTY LTDSHANGHAISHI | $160.04 |
| Jun 15 | UBANC AGSHANGHAI | $84.30 |
| Jun 15 | 706 - BOWLMOR ORANGE CTUSTINCA | $347.26 |
| Jun 23 | MUSES B.V.SHANGHAI | $172.29 |
| Jun 28 | CRYSTAL ACCENT AGBEIJING | $267.51 |
| Jun 28 | BINARINGNANNING | $267.21 |
| Jun 30 | KINGSVARS PTYSHENZHEN | $138.62 |
| Jun 30 | NIOBE MORPH BVSHANGHAI | $375.54 |
| Jul 1 | KINGSVARS PTYSHENZHEN | $347.35 |
| Jul 1 | KINGSVARS PTYSHENZHEN | $467.15 |
| Jul 3 | KINGSVARS PTYSHENZHEN | $205.54 |
| Jul 3 | KINGSVARS PTYSHENZHEN | $460.85 |
| Jul 6 | BONOCAN PVTBEIJING | $265.95 |
| **LOC PHU #3038: Total** | | **$4,766.26** |

**Total Transactions for This Period** — **$4,766.26**

| Fees |
| --- |

| Date | Description | Amount |
| --- | --- | --- |
| **Total Fees for This Period** | | **$0.00** |

| Transactions Continued |
| --- |

| Interest Charged |
| --- |

| Interest Charge on Purchases | $153.48 |
| --- | --- |
| Interest Charge on Cash Advances | $28.15 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$181.63** |

| 2017 Totals Year-to-Date |
| --- |

| Total Fees charged in 2017 | $288.57 |
| --- | --- |
| Total Interest charged in 2017 | $461.79 |

| Interest Charge Calculation |
| --- |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| Purchases | 21.99% P | $8,491.45 | $153.48 |
| Cash Advances | 23.99% P | $1,427.31 | $28.15 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.

300086



Get the app designed to save time.
Effortlessly manage your account on the go with the Capital One® mobile app.

Text **ONE to 80101** to download the app. Messaging & Data rates may apply.



Spark® Visa Signature Business Account Ending in 0790
Jul. 10, 2017 - Aug. 09, 2017 | 31 days in Billing Cycle

## Transactions

Visit www.capitalone.com/sparkbusiness to see detailed

### JOHN HO #0790: Payments, Credits and Adjustments

| Date | Description | Amount |
|---|---|---|
| Aug 1 | CAPITAL ONE ONLINE PYMTAuthDate 01-AUG | - $300.00 |

### LOC PHU #3038: Payments, Credits and Adjustments

| Date | Description | Amount |
|---|---|---|
| Jul 14 | BRAVO POKER LIVE-CAESARSSPRINGTX | - $1,500.00 |

### JOHN HO #0790: Transactions

| Date | Description | Amount |
|---|---|---|

### LOC PHU #3038: Transactions
Purchase Spend Limit : $10,000.00   Cash Spend Limit : $5,000.00

| Date | Description | Amount |
|---|---|---|
| Jul 10 | DELTA AIR   Baggage FeeLAS VEGASNV | $25.00 |
| Jul 10 | DELTA AIR   Baggage FeeLAS VEGASNV | $25.00 |
| Jul 12 | UAACEVEBP S.R.O.FUZHOUSHI | $186.70 |
| Jul 14 | RIO SUITES FRONT DESKLAS VEGASNV ARRIVE: 07/07/17 | $693.34 |
| Jul 14 | RIO SUITES FRONT DESKLAS VEGASNV ARRIVE: 07/07/17 | $78.20 |
| Jul 14 | TAXI SVC LAS VEGASLAS VEGASNV | $14.62 |
| Jul 17 | NEO PORT FDNFUZHOUSHI | $266.99 |
| Jul 18 | NEO PORT FDNFUZHOUSHI | $374.56 |
| Jul 26 | YOLDANNGAMWS A/SSHANGHAISHI | $47.51 |
| Jul 26 | YOLDANNGAMWS A/SSHANGHAISHI | $159.66 |
| Jul 26 | SHELL OIL 57445877103SANTA ANACA | $49.35 |
| Jul 28 | NEWPORT SEAFOOD RESTAURANSANTA ANACA | $444.24 |
| Aug 2 | PUREALOECLEANSEFUZHOUSHI | $268.04 |
| **LOC PHU #3038: Total** | | **$2,633.21** |

**Total Transactions for This Period**   **$2,633.21**

## Fees

| Date | Description | Amount |
|---|---|---|
| **Total Fees for This Period** | | **$0.00** |

## Transactions Continued

### Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $206.11 |
| Interest Charge on Cash Advances | $27.11 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$233.22** |

### 2017 Totals Year-to-Date

| | |
|---|---|
| Total Fees charged in 2017 | $288.57 |
| Total Interest charged in 2017 | $695.01 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 21.99% P | $11,035.16 | $206.11 |
| Cash Advances | 23.99% P | $1,330.31 | $27.11 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.



300084

Stay on top of your **credit score.**
Monitor your credit score with CreditWise®
built right into the Capital One® mobile app.

Text **ONE** to **80101** to download the app. Messaging & Data rates may apply.

# Attachment FF



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Sherri Scott, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 22026739

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Statements | XXXXXXXXX8557 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Wire Request | XXXXXX0523 | 0 | 0 |
| Note to Client: Unable to locate the requested wire transfer records for account ending (0523) within time frame requested. | | | |
| Signature Cards | XXXXXX3015 | 1 | 1 |
| ACH | XXXXXXXXX8557 | 0 | 0 |
| Unable to locate ACH associated with acct ending in 8557 within the specified time frame. | | | |
| Wire Request | XXXXXXXXX8557 | 0 | 0 |
| Note to Client: Unable to locate Wires for account ending (8557) within time frame requested. | | | |
| Statements | XXXXXX5824 | 51 | 51 |
| ACH | XXXXXX0523 | 0 | 0 |
| Unable to locate ACH associated with acct ending in 0523 within the specified time frame. | | | |
| Customer Profile | XXXXXXXXXXXX9997 | 0 | 0 |

Case No: 22026739; Agency Case No: 1923040

**Page 1105**
**PX23 France Decl.**
**Attach. FF**

name: SHUN-MIN HSU
address:
█████████████
TEMPLE CITY CA
DDA:        5198
DDA:        2654
DDA:        2670
DDA:        3015
DDA:        4675
DDA:        9496
DDA:        6915
XCC:              9997

| | | | |
|---|---|---|---|
| Credit Card Statements | XXXXXXXXXXXX5954 | 66 | 66 |
| Customer Profile | XXXXXX0523 | 0 | 0 |

Name: DIAMOND CHOICE INC
Address: 1261 E DYER RD STE 250
SANTA ANA CA 92705-5658
Name:RUDDY PALACIOS
Address:
LAKE FOREST CA
████ 4675- Additional Platinum
Checking
████ 5824-Wells Fargo Business
Choice Checking
████ 4575-Wells Fargo®
Essential Checking
████ 4252-Wells Fargo
Way2Save® Savings
████ 523-Business Market Rate
Savings
█████ 7105- WELLS FARGO
VISA
█████ 1455-WELLS
FARGO VISA
██████ 0429- WELLS
FARGO® BUSINESS CARD VISA

| | | | |
|---|---|---|---|
| Customer Profile | XXXXXXXXXXXX0192 | 1 | 1 |
| Signature Cards | XXXXXXXXX4252 | 3 | 3 |
| Customer Profile | XXXXXXXXXXXX1455 | 1 | 1 |
| Customer Profile | XXXXXXXXX4252 | 0 | 0 |

Name: RUDDY PALACIOS
Address:
LAKE FOREST CA
Account#:        4252
Type of account#: Wells Fargo
Way2Save® Savings

| | | | |
|---|---|---|---|
| Customer Profile | XXXXXX0553 | 0 | 0 |

RUDDY PALACIOS
████████
LONG BEACH CA
ACCT:      0553
ACCT TYPE: WELLS FARGO HIGH
YIELD SAVINGS

| | | | |
|---|---|---|---|
| Statements | XXXXXX0523 | 283 | 283 |

This account is also included with statements for account XXXXXX5824 for the time period you have requested.

| | | | |
|---|---|---|---|
| Account Opening | XXXXXX0523 | 5 | 5 |
| ACH | XXXXXX5824 | 16 | 16 |
| ACH | XXXXXXXXX8557 | 0 | 0 |

Unable to locate ACH associated with acct ending in 8557 within the specified time frame.

| | | | |
|---|---|---|---|
| Wire Request | XXXXXX5824 | 17 | 17 |
| Customer Profile | XXXXXX9370 | 0 | 0 |

Name: OLIVER POMAZI
Address:
IRVINE CA ███████████
Account # ██████8001 Type: Business Market Rate Savings
Account # ██████9370 Type: Gold Business Services Package
Account # ██████9396 Type: Business Checking
Account # ██████9404 Type: Business Checking

| | | | |
|---|---|---|---|
| Signature Cards | XXXXXX8001 | 5 | 5 |
| Customer Profile | XXXXXXXXXXXX0429 | 0 | 0 |

Account #: ██████████████0429
Type of Account: WELLS FARGO® BUSINESS CARD

Name:DIAMOND CHOICE INC
Address: 1261 E DYER RD STE 250
SANTA ANA CA 92705-5658

Name:RUDDY PALACIOS
Address:
LAKE FOREST CA ███████████

| | | | |
|---|---|---|---|
| Customer Profile | XXXXXXXXXXXX5954 | 0 | 0 |

DIAMOND CHOICE INC / RUDDY PALACIOS
5000 BIRCH ST STE 3000
NEWPORT BEACH CA 92660-2140
██████0523 BUSINESS MARKET RATE SAVINGS
██████5824 GOLD BUSINESS SERVICES PACKAGE

| | | | |
|---|---|---|---|
| Account Opening | XXXXXXXXX8557 | 0 | 0 |

Note to Client: Unable to locate account opening records for account ending (8557).

| | | | |
|---|---|---|---|
| Customer Profile | XXXXXXXXX8557 | 2 | 2 |
| XCC Applications | XXXXXXXXXXXX0429 | 0 | 0 |

Please refer to account ending in (5954) for application requested.

| | | | |
|---|---|---|---|
| XCC Applications | XXXXXXXXXXXX5954 | 5 | 5 |
| Customer Profile | XXXXXX8001 | 0 | 0 |

Case No: 22026739; Agency Case No: 1923040

Name: OLIVER POMAZI
Address: ███████████ IRVINE
CA ████████
Type of account: Business Market
Rate Savings

| | | | |
|---|---|---|---|
| Checks/Debits | XXXXXX0523 | 0 | 0 |

All transactions requested are
electronic and no images are
available

| | | | |
|---|---|---|---|
| Signature Cards | XXXXXX0553 | 3 | 3 |
| Credit Card Statements | XXXXXXXXXXXX0429 | 166 | 166 |
| Customer Profile | XXXXXX5824 | 0 | 0 |

DIAMOND CHOICE INC
1261 E DYER RD STE 250
SANTA ANA CA 92705-5658

All Accounts with Types:
████████5824: Wells Fargo Business
Choice Checking
████████0523: Business Market Rate
Savings
██████████████0429: Wells Fargo
Business Card(VISA)

| | | | |
|---|---|---|---|
| Customer Profile | XXXXXX5198 | 0 | 0 |

Name: CHANG TSAI KUEN HSU
Address: ████████████████
TEMPLE CITY CA ████████
Type of account: Wells Fargo High
Yield Savings

| | | | |
|---|---|---|---|
| Signature Cards | XXXXXX4205 | 3 | 3 |
| Signature Cards | XXXXXX5198 | 3 | 3 |
| Customer Profile | XXXXXXXXXXXX9710 | 0 | 0 |

OLIVER POMAZI
███████████
IRVINE CA ████████████
████████8001 BUSINESS MARKET
RATE SAVINGS
████████9370 GOLD BUSINESS
SERVICES PACKAGE
████████9396 BUSINESS
CHECKING
████████9404 BUSINESS
CHECKING

| | | | |
|---|---|---|---|
| Account Opening | XXXXXX5824 | 5 | 5 |
| Deposits with offsets | XXXXXX5824 | 89 | 89 |
| Customer Profile | XXXXXXXXXXXX7105 | 0 | 0 |

**Page 1108**
**PX23 France Decl.**
**Attach. FF**

Name: RUDDY PALACIOS
Address:
LAKE FOREST CA ███████
DDA# ██████ 0553
DDA# ██████ 4205
DDA# ██████ 0523
DDA# ██████ 2654
DDA# ██████ 2670
DDA# ██████ 4675
DDA# ██████ 5824
DDA# █████████ 4575
DDA# █████████ 4252
XCC# █████████ 7105
XCC# █████████ 1455
XCC# █████████ 0429

| | | | |
|---|---|---|---|
| Customer Profile | XXXXXX4205 | 0 | 0 |

Name: RUDDY PALACIOS
Address:
LAKE FOREST CA ██████
Account#: ██████ 4205
Type of account:Wells Fargo®
Preferred Checking

| | | | |
|---|---|---|---|
| Deposits with offsets | XXXXXXXXX8557 | 28 | 28 |
| ACH | XXXXXXXXX8557 | 0 | 0 |

Unable to locate ACH associated
with acct ending in 8557 within the
specified time frame.

| | | | |
|---|---|---|---|
| Signature Cards | XXXXXX5824 | 5 | 5 |
| ACH | XXXXXXXXX8557 | 0 | 0 |

Unable to locate ACH associated
with acct ending in 8557 within the
specified time frame.

| | | | |
|---|---|---|---|
| Deposits with offsets | XXXXXX0523 | 0 | 0 |

All transactions requested are
electronic and no images are
available

| | | | |
|---|---|---|---|
| Customer Profile | XXXXXXXXX4575 | 1 | 1 |
| Customer Profile | XXXXXX9404 | 0 | 0 |

Name:OLIVER POMAZI
Address ██████
IRVINE CA
Account number ██████ 9404
Type of Account: Wells Fargo
Business Choice Checking

| | | | |
|---|---|---|---|
| Signature Cards | XXXXXXXXX8557 | 11 | 11 |
| Customer Profile | XXXXXXXXXXXX2079 | 0 | 0 |

Case No: 22026739; Agency Case No: 1923040

Page 1109
PX23 France Decl.
Attach. FF

Name: OLIVER POMAZI
Address:
IRVINE CA ███████
DDA: ████8001-Business Market
Rate Savings
DDA: ████9370-Wells Fargo
Business Choice Checking
DDA: ████9396-Wells Fargo
Business Choice Checking
DDA: ████9404-Wells Fargo
Business Choice Checking
XCC: ██████9710-
SIGNATURE
XCC: ██████2079-
SIGNATURE
XCC: ████████0200-WELLS
FARGO® BUSINESS CARD
XCC: ████████3595-WELLS
FARGO SMALL BUSINESS
ADVANTAGE

| | | | |
|---|---|---|---|
| Customer Profile | XXXXXX9396 | 0 | 0 |

OLIVER POMAZI

IRVINE CA ██████

████9370: Wells Fargo Business
Choice Checking
████9396: Wells Fargo Business
Choice Checking

| | | | |
|---|---|---|---|
| Customer Profile | XXXXXX3015 | 0 | 0 |

Name: SHUN-MIN HSU
Address: █████████
TEMPLE CITY CA ████
Type of account: Complete
Advantage Checking

| | | | |
|---|---|---|---|
| Customer Profile | XXXXXX9496 | 0 | 0 |

Name: SHUN-MIN HSU
Address: █████████
TEMPLE CITY CA ██████
Account # ████5198 Type:Wells
Fargo High Yield Savings
Account # ████2654  Type:
Additional Platinum Checking
Account # ████2670 Type:
Platinum Business Checking
Account # ████3015
Type:Complete Advantage Checking
Account # ████4675 Type:
Additional Platinum Checking
Account # ████9496 Type:Wells
Fargo Goal Savings
Account # ████6915 Type:
Platinum Business Checking

| | | | |
|---|---|---|---|
| Signature Cards | XXXXXX0523 | 14 | 14 |
| ACH | XXXXXXXXX8557 | 0 | 0 |

Unable to locate ACH associated
with acct ending in 8557 within the
specified time frame.

| Checks/Debits | XXXXXX5824 | 107 | 107 |
| ACH | XXXXXXXXX8557 | 635 | 635 |
| Signature Cards | XXXXXX9404 | 5 | 5 |
| | **Total Copies Delivered:** | | **1,531** |

Additional comments: Unable to locate account ending 7393 and  J&L Enterprise LLC dba Premier Solutions Servicing.

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of D.C. that the foregoing is true and correct according to my knowledge and belief.   Executed on this 12th day of August, 2019, in the City of Charlotte, State of NORTH CAROLINA.

_Sherri Scott_

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 22026739; Agency Case No: 1923040

**Page 1111**
**PX23 France Decl.**
**Attach. FF**

# Attachment GG

# Business Account Application

**WELLS FARGO**

| | |
|---|---|
| Bank Name: | Store Name: |
| WELLS FARGO BANK, N.A. | ANAHEIM STADIUM |
| Banker Name: | Officer/Portfolio Number: | Date: |
| JAYME AULT | C7348 | 12/09/2014 |
| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
| 714/935 2500 | 04884 | 0008848 | E2221 011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

☐ New Deposit Account(s) Only      ☒ New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | Purpose of Account 1 : |
|---|---|
| Gold Business Services Package | General Operating Account |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | ██████5824 | $30,000.00 | INTX |

| Account 2 Product Name: | Purpose of Account 2 : |
|---|---|
| Business Market Rate Savings | Savings |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | ██████0523 | $150.00 | CACK |

| New Account Kit: | Checking/Savings Bonus Offer Available: | Bonus Offer Code: |
|---|---|---|
| B20141029 0000451925 | YES | BZDV14 |

## Related Customer Information

| Customer 1 Name: | Account Relationship: |
|---|---|
| DIAMOND CHOICE INC | Sole Owner |

| Enterprise Customer Number (ECN): |
|---|
| ██████9413 |

| Customer 2 Name: | Account Relationship: |
|---|---|
| RUDDY PALACIOS | Signer |

| Enterprise Customer Number (ECN): |
|---|
| ██████8229 |

## Checking/Savings Statement Mailing Information

**Manual Submission Instructions:**
Fax all pages of the signed form to Business Direct at 1 888 371 1046 before submitting to Deposit Operations
Scanner Enabled Stores should ONLY scan



2W02 000699514430 01

**Page 1112**
**PX23 France Decl.**
**Attach. GG**