MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Bruce Hood v. La Casa Boninta Investments, Inc., et al. | 30-2016-00885429 |

ATTACHMENT (Number): 1

(This Attachment may be used with any Judicial Council form.)

Custodian of Records of Bank of America
c/o CT Corporation System
818 W. 7th Street, Suite 930
Los Angeles, California 90017
(213) 580-0701

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 1 of 1

(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

Page 1350
PX23 France Decl.
Attach. EEE

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

## ATTACHMENT 3

## DEFINITIONS

1. **"YOU"** or **"YOUR"** means and refers to Bank of America, and any of its agents or representatives.

2. **"DEFENDANT HOWE"** means and refers to Defendant CAREY HOWE, an individual, and any of his agents or representatives.

3. **"LA CASA BONITA"** means and refers to Defendant LA CASA BONITA INVESTMENTS, INC., a California corporation, and any of its agents or representatives.

4. **"LA CASA BONITA LLC"** means and refers to La Casa Bonita Investments LLC, a converted-out California limited liability company, which was the predecessor organization of LA CASA BONITA, and any of its agents or representatives.

5. **"PLAINTIFF"** means and refers to Plaintiff BRUCE HOOD, and any of his agents or representatives.

6. **"DOCUMENTS"** means and refers to any designated documents or electronically stored information – including documents, records, books, papers, contracts, memoranda, invoices, correspondence, notes, photographs, drawings, charts, graphs, recording tapes, recording discs, mechanical or electronic information storage or recording elements (including any information stored on a computer), and any other "documents" as defined in *Evidence Code* Section 250 (handwriting, typewriting, printing, photostatting, photographing and every other means of recording upon any tangible thing and form of communicating or representation, including letters, words, pictures, sounds or symbols, or combinations of them), stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form.  If a document has been prepared in several copies, or additional copies have been made that are not identical (or are no longer identical by reason of subsequent notation or other modification of any kind whatever), each non-identical copy is a separate document.

7. **"PERSONS"** includes a natural person, firm, association, organization, partnership, business, trust, corporation, or public entity.

- 1 -

Page 1351
PX23 France Decl.
Attach. EEE

8. With respect to individuals, **"IDENTIFY"** means state the name(s), current or last known addresses, current or last known e-mail addresses, current or last known phone numbers, and current or last known places of employment. With respect to **"DOCUMENTS"** (as defined above), **"IDENTIFY"** means state the name of the document, its author, and the date it was authored.

9. **"COMMUNICATIONS"** shall mean any transmission of any sort whatsoever, by one or more PERSONS, to one or more PERSONS, by any means whatsoever, including, but not limited to, telephone conversations, letters, telegrams, e-mail transmissions, teletypes, telecopies, written memoranda, radio, cable, television, and face to face conversations.

10. **"LAWSUIT"** means and refers to the case captioned *Bruce Hood v. La Casa Bonita Investments, Inc., et al.,* Orange County Superior Court Case No. 30-2016-00885429.

11. **"COMPLAINT"** means and refers to the Complaint filed by PLAINTIFF in the LAWSUIT.

## INSTRUCTIONS

A written response to each separate item or category in this demand is due on the date set forth above, pursuant to the provisions of *Code of Civil Procedure* section 2031.210. If, in written response, YOU state that YOU intend to comply with this demand, YOUR written response should further state all of the following:

1. That the production, inspection and related activity demanded will be allowed either in whole or in part; and

2. That ALL documents or things in a demanded category that are in the possession, custody or control of YOU or YOUR attorneys and to which no objection is being made will be included in the production.

If YOU lack the ability to comply with this demand or with any separate item or category herein, YOUR written response should contain a representation of inability to comply either with the demand as a whole or with any particular separate item or category therein, and this representation must affirm that a diligent search and a reasonable inquiry have been made in an effort to comply with each separate item or category. The written response must also specify whether the inability to comply is because

- 2 -

**ATTACHMENT 3**

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

the particular item or category of item:

      (a)    Has never existed;

      (b)    Has been destroyed;

      (c)    Has been lost, misplaced or stolen; or

      (d)    Has never been, or is no longer, in the possession, custody or control of the responding party, together with the name and address of any natural person or organization known or believed by YOU to have possession, custody or control of the item or category of item.

It is not PLAINTIFF's intention to request production of privileged matter. If any of the

If YOU deem part of an item or category of item in this demand to be objectionable, YOUR written response shall contain a statement of compliance, or a representation of inability to comply with respect to the remainder of that item or category. If YOU object to the demand for inspection of an item or category of item, YOUR written response must set forth clearly the extent and the specific ground of the objection. If any of the documents which would properly fall within the classification set forth herein are not going to be produced based upon the attorney-client and/or work product privileges, or otherwise, please identify, under oath, each and every document so that, if necessary, an appropriate motion can be made to produce these documents. In particular, please identify the maker of the document, the person or entities to whom the document is addressed, the date of the document, and the reason the document is not being produced.

It is not PLAINTIFF's intention to request production of privileged matter. If any of the requested materials are claimed to be privileged, please list the following for each such item:

      (a)    A brief description of the nature and contents of the matter claimed to be privileged;

      (b)    The name, occupation and capacity of the individual from whom the allegedly privileged matter emanated;

      (c)    The name, occupation and capacity of the individual to whom the allegedly privileged matter was directed;

      (d)    The date the item was created or generated, or if the item bears no date, the approximate date it initially appeared;

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502.7715 / Fax: (949) 266-8405

- 3 -

**ATTACHMENT 3**

Page 1353
PX23 France Decl.
Attach. EEE

(e)     A general statement of the subject or subject matter of said matter; and

(f)     A specific explanation of the nature and extent of each such claim of privilege.

A document is deemed to be in your possession, custody or control if it is in your physical custody, or if it is in the physical custody of another person and you:

(a)     own the document in whole or in part;

(b)     have a right by contract, statute or otherwise to use, inspect or examine or copy such document on any terms;

(c)     have an understanding, express or implied, that you may use, inspect, examine or copy such document; or

(d)     as a practical matter, have been able to use, inspect, examine or copy such document when you have sought to do so.

## DOCUMENTS REQUESTED FOR PRODUCTION

**REQUEST NO. 1:**

Any and all DOCUMENTS evidencing, referencing, relating to, or concerning the Bank of America bank account of LA CASA BONITA ending in 0518 from the date the account was opened until the present.

**REQUEST NO. 2:**

Any and all DOCUMENTS evidencing, referencing, relating to, or concerning the Bank of America bank account of LA CASA BONITA LLC ending in 8770 from the date the account was opened until the present.

**REQUEST NO. 3:**

Any and all DOCUMENTS evidencing, referencing, relating to, or concerning any other Bank of America bank accounts of LA CASA BONITA from the date the accounts were opened until the present.

**REQUEST NO. 4:**

Any and all DOCUMENTS evidencing, referencing, relating to, or concerning any other Bank

- 4 -

**ATTACHMENT 3**

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7716 / Fax: (949) 266-8406

1 | of America bank accounts of LA CASA BONITA LLC from the date the accounts were opened until

2 | the present.

3 | **REQUEST NO. 5:**

4 | Any and all statements of the Bank of America bank account of LA CASA BONITA ending

5 | in 0518 from the date the account was opened until the present.

6 | **REQUEST NO. 6:**

7 | Any and all statements of the Bank of America bank account of LA CASA BONITA LLC

8 | ending in 8770 from the date the account was opened until the present.

9 | **REQUEST NO. 7:**

10 | Any and all statements of any other Bank of America bank accounts of LA CASA BONITA

11 | from the date the accounts were opened until the present.

12 | **REQUEST NO. 8:**

13 | Any and all statements of any other Bank of America bank accounts of LA CASA BONITA

14 | LLC from the date the accounts were opened until the present.

15 | **REQUEST NO. 9:**

16 | Any and all cancelled checks for the Bank of America bank account of LA CASA BONITA

17 | ending in 0518 from the date the account was opened until the present.

18 | **REQUEST NO. 10:**

19 | Any and all cancelled checks for the Bank of America bank account of LA CASA BONITA

20 | LLC ending in 8770 from the date the account was opened until the present.

21 | **REQUEST NO. 11:**

22 | Any and all cancelled checks for any other Bank of America bank accounts of LA CASA

23 | BONITA from the date the accounts were opened until the present.

24 | **REQUEST NO. 12:**

25 | Any and all cancelled checks for any other Bank of America bank accounts of LA CASA

26 | BONITA LLC from the date the accounts were opened until the present.

27 | **REQUEST NO. 13:**

28 | Any and all signature cards for the Bank of America bank account of LA CASA BONITA

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

- 5 -

**ATTACHMENT 3**

**Page 1355**
**PX23 France Decl.**
**Attach. EEE**

1  ending in 0518 from the date the account was opened until the present.

2  **REQUEST NO. 14:**

3      Any and all signature cards for the Bank of America bank account of LA CASA BONITA

4  LLC ending in 8770 from the date the account was opened until the present.

5  **REQUEST NO. 15:**

6      Any and all signature cards for any other Bank of America bank accounts of LA CASA

7  BONITA from the date the accounts were opened until the present.

8  **REQUEST NO. 16:**

9      Any and all signature cards for any other Bank of America bank accounts of LA CASA

10  BONITA LLC from the date the accounts were opened until the present.

11  **REQUEST NO. 17:**

12      Any and all wire transfers for the Bank of America bank account of LA CASA BONITA

13  ending in 0518 from the date the account was opened until the present.

14  **REQUEST NO. 18:**

15      Any and all wire transfers for the Bank of America bank account of LA CASA BONITA LLC

16  ending in 8770 from the date the account was opened until the present.

17  **REQUEST NO. 19:**

18      Any and all wire transfers for any other Bank of America bank accounts of LA CASA

19  BONITA from the date the accounts were opened until the present.

20  **REQUEST NO. 20:**

21      Any and all wire transfers for any other Bank of America bank accounts of LA CASA

22  BONITA LLC from the date the accounts were opened until the present.

23  **REQUEST NO. 21:**

24      Any and all DOCUMENTS evidencing, referencing, relating to, or concerning PLAINTIFF

25  being removed as a signatory from the Bank of America bank account of LA CASA BONITA ending

26  in 0518 from the date the account was opened until the present.

27  **REQUEST NO. 22:**

28      Any and all DOCUMENTS evidencing, referencing, relating to, or concerning PLAINTIFF

- 6 -

**ATTACHMENT 3**

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 265-8405

Page 1356
PX23 France Decl.
Attach. EEE

1  being removed as a signatory from the Bank of America bank account of LA CASA BONITA LLC

2  ending in 8770 from the date the account was opened until the present.

3  **REQUEST NO. 23:**

4  　　Any and all DOCUMENTS evidencing, referencing, relating to, or concerning PLAINTIFF

5  being removed as a signatory from any other Bank of America bank accounts of LA CASA BONITA

6  from the date the accounts were opened until the present.

7  **REQUEST NO. 24:**

8  　　Any and all DOCUMENTS evidencing, referencing, relating to, or concerning PLAINTIFF

9  being removed as a signatory from any other Bank of America bank accounts of LA CASA BONITA

10  LLC from the date the accounts were opened until the present.

11  **REQUEST NO. 25:**

12  　　Any and all DOCUMENTS evidencing, referencing, relating to, or concerning any new Bank

13  of America bank accounts of LA CASA BONITA opened from September 2016 until the present by

14  DEFENDANT HOWE.

15  **REQUEST NO. 26:**

16  　　Any and all DOCUMENTS evidencing, referencing, relating to, or concerning any new Bank

17  of America bank accounts of LA CASA BONITA LLC opened from September 2016 until the

18  present by DEFENDANT HOWE.

19  **REQUEST NO. 27:**

20  　　Any and all COMMUNICATIONS between YOU and DEFENDANT HOWE from 2014

21  through the present.

22  **REQUEST NO. 28:**

23  　　Any and all DOCUMENTS evidencing, referencing, relating to, or concerning any and all

24  COMMUNICATIONS between YOU and DEFENDANT HOWE from 2014 through the present.

25  **REQUEST NO. 29:**

26  　　Any and all DOCUMENTS provided to YOU by DEFENDANT HOWE in order to remove

27  PLAINTIFF as a signatory from any Bank of America bank accounts of LA CASA BONITA from

28  September 2016 through the present.

- 7 -

**ATTACHMENT 3**

The Aitkin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

**Page 1357**
**PX23 France Decl.**
**Attach. EEE**

**REQUEST NO. 30:**

Any and all DOCUMENTS provided to YOU by DEFENDANT HOWE in order to remove PLAINTIFF as a signatory from any Bank of America bank accounts of LA CASA BONITA LLC from September 2016 through the present.

**REQUEST NO. 31:**

Any and all DOCUMENTS provided to YOU by DEFENDANT HOWE in order to open any new Bank of America bank accounts in the name of LA CASA BONITA from September 2016 through the present.

**REQUEST NO. 32:**

Any and all DOCUMENTS provided to YOU by DEFENDANT HOWE in order to open any new Bank of America bank accounts in the name of LA CASA BONITA LLC from September 2016 through the present.

**REQUEST NO. 33:**

Any and all DOCUMENTS evidencing, referencing, relating to, or concerning any corporate resolutions or minutes of LA CASA BONITA provided to you by DEFENDANT HOWE from January 2016 through the present.

**REQUEST NO. 34:**

Any and all DOCUMENTS evidencing, referencing, relating to, or concerning any company resolutions or minutes of LA CASA BONITA LLC provided to you by DEFENDANT HOWE from January 2016 through the present.

The Amit Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502.7715 / Fax: (949) 266-8406

- 8 -

**ATTACHMENT 3**

Page 1358
PX23 France Decl.
Attach. EEE

# EXHIBIT B

1  Advanced Discovery
2  16811 Hale Avenue
   Suite C
3  Irvine, California 92606
   (949) 222-0050
4
5
6
7
8              SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                       COUNTY OF ORANGE
10                     CENTRAL JUSTICE CENTER
11  Bruce Hood                    )    CASE NO. 30-2016-00885429
                                  )
12  Petitioner,                   )
                                  )    DECLARATION OF MIKE VEJAR REGARDING
13  vs.                           )    RECEIPT OF SUPPLEMENTAL RECORDS
                                  )
14  La Casa Bonita Investments, Inc., et al. )   FROM THE CUSTODIAN OF RECORDS,
                                  )
15  Respondent,                   )    BANK OF AMERICA.
                                  )
16
17  ────────────────────────────
18
19
20  I, Mike Vejar, declare:

21  1.    I am Director of Client Services for Advanced Discovery, located at 16811 Hale Avenue,

22  Suite C, Irvine, California 92606.

23  2.    On November 28, 2016, Advanced Discovery was designated as the deposition officer for

24  production of records in the above captioned action. A copy of the Deposition Subpoena is attached

25  hereto as Exhibit "A" and incorporated herein.

26  ///

27  ///

28

BOFA003751
1

**Page 1360**
**PX23 France Decl.**
**Attach. EEE**

///

///

3.      On February 9, 2017, Advanced Discovery received via U.P.S., supplemental copies of records from the Custodian of Records, Bank of America, in regards to the above referenced matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this, 9th day of February, 2017 at Irvine, California.

Mike Vejar

Page 1361
PX23 France Decl.
Attach. EEE

Exhibit "A"

BOFA003753

NOV 2 9 2016    C?5S

SUBP-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (name, State Bar number, and address):<br>Ismail Amin, Esq. (SBN 231232)<br>The Amin Law Group, Ltd.<br>2211 Michelson Drive, Suite 1270, Irvine, CA 92612<br>   TELEPHONE NO.:  949-502-7715    FAX NO.: 949 266-8406<br>   E-MAIL ADDRESS:  iamin@aminlawgroup.com<br>ATTORNEY FOR (Name):  Plaintiff Bruce Hood | FOR COURT USE ONLY |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Orange |
|   STREET ADDRESS:  700 Civic Center Drive West |
|   MAILING ADDRESS:  700 Civic Center Drive West |
|   CITY AND ZIP CODE:  Santa Ana 92701 |
|   BRANCH NAME:  Central Justice Center |

PLAINTIFF/PETITIONER: Bruce Hood

DEFENDANT/RESPONDENT: La Casa Bonita Investments, Inc., et al.

| | |
|---|---|
| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER:<br>30-2016-00885429 |

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):
Custodian of Records of Bank of America, c/o CT Corporation System (See Attachment 1)

1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:

| |
|---|
| To (name of deposition officer): Mike Vejar |
| On (date): December 19, 2016      At (time): 10:00 a.m. |
| Location (address): Advanced Discovery, 16811 Hale Ave. Suite C, Irvine, CA 92606 |
| Do not release the requested records to the deposition officer prior to the date and time stated above. |

  a. [✓] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

  b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

  c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows (if electronically stored information is demanded, the form or forms in which each type of information is to be produced may be specified):
    (See Attachment 3)
    [✓] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

| |
|---|
| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |

Date issued: November 28, 2016

Ismail Amin, Esq.
_____    ▶    _____
(TYPE OR PRINT NAME)              (SIGNATURE OF PERSON ISSUING SUBPOENA)

              Attorney for Plaintiff
              (TITLE)

(Proof of service on reverse)              Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUBP-010 [Rev. January 1, 2012] | DEPOSITION SUBPOENA FOR PRODUCTION<br>OF BUSINESS RECORDS | Code of Civil Procedure, §§ 2020.410–2020.440;<br>Government Code, § 68097.1<br>www.courts.ca.gov |

BOFA003754

**Page 1363**
**PX23 France Decl.**
**Attach. EEE**

**ATTACHMENT 3**

**DEFINITIONS**

1. **"YOU"** or **"YOUR"** means and refers to Bank of America, and any of its agents or representatives.

2. **"DEFENDANT HOWE"** means and refers to Defendant CAREY HOWE, an individual, and any of his agents or representatives.

3. **"LA CASA BONITA"** means and refers to Defendant LA CASA BONITA INVESTMENTS, INC., a California corporation, and any of its agents or representatives.

4. **"LA CASA BONITA LLC"** means and refers to La Casa Bonita Investments LLC, a converted-out California limited liability company, which was the predecessor organization of LA CASA BONITA, and any of its agents or representatives.

5. **"PLAINTIFF"** means and refers to Plaintiff BRUCE HOOD, and any of his agents or representatives.

6. **"DOCUMENTS"** means and refers to any designated documents or electronically stored information – including documents, records, books, papers, contracts, memoranda, invoices, correspondence, notes, photographs, drawings, charts, graphs, recording tapes, recording discs, mechanical or electronic information storage or recording elements (including any information stored on a computer), and any other "documents" as defined in *Evidence Code* Section 250 (handwriting, typewriting, printing, photostatting, photographing and every other means of recording upon any tangible thing and form of communicating or representation, including letters, words, pictures, sounds or symbols, or combinations of them), stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form.  If a document has been prepared in several copies, or additional copies have been made that are not identical (or are no longer identical by reason of subsequent notation or other modification of any kind whatever), each non-identical copy is a separate document.

7. **"PERSONS"** includes a natural person, firm, association, organization, partnership, business, trust, corporation, or public entity.

- 1 -

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8405

ATTACHMENT 3

8. With respect to individuals, **"IDENTIFY"** means state the name(s), current or last known addresses, current or last known e-mail addresses, current or last known phone numbers, and current or last known places of employment. With respect to **"DOCUMENTS"** (as defined above), **"IDENTIFY"** means state the name of the document, its author, and the date it was authored.

9. **"COMMUNICATIONS"** shall mean any transmission of any sort whatsoever, by one or more PERSONS, to one or more PERSONS, by any means whatsoever, including, but not limited to, telephone conversations, letters, telegrams, e-mail transmissions, teletypes, telecopies, written memoranda, radio, cable, television, and face to face conversations.

10. **"LAWSUIT"** means and refers to the case captioned *Bruce Hood v. La Casa Bonita Investments, Inc., et al.*, Orange County Superior Court Case No. 30-2016-00885429.

11. **"COMPLAINT"** means and refers to the Complaint filed by PLAINTIFF in the LAWSUIT.

### INSTRUCTIONS

A written response to each separate item or category in this demand is due on the date set forth above, pursuant to the provisions of *Code of Civil Procedure* section 2031.210. If, in written response, YOU state that YOU intend to comply with this demand, YOUR written response should further state all of the following:

    1. That the production, inspection and related activity demanded will be allowed either in whole or in part; and

    2. That ALL documents or things in a demanded category that are in the possession, custody or control of YOU or YOUR attorneys and to which no objection is being made will be included in the production.

If YOU lack the ability to comply with this demand or with any separate item or category herein, YOUR written response should contain a representation of inability to comply either with the demand as a whole or with any particular separate item or category therein, and this representation must affirm that a diligent search and a reasonable inquiry have been made in an effort to comply with each separate item or category. The written response must also specify whether the inability to comply is because

- 2 -

**ATTACHMENT 3**

BOFA003756

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

Page 1365
PX23 France Decl.
Attach. EEE

the particular item or category of item:

     (a)    Has never existed;

     (b)    Has been destroyed;

     (c)    Has been lost, misplaced or stolen; or

     (d)    Has never been, or is no longer, in the possession, custody or control of the responding party, together with the name and address of any natural person or organization known or believed by YOU to have possession, custody or control of the item or category of item.

It is not PLAINTIFF's intention to request production of privileged matter.

If YOU deem part of an item or category of item in this demand to be objectionable, YOUR written response shall contain a statement of compliance, or a representation of inability to comply with respect to the remainder of that item or category. If YOU object to the demand for inspection of an item or category of item, YOUR written response must set forth clearly the extent and the specific ground of the objection. If any of the documents which would properly fall within the classification set forth herein are not going to be produced based upon the attorney-client and/or work product privileges, or otherwise, please identify, under oath, each and every document so that, if necessary, an appropriate motion can be made to produce these documents. In particular, please identify the maker of the document, the person or entities to whom the document is addressed, the date of the document, and the reason the document is not being produced.

It is not PLAINTIFF's intention to request production of privileged matter. If any of the requested materials are claimed to be privileged, please list the following for each such item:

     (a)    A brief description of the nature and contents of the matter claimed to be privileged;

     (b)    The name, occupation and capacity of the individual from whom the allegedly privileged matter emanated;

     (c)    The name, occupation and capacity of the individual to whom the allegedly privileged matter was directed;

     (d)    The date the item was created or generated, or if the item bears no date, the approximate date it initially appeared;

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7713 / Fax: (949) 266-8406

- 3 -

ATTACHMENT 3

BOFA003757

1   (c)   A general statement of the subject or subject matter of said matter; and

2   (f)   A specific explanation of the nature and extent of each such claim of privilege.

3   A document is deemed to be in your possession, custody or control if it is in your physical

4   custody, or if it is in the physical custody of another person and you:

5   (a)   own the document in whole or in part;

6   (b)   have a right by contract, statute or otherwise to use, inspect or examine or copy such

7   document on any terms;

8   (c)   have an understanding, express or implied, that you may use, inspect, examine or copy

9   such document; or

10   (d)   as a practical matter, have been able to use, inspect, examine or copy such document

11   when you have sought to do so.

### DOCUMENTS REQUESTED FOR PRODUCTION

**REQUEST NO. 1:**

Any and all DOCUMENTS evidencing, referencing, relating to, or concerning the Bank of America bank account of LA CASA BONITA ending in 0518 from the date the account was opened until the present.

**REQUEST NO. 2:**

Any and all DOCUMENTS evidencing, referencing, relating to, or concerning the Bank of America bank account of LA CASA BONITA LLC ending in 8770 from the date the account was opened until the present.

**REQUEST NO. 3:**

Any and all DOCUMENTS evidencing, referencing, relating to, or concerning any other Bank of America bank accounts of LA CASA BONITA from the date the accounts were opened until the present.

**REQUEST NO. 4:**

Any and all DOCUMENTS evidencing, referencing, relating to, or concerning any other Bank

- 4 -

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

**ATTACHMENT 3**

BOFA003758

1  of America bank accounts of LA CASA BONITA LLC from the date the accounts were opened until

2  the present.

3  REQUEST NO. 5:

4      Any and all statements of the Bank of America bank account of LA CASA BONITA ending

5  in 0518 from the date the account was opened until the present.

6  REQUEST NO. 6:

7      Any and all statements of the Bank of America bank account of LA CASA BONITA LLC

8  ending in 8770 from the date the account was opened until the present.

9  REQUEST NO. 7:

10      Any and all statements of any other Bank of America bank accounts of LA CASA BONITA

11  from the date the accounts were opened until the present.

12  REQUEST NO. 8:

13      Any and all statements of any other Bank of America bank accounts of LA CASA BONITA

14  LLC from the date the accounts were opened until the present.

15  REQUEST NO. 9:

16      Any and all cancelled checks for the Bank of America bank account of LA CASA BONITA

17  ending in 0518 from the date the account was opened until the present.

18  REQUEST NO. 10:

19      Any and all cancelled checks for the Bank of America bank account of LA CASA BONITA

20  LLC ending in 8770 from the date the account was opened until the present.

21  REQUEST NO. 11:

22      Any and all cancelled checks for any other Bank of America bank accounts of LA CASA

23  BONITA from the date the accounts were opened until the present.

24  REQUEST NO. 12:

25      Any and all cancelled checks for any other Bank of America bank accounts of LA CASA

26  BONITA LLC from the date the accounts were opened until the present.

27  REQUEST NO. 13:

28      Any and all signature cards for the Bank of America bank account of LA CASA BONITA

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 552-7715 / Fax: (949) 266-8406

- 5 -

ATTACHMENT 3

BOFA003759

1 ending in 0518 from the date the account was opened until the present.

2 **REQUEST NO. 14:**

3      Any and all signature cards for the Bank of America bank account of LA CASA BONITA

4 LLC ending in 8770 from the date the account was opened until the present.

5 **REQUEST NO. 15:**

6      Any and all signature cards for any other Bank of America bank accounts of LA CASA

7 BONITA from the date the accounts were opened until the present.

8 **REQUEST NO. 16:**

9      Any and all signature cards for any other Bank of America bank accounts of LA CASA

10 BONITA LLC from the date the accounts were opened until the present.

11 **REQUEST NO. 17:**

12      Any and all wire transfers for the Bank of America bank account of LA CASA BONITA

13 ending in 0518 from the date the account was opened until the present.

14 **REQUEST NO. 18:**

15      Any and all wire transfers for the Bank of America bank account of LA CASA BONITA LLC

16 ending in 8770 from the date the account was opened until the present.

17 **REQUEST NO. 19:**

18      Any and all wire transfers for any other Bank of America bank accounts of LA CASA

19 BONITA from the date the accounts were opened until the present.

20 **REQUEST NO. 20:**

21      Any and all wire transfers for any other Bank of America bank accounts of LA CASA

22 BONITA LLC from the date the accounts were opened until the present.

23 **REQUEST NO. 21:**

24      Any and all DOCUMENTS evidencing, referencing, relating to, or concerning PLAINTIFF

25 being removed as a signatory from the Bank of America bank account of LA CASA BONITA ending

26 in 0518 from the date the account was opened until the present.

27 **REQUEST NO. 22:**

28      Any and all DOCUMENTS evidencing, referencing, relating to, or concerning PLAINTIFF

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

- 6 -

**ATTACHMENT 3**

BOFA003760

Page 1369
PX23 France Decl.
Attach. EEE

1 being removed as a signatory from the Bank of America bank account of LA CASA BONITA LLC

2 ending in 8770 from the date the account was opened until the present.

3 **REQUEST NO. 23:**

4     Any and all DOCUMENTS evidencing, referencing, relating to, or concerning PLAINTIFF

5 being removed as a signatory from any other Bank of America bank accounts of LA CASA BONITA

6 from the date the accounts were opened until the present.

7 **REQUEST NO. 24:**

8     Any and all DOCUMENTS evidencing, referencing, relating to, or concerning PLAINTIFF

9 being removed as a signatory from any other Bank of America bank accounts of LA CASA BONITA

10 LLC from the date the accounts were opened until the present.

11 **REQUEST NO. 25:**

12     Any and all DOCUMENTS evidencing, referencing, relating to, or concerning any new Bank

13 of America bank accounts of LA CASA BONITA opened from September 2016 until the present by

14 DEFENDANT HOWE.

15 **REQUEST NO. 26:**

16     Any and all DOCUMENTS evidencing, referencing, relating to, or concerning any new Bank

17 of America bank accounts of LA CASA BONITA LLC opened from September 2016 until the

18 present by DEFENDANT HOWE.

19 **REQUEST NO. 27:**

20     Any and all COMMUNICATIONS between YOU and DEFENDANT HOWE from 2014

21 through the present.

22 **REQUEST NO. 28:**

23     Any and all DOCUMENTS evidencing, referencing, relating to, or concerning any and all

24 COMMUNICATIONS between YOU and DEFENDANT HOWE from 2014 through the present.

25 **REQUEST NO. 29:**

26     Any and all DOCUMENTS provided to YOU by DEFENDANT HOWE in order to remove

27 PLAINTIFF as a signatory from any Bank of America bank accounts of LA CASA BONITA from

28 September 2016 through the present.

- 7 -

**ATTACHMENT J**

BOFA003761

**REQUEST NO. 30:**

Any and all DOCUMENTS provided to YOU by DEFENDANT HOWE in order to remove PLAINTIFF as a signatory from any Bank of America bank accounts of LA CASA BONITA LLC from September 2016 through the present.

**REQUEST NO. 31:**

Any and all DOCUMENTS provided to YOU by DEFENDANT HOWE in order to open any new Bank of America bank accounts in the name of LA CASA BONITA from September 2016 through the present.

**REQUEST NO. 32:**

Any and all DOCUMENTS provided to YOU by DEFENDANT HOWE in order to open any new Bank of America bank accounts in the name of LA CASA BONITA LLC from September 2016 through the present.

**REQUEST NO. 33:**

Any and all DOCUMENTS evidencing, referencing, relating to, or concerning any corporate resolutions or minutes of LA CASA BONITA provided to you by DEFENDANT HOWE from January 2016 through the present.

**REQUEST NO. 34:**

Any and all DOCUMENTS evidencing, referencing, relating to, or concerning any company resolutions or minutes of LA CASA BONITA LLC provided to you by DEFENDANT HOWE from January 2016 through the present.

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 265-8405

- 8. -

ATTACHMENT 3

BOFA003762

Page 1371
PX23 France Decl.
Attach. EEE

# EXHIBIT C

Page 1372
PX23 France Decl.
Attach. EEE

Date: 10/26/2016 Time: 3:51:23 PM (US Central Time) Scanned From IP:10.166.163.9

**Bank of America**

BANK OF AMERICA, N.A. ("THE "BANK")

**Business Signature Card**
**with Substitute Form W 9**

Account Number: ▓▓▓▓▓2596                                   Bank Number: 318

Account Type:   ☐ DDA   ☒ SAV   ☐ CD

Account Title:

LA CASA BONITA INVESTMENTS LLC

_____

_____

_____

Legal Designation:

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership  (Enter the type of partnership: General, LP, LLP or LLLP)

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  S

☐ Other (Defined in W-9 Instructions)

Social Security Number _____   (or)   Employer Identification Number ▓▓▓▓▓▓▓

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9, Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions:  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W 9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W 8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 CAROL G HOWE | MANAGING MEMBER | | 10·25·16 |
| 2 | | | |
| 3 | | | |
| 4 | | | |

NCA
08-14-9297MW 08-2014

© 2012 Bank of America, N.A.  All Rights Reserved

Page 1 of 2

BOFA003897

**Page 1373**
**PX23 France Decl.**
**Attach. EEE**

Date: 10/26/2016 Time: 3:51:23 PM {US Central Time} Scanned From IP:10.166.163.9

Account Number: _____ 2596 _____

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated tellermachine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____          MANAGING MEMBER
Authorized Signer                                     Title

**Review Information**

**Customer 1:**

Name___ CARRY G HOWE _____

ID Type _____   ID#_____   ID Issuer _____   Iss. Date _____   Exp. Date _____

ID Type _____   ID#_____   ID Issuer _____   Iss. Date _____   Exp. Date _____

**Customer 2:**

Name_____

ID Type _____   ID#_____   ID Issuer _____   Iss. Date _____   Exp. Date _____

ID Type _____   ID#_____   ID Issuer _____   Iss. Date _____   Exp. Date _____

**Customer 3:**

Name_____

ID Type _____   ID#_____   ID Issuer _____   Iss. Date _____   Exp. Date _____

ID Type _____   ID#_____   ID Issuer _____   Iss. Date _____   Exp. Date _____

**Customer 4:**

Name_____

ID Type _____   ID#_____   ID Issuer _____   Iss. Date _____   Exp. Date _____

ID Type _____   ID#_____   ID Issuer _____   Iss. Date _____   Exp. Date _____

**Customer 5:**

Name_____

ID Type _____   ID#_____   ID Issuer _____   Iss. Date _____   Exp. Date _____

ID Type _____   ID#_____   ID Issuer _____   Iss. Date _____   Exp. Date _____

**Bank Information**

| | |
|---|---|
| **Date** | 10/25/2016 |
| **Banking Center Name** | SPRINGDALE-EDINGER |
| **Associate's Name** | Ilena Ortiz |
| **Associate's Phone Number** | 714-840-9121 |

NCA
00-14-9297MW  06-2014

Page 2 of 2

BOFA003898

# EXHIBIT D

Page 1375
PX23 France Decl.
Attach. EEE

Date  10/26/2016 Time: 3:51:23 PM (US Central Time) Scanned From IP 10.166.163.9

**Bank of America** 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

| | |
|---|---|
| Account Number _____ 0437 | Bank Number: 318 |

Account Type:   ☒ DDA   ☐ SAV   ☐ CD

Account Title:

LA CASA BONITA INVESTMENTS LLC

_____

_____

_____

Legal Designation:

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership  (Enter the type of partnership: General, LP, LLP or LLLP)

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  S

☐ Other (Defined in W-9 instructions)

Social Security Number _____   (or)   Employer Identification Number _____

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9, Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions:  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN, (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1  CAREY G HOWE | MANAGING MEMBER | [signature] | 10·25·16 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NCA
00-14-9297MW  08-2014

© 2012 Bank of America, N.A.  All Rights Reserved

Page 1 of 2

BOFA003867

Date: 10/20/2016 Time: 3:51:23 PM (US Central Time) Scanned From IP:10.166.163.9

**Account Number:** ████0437

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the
resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the
authorized signers on this account.

MANAGING MEMBER.
Authorized Signer                                                    Title

**Review Information**

**Customer 1:**

Name ___ CAREY D HOWE

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 2:**

Name: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 3:**

Name: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 4:**

Name: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

Customer 5:

Name _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Bank Information**

| | |
|---|---|
| **Date** | 10/25/2016 |
| **Banking Center Name** | SPRINGDALE-BORDER |
| **Associate's Name** | Ilena Ortic |
| **Associate's Phone Number** | 714-840-0121 |

NCA
00 14-9297MW  08-2014

|| |||| |||| ||| | ||||||| ||| | ||||||| ||| ||||||| ||| || ||| |||

Page 2 of 2

BOFA003868

# EXHIBIT E

Date: 11/2/2016 Time: 2:28:59 PM (US Central Time) Scanned From IP:10.166.163.9

**Bank of America** 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

|  |  |
|---|---|
| **Business Signature Card**<br>**with Substitute Form W-9** | |

Account Number: ███████ 5674

Bank Number: 318

Account Type:  ☒ DDA   ☐ SAV   ☐ CD

Account Title:

LA CASA BONITA INVESTMENTS LLC

Legal Designation:

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _P_

☐ Other (Defined in W-9 instructions) _____

Social Security Number _____ (or)  Employer Identification Number ████████

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct

Certification Instructions:  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

| The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. |
|---|

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1. CAREY G HOWE | Dr. signer | President | [signature] | 10-31-16 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

NCA
00-14-9297MW  08-2014

© 2012 Bank of America, N.A.  All Rights Reserved

Page 1 of 2

||||||||||||||||||||||||||||||||||||||||

BOFA003767

**Page 1379**
**PX23 France Decl.**
**Attach. EEE**

Date: 11/2/2016 Time: 2:28:59 PM (US Central Time) Scanned From IP:10.166.163.9

**Account Number:** ████ 5680

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____     PRESIDENT
Authorized Signer                              Title

**Review Information**

**Customer 1:**

Name   CAREY OHOWE

ID Type ████████   ID# ████   ID Issuer ████   Iss. Date ███   Exp. Date ████

ID Type ████████   ID# ____   ID Issuer ████   Iss. Date ███   Exp. Date ████

**Customer 2:**

Name _____

ID Type _____   ID# _____   ID Issuer _____   Iss. Date ____   Exp. Date ____

ID Type _____   ID# _____   ID Issuer _____   Iss. Date ____   Exp. Date ____

**Customer 3:**

Name _____

ID Type _____   ID# _____   ID Issuer _____   Iss. Date ____   Exp. Date ____

ID Type _____   ID# _____   ID Issuer _____   Iss. Date ____   Exp. Date ____

**Customer 4:**

Name _____

ID Type _____   ID# _____   ID Issuer _____   Iss. Date ____   Exp. Date ____

ID Type _____   ID# _____   ID Issuer _____   Iss. Date ____   Exp. Date ____

**Customer 5:**

Name _____

ID Type _____   ID# _____   ID Issuer _____   Iss. Date ____   Exp. Date ____

ID Type _____   ID# _____   ID Issuer _____   Iss. Date ____   Exp. Date ____

**Bank Information**

| | |
|---|---|
| Date | 10/31/2016 |
| Banking Center Name | SPRINGDALE-EDINGER |
| Associate's Name | Iliana Ortiz |
| Associate's Phone Number | 714-860-0121 |

NCA
00-14-9297MW  08-2014

Page 2 of 2

BOFA003768

Page 1380
PX23 France Decl.
Attach. EEE

# EXHIBIT F

Date: 11/2/2016 Time: 2:28:59 PM (US Central Time) Scanned From IP:10.166.163.9

acct:  8783, ███████ 5674, ███████ 8770
███████ 2021

**La Casa Bonita Investments Inc.** (dba.1file.org)
5772 Bolsa Avenue, Suite 220, Huntington Beach CA 92649

MEETING MINUTES SUMMARY

DATE:              October 31, 2016

TIME:              9:30 AM – 1:00 PM

LOCATION:          Corporate Headquarters Monday Morning Meeting

PRESENT:           Carey Howe (CEO), Shunmin Hsu, Jason Ta, Chi Truong, Anna Howe.

Our Monday Morning Meeting was held at the Corporate Headquarters as regularly scheduled at 10:00 AM on Monday October 31, 2016 to perform a weekly analysis of last week's performance and this week's goals so the Managing Members can prioritize and determine best course of action for the company.

Summary:
Items below were discussed:
Marketing
Sales
Accounting
Human Resources
Operations
IT

The following is a brief meeting summary that highlights the major items discussed, agreed upon action items, and a list of the action items identified during the meeting.

**Marketing** – Carey Howe & Shunmin Hsu reported the following

We discussed the weekly spend as follows:

| Amount | Company | Type | Cost Per Acquisition | Contact |
|--------|---------|------|----------------------|---------|
| 2000 | HeyGoTo.com | Webforms | NA | Edgar |
| 9300 | PUBCLUB | Live Transfer | 127 | Adam |
| 2043 | ESP | Live Transfer | 125 | Chad |
| 1000 | True Partners | RADIO | 205 | |
| 250 | STRATIX | Dialer | NA | |

Other items discussed where Carey to contact Edgar @ HeyGoTo and increase webform weekly spend.

**Sales** - Shunmin Hsu reported the follow'ng

Branch 1- 85 Deals last week (Goal 100)
Currently 11 Agents and a need to hire 2 to 3 more.
Approved regular Ad to be placed by sales manager in craigslist

BOFA003765



acct: 8183 , 5674 , 8770 2021

**Accounting – Jason Ta and Anna Howe reported**

Discussed identifying parts of the NSF growing ratio to target, client that should be un-paused and payments pulled.
Discussed the Chargeback ratio and improvements
to avoid chargeback, one of which is the client portal.
Anna Howe to Implement the client portal,

**Human Resources**

Update Cloud Files with Employee records and Back up schedule.
Need: -Hire 2 in Sales, 2 in Processing
0 Write Ups
0 Terminations

**Operations**

Carey is to provide locations to Charles Strobel identifying additional location based upon o Deadline: 2 Weeks
WEBSITE scan plans and post to FTP Site

In lieu of the Bruce Hood Buyout agreement the Members voted in favor to remove investor Bruce Hood as a signer on all company Bank Accounts.
Members also all voted in favor of removing all liability as a signer from Bruce Hood on our WORLDPAY Merchant account. Effective Immediately.

BOFA003766

**PROOF OF SERVICE**

*Hood v. La Casa Bonita Investments, Inc., et al.*

Orange County Superior Court, Central Justice Center, Case # 30-2016-00885429

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2211 Michelson Drive, Suite 1270, Irvine, CA 92612.**

On the below date, I served copies of: **DECLARATION OF ISMAIL AMIN, ESQ. IN SUPPORT OF PLAINTIFF BRUCE HOOD'S REPLY TO DEFENDANT CAREY HOWE'S OPPOSITION TO APPLICATION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT CAREY HOWE, AND ANYONE ACTING FOR OR WITH HIM** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

| | |
|---|---|
| Thomas J. Tedesco, Esq. | Jennifer Feres, Esq. |
| Law Offices of Thomas J. Tedesco | The Feres Firm, A.P.C. |
| 1855 W. Katella Avenue, Suite 365 | 1913 E. 17th Suite 216 |
| Orange, CA 92867 | Santa Ana, CA 92705 |
| Fax: (714) 771-2689 | Fax: (714) 832-5152 |
| E-mail: ttedesco@pacbell.net | E-mail: lawoffice@feresfirm.com |
| ***Attorney for Defendant*** | ***Attorney for Defendant*** |
| ***La Casa Bonita Investments, Inc.*** | ***Carey Howe*** |

___ **(BY MAIL)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Irvine, California, in the ordinary course of such business.

___ **(BY E-MAIL)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for electronically service. The foregoing was processed and e-served on this date consistent with the ordinary business practice of my place of employment, at Irvine, California, in the ordinary course of such business.

___ **(BY FACSIMILE)**
On the below date, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2.306(3)(4), I caused the machine to print a transmission record of the transmission.

_X_ **(BY OVERNIGHT EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Overnight Express. Under the processing of correspondence pleadings and notices for delivery by Overnight Express. Under the practice it would be deposited with Overnight Express on that same day with postage thereon fully prepared at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Overnight Express is more than one day after of deposit with Overnight Express. Executed on the below date, at Irvine, California.

___ **(BY PERSONAL SERVICE)**
I caused to be delivered such envelope by hand to the addressee noted above. Executed on the below date, at Irvine California

_X_ **(STATE)**
I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 10, 2017, at Irvine, California.

_____
Conner Treanor

**PROOF OF SERVICE**

The Amin Law Group, Ltd
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

Page 1384
PX23 France Decl.
Attach. EEE

# Attachment FFF

US District Court for the Eastern District of Texas (Sherman)

)    Craig Cunningham

)    Plaintiff, pro se

)

)      v.

**FILED**

OCT 2 9 2018

Clerk, U.S. District Court
Texas Eastern

**CIVIL ACTION NO.** 4:17-cv-793

)

)    CBC Conglomerate LLC, Bruce Phillip Hood, Carey Gorge Howe, USFFC Inc., Jay Singh, and John/Jane Doe's 1-5

)    Defendants.

## Plaintiff's Response in Opposition to Defendant's Motion to Dismiss

1. To the honorable US District Court:

### The Plaintiff's Claims against the individual defendants should not be dismissed for lack of personal jurisdiction

2. Much of the Defendant's argument is premised on the incorrect presumption that the Plaintiff is not a resident of Texas, but is rather a resident of Tennessee when he recieved these calls. This is incorrect for this lawsuit.

3. Although the Defendants may be domiciled in California, they placed over 70 calls to the Plaintiff at 615-212-9191, the very same number that they called him on in 2015 that the Plaintiff sued them for in Cunningham v CBC Conglomerate, LLC 3:15-cv-00439 in the Middle District of Tennessee. See Exhibit A

4. The Plaintiff was a resident of Texas for all calls alleged in this complaint and recieved most if not all calls while residing in and physically present in Texas. The Plaintiff has attached a supporting affidavit and the defendants present no evidence other than perhaps a typographical oversight regarding the Plaintiff's address to support the argument that the Plaintiff was not in Texas when the calls occured. See Exhibit B

### This court has specific jurisdiction over the individual defendants

5. The Defendants placed over 70 calls to a number that they knew would reach the Plaintiff while the Plaintiff resided in Texas for most if not every single call. The Plaintiff alleged in his complaint over 70 individual calls purposefully directed to the Plaintiff while in Texas.

6. As further evidence of the Defendant's knowledge, there discovery from the Tennessee lawsuit indicates that Bruce Hood and Carey Howe controlled the calls from CBC and USFFC to the Plantiiff's cell phone 615-212-9191. In Exhibit C, you can see a screen shot from CBC Conglomerate that has account notes for the Plaintiff, the Plaintiff's cell phone number 615-212-9191 and the date of April 21, 2015 with the remarks "DO NOT CONTACT THIS CLIENT" with the notations by Bruce Hood and Chowe or Carey Howe. This indicates that way back in 2015, the Defendants had control over the calls, personally intervened to stop the calls to the Plaintiff, and as they had control and ability to stop the calls, they obviously had authority and control over the calls starting again in 2017 and 2018 by or on their behalf.

7. The Plaintiff was residing in Texas for most if not every single call, although the Plaintiff does maintain a mailing address in Nashville, TN as well. The Plaintiff does dispute that he was not a Tennessee resident when he received the calls in this instant case and therefore the calls were placed to Texas. The Defendants have offered no proof of the Plaintiff's residency as part of their motion

### A FINDING OF PERSONAL JURISDICTION WOULD NOT VIOLATE DUE PROCESS

8. Calling over 70 times telemarketing to a known individual that does not wish to receive those calls is more than sufficient to warrant an exercise of personal jurisdiction. The Plaintiff is not an out of state litigant, but received most if not every single call while residing in Texas. The Defendants were certainly on notice and the individual defendants personally took action as shown in Exhibit B to stop the calls to the Plaintiff by their respective corporation. An exercise of personal jurisdiction is entirely reasonable.

9. The Plaintiff's complaint alleges that Bruce Hood has direct, personal participation and the ability to control the calls being placed to the Plaintiff. The Exhibit B affirmatively proves this authority and control over the calls being placed to the Plaintiff. The same can be said of Carey Howe whose initials wer by the ""Do Not Call This Client" notation and Jay Singh as they had knowledge of the Plaintiff's desire to not be called and knew that calling 615-212-9191 would reach the Plaintiff.

10. The Defendants are correct that the Plaintiff is a serial plaintiff to the extent that the Plaintiff sued them previously and the case settled, although that apparently wasn't enough to dissuade the defendants from calling. More to the point, the Plaintiff sued the individual defendants in the prior Tennessee case, Bruce Hood, Carey George Howe, and Jay Singh, so each indivdiual defendant had prior, personal knowledge that if they dialed 615-212-9191 that they were going to reach

Craig Cunningham.

Respectfully submitted,

Craig Cunningham, 10/26/2018

Plaintiff, Pro-se

5543 Edmondson Pike ste 248

Nashville, TN 37211

615-348-1977

US District Court for the Eastern District of Texas (Sherman)

)    Craig Cunningham

)    Plaintiff, pro se

)

)          v.

### CIVIL ACTION NO. 4:17-cv-793

)

)    CBC Conglomerate LLC, Bruce Phillip Hood, Carey Gorge Howe, USFFC Inc., Jay Singh, and John/Jane Doe's 1-5

)    Defendants.


## Certificate of Service

I certify that a true copy of the foregoing was sent via usps first class mail to the attorneys of record in this suit via email and USPS mail.

Craig Cunningham, Plaintiff, Pro-se

5543 Edmondson Pike ste 248

Nashville, TN 37211

10/29/2018

615-348-1977

)    Craig Cunningham

)    Plaintiff, pro se

)

)      v.                            No. 3:15-0439

## CIVIL ACTION NO.

)

)    CBC Conglomerate LLC, Bruce Phillip Hood, Carey Gorge Howe, USFFC Inc., Jay Singh, and John/Jane Doe's 1-5

)    Defendants.

### Plaintiff's Amended Complaint

1. The Plaintiff in this case is Craig Cunningham, a natural person and was resident of Davidson County at all times relevant to the complaint, and currently has a mailing address of 5543 Edmondson Pike, ste 248, Nashville, TN 37211

2. Upon information and belief, CBC Conglomerate LLC is a California corporation operating from 5862 Bolsa Ave st 102, Huntington Beach, CA 92649 and can be served there or via registered agent William Mitchell at 9160 Irvine Center Dr., ste. 200 Irvine, CA 92618.

3. Bruce Hood is an officer of CBC Conglomerat LLC, hereafter CBC, which is an address of 5862 Bolsa Ave ste 102, Huntington Beach, CA 92649.

4. Carney George Howe is an officer of CBC Conglomerate and can be served via registered agent or at 5862 Bolsa Ave ste 102, Huntington Beach, CA 92649

1

Page 1389
PX23 France Decl.
Attach. FFF

5.   Jay Singh is the CEO of USFFC Inc and can be served at 7901 stoneridge Dr. ste 504, Pleasanton, CA 94588.

6.   USFFC Inc., is a corporation that can be served at 7901 StoneRidge Dr., ste 504, Pleasanton, CA 94588.

## Jurisdiction

7.   Jurisdiction of this court arises as the defendants continuous and systematic contacts within the state of Tennessee in placing numerous phone calls to consumers in the state of Tennessee as part of a robocall marketing campaign in which numerous phone calls were made to consumers across the country. Subject matter jurisdiction is apparent as the TCPA is a federal question under 28 USC 1331.

8.   Venue in this District is proper as the defendants are subject to personal jurisdiction based on the continuous and systematic contacts within the forum state of Tennessee. The telephone calls which led to the violations of alleged here occurred in Tennessee. The Defendants made multiple unsolicited telephone calls to the Plaintiff and other Tennessee residents living in Tennessee.

## FACTUAL ALLEGATIONS

9.   In 2015, the Plaintiff received multiple automated phone calls to the Plaintiff's cell phone, which was 615-212-9191 at the time. These calls were clearly automated and made by an automated telephone dialing system as defined by 47

2

USC 227(a)(1), which can store or produce telephone numbers to be called using a random or sequential number generator.

10. It appears that the Defendants obtained the Plaintiff's cell phone from a lead broker that provided inaccurate information about the Plaintiff being interested in student loan consolidation. Buying leads fails to convey express written consent, particularly when the individual called is not the right person. The Plaintiff never gave the lead broker or any of the defendants his cell phone number and never gave express or implied consent for the defendants or any lead brokers to call his cell phone using an automated telephone dialing system or with a pre-recorded message.

11. The Defendants would have had to obtained the Plaintiff's signature clearly authorizing automated/pre-recorded calls to the Plaintiff's cell phone for the calls to be permitted under the law, and the Plaintiff has signed no such document for the defendants.

12. The Plaintiff received phone calls on at least March 2-4th, March 23, March 24, MArch 25, March 27, March 31st, April 1st, April 2nd, April 3rd, April 6th, April 7th, April 8th, and April 10th at a minimum from a variety of phone numbers, which the Plaintiff later determined to be associated with Defendant CBC.

13. Defendant CBC is engaging the a student loan scam designed to dupe unwitting individuals with student loans into using their "document preparation" services to consolidate their student loans and to apply for income based repayment, charging a large up front fee of $699 in addition to a monthly fee of $39.99 for each month

for the duration of time until a would be client's loans are paid off. For many
consumers, this is 10-30 years resulting in thousands of dollars in additional fees.

14. Defendant USFFC apparently called the Plaintiff on behalf of, with the full
knowledge of, and for the benefit of Defendant CBC. Defendant USFFC offered
the services of Defendant CBC in each and every call and Defendant CBC was
the only entity listed on the loan consolidation paperwork the Plaintiff was
supposed to sign. Defendant CBC hired Defendant USFFC to place calls on their
behalf to individuals looking for student loan consolidation using purchased leads
and Defendant CBC sought to profit from these activities after the contracts were
signed.

15. Defendant CBC wrote the parameters for the generation of student loan
consolidation prospects for which leads were purchased, and failed to supervise,
control, or direct the actions of their agent, Defendant USFFC in placing
telemarketing calls.

16. Defendant CBC essentially hired Defendant USFFC to break the law on their
behalf by placing illegal telemarketing calls to consumers for which Defendant
CBC would profit.

17. Defendant CBC is directly liable for each and every call as they arranged for the
phone calls to be placed on their behalf and is considered a "Seller" under the
FCC's guidance and TCPA.

4

Page 1392
PX23 France Decl. 3:15-cv-00439   Document 23   Filed 11/23/15   Page 4 of 8 PageID #: 67
Attach. FFF

18. Defendant CBC is also vicariously liable under the FCC's ruling according to the traditional agency principles to include actual authority, apparent authority, and ratification.

19. Defendant CBC is liable under actual authority as they directly hired Defendant USFFC to place illegal telephone calls and authorized the illegal telephone calls.

20. Defendant CBC contracted and with Defendant USFFC for the purposes of placing automated calls with pre-recorded messages to consumers.

21. Defendant CBC is liable under apparent authority as a reasonable person would have understood that Defendant USFFC as Defendant CBC's agent had authority to act on their behalf by placing telephone calls to consumers including the Plaintiff.

22. Defendant CBC is liable under the theory of vicarious liability as they knowingly acceptend the benefits and profits of the illegal conduct and approved of the illegal telephone calls to happen.

23. Defendant CBC sent the Plaintiff paperwork for consolidating his student loans which explained the entire process and costs involved. The fees in question are for loan consolidation, which most people could complete within 10-15 minutes online with ease. These "services" are outrageously priced and do not represent a good or fair value for any consumer for essentially performing data entry.

24. The calls in question violated 47 USC 227(b) entitling the Plaintiff to a recover of $1500 for making calls using an automated telephone dialing system and

5

containing a pre-recorded message and 47 USC 227(c)(5) as codified by 47 CFR 64.1200 under the FCC's rulemaking authority entitling the Plaintiff to an additional recovery of $1500 for violating 47 CFR 64.1200(b) and 47 CFR 64.1200(d)(4) as the defendants failed to have a a written policy regarding telemarketing, trained personnel who engage in telemarketing, failed to identify the seller and telemarketers, and failed to maintain a do-not-call list. In total, the Defendants owe the Plaintiff $3,000 per call.

## CAUSES OF ACTION:

## COUNT I

### Violations of the Telephone Consumer Protection Act (TCPA)

25. Plaintiff Cunningham incorporates by reference all of the above paragraphs of this complaint as though fully stated herein.

26. The foregoing actions by the Defendants constitute multiple breaches of the TCPA by placing calls with pre-recorded/automated messages to the Plaintiff's cell phone that lacked the name or address of the entity placing the phone calls in violation of 47 USC(c)(5) as codified by the FCC's rulemaking under 47 CFR 64.1200(d)(4), failing to have a written policy regarding telemarketing, failing to maintain a do-not-call list, and failing to have trained personnel who engage in telemarketing.

## CAUSES OF ACTION:

6

Case 4.17-cv-00739-ALM-CAN Document 84-1 Filed 10/29/18 Page 47 of 94 PageID #: 557
Case 9:19-cv-02399-JW-CANS Document 34-1 Filed 1/10/449 Page 47 of 94 PageID #: 557
#:1870

## COUNT II

### Violations of the Telephone Consumer Protection Act (TCPA)

27. Plaintiff Cunningham incorporates by reference all of the above paragraphs of
    this complaint as though fully stated herein.

28. The foregoing actions by the Defendants constitute multiple breaches of the
    TCPA by placing unsolicited and unwelcome telephone calls to the Plaintiff's cell
    phone. These phone calls also violated the TCPA by being automated as defined
    by the TCPA in violation of 47 USC 227(b)

### PRAYER FOR DAMAGES AND RELIEFS

A. WHEREFORE, Plaintiff, Cunningham, respectfully prays and requests that
   judgment be entered against each and every defendant for the following:

B. Statutory damages of $3000 for each phone call.

C. Pre-judgment interest from the date of the phone calls.

D. Costs of bringing this action; and

E. For such other and further relief as the Court may deem just and proper

I, Craig Cunningham, Affiant, hereby attest to and certify that the facts contained in the
foregoing complaint are true and correct to the best of my knowledge, information and
belief and that a true and correct copy of the foregoing was sent to the defendants in this
case.

7

Respectfully submitted,

Craig Cunningham

Plaintiff, Pro-se

Mailing address:

5543 Edmondson Pike, ste 248

Nashville, tn 37211

615-348-1977

09/28/2015

8

*eXB*

US District Court for the Eastern District of Texas (Sherman)

)    Craig Cunningham

)    Plaintiff, pro se

)

)        v.

**CIVIL ACTION NO.** 4:17-cv-793

)

)    CBC Conglomerate LLC, Bruce Phillip Hood, Carey Gorge Howe, USFFC Inc., Jay Singh, and John/Jane Doe's

Defendants.

### Plaintiff's Affidavit

1. My name is Craig Cunningham, and I have never been convicted of a crime of moral turpitude, and I am over the age of 18 and personally familiar with the facts and circumstances of this case. I am a 2003 graduate of West Point where I majored in Economics and I have a MBA and Masters in finance dual degree from Northeastern University and served for 5 years as an Army officer and received an honorable discharge.

2. I was physically present in and around Plano Texas when I received the majority if not all calls from the defendants in this case.It is possible that I could have been traveling out of the state when a small minority of the calls were received. I have previously sued the same defendants for telemarketing calls to the same number: 615-212-9191, although I was residing in Nashville at the time when I received a majority of the calls in the first lawsuit.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on 10/29/2018

Craig Cunningham, 3000 Custer Road ste 270-206, Plano, Tx 75075.



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.  4:17-CV-793-ALM- |
| v. | § | CAN |
| | § | |
| CBC CONGLOMERATE, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

     Pending before the Court are Plaintiff's "Motion for an Extension of Time and Motion to Compel Discovery" [Dkt. 45], "Motion for an Extension of Time and Motion to Compel Discovery" [Dkt. 46], and "Motion to Compel Discovery" [Dkt. 57] (collectively, "Discovery Motions").  On November 13, 2018, the Court conducted a hearing on the Discovery Motions [Dkt. 68].  After hearing the agreements and arguments of the Parties, the Court **GRANTS IN PART AND DENIES IN PART** each of the Discovery Motions.  Accordingly,

     It is **ORDERED** that Defendants are directed to produce to Plaintiff:

(1) Relevant call records, including, but not limited to, documents indicating the date, time, phone numbers, and identity of the telecom that carried the calls across Defendants' network;

(2) Relevant call recordings;

(3) Evidence of consent, including, but not limited to, documents related to the web form, IP address, and website;

(4) Documents containing transaction details and/or records involving Plaintiff's cell phone number(s); and

**Page 1399**
**PX23 France Decl.**
**Attach. FFF**

(5)   A copy of the contract between Defendant CBC Conglomerate LLC and Defendant

USFFC Inc.

Defendants are directed to produce the aforementioned discovery documents to Plaintiff on or

before *Wednesday, December 5, 2018*.  Defendants are further directed to file a notice with the

Court confirming the production of the above referenced discovery documents to Plaintiff on or

before *Wednesday, December 5, 2018*.

It is further **ORDERED** that the corporate Defendants are directed to amend their

Interrogatory Responses to define the term "manual," and also, to the extent that they have not yet

done so, are instructed to verify their interrogatory responses.  *See* Fed. R. Civ. P. 33(b)(3) ("Each

interrogatory must. . . be answered separately and fully in writing under oath.").

**IT IS SO ORDERED**.

ORDER − Page 2

**Page 1400
PX23 France Decl.
Attach. FFF**

Case 8:19-cv-02109-JWH-ADS   Document 84-1   Filed 11/04/19   Page 53 of 94   Page ID #:479
Case 4:17-cv-00793-ALM-CAN   Document 80-1   Filed 01/17/19   Page 1 of 2 PageID #: 479
#:1876

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:17-CV-793-ALM- |
| v. | § | CAN |
| | § | |
| CBC CONGLOMERATE, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

**<u>ORDER</u>**

Pending before the Court is Plaintiff's "Second Motion to Compel Discovery and Motion for Sanctions and Motion for Contempt" ("Motion to Compel") [Dkt. 75].  After hearing the agreements and arguments of the Parties, the Court **GRANTS IN PART AND DENIES IN PART** the Motion to Compel as set forth herein.  Accordingly,

It is **ORDERED** that Defendants are directed to produce to Plaintiff:

(1)  The name of the website;

(2)  The name, address, and phone number of the telecom and/or phone provider;

(3)  The name, address, and phone number of those persons who spoke with and/or placed any relevant phone calls to Plaintiff;

(4)  The manufacturer, brand, and model of phones used, as well as whether any manual for such phones exists.

Defendants are directed to produce the aforementioned discovery documents, or notify Plaintiff that no such documents exist, on or before ***Thursday, January 24, 2019***.  Defendants are further directed to file a notice with the Court confirming the production of the above referenced discovery documents to Plaintiff on or before ***Thursday, January 24, 2019***.

ORDER – Page 1

**Page 1401
PX23 France Decl.
Attach. FFF**

It is further **ORDERED** that Defendant CBC is instructed to verify its interrogatory responses and provide Plaintiff with same no later than ***Tuesday, January 22, 2019 at 12:00p.m.*** *See* Fed. R. Civ. P. 33(b)(3) ("Each interrogatory must. . . be answered separately and fully in writing under oath."). Failure to provide a verified copy of the interrogatories to Plaintiff within the time specified above will result in a subsequent hearing and consideration of discovery sanctions.

      **IT IS SO ORDERED**.

**Page 1402
PX23 France Decl.
Attach. FFF**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,** | § | **C.A. NO. 4:17-CV-00793** |
| | § | |
| **VS.** | § | |
| | § | |
| **CBC CONGLOMORATE, LLC, ET** | § | **JURY** |
| **AL** | § | |

## DEFENDANTS' RESPONSE TO PLAINTIFF CRAIG CUNNINGHAM'S MOTION FOR SANCTIONS AND MOTION FOR CONTEMPT

Defendants CBC Conglomerate, LLC and USFFC, Inc. file their Response to Plaintiff Craig Cunningham's Motion for Sanctions and Motion for Contempt (Dkt. 93).

1. **Relief Requested.**

The Defendants respectfully request that the Court deny the Plaintiff's Motion.

2. **Standard of Review.**

The standard of review for a court imposing sanctions pursuant to its inherent power is abuse of discretion. *Chambers v. NASCO, Inc.*, 501 U.S. 32, 55 (1991).

3. **Response to Cunningham's Motion.**

    3.1. **USFFC Assumes Responsibility for the Conduct of El Docs, Its Independent Affiliate.**

This Court should deny Cunningham's Motion. Cunningham complains USFFC failed to promptly identify El Docs Private Limited ("El Docs") in its Initial

1

Page 1403
PX23 France Decl.
Attach. FFF

Disclosures. El Docs is an independent affiliate of USFFC. The Defendants identified El Docs on January 24, 2019, via letter to Cunningham.[1] The Defendants provided Cunningham with the address and phone number of El Docs. The Defendants have conceded responsibility for El Docs' conduct relating to Cunningham. The Defendants have not attempted to assert an independent contractor defense with respect to El Docs. Consequently, the Defendants (mistakenly) did not believe it needed to identify El Docs as a person with knowledge. The Defendants regret the error. Such an error—while regrettable—does not warrant further sanctions.

### 3.2. USFFC Can Testify Regarding the Business Practices of El Docs.

Cunningham complains USFFC cannot know how its independent affiliate, El Docs, communicated with him or initiated calls. Cunningham complains further that USFFC cannot properly identify the make and model of the telephone equipment used by El Docs. USFFC respectfully disagrees and contends it can testify regarding its knowledge of its independent affiliate's practices as it relates to communications made on behalf of USFFC, including processes used to place telephone calls. To the extent Cunningham believes USFFC lacks knowledge regarding El Docs' business practices, Cunningham can develop the information via cross-examination of USFFC.

---

[1] Counsel for the Defendants identified El Docs upon learning of its existence on January 24, 2019. The undersigned counsel was on a family vacation when Cunningham called on January 28 and 31, 2019 regarding his Motion.

2

Moreover, with the Court's extension of discovery deadlines and the trial date, Cunningham can now conduct discovery related to El Docs.[2]

### 3.3.  The Court Should Not Issue Outcome-Determinative Sanctions.

Cunningham requests sanctions in the form of a default judgment. The default requested by Cunningham are not warranted or justified. A court must exercise its inherent power to sanction "with restraint and discretion." *In re First City Bancorporation*, 282 F.3d 864, 867 (5th Cir. 2002). A sanctioning court must use the least restrictive sanction necessary to deter the inappropriate behavior. *Id.* Generally, a court may not impose the severe sanction of granting default unless there is evidence of "bad faith." *Condrey v. SunTrust Bank of Ga.*, 431 F.3d 191, 203 (5th Cir. 2005). Mere negligence is not enough. *See Rimkus Consulting Grp., Inc. v. Cammarata*, 688 F.Supp.2d 598, 614 (S.D. Tex. 2010). When a district court imposes a default judgment, two criteria must be met: (1) the penalized party's discovery violation must be willful and (2) the drastic measure is only to be employed where a lesser sanction would not substantially achieve the desired deterrent effect. *United States v. 200 Acres of Land Near FM 2686 Rio Grande City*, 773 F.3d 654, 660 (5th Cir. 2014).

In the instant case, neither of the criteria for imposing a default judgment sanction has been satisfied. As indicated above, the Defendants did not identify El Docs because it had accepted responsibility for the actions of El Docs, its

---

[2] As of the date of this Motion, the Defendants are unaware of any efforts by Cunningham to conduct additional discovery related to El Docs.

3

independent affiliate. The Defendants' failure to identify El Docs was not willful; rather, it was the product of a misconception. Counsel for the Defendants amended the Defendants' responses upon learning of El Docs. There is no indication a lesser sanction would not substantially achieve the desired deterrent effect. The Defendants have attempted to comply with the Court's prior discovery orders, including the production of documents. To date, the Court has not attempted to imposed lesser sanctions on the Defendants. In short, the Court should not impose the default judgment requested by Cunningham.

### 3.4. The Defendants Have Not Provided Inconsistent Answers.

Cunningham believes the Defendants have lied in discovery and committed perjury. The Defendants hotly contest Cunningham's scurrilous accusations that they lied or committed perjury. As discussed above, because it intended to assume responsibility for El Docs' conduct related to Cunningham, USFFC did not believe it needed to identify El Docs. Once counsel learned of the existence of El Docs, USFFC identified it. If Cunningham believes the Defendants have provided inconsistent answers in the course of discovery, Cunningham is free to attempt to impeach the Defendants at trial.

The Defendants have produced the documents available to them regarding Cunningham's consent and lead information. To the extent Cunningham believes the Defendants have failed to produce responsive documents, the Defendants have produced the documents they have. Any additional documents regarding

Page 1406
PX23 France Decl.
Attach. FFF

Cunningham's consent would benefit the Defendants, not Cunningham. There is no basis for the Court to sanction the Defendants for an alleged failure to produce documents.

Additionally, the Defendants note Cunningham has himself not produced material in a timely manner. Cunningham did not produce Initial Disclosures until November 19, 2018, over eight months after the applicable deadline. Exhibit "A," Cunningham's Initial Disclosures (Nov. 19, 2018). Cunningham did not produce any documents or recordings supporting his claims until November 2018. Cunningham's lack of clean hands should prevent the Court from awarding him a default judgment.

For the foregoing reasons, the Court should deny Cunningham's Motion.

## 4.    Prayer.

The Defendants request the Court award following relief:

- Deny Cunningham's Motion.

- Award the Defendants such other and further relief to which they may be justly entitled.

Respectfully submitted,

**LANZA LAW FIRM, PC**

*/s/ Stewart K. Schmella*
**NICHOLAS J. LANZA**
TBA No. 11941225
STEWART K. SCHMELLA
TBA No. 24033041

**Page 1407**
**PX23 France Decl.**
**Attach. FFF**

Case 4:17-cv-00793-ALM-CAN Document 103-1 Filed 02/14/19 Page 6 of 6 PageID #: 580
Case 8:19-cv-02109-JWH-ADS Document 34-1 Filed 11/04/19 Page 60 of 94 Page ID
#:1883

4950 Bissonnet
Houston, Texas 77401
(713) 432-9090
(713) 668-6417 Facsimile
eservice@lanzalawfirm.com
sschmella@lanzalawfirm.com

**ATTORNEYS FOR DEFENDANTS**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true and correct copy of this document was served via the
Court's ECF system and electronic mail as follows on February 14, 2019:

 *Via email:* **projectpalehorse@hushmail.com**
Craig Cunningham
3000 Custer Road, Ste. 270-206
Plano, Texas 75075

       */s/ Stewart K. Schmella*
       **NICHOLAS J. LANZA/**
       **STEWART K. SCHMELLA**

**Page 1408
PX23 France Decl.
Attach. FFF**

Case 8:19-cv-02109-JWH-CAN Document 34-1 Filed 3/04/19 Page 61 of 94 PageID #: 1884

## IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:**  3/6/2019

MAGISTRATE  JUDGE                    **COURT REPORTER:   Digital Recording**

**Christine A. Nowak**            **COURTROOM DEPUTY:**  K. Lee

| Cunningham v. CBC Conglomerate LLC et al | 4:17CV793 ALM/CAN |
|---|---|
|  |  |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Craig Cunningham, Pro Se | Stew Schmella |
|  |  |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   MOTION HEARING ON DKT. 93 |
|---|---|
| 1:10 p.m. | Case called.  Court outlines status of case and relevant filings. |
| 1:12 p.m. | Plaintiff addresses Court. |
| 1:17 p.m. | Defense counsel addresses Court.  Court addresses parties. |
| 1:27 p.m. | Plaintiff addresses Court. |
| 1:35 p.m. | Defense counsel responds to Plaintiff's claims. |
|  | As to Dkt. 93, Court denies motion for discovery sanctions as to Mr. Jay Singh.  Court denies request for default judgment.  Court takes under advisement request for fees and costs as to Defendant USFFC.  Court will allow Defendant to file briefing on issue of costs and fees within 7 days.  Plaintiff shall provide evidence of costs and fees within 7 days.  Parties shall then have 7 days to file any further response.  Court admonishes defense counsel about obligations to the Court and directs defense counsel to again discuss with client those obligations.  Court requests parties confer regarding discovery to 3rd party.  Within 7 days, parties shall file a joint status report with the Court regarding discovery agreements reached and measures taken to prepare for trial. |
| 1:40 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY:    <u>Karen Lee</u>
                Courtroom Deputy Clerk

**Page 1409**
**PX23 France Decl.**
**Attach. FFF**

# *4:17cv793, Cunningham V. Cbc Conglomerate Llc Et Al*

US District Court Docket

US District Court for the Eastern District of TEXAS  [LIVE]

(Sherman)

**This case was retrieved on 10/20/2019**

## Header

**Case Number:** 4:17cv793
**Date Filed:** 11/09/2017
**Assigned To:** District Judge Amos L. Mazzant, III
**Referred To:** Magistrate Judge Christine A. Nowak
**Nature of Suit:** Other Statutory Actions (890)
**Cause:** Federal Telephone Consumer Protection Act
**Lead Docket:** None
**Other Docket:** None
**Jurisdiction:** Federal Question

**Class Code:** Open
**Statute:**
**Jury Demand:** Both
**Demand Amount:** $300,000
**NOS Description:** Other Statutory Actions

## Litigants

Will Pryor
Two Lincoln Centre | 5420 LBJ Freeway | Suite 626 | Dallas, TX 75240 | 469-374-9272 |
**Mediator**

Craig Cunningham
**Plaintiff**

CBC Conglomerate LLC
**Defendant**

Bruce Phillip Hood
[Terminated: 02/05/2019]
**Defendant**

Carey Gorge Howe
[Terminated: 02/05/2019]
**Defendant**

## Attorneys

Craig Cunningham
PRO SE

5543 Edmondson Pike Ste 248
Nashville, TN 37211
USA
615-348-1977 Email:Projectpalehorse@hushmail.Com

Nicholas J Lanza
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Lanza Law Firm PC
4950 Bissonnet Street
Houston, TX 77401
USA
713-432-9090 Fax: 713-668-6417
Email:Nlanza@lanzalawfirm.Com

Nicholas J Lanza
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Lanza Law Firm PC
4950 Bissonnet Street
Houston, TX 77401
USA
713-432-9090 Fax: 713-668-6417
Email:Nlanza@lanzalawfirm.Com

Nicholas J Lanza
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Lanza Law Firm PC
4950 Bissonnet Street
Houston, TX 77401
USA

4:17cv793, Cunningham V. Cbc Conglomerate Llc Et Al

## Litigants

## Attorneys

|  |  |
|---|---|
|  | 713-432-9090 Fax: 713-668-6417<br>Email:Nlanza@lanzalawfirm.Com |
| USFFC Inc.<br>**Defendant** | Nicholas J Lanza<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Lanza Law Firm PC<br>4950 Bissonnet Street<br>Houston, TX 77401<br>USA<br>713-432-9090 Fax: 713-668-6417<br>Email:Nlanza@lanzalawfirm.Com |
| Jay Singh<br>[Terminated:  02/05/2019]<br>**Defendant** | Nicholas J Lanza<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Lanza Law Firm PC<br>4950 Bissonnet Street<br>Houston, TX 77401<br>USA<br>713-432-9090 Fax: 713-668-6417<br>Email:Nlanza@lanzalawfirm.Com |
| John/Jane Doe's 1-5<br>**Defendant** | Nicholas J Lanza<br>ATTORNEY TO BE NOTICED<br>Lanza Law Firm PC<br>4950 Bissonnet Street<br>Houston, TX 77401<br>USA<br>713-432-9090 Fax: 713-668-6417<br>Email:Nlanza@lanzalawfirm.Com |

## Proceedings

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 1 | 11/09/2017 | COMPLAINT against CBC Conglomerate LLC, John/Jane Doe's 1-5, Bruce Phillip Hood, Carey Gorge Howe, Jay Singh, USFFC Inc., filed by Craig Cunningham. (Attachments: # 1 Civil Cover Sheet, # 2 Envelope(s))(rpc, ) (Entered: 11/09/2017) |  |
| 7 | 11/09/2017 | Case Assigned to District Judge Amos L. Mazzant, III and Magistrate Judge Christine A. Nowak. (rpc, ) (Additional attachment(s) added on 11/9/2017: # 1 Magistrate referral) (rpc, ). (Entered: 11/09/2017) |  |
|  | 11/09/2017 | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event Notice Regarding Consent to Proceed Before Magistrate Judge. (rpc, ) (Entered: 11/09/2017) |  |
|  | 11/09/2017 | DEMAND for Trial by Jury by Craig Cunningham. (rpc, ) (Entered: 11/09/2017) |  |
| 2 | 11/09/2017 | SUMMONS Issued as to Bruce Phillip Hood. (rpc, ) (Entered: 11/09/2017) |  |
| 3 | 11/09/2017 | SUMMONS Issued as to Carey Gorge Howe. (rpc, ) (Entered: 11/09/2017) |  |
| 4 | 11/09/2017 | SUMMONS Issued as to CBC Conglomerate LLC. (rpc, ) (Entered: 11/09/2017) |  |
| 5 | 11/09/2017 | SUMMONS Issued as to Jay Singh. (rpc, ) (Entered: 11/09/2017) |  |

4:17cv793, Cunningham V. Cbc Conglomerate Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 6 | 11/09/2017 | SUMMONS Issued as to USFFC Inc. (rpc, ) (Entered: 11/09/2017) | |
| | 11/14/2017 | Filing fee received: $ 400.00, receipt number 6-38952. (mjc, ) (Entered: 11/14/2017) | |
| 8 | 12/26/2017 | SUMMONS Returned Executed by Craig Cunningham. USFFC Inc. served on 12/1/2017, answer due 12/22/2017. (daj, ) (Entered: 12/26/2017) | |
| 9 | 12/26/2017 | SUMMONS Returned Executed by Craig Cunningham. Jay Singh served on 12/1/2017, answer due 12/22/2017. (daj, ) (Entered: 12/26/2017) | |
| 10 | 12/26/2017 | SUMMONS Returned Executed by Craig Cunningham. Carey Gorge Howe served on 12/1/2017, answer due 12/22/2017. (daj, ) (Entered: 12/26/2017) | |
| 11 | 12/26/2017 | SUMMONS Returned Executed by Craig Cunningham. (daj, ) (Entered: 12/26/2017) | |
| 12 | 01/09/2018 | MOTION for 5 Subpoenas by Craig Cunningham. (Attachments: # 1 Envelope(s)(kls, ) (Entered: 01/17/2018) | |
| 13 | 01/09/2018 | ***DISREGARD ENTRY FILED UNDER INCORRECT CASE NUMBER - SEE CASE NO 4:17cv839 FOR CORRECT ENTRY*** MOTION for Subtituted Service or in the Alternative, Service via affixing the summons and complaint to the door of the abode, by Craig Cunningham. (Attachments: # 1 Supplement, # 2 Envelope(s))(kls, ) Modified on 1/19/2018 (kls, ). (Entered: 01/17/2018) | |
| 14 | 01/18/2018 | SUMMONS Returned Executed by Craig Cunningham. Bruce Phillip Hood served on 1/3/2018, answer due 1/24/2018. (kls, ) (Entered: 01/19/2018) | |
| 15 | 01/19/2018 | NOTICE OF CLERK'S REQUEST NOT ENTERED. Requests for Clerk's Entry of Default Against Defendants returned to Plaintiff. Affidavits as required for processing for each defendant not received. Documents returned to Plaintiff by mail. (kls, ) (Entered: 01/19/2018) | |
| | 01/19/2018 | ***PLEASE DISREGARD ENTRY 13 , Motion for Substituted Service. PLEASE SEE CASE NO 4:17cv839 for Correct Entry*** (kls, ) (Entered: 01/19/2018) | |
| 16 | 01/19/2018 | SUMMONS Returned Executed Carey Gorge Howe served on 12/14/2017, answer due 1/4/2018. (daj, ) (Entered: 01/19/2018) | |
| 17 | 01/26/2018 | MOTION to Dismiss for Lack of Jurisdiction  by Bruce Phillip Hood, Carey Gorge Howe, Jay Singh. (Lanza, Nicholas) (Additional attachment(s) added on 1/29/2018: # 1 Text of Proposed Order) (daj, ). (Entered: 01/26/2018) | |
| 18 | 01/26/2018 | Original ANSWER to 1 Complaint  by CBC Conglomerate LLC.(Lanza, Nicholas) (Entered: 01/26/2018) | |
| 19 | 01/26/2018 | Original ANSWER to 1 Complaint  by USFFC Inc..(Lanza, Nicholas) (Entered: 01/26/2018) | |
| 20 | 01/26/2018 | CORPORATE DISCLOSURE STATEMENT filed by CBC Conglomerate LLC (Lanza, Nicholas) (Entered: 01/26/2018) | |
| 21 | 01/26/2018 | CORPORATE DISCLOSURE STATEMENT filed by USFFC Inc. (Lanza, Nicholas) (Entered: 01/26/2018) | |
| 22 | 01/29/2018 | ORDER GOVERNING PROCEEDINGS. Rule 26 Meeting Report due by 3/5/2018. Rule 16 Management Conference set for 3/21/2018 02:30 PM in Ctrm A01 (Sherman - Annex) before Magistrate Judge Christine A. Nowak. Signed by Magistrate Judge Christine A. Nowak on 1/29/2018. (rpc, ) (Entered: 01/29/2018) | |
| 23 | 02/06/2018 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 22 Order. (rpc, ) (Entered: 02/06/2018) | |
| 24 | 02/08/2018 | Plaintiff's Motion for an Extension of Time as to 17 MOTION to Dismiss for Lack of Jurisdiction  by Craig Cunningham. | |

4:17cv793, Cunningham V. Cbc Conglomerate Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | (Attachments: # 1 Text of Proposed Order)(rpc, ) (Entered: 02/08/2018) | |
| 25 | 02/08/2018 | ORDER granting 24 Motion for Extension of Time to File Response. Plaintiff's Response to Defendants' Motion to Dismiss 17 must be filed no later than Monday, February 19, 2018. Signed by Magistrate Judge Christine A. Nowak on 2/8/2018. (rpc, ) (Entered: 02/08/2018) | |
| 26 | 02/15/2018 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 25 Order. (rpc, ) (Entered: 02/15/2018) | |
| 27 | 02/20/2018 | RESPONSE in Opposition to Motion re 17 MOTION to Dismiss for Lack of Jurisdiction   filed by Craig Cunningham. (Attachments: # 1 Affidavit, # 2 Exhibit A)(daj, ) (Entered: 02/21/2018) | |
| 28 | 03/08/2018 | ORDER FOR RULE 26(F) REPORT. IT IS HEREBY ORDERED that the Parties shall file their Rule 26(f) Report within three (3) business days. Signed by Magistrate Judge Christine A. Nowak on 3/8/2018. (daj, ) (Entered: 03/08/2018) | |
| 29 | 03/09/2018 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Exhibit)(Lanza, Nicholas) (Entered: 03/09/2018) | |
| 30 | 03/16/2018 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 28 Order. (rpc, ) (Entered: 03/16/2018) | |
| 31 | 03/19/2018 | ORDER Setting Hearing on Motion 17 MOTION to Dismiss for Lack of Jurisdiction  : Motion Hearing set for Wednesday, March 21, 2018, at 2:30 p.m., at the United States Courthouse Annex, 200 N. Travis Street, Chase Bank Building, Mezzanine Level, Sherman, Texas 75090 before Magistrate Judge Christine A. Nowak. Signed by Magistrate Judge Christine A. Nowak on 3/19/2018. (daj, ) (Entered: 03/19/2018) | |
| | 03/21/2018 | Minute Entry for proceedings held before Magistrate Judge Christine A. Nowak: Scheduling Conference and motion hearing re 17 MOTION to Dismiss for Lack of Jurisdiction  filed by Jay Singh, Bruce Phillip Hood, Carey Gorge Howe called but not held on 3/21/18 at 3:01pm. Stew Schmella appeared on behalf of Defendants. No appearance on behalf of Plaintiff. Court delayed start time until 3pm to allow Plaintiff to appear. Court notes that Plaintiff acknowledged receipt of Order setting hearing. Court will issue a show cause order. Court adjourned at 3:03pm. (Court Reporter Digital, K.Conrad.) (kkc, ) (Entered: 03/21/2018) | |
| 32 | 03/22/2018 | SHOW CAUSE ORDER. ORDERED that Plaintiff shall appear on Monday, April 16, 2018 at 1:30 p.m. at the United States Courthouse Annex, 200 N. Travis Street, Sherman, Texas to show cause for why he failed to appear at the Rule 16 Management Conference and Motion Hearing scheduled for March 21, 2018. Plaintiff must personally appear before the Court, and Defendants may appear telephonically. The Court provides Defendants with the teleconference call-in information, as follows: ATT Toll-Free Conference Number: 877-336-1839, Access Code: 5754049, followed by #. Signed by Magistrate Judge Christine A. Nowak on 3/22/2018. (daj, ) (Entered: 03/22/2018) | |
| 33 | 03/26/2018 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 31 Order. (rpc, ) (Entered: 03/27/2018) | |
| 34 | 03/29/2018 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 32 Order. (rpc, ) (Entered: 03/29/2018) | |
| | 04/16/2018 | Minute Entry for proceedings held before Magistrate Judge Christine A. Nowak: Show Cause hearing held on 4/16/18 at 1:43pm. Craig Cunningham, Pro Se Plaintiff appeared. Stew Schmella appeared telephonically on behalf of Defendants. Plaintiff stated cause for his failure to appear at Rule 16. Parties review and approve the proposed Scheduling Order. Court will enter Scheduling Order. Parties discuss pending Motion to | |

**Page 1413**
**PX23 France Decl.**
**Attach. FFF**

4:17cv793, Cunningham V. Cbc Conglomerate Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Dismiss [Dkt. 17] and Motion for 5 Subpoenas [Dkt. 12]. There being no opposition to the Motion for 5 Subpoenas [Dkt. 12}, the Court orally grants the motion. A formal order will follow. Defendant advises no intent to file a reply in support of Motion to Dismiss. Motion to Dismiss is ripe for consideration. Call adjourned at 1:54pm. (Court Reporter Digital, K.Conrad.) (kkc, ) (Entered: 04/16/2018) | |
| 35 | 04/16/2018 | SCHEDULING ORDER: Final Pretrial Conference set for 2/1/2019 09:00 AM in Ctrm 208 (Sherman) before District Judge Amos L. Mazzant III. Amended Pleadings due by 6/13/2018. Discovery due by 9/5/2018. Expert Witness List due by 5/30/2018. Joinder of Parties due by 5/2/2018. Jury instructions due by 12/21/2018. Mediation Completion due by 10/17/2018. Designation of Mediator due by 9/7/2018. Motions due by 6/27/2018. Signed by Magistrate Judge Christine A. Nowak on 4/16/2018. (daj, ) (Entered: 04/16/2018) | |
| 36 | 04/16/2018 | ORDER granting 12 Motion for 5 subpoenas, to the extent that upon his request and in accord with any directives of the Clerk, the Clerk shall issue up to five subpoenas to Plaintiff so that he may attempt service on the non-parties. Plaintiff must supply the Clerk with the precise information to be entered on each subpoena. Plaintiff will be responsible for serving the subpoenas. Signed by Magistrate Judge Christine A. Nowak on 4/16/2018. (daj, ) (Entered: 04/16/2018) | |
| 37 | 05/02/2018 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 35 Scheduling Order, 36 Order. (rpc, ) (Entered: 05/02/2018) | |
| 38 | 06/04/2018 | ORDER DIRECTING BRIEFING. It is therefore ORDERED that the Parties shall file briefing addressing their positions regarding the court's ability to exercise personal jurisdiction over Defendants in light of the FDCPA's provision for nationwide service of process, citing to any applicable authority. The Parties should specifically address the applicability of the above-enumerated cases to the instant case, and their impact, if any, on the pending Motion to Dismiss. Such briefing shall be filed on or before Thursday, June 14, 2018. Any responsive briefing shall be filed no later than Monday, June 18, 2018. Signed by Magistrate Judge Christine A. Nowak on 6/4/2018. (baf, ) (Entered: 06/04/2018) | |
| 39 | 06/14/2018 | BRIEF filed Regarding The Fair Debt Collection Practices Act and Nationwide Service of Process by Bruce Phillip Hood, Carey Gorge Howe, Jay Singh. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Lanza, Nicholas) (Entered: 06/14/2018) | |
| 40 | 06/14/2018 | Plaintiff's Briefing on Personal Jurisdiction filed by Craig Cunningham. (daj, ) (Entered: 06/15/2018) | |
| 41 | 07/27/2018 | REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 17 MOTION to Dismiss for Lack of Jurisdiction  filed by Jay Singh, Bruce Phillip Hood, Carey Gorge Howe. The Court recommends that Defendants' Motion to Dismiss [Dkt. 17] be DENIED and Plaintiff be ordered to file an amended complaint. Signed by Magistrate Judge Christine A. Nowak on 7/27/2018. (baf, ) (Entered: 07/27/2018) | |
| 42 | 08/03/2018 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 41 Report and Recommendations. (baf, ) (Entered: 08/03/2018) | |
| 43 | 08/23/2018 | MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE for 41 Report and Recommendations. ORDERED that Defendants Bruce Phillip Hood, Carey George Howe, and Jay Singh's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. #17) is DENIED WITHOUT PREJUDICE. It is further ORDERED that Plaintiff shall file an amended complaint within twenty-one | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | (21) days of the entry of this Memorandum. Signed by District Judge Amos L. Mazzant, III on 8/23/2018. (daj, ) (Entered: 08/23/2018) | |
| 44 | 08/30/2018 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 43 Order. (rpc, ) (Entered: 08/30/2018) | |
| 45 | 09/05/2018 | MOTION for Extension of Time to Complete Discovery by Craig Cunningham. (Attachments: # 1 Exhibit A, # 2 Exhibit C)(baf, ) (Entered: 09/06/2018) | |
| 46 | 09/05/2018 | MOTION to Compel Discovery by Craig Cunningham. (Attachments: # 1 Exhibit A, # 2 Exhibit C)(baf, ) (Entered: 09/06/2018) | |
| 47 | 09/10/2018 | ORDER re 46 MOTION to Compel filed by Craig Cunningham, 45 MOTION for Extension of Time to Complete Discovery filed by Craig Cunningham. Defendants shall file a response to these motions no later than Thursday, September 27, 2018, at 5:00 p.m.. Signed by Magistrate Judge Christine A. Nowak on 9/10/2018. (daj, ) (Entered: 09/10/2018) | |
| 48 | 09/17/2018 | Plaintiff's AMENDED COMPLAINT against CBC Conglomerate LLC, John/Jane Doe's 1-5, Bruce Phillip Hood, Carey Gorge Howe, Jay Singh, USFFC Inc., filed by Craig Cunningham.(kls, ) (Entered: 09/18/2018) | |
| 49 | 09/21/2018 | ORDER FOR NOTIFICATION OF MEDIATOR. IT IS HEREBY ORDERED that the Parties shall notify the Court of the name, address, and telephone number of the agreed-upon mediator, or request that the Court select a mediator, within three (3) business days. Signed by Magistrate Judge Christine A. Nowak on 9/21/2018. (baf, ) (Entered: 09/24/2018) | |
| 50 | 09/27/2018 | CONSENT to Mediation by CBC Conglomerate LLC, John/Jane Doe's 1-5, Bruce Phillip Hood, Carey Gorge Howe, Jay Singh, USFFC Inc.(Lanza, Nicholas) (Entered: 09/27/2018) | |
| 51 | 09/27/2018 | RESPONSE to Motion re 46 MOTION to Compel, 45 MOTION for Extension of Time to Complete Discovery   filed by CBC Conglomerate LLC, John/Jane Doe's 1-5, Bruce Phillip Hood, Carey Gorge Howe, Jay Singh, USFFC Inc.. (Lanza, Nicholas) (Entered: 09/27/2018) | |
| 52 | 10/01/2018 | MOTION to Strike Defendants' Motion to Strike Plaintiff's Amended Complaint by CBC Conglomerate LLC. (Attachments: # 1 Text of Proposed Order)(Lanza, Nicholas) (Entered: 10/01/2018) | |
| 53 | 10/01/2018 | First MOTION to Amend/Correct Motion to Dismiss For Lack of Personal Jurisdiction by Bruce Phillip Hood, Carey Gorge Howe, Jay Singh. (Attachments: # 1 Text of Proposed Order Order)(Lanza, Nicholas) (Entered: 10/01/2018) | |
| 54 | 10/02/2018 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 49 Order. (baf, ) (Entered: 10/02/2018) | |
| 55 | 10/04/2018 | MOTION (Notice) for the court to select a mediator for this case by Craig Cunningham. (daj, ) (Entered: 10/05/2018) | |
| 56 | 10/10/2018 | ORDER. ORDERED that Defendants' Motion to Strike Plaintiff's Amended Complaint [Dkt. 52] is DENIED. It is further ORDERED that Plaintiff shall file any response to Defendants' Motion to Dismiss [Dkt. 53] no later than Monday, October 29, 2018, at 5:00 p.m.. Signed by Magistrate Judge Christine A. Nowak on 10/10/2018. (daj, ) (Entered: 10/10/2018) | |
| 57 | 10/18/2018 | MOTION to Compel Discovery by Craig Cunningham. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(rpc, ) (Entered: 10/18/2018) | |
| 58 | 10/19/2018 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to | |

4:17cv793, Cunningham V. Cbc Conglomerate Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 56 Order. (rpc, ) (Entered: 10/22/2018) | |
| 59 | 10/29/2018 | ORDER Setting Hearing on Motions 46 MOTION to Compel, 57 MOTION to Compel, 45 MOTION for Extension of Time to Complete Discovery and Motion to Compel : Motion Hearing set for 11/5/2018 at 2:00 PM in Ctrm A01 (Sherman - Annex) before Magistrate Judge Christine A. Nowak. Signed by Magistrate Judge Christine A. Nowak on 10/29/2018. (baf, ) (Entered: 10/29/2018) | |
| 60 | 10/29/2018 | ORDER REGARDING MEDIATION. In light of the Parties' Notices, the Court ORDERS the Parties to meet and confer, via telephone or in person, on or before Friday, November 2, 2018 and to notify the Court which of the following three mediators the Parties desire to mediate with - Jay Zeleskey, Cecilia Morgan, or Will Prior (or whether the Parties have been able to reach agreement on some other individual) - and the date selected for mediation. The Parties shall attend mediation with their agreed upon mediator on or before Monday, November 19, 2018. Signed by Magistrate Judge Christine A. Nowak on 10/29/2018. (baf, ) (Entered: 10/29/2018) | |
| 61 | 10/29/2018 | RESPONSE in Opposition to 53 Defendant's Motion to Dismiss, filed by Craig Cunningham. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(rpc, ) (Entered: 10/29/2018) | |
| 62 | 10/31/2018 | MOTION Request to Reschedule Hearing re 59 Order Setting Hearing on Motion,  by CBC Conglomerate LLC, John/Jane Doe's 1-5, Bruce Phillip Hood, Carey Gorge Howe, Jay Singh, USFFC Inc.. (Attachments: # 1 Exhibit)(Lanza, Nicholas) (Additional attachment(s) added on 11/1/2018: # 2 Text of Proposed Order) (baf, ). (Entered: 10/31/2018) | |
| 63 | 10/31/2018 | ORDER RESETTING HEARING ON MOTIONS 46 MOTION to Compel, 57 MOTION to Compel, 45 MOTION for Extension of Time to Complete Discovery : Motion Hearing RESET for 11/13/2018 at 3:30 PM in Ctrm A01 (Sherman - Annex) before Magistrate Judge Christine A. Nowak. It is therefore ORDERED that Defendants' Request to Reschedule Hearing [Dkt. 62 ] is GRANTED, and the motion hearing set for Friday, November 9, 2018 at 1:30 p.m. is hereby CANCELED. Signed by Magistrate Judge Christine A. Nowak on 10/31/2018. (baf, ) (Entered: 10/31/2018) | |
| 64 | 11/02/2018 | NOTICE by CBC Conglomerate LLC, John/Jane Doe's 1-5, Bruce Phillip Hood, Carey Gorge Howe, Jay Singh, USFFC Inc. re 60 Order,,, Set Scheduling Order Deadlines,, of Mediation (Lanza, Nicholas) (Entered: 11/02/2018) | |
| 65 | 11/02/2018 | ORDER REFERRING CASE to Mediation. Will Pryor added as Mediator. The mediation conference shall be conducted by the following date: November 19, 2018. Signed by Magistrate Judge Christine A. Nowak on 11/2/2018. (daj, ) (Entered: 11/02/2018) | |
| 66 | 11/05/2018 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 59 Order Setting Hearing on Motion, 60 Order. (daj, ) (Entered: 11/06/2018) | |
| 67 | 11/13/2018 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 65 Order. (rpc, ) (Entered: 11/13/2018) | |
| 68 | 11/13/2018 | Minute Entry for proceedings held before Magistrate Judge Christine A. Nowak: Scheduling Conference held on 11/13/2018. Court directs parties to confer regarding discovery requests. Court recess. Case recalled. Parties state agreement regarding discovery. Court will enter formal order. Court adjourned. (Court Reporter Digital Recording.) (kls, ) (Entered: 11/14/2018) | |
| 69 | 11/15/2018 | ORDER granting in part and denying in part 45 Motion for Extension of Time to Complete Discovery, 46 Motion to Compel, 57 Motion to Compel. Signed by Magistrate Judge Christine A. | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Nowak on 11/15/2018. (daj, ) (Entered: 11/16/2018) | |
| 70 | 11/26/2018 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 69 Order. (rpc, ) (Entered: 11/26/2018) | |
| 71 | 11/28/2018 | ORDER FOR MEDIATOR REPORT. The Court therefore requests the mediator to file his Mediation Report within three (3) business days. Signed by Magistrate Judge Christine A. Nowak on 11/28/2018. (daj, ) (Entered: 11/28/2018) | |
| 72 | 11/28/2018 | REPORT of Mediation by Will Pryor. Mediation result: impasse(Lanza, Nicholas) (Entered: 11/28/2018) | |
| 73 | 12/05/2018 | NOTICE by CBC Conglomerate LLC, Bruce Phillip Hood, Carey Gorge Howe, Jay Singh, USFFC Inc.  (Lanza, Nicholas) (Entered: 12/05/2018) | |
| 74 | 12/11/2018 | ORDER REGARDING EXHIBITS. Signed by District Judge Amos L. Mazzant, III on 12/11/2018. (daj, ) (Entered: 12/11/2018) | |
| 75 | 12/19/2018 | Second MOTION to Compel discovery, MOTION for Sanctions, MOTION for contempt by Craig Cunningham. (daj, ) (Entered: 12/20/2018) | |
| 76 | 12/26/2018 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 74 Order. (rpc, ) (Entered: 12/26/2018) | |
| 77 | 01/02/2019 | MOTION in Limine  by CBC Conglomerate LLC, John/Jane Doe's 1-5, Bruce Phillip Hood, Carey Gorge Howe, Will Pryor, Jay Singh, USFFC Inc.. (Attachments: # 1 Text of Proposed Order)(Lanza, Nicholas) (Entered: 01/02/2019) | |
| 78 | 01/02/2019 | Proposed Pretrial Order Joint Final by CBC Conglomerate LLC, John/Jane Doe's 1-5, Bruce Phillip Hood, Carey Gorge Howe, Will Pryor, Jay Singh, USFFC Inc.. (Attachments: # 1 Exhibit Exhibit B)(Lanza, Nicholas) (Entered: 01/02/2019) | |
| 79 | 01/04/2019 | REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 53 First MOTION to Amend/Correct Motion to Dismiss For Lack of Personal Jurisdiction filed by Jay Singh, Bruce Phillip Hood, Carey Gorge Howe. The Court recommends that Defendants Bruce Phillip Hood, Carey George Howe, and Jay Singh's Motion to Dismiss for Lack of Personal Jurisdiction [Dkt. 53] be GRANTED. Signed by Magistrate Judge Christine A. Nowak on 1/4/2019`. (daj, ) (Entered: 01/07/2019) | |
| 80 | 01/07/2019 | ORDER re 75 MOTION to Compel, MOTION for Sanctions, MOTION for contempt filed by Craig Cunningham. Defendants shall file a response to Plaintiff's Motion no later than Friday, January 11, 2018, at 5:00 p.m.. Signed by Magistrate Judge Christine A. Nowak on 1/7/2019. (daj, ) (Entered: 01/07/2019) | |
| 81 | 01/07/2019 | ORDER Setting Hearing on Motion 75 MOTION to Compel; MOTION for Sanctions; MOTION for contempt : Motion Hearing set for Thursday, January 17, 2019 at 1:00 p.m. in Ctrm A01 (Sherman - Annex) before Magistrate Judge Christine A. Nowak. Signed by Magistrate Judge Christine A. Nowak on 1/7/2019. (daj, ) (Entered: 01/07/2019) | |
| 82 | 01/11/2019 | RESPONSE to Motion re 75 MOTION to Compel MOTION for Sanctions MOTION for contempt   filed by CBC Conglomerate LLC, John/Jane Doe's 1-5, Bruce Phillip Hood, Carey Gorge Howe, Will Pryor, Jay Singh, USFFC Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Text of Proposed Order)(Lanza, Nicholas) (Entered: 01/11/2019) | |
| 83 | 01/14/2019 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 80 Order, 81 Order. (rpc, ) (Entered: 01/14/2019) | |
| 84 | 01/14/2019 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 79 Report and Recommendations. (rpc, ) (Entered: 01/14/2019) | |
| 85 | 01/17/2019 | Minute Entry for proceedings held before Magistrate Judge Christine A. Nowak: Motion Hearing held on 1/17/2019 re 75 | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Cased called at 1:14 p.m. Parties sworn. MOTION to Compel filed by Craig Cunningham. Court grants in part and denies in part the Motion to Compel. Formal order to follow. Court adjourned at 1:32. p.m. (Court Reporter Digital Recording.) (kls, ) (Entered: 01/17/2019) | |
| 86 | 01/17/2019 | ORDER granting in part and denying in part 75 MOTION to Compel, MOTION for Sanctions, MOTION for contempt filed by Craig Cunningham. Signed by Magistrate Judge Christine A. Nowak on 1/17/2019. (daj, ) (Entered: 01/18/2019) | |
| 87 | 01/22/2019 | Proposed Jury Instructions by CBC Conglomerate LLC, John/Jane Doe's 1-5, Bruce Phillip Hood, Carey Gorge Howe, Will Pryor, Jay Singh, USFFC Inc.. (Lanza, Nicholas) (Entered: 01/22/2019) | |
| 88 | 01/22/2019 | Proposed Verdict Form by CBC Conglomerate LLC, John/Jane Doe's 1-5, Bruce Phillip Hood, Carey Gorge Howe, Will Pryor, Jay Singh, USFFC Inc.. (Lanza, Nicholas) Modified on 1/23/2019 (daj, ). (Entered: 01/22/2019) | |
| 89 | 01/24/2019 | NOTICE by CBC Conglomerate LLC, John/Jane Doe's 1-5, Bruce Phillip Hood, Carey Gorge Howe, Will Pryor, Jay Singh, USFFC Inc. re 86 Order, Terminate Motions  (Lanza, Nicholas) (Entered: 01/24/2019) | |
| 90 | 01/24/2019 | NOTICE of Exhibits for Trial by Craig Cunningham (Attachments: # 1 Exhibit A)(daj, ) (Entered: 01/24/2019) | |
| 91 | 01/28/2019 | ORDER. It is hereby ORDERED that the Final Pretrial Conference of this case is RESET to Friday, February 1, 2019, at 11:15 a.m. at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090. Signed by District Judge Amos L. Mazzant, III on 1/28/2019. (daj, ) (Entered: 01/28/2019) | |
| 92 | 01/31/2019 | MOTION for a Continuance of all Deadlines in the Case of 60 days, by Craig Cunningham. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(daj, ) (Entered: 01/31/2019) | |
| 93 | 01/31/2019 | ***WITHDRAWN BY ORDER 20 *** MOTION for Sanctions and Motion for an order of Contempt, by Craig Cunningham. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(daj, ) Modified on 6/14/2019 (daj, ). (Entered: 01/31/2019) | |
| 94 | 02/01/2019 | RESPONSE to Motion re 77 MOTION in Limine   filed by Craig Cunningham. (daj, ) (Entered: 02/01/2019) | |
| 95 | 02/01/2019 | Proposed Jury Instructions by Craig Cunningham. (daj, ) (Entered: 02/01/2019) | |
| 96 | 02/01/2019 | Minute Entry for proceedings held before District Judge Amos L. Mazzant, III: Final Pretrial Conference held on 2/1/2019. (Court Reporter Jan Mason.) (daj, ) (Entered: 02/01/2019) | |
| 97 | 02/01/2019 | ***WITHDRAWN BY ORDER 99 ***ORDER. ORDERED that the Parties shall submit an agreed proposed scheduling order to govern the remaining deadlines in this action within fourteen (14) days of the date of this Order. Signed by Magistrate Judge Christine A. Nowak on 2/1/2019. (daj, ) Modified on 2/5/2019 (daj, ). (Entered: 02/01/2019) | |
| 98 | 02/04/2019 | ORDER. ORDERED that the Final Pretrial Conference of this case is RESET to July 3, 2019, at 9:00 a.m., with a trial window of August 5, 2019, to August 30, 2019. It is further ORDERED that the discovery deadline is extended to April 2, 2019. It is further ORDERED that U.S. Magistrate Judge Christine A. Nowak shall resume pretrial management of this case in accordance with the undersigneds standard referral order. Signed by District Judge Amos L. Mazzant, III on 2/4/2019. (daj, ) (Entered: 02/04/2019) | |
| 99 | 02/05/2019 | ORDER WITHDRAWING 97 Order. Signed by Magistrate Judge Christine A. Nowak on 2/5/2019. (daj, ) (Entered: 02/05/2019) | |

4:17cv793, Cunningham V. Cbc Conglomerate Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 100 | 02/05/2019 | MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE for 79 Report and Recommendations. Defendants Bruce Phillip Hood, Carey George Howe, and Jay Singh are DISMISSED without prejudice. Signed by District Judge Amos L. Mazzant, III on 2/5/2019. (daj, ) (Entered: 02/05/2019) | |
| 101 | 02/11/2019 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 98 Order, Set Scheduling Order Deadlines. (daj, ) (Entered: 02/12/2019) | |
| 102 | 02/11/2019 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 97 Order. (daj, ) (Entered: 02/12/2019) | |
| 103 | 02/14/2019 | RESPONSE in Opposition re 93 MOTION for Sanctions   filed by CBC Conglomerate LLC, USFFC Inc.. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Lanza, Nicholas) (Entered: 02/14/2019) | |
| 104 | 02/20/2019 | ORDER Setting Hearing on Motion 93 MOTION for Sanctions : Motion Hearing set for Wednesday, March 6, 2019 at 1:00 p.m. in Ctrm A01 (Sherman - Annex) before Magistrate Judge Christine A. Nowak. Signed by Magistrate Judge Christine A. Nowak on 2/20/2019. (daj, ) (Entered: 02/20/2019) | |
| 105 | 02/22/2019 | MOTION for ECF notices in this case by Craig Cunningham. (daj, ) (Entered: 02/22/2019) | |
| 106 | 02/25/2019 | ORDER granting 105 Motion for ECF Notices in this Case. ORDERED that the Clerk of Court shall add Plaintiff's email address: projectpalehorse@hushmail.com to the electronic service list. Signed by Magistrate Judge Christine A. Nowak on 2/25/2019. (daj, ) (Entered: 02/25/2019) | |
| 107 | 02/25/2019 | Plaintiff's REPLY to Response to Motion re 93 MOTION for Sanctions  filed by Craig Cunningham. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit H, # 7 Exhibit I, # 8 Exhibit J)(daj, ) (Entered: 02/26/2019) | |
| 108 | 03/01/2019 | ACKNOWLEDGMENT OF RECEIPT by Craig Cunningham as to 104 Order. (rpc, ) (Entered: 03/01/2019) | |
| 109 | 03/06/2019 | Minute Entry for proceedings held before Magistrate Judge Christine A. Nowak: Motion Hearing held on 3/6/2019 re 93 MOTION for Sanctions filed by Craig Cunningham. Case called at 1:10 p.m. Court outlines status of case and relevant filings. Plaintiff addresses Court. Defense counsel addresses Court. Court addresses parties. Plaintiff addresses Court. Defense counsel responds to Plaintiff's claims. As to Dkt. 93, Court denies motion for discovery sanctions as to Mr. Jay Singh. Court denies request for default judgment. Court takes under advisement request for fees and costs as to Defendant USFFC. Court will allow Defendant to file briefing on issue of costs and fees within 7 days. Plaintiff shall provide evidence of costs and fees within 7 days. Parties shall then have 7 days to file any further response. Court admonishes defense counsel about obligations to the Court and directs defense counsel to again discuss with client those obligations. Court requests parties confer regarding discovery to 3rd party. Within 7 days, parties shall file a joint status report with the Court regarding discovery agreements reached and measures taken to prepare for trial. Court adjourned at 1:40 p.m. (Court Reporter Digital Recording.) (klee, ) (Entered: 03/06/2019) | |
| 110 | 03/13/2019 | BRIEF filed Regarding Issue of Costs and Fees by USFFC Inc.. (Lanza, Nicholas) (Entered: 03/13/2019) | |
| 111 | 03/13/2019 | STATUS REPORT Regarding Discovery and Trial Preparation by USFFC Inc.. (Lanza, Nicholas) (Entered: 03/13/2019) | |
| 112 | 03/13/2019 | BRIEF filed Regarding Issue of Costs and Fees by Craig Cunningham. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(daj, ) | |

4:17cv793, Cunningham V. Cbc Conglomerate Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | (Entered: 03/14/2019) | |
| 113 | 03/20/2019 | RESPONSE in Opposition re 93 MOTION for Sanctions and Response to Plaintiff's Bill of Costs  filed by USFFC Inc.. (Attachments: # 1 Exhibit A)(Lanza, Nicholas) (Entered: 03/20/2019) | |
| 114 | 03/20/2019 | Plaintiff's RESPONSE to 110 Brief  filed by Craig Cunningham. (daj, ) (Entered: 03/21/2019) | |
| 115 | 03/25/2019 | ***WITHDRAWN BY ORDER 20 *** MOTION to Compel Discovery, MOTION for Sanctions by Craig Cunningham. (Attachments: # 1 Exhibit A)(daj, ) Modified on 6/14/2019 (daj, ). (Entered: 03/26/2019) | |
| 116 | 03/25/2019 | Additional Attachments to Main Document: 114 Response to Non-Motion.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(daj, ) (Entered: 03/26/2019) | |
| 117 | 04/09/2019 | RESPONSE in Opposition re 115 MOTION to Compel MOTION for Sanctions   filed by CBC Conglomerate LLC, USFFC Inc.. (Attachments: # 1 Text of Proposed Order)(Lanza, Nicholas) (Entered: 04/09/2019) | |
| 118 | 06/07/2019 | ORDER Setting Hearing on Motion 115 MOTION to Compel, MOTION for Sanctions, 93 MOTION for Sanctions : Motion Hearing set for Friday, June 14, 2019, at 2:00 p.m. in Ctrm A01 (Sherman - Annex) before Magistrate Judge Christine A. Nowak. It is further ORDERED that Plaintiff and counsel for Defendants shall meet and confer an hour prior to the hearing regarding the pending Motions. Signed by Magistrate Judge Christine A. Nowak on 6/7/2019. (daj, ) (Entered: 06/07/2019) | |
| 119 | 06/07/2019 | AMENDED SCHEDULING ORDER: Final Pretrial Conference set for 12/6/2019 at 9:00 AM in Ctrm 208 (Sherman) before District Judge Amos L. Mazzant III. Discovery due by 9/12/2019. Jury instructions due by 11/22/2019. Motions due by 7/19/2019. Signed by Magistrate Judge Christine A. Nowak on 6/7/2019. (daj, ) (Entered: 06/07/2019) | |
| | 06/14/2019 | Minute Entry for proceedings held before Magistrate Judge Christine A. Nowak: Motion Hearing held on 6/14/2019 re 93 MOTION for Sanctions filed by Craig Cunningham, 115 MOTION to Compel MOTION for Sanctions filed by Craig Cunningham. Case called at 2:32 p.m. Hearing on Plaintiffs Motion for Sanctions and Motion for an Order of Contempt Against USFFC and Jay Singh [Dkt. 93] and Fourth Motion to Compel Discovery and Motion for Sanctions [Dkt. 115]. Plaintiff Craig Cunningham appeared. Stew Schmella appeared on behalf of Defendants. Parties were directed by the Courts Order to meet and confer prior to hearing. The Parties complied with the meet and confer requirement. Following such conference, Parties advise Court that agreements have been reached on all disputed issues in the Motions. Plaintiff orally moves to withdraw Dkts. 93 and 115. No objection to withdrawal by defense counsel. Court orally grants withdrawal of motions. Formal Order to follow. Parties read their agreements into the record. Court admonishes the Parties as to the upcoming deadlines in the Amended Scheduling Order, including specifically the dispositive motion deadline and discovery deadline. Court directs Parties to substantively meet and confer and then contact chambers prior to filing any further discovery motions. Court also directs defense counsel to advise clients that if production of discovery becomes an issue again, they will be required to appear in person to show cause as to why documents have not been produced. Court adjourned at 2:48 p.m. (Court Reporter Digital Recording). (klee, ) (Entered: 06/14/2019) | |
| 120 | 06/14/2019 | ORDER. ORDERED that Plaintiff's "Motion for Sanctions and | |

4:17cv793, Cunningham V. Cbc Conglomerate Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Motion for an Order of Contempt Against USFFC and Jay Singh" [Dkt. 93 ], and "Fourth Motion to Compel Discovery and Motion for Sanctions" [Dkt. 115 ] are hereby WITHDRAWN. Signed by Magistrate Judge Christine A. Nowak on 6/14/2019. (daj, ) (Entered: 06/14/2019) | |
| 121 | 07/03/2019 | NOTICE of Deposition Related Costs, by Craig Cunningham (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(daj, ) (Entered: 07/05/2019) | |
| 122 | 07/03/2019 | NOTICE of Vacation, by Craig Cunningham (daj, ) (Entered: 07/05/2019) | |
| 123 | 07/19/2019 | MOTION for Summary Judgment  by CBC Conglomerate LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Text of Proposed Order)(Lanza, Nicholas) (Entered: 07/19/2019) | |
| 125 | 07/19/2019 | MOTION for Partial Summary Judgment by Craig Cunningham. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(daj, ) (Entered: 07/22/2019) | |
| 124 | 07/22/2019 | ORDER re 123 MOTION for Summary Judgment  filed by CBC Conglomerate LLC. ORDERED that Plaintiff shall file a response to Defendants' Motion for Partial Summary Judgment [Dkt. 123] no later than Friday, August 9, 2019, at 5:00 p.m.. Signed by Magistrate Judge Christine A. Nowak on 7/22/2019. (daj, ) (Entered: 07/22/2019) | |
| 126 | 08/09/2019 | ORDER denying as moot 77 Motion in Limine. Signed by District Judge Amos L. Mazzant, III on 8/9/2019. (daj, ) (Entered: 08/09/2019) | |
| 127 | 08/09/2019 | RESPONSE to Motion re 125 MOTION for Partial Summary Judgment   filed by CBC Conglomerate LLC. (Attachments: # 1 Exhibit 8, # 2 Exhibit 9, # 3 Text of Proposed Order)(Lanza, Nicholas) (Entered: 08/09/2019) | |
| 128 | 08/09/2019 | Plaintiff's Unopposed MOTION for Extension of Time to File Response as to 123 MOTION for Summary Judgment  by Craig Cunningham. (daj, ) (Entered: 08/12/2019) | |
| 129 | 08/12/2019 | ORDER granting 128 Motion for Extension of Time to File Response as to 123 MOTION for Summary Judgment . ORDERED THAT Plaintiff's Response to Defendants' Motion for Summary Judgment must be filed no later than August 12, 2019. Signed by Magistrate Judge Christine A. Nowak on 8/12/2019. (daj, ) (Entered: 08/12/2019) | |
| 130 | 08/12/2019 | RESPONSE in Opposition re 123 MOTION for Summary Judgment   filed by Craig Cunningham. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(daj, ) (Entered: 08/13/2019) | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**

# Attachment GGG

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES SHELTON,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| **v.** | : | **NO. 18-2187** |
| | : | |
| **ARETE FINANCIAL GROUP,** | : | |
| **SHUNMIN HSU, and PHU LOC,** | : | |
| *Defendants.* | : | |

## <u>RULE TO SHOW CAUSE</u>

**AND NOW**, this 22nd day of February 2019, it is hereby **ORDERED** that a Rule to Show Cause is issued upon Defendants to establish why Defendants shall not be held in contempt and why sanctions and fines shall not be entered upon Defendants for the following:

1) For misrepresenting to the Court that a check had been mailed to Plaintiff on Wednesday, February 13, 2019;

2) For failing to appear at the Oral Argument on February 14, 2019, as specifically ordered by the Court on February 5, 2019 (ECF No. 31); and

3) For failing to comply with the Order dated February 22, 2019 (ECF No. 35) should the managing partner of Arete Financial Group, and both named Defendants fail to appear in person with a cashier's check in the full amount of the agreed upon settlement value at the hearing, as ordered in the Order dated February 22, 2019 (ECF No. 35).

The rule is returnable **March 8, 2019, at 2:00 p.m.** before the Hon. Chad F. Kenney, in Courtroom 6A, 601 Market Street, Philadelphia, PA 19106.  The managing partner of Arete Financial Group and both named Defendants shall appear in person at the returnable time, date, and place.  Plaintiff's counsel may appear by phone.

BY THE COURT:

_____

CHAD F. KENNEY, J.

# Attachment HHH

STATE OF NORTH DAKOTA                           IN DISTRICT COURT

COUNTY OF BURLEIGH                       SOUTH CENTRAL JUDICIAL DISTRICT

STATE OF NORTH DAKOTA EX REL.
WAYNE STENEHJEM,                                Civil No.08-2018-CV-01231
ATTORNEY GENERAL,

                            Petitioner,                  ASSURANCE OF
                                                    VOLUNTARY COMPLIANCE

        -vs-

ARETE FINANCIAL GROUP, LLC
Dba ARETE FINANCIAL FREEDOM

                            Respondent

                                                    C PAT 180053.002

To:     ARETE FINANCIAL GROUP LLC
        DBA ARETE FINANCIAL FREEDOM
        1261 E DYER RD STE 100
        SANTA ANA CA 92705

        1.      WHEREAS Wayne Stenehjem, Attorney General of the State of North

Dakota (hereinafter "the Attorney General") acts in the public interest pursuant to North

Dakota Century Code (N.D.C.C.) chs. 51-15 (commonly known as the "Consumer Fraud

Law"), 51-18 (commonly referred to as the Home Solicitation Sales Statute), and 13-11

(commonly referred to as the "Debt-Settlement Providers Law");

        2.      WHEREAS Arete Financial Group, LLC doing business as Arete Financial

Freedom (hereinafter "Respondent") is a California Limited Liability Company, with its

principal place of business located at 1261 E Dyer Rd Ste 100, Santa Ana, California

92705. Respondent is not registered in the State of North Dakota.

181130

3.     WHEREAS Respondent is engaged in the business of advertising, soliciting or selling merchandise, as that term is defined in N.D.C.C. § 51-15-01, including student loan relief services, to residents in North Dakota;

4.     WHEREAS the Attorney General has determined that, in the public interest, an investigation should be conducted into the activities of Respondent to ascertain whether violations of N.D.C.C. chs. 51-15, 51-18, and 13-11 have occurred;

5.     WHEREAS it is unlawful for any person to act as a debt-settlement provider except as authorized by N.D.C.C. ch. 13-11 and without first having obtained a license under N.D.C.C. ch. 13-11;

6.     WHEREAS the Attorney General alleges that Respondent has violated N.D.C.C. ch. 13-11 by acting as a debt-settlement provider in North Dakota without the required license;

7.     WHEREAS N.D.C.C. ch. 51-18 regulates home solicitation sales and requires, among other things, that sellers provide North Dakota consumers with both oral and written notice of cancellation rights;

8.     WHEREAS, the Attorney General maintains Respondent has entered into agreements with North Dakota consumers in which Respondent failed to comply with the requirements of N.D.C.C. ch. 51-18;

9.     WHEREAS violations of N.D.C.C. chs. 13-11 and 51-18 are violations of N.D.C.C. ch. 51-15.

10.     WHEREAS the parties desire to settle this matter without further investigation, litigation or adjudication; NOW, THEREFORE, it is hereby agreed as follows:

2

11.     This Assurance of Voluntary Compliance shall constitute the statutory Assurance of Voluntary Compliance as provided in N.D.C.C. § 51-15-06.1. Respondents acknowledge *in personam* jurisdiction in North Dakota and agree the forum of any action in connection with this agreement shall be in the State courts of North Dakota.   Nothing in this Assurance of Voluntary Compliance is, or may be represented as, an approval or endorsement of Respondent or its business practices, nor a grant of any affirmative right to Respondent.   Nothing in this Assurance of Voluntary Compliance is intended to waive any rights or private remedies available to consumers.

12.     Respondent, its directors, officers, principals, employees, agents, and servants, and all other persons in active concert or participation with them, voluntarily agrees to be, and hereby is, permanently enjoined from engaging in any violations of N.D.C.C. chs. 51-15.

13.     Respondent, its directors, officers, principals, employees, agents, and servants, and all other persons in active concert or participation with it, directly or indirectly, voluntarily agrees to fully comply with N.D.C.C. ch. 51-18 when engaging in business activities in North Dakota.

14.     Respondent, its directors, officers, principals, employees, agents, and servants, and all other persons in active concert or participation with it, voluntarily agrees to be, and hereby is, permanently enjoined from engaging in any violations of N.D.C.C. ch. 13-11, and agree to comply with N.D.C.C. ch. 13-11, including its licensing requirements, before acting as a debt-settlement provider in North Dakota.

3

Page 1426
PX23 France Decl.
Attach. HHH

15.     Upon execution of this agreement, Respondent will cancel any existing agreements it has with Elizabeth Schon and will issue a complete refund to Elizabeth Schon of all amounts not already refunded.

16.     Upon execution of this agreement, Respondent shall cancel and refund all existing agreements with North Dakota consumers and shall notify, in writing, all the consumers, through a letter, subject to approval by the Office of the Attorney General, giving the consumer notice that the consumer's contract with Respondent has been cancelled.   Respondent shall also, at the same time, provide the consumer with a complete refund of all amounts the consumer has paid to Respondent.

17.     Upon execution of this agreement, Respondent shall provide to the Attorney General a list of all its North Dakota customers, including the consumer's name, address, phone number, date of contract, total amount of contracts, and amount the consumer has paid to Respondent.   Respondent shall provide to the Attorney General a copy all letters sent out to consumers under paragraph 16 and proof of all refunds paid.

18.     Upon execution of this agreement, Respondent shall make a payment to the Attorney General in the sum of $2,000 in civil penalties, investigation costs and attorney fees. Payment shall be the form of a certified check or money order payable to **Office of Attorney General – North Dakota**, and delivered to:

> Elin S. Alm
> Assistant Attorney General
> Consumer Protection
>  & Antitrust Division
>     Office of Attorney General
> Gateway Professional Center
> 1050 E Interstate Ave, Ste 200
> Bismarck, ND  58503-5574

4

ealm@nd.gov

19.     Respondent agrees it will comply with this Assurance of Voluntary Compliance and further acknowledges and agrees any violations of this Assurance of Voluntary Compliance, as determined by a State of North Dakota District Court, shall be punishable as contempt of court pursuant to N.D.C.C. ch. 27-10 and Respondent further may be subject to all other civil penalties and sanctions provided by law, including attorney fees and costs. Respondent agrees to pay a civil penalty of at least $1,000 per violation for any violations of this Assurance of Voluntary Compliance, or any future violations of N.D.C.C. chs. 51-15, 51-18 or 13-11; provided, however, the Attorney General shall not be precluded from seeking more than $1,000 per violation, or any other remedies provided in N.D.C.C. ch. 51-15, 51-18 and/or 13-11, or other North Dakota law.

20.     If Respondent is adjudged in contempt of court for violations of this Assurance of Voluntary Compliance, adjudged in violation of this Assurance of Voluntary Compliance or adjudged in violation of N.D.C.C. chs. 51-15, 51-18 or 13-11, said Respondent shall also be responsible for payment to the Attorney General for reasonable investigation costs, expenses and attorney fees.

21.     In the event of a breach of this Assurance of Voluntary Compliance, the Attorney General may make application to a State of North Dakota District Court to have the entire amount still owing under the Assurance of Voluntary Compliance entered as a formal judgment so it may be filed on the judgment roll and docketed pursuant to North Dakota law. *See* N.D.C.C. §§ 28-20-11, -12 and -13.

5

Page 1428
PX23 France Decl.
Attach. HHH

22.     Respondent represents the signer below is competent and fully authorized to act on behalf of Respondent.  Respondent acknowledges it has been provided the opportunity to review this Assurance of Voluntary Compliance with an attorney, understands the implications and obligations imposed by it and has freely and willingly entered into this Assurance of Voluntary Compliance.   Respondent further acknowledges and agrees this Assurance of Voluntary Compliance may be approved by and filed with the State of North Dakota District Court without any further notice or hearing.   Respondent agrees to and acknowledges the sufficiency of service by facsimile, and/or first-class mail at its last-known address, with respect to any and all actions taken with regard to this Assurance of Voluntary Compliance.   Signatures transmitted electronically or via facsimile by Respondent shall be deemed the equivalent of original signatures; this document may be executed in counterparts, with each counterpart deemed an original.

6

Dated this _30_ day of ___April___, 2018.

**ARETE FINANCIAL GROUP, LLC**
**DBA ARETE FINANCIAL FREEDOM**

(including all "doing business as" names, formal corporate names, fictitious names of any kind or any variations of the same)

By: _____

CAREY HOWE
(print name)

Its: _____PRES IDENT_____
(title)

STATE OF _California_ )
                                    ) ss
COUNTY OF _Orange_ )

Subscribed and sworn to before me this
_30_ day of ___April___, 2018.

_____
Notary Public



KWANG SOO KIM
COMM. #2229335
Notary Public - California
Orange County
My Comm. Expires Jan. 25, 2022

7

This Assurance of Voluntary Compliance is hereby received and accepted.

Dated this 4ᵗʰ day of ___May___, 2018.

**STATE OF NORTH DAKOTA**
Wayne Stenehjem
Attorney General

By: _____
Elin S. Alm, NDBN 05924
Assistant Attorney General
Consumer Protection & Antitrust Division
Gateway Professional Center
1050 E Interstate Ave, Ste 200
Bismarck, ND  58503--5574
Telephone (701) 328-5570
Facsimile (701) 328-5568
ealm@nd.gov

Attorneys for Petitioner

8

Page 1431
PX23 France Decl.
Attach. HHH

STATE OF NORTH DAKOTA

IN DISTRICT COURT

COUNTY OF BURLEIGH

SOUTH CENTRAL JUDICIAL DISTRICT

STATE OF NORTH DAKOTA EX REL.
WAYNE STENEHJEM,
ATTORNEY GENERAL,

Civil No. 08-2018-CV-01231

Petitioner,

ORDER OF APPROVAL

-vs-

ARETE FINANCIAL GROUP, LLC
DBA ARETE FINANCIAL FREEDOM

Respondent

CPAT 180053.002

[¶1] Pursuant to the authority of this Court provided in N.D.C.C. § 51-15-06.1, IT IS HEREBY ORDERED that the Assurance of Voluntary Compliance filed in this matter is approved as an assurance of voluntary compliance as specified in N.D.C.C. § 51-15-06.1.

[¶2] The Clerk of Court shall receive and file the Assurance of Voluntary Compliance.

Signed: 5/7/2018 2:43:14 PM

Judge of the District Court

STATE OF NORTH DAKOTA                     IN DISTRICT COURT

COUNTY OF BURLEIGH                  SOUTH CENTRAL JUDICIAL DISTRICT

STATE OF NORTH DAKOTA EX REL.
WAYNE STENEHJEM,                              Civil No. 08-2018 CV-01231
ATTORNEY GENERAL,

                              Petitioner,           **NOTICE OF ENTRY OF
                                                     ORDER OF APPROVAL**

        -vs-

ARETE FINANCIAL GROUP, LLC
DBA ARETE FINANCIAL FREEDOM

                              Respondent                CPAT 180053.002

TO:   Arete Financial Group, LLC dba Arete Financial Freedom, 1261 E Dyer Rd Ste
      100, Santa Ana, CA 92705

        [¶1]PLEASE TAKE NOTICE the Order of Approval in the above-captioned action

was entered in the Office of the Clerk of the above-named Court on May 7, 2018 as Doc

ID# 3.

        [¶2] Dated this 8th day of May, 2018.


                              **STATE OF NORTH DAKOTA**
                              Wayne Stenehjem
                              Attorney General

                        By:

                              Elin S. Alm (ND ID No. 05924)
                              Assistant Attorney General
                              Consumer Protection and Antitrust Division
                              Office of Attorney General
                              Gateway Professional Center
                              1050 E Interstate Ave, Ste 200
                              Bismarck, ND  58503-5574
                              (701) 328-5570
                              ealm@nd.gov

                              Attorneys for Petitioner

STATE OF NORTH DAKOTA

COUNTY OF BURLEIGH

IN DISTRICT COURT

SOUTH CENTRAL JUDICIAL DISTRICT

STATE OF NORTH DAKOTA EX REL.
WAYNE STENEHJEM,
ATTORNEY GENERAL,

Petitioner,

-vs-

ARETE FINANCIAL GROUP, LLC
DBA ARETE FINANCIAL FREEDOM

Respondent

Civil No. 08-2018-CV-01231

AFFIDAVIT OF SERVICE BY
MAIL

CPAT 180053.002

STATE OF NORTH DAKOTA    )
                          ) ss
COUNTY OF BURLEIGH        )

1.      Alexis Bieber states under oath as follows:  I swear and affirm upon penalty of perjury that the statements made in this affidavit are true and correct and made upon personal knowledge.

2.      I am of legal age and on the 8th day of May, 2018 I served the (**1**) Notice of Entry of Order of Approval, (2) Order of Approval, and (3) Affidavit of Service by Mail upon the following by placing true and correct copies thereof in an envelope addressed as follows:

CAREY HOWE
ARETE FINANCIAL GROUP LLC
DBA ARETE FINANCIAL FREEDOM
1261 E DYER RD STE 100
SANTA ANA CA 92705

WILLIAM MITCHELL
WILLIAM R. MITCHELL INC
101 PACIFICA STE 155
IRVINE CA 92618

1

and depositing the same, with postage prepaid, in the United States mail at Bismarck,

North Dakota, as first class mail.

_____

Alexis Bieber

Subscribed and sworn to before me
this  8th day of May, 2018.

_____
NOTARY PUBLIC

> JESSICA JUMA
> Notary Public
> State of North Dakota
> My Commission Expires Aug 03, 2022

2

# Attachment III



FILED

TIES      2018 OCT -5  AM 11: 12

PA DEPARTMENT OF
BANKING AND SECURITIES

0071  (BNK-CAO)

5    The DSSA requires anyone marketing, soliciting, offering to provide or providing debt settlement services for a fee or other consideration to an individual residing in Pennsylvania at the time of the agreement to be licensed. 63 P.S. § 2521

6.    Arete is not, and never has been licensed under the DSSA.

7.    Arete had ceased accepting new clients when it learned of the licensing requirements

<u>Authority of the Department</u>

8.    The DSSA grants the Department the authority to issue orders as may be necessary for enforcement. 63 P.S. § 2571.

9    The Department may "impose a civil penalty of up to $10,000 for each violation of this act." 63 P S. § 2574.

## VIOLATION

10   Arete violated the DSSA when it engaged in the business of a debt settlement services company while unlicensed. 63 P S. § 2521.

## RELIEF

11   <u>Fine</u>   Arete agrees to pay a fine of eight thousand one hundred fifty dollars ($8,150) due thirty (30) days after the Effective Date of the Order as defined in paragraph 20 below. The fine payment shall be remitted by certified check or money order made payable to the "Department of Banking and Securities" and sent to the attention of: Department of Banking and Securities, Compliance Office, 17 N. 2nd Street, Suite 1300, Harrisburg, PA 17101-2290

12.   <u>Corrective Action</u>   Upon the Effective Date of this Order, Arete shall not engage in the business of a debt settlement services company in Pennsylvania unless it is licensed.

13.   Arete shall refund all fees and considerations to all Pennsylvania clients within 30 days of the Effective Date of this Order   Arete shall provide to the Department confirmation all fees have been refunded to Pennsylvania clients. Arete will divest itself of its Pennsylvania clients to a licensed debt settlement company within 30 days of the Effective Date of this Order.

**FURTHER PROVISIONS**

14. <u>Consent</u>. Arete hereby knowingly, willingly, voluntarily and irrevocably consents to the entry of this Order pursuant to the Department's order authority under the DSSA and agrees that it understands all of the terms and conditions contained herein. Arete, by voluntarily entering into this Order, waives any right to a hearing or appeal concerning the terms, conditions and/or penalties set forth in this Order.

15. <u>Consumer's Rights</u>. The Order shall not limit or impair a consumer's rights under the DSSA.

16. <u>Publication</u>. The Department will publish this Order pursuant to its authority in Section 302 A.(5) of the Department of Banking and Securities Code. 71 P.S. § 733-302.A.(5).

17. <u>Entire Agreement</u>. This Order contains the whole agreement between the parties. There are no other terms, obligations, covenants, representations, statements, conditions, or otherwise, of any kinds whatsoever concerning this Order. This Order may be amended in writing by mutual agreement by the Office and Arete.

18. <u>Binding Nature</u>. The Department, Arete, and all officers, owners, directors, employees, heirs and assigns of Arete intend to be and are legally bound by the terms of this Order.

19. <u>Counsel</u>. This Order is subject to review by the Department's Legal Division. This Order is entered into by the parties upon full opportunity for legal advice from legal counsel.

20. <u>Effectiveness</u>. Arete hereby stipulates and agrees that the Order shall become effective on the date that the Department's Legal Division dockets and executes this Order ("Effective Date").

21. <u>Other Enforcement Action</u>.

   a. The Department reserves all of its rights, duties, and authority to enforce all statutes, rules and regulations under its jurisdiction against Arete in the future regarding all matters not resolved by this Order

   b. Arete acknowledges and agrees that this Order is only binding upon the Department and not any other local, state or federal agency, department or office regarding matters within this Order.

22. <u>Authorization</u>. The parties below are authorized to execute this Order and legally bind their

respective parties

23. <u>Counterparts</u> This Order may be executed in separate counterparts and by facsimile or electronic mail in portable document format "PDF."

24 Titles. The titles used to identify the paragraphs of this document are for the convenience of reference only and do not control the interpretation of this document

**WHEREFORE**, in consideration of the foregoing, including the recital paragraphs, the Department of Banking and Securities, Compliance Office and Arete Financial Group, LLC intending to be legally bound do hereby execute this Consent Agreement and Order.



**FOR THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF BANKING AND SECURITIES, COMPLIANCE OFFICE,**

Redacted

James Keiser, Chief
Compliance Office
Department of Banking and Securities

Date: September 27, 2018

**FOR ARETE FINANCIAL GROUP, LLC**

Redacted
(Officer Signature)

CAREY HOWE
(Print Officer Name)

PRESIDENT
(Title)

Date: 9·27·18