ORIGINAL

1   ALDEN F. ABBOTT
    General Counsel
2   STEPHEN T. FAIRCHILD
3   WA Bar No. 41214; sfairchild@ftc.gov
    RICHARD MCKEWEN
4   WA Bar No. 45041; rmckewen@ftc.gov
5   FEDERAL TRADE COMMISSION
    915 Second Avenue, Suite 2896
6   Seattle, WA 98174
7   Tel.: (206) 220-6350; Fax: (206) 220-6366

8
    ROBERT J. QUIGLEY, Local Counsel
9   CA Bar No. 302879; rquigley@ftc.gov
10  FEDERAL TRADE COMMISSION
    10990 Wilshire Boulevard, Suite 400
11  Los Angeles, CA 90024
12  Tel.: (310) 824-4300; Fax: (310) 824-4380

13
    Attorneys for Plaintiff
14

15           UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
16

17  FEDERAL TRADE COMMISSION,

18                   Plaintiff,          Civ. No.  SACV 19 - 02109 JVS (ADSx)

19                                       EXHIBITS TO PLAINTIFF'S
20           v.                          TRO APPLICATION

21  AMERICAN FINANCIAL SUPPORT           VOLUME X
22  SERVICES INC., et al.,               PX23 Attach. JJJ–
                                         PX23 Attach. UUU
23                   Defendants.

24                                       FILED UNDER SEAL
25

26

27

28

ALDEN F. ABBOTT
General Counsel
STEPHEN T. FAIRCHILD
WA Bar No. 41214; sfairchild@ftc.gov
RICHARD MCKEWEN
WA Bar No. 45041; rmckewen@ftc.gov
FEDERAL TRADE COMMISSION
915 Second Avenue, Suite 2896
Seattle, WA 98174
Tel.: (206) 220-6350; Fax: (206) 220-6366

ROBERT J. QUIGLEY, Local Counsel
CA Bar No. 302879; rquigley@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel.: (310) 824-4300; Fax: (310) 824-4380

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.,<br><br>Defendants. | Civ. No.<br><br>**EXHIBITS TO PLAINTIFF'S TRO APPLICATION**<br><br>**VOLUME X<br>PX23 Attach. JJJ–<br>PX23 Attach. UUU**<br><br>**FILED UNDER SEAL** |

# Attachment JJJ

# 1File.org

**Case #:** 11740400

| | |
|---|---|
| **Consumer Info:** ▮▮▮▮▮▮▮▮▮▮ | **Business Info:** 1File.org |
| Denver, CO ▮▮▮▮ | 5772 Bolsa Ave #B220 |
| 720 ▮▮▮▮ | Huntington Beach, CA 92649 |
| ▮▮▮▮▮@yahoo.com | (844) 593-8072 |

**Date Filed:** 9/28/2016 9:21:46 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
1File.org aka EDUNET engages in deceptive practices acting as agents of the US Department of Education claiming that they would take over student loan accounts from lending institutions provide lower payment rates for a DOE loan forgiveness program whereby after paying a "membership fee" of $ 899 and a monthly fee of $39 plus $300 per month for 25 years and the balance of the loan is forgiven, After contacting the lender, the loan has not been transferred and the money charged on credit cards by EDUNET goes to 1file.org and not paying off the student loan (principle or interest), this could potentially lead to default with the lender. They also collect personal information to include bank information and SSN. I cancelled my loan repayment program with 1file.org. Multiple requests for a refund of $983 has been refused.

**Consumer's Desired Resolution:**
I request a refund of $983 for services based on deceptive practices.

## Complaint Messages

**09/29/2016 - carey@1file.org**
Respond to Complaint

There is nothing deceptive about what we did for this client, we do not pretend to be a federal agency in fact the reason you need us is because we are not, this particular client servicer could have helped him years ago but didn't find it profitable. So we reached out and contacted him put him in a better position, with his existing servicer. The same servicer that never reached out and helped him. Yes we charged a fee to put him in the program he deserves.

All of this is disclosed and recorded in a phone call,in a quality control questionnaire which this client completed.

 It covers our relationship, payments , payment amounts and where they go.

Everything we did for this client bettered his situation and never was he in danger of default from our doing.

After we completed all the necessary work agreed in writing, the client then charged back the money he

paid with his credit card and we won it back by proving the work and results we achieved for this client, thus returning the money earned.

After not being able to get the benefit of our effort and the money back he then made these allegations.

**09/30/2016 - Mr. █████████████**
I do not accept the response made by the business to resolve this complaint
Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 11740400, and have determined that this proposed action would not resolve my complaint. For your reference, details of the offer I reviewed appear below.

[Provide details of why you are not satisfied with this resolution. Please respond in this space ONLY]

Regards,

████████████

1File.org uses and Internet address (.org) typically used for non-profit organizations, schools, and open source projects – it turns out that they are a for profit third-party business entity. When they contacted me by phone, they had all my personal information to include loans, dollar amounts, loan status, school information, academic status, department of education files numbers, and lender information. They said that they would be able to *"assume the loan"* (take over the loan) from my lending institution as part of a Department of Education loan forgiveness program. When asked should I contact my lender the response was "no" that the paperwork would be submitted and the transfer was an automatic process. They have all of my personal information to include birthday, SSN, banking account information, school information, financial information, tax information, and student loan information. Coincidentally, yesterday, September 29, 2016 someone tried to set up a fraudulent internet banking account in my name and attempted a Western Union money transfer of funds from my accounts – apparently those involved had all of my personal and banking information.

I was contacted multiple times by 1File.org both by people and recorded messages to sign up for Department of Education student loan debt relief and forgiveness programs even after I had signed up with 1File.org. Each time I spoke to a person, they offered "better rates" and the last offer said that all I would need to do is pay the $899 then $39 per month for 25 years (300 months) and the loan balance would be forgiven. Doing the math 899 + 39x300 = $12,599. After consulting with my student loan provider (Great Lakes https://www.mygreatlakes.org/educate ), I could qualify for the income-based

loan forgiveness program with no cost or processing fees; additionally, **NONE** of the fees collected by 1File.org would be applied to either the loan principle or interest as was mentioned. All the money is going directly to 1File.org (aka EDUNET). According to Webster's dictionary – Default: "A failure to pay financial debt." If the principle or interest of a loan is not paid for 25 years, this meets the definition of default. If a person is standing at the edge of a cliff, one need not take a step to know what the end result will be.

*After having contacted my loan lender, the Department of Education (DOE), and discussed the loan information and repayment status and available plans. It was here that I was made aware of third-party companies misleading individuals that they represent the DOE regarding student loan consolidations and repayments. and examining Better Business Bureau (BBB) reviews on 1File.org, there were similar patterns of deceptive practices that I had experienced. After conducting this research and speaking with my loan provider confirming that the loans had not been taken over and that they had never heard of 1File.org. I also spoke with my bank regarding payments made to "EDUNET."*

*Examples are emails received during my student loan forgiveness processing. The emails appear to be an official request from the office of student aid, US Department of Education. Apparently, 1File.org was able to access and change my DOE student loan passwords, which adds to the impression that they are connected with the Department of Education.*

FSA ID Information <FSA-ID@ed.gov>

To ██████████████ @yahoo.com

Apr 18 at 2:15 PM

Dear █████,

To reset your password, enter the following secure code into the Secure Code field on your Web page:

   xxxxxx

Once you have entered the secure code you can change your password.
If you have any questions or need help, visit https://fsaid.ed.gov and select Help for more details.

Thank you,

U.S. Department of Education
Federal Student Aid
This mailbox is unattended. Please do not reply to this message.

FSA ID Information <FSA-ID@ed.gov>

To ██████████████@yahoo.com

Apr 18 at 2:20 PM

Dear ██████,

—Why We Are Contacting You—

This e-mail is to alert you that your FSA ID password was recently changed.

—What You Need To Do—

If you made the change, you can ignore this e-mail. If you did not make the change, you need to contact customer support at 1-800-433-3243.

If you have any questions or need help, visit https://fsaid.ed.gov and select Help for more details.

Thank you,

U.S. Department of Education
Federal Student Aid
This mailbox is unattended. Please do not reply to this message.

Finally, if details and conversations are recorded, then 1File.org is aware of their practices.

**10/05/2016 - carey@1file.org**
Respond to Complaint

Client signed a simple English agreement which clearly states our relationship and clearly states you can do this on your own, Much like filing your taxes., and in the same way if you call the IRS and ask if they have heard of my Accountant the answer will be NO.

GREAT LAKES, failed to tell client he was eligible for years, only after we delivered the approval did

GREAT LAKES now explain the options. You don't have to believe a word I say to search GREAT LAKES on the internet and find the same complaints.

We exist because government contractors like GREAT LAKES are not advising the millions of borrowers of their options, The 2016 Consumer Financial Protection Bureau Report confirms bad practice among all Government contracted servicers.

The emails from FSA are from FSA we do not spoof any email headers.

2. Nature of Service;

No Legal or Tax Advice. 1FILE.ORG is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. Clients has retained 1FILE.ORG to perform work and processes that the Client could have chosen to do themselves. The Client acknowledges that 1FILE.ORG is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.- WE ALSO RECORD THIS IN A QUALITY CONTROL RECORDING WITH THE CLIENT AND A THIRD PARTY VERIFICATION CENTER.

**10/12/2016 -** ███████████@yahoo.com
I do not accept the response made by the business to resolve this complaint
Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 11740400, and have determined that this proposed action would not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

Once again, 1File.org failed to address the central issue - deceptive marketing, advertising, and sign up practices. I agree that lending institutions such as Great Lakes are far from stellar regarding their business practices as evidenced by the current investigations; however, the 1File.com response mentioned to  "search GREAT LAKES on the internet and find the same complaints." My response is that one could also search the Internet (to include the Better Business Bureau website) and find complaints and dissatisfied customers about 1File.org. One of the biggest contentions is that the individuals who spoke with me over the phone assured me that the loan was being taken over from Great Lakes and that the $39 monthly payments for 25 years

would go toward the loan which turns out to be false. Additionally, 1File.org had all of my personal, banking, and student loan record information when they contacted me and giving the impression of being with the Department of Education to include DOE based e-mails (see previous responses). I am still not satisfied with their responses and would like a refund of $938.00.

Regards,

# Arete Financial Freedom

**Case #:** 13016898

| | | | |
|---|---|---|---|
| **Consumer Info:** | ███████████ | **Business Info:** | Arete Financial Freedom |
| | ██████████ | | 1261 E Dyer Rd #100 |
| | Irvine, CA ██████ | | Santa Ana, CA 92705 |
| | 949█████ | | (888) 331-5827 |
| | ███████@yahoo.com | | |

**Date Filed:** 8/8/2018 1:14:36 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
Arete told me they could absolutely help me with restructuring my student loans, halving my repayment period, and saving thousands in interest in the process. They have been almost impossible to reach ever since, but they took my payment (of their fee, nothing to do with my loan) like clockwork. My loan servicer has been hounding me, and all the sales rep Andy ever says is everything is fine but I can talk to processing if I'd like. I have called repeatedly, but been hung up on, blown off, told I'd get a call back and nothing. I have sent several messages through the customer portal. Was told on Friday by Ashley in accounting that they only received one. She also said that they cannot help me and would start the cancellation process. She said that an administrative hold was being placed on my student loan account to freeze it so I don't incur additional costs, but when I logged into my servicer's website this morning, it's evident that that was not done. I was also told that I would receive a refund in 7-10 business days, that no further payments would be drafted, and that I would receive a call YESTERDAY letting me know if the hold was successful. I received no call, I am still being hounded by my loan servicer, and now I am past 30 days late. In an effort to HELP my student loan situation, I turned to Arete, but now my credit has taken a hit for the past due payment, I am out $250 for their fee (another payment is due 8/10 but they'd better not try to draft that), I owe late fees to my servicer, and I am still on the hook for my student loans for the next TWENTY years, at the same rate of interest. I spoke to Irving in customer service and told him all this. Surprise, the call was dropped. I called back, he swears it was an equipment malfunction. He has no information (other than what contradicts what I can see in my portal), and the mysterious Ashley, who didn't call back the first time, is supposed to call me back now.

**Consumer's Desired Resolution:**
I want my refund NOW. I want the negative credit impact removed for my MOHELA account NOW. And I want Arete to be compelled to be more transparent. I asked specifically if they were SURE they could help, or if there was a possibility the servicer would decline to cooperate. They said no problem, we do this all the time. Smarmy, predatory sales tactics.

## Complaint Messages

**08/13/2018 - Oliver Pomazi**
Respond to Complaint
not our client

**Page 1446**
**PX23 France Decl.**
**Attach. JJJ**

**08/13/2018 -** ███████████

I do not accept the response made by the business to resolve this complaint

I received a call from Arete (the only company with whom I have had any dealings regarding this), and they said that my contract was with some other company. Arete is the only business name I have ever heard, the only email domain from which I have received communications as well as to which I have sent messages and documentation, and the only company name from which callers have indicated they were representing when reaching out to me. Not sure who the other business is or how they are affiliated with Arete, but Arete is the only company with which I have dealt. The processed my refund, so that part of my request has been settled, however, I want the record to show that Arete is the ONLY company with whom I have transacted any business regarding this student loan restructuring.

# Arete Financial Freedom

**Case #:** 12410968

| | | | |
|---|---|---|---|
| **Consumer Info:** | ██████████ ████████████ Columbiana, OH ████ 330█████████ ████████@yahoo.com | **Business Info:** | Arete Financial Freedom 1261 E Dyer Rd #100 Santa Ana, CA 92705 (888) 331-5827 |

**Date Filed:** 9/26/2017 5:27:25 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**
On May 25, 2017 I was contacted by Arete Financial regarding restructuring my student loan debt. I went through the entire process, was approved and was told that I needed to pay $600 (in three monthly installments) as the application fee. I was told on June 19, they had contacted Navient (the current loan holder) and had successfully put my loan payments on hold until my new loan could be established. I was told then the application process would take "about" 60 days to complete. That was the last contact I have had with this company. I started receiving calls from Navient in August looking for a payment on my loan. Since that time I have emailed 3 times (the latest being 9/14/17 to the email addresses they used to communicate with me and have had no response. I have been attempting to get a status update and can get no response. I have logged into my client portal and can find no information there, other than showing monthly payment schedule for $39. At this point I feel I have been defrauded out of $600, plus another payment they removed from my checking account on 9/2/17 of $39. That is $639 I could have applied to my Navient loan and not been in this situation.

**Consumer's Desired Resolution:**
I want the company to follow through with their promise to restructure my loan, or I want my $639 returned. I also want them to contact Navient and explain their tardiness in completing this application has caused the delay in my loan payments.

# Complaint Messages

### 12/11/2017 - Oliver Pomazi
Respond to Complaint
This is not our client. WE dont have a ██████████

# 1File.org

**Case #:** 12052364

| | | |
|---|---|---|
| **Consumer Info:** | ██████████████ | **Business Info:** 1File.org |
| | Bakersfield, CA ██████ | 5772 Bolsa Ave #B220 |
| | 661██████████ | Huntington Beach, CA 92649 |
| | ████████████@gmail.com | 855-730-2071 |
| | | www.1file.org |

**Date Filed:** 3/22/2017 12:45:53 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I was paying them to pay off my student loan since June of 2015.I filed my taxes this year to find out they was taken for none payment on my student loan. I have emails and voice recordings of my conversations with them about my services with them. Anna Howe agreed to play back my money then she stated she's not giving me a full refund due to some of the payments went to their services. I stated that no services was rendered due to my application from them being denied but they was still withdrawing money from my account up until I received notice from the tax board of the payment to my student loan. I was refunded three payments. My first four payments was $149.75 and then $39 a month starting June of 2015....

**Consumer's Desired Resolution:**

I would like them to pay back all my money due to no services rendered...

## Complaint Messages

**04/20/2017 - carey@1file.org**

Respond to Complaint

████████ *needs to review his records, because he is completely off with his calculations. He is either just confused, or a downright liar and trying to scam our company for more money.* ████████ *enrolled on June 12th, 2015. He agreed to pay an enrollment fee of $599, split up into 4 payments of $149.67 each, and then a monthly service fee of $39. Thus far, he has paid $599, and 9 payments of $39. Which equals a total of $950. So, where he comes up with a "Purchase Price" of $1652.00 and "Disputed Amount of $1000.00 is beyond my comprehension. I have attached the Service Agreement along with payment arrangement to this response.*

*On June of 2015, when working on* ████████ *'s file, we ran into several issues - Payments declining, Adjusted Gross Income Amount provided was incorrect, and Proof of Income wasn't provided. We reached out to* ████████ *for months and months requesting he provide us with the necessary documentation - otherwise we weren't able to complete his applications. It wasn't until 10 months later, that he finally sent us the documentation we needed!! He emailed his 1040's to us on 5/7/16 and his application was promptly sent out on 5/10/16 to the Dept of Education (application attached and also refer to screenshot of notes below).* ████████ *was extremely irresponsible in being proactive in the care of his Student Loans. The fact that he ignored our requests for 10 months - obviously made him*

*delinquent with his Student Loans. He was also informed by the Dept of Education, as well as his loan servicing company regarding his delinquency. On 2/24/17* ▮▮▮▮▮ *called our office to let us know that his Federal Tax return had been garnished, due to his student loans being delinquent. He requested a cancellation and FULL refund. We did our due diligence in providing the service he contracted us to complete, if he chose to ignore his responsibilities - that is completely his fault.*

*In spite of all of these facts, I agreed to refund him $599 enrollment fee (see screenshot below), because quiet frankly, I felt empathy and wanted to help him - not because it was owed to him, nor deserving of it. I then received this negative complaint of lies regarding the money he had paid and his demands. The old saying, "A Good Deed Never Goes Unpunished" is quite true in this situation.*

03/15/2017 2:29 pm
**Anna Howe**
Date/Time: 03/15/2017 2:26:13 PM PDT
Transaction ID: 3533378413
Transaction Type: Card Refund
Entry Method: Keyed
Amount: -149.75

Date/Time: 03/15/2017 2:27:13 PM PDT
Transaction ID: 3533380812
Transaction Type: Card Refund
Entry Method: Keyed
Amount: -149.67

Date/Time: 03/15/2017 2:28:09 PM PDT
Transaction ID: 3533383164
Transaction Type: Card Refund
Entry Method: Keyed
Amount: -149.67

Date/Time: 03/15/2017 2:29:01 PM PDT
Transaction ID: 3533385392
Transaction Type: Card Refund
Entry Method: Keyed
Amount: -149.66

emailed confirmation to client

**General**

05/07/2016 10:58 am
**Anna Howe**
client emailed 1040 - forwarded email to Andy 5/7/16

Notified: andy@1file.org

# US Financial Freedom Center

**Case #:** 12232969

**Consumer Info:** 
Lomira, WI
262▮▮▮▮▮▮ ▮▮▮▮▮▮▮@gmail.com

**Business Info:** US Financial Freedom Center
7901 Stoneridge Dr #504
Pleasanton, CA 94588
(844) 358-8733

**Date Filed:** 6/27/2017 9:00:40 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
I receive calls from this company constantly. I usually ignore them and they never leave a message. I answered finally because I wanted to be removed since I have already registered for the program they claim to be helping me sign up for. The caller refused to believe I had already signed up so I agreed to let him check. He had me reset my username and password for my FSA ID. I refused to use the username and password he was trying to get me to use and instead reset my password to one I chose so that I could provide him the information he needed. He then continued to insist that he needed my password. This account contains a lot of personal information and I tried to explain why he should not need my password and why I wouldn't give it to him and that he should just take me off their call list. At the end of the call he claimed to remove me from the list but I do not believe he did. There are so many people my age who are crippled by student debt and would be enticed to follow his directions, especially since he tried to make it seem like he was connected to the department of education. Anyone who wants to explore the options for student loan forgiveness can do so on the department of educations website. There are great plans and my payment was cut in half. If you are struggling please DO NOT listen to these people and go to the official website for department of education.

**Consumer's Desired Resolution:**
Remove me from you contact list.  Delete any information you have on me.  Fix your system so that you can legitimately connect to the information you need if you truly are trying to help.  You should never need access to someone's username and password for anything.

## Complaint Timeline

| | |
|---|---|
| **06/27/2017** | Automation: Auto Process **Complaint Form** |
| **06/28/2017** | Pending initial Business response: Action Taken **Threshold Application** |
| **07/09/2017** | Reminder sent to Business: Action Taken **Threshold Application** |
| **07/15/2017** | Business Responded to Complaint: Action Taken: Extranet **js@usffc.org** |

07/19/2017                    Pending consumer Response: Action taken
                              mol@bbbemail.org

07/27/2017                    Answered: Action Taken
                              Threshold Application

# Complaint Messages

**07/15/2017 - Jay Singh**
Respond to Complaint

Consumer's information has been deleted from our database. We apologize for any inconvenience
caused

# 1File.org

**Case #:** 12142403

| | | | |
|---|---|---|---|
| **Consumer Info:** | ███████████ | **Business Info:** | 1File.org |
| | ████████ | | 5772 Bolsa Ave #B220 |
| | West Mifflin, PA ████ | | Huntington Beach, CA 92649 |
| | 412 | | (844) 593-8072 |
| | ██████████ @gmail.com | | |

**Date Filed:** 5/6/2017 1:42:12 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I have been working with 1file since October 2014 until yesterday, May 5, 2017. They have been withdrawing $35 of my account since I began working with them and I was under the impression that they were putting a portion of this towards my student loans through Direct Loans. However, this was not the case and this charge was a service fee. They were never forthcoming about the fee actually was. Then in January 2016, I started receiving invoices from Direct Loans saying I was past due. I contacted 1file and they informed me I had to recertify. If I was paying them $35/month, why would I need to contact them to go through the recertification process? They proceeded to contact Direct Loans and place my loans in Forbearance which I was never fully explained as to why. I was upset so they lowered the monthly service fee to $19. However, I continue receiving Direct Loan invoices and the amount due is the same as if I had never utilized 1file's services. When I requested to cancel my enrollment and requested some sort of reimbursement for services that did not help resolve my situation, I received a rude email from Anna Howe saying I knew what I was signing up for and no refunds would be granted. I feel I was greatly deceived with what this company actually does for its clients (I still do not understand what they do!). I would like a refund for the past year I have been using their services due to the fact that I had to reach out to them regarding the recertification and being forced to place my student loans in forbearance. I am back to where I started before using their services, if not more behind in debt. I was mislead and feel this company has unethical business practices. They do not fully explain what it is they do to help their clients pay back their student loans. Please let me know what the next steps are to file a complaint against 1file. Thank you, ███████████

**Consumer's Desired Resolution:**

I would like a refund of the past year and half I have used their services (January 2016 - present).

## Complaint Messages

**05/23/2017 - Anna Howe**

Respond to Complaint

███████ was officially enrolled and enlisted our services on February 2, 2015. Our company provides document processing services to individuals with Federal Student Loans seeking to consolidate and/or enter into new repayment plans offered by the Dept of Education. The nature of our business is crystal

clear and is also on the front page of the service agreement ██████ signed.

We did extensive work to help this client. We sent out her initial application for a Direct Consolidation and new repayment plan on 3/12/15 and was officially approved by her loan servicer on 4/21/15. We helped in lowering her student loan payments from $150 down to $83. We sent her the confirmation of completion and also her account and payment information for her loan servicer. We also sent her several payment reminders from her loan servicer. So, it's shocking that we are to blame for her past due payments. We submitted the request for temporary forbearance to help clear out her late payments, which were always her responsibility.

The following year, in March 2016 we requested she send us her new proof of income because it was almost time to recertify her repayment plan. She sent us her income documentation on 5/27/16 and her recert application was submitted on 5/31/16. It was sent out late due to ██████ not sending her income docs to us in a timely manner. Once again, we needed to request a forbearance to wipe out her late payments. Her re-certification application was approved and everything was as it should be. On 11/15/16 ██████ was late once again with her payments and also requested that we send out yet another application to switch to a different repayment program. The new application was sent on 11/29/16. The plan was approved and for $85 per month. We informed the client about the payments due to her loan servicer. We then received an email from her on 12/16/16 stating that she was receiving invoices from her loan servicer and she was NOT paying them because she assumed "WE" were supposed to be paying her invoices, and that is "why she pays us $19 every month". I'm finding it very difficult to wrap my head around that statement. So, once again we needed to request another forbearance to wipe out her late payments.

On 4/24/17 we sent out her annual re-certification again. The recert application was approved and put in place. We notified the client of the approval and completion. After receiving confirmation that her application was completed, I received an email from ██████ requesting to cancel and a refund for the payments she has made to us. This is the email I received from ██████:

Hello Anna,

So I have been paying your organization $19/month for your organization to send documents once a year? That does not make sense to me. Am I eligible for any refunds considering I have not used your service except for one month? I am still confused why you charge this amount monthly for basically sending 2 documents to Fed Loans? I don't understand how that is even legal considering you are a government agency, am I not right?

Thank you for cancelling my enrollment and please let me know if I can receive any refunds for your one-time service.

I'm in absolute disbelief every time I read this email. The answer is No. ██████ will NOT be receiving a

refund. We completed a lot of work for her, for over 2 years! AND this is the thanks we receive?

We gladly cancelled ██████████' enrollment with us, and wish her the best of luck in the future.

**05/26/2017 -** ████████████████

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12142403, and have determined that this proposed action would not resolve my complaint.  For your reference, details of the offer I reviewed appear below.  My comments are below in all capital letters regarding 1File's email full of lies and deceit.  I would like to speak with a representative from BBB so I can better explain my stance as I can see I only have 30 minutes to respond and my comments will take much longer.  I would appreciate if you can give me a call at 412█████████ at your earliest convenience.  I can provide any documentation you need regarding their false comments about my submitting my proof of income late, my reaching out to them regarding the recertification, etc.  Please advise as to what you need as I have it all in my email in writing.  Thank you BBB.

████████ was officially enrolled and enlisted our services on February 2, 2015. Our company provides document processing services to individuals with Federal Student Loans seeking to consolidate and/or enter into new repayment plans offered by the Dept of Education. The nature of our business is crystal clear and is also on the front page of the service agreement ████████ signed.  ---WHY DID NO ONE FROM 1FILE EVER FULLY EXPLAIN THIS TO ME THIS OVER THE PHONE IF IT IS SO "CRYSTAL CLEAR" AS YOU PUT IT?  THEN WE WOULD NOT BE IN THIS SITUATION IN THE FIRST PLACE!

We did extensive work to help this client. We sent out her initial application for a Direct Consolidation and new repayment plan on 3/12/15 and was officially approved by her loan servicer on 4/21/15. We helped in lowering her student loan payments from $150 down to $83. We sent her the confirmation of completion and also her account and payment information for her loan servicer. We also sent her several payment reminders from her loan servicer. So, it's shocking that we are to blame for her past due payments. We submitted the request for temporary forbearance to help clear out her late payments, which were always her responsibility.  ---I WAS NEVER INFORMED THAT I HAD TO PAY $83 DIRECTLY TO FEDERAL LOANS BECAUSE I NEVER RECEIVED ANY INVOICES FROM THEM DURING THIS TIME PERIOD.  I WAS UNDER THE IMPRESSION THAT 1FILE WAS MAKING PAYMENTS FOR ME AS I WAS NOT RECEIVING INVOICES FROM FEDERAL LOANS.  I SIMPLY ASKED THE REPRESENATIVE WHY I COULD NOT SEE THE $83 MONTHLY PAYMENTS GOING TOWARDS MY STUDENT LOANS AND AGAIN, HE WAS NEVER CRYSTAL CLEAR THAT I WAS RESPONSIBLE FOR PAYING THEM AND THAT "HE WOULD TAKE CARE OF IT."  SO WHERE IS THE STATEMENT I MADE IN WRITING YOU ARE STATING THAT  "YOU CANNOT WRAP YOUR HEAD AROUND?"  MOSTLIKELY BECAUSE THIS WAS FROM NOTES FROM ONE OF YOUR

REPRESENTATIVES WHO ARE MOST LIKELY TOLD TO LIE AND DECEIVE YOUR CLIENTS IN MAKING THEM BELIEVE YOU PROVIDE SERVICES THAT IN REALITY, YOU DO NOT!!!!

The following year, in March 2016 we requested she send us her new proof of income (YOU DID NOT REQUEST---I CALLED YOU SO PROOF IS NEEDED HERE) because it was almost time to recertify her repayment plan (COMPLETELY NOT TRUE. NO ONE EVER CONTACTED ME INFORMING ME THAT IT WAS TIME TO RECERTIFY. I REACHED OUT TO 1FILE ONCE I STARTED RECEIVING INVOICES FROM FEDERAL LOAN WHICH I NEVER RECEIVED FOR AN ENTIRE YEAR). She sent us her income documentation on 5/27/16 and her recert application was submitted on 5/31/16. It was sent out late due to ██████ not sending her income docs to us in a timely manner (LIES LIES LIES, I SENT IT THE DAY IT WAS REQUESTED AND CAN PROVIDE PROOF OF THIS). Once again, we needed to request a forbearance to wipe out her late payments (I NEVER WANTED MY LOANS TO GO INTO FORBEARANCE - I WAS FORCED TO DO THIS BECAUSE THE RECERTIFICATION WAS NOT COMPLETED ON TIME DUE TO 1FILE NOT COMPLETING IT IN TIME. Her re-certification application was approved and everything was as it should be. On 11/15/16 ████████ was late once again with her payments and also requested that we send out yet another application to switch to a different repayment program. The new application was sent on 11/29/16. The plan was approved and for $85 per month. We informed the client about the payments due to her loan servicer. We then received an email from her on 12/12/16 stating that she was receiving invoices from her loan servicer and she was NOT paying them because she assumed "WE" were supposed to be paying her invoices, and that is "why she pays us $19 every month". I'm finding it very difficult to wrap my head around that statement. So, once again we needed to request another forbearance to wipe out her late payments. --AGAIN, I NEVER RECEIVED INVOICES FROM FEDERAL LOANS FOR ONE YEAR SO WHAT ELSE WOULD I ASSUME YOUR SERVICE DOES??? I UNDERSTAND YOU ARE A CONSOLIDATION BUSINESS BUT WHY I DID NOT RECEIVE INVOICES AND NEVER ONCE TOLD IT WAS ON ME TO MAKE THE MONTHLY PAYMENTS? I WAS UNDER THE IMPRESSION THAT YOU ARE A LIASON BETWEEN FED LOANS AND MYSELF AND MADE PAYMENTS FOR ME. I EVEN BELIEVE I WAS TOLD THAT ONCE BY ONE OF THE MANY REPRESENTATIVES I WAS PASSED AROUND TO THE ENTIRE TIME I WAS YOUR CLIENT. I NEVER HAD A DIRECT PERSON TO CONTACT BESIDES CARLOS.  I TRULY FELT I WAS GREATLY LIED AND DECEIVED ON THE TRUE NATURE OF YOUR BUSINESS!!

On 4/24/17 we sent out her annual re-certification again. The recert application was approved and put in place. We notified the client of the approval and completion. After receiving confirmation that her application was completed, I received an email from ████████ requesting to cancel and a refund for the payments she has made to us. This is the email I received from ████████:

Hello Anna,

So I have been paying your organization $19/month for your organization to send documents once a year? That does not make sense to me. Am I eligible for any refunds considering I have not used your

service except for one month? I am still confused why you charge this amount monthly for basically sending 2 documents to Fed Loans? I don't understand how that is even legal considering you are a government agency, am I not right?

Thank you for cancelling my enrollment and please let me know if I can receive any refunds for your one-time service.

I'm in absolute disbelief every time I read this email. The answer is No. ██████ will NOT be receiving a refund. We completed a lot of work for her, for over 2 years! AND this is the thanks we receive?

Regards,

██████

██████ was officially enrolled and enlisted our services on February 2, 2015. Our company provides document processing services to individuals with Federal Student Loans seeking to consolidate and/or enter into new repayment plans offered by the Dept of Education. The nature of our business is crystal clear and is also on the front page of the service agreement ██████ signed.

We did extensive work to help this client. We sent out her initial application for a Direct Consolidation and new repayment plan on 3/12/15 and was officially approved by her loan servicer on 4/21/15. We helped in lowering her student loan payments from $150 down to $83. We sent her the confirmation of completion and also her account and payment information for her loan servicer. We also sent her several payment reminders from her loan servicer. So, it's shocking that we are to blame for her past due payments. We submitted the request for temporary forbearance to help clear out her late payments, which were always her responsibility.

The following year, in March 2016 we requested she send us her new proof of income because it was almost time to recertify her repayment plan. She sent us her income documentation on 5/27/16 and her recert application was submitted on 5/31/16. It was sent out late due to ██████ not sending her income docs to us in a timely manner. Once again, we needed to request a forbearance to wipe out her late payments. Her re-certification application was approved and everything was as it should be. On 11/15/16 ██████ was late once again with her payments and also requested that we send out yet another application to switch to a different repayment program. The new application was sent on 11/29/16. The plan was approved and for $85 per month. We informed the client about the payments due to her loan servicer. We then received an email from her on 12/12/16 stating that she was receiving invoices from her loan servicer and she was NOT paying them because she assumed "WE" were supposed to be paying her invoices, and that is "why she pays us $19 every month". I'm finding it very difficult to wrap my head around that statement. So, once again we needed to request another

forbearance to wipe out her late payments.

On 4/24/17 we sent out her annual re-certification again. The recert application was approved and put in place. We notified the client of the approval and completion. After receiving confirmation that her application was completed, I received an email from ███████ requesting to cancel and a refund for the payments she has made to us. This is the email I received from ███████:

Hello Anna,

So I have been paying your organization $19/month for your organization to send documents once a year? That does not make sense to me. Am I eligible for any refunds considering I have not used your service except for one month? I am still confused why you charge this amount monthly for basically sending 2 documents to Fed Loans? I don't understand how that is even legal considering you are a government agency, am I not right?

Thank you for cancelling my enrollment and please let me know if I can receive any refunds for your one-time service.


I'm in absolute disbelief every time I read this email. The answer is No. ███████ will NOT be receiving a refund. We completed a lot of work for her, for over 2 years! AND this is the thanks we receive?




**05/26/2017 - Anna Howe**
Respond to Complaint
*We have all of the documentation and proof to validate our work and case as well. Everything is time stamped. I will provide everything upon request.*


**05/31/2017 -** ███████████
I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12142403, and have determined that this proposed action would not resolve my complaint.  For your reference, details of

the offer I reviewed appear below.

[Provide details of why you are not satisfied with this resolution. Please respond in this space ONLY]

I also have time stamped emails and phone records supporting my claims. Mine are also available upon request.

Regards,

███████

# Arete Financial Freedom

**Case #:** 12672489

**Consumer Info:** ███████████ Decatur, GA 404███ ██████@yahoo.com

**Business Info:** Arete Financial Freedom
1261 E Dyer Rd #100
Santa Ana, CA 92705
(888) 331-5827

**Date Filed:** 2/8/2018 9:26:15 AM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**
Arete Financial Freedom contacted me via automated dialer, telling me about new federal student loan forgiveness programs that I could qualify for. After speaking with the representative, it was determined that I was already enrolled but not all of my loans were included. The representative went on to begin the process of trying to get me enrolled. I was supposed to sign an agreement. The fee that Arete Financial Freedom was charging me was $235.00 to enroll me, in what I already have and then give them $39.00 a month for 36 months and All my loans would be forgiven or taken away. YEAH RIGHT...Death, taxes and student loans. I callled my loan providers directly and they All Agreed, my loans Do Not Qualify and Would Not Be Forgiven PERIOD. At this time Arete Financial Freedom was already moving forward in the process without my signatures or CONSENT! I had to contact them multiple times to have myself removed and they are still contacting me via autodialers. MOST RECENT OFFENSE: I log into my Navient School Loan Provider, I can't get in...it seems my password reset is going to ARETE MAIL.COM with my username attached. They are a SCAM!!! THEY ARE liars and ripping people off and HACKING my student loan identity man!! Who's doing ANYTHING ABOUT this Shady business!! I have taken a screen shot of the password/user id reset page for further proof of this companies dishonesty. Nothing was EVER FINALIZED, for this company to go as far and make their company email my reset address for my passwords and information is completely UNACCEPTABLE!!! THEY NEED TO BE SUED AND SHUT DOWN ASAP!!

**Consumer's Desired Resolution:**
I want a FULL COMPLAINT filed AGAINST the company.  They  should not be allowed to be in business....

## Complaint Messages

**02/09/2018 - Handler**
Respond to Complaint

This not our client.

# US Financial Freedom Center

**Case #:** 12196989

| | | |
|---|---|---|
| **Consumer Info:**  Imperial, CA 414██████ ████████@yahoo.com | **Business Info:** | US Financial Freedom Center 7901 Stoneridge Dr #504 Pleasanton, CA 94588 (844) 358-8733 |

**Date Filed:** 6/7/2017 9:51:22 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**
Have been receiving numerous calls every day regarding student loans, I do have a considerable amount of student loans so finally gave in and spoke to the rep calling. They said they were with the U.S. Department of Education and could either decrease loan payments or decrease amount of loan - at first saying I qualified for 60-70% reduction of loans. After I gave more personal information, they gave me a monthly amount that would be for a decreased time to equal a decreased overall loan amount paid back. I gave a debit card information because they said it would be for the first payment - then the first payment turned out to be more than the monthly payments and a fee included. Once they pushed that almost $1000 would have to be paid by tomorrow it got concerning - and I worried that I was being pushed into an agreement that was not what I thought. I am worried that they will try to charge my account even though I told them that card did not have funds to cover that.

**Consumer's Desired Resolution:**
To be removed from the call list of this company - I haven't been able to answer my cell phone and have missed important calls because I disregard most calls expecting it to be this company.  I am also concerned that they will try to charge my card for the initial fee - even though we had discussed not charging the card.  I feel foolish for giving out the card information - especially after seeing all the other complaints with the BBB.

## Complaint Timeline

| | | |
|---|---|---|
| **06/07/2017** | Automation: Auto Process **Complaint Form** | |
| **06/08/2017** | Pending initial Business response: Action Taken **Threshold Application** | |
| **06/13/2017** | Business Responded to Complaint: Action Taken: Extranet **js@usffc.org** | |
| **06/14/2017** | Pending consumer Response: Action taken **mol@bbbemail.org** | |
| **06/22/2017** | Answered: Action Taken **Threshold Application** | |

**Page 1462**
**PX23 France Decl.**
**Attach. JJJ**

# Complaint Messages

**06/13/2017 - Jay Singh**

Respond to Complaint

Consumer will not be charge for anything. No further contact will be made with consumer. We apologize for any inconvenience caused to consumer.

# 1File.org

**Case #:** 12129576

| | |
|---|---|
| **Consumer Info:** | ██████████████ <br> Fort Lauderdale, FL ████ <br> 786█████████ <br> ████████████@aol.com |

| | |
|---|---|
| **Business Info:** | 1File.org <br> 5772 Bolsa Ave #B220 <br> Huntington Beach, CA 92649 <br> (844) 593-8072 |

**Date Filed:** 4/28/2017 3:20:18 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I was contacted by 1 File.org to consolidate &/or forgive my student loan. Richard explained to me that they would NOT take any funds out of my account until the entire process was completed. Plus they would do ALL the process necessary to contact my previous student loan lender (Nelnet). Well, on April 18th, 2017, 1 File.org withdrew $199.67 from my checking and still the process was NOT finished! I proceeded to try to contact Richard. They informed me that the account was in th processing department. I asked them to have them contact me- they NEVER DID!!! On February 27th, 2017, I received an e-mail stating that the process was completed. However, they kept calling me stating that the processing department needed my 2016 income taxes. I e-mailed Ms. Esther Magan ( the one in charge of my account). She never answered ANY of my concerns. All she would e-mail me is that they needed the taxes for 2016 or my two last pay stubs. I e-mailed Ms. Magan again, demanding her to call me back. Two days later, her supervisor returned my call. I explained my concerns to her and she answered, " I will put a request to our billing department and see IF you qualify for a refund." I explained to her that they were NOT authorized to withdraw any amount UNTIL the process was completed. And the process was NOT completed because they still needed my taxes or pay stubs. She began laughing. I explained to her that I was going to file a complain against them with the BBB & the Department of Education. I am looking for a complete refund to my account of $199.67

**Consumer's Desired Resolution:**

Full refund of $199.67

## Complaint Messages

**05/01/2017 - Anna Howe**

Respond to Complaint

██████████ states she was contacted by 1File.org to consolidate her student loans. She is very mistaken, because we never contacted her regarding her student loans. We are a document processing company She was contacted by an affiliate, USFFC who then contracts our company to process the paperwork for Direct Consolidations and Income Driven Repayment plans for individuals with student loans. We are a completely separate entity. I have attached a copy of the service agreement to this response.

██████████ signed a Service Agreement, which clearly states the terms of the relationship, the

process, and payment amounts. The payment amounts and dates are clearly outlined and were, in fact, approved by her. We do NOT start any work on a file until the first payment is made by the client. These are our terms. ██████████ cannot dictate how we manage our business. At the time of her first payment, we began working on her file, and found there were several errors in the file and missing income documentation. The main error was the Financial Student Aide log in information, ██████████ had changed after enrolling with us. Without that information, we cannot move forward with completing the application - due to not having access. We also requested income documentation several times, and ██████████ refused to cooperate. Income documentation is necessary when applying for a reduced student loan payment based on Income provided and family size.

Also, in reading all of the notes in her file, it states that ██████████ was extremely rude to all of the customer service representatives she spoke with from our office. Several people tried to assist her, and ██████████ was very combative, uncooperative, and she yelled at several people.

Since we were unable to complete the work, due to ██████████'s inability and refusal to work with us, we have issued a refund for the payments she made to us. We wish her all the best.

Proof of refund:

Transaction ID: 3601098265
Transaction Type: Card Refund
Entry Method: Keyed
Amount: -199.67

Transaction ID: 3601099725
Transaction Type: Card Refund
Entry Method: Keyed
Amount: -199.67

# US Financial Freedom Center

**Case #:** 12413892

**Consumer Info:** 

Ecorse, MI
313

@gmail.com

**Business Info:** US Financial Freedom Center
7901 Stoneridge Dr #504
Pleasanton, CA 94588
(844) 358-8733

**Date Filed:** 9/27/2017 11:14:50 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**
US Financial Freedom Center, claimed they were Department of Education and I was qualified for a student loan forgiveness program. They already had all my personal information without me telling them, they had my social security number, and I gave them a credit number for a payment so they have that too. They even got access to my Navient account because they said they needed my login information, as I go back and think, things didn't add up. They had me e signature the documents but, they were false documents so they hold no ground, and I didn't start any payments so I didn't loose any money, which is good. I'm just worried about my social security number and my credit card, which I'm going change. It's just so wrong and frustrating that people is trying to scam others, especially when they already in debt, from trying to better theirselves and get a college degree. I hope this complaint helps bring awareness to people and also document this information if needed in the future for any reason.

**Consumer's Desired Resolution:**
I don't want to hear about any problems with the fake documents I had to sign online, I just want all my information out of their system and for them to never contact me again.

## Complaint Timeline

| | |
|---|---|
| **09/27/2017** | Automation: Auto Process<br>**Complaint Form** |
| **09/28/2017** | Pending initial Business response: Action Taken<br>**Threshold Application** |
| **09/28/2017** | Business Responded to Complaint: Action Taken: Extranet<br>**js@usffc.org** |
| **10/03/2017** | Pending consumer Response: Action taken<br>**mol@bbbemail.org** |
| **10/03/2017** | Close the complaint as Resolved: Action Taken: Extranet<br>**@gmail.com** |
| **10/03/2017** | Resolved: Action taken<br>**mol@bbbemail.org** |

# Complaint Messages

**09/28/2017 - Jay Singh**

Respond to Complaint

.*Consumer's information has been deleted from our database. No further contact will be made.We apologize for any inconvenience caused to consumer*

**10/03/2017 -** ████████████████

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12413892, and find that this resolution is satisfactory to me, if this is true.

Sincerely,

████████████████

# Arete Financial Freedom

**Case #:** 13056758

| | | | |
|---|---|---|---|
| **Consumer Info:** | ████████ Hampton, VA ███ 757 ████████@aol.com | **Business Info:** | Arete Financial Freedom 1261 E Dyer Rd #100 Santa Ana, CA 92705 (888) 331-5827 |

**Date Filed:** 8/25/2018 2:41:40 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I signed a contract with Arete Financial to assist with credit card debt. I was told that all the accounts enrolled would be settled at a reduced rate by Arete Financial and in return I would pay a monthly fee. I rarely receive updates even though my account has been active for a year. I received a summons for court from one of the debts that Arete financial was allegedly settling for me. I contacted Arete Financial and was told that the monthly payment that I enrolled this debt into along with others would nor be sufficient and I would have to make an additional 4200.00 in payments to them over a year to settle the debt. Keep in mind this credit card was already enrolled in the program. Turns out that they only work on the smallest balances first and make small monthly payments to settle the debt. Meaning since enrollment in their program my credit score has dropped 150 points. I informed Arete that the debt for the credit card was already enrolled they stated that there wasn't enough money in the account at this point. It takes several years to build up the my trust account with them to have enough money to settle accounts. This company provided false information to me when enrolling debt resolution. They charge the clients additional fees to settle debts which are also subtracted from my monthly payments. They make promises to improve credit scores after the first 6 months which has not happened. They are supposed to handle all enrolled debt when in reality they wait for years until my payments build up in a trust to attempt settlements with creditors. They are now attempting to increase my balance from creditors after a year that they have not settled accounts. Late fees and interest charges are now added to these accounts which accounts for an additional 7500.00.

**Consumer's Desired Resolution:**

Refund of all money paid to Arete Financial 3900.00

# Complaint Messages

**11/30/2018 - Management**

Respond to Complaint

Arete financial does not charge upfront fees. we settled an account for a client therefore fees was only taken for that specific account. client is now canceled. arete is closing out file nothing more to resolve

**12/07/2018 - ████████████**

I do not accept the response made by the business to resolve this complaint

I was contacted by one of the owners from Arete Financial. He used profanity and stated he would

personally assist with my resolution of complaint. He stopped returning my calls and has not resolved any issues. I did cancel my account with them and have not received a refund of all money that I paid to them. There web site states that all customers can always get all their money back...this is untrue.

I have never been contacted by anyone regarding settlements that have been made on my behalf. Arete Financial made these settlements without contacting me for approval. Accredited settlement companies unlike Arete Financial are obligated to notify the account holder for authorization of settlement. Likewise I haven't received settlement letters with creditors.

I expect a full and complete refund by Friday October 19, 2018. I have made 14 payments in the amount of $325.95 totaling $4563.30. I have been refunded 179.00 leaving a balance of $4384.30.

Per their website at Arete Financial

**No fees** until your debts are settled and agreements with creditors are reached We do not charge any cancellation fees and you can always get all your money back

**12/11/2018 - Management**
Respond to Complaint
we do not charge an upfront fee. we have refunded client what is in the trust account. any accounts settled Arete has retained the fees. Client wants a refund for everything even accounts we settled. we cannot do that as client has gotten great settlements.

**01/04/2019 -** ▮▮▮▮▮▮▮▮
I do not accept the response made by the business to resolve this complaint
Thank you,
I have been on the telephone for hours today attempting to correct what Arete Financial did. They had all the accounts that were enrolled in their credit restoration program updated with their telephone number and address. 2 of these accounts sent numerous emails and settlement offers to Arete Financial. Arete Financial did not respond. I am being sued in court for these accounts. Arete Financial has absolutely ruined my credit and ability to settle the debts. They do not respond to emails or telephone calls from the credit card companies but happily accept money from their clients. I am asking for a full refund from this company so that I can attempt to pay the accounts. They should not be in business.

# 1File.org

**Case #:** 11497642

| | | | |
|---|---|---|---|
| **Consumer Info:** | ███████████ | **Business Info:** | 1File.org |
| | Canton, OH ████ | | 5862 Bolsa Ave #102 |
| | 330███████ | | Huntington Beach, CA 92649 |
| | ████████@gmail.com | | (855) 730-2071 |

**Date Filed:** 6/11/2016 10:23:09 AM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

1file called my phone for 3 months straight at all hours of the day and night. Finally I answered it and got the run around for 2 hours with guy that said he was from "the US department of education." He made me sign into my government account through myfedloan.org and said it was going to lower my payments to $59 a month and help me pay off my loan. I have made 3 payments of $199.75 (April/May/June) for a processing fee of $799. They told me to stop all contact with my loan agencies and that they would send them payment in full and I would make payments after through their agency. Meanwhile, the US department of education has been calling me saying I owe $237 this month which I am currently on the income based repayment plan of $0. I told them my payments are supposed to be $59 after my last payment of $199.75. The US department of education told me they have no knowledge of me making any payments on my loan and that 1file is not through the department of education and that I needed to cease payment from them and receive a refund because the money I have paid isn't going to my loan. The company gave me a phone number that does not work 877-769-1876. I have confirmed multiple payments with Andrew Mestas +1 (949) 891-0143 who will not answer the phone or return my phone calls/emails. I contacted him several times this week and have gotten no response both before and after speaking directly with the US department of education and have gotten nowhere. I contacted the business directly and asked to speak to a supervisor and the man who answered hung up on me. I want my money back in full and to no longer be associated with 1file in any way. They are scamming me and only going to hurt my credit if I continue dealing with them!

**Consumer's Desired Resolution:**

I want my money back in full and no further contact from 1file.

## Complaint Messages

**06/20/2016 - carey@1file.org**

Respond to Complaint

We delivered this person as agreed a $0 Payment as he agree's. Something his servicer failed to tell him years ago either because they felt it wasn't in their best interest or it wasn't profitable. We are shocked he is anything but happy due to his financial hardship. We are sorry he understood the agent as being a part of the Department of Education after we confirm this detail in a Quality Control Third Party Verification which goes over our relationship and the clients understanding as well as it is clearly written in a very plain English agreement which he reviewed and signed.

**06/20/2016 -** ███████████

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 11497642, and have determined that this proposed action would not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[Provide details of why you are not satisfied with this resolution. Please respond in this space ONLY]

Regards,

███████████

**06/20/2016 - carey@1file.org**

Respond to Complaint

The client states,  "I am currently on the income based repayment plan of $0" which we did for him, as contracted. Our phone number for enrolled clients is 844-593-8072 which is on all of our correspondence. We would be glad to help with re-certification , which is needed yearly, However, the client wishes CANCEL so we cannot work on his behalf.

**06/20/2016 -** ███████████

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 11497642, and have determined that this proposed action would not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[Provide details of why you are not satisfied with this resolution. Please respond in this space ONLY]

Regards,

Victoria Ranalli

They did not put me on the income based repayment plan I was on that previously through the board of education. When this company so called put me on it, it actually canceled my income based plan of $0

**Page 1471**
**PX23 France Decl.**
**Attach. JJJ**

and the department of education came after me for more payments. This company has 80 different numbers. The number I was given is not real and the other I was given when I ask to speak to a supervisor hangs up on me. I don't care what the black and white paperwork shows they made me sign it while I was speaking to them on the phone without reading everything and said they would send me paperwork which they didn't. They're liars and do nothing but give the run around. I filed a complaint with my bank already.

# US Financial Freedom Center

**Case #:** 12909751

| | | | |
|---|---|---|---|
| **Consumer Info:** | Burlington, VT 802⬛⬛⬛ ⬛⬛⬛@gmail.com | **Business Info:** | US Financial Freedom Center 7901 Stoneridge Dr #504 Pleasanton, CA 94588 (844) 358-8733 |

**Date Filed:** 6/13/2018 4:32:10 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
I would describe the relentless attempts of contacting and soliciting personal information from me as no less than harassment. The fervor in which they conduct this obviously illegitimate, backhanded scam is reminiscent of a desperate salesman who can smell blood in the water, so to speak. Even more concerning is the amount of personal information they have about my federal loans and identity; information which they use in attempt to legitimize themselves. I have made it clear, repeatedly, that I have no interested in the services of this organization which I believe to be fraudulent. Every attempt at express my disinterest was met with a canned, premeditated response fending off my accusations of fraudulence. They claim to be the department of education which I believe to be frankly, a complete lie. I stand in awe of the fact that this organization is allowed, legally to conduct any form of business whatsoever. I regret every piece of personal information that I have confirmed and provided and I demand for my information to be erased, and to never be contacted again.

**Consumer's Desired Resolution:**
I demand that this organization erase all information associated with me and my federal loan, and stop bothering me with relentless contact attempts.

## Complaint Timeline

| 06/13/2018 | Automation: Auto Process **Complaint Form** |
|---|---|
| 06/14/2018 | Pending initial Business response: Action Taken **Threshold Application** |
| 06/25/2018 | Reminder sent to Business: Action Taken **Threshold Application** |
| 06/27/2018 | Business Responded to Complaint: Action Taken: Extranet **js@usffc.org** |
| 06/28/2018 | Pending consumer Response: Action taken **pats@bbbemail.org** |
| 07/06/2018 | Answered: Action Taken **Threshold Application** |

## Complaint Messages

### 06/27/2018 - Jay Singh
Respond to Complaint

*Consumer's concerns have been noted. Consumer's information has been deleted from our database and no further contact will be made.We apologize for any inconvenience caused to consumer*

*Tell us why here...*

# 1File.org

**Case #:** 11986105

| | | | |
|---|---|---|---|
| **Consumer Info:** | ████████ | **Business Info:** | 1File.org |
| | Duncanville, TX ████ | | 5772 Bolsa Ave #B220 |
| | 469█ | | Huntington Beach, CA 92649 |
| | ████████ @gmail.com | | (844) 593-8072 |

**Date Filed:** 2/11/2017 1:36:32 AM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I was called by 1 File.org to offer me a Forgiveness Student Loan. They stated, that this was at the time , a reduced Student Loan forgiveness under the former President Obama's administration. They had all my loan information. I had heard about a program like this on the news. Being injuried at the job. I was left with at first no income. Later i was on a fix income. So this at the time was what i was looking for to stop the back lash of garishment. I sign up & they took out 3 installment of 199. After that my payments of 39 each month. I notice months later, that my credit score was being afeated. I call first my student loan company. After explain to them the payment i was making & why were they charging me interest each month. The inform me that my interest wouldn't stop being charge & that i was being scramed. Everything they were doing was free of charge by the Forgiveness Student Loan Company. Next i called 1 File Org. I informed them that i wanted to cancel & my money return. I was informed that they would not return any money because they had lower my payment. I let them no that they were lying & i would be report them to BBB. They never apply any money to my student loan. Matter of fact, my student loan never heard from them. I am very confused to see a A rating for a company that has been scramming people on a regular base & still doing it daily. Somebody need to stop them from steal peoples money. Please don't trust them They are getting your money for doing nothing.

**Consumer's Desired Resolution:**

Would love my money back but it seem like it not possible. I would like there rating change to a F.

## Complaint Messages

**02/14/2017 - carey@1file.org**

Respond to Complaint

We are very sorry ████████ feels "scammed" or cheated in some way. Especially because we completed all of the work she contracted us to do. Our company provides document processing and support services to clients applying for a Federal Student Loan Consolidation or New Repayment plan with the Dept of Education. We analyze and review available Federal Student Loan consolidation programs offered by the Dept of Education based on the client's current financial status.

In this client's case, on 6/10/16 we completed an Income Based Repayment application with current loan servicer, Nelnet - lowering her payments to $0 due for the next 12 months. This was due to client

being unemployed and low income. I have attached the application sent on her behalf in this response. Client's complaint, is that the interest on the loan was accruing while she was in her $0 payment. Of course her loan servicer was still adding the unpaid interest to her loans! That is how the world goes round, as far as loans are concerned. Wouldn't it be a wonderful place if we could all obtain interest free loans? The institutions lending the money, need to be paid back for lending the money. This is how business works. All of this was explained by her loan servicer when her application was approved and she was placed in a new repayment program. We completed everything we promised and set out to do. We helped ██████████ by alleviating the extra financial burden she had with her student loans at a time when she needed it most. So, her complaint against our company that came one year after enrolling with us, is disappointing to say the least. We do an honest job, for honest pay - and we have helped thousands of people. Accusing us on a public forum of being a "scam" to try to jeopardize our business and reputation, just because she just realized she wasn't receiving interest free loan terms - is not fair and extremely disappointing.

The last complaint by ██████████, is that she was upset because she claims she was unaware she could've processed her own paperwork for free. The service agreement she signed when enlisting our services, Clearly states: "Client has retained 1File.org to perform work and processes that the client could have chosen to do themselves at no cost". This is on the very front page of our service agreement, in large font. I have attached a copy of the contract to this response as well.

██████████ also claims she has paid us $1000. This is incorrect. In a little over a year, she has paid us: 4 installments of $149.75 = $599 (enrollment fee) + 8 payments of $39 (MSF)= $312. This totals: $911

Again, we are sorry ██████████ is unhappy with the work we completed for her, but we feel we did a good job by the service we provided her.

**02/18/2017 -** ██████████
I do not accept the response made by the business to resolve this complaint
Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 11986105, and have determined that this proposed action would not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[Provide details of why you are not satisfied with this resolution. Please respond in this space ONLY]

Regards,

███████████

**02/20/2017 - carey@1file.org**
Respond to Complaint
Our initial position has not changed and we feel it already addressed the remaining issues.

**02/20/2017 -** ████████████████
I do not accept the response made by the business to resolve this complaint
Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 11986105, and have determined that this proposed action would not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[Provide details of why you are not satisfied with this resolution. Please respond in this space ONLY]

Regards,

███████████



**5862 Bolsa Ave, Suite 102, Huntington Beach CA 92649**
**Direct (844) 593-8072**
**Fax (714) 203-6810**
**processing@1file.org**

### SERVICE AGREEMENT

This service agreement ("Agreement") is made and entered into this 6th day of January, 2016, by and between 1FILE.org ("1FILE.ORG"), and ███████████ hereinafter referred to as ("Client"), whose address is ███████████, Duncanville TX ████, with reference to the following.

### RECITALS

A. 1FILE.ORG provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation"); and

B. Client requests 1FILE.ORG perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth, below, 1FILE.ORG and Client do hereby agree to the following:

**1. Client Loan Service Definition.**

1FILE.ORG provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. 1FILE.ORG will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

**2. Nature of Service; No Legal or Tax Advice.**

1FILE.ORG is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. Clients has retained 1FILE.ORG to perform work and processes that the Client could have chosen to do themselves. The Client acknowledges that 1FILE.ORG is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

**3. Rehabilitation; Garnishment.**

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, 1FILE.ORG will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, 1FILE.ORG will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

**4. Fees.**

Client agrees to pay 1FILE.ORG a Service fee of $599.00 for providing the Services. In addition Client agrees to pay 1FILE.ORG a Monthly Maintenance fee of: $39.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, 1FILE.ORG will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

**Page 1478**
**PX23 France Decl.**
**Attach. JJJ**

**5. Refund.**

Client understands that 1FILE.ORG is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website. However, 1FILE.ORG guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with 1FILE.ORG providing all information requested by 1FILE.ORG and DOE and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 90 days of any loan application denial by the DOE. 1FILE.ORG will reimburse 100% of the Service fee paid by Client.

**6. Process.**

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. 1FILE.ORG relies on the applicable lender(s) and 1FILE.ORG cannot be held liable for delayed completion due to delays in obtaining information or approvals from third parties or the DOE. The average completion time to process a Federal Student Loan Consolidation through 1FILE.ORG is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

**7. Client Warranty.**

Client expressly represents and warrants that they will provide 1FILE.ORG with information that is complete and accurate to the best of their knowledge. 1FILE.ORG is under no obligation to independently verify the information provided by Client.

**8. Client Authorization.**

I hereby authorize 1FILE.ORG to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize 1FILE.ORG to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information 1FILE.ORG obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

**9. Arbitration and Choice of Law.**

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

**10. Indemnification.**

Client hereby agrees to defend and hold harmless 1FILE.ORG from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

**11. Termination of Agreement.**

Client may cancel this contract any time with written notice to 1FILE.ORG prior to being approved for Federal Student Loan Consolidation. Any fees paid to 1FILE.ORG at time of cancellation shall be deemed earned as long as 1FILE.ORG has acted in good faith in performing services on behalf of Client. 1FILE.ORG may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

**Page 1479**
**PX23 France Decl.**
**Attach. JJJ**

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, 1FILE.ORG (1FILE.ORG), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (844) 593-8070.

**NOTICE OF RIGHT TO RESCIND OR CANCEL:** CLIENT MAY RESCIND OR CANCEL THIS AGREEMENT WITHOUT PENALTY OR OBLIGATION AT ANY TIME BEFORE MIDNIGHT OF THE THIRD CALENDAR DAY AFTER YOU HAVE SIGNED THE AGREEMENT. IN ORDER TO RESCIND OR CANCEL, YOU MUST PROVIDE TIMELY WRITTEN NOTICE TO SMART PROTECT BY MAIL OR EMAIL AT THE ADDRESS PROVIDED BELOW. ANY PAYMENTS MADE BY CLIENT UNDER THE AGREEMENT WILL BE RETURNED WITHIN TEN (10) BUSINESS DAYS FOLLOWING RECEIPT BY SMART PROTECT OF THE CANCELLATION NOTICE.

NAME                                                      S

01/06/2016
DATE                                                      SSN

**Privacy Policy**

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal information. Personal information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: Information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports; information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and 1FILE.ORG to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact 1FILE.ORG Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e. exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt-out' of having personal information shared. By providing information to 1FILE.ORG you are consenting to the collection, use, and disclosure of personal information in the manner described in this privacy policy. This Policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

**5862 Bolsa Ave, Suite 102, Huntington Beach CA 92649 - (844) 593-8072**

Email address: processing@1file.org

**Page 1481**
**PX23 France Decl.**
**Attach. JJJ**

████████

NAME

████████

SIGN

01/06/2016

DATE



**5862 Bolsa Avenue Suite 102, Huntington Beach CA 92649**

**Limited Scope Power of Attorney**

- THIS LIMITED POWER OF ATTORNEY IS **ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION** ("DOE") AND CLIENT, ███████████ ("GRANTOR"). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.

- I, ███████████, Social Security # ███████████, residing at ███████████, Duncanville TX ████, Duncanville TX ████, this date, Jan 06, 2016, hereby appoints 1FILE.ORG as my ATTORNEY-IN-FACT to perform on my behalf as indicated below.  With this signature, ███████████ authorizes 1FILE.ORG to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,

1.     Access my account with the DOE, including taking steps and providing information necessary to access the account.

2.     Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3.     Drafting and, following my execution, submitting an application to the DOE.

4.     Engaging sub-contractors as may be appropriate to perform the services.

1FILE.ORG has full authority to represent me, ███████████, to perform the services outlined in the Service Agreement.

This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:

1.     It is revoked, suspended or terminated in writing by the GRANTOR; or

2.     The contract is terminated for any reason, whichever is earlier to occur.

████████████_____          ████████████_____
     NAME                                                               SIGN

01/06/2016
     DATE



**5862 Bolsa Ave, Suite 102, Huntington Beach CA 92649 - (844) 593-8070**
**Fax (714) 203-6810**
**billing@1file.org**

### Credit Card Authorization Form

I ████████████ , authorize 1 File.org to charge my credit card ████████ For the total of $599.00 on the dates listed below #44289119.

| | | |
|---|---|---|
| Jan 19, 2016 | $149.75 | █ |
| Feb 19, 2016 | $149.75 | █ |
| Mar 21, 2016 | $149.75 | █ |
| Apr 19, 2016 | $149.75 | █ |

Additionally, I authorize 1 File.org to charge a Monthly Maintenance Fee of 39.00 on the 19th of every month thereafter until loan obligations have been fulfilled.

Your method of payment is as follows:

**Credit Card Number: MasterCard Name On Credit Card:** ██████████

**Credit Card Number:** ███████   **Expiration Date:** ██████        **Security Code - 3 digits on Back of Card:** ████

**Billing Address of Credit Card:**

████████  Duncanville TX █████████

**Contact Numbers:**

Home Phone: 469████████
Cell Phone:

Amount due $599.00 Contract #44289119

_____
Signature         ·
01/06/2016
_____
Date



# GENERAL FORBEARANCE REQUEST
## William D. Ford Federal Direct Loan Program

OMB No. 1845-0031
Form Approved
Exp. Date 12/31/2015

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document will be subject to penalties which may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

**GFB**

### SECTION 1: BORROWER IDENTIFICATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

SSN ▮ ▮ ▮ - ▮ ▮ - ▮ ▮ ▮ ▮

Name ███████

Address ███████

City, State, Zip Code  **Duncanville TX**

Telephone – Primary ( ) **469**███

Telephone – Alternate ( )

E-mail Address (Optional)

### SECTION 2: FORBEARANCE REQUEST

Before completing this form, carefully read the entire form, including the instructions and other information in Sections 3, 4, and 5.

I am willing but unable to make my current Direct Loan payments due to a temporary hardship. I am requesting this forbearance because I am experiencing a temporary hardship related to one of the following situations (check one):

☒ Financial difficulties

☐ Change in employment

☐ Medical circumstances

☐ Other (explain): _____

**If this forbearance request is approved, I want to** (check one):

☒ Temporarily stop making payments; or

☐ Temporarily make smaller payments of $ _____ per month.

If this forbearance request is approved, I am requesting that the U.S. Department of Education (ED) grant a forbearance on my loan(s) beginning (MM-DD-YYYY)

|__|__|-|__|__|-|__|__|__|__| and ending (MM-DD-YYYY) |__|__|-|__|__|-|__|__|__|__| for a period not to exceed 12 months.

### SECTION 3: BORROWER/ENDORSER UNDERSTANDINGS AND CERTIFICATIONS

**I understand** that the following terms and conditions apply to this forbearance request:

(1) ED will not grant this forbearance request unless this form is completed and any required supporting documentation is provided.

(2) ED may grant a forbearance on my loans for up to 60 days, if necessary, for the collection and processing of documentation related to my forbearance request. ED will not capitalize interest that accrues during this forbearance.

(3) If I am past due on payments not covered by this forbearance, ED may grant an additional forbearance on my loan(s) to resolve all payments due when my request is processed, and all unpaid interest may be capitalized.

(4) At the end of the forbearance, I may apply to renew the forbearance if I am still experiencing a financial hardship.

(5) I will continue to receive billing statements for my current payment amount, which I must pay until I am notified by my servicer that my forbearance request has been granted.

(6) During the forbearance period, I am not required to make payments of loan principal and interest, but interest will be charged on all of my loans.

(7) If I requested to temporarily stop making payments, I will receive an interest notice, and I may pay the interest at any time. If I do not pay the interest that accrues on my loan(s), it will be capitalized at the end of the forbearance period.

(8) If I requested to temporarily make smaller payments, I will receive a monthly notice for the requested payment amount until the forbearance ends, and any unpaid interest that has accrued during the period will be capitalized at the end of the forbearance period.

**I certify** that:

(1) The information I have provided on this form is true and correct.

(2) I will provide any additional documentation to ED, as required, to support my continued forbearance status.

(3) I will notify ED immediately when the condition that qualified me for the forbearance ends.

(4) I agree to repay my loan(s) according to the terms of my promissory note, regardless of whether the forbearance is granted.

**I authorize** the entity to which I submit this request (i.e., the school, the lender, the guaranty agency, ED, and their respective agents and contractors) to contact me regarding my request or my loan(s), including repayment of my loan(s), at the number that I provide on this form or any future number that I provide for my cellular telephone or other wireless device using automated dialing equipment or artificial or prerecorded voice or text messages.

**BORROWER'S OR ENDORSER'S SIGNATURE:** _____  **DATE:** **01/06/2016**

.

# E-Signature Certificate



| | |
|---|---|
| **Document ID** | a8fe91c8-3096-5f54-442f-1b222e69f772 |
| **Document Title** | 1FILE.ORG-NEW PACKAGE-CC |
| **Sender IP** | 14.140.201.107 |
| **Number of Signers** | 1 |
| **Signer Email** | ██████████@gmail.com |
| **Signer IP** | ████████ |
| **Timestamp** | 2016-01-06T12:46:00-06:00 |
| **Document Hash** | c01da912841ee918ca8a09459dfe983e |

8347988



**IDR**

# INCOME-DRIVEN REPAYMENT PLAN REQUEST:

**For the Revised Pay As You Earn (REPAYE), Pay As You Earn (PAYE),
Income-Based (IBR), and Income-Contingent (ICR) repayment plans under
the William D. Ford Federal Direct Loan (Direct Loan) and Federal Family
Education Loan (FFEL) Programs**

OMB No. 1845-0102
Form Approved
Exp. Date 10/31/2018

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any
accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S.
Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER IDENTIFICATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | ▮▮▮▮▮ |
| Name | ▮▮▮▮▮▮ |
| Address | ▮▮▮▮▮ |
| City, State, Zip | Duncanville, TX, ▮▮▮ |
| Telephone – Primary | (469) ▮▮▮▮ |
| Telephone – Alternate | ( _____ ) _____ - _____ |
| E-mail (Optional) | ▮▮▮▮▮@1file.org |

## SECTION 2: REPAYMENT PLAN OR RECERTIFICATION REQUEST

**READ BEFORE COMPLETING THIS FORM:**

- You can apply online at **StudentLoans.gov**. It is faster and easier to complete this form online.
- Income-driven repayment plans offer many benefits, but may not be right for everyone.
- You can learn more about these plans at **StudentAid.gov/IDR** and by reading Sections 9 and 10.
- It's simple to explore all of your repayment options at **StudentAid.gov/repayment-estimator**.
- You can find out which types of loans you have and who your loan holder or servicer is at **nslds.ed.gov**.
- If you need help completing this request, contact your loan holder or servicer for free assistance.
- You may have to pay income tax on any loan amount forgiven under an income-driven plan.

1. **Select the reason you are submitting this form
(Check only one):**

   ☒ I am not in an income-driven repayment plan, but
   want to enter one – Continue to Item 2.

   ☐ I am already in an income-driven repayment plan
   and am submitting documentation for the annual
   recalculation of my payment - Skip to Item 5.

   ☐ I am already in an income-driven repayment plan
   and am submitting documentation early because
   I want my loan holder to recalculate my payment
   immediately - Skip to Item 5.

   ☐ I am already in an income-driven repayment plan,
   but want to change to a different income-driven
   repayment plan - Continue to Item 2.

2. **Choose a plan and then underline continue to Item 3.**

   ☐ (Recommended) I want my loan holder to place
   me on the plan with the lowest monthly payment.

   ☐ REPAYE        ☒ IBR
   ☐ PAYE          ☐ ICR

3. **Do you have multiple loan holders or servicers?**

   ☐ Yes - Submit a separate request to each loan
   holder or servicer. Continue to Item 4.

   ☒ No - Continue to Item 4.

4. **Are you currently in a deferment or forbearance?**

   ☐ No - Continue to Item 5.

   ☐ Yes, but I want to start making payments under
   my plan immediately - Continue to Item 5.

   ☒ Yes, but I do not want to start repaying my
   loans until the deferment or forbearance ends -
   Continue to Item 5.

**If you have FFEL Program loans,** they may only be repaid under IBR. If you request a different plan, your loan holder
will consider you for IBR on your FFEL Program loans. You may be able to consolidate your FFEL Program loans into
a Direct Consolidation Loan to take advantage of other income-driven plans by visiting **StudentLoans.gov**.

Page 1488
PX23 France Decl.
Attach. JJJ

8347988

Borrower Name: ███████████         Borrower SSN: ███████

## SECTION 3: FAMILY SIZE INFORMATION

5. **How many children, including unborn children, are in your family and receive more than half of their support from you?**

   0   . Continue to Item 6.

   > A definition of "family size" is available in Section 9. Do not enter a value for you or your spouse. Those values are automatically included, if appropriate.

6. **How many people, excluding your spouse and children, live with you, and receive more than half of their support from you?**

   2   . Continue to Item 7.

7. **What is your marital status?**

   ☐ Single - Continue to Item 8.

   ☒ Married - Skip to Item 11.

## SECTION 4A: INCOME INFORMATION FOR SINGLE BORROWERS

8. **Did you file a federal income tax return for either of the past two tax years?**

   ☐ Yes - Continue to Item 9.

   ☐ No - Skip to Item 10.

9. **Has your income significantly changed since you filed your last federal income tax return?** For example, have you lost your job, gotten divorced, or experienced a drop in income?

   ☐ Yes - Continue to Item 10.

   ☐ No - Provide your most recent federal income tax return or transcript. Skip to Section 6.

10. **Do you currently have taxable income?** Check "No" if you do not have any income or receive only untaxed income.

    ☐ Yes - Skip to Section 5.

    ☐ No - Skip to Section 6.

    > Remember, any person who makes a knowingly false statement or misrepresentation on this form may be subject to fines, imprisonment, or both.

## SECTION 4B: LOAN AND INCOME INFORMATION FOR MARRIED BORROWERS

11. **Does your spouse have federal student loans?**

    ☐ Yes - Continue to Item 12.

    ☒ No - Skip to Item 14.

12. **Provide the following information about your spouse and then continue to Item 13.**

    a. Spouse's SSN:

    _____

    b. Spouse's Name:

    _____

    c. Spouse's Date of Birth:

    _____

13. **If you are placed on the ICR plan, do you want to repay your Direct Loans jointly with your spouse?**

    ☐ Yes - Continue to Item 14.

    ☐ No - Continue to Item 14.

14. **When you filed your last federal income tax return, did you file jointly with your spouse?**

    ☒ Yes - Continue to Item 15.

    ☐ No - Skip to Item 20.

15. **Did you and your spouse file a federal income tax return for either of the past two tax years?**

    ☒ Yes - Continue to Item 16.

    ☐ No - Skip to Item 18.

16. **Has your income significantly changed since you filed your last federal income tax return?** For example, have you lost your job or experienced a drop in income?

    ☒ Yes - Skip to Item 18.

    ☐ No - Continue to Item 17.

17. **Has your spouse's income significantly changed since your spouse filed his or her last federal income tax return?** For example, has your spouse lost his or her job or experienced a drop in income?

    ☒ Yes - Continue to Item 18.

    ☐ No - Provide your and your spouse's most recent federal income tax return or transcript. Skip to Section 6.

18. **Do you currently have taxable income?** Check "No" if you do not have any income or receive only untaxed income.

    ☐ Yes - Provide documentation of your income as instructed in Section 5. Continue to Item 19.

    ☒ No - Continue to Item 19.

    > Remember, any person who makes a knowingly false statement or misrepresentation on this form may be subject to fines, imprisonment, or both.

Page 1489
PX23 France Decl.
Attach. JJJ

8347988

Borrower Name: _____     Borrower SSN: _____

## SECTION 4B: LOAN AND INCOME INFORMATION FOR MARRIED BORROWERS (CONTINUED)

**19. Does your spouse currently have taxable income?**
Check "No" if your spouse has no taxable income or receives only untaxed income.

☐ Yes - Provide documentation of your spouse's income as instructed in <u>Section 5</u>.

☒ No - <u>Skip to Section 6</u>.

**20. Did you file a federal income tax return for either of the past two tax years?**.

☐ Yes - <u>Continue to Item 21</u>.

☐ No - <u>Skip to Item 22</u>.

**21. Has your income significantly changed since you filed your last federal income tax return?** For example, have you lost your job or experienced a drop in income?

☐ Yes - <u>Continue to Item 22</u>.

☐ No - Provide your most recent federal income tax return or transcript. <u>Skip to Item 23</u>.

**22. Do you currently have taxable income?** Check "No" if you have no taxable income or receive only untaxed income.

☐ Yes - Provide documentation of your income as instructed in <u>Section 5</u>. <u>Continue to Item 23</u>.

☐ No - <u>Continue to Item 23</u>.

**23. Are you separated from your spouse?**

☐ Yes - Provide documentation of only your income as instructed in <u>Item 21 or 22</u> and then <u>skip to Section 6</u>.

☐ No - <u>Continue to Item 24</u>.

**24. Are you reasonably able to access information about your spouse's income and able to have your spouse sign this application?**

☐ Yes - <u>Continue to Item 25</u>.

☐ No - Provide documentation of only your income as instructed in <u>Item 21 or 22</u> and then <u>skip to Section 6</u>.

**25. Did your spouse file a federal income tax return for either of the past two tax years?**

☐ Yes - <u>Continue to Item 26</u>.

☐ No - <u>Skip to Item 27</u>.

**26. Has your spouse's income significantly changed since your spouse filed his or her last federal income tax return?** For example, has your spouse you lost a job or experienced a drop in income?

☐ Yes - <u>Continue to Item 27</u>.

☐ No - Provide your spouse's most recent federal income tax return or transcript. This information will only be used for the REPAYE Plan. <u>Skip to Section 6</u>.

**27. Does your spouse currently have taxable income?** Check "No" if your spouse has no taxable income or receive only untaxed income.

☐ Yes - Provide documentation of your spouse's income as instructed in <u>Section 5</u>. This information will only be used for the REPAYE Plan.

☐ No - <u>Skip to Section 6</u>.

> Remember, any person who makes a knowingly false statement or misrepresentation on this form may be subject to fines, imprisonment, or both.

## SECTION 5: INSTRUCTIONS FOR DOCUMENTING CURRENT INCOME

**You only need to follow these instructions if, based on your answers in Section 4, you and your spouse (if applicable) are required to provide documentation of your current income instead of a tax return or tax transcript. After gathering the appropriate documentation, continue to Section 6.**

- You must provide documentation of **all taxable income** you and your spouse currently receive.
- **Documentation will usually include** a pay stub or letter from your employer listing your gross pay.
- You must provide at least **one piece** of documentation for each source of taxable income.
- **Taxable income includes,** for example, income from employment, unemployment income, dividend income, interest income, tips, and alimony.
- Do not provide documentation of **untaxed income** such as Supplemental Security Income, child support, or federal or state public assistance.

- **If documentation is not available or you want to explain your income,** attach a signed statement explaining each source of income and giving the name and the address of each source of income.
- Write on your documentation **how often you receive the income,** for example, "twice per month" or "every other week."
- The **date** on any supporting documentation you provide must be **no older than 90 days** from the date you sign this form.
- Copies of documentation are acceptable.

Page 1490
PX23 France Decl.
Attach. JJJ

8347988

Borrower Name: ▬▬▬▬▬▬                          Borrower SSN: ▬▬▬▬

## SECTION 6: BORROWER REQUESTS, UNDERSTANDINGS, AUTHORIZATION, AND CERTIFICATION

If I am requesting an income-driven repayment plan or seeking to change between income-driven repayment plans, **I request:**

- That my loan holder place me on the plan I selected in Section 2 to repay my eligible Direct Loan or FFEL Program loans held by the holder to which I submit this form.

- If I do not qualify for the plan or plans I requested, that my loan holder place me on the plan with the lowest monthly payment amount.

- If I selected more than one plan, that my loan holder place me on the plan with the lowest monthly payment amount from the plans that I requested.

- If more than one of the plans that I selected provides the same initial payment amount, or if my loan holder is determining which income-driven plans I qualify for and I qualify for more than one of those plans, my loan holder will use the following order in choosing my plan: REPAYE (if my repayment period is 20 years), PAYE, REPAYE (if my repayment period is 25 years), IBR, and then ICR.

If I am currently repaying my Direct Loans under the IBR plan and am requesting to change to another income-driven plan, I must be placed on the Standard Repayment Plan, and cannot change to the plan that I requested until I make a payment under the Standard Repayment Plan or make a payment under a reduced-payment forbearance.

If I check the box below, **I request** that my loan holder grant me a reduced-payment forbearance for one month so that I can move from the IBR plan to my new income-driven repayment plan.

    ☐ I want a one-month reduced-payment forbearance in the amount of $ _____ (must be at least $5).

**I understand** that:

- If I do not provide my loan holder with this completed form and any other required documentation, I will not be placed on the plan that I requested.

- I may choose a different repayment plan for any student loans that are not eligible for income-driven repayment.

- If I requested a reduced-payment forbearance of less than $5, above, my loan holder will grant my forbearance request in the amount of $5.

- If I am requesting the ICR plan, my initial payment amount will be the amount of interest that accrues each month on my loan until my loan holder receives the income documentation needed to calculate my payment amount. If I cannot afford the initial payment amount, I may request a forbearance by contacting my loan holder.

- If I have FFEL Program loans, my spouse may be required to give my loan holder access to his or her loan information in the National Student Loan Data System (NSLDS). My loan holder will contact me with further instructions.

- My loan holder may grant me a forbearance while processing my application or to cover any period of delinquency that exists when I submit my application.

**I authorize** the loan holder to which I submit this request (and its agents or contractors) to contact me regarding my request or my loan(s), including repayment of my loan(s), at any number that I provide on this form or any future number that I provide for my cellular telephone or other wireless device using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

**I certify** that all of the information I have provided on this form and in any accompanying documentation is true, complete, and correct to the best of my knowledge and belief.

**Borrower's Signature** ▬▬▬▬▬▬▬                          Date 06/10/2016

**Spouse's Signature** ▬▬▬▬▬                          Date 06/13/2016

**If you are married, your spouse is required to sign this form unless you answered "yes" to Item 23 or "no" to Item 24.**

Page 1491
PX23 France Decl.
Attach. JJJ

8347988

## SECTION 7: WHERE TO SEND THE COMPLETED REQUEST

| | |
|---|---|
| Return the completed form and any required documentation to: | If you need help completing this form, call: |
| (If no address is shown, return to your loan holder or servicer.) | (If no telephone number is shown, call your loan holder or servicer.) |

## SECTION 8: INSTRUCTIONS FOR COMPLETING THE FORM

Type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy). Use only numbers. Example: March 14, 2015 = 03-14-2015. Include your name and account number on any documentation that you are required to submit with this form. **Return the completed form and any required documentation to the address shown in Section 7.**

## SECTION 9: DEFINITIONS

**COMMON DEFINITIONS FOR ALL INCOME-DRIVEN REPAYMENT PLANS:**

The **William D. Ford Federal Direct Loan (Direct Loan) Program** includes Direct Subsidized Loans, Direct Unsubsidized Loans, Direct PLUS Loans, and Direct Consolidation Loans.

The **Federal Family Education Loan (FFEL) Program** includes Federal Stafford Loans (both subsidized and unsubsidized), Federal PLUS Loans, Federal Consolidation Loans, and Federal Supplemental Loans for Students (SLS).

The **poverty guideline amount** is the figure for your state and family size from the poverty guidelines published annually by the U.S. Department of Health and Human Services (HHS). The HHS poverty guidelines are used for purposes such as determining eligibility for certain federal benefit programs. If you are not a resident of a state identified in the poverty guidelines, your poverty guideline amount is the amount used for the 48 contiguous states.

**Family size** always includes you and your children (including unborn children who will be born during the year for which you certify your family size), if the children will receive more than half their support from you.

For the PAYE, IBR, and ICR Plans, family size also always includes your spouse. For the REPAYE plan, family size includes your spouse unless your spouse's income is excluded from the calculation of your payment amount because you are **(1)** separated from your spouse or **(2)** unable to access your spouse's income information.

For all plans, family size also includes other people only if they live with you now, receive more than half their support from you now, and will continue to receive this support for the year that you certify your family size. Support includes money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of college costs.

For the purposes of these repayment plans, your family size may be different from the number of exemptions you claim on your federal income tax return.

**Capitalization** is the addition of unpaid interest to the principal balance of your loan. This will increase the principal balance and the total cost of your loan.

A **deferment** is a period during which you are entitled to postpone repayment of your loans. Interest is not generally charged to you during a deferment on your subsidized loans. Interest is always charged to you during a deferment on your unsubsidized loans.

A **forbearance** is a period during which you are permitted to postpone making payments temporarily, allowed an extension of time for making payments, or temporarily allowed to make smaller payments than scheduled.

The **holder** of your Direct Loans is the U.S. Department of Education (the Department). The holder of your FFEL Program loans may be a lender, secondary market, guaranty agency, or the Department. Your loan holder may use a servicer to handle billing, payment, repayment options, and other communications on your loans. References to "your loan holder" on this form mean either your loan holder or your servicer.

Page 1492
PX23 France Decl.
Attach. JJJ

## SECTION 9: DEFINITIONS (CONTINUED)

A **partial financial hardship** is an eligibility requirement for the IBR and PAYE plans. You have a partial financial hardship when the annual amount due on all of your eligible loans (or, if you are also required to provide documentation of your spouse's income, the annual amount due on all of your eligible loans and your spouse's eligible loans) exceeds 10% (for the PAYE plan and for new borrowers under the IBR plan) or 15% (for those who are not new borrowers under the IBR plan) of the amount by which your adjusted gross income (AGI) exceeds 150% of the annual poverty guideline amount for your family size and state of residence. The annual amount due is calculated based on the greater of **(1)** the total amount owed on eligible loans at the time those loans initially entered repayment, or **(2)** the total amount owed on eligible loans at the time you initially request the PAYE or IBR plan. The annual amount due is calculated using a standard repayment plan with a 10-year repayment period, regardless of loan type. When determining whether you have a partial financial hardship for the PAYE plan, the Department will include any FFEL Program loans that you have into account even though those loans are not eligible to be repaid under the PAYE plan, except for: (1) a FFEL Program loan that is in default, (2) a Federal PLUS Loan made to a parent borrower, or (3) a Federal Consolidation Loan that repaid a Federal or Direct PLUS Loan made to a parent borrower.

The **standard repayment plan** has a fixed monthly payment amount over a repayment period of up to 10 years for loans other than Direct or Federal Consolidation Loans, or up to 30 years for Direct and Federal Consolidation Loans.

### DEFINITIONS FOR THE REPAYE PLAN:

The **Revised Pay As You Earn (REPAYE) plan** is a repayment plan with monthly payments that are generally equal to 10% of your discretionary income, divided by 12.

**Discretionary income for the REPAYE plan** is the amount by which your adjusted gross income exceeds 150% of the poverty guideline amount for your state of residence and family size. If you are married, your AGI generally includes your spouse's income regardless of how you file your federal income tax return.

**Eligible loans for the REPAYE plan** are Direct Loan Program loans other than: **(1)** a loan that is in default, **(2)** a Direct PLUS Loan made to a parent borrower, or **(3)** a Direct Consolidation Loan that repaid a Direct or Federal PLUS Loan made to a parent borrower. FFEL Program Loans, Federal Perkins Loans, HEAL loans or other health education loans, and private education loans are not eligible to be repaid under the REPAYE plan.

### DEFINITIONS FOR THE PAYE PLAN:

The **Pay As You Earn (PAYE) plan** is a repayment plan with monthly payments that are generally equal to 10% of your discretionary income, divided by 12, but will never be more than what you would have paid under the standard repayment plan with a 10-year repayment period based on what you owed when you entered the PAYE plan.

**Discretionary income for the PAYE plan** is the amount by which your adjusted gross income exceeds 150% of the poverty guideline amount for your state of residence and family size. To initially qualify for PAYE and to continue making payments based on your income under this plan, you must have a partial financial hardship (see definition). If you are married and file a joint federal income tax return, your AGI includes your spouse's income.

**Eligible loans for the PAYE plan** are Direct Loan Program loans received by a new borrower other than: **(1)** a loan that is in default, **(2)** a Direct PLUS Loan made to a parent borrower, or **(3)** a Direct Consolidation Loan that repaid a Direct or Federal PLUS Loan made to a parent borrower. FFEL Program Loans, Federal Perkins Loans, HEAL loans or other health education loans, and private education loans are not eligible to be repaid under the PAYE plan.

You are a **new borrower for the PAYE plan** if: **(1)** you have no outstanding balance on a Direct Loan or FFEL Program loan as of October 1, 2007 or have no outstanding balance on a Direct Loan or FFEL Program loan when you obtain a new loan on or after October 1, 2007, and **(2)** you receive a disbursement of a Direct Subsidized Loan, Direct Unsubsidized Loan, or a Direct PLUS Loan made to a student borrower on or after October 1, 2011, or you receive a Direct Consolidation Loan based on an application received on or after October 1, 2011. However, you are **not** considered a new borrower if the Direct Consolidation Loan you receive repays loans that would make you ineligible under part **(1)** of this definition.

**Page 1493**
**PX23 France Decl.**
**Attach. JJJ**

## SECTION 9: DEFINITIONS (CONTINUED)

### DEFINITIONS FOR THE IBR PLAN:

The **Income-Based Repayment (IBR) plan** is a repayment plan with monthly payments that are generally equal to 15% (10% if you are a new borrower) of your discretionary income, divided by 12, but will never be more than what you would have paid under the standard repayment plan with a 10-year repayment period based on what you owed when you entered the IBR plan.

**Discretionary income for the IBR plan** is the amount by which your adjusted gross income exceeds 150% of the poverty guideline amount for your state of residence and family size. To initially qualify for IBR and to continue making payments based on your income under this plan, you must have a partial financial hardship (see definition). If you are married and file a joint federal income tax return, your AGI includes your spouse's income.

**Eligible loans for the IBR plan** are Direct Loan and FFEL Program loans other than: **(1)** a loan that is in default, **(2)** a Direct or Federal PLUS Loan made to a parent borrower, or **(3)** a Direct or Federal Consolidation Loan that repaid a Direct or Federal PLUS Loan made to a parent borrower. Federal Perkins Loans, HEAL loans or other health education loans, and private education loans are not eligible to be repaid under the IBR plan.

You are a **new borrower for the IBR plan** if **(1)** you have no outstanding balance on a Direct Loan or FFEL Program loan as of July 1, 2014 or **(2)** have no outstanding balance on a Direct Loan or FFEL Program loan when you obtain a new loan on or after July 1, 2014.

### DEFINITIONS FOR THE ICR PLAN:

The **Income-Contingent Repayment (ICR) plan** is a repayment plan with monthly payments that are the lesser of **(1)** what you would pay on a repayment plan with a fixed monthly payment over 12 years, adjusted based on your income or **(2)** 20% of your discretionary income divided by 12.

**Discretionary income for the ICR plan** is the amount by which your adjusted gross income exceeds the poverty guideline amount for your state of residence and family size. If you are married and file a joint federal income tax return or if you choose to repay your Direct Loans jointly with your spouse, your AGI includes your spouse's income.

**Eligible loans for the ICR plan** are Direct Loan Program loans other than: **(1)** a loan that is in default, **(2)** a Direct PLUS Loan made to a parent borrower, or **(3)** a Direct PLUS Consolidation Loan (these are Direct Consolidation Loans made based on an application received prior to July 1, 2006 that repaid Direct or Federal PLUS Loans made to a parent borrower). However, a Direct Consolidation Loan made based on an application received on or after July 1, 2006 that repaid a Direct or Federal PLUS Loan made to a parent borrower is eligible for the ICR plan. FFEL Program Loans, Federal Perkins Loans, HEAL loans or other health education loans, and private education loans are not eligible to be repaid under the ICR plan.

**Page 1494**
**PX23 France Decl.**
**Attach. JJJ**

8347988

## SECTION 10: INCOME-DRIVEN PLAN ELIGIBILITY REQUIREMENTS AND GENERAL INFORMATION

### Table 1. Income-driven repayment plan eligibility requirements and general information.

| | REPAYE | PAYE | IBR | IBR for New Borrowers | ICR |
|---|---|---|---|---|---|
| **Payment Amount** | Generally, 10% of discretionary income. | Generally, 10% of discretionary income. | Generally, 15% of discretionary income. | Generally, 10% of discretionary income. | Lesser of 20% of discretionary income or what you would pay under a repayment plan with fixed payments over 12 years, adjusted based on your income. |
| **Cap on Payment Amount** | None. Your payment may exceed what you would have paid under the standard repayment plan with a 10-year repayment period. | What you would have paid under the standard repayment plan with a 10-year repayment period when you entered the plan. | What you would have paid under the standard repayment plan with a 10-year repayment period when you entered the plan. | What you would have paid under the standard repayment plan with a 10-year repayment period when you entered the plan. | None. Your payment may exceed what you would have paid under the standard repayment plan with a 10-year repayment period. |
| **Married Borrowers** | You must provide income documentation for yourself and your spouse regardless of whether you file a joint or separate Federal income tax return unless you and your spouse (1) are separated or (2) you are unable to reasonably access your spouse's income information. | You must provide income documentation for you and your spouse only if you file a joint Federal income tax return. | You must provide income documentation for you and your spouse only if you file a joint Federal income tax return. | You must provide income documentation for you and your spouse only if you file a joint Federal income tax return. | You must provide income documentation for you and your spouse only if you file a joint Federal income tax return or if you and your spouse choose to jointly repay under the plan. |
| **Borrower Responsibility for Interest if Payment Does Not Cover All Interest That Accrues** | • On subsidized loans, you do not have to pay the difference between your monthly payment amount and the remaining interest that accrues for your first 3 consecutive years of repayment under the plan.<br>• On subsidized loans after the first consecutive 3 years and on unsubsidized loans during all periods, you are only responsible for paying half of the difference between your monthly payment amount and the remaining interest that accrues. | On subsidized loans, you do not have to pay the difference between your monthly payment amount and the remaining interest that accrues for your first 3 consecutive years of repayment under the plan. | On subsidized loans, you do not have to pay the difference between your monthly payment amount and the remaining interest that accrues for your first 3 consecutive years of repayment under the plan. | On subsidized loans, you do not have to pay the difference between your monthly payment amount and the remaining interest that accrues for your first 3 consecutive years of repayment under the plan. | You are responsible for paying all of the interest that accrues. |

*Page 8 of 13*

8347988

# SECTION 10: INCOME-DRIVEN PLAN ELIGIBILITY REQUIREMENTS AND GENERAL INFORMATION (CONTINUED)

| | REPAYE | PAYE | IBR | IBR for New Borrowers | ICR |
|---|---|---|---|---|---|
| **Forgiveness Period** | • If you only have eligible Direct Loans that you received for undergraduate study, any remaining balance is forgiven after 20 years of qualifying repayment on all of your loans.<br>• If you have any eligible Direct Loans that you received for graduate or professional study, any remaining balance is forgiven after 25 years of qualifying repayment on all of your loans.<br><br>Forgiveness may be taxable.<br><br>Any months when you received an economic hardship deferment are considered the equivalent of qualifying payments, but not any months you received any other type of deferment or months you received any type of forbearance. | Any remaining balance is forgiven after 20 years of qualifying repayment, and may be taxable.<br><br>Any months when you received an economic hardship deferment are considered the equivalent of qualifying payments, but not any months you received any other type of deferment or months you received any type of forbearance. | Any remaining balance is forgiven after 25 years of qualifying repayment, and may be taxable.<br><br>Any months when you received an economic hardship deferment are considered the equivalent of qualifying payments, but not any months you received any other type of deferment or months you received any type of forbearance. | Any remaining balance is forgiven after 20 years of qualifying repayment, and may be taxable.<br><br>Any months when you received an economic hardship deferment are considered the equivalent of qualifying payments, but not any months you received any other type of deferment or months you received any type of forbearance. | Any remaining balance is forgiven after 25 years of qualifying repayment, and may be taxable.<br><br>Any months when you received an economic hardship deferment are considered the equivalent of qualifying payments, but not any months you received any other type of deferment or months you received any type of forbearance. |
| **Income Requirement to Enter Plan** | None. | You must have a "partial financial hardship". | You must have a "partial financial hardship". | You must have a "partial financial hardship". | None. |
| **Borrower Eligibility Requirement** | You must be a Direct Loan borrower with eligible loans. | You must be a "new borrower" with eligible Direct Loans. | You must be a Direct Loan or FFEL Program borrower with eligible loans. | You must be a "new borrower" with eligible Direct Loans. | You must be a Direct Loan borrower with eligible loans. |
| **Requirement to Recertify Income and Family Size** | Annually. Failure to submit documentation by the deadline will result in capitalization of interest and being placed on the alternative repayment plan with a payment that will ensure that your loan is paid in full over a period that is the lesser of 10 years or the remainder of 20 or 25 years. | Annually. Failure to submit documentation by the deadline may result in the capitalization of interest and will increase the payment amount to the 10-year standard payment amount. | Annually. Failure to submit documentation by the deadline will result in the capitalization of interest and increase in payment amount to the 10-year standard payment amount. | Annually. Failure to submit documentation by the deadline will result in the capitalization of interest and increase in payment amount to the 10-year standard payment amount. | Annually. Failure to submit documentation by the deadline will result in the recalculation of your payment amount to be the 10-year standard payment amount. |

*Page 9 of 13*

8347988

# SECTION 10: INCOME-DRIVEN PLAN ELIGIBILITY REQUIREMENTS AND GENERAL INFORMATION (CONTINUED)

| | REPAYE | PAYE | IBR | IBR for New Borrowers | ICR |
|---|---|---|---|---|---|
| **Leaving the Plan** | At any time, you may change to any other repayment plan for which you are eligible. | At any time, you may change to any other repayment plan for which you are eligible. | If you want to leave the plan, you will be placed on the standard repayment plan. You may not change to a different plan until you have made at least one payment under the standard repayment plan or a payment under a reduced-payment forbearance. | If you want to leave the plan, you will be placed on the standard repayment plan. You may not change to a different plan until you have made at least one payment under the standard repayment plan or a payment under a reduced-payment forbearance. | At any time, you may change to any other repayment plan for which you are eligible. |
| **Interest Capitalization** | Interest is capitalized when you are removed from the plan for failing to recertify your income by the deadline or when you voluntarily leave the plan. Otherwise, interest capitalizes at the expiration of a deferment or forbearance. | If you are determined to no longer have a "partial financial hardship" or if you fail to recertify your income by the deadline, interest is capitalized until the outstanding principal balance on your loans is 10% greater than it was when you entered the plan. Interest is also capitalized when you leave the plan. | If you are determined to no longer have a "partial financial hardship", fail to recertify your income by the deadline, or leave the plan, interest is capitalized. | If you are determined to no longer have a "partial financial hardship", fail to recertify your income by the deadline, or leave the plan, interest is capitalized. | Interest that accrues when your payment amount is less than accruing interest on your loans is capitalized annually until the outstanding principal balance on your loans is 10% greater than it was when your loans entered repayment. |

*Page 10 of 13*

$(appId)

## SECTION 10: INCOME-DRIVEN PLAN ELIGIBILITY REQUIREMENTS AND GENERAL INFORMATION (CONTINUED)

| | REPAYE | PAYE | IBR | IBR for New Borrowers | ICR |
|---|---|---|---|---|---|
| Re-Entering the Plan | You must provide income documentation for the period when you were not on the REPAYE plan. Your loan holder will calculate the amount you would have been required to pay under the REPAYE plan during that period and compare that to the amount you were required to pay under a different plan over the same period. If the amount you would have been required to pay under the REPAYE plan is more than what you actually paid during this period, your new payment amount under the REPAYE plan will be increased. The increased amount is equal to the difference between what you were required to pay while not on the REPAYE plan and what you would have been required to pay if you had been on the REPAYE plan, divided by the number of months remaining in your 20- or 25-year forgiveness period. | You must again show that you have a "partial financial hardship". | You must again show that you have a "partial financial hardship". | You must again show that you have a "partial financial hardship". | No restrictions. |

*Page 11 of 13*

$(appId)

## SECTION 11: SAMPLE PAYMENT AMOUNTS

The tables below provide repayment estimates under the traditional and income-driven repayment plans. These figures are estimates based on an interest rate of 6%, the average Direct Loan interest rate for undergraduate and graduate borrowers. The figures also assume a family size of 1, that you live in the continental U.S., and that your income increases 5% each year. Various factors, including your interest rate, your loan debt, your income, and if and how quickly your income rises, may cause your repayment to differ from the estimates shown in these tables. These figures use the 2015 Poverty Guidelines and Income Percentage Factors.

**Table 2. Non-Consolidation, Undergraduate Loan Debt of $30,000 in Direct Unsubsidized Loans and Starting Income of $25,000**

| Repayment Plan | Initial Payment | Final Payment | Time in Repayment | Total Paid | Loan Forgiveness |
|---|---|---|---|---|---|
| Standard | $333 | $333 | 10 years | $39,967 | N/A |
| Graduated | $190 | $571 | 10 years | $42,636 | N/A |
| Extended-Fixed | Ineligible | - | - | - | - |
| Extended-Graduated | Ineligible | - | - | - | - |
| PAYE & IBR (new borrowers) | $61 | $299 | 20 years | $38,714 | $27,164 |
| REPAYE | $61 | $299 | 20 years | $38,714 | $23,672 |
| IBR | $92 | $333 | 21 years, 6 months | $60,441 | $0 |
| ICR | $197 | $255 | 19 years, 2 months | $51,838 | $0 |

**Table 3. Non-Consolidation, Undergraduate/Graduate Loan Debt of $60,000 in Direct Unsubsidized Loans and Starting Income of $40,000**

| Repayment Plan | Initial Payment | Final Payment | Time in Repayment | Total Paid | Loan Forgiveness |
|---|---|---|---|---|---|
| Standard | $666 | $666 | 10 years | $79,935 | N/A |
| Graduated | $381 | $1,143 | 10 years | $85,272 | N/A |
| Extended-Fixed | $387 | $387 | 25 years | $115,974 | N/A |
| Extended-Graduated | $300 | $582 | 25 years | $126,173 | N/A |
| PAYE & IBR (new borrowers) | $186 | $615 | 20 years | $88,314 | $41,008 |
| REPAYE | $186 | $819 | 24 years, 11 months | $131,061 | $0 |
| IBR | $279 | $666 | 18 years, 1 month | $107,385 | $0 |
| ICR | $471 | $586 | 13 years, 8 months | $89,152 | $0 |

*Page 12 of 13*

## SECTION 12: IMPORTANT NOTICES

**Privacy Act Notice.** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authorities for collecting the requested information from and about you are §421 et seq. and §451 et seq. of the Higher Education Act of 1965, as amended (20 U.S.C. 1071 et seq. and 20 U.S.C. 1087a et seq.), and the authorities for collecting and using your Social Security Number (SSN) are §§428B(f) and 484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the Federal Family Education Loan (FFEL) Program or the William D. Ford Federal Direct Loan (Direct Loan) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the FFEL and/or Direct Loan Programs, to permit the servicing of your loan(s), and, if it becomes necessary, to locate you and to collect and report on your loan(s) if your loan(s) becomes delinquent or defaults. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed, on a case-by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loan(s), to enforce the terms of the loan(s), to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions. To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment statuses, disclosures

may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

**Paperwork Reduction Notice.** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a currently valid OMB control number. The valid OMB control number for this information collection is 1845-0102. Public reporting burden for this collection of information is estimated to average 20 minutes (0.33 hours) per response, including the time for reviewing instructions, searching existing data resources, gathering and maintaining the data needed, and completing and reviewing the information collection. Individuals are obligated to respond to this collection to obtain a benefit in accordance with 34 CFR 682.215, 685.209, or 685.221.

**If you have questions regarding the status of your individual submission of this form, contact your loan holder (see Section 7).**

Page 1500
PX23 France Decl.
Attach. JJJ

# US Financial Freedom Center

**Case #:** 12379000

| | | | |
|---|---|---|---|
| **Consumer Info:** |  La Crosse, WI 760█ █████@gmail.com | **Business Info:** | US Financial Freedom Center 7901 Stoneridge Dr #504 Pleasanton, CA 94588 (844) 358-8733 |

**Date Filed:** 9/11/2017 2:38:47 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I have been contacted by this company every day for weeks at a time. Then they will contact several times a day from different locations. Each time I would tell them not to contact me again to no avail. They told me that if I wanted to take advantage of this great federal program that I would need to provide them with my social security number, birth date and bank account information. I also asked for information about their company and never received any correspondence regarding their company. Again they called again today and I was transferred to a supervisor. The supervisor sent me an email without me providing them with that information. This means they have my contact information without my consent. I'm not sure how they got my information but this is not a good company. I would run from them.

**Consumer's Desired Resolution:**

I want to warn others of the potential danger of this company.  I believe this could be a scam and know they have personal information which they should not have.

## Complaint Timeline

| | | |
|---|---|---|
| **09/11/2017** | Automation: Auto Process **Complaint Form** | |
| **09/12/2017** | Pending initial Business response: Action Taken **Threshold Application** | |
| **09/14/2017** | Business Responded to Complaint: Action Taken: Extranet **js@usffc.org** | |
| **09/15/2017** | Pending consumer Response: Action taken **mol@bbbemail.org** | |
| **09/15/2017** | Close the complaint as Resolved: Action Taken: Extranet ████████████ **@gmail.com** | |
| **09/16/2017** | Resolved: Action Taken **Threshold Application** | |

## Complaint Messages

**09/14/2017 - Jay Singh**
Respond to Complaint
*Consumer will no longer be contacted.We sincerely apologize for any inconvenience faced by the consumer.*


**09/15/2017 -** ███████████
I accept the business's response to resolve this complaint
Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12379000, and find that this resolution is satisfactory to me. I would like the company to be honest with people about what they do.  I fear they are not a legitimate student loan forgiveness company and others may be hurt by their solicitations.


Sincerely,

███████



## SERVICE AGREEMENT

This service agreement ("Agreement") is made and entered into this 17th day of February, 2017, by and between 1FILE.org ("1FILE.ORG"), and ██████ hereinafter referred to as ("Client"), whose address is ████████████, Salt Lake City UT █████, with reference to the following.

### RECITALS

A. 1FILE.ORG provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation") and/or restructure the current payment to a new ("Income-Driven Repayment");

B. Client requests 1FILE.ORG perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth, below, 1FILE.ORG and Client do hereby agree to the following:

**1. Client Loan Service Definition.**

1FILE.ORG provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. 1FILE.ORG will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

**2. Nature of Service; No Legal or Tax Advice.**

1FILE.ORG is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. The Client acknowledges that 1FILE.ORG is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

**3. Rehabilitation; Garnishment.**

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, 1FILE.ORG will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, 1FILE.ORG will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

**4. Fees.**

Client agrees to pay 1FILE.ORG a Service fee of $849.00 for providing the Services. In addition Client agrees to pay 1FILE.ORG a Monthly Maintenance fee of: $39.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, 1FILE.ORG will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

**5. Refund.**

Client understands that 1FILE.ORG is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website. However, 1FILE.ORG guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with 1FILE.ORG providing all information requested by 1FILE.ORG and DOE in a timely manner as deemed by 1FILE.ORG and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 30 days of any loan application denial by the DOE. 1FILE.ORG will reimburse 100% of the Service fee paid by Client.

**6. Process.**

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. 1FILE.ORG relies on the applicable lender(s) and 1FILE.ORG cannot be held liable for delayed completion due to delays in obtaining information or approvals from third parties or the DOE. The average completion time to process a Federal Student Loan Consolidation through 1FILE.ORG is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

**7. Client Warranty.**

Client expressly represents and warrants that they will provide 1FILE.ORG with information that is complete and accurate to the best of their

knowledge. 1FILE.ORG is under no obligation to independently verify the information provided by Client.

**8. Client Authorization.**

I hereby authorize 1FILE.ORG to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize 1FILE.ORG to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information 1FILE.ORG obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

**9. Arbitration and Choice of Law.**

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

**10. Indemnification.**

Client hereby agrees to defend and hold harmless 1FILE.ORG from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

**11. Termination of Agreement.**

Client may cancel this contract any time with written notice to 1FILE.ORG prior to being approved for Federal Student Loan Consolidation. Any fees paid to 1FILE.ORG at time of cancellation shall be deemed earned as long as 1FILE.ORG has acted in good faith in performing services on behalf of Client. 1FILE.ORG may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, 1FILE.ORG (1FILE.ORG), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (844) 593-8072.

_____  
NAME

SI_____

02/17/2017  
_____  
DATE

SSN

**Privacy Policy**

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal information. Personal information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: Information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports; information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and 1FILE.ORG to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact 1FILE.ORG Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e. exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt-out' of having personal information shared. By providing information to 1FILE.ORG you are consenting to the collection, use, and disclosure of personal information in the manner described in this privacy policy. This Policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

**5772 Bolsa Ave, Suite 220, Huntington Beach CA 92649 - (844) 593-8072**

Email address: processing@1file.org

████████        _____
    NAME

02/17/2017      _____
    DATE



**Limited Scope Power of Attorney**

- THIS LIMITED POWER OF ATTORNEY IS **ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION** ("DOE") AND CLIENT, ███████ ("GRANTOR"). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.

- I, ███████, Social Security # ███████, residing at ███████ , Salt Lake City UT ███ , Salt Lake City UT ███ , this date, Feb 17, 2017, hereby appoints 1FILE.ORG as my ATTORNEY-IN-FACT to perform on my behalf as indicated below.  With this signature, ███████ authorizes 1FILE.ORG to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,

1.      Access my account with the DOE, including taking steps and providing information necessary to access the account.

2.      Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3.      Drafting and, following my execution, submitting an application to the DOE.

4.      Engaging sub-contractors as may be appropriate to perform the services.

1FILE.ORG has full authority to represent me, ███████, to perform the services outlined in the Service Agreement.

This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:

1.      It is revoked, suspended or terminated in writing by the GRANTOR; or

2.      The contract is terminated for any reason, whichever is earlier to occur.

**5772 Bolsa Avenue Suite 220, Huntington Beach CA 92649**

███████
_____          _____
NAME                                                              SIGN

02/17/2017
_____
DATE

 United States Department of Education

## Certification of Identity & Authorization to Disclose Personal Information

**Privacy Act Statement.** Department regulations require a person who submits a written request for access or disclosure of records to submit personal data sufficient to identify the individual submitting the request. 34 C.F.R. Section 5b.5(b). We solicit the information requested here in order to ensure that the records of individuals who are the subject of Department systems of records are not wrongfully disclosed by the Department. If you fail to furnish this information we will take no action to honor your request. Required information is indicated in CAPS.

FULL NAME OF REQUESTER:  [PLEASE PRINT] _____

ADDRESS: [STREET] _____

[CITY]  Salt Lake City _____  [STATE]  UT _____  [ZIP] _____

Phone: (801 )_____  Email: _____ @gmail.com

SOCIAL SECURITY NUMBER: [1] _____  DATE OF BIRTH: [MM/DD/YY] _____ /1987

### Authorization to Disclose Personal Information to Another Person

I authorize the Department of Education and its agents to release to, and discuss with, the individual named below as my representative, any records of the Department regarding my student financial assistance loan or grant obligation(s) to the Department, for the purpose of assisting me in satisfying the obligation:

FULL NAME OF REPRESENTATIVE:  1FILE.ORG - BRANCH 1 _____

ADDRESS: [STREET] _____

[CITY]  Hun ington Beach _____  [STATE] CA _____  [ZIP] _____

PHONE: ( )_____  [Relationship To Requester]  3rd Party Rep _____

I authorize the Department to honor this authorization unless and until I revoke it in a written notice and the designated office of the Department receives that notice. I understand that whenever requesting disclosure of information, the representative named here must submit information to verify his or her identity.

I UNDERSTAND THAT IN ORDER TO VERIFY HIS OR HER IDENTITY WHEN MAKING A REQUEST FOR DISCLOSURE BY TELEPHONE, THE REPRESENTATIVE MAY BE REQUIRED TO PROVIDE MY SSN, DOB, AND THE DATE ON WHICH I SIGNED THIS AUTHORIZATION.

I declare under penalty of perjury that I am the person named above as the requester, that I authorize release to the individual named as representative, and that the statements I provided here are true and accurate. I understand that any false statement is subject to punishment under 18 U.S.C. Section 1001 by fine or imprisonment of not more than five years, and that a knowing and willful request made under false pretenses for a record of an individual is subject to punishment under 5 U.S.C. Section 552a(i)(3) by a fine of up to $5000.

DATE: 02/17/2017 _____  SIGNATURE _____

[1] You are not required to provide your SSN or DOB. However, we ask you to provide your SSN and DOB only to facilitate the identification of records relating to you, and unless you provide your SSN and DOB, we may be unable to locate any or all records pertaining to you.

Completed authorizations should be mailed to:

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE TX 75403-5609



**Credit Card Authorization Form**

I ▮▮▮▮▮▮ , authorize 1 File.org to charge my credit card ▮▮▮▮▮ Fo ___ total of $849.00 on the dates listed below #117851115.

| | | |
|---|---|---|
| Feb 21, 2017 | $283.00 | — ▮▮▮ |
| Mar 22, 2017 | $283.00 | — ▮▮▮ |
| Apr 24, 2017 | $283.00 | — |

Additionally, I authorize 1 File.org to charge a Monthly Maintenance Fee of 39.00 on the 22nd of every month thereafter until loan obligations h▮▮ been fulfilled.

Your method of payment is as follows:

**Credit Card Number: Visa**          **Name On Credit Card:** ▮▮▮▮▮

**Credit Card Number:** ▮▮▮▮          **Expiration Date:** ▮▮▮▮          **Security Code - 3 digits on Back of Card:** ▮▮▮

**Billing Address of Credit Card:**

▮▮▮▮▮▮▮▮ Salt Lake City UT ▮▮▮

**Contact Numbers:**

Home Phone: 801▮▮▮▮
Cell Phone:

Amount due $849.00 Contract #117851115

**5772 Bolsa Ave, Suite 220, Huntington Beach CA 92649 - (844) 593-8072**
**Fax (949) 220-0770**
**processing@1file.org**

Signature          ̵
02/17/2017
Date



**GFB**

# GENERAL FORBEARANCE REQUEST

**William D. Ford Federal Direct Loan (Direct Loan) Program / Federal Family Education Loan (FFEL) Program / Federal Perkins Loan (Perkins Loan) Program**

OMB No. 1845-0031
Form Approved
Exp. Date 2/28/2019

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | ▮▮▮▮▮ |
| Name | ▮▮▮▮▮ |
| Address | ▮▮▮▮▮ |
| City | Salt Lake City    State UT    Zip Code ▮▮▮ |
| Telephone - Primary | 801▮▮▮ |
| Telephone - Alternate | |
| Email (Optional) | ▮▮▮▮ @gmail.com |

## SECTION 2: FORBEARANCE REQUEST

**Carefully read the entire form before completing it. Answer all questions in Section 2. Your loan holder has sole discretion in whether to grant your general forbearance request, and, if granted, for what period your forbearance will be applied.** Instead of forbearance, you may want to consider requesting a deferment (which has an interest benefit for some loan types) or changing to a repayment plan that determines your monthly payment amount based on your income. Visit StudentAid.gov/IDR for more information.

**1.** I am requesting a forbearance because I am experiencing a temporary hardship related to one of the following situations (check one):

☒ Financial difficulties

☐ Change in employment

☐ Medical expenses

☐ Other (explain the situation below)

**2.** If approved for a forbearance, I would like to:

☒ Temporarily stop making payments.

☐ Temporarily make smaller payments of

_41.44_  per month.

**3.** I would like my forbearance to begin with the monthly payment that is due in the month and year below:

_____

**4.** If approved for forbearance, I would like my forbearance to end in the month and year below, and begin making payments the following month:

_____

Page 1 of 4

**Borrower Name** _____      **Borrower SSN** _____

### SECTION 3: BORROWER/ENDORSER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATION

#### I understand that:

- I am not required to make payments of loan principal or interest during my forbearance, but interest will continue to be charged on all my loans.
- My loan holder has sole discretion in whether to grant my general forbearance request and for what dates it will be granted.
- For Perkins Loans, there is a cumulative limit on general forbearance of 3 years. For Direct Loans and FFEL Program loans, my loan holder may set a limit on general forbearance.
- My forbearance will end on the earlier of the end date that I requested, 12 months from the date my forbearance begins, or when I exhaust any limit that my loan holder has on forbearance.
- I can request another forbearance after my forbearance ends if I am still experiencing financial hardship.
- Interest may capitalize on my loans during or at the expiration of my forbearance, but interest never capitalizes on Perkins Loans.

#### I certify that:

- The information I have provided on this form is true and correct.
- I will provide additional documentation to my loan holder, if requested, to support my general forbearance request.
- I will repay my loans according to the terms of my promissory note, even if my request is not granted.

**I authorize** the entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

**Borrower's/Endorser's Signature** _____      **Date** 02/17/2017 _____

### SECTION 4: INSTRUCTIONS FOR COMPLETING THE FORBEARANCE REQUEST

Type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy) or (mm-yyyy) as appropriate. Example: March 14, 2016 = 03-14-2016. Include your name and account number on any documentation that you may be requested to submit with this form. If you want to apply for a forbearance on loans that are held by different loan holders, you must submit a separate forbearance request to each loan holder. **Return the completed form and any requested documentation to the address shown in Section 6.**

If you are an endorser, you may request forbearance only when you are required to repay the loan because the borrower is not making payments. If you have a loan made jointly with another borrower (as co-makers), you must both individually meet the requirements for a forbearance and each of you must request forbearance.

Page 1511
PX23 France Decl.
Attach. JJJ

## SECTION 5: DEFINITIONS

**Capitalization** is the addition of unpaid interest to the principal balance of your loan. Capitalization causes more interest to accrue over the life of your loan and may cause your monthly payment amount to increase. Interest never capitalizes on Perkins Loans. Table 1 (below) provides an example of the monthly payments and the total amount repaid for a $30,000 unsubsidized loan. The example loan has a 6% interest rate and the example deferment or forbearance lasts for 12 months and begins when the loan entered repayment. The example compares the effects of paying the interest as it accrues or allowing it to be capitalized.

A **co-maker** is one of the two individuals who are joint borrowers on a Direct or Federal Consolidation Loan or a Federal PLUS Loan. Both co-makers are equally responsible for repaying the full amount of the loan.

A **deferment** is a period during which you are entitled to postpone repayment of your loans. Interest is not generally charged to you during a deferment on your subsidized loans. Interest is always charged to you during a deferment on your unsubsidized loans. On loans made under the Perkins Loan Program, all deferments are followed by a post-deferment grace period of 6 months, during which time you are not required to make payments.

An **endorser** is an individual who signs a promissory note and agrees to pay the loan if the borrower does not.

The **Federal Family Education Loan (FFEL) Program** includes Federal Stafford Loans, Federal PLUS Loans, Federal Consolidation Loans, and Federal Supplemental Loans for Students (SLS).

The **Federal Perkins Loan (Perkins Loan) Program** includes Federal Perkins Loans, National Direct Student Loans (NDSL), and National Defense Student Loans (Defense Loans).

A **forbearance** is a period during which you are allowed to postpone making payments temporarily, allowed an extension of time for making payments, or temporarily allowed to make smaller payments than scheduled. A forbearance can be a mandatory forbearance, meaning that your loan holder must grant the forbearance if you qualify for the forbearance and supply all supporting documentation. A forbearance can also be a discretionary forbearance, meaning that your loan holder may grant the forbearance, but is not required to do so.

The **holder** of your Direct Loans is the Department. The holder of your FFEL Program loans may be a lender, guaranty agency, secondary market, or the Department. The holder of your Perkins Loans is an institution of higher education or the Department. Your loan holder may use a servicer to handle billing and other communications related to your loans. References to "your loan holder" on this form mean either your loan holder or your servicer.

A **subsidized loan** is a Direct Subsidized Loan, a Direct Subsidized Consolidation Loan, a Federal Subsidized Stafford Loan, portions of some Federal Consolidation Loans, Federal Perkins Loans, NDSL, and Defense Loans.

An **unsubsidized loan** is a Direct Unsubsidized Loan, a Direct Unsubsidized Consolidation Loan, a Direct PLUS Loan, a Federal Unsubsidized Stafford Loan, a Federal PLUS Loan, a Federal SLS, and portions of some Federal Consolidation Loans.

The **William D. Ford Federal Direct Loan (Direct Loan) Program** includes Federal Direct Stafford/Ford (Direct Subsidized) Loans, Federal Direct Unsubsidized Stafford/ Ford (Direct Unsubsidized) Loans, Federal Direct PLUS (Direct PLUS) Loans, and Federal Direct Consolidation (Direct Consolidation) Loans.

**Table 1. Capitalization Chart**

| Treatment of Interest with Deferment/Forbearance | Loan Amt. | Capitalized Interest | Outstanding Principal | Monthly Payment | Number of Payments | Total Repaid |
|---|---|---|---|---|---|---|
| Interest is paid | $30,000 | $0 | $30,000 | $333 | 120 | $41,767 |
| Interest is capitalized at the end | $30,000 | $1,800 | $31,800 | $353 | 120 | $42,365 |
| Interest is capitalized quarterly and at the end | $30,000 | $1,841 | $31,841 | $354 | 120 | $42,420 |

## SECTION 6: WHERE TO SEND THE COMPLETED FORBEARANCE REQUEST

Return the completed form and any documentation to:
(If no address is shown, return to your loan holder.)

If you need help completing this form, call:
(If no telephone number is shown, call your loan holder.)

Page 1512
PX23 France Decl.
Attach. JJJ

## SECTION 7: IMPORTANT NOTICES

**Privacy Act Notice.** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authorities for collecting the requested information from and about you are §421 et seq., §451 et seq., or §461 of the Higher Education Act of 1965, as amended (20 U.S.C. 1071 et seq., 20 U.S.C. 1087a et seq., or 20 U.S.C. 1087aa et seq.) and the authorities for collecting and using your Social Security Number (SSN) are §§428B(f) and 484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the William D. Ford Federal Direct Loan (Direct Loan) Program, Federal Family Education Loan (FFEL) Program, or Federal Perkins Loan (Perkins Loan) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the Direct Loan, FFEL, or Federal Perkins Loan Programs, to permit the servicing of your loans, and, if it becomes necessary, to locate you and to collect and report on your loans if your loans become delinquent or default. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed, on a case-by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loans, to enforce the terms of the loans, to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions.

To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment statuses, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

**Paperwork Reduction Notice.** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1845-0031. Public reporting burden for this collection of information is estimated to average 5 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain a benefit in accordance with 34 CFR 674.33, 682.211, and 685.205. If you have comments or concerns regarding the status of your individual submission of this form, please contact your loan holder directly (see Section 6).

**Page 1513**
**PX23 France Decl.**
**Attach. JJJ**

# E-Signature Certificate



| | |
|---|---|
| **Document ID** | 4d0a96b0-cae1-7777-cc76-091d57226866 |
| **Document Title** | 1FILE.ORG-FULL-CONTRACT-CC |
| **Sender IP** | 47.151.24.116 |
| **Number of Signers** | 1 |
| **Signer Email** | ██████████@gmail.com |
| **Signer IP** | ██████████ |
| **Timestamp** | 2017-02-17T15:17:04-06:00 |
| **Document Hash** | 4fcfcc94a715b6b852d3e442e62631ee |

5/1/2017                                    Print-friendly Student Loan Obligation Statement: May 01, 2017



GREAT LAKES ID: █████7190



# Student Loan Obligation Statement

Your Student Loan Obligation Statement provides you a snapshot of where you are with your student loan situation. You'll find the original loan amount with the remaining balance. Use the printer-friendly view if you'd like to print a record of your loan situation as of today.

## Your Student Loan Obligation Statement as of May 01, 2017

| Lender | Balance |
|---|---|
| U.S. DEPARTMENT OF EDUCATION (777581) | $32,798.86 |

| Consolidation Loans | 141347190010201 |
|---|---|
| Date Account Opened | 03/27/2017 |
| Original Loan Amount | $32,650.14 |
| Status | Repayment - Good Standing |
| Scheduled Monthly Payment [1] | $56.12 |
| Next Payment Due | 05/11/2017 |
| Repayment Plan | Revised Pay As You Earn |

[1] This monthly payment amount is valid through 05/11/2018. Income-driven repayment plans are approved for one year at a time. If you fail to recertify your REPAYE repayment plan, you will be placed on the REPAYE Alternative repayment plan and any unpaid accrued interest will be capitalized. The REPAYE Alternative repayment plan period is the lesser of 10 years or whatever is left on your 20- or 25-year REPAYE repayment period, and the monthly payment amount will be a fixed amount that will pay your loans in full during that period.

Balance

**Page 1516**
**PX23 France Decl.**
**Attach. JJJ**