| | |
|---|---|
| Subsidized Principal | $11,759.67 @ 4.750% |
| Unsubsidized Principal | $20,890.47 @ 4.750% |
| Accrued Interest | $148.72 |
| **Total** | **$32,798.86** |

Printed from **mygreatlakes.org** on **5/1/2017, 5:21PM Central Time**

# Attachment KKK

Anna Howe - Chief Operating Officer - 1File.org | LinkedIn

Join now    Sign in

Anna Howe



**Anna Howe**
Chief Operating Officer at 1File.org
Orange County, California Area · 182 connections

Join to Connect

 **1File.org**

Southern California College of
Business and Law

## Activity

 **Oversight: the solution to pollution is dilution.**
Liked by Anna Howe

## Experience

 **1File.org**
4 years 8 months

**Chief Operating Officer**
Mar 2015 – Present · 4 years 8 months
Huntington Beach, California

**Manager**
Mar 2015 – Present · 4 years 8 months
Huntington Beach, California

**Real Estate Agent**
New Century Realty & Loans

**Mortgage Loan Officer**
American Advisors Group
Nov 2013 – Feb 2015 · 1 year 4 months

Page 1518
PX23 France Decl.
Attach. KKK

# Attachment LLL

---

## Form of Certificate of Compliance*

---

I/We do certify that all of the documents, information and tangible things required by the attached Civil Investigative Demand which are in the possession, custody, control, or knowledge of the person to whom the demand is directed have been submitted to a custodian named herein.

If a document or tangible thing responsive to this Civil Investigative Demand has not been submitted, the objections to its submission and the reasons for the objection have been stated.

If an interrogatory or a portion of the request has not been fully answered or a portion of the report has not been completed, the objections to its submission and the reasons for the objections have been stated.

Signature  _Nedy Warren_

Title  _GENERAL COUNSEL_

Sworn to before me this day

_____

Notary Public

_See attached_

*In the event that more than one person is responsible for complying with this demand, the certificate shall identify the documents for which each certifying individual was responsible. In place of a sworn statement, the above certificate of compliance may be supported by an unsworn declaration as provided for by 28 U.S.C. § 1746.

---

000011

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_Signature of Document Signer No. 1_     _Signature of Document Signer No. 2 (if any)_

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me

on this _4_ day of _September_, 20_19_,
    _Date_    _Month_    _Year_
by

(1) _Nedy Amistoso Warren_

(and (2)_____ ),
    _Name(s) of Signer(s)_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Cynthia Lynn Salsman_
    _Signature of Notary Public_

CYNTHIA LYNN SALSMAN
Commission # 2146034
Notary Public - California
Los Angeles County
My Comm. Expires Apr 9, 2020

_Seal_
_Place Notary Seal Above_

——————————— **OPTIONAL** ———————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*
**Description of Attached Document**
Title or Type of Document: _Certificate of Compliance_ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5910

**CERTIFICATION OF COMPLIANCE**
Pursuant to 28 U.S.C. § 1746

I, _NEDY WARREN_, certify the following with respect to the Federal Trade

Commission's ("FTC") Civil Investigative Demand directed to California Commerce Club, Inc.,

d/b/a The Commerce Casino & Hotel (the "Company") (FTC File No. 1923040) (the "CID"):

    1.    The Company has identified all documents, information, and/or tangible things

("responsive information") in the Company's possession, custody, or control responsive to the

CID and either:

        (a) provided such responsive information to the FTC; or

        (b) for any responsive information not provided, given the FTC written objections

            setting forth the basis for withholding the responsive information.

    2.    I verify that the responses to the CID are complete and true and correct to my

knowledge.

I certify under penalty of perjury that the foregoing is true and correct.

Date: _9/4/19_

Nedy Warren
Signature

_NEDY WARREN_
Printed Name

_GENERAL COUNSEL_
Title

000012

**CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to 28 U.S.C. § 1746**

1.  I, _NEDY WARREN_, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.  I have authority to certify the authenticity of the records produced by California Commerce Club, Inc., d/b/a The Commerce Casino & Hotel (the "Company") and attached hereto.

3.  The documents produced and attached hereto by the Company are originals or true copies of records of regularly conducted activity that:

    a)  Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b)  Were kept in the course of the regularly conducted activity of the Company; and

    c)  Were made by the regularly conducted activity as a regular practice of the Company.

I certify under penalty of perjury that the foregoing is true and correct.

Date: _9/4/19_         _Nedy Warren_
                          Signature

000013

# Attachment MMM

**COMMERCE CASINO**                                          08/28/2019 14:12

## Exchange Chips Log


**THE COMMERCE**
CASINO & HOTEL

| Player ID | P0124995 |
|---|---|
| Player Name | RUDDY BARAHONA |

| No | Date | Recorded By | Amount |
|---|---|---|---|
| **Chips Purchase** | | | |
| 1 | 06/10/2019 13:53 | | $3,000.00 |
| 2 | 05/30/2019 13:47 | | $1,000.00 |
| 3 | 05/30/2019 13:08 | | $6,000.00 |
| 4 | 05/30/2019 12:11 | | $3,000.00 |
| 5 | 05/28/2019 19:23 | | $1,000.00 |
| 6 | 05/28/2019 16:00 | | $10,000.00 |
| 7 | 05/28/2019 12:45 | | $10,000.00 |
| 8 | 05/25/2019 01:45 | | $1,000.00 |
| 9 | 05/25/2019 00:21 | | $5,000.00 |
| 10 | 05/24/2019 23:50 | | $10,200.00 |
| 11 | 05/24/2019 23:06 | | $20,000.00 |
| 12 | 05/24/2019 21:36 | | $10,000.00 |
| 13 | 05/24/2019 21:21 | | $8,500.00 |
| 14 | 05/24/2019 20:56 | | $300.00 |
| 15 | 05/24/2019 19:18 | | $30,000.00 |
| 16 | 05/24/2019 18:42 | | $10,000.00 |
| 17 | 05/24/2019 18:20 | | $10,000.00 |
| 18 | 05/24/2019 18:00 | | $1,500.00 |
| 19 | 05/24/2019 17:54 | | $10,000.00 |
| 20 | 05/24/2019 13:55 | | $200.00 |
| 21 | 05/24/2019 12:29 | | $10,000.00 |
| 22 | 05/22/2019 13:31 | | $1,700.00 |
| 23 | 05/22/2019 13:30 | | $1,200.00 |
| 24 | 05/17/2019 15:04 | | $3,000.00 |
| 25 | 05/16/2019 11:39 | | $3,000.00 |
| 26 | 05/15/2019 12:58 | | $3,300.00 |
| 27 | 05/13/2019 15:47 | | $1,000.00 |
| **Chips Cash Out** | | | |
| 1 | 05/28/2019 20:44 | | $20,000.00 |
| 2 | 05/28/2019 14:57 | | $10,000.00 |
| 3 | 05/24/2019 23:36 | | $26,000.00 |
| 4 | 05/24/2019 20:42 | | $10,000.00 |
| 5 | 05/24/2019 20:28 | | $50,000.00 |
| 6 | 05/24/2019 13:56 | | $10,000.00 |
| 7 | 05/24/2019 13:48 | | $10,000.00 |
| 8 | 05/24/2019 13:47 | | $4,000.00 |
| 9 | 05/24/2019 13:35 | | $30,000.00 |
| 10 | 05/17/2019 15:45 | | $9,900.00 |
| 11 | 05/15/2019 20:03 | | $10,000.00 |
| 12 | 05/13/2019 17:56 | | $3,000.00 |
| 13 | 05/13/2019 15:37 | | $4,000.00 |
| 14 | 05/08/2019 15:00 | | $3,000.00 |
| 15 | 05/07/2019 18:52 | | $10,000.00 |
| 16 | 05/06/2019 19:00 | | $6,000.00 |
| **Cash for Cash** | | | |

**Page 1523**
**PX23 France Decl.**
**Attach. MMM**

| No | Date | Recorded By | Amount |
|----|------|-------------|--------|

| | |
|---|---|
| **Total Chips Purchase:** | **$173,900.00** |
| **Total Chips Cash Out:** | **$215,900.00** |
| **Total Cash for Cash:** | **$0.00** |

*COMMERCE CASINO*                                    **Exchange Chips Log**

000007                2

**COMMERCE CASINO**                                    08/28/2019 14:14

## Exchange Chips Log



| Player ID | P0143557 |
|---|---|
| Player Name | SHUNMIN HSU |

| | No | Date | Recorded By | Amount |
|---|---|---|---|---|
| **Chips Purchase** | | | | |
| | 1 | 05/28/2019 14:12 | ███████████ | $4,000.00 |
| | 2 | 05/22/2019 12:04 | ██████ | $400.00 |
| | 3 | 05/22/2019 12:03 | ██████ | $2,500.00 |
| **Chips Cash Out** | | | | |
| | 1 | 05/28/2019 20:33 | █████████ | $25,000.00 |
| | 2 | 05/28/2019 14:53 | ███████████ | $10,000.00 |
| **Cash for Cash** | | | | |

| Total Chips Purchase: | $6,900.00 |
|---|---|
| Total Chips Cash Out: | $35,000.00 |
| Total Cash for Cash: | $0.00 |

**Page 1525**
**PX23 France Decl.**
**Attach. MMM**

# Attachment NNN

## DECLARATION OF CUSTODIAN OF RECORDS

STATE OF NEVADA          )
                                           ) ss:
COUNTY OF CLARK       )

     COMES NOW, Kendra Deno, who after being first duly sworn, deposes and says:

1. That the Deponent is the Custodian of Records of Station Casinos LLC, and in such capacity is the custodian of the business records of the office or institution.

2. That on or about August 28, 2019, Deponent was served a Civil Investigative Demand in regards to Loc Phu, Shunmin Hsu and Ruddy Palacios from the Federal Trade Commission which requests any and all documentation as set forth in the demand (attached hereto and incorporated herein by reference).

3. That the Deponent has examined the original of those records and has made a true and exact copy of them and that the reproduction of them attached hereto is true and complete.

4. That the original of those records was made at or near the time of the acts, events, conditions, opinions or diagnosis recited therein by or from information transmitted by a person with knowledge in the course of a regularly conducted activity of the Deponent or the office or institution in which the Deponent is engaged.



CUSTODIAN OF RECORDS

SUBSCRIBED and SWORN TO before me
this  5  day of September , 2019.

NOTARY PUBLIC in and for said
County and State.

AMELIA CARR
Notary Public, State of Nevada
Appointment No. 19-1981-1
My Appt. Expires May 1, 2023

## DECLARATION OF CUSTODIAN OF RECORDS

STATE OF NEVADA          )
                         ) ss:
COUNTY OF CLARK          )

COMES NOW, Nicholas Yanez, who after being first duly sworn, deposes and says:

1. That the Deponent is the Custodian of Records of Station Casinos LLC, and in such capacity is the custodian of the tax records of the office or institution.

2. That on or about August 28, 2019, Deponent was served a Civil Investigative Demand in regards to Loc Phu, Shunmin Hsu and Ruddy Palacios from the Federal Trade Commission which requests any and all documentation as set forth in the demand (attached hereto and incorporated herein by reference).

3. That the Deponent has examined the original of those records and has made a true and exact copy of them and that the reproduction of them attached hereto is true and complete.

4. That the original of those records was made at or near the time of the acts, events, conditions, opinions or diagnosis recited therein by or from information transmitted by a person with knowledge in the course of a regularly conducted activity of the Deponent or the office or institution in which the Deponent is engaged.



CUSTODIAN OF RECORDS

SUBSCRIBED and SWORN TO before me
this 29 day of August , 2019.

NOTARY PUBLIC in and for said
County and State.

AMELIA CARR
Notary Public, State of Nevada
Appointment No. 19-1981-1
My Appt. Expires May 1, 2023

## DECLARATION OF CUSTODIAN OF RECORDS

STATE OF NEVADA     )
                            ) ss:
COUNTY OF CLARK     )

COMES NOW, Ray Gambardella, who after being first duly sworn, deposes and says:

1. That the Deponent is the Custodian of Records of PALMS CASINO HOTEL, and in such capacity is the custodian of the business records of the office or institution.

2. That on or about August 28, 2019, Deponent was served a Civil Investigative Demand in regards to Loc Phu, Shunmin Hsu and Ruddy Palacios from the Federal Trade Commission which requests any and all documentation as set forth in the demand (attached hereto and incorporated herein by reference).

3. That the Deponent has examined the original of those records and has made a true and exact copy of them and that the reproduction of them attached hereto is true and complete.

4. That the original of those records was made at or near the time of the acts, events, conditions, opinions or diagnosis recited therein by or from information transmitted by a person with knowledge in the course of a regularly conducted activity of the Deponent or the office or institution in which the Deponent is engaged.

_____
CUSTODIAN OF RECORDS

SUBSCRIBED and SWORN TO before me
this 4th day of September, 2019

_____
NOTARY PUBLIC in and for said
County and State

NATALIE R. DE BLASI
Notary Public State of Nevada
No. 16-2176-1
My Appt. Exp. March 31, 2020

# Attachment OOO

# SUBPOENA PLAY DETAIL REPORT FOR SHUNMIN HSU

FROM Mar 1, 2014 To Aug 29, 2019
DATE OF BIRTH: Aug 3, 1986
ACCOUNT NUMBER: 3997199

| Totals | Chip/Coin In | Coin Out | Jackpot Amount | Actual Win |
|---|---|---|---|---|
| | $240,726.92 | $211,017.85 | $0.00 | -$29,703.07 |

| Brand | Account Number | First Name | Last Name | Property | Product Type | Date of Play | Chip/Coin In | Coin Out | Jackpot Amount | Actual Win | Play Start Date & Time | Play Stop Date & Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HP | 3997199 | SHUNMIN | HSU | PA | P | Jul 14, 2017 | $5,000.00 | $0.00 | $0.00 | -$9,000.00 | Jul 14, 2017 7:17:00 PM | Jul 14, 2017 9:09:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Jul 14, 2017 | $0.00 | $1,125.00 | $0.00 | $1,125.00 | Jul 14, 2017 7:34:00 PM | Jul 14, 2017 7:39:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Jul 14, 2017 | $1,125.00 | $2,000.00 | $0.00 | $875.00 | Jul 14, 2017 7:39:00 PM | Jul 14, 2017 8:24:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Jul 14, 2017 | $10,000.00 | $10,000.00 | $0.00 | $0.00 | Jul 14, 2017 9:34:00 PM | Jul 14, 2017 9:45:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Jul 14, 2017 | $2,500.00 | $0.00 | $0.00 | -$2,500.00 | Jul 14, 2017 9:40:00 PM | Jul 14, 2017 9:41:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Jul 14, 2017 | $7,100.00 | $0.00 | $0.00 | -$7,100.00 | Jul 14, 2017 10:30:00 PM | Jul 14, 2017 10:50:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Jul 15, 2017 | $15,000.00 | $300.00 | $0.00 | -$14,700.00 | Jul 15, 2017 12:49:00 AM | Jul 15, 2017 2:33:00 AM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Jul 15, 2017 | $4,000.00 | $3,000.00 | $0.00 | -$1,000.00 | Jul 15, 2017 2:49:00 AM | Jul 15, 2017 3:05:00 AM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Jul 15, 2017 | $3,000.00 | $2,000.00 | $0.00 | -$1,000.00 | Jul 15, 2017 3:05:00 AM | Jul 15, 2017 3:10:00 AM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Jul 15, 2017 | $0.00 | $9,435.00 | $0.00 | $9,435.00 | Jul 15, 2017 3:10:00 AM | Jul 15, 2017 4:05:00 AM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Jul 15, 2017 | $0.00 | $4,000.00 | $0.00 | $4,000.00 | Jul 15, 2017 8:40:00 PM | Jul 15, 2017 9:21:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | S | Jul 16, 2017 | $82.25 | $6.25 | $0.00 | -$76.00 | Jul 16, 2017 4:15:00 PM | Jul 16, 2017 4:44:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Jul 16, 2017 | $0.00 | $0.00 | $0.00 | $0.00 | Jul 16, 2017 4:44:00 PM | Jul 16, 2017 4:46:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Jul 16, 2017 | $0.00 | $0.00 | $0.00 | $0.00 | Jul 16, 2017 4:52:00 PM | Jul 16, 2017 4:54:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Jul 16, 2017 | $0.00 | $600.00 | $0.00 | $600.00 | Jul 16, 2017 4:56:00 PM | Jul 16, 2017 6:56:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Oct 12, 2018 | $10,000.00 | $7,000.00 | $0.00 | -$3,000.00 | Oct 12, 2018 12:45:00 PM | Oct 12, 2018 12:57:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Oct 12, 2018 | $1,000.00 | $0.00 | $0.00 | -$1,000.00 | Oct 12, 2018 12:55:00 PM | Oct 12, 2018 1:29:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Oct 12, 2018 | $0.00 | $3,000.00 | $0.00 | $3,000.00 | Oct 12, 2018 1:21:00 PM | Oct 12, 2018 1:24:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | S | Oct 12, 2018 | $146.00 | $106.00 | $0.00 | -$40.00 | Oct 12, 2018 8:04:00 PM | Oct 12, 2018 8:07:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | S | Oct 12, 2018 | $500.00 | $0.00 | $0.00 | -$500.00 | Oct 12, 2018 8:12:00 PM | Oct 12, 2018 8:16:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Oct 12, 2018 | $300.00 | $1,600.00 | $0.00 | $1,300.00 | Oct 12, 2018 8:17:00 PM | Oct 12, 2018 9:00:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Oct 12, 2018 | $0.00 | $4,500.00 | $0.00 | $4,500.00 | Oct 12, 2018 10:47:00 PM | Oct 12, 2018 11:39:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Oct 13, 2018 | $2,000.00 | $0.00 | $0.00 | -$2,000.00 | Oct 13, 2018 2:11:00 AM | Oct 13, 2018 2:47:00 AM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Oct 13, 2018 | $10,000.00 | $8,000.00 | $0.00 | -$2,000.00 | Oct 13, 2018 2:49:00 AM | Oct 13, 2018 3:00:00 AM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Oct 13, 2018 | $8,000.00 | $0.00 | $0.00 | -$8,000.00 | Oct 13, 2018 3:03:00 AM | Oct 13, 2018 3:25:00 AM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Oct 13, 2018 | $1,000.00 | $0.00 | $0.00 | -$1,000.00 | Oct 13, 2018 6:25:00 AM | Oct 13, 2018 6:47:00 AM |
| HP | 3997199 | SHUNMIN | HSU | PA | S | Oct 13, 2018 | $550.00 | $350.00 | $0.00 | -$200.00 | Oct 13, 2018 9:01:00 PM | Oct 13, 2018 12:00:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | S | Oct 13, 2018 | $900.00 | $400.00 | $0.00 | -$500.00 | Oct 13, 2018 9:16:00 PM | Oct 13, 2018 9:20:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | S | Oct 13, 2018 | $525.00 | $530.00 | $0.00 | $5.00 | Oct 13, 2018 9:22:00 PM | Oct 13, 2018 9:25:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | S | Oct 13, 2018 | $12.50 | $0.00 | $0.00 | -$12.50 | Oct 13, 2018 10:20:00 PM | Oct 13, 2018 10:21:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | S | Oct 13, 2018 | $1,000.00 | $0.00 | $0.00 | -$1,000.00 | Oct 13, 2018 10:31:00 PM | Oct 13, 2018 10:40:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | S | Oct 13, 2018 | $115.20 | $12.00 | $0.00 | -$103.20 | Oct 13, 2018 10:34:00 PM | Oct 13, 2018 10:35:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | O | Oct 13, 2018 | $39.60 | $40.20 | $0.00 | $0.60 | Oct 13, 2018 11:26:00 PM | Oct 13, 2018 11:28:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | O | Oct 14, 2018 | $15.95 | $15.95 | $0.00 | $0.00 | Oct 14, 2018 12:00:00 AM | Oct 14, 2018 12:00:00 AM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Oct 14, 2018 | $0.00 | $200.00 | $0.00 | $200.00 | Oct 14, 2018 11:09:00 AM | Oct 14, 2018 11:05:00 AM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Apr 27, 2019 | $250.00 | $150.00 | $0.00 | -$100.00 | Apr 27, 2019 4:55:00 PM | Apr 27, 2019 4:58:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Apr 27, 2019 | $9,200.00 | $15,000.00 | $0.00 | $5,800.00 | Apr 27, 2019 4:59:00 PM | Apr 27, 2019 5:40:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Apr 27, 2019 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Apr 27, 2019 5:50:00 PM | Apr 27, 2019 6:01:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Apr 27, 2019 | $6,500.00 | $0.00 | $0.00 | -$6,500.00 | Apr 27, 2019 6:01:00 PM | Apr 27, 2019 6:21:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Apr 27, 2019 | $1,000.00 | $0.00 | $0.00 | -$1,000.00 | Apr 27, 2019 6:23:00 PM | Apr 27, 2019 6:31:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | O | Apr 28, 2019 | $30.90 | $0.00 | $0.00 | -$30.90 | Apr 28, 2019 12:23:00 AM | Apr 28, 2019 12:29:00 AM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Apr 28, 2019 | $9,300.00 | $2,200.00 | $0.00 | -$7,100.00 | Apr 28, 2019 3:14:00 AM | Apr 28, 2019 3:32:00 AM |
| HP | 3997199 | SHUNMIN | HSU | PA | S | Apr 28, 2019 | $7,100.00 | $0.00 | $0.00 | -$7,100.00 | Apr 28, 2019 3:31:00 AM | Apr 28, 2019 4:00:00 AM |
| HP | 3997199 | SHUNMIN | HSU | PA | S | Apr 28, 2019 | $2,075.00 | $2,415.00 | $0.00 | $340.00 | Apr 28, 2019 2:46:00 PM | Apr 28, 2019 3:37:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Apr 28, 2019 | $1,050.00 | $538.11 | $0.00 | -$511.89 | Apr 28, 2019 3:55:00 PM | Apr 28, 2019 4:02:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Apr 28, 2019 | $0.00 | $0.00 | $0.00 | $0.00 | Apr 28, 2019 4:44:00 PM | Apr 28, 2019 5:10:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Apr 28, 2019 | $0.00 | $1,100.00 | $0.00 | $1,100.00 | Apr 28, 2019 5:10:00 PM | Apr 28, 2019 5:48:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Apr 28, 2019 | $0.00 | $4,000.00 | $0.00 | $4,000.00 | Apr 28, 2019 6:10:00 PM | Apr 28, 2019 6:16:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | P | Apr 28, 2019 | $0.00 | $31,000.00 | $0.00 | $31,000.00 | Apr 28, 2019 6:16:00 PM | Apr 28, 2019 6:53:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | S | Apr 28, 2019 | $2,000.00 | $1,600.00 | $0.00 | -$400.00 | Apr 28, 2019 7:40:00 PM | Apr 28, 2019 7:52:00 PM |
| HP | 3997199 | SHUNMIN | HSU | PA | O | Apr 29, 2019 | $454.91 | $454.91 | $0.00 | $0.00 | Apr 29, 2019 12:29:00 AM | Apr 29, 2019 12:29:00 AM |
| HP | 3997199 | SHUNMIN | HSU | PA | S | Apr 29, 2019 | $501.60 | $779.02 | $0.00 | -$222.58 | Apr 29, 2019 3:49:00 PM | Apr 29, 2019 3:57:00 PM |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HP | 3997199 | SHUNNIN | HSU | PA | Apr 29, 2019 | S | $120.25 | $97.25 | $0.00 | -$23.00 Apr 29, 2019 3:58:00 PM | Apr 29, 2019 4:10:00 PM |
| HP | 3997199 | SHUNNIN | HSU | PA | Apr 29, 2019 | S | $93.50 | $87.75 | $0.00 | -$5.75 Apr 29, 2019 4:10:00 PM | Apr 29, 2019 4:15:00 PM |
| HP | 3997199 | SHUNNIN | HSU | PA | Apr 30, 2019 | O | $826.99 | $826.99 | $0.00 | $0.00 Apr 30, 2019 12:29:00 AM | Apr 30, 2019 12:29:00 AM |
| HP | 3997199 | SHUNNIN | HSU | PA | May 19, 2019 | P | $0.00 | $3,300.00 | $0.00 | $3,300.00 May 19, 2019 1:00:00 AM | May 19, 2019 1:35:00 AM |
| HP | 3997199 | SHUNNIN | HSU | PA | May 19, 2019 | P | $0.00 | $16,500.00 | $0.00 | $16,500.00 May 19, 2019 1:44:00 AM | May 19, 2019 1:59:00 AM |
| HP | 3997199 | SHUNNIN | HSU | PA | May 19, 2019 | P | $10,100.00 | $19,500.00 | $0.00 | $9,400.00 May 19, 2019 11:37:00 PM | May 20, 2019 12:25:00 AM |
| HP | 3997199 | SHUNNIN | HSU | PA | May 19, 2019 | S | $3,350.00 | $3,560.00 | $0.00 | $210.00 May 19, 2019 11:49:00 PM | May 19, 2019 11:56:00 PM |
| HP | 3997199 | SHUNNIN | HSU | PA | May 20, 2019 | P | $2,600.00 | $4,700.00 | $0.00 | $2,100.00 May 20, 2019 5:01:00 PM | May 20, 2019 5:18:00 PM |
| HP | 3997199 | SHUNNIN | HSU | PA | Jun 14, 2019 | S | $72.75 | $22.75 | $0.00 | -$50.00 Jun 14, 2019 4:11:00 PM | Jun 14, 2019 4:14:00 PM |
| HP | 3997199 | SHUNNIN | HSU | PA | Jun 14, 2019 | P | $66,400.00 | $38,200.00 | $0.00 | -$28,200.00 Jun 14, 2019 4:29:00 PM | Jun 14, 2019 6:05:00 PM |
| HP | 3997199 | SHUNNIN | HSU | PA | Jun 14, 2019 | S | $495.00 | $395.00 | $0.00 | -$100.00 Jun 14, 2019 4:31:00 PM | Jun 14, 2019 4:33:00 PM |
| HP | 3997199 | SHUNNIN | HSU | PA | Jun 14, 2019 | P | $28,200.00 | $0.00 | $0.00 | -$28,200.00 Jun 14, 2019 6:05:00 PM | Jun 14, 2019 7:08:00 PM |
| HP | 3997199 | SHUNNIN | HSU | PA | Jun 14, 2019 | S | $422.00 | $202.00 | $0.00 | -$220.00 Jun 14, 2019 8:45:00 PM | Jun 14, 2019 9:34:00 PM |
| HP | 3997199 | SHUNNIN | HSU | PA | Jun 15, 2019 | O | $66.40 | $66.40 | $0.00 | $0.00 Jun 15, 2019 12:22:00 AM | Jun 15, 2019 12:22:00 AM |

Confidential and Proprietary.  Property of Station Casinos.

Aug 29, 2019 11:59 AM

# Subpoena Comp Information Report

**Guest Name: HSU, SHUNMIN**

**Account Number: 3997199**

**Date Range: Mar 1, 2014 – Aug 29, 2019**

| Account Number | Property | Date & Time | Prize Description | Comp Amount |
|---|---|---|---|---|
| 3997199 | PA | Jul 14, 2017 4:08:00 AM | | $21.33 |
| 3997199 | PA | Jul 14, 2017 4:29:00 AM | | $60.01 |
| 3997199 | PA | Jul 14, 2017 4:39:00 PM | | $25.97 |
| 3997199 | PA | Jul 15, 2017 4:05:00 AM | | $21.33 |
| 3997199 | PA | Jul 15, 2017 4:22:00 AM | | $60.01 |
| 3997199 | PA | Jul 15, 2017 4:38:00 PM | | $680.06 |
| 3997199 | PA | Jul 15, 2017 4:39:00 PM | | $187.55 |
| 3997199 | PA | Jul 16, 2017 4:07:00 AM | | $21.33 |
| 3997199 | PA | Jul 16, 2017 11:44:00 AM | | $521.97 |
| 3997199 | PA | Jul 16, 2017 1:07:00 PM | 402 AM 10 PERCENT LOSS PTL | $0.00 |
| 3997199 | PA | Jul 16, 2017 4:39:00 PM | | $126.85 |
| 3997199 | PA | Jul 17, 2017 11:44:00 AM | | $41.96 |
| 3997199 | PA | Oct 12, 2018 4:03:00 AM | | $39.00 |
| 3997199 | PA | Oct 12, 2018 4:43:00 AM | | $600.01 |
| 3997199 | PA | Oct 13, 2018 4:03:00 AM | | $39.00 |
| 3997199 | PA | Oct 13, 2018 4:43:00 AM | | $600.01 |
| 3997199 | PA | Apr 27, 2019 3:20:00 AM | | $39.00 |
| 3997199 | PA | Apr 27, 2019 5:00:00 AM | | $360.02 |
| 3997199 | PA | Apr 27, 2019 10:38:00 AM | | $30.98 |
| 3997199 | PA | Apr 28, 2019 3:35:00 AM | | $39.00 |
| 3997199 | PA | Apr 28, 2019 4:39:00 AM | | $190.02 |
| 3997199 | PA | Apr 28, 2019 10:38:00 AM | | $33.98 |
| 3997199 | PA | Apr 28, 2019 10:39:00 AM | | $385.45 |
| 3997199 | PA | Apr 28, 2019 10:40:00 AM | | $35.48 |
| 3997199 | PA | Apr 29, 2019 3:40:00 AM | | $39.00 |
| 3997199 | PA | Apr 29, 2019 4:49:00 AM | | $190.02 |

| | | | | |
|---|---|---|---|---|
| 3997199 | PA | Apr 29, 2019 10:38:00 AM | | $16.99 |
| 3997199 | PA | Apr 29, 2019 10:40:00 AM | | $810.00 |
| 3997199 | PA | Apr 29, 2019 10:41:00 AM | | $810.00 |
| 3997199 | PA | Apr 29, 2019 10:45:00 AM | | -$810.00 |
| 3997199 | PA | May 1, 2019 10:39:00 AM | | $274.00 |
| 3997199 | PA | May 9, 2019 8:54:00 AM | HOTEL BUCKS | $72.00 |
| 3997199 | PA | May 19, 2019 3:38:00 AM | | $39.00 |
| 3997199 | PA | May 19, 2019 4:31:00 AM | | $300.01 |
| 3997199 | PA | May 20, 2019 3:23:00 AM | | $39.00 |
| 3997199 | PA | May 20, 2019 4:49:00 AM | | $300.01 |
| 3997199 | PA | May 20, 2019 9:44:00 AM | | $102.99 |
| 3997199 | PA | Jun 14, 2019 5:11:00 AM | | $39.00 |
| 3997199 | PA | Jun 14, 2019 6:24:00 AM | | $600.01 |
| 3997199 | PA | Jun 14, 2019 8:45:00 PM | | $89.99 |
| 3997199 | PA | Jun 14, 2019 8:46:00 PM | | $102.56 |
| 3997199 | PA | Jun 15, 2019 2:37:00 PM | 402 AM 10 PERCENT LOSS PTL | $0.00 |
| 3997199 | PA | Jun 15, 2019 7:38:00 PM | HOTEL BUCKS | $185.00 |
| 3997199 | PA | Jun 15, 2019 8:45:00 PM | | $98.00 |

Confidential and Proprietary. Property of Station Casinos.

1

# SUBPOENA PLAY DETAIL REPORT FOR RUDDY PALACIOS

**FROM Mar 1, 2014 TO Aug 29, 2019**

**DATE OF BIRTH: Jul 26, 1990**

**ACCOUNT NUMBER: 6895348**

| Totals | Chip/Coin In | Coin Out | Jackpot Amount | Actual Win |
|---|---|---|---|---|
| | $51,800.00 | $29,000.00 | $0.00 | -$22,800.00 |

| Email | Account Number | First Name | Last Name | Property | Date of Play | Product Type | Chip/Coin In | Coin Out | Jackpot Amount | Actual Win | Play Start Date & Time | Play Stop Date & Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HP | 6895348 | RUDDY | PALACIOS | PA | Jun 14, 2019 | P | $10,000.00 | $3,700.00 | $0.00 | -$6,300.00 | Jun 14, 2019 4:50:00 PM | Jun 14, 2019 5:30:00 PM |
| HP | 6895348 | RUDDY | PALACIOS | PA | Jun 14, 2019 | P | $3,800.00 | $0.00 | $0.00 | -$3,800.00 | Jun 14, 2019 5:18:00 PM | Jun 14, 2019 5:39:00 PM |
| HP | 6895348 | RUDDY | PALACIOS | PA | Jun 14, 2019 | P | $10,000.00 | $11,500.00 | $0.00 | $1,500.00 | Jun 14, 2019 5:40:00 PM | Jun 14, 2019 6:06:00 PM |
| HP | 6895348 | RUDDY | PALACIOS | PA | Jun 14, 2019 | P | $11,500.00 | $0.00 | $0.00 | -$11,500.00 | Jun 14, 2019 6:06:00 PM | Jun 14, 2019 8:11:00 PM |
| HP | 6895348 | RUDDY | PALACIOS | PA | Jun 14, 2019 | P | $2,000.00 | $0.00 | $0.00 | -$2,000.00 | Jun 14, 2019 9:02:00 PM | Jun 14, 2019 9:07:00 PM |
| HP | 6895348 | RUDDY | PALACIOS | PA | Jun 14, 2019 | P | $500.00 | $4,800.00 | $0.00 | $4,300.00 | Jun 14, 2019 10:15:00 PM | Jun 14, 2019 10:41:00 PM |
| HP | 6895348 | RUDDY | PALACIOS | PA | Jun 14, 2019 | P | $0.00 | $7,000.00 | $0.00 | $7,000.00 | Jun 14, 2019 11:11:00 PM | Jun 15, 2019 2:15:00 AM |
| HP | 6895348 | RUDDY | PALACIOS | PA | Jun 14, 2019 | P | $2,000.00 | $0.00 | $0.00 | -$2,000.00 | Jun 14, 2019 11:55:00 PM | Jun 15, 2019 12:01:00 AM |
| HP | 6895348 | RUDDY | PALACIOS | PA | Jun 15, 2019 | P | $9,000.00 | $0.00 | $0.00 | -$9,000.00 | Jun 15, 2019 2:15:00 AM | Jun 15, 2019 2:50:00 AM |
| HP | 6895348 | RUDDY | PALACIOS | PA | Jun 15, 2019 | P | $1,000.00 | $2,000.00 | $0.00 | $1,000.00 | Jun 15, 2019 12:55:00 PM | Jun 15, 2019 1:13:00 PM |
| HP | 6895348 | RUDDY | PALACIOS | PA | Jun 15, 2019 | P | $2,000.00 | $0.00 | $0.00 | -$2,000.00 | Jun 15, 2019 3:32:00 PM | Jun 15, 2019 4:58:00 PM |

Confidential and Proprietary, Property of Golden Casinos.

Aug 29, 2019 6:12:39 AM

# Subpoena Comp Information Report

**Guest Name: PALACIOS, RUDDY**

**Account Number: 6895348**

**Date Range: Mar 1, 2014 - Aug 29, 2019**

| Account Number | Property | Date & Time | Prize Description | Comp Amount |
|---|---|---|---|---|
| 6895348 | PA | Jun 14, 2019 5:11:00 AM | | $13.00 |
| 6895348 | PA | Jun 14, 2019 6:24:00 AM | | $333.34 |
| 6895348 | PA | Jun 15, 2019 2:38:00 PM | 402 AM 10 PERCENT LOSS PTL | $0.00 |
| 6895348 | PA | Jun 15, 2019 7:26:00 PM | | $519.51 |
| 6895348 | PA | Jun 25, 2019 5:19:00 PM | | -$166.68 |

1

Confidential and Proprietary. Property of Station Casinos.

Page 1534
PX23 France Decl.
Attach. OOO

#3001   PA          Update Customer Account Information          11:19    8/29/19

Customer Last Name: HSU                    First: SHUNMIN            MI: _
       Title(Mr/Mrs):                     JR/SR: _
        Soc.Sec.No.: ████████            D.O.B: ██████  1986    Gender: M
         ID Number:                        Type:            State: CA
          Exp Date:  8/03/         Date Checked: 10/12/18
                                                          PREFERRED
          Employer: N/A                          Tel: ___    _____
          Position:
     Bus. Address 1:
          Address 2:
       City/St/Zip:
          Country:                      Need Info: N   (Y=Yes)

            Spouse:
    Account Status: F   F/M ONLY         Acct Type: C   (C=Cred,L=Ltd,M=Mktg)
       Marker Disp: _                   Bank Float:  7    Collections: ____
                          Limit      Date      Appr
                Credit:        0    10/15/18    ____
             Temporary:        0    0/00/00     ____
              Previous:        0    0/00/00
    F3=Exit  F5=Refresh          F12=Cancel  F13=Enter PIN  F1=SSN Search

```
#3060  PA          Update Customer Address Information        11:19   8/29/19

HSU, SHUNMIN                 D.O.B.:     ██ /86        Customer #:      4255
TEMPLE CITY      CA   ███████                          Date Estab: 10/12/18

              Return Mail: _ (Y=Yes)
                Mail Code: ████████     s,M=Marketing,O=Other,N=None)
      Residence Address 1: ████████
                Address 2:
              City/St/Zip: TEMPLE CITY        CA ███████
                  Country: USA
               HOME PHONE: 626 ███████
         Other Address 1:
                Address 2:
              City/St/Zip:
                  Country:
              Other Phone:
     Marketing Address 1:
                Address 2:
              City/St/Zip:
                  Country:

 F3=Exit  F5=Refresh                          F12=Cancel
```

BP# 3597199

Credit # 4255

CCID# 01 171 118 894



# PALMS.

## CASINO RESORT

4321 West Flamingo Road, Las Vegas, Nevada 89103
Phone 702-942-7777   Fax 702-942-6025
1-866-942-7777 Ext. 6156

## FRONT MONEY/SAFEKEEPING APPLICATION

Name (Please Print) **HSU   SHUNMIN**   Date of Birth _____ **1986**
　　　　　　　Last　　　　　First　　　　　Middle

Street Address
Or Residence _____   Apt # _____

City **TEMPLE CITY**   State **CA**   Zip Code _____

Contact Phone (**626**) _____   Social Security No. _____ (Required)

E-Mail Address _____

Employer Business Name _____   Type of Business _____

Position _____   Business Phone (_____)

Employer Address _____   Suite# _____

City _____   State _____   Zip _____

**For Incoming Wires:**

Bank #1 Name _____   Branch _____

Address _____   City _____   State _____   Zip _____

Account # _____   Routing/ABA # _____
　　　　　Personal　　or　　Business

The Palms Casino Resort reserves the right to withhold the refund of any or all funds deposited to a Front Money account in the form of a check. Refunds may be withheld until the Palms Casino Resort confirms that the issuing bank has honored the check and our account has been credited. My signature below acknowledges that I have been informed of the policy and accept its terms.

"I certify that the information stated in the application is true and correct. I authorize the Palms Casino Resort and/or its agents to obtain consumer reports, contact financial institutions, and to check my credit history in order to evaluate my credit application. I give permission to the Palms Casino Resort and/or its agents to obtain information regarding my account with the banks I have listed. I will not hold these banks responsible for any information released and will be responsible for any fees charged by my banks." The confidentiality of the information you have furnished will be preserved except when disclosure of this information is required by applicable law. WE ARE UNABLE TO PROCESS INCOMPLETE APPLICATIONS.

**Warning:** For the purposes of Nevada law, a credit instrument is identical to a personal check and may be deposited in or presented for payment to a bank or other financial institution on which the credit instrument is drawn. Willfully drawing or passing a credit instrument with the intent to defraud, including knowing that there are insufficient funds in an account upon which it may be drawn, is a crime in the state of Nevada which may result in criminal prosecution in addition to civil proceedings to collect the outstanding debt.

X _____   **10 , 12 , 18**
　Applicant signature as it appears on checking account　　Date

**Page 1537**
**PX23 France Decl.**
**Attach. OOO**

#3001  PA        Update Customer Account Information        11:18    8/29/19

Customer Last Name: PALACIOS_____      First: RUDDY_____  MI: _
          Title(Mr/Mrs): _____        JR/SR: _
          Soc.Sec.No.: ██████████        D.O.B: ██ ██ 1990   Gender: M
            ID Number: _____       Type: ██  State: US
             Exp Date: _____      Date Checked: __/14/19
                                                  PREFERRED
              Employer: DIAMOND CHOICE_____     Tel: 714  658-9745
              Position: OWNER_____
        Bus. Address 1: 1281 E DYER SUITE 750_____
           Address 2: _____
           City/St/Zip: SANTA ANA_____  CA 92705
              Country: USA_____         Need Info: N   (Y=Yes)

              Spouse: _____
        Account Status: F  F/M ONLY      Acct Type: C  (C=Cred,L=Ltd,M=Mktg)
          Marker Disp: _        Bank Float: __7    Collections: ____
                          Limit    Date    Appr
              Credit: _____   0  0/00/00  ____
           Temporary: _____   0  0/00/00  ____
           Previous: _____   0  0/00/00
   F3=Exit  F5=Refresh          F12=Cancel  F13=Enter PIN  F1=SSN Search

```
#3060  PA          Update Customer Address Information        11:18   8/29/19

PALACIOS, RUDDY          ████████      D.O.B.:  ████90      Customer #:     4645
IRVINE          CA                                          Date Estab:   6/14/19


              Return Mail:  ___ (Y=Yes)
                Mail Code:  R̄  (R=Res,B=Bus,M=Marketing,O=Other,N=None)
       Residence Address 1:  _____
                Address 2:  _____
              City/St/Zip:  IRVINE          CA    █████████
                  Country:  USA
              HOME PHONE:   714 ███████
        Other Address 1:    _____
                Address 2:  _____
              City/St/Zip:  _____  __  _____
                  Country:  _____
             Other Phone:   _____
      Marketing Address 1:  ██████████████YAHOO.COM_____
                Address 2:  _____
              City/St/Zip:  _____  __  _____
                  Country:  _____


 F3=Exit  F5=Refresh                                 F12=Cancel
```



**PALMS.**®

**CASINO RESORT**

4321 West Flamingo Road, Las Vegas, Nevada 89103
Phone 702-942-7777   Fax 702-942-6825
1-866-942-7777 Ext. 6156

PLAYER # *4645*

CCID# *0117389253*

BOARDING PASS# *6895348*

# FRONT MONEY/SAFEKEEPING APPLICATION

Name *(Please Print)* *Palacios*    *Ruddy*    — Date of Birth ▮▮▮ *90*
Last    First    Middle

Street Address
Or Residence ▮▮▮▮    Apt # _____

City *Irvine*    State *CA*    Zip Code ▮▮▮

Contact Phone ( *714* ) ▮▮▮    Social Security No. ▮▮▮▮ *(Required)*

E-Mail Address ▮▮▮▮ *yahoo.com*

Employer Business Name *Diamond choice*    Type of Business *Consulting*

Position *Owner*    Business Phone ( *714* , *658 7743*

Employer Address *1281 E Dyer*    Suite# *250*

City *Santa Ana*    State *CA*    Zip *92705*

**For Incoming Wires:**

Bank #1 Name *Wells Fargo*    Branch _____

Address _____    City _____    State _____    Zip _____

Account # _____    Routing/ABA # _____
Personal  or  Business

The Palms Casino Resort reserves the right to withhold the refund of any or all funds deposited to a Front Money account in the form of a check. Refunds may be withheld until the Palms Casino Resort confirms that the issuing bank has honored the check and our account has been credited.  My signature below acknowledges that I have been informed of the policy and accept its terms.

"I certify that the information stated in the application is true and correct.  I authorize the Palms Casino Resort and/or its agents to obtain consumer reports, contact financial institutions, and to check my credit history in order to evaluate my credit application.  I give permission to the Palms Casino Resort and/or its agents to obtain information regarding my account with the banks I have listed. I will not hold these banks responsible for any information released and will be responsible for any fees charged by my banks."  The confidentiality of the information you have furnished will be preserved except when disclosure of this information is required by applicable law. WE ARE UNABLE TO PROCESS INCOMPLETE APPLICATIONS.

**Warning: For** the purposes of Nevada law, a credit instrument is identical to a personal check and may be deposited in or presented for payment to a bank or other financial institution on which the credit instrument is drawn. Wilfully drawing or passing a credit instrument with the intent to defraud, including knowing that there are insufficient funds in an account upon which it may be drawn, is a crime in the state of Nevada which may result in criminal prosecution in addition to civil proceedings to collect the outstanding debt.

x _____    *6* , *19* , *2019*
Applicant signature as it appears on checking account    Date

# Attachment PPP



**MOHELA®** Intranet

Welcome,
Phyllis
Hollowell!

mohela.com | My Profile | SkyNet | Intranet

Phase=PROD
App=MIS - CHST-APP2

Admin & HR ▶ | Biz Development ▶ | Federal Contracts ▶ | Loan Servicing ▶ | IT ▶

**Task Detail 207560**

TMS Home  Search  Refresh  Attachment  Link Tasks  New Reminder  Add to Watch List  Print  |  Change Status  Modify Task  New Note  New

| General Info - | Modify Task |
|---|---|
| Task Tracking Number: | **207560**  CCC Number:  Policy Bulletin Number: |
| Assigned Department: | **FEDERAL CONTRACTS** |
| Application/Sub-application: | **Debt Relief Concerns -** |
| Status: | **CLOSED** |
| Assigned To: | **Johnston, Tony**  Business Analyst: |
| Requested By: | **Customer Advocacy - Chatwell, Farrell** |
| Task Type: | **Research**  Project Approval:  Severity:  Classification: |
| Required Date: | **05/23/2018** Edit  ECD:  Est. Hrs:  Act. Hrs: |
| Direct Lending: | **True**  NextGen: |
| Military Borrower: | **False** |
| Billable: | |
| File/SQL Changed: | |
| Task Title: | **SSN:** ▮▮▮▮▮  **THOMAS C** ▮▮▮▮▮ |
| Task Description: | **SSN:** ▮▮▮▮▮<br>**Borrower Name: THOMAS C** ▮▮▮▮▮<br>**Debt Relief Company: 1 fILE**<br>**Concern Detail: Borrower was contacted by the company a couple of months ago and believe he was getting a good deal he paid the 2 payments of $119 and was suppose to make one more payment of $119 then $40 for ten years and then get $9000 forgiven everything was done verbally and he has no paper work to send in the company's website is 1file.org and the phone# is 925 401 7683 for Lou or Richard. The borrower gave out his MOHELA user name and ID and a IDR application was sent by the company in his name. The borrower is good with the plan and the information submitted was accurate base on the conversation with the borrower.**<br><br>**Action Taken: Advised the borrower that the DOE has forgiveness programs but they don't work with 3rd parties advise him to call the company and see if he can get his money back and to end the deal with the company advise him to change his user ID and password set up a pin on his account looked over his IDR plan and the borrower is satisfied with the $0 payment adv that starting in June the $0 payment will start and he can renew without using a 3rd party company. Advise he can submit complaints borrower declined** |
| Distribution List: | |

Page 1541
PX23 France Decl.
Attach. PPP

| | | austinj@mohela.com; ginny.burns@mohela.com; kevind@mohela.com; margaretc@mohela.com; ray@mohela.com  Edit |
|---|---|---|
| | Entered By: | FARRELLC    5/21/2018 11:09:39 AM |
| | Last Mod. By: | TONYJ    5/21/2018 1:06:01 PM |

### Note Log (3) -                                                                 New Note

| | Created By | Created Time | Email List | Note |
|---|---|---|---|---|
| 906966 | Morgan, Robert | 05/22/2018 01:49:44 PM | | |

**\*Debt relief review\***

**-Tracked and saved complaint call from 5/21/2018.**

**-No signs of impersonation calls on this account.**

**-Possible forgery on General Forbearance application 3/22/2018. Sending a copy of the signature to management to forward to the borrower for confirmation.**

| 906622 | Johnston, Tony | 05/21/2018 01:06:01 PM | austinj@mohela.com; farrellc@mohela.com; ginny.burns@mohela.com; kevind@mohela.com; margaretc@mohela.com; ray@mohela.com; tonyj@mohela.com | |

**Placed on FSA list**

| 906556 | Chatwell, Farrell | 05/21/2018 11:09:40 AM | austinj@mohela.com; farrellc@mohela.com; ginny.burns@mohela.com; kevind@mohela.com; margaretc@mohela.com; ray@mohela.com | |

**Farrell Chatwell opened the task with required date "05/23/2018". Explanation: FC turnaround time for support**

### Attachment Log (0) -                                                       New Attachment

| AKey | Created By | Created Time | Attachment Type | File | |
|---|---|---|---|---|---|
| No Records Found! | | | | | |

### Linked Tasks (0) -                                                            Link Tasks

| | Department | App Name | Sub Name | Title | Assigned To | Status |
|---|---|---|---|---|---|---|
| No Records Found! | | | | | | |

### Reminder Log (0) -                                                           New Reminder

| RKey | Date | Note | Recipient | Executed | Created By | CreatedTime | |
|---|---|---|---|---|---|---|---|
| No Records Found! | | | | | | | |

### Status Action History (2) -                                               Change Status

| Date/Time | Previous Status | Next Status | Made By |
|---|---|---|---|
| 05/21/2018 01:06:01 PM | OPEN | CLOSED | Johnston, Tony |
| 05/21/2018 11:09:39 AM | OPEN | OPEN | Chatwell, Farrell |

Page 1542
PX23 France Decl.
Attach. PPP

TMS 207560

TMS Home   Search   Refresh
Attachment   Link Tasks   New Reminder   Change Status   Modify Task   New Note   New
Add to Watch List   Print

**Page 1543**
**PX23 France Decl.**
**Attach. PPP**

TMS 207560

**Page 1544**
**PX23 France Decl.**
**Attach. PPP**

# ☘MOHELA®Intranet

Welcome,
Phyllis
Hollowell!

| mohela.com | My Profile | SkyNet | Intranet |

Phase=PROD
App=MIS - CHST-APP1

| Admin & HR | ▶ | Biz Development | ▶ | Federal Contracts | ▶ | Loan Servicing | ▶ | IT | ▶ |

## Task Detail 178019

TMS Home   Search   Refresh Attachment   Link Tasks   New Reminder   Change Status   Modify Task   New Note   New Add to Watch List   Print

General Info -                                                                Modify Task

| | |
|---|---|
| Task Tracking Number: | **178019**      CCC Number:      Policy Bulletin Number: |
| Assigned Department: | **FEDERAL CONTRACTS** |
| Application/Sub-application: | **Debt Relief Concerns  -** |
| Status: | **CLOSED** |
| Assigned To: | **Johnston, Tony**     Business Analyst: |
| Requested By: | **Customer Advocacy  -  Dahmer, Phillip** |
| Task Type: | **Support**     Project Approval:    Severity:    Classification: |
| Required Date: | **10/31/2016** Edit     ECD:    Est. Hrs:    Act. Hrs: |
| Direct Lending: | **True**                            NextGen: |
| Military Borrower: | |
| Billable: | |
| File/SQL Changed: | |
| Task Title: | ▉▉▉▉  **KAREN E** ▉▉▉ **-- Debt Relief Concerns** |
| Task Description: | ▉▉▉▉  **KAREN E** ▉▉▉**: Borrower called in because she was possibly scammed. Borrower stated that she was contacted by 1file.org to qualify her for student loan forgiveness on an IDR repayment plan. Borrower made two payments of $199. Borrower stated her contact was Mike Anderson from usflcc.org and his phone number is 877-769-1876. Advised borrower that she can report to CFPB. Borrower stated that she wanted the plan she was applying for. Advised borrower that only loan seq 1 & 2 qualify for IDR and she doesn't have much balance left. Advised estimate payment of $0.00 for loan seq 1 & 2 based on filing single, 4 children, AGI of $27040. Prefilled application and borrower was previously placed on processing forb for EHD.** |
| Distribution List: | Edit |
| Entered By: | **PHILLIPD    10/27/2016 10:20:08 AM** |
| Last Mod. By: | **TONYJ    11/2/2016 4:14:23 PM** |

Note Log (2) -                                                                New Note

| | Created By | Created Time | Email List | Note |
|---|---|---|---|---|
| 737744 | Johnston, Tony | 11/02/2016 04:14:23 PM | phillipd@mohela.com; tonyj@mohela.com | |
| **Sent Third party data to FSA** | | | | |
| 736044 | Dahmer, Phillip | 10/27/2016 10:20:08 AM | phillipd@mohela.com | |

Page 1545
PX23 France Decl.
Attach. PPP

**Phillip Dahmer opened the task with required date "10/31/2016". Explanation: FC turnaround time for support**

Attachment Log (0) -                                                              New Attachment

| AKey | Created By | Created Time | Attachment Type | File | |
|------|-----------|--------------|-----------------|------|--|
| No Records Found! | | | | | |

Linked Tasks (0) -                                                              Link Tasks

| . | Department | App Name | Sub Name | Title | Assigned To | Status | |
|---|-----------|----------|----------|-------|-------------|--------|--|
| No Records Found! | | | | | | | |

Reminder Log (0) -                                                              New Reminder

| RKey | Date | Note | Recipient | Executed | Created By | CreatedTime | |
|------|------|------|-----------|----------|-----------|-------------|--|
| No Records Found! | | | | | | | |

Status Action History (3) -                                                     Change Status

| Date/Time | Previous Status | Next Status | Made By |
|-----------|----------------|-------------|---------|
| 11/02/2016 04:14:23 PM | ASSIGNED | CLOSED | Johnston, Tony |
| 10/31/2016 04:40:45 PM | OPEN | ASSIGNED | Diaz, Wanda |
| 10/27/2016 10:20:08 AM | OPEN | OPEN | Dahmer, Phillip |

TMS Home   Search   Refresh              Change Status   Modify Task   New Note   New
Attachment   Link Tasks   New Reminder   Add to Watch List   Print

Page 1546
PX23 France Decl.
Attach. PPP

TMS 178019                                              Page 3 of 3

Page 1547
PX23 France Decl.
Attach. PPP

# Attachment QQQ

```
 1                OFFICIAL TRANSCRIPT PROCEEDING

 2
                    FEDERAL TRADE COMMISSION
 3

 4

 5
     MATTER NO.      1923040
 6
     TITLE           ARETE FINANCIAL GROUP
 7
     DATE            RECORDED:  FEBRUARY 15, 2018
 8                   TRANSCRIBED:  JULY 1, 2019

 9

10   PAGES           1 THROUGH 43

11       Borrower JOLIE T RAMSEY Complaint Call 2.15.18
                    IR_100100707560180215
12

13

14

15

16

17

18

19

20

21

22

23

24               For The Record, Inc.

25       (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

**Page 1548**
**PX23 France Decl.**
**Attach. QQQ**

2

Arete Financial Group                                  2/15/2018

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3    RECORDING:                                    PAGE:

4    Borrower JOLIE T RAMSEY Complaint Call          4

5    2.15.18   IR_100100707560180215

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Page 1549**
**PX23 France Decl.**
**Attach. QQQ**

3

Arete Financial Group                                    2/15/2018

```
 1                     FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:              )

 4    Arete Financial Group          )   1923040

 5                                    )

 6    ----------------------------)

 7                                    February 15, 2018

 8

 9

10

11            The following transcript was produced from a

12    digital file provided to For The Record, Inc. on June

13    25, 2019.

14

15

16

17

18

19

20

21

22

23

24

25
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Page 1550**
**PX23 France Decl.**
**Attach. QQQ**

Arete Financial Group                                        2/15/2018

```
 1                    P R O C E E D I N G S

 2                -    -    -    -    -

 3       Borrower JOLIE T RAMSEY Complaint Call 2.15.18

 4                    IR_100100707560180215

 5              WILLIAM:  Thank you for calling Mohela.  My

 6    name is William.  May I have your first and last name,

 7    please?

 8              MS. RAMSEY:  My first name is Jolie, and my

 9    last name is Ramsey.

10              WILLIAM:  Thank you very much.  And how may

11    I be of assistance?

12              MS. RAMSEY:  Yeah.  So -- okay.  So I got an

13    email saying that a forbearance request that I've made

14    to a different loan provider or whatever has been

15    denied.  So -- and I'm at work and I'm trying to log

16    in from my work computer.  But I can't remember my

17    user name and password, and I don't want to reset it

18    to do it.  So I'm just calling.

19              WILLIAM:  Oh --

20              MS. RAMSEY:  Anyway, it's kind of a long

21    story.

22              WILLIAM:  I'm sorry, go ahead.

23              MS. RAMSEY:  Yeah.  So I didn't want to

24    reset my user name and password, but I just thought

25    maybe I could talk to you and, you know, get this
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Page 1551**
**PX23 France Decl.**
**Attach. QQQ**

5

Arete Financial Group                                          2/15/2018

1    done.

2              So here's kind of what's happening.  I'm

3    trying to go through another company called Arete

4    Financial to go into forbearance to get my loans

5    forgiven.  And so I don't know if maybe the

6    forbearance was denied.  I want to see what the status

7    is with you, to see what I need to do.

8              WILLIAM:  Okay.  Well, first of all, what is

9    the name of the other company you've spoken about?

10   Arete Financial?

11             MS. RAMSEY:  Yeah.  They're called Arete, A-

12   r-e-t-e, Financial.  And I also don't have my Mohela

13   account information on me.  So I don't know if I can

14   answer security questions to get in.

15             WILLIAM:  Okay.  Well, first of all,

16   regarding that company, I don't have any information

17   about that company.

18             MS. RAMSEY:  Okay.

19             WILLIAM:  I don't even know who they are.

20   I've never heard of that name before.  Regarding your

21   account, you're actually on a forbearance right now.

22   It doesn't end until the 28th of February.  And I see

23   that an IDR was submitted just today.

24             MS. RAMSEY:  What's an -- an IDR?

25             WILLIAM:  It's an income driven -- it's an

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Page 1552**
**PX23 France Decl.**
**Attach. QQQ**

Arete Financial Group                                           2/15/2018

1    income-driven repayment plan request.

2              MS. RAMSEY:  Okay.

3              WILLIAM:  Did you submit that?

4              MS. RAMSEY:  Arete Financial probably did,

5    yeah.

6              WILLIAM:  I'm sorry, do they have your

7    information?

8              MS. RAMSEY:  They have my information.  So I

9    --

10             WILLIAM:  I mean, like --

11             MS. RAMSEY:  They are -- so basically what

12   they're going to be doing is taking the loan from you

13   and I'm going back just directly through the

14   Department of Education to get me forgiven of my

15   loans.

16             WILLIAM:  How?

17             MS. RAMSEY:  I -- I don't know how to

18   explain it.  But I'm going to be -- basically instead

19   of paying you guys now and paying it off, I'm going to

20   be paying them.  Does that make sense?  So instead of

21   you guys being the lender, they will be the lender.

22             WILLIAM:  Okay.  So you're paying this

23   third-party company to have your loans forgiven?

24             MS. RAMSEY:  Yes.

25             WILLIAM:  They have your Social Security

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

7

Arete Financial Group                                                    2/15/2018

1    number?

2              MS. RAMSEY:  Yes.

3              WILLIAM:  Okay.  So in the past two days,

4    you haven't submitted any type of application to us,

5    Mohela, correct?

6              MS. RAMSEY:  No, correct.

7              WILLIAM:  Okay.  I have an application -- I

8    actually have three applications on file --

9              MS. RAMSEY:  Okay.

10             WILLIAM:  -- for the income-driven repayment

11   plan request.  They were submitted through the

12   studentloans.gov.

13             MS. RAMSEY:  Okay.

14             WILLIAM:  First of all, on studentloans.gov,

15   you must have your Social Security number and date of

16   birth to create that account.

17             MS. RAMSEY:  Right.

18             WILLIAM:  So basically what I'm saying,

19   ma'am, is that somebody else is filing applications on

20   your behalf.  And --

21             MS. RAMSEY:  Right.  Arete Financial is.

22             WILLIAM:  Right.  But what I'm saying is

23   that we could have done this for you for free.  And,

24   also --

25             MS. RAMSEY:  Really?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Page 1554**
**PX23 France Decl.**
**Attach. QQQ**

8

Arete Financial Group                                          2/15/2018

```
 1              WILLIAM:  And, also, the only -- I'm sorry?
 2              MS. RAMSEY:  I said, really?
 3              WILLIAM:  Yes.  What I'm concerned about
 4   right now is actually that these people have your
 5   personal information, Social Security number, date of
 6   birth, and they actually went on a federal webpage to
 7   submit an IDR application, which we could have done
 8   for free.
 9              When you mentioned that -- I'm sorry, go
10   ahead?
11              MS. RAMSEY:  Oh, no, no, no.  You go ahead.
12   I just -- now I'm freaking out.
13              WILLIAM:  No, don't freak out.
14              MS. RAMSEY:  Did I just get -- did I get
15   scammed?
16              WILLIAM:  I cannot say that.  I'm sorry.
17   But what I'm saying is that they -- someone just
18   basically completed an application for you that we
19   could have done ourselves for free.  And when you
20   mentioned that you're looking to have your loans
21   forgiven, the only way to have your loans forgiven
22   will be through the Department of Education, not
23   through a third party.
24              MS. RAMSEY:  Okay.
25              WILLIAM:  There is no way that I'm aware of
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

9

Arete Financial Group                                                    2/15/2018

1    as of today of a third party being able to forgive a

2    loan with them.  What the IDR does is actually base

3    your monthly payment on your family size, your state

4    of residence and your adjusted gross income.

5              MS. RAMSEY:  Mm-hmm.

6              WILLIAM:  Okay?  So when I open up this

7    application --

8              MS. RAMSEY:  I'm so sorry, can I put you --

9    can I put you on a brief hold?  I'm at work.  I'm --

10             WILLIAM:  Sure.  Go ahead, please.

11             MS. RAMSEY:  Quick question.  Thank you.

12   Okay, thank you.

13             (Brief pause.)

14             MS. RAMSEY:  Okay.  So -- okay, sorry.  Can

15   you continue?  Hello?

16             WILLIAM:  I'm sorry, I'm here.  I'm sorry.

17   I was actually looking at your account.  I'm really

18   sorry about that.

19             MS. RAMSEY:  Okay, okay.

20             WILLIAM:  Just one moment.

21             MS. RAMSEY:  Well, I mean, and I didn't know

22   that Mohela offered that as well.  I didn't know that

23   Mohela -- I've never been told through Mohela that you

24   offer this forbearance or anything like that.  I mean,

25   I've always been in a  -- you know, what do you call

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

10

Arete Financial Group                                           2/15/2018

```
 1    it --
 2            WILLIAM:  Right.  Keep in mind that a
 3    forbearance is actually a suspension of payments.  But
 4    a forbearance is -- it goes only one month at a time.
 5    An income-drive repayment plan request, it's an
 6    application that you complete to see if you qualify
 7    for a zero dollar monthly payment amount.
 8            MS. RAMSEY:  Okay.
 9            WILLIAM:  Okay?
10            MS. RAMSEY:  Well, and I have been in that
11    in the past because I've never made very much.  And so
12    have been in a zero dollar a month payment plan in the
13    past.  I guess what I was told by this company,
14    though, was that so by going through them, by
15    switching to them, I paid -- I mean, you pay an up-
16    front fee but then you pay like $40 a month for 36
17    months, and after that payments drop down to zero.
18    And then the -- and then at the end of that, then the
19    loan is forgiven completely.
20            WILLIAM:  No.  That --
21            MS. RAMSEY:  No?
22            WILLIAM:  That is incorrect, no.
23            MS. RAMSEY:  Oh, my God.
24            WILLIAM:  That is not true.
25            MS. RAMSEY:  So I did get -- so I did get
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

11

Arete Financial Group                                    2/15/2018

1    scammed.

2           WILLIAM:  I'm sorry, I'm not allowed to say

3    that.

4           MS. RAMSEY:  Oh, God.  Even though you're

5    like, yes, you did, but you can't say it because of

6    your job.

7           WILLIAM:  All right.  So -- well, first of

8    all, we actually have a separate department to assist

9    you with this.  First of all, we want to keep your

10   account safe.  It seems that these people actually

11   submitted a (inaudible) application on your behalf.

12          MS. RAMSEY:  Yeah.

13          WILLIAM:  Which should have been done.  So

14   do you mind spelling that name of that company again,

15   please?

16          MS. RAMSEY:  It's Arete, A-r-e-t, like

17   television, E.

18          WILLIAM:  E.  Arete.

19          MS. RAMSEY:  Yeah, Arete.

20          WILLIAM:  Arete Financial.

21          MS. RAMSEY:  Arete Financial.

22          WILLIAM:  And do you have their information,

23   like phone numbers and such.  Correct?

24          MS. RAMSEY:  Yeah, yeah.  I've got

25   everything.  I mean, that's the thing.  Like, I

**Page 1558**
**PX23 France Decl.**
**Attach. QQQ**

12

Arete Financial Group                                                          2/15/2018

1    thought it was all legit because they've been very
2    transparent.  All their emails, everything was very
3    legit.  Even the Better Business Bureau.  I mean, I
4    researched them before I signed up with them.  They're
5    vetted by the Better Business Bureau.  I'm like, okay,
6    so they're a good company, you know.  And the people I
7    talked to were very informational and knowledgeable.
8    It wasn't -- I mean, it didn't sound like it was just
9    some, you know, idiot in his basement doing this kind
10   of thing.  Like, it's very -- you know, the website is
11   very official.  Everything seems very official.  So --
12            WILLIAM:  Right.  Okay.  Well --
13            MS. RAMSEY:  Oh, my gosh.
14            WILLIAM:  Like I said, they basically signed
15   you up for the income-driven repayment plan, which if
16   you were approved then you won't have a payment due on
17   the account.  And that's what you will see.  But, I
18   mean, your loans will not be forgiven after how many
19   months.  Six months?
20            MS. RAMSEY:  Oh, no.  They said -- no, it's
21   more like --
22            WILLIAM:  36?
23            MS. RAMSEY:  No, it's more like 36 months.
24            WILLIAM:  Yeah.  No.  No, ma'am.
25            MS. RAMSEY:  Oh, my gosh.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

13

Arete Financial Group                                    2/15/2018

1          WILLIAM:  No, not 36 months.  Actually,

2    under the income-driven repayment plan request, it

3    takes 20 to 25 years to have your loans forgiven.

4          MS. RAMSEY:  Oh, my gosh.

5          WILLIAM:  And so you paid them $40 up-front

6    and how many payments have they asked you to pay?

7          MS. RAMSEY:  No.  It's way more than that.

8    So, no, it was -- so $230 a month.  So it's basically

9    $700 up-front.  So they were going to split the

10   payment, like $230 for the next three months.  So $230

11   this month, $230 next month, $230 the month after.

12   And then after those three months, then it drops down

13   to $40 a month.

14          WILLIAM:  Okay.

15          MS. RAMSEY:  Is what I was told.  And I -- I

16   read through the contracts and everything and

17   everything was, you know, exactly what the people told

18   me.

19          WILLIAM:  All right.  No problem.  Let me

20   verify your contact information and I will go ahead

21   and transfer your call to a supervisor so they can

22   further assist you with this.  Okay?

23          MS. RAMSEY:  Okay.

24          WILLIAM:  So I have your address as 15066

25   West Bloomfield Road in Surprise, Arizona.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

14

Arete Financial Group                                                2/15/2018

```
 1              MS. RAMSEY:  Yes.
 2              WILLIAM:  85379.  Phone number is 623-299-
 3    1723.  And Joejoeramsey79@yahoo.com as your email
 4    address.
 5              MS. RAMSEY:  Yes.
 6              WILLIAM:  Okay.  So the first thing I would
 7    like to do is actually go ahead and set up a PIN
 8    Number on your account so nobody but you will have
 9    access to your account.  So the next time you called
10    us, then we will go ahead and ask you this PIN number.
11              MS. RAMSEY:  Okay.
12              WILLIAM:  So this is an extra step for
13    security.  Okay?
14              MS. RAMSEY:  Okay.
15              WILLIAM:  So what would be that PIN number,
16    please?
17              MS. RAMSEY:  Oh, I get to choose that.
18    Okay.
19              WILLIAM:  Yes.
20              MS. RAMSEY:  Let's do -- let's do --  no,
21    that's too easy.  Let's do 1629.
22              WILLIAM:  1629?
23              MS. RAMSEY:  Yeah, 1629.
24              WILLIAM:  Do I have your permission to set
25    up your PIN Number as 1629?
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Page 1561**
**PX23 France Decl.**
**Attach. QQQ**

15

Arete Financial Group                                      2/15/2018

1           MS. RAMSEY:  Yes.

2           WILLIAM:  Thank you.  All right.  So I went

3    ahead and submitted that.  Allow me just one brief

4    moment.  I'm going to put you on hold for one or two

5    minutes and transfer you to the specialized

6    department, to my supervisor.  They will be able to

7    assist you moving forward.  Okay?

8           MS. RAMSEY:  Okay.  Thank you so much.

9           WILLIAM:  You're more than welcome.  One

10   moment, please.

11          MS. RAMSEY:  Okay.

12          (Transfer.)

13          JORDAN:  Hello, is this Jolie Ramsey?

14          MS. RAMSEY:  Yes.  Who's this?

15          JORDAN:  Hi.  My name is Jordan.  I'm a

16   supervisor here in Mohela's customer advocacy team.

17   From my understanding, we are having it transferred

18   over mainly because it seems like you may have been

19   working with another company on behalf of your loans.

20   Is that right?

21          MS. RAMSEY:  Yeah.  But I realized the error

22   of my ways.  I don't want to go with them anymore.

23   I'm pretty sure that I've been scammed.  It's one of

24   those companies that seems completely legit and says

25   that they can, you know, forgive your loans and

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

16

Arete Financial Group                                          2/15/2018

1    everything.  And so based on my income and whatnot.

2    And as it turns out, because I spoke to somebody else

3    here just a minute ago from Mohela and they helped me

4    realize that this is not what's going on.

5              JORDAN:  Gotcha.  Okay.

6              MS. RAMSEY:  I'm kind of freaking out

7    because they have all my information.  Like, she even

8    has my debit card number and everything to withdraw

9    the payment.

10             JORDAN:  Gotcha.  Okay.  So, yeah, I'm going

11   to -- I'm going to give you lots of information, so be

12   prepared.  But we'll make sure that you get taken care

13   of.  We'll make sure that your Mohela account as well

14   also gets taken care of.  It looks like also William

15   did go ahead and place a PIN number on the account for

16   added security, which is great.  That's actually one

17   of the things that we are going to go over anyway

18   because we want to make sure that -- because it does

19   look like they did submit paperwork on your behalf

20   through studentloans.gov.  So it's also something

21   we'll address because we want to make sure that we can

22   get that -- those credentials for the online site

23   reset.  Because from that, by having your FSA

24   credentials, there's a lot of things that can happen.

25   They can, of course, obviously as you can tell submit

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Page 1563
PX23 France Decl.
Attach. QQQ

17

Arete Financial Group                                    2/15/2018

1   paperwork on your behalf through us and through all

2   student loan servicers, as well as the potential to

3   have access to apply for new student loans, which is

4   something we want to make sure does not happen.  So

5   we'll get that --

6           MS. RAMSEY:  Oh, my gosh.

7           JORDAN:  It's --

8           MS. RAMSEY:  Oh, my gosh.

9           JORDAN:  It can be kind of crazy, but it's

10  something that's definitely fixable.  If for any

11  reason any new loans were to be taken out, it would be

12  addressed immediately just given the circumstance.  So

13  I'll make sure that I can get you the information on

14  how to reset that.  That way they can't log in.  I

15  imagine based on what I can tell, I don't see any

16  activity or anything alarming at this time other than

17  just that one application, which I'm going to get a

18  request into our processing team to actually get that

19  cancelled.  That way we don't change the payment plan

20  or anything like that.  It's still -- the payment plan

21  they applied you for is still a great plan.  So if

22  it's something you'd be interested in, we can most

23  definitely look into it.  It's just a matter of we

24  want to make sure that it's actually you signing off

25  on that and make sure that you actually understand

**Page 1564**
**PX23 France Decl.**
**Attach. QQQ**

Arete Financial Group                                          2/15/2018

1    what you're applying for instead of another company

2    just kind of putting stuff in for you.

3           MS. RAMSEY:  Right.  Well, and then what

4    William did a good job of explaining, he said that

5    what I signed up for with them, you can actually do

6    for free.  And that's when I realized, oh, my gosh, I

7    mean, because,  you know, they -- they do.  This

8    company is called Arete Financial.  And I thought I

9    was being a wise consumer.  I looked into them.  I

10   looked on their website.  I investigated them.  I

11   looked at -- they're -- they're rated through the

12   Better Business Bureau for heaven's sakes.  I thought,

13   oh, my gosh, okay, this is -- this is great.  But then

14   you pay $700 up-front broken up in three-month

15   installments, and then you pay $40 a month.  And so

16   William explained, he's like, yeah, well, we can do

17   the same program that they signed you up for, but we

18   do it for free.  I'm like, no.

19          JORDAN:  Gotcha.  Okay.

20          MS. RAMSEY:  Yeah, I -- I didn't -- I didn't

21   know.  I didn't know that -- I've been with Mohela for

22   several years.  I didn't even know about this program

23   through Mohela to be honest.

24          JORDAN:  Gotcha.  No, it's pretty possible.

25   Depending on, you know, if we haven't really spoken

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

19

Arete Financial Group                                                2/15/2018

1    much, it's something that may not have just ever

2    popped up.  It looks like based on what I can tell, I

3    mean, you've pretty much just been making your

4    payments as normal.  So it's not something we really

5    ever had the opportunity to discuss.  I don't even

6    really see where we've spoken with you much in the

7    past, which isn't always a bad thing.  I mean, you've

8    had such a great history with your account.  So it's

9    definitely not bad.

10          So we'll definitely make sure that we get

11   you taken care of; make sure that you're on an option

12   that you're comfortable with and kind of things like

13   that.

14          MS. RAMSEY:  Okay.

15          JORDAN:  The plan that they did apply you

16   for, it does have a forgiveness option tied in.  It

17   does take 20 to 25 years depending on your loan type.

18   So if you had any graduate loans whenever you had gone

19   through your consolidation, it would take 25.  If

20   they're all undergrad, then it's 20.  So it's still a

21   while.  But it can still be a good opportunity if --

22   you know, if you're eligible.  I don't know if it's

23   something that they brought up by chance, but there is

24   also a 10-year forgiveness program called public

25   service loan forgiveness.  That's available as well

Page 1566
PX23 France Decl.
Attach. QQQ

20

Arete Financial Group                                    2/15/2018

1   for any borrowers who work in public service fields,
2   maybe government type jobs, or if you work for a non-
3   profit organization.  So it's also something that's --
4              MS. RAMSEY:  Right.
5              JORDAN:  -- pretty common that third-party
6   debt release companies will bring up but they just
7   won't really discuss the fine print of the eligibility
8   for it.  So just in case they brought it up, I just
9   kind of wanted to mention.
10             So I know you said that you had -- that they
11  were called Arete Financial.  Is it A-r-e-t-e?
12             MS. RAMSEY:  Yes.
13             JORDAN:  Okay, perfect.  I just kind of
14  wanted to get that noted because if they're charging
15  fees, even if they are a verified company and even if
16  they do, you know, excellent work on making sure that
17  everything is correct on the documents that they
18  submit for you, we still want to make sure we can send
19  that off to the Department of Education so that
20  they're at least aware because, I mean, us especially
21  and the Department of Education don't want to see
22  borrowers charged for fees that you can do for free
23  through your servicer.  It's not fair to you as a
24  borrower --
25             MS. RAMSEY:  Yeah.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Page 1567**
**PX23 France Decl.**
**Attach. QQQ**

Arete Financial Group                                          2/15/2018

```
 1              JORDAN:  -- especially if, you know, it's
 2     something that you could do.  So I'm just going to ask
 3     you a few questions.  How long have you been working
 4     with a company?
 5              MS. RAMSEY:  With what company?
 6              JORDAN:  With Arete Financial.
 7              MS. RAMSEY:  Oh, with Arete.  I thought you
 8     were talking about my employer.
 9              JORDAN:  Oh, you're fine.
10              MS. RAMSEY:  I literally just signed up like
11     last weekend, so a week is all.
12              JORDAN:  Okay, gotcha.  And how did you come
13     about working with them?  Like, did they contact you
14     or did you contact them first?
15              MS. RAMSEY:  I contacted them.  I heard an
16     ad on -- I think on the -- yeah, on the radio.  I
17     heard an ad on the radio about Arete Financial and,
18     you know, of course being able to forgive your loans.
19     I'm like, oh, okay, I'm listening, you know?  And so,
20     I mean, I started -- I didn't just jump on it right
21     away.  I heard it maybe a month ago when I started
22     kind of researching a little bit and they --
23     everything seemed, you know, legit.  And I -- I
24     actually talked to a few different representatives and
25     they all kind of said the same things.  And so I'm
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

22

Arete Financial Group                                      2/15/2018

1    like, okay, it doesn't sound like, you know, some

2    scammer like in his mom's basement making calls.

3    Like, it just --

4              JORDAN:  Right.

5              MS. RAMSEY:  You know, it seemed -- yeah.

6    So like, okay, you know, this seems okay.  But,

7    anyway.  Yeah, so just recently.

8              JORDAN:  Okay, gotcha.  And so I know you

9    already kind of -- we already kind of discussed, you

10   know, the fact that you had to pay a little bit of a

11   fee as well as kind of how much you had done.  I know

12   that they did promise forgiveness.  Did they explain,

13   like, how -- like how long it would take for the

14   forgiveness to be in effect?

15             MS. RAMSEY:  Yeah, they did.  And the 20

16   years is what they told me.  So it was, like, broken

17   up into 206 payments.  I have it all written down at

18   home.  I wrote down everything that they explained at

19   home.  I have my -- and where I work, I don't have

20   access to even my personal email because our

21   information is really protected and stuff.

22             JORDAN:  Right.

23             MS. RAMSEY:  Like firewalls and whatnot.

24   But I do have that all at home.  Like, everything was

25   broken down.  So, for example, the $700 up-front

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Arete Financial Group                                    2/15/2018

1    payment to Arete Financial was going to be broken -- I
2    could have paid it all up-front, but I can't afford
3    that.  So I was going to break it up into three
4    monthly -- so, like, this month, next month and the
5    month after is $230 a month, and then after those
6    three months then the payments to Arete go down to $40
7    a month.  And so for the next 36 months after that,
8    basically the next three years after that, it's $40 a
9    month.  I'm like, oh, well, that's better than my
10   $150, you know, to Mohela.
11         JORDAN:  Definitely.
12         MS. RAMSEY:  And then after 36 months, then
13   your payments go down to zero dollars a month for the
14   next, like, 20 years.  And then -- and then they said
15   after that, then your loan is forgiven completely.
16   I'm like, oh, okay.
17         JORDAN:  Gotcha.
18         MS. RAMSEY:  But that's how it was explained
19   to me, was that after the 20 years my loan was just
20   forgiven completely.
21         JORDAN:  Gotcha.  Okay.  And so that's
22   another thing because with some third-party companies,
23   they do offer very legitimate options.  Like, they'll
24   be like, hey, this is a payment plan that's based on
25   your income; it can go as low as zero dollars, which

Page 1570
PX23 France Decl.
Attach. QQQ

24

Arete Financial Group                                          2/15/2018

1    is all correct.  However, the nature of how the loan

2    would be forgiven is not quite correct with how they

3    described it.

4              So through the plan that they applied you

5    for, it is a plan based on income.  It does have that

6    forgiveness option tied into it.  But the way that it

7    works is that there's no set amount that you will be

8    guaranteed to have to pay throughout the years, mainly

9    meaning that, for example, you know, whenever we first

10   place you on a plan we're strictly basing that payment

11   on your income and family size and your state of

12   residence.  After that --

13             MS. RAMSEY:  Okay.

14             JORDAN:  -- it's a yearly renewal and it's

15   always subject to change.  And if you have had any

16   changes in your income or family size, which is very

17   rare for someone to get the exact same adjusted gross

18   income every single year.  So every year that payment

19   is normally going to change at least slightly.

20             And so through that time, there's no, like,

21   set, oh, your payment is going to drop off to this.

22   There's no guarantee because that just -- it's so

23   different, it's very difficult to kind of predict how

24   much you may have to pay throughout those years since

25   it's subject to change.

**Page 1571**
**PX23 France Decl.**
**Attach. QQQ**

Arete Financial Group                                                2/15/2018

1          So it's correct in a way but also a little

2     off.  So that's kind of another thing that we wanted

3     to just kind of at least get noted so we can kind of

4     send it off to the Department of Education so that if

5     they do continue to work with borrowers, we want to

6     make sure they're at least offering options that are

7     correct in educating people on what they're actually

8     applying for.

9          MS. RAMSEY:  Yeah.  Well, they did -- so

10    they did explain all that to me pretty well.  I --

11    another reason that -- so I was crunching the numbers

12    and doing all the math and I thought, okay, well, even

13    though it's $700 up-front and like $40 for the next 36

14    months, after that it dropped down to zero, and

15    technically in the end I'll pay less to Arete than I

16    would have if I would have just, you know, paid my

17    loan off in full kind of thing, or even what I pay in

18    monthly payments a year.  So $150 is what I pay a

19    month, and times 12, you know.

20          So I -- like, so what I was -- because one

21    question that I asked a million times to everybody

22    that I talked to at Arete, I said, okay, I work at a

23    job where I'm never going to make more than $55,000.

24    I gave her my -- I'm kind of, like, midway through the

25    income range right now, you know, for my job.  And

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

26

Arete Financial Group                                                    2/15/2018

```
 1    even when I max out, I'm still not going to make
 2    $55,000 a year.  And so I thought, okay, even --
 3    because that was the number that was like the golden
 4    number that they kept saying.  Okay, you can't make
 5    more than $55,000 a year given my family size.
 6              And I know my family size isn't going to
 7    change.  So I -- that's what I thought.  I thought
 8    that just given the fact that my income is probably
 9    never going to increase, even though -- oh, and
10    another question I asked many times, because I know my
11    husband's job, like, he might end up making more down
12    the road, one could only hope.  But I said, now does
13    that change -- you know, does that affect my income
14    status?  They're like, no, no, no, it's just your
15    income.  It doesn't matter what your household income
16    is.
17              So I don't know if that's right over just my
18    income.  Do you happen to know?
19              JORDAN:  No --
20              MS. RAMSEY:  Like --
21              JORDAN:  So, yes.  Yes and no.  It depends.
22    So if you file jointly with your spouse on your taxes,
23    depending on the payment plan that you're on, we will
24    always have to include your spouse's income.  It looks
25    like the way that they -- the way that they put this
```

**Page 1573**
**PX23 France Decl.**
**Attach. QQQ**

27

Arete Financial Group                                          2/15/2018

1    on the application is that they put that you didn't
2    have access to your spouse's income information --
3            MS. RAMSEY:  What?
4            JORDAN:  -- allowing them to only look at
5    yours.  So basically they put on there --
6            MS. RAMSEY:  Huh?
7            JORDAN:  And I'm not sure -- I'm just going
8    to kind of read off what they put.  So they put on
9    here four children, one extra dependent.  So I'm
10   assuming that's probably -- they're probably
11   indicating your spouse wasn't getting included in the
12   family size.  So they have it marked that you're
13   supporting your spouse 50 percent or more, as well as
14   the four children.  Married but no access to spouse's
15   income.  And that there is -- it looks like they put
16   on there that there is no taxable income in the
17   household.
18           MS. RAMSEY:  What?  That is --
19           JORDAN:  Yeah.
20           MS. RAMSEY:  That's wrong.  Yes, that is
21   wrong.  I mean, because he has access to my money.
22           JORDAN:  Right.
23           MS. RAMSEY:  So that is wrong.
24           JORDAN:  So generally that's how we kind of
25   view it to -- well, basically the regulation of how

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Page 1574**
**PX23 France Decl.**
**Attach. QQQ**

28

Arete Financial Group                                    2/15/2018

1    the plans are set up is that generally if you file

2    your taxes married, unless there's some -- you know,

3    there are always those exceptions, of course.

4           MS. RAMSEY:  Oh, of course.

5           JORDAN:  Generally if you have access to

6    apply jointly, you usually have access unless it's one

7    of those cases where they just strictly keep things

8    separate except for during tax time, which, you know,

9    happens.  But -- so, yeah, it's very rare, but it

10   happens.

11          So based on this, I'm going to get a request

12   in either way to cancel the -- basically the

13   processing of this so we don't change anything, which

14   I already actually submitted mainly because of the

15   fact that it wasn't you that submitted it.  We can --

16          MS. RAMSEY:  Yeah.

17          JORDAN:  -- still look at that plan.  Most

18   of the questions that I had about the company has

19   pretty much already -- we've got all the information

20   we need for that.  It's just mainly we want to make

21   sure we can send that off.  I'm still going to give

22   you several different options in regards to kind of

23   help protect yourself from the company that you're

24   working with.

25          I did have one other question, I guess, I

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

29

Arete Financial Group                                    2/15/2018

1    should say.  Did you sign any kind of contract or
2    documentation with them by chance?
3                MS. RAMSEY:  Yes, I did.
4                JORDAN:  You did?  Okay.  It's possible --
5                MS. RAMSEY:  I did.
6                JORDAN:  -- if you would be comfortable with
7    it, would you be comfortable sending that over to us,
8    maybe just like through an email or faxing it over to
9    us just so we can send that off --
10                MS. RAMSEY:  Yes.
11                JORDAN:  -- (inaudible).  Just given the
12    circumstance that the information they put on the
13    application is incorrect.  I can give you, like, my
14    fax number as well as, like, my email.  That way if
15    you want to send that over, I'll just get that
16    attached.  We're not going to, like, make any changes.
17                MS. RAMSEY:  Definitely.
18                JORDAN:  So I would still reach out to them
19    and at least request to cancel the contract that you
20    may have signed with them, or at least cancel the
21    payments, let them know that you've got things sorted
22    out and you don't want to work with them moving
23    forward.
24                The good thing is --
25                MS. RAMSEY:  Okay, yes.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Arete Financial Group                                    2/15/2018

 1            JORDAN:  -- again, I don't see any alarming

 2      activity on your account.  It doesn't look like

 3      they've called in trying to impersonate you or

 4      anything, which is great.  If you're ready, I'm going

 5      to give you several different numbers.

 6            MS. RAMSEY:  Okay.

 7            JORDAN:  So --

 8            MS. RAMSEY:  Okay, yes.

 9            JORDAN:  -- first we want to make sure that

10      you have a way to change your FSA credentials.  So we

11      want to make sure that --

12            MS. RAMSEY:  Okay.

13            JORDAN:  -- everything is taken care of.  If

14      you're ready, I'll go ahead and give you that.

15            MS. RAMSEY:  Okay, uh-huh.

16            JORDAN:  Bear with me.  I'm just getting it

17      pulled up.  Sorry, it's, like, one number I don't

18      have, like, written down right in front of me.

19            MS. RAMSEY:  Okay.

20            (Brief pause.)

21            JORDAN:  All right.  I'm going to skip to

22      the next number.  Sorry.  I'm just getting it pulled

23      back up here and I lost my train of thought there for

24      a second.

25            So I'm going to give you the number first

**Page 1577
PX23 France Decl.
Attach. QQQ**

31

Arete Financial Group                                          2/15/2018

1    for the Consumer Protection Financial -- I'm sorry,

2    Consumer Financial Protection Bureau.  They will be a

3    way that you can kind of file an extremely formal

4    complaint, mainly just explaining that just kind of

5    what happened; that you had made payments to them.

6    Sometimes some borrowers are able to get some money

7    back depending on the nature of the circumstances.  So

8    hopefully that might be the case if any payments have

9    already drafted.  Their number --

10            MS. RAMSEY:  Okay.

11            JORDAN:  -- is 855.

12            MS. RAMSEY:  Okay.

13            JORDAN:  411.

14            MS. RAMSEY:  Okay.

15            JORDAN:  2372.

16            MS. RAMSEY:  Okay.  And that's who again,

17    the Financial -- that's FSA?

18            JORDAN:  So that CFPB, the Consumer

19    Financial Protection Bureau.

20            MS. RAMSEY:  CPB, okay.

21            JORDAN:  And then I'm also going to give you

22    the number for the Better Business Bureau as well

23    especially just because of the fact that you said that

24    they were verified through them.  I want to make sure

25    that they will not be moving forward.  So their number

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

32

Arete Financial Group                                       2/15/2018

```
 1   is 703.

 2              MS. RAMSEY:  Okay.

 3              JORDAN:  276.

 4              MS. RAMSEY:  Okay.

 5              JORDAN:  0100.

 6              MS. RAMSEY:  Okay.

 7              JORDAN:  And then so the resetting of your

 8   credentials, I got that number here now.  That's going

 9   to be --

10              MS. RAMSEY:  Okay.

11              JORDAN:  -- 1-800.

12              MS. RAMSEY:  Okay.

13              JORDAN:  433.

14              MS. RAMSEY:  Mm-hmm.

15              JORDAN:  3243.

16              MS. RAMSEY:  Okay.

17              JORDAN:  And if you want, you can also go

18   online.  I don't know if you'd prefer speaking with

19   someone or going online, but would you like the

20   website?

21              MS. RAMSEY:  For the FSA?

22              JORDAN:  Yes, for just -- for FSA ID

23   credential change.

24              MS. RAMSEY:  Oh, sure, yeah, go ahead.

25              JORDAN:  Okay, perfect.  It's just going to
```

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Page 1579**
**PX23 France Decl.**
**Attach. QQQ**

33

Arete Financial Group                                              2/15/2018

1    be FSAID --

2              MS. RAMSEY:  Mm-hmm.

3              JORDAN:  -- .ed.gov.

4              MS. RAMSEY:  Okay.  Okay.  I can do that in

5    a little bit.  Okay.

6              JORDAN:  So there's a lot of other stuff I

7    can give you.  It just kind of depends.  I know it's

8    already a lot.  We've also got, you know, like the

9    complaint system for FSA, the -- I'm sorry, the FTC as

10   well for the Federal Trade Commission as well as,

11   like, Attorney General, Office of Attorney Generals,

12   numbers for them as well.  It just kind of depends on

13   how much you'd like.

14             MS. RAMSEY:  Well, for me, I guess since I

15   had barely just gotten the ball rolling and, you know,

16   I -- I just want to make sure for my sake that I can

17   get out of that contract and that I can cancel.

18             JORDAN:  Right.

19             MS. RAMSEY:  Because they -- because they

20   have my debit card.

21             JORDAN:  Exactly.

22             MS. RAMSEY:  Now they have my bank

23   information.  So that's kind of freaking me out, of

24   course.  So I don't know if I -- if I need to call my

25   bank, if I need to -- I don't know.


For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

34

Arete Financial Group                                    2/15/2018

1          JORDAN:  I would.  I would just to be safe.

2    Just at least advise them just kind of of the

3    circumstance.  Let them know that if anything tries to

4    pull that it's an unauthorized transaction.  That way

5    they can at least kind of block them from pulling

6    anything from your account.

7          I don't know if it's going to affect other

8    things.  So I would discuss that with them to make

9    sure it doesn't, like, affect your debit card.  I'd

10   hate for that to get cancelled because I've been there

11   before and it can get kind of disheartening not having

12   access to that for a bit.  But I would definitely

13   speak with them, maybe even first just given the

14   circumstance.  I'll escalate all this information up a

15   little bit higher so we can get that sent off to the

16   Department of Education.

17          MS. RAMSEY:  Thank you.

18          JORDAN:  In regards to basically the status

19   of the account now, generally from what I can tell

20   there has been a forbearance placed on the account for

21   the month of December -- I'm sorry, not December,

22   February.  We did get -- let me see here -- we have a

23   forbearance request application that I am 100 percent

24   sure did not come for yourself or from yourself.

25          MS. RAMSEY:  Right.  No, it did not.  Yeah,

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

35

Arete Financial Group                                      2/15/2018

1    it came from them.

2              JORDAN:  So, yeah.  And it's signed and

3    everything.

4              MS. RAMSEY:  No.  Everything came from them.

5              JORDAN:  Yeah.  It's signed and everything.

6    So what we can do is if it's something that's needed,

7    we can still place a forbearance on there.  We just

8    want to at least cancel the one that was initiated by

9    the other company.

10             MS. RAMSEY:  Right.

11             JORDAN:  Is the payment plan that you're on

12   right now, is it a comfortable payment plan or would

13   you like to look at options?

14             MS. RAMSEY:  Well, it is.  I'm fine with the

15   $150 a month.  I -- you know, I'm -- of course, I

16   graduated like 10 years, I'm like, oh, as soon as we

17   have a big chunk of money, I'm just going to pay it

18   off in one chunk.  And that never happened.  But,

19   yeah, so I'm fine with the $150 a month.  So it could

20   go back to that.  But, I mean, I guess for now until I

21   can figure all this out with the Arete, because what I

22   can't have happen is if there's no way -- if I can't

23   seem to cancel my contract with them, then what they

24   would do is they would pull $230 this month, $230 next

25   month, and I can't afford the $230 plus the $150 to

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

36

Arete Financial Group                                    2/15/2018

1    you.

2              JORDAN:  Right.

3              MS. RAMSEY:  So what I'm going to -- yeah.

4    So go ahead and just keep me in forbearance for now

5    and I will keep you posted about when we can resume

6    the $150.  Basically once I get this all taken care of

7    with Arete and they're not going to be able to pull

8    any more money, then I can resume if that makes sense.

9              JORDAN:  Right.  No, that definitely -- that

10   definitely works.

11             MS. RAMSEY:  Yeah.

12             JORDAN:  So let me take a look here.  I'm

13   just looking at one more thing.  Did you cancel your

14   auto debit with us from your online account?

15             MS. RAMSEY:  Nope.

16             JORDAN:  No.  Okay.  Because it was

17   cancelled.  So what I'm going to do, I'm going to

18   reset your password online.  Your ID is going to stay

19   the same.  So it will still just be your first and

20   last name.  Because it looks like there has been a few

21   log-ins.  There's several on the 10th and then there

22   are several on the 12th, and then one on the 14th.  So

23   I'm going to go ahead and immediately change your

24   password to something temporary.  Do you have a way to

25   take down a temp password for me?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Page 1583**
**PX23 France Decl.**
**Attach. QQQ**

37

Arete Financial Group                                          2/15/2018

```
 1            MS. RAMSEY:  So -- okay.  So my username is
 2   just jolieramsey, that's right.  Everything is at
 3   home.  Okay.  And then what -- sorry, what did you
 4   want, me to make up a new password?
 5            JORDAN:  So whenever we set you a temporary
 6   password, it's going to be -- it's basically just
 7   jumbled five upper case letters, so you'll probably
 8   have to take it down.
 9            MS. RAMSEY:  Oh, okay.
10            JORDAN:  Just let me know when you're ready.
11            MS. RAMSEY:  Okay.  Yep, go ahead.
12            JORDAN:  It's going to be F as in Frank, R
13   as in Robert, I as in igloo, Z as in zebra, R as in
14   Robert.  And it is all upper case and very case
15   sensitive.  It's going to be --
16            MS. RAMSEY:  Okay.
17            JORDAN:  -- good for 48 hours, but that will
18   at least ensure that nobody else can get into your
19   information.
20            MS. RAMSEY:  Okay.  And then as far as
21   getting you the contract.  So can I email -- I could
22   either -- yeah, I can email it to you, but I could do
23   that tonight when I'm home at my home computer.
24            JORDAN:  Okay.  Yeah, the email is kind of
25   long if you're ready.  It's just going to go to like a
```

**Page 1584**
**PX23 France Decl.**
**Attach. QQQ**

Arete Financial Group                                                2/15/2018

```
 1    supervisor-monitored inbox and they'll get it
 2    forwarded over to me if you just put my name on it.
 3    It's just J-o-r-d-a-n.  Whenever you put that in the
 4    subject, they'll make sure it gets forwarded over.
 5             MS. RAMSEY:  Oh, what's your name?
 6             JORDAN:  Jordan, J-o-r-d-a-n.
 7             MS. RAMSEY:  Oh, Jordan.  Okay.
 8             JORDAN:  And then they'll get it forwarded
 9    over.
10             MS. RAMSEY:  At the beginning of our
11    conversation earlier -- well, at the beginning of our
12    conversation earlier, I thought your name was Dora.  I
13    thought that's what you said.
14             JORDAN:  Oh.
15             MS. RAMSEY:  Oh, Dora.
16             JORDAN:  No.
17             MS. RAMSEY:  Dora --
18             JORDAN:  That's perfectly fine.  No, it's
19    okay.  I kind of start off a little fast so I can
20    completely understand not understanding it.  So if
21    you're ready, I'll go ahead and give you our --
22    basically our supervisor email inbox.  It's kind of
23    long so bear with me.  It's going to be customer --
24             MS. RAMSEY:  Okay.
25             JORDAN:  -- advocacy --
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Arete Financial Group                                    2/15/2018

```
 1              MS. RAMSEY:  Okay.
 2              JORDAN:  -- team --
 3              MS. RAMSEY:  Okay.
 4              JORDAN:  -- at Mohela.com.
 5              MS. RAMSEY:  That wasn't too bad.
 6              JORDAN:  Yeah, it's not bad.  It's a little
 7  lengthy, but --
 8              MS. RAMSEY:  Okay.
 9              JORDAN:  So, yeah, if you just put
10  attention --
11              MS. RAMSEY:  Customer advocacy team.
12              JORDAN:  Yep.  And as long as you put
13  attention to Jordan on that.  I'll still monitor it
14  anyway just since I'm expecting it.  But that way at
15  least as soon as it's in the inbox, someone will
16  probably notice me right away.  So that way we can go
17  ahead and get that forwarded off and I'll kind of
18  watch everything, make sure that there's no additional
19  kind of -- I guess alarming activity going on in the
20  account.  Like I said, they haven't called in, so
21  that's good.  But it does seem like they may have been
22  on your online account.  Just keep in mind that that
23  auto debit was cancelled from the online account.  So
24  you will likely have to get that reinitiated.
25  Nothing, of course, holds --
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

40

Arete Financial Group                                    2/15/2018

```
 1              MS. RAMSEY:  Well, I think -- yeah.

 2              JORDAN:  Oh, go ahead.

 3              MS. RAMSEY:  Well, I think what I'm going to

 4    do -- what I'm going to do then is as soon -- I'm

 5    going to call my bank today.  I'm just going to cancel

 6    my debit card.  I mean, it's going to be a pain.  I'm

 7    going to have to re-setup, you know, the few places

 8    that I do online bill pay.  I'm just going to have to

 9    set it up with the new card.  But I'm just going to

10    cancel it because they have the three-digit PIN.  You

11    know that three-digit number on the back?

12              JORDAN:  Gotcha, okay.

13              MS. RAMSEY:  They ask for that as well.  So

14    I don't want them to have this at all because they

15    could go on Amazon.com and online shop with, you know,

16    deceptive --

17              JORDAN:  Right.

18              MS. RAMSEY:  -- code and everything.  So I'm

19    just going to get a new debit card completely.  When I

20    have that, then I will call you back and -- you know,

21    not you, but the department and they'll get that and

22    set that back up.  So --

23              JORDAN:  Okay, perfect.  Yeah, that will

24    work.  And we'll kind of keep an eye on things for the

25    next couple weeks.  So as long as -- I would imagine,
```

**Page 1587**
**PX23 France Decl.**
**Attach. QQQ**

41

Arete Financial Group                                    2/15/2018

1    you know, once we get this escalated up, it's probably
2    not going to take very long for them to take action.
3    So it's something that will get resolved.  But either
4    way thank you so much for giving us that information
5    because that way we can kind of help protect other
6    borrowers from the same circumstances.
7              MS. RAMSEY:  Right.
8              JORDAN:  Because I imagine you're probably
9    not alone.  You're probably definitely not the only
10   one that heard that advertisement.  So we'll make sure
11   that that gets hopefully resolved for everyone else as
12   well.  But I got that cancelled so they will not be --
13   or changing your payment plan.  We'll make sure that
14   gets adjusted.  We'll leave the forbearance for now.
15   That way nothing goes past due for this month.
16             MS. RAMSEY:  Thank you.
17             JORDAN:  I'll still make sure that our
18   processing team knows that it wasn't even signed.  But
19   we'll still make sure that we keep on pace for you
20   just to keep things current for you.  If you have any
21   questions in the meantime, just reach out.  Any of our
22   supervisors here will be more than happy to help.
23   You're also welcome to ask for me if you have any
24   direct questions.  But everything else on the account
25   looks perfect.  Just make sure -- keep in mind that

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX23 France Decl.**
**Attach. QQQ**

42

Arete Financial Group                                    2/15/2018

1    PIN Number, you will have to verify that every time
2    you call in.  But everything else looks perfect.
3              MS. RAMSEY:  Okay.  All right.  Thank you.
4    Thank you so much for your help.
5              JORDAN:  Of course.  Was there anything else
6    I could do for you today just while I had you on the
7    line?
8              MS. RAMSEY:  No, not at this time.  I'm just
9    going to take care of these other things and, yeah,
10   I'll be in touch.
11             JORDAN:  All right, perfect.  Well, thank
12   you so much for coming over and speaking with me
13   today, and I hope you have a good rest of your day.
14   Okay?
15             MS. RAMSEY:  Thank you.  You, too.
16             JORDAN:  All right.  Thank you.  Bye.
17             (The call was concluded.)
18             (The recording was concluded.)
19
20
21
22
23
24
25

Page 1589
PX23 France Decl.
Attach. QQQ