43

```
 1                    CERTIFICATE OF TRANSCRIPTIONIST

 2

 3

 4              I, George Quade, do hereby certify that the

 5        foregoing proceedings and/or conversations were

 6        transcribed by me via CD, videotape, audiotape or

 7        digital recording, and reduced to typewriting under my

 8        supervision; that I had no role in the recording of

 9        this material; and that it has been transcribed to the

10        best of my ability given the quality and clarity of

11        the recording media.

12              I further certify that I am neither counsel

13        for, related to, nor employed by any of the parties to

14        the action in which these proceedings were

15        transcribed; and further, that I am not a relative or

16        employee of any attorney or counsel employed by the

17        parties hereto, nor financially or otherwise

18        interested in the outcome of the action.

19

20

21        DATE:  7/15/2019

22                                GEORGE QUADE, CERT

23

24

25
```

Page 1590
PX23 France Decl.
Attach. QQQ

# In the Matter of:

## Arete Financial Group

*July 3, 2018*

*80703ARETE_* ███████

**Condensed Transcript with Word Index**



For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555



```
                                                                        3
              OFFICIAL TRANSCRIPT PROCEEDING       1        FEDERAL TRADE COMMISSION
                                                   2
              FEDERAL TRADE COMMISSION             3    In the Matter of:         )
                                                   4    Arete Financial Group     )  Matter No. 1923040
                                                   5                              )
  MATTER NO.     1923040                           6    -----------------------------)
                                                   7                         July 3, 2018
  TITLE          ARETE FINANCIAL GROUP             8
                                                   9
  DATE           RECORDED:  JULY 3, 2018          10
                 TRANSCRIBED:  OCTOBER 4, 2019    11        The following transcript was produced from a
                                                  12    digital file provided to For The Record, Inc. on
  PAGES          1 THROUGH 17                      13    September 13, 2019.
                                                  14
                                                  15
    Borrower ███████████ Debt Relief 07.03.2018   16
      IR_300109518890180703_Edited_9_10_2019      17
          EXCERPT - 2:00-13:35                    18
                                                  19
                                                  20
                                                  21
                                                  22
                                                  23
                                                  24
                                                  25
```

```
                                            2                                              4
  1       FEDERAL TRADE COMMISSION             1        P R O C E E D I N G S
  2           I N D E X                        2        -   -   -   -   -   -
  3                                            3            CALL - EXCERPT
  4   RECORDING:                    PAGE:      4    ERICA:  Thank you for calling Mohela.  My
  5      ████████████ Call            4        5   name is Erica.  May I please have your first and last
  6                                            6   name?
  7                                            7    [Recording redacted.]
  8                                            8    ERICA:  Thank you so much.  How can I help?
  9                                            9    ████████████:  Hi, yes, I just received a
 10                                           10   phone call, something about suspicious activity on my
 11                                           11   account.
 12                                           12    ERICA:  Okay.  And it came from Mohela?
 13                                           13    ████████████:  Yes, that's what the
 14                                           14   message said.
 15                                           15    ERICA:  Okay, just one moment here.  I'll be
 16                                           16   happy to take a look into that for you.  Before doing
 17                                           17   so, let me just verify some information with you over
 18                                           18   your account.
 19                                           19    ████████████:  Okay.
 20                                           20    ERICA:  Currently we show your address as
 21                                           21   [recording redacted].
 22                                           22    ████████████:  Yes.
 23                                           23    ERICA:  And then you have an email of
 24                                           24   [recording redacted] at R-T email.com.
 25                                           25    ████████████:  R-T?
```

1 (Pages 1 to 4)

80703ARETE

Arete Financial Group                                              7/3/2018

---

**5**

1       ERICA:  A-R-E and then T email.com.  Or is
2   it supposed to be Arete Mail?  I'm not sure what it's
3   supposed to be.  A-R-E --
4   ████████████████████: That must be -- yeah, that
5   must be Arete.
6       ERICA:  AreteMail.com.
7   ████████████████████: Yes, mm-hmm.
8       ERICA:  Okay, thank you so much, sir.  All
9   right, let me look over the notes here.  I'm just
10  looking over the notes I see here.  So just one more
11  moment, okay?
12  ████████████████████: Okay.
13      ERICA:  Thank you.
14      (Pause.)
15      ERICA:  Okay.  There's a specific reference
16  in it that says you're required to talk to
17  (inaudible).  So if you don't mind, I'm just placing
18  you on a short, brief one to two-minute hold.  I'm
19  going to see if she's available, okay?
20  ████████████████████: Okay.
21      ERICA:  Thank you so much.  One moment,
22  please.
23      (Pause.)
24      ERICA:  Hello, sir?
25  ████████████████████: Yes.

---

**6**

1       ERICA:  Thanks so much for holding.  I do
2   appreciate your patience.  So I do have the
3   representative, Naia, on the other end who -- who
4   you're supposed to speak to in reference to that call.
5   So I'm going to go ahead and get you over to the line
6   with her, okay?
7   ████████████████████: Okay.
8       ERICA:  Thank you so much for your time.
9   You have a great day, sir.  Happy Holidays.
10  ████████████████████: You also.  Thank you.
11      (Pause.)
12      NAIA:  Hi [recording redacted].
13  ████████████████████: Yes, ma'am.
14      NAIA:  Hi, thank you so much for holding and
15  calling me back.  So the reason why I was calling
16  today is because we were concerned that you may be
17  working with a company that has charged you or will
18  charge you a fee for service that is free through the
19  Department of Education.  We had some suspicious --
20  something suspicious happen on your account where the
21  email address that we show is actually related to a
22  third-party company, Arete.
23  ████████████████████: Yeah, Arete Financial.
24      NAIA:  Okay.  And --
25  ████████████████████: They're supposed to be

---

**7**

1   working -- they're supposed to be working to put my
2   loans -- transfer my loans back to the Department of
3   Education for loan forgiveness.
4       NAIA:  Your loans are with the Department of
5   Education.  So they make --
6   ████████████████████: So in other words, I just
7   got shafted, right?
8       NAIA:  Ahhh, in essence, yes, sir.  We're
9   not supposed to use words like "scam" and things of
10  that nature, but we are actually -- they've -- don't
11  feel bad.  You're actually not the first account and
12  there are a lot of companies out there that are
13  popping up like weeds like we -- as we say, that are
14  really taking advantage of our borrowers.
15          And so when we do an audit on our borrower's
16  accounts to make sure things are okay, no demographics
17  have been updated to any of their addresses or email
18  addresses.  And when we did that, we saw that there
19  was an email address updated on your account with
20  AreteMail.com.  Did you add that?
21  ████████████████████: No, I didn't add that.
22      NAIA:  Okay.  And you said the -- now,
23  this company, what were they supposed to do, put your
24  loans --
25  ████████████████████: They were supposed --

---

**8**

1       NAIA:  -- back with the Department of
2   Education for forgiveness?
3   ████████████████████: Yeah, yes.
4       NAIA:  Okay.
5   ████████████████████: My payment was supposed to
6   be cut down to like two.  I should have known
7   something was fishy when they didn't count my wife's
8   income.
9       NAIA:  Oh, they did not?
10  ████████████████████: No, they didn't.
11      NAIA:  Okay.
12  ████████████████████: They only counted -- they
13  only counted my income.
14      NAIA:  Gotcha.
15  ████████████████████: And I asked them straight
16  -- I asked them specifically about that, and they
17  said, no, it was only my -- my income was only
18  required.
19      NAIA:  Okay.
20  ████████████████████: And I should have -- I
21  should have known then.  I should have been smart
22  enough to pick up on that.
23      NAIA:  No, yes, sir.  So with any
24  federal program, including, you know, forgiveness
25  options, whenever we have to take income into

---

2 (Pages 5 to 8)

Arete Financial Group                                                7/3/2018

---

9

1   consideration, we go based off of how you file your
2   federal income tax return because it is a federal
3   program.  So those are the guidelines that we go by.
4   And so if you file taxes married filing jointly, then,
5   yes, sir, we would need to consider your wife's
6   income, as well.  Is that how you all typically file
7   your taxes?
8   ▇▇▇▇▇▇▇▇▇▇▇▇: Yes, my wife and I file
9   jointly together.
10      NAIA:  Okay.  Okay.  I'm so sorry this has
11  happened to you.  And so what -- what triggered you to
12  work with them?  What were you hoping to achieve?
13  ▇▇▇▇▇▇▇▇▇▇▇▇ I was hoping to lower my
14  payment and get the loan forgiveness.
15      NAIA:  Okay.
16  ▇▇▇▇▇▇▇▇▇▇▇▇: Because I'm a -- I work
17  for public education.
18      NAIA:  Okay.  Okay.  And have you looked at
19  getting those options before here at Mohela?  Has
20  anybody discussed those options with you before?
21  ▇▇▇▇▇▇▇▇▇▇▇▇: Not really.
22      NAIA:  Okay.  I can definitely take a look
23  into that for you.  How -- now, did you end up having
24  to pay them?
25  ▇▇▇▇▇▇▇▇▇▇▇▇: Yeah, I -- I've paid them

---

10

1   two payments already, $503.
2       NAIA:  Is that total or those were each
3   payment amount?
4   ▇▇▇▇▇▇▇▇▇▇▇▇: Each payment amount.
5       NAIA:  Okay.
6   ▇▇▇▇▇▇▇▇▇▇▇▇: There's supposed to be a
7   third payment of $503, too.
8       NAIA:  Okay.
9   ▇▇▇▇▇▇▇▇▇▇▇▇: I guess that -- I guess
10  that's their fee up front.
11      NAIA:  Right.  And another --
12  ▇▇▇▇▇▇▇▇▇▇▇▇: And I'll have to stop the
13  third one.
14      NAIA:  Okay.  Another payment in the amount
15  of $503 is to be taken out.?
16  ▇▇▇▇▇▇▇▇▇▇▇▇: Yeah.
17      NAIA:  Okay.  So one thing that we
18  definitely want to -- we want you to pay or to show
19  some attention to is your Federal Student Aid account.
20  So your FSA ID is very important.  It confirms your
21  identity when accessing your federal student loan
22  information and allows you to electronically make
23  changes to your federal student loan accounts, such as
24  like consolidating your loans or changing repayment
25  plans.  So if someone --

---

11

1   ▇▇▇▇▇▇▇▇▇▇▇▇: Mm-hmm.
2       NAIA:  -- other than yourself has accessed
3   the FSA ID, it is important that you change your ID
4   and username.  They can also take out student loans
5   with this information.  And so there have been a
6   couple of applications submitted recently.  There is
7   an income-driven repayment plan application submitted
8   stating -- let's see here -- that you're married, but
9   you file separately.  You already confirmed that's
10  incorrect.  And that you have three children in the
11  home receiving at least 50 percent of their support
12  from you.  Is that all still correct?
13  ▇▇▇▇▇▇▇▇▇▇▇▇: Yes.
14      NAIA:  That is correct, okay.
15  ▇▇▇▇▇▇▇▇▇▇▇▇: Well, two -- two children
16  -- two children and my mother-in-law.
17      NAIA:  Oh, okay.  And your mother-in-law
18  lives with you, okay.
19  ▇▇▇▇▇▇▇▇▇▇▇▇: Right.
20      NAIA:  All right.  So that's good.  Let's
21  make sure that we get that updated.  And so what I'll
22  do is I'll look to see what -- we can't keep you on
23  this plan since the information as far as not having
24  your spouse's income was incorrect.  But I will
25  definitely --

---

12

1   ▇▇▇▇▇▇▇▇▇▇▇▇: Right.
2       NAIA:  -- I will definitely look and see if
3   there is any other income-driven repayment plan that
4   will provide you with a monthly payment somewhere
5   around what we have you on now, the $209.12 --
6   ▇▇▇▇▇▇▇▇▇▇▇▇: Well, the problem is is
7   that -- $209?
8       NAIA:  Mm-hmm, mm-hmm.
9   ▇▇▇▇▇▇▇▇▇▇▇▇: That's what they --
10  (inaudible) no $209.
11      NAIA:  That's the current monthly plan that
12  we have you on.  It's a Revised Pay As You Earn plan,
13  so it is one of those qualified repayment plans for
14  public service loan forgiveness.  And the monthly
15  payment amounts are $209.12.
16  ▇▇▇▇▇▇▇▇▇▇▇▇: My payment to Mohela is
17  $579.
18      NAIA:  Okay.  So recently, there was an
19  application submitted on your behalf from this
20  company.  And --
21  ▇▇▇▇▇▇▇▇▇▇▇▇: Right.
22      NAIA:  Yes.
23  ▇▇▇▇▇▇▇▇▇▇▇▇: If that company -- if that
24  company misled you --
25      NAIA:  Uh-huh.

---

3 (Pages 9 to 12)

80703ARETE

Arete Financial Group                                                    7/3/2018

---

**13**

1        ▮▮▮▮▮▮▮▮▮▮: -- then that application
2 is no good.
3        NAIA: Right.
4        ▮▮▮▮▮▮▮▮▮▮: And the company -- the
5 company misled you according to my income.
6        NAIA: Right.
7        ▮▮▮▮▮▮▮▮▮▮: My income -- my income is
8 about double what I -- what you had there.
9        NAIA: Okay.
10        ▮▮▮▮▮▮▮▮▮▮: Because my wife's income
11 and I are joined together and together -- well,
12 together, we make -- we gross about 160,000 a year.
13        NAIA: Okay. 160,000, okay. So let's
14 see --
15        ▮▮▮▮▮▮▮▮▮▮: I'm at 70,000.
16        NAIA: Okay.
17        ▮▮▮▮▮▮▮▮▮▮: My income alone is 70,000.
18        NAIA: Okay. And I noted here that was
19 not you who submitted that application, so we know
20 that that is correct --
21        ▮▮▮▮▮▮▮▮▮▮: No, it was --
22        NAIA: How about the general hardship
23 forbearance? We received an application for a general
24 hardship forbearance. It came with a fax cover sheet
25 and it was all typed out. Do you recall sending in a

**14**

1 request for a general forbearance or do you believe
2 that that's something that they may have sent as well.
3        ▮▮▮▮▮▮▮▮▮▮: They -- they did that.
4        NAIA: Okay. And this isn't uncommon for
5 them to do, to submit thee types of applications on
6 the borrower's behalf. The most egregious acts I've
7 seen have been they've completely changed demographic
8 information to intercept any type of correspondence
9 that servicers may try to send to their borrowers. So
10 I'm happy that we were able to contact you and get
11 this squared away right now.
12        ▮▮▮▮▮▮▮▮▮▮: And I need to change my
13 email address.
14        NAIA: And I saw that and I was trying to
15 update that. Okay, let's make sure we do that. Okay.
16 So let's invalidate this AreteMail.
17        Did you sign up for paperless option where
18 you receive most of your correspondence at Mohela.com
19 or was that something that the third-party company
20 did?
21        ▮▮▮▮▮▮▮▮▮▮: No, I've always received
22 (inaudible).
23        NAIA: Oh, okay.
24        ▮▮▮▮▮▮▮▮▮▮: I always get notified by
25 -- I get notified by email or phone.

**15**

1        NAIA: Okay, okay, perfect. Because that is
2 something that we commonly see with these third-party
3 companies, too. Let's take a look here. Okay. So
4 let me make sure I have the email address correct. I
5 have [recording redacted].
6        ▮▮▮▮▮▮▮▮▮▮: Yes.
7        NAIA: Okay. And --
8        ▮▮▮▮▮▮▮▮▮▮: I have a second email. I
9 have a second email.
10        NAIA: Okay.
11        ▮▮▮▮▮▮▮▮▮▮: My work email is
12 [recording redacted]. Yes.
13        NAIA: Okay. And let's make sure we've got
14 everything else correct. So I have [recording
15 redacted].
16        ▮▮▮▮▮▮▮▮▮▮: That's the home number,
17 but I very seldom ever answer that phone.
18        NAIA: Okay.
19        ▮▮▮▮▮▮▮▮▮▮: My mother-in-law is the
20 only one that uses that phone.
21        NAIA: Understood. And then I have
22 [recording redacted]. Okay, got that. All right.
23 And so all of the telephone numbers on your account
24 have been invalidated. This is, again, something
25 common that they do so we don't try to reach out to

**16**

1 people in regards to these specific acts that we have
2 on their account.
3 [13:35]
4        (The requested excerpt was concluded.)

---

4 (Pages 13 to 16)

Arete Financial Group                                                                    7/3/2018

17

1                   CERTIFICATE OF TRANSCRIPTIONIST
2
3
4           I, Elizabeth M. Farrell, do hereby certify
5       that the foregoing proceedings and/or conversations
6       were transcribed by me via CD, videotape, audiotape or
7       digital recording, and reduced to typewriting under my
8       supervision; that I had no role in the recording of
9       this material; and that it has been transcribed to the
10      best of my ability given the quality and clarity of
11      the recording media.
12              I further certify that I am neither counsel
13      for, related to, nor employed by any of the parties to
14      the action in which these proceedings were
15      transcribed; and further, that I am not a relative or
16      employee of any attorney or counsel employed by the
17      parties hereto, nor financially or otherwise
18      interested in the outcome of the action.
19
20                  s/Elizabeth M.  Farrell
21      DATE:  10/4/2019
22                  ELIZABETH M. FARRELL, CERT
23
24
25

**Page 1596**
**PX23 France Decl.**
**Attach. QQQ**

Arete Financial Group                                                                7/3/2018

[18]

**A**

A-R-E 5:1,3
ability 17:10
accessed 11:2
able 14:10
accessing 10:21
account 4:11,18
   6:20 7:11,19 10:19
   15:23 16:2
accounts 7:16 10:23
achieve 9:12
action 17:14,18
activity 4:10
acts 14:6 16:1
add 7:20,21
address 4:20 6:21
   7:19 14:13 15:4
addresses 7:17,18
advantage 7:14
ahead 6:5
Ahhh 7:8
Aid 10:19
allows 10:22
amount 10:3,4,14
amounts 12:15
and/or 17:5
answer 15:17
anybody 9:20
application 11:7
   12:19 13:1,19,23
applications 11:6
   14:5
appreciate 6:2
Arete 1:6 3:4 5:2,5
   6:22,23
AreteMail 14:16
AreteMail.com 5:6
   7:20
asked 8:15,16
attention 10:19
attorney 17:16
audiotape 17:6
audit 7:15
available 5:19

**B**

back 6:15 7:2 8:1

bad 7:11
based 9:1
behalf 12:19 14:6
believe 14:1
best 17:10
Borrower 1:12
borrower's 7:15
   14:6
borrowers 7:14 14:9
brief 5:18

**C**

C 4:1
call 2:5 4:3,10 6:4
calling 4:4 6:15,15
can't 11:22
CD 17:6
CERT 17:22
CERTIFICATE
   17:1
certify 17:4,12
change 11:3 14:12
changed 14:7
changes 10:23
changing 10:24
charge 6:18
charged 6:17
children 11:10,15
   11:16
clarity 17:10
COMMISSION 1:2
   2:1 3:1
common 15:25
commonly 15:2
companies 7:12
   15:3
company 6:17,22
   7:23 12:20,23,24
   13:4,5 14:19
completely 14:7
concerned 6:16
concluded 16:4
confirmed 11:9
confirms 10:20
consider 9:5
consideration 9:1
consolidating 10:24

contact 14:10
conversations 17:5
correct 11:12,14
   13:20 15:4,14
correspondence
   14:8,18
counsel 17:12,16
count 8:7
counted 8:12,13
couple 11:6
cover 13:24
current 12:11
Currently 4:20
cut 8:6

**D**

D 2:2 4:1
DATE 1:7 17:21
day 6:9
Debt 1:12
definitely 9:22
   10:18 11:25 12:2
demographic 14:7
demographics 7:16
Department 6:19
   7:2,4 8:1
didn't 7:21 8:7,10
digital 3:12 17:7
discussed 9:20
doing 4:16
don't 5:17 7:10
   15:25
double 13:8

**E**

E 2:2 4:1,1
Earn 12:12
education 6:19 7:3,5
   8:2 9:17
egregious 14:6
electronically 10:22
Elizabeth 17:4,22
email 4:23 6:21 7:17
   7:19 14:13,25 15:4
   15:8,9,11
email.com 4:24 5:1
employed 17:13,16

contact 14:10
employee 17:16
Erica 4:4,5,8,12,15
   4:20,23 5:1,6,8,13
   5:15,21,24 6:1,8
essence 7:8
excerpt 1:13 4:3
   16:4

**F**

far 11:23
Farrell 17:4,20,22
fax 13:24
federal 1:2 2:1 3:1
   8:24 9:2,2 10:19
   10:21,23
fee 6:18 10:10
feel 7:11
file 3:12 9:1,4,6,8
   11:9
filing 9:4
Financial 1:6 3:4
   6:23
financially 17:17
first 4:5 7:11
fishy 8:7
following 3:11
forbearance 13:23
   13:24 14:1
foregoing 17:5
forgiveness 7:3 8:2
   8:24 9:14 12:14
free 6:18
front 10:10
FSA 10:20 11:3
further 17:12,15

**G**

G 4:1
general 13:22,23
   14:1
getting 9:19
given 17:10
go 6:5 9:1,3
going 5:19 6:5
good 11:20 13:2
Gotcha 8:14
great 6:9

gross 13:12
Group 1:6 3:4
guess 10:9,9
guidelines 9:3

**H**

happen 6:20
happened 9:11
happy 4:16 6:9
   14:10
hardship 13:22,24
Hello 5:24
help 4:8
hereto 17:17
Hi 4:9 6:12,14
hold 5:18
holding 6:1,14
Holidays 6:9
home 11:11 15:16
hoping 9:12,13

**I**

I'll 4:15 10:12 11:21
   11:22
I'm 5:2,9,17,18 6:5
   9:10,16 13:15
   14:10
I've 9:25 14:6,21
ID 10:20 11:3,3
identity 10:21
important 10:20
   11:3
inaudible 5:17
   12:10 14:22
including 8:24
income 8:8,13,17,25
   9:2,6 11:24 13:5,7
   13:7,10,17
income-driven 11:7
   12:3
incorrect 11:10,24
information 4:17
   10:22 11:5,23 14:8
intercept 14:8
interested 17:18
invalidate 14:16
invalidated 15:24

Arete Financial Group                                                    7/3/2018

[ 19 ]

**IR_300109518890...**
1:13
**isn't** 14:4
**it's** 5:2 12:12

**J**

**joined** 13:11
**jointly** 9:4,9
**July** 1:7 3:7

**K**

**keep** 11:22
**know** 8:24 13:19
**known** 8:6,21

**L**

**L** 1:12
**let's** 11:8,20 13:13
14:15,16 15:3,13
**line** 6:5
**lives** 11:18
**loan** 7:3 9:14 10:21
10:23 12:14
**loans** 7:2,2,4,24
10:24 11:4
**look** 4:16 5:9 9:22
11:22 12:12 15:3
**looked** 9:18
**looking** 5:10
**lot** 7:12
**lower** 9:13

**M**

**M** 17:4,20,22
**ma'am** 6:13
**Mail** 5:2
██████████ 1:12 2:5
4:3,9,13,19,22,25
5:4,7,12,20,25 6:7
6:10,13,23,25 7:6
7:21,25 8:3,5,10
8:12,15,20 9:8,13
9:16,21,25 10:4,6
10:9,12,16 11:1,13
11:15,19 12:1,6,9
12:16,21,23 13:1,4
13:7,10,15,17,21

14:3,12,21,24 15:6
15:8,11,16,19
**married** 9:4 11:8
**material** 17:9
**Matter** 1:5 3:3,4
**media** 17:11
**message** 4:14
**mind** 5:17
**misled** 12:24 13:5
**mm-hmm** 5:7 11:1
12:8,8
**Mohela** 4:4,12 9:19
12:16
**Mohela.com** 14:18
**moment** 4:15 5:11
5:21
**monthly** 12:4,11,14
**mother-in-law**
11:16,17 15:19

**N**

**N** 2:2 4:1
**Naia** 6:3,12,14,24
7:4,8,22 8:1,4,9,11
8:14,19,23 9:10,15
9:18,22 10:2,5,8
10:11,14,17 11:2
11:14,17,20 12:2,8
12:11,18,22,25
13:3,6,9,13,16,18
13:22 14:4,14,23
15:1,7,10,13,18,21
**name** 4:5,6
**nature** 7:10
**need** 9:5 14:12
**neither** 17:12
**noted** 13:18
**notes** 5:9,10
**notified** 14:24,25
**number** 15:16
**numbers** 15:23

**O**

**O** 4:1
**OCTOBER** 1:8
**OFFICIAL** 1:1
**Oh** 8:9 11:17 14:23

**okay** 4:12,15,19 5:8
5:11,12,15,19,20
6:6,7,24 7:16,22
8:4,11,19,23 9:10
9:10,15,18,18,22
10:5,8,14,17 11:14
11:17,18 12:18
13:9,13,13,16,18
14:4,15,15,23 15:1
15:1,3,7,10,13,18
15:22
**option** 14:17
**options** 8:25 9:19,20
**outcome** 17:18

**P**

**P** 4:1
**PAGE** 2:4
**PAGES** 1:9
**paid** 9:25
**paperless** 14:17
**parties** 17:13,17
**patience** 6:2
**Pause** 5:14,23 6:11
**pay** 9:24 10:18
12:12
**payment** 8:5 9:14
10:3,4,7,14 12:4
12:15,16
**payments** 10:1
**people** 16:1
**percent** 11:11
**perfect** 15:1
**phone** 4:10 14:25
15:17,20
**pick** 8:22
**placing** 5:17
**plan** 11:7,23 12:3,11
12:12
**plans** 10:25 12:13
**please** 4:5 5:22
**popping** 7:13
**problem** 12:6
**PROCEEDING** 1:1
**proceedings** 17:5,14
**produced** 3:11
**program** 8:24 9:3

**provide** 12:4
**provided** 3:12
**public** 9:17 12:14
**put** 7:1,23

**Q**

**qualified** 12:13
**quality** 17:10

**R**

**R** 4:1
**R-T** 4:24,25
**reach** 15:25
**really** 7:14 9:21
**reason** 6:15
**recall** 13:25
**receive** 14:18
**received** 4:9 13:23
14:21
**receiving** 11:11
**Record** 3:12
**RECORDED** 1:7
**recording** 2:4 4:7,21
4:24 6:12 15:5,12
15:14,22 17:7,8,11
**redacted** 4:7,21,24
6:12 15:5,12,15,22
**reduced** 17:7
**reference** 5:15 6:4
**regards** 16:1
**related** 6:21 17:13
**relative** 17:15
**Relief** 1:12
**repayment** 10:24
11:7 12:3,13
**representative** 6:3
**request** 14:1
**requested** 16:4
**required** 5:16 8:18
**return** 9:2
**Revised** 12:12
**right** 5:9 7:7 10:11
11:19,20 12:1,21
13:3,6 14:11 15:22
**role** 17:8

**S**

**S** 4:1
**s/Elizabeth** 17:20
**saw** 7:18 14:14
**says** 5:16
**scam** 7:9
**second** 15:8,9
**see** 5:10,19 11:8,22
12:2 13:14 15:2
**seen** 14:7
**seldom** 15:17
**send** 14:9
**sending** 13:25
**sent** 14:2
**separately** 11:9
**September** 3:13
**service** 6:18 12:14
**servicers** 14:9
**shafted** 7:7
**she's** 5:19
**sheet** 13:24
**short** 5:18
**show** 4:20 6:21
10:18
**sign** 14:17
**sir** 5:8,24 6:9 7:8
8:23 9:5
**smart** 8:21
**sorry** 9:10
**speak** 6:4
**specific** 5:15 16:1
**specifically** 8:16
**spouse's** 11:24
**squared** 14:11
**stating** 11:8
**stop** 10:12
**straight** 8:15
**student** 10:19,21,23
11:4
**submit** 14:5
**submitted** 11:6,7
12:19 13:19
**supervision** 17:8
**support** 11:11
**supposed** 5:2,3 6:4
6:25 7:1,9,23,25
8:5 10:6
**sure** 5:2 7:16 11:21

80703ARETE

Arete Financial Group

7/3/2018

[ 20 ]

14:15 15:4,13
**suspicious** 4:10 6:19
6:20

**T**

**T** 5:1
**take** 4:16 8:25 9:22
11:4 15:3
**taken** 10:15
**talk** 5:16
**tax** 9:2
**taxes** 9:4,7
**telephone** 15:23
▉▉▉▉ 1:12 2:5 4:3,9
4:13,19,22,25 5:4
5:7,12,20,25 6:7
6:10,13,23,25 7:6
7:21,25 8:3,5,10
8:12,15,20 9:8,13
9:16,21,25 10:4,6
10:9,12,16 11:1,13
11:15,19 12:1,6,9
12:16,21,23 13:1,4
13:7,10,15,17,21
14:3,12,21,24 15:6
15:8,11,16,19
**thank** 4:4,8 5:8,13
5:21 6:8,10,14
**Thanks** 6:1
**that's** 4:13 10:10
11:9,20 12:9,11
14:2 15:16
**thee** 14:5
**There's** 5:15 10:6
**they're** 6:25 7:1
**they've** 7:10 14:7
**thing** 10:17
**things** 7:9,16
**third** 10:7,13
**third-party** 6:22
14:19 15:2
**three** 11:10
**time** 6:8
**TITLE** 1:6
**today** 6:16
**total** 10:2
**TRADE** 1:2 2:1 3:1

**transcribed** 1:8 17:6
17:9,15
**transcript** 1:1 3:11
**TRANSCRIPTIO...**
17:1
**transfer** 7:2
**triggered** 9:11
**try** 14:9 15:25
**trying** 14:14
**two** 8:6 10:1 11:15
11:15,16
**two-minute** 5:18
**type** 14:8
**typed** 13:25
**types** 14:5
**typewriting** 17:7
**typically** 9:6

**U**

**Uh-huh** 12:25
**uncommon** 14:4
**Understood** 15:21
**update** 14:15
**updated** 7:17,19
11:21
**use** 7:9
**username** 11:4
**uses** 15:20

**V**

**verify** 4:17
**videotape** 17:6

**W**

**want** 10:18,18
**We're** 7:8
**we've** 15:13
**weeds** 7:13
**wife** 9:8
**wife's** 8:7 9:5 13:10
**words** 7:6,9
**work** 9:12,16 15:11
**working** 6:17 7:1,1

**X**

**X** 2:2

**Y**

**yeah** 5:4 6:23 8:3
9:25 10:16
**year** 13:12
**you're** 5:16 6:4 7:11
11:8

**Z**

**0**

**07.03.2018** 1:12

**1**

**1** 1:9
**10/4/2019** 17:21
**13** 3:13
**13:35** 16:3
**160,000** 13:12,13
**17** 1:9
**1923040** 1:5 3:4

**2**

**2:00-13:35** 1:13
**2018** 1:7 3:7
**2019** 1:8 3:13
**209** 12:7,10
**209.12** 12:5,15

**3**

**3** 1:7 3:7

**4**

**4** 1:8 2:5

**5**

**50** 11:11
**503** 10:1,7,15
**579** 12:17

**6**

**7**

**70,000** 13:15,17

# In the Matter of:

## Arete Financial Group

*July 10, 2018*

*80710Arete_* <span style="background:black">████████</span>

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Page 1**

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION

MATTER NO.      1923040

TITLE           ARETE FINANCIAL GROUP

DATE            RECORDED:  JULY 10, 2018
                TRANSCRIBED:  OCTOBER 4, 2019

PAGES           1 THROUGH 20

Borrower ████████ Debt Relief
IR_300163016390180710_Edited_7_31_2019
EXCERPT - 0:00-12:05, 21:40-23:28

**Page 3**

1                    FEDERAL TRADE COMMISSION
2
3     In the Matter of:          )
4     Arete Financial Group      )  Matter No. 1923040
5                                )
6     -----------------------------)
7                                      July 10, 2018
8
9
10
11         The following transcript was produced from a
12    digital file provided to For The Record, Inc. on
13    September 13, 2019.
14
15
16
17
18
19
20
21
22
23
24
25

**Page 2**

1                    FEDERAL TRADE COMMISSION
2                         I N D E X
3
4     RECORDING:                                PAGE:
5     ████████ Call                               4
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1               P R O C E E D I N G S
2               -   -   -   -   -   -
3               ████████ CALL - EXCERPTS
4     [00:00]
5               ████████:  Hello.
6          NAIA:  Hi, yes.  May I speak to [recording
7     redacted].
8               ████████:  This is her.
9          NAIA:  My name is Naia.  I'm calling with
10    Mohela.  We service student loans for the Department
11    of Education.
12               ████████:  Yes.
13         NAIA:  Yes, ma'am.  And just for security
14    purpose and to discuss the reason for today's call,
15    could you verify your date of birth and just the last
16    four of your Social Security number?
17         [Recording redacted.]
18         NAIA:  Thank you so much for that.  And I do
19    need to let you know this call may be monitored or
20    recorded for quality assurance.
21         And so the reason why I'm calling you today
22    is because we are concerned that you may be working
23    with a company that has charged you or will charge you
24    a fee for service that is free through the Department
25    of Education and just wanted to let you know the

                                                    1 (Pages 1 to 4)

Arete Financial Group                                                            7/10/2018

---

5

1    Department of Education contracts with us, Mohela, to
2    help borrowers manage their federal student loans at
3    no cost to you.  So it is our responsibility to help
4    you and simplify your student loans, lower your
5    monthly payment, or learn about discharge or
6    forgiveness programs for free.
7          The reason for the call is because there is
8    an email address on file that appears to be related --
9                                  : Yes, I've changed --
10          NAIA:  Yes, ma'am.
11                                  : Oh, go ahead.  I have
12   changed my email address and I don't know if you
13   updated -- if I updated you.
14          NAIA:  Okay.  So the --
15                                  : But, yes, I am.  I -- go
16   ahead.
17          NAIA:  Yes, you are?  You are?  Okay, no --
18                                  : Yeah, I am.
19          NAIA:  -- you go ahead.  The reason why I
20   was -- well, I'll let you know, the reason why we were
21   calling is because an email address on file was
22   connected to a third party.  It's the email address at
23   AreteMail.com.
24                                  : Yeah, that's the -- that
25   would be the third party, not mine.

---

6

1          NAIA:  Okay.  And so are you still working
2    with this third-party company?
3                                  : Yeah, I thought -- I mean,
4    honestly, I thought they were like with the Federal
5    Government, and then afterwards, I actually realized
6    that they weren't.  It was more like a consolidation
7    kind of thing.  And so I just --
8          NAIA:  Okay.
9                                  : I got -- honestly, I got
10   confused and I hope that I --
11          NAIA:  That's fine.
12                                  : -- I hope that I'm okay.
13   But it scared me once I realized that -- what happened
14   is my daughter -- my school closed.
15          NAIA:  Okay.
16                                  : So I have student loans on
17   a school that closed.
18          NAIA:  Okay.
19                                  : But I have -- excuse me.
20   My phone works better outside.  I don't want to lose
21   you.  If I do, just call me back.
22          NAIA:  Okay, I sure will.
23                                  : I live in a two-story
24   house, but it's like I -- it thinks I have a tin roof
25   or something.  Okay.  And the kids are in there

---

7

1    sleeping.  But I have a son with autism and a daughter
2    who was just diagnosed with cancer a couple months
3    ago.  So whenever he called --
4          NAIA:  Oh, my goodness.
5                                  : -- I thought that -- I was
6    like -- so I'm paying like 260 -- almost 280 -- I
7    don't know; I have it wrote down -- for three months,
8    and then $39 a month for 36 months and then the rest
9    of my loan was supposed to be clear.  I don't even
10   know if it's true and I'm scared and I don't -- I
11   didn't want to tell -- like I told my husband, but I
12   don't even know.  And they tell me that it's -- that
13   I'm fine and it's okay, and I'm just like --
14          NAIA:  Right.
15                                  : -- (inaudible) take any
16   chances.
17          NAIA:  Okay.  So let me ask you again, I
18   know you said you had an approximate amount that you
19   paid, but how much did you pay?  Was it -- it was 200
20   and?
21                                  : Yeah, let me look.  The
22   thing is my kids are sleeping, sorry.
23          NAIA:  Take your time.  I'll -- you know,
24   I'll understand the silence.
25                                  : (Inaudible).  I can --

---

8

1    yeah, thank you.
2          NAIA:  Yes, absolutely.  Yes, ma'am.
3                                  : (Inaudible).
4          NAIA:  No problem.  Take your time.
5    (Pause.)
6                                  : Okay, I have my notebook
7    where I keep everything.
8          NAIA:  Right.
9                                  : So I have dates and
10   everything.  Yeah, I -- so it's -- the A-R-E-T-E
11   Financial Freedom is what it --
12          NAIA:  Arete Financial Freedom?
13                                  : Yeah.
14          NAIA:  Okay.
15                                  : Mm-hmm.  So on June 1st,
16   I paid 299.57.
17          NAIA:  Okay, $299.57 on June 21st, okay.
18                                  : Fifty-seven, yeah.
19          NAIA:  Okay.
20                                  : I'll do the same on July
21   23rd.  It comes right out of my bank.
22          NAIA:  On July 23rd, it's supposed to
23   happen.  Okay.
24                                  : And then on August 21st,
25   the same amount.

---

2 (Pages 5 to 8)

Arete Financial Group                                                7/10/2018



9

1   NAIA:  On August 21st, okay.
2   ███████████████  So then that adds up to
3   $899.01.  And then starting October, I will start --
4   it will start taking $36 for 36 months, which equals
5   $1,404, saving me almost $8,000.  But I don't know if
6   that -- I'm getting -- like 7,000.  I don't know if
7   I'm getting -- I don't know.  I got really scared.
8   I'm kind of glad you called.
9   NAIA:  Okay, yeah, I'm happy I got you
10  today.  So you said in October, it was supposed to be
11  $36 a month for how many months?
12  ███████████████  :  Thirty-nine for 36 months.
13  NAIA:  $39 a month.
14  ███████████████  :  $39 even.  Yeah.
15  NAIA:  For 36 months.
16  ███████████████  :  Yeah.
17  NAIA:  Okay.  And then the loan would be
18  forgiven?
19  ███████████████  :  Yeah.  He said they were
20  going to collect my four loans and I thought I was
21  speaking with like -- because he said something about
22  the Obama forgiveness program.
23  NAIA:  Mm-hmm.
24  ███████████████  :  So I'm -- it's scary how
25  they -- I'm not saying this is -- because they're with

11

1   NAIA:  -- I'm sorry that --
2   ███████████████  :  Because I can't go back.
3   NAIA:  -- this happened.  Yeah, no, I'm
4   sorry that this happened to you.
5   ███████████████  :  (Inaudible) is just --
6   NAIA:  You didn't do anything wrong.  Let me
7   just first tell you that.
8   ███████████████  :  Okay, thank you.
9   NAIA:  Because we've got a large number of
10  our borrowers who are being affected by these types of
11  companies.
12  ███████████████  :  Okay.
13  NAIA:  And who are being advised of things
14  that may not necessarily be true.
15  ███████████████  :  Yeah.
16  NAIA:  So the first thing I want to address
17  is the payments and the forgiveness.  So -- and how
18  your student loans work rather.  So your loans are
19  owned by the Department of Education and then the
20  Department of Education contract servicers to help you
21  with your student loans for free so you never have to
22  pay for anything -- any type of services that are
23  available to you for your federal student loans.
24  This company is a third-party company.  In
25  essence, what they do is they just complete

10

1   the Better Business Bureau and I'm just saying it
2   scared me that afterwards I didn't know -- I really
3   didn't know until --
4   NAIA:  Right.
5   ███████████████  :  That's -- so, you know,
6   I've always dealt with my student loan people because
7   when my school closed, then I didn't know what to do,
8   you know.
9   NAIA:  Right.
10  ███████████████  :  It was just crazy.  I --
11  oh, my whole life is just --
12  NAIA:  No, I completely understand.
13  ███████████████  :  I mean (inaudible)
14  spectrum was hard enough and then my school closed.
15  NAIA:  Right.
16  ███████████████  :  It was just -- I was just
17  -- I'm so mad about that and, yeah, it scared me, you
18  know, and --
19  NAIA:  Yeah, I definitely understand where
20  you could have, you know, been in a kind of vulnerable
21  situation --
22  ███████████████  :  Yeah, I know, I know.
23  NAIA:  -- where you wanted to get this taken
24  care of due to other underlying circumstances.  So --
25  ███████████████  :  Mm-hmm, yeah.

12

1   documentation for you and they're charging you for
2   services that are free through the Department of
3   Education.
4   Case in point, I see that there is a
5   consolidation request that we received on June 25th,
6   2018.  Consolidations are done for free and I see that
7   your loan will be transferred out elsewhere.  That
8   being said, there is no forgiveness program out there
9   that allows you to pay a certain amount of money and
10  then it releases you from your federal student loan.
11  The way forgiveness plans are set up is you have to
12  make a -- you have to make payments within a specific
13  amount of time in order to reach the time frame of
14  forgiveness or reach that forgiveness time.
15  So in other words, the case -- what you've
16  been on I see here -- and I was looking at your
17  account, some of the history of your account.
18  ███████████████  :  Mm-hmm.
19  NAIA:  The repay plan that you're on,
20  Revised Pay As You Earn plan for a monthly payment of
21  zero dollars --
22  ███████████████  :  (Inaudible).
23  NAIA:  -- that is a forgiveness repayment
24  plan.  So after 20 years of qualifying payments, if
25  these are undergraduate loans, your remaining loan may

3 (Pages 9 to 12)

Page 1603
PX23 France Decl.
Attach. QQQ

80710Arete

Arete Financial Group                                                          7/10/2018

---

13

1  be forgiven, or after 25 years of qualifying payments,
2  after -- if these are graduate loans, your loans may
3  be forgiven.
4                              : Right.
5           NAIA:  So there -- there's other forgiveness
6  programs out there, such as public service loan
7  forgiveness, teacher loan forgiveness, but it --
8                              : Excuse me, I'm sorry.
9           NAIA:  No, you're fine.  But, again, it just
10  -- you would have to earn that forgiveness.  It's
11  something that you can't make payments on.
12                          : Yeah (inaudible).
13           NAIA:  Yeah.
14                          : Yeah, that's what I'm
15  doing.  I'm paying and --
16           NAIA:  Right.
17                          (Inaudible).
18           NAIA:  So what you're essentially paying for
19  with this company -- and I'm just going to double-
20  check your payment history just to make sure that they
21  haven't sent payment -- no, they haven't.  So what
22  you're paying for with this company is actually their
23  service fees.  And so there's no payment that has been
24  sent on your student loans, the payments that you make
25  to your company -- to this company, like we won't ever

---

14

1  see your federal student loans, as well.
2           So what I understand is you began working
3  with this company because you thought that this loan
4  would be forgiven --
5                          : Right, yeah, mm-hmm.
6           NAIA:  -- quicker?  Okay.
7                          : I just thought it was like
8  through our -- I thought it was like a government -- I
9  guess, you know, like from a Department of Education
10  guy.  That's really in my head --
11           NAIA:  Mm-hmm.
12                          : -- the way it sounded.
13           NAIA:  Yeah, I believe you.
14                          : (Inaudible).
15           NAIA:  I definitely believe you.
16                          : Oh, my God, I'm going to
17  -- I could just -- you know, I can't even fathom
18  because my children and everything we're going through
19  right now.
20           NAIA:  Right.  And you know what --
21                          : I have an 11-year-old
22  daughter who has cancer.
23           NAIA:  I'm so sorry.
24                          : Let me tell you, my life
25  is upside down, so I can't have anybody taking from

---

15

1  me.
2           NAIA:  I understand.  And I'm going to
3  provide you with some information to help you to see
4  if you can get some -- get this money back that you've
5  already spent, okay?
6                          : Yes.
7           NAIA:  I'm definitely going to help you with
8  that.  And, again, I'm so sorry that this has happened
9  to you.
10           How did you find out about this company?
11                          : Oh, the -- they sent me a
12  letter saying -- like it was my final notice on my
13  loan and I was like, okay, well, then I need to start
14  paying on it.  (Inaudible) sick, I'm not going back to
15  school.  Because I was going to try to hold out on
16  paying the student loans until I went to a different
17  school.
18           NAIA:  Mm-hmm.
19                          : And my plan (inaudible)
20  and then she got sick and I was just like, okay, I'm
21  not going to go back --
22           NAIA:  Right.
23                          : -- so I need to start
24  paying on them, no big deal.
25           NAIA:  Mm-hmm.

---

16

1                          : And it seemed like it was
2  from you guys.
3           NAIA:  Mm-hmm.
4                          : So I was like, okay.  Then
5  when I called, he's talking about the Obama
6  forgiveness thing and I was just like I -- I feel like
7  I'm a smart person, you know --
8           NAIA:  Mm-hmm.
9                          : -- and I -- I just -- I
10  wasn't sure even -- I thought I was working with you
11  at first and then I was like, oh, he's with the
12  Department of Education and I was asking him questions
13  (inaudible) --
14           NAIA:  Right.
15                          : -- (inaudible) and, you
16  know, he would like -- I don't know.  It just --
17           NAIA:  No, they --
18                          : I mean, he made me feel
19  like everything was okay --
20           NAIA:  And they do, they do.
21                          : -- and he knew my
22  situation.
23           NAIA:  Mm-hmm, mm-hmm, and they do.
24                          : He knew that -- that she
25  had -- you know, she (inaudible) --

---

4 (Pages 13 to 16)

Page 1604
PX23 France Decl.
Attach. QQQ



80710Arete

Arete Financial Group

7/10/2018

**17**

1    NAIA: That makes me so mad.
2    ████████████ : -- and we can't even
3    afford our house, like we're going to have to move.
4    So --
5    NAIA: Oh, my gosh, I'm so sorry. That
6    makes me really upset for you --
7    ████████████ : So I didn't want to screw
8    up all my loans, you know, because --
9    NAIA: Right, right.
10    ████████████ I pay my bills
11    (inaudible) --
12    [12:05]
13    [21:40]
14    ████████████ : But what about this
15    company that supposedly is taking my loans?
16    NAIA: They're not taking your loans.
17    That's what I'm explaining to you.
18    ████████████ : Okay.
19    NAIA: Your loans -- yeah, we don't even
20    work with third-party companies. The Department of
21    Education owns your loans. So put it to you this way,
22    in order for them to be able to service your loans,
23    they would have to buy your loans at the full --
24    ████████████ : (Inaudible).
25    NAIA: -- the full amount, the full amount

**18**

1    of what is owed, and I'll tell you what your full
2    amount is, which is inclusive of any outstanding
3    interest. Your total payoff amount as of today, July
4    10th, 2018, they would have to pay 10,000, $1,600, in
5    which case they would buy that full amount and then
6    they would have to turn around and take these payments
7    and accept the payments that you provide them as
8    payment in full, leaving a balance still remaining.
9    It doesn't quite make business sense and
10    they don't have the federal programs available because
11    they're not federally -- they're not federally
12    contracted. They're not a federal -- they're not a
13    federal company or a contractor or --
14    ████████████ : Yeah.
15    NAIA: Yeah. So --
16    ████████████ : So I have to like
17    definitely get a hold of them.
18    NAIA: Yes. And I'm also going to give you
19    information to contact our State's Attorney General
20    because they need to know about this company and what
21    they've done and how they've misled themselves. And
22    I'm also going to give you information on -- to
23    contact the Federal Trade Commission, as well as the
24    Consumer Financial Protection Bureau. All of these
25    agents -- all of these government agencies are helping

**19**

1    the Federal Trade Commission with some sort of
2    investigation matters to help bring light to these
3    companies. And in some cases, these companies have
4    been shut down.
5    [23:28]
6    (The requested excerpts were concluded.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**20**

1    CERTIFICATE OF TRANSCRIPTIONIST
2
3
4    I, Elizabeth M. Farrell, do hereby certify
5    that the foregoing proceedings and/or conversations
6    were transcribed by me via CD, videotape, audiotape or
7    digital recording, and reduced to typewriting under my
8    supervision; that I had no role in the recording of
9    this material; and that it has been transcribed to the
10    best of my ability given the quality and clarity of
11    the recording media.
12    I further certify that I am neither counsel
13    for, related to, nor employed by any of the parties to
14    the action in which these proceedings were
15    transcribed; and further, that I am not a relative or
16    employee of any attorney or counsel employed by the
17    parties hereto, nor financially or otherwise
18    interested in the outcome of the action.
19
20    s/Elizabeth M. Farrell
21    DATE: 10/4/2019
22    ELIZABETH M. FARRELL, CERT
23
24
25

5 (Pages 17 to 20)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Arete Financial Group

7/10/2018

[ 21 ]

**A**
A-R-E-T-E 8:10
ability 20:10
able 17:22
absolutely 8:2
accept 18:7
account 12:17,17
action 20:14,18
address 5:8,12,21
  5:22 11:16
adds 9:2
advised 11:13
afford 17:3
agencies 18:25
agents 18:25
ago 7:3
ahead 5:11,16,19
allows 12:9
███████ 1:12 2:5
  4:3,5,8,12 5:9,11
  5:15,18,24 6:3,9
  6:12,16,19,23 7:5
  7:15,21,25 8:3,6,9
  8:13,15,18,20,24
  9:2,12,14,16,19,24
  10:5,10,13,16,22
  10:25 11:2,5,8,12
  11:15 12:18,22
  13:4,8,12,14,17
  14:5,7,12,14,16,21
  14:24 15:6,11,19
  15:23 16:1,4,9,15
  16:18,21,24 17:2,7
  17:10,14,18,24
  18:14,16
amount 7:18 8:25
  12:9,13 17:25,25
  18:2,3,5
and/or 20:5
anybody 14:25
appears 5:8
approximate 7:18
Arete 1:6 3:4 8:12
AreteMail.com 5:23
asking 16:12
assurance 4:20

**B**
attorney 18:19
  20:16
audiotape 20:6
August 8:24 9:1
autism 7:1
available 11:23
  18:10

**B**
back 6:21 11:2 15:4
  15:14,21
balance 18:8
bank 8:21
began 14:2
believe 14:13,15
best 20:10
better 6:20 10:1
big 15:24
bills 17:10
birth 4:15
Borrower 1:12
borrowers 5:2 11:10
bring 19:2
Bureau 10:1 18:24
business 10:1 18:9
buy 17:23 18:5

**C**
C 4:1
call 2:5 4:3,14,19
  5:7 6:21
called 7:3 9:8 16:5
calling 4:9,21 5:21
can't 11:2 13:11
  14:17,25 17:2
cancer 7:2 14:22
care 10:24
case 12:4,15 18:5
cases 19:3
CD 20:6
CERT 20:22
certain 12:9
CERTIFICATE
  20:1
certify 20:4,12
chances 7:16
changed 5:9,12

charge 4:23
charged 4:23
charging 12:1
check 14:20
children 14:18
circumstances
  10:24
clarity 20:10
clear 7:9
closed 6:14,17 10:7
  10:14
collect 9:20
comes 8:21
Commission 1:2 2:1
  3:1 18:23 19:1
companies 11:11
  17:20 19:3,3
company 4:23 6:2
  11:24,24 13:19,22
  13:25,25 14:3
  15:10 17:15 18:13
  18:20
complete 11:25
completely 10:12
concerned 4:22
concluded 19:6
confused 6:10
connected 5:22
consolidation 6:6
  12:5
Consolidations 12:6
Consumer 18:24
contact 18:19,23
contract 11:20
contracted 18:12
contractor 18:13
contracts 5:1
conversations 20:5
cost 5:3
counsel 20:12,16
couple 7:2
crazy 10:10

**D**
D 2:2 4:1
date 1:7 4:15 20:21
dates 8:9

daughter 6:14 7:1
  14:22
deal 15:24
dealt 10:6
Debt 1:12
definitely 10:19
  14:15 15:7 18:17
Department 4:10,24
  5:1 11:19,20 12:2
  14:9 16:12 17:20
diagnosed 7:2
didn't 7:11 10:2,3,7
  11:6 17:7
different 15:16
digital 3:12 20:7
discharge 5:5
discuss 4:14
documentation 12:1
doesn't 18:9
doing 13:15
dollars 12:21
don't 5:12 6:20 7:7
  7:9,10,12 9:5,6,7
  16:16 17:19 18:10
double- 13:19
due 10:24

**E**
E 2:2 4:1,1
earn 12:20 13:10
Education 4:11,25
  5:1 11:19,20 12:3
  14:9 16:12 17:21
Elizabeth 20:4,22
email 5:8,12,21,22
employed 20:13,16
employee 20:16
equals 9:4
essence 11:25
essentially 13:18
EXCERPT 1:13
excerpts 4:3 19:6
excuse 6:19 13:8
explaining 17:17

**F**
Farrell 20:4,20,22

fathom 14:17
federal 1:2 2:1 3:1
  5:2 6:4 11:23
  12:10 14:1 18:10
  18:12,13,23 19:1
federally 18:11,11
fee 4:24
feel 16:6,18
fees 13:23
Fifty-seven 8:18
file 3:12 5:8,21
final 15:12
Financial 1:6 3:4
  8:11,12 18:24
financially 20:17
find 15:10
fine 6:11 7:13 13:9
first 11:7,16 16:11
following 3:11
foregoing 20:5
forgiven 9:18 13:1,3
  14:4
forgiveness 5:6 9:22
  11:17 12:8,11,14
  12:14,23 13:5,7,7
  13:10 16:6
four 4:16 9:20
frame 12:13
free 4:24 5:6 11:21
  12:2,6
Freedom 8:11,12
full 17:23,25,25 18:1
  18:5,8
further 20:12,15

**G**
G 4:1
General 18:19
getting 9:6,7
give 18:18,22
given 20:10
glad 9:8
go 5:11,15,19 11:2
  15:21
God 14:16
going 9:20 13:19
  14:16,18 15:2,7,14

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Arete Financial Group                                                                    7/10/2018

[ 22 ]

15:15,21 17:3
18:18,22
**goodness** 7:4
**gosh** 17:5
**government** 6:5
  14:8 18:25
**graduate** 13:2
**Group** 1:6 3:4
**guess** 14:9
**guy** 14:10
**guys** 16:2

**H**

**happen** 8:23
**happened** 6:13 11:3
  11:4 15:8
**happy** 9:9
**hard** 10:14
**haven't** 13:21,21
**he's** 16:5,11
**head** 14:10
**Hello** 4:5
**help** 5:2,3 11:20
  15:3,7 19:2
**helping** 18:25
**hereto** 20:17
**Hi** 4:6
**history** 12:17 13:20
**hold** 15:15 18:17
**honestly** 6:4,9
**hope** 6:10,12
**house** 6:24 17:3
**husband** 7:11

**I**

**I'll** 5:20 7:23,24
  8:20 18:1
**I'm** 4:9,21 6:12 7:6
  7:10,13,13 9:6,7,8
  9:9,24,25 10:1,17
  11:1,3 13:8,14,15
  13:19 14:16,23
  15:2,7,8,14,20
  16:7 17:5,17 18:18
  18:22
**I've** 5:9 10:6
**inaudible** 7:15,25

8:3 10:13 11:5
12:22 13:12,17
14:14 15:14,19
16:13,15,25 17:11
17:24
**inclusive** 18:2
**information** 15:3
  18:19,22
**interest** 18:3
**interested** 20:18
**investigation** 19:2
**IR_300163016390...**
  1:13
**it's** 5:22 6:24 7:10
  7:12,13 8:10,22
  9:24 13:10

**J**

**July** 1:7 3:7 8:20,22
  18:3
**June** 8:15,17 12:5

**K**

**keep** 8:7
**kids** 6:25 7:22
**kind** 6:7 9:8 10:20
**knew** 16:21,24
**know** 4:19,25 5:12
  5:20 7:7,10,12,18
  7:23 9:5,6,7 10:2,3
  10:5,7,8,18,20,22
  10:22 14:9,17,20
  16:7,16,16,25 17:8
  18:20

**L**

**large** 11:9
  ███████ 1:12 2:5
  4:3,5,8,12 5:9,11
  5:15,18,24 6:3,9
  6:12,16,19,23 7:5
  7:15,21,25 8:3,6,9
  8:13,15,18,20,24
  9:2,12,14,16,19,24
  10:5,10,13,16,22
  10:25 11:2,5,8,12
  11:15 12:18,22

13:4,8,12,14,17
14:5,7,12,14,16,21
14:24 15:6,11,19
15:23 16:1,4,9,15
16:18,21,24 17:2,7
17:10,14,18,24
18:14,16
**learn** 5:5
**leaving** 18:8
**letter** 15:12
**life** 10:11 14:24
**light** 19:2
**live** 6:23
**loan** 7:9 9:17 10:6
  12:7,10,25 13:6,7
  14:3 15:13
**loans** 4:10 5:2,4
  6:16 9:20 11:18,18
  11:21,23 12:25
  13:2,2,24 14:1
  15:16 17:8,15,16
  17:19,21,22,23
**look** 7:21
**looking** 12:16
**lose** 6:20
**lower** 5:4

**M**

**M** 20:4,20,22
**ma'am** 4:13 5:10
  8:2
**mad** 10:17 17:1
**manage** 5:2
**material** 20:9
**Matter** 1:5 3:3,4
**matters** 19:2
**mean** 6:3 10:13
  16:18
**media** 20:11
**mine** 5:25
**misled** 18:21
**mm-hmm** 8:15 9:23
  10:25 12:18 14:5
  14:11 15:18,25
  16:3,8,23,23
**Mohela** 4:10 5:1
**money** 12:9 15:4

**monitored** 4:19
**month** 7:8 9:11,13
**monthly** 5:5 12:20
**months** 7:2,7,8 9:4
  9:11,12,15
**move** 17:3

**N**

**N** 2:2 4:1
**Naia** 4:6,9,9,13,18
  5:10,14,17,19 6:1
  6:8,11,15,18,22
  7:4,14,17,23 8:2,4
  8:8,12,14,17,19,22
  9:1,9,13,15,17,23
  10:4,9,12,15,19,23
  11:1,3,6,9,13,16
  12:19,23 13:5,9,13
  13:16,18 14:6,11
  14:13,15,20,23
  15:2,7,18,22,25
  16:3,8,14,17,20,23
  17:1,5,9,16,19,25
  18:15,18
**name** 4:9
**necessarily** 11:14
**need** 4:19 15:13,23
  18:20
**neither** 20:12
**never** 11:21
**notebook** 8:6
**notice** 15:12
**number** 4:16 11:9

**O**

**O** 4:1
**Obama** 9:22 16:5
**October** 1:8 9:3,10
**OFFICIAL** 1:1
**oh** 5:11 7:4 10:11
  14:16 15:11 16:11
  17:5
**okay** 5:14,17 6:1,8
  6:12,15,18,22,25
  7:13,17 8:6,14,17
  8:17,19,23 9:1,9
  9:17 11:8,12 14:6

15:5,13,20 16:4,19
17:18
**once** 6:13
**order** 12:13 17:22
**outcome** 20:18
**outside** 6:20
**outstanding** 18:2
**owed** 18:1
**owned** 11:19
**owns** 17:21

**P**

**P** 4:1
**PAGE** 2:4
**PAGES** 1:9
**paid** 7:19 8:16
**parties** 20:13,17
**party** 5:22,25
**Pause** 8:5
**pay** 7:19 11:22 12:9
  12:20 17:10 18:4
**paying** 7:6 13:15,18
  13:22 15:14,16,24
**payment** 5:5 12:20
  13:20,21,23 18:8
**payments** 11:17
  12:12,24 13:1,11
  13:24 18:6,7
**payoff** 18:3
**people** 10:6
**person** 16:7
**phone** 6:20
**plan** 12:19,20,24
  15:19
**plans** 12:11
**point** 12:4
**problem** 8:4
**PROCEEDING** 1:1
**proceedings** 20:5,14
**produced** 3:11
**program** 9:22 12:8
**programs** 5:6 13:6
  18:10
**Protection** 18:24
**provide** 15:3 18:7
**provided** 3:12
**public** 13:6

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Arete Financial Group

7/10/2018

[ 23 ]

**purpose** 4:14
**put** 17:21

**Q**

**qualifying** 12:24
13:1
**quality** 4:20 20:10
**questions** 16:12
**quicker** 14:6
**quite** 18:9

**R**

**R** 4:1
**reach** 12:13,14
**realized** 6:5,13
**really** 9:7 10:2 14:10
17:6
**reason** 4:14,21 5:7
5:19,20
**received** 12:5
**Record** 3:12
**recorded** 1:7 4:20
**recording** 2:4 4:6,17
20:7,8,11
**redacted** 4:7,17
**reduced** 20:7
**related** 5:8 20:13
**relative** 20:15
**releases** 12:10
**Relief** 1:12
**remaining** 12:25
18:8
**repay** 12:19
**repayment** 12:23
**request** 12:5
**requested** 19:6
**responsibility** 5:3
**rest** 7:8
**Revised** 12:20
**right** 7:14 8:8,21
10:4,9,15 13:4,16
14:5,19,20 15:22
16:14 17:9,9
**role** 20:8
**roof** 6:24

**S**

**S** 4:1
**s/Elizabeth** 20:20
**saving** 9:5
**saying** 9:25 10:1
15:12
**scared** 6:13 7:10 9:7
10:2,17
**scary** 9:24
**school** 6:14,17 10:7
10:14 15:15,17
**screw** 17:7
**security** 4:13,16
**see** 12:4,6,16 14:1
15:3
**sense** 18:9
**sent** 13:21,24 15:11
**September** 3:13
**service** 4:10,24 13:6
13:23 17:22
**servicers** 11:20
**services** 11:22 12:2
**set** 12:11
**shut** 19:4
**sick** 15:14,20
**silence** 7:24
**simplify** 5:4
**situation** 10:21
16:22
**sleeping** 7:1,22
**smart** 16:7
**Social** 4:16
**son** 7:1
**sorry** 7:22 11:1,4
13:8 14:23 15:8
17:5
**sort** 19:1
**sounded** 14:12
**speak** 4:6
**speaking** 9:21
**specific** 12:12
**spectrum** 10:14
**spent** 15:5
**start** 9:3,4 15:13,23
**starting** 9:3
**State's** 18:19
**student** 4:10 5:2,4
6:16 10:6 11:18,21

11:23 12:10 13:24
14:1 15:16
**supervision** 20:8
**supposed** 7:9 8:22
9:10
**supposedly** 17:15
**sure** 6:22 13:20
16:10

**T**

**take** 7:15,23 8:4
18:6
**taken** 10:23
**talking** 16:5
**teacher** 13:7
**tell** 7:11,12 11:7
14:24 18:1
**thank** 4:18 8:1 11:8
**that's** 5:24 6:11 10:5
13:14 14:10 17:17
**there's** 13:5,23
**they're** 9:25 12:1
17:16 18:11,11,12
18:12
**they've** 18:21,21
**thing** 6:7 7:22 11:16
16:6
**things** 11:13
**thinks** 6:24
**third** 5:22,25
**third-party** 6:2
11:24 17:20
**Thirty-nine** 9:12
**thought** 6:3,4 7:5
9:20 14:3,7,8
16:10
**three** 7:7
**time** 7:23 8:4 12:13
12:13,14
**tin** 6:24
**TITLE** 1:6
**today** 4:21 9:10 18:3
**today's** 4:14
**told** 7:11
**total** 18:3
**Trade** 1:2 2:1 3:1
18:23 19:1

**transcribed** 1:8 20:6
20:9,15
**transcript** 1:1 3:11
**TRANSCRIPTIO...**
20:1
**transferred** 12:7
**true** 7:10 11:14
**try** 15:15
**turn** 18:6
**two-story** 6:23
**type** 11:22
**types** 11:10
**typewriting** 20:7

**U**

**undergraduate**
12:25
**underlying** 10:24
**understand** 7:24
10:12,19 14:2 15:2
**updated** 5:13,13
**upset** 17:6
**upside** 14:25

**V**

**verify** 4:15
**videotape** 20:6
**vulnerable** 10:20

**W**

**want** 6:20 7:11
11:16 17:7
**wanted** 4:25 10:23
**wasn't** 16:10
**way** 12:11 14:12
17:21
**we're** 14:18 17:3
**we've** 11:9
**went** 15:16
**weren't** 6:6
**won't** 13:25
**words** 12:15
**work** 11:18 17:20
**working** 4:22 6:1
14:2 16:10
**works** 6:20
**wrong** 11:6

**wrote** 7:7

**X**

**X** 2:2

**Y**

**yeah** 5:18,24 6:3
7:21 8:1,10,13,18
9:9,14,16,19 10:17
10:19,22,25 11:3
11:15 13:12,13,14
14:5,13 17:19
18:14,15
**years** 12:24 13:1
**you're** 12:19 13:9
13:18,22
**you've** 12:15 15:4

**Z**

**zero** 12:21

**0**

**0:00-12:05** 1:13
**00:00** 4:4

**1**

**1** 1:9
**1,404** 9:5
**1,600** 18:4
**10** 1:7 3:7
**10,000** 18:4
**10/4/2019** 20:21
**10th** 18:4
**11-year-old** 14:21
**12:05** 17:12
**13** 3:13
**1923040** 1:5 3:4

**2**

**20** 1:9 12:24
**200** 7:19
**2018** 1:7 3:7 12:6
18:4
**2019** 1:8 3:13
**21:40** 17:13
**21:40-23:28** 1:13
**21st** 8:15,17,24 9:1
**23:28** 19:5

80710Arete

Arete Financial Group

7/10/2018

**23rd** 8:21,22
**25** 13:1
**25th** 12:5
**260** 7:6
**280** 7:6
**299.57** 8:16,17

**3**

**36** 7:8 9:4,4,11,12
  9:15
**39** 7:8 9:13,14

**4**

**4** 1:8 2:5

**5**

**6**

**7**

**7,000** 9:6

**8**

**8,000** 9:5
**899.01** 9:3

# In the Matter of:

## Arete Financial Group

*October 5, 2018*
*81005ARETE_*████████

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Arete Financial Group                                                                10/5/2018

---

                                                                                           3

```
                                              1         FEDERAL TRADE COMMISSION
        OFFICIAL TRANSCRIPT PROCEEDING        2
                                              3   In the Matter of:        )
           FEDERAL TRADE COMMISSION           4   Arete Financial Group    )  Matter No. 1923040
                                              5                            )
                                              6   ----------------------------)
                                              7                  October 5, 2018
  MATTER NO.     1923040                       8
                                              9
  TITLE         ARETE FINANCIAL GROUP        10
                                             11      The following transcript was produced from a
  DATE          RECORDED:  OCTOBER 5, 2018   12   digital file provided to For The Record, Inc. on
                TRANSCRIBED: OCTOBER 4, 2019 13   September 13, 2019.
                                             14
  PAGES         1 THROUGH 15                  15
                                             16
                                             17
    Complaint Call Borrower ████ Debt Relief  18
  10.05.2018 IR_20018385204181005_Edited_8_1_2019  19
       EXCERPT - 0:55-10:36; 20:03-21:33     20
                                             21
                                             22
                                             23
                                             24
                                             25
```

---

                                    2                                                      4

```
 1      FEDERAL TRADE COMMISSION            1      P R O C E E D I N G S
 2           I N D E X                      2         -   -   -   -   -   -
 3                                          3            ████ CALL - EXCERPTS
 4  RECORDING:                  PAGE:       4   [0:55]
 5  ████████ Call               4           5       JACK:  Hello, my name is Jack.  May I have
 6                                          6   your first and last name, please?
 7                                          7            ████:  Yes, Jack, it's [recording
 8                                          8   redacted].  Yeah, I got a voicemail that I needed to
 9                                          9   call Mohela, that I had some documents that needed
10                                         10   signed or something like that.
11                                         11       JACK:  Okay.  We'll be happy to help you out
12                                         12   with that.  I just want to run over some contact info
13                                         13   on file before we get started here.  I see the address
14                                         14   [recording redacted].
15                                         15            ████:  Yep.
16                                         16       JACK:  So just a second here.  I just want
17                                         17   to take a look at this phone call that you had
18                                         18   received.  Was that today?
19                                         19            ████:  I believe it was yesterday,
20                                         20   the 4th.
21                                         21       JACK:  Okay, just a second here.  All right.
22                                         22   Just as a courtesy to all borrowers, we had received a
23                                         23   consolidation request from the Department of Education
24                                         24   in this case and we were calling to see if this
25                                         25   consolidation was, of course, initiated by you as
```

                                                                      1 (Pages 1 to 4)

Arete Financial Group                                                    10/5/2018



5

1  there are certain instances in which this can allude
2  to, you know, some less than -- you know, less than
3  savory outcomes.
4       Now, the consolidation request, is that
5  something that you wanted to initiate on your own
6  behalf?
7                    : Yes.
8       JACK: Okay.
9                    : They contacted me about
10 consolidating.
11      JACK: Who did?
12                   : The Department of
13 Education.
14      JACK: Okay. This is often not the case.
15 Now, is there a company -- like is there a company
16 name that was associated with this?
17                   : Yeah, let me get the email
18 pulled up real quick from them. One second. I'm
19 trying to find it here.
20      JACK: Okay.
21      (Pause.)
22                   : It's called Arete, A-R-E-T-
23 E, Financial Freedom.
24      JACK: Okay, just a second here. Okay. And
25 did they request that you pay them a fee to assist you

6

1  with the consolidation process?
2                    : No, I had to pay three
3  higher payments and then my payment was going to drop
4  down to $49 a month.
5       JACK: Okay, just a second here. Three
6  higher payments and payments would go down to 49 a
7  month you said?
8                    : Yep. It was part of that
9  William D. something Act, so after so many months of
10 paying $49, the rest of my loan would be forgiven.
11      JACK: Okay. Just bear with me one moment
12 here. I just need to run through some information on
13 your account.
14                   : Okay.
15      JACK: Now, those payments that you had
16 made, the three higher payments --
17                   : Mm-hmm.
18      JACK: -- so the last payments that we had
19 received in regards to your loans, those -- the most
20 recent one was on May 4th of 2018 in the amount of
21 $20. Have you made payments after that to this
22 company?
23                   : No.
24      JACK: Okay, just bear with me one second
25 here. Yeah, that -- I only see two payments from 2018

7

1  in this case. Were any payments made outside of the
2  payment made on May 4th, 2018, in the amount of $20
3  and the payment on March 17th of $30?
4                    : No, I just -- I made
5  payments to that Arete Financial.
6       JACK: Yes, I completely understand. So I
7  just want to run over some other information here.
8  Just bear with me one moment.
9       (Pause.)
10      JACK: Now, Mohela is contracted by the
11 Department of Education, the Office of Federal Student
12 Aid for Student Loan Services, to provide those to you
13 for free. For example, you do not need to pay a third
14 party to consolidate your loans or to qualify for an
15 income-driven repayment plan. Now, if you believe
16 that you have been misled by this company that you're
17 working with, you can file a complaint against them.
18 But I would like you to speak with one of our account
19 resolution specialists just to ensure that you're not
20 being misled in this case, okay?
21                   : Okay.
22      JACK: All right. Just bear with me one
23 moment and I can transfer you over to the appropriate
24 party, okay? Just a second here.
25                   : I want to make sure I'm not

8

1  getting scammed.
2       JACK: Just bear with me one to two minutes,
3  okay?
4                    : Okay.
5       JACK: Thank you.
6       (Pause.)
7       JACK: Just bear with me one to two minutes,
8  okay?
9                    : Okay.
10      JACK: Thank you.
11      (Pause.)
12      JACK: Hello [recording redacted].
13                   : Yes, I'm here.
14      JACK: Thank you for holding. Would you
15 mind waiting with me just an additional one to two?
16 I'm getting in contact with our -- you know, our
17 resolution specialist here, okay?
18                   : Okay.
19      JACK: Thank you. It will just be one to
20 two.
21      (Pause.)
22      AMBER: Thank you for calling Mohela. My
23 name is Amber. Am I speaking with [recording
24 redacted]?
25                   : This is.

2 (Pages 5 to 8)

Arete Financial Group                                                    10/5/2018

---

9

1       AMBER:  Thank you so much.  So I got some
2  information that you were in the process of doing a
3  consolidation with Arete Financial Freedom.  Is that
4  correct?
5       ▮▮▮▮▮▮▮▮:  Yes.
6       AMBER:  Okay, all righty.  And you were
7  making payments for the consolidation.  Is that
8  correct?
9       ▮▮▮▮▮▮▮▮:  Yes, I had to pay three
10  higher monthly payments and then my payment was going
11  to drop down to $49 a month, part of that William D.
12  Act.  So after so many months, then the rest of my
13  loan was going to be forgiven.
14       AMBER:  Okay.  Did they say how long it
15  would take for your loan to be forgiven?
16       ▮▮▮▮▮▮▮▮:  A long time.
17       AMBER:  Okay, all right.  So I'm just
18  looking at some things here.  And the consolidation,
19  was that so that Arete could then take over your loans
20  or was that -- were you under the impression that that
21  was to get you qualified for the program?
22       ▮▮▮▮▮▮▮▮:  No, for them to take over
23  the loans.
24       AMBER:  Okay.
25       ▮▮▮▮▮▮▮▮:  They said they would

10

1  contact the Mohela.
2       AMBER:  Okay.  So I'm not sure how much you
3  had talked with the previous representative, but
4  unfortunately Arete Financial is not in agreement with
5  the Department of Education to service the loan.  The
6  Department of Education owns the loans and then they
7  designate specific servicers.  There's actually only
8  nine of us that are able to service at no additional
9  cost to you.  We can help with consolidation, we can
10  look into forgiveness programs and even possibly
11  lowering payments, but it's at no additional cost to
12  you whatsoever.
13       ▮▮▮▮▮▮▮▮:  Okay.
14       AMBER:  So how long have you been working
15  with Arete Financial?
16       ▮▮▮▮▮▮▮▮:  For just a month.  This is
17  my last big monthly payment today.
18       AMBER:  Okay.  So you've made multiple
19  payments in the past month then to get onto the
20  $49.99?
21       ▮▮▮▮▮▮▮▮:  I made -- I made three
22  payments over my last three pay periods.
23       AMBER:  Okay.  So about a month.
24       ▮▮▮▮▮▮▮▮:  Are you saying that they're
25  not legit?  That I was scammed?

11

1       AMBER:  Unfortunately, they are not able to
2  do what they're promising to do.  And to consolidate
3  or lower payments, you would never be charged a fee.
4  So what we can do is we can definitely go over more
5  information on how to move forward and how you would
6  like to proceed.  I could give you information on the
7  options that are available to you, as well, and then
8  we always like to try to collect as much information
9  on these companies as we can because the Department of
10  Education is actually investigating these third-party
11  companies that are misleading borrowers and charging
12  them for things that are free through the Department
13  of Education.
14       ▮▮▮▮▮▮▮▮:  Okay.
15       AMBER:  So I see -- I know you said it's
16  been over a month.  You had three large payments.  How
17  much were those payments that you were going to have
18  to make before you go to the $49.99?
19       ▮▮▮▮▮▮▮▮:  (Inaudible) I'm going to
20  bring it up real quick.
21       AMBER:  Absolutely, take your time.
22       (Pause.)
23       ▮▮▮▮▮▮▮▮:  $266.34.
24       AMBER:  For each one, right?
25       ▮▮▮▮▮▮▮▮:  Yep.

12

1       AMBER:  Okay.  For each payment.  And then
2  it would go to the 49?
3       ▮▮▮▮▮▮▮▮:  I --
4       AMBER:  I'm sorry.
5       ▮▮▮▮▮▮▮▮:  I had gotten a flyer in the
6  mail regarding it, so that's why I called them.
7       AMBER:  Right.  No, understandable.  And
8  these companies -- what they are essentially is
9  they're document preparation companies where you can
10  pay fees to have them process paperwork for you.  The
11  Department of Education doesn't recommend having them
12  to do that for your student loans because those are
13  federal documents.  But you -- and they're free
14  through the Department of Education.  We can prefill
15  applications for you and get them to you.
16       But what we're seeing in many instances or
17  where these companies are misleading borrowers with
18  what they're actually able to do, such as saying, hey,
19  you'll pay us $49 a month and then your loans can be
20  forgiven after you pay us these three large payments,
21  that's not something they're able to do.  We would not
22  work with a third-party company to service your loans
23  because we can do everything for you and assist you
24  with it.  We actually won't even speak with them if
25  they were to try to contact us, which is why, in some

---

3 (Pages 9 to 12)

Page 1613
PX23 France Decl.
Attach. QQQ

---

13

1  cases, these cases call and impersonate the borrower
2  that they're trying to do things for.
3          So we'll go over your account to make sure
4  nothing like that has happened and we'll also provide
5  you options to be able to move forward with then
6  protecting yourself and file formal complaints if you
7  feel you've been mislead.
8  [10:36]
9  [20:03]
10 ▓▓▓▓▓▓▓▓▓▓▓: Okay.
11         AMBER: We try to gain as much information
12 as we can on the companies to send to the Department
13 of Education who has us, you know, collecting them --
14 for them. Do you happen to have any contact
15 information for Arete or maybe --
16 ▓▓▓▓▓▓▓▓▓▓: Yeah.
17         AMBER: -- a person you spoke with?
18 ▓▓▓▓▓▓▓▓▓: Yeah. It is -- I have an
19 email and I have a phone number here pulled up.
20         AMBER: Okay. What is those? I'll take
21 those if you don't mind.
22 ▓▓▓▓▓▓▓▓▓: Yeah. The email is
23 accounting@A-R-E-T-E FinancialFreedom.com.
24         AMBER: Mm-hmm.
25 ▓▓▓▓▓▓▓▓▓▓: And that phone number is

---

14

1  888-331-5827.
2          AMBER: Mm-hmm.
3  ▓▓▓▓▓▓▓▓▓: I'm trying to find the one
4  -- the other contact lady that I talked to or have an
5  email for is Diana Younis. And her email -- are you
6  ready?
7          AMBER: Yes.
8  ▓▓▓▓▓▓▓▓▓: It's Diana, D-I-A-N-A,
9  .Younis -- it's Y-O-U-N-I-S -- at that AreteFinancial
10 Freedom.com.
11         AMBER: Okay.
12 [21:33]
13         (The requested excerpts were concluded.)
14
15
16
17
18
19
20
21
22
23
24
25

---

15

1                CERTIFICATE OF TRANSCRIPTIONIST
2
3
4          I, Elizabeth M. Farrell, do hereby certify
5  that the foregoing proceedings and/or conversations
6  were transcribed by me via CD, videotape, audiotape or
7  digital recording, and reduced to typewriting under my
8  supervision; that I had no role in the recording of
9  this material; and that it has been transcribed to the
10 best of my ability given the quality and clarity of
11 the recording media.
12         I further certify that I am neither counsel
13 for, related to, nor employed by any of the parties to
14 the action in which these proceedings were
15 transcribed; and further, that I am not a relative or
16 employee of any attorney or counsel employed by the
17 parties hereto, nor financially or otherwise
18 interested in the outcome of the action.
19
20         s/Elizabeth M. Farrell
21 DATE: 10/4/2019
22         ELIZABETH M. FARRELL, CERT
23
24
25

---

4 (Pages 13 to 15)

81005ARETE

Arete Financial Group                                    10/5/2018

[16]

**A**

**A-R-E-T-** 5:22
**ability** 15:10
**able** 10:8 11:1 12:18 12:21 13:5
**Absolutely** 11:21
**account** 6:13 7:18 13:3
**accounting@A-R-...** 13:23
**Act** 6:9 9:12
**action** 15:14,18
**additional** 8:15 10:8 10:11
**address** 4:13
**agreement** 10:4
**Aid** 7:12
**allude** 5:1
**Amber** 8:22,23 9:1 9:6,14,17,24 10:2 10:14,18,23 11:1 11:15,21,24 12:1,4 12:7 13:11,17,20 13:24 14:2,7,11
**amount** 6:20 7:2
**and/or** 15:5
**applications** 12:15
**appropriate** 7:23
**Arete** 1:6 3:4 5:22 7:5 9:3,19 10:4,15 13:15
**AreteFinancial** 14:9
**assist** 5:25 12:23
**associated** 5:16
**attorney** 15:16
**audiotape** 15:6
**available** 11:7

**B**

**bear** 6:11,24 7:8,22 8:2,7
**behalf** 5:6
**believe** 4:19 7:15
**best** 15:10
**big** 10:17
**borrower** 1:12 13:1
**borrowers** 4:22

11:11 12:17
**bring** 11:20

**C**

**C** 4:1
**call** 1:12 2:5 4:3,9 4:17 13:1
**called** 5:22 12:6
**calling** 4:24 8:22
**case** 4:24 5:14 7:1 7:20
**cases** 13:1,1
**CD** 15:6
**CERT** 15:22
**certain** 5:1
**CERTIFICATE** 15:1
**certify** 15:4,12
**charged** 11:3
**charging** 11:11
**clarity** 15:10
**collect** 11:8
**collecting** 13:13
**COMMISSION** 1:2 2:1 3:1
**companies** 11:9,11 12:8,9,17 13:12
**company** 5:15,15 6:22 7:16 12:22
**complaint** 1:12 7:17
**complaints** 13:6
**completely** 7:6
**concluded** 14:13
**consolidate** 7:14 11:2
**consolidating** 5:10
**consolidation** 4:23 4:25 5:4 6:1 9:3,7 9:18 10:9
**contact** 4:12 8:16 10:1 12:25 13:14 14:4
**contacted** 5:9
**contracted** 7:10
**conversations** 15:5
**correct** 9:4,8
**cost** 10:9,11

**counsel** 15:12,16
**course** 4:25
**courtesy** 4:22

**D**

**D** 2:2 4:1 6:9 9:11
**D-I-A-N-A** 14:8
**DATE** 1:7 15:21
**Debt** 1:12
**definitely** 11:4
**Department** 4:23 5:12 7:11 10:5,6 11:9,12 12:11,14 13:12
**designate** 10:7
**Diana** 14:5,8
**digital** 3:12 15:7
**document** 12:9
**documents** 4:9 12:13
**doesn't** 12:11
**doing** 9:2
**don't** 13:21
**drop** 6:3 9:11

**E**

**E** 2:2 4:1,1 5:23
**Education** 4:23 5:13 7:11 10:5,6 11:10 11:13 12:11,14 13:13
**Elizabeth** 15:4,22
**email** 5:17 13:19,22 14:5,5
**employed** 15:13,16
**employee** 15:16
**ensure** 7:19
**essentially** 12:8
**example** 7:13
**EXCERPT** 1:13
**excerpts** 4:3 14:13

**F**

**Farrell** 15:4,20,22
**federal** 1:2 2:1 3:1 7:11 12:13
**fee** 5:25 11:3

**feel** 13:7
**fees** 12:10
**file** 3:12 4:13 7:17 13:6
**Financial** 1:6 3:4 5:23 7:5 9:3 10:4 10:15
**FinancialFreedo...** 13:23
**financially** 15:17
**find** 5:19 14:3
**first** 4:6
████████ 1:12 2:5 4:3 4:7,15,19 5:7,9,12 5:17,22 6:2,8,14 6:17,23 7:4,21,25 8:4,9,13,18,25 9:5 9:9,16,22,25 10:13 10:16,21,24 11:14 11:19,23,25 12:3,5 13:10,16,18,22,25 14:3,8
**flyer** 12:5
**following** 3:11
**foregoing** 15:5
**forgiven** 6:10 9:13 9:15 12:20
**forgiveness** 10:10
**formal** 13:6
**forward** 11:5 13:5
**free** 7:13 11:12 12:13
**Freedom** 5:23 9:3
**Freedom.com** 14:10
**further** 15:12,15

**G**

**G** 4:1
**gain** 13:11
**getting** 8:1,16
**give** 11:6
**given** 15:10
**go** 6:6 11:4,18 12:2 13:3
**going** 6:3 9:10,13 11:17,19
**gotten** 12:5

**Group** 1:6 3:4

**H**

**happen** 13:14
**happened** 13:4
**happy** 4:11
**Hello** 4:5 8:12
**help** 4:11 10:9
**hereto** 15:17
**hey** 12:18
**higher** 6:3,6,16 9:10
**holding** 8:14

**I**

**I'll** 13:20
**I'm** 5:18 7:25 8:13 8:16 9:17 10:2 11:19 12:4 14:3
**impersonate** 13:1
**impression** 9:20
**Inaudible** 11:19
**income-driven** 7:15
**info** 4:12
**information** 6:12 7:7 9:2 11:5,6,8 13:11,15
**initiate** 5:5
**initiated** 4:25
**instances** 5:1 12:16
**interested** 15:18
**investigating** 11:10
**IR_200183852041...** 1:13
**it's** 4:7 5:22 10:11 11:15 14:8,9

**J**

**Jack** 4:5,5,7,11,16 4:21 5:8,11,14,20 5:24 6:5,11,15,18 6:24 7:6,10,22 8:2 8:5,7,10,12,14,19 ████████ 1:12 2:5 4:3 4:7,15,19 5:7,9,12 5:17,22 6:2,8,14 6:17,23 7:4,21,25 8:4,9,13,18,25 9:5

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Arete Financial Group                                                    10/5/2018

[ 17 ]

9:9,16,22,25 10:13
10:16,21,24 11:14
11:19,23,25 12:3,5
13:10,16,18,22,25
14:3,8

**K**

**know** 5:2,2 8:16
11:15 13:13

**L**

**lady** 14:4
**large** 11:16 12:20
**legit** 10:25
**loan** 6:10 7:12 9:13
9:15 10:5
**loans** 6:19 7:14 9:19
9:23 10:6 12:12,19
12:22
**long** 9:14,16 10:14
**look** 4:17 10:10
**looking** 9:18
**lower** 11:3
**lowering** 10:11

**M**

**M** 15:4,20,22
**mail** 12:6
**making** 9:7
**March** 7:3
**material** 15:9
**Matter** 1:5 3:3,4
**media** 15:11
**mind** 8:15 13:21
**minutes** 8:2,7
**mislead** 13:7
**misleading** 11:11
12:17
**misled** 7:16,20
**Mm-hmm** 6:17
13:24 14:2
**Mohela** 4:9 7:10
8:22 10:1
**moment** 6:11 7:8,23
**month** 6:4,7 9:11
10:16,19,23 11:16
12:19

**monthly** 9:10 10:17
**months** 6:9 9:12
**move** 11:5 13:5
**multiple** 10:18

**N**

**N** 2:2 4:1
**name** 4:5,6 5:16
8:23
**need** 6:12 7:13
**needed** 4:8,9
**neither** 15:12
**never** 11:3
**nine** 10:8
**number** 13:19,25

**O**

**O** 4:1
**October** 1:7,8 3:7
**Office** 7:11
**OFFICIAL** 1:1
**okay** 4:11,21 5:8,14
5:20,24,24 6:5,11
6:14,24 7:20,21,24
8:3,4,8,9,17,18 9:6
9:14,17,24 10:2,13
10:18,23 11:14
12:1 13:10,20
14:11
**options** 11:7 13:5
**outcome** 15:18
**outcomes** 5:3
**outside** 7:1
**owns** 10:6

**P**

**P** 4:1
**PAGE** 2:4
**PAGES** 1:9
**paperwork** 12:10
**part** 6:8 9:11
**parties** 15:13,17
**party** 7:14,24
**Pause** 5:21 7:9 8:6
8:11,21 11:22
**pay** 5:25 6:2 7:13
9:9 10:22 12:10,19

12:20
**paying** 6:10
**payment** 6:3 7:2,3
9:10 10:17 12:1
**payments** 6:3,6,6,15
6:16,18,21,25 7:1
7:5 9:7,10 10:11
10:19,22 11:3,16
11:17 12:20
**periods** 10:22
**person** 13:17
**phone** 4:17 13:19,25
**plan** 7:15
**please** 4:6
**possibly** 10:10
**prefill** 12:14
**preparation** 12:9
**previous** 10:3
**proceed** 11:6
**PROCEEDING** 1:1
**proceedings** 15:5,14
**process** 6:1 9:2
12:10
**produced** 3:11
**program** 9:21
**programs** 10:10
**promising** 11:2
**protecting** 13:6
**provide** 7:12 13:4
**provided** 3:12
**pulled** 5:18 13:19

**Q**

**qualified** 9:21
**qualify** 7:14
**quality** 15:10
**quick** 5:18 11:20

**R**

**R** 4:1
**ready** 14:6
**real** 5:18 11:20
**received** 4:18,22
6:19
**recommend** 12:11
**Record** 3:12
**RECORDED** 1:7

**recording** 2:4 4:7,14
8:12,23 15:7,8,11
**redacted** 4:8,14 8:12
8:24
**reduced** 15:7
**regarding** 12:6
**regards** 6:19
**related** 15:13
**relative** 15:15
**Relief** 1:12
**repayment** 7:15
**representative** 10:3
**request** 4:23 5:4,25
**requested** 14:13
**resolution** 7:19 8:17
**rest** 6:10 9:12
**right** 4:21 7:22 9:17
11:24 12:7
**righty** 9:6
**role** 15:8
**run** 4:12 6:12 7:7

**S**

**S** 4:1
**s/Elizabeth** 15:20
**savory** 5:3
**saying** 10:24 12:18
**scammed** 8:1 10:25
**second** 4:16,21 5:18
5:24 6:5,24 7:24
**see** 4:13,24 6:25
11:15
**seeing** 12:16
**send** 13:12
**September** 3:13
**service** 10:5,8 12:22
**servicers** 10:7
**Services** 7:12
**signed** 4:10
**sorry** 12:4
**speak** 7:18 12:24
**speaking** 8:23
**specialist** 8:17
**specialists** 7:19
**specific** 10:7
**spoke** 13:17
**started** 4:13

**student** 7:11,12
12:12
**supervision** 15:8
**sure** 7:25 10:2 13:3

**T**

**take** 4:17 9:15,19,22
11:21 13:20
**talked** 10:3 14:4
**Thank** 8:5,10,14,19
8:22 9:1
**that's** 12:6,21
**There's** 10:7
**they're** 10:24 11:2
12:9,13,18,21 13:2
**things** 9:18 11:12
13:2
**third** 7:13
**third-party** 11:10
12:22
**three** 6:2,5,16 9:9
10:21,22 11:16
12:20
**time** 9:16 11:21
**TITLE** 1:6
**today** 4:18 10:17
**TRADE** 1:2 2:1 3:1
**transcribed** 1:8 15:6
15:9,15
**transcript** 1:1 3:11
**TRANSCRIPTIO...**
15:1
**transfer** 7:23
**try** 11:8 12:25 13:11
**trying** 5:19 13:2
14:3
**two** 6:25 8:2,7,15,20
**typewriting** 15:7

**U**

**understand** 7:6
**understandable**
12:7
**unfortunately** 10:4
11:1

**V**

81005ARETE

Arete Financial Group

10/5/2018

**videotape** 15:6
**voicemail** 4:8

**W**

**waiting** 8:15
**want** 4:12,16 7:7,25
**wanted** 5:5
**we'll** 4:11 13:3,4
**we're** 12:16
**whatsoever** 10:12
**William** 6:9 9:11
**won't** 12:24
**work** 12:22
**working** 7:17 10:14

**X**

**X** 2:2

**Y**

**Y-O-U-N-I-S** 14:9
**Yeah** 4:8 5:17 6:25
   13:16,18,22
**Yep** 4:15 6:8 11:25
**yesterday** 4:19
**you'll** 12:19
**you're** 7:16,19
**you've** 10:18 13:7
**Younis** 14:5,9

**Z**

**0**

**0:55** 4:4
**0:55-10:36** 1:13

**1**

**1** 1:9
**10.05.2018** 1:13
**10/4/2019** 15:21
**10:36** 13:8
**13** 3:13
**15** 1:9
**17th** 7:3
**1923040** 1:5 3:4

**2**

**20** 6:21 7:2
**20:03** 13:9

**20:03-21:33** 1:13
**2018** 1:7 3:7 6:20,25
   7:2
**2019** 1:8 3:13
**21:33** 14:12
**266.34** 11:23

**3**

**30** 7:3

**4**

**4** 1:8 2:5
**49** 6:4,6,10 9:11
   12:2,19
**49.99** 10:20 11:18
**4th** 4:20 6:20 7:2

**5**

**5** 1:7 3:7

**6**

**7**

**8**

**888-331-5827** 14:1

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

# In the Matter of:

## Arete Financial Group

*October 11, 2018*
*81011ARETE_Danielle* █████

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Arete Financial Group                                              10/11/2018

---

3

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION

MATTER NO.      1923040

TITLE           ARETE FINANCIAL GROUP

DATE            RECORDED:  OCTOBER 11, 2018

                TRANSCRIBED:  OCTOBER 4, 2019

PAGES           1 THROUGH 7

Borrower DANIELLE ███ Debt Relief 10.11.2018
   IR_100186868450[8 10 1]1 - EDITED w Danielle
        EXCERPT - 1:47-4:36 [END]

1       FEDERAL TRADE COMMISSION
2
3  In the Matter of:           )
4  Arete Financial Group       )  Matter No. 1923040
5                              )
6  ------------------------------)
7                              October 11, 2018
8
9
10
11       The following transcript was produced from a
12  digital file provided to For The Record, Inc. on
13  September 13, 2019.
14
15
16
17
18
19
20
21
22
23
24
25

---

2

1       FEDERAL TRADE COMMISSION
2             I N D E X
3
4  RECORDING:                            PAGE:
5  Danielle ███ Call                      4
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

4

1         P R O C E E D I N G S
2          -   -   -   -   -   -
3          DANIELLE ███ CALL - EXCERPT
4  [1:47]
5       TANISHA:  (Inaudible) Mohela, my name is
6  Tanisha.  Can I have your first and last name, please?
7       DANIELLE ███:  Yes, it's Danielle.
8       TANISHA:  Thank you for that.  And how can I
9  help you?
10       DANIELLE ███:  Yes, somebody thought there
11  was suspicious activity on my account, but there
12  wasn't.  I was just calling the other day to see how I
13  could lower my payment.  So, you know, I don't want
14  anybody to worry.  That was just me calling.
15       TANISHA:  Okay, one moment.
16       (Pause.)
17       TANISHA:  One moment.
18       (Pause.)
19       TANISHA:  Okay.  So it looks like there was
20  an email address that was added that was for a third-
21  party company.  That's why we were reaching out.
22       DANIELLE ███:  Yeah, that's -- is it from
23  Arete?
24       TANISHA:  Yes.
25       DANIELLE ███:  Yes.

---

1 (Pages 1 to 4)

Arete Financial Group                                                        10/11/2018

---

**5**

| | |
|---|---|
| 1 | TANISHA:  Okay. |
| 2 | DANIELLE█████:  That's fine. |
| 3 | TANISHA:  So -- all right.  Are you working |
| 4 | with another -- |
| 5 | DANIELLE█████:  Yes, I'm working with them, |
| 6 | yes. |
| 7 | TANISHA:  And what is it that they're |
| 8 | helping you do? |
| 9 | DANIELLE█████:  They are working with me in |
| 10 | regards to payments for my loans. |
| 11 | TANISHA:  So you don't have to deal with a |
| 12 | third party to help you.  We help you free of charge. |
| 13 | Are you paying them to help you? |
| 14 | DANIELLE█████:  $39, yes. |
| 15 | TANISHA:  So you don't -- |
| 16 | DANIELLE█████:  A month. |
| 17 | TANISHA:  Yeah, you don't have to pay them |
| 18 | to help you.  Any options that are available to you, |
| 19 | they are available for free.  You contact your |
| 20 | servicer and we help you.  These loans are owned by |
| 21 | the Department of Education.  So no other company can |
| 22 | make any forgiveness or lower payments on the account |
| 23 | for you.  You have to make the request, and you can do |
| 24 | it for free.  So what I'm -- |
| 25 | DANIELLE█████:  So now, I'm working with |

**6**

| | |
|---|---|
| 1 | them and they are lowering my payment significantly. |
| 2 | I'm giving them $39 a month, but they lowered it more |
| 3 | than I could -- |
| 4 | TANISHA:  They cannot -- |
| 5 | DANIELLE█████:  -- with you guys. |
| 6 | TANISHA:  So they cannot lower your payment. |
| 7 | These are federal student loans.  There are certain |
| 8 | programs that are available.  They cannot do anything |
| 9 | on your account that you cannot do yourself for free. |
| 10 | So let me place you on a brief one to two-minute hold |
| 11 | while I get a supervisor on the line so you can speak |
| 12 | with them. |
| 13 | DANIELLE█████:  Listen, I can't do it right |
| 14 | now.  I'm in a meeting.  So I just wanted to let you |
| 15 | know that there's no -- no issues with my account |
| 16 | currently.  I'm good. |
| 17 | TANISHA:  Well, I do want you to speak with |
| 18 | a supervisor because you cannot -- |
| 19 | DANIELLE█████:  And I will have to do that |
| 20 | at another time.  Thank you. |
| 21 | [END - 4:36] |
| 22 | (The requested excerpt was concluded.) |
| 23 | |
| 24 | |
| 25 | |

**7**

| | |
|---|---|
| 1 | CERTIFICATE OF TRANSCRIPTIONIST |
| 2 | |
| 3 | |
| 4 | I, Elizabeth M. Farrell, do hereby certify |
| 5 | that the foregoing proceedings and/or conversations |
| 6 | were transcribed by me via CD, videotape, audiotape or |
| 7 | digital recording, and reduced to typewriting under my |
| 8 | supervision; that I had no role in the recording of |
| 9 | this material; and that it has been transcribed to the |
| 10 | best of my ability given the quality and clarity of |
| 11 | the recording media. |
| 12 | I further certify that I am neither counsel |
| 13 | for, related to, nor employed by any of the parties to |
| 14 | the action in which these proceedings were |
| 15 | transcribed; and further, that I am not a relative or |
| 16 | employee of any attorney or counsel employed by the |
| 17 | parties hereto, nor financially or otherwise |
| 18 | interested in the outcome of the action. |
| 19 | |
| 20 | s/Elizabeth M.  Farrell |
| 21 | DATE:  10/4/2019 |
| 22 | ELIZABETH M. FARRELL, CERT |
| 23 | |
| 24 | |
| 25 | |

2 (Pages 5 to 7)

81011ARETE-Danielle ██████

Arete Financial Group                                                    10/11/2018

[ 8 ]

**A**
ability 7:10
account 4:11 5:22
  6:9,15
action 7:14,18
activity 4:11
added 4:20
address 4:20
and/or 7:5
anybody 4:14
Arete 1:6 3:4 4:23
attorney 7:16
audiotape 7:6
available 5:18,19
  6:8

**B**
best 7:10
Borrower 1:13
brief 6:10

**C**
C 4:1
Call 2:5 4:3
calling 4:12,14
can't 6:13
CD 7:6
CERT 7:22
certain 6:7
CERTIFICATE 7:1
certify 7:4,12
charge 5:12
clarity 7:10
COMMISSION 1:2
  2:1 3:1
company 4:21 5:21
concluded 6:22
contact 5:19
conversations 7:5
counsel 7:12,16
currently 6:16

**D**
D 2:2 4:1
Danielle 1:13,13 2:5
  4:3,7,7,10,22,25
  5:2,5,9,14,16,25

6:5,13,19
DATE 1:7 7:21
day 4:12
deal 5:11
Debt 1:13
Department 5:21
digital 3:12 7:7
don't 4:13 5:11,15
  5:17

**E**
E 2:2 4:1,1
EDITED 1:13
Education 5:21
Elizabeth 7:4,22
email 4:20
employed 7:13,16
employee 7:16
excerpt 1:14 4:3
  6:22

**F**
Farrell 7:4,20,22
federal 1:2 2:1 3:1
  6:7
file 3:12
Financial 1:6 3:4
financially 7:17
fine 5:2
first 4:6
following 3:11
foregoing 7:5
forgiveness 5:22
free 5:12,19,24 6:9
further 7:12,15

**G**
G 4:1
given 7:10
giving 6:2
good 6:16
Group 1:6 3:4
guys 6:5

**H**
help 4:9 5:12,12,13
  5:18,20

helping 5:8
hereto 7:17
hold 6:10
████ 1:13 2:5 4:3,7
  4:10,22,25 5:2,5,9
  5:14,16,25 6:5,13
  6:19

**I**
I'm 5:5,24,25 6:2,14
  6:16
Inaudible 4:5
interested 7:18
IR_100186868450...
  1:13
issues 6:15
it's 4:7

**J**

**K**
know 4:13 6:15

**L**
L 1:13
line 6:11
Listen 6:13
loans 5:10,20 6:7
looks 4:19
lower 4:13 5:22 6:6
lowered 6:2
lowering 6:1

**M**
M 7:4,20,22
material 7:9
Matter 1:5 3:3,4
media 7:11
meeting 6:14
Mohela 4:5
moment 4:15,17
month 5:16 6:2

**N**
N 2:2 4:1
name 4:5,6
neither 7:12

**O**
O 4:1
October 1:7,8 3:7
OFFICIAL 1:1
Okay 4:15,19 5:1
options 5:18
outcome 7:18
owned 5:20

**P**
P 4:1
PAGE 2:4
PAGES 1:10
parties 7:13,17
party 4:21 5:12
Pause 4:16,18
pay 5:17
paying 5:13
payment 4:13 6:1,6
payments 5:10,22
place 6:10
please 4:6
PROCEEDING 1:1
proceedings 7:5,14
produced 3:11
programs 6:8
provided 3:12

**Q**
quality 7:10

**R**
R 4:1
reaching 4:21
Record 3:12
RECORDED 1:7
recording 2:4 7:7,8
  7:11
reduced 7:7
regards 5:10
related 7:13
relative 7:15
Relief 1:13
request 5:23
requested 6:22
right 5:3 6:13
role 7:8

**S**
S 4:1
s/Elizabeth 7:20
see 4:12
September 3:13
servicer 5:20
significantly 6:1
somebody 4:10
speak 6:11,17
student 6:7
supervision 7:8
supervisor 6:11,18
suspicious 4:11

**T**
Tanisha 4:5,6,8,15
  4:17,19,24 5:1,3,7
  5:11,15,17 6:4,6
  6:17
Thank 4:8 6:20
that's 4:21,22 5:2
there's 6:15
they're 5:7
third 5:12
third- 4:20
thought 4:10
time 6:20
TITLE 1:6
TRADE 1:2 2:1 3:1
transcribed 1:8 7:6
  7:9,15
transcript 1:1 3:11
TRANSCRIPTIO...
  7:1
two-minute 6:10
typewriting 7:7

**U**

**V**
videotape 7:6

**W**
w 1:13
want 4:13 6:17
wanted 6:14
wasn't 4:12

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

81011ARETE Danielle ███

Arete Financial Group                                                    10/11/2018

**working** 5:3,5,9,25
**worry** 4:14

| X |
|---|

**X** 2:2

| Y |
|---|

**Yeah** 4:22 5:17

| Z |
|---|

| 0 |
|---|

| 1 |
|---|

**1** 1:10
**1:47** 4:4
**1:47-4:36** 1:14
**10** 1:13
**10.11.2018** 1:13
**10/4/2019** 7:21
**11** 1:7,13 3:7
**13** 3:13
**1923040** 1:5 3:4

| 2 |
|---|

**2018** 1:7 3:7
**2019** 1:8 3:13

| 3 |
|---|

**39** 5:14 6:2

| 4 |
|---|

**4** 1:8 2:5
**4:36** 6:21

| 5 |
|---|

| 6 |
|---|

| 7 |
|---|

**7** 1:10

# In the Matter of:

## Arete Financial Group

*February 11, 2019*
*90211ARETE_Impersonation*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

3

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION

MATTER NO.      1923040

TITLE           ARETE FINANCIAL GROUP

DATE            RECORDED:  FEBRUARY 11 2019
                TRANSCRIBED:  OCTOBER 4, 2019

PAGES           1 THROUGH 13

IMPERSONATION CALL - D.███████ Debt Relief 02.11.2019
        IR_100173678430190211- EDITED
        EXCERPT - 0:55-10:36; 20:03-21:33

---

1          FEDERAL TRADE COMMISSION
2
3   In the Matter of:         )
4   Arete Financial Group     )  Matter No. 1923040
5                             )
6   -----------------------------)
7                             February 11, 2019
8
9
10
11        The following transcript was produced from a
12   digital file provided to For The Record, Inc. on
13   September 13, 2019.
14
15
16
17
18
19
20
21
22
23
24
25

---

2

1          FEDERAL TRADE COMMISSION
2              I N D E X
3
4   RECORDING:                          PAGE:
5   Impersonation Call                     4
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

4

1            P R O C E E D I N G S
2              -   -   -   -   -   -
3        IMPERSONATION CALL - EXCERPT
4   [2:45]
5        FEMALE REPRESENTATIVE:  (Inaudible) speaking
6   with.
7        UNIDENTIFIED FEMALE:  Hi, my name is
8   Danielle [recording redacted].
9        FEMALE REPRESENTATIVE:  And how can I help?
10        UNIDENTIFIED FEMALE:  I want to check the --
11   if you received my income-driven repayment plan and if
12   I was approved, how much my -- the payment.
13        FEMALE REPRESENTATIVE:  Sure, let me get you
14   pulled up.  So you want to know if we got that
15   application.  Let me verify some information with you.
16        UNIDENTIFIED FEMALE:  Yeah.
17        FEMALE REPRESENTATIVE:  I have that mobile
18   number (inaudible) everything good.
19        UNIDENTIFIED FEMALE:  Yes.
20        FEMALE REPRESENTATIVE:  Okay.  Do you have
21   me on speaker (inaudible)?
22        UNIDENTIFIED FEMALE:  Sorry.
23        FEMALE REPRESENTATIVE:  Am I on the speaker
24   -- the speakerphone?
25        UNIDENTIFIED FEMALE:  Oh, no.

1 (Pages 1 to 4)

5

1     FEMALE REPRESENTATIVE: Okay. We just got
2  some real bad feedback coming on this end. Let's see.
3  It looks like we got your application on the 30th and
4  that was approved. Let me see when we sent out your
5  approval letter, okay? And that was the 30th of
6  January. One moment.
7     It looks like we sent your approval letter
8  on the same day, January 31st of 2019. But I'll share
9  with you your account facts. So you're going to be on
10  like repay renewal. It will be a zero dollar payment.
11  It's going to start March 9th of 2019, and as you
12  know, when you renew it, it's always good for 12
13  months.
14     UNIDENTIFIED FEMALE: Oh, okay.
15     FEMALE REPRESENTATIVE: So that was --
16     UNIDENTIFIED FEMALE: Okay. And I have
17  difficulty to log to my Mohela account. It --
18     FEMALE REPRESENTATIVE: Hmm.
19     UNIDENTIFIED FEMALE: -- (inaudible) because
20  I don't have access to my email.
21     FEMALE REPRESENTATIVE: Yeah.
22     UNIDENTIFIED FEMALE: Is there any way that
23  I can --
24     FEMALE REPRESENTATIVE: Get in? Just so
25  that you know a forbearance has been placed on the

6

1  account until the end of this month and that's pretty
2  much going to suspend the bill until you start the
3  zero dollar payment from March, okay? But I can get
4  you in the web. I need you to get a pen and a piece
5  of paper because I'm going to share some information
6  with you.
7     UNIDENTIFIED FEMALE: Yes. Okay.
8     FEMALE REPRESENTATIVE: Now, do you know
9  your username or no?
10     UNIDENTIFIED FEMALE: The username, yes, I
11  know. It is the -- it is [recording redacted.]
12     FEMALE REPRESENTATIVE: Yes, all lowercase.
13  Just know usernames and passwords are cap sensitive,
14  so you got to be doing, you know, the lowercase for
15  that. I'm going to reset your password because we
16  can't see it, I can just reset it, okay? And then
17  this password reset is temporary. It will be, you
18  know, only good for 48 hours. So you're got to log in
19  between now and then to be able to use it. One
20  moment. It's temporary for the 48 hours. Here's your
21  new password. Let me know when you're ready.
22     UNIDENTIFIED FEMALE: Yes.
23     FEMALE REPRESENTATIVE: So --
24     UNIDENTIFIED FEMALE: I'm ready.
25     FEMALE REPRESENTATIVE: -- it's V as in

7

1  Victor, O as in orange, B as in boy, O as in orange, X
2  as in x-ray. So V-O-B-O-X is your new password. Now,
3  we have the security questions. Do I need to reset
4  that for you as well or you think you know the answer
5  to those?
6     UNIDENTIFIED FEMALE: Let me check if I know
7  them. One minute, please.
8     FEMALE REPRESENTATIVE: Okay.
9     (Pause.)
10     UNIDENTIFIED FEMALE: Yeah, all of them are
11  (inaudible) correct?
12     FEMALE REPRESENTATIVE: (Inaudible). No,
13  no.
14     UNIDENTIFIED FEMALE: Capital.
15     FEMALE REPRESENTATIVE: So the -- your
16  username is all lowercase, but the password that I
17  just gave you is all capital letters. So V-O-B-O-X,
18  all capital letters. And the reason that I had you to
19  write that down is the system is going to have you put
20  that in twice.
21     UNIDENTIFIED FEMALE: Let me try
22  (inaudible).
23     FEMALE REPRESENTATIVE: Okay. So did it pop
24  you your security question or not?
25     UNIDENTIFIED FEMALE: Not yet. One --

8

1     FEMALE REPRESENTATIVE: Okay, all righty.
2     (Pause.)
3     UNIDENTIFIED FEMALE: It doesn't even let me
4  log in.
5     FEMALE REPRESENTATIVE: Hmm. Okay. So this
6  is what I would do, log out and close all the windows
7  that you have open now, okay? And then we're just
8  going to get you to log back in one time.
9     UNIDENTIFIED FEMALE: Okay.
10     FEMALE REPRESENTATIVE: So let me know when
11  you log out.
12     UNIDENTIFIED FEMALE: I logged out.
13     FEMALE REPRESENTATIVE: Okay.
14     UNIDENTIFIED FEMALE: And, now, I will log
15  in.
16     FEMALE REPRESENTATIVE: So type in
17  www mohela -- M-O-H-E-L-A -- dot-com. Type that in
18  and go in that way.
19     (Pause.)
20     UNIDENTIFIED FEMALE: It didn't let me.
21     FEMALE REPRESENTATIVE: I'm sorry?
22     UNIDENTIFIED FEMALE: It didn't let me log
23  in.
24     FEMALE REPRESENTATIVE: Okay. So you
25  clicked log in after you type in www mohela.com?

2 (Pages 5 to 8)

Page 1625
PX23 France Decl.
Attach. QQQ

90211ARETE_Impersonation

Arete Financial Group                                                    2/11/2019

---

9

1　　　　UNIDENTIFIED FEMALE:  Yeah, I went to Mohela
2　website --
3　　　　FEMALE REPRESENTATIVE:  Mm-hmm.
4　　　　UNIDENTIFIED FEMALE:  -- and I put the -- I
5　wrote --
6　　　　FEMALE REPRESENTATIVE:  But I'm saying you
7　clicked log in, though, correct, ma'am?  And did it
8　ask you --
9　　　　UNIDENTIFIED FEMALE:  Yes, of course.
10　　　　FEMALE REPRESENTATIVE:  -- for your
11　username?  Okay.  And then --
12　　　　UNIDENTIFIED FEMALE:  No, nothing.
13　　　　FEMALE REPRESENTATIVE:  -- when it asks --
14　　　　UNIDENTIFIED FEMALE:  No, I put the
15　username.  Yes, I put the username and then the
16　password, which is capital V, capital V, capital B,
17　capital O, capital X.
18　　　　FEMALE REPRESENTATIVE:  Mm-hmm.
19　　　　UNIDENTIFIED FEMALE:  And then I --
20　　　　FEMALE REPRESENTATIVE:  Did you hit enter?
21　　　　UNIDENTIFIED FEMALE:  I (inaudible) --
22　　　　FEMALE REPRESENTATIVE:  Okay.  And then what
23　did it say?
24　　　　UNIDENTIFIED FEMALE:  It didn't.  The
25　information you provided doesn't match our record.

---

10

1　　　　FEMALE REPRESENTATIVE:  Huh.  Something's
2　not clicking right there.  Okay.  So log out and we're
3　going to do this one last time.  I'm going to reset
4　you again, okay?
5　　　　UNIDENTIFIED FEMALE:  Yes.
6　　　　FEMALE REPRESENTATIVE:  Okay, so log out.
7　　　　UNIDENTIFIED FEMALE:  Give me one minute.
8　Let me --
9　　　　FEMALE REPRESENTATIVE:  Okay.
10　　　　(Pause.)
11　　　　UNIDENTIFIED FEMALE:  Yes, I put --
12　　　　FEMALE REPRESENTATIVE:  Mm-hmm.
13　　　　UNIDENTIFIED FEMALE:  -- (inaudible) again
14　VOX, to try again VOX --
15　　　　FEMALE REPRESENTATIVE:  Yeah, V-O -- V-O-X,
16　yes.  V as in Victor, O as in --
17　　　　UNIDENTIFIED FEMALE:  O.
18　　　　FEMALE REPRESENTATIVE:  B as in boy, O, and
19　then X as in x-ray.  And then hit enter.
20　　　　UNIDENTIFIED FEMALE:  V-O-X --
21　　　　FEMALE REPRESENTATIVE:  You're saying B as
22　in boy, correct?
23　　　　UNIDENTIFIED FEMALE:  Yes, V as Victor, O
24　like orange, B like boy, O like orange, and X.
25　　　　FEMALE REPRESENTATIVE:  That is correct.

---

11

1　All capital letters.  And what does it --
2　　　　UNIDENTIFIED FEMALE:  Now it gives me, but
3　they need the Social Security last four.
4　　　　FEMALE REPRESENTATIVE:  Okay, put it in,
5　ma'am, whatever it's asking for.
6　　　　UNIDENTIFIED FEMALE:  And then it show email
7　on --
8　　　　FEMALE REPRESENTATIVE:  Okay.  So you're
9　going to follow the steps.  So what is it asking you
10　to do?
11　　　　UNIDENTIFIED FEMALE:  Okay, okay, okay,
12　thank you, thank you.  I appreciate it.  Thank you.
13　　　　FEMALE REPRESENTATIVE:  Okay.  So, ma'am,
14　here's what I want you to know.
15　　　　UNIDENTIFIED FEMALE:  Yes.
16　　　　FEMALE REPRESENTATIVE:  It's going to allow
17　you to --
18　　　　UNIDENTIFIED FEMALE:  Yeah.
19　　　　FEMALE REPRESENTATIVE:  -- actually come up
20　with a new password.  You cannot use any password you
21　used before and you're going to have to put that V-O-
22　B-O-X, all capital letters, back in when they ask for
23　the old password.  Does that make sense?
24　　　　UNIDENTIFIED FEMALE:  Yes, yes.
25　　　　FEMALE REPRESENTATIVE:  And then it will

---

12

1　allow you to come up with a new one, okay?
2　　　　UNIDENTIFIED FEMALE:  Okay.
3　　　　FEMALE REPRESENTATIVE:  All right.
4　　　　UNIDENTIFIED FEMALE:  Okay, thank you.
5　　　　FEMALE REPRESENTATIVE:  No problem.
6　　　　UNIDENTIFIED FEMALE:  Thank you (inaudible).
7　　　　FEMALE REPRESENTATIVE:  (Inaudible).
8　　　　UNIDENTIFIED FEMALE:  Yeah.
9　　　　FEMALE REPRESENTATIVE:  Okay, thank you.
10　　　　UNIDENTIFIED FEMALE:  Thank you.
11　　　　FEMALE REPRESENTATIVE:  Sorry for the
12　problem, ma'am.  Bye-bye.
13　　　　UNIDENTIFIED FEMALE:  No, it's okay.  Bye.
14　　　　FEMALE REPRESENTATIVE:  Okay.
15　[END - 10:28]
16　　　　(The requested excerpt was concluded.)
17
18
19
20
21
22
23
24
25

---

3 (Pages 9 to 12)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

90211ARETE Impersonation

Arete Financial Group                                                  2/11/2019

                                                                      13

 1              CERTIFICATE OF TRANSCRIPTIONIST
 2
 3
 4        I, Elizabeth M. Farrell, do hereby certify
 5    that the foregoing proceedings and/or conversations
 6    were transcribed by me via CD, videotape, audiotape or
 7    digital recording, and reduced to typewriting under my
 8    supervision; that I had no role in the recording of
 9    this material; and that it has been transcribed to the
10    best of my ability given the quality and clarity of
11    the recording media.
12        I further certify that I am neither counsel
13    for, related to, nor employed by any of the parties to
14    the action in which these proceedings were
15    transcribed; and further, that I am not a relative or
16    employee of any attorney or counsel employed by the
17    parties hereto, nor financially or otherwise
18    interested in the outcome of the action.
19
20            s/Elizabeth M.  Farrell
21    DATE:  10/4/2019
22            ELIZABETH M. FARRELL, CERT
23
24
25

                                                      4 (Page 13)

90211ARETE Impersonation

Arete Financial Group

2/11/2019

[ 14 ]

**A**

ability 13:10
able 6:19
access 5:20
account 5:9,17 6:1
action 13:14,18
allow 11:16 12:1
and/or 13:5
answer 7:4
application 4:15 5:3
appreciate 11:12
approval 5:5,7
approved 4:12 5:4
Arete 1:6 3:4
asking 11:5,9
asks 9:13
attorney 13:16
audiotape 13:6

**B**

B 7:1 9:16 10:18,21
   10:24
B-O-X 11:22
back 8:8 11:22
bad 5:2
best 13:10
bill 6:2
boy 7:1 10:18,22,24
Bye 12:13
Bye-bye 12:12

**C**

C 4:1
Call 1:12 2:5 4:3
can't 6:16
cap 6:13
capital 7:14,17,18
   9:16,16,16,17,17
   11:1,22
CD 13:6
CERT 13:22
CERTIFICATE
   13:1
certify 13:4,12
check 4:10 7:6
clarity 13:10
clicked 8:25 9:7

**B** (second column)

clicking 10:2
close 8:6
come 11:19 12:1
coming 5:2
COMMISSION 1:2
   2:1 3:1
concluded 12:16
conversations 13:5
correct 7:11 9:7
   10:22,25
counsel 13:12,16
course 9:9

**D**

D 2:2 4:1
D.L 1:12
Danielle 4:8
DATE 1:7 13:21
day 5:8
Debt 1:12
didn't 8:20,22 9:24
difficultly 5:17
digital 3:12 13:7
doesn't 8:3 9:25
doing 6:14
dollar 5:10 6:3
don't 5:20
dot-com 8:17

**E**

E 2:2 4:1,1
EDITED 1:13
Elizabeth 13:4,22
email 5:20 11:6
employed 13:13,16
employee 13:16
enter 9:20 10:19
excerpt 1:13 4:3
   12:16

**F**

facts 5:9
Farrell 13:4,20,22
February 1:7 3:7
FEDERAL 1:2 2:1
   3:1
feedback 5:2

**FEMALE** 4:5,7,9,10
   4:13,16,17,19,20
   4:22,23,25 5:1,14
   5:15,16,18,19,21
   5:22,24 6:7,8,10
   6:12,22,23,24,25
   7:6,8,10,12,14,15
   7:21,23,25 8:1,3,5
   8:9,10,12,13,14,16
   8:20,21,22,24 9:1
   9:3,4,6,9,10,12,13
   9:14,18,19,20,21
   9:22,24 10:1,5,6,7
   10:9,11,12,13,15
   10:17,18,20,21,23
   10:25 11:2,4,6,8
   11:11,13,15,16,18
   11:19,24,25 12:2,3
   12:4,5,6,7,8,9,10
   12:11,13,14
file 3:12
Financial 1:6 3:4
financially 13:17
follow 11:9
following 3:11
forbearance 5:25
foregoing 13:5
four 11:3
further 13:12,15

**G**

G 4:1
Give 10:7
given 13:10
gives 11:2
go 8:18
going 5:9,11 6:2,5
   6:15 7:19 8:8 10:3
   10:3 11:9,16,21
good 4:18 5:12 6:18
Group 1:6 3:4

**H**

help 4:9
here's 6:20 11:14
hereto 13:17
Hi 4:7

hit 9:20 10:19
Hmm 5:18 8:5
▮▮▮▮▮ 1:12
hours 6:18,20
Huh 10:1

**I**

I'll 5:8
I'm 6:5,15,24 8:21
   9:6 10:3
Impersonation 1:12
   2:5 4:3
inaudible 4:5,18,21
   5:19 7:11,12,22
   9:21 10:13 12:6,7
income-driven 4:11
information 4:15
   6:5 9:25
interested 13:18
IR_100173678430...
   1:13
it's 5:11,12 6:20,25
   11:5,16 12:13

**J**

January 5:6,8

**K**

know 4:14 5:12,25
   6:8,11,13,14,18,21
   7:4,6 8:10 11:14

**L**

Let's 5:2
letter 5:5,7
letters 7:17,18 11:1
   11:22
log 5:17 6:18 8:4,6,8
   8:11,14,22,25 9:7
   10:2,6
logged 8:12
looks 5:3,7
lowercase 6:12,14
   7:16

**M**

M 13:4,20,22
M-O-H-E-L-A 8:17

ma'am 9:7 11:5,13
   12:12
March 5:11 6:3
match 9:25
material 13:9
Matter 1:5 3:3,4
media 13:11
minute 7:7 10:7
Mm-hmm 9:3,18
   10:12
mobile 4:17
Mohela 5:17 9:1
moment 5:6 6:20
month 6:1
months 5:13

**N**

N 2:2 4:1
name 4:7
need 6:4 7:3 11:3
neither 13:12
new 6:21 7:2 11:20
   12:1
number 4:18

**O**

O 4:1 7:1,1 9:16,17
   10:16,17,18,23,24
OCTOBER 1:8
OFFICIAL 1:1
Oh 4:25 5:14
okay 4:20 5:1,5,14
   5:16 6:3,7,16 7:8
   7:23 8:1,5,7,9,13
   8:24 9:11,22 10:2
   10:4,6,9 11:4,8,11
   11:11,11,13 12:1,2
   12:4,9,13,14
old 11:23
open 8:7
orange 7:1,1 10:24
   10:24
outcome 13:18

**P**

P 4:1
PAGE 2:4

90211ARETE.txt impersonation

Arete Financial Group                                                      2/11/2019

[ 15 ]

**PAGES** 1:9
**paper** 6:5
**parties** 13:13,17
**password** 6:15,17
 6:21 7:2,16 9:16
 11:20,20,23
**passwords** 6:13
**Pause** 7:9 8:2,19
 10:10
**payment** 4:12 5:10
 6:3
**pen** 6:4
**piece** 6:4
**placed** 5:25
**plan** 4:11
**please** 7:7
**pop** 7:23
**pretty** 6:1
**problem** 12:5,12
**PROCEEDING** 1:1
**proceedings** 13:5,14
**produced** 3:11
**provided** 3:12 9:25
**pulled** 4:14
**put** 7:19 9:4,14,15
 10:11 11:4,21

**Q**
**quality** 13:10
**question** 7:24
**questions** 7:3

**R**
**R** 4:1
**ready** 6:21,24
**real** 5:2
**reason** 7:18
**received** 4:11
**record** 3:12 9:25
**RECORDED** 1:7
**recording** 2:4 4:8
 6:11 13:7,8,11
**redacted** 4:8 6:11
**reduced** 13:7
**related** 13:13
**relative** 13:15
**Relief** 1:12

**renew** 5:12
**renewal** 5:10
**repay** 5:10
**repayment** 4:11
**REPRESENTAT...**
 4:5,9,13,17,20,23
 5:1,15,18,21,24
 6:8,12,23,25 7:8
 7:12,15,23 8:1,5
 8:10,13,16,21,24
 9:3,6,10,13,18,20
 9:22 10:1,6,9,12
 10:15,18,21,25
 11:4,8,13,16,19,25
 12:3,5,7,9,11,14
**requested** 12:16
**reset** 6:15,16,17 7:3
 10:3
**right** 10:2 12:3
**righty** 8:1
**role** 13:8

**S**
**S** 4:1
**s/Elizabeth** 13:20
**saying** 9:6 10:21
**security** 7:3,24 11:3
**see** 5:2,4 6:16
**sense** 11:23
**sensitive** 6:13
**sent** 5:4,7
**September** 3:13
**share** 5:8 6:5
**show** 11:6
**Social** 11:3
**Something's** 10:1
**sorry** 4:22 8:21
 12:11
**speaker** 4:21,23
**speakerphone** 4:24
**speaking** 4:5
**start** 5:11 6:2
**steps** 11:9
**supervision** 13:8
**Sure** 4:13
**suspend** 6:2
**system** 7:19

**T**
**temporary** 6:17,20
**thank** 11:12,12,12
 12:4,6,9,10
**that's** 6:1
**think** 7:4
**time** 8:8 10:3
**TITLE** 1:6
**TRADE** 1:2 2:1 3:1
**transcribed** 1:8 13:6
 13:9,15
**transcript** 1:1 3:11
**TRANSCRIPTIO...**
 13:1
**try** 7:21 10:14
**twice** 7:20
**type** 8:16,17,25
**typewriting** 13:7

**U**
**UNIDENTIFIED**
 4:7,10,16,19,22,25
 5:14,16,19,22 6:7
 6:10,22,24 7:6,10
 7:14,21,25 8:3,9
 8:12,14,20,22 9:1
 9:4,9,12,14,19,21
 9:24 10:5,7,11,13
 10:17,20,23 11:2,6
 11:11,15,18,24
 12:2,4,6,8,10,13
**use** 6:19 11:20
**username** 6:9,10
 7:16 9:11,15,15
**usernames** 6:13

**V**
**V** 6:25 9:16 10:16
 10:23
**V-O** 10:15
**V-O-** 11:21
**V-O-B-O-X** 7:2,17
**V-O-X** 10:15,20
**verify** 4:15
**Victor** 7:1 10:16,23
**videotape** 13:6
**VOX** 10:14,14

**W**
**want** 4:10,14 11:14
**way** 5:22 8:18
**we're** 8:7 10:2
**web** 6:4
**website** 9:2
**went** 9:1
**windows** 8:6
**write** 7:19
**wrote** 9:5
**www.mohela** 8:17
**www.mohela.com**
 8:25

**X**
**X** 2:2 7:1 9:17 10:19
 10:24
**x-ray** 7:2 10:19

**Y**
**Yeah** 4:16 5:21 7:10
 9:1 10:15 11:18
 12:8
**you're** 5:9 6:18,21
 10:21 11:8,21

**Z**
**zero** 5:10 6:3

**0**
**0:55-10:36** 1:13
**02.11.2019** 1:12

**1**
**1** 1:9
**10/4/2019** 13:21
**10:28** 12:15
**11** 1:7 3:7
**12** 5:12
**13** 1:9 3:13
**1923040** 1:5 3:4

**2**
**2:45** 4:4
**20:03-21:33** 1:13
**2019** 1:7,8 3:7,13
 5:8,11

**3**
**30th** 5:3,5
**31st** 5:8

**4**
**4** 1:8 2:5
**48** 6:18,20

**5**

**6**

**7**

**8**

**9**
**9th** 5:11

# Attachment RRR

10/7/2019                                    Consumer Access - Search



arete financial

| 2 matches found! | Filter by: | ☐ 👤 Individual | ☐ 🏢 Company | Any Regulator ▼ |

**Arete Financial Group LLC**                  **Arete Financial Group, LLC**

NMLS ID: 1850016                               NMLS ID: 1811613

Address:  1261 E Dyer Rd, 100                  Address:  1261 Dyer Road
          Santa Ana, CA 92705                            Suite 100
                                                         Santa Ana, CA 92705

Information made available through NMLS Consumer Access℠ is derived from NMLS **(Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry)**, the
financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential
Mortgage Regulators (AARMR)** and is owned and operated by the **State Regulatory Registry LLC (SRR)**, a wholly owned subsidiary of CSBS. For more information about the System, please visit
the **NMLS Resource Center** or the **NMLS Federal Registry Resource Center** websites. | Download PDF Reader

**Page 1630**
**PX23 France Decl.**
**Attach. RRR**

10/7/2019                                     Consumer Access - Company



## Arete Financial Group LLC

| NMLS ID: 1850016 | Street Address: 1261 E Dyer Rd, 100<br>Santa Ana, CA 92705<br>Mailing Address: 1261 E Dyer Rd, 100<br>Santa Ana, CA 92705 | Phone: 714-658-9745<br>Toll-Free Number: 888-331-5827<br>Fax: Not provided | Website: www.AreteFinancial.Org<br>Email: ruddy@aretefinancialfreedom.com |
|---|---|---|---|

Other Trade Names : None

Prior Other Trade Names : None

Prior Legal Names : None

Sponsored MLOs : 0

| Fiscal Year End: 12/31 | Formed in: California, United States | Date Formed: 04/18/2018 | Stock Symbol: None | Business Structure: Limited Liability Company |
|---|---|---|---|---|

Regulatory Actions  :  None posted in NMLS.

---

### Branch Locations   No Branch Locations in NMLS

---

### State Licenses/Registrations   (Displaying 1 Active of 1 Total)

| Regulator | Lic/Reg Name | Authorized to<br>Conduct Business | Consumer Complaint |
|---|---|---|---|
| **Maryland** | Debt Settlement Services Provider Registration | Yes | **Submit to Regulator** |

| Lic/Reg #: 15-59 | Original Issue Date : 03/01/2019 | |
|---|---|---|
| Status : Approved | Status Date: 08/14/2019 | Renewed Through : 2019 |
| Other Trade Names used in Maryland : None | | |
| | | |
| **View Resident/Registered Agent(s) for Service of Process ▸** | | |

---

| Regulatory Actions | While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link. |
|---|---|

No regulatory actions have been posted in NMLS.

---

Information made available through NMLS Consumer Access℠ is derived from NMLS (**Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry**), the financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is owned and operated by the **State Regulatory Registry LLC (SRR)**, a wholly owned subsidiary of CSBS. For more information about the System, please visit the **NMLS Resource Center** or the **NMLS Federal Registry Resource Center** websites. | Download PDF Reader

**Page 1631**
**PX23 France Decl.**
**Attach. RRR**

10/7/2019        Consumer Access - Company



### Arete Financial Group, LLC
No other identifying information is available.

| | | |
|---|---|---|
| NMLS ID: 1811613 | Street Address: 1261 Dyer Road<br>Suite 100<br>Santa Ana, CA 92705<br><br>Mailing Address: Not provided | Phone: Not provided    Website: Not provided<br>Toll-Free Number: Not provided    Email: Not provided<br>Fax: Not provided |

| Fiscal Year End: Not provided | Formed in: Not provided | Date Formed: Not provided | Stock Symbol: None | Business Structure: Not provided |
|---|---|---|---|---|

### Regulatory Actions
While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link.

| Regulator | Action Type | Date of Action | Multi-state Action ID | Docket Number | Associated Document(s) |
|---|---|---|---|---|---|
| **Pennsylvania** | Consent Agreement and Order | 10/05/2018 | N/A | 180071 | Consent Agreement and Order |

Information made available through NMLS Consumer Access℠ is derived from NMLS (**Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry**), the financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is owned and operated by the **State Regulatory Registry LLC (SRR)**, a wholly owned subsidiary of CSBS. For more information about the System, please visit the **NMLS Resource Center** or the **NMLS Federal Registry Resource Center** websites. | **Download PDF Reader**

**Page 1632**
**PX23 France Decl.**
**Attach. RRR**

# Attachment SSS

**TransUnion** | **Become a Member**

# Company

### Company Information

| | |
|---|---|
| Business Name | Arete Financial Group |
| Doing Business As | Arete Financial |
| Are you owned or controlled by a foreign government? | No |
| When was your company established? | 2/2017 |
| Website | |
| What is the nature of your business? | Debt Settlement/Marketing |
| What is your intended use of TransUnion's products and/or services? | Leads |
| Federal Tax ID | 81-5312660 |
| Please select one of the following entities with whom you are registered (if you are registered with more than one, only one is necessary) | None |
| Enter the name of the entity with whom you are registered | |

### Telephone and Fax

| | |
|---|---|
| General Phone Number | (714) 658-9745 |
| General Fax Number | |
| Does your company have an answering service? | Yes |

### Location

| | |
|---|---|
| Street | 1261 E Dyer Rd, Ste.100 |
| City | Santa Ana |
| State | California |
| ZIP Code | 92705 |
| County | United States |

## Officers

### Officer Details

| Title | COO | Name | Ruddy Palacios |
|---|---|---|---|
| Title | CEO | Name | Oliver Pomazi |
| Title | CFO | Name | Shunmin Hsu |

## Contacts

## Primary Contact / Billing Contact / Customer Service Contact / Tax Contact

### Contact Details

| | |
|---|---|
| Name | Ruddy Palacios |
| Title | COO |
| Phone Number | (714) 658-9745 |
| Fax Number | (949) 627-8090 |
| Email | management@aretefinancialfreedom.com |

### Address Details

| | |
|---|---|
| Address | 1261 E Dyer Rd, Ste.100 |
| City | Santa Ana |
| State | California |
| ZIP Code | 92705 |

## Data Purchasing

| | |
|---|---|
| What are your intended uses of TransUnion services/data? | Leads |
| What is your anticipated monthly volume of services to be purchased from TransUnion? | 500000.0 |
| Will you access this product and/or service locally, regionally, or nationally? | Nationally |
| Is your firm exempt from sales taxes on TransUnion Services, or TransUnion credit reporting products/services? | No |
| Does your company do business in Texas (as defined in Texas Law Section 151.107)? | Yes |
| Are you involved in the underwriting of insurance? | No |
| For purposes under which you are making this application, are you, the company, or other employees of the company providing service as an attorney? | No |
| For purposes under which you are making this application, are you, the company, or other employees of the company providing service as a detective/investigative agency? | No |
| Do you intend to resell or release information from the consumer credit report to a third party? | No |
| Do you, your business, or other officers in your business provide credit repair services? | No |
| Do you, your business, or other officers in your business provide credit or debt consulting services? | Yes |
| Are you a purchaser of non-performing debt? | No |

## Trade References

Redacted

Redacted

CUSTOMER SUPPORT (610) 245-5861

© 2009 TransUnion LLC. All rights reserved. TransUnion.com Privacy Policy Terms of Use

## LETTER OF INTENT

| | | | |
|---|---|---|---|
| Company: | Arete Financial Group | Date: | 2/19/2018 |

Online Registration Reference Number:   ORS-0031883

| | |
|---|---|
| What is the nature of your business? | Debt Settlement/Marketing |
| What is your intended use of TransUnion's Products and/or service? | Leads |
| If furnishing data, please enter the type of data you wish to furnish to TransUnion? | |
| Will you access this product and/or service locally, regionally, or nationally? | Nationally |

**Page 1636**
**PX23 France Decl.**
**Attach. SSS**



# TransUnion Membership Document—Applicant's Permissible Purpose Certifications

Applicant (Legal business entity name): Arete Financial Group

*Applicant certifies that they shall request Consumer Report Information solely for the permissible purpose(s) permitted under the FCRA, based on their certifications below.*

**Consumer Report Information—Permissible Purpose(s), please check selection(s)**

☑ In connection with a credit transaction involving the consumer on whom the information is to be furnished and involving the extension of credit to, or review or collection of an account of, the consumer.

☐ In connection with the underwriting of insurance involving the consumer.

☐ Pursuant to the written authorization of the consumer who is the subject of the Consumer Report Information. Subscriber certifies that each such written authorization will expressly authorize Subscriber to obtain the Consumer Report Information and will contain at a minimum the subject's name, address, Social Security number (where available) and signature. Subscriber further agrees to retain copies of all such written authorizations for a minimum of five (5) years from the date of inquiry and make such written authorizations available to TransUnion upon request. Nothing in this certification, or elsewhere in this Agreement, is intended to allow Subscriber to purchase Consumer Report Information for the purpose of selling or giving the report, or information contained in or derived from it, to the subject of the report or to any other third party, and Subscriber expressly agrees to refrain from such conduct.

☐ For employment purposes, in which case Subscriber shall request only a TransUnion service expressly designed for employment purposes ("Employment Report"). Subscriber further certifies that it shall not request an Employment Report unless and subject to the following conditions:

A. A clear and conspicuous disclosure is first made in writing to the consumer before the Consumer Report Information is obtained, in a document that consists solely of the disclosure, that a consumer report may be obtained for employment purposes;

B. The consumer has authorized in writing the procurement of the Employment Report;

C. Information from the Employment Report will not be used in violation of any applicable federal or state equal employment opportunity law or regulation;

D. The Employment Report will only be used once; and,

E. Before taking adverse action in whole or in part based on the Employment Report, Subscriber shall provide the consumer with a copy of the Employment Report and shall provide the consumer with a copy of the consumer's rights, in the format approved by the Consumer

1 | © 2015–2018 TRANSUNION LLC ALL RIGHTS RESERVED 555 WEST ADAMS STREET, CHICAGO, IL 60661       **January 11, 2018**

THE USE OF THIS DOCUMENT IS INTENDED FOR THE EXCLUSIVE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT WAS PROVIDED AND SHOULD NOT BE DISCLOSED TO ANY THIRD PARTY WITHOUT TRANSUNION'S PRIOR WRITTEN CONSENT. NO PART OF THIS PUBLICATION MAY BE STORED IN A RETRIEVAL SYSTEM, TRANSMITTED, REPRODUCED, OR DISTRIBUTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR OTHERWISE, WITHOUT THE EXPLICIT PRIOR WRITTEN PERMISSION OF TRANSUNION.

TRANSUNION MEMBERSHIP DOCUMENT—APPLICANT'S PERMISSIBLE PURPOSE CERTIFICATIONS          JANUARY 11, 2018

Financial Protection Bureau ("CFPB"), which form notice shall be supplied to Subscriber by TransUnion either with each report, or one time in print format, in which case Subscriber agrees to duplicate and provide said form notice to the consumer as required hereunder.

☐ To use the Consumer Information as a potential investor or servicer, or current insurer, in connection with a valuation of, or an assessment of, the credit or prepayment risks associated with an existing credit obligation.

☐ To use the Consumer Report Information in connection with Subscriber's legitimate business need for the information in connection with a business transaction that is initiated by a consumer.

☐ To use the Consumer Report Information in connection with Subscriber's legitimate business need for the information to review an account to determine whether the consumer continues to meet the terms of the account.

☐ To use the Consumer Report Information in connection with a determination of the consumer's eligibility for a license or other benefit granted by a governmental instrumentality required by law to consider an applicant's financial responsibility or status.

Signature: _____     Date: 2/21/18

TransUnion

Page 1638
PX23 France Decl.
Attach. SSS

Redacted

| | |
|---|---|
| **From:** | ruddy@aretefinancialfreedom.com |
| **Sent:** | Wednesday, February 21, 2018 2:24 PM |
| **To:** | Redacted |
| **Subject:** | RE: TransUnion Membership Questions |
| **Attachments:** | Trans Union.pdf; Mitel.pdf |
| | |
| **Importance:** | High |

Let me know if you need anything else, also we are using you for credit report already, so we did all this before, we have an onsite inspection tomorrow at 1pm

- 2. Please have the applicant supply a recent (within 60 days) phone bill.
- 3. Provided trade references (American Express, Chase) are not verifiable. Please have the applicant provide verifiable trade references.

[redacted]

- 4. Please have the applicant clarify their relationship to the following business entities:
    - o Premiere Solutions Servicing- **One of the partners of Arete Financial Owns Premier Solutions Servicing, this is a separate company.**
    - o Arete Financial Freedom- **This is a DBA for our Student Loan company .**
- 5. Please complete the attached Permissible Purpose Form.

Thank you,

Redacted

1

**Page 1639**
**PX23 France Decl.**
**Attach. SSS**

# Important Changes for Credit Card Holders

# 2018

Expires: 4/8/18

Available Exclusively For: **Charisse Jones**
Settlement Offer: ≈$7,600

Congratulations, based on your current credit history, you have been Pre-Selected for the 2018 ARETE Credit Card Relief Program. Your approval is based on one or all of these hardship circumstances:

HIGH UTILIZATION ON CREDIT CARD BALANCES
HIGH INTEREST RATES
TRADELINE DELINQUENCY IN THE PAST 12 MONTHS

| Name: Charisse Jones | Hardship Plan Number: 0812LF-02917 |
|---|---|
| **Address:** 100 Penzance Ave Apt 133 | **State:** CA |

| Status: Pre - Selected | Date of Notice: 3/10/18 | Eligibility Expiration: 4/8/18 |
|---|---|---|

Pending Hardship Plan Number: **0812LF-02917**

| Estimated Debt: $19,000 | Pre-Selected to: $7,600 | Term: 36 MONTHS | Program Benefits: INCLUDED BELOW |
|---|---|---|---|

**Your Pending Hardship Benefits Include:**

- Reduction of Payments up to 60% or more (determined by phone interview)
- Eliminate ALL Credit Card Debt in 12 to 48 months
- Save and Restore your Credit by Avoiding Bankruptcy
- Improve debt to income ratio with the credit bureaus
- Make Only 1 Pmt. per Month. 1st Payment Not Due until October, 2018
- Stop Harassing Calls from Creditors and Bill Collectors

Do Not Hesitate, Your Hardship Plan Approval Expires 4/8/18. Program Begins Immediately.
Please Mention Hardship Plan **0812LF-02917** to redeem your hardship benefits.

## Call Toll Free: 844-354-4049

## To Redeem Your 2018 ARETE Credit Card Hardship Benefits, Contact your Plan Administrator Direct at:

# 844-354-4049

## ARETE Financial Credit Card Hardship Benefits

Terms and Conditions: Benefits will not be activated without your authorization of the program. In order to activate your hardship program you must call your plan administrator now before your benefits expiration date. Your payments will not be reduced without your authorization. *The Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq., is a United States statute added in 1978 as Title VIII of the Consumer Credit Protection Act. Its purposes are to eliminate abusive practices in the collection of consumer debts, and to provide consumers with an avenue for disputing and obtaining validation of debt information in order to ensure the information's accuracy. This is not a Government program.

You can choose to stop receiving **"prescreened"** offers of credit from this and other companies by calling  toll-free 1-888-XXX-XXXX. See **PRESCREEN & OPT-OUT NOTICE** on other side for more information about prescreened offers.

*PRESCREEN AND OPT-OUT NOTICE*

*This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our criteria including providing acceptable property as collateral. If you do not want to receive prescreened offers of credit from this and other companies, call TransUnion at 1-888-567-8688 or visit the website at www.optoutprescreen.com; or write TransUnion Opt Out Request PO Box 505, Woodlyn, PA 19094-0505.*

**CONFIDENTIAL TREATMENT REQUESTED**

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

**PERSONAL AND CONFIDENTIAL**

TO BE OPENED BY ADDRESSEE ONLY
PLEASE RESPOND WITHIN FIVE DAYS



PRSRT
FIRST CLASS MAIL
U.S. POSTAGE
PAID
PERMIT NO. 4432

UNITED STATES MAIL

1*6*233***********ALL FOR AADC 956
Charisse Jones
100 Penzance Ave Apt 133
Chico, CA 95973-8262

Delivery Directly to Addressee
SEE TITLE 18 SEC. 1702 – US CODE



REMOVE THESE SIDE EDGES FIRST.
THEN FOLD, CREASE AND TEAR THIS STUB ALONG PERFORATION

CONFIDENTIAL TREATMENT REQUESTED

Page 1641
PX23 France Decl.
Attach. SSS



CONDITIONS: None

-Approved subject to S A F D requirements-

SHALL BE POSTED IN A CONSPICUOUS PLACE ON THE PREMISES AND SHALL NOT BE REMOVED EXCEPT BY THE BUILDING OFFICIAL

## Certificate Of Occupancy

NO. 80424299

This is to certify that the premises in the City of Santa Ana described below have been inspected and that they comply with the ordinances and regulations of the City and State of California now in force for use and occupancy as to the parts enumerated as follows.

TYPE OF BUSINESS:  Office

BUSINESS OWNER:  Carey Howe
TYPE OF CONSTRUCTION:  V B
OCCUPANCY GROUP:  B
OCCUPANCY LOAD:  N/A

**Gerald Caraig, PE, CBO, CASp**
BUILDING OFFICIAL

08/31/2017

NAME OF BUSINESS:  Arete Financial Group
BUSINESS ADDRESS:  1261 E Dyer Road, Suite 100
Santa Ana, CA 92705

Alterations, changes, additions, or changes of occupancy make this certificate void. In such cases, a new certificate must be obtained from the City of Santa Ana.

PLANNING AND BUILDING AGENCY, BUILDING SAFETY DIVISION, P.O. BOX 1988, SANTA ANA, CALIFORNIA 92702

The person, firm or corporation named below has been issued this business license tax receipt pursuant to the provisions of the City Business License Tax Code.

## CITY OF SANTA ANA
## BUSINESS TAX SECTION (M-15)

20 CIVIC CENTER PLAZA, FIRST FLOOR, P.O. BOX 1964, SANTA ANA, CA 92702 (714) 647-5447

### CITY OF SANTA ANA BUSINESS LICENSE TAX RECEIPT

BUSINESS TAX NUMBER:  366668
BUSINESS NAME:  ARETE FINANCIAL GROUP INC.
BUSINESS ADDRESS:  1261 E DYER RD UNIT# 100 SANTA ANA, CA 92705
OWNER NAME:  HOWE, CAREY / PALACIOS, RUDDY

TAX PERIOD:  8/7/2017 - 3/31/2018
AMOUNT PAID:  $465.00
DATE PAID:  08/16/2017

**THIS IS NOT A BILL**

ATTACHED BELOW IS YOUR CITY OF SANTA ANA BUSINESS LICENSE TAX RECEIPT

PLEASE DETACH AND POST IN A CONSPICUOUS LOCATION
(SEE REVERSE SIDE OF BUSINESS LICENSE TAX RECEIPT FOR POSTING REQUIREMENTS)

# Attachment TTT

 **Become a Member**

# Company

### Company Information

| | |
|---|---|
| Business Name | Diamond Choice Inc |
| Doing Business As | Interest Rate Solutions |
| Are you owned or controlled by a foreign government? | No |
| When was your company established? | 12/02/2014 |
| Website | www.interestratesolutions.com |
| What is the nature of your business? | Marketing agency, personal loan broker |
| What is your intended use of TransUnion's products and/or services? | Buy data for prescreen offers |
| Federal Tax ID | 47-2490242 |
| Please select one of the following entities with whom you are registered (if you are registered with more than one, only one is necessary) | D&B |
| Enter the name of the entity with whom you are registered | |

### Telephone and Fax

| | |
|---|---|
| General Phone Number | (714) 658-9745 |
| General Fax Number | |
| Does your company have an answering service? | Yes |

### Location

| | |
|---|---|
| Street | 1261 E Dyer Rd Ste. 250 |
| City | Santa Ana |
| State | California |
| ZIP Code | 92705 |
| County | USA |

## Officers

### Officer Details

| Title | CEO | Name | Ruddy Palacios |
|---|---|---|---|
| Title | Manager | Name | Jenifer Rhomberg |

## Contacts

## Primary Contact / Billing Contact / Customer Service Contact / Tax Contact

CONFIDENTIAL TREATMENT REQUESTED

Page 1643
PX23 France Decl.
Attach. TTT

| **Contact Details** | | **Address Details** | |
| --- | --- | --- | --- |
| Name | Ruddy Palacios | Address | 1261 E Dyer Rd Ste. 250 |
| Title | CEO | City | Santa Ana |
| Phone Number | (714) 658-9745 | State | California |
| Fax Number | (949) 535-2143 | ZIP Code | 92705 |
| Email | ruddy@interestratesolutions.com | | |

## Data Purchasing

| | |
| --- | --- |
| What are your intended uses of TransUnion services/data? | to offer consumers prescreened offers |
| What is your anticipated monthly volume of services to be purchased from TransUnion? | 500000.0 |
| Will you access this product and/or service locally, regionally, or nationally? | Nationally |
| Is your firm exempt from sales taxes on TransUnion Services, or TransUnion credit reporting products/services? | No |
| Does your company do business in Texas (as defined in Texas Law Section 151.107)? | No |
| Are you involved in the underwriting of insurance? | No |
| For purposes under which you are making this application, are you, the company, or other employees of the company providing service as an attorney? | No |
| For purposes under which you are making this application, are you, the company, or other employees of the company providing service as a detective/investigative agency? | No |
| Do you intend to resell or release information from the consumer credit report to a third party? | No |
| Do you, your business, or other officers in your business provide credit repair services? | No |
| Do you, your business, or other officers in your business provide credit or debt consulting services? | No |
| Are you a purchaser of non-performing debt? | No |

## Trade References

### Trade Reference

| | | | |
| --- | --- | --- | --- |
| Company Name | Redacted | Address | Redacted |
| Account # | | | |
| Contact Name | | | |

### Trade Reference

| | | | |
| --- | --- | --- | --- |
| Company Name | Redacted | Address | Redacted |
| Account # | | | |
| Contact Name | | | |

### Trade Reference

**CONFIDENTIAL TREATMENT REQUESTED**

**Page 1644**
**PX23 France Decl.**
**Attach. TTT**

Company Name

Account #

Contact Name

Redacted

Address

Redacted

CUSTOMER SUPPORT (610) 245-5861

© 2009 TransUnion LLC. All rights reserved. TransUnion.com Privacy Policy Terms of Use

**CONFIDENTIAL TREATMENT REQUESTED**

**Page 1645**

**PX23 France Decl.**

**Attach. TTT**

TransUnion

## Company Profile

**Applicant Information**

Company Name: Diamond Choice Inc.        Doing Business As: Interest Rate Solutions

Nature of Business: Consumer finance, loan broker, marketing        Date Established: 12/2014 _month/year_

Are you owned or controlled by a Foreign Government?   Yes ☐   No ☑

Company Main Phone #: 877-287-1518        Title: _____

Federal Tax ID#: 47-2490242        Do you have an answering service?   Yes ☑   No ☐

Web Site Address: www.InterestRateSolutions.com        Email Address: Ruddy@InterestRateSolutions.com

Physical Address:
1261 E Dyer Rd, Ste 250,   Santa Ana        CA        USA        92705
_Street_        _City_        _State_        _Country_        _Zip_

**Billing Contact Information**

Contact Name: Ruddy Palacios        Title: CEO

Contact Phone #: 714-658-9745        Contact Fax#: _____

Billing Phone #: 714-658-9745        Email Address: Ruddy@InterestRateSolutions.com

Billing Mailing Address (if different from Physical Address):
2312 Park Ave, Ste 215,   Tustin        CA        USA        92782
_Street_        _City_        _State_        _Country_        _Zip_

**Tax Contact Information:** Is your entity exempt from paying taxes on Credit Reporting products/services? Yes ☐ No ☑

Contact Name: _____        Title: _____

Contact Phone #: _____        Contact Fax#: _____

Billing Phone #: _____        Email Address: _____

Billing Mailing Address (if different from Physical Address):

_Street_        _City_        _State_        _Country_        _Zip_

**Customer Service Contact Information**

Contact Name: _____        Title: _____

Contact Phone #: _____        Contact Fax#: _____

Customer Service Phone #: _____        Email Address: _____

Customer Service Mailing Address (if different from Physical Address):

_Street_        _City_        _State_        _Country_        _Zip_

1 | © 2015 TRANSUNION LLC ALL RIGHTS RESERVED 555 WEST ADAMS STREET, CHICAGO, IL 60661        April 1, 2014

THE USE OF THIS DOCUMENT IS INTENDED FOR THE EXCLUSIVE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT WAS PROVIDED AND SHOULD NOT BE DISCLOSED TO ANY THIRD PARTY WITHOUT TRANSUNION'S PRIOR WRITTEN CONSENT. NO PART OF THIS PUBLICATION MAY BE STORED IN A RETRIEVAL SYSTEM, TRANSMITTED, REPRODUCED, OR DISTRIBUTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR OTHERWISE, WITHOUT THE EXPLICIT PRIOR WRITTEN PERMISSION OF TRANSUNION.

**CONFIDENTIAL TREATMENT REQUESTED**

COMPANY PROFILE

APRIL 1, 2014

## General Use/Service Information

| If you are a purchaser of TU products, please list the specific intended uses for which the products are being used: | Do you/Will you furnish data as well?  Yes ☑  No ☐ |
|---|---|
| In connection with: _Consumer financing, loan brokering, marketing_ | If yes, what type of accounts will you be reporting?<br>Inst/Rev/Open/Collections  _Installment_<br><br>Do you own all of the accounts for which you will report data? (Yes) No<br><br>If you are not the account owner, list the capacity in which you are involved<br>(i.e., Loan Servicer): |
| Does your company do business in Texas (as defined in Texas Law Section 151.107)?  Yes ☐  No ☑ | |

## Complete for Sole Proprietor or Partnership (circle one)

*I certify that the information provided on this application is true and that I understand that falsification of this document is grounds for denial or termination of membership and/or legal prosecution, and that I understand that by signature below, Trans Union LLC may pull a personal credit report on owner(s) of this company in connection with the approval of this application.*

Owner Name: _____  Title: _____
(Printed full name, not initials)

Residence: _____
　　　　　Street　　　　　　　　　　City　　　　　　　State　　　　Zip

Social Security #: _____  Signature: _____

Owner Name: _____  Title: _____
(Printed full name, not initials)

Residence: _____
　　　　　Street　　　　　　　　　　City　　　　　　　State　　　　Zip

Social Security #: _____  Signature: _____

## Complete for Corporation or LLC (circle one)

Officer Name: _Ruddy Palacios_　　　　　　　Title: _CEO_

Officer Name: _____　　Title: _____

Officer Name: _____　　Title: _____

*I certify that I am authorized to sign this application and that the information provided on this application is true. I understand that by signature I answered the foregoing questions accurately to the best of my ability, and that I understand that falsification of this document is grounds for denial or termination of membership and/or legal prosecution.*

Signature Name: _____  Title: _CEO_

Print Name: _Ruddy Palacios_　　　　　　　Date: _10/17/18_
(Full name, not initials)

2 | © 2015 TransUnion LLC All Rights Reserved

TransUnion

CONFIDENTIAL TREATMENT REQUESTED

**LETTER OF INTENT**

Company:              Diamond Choice Inc                    Date:        9/5/2019

Online Registration Reference Number:    ORS-0034310

| What is the nature of your business? | Marketing agency, personal loan broker |
|---|---|
| What is your intended use of TransUnion's Products and/or service? | Buy data for prescreen offers |
| If furnishing data, please enter the type of data you wish to furnish to TransUnion? | |
| Will you access this product and/or service locally, regionally, or nationally? | Nationally |


TransUnion

# TransUnion Membership Document—Applicant's Permissible Purpose Certifications

Applicant (Legal business entity name): Diamond Choice Inc. DBA, Interest Rate Solutions

*Applicant certifies that they shall request Consumer Report Information solely for the permissible purpose(s) permitted under the FCRA, based on their certifications below.*

**Consumer Report Information—Permissible Purpose(s), please check selection(s)**

☑ In connection with a credit transaction involving the consumer on whom the information is to be furnished and involving the extension of credit to, or review or collection of an account of, the consumer.

☐ In connection with the underwriting of insurance involving the consumer.

☐ Pursuant to the written authorization of the consumer who is the subject of the Consumer Report Information. Subscriber certifies that each such written authorization will expressly authorize Subscriber to obtain the Consumer Report Information and will contain at a minimum the subject's name, address, Social Security number (where available) and signature. Subscriber further agrees to retain copies of all such written authorizations for a minimum of five (5) years from the date of inquiry and make such written authorizations available to TransUnion upon request. Nothing in this certification, or elsewhere in this Agreement, is intended to allow Subscriber to purchase Consumer Report Information for the purpose of selling or giving the report, or information contained in or derived from it, to the subject of the report or to any other third party, and Subscriber expressly agrees to refrain from such conduct.

☐ For employment purposes, in which case Subscriber shall request only a TransUnion service expressly designed for employment purposes ("Employment Report"). Subscriber further certifies that it shall not request an Employment Report unless and subject to the following conditions:

A. A clear and conspicuous disclosure is first made in writing to the consumer before the Consumer Report Information is obtained, in a document that consists solely of the disclosure, that a consumer report may be obtained for employment purposes;

B. The consumer has authorized in writing the procurement of the Employment Report;

C. Information from the Employment Report will not be used in violation of any applicable federal or state equal employment opportunity law or regulation;

D. The Employment Report will only be used once; and,

E. Before taking adverse action in whole or in part based on the Employment Report, Subscriber shall provide the consumer with a copy of the Employment Report and shall provide the consumer with a copy of the consumer's rights, in the format approved by the Consumer

1 | © 2015–2018 TRANSUNION LLC ALL RIGHTS RESERVED 555 WEST ADAMS STREET, CHICAGO, IL 60661          **January 11, 2018**

THE USE OF THIS DOCUMENT IS INTENDED FOR THE EXCLUSIVE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT WAS PROVIDED AND SHOULD NOT BE DISCLOSED TO ANY THIRD PARTY WITHOUT TRANSUNION'S PRIOR WRITTEN CONSENT. NO PART OF THIS PUBLICATION MAY BE STORED IN A RETRIEVAL SYSTEM, TRANSMITTED, REPRODUCED, OR DISTRIBUTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR OTHERWISE, WITHOUT THE EXPLICIT PRIOR WRITTEN PERMISSION OF TRANSUNION.

**CONFIDENTIAL TREATMENT REQUESTED**

TRANSUNION MEMBERSHIP DOCUMENT—APPLICANT'S PERMISSIBLE PURPOSE CERTIFICATIONS          JANUARY 11, 2018

Financial Protection Bureau ("CFPB"), which form notice shall be supplied to Subscriber by TransUnion either with each report, or one time in print format, in which case Subscriber agrees to duplicate and provide said form notice to the consumer as required hereunder.

☐ To use the Consumer Information as a potential investor or servicer, or current insurer, in connection with a valuation of, or an assessment of, the credit or prepayment risks associated with an existing credit obligation.

☐ To use the Consumer Report Information in connection with Subscriber's legitimate business need for the information in connection with a business transaction that is initiated by a consumer.

☐ To use the Consumer Report Information in connection with Subscriber's legitimate business need for the information to review an account to determine whether the consumer continues to meet the terms of the account.

☐ To use the Consumer Report Information in connection with a determination of the consumer's eligibility for a license or other benefit granted by a governmental instrumentality required by law to consider an applicant's financial responsibility or status.

Signature: _____          Date: 10/17/18

**CONFIDENTIAL TREATMENT REQUESTED**

Page 1650
PX23 France Decl.
Attach. TTT

**From:** ruddy@interestratesolutions.com <ruddy@interestratesolutions.com>
**Sent:** Wednesday, October 31, 2018 4:16 PM
**To:** Redacted @transunion.com>
**Subject:** RE: TransUnion Membership: Membership Questions
**Importance:** High


Membership has completed the initial phase of processing your request and needs you to address the following items as outlined:

-       Please describe in detail the nature of your business.- **We are a marketing company for finance lending and also provide consumer loans.**

-       Please describe in detail how you intend on using Transunion products and services. **We will be buying data for consumers that meet our criteria for lending**

-       Please clarify the address found on the secretary of state listing, 5000 Birch St, Ste 3000, Newport Beach CA. **That is an old mailing address we will be updating SOS**

-    Our system will not allow us to access your website, please provide screen caps of your website or provide samples of marketing materials (business cards, pamphlets, flyers, etc).

**CONFIDENTIAL TREATMENT REQUESTED**

PRE SELECTED CONFIRMATION CERTIFICATE


Interest Rate Solutions
"Change the way you save"

| Confirmation #: | Offer Expires: |
|---|---|
| <XXXXXXXXX> | <Date> |

**Pre-Selected for a Personal Loan for up to**

Fifty Thousand and no/100...... DOLLARS[1]

# $50,000[1]

It's time to get the **IRS Solution!**

<Fname> <Lname>
<Address>
<City> <ST> <ZIP>

**Call: 1-XXX-XXX-XXXX**

Hablamos Español

NON NEGOTIABLE - NO CASH VALUE

# Personal Loans Made

# SIMPLE!

## Put an end to your high-rate debt.

Dear <Sample A. Sample>,

If you're struggling with high-rate debt, there's relief in sight — you've been <u>pre-selected for a personal loan of $50,000</u>.[1] Interest Rate Solutions offers good people like you a way to handle their debts and get some peace of mind.

**With this debt consolidation opportunity, you could:**

- **Have the money in your bank account 48 hours after approval**
- **Pay off your outstanding debts**
- **Make one fixed monthly payment instead of several**
- **Have a lower rate and potentially save thousands of dollars a year**

Don't miss this chance to be rid of your debt. Call 1-800-XXX-XXXX and mention Confirmation Number <XXXXXXXXX>. You must act by <exp_date> to take advantage of your pre-selected status, so don't wait.

| Eligibility ID: | XXXXXXXX |
|---|---|
| Amount: | $XX,XXX.XX |
| Activate Before: | XX/XX/2018 |

## WHY WAIT?

**Let IRS help you put an end to your high-rate debt once and for all.**

**You are Pre-Selected**

**Money wired in 48 Hours!**

**One fixed monthly payment**

**Takes only minutes to apply**

**You have been Pre-Selected for this offer**

## Call: 1-888-XXX-XXXX

or visit EasyMoney4Me/CoryCordova
Confirmation #: <XXXXXXXXX>



Take the first step to debt freedom.
## Call: 1-888-XXX-XXXX
or visit EasyMoney4Me.com/CoryCordova
Confirmation #: <XXXXXXXXX>



BBB A+ Rating

[1]Interest Rate Solutions is not affiliated with the Internal Revenue Service. IRS does not broker loans and does not make and/or fund any product offerings, loans, or credit decisions. The web platform will securely submit the information you provide to a lender. Providing your information on the web site does not guarantee approval for a product offering. For details, questions, or concerns regarding your application, please contact your lender directly.

You can choose to stop receiving **"prescreened"** offers of credit from this and other companies by calling toll-free 1-888-XXX-XXXX. See **PRESCREEN & OPT-OUT NOTICE** on other side for more information about prescreened offers.

CONFIDENTIAL - TREATMENT REQUESTED

Loans are offered by IRS affiliates. Loans are not offered in all states.

### *PRESCREEN AND OPT-OUT NOTICE*

*This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our criteria including providing acceptable property as collateral. If you do not want to receive prescreened offers of credit from this and other companies, call TransUnion at 1-888-567-8688 or visit the website at www.optoutprescreen.com; or write TransUnion Opt Out Request PO Box 505, Woodlyn, PA 19094-0505.*

**CONFIDENTIAL TREATMENT REQUESTED**

CONFIDENTIAL TREATMENT REQUESTED



**Personal Loans Made**

# SIMPLE!

Put an end to your high-rate debt.

Dear <Sample A. Sample>,

If you're struggling with high-rate debt, there's relief in sight — you've been pre-selected for a personal loan of $50,000.[1] Interest Rate Solutions offers good people like you a way to handle their debts and get some peace of mind.

**With this debt consolidation opportunity, you could:**

• Have the money in your bank account 48 hours after approval

• Pay off your outstanding debts

• Make one fixed monthly payment instead of several

• Have a lower rate and potentially save thousands of dollars a year

Don't miss this chance to be rid of your debt. Call 1-800-XXX-XXXX and mention Confirmation Number <XXXXXXXXX>. You must act by <exp_date> to take advantage of your pre-selected status, so don't wait.

| Eligibility ID: | XXXXXXXX |
| Amount: | $XX,XXX.XX |
| Activate Before: | XX/XX/2018 |

## WHY WAIT?

**Let IRS help you put an end to your high-rate debt once and for all.**

**You are Pre-Selected**

**Money wired in 48 Hours!**

**One fixed monthly payment**

**Takes only minutes to apply**

**You have been Pre-Selected for this offer**

### Call: 1-888-XXX-XXXX

or visit
EasyMoney4Me/CoryCordova
Confirmation #: <XXXXXXXXX>



**Take the first step to debt freedom.**
## Call: 1-888-XXX-XXXX
or visit EasyMoney4Me.com/CoryCordova
Confirmation #: <XXXXXXXXX>



[1]Interest Rate Solutions is not affiliated with the Internal Revenue Service. IRS does not broker loans and does not make and/or fund any product offerings, loans, or credit decisions. The web platform will securely submit the information you provide to a lender. Providing your information on the web site does not guarantee approval for a product offering. For details, questions, or concerns regarding your application, please contact your lender directly.

You can choose to stop receiving **"prescreened"** offers of credit from this and other companies by calling  toll-free 1-888-567-8688. See **PRESCREEN & OPT-OUT NOTICE** on other side for more information about prescreened offers.

CONFIDENTIAL TREATMENT REQUESTED

## The Average APRs on Credit cards

| Card Type | Low | High | Overall |
|---|---|---|---|
| Travel Rewards Cards | 15.62% | 19.24% | 15.99% |
| Airline | 14.62% | 21.99% | 16.24% |
| Hotel | 15.24% | 21.99% | 16.12% |
| Business Credit Cards | 13.12% | 19.87% | 15.37% |
| Cash Back Credit Cards | 13.24% | 22.99% | 20.90% |
| Student Credit Cards | 13.99% | 22.62% | 19.80% |

## The Average APRs on Personal Loans

| Credit Score | Average Personal Loan APRs |
|---|---|
| Excellent (720 - 850) | 10.3% - 12.5% |
| Good (680 - 719) | 13.5% - 15.5% |
| Average (640 - 679) | 17.8% - 19.9% |
| Poor (300 - 639) | 28.5% - 32.0% |

## The Average APRs on Pay Day Loans

| Credit Score | Average Personal Loan APRs |
|---|---|
| Excellent (720 - 850) | 300% - 750% |
| Good (680 - 719) | 300% - 750% |
| Average (640 - 679) | 300% - 750% |
| Poor (300 - 639) | 300% - 750% |

Unsecured personal loan amounts vary from $500.00 to a maximum of $80,000. All lenders are not capable of providing loans in the amount of $80,000.00.

**Credit Certification and Authorization**
This offer is for an unsecured personal loan referred by Interest Rate Solutions®. All loan requests submitted through Interest Rate Solutions® are funded by a third party. Interest Rate Solutions® is a lender and also functions as a loan broker. Interest Rate Solutions® has no control over participating lender credit worthiness eligibility criteria. APR/Interest rates will vary depending on individual lender terms. This offer is subject to certain provisions, as detailed in the Important Pre-selected Information and Terms and Conditions for this offer section below. You authorize us to make inquiries and obtain and confirm information about you as we deem appropriate for the purpose of evaluating your eligibility for this extension of credit, including obtaining credit reports, verifying your income, and contacting your employer. You also authorize us to provide identification information about you, and our credit experience information with you to others in accordance with applicable law. Duplicate offers received as a result of multiple mailing to the same person are void, as are multiple acceptances of the same offer. This offer is subject to the expiration date listed on the front page.

Interest Rate Solutions® does not endorse any participating lenders or brokers, and will not charge you for referring you to a participating lender. Cash transfer times may vary among participating lenders and may depend on your individual financial situation. This service and qualified participating lenders are not available in all states. For details, questions, or concerns regarding your requested loan, please contact your lender directly. Lenders may or may not perform credit checks with three credit reporting bureaus: Experian, Equifax, or TransUnion. Lenders may perform alternative credit checks or consumer reports through alternative providers. By submitting your request, you are authorizing lenders to independently verify the information you submitted and your credit worthiness. This service does not constitute an offer or solicitation for loan products which are prohibited by any state law. This service and offer are void where prohibited.

**\*Important Pre-selected information and Terms and Conditions for This Offer**

• If your credit history is verified as acceptable as detailed in the terms and conditions, and are approved to list a loan and you complete the listing, we guarantee 100% funding of the listed amount.

• Lenders we refer to you may be unable to extend credit, if, after you respond to this offer, the lender determines that you no longer meet the criteria established prior to this offer. This offer may be accepted only by the person identified in this letter. Account approval is subject to verification and confirmation of your credit history and acceptance by a lender.

• We or the lender may request verification of income and employment  from your employer(s). Self-employed or commissioned applicants may be asked for the past two years of Income tax filings, alimony, child support or separate maintenance income need not be disclosed if you do not wish us to consider it as a basis for repayment.

• A consumer credit report will be obtained and reviewed to verify, among other things, your identity. Upon request, you will be informed the name and address of the credit reporting agency furnishing any such report. Subsequent consumer credit reports may be requested and used in connection with an update, renewal, or extension of credit.

• Offers expire on the date indicated herein. If we receive a response to this offer after the expiration date, Personal Lending Group,Inc® may refer you to other lenders. If you chose to apply for a loan through a lender we refer you to, a consumer report will be obtained to evaluate your credit worthiness in connection with your application for credit.

• If we receive your response after the expiration date, or the name and address on this offer differs from the information you provide to us, we will treat your response as an application for an account that was not pre-screened. If you choose to continue that application, a consumer report will be obtained to evaluate creditworthiness in connection with your application for credit.

• If you omit, misrepresent or falsify any information on an application for a loan, the lender may deny your request for an account.

[1]Interest rates will vary and are based on lender terms. Ranges from 5.99%-35.36%.
For example, with a credit grade of A1 you could receive a loan of $10,000 with an interest rate of 6.03% and a 1.11% origination fee of $111 for an APR of 6.75%. In this example you will receive $9,889 and will make 38 monthly payments of $304. Your APR will be determined based on your credit at time of application. There is no down payment and there is never a pre-payment penalty. Closing of your loan is contingent upon your agreement to all of the required agreements and disclosures on the www.interestratesolutions.com.

[2]Interest savings is an estimate for illustration purposes only. Credit card time to pay off is based upon the Bankrate.com Minimum Payment Calculator and assumes that only minimum payments are made at the sample APR used in the example. Paying more than the minimum payment would reduce interest paid. A $40,000 Interest Rate Solutions Loan with a 36 month term at 6.75% APR (which included the 0.99% origination fee) has a required monthly payment of $1230.52 assuming on time automatic monthly payments, and is based on an A1 loan grade for credit approvals. The APR on your Interest Rate Solutions loan could be higher. Actual rate depends on credit score, loan amount, loan term, and credit usage history.

License Number: CL:0950109

Loans are offered by IRS affiliates. Loans are not offered in all states.

---

### PRESCREEN AND OPT-OUT NOTICE

This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our criteria including providing acceptable property as collateral. If you do not want to receive prescreened offers of credit from this and other companies, call TransUnion at 1-888-567-8688 or visit the website at www.optoutprescreen.com; or write TransUnion Opt Out Request PO Box 505, Woodlyn, PA 19094-0505.

---

# Attachment UUU

| CONSUMER CREDIT NOTIFICATION FORM (Title 70C, Utah Code) | STATE OF UTAH **Department of Financial Institutions** *324 South State Street, Suite 201, SLC, UT 84111* Mailing Address: P.O. Box 146800, Salt Lake City, UT 84114-6800 *www.dfi.utah.gov       Fax: (801) 538-8894       Tel: (801) 538-8830* |
|---|---|

1) Utah Business Name and Mailing Address | Do Not Write In This Space

DIAMOND CHOICE INC.
DBA INTEREST RATE SOLUTIONS
2312 Park Ave, Ste 215
TUSTIN, CA 92782.

IF YOU LEND TO CONSUMERS (primarily for personal, family or household purposes), SELL OR PROVIDE GOODS OR SERVICES ON A CREDIT BASIS TO UTAH CONSUMERS, MAKE CONSUMER LEASES OR TAKE ASSIGNMENTS OF CONSUMER DEBT, YOU ARE REQUIRED TO FILE NOTIFICATION AND PAY THE NOTIFICATION FEE OF $100 AT LEAST 30 DAYS BEFORE COMMENCING BUSINESS. Thereafter, renewals will be due on or before each January 31st. When complete, return the form along with a check or money order made payable to the **Department of Financial Institutions** at the mailing address shown above.

2) Name of lender, provider, seller, lessor, or assignee __DIAMOND CHOICE INC.__

3) **Submit a current copy of the Certificate of Existence** issued by the Utah Department of Commerce, Division of Corporations.

4) Address of principal office (may be outside Utah) __1261 E. Dyer Road. Ste 250__
City __Santa Ana__ State __CA__ Zip __92705__ Telephone __714-658-9745.__

5) Addresses of all offices or places of business in Utah, if any (attach a separate sheet if necessary)

6) Name / Address of contact person for complaint resolution __RUDDY PALACIOS. 1261 E DYER RD__
City __Santa Ana__ State __CA__ Zip __92705__ Telephone __714-658-9745__

7) Name / Address in Utah of registered agent upon whom service of process can be made __Ruddy PALACIOS.__
__2312 Park Ave, Ste 215. Tustin, CA 92782.__

8) Email address of person responsible for filing notification __ruddy@interest-rate solutions.com.__

9) Please indicate which types of consumer credit you are engaged in, or plan to engage in this year (check all that apply):

____ Financing of consumer goods

____ Financing of consumer services

____ Open end 1st mortgage loans

____ 2nd mortgage loans

____ Consumer leases

✓ Unsecured consumer loans

____ Auto loans

____ Mobile home/RV loans

____ Premium financing

____ Consumer debt collection

____ Payday or deferred deposit loans
*(Additional registration required - dfi.utah.gov/money-services/deferred-deposit-lender)* NMLS# _____

____ Auto title loans
*(Additional registration required - dfi.utah.gov/money-services/title-lenders)* NMLS# _____

____ Other (please specify) _____

I hereby certify that the information provided in the form is true and correct.

Date __12/2/18__ Signature _____

Print or type:
Name __Ruddy Palacios.__
Title __CEO.__

10/15

# INSTRUCTIONS

### NOTIFICATION FEE

1.    **Sellers, Providers and Lessors -** Every party who regularly engages in the business of providing financing, selling or leasing goods or services to persons for **personal, family or household purposes** by either imposing a finance charge or accepting payments by written agreement in more than four installments, is required to file the notification form and pay the $100 notification fee 30 days before commencing business.  A party is deemed to extend consumer credit regularly if credit is granted more than 25 times, or more than five times for transactions secured by a principal dwelling (excludes closed-end first mortgages), in any calendar year.

2.    **Lenders -** Every party who regularly engages in the business of lending to persons for **personal, family or household purposes** by either imposing a finance charge or accepting payments by written agreement in more than four installments, is required to file notification and pay the $100 notification fee 30 days before commencing business.  A party is deemed to extend consumer credit regularly if credit is granted more than 25 times, or more than five times for transactions secured by a principal dwelling (excludes closed-end first mortgages), in any calendar year.

3.    **Assignees -** Parties which take assignments of and undertake direct collection of payments from, or enforce contractual rights against debtors, arising from consumer transactions in this state, are required to file notification and pay the $100 notification fee.

Depository institutions including banks, industrial loan corporations, credit unions and savings and loans are exempt from the notification requirements.

### FOR FURTHER INFORMATION CONTACT:

State of Utah, Department of Financial Institutions
Telephone:  (801) 538-8830
Fax:  (801) 538-8894
www.dfi.utah.gov

