ORIGINAL

1   ALDEN F. ABBOTT
    General Counsel
2   STEPHEN T. FAIRCHILD
3   WA Bar No. 41214; sfairchild@ftc.gov
    RICHARD MCKEWEN
4   WA Bar No. 45041; rmckewen@ftc.gov
5   FEDERAL TRADE COMMISSION
    915 Second Avenue, Suite 2896
6   Seattle, WA 98174
7   Tel.: (206) 220-6350; Fax: (206) 220-6366

8
    ROBERT J. QUIGLEY, Local Counsel
9   CA Bar No. 302879; rquigley@ftc.gov
10  FEDERAL TRADE COMMISSION
    10990 Wilshire Boulevard, Suite 400
11  Los Angeles, CA 90024
12  Tel.: (310) 824-4300; Fax: (310) 824-4380

13  Attorneys for Plaintiff

14

15          UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
16

17  FEDERAL TRADE COMMISSION,

18                                          Civ. No.   SACV 19 - 02109 JVS (ADSx)
            Plaintiff,
19
                                            EXHIBITS TO PLAINTIFF'S
20              v.                          TRO APPLICATION

21  AMERICAN FINANCIAL SUPPORT
22  SERVICES INC., et al.,                  VOLUME XI
                                            PX23 Attach. VVV–PX25
23          Defendants.
                                            FILED UNDER SEAL
24

25

26

27

28

ALDEN F. ABBOTT
General Counsel
STEPHEN T. FAIRCHILD
WA Bar No. 41214; sfairchild@ftc.gov
RICHARD MCKEWEN
WA Bar No. 45041; rmckewen@ftc.gov
FEDERAL TRADE COMMISSION
915 Second Avenue, Suite 2896
Seattle, WA 98174
Tel.: (206) 220-6350; Fax: (206) 220-6366

ROBERT J. QUIGLEY, Local Counsel
CA Bar No. 302879; rquigley@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel.: (310) 824-4300; Fax: (310) 824-4380

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.,<br><br>Defendants. | Civ. No.<br><br>**EXHIBITS TO PLAINTIFF'S TRO APPLICATION**<br><br>**VOLUME XI**<br>**PX23 Attach. VVV–PX25**<br><br>**FILED UNDER SEAL** |

# Attachment VVV



# City of Huntington Beach

Business License
714 536 5267  FAX 714 536-5934

P.O. Box 190
Huntington Beach, CA 92648

**Lori Ann Farrell Harrison**
**Chief Financial Officer**

ARETE FINANCIAL FREEDOM
5772 BOLSA AVENUE #220
HUNTINGTON BEACH CA 92649

Dear Business Owner:

Thank you for your payment. Attached is your City of Huntington Beach Business License. Please note that approximately one month prior to the license expiration date, you will be mailed a renewal notice for the coming year. If for any reason your renewal notice does not arrive, you are still responsible to renew and pay your business license amount prior to the expiration date. You will incur penalties if this payment is not received by the expiration date.

Please post the business license in public view. If you do not transact business from a fixed location within the city, you must carry this license with you at all times. Your business vehicle should also carry this license, and the license plate number of the vehicle(s), if applicable, should match the one on the business license. Please notify Business License if there are any changes of ownership, address, business name, business vehicle, or type of business conducted. Additionally, please notify the city if you discontinue your business.

If your business is operated in a commercial, retail, or industrial location, you will need to contact the Planning and Building Department regarding the requirement for a Certificate of Occupancy. For additional questions or information on this matter call 714-536-5271. The Planning and Building Department is located on the 3rd floor of City Hall.

There are many resources available to our licensed business people. We have listed a few that might be of interest and assistance to you.

City of Huntington Beach Economic Development Department - 714-536-5582
Huntington Beach Chamber of Commerce - 714-536-8888
Huntington Beach SCORE (Service Corps of Retired Executives) - 714-550-7369
Fictitious Business Name Information - 714-834-2889
State Board of Equalization (seller's permit information) - 949-440-3473

If you have any questions, please call a Business License representative at 714-536-5267.

---

## City Of Huntington Beach
### Business License

**Business Name / Service Address**
ARETE FINANCIAL FREEDOM
5772 BOLSA Unit: 220
HUNTINGTON BEACH

**License Type**
Professional / Other Services

**Owner / Corporation**
ARETE FINANCIAL GROUP LLC

THIS LICENSE IS ONLY FOR THE BUSINESS AND
TYPE SHOWN. IT IS FOR THE PERSON TO WHOM
ISSUED AND IS NON-TRANSFERABLE. RENEWAL IS
DUE ON OR BEFORE THE EXPIRATION DATE.



**POST IN PUBLIC VIEW**

**License Number**  A299100

**Effective Date**  05/01/2017
**Expiration Date**  04/30/2018

**Amount Paid**  $123.25

**SIC**  7389

**Page 1658**
**PX23 France Decl.**
**Attach. VVV**



**TEXAS OFFICE of CONSUMER CREDIT COMMISSIONER**

2601 N Lamar Blvd
Austin, TX 78705
Phone: 512.936.7600
Fax: 512.936.7610
licensing@occc.texas.gov

### APPLICATION QUESTIONNAIRE FOR DEBT MANAGEMENT SERVICES PROVIDER

1. Has applicant or any affiliate operated a debt management business in Texas or any otherstate? ○ Yes  ◉ No
*(If yes, attach a description.)*

> 

2. Does applicant currently operate debt management business in states other than Texas? *(If yes, attach a list of all states in which applicant currently operates and any registrations or licenses applicant may hold in these states.)*  ◉ Yes  ○ No

> We are doing debt settlement in California not debt management. We have a business license in CA.

3. Has the applicant or any principal of the applicant been convicted of any crime or found liable for any civil violation of laws involving moral turpitude? *(If yes, attach a description.)*  ○ Yes  ◉ No

> 

4. Does the applicant or any principal of the applicant have any pending or completed judgments, tax liens, litigation or administrative actions by any government agency? *(If yes, attach a description.)*  ○ Yes  ◉ No

> 

5. Has the applicant's registration or license to provide debt management services in this state or any other state previously been revoked or suspended? *(If yes, attach a description.)*  ○ Yes  ◉ No

> 

6. Does the applicant have any accreditation that includes a requirement that the provider comply with industry standards by a nationally recognized accrediting organization? *(If yes, attach a description.)*  ○ Yes  ◉ No

> 

7. Does the applicant maintain a trust account for the management of all money paid by or on behalf of a consumer for disbursement to the consumer's creditor? *(If no, attach a description.)*  ◉ Yes  ○ No

> 

8. Describe the applicant's business operation plan.

> Arete Financial Freedom (AFF) is a debt resolution organization offering potential clients several options to eliminate their unsecured debt once and for all. With an executive group that possesses decades of collective experience in assisting people resolve and settle their debt obligations, our debt resolution programs are proficiently designed to assist in curing any consumers debt problems, permanently.
> Based in Orange County, CA, AFF is a vibrant and fast-developing organization. AFF retail employees gather consumer

**The Office of Consumer Credit Commissioner obtains information from this form and certain third party sources. With few exceptions, you may review and correct the information we collect. To find out more about the information we collect or to make an open records request, contact our Public Information Officer at 512-936-7639 or info@occc.texas.gov .**

ADM77

# Attachment WWW



☆ Agregar Favorita

**DATOS DE LA EMPRESA**

IMPRIMIR

| | |
|---|---|
| **CÉDULA:** | 3102770284 |
| **NOMBRE:** | LA CASA BONITA INVESTMENTS C A H SOCIEDAD DE RESPONSABILIDAD LIMITADA |
| **ESTADO:** | INSCRITA |
| **ACTIVIDAD:** | SERA EN PARTICULAR TODO TIPO DE ACTIVIDAD DE BIENES RAICES, Y EN GENERAL SERA EL COMERCIO, LA EXPORTACION E IMPORTACION, LAS ACTIVIDADES DE INDUSTRIA, BIENES RAICES, LA REPRESENTACION DE CASAS EXTRANJERAS PODRA FORMAR PARTE DE OTRAS SOCIEDADES. PARA ALCANZAR SUS FINES PODRA HIPOTECAR, PIGNORAR, Y EN CUALQUIER FORMA PERMITIDA POR LA LEY, ADQUIRIR TODA CLASE DE BIENES MUEBLES E INMUEBLES, ENAJENARLOS O GRAVARLOS. PODRA OTORGAR GARANTIAS FIDUCIARIAS O REALES A FAVOR DE TERCEROS |
| **UBICACIÓN:** | SAN JOSE-CURRIDABAT |
| **DIRECCIÓN:** | SOBRE AVENIDA VEINTISEIS, ENTRE CALLES SETENTA Y CINCO A Y SETENTA Y SIETE, EDIFICIO JUREX, SEGUNDO PISO |
| **CAPITAL:** | 600000 COLONES(Dividido en 600 acciones de 1000 COLONES cada una) |
| **CLASE DE CAPITAL:** | CUOTAS |
| **TIPO DE CAPITAL:** | SUSCRITO Y PAGADO |
| **REPRESENTACIÓN:** | LE CORRESPONDERA AL GERENTE LA REPRESENTACION JUDICIAL Y EXTRAJUDICIAL DE LA COMPAÑIA, CON FACULTADES DE APODERADO GENERALISIMO SIN LIMITE DE SUMA, DE ACUERDO CON EL ARTICULO MIL DOSCIENTOS CINCUENTA Y TRES DEL CODIGO CIVIL. PODRA ABRIR Y GIRAR CONTRA LAS CUENTAS QUE LASOCIEDAD TENGA EN LOS BANCOS DEL SISTEMA BANCARIO NACIONAL Y BANCOS EN EL EXTERIOR. PODRA SUSTITUIR SU PODER EN TODO O EN PARTE RESERVANDOSE SU EJERCICIO. PODRA OTORGAR TODO TIPO DE PODERES A TERCEROS CON LIMITACIONES O SIN ELLAS. PODRA REVOCAR SUSTITUCIONES Y REVOCAR PODERES OTORGADOS Y HACER OTROS DE NUEVO CONSERVANDO SU EJERCICIO |
| **CITAS DE PRESENTACIÓN:** | Tomo: 2018 Asiento: 669569 |
| **CITAS DE ANTECEDENTES:** | Tomo: — Folio: — Asiento: — |
| **PLAZO SOCIAL:** | Fecha que Inicio el plazo social: 2018-10-24. - Fecha que termina el plazo social: 2117-10-24 |
| **NUMERO DE EXPEDIENTE:** | — |
| **FECHA DE PUBLICACIÓN:** | — |

Alertas en relaciones con Personas Juridicas(Nueva ventana)

[ Buscar relaciones en Juntas Directivas con alertas ]

**INFORMACION DE MOROSIDAD CREDITICIA**

| EMPRESA | DOCUMENTO | ESTADO | MONTO | FECHA | DETALLE | CONTACTAR A: |
|---|---|---|---|---|---|---|

NO SE ENCONTRO INFORMACION CREDITICIA NEGATIVA EN LA BASE DE DATOS

| NOMBRAMIENTOS DE JUNTA DIRECTIVA | | | | | |
|---|---|---|---|---|---|
| Cargo | Cedula | Nombre | Nivel | Verificado | Detalle |
| GERENTE | 530384967 | CAREY GEORGE HOWE | Normal | ✓ | Ver mas |
| AGENTE RESIDENTE | 108690669 | ROLANDO ROMERO OBANDO | Normal | ✓ | Ver mas |

**TELEFONOS DE ESTA PERSONA**

**TELEFONO**

NO SE ENCONTRARON TELEFONOS EN EL SISTEMA

**DIRECCIONES DE ESTA PERSONA**

**DIRECCION**

NO SE ENCONTRARON DIRECCIONES EN EL SISTEMA

[ Estudio de Bienes ]

**LISTA DE VEHICULOS**

NO SE ENCONTRARON VEHICULOS EN LA BASE DE DATOS

https://www.deck.net/mod empresa.php?vendor=f81cd9ff56de75a8155c782c4cd2f219&3cc9a2f7a055866d9798a5aa4df1f15=3102770284&mostr... 1/2

**BIENES MUEBLES(BUQUES)**

| NOMBRE BUQUE | CÓD. TIPO BIEN | NÚM. BIEN | AÑO CONSTRUCCION | PESO BRUTO | NÚM. CASCO | CONSTRUCTOR | LUGAR CONSTRUCCION |
|---|---|---|---|---|---|---|---|

NO SE ENCONTRARON BUQUES EN LA BASE DE DATOS

### BIENES INMUEBLES

| FINCA | PLANO | VALOR FISCAL | NATURALEZA | PROPIETARIO |
|---|---|---|---|---|
| 5-00132945-F-000 | 517999282015 | ₡ 68,914,720.00 | FINCA FILIAL PRIMARIA INDIVIDUALIZADA NUMERO 43 APTA PARA CONSTRUIR QUE SE DESTINARA A USO HABITACIONAL Y TENDRA UNA ALTURA MAXIMA DE DOS PISOS | 3102770284 - LA CASA BONITA INVESTMENTS C A H SOCIEDAD DE RESPONSABILIDAD LIMITADA |

### OTROS ESTUDIOS

**BIENES MUEBLES(AERONAVES)**

| NÚM. BIEN | AÑO FABRICACIÓN | NÚM. SERIE | ESTILO | MODELO | CLASE BIEN | TIPO BIEN |
|---|---|---|---|---|---|---|

NO SE ENCONTRARON AERONAVES EN LA BASE DE DATOS

### FIN DE LA CONSULTA



COMPANY INFORMATION

PRINT

| | |
|---|---|
| DOC. NO.: | 3102770284 |
| NAME: | LA CASA BONITA INVESTMENTS C.A.H., LIMITED LIABILITY COMPANY |
| STATUS: | REGISTERED |
| ACTIVITY: | THE PARTICULAR BUS NESS ACTIVITY WILL CONSIST OF ALL MANNER OF REAL ESTATE ACTIVITY, AND THE GENERAL BUS NESS ACTIVITY WILL BE TRADE, IMPORTING AND EXPORTING, INDUSTRIAL ACTIVIT ES, REAL ESTATE, AND THE REPRESENTATION OF HOMES ABROAD. IT MAY BELONG TO OTHER COMPANIES. IN ORDER TO ACHIEVE ITS PURPOSES, IT MAY MORTGAGE OR PLEDGE PROPERTIES, AND IT MAY, IN ANY MANNER PERMITTED BY LAW, ACQUIRE, TRANSFER, OR ENCUMBER ANY TYPE OF REAL ESTATE OR MOVABLE ASSETS. IT MAY GRANT TRUST-BASED SECURIT ES OR REAL GUARANTEES TO THIRD PART ES |
| LOCATION: | SAN JOSE-CURR DABAT |
| ADDRESS: | ON TWENTY-SIXTH AVENUE, BETWEEN SEVENTY-FIFTH AND SEVENTY-SEVENTH STREETS, JUREX BUILDING, SECOND FLOOR |
| SHARE CAPITAL: | 600,000 COLONS (Divided into 600 shares valued at 1000 COLONS each) |
| TYPE OF CAPITAL: | NSTALLMENTS SUBSCR BED AND PAID |
| FORM OF CAPITAL: | THE MANAGER WILL HAVE THE BROADEST POWERS TO REPRESENT THE COMPANY IN AND OUT OF COURT, HAVING GENERAL POWER OF ATTORNEY WITH NO CEILING, PURSUANT TO ARTICLE ONE THOUSAND TWO HUNDRED FIFTY-THREE OF THE CIVIL CODE. HE WILL BE AUTHORIZED TO OPEN AND MAKE WITHDRAWALS FROM THE COMPANY'S ACCOUNTS N THE DOMESTIC BANKING SYSTEM AND IN FOREIGN BANKS. HE MAY |
| PRESENTATION: | ASSIGN HIS POWER OF ATTORNEY, IN WHOLE OR IN PART, TO ANOTHER PERSON WHILE RESERVING HIS RIGHTS TO USE IT. HE MAY GRANT ANY TYPE OF POWER OF ATTORNEY, WITH OR WITHOUT LIMITATIONS, TO THIRD PARTIES. HE MAY REVOKE POWERS OF ATTORNEY GRANTED TO OTHERS AND GRANT OR ASSIGN NEW POWERS OF ATTORNEY, AGAIN RESERVING HIS RIGHTS. |
| CITATIONS FROM PRESENTATION: | Volume: 2018 Entry: 669569 |
| CITATIONS FROM PRIOR RECORDS: | Volume: --- Page: --- Entry: --- |
| TERM: | Start date of term: 10/24/2018. - End date of term: 10/24/2117 |
| FILE NO.: | ----- |
| PUBLICATION DATE: | ----- |

Alerts related to Legal Entities(New window)

Search for relationships to Boards of Directors with alerts

CREDIT DEFAULT INFORMATION

| COMPANY | DOCUMENT | STATUS | AMOUNT | DATE | DETAILS | CONTACT: |
|---|---|---|---|---|---|---|

NO NEGATIVE CREDIT INFORMATION FOUND N DATABASE

| APPOINTMENTS TO THE BOARD OF DIRECTORS | | | | | |
|---|---|---|---|---|---|
| Position | Document No. | Name | Level | Verified | Details |
| MANAGER | 530384967 | CAREY GEORGE HOWE | Normal | ✓ | See more |
| RESIDENT AGENT | 108690669 | ROLANDO ROMERO OBANDO | Normal | ✓ | See more |

TELEPHONE NUMBERS FOR THIS PERSON

TELEPHONE NUMBER

NO TELEPHONE NUMBERS FOUND IN THE SYSTEM

ADDRESSES FOR THIS PERSON

ADDRESS

NO ADDRESSES FOUND IN THE SYSTEM

Asset Analysis

LIST OF VEHICLES

NO VEHICLES FOUND IN THE DATABASE

**MOVABLE ASSETS (SH PS)**

| NAME OF SHIP | ASSET TYPE CODE | ASSET NUMBER | YEAR BU LT | GROSS WEIGHT | HULL NUMBER | BU LDER | PLACE OF CONSTRUCTION |
|---|---|---|---|---|---|---|---|

NO SH PS FOUND IN THE DATABASE

### REAL ESTATE

| PLOT | BLUEPRINT | TAX VALUE | NATURE | OWNER |
|---|---|---|---|---|
| 5-00f32945- F-000 | 517999282015 | € 68,914,720.00 | PR MARY ADAPTED SUBDIV DED PLOT NUMBER 43, SUITABLE FOR CONSTRUCTION, NTENDED FOR RES DENTIAL USE WITH A MAX MUM OF THREE FLOORS | 3102770284 - LA CASA BONITA INVESTMENTS C.A.H., L MITED LIABILITY COMPANY |

### OTHER ANALYSES

**MOVABLE ASSETS (A RCRAFT)**

| NO. OF ASSET | YEAR OF MANUFACTURE | SERIAL NO. | STYLE | MODEL | ASSET CLASS | ASSET TYPE |
|---|---|---|---|---|---|---|

NO A RCRAFT FOUND N THE DATABASE

### END OF QUERY

My Data | Change Password | Terms and conditions

Costa Rica - C.R. - RSO - Phone: - Fax: - Email:
Alert and Security System

**REPUBLICA DE COSTA RICA**
**REGISTRO NACIONAL**
**CONSULTA POR NUMERO DE FINCA**
**MATRICULA: 132945--F-000**

---

PROVINCIA: GUANACASTE FINCA: 132945 DUPLICADO: HORIZONTAL: F DERECHO: 000

SEGREGACIONES: NO HAY

NATURALEZA: FINCA FILIAL PRIMARIA INDIVIDUALIZADA NUMERO 43 APTA PARA
CONSTRUIR QUE SE DESTINARA A USO HABITACIONAL Y TENDRA UNA ALTURA MAXIMA DE
DOS PISOS

SITUADA EN EL DISTRITO 6-CUAJINIQUIL CANTON 3-SANTA CRUZ DE LA PROVINCIA DE
GUANACASTE

LINDEROS:

NORTE : CON COMPLEJO TURISTICO MANZANILLO S.A

ESTE : CON FILIAL CUARENTA Y DOS

NOROESTE : CON COMPLEJO TURISTICO MANZANILLO S.A

SURESTE : CALLE CON UN FRENTE A ELLA DE DIECISIES METROS OCHENTA Y TRES
CENTIMETROS LINEALES

SUROESTE : CON FILIAL NUMERO CUARENTA Y CUATRO

MIDE: MIL DOSCIENTOS CINCUENTA Y DOS METROS CUADRADOS
VALOR PORCENTUAL: 1.09
VALOR MEDIDA: 0.0109
PLANO:G-1799928-2015

ANTECEDENTES DE LA FINCA:

| FINCA | DERECHO | INSCRITA EN |
|-------|---------|-------------|
| 500003802M | 000 | FOLIO REAL |

VALOR FISCAL: 68,914,720.00 COLONES

PROPIETARIO:
LA CASA BONITA INVESTMENTS C A H SOCIEDAD DE RESPONSABILIDAD LIMITADA
CEDULA JURIDICA 3-102-770284
ESTIMACIÓN O PRECIO: CIENTO DOCE MIL DOLARES
DUEÑO DEL DOMINIO
PRESENTACIÓN: 2019-00084138-01
CAUSA ADQUISITIVA: COMPRA
FECHA DE INSCRIPCIÓN: 08 DE FEBRERO DE 2019

ANOTACIONES SOBRE LA FINCA: NO HAY
GRAVAMENES o AFECTACIONES: SI HAY

RESERVAS Y RESTRICCIONES
CITAS: 329-01196-01-0901-001

**Page 1664**
**PX23 France Decl.**
**Attach. WWW**

FINCA REFERENCIA 500200783 000
CANCELACIONES PARCIALES: NO HAY
ANOTACIONES DEL GRAVAMEN: NO HAY

RESERVAS Y RESTRICCIONES
CITAS: 332-04170-01-0944-001
FINCA REFERENCIA 00030743-000
CANCELACIONES PARCIALES: NO HAY
ANOTACIONES DEL GRAVAMEN: NO HAY

RESERVAS Y RESTRICCIONES
CITAS: 332-04170-01-0945-001
FINCA REFERENCIA 00030743-000
CANCELACIONES PARCIALES: NO HAY
ANOTACIONES DEL GRAVAMEN: NO HAY

RESERVAS Y RESTRICCIONES
CITAS: 332-04170-01-0946-001
FINCA REFERENCIA 00030743-000
CANCELACIONES PARCIALES: NO HAY
ANOTACIONES DEL GRAVAMEN: NO HAY

RESERVAS Y RESTRICCIONES
CITAS: 332-04170-01-0947-001
FINCA REFERENCIA 00030743-000
CANCELACIONES PARCIALES: NO HAY
ANOTACIONES DEL GRAVAMEN: NO HAY

RESERVAS Y RESTRICCIONES
CITAS: 332-04170-01-0948-001
FINCA REFERENCIA 00030743-000
CANCELACIONES PARCIALES: NO HAY
ANOTACIONES DEL GRAVAMEN: NO HAY

RESERVAS Y RESTRICCIONES
CITAS: 332-04170-01-0949-001
FINCA REFERENCIA 00030743-000
CANCELACIONES PARCIALES: NO HAY
ANOTACIONES DEL GRAVAMEN: NO HAY

RESERVAS Y RESTRICCIONES
CITAS: 332-04170-01-0950-001
FINCA REFERENCIA 00030743-000
CANCELACIONES PARCIALES: NO HAY
ANOTACIONES DEL GRAVAMEN: NO HAY

**Page 1665**
**PX23 France Decl.**
**Attach. WWW**

Emitido el 13-06-2019 a las 16:58 horas

Imprimir   Regresar   Comprar

**REPUBLIC OF COSTA RICA**
**NATIONAL REGISTER**
**QUERY BY PLOT NUMBER**

**REGISTRATION NO.: 132945--F-000**

---

PROVINCE: GUANACASTE PLOT: 132945 DUPLICATE: CONDOMINIUM: F TITLE: 000

DIVISIONS: NONE

TYPE: PRIMARY ADAPTED SUBDIVIDED PLOT NUMBER 43, SUITABLE FOR CONSTRUCTION, INTENDED FOR RESIDENTIAL USE WITH A MAXIMUM HEIGHT OF TWO FLOORS, LOCATED IN DISTRICT 6-CUAJINIQUIL, CANTON 3-SANTA CRUZ, IN THE PROVINCE OF GUANACASTE

BOUNDARIES:

NORTH: WITH COMPLEJO TURISTICO MANZANILLO S.A

EAST: WITH PLOT FORTY-TWO

NORTHEAST: WITH COMPLEJO TURISTICO MANZANILLO S.A

SOUTHEAST: ROAD WITH LINEAR FRONTAGE OF SIXTEEN METERS AND EIGHTY-THREE CENTIMETERS

SOUTHWEST: WITH PLOT NUMBER FORTY-FOUR

MEASURING: ONE THOUSAND TWO HUNDRED FIFTY-TWO SQUARE METERS PERCENTAGE VALUE: 1.09
MEASURED VALUE: 0.0109
BLUEPRINT: G-1799928-2015

PLOT HISTORY:

| PLOT | TITLE | RECORDED IN |
|------|-------|-------------|
| 500003802M | 000 | PROPERTY REGISTER |

TAX VALUE: 68,914,720.00 COLONS

OWNER:
LA CASA BONITA INVESTMENTS C.A.H., LIMITED LIABILITY COMPANY
LEGAL REGISTRATION NO. 3-102-770284
ASSESSMENT VALUE OR PRICE: ONE HUNDRED TWELVE THOUSAND DOLLARS
DOMAIN OWNER
PRESENTATION: 2019-00084138-01
METHOD OF ACQUISITION: PURCHASE
DATE OF REGISTRATION: FEBRUARY 8, 2019

COMMENTS ON PLOT RECORD: NONE
LIENS OR ENCUMBRANCES: YES

RESERVATIONS AND RESTRICTIONS
CITATIONS: 329-01196-01-0901-001

**Page 1667**
**PX23 France Decl.**
**Attach. WWW**

PLOT REFERENCE 500200783 000
PARTIAL DISCHARGES: NONE
COMMENTS ON LIEN RECORD: NONE


RESERVATIONS AND RESTRICTIONS
CITATIONS: 332-04170-01-0944-001
PLOT REFERENCE 00030743-000
PARTIAL DISCHARGES: NONE
COMMENTS ON LIEN RECORD: NONE


RESERVATIONS AND RESTRICTIONS
CITATIONS: 332-04170-01-0945-001
PLOT REFERENCE 00030743-000
PARTIAL DISCHARGES: NONE
COMMENTS ON LIEN RECORD: NONE


RESERVATIONS AND RESTRICTIONS
CITATIONS: 332-04170-01-0946-001
PLOT REFERENCE 00030743-000
PARTIAL DISCHARGES: NONE
COMMENTS ON LIEN RECORD: NONE


RESERVATIONS AND RESTRICTIONS
CITATIONS: 332-04170-01-0947-001
PLOT REFERENCE 00030743-000
PARTIAL DISCHARGES: NONE
COMMENTS ON LIEN RECORD: NONE


RESERVATIONS AND RESTRICTIONS
CITATIONS: 332-04170-01-0948-001
PLOT REFERENCE 00030743-000
PARTIAL DISCHARGES: NONE
COMMENTS ON LIEN RECORD: NONE


RESERVATIONS AND RESTRICTIONS
CITATIONS: 332-04170-01-0949-001
PLOT REFERENCE 00030743-000
PARTIAL DISCHARGES: NONE
COMMENTS ON LIEN RECORD: NONE


RESERVATIONS AND RESTRICTIONS
CITATIONS: 332-04170-01-0950-001
PLOT REFERENCE 00030743-000
PARTIAL DISCHARGES: NONE
COMMENTS ON LIEN RECORD: NONE

Issued on 06/13/2019 at 4:58 p.m.

Imprimir   Regresar   Comprar

PRINT     GO BACK  BUY



## Certification of Translation Accuracy

**Date:** 26 Jun 2019
**Certification Number:** CTA36225
**ISO 9001:2015 Certification Number:** 14820/C/0001/UK/En

**Prisma Project Number:** 36225

**Client:** US Federal Trade Commission

**Project:** ES-EN Case Translation

**Source language(s):**                    Spanish (USA) [ES-US]

**Target language(s) certified herein:**   English (USA) [EN-US]

**Document(s) certified herein:**          la casa bonita.docx, propiedad.docx

**To whom it may concern:**
This letter certifies that translation of the above-referenced document(s) has been carried out by Prisma International according to the quality Project Plan Workflow as contracted, and as such, represents a true and accurate rendering of the source document(s).

This letter verifies that all steps in the Project Plan Workflow have been completed, with a copy of the original Project Plan Workflow archived at Prisma International for a minimum of three years from the date on this certification.

Any questions may be directed to our office by phone (612) 338-1500 or e-mail certifications@prisma.com.


Kristine Mitchell
Prisma International Project Management Team

©2019 Prisma International, Inc.                                   QR4035 Rev E April 10, 2019
**PX23 France Decl.**
**Attach. WWW**

# Attachment XXX

## Record # 1 / 112357039 / Consumer Sentinel Network Complaint

| | | | |
|---|---|---|---|
| **Reference Number:** | 112357039 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?:** | No |
| **Comments:** | I recieved a call at 13:19 from (800)236-4300 from Michelle at American Financial Support Services(AFSS) alleging I am behind on student loan payments and I need to sign up for their repayment plan of $124.75 for the first 4 months, then switch to $29 for the remaining 240 months, after which my loans would be forgiven. They then stated my email, last 4 of my social, FAFSA ID username, and asked my to verify my security questions for the account to verify if I was actually me. After agreeing to the payment plan, they asked for my debit card information, address, and to sign an electronic document agreeing to their being third-party to the payments. Michelle then put an automated machine on the call to "verify" everything from the conversation and said something along the lines of paying $0 for student loans. but $29 for the company's involvement every month for the next 20 years. The automated message then went to say if I have any questions or want to change my payments, go to 1File.org, the second company I have involved in this complaint. 1File.org's information is on the "legal" documents signed, leading to the belief they are the parent company of AFSS. Michelle had assured me many times during the call that the company is involved with my loan company, but a call to my loan company informed me that AFSS is NOT a company they work with and to report this to my bank, FAFSA, BBB, consumerfinance.gov, and get a credit checker that looks for fruadulent activity with my social. This has been a horrifying experience as a company I have never heard of knew my social and utilized personal information to get me to agree to a fake payment plan. I have actual evidence of my payment plan with my real loan company, as I take my credit seriously. I have just recieved a call from Michelle at 14:36 from a different number (209)772-6860 in which she said "If you didn't want to sign, you should have told me. I thought you were a professional" and promptly hung up. The company is not straight forward and has some shady tendencies that need to be looked into by proper agencies. I reccommend looking at 1File.org first, as I can assume AFSS will not be a "company" for a long time. | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | **Load Date:** | 10/09/2019 3:39:50 PM |
| **Created By:** | FTCCIS-FTCUSER | **Created Date:** | 10/09/2019 3:39:50 PM |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | FTC Online Complaint Assistant (CIS) | **Product Service Description:** | Education: Colleges and Universities Telemarketing, Other |
| **Amount Requested:** | $499.00 | **Amount Paid:** | |
| **Payment Method:** | | **Agency Contact:** | Internet |
| **Complaint Date:** | 10/09/2019 | **Transaction Date:** | 10/09/2019 |
| **Initial Contact:** | Phone Call: Mobile/Cell | **Initial Response:** | Answer cold call |
| **Statute/Rule:** | FTC Act Sec 5 (BCP) Telemarketing Sales Rule | **Law Violation:** | Deception/Misrepresentation TSR: DNC: Violating the Registry |

**Page 1671**
**PX23 France Decl.**
**Attach. XXX**

10/15/2019                                        Printer Friendly Record Details

| | | | |
|---|---|---|---|
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau Responded?:** | | **Dispute with Credit Bureau Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | No | **Cross Border Complaint?:** | No |

### Consumer Information

| | | | |
|---|---|---|---|
| **Consumer Small Business or Organization:** | | | |
| **First Name:** | | **Last Name:** | |
| **Address 1:** | | **Address 2:** | |
| **City:** | San Antonio | **State:** | Texas |
| **Zip:** | | **Country:** | UNITED STATES |
| **Home Number:** | | **Cell Number:** | 217 |
| **Work Number:** | | **Ext:** | |
| **Fax Number:** | | **Email:** | @gmail.com |
| **Age Range:** | | **Military Service Branch:** | |
| **Soldier Status:** | | **Soldier Station:** | |

### Subject

| | | | |
|---|---|---|---|
| **Subject:** | American Financial Support Services | **Normalized Name:** | American Financial Support Services |
| **Address 1:** | 7901 Stoneridge Dr | **Address 2:** | STE 504 |
| **City:** | Pleasanton | **State/Prov:** | California |
| **ZIP:** | 94588 | **Country:** | UNITED STATES |
| **Email:** | processing@1file.org | **URL:** | 1file.org |
| **Phone Number:** | 833-4562377 | **Ext:** | 107 |
| **Subject ID Type:** | | **Subject ID Issuer State:** | |
| **Subject ID Issuer Country:** | | | |
| **Representative Name:** | Michelle | **Title:** | |
| | Michelle | | |

### Associated Subject

| | | | |
|---|---|---|---|
| **Company:** | 1file.org | **Normalized Company:** | 1file.org |
| **Company Type:** | Other | **Address:** | 5772 Bolsa Ave STE B220 |

**Page 1672**
**PX23 France Decl.**
**Attach. XXX**

10/15/2019                                     Printer Friendly Record Details

| City: | Huntington Beach | State/Prov: | California |
|---|---|---|---|
| ZIP: | 92649 | Country: | UNITED STATES |
| Email: | | URL: | 1file.org |
| Phone Number: | 844 - 5938072 | Ext: | |

**Page 1673**
**PX23 France Decl.**
**Attach. XXX**

| Record # 2 / 112335049 / Consumer Sentinel Network Complaint | | | |
|---|---|---|---|
| **Reference Number:** | 112335049 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?:** | No |
| **Comments:** | I received a phone call to my mobile device. I had been called by an organization prior several time regarding student loan foregiveness and did not entertain the call. On Tuesday October 8, 2019 I spoke to the representative identifying herself as Eve Melton or Milton. She explained that her organization worked on behalf of the USDepartment of Education to qualify people for full or partial student loan forgiveness. She stated that she could immediately verify whether I qualified for full or partial forgiveness. I agreed to prequalification. She asked what my Federal Student AID username and password were. I responded that I did not know. She said that was not a problem but then sent me a link so that I could go and check my records with the nslds.ed.gov for the future. She then reviewed with me my principal balance of my student loans, she let me know that I had 21 loans but they had been consolidated into two loans. She was accurate with the principal balance and I believed that she was legitimate based on her knowledge. She then asked if I would provide my income from tax documents, I provided my approximate gross and net income she then said she would calculate to see if I was eligible. She came back and said that I was eligible for a partial forgiveness that would lower my payment from $628.00 per month to $296.50 per month. She said there would be no interest on the new loan and I would pay this amount for 240 months and would be annually certified until paid off. She then stated that there was a one time processing fee of $499.00 that could be broken up into two payments after a 90 day forebearance period. The payment dates would be October 15 and October 28th. I was told that the name "Eduloan Network" would appear on my bank statement when the payment was made. She asked for the payment method I would like to use. I provided my VISA Debit card information. She then forwarded, via email an agreement with capability to collect my electronic signature via phone (like an Adobe esign document). I signed the signature and initial lines, forwarded the agreement by clicking on "CONTINUE". She sent the agreement back to me which has all personal information including my social security number, address, phone number and esignatures. Later she asked me to forward a employment verification letter back signed with the net salary amount verified, I signed, scanned and emailed it back to processing@1file.org That document did not look very professional I realized after signing. I then, after all of the above happened, to contact Navient. I went to the Navient website and my credentials did not work. I believe they had changed my credentials and I could not get in so I called Navient and they informed me that this was in fact a SCAM. They told me to contact the Department of Education and provided the phone number. I called and had my records locked. I also cancelled my VISA Debit card with PNC Bank and now need to figure out how much more I need to protect myself since my social security number is compromised. During the course of the conversation with Eve Melton/Milton, I was transferred to a Verification officer and a Compliance officer & agreed to the terms of the agreement. All of these people had Asian/Indian accents or sounded like they were from India. They used the term "revert" for "please call us back" if you have questions. I ask for FTC assistance in pursuing this matter. Thank you.. |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | **Load Date:** | 10/09/2019 8:07:19 AM |
| **Created By:** | FTCCIS-FTCUSER | **Created Date:** | 10/09/2019 8:07:19 AM |
| **Updated By:** | | **Updated Date:** | |

**Page 1674**
**PX23 France Decl.**
**Attach. XXX**

| Complaint Source: | FTC Online Complaint Assistant (CIS) | Product Service Description: | Other (Note in Comments) Telemarketing, Other |
|---|---|---|---|
| Amount Requested: | $499.00 | Amount Paid: | |
| Payment Method: | | Agency Contact: | Internet |
| Complaint Date: | 10/09/2019 | Transaction Date: | 10/08/2019 |
| Initial Contact: | Phone Call: Mobile/Cell | Initial Response: | Answer cold call |
| Statute/Rule: | Telemarketing Sales Rule Rule\Other | Law Violation: | TSR: DNC: Ignoring Your Prior Request to that Specific Entity Other (Note the Violation in the Comment Field) |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |
| Consumer Information | | | |
| Consumer Small Business or Organization: | | | |
| First Name: | ▮▮▮ | Last Name: | ▮▮▮ |
| Address 1: | ▮▮▮▮▮▮ | Address 2: | |
| City: | Newark | State: | New Jersey |
| Zip: | ▮▮ | Country: | UNITED STATES |
| Home Number: | | Cell Number: | 215▮▮▮ |
| Work Number: | | Ext: | |
| Fax Number: | | Email: | ▮▮▮@gmail.com |
| Age Range: | | Military Service Branch: | |
| Soldier Status: | | Soldier Station: | |
| Subject | | | |
| Subject: | American Financial Support Services | Normalized Name: | American Financial Support Services |
| Address 1: | | Address 2: | |
| City: | | State/Prov: | |
| ZIP: | | Country: | UNITED STATES |
| Email: | processing@1file.org | URL: | |

**Page 1675**
**PX23 France Decl.**
**Attach. XXX**

| Phone Number: | 951-2261061 | Ext: | 2410 |
|---|---|---|---|
| Subject ID Type: | | Subject ID Issuer State: | |
| Subject ID Issuer Country: | | | |
| Representative Name: | Eve Melton<br><br>Eve Melton or Milton | Title: | |

| Associated Subject | | | |
|---|---|---|---|
| Company: | Afss Processing | Normalized Company: | Afss Processing |
| Company Type: | Other | Address: | 7901 Stoneridge Drive<br>Suite 504 |
| City: | Pleasanton | State/Prov: | California |
| ZIP: | 94588 | Country: | UNITED STATES |
| Email: | | URL: | |
| Phone Number: | 844-5938072 | Ext: | |

**Page 1676**
**PX23 France Decl.**
**Attach. XXX**

# PX24
# Declaration of
# Madalyn Trombley

## DECLARATION OF MADALYN J. TROMBLEY
Pursuant to 28 U.S.C. §1746

I, Madalyn J. Trombley, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them.  If called as a witness, I could and would testify as follows:

1.      I am a United States citizen and over eighteen years of age.  I am a Paralegal Specialist employed by the Federal Trade Commission ("FTC") Bureau of Consumer Protection's Division of Litigation, Technology and Analysis, located at 600 Pennsylvania Ave NW, Washington, DC 20850.  I have been employed in this position since July 2019.

2.      As part of my responsibilities, I assist FTC litigation teams in synthesizing consumer complaint data obtained during investigations of people and entities that may be violating the Federal Trade Commission Act and other laws that the FTC enforces.  In July 2019, I was assigned to work on the FTC's investigation of the named defendants in this action.  Specifically, I was asked to locate the universe of consumer complaints about the named defendants maintained in the FTC's consumer complaint database, and to compile information from those complaints into spreadsheets.

3.      The FTC maintains a secure online database of consumer complaints, known as the Consumer Sentinel Network ("Sentinel").  The complaints in Sentinel come from multiple sources, including (a) complaints consumers file directly with the FTC, (b) complaints that the FTC receives from local, state, and federal government agencies, and (c) complaints that the FTC receives from private organizations such as the Council of Better Business Bureaus.  With limited exceptions, Sentinel complaints are retained for five (5) years.

Madalyn J. Trombley Declaration, p. 1 of 4

1        Sentinel complaints are broadly segregated into three databases.  One of

2   these is the general database (hereinafter "CIS database"), which includes

3   complaints regarding fraud and deceptive trade practices.  The Do Not Call

4   ("DNC") database is another and contains consumer complaints about unsolicited

5   sales calls or robo-calls that consumers receive, often to telephone numbers that

6   they have registered on the national "Do Not Call" registry, which is also

7   maintained by the FTC.  The third database includes consumer complaints about

8   identity theft.

9        4.      On October 2, 2019, I searched both the CIS and DNC databases for

10   all complaints related to the named defendants for the period January 1, 2013

11   through September 30, 2019.  **Attachment A** is a true and correct list of the terms

12   that I used to conduct my searches.  I first searched the Sentinel CIS database for

13   complaints received in that time period concerning the entities listed in Attachment

14   A, by selecting the "All Complaints" for the period from January 1, 2013 to

15   September 30, 2019.  In the CIS database, for each search term listed in

16   Attachment A for CIS, I recorded the reference number of the complaint,

17   complaint date, transaction date, first and last name of the consumer, consumer's

18   address (city and state only), company address (street address, city, and state), and

19   the consumer's comments.  In the DNC database, for each search term listed in

20   Attachment A, I recorded the reference number, first and last name of the

21   consumer, consumer's address (city and state only), and the consumer's comments.

22   

23        5.      Attached hereto as **Attachment B** are true and correct printouts of

24   two spreadsheets that I created based on my search methods described in paragraph

25   4, one for the CIS database complaints (Att. B-1) and one for the DNC database

26   complaints (Att. B-2).  Consumers' names are abbreviated to their full first name

27   and the first letter of the surname, and the complaints are sorted by the date they

28   

Madalyn J. Trombley Declaration, p. 2 of 3

1  were received in Sentinel.  In some cases, the transaction date is not provided,
2  likely because the data provider did not have that information.  In addition,
3  sensitive personal identifying information, such as dates of birth and social security
4  numbers, is redacted.

5       6.     I identified a total of 500 consumer complaints in Sentinel's CIS
6  database, dated between January 1, 2013 and September 30, 2019, using the
7  entities and abbreviations listed in Attachment A.  This number represents the total
8  number of complaints, reduced to account for multiple complaints from the same
9  consumer.  Specifically, I condensed duplicate complaints to one row to make sure
10  that if there were multiple complaints from the same consumer, each consumer was
11  only counted once.

12       7.     I identified a total of 110 DNC consumer complaints in Sentinel,
13  dated between January 1, 2013 and September 30, 2019 for the entities and
14  abbreviations listed in Attachment A.  This number represents the total number of
15  complaints, reduced to account for multiple complaints from the same consumer.
16
17
18      I declare under penalty of perjury that to the best of my knowledge and
19  belief the foregoing is accurate and true.

20
21  __October 9__ , 2019               
22        Date                      Madalyn J. Trombley
23
24
25
26
27
28

Madalyn J. Trombley Declaration, p. 3 of 3

# Attachment A

**ATTACHMENT A**
Names Searched

- "Arete Financial"

- "Edunet"

- "Education Loan Network"

- "La Casa Bonita"

- "1file"

- "Onefile"

- "American Financial Support"

- "US Financial Freedom"

# Attachment B

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 1 | Complaint Date | Transaction Date | Consumer Name | Consumer Address, State Name | Company Name | Complaint Info Comments |
| 2 | 09/30/2018 | | | | Arete Financial Freedom / Student Loan Direct | I recieved a letter that instructed me to to www.nslds.ed.gov and gave three step; one to click on Financial Aid Review, two click Accept and three click to create an FSA ID. Once I did it gave a summary of the student loand and later on I recieve a phone call asking about the details of my FAFSA info. The represetive even help me reset my password and told me at the end I was elegible for a loan forgiveness as long as I pay them a certain amount up front. They also adviwesed my not to contact FEDLOAN. I truly thought I was getting contacted to help me payoff my student loan. |
| 3 | 02/13/2019 | | Anonymous | Pennsylvania | 1file.org | So I get start getting calls at the beginning of December ignore them im on the national do not call list but i picked up the phone to hear whats up and Its a girl on the line saying this is my last chance to get all my debt consolidated. she was so manipulative telling me all the interest on my account and how much debt they can save me but instead I really signed up for them to put loan forgiveness papers through. that I don't even qualify for after two months I got a email from myfedloan saying my payment is coming up so I get on the phone with one of the advisors to talk about my account they said they received paper work on loan forgiveness and continues to say im not qualified for those programs. so today im looking for my money back even on there we'd site it says 100% satisfaction guaranteed with money back guarantee right under it. I need to get my money back. the up front fee was 233 for the first 2 months. They failed to deliver on their promises and I want my money back Is/Victim/true --- Initial Means of Contact: Unknown |
| 4 | 09/12/2016 | | Adam Q | New York | US Financial Freedom Center | Unknown number calling daily to request email address for student loan forgiveness program. They send you a password reset form and then request your personal login information to see what types of forgiveness you're eligable for. After refusing to provide them with my user ID and password to fsa.gov. they hang up and call the next day requesting the same information.Calls occuring over one week now. Cannot block number because it is 'unknown' when ringing. --- Additional Comments: Business to call and explain procedures to me without hanging up. |
| 5 | 03/22/2018 | 01/01/2018 | Adam S | Indiana | Onefile.org | Consumer is calling to report that he received a call from Onefile.org offering consolidate his loan. Consumer states that they did consolidate his loan, but he states that it was moved to a third party company. Consumer states that they asked for all of his information. Consumer has also paid $400. |
| 6 | 09/09/2019 | | Adam S | | Onefile | CFPB Issue Type: Struggling to repay your loan | Problem lowering your monthly payments --- What Happened: I got a call from my original school loan company its called Navinet department of education. They called me and told me that I hadn't made a school payment to them since February 2015. I had been making a payment to Onefile.org in the amount of $19 a month that was suppose to be going towards my school loan come to find out it hasn't been. The reason navient called me was because I hadn't made that payment but the Onefile.org has been calling me requesting my last 4-6 pay stubs that I update my monthly income and since I have not been sending it to them it red flagged through Naivent saying I haven't made a payment. Onefile.org and Naivent told me they have income based plans and that Onefile.org has been sending them documents getting me a zero dollar balance which is why I haven't been paying them. Onefile.org has apparently been falsitly information saying I am single that I have two kids and 3 Dependants and that is how I have been getting a zero dollar from Naivent and they said I was on an income based payment plan for only 12 months and that the 12 is already up and that is why Onefile.org has been mailing and emailing for my pay stubs and since I have not sent them to them that is why Naivent called me. --- Have contacted: CC Issuer --- Fair Resolution: I would like to figure out where my money has gone for the last 4 years. |
| 7 | 08/01/2018 | 08/01/2018 | Adai T | Massachusetts | 1 File.org | Consumer was working with a place called 1 File.org. The consumer thought, they were lowering his student loans. consumer was sending them 40 dollars a month. Consumer found out that, they weren't paying his student loans. |
| 8 | 05/10/2019 | 04/09/2019 | Adria A | California | American Financial Support Services | Consumer calling to report that she got a call from American Financial Support Services offering to pay $449 of interest fees to consolidate her student loans to start the process. Consumer did comply and gave her debit card number. |

Trombley Dec., Att. B-1, p. 1

Page 1681
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 9 | 09/04/2018 | | Adrianne C | Georgia | Arete Financial Freedom | towards my student loans. I have sent all required documents and my student loan has not been paid. Every time I call I do not get a response or I'm told that the person on the phone can not handle the issue. When I told the representative over my account about notices I received from Fedloan about my delinquent payments I was told by Wylton Sy (or Milton) to not pay any attention to that bill Arete was handling it. When I was contacted by Fedloan via phone I was told Arete was not making any payments nor were they on my credit report as an entity making payments. They have not fulfilled their end of the agreement and I need my money back to pay my student loans immediately. This company is a scam and fraudulent. I have text messages from Mr. Sy stating he would reach out to a supervisor about getting my money back and no one has contacted me. --- Additional Comments: I need all of my money back or paid to FedLoan immediately. I have 3 children one with special needs and I am going through a divorce I can't afford to give money away. I need my money paid to me or put towards my student loan! |
| 10 | 02/26/2019 | | Aileen M | California | Arete Financial Freedom | I was misinformed by Marcus Major, who is no longer employed with Arete Financial Freedom and I can now see why. Marcus Major was employed by Arete Financial Freedom at the time I contacted the company. I was told by Marcus Major that Arete Financial Freedom was going to be my new student loan provider. That my original loan with Nelnet was going to be transferred over to Arete Financial Freedom. However, I just found out that this was not the case at all. Arete Financial Freedom is a SCAM! I just had to contact Nelnet and figure out how to make up for the missed payments because I was misinformed by Arete Financial Freedom's ex employee Marcus Major. I want my account/file terminated and all of my money reimbursed for being given false information. It should not cost anyone around $700+ just to fill out some forms in the first place. I just found out that all Arete Financial Freedom does is fill out forms for the member and submit to their original school loan provider. They do not take over your loan and become your new loan provider, which is what I was told in the beginning. I was mislead, misinformed, and scammed into contracting with Arete Financial Freedom. --- Additional Comments: I want to cancel this account and I want my full reimbursement!Which totals up to $799 exactly. |
| 11 | 02/14/2017 | | Alejandra R | Texas | 1file | The consumer reports that she wanted to consolidate her student loan with 1file and gave them her social and bank account. She never signed it. They tried to log into her FAFSA anyway. |
| 12 | 10/13/2016 | | Alessandra D | New Jersey | 1File.org | I spoke with a representative a few weeks ago about canceling this account due to fraudulent statements and was abruptly hung up on. I truly hope the lines are all recorded. Originally, I reached out to 1file and spoke with Mike- who quite honestly has been nothing but helpful however it seems it's only to get people to sign up for this program. When I called, I specifically inquired about my NJCLASS loan and help with this specifically. I was asked what kind of loan is it and I said I wasn't sure'. Mike pulled up all of my information and said I see your loans' here for '$3x.xxx' let's get this set up and explained everything. I was over joyed to have everything being taken care of that I specifically asked about and he said absolutely I see your loans here. Word for word that is what he kept saying. So I signed up no problem. Low and behold when I receive my consolidation letter, my NJCLASS loan is not included because I find out that it is considered a private loan even if it is coming from the government. I found this out after having made payment and reaching out to 3 different representatives- none of which knew what I was referring to. And then all of a sudden Mike returns my phone calls knowing all about NJCLASS and how they're similar to the loan from Texas and these don't qualify in the federal programs. Now all of a sudden my initial representative is well informed and has no recollection of me repeatedly asking about NJCLASS loans. It's literally all I talked about for the entire conversation and even asked about my consigner! With all of that being said, I want all of my money refunded back to me ASAP. I will put a hold on my account. Report the entire chain of events to the BBB for fraud and take any other necessary steps if need be. I would have been more than fine paying and making the monthly fee for the assistance had Mike been straight forward with me and not simply omitting information. I trusted this individual and company in good faith. --- Additional Comments: Stopping all transactions from my bank account, refunding all monies back promptly to me. 1file.org |

Trombley Dec., Att. B-1, p. 2

Page 1682
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 13 | 04/10/2015 | | Alex M | Arizona | US Financial Freedom Center | CFPB Sub product: Federal student loan --- CFPB Issue Type: False statements or representation \| Impersonated an attorney or official --- What Happened: I was contacted by a company called US Financial Freedom Center that claimed they could enroll me in a program to reduce my student loans. I did research on the company before giving out information, so they seemed legit to me. They told me that I can make a couple payments to enroll in the program (about $700 in total to enroll) and I gave them my information. They sent me a form to sign that I have NOT signed to start this process. I contacted the company that I do pay my student loans through and they ensured me that the company is fraudulent. --- Fair Resolution: Shut down the company and notify all students who have loans that this is a illegitimate company trying to build business by collecting money from students. |
| 14 | 04/19/2016 | 04/19/2016 | Alexander F | Colorado | 1file.org | He offered student loan debt relief through the dept of education. links were sent to me through the Federal Student Aid website so I believes it to be true. He asked me to verify my social security and I did so. He claimed he could not hear it the first time so I repeatd it. that is when I realized it was a scam. |
| 15 | 05/09/2017 | | Alexandra T | California | US Financial Freedom Center | company wanted to refinance loans to a very low monthly payment than what originally was paying. They asked for personal as well as credit card information but my social wasnt given out. I found out that they were a fraud company that hasnt been accredited. --- Additional Comments: I dont want them to contact me and warn people |
| 16 | 09/27/2017 | | Alexis M | Michigan | US Financial Freedom Center | US Financial Freedom Center, claimed they were Department of Education and I was qualified for a student loan forgiveness program. They already had all my personal information without me telling them, they had my social security number, and I gave them a credit number for a payment so they have that too. They even got access to my Navient account because they said they needed my login information, as I go back and think, things didn't add up. They had me a signature the documents but, they were false documents so they hold no ground, and I didn't start any payments so I didn't loose any money, which is good. I'm just worried about my social security number and my credit card, which I'm going change. It's just so wrong and frustrating that people is trying to scam others, especially when they already in debt, from trying to better theirselves and get a college degree. I hope this complaint helps bring awareness to people and also document this information if needed in the future for any reason. --- Additional Comments: I don't want to hear about any problems with the fake documents I had to sign online. I just want all my information out of their system and for them to never contact me again. |
| 17 | 08/08/2019 | | Alicia K | Utah | 1File.org | I started up with this company in April of 2015, and just like the rest of the complaints I received a phone call from this company stating they could help me with student loan forgiveness. At the time and currently it was the best thing to do since I was already way behind and needed help ASAP to get my debt paid off for my student loans. Little did I know that a couple years later I would end up with ZERO paid. I recently found out that nothing had been paid to the service LIKE THEY SAID THEY WERE GOING TO DO. I kept getting different answers. The file straw was when the actual FedLoan servicing place sent me a bill. I called and talk to a representative that confirmed with me that they have not received one single penny. I paid in the beginning $748 to start the program and afterwards started on a monthly payment of $39. All that money wasted that I could've just started a program that was actually legit. I am so mad at myself that I did not take the time to review this business. PLEASE PLEASE IF YOU ARE LOOKING INTO THIS COMPANY FOR HELP TO CONSOLIDATE YOUR LOANS. DO NOT USE THIS COMPANY CALL THE PLACE YOU ARE LOAN IS LOANED THROUGH AND FOLLOW A GUIDED PROCEDURE THROUGH LEGIT SERVICES. THEY CAN ALSO HELP YOU FIND OUT IF IT IS A SCAM OR NOT LIKE THIS COMPANY. I spoke with FedLoan servicing and they told me any company that is helping you with loan forgiveness will NOT charge you a fee to start the program. I had to learn the hard way. ONCE I AGAIN I PLEAD WITH YOU ALL PLEASE DO NOT USE THIS COMPANY AND FALL VICTIM INTO THIS SCAM!!! --- Additional Comments: If I can get a refund great, if not. I understand because it is my own fault for falling short of not doing my research. I have already made contact with my bank to stop payments with this |

Trombley Dec., Att. B-1, p. 3

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 18 | 08/14/2019 | 08/14/2019 | Alisia D | Florida | American Financial Support Services | I was contacted via my cell phone by a person claiming to be from a loan discharge program.  He had my email and supposedly sent me an email stating that my fsa ID was locked and then another email with a code to give him, which I mistakingly did.  He then gave me a password to log in at https://nslds.ed.gov.  He had all my loan information and my social security number making me think he was legitimate.  Looking back I think he gained access to my fsa account when I gave him that code numer.  Then came up with two different options for repayment plans for my loans.  Had a website, an email, a phone number and extention.  Then at the end said he was putting together a PDF to send me my new plan and needed my card number.  When I said I wanted to get off and talk to my husband about it he got very pushly about me making a decision immediately.  I got off the phone with him without giving my card info.  I started researching and figured it was probably a scam and I should report it. Other-Other Update |
| 19 | 07/09/2019 | 07/09/2019 | Amanda B | Kansas | American Financial support Services\|1FILE.ORG | I was contacted by someone from American Financial Support Services, saying they were with the Federal Government Loan Program. My father had his loans forgiven two years ago so I thought this was okay. I logged into the NSLDS.ed.gov for them and made an account, the account included my birth date and SSN and address. They sent a code to my phone. They gave me a payment plan that forgave half of my loan with no interest. The part where it got sketchy was when they wanted a credit card and $499 for processing, he kept asking for any card even one I didn't use or a pre-paid card would work. While we do have credit cards we have cut them up to work on paying them off so I didn't have any to give to him thank goodness. He said they really needed that today and will be calling me back later today.  I am worried that they are able to see my SSN though and will keep an eye on our accounts.  Everyone I talked to was polite and sounded like they were from India or the accent of a similar country and it was a call center sound of many voices in the background. I'm so used to this whenever I call to have anything repaired or upgrade me AT&T that it doesnt phase me that that is the sound of a regular call center. |
| 20 | 08/17/2015 | | Amanda N | Louisiana | 1File.org | 1file.org contacted me about goverment student debt forgiveness and said that I qualified for a $10,000 debt forgiveness that my loans would be consolidated and that I would pay $30 a month for 300 months and after finance I would only repay $11,000 for my student loans and all i Have to do is pay them $200 a month for 3 months. After paying them almost $400 dollars and still having a remainder payment of $200 to be taken from my account I find out that this is actually a scam that my consolidation is a free service offered by the government and that the only people that qualify for a student debt forgiveness is not for profit employees and public service members. --- Additional Comments: I would like for 1file.org at the minimum return my money already paid to them I would also like for 1file.org at the minimum return my money already paid to them I would also like for the terms that I agreed to be repaid $30 a month at 300 months |
| 21 | 12/13/2018 | | Amber H | Iowa | 1File.org | This company lied. Over and over again I asked them if the money was being applied toward my student loans. Over and over again their representatives said that it was. I would pay $39 a month for 200 months and the rest would be forgive. I just got my papers for fed services and my loan repayment is still at $0 and that's when I asked them about this company and they said told me they lied. That's there monthly fee. This companies allows their representatives to lie to get people to sign and then refuse to refund me my money due to the contact that their representatives said was incorrect but I needed to sign to lock in and they would send me the correct one to resign and they disappear. So far I am out $538.01. I would like a refund and this company to be punished for allowing their representatives to lie. --- Additional Comments: I want my refund of $538.01 and this company to no longer be able to lie about their services |
| 22 | 07/19/2017 | | Amber P | California | 1File.org | Due to this company dropping the ball ( breech or contract) and not ruling correct paperwork in the correct amount of time to Fed Loan Servicing as the signed contract I hate states, I now have derogatory marks on my credit report. --- Additional Comments: I am requesting a letter stating their fault in this matter and taking full responsibility in the late filing of the appropriate paperwork for my specific program. |
| 23 | 07/02/2019 | 01/01/2015 | Amina M | Georgia | 1 File | Consumer received a phone call from someone posing as 1 File to repay back her student loans. Consumer has been making payments for 4 years and it was not going towards her student loans. |
| 24 | 03/08/2017 | 03/08/2017 | Amy N | | US Financial Freedom Center | |

Trombley Dec., Att. B-1, p. 4

Page 1684
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 25 | 11/21/2018 | 06/07/2018 | Anastacia  C | California | Arete Financial | I'm not sure if this is a scam or a legitimate company, but I've been seeing reports online that what happened may not be legal, so I thought I should report it.I used Arete to help lower my monthly payments on my student loans. They told me to stop paying Navient, which was my creditor at the time. This started on June 7, 2018. They charged a $749 fee split into 3 monthly payments and said there would be a $39/mo fee thereafter for 36 months. Although, it now looks like they want $39/mo for the life of the loan. I'm not 100 percent positive on this. The first payment was the next day, on June 8, 2018. They failed to mention that they would be transferring my loan to FedLoan Servicing, but I got this cleared up and am now paying FedLoan Servicing monthly for my student loans. Other-Other Update.  Second complaint: CFPB Issue Type: Dealing with your lender or servicer | Don't agree with the fees charged --- What Happened: I'm not sure if this is a scam or a legitimate company, but I've been seeing reports online that what happened may not be legal, so I thought I should report it.I used Arete to help lower my monthly payments on my student loans. They told me to stop paying Navient, which was my creditor at the time. This started on June 7, 2018. They charged a $749 fee split into 3 monthly payments and said there would be a $39/mo fee thereafter for 36 months. Although, it now looks like they want $39/mo for the life of the loan. I'm not 100 percent positive on this. The first payment was the next day, on June 8, 2018. They failed to mention that they would be transferring my loan to FedLoan Servicing, but I got this cleared up and am now paying FedLoan Servicing monthly for my student loans. --- Fair Resolution: If this was not a legitimate transaction, I would like all paid fees to be returned. If this isn't possible, I would like to at least stop any future monthly payments to Arete. --- School Unit ID: 122409 --- School OPE ID: 0011510D |
| 26 | 03/26/2019 | | Anauke L | Texas | 1File.Org/La Casa Bonita Investments | Company Response: Incorrect company. Response:  This complaint is directed to the incorrect company. 1File.org is hired by USFFC  (US Financial Freedom Center), located at 7901 Stoneridge Drive, Ste 504, Pleasanton, CA 94588 --  to simply process documents for individuals with federal student loans who wish to either consolidate their loans, or enter repayment programs and loan forgiveness programs offered by the Dept of Education.We do NOT make sales/solicitation calls. We do NOT have automated campaigns. We do NOT engage in sales whatsoever. USFFC contacts the clients initially and then brings the clients to us for enrollment in our document preparation services. We are a document preparation company, and nothing more.This consumer is NOT in our database as a customer for our services. --- CFPB Issue Type: Fraud or scam | --- What Happened: I have contacted the US Dept of Education to forgive my loan.  A company called me on 3/26/2019 @  2:10 pm and stated that they were with the US Dept of Education and they were willing to forgive $25,000 of my loan and that they wanted me to pay $233.00 for 4 months and then $39.00 for 214 months.   They wanted me to give them my credit card information and I refused until they sent me a email.  After I threatened to end the call they final sent me a email.  I then told the gentleman on the phone which he said his name was Joe Maxwell that I need to read the email and he said he would wait.  I put him on hold and used my husbands phone to call the borrowers defense number which the lady on the phone told me that my application is still being processed and that my loan are in forbearance so nobody should be calling me on my loans.  She then gave me the Consumer Protection Bureau phone number --- Fair Resolution: They can pay a monetary valve so maybe they won't do this anymore |
| 27 | 07/16/2019 | 08/01/2018 | Andrea M | Texas | Arete Financial Freedom | Consumer states she received a phone call from Arete Financial Freedom offering her a student loan consolidation program. Consumer states she was asked to pay $283 for the first three months and then $39 a month. Consumer states they the told her that her payments would be going towards her loan. Consumer states they began withdrawing different amounts from her bank account which made her suspicious. Consumer states she then began receiving mail from Fed Loan regarding the increase on her student loan. Consumer states she then contacted Fed Loan and they told her this company was a scam. |
| 28 | 10/25/2016 | 10/25/2016 | Andrew T | | US Financial Freedom Center | Person claimed to be calling from the "Student Loan Forgiveness Center" of the "U.S. Financial Freedom Center", and working as an agent of the U.S. Department of Education. I was told that as part of the "Obama Loan Forgiveness Program" qualified to have "70-80%" of my student loans forgiven, but first I needed to provide a disturbing amount of personal information. |

Trombley Dec., Att. B-1, p. 5

Page 1685
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 29 | 03/19/2019 | | Andrew Y | South Dakota | Arete Financial Freedom | agency?) printed at the top. I put my information into a website and they contacted me offering loan forgiveness. They stated that they will buy my loan and give me reduced rates for a service fee. I signed up...they have all my information now. I later called the department of education and they stated that it would take me 5 minutes to enroll in the program myself with no service fees. I look at the paperwork the department of education asked for and its the same exact paperwork I am supposed to fax to ARETE! I would be ok paying the service fee if they provided an actual service and didn't try to scam you, however, I am sending in the paperwork to arete and they are simply moving along to the department of education....it actually faster and more convenient not to go with ARETE. In addition, they used false advertising printing IRS and fast talked me into thinking that I had to go through them to get loan forgiveness. They also told me they personally were buying the loan. they have not charged me yet, I would really just like my paperwork to be shredded there and be done with them. I have changed all my credit card and bank information. --- Additional Comments: I would like the business to contact me and ensure me that my protected information be deleted and I be uninrolled from this scam. |
| 30 | 06/10/2019 | 03/01/2019 | Angel R | Florida | Arete Financial Freedom | Consumer received a call from Arete Financial Freedom regarding consolidating his student loans. they claimed to be with Mohela his original lender. He is told he will have to pay $266 for 3months and then the cost would drop.  He did pay 800 since March 2019. Today he received a call from Mohela regarding his payments not being made.  Second complaint: CFPB Issue Type: Dealing with your lender or servicer | Received bad information about your loan --- What Happened: The Company Arete Financial Freedom mislead me over the phone into paying them $799.02 for a service that it could have been at free cost to me through my service loan department ( MOHELA). I already have a debt paying my student loan to begin with. What make them think that is ok for people to give them money that it doesn't go into my loan debt account. I could have pay this $799.02 into my own debt and bring the cost down of my principal to bring payments and the cost of the loan lower.  They made me pay an amount of $266.34 once at month for the next three month which started back on March 28, 2019. They told me over the phone to go over the forms and signed them without giving time to read the contract. If I had the time to read over the contract, I would've never pay them this money. This is a trick that they use to mislead people and student to pay money. If they really want to help with our debt, they could have told me to go thorough my service loan department at free cost. I have also summited a complaint with the FTC Ref# 108115610 and, will be calling the state Attorney General as well. I have emails and forms sent to me by the company ARETE Financial Freedom that I can send to you guys whenever they are requested. Their number is 1-888-331-5827. --- Have contacted: CC Issuer --- Fair Resolution: A fair resolution will be a full refund of $799.02 which is what I paid them. I am unable to attached emails at this moment. If an email is provided to me and can forward the emails sent to me by the company ARETE. --- School Unit ID: 132709 --- School OPE ID: 00150000 |
| 31 | 06/21/2018 | 06/21/2018 | Angela B | Florida | US Financial Freedom Center/SeanPowell | This company called me stating they represent the department of education to offer me a loan forgiveness program. As they continued to gather and verify information from me I start to realize that when they telling me to NOT pay my student loan or accept calls from the servicer....this was a red flag to me . They also requested that I delete emails from them including the trashcan, I agreed but did not. I then started to get emails of my passwords been changed from my loan servicer account and my student loan FSA ID.TOPIC:Referrals |
| 32 | 06/05/2015 | | Angelena C | Washington | 1File.org | Suppose to be a Education Forgiveness Loan under the Obama Education Forgiveness Loan Law. I paid them $300 a month for the last 3 months, then they said my payments would go down to $49 a month until I paid off around $4860 or around that amount, and that under the Obama Education Forgiveness Act, I would be forgiven about $60,000 from Fed Loan on my Education Loan. I contacted Fed Loan, and they said I have no payments until April, 2016. But that my payments would go up to $795 a month until loan is paid off.This company completely ripped me off and lied.I have not been forgiven anything. What is scarey about this company, is that they had all my information, which is WHY I believed them and that they would help me. --- Additional Comments: I want my $900.00 dollars returned into my account. |
| 33 | 11/09/2018 | 11/02/2018 | Anne B | Illinois | American Financial Support Services | Seth contacted me saying I had $15000 of student loan forgiveness under one of the Obama Acts. I gave him my social security number, tax info, debit card info, FSA ID, birthday, address, and email address.. I havent paid him anything yet, but I figured out he was scamming me this evening because he calls me every 10 minutes. I also did some research on student loan scams. I've contacted my regular student loan services and bank. I think thats all I've got to say besides yes, I know I am dumb. Thank you for your time. |

Trombley Dec., Att. B-1, p. 6

Page 1686
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 34 | 07/16/2018 | | Annie Steward | Michigan | 1File.org | This company said they were consolidating my federal student loans. They have been taking payments of 199.67 out of my bank account for three months and now the federal government is still asking me for payments as well. Why am I being asked to pay both? Where is my199.67 every month going? --- Additional Comments: I want my money back and to not be contacted by this company again. |
| 35 | 04/16/2019 | 04/16/2019 | Anonymous | | Arete Financial Freedom | INFORMANT: The caller is an employee of Arete Financial Freedom reports that they are pitching to clients to stop making payments on there accounts so they can settle the debt at a lower cost not informing clients it would hurt there credit scores. The consumer states they target individual with higher credit scores by mailing a pre approval letter offering a loan. UPDATE: 04/16/2018 Consumer wanted to consult with a supervisor. Active employee calling to report a complaint against Arete Financial Freedom. Consumers are being told that the credit are unusable and are offered a program for debt consolidation for hardship even though the consumers are able to payoff the debt. Consumer states she did mention the company was out of compliance with the wording they were using and they have not address her concern. No further information was provided. Consumers call was disconnected. ACORRAL. |
| 36 | 03/16/2019 | 01/02/2019 | Anson B | Arizona | American Financial Support Services 1File.org | AFSS contacted me via unsolicited call, claiming to be affiliated with the US Department of Education specializing on student loan consolidation and forgiveness. The pitch was, for a fee they could process a consolidation loan that would drastically reduce the amount I owed. After electronically signing several documents (including using my FSAID information and getting Power of Attourney), they set up a payment schedule. Further investigation revealed no such program was actually offered, and that the company had scammed others this same way. Other-Other Update |
| 37 | 08/01/2019 | 05/22/2019 | Anthony E | Utah | American financial support services | i was contacted by a company regarding student loan forgiveness. they knew my information including my social security number so i thought they were legitimate. i signed on with them with a contract and third party authorization for my student loans. they obtained my fafsa id and password. they closed my student loan accounts and redid them through another servicer and wanted to charge me approximately $90 a month for 7 months and $30 a month thereafter. i recently felt to check my contract and to do some research. i found that this was a service that is free and that i was being misled. when they called i was led to believe that they would helo forgice my loans and that i was paying for my student loans. i called to cancel services with them today amd they were really pushy and rude and im afraid that they will keep charging my account or mess with my account in retaliation. when i told them that their services were a scam and that i could do the same through the fed student loans they said that other companies charge through interest and so they were actually legitimate. |
| 38 | 10/21/2016 | | Anthony R | Florida | 1File.org | they say, They are there to take advantage of people for things they can do them selves. I was promised a loan reduction and percentage rate, in my case It was not A reduction. It was a third party paying off loan and me paying them same loan amount throughout 20 years with .17% rate less. Plus paying file1 a fee of $40 a month plus first payment of 899. So not only do I pay same loan with interest but I also pay them.When you call company there is a rush to sign contract and make payment without reading over all details. I was not explained to or was in contract that I could receive refund within 10 days to my understanding it was 30day, this was not the case I called to cancel services and request refund because I was not receiving what I was promised. They continue to try and get me to stay with company I decided and asked again for full refund. I paid for 3 months of work they have only done 1 month and I was not issued any refund. Overall bad customer service, scams clients into thinking it's the best option. Rush threw contract signing and payment. Would not recommend this company to anyone! --- Additional Comments: Full or partial refund, I don't feel the properly informed me of how they operate. I feel that I was scammed into paying them 3 payments up front. |

Trombley Dec., Att. B-1, p. 7

Page 1687
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 39 | 02/08/2017 | 11/03/2014 | Not Provided | Arizona | 1File.org | The servicer called me in explaining that they are a student loan processing department that works with the department of education. They told me that they would be able to consolidate my loans and get my payments down further than what I was already paying at the time. They sent me their website and I checked it out. They also then got my information and sent me a contract saying they would consolidate my loans and decrease my monthly payments. The one time consolidation fee was 449 dollars. They continued to charge me 39.00 every month as if that was going towards my student loan payments. This was not happening. I spoke to someone on the phone through this company when I began my doctoral degree in 2014, to see if I was able to still pay on my loans while in school, they told me yes. When I asked them how much it would be they told me 39.00 a month is what I qualify for based on my income. I have been going through them to process my public loan forgiveness as well. They took my pay stubs every year to update my information for paying on my loans and for the public loan forgiveness. They created an FSA ID account through FASFA, and I had a difficult time trying to do my FASFA in year 2015 and 2016. I had an investigation reported to FASFA, which they were investigating who created my FSA ID as it was not me. They found an email connected to 1file.org that I did not use, and I had to just do a new FASFA in 2015 without this information. In 2016 when I had the same problem I contacted 1file.org and told them they must give me my login information. They emailed this information to me, which verified that they were the ones who created this login. After this recently I wanted to print my W2 for paying on my taxes for my loans, and my account was locked, this is when I spoke to fedloanservicing and they told me my loan vender is fraudulent and that no one should have created my FSA ID except me. I am now filing this complaint, as none of the loans I thought I was paying off for student loan debt were getting processed.TOPIC:Referrals |
| 40 | 06/11/2014 | 06/09/2018 | Arianna N | Texas | US Financial Freedom Center | I applied online for a consultant to contact me regarding the student loan forgiveness program. Two companies called me, the first one hung up on me after I stated I was not currently employed and the second 1file.org discussed with me that I was qualified for a loan forgiveness program. The company representative indicated that they would get my student loans consolidated and that I would not have to pay anything more than a $300 processing fee (which they would break up in between three months) and a monthly premium of $39.00 to which I understood was going to be my monthly payment toward repaying my student loan. On October 24th I received a call from another company (Student Aid Consolidation.com 214-617-9235) telling me that they could get me on a student loan forgiveness program that would require no payment for the year and that I would need to give them $699 for processing the loan paperwork and they continued to say that 1file.org was charging me an unnecessary monthly fee of $39 when I could be forgiven of my debt. After contacting the better business bureau and talking with Student Financial Aid and Fedloan, it was brought to my attention that all these companies are misrepresenting information and basically coercing me to pay for services that I can complete myself free of charge. I was advised to file a complaint under this website as I was pressured into signing a contract under false understandings and that these companies are not disclosing that they are not a part of the debt relief/forgiveness program, but they are in fact, agents trying to make money off of people who are already in debt by pressuring them into thinking that their loans will be forgiven if they follow the process of the company exactly as told to. Other- |
| 41 | 10/24/2014 | 09/09/2014 | Arlene K | Minnesota | 1FILE.ORG | I received a consultant claiming to be from the US Department of Education. They told me that I qualified for the loan forgiveness program. They had my name, address, SSN, how much I owed in student loan debt, my family size, etc. They said that the loan forgiveness program is available to me if I paid $29/month for 240 months, then the remaining would be forgiven. First they said that I had to pay the legal fees, which totaled $699 over the first four months. They said they would pause my fedloan servicing repayment plan so that I would not have to make payments on the loan while they took the time they needed to transfer my debt back to the US Department of Education. I gave them my debit card information, and I signed a contract stating that I would pay the $699 in exchange for transferring the debt and being a part of the loan forgiveness program (paying $29/month for 240 months). I also gave them my login information to my Fedloan Servicing account as they claimed that my account was locked. They changed my password and security questions so I can no longer access the account. Later that day I received a call from Fedloan Servicing asking me to make my payment. I told them about the earlier phone call, and they let me know that they would be the ones to do a loan repayment plan with me, not the Department of Education. They also would not contact me, and if I did it wouldnt cost me money. I realized what happened and I cancelled my debit card and I froze my credit. They originally called me from the phone number 9253446885. Later in that call they switched to the number 5625831040. I was originally contacted by someone named Walter Greene, before he transferred me to Sonia Lewis. |

Page 1688
PX24 Trombley Decl.
Attach. B-1

Trombley Dec., Att. B-1, p. 8

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 42 | 09/19/2018 | 08/20/2018 | Amara N | Minnesota | Arete Financial Freedom | I have been a victim of identity theft. I was contacted by a representative by the name of Sherwin Ngo from Arete Financial Freedom regarding a student loan forgiveness eligibility. Trusting that they were a legitimate company, I provided personal information such as my name, date of birth, social security number, drivers licenses, phone number, bank information, and tax returns. In return, they offered a new "repayment plan" and loan consolidation. They requested four initial payments of $193.75 starting on 09/24/2018 and then a recurring payment for $51 for the next 240 months. I have contacted my student loan provider regarding the situation as well as canceled my current bank account information. Although I have not made any payments to this representative pretended to be from a business, I am still afraid of future identity theft since I provided him with my social security number. |
| 43 | 04/04/2017 | 03/30/2015 | Arthur T | Michigan | 1File.org | I was contacted by 1File on 3/31/2015 to see if they could lower my student loan and to see if I qualify for loan forgiveness. I was told that I would have to make two student loan payments of around $400 and that once the payments were made they could process my loan application and my payments would be $439 per month with $39 as part of the student loan payment being there fee until my loan was paid off. So my understanding was that my loan payment would be $400 to the student loan and $39 to 1File. I asked several times if that was the case and they said yes. So I sign the agreement and give them 2 payments of $399.50 as my student loan payment and they start the "process&quot; of my loan application. The last I heard from them was on 4/23 for credit card authorization for 4/23/2015 and 5/26/2015. After 4/23/15 I was not emailed a status until 7/28/2015 when they told me to sign in to my student loan account and make a payment. I was never notified that my account was changed or what the new loan amount was. On 9/2/2015 they sent me an email that my loan consolidation was complete, yet nothing changed. My loan payment actually went from $480 to nearly $700 month. Again 1File never sent me anything indicating the new amount. In the meantime, 1File was taking $39 per month out of my account during this "processing period&quot;. This went on until 5/23/16 when the credit card expired and they couldn't charge my account any more. I notified them that I would not pay any more since they did not fulfill their commitment to me. They immediately called me to tell me basically someone dropped the ball and they would look into it. Basically they sent me a Federal form for my organization to fill out and then I had to sent this to the Federal government to see if I qualified for loan forgiveness. This was supposed to be their job not mine. Again, I didn't hear anything from them until 7/25/2016 when I asked for a status update. By then I figured out that I did all the work getting the loan forgiveness approved and they did nothing but put my loan in default until I fixed |
| 44 | 03/04/2016 | | Arthur W | California | 1File.org | When I contacted 1File, it was in response to a voicemail that was left for me. I was in default for my student loans with the Department of Education. I received a letter from the IRS stating that I needed to resolve these issues or it would affect my tax return. In an effort to clear it up, I contacted the number that had left a voicemail concerning the debt. When I contacted the company, they did not notify me that they were a third party affiliate to the Department of Education. They also failed to mention that the programs they were entering in was free. It wasn't until I reviewed paperwork from Navient, the company who 1File sent my information to on behalf of the department of education, that I began to realize there was a discrepancy. I was told that I must make two payments of $49.50 to be enrolled in a program to clear up my issues. While on the phone, I was sent a contract and signed assuming I was dealing with the Department of Education. After realizing what I had done, I made several attempts to contact the business with no success. The number listed on their website simply will not ring. -- Additional Comments: I would like them to refund me the $700 that I was told was required to enter into a program that was free. This is false advertising and at no point did I think I was paying for a service from a third party as opposed to dealing directly with my loan. |
| 45 | 08/13/2019 | 02/01/2017 | Ashara W | | 1 File.org | Consumer reports that she has been paying 1 File.org to help her reduce her student loans. She has paid them over $1,500 for the student loan forgiveness program. She realized this was fraud when she called her financial student loan department. |

Trombley Dec., Att. B-1, p. 9

Page 1689
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 46 | 11/05/2016 | | Ashlei G | Maine | 1-file.org|U.S. Bancorp | contacted me to help reduce my student loan debt. The charged $249.75 a month to help me complete the process. At month one they didn't do any of the things they said they would, and I ended up paying my normal student loan amount and they also deducted the $249.75 from my account. I called them and tried to back out of the program and was told I couldn't do that, and to assist with the error the following month they wouldn't charge me. Instead they went into my student loan account and cancelled my auto-pay on my loans. A few days after they were due I received a letter stating my loan payment was late. I tried calling 1-file.org to see what had happened and the phone numbers I had been provided were no longer in service. I had to place a permanent stop payment on my account to ensure they couldn't get any more money and I also had to reset all of my account passwords. --- Have contacted: CC Issuer; CFPB --- Fair Resolution: 1) It would be great to get a refund, but I doubt that will happen.2) I would like for people to learn from me, that third party loan consolidators are likely a scam. |
| 47 | 06/17/2016 | | Ashley B | Minnesota | 1File.org | The end of May 2016 I tried to consolidate my Federal Student Loans. I was contact by a person claiming to be with the company consolidating my loans-I was very hesitant to speak to him but he had all of my personal information, loan amounts, etc. so I assumed that was legitimately who he was. We went through paperwork and he had me process a online contract and give him my credit card number for 3 payments of $199 to get my consolidation to go through. On June 3, 2016 I received a letter from Great Lakes. I did not know what it was for so when I final opened it on 6-17-16 and saw that they had processed my consolidation I panicked knowing Great Lakes was not who I originally spoke with. I called the number I was given for the man I spoke with to 'process my application'  Mike Anderson 877-769-1876 and the number says all reps are busy and hangs up and not allowing you to even leave a voicemail. My next call was to Great Lakes and they took a fraud report of the company who called claiming to be the people handling what Great Lakes had already done.  I gave them the following information I had google traced the number back to (US Federal Loan Consolidation Center 201 N Charles St Suite 2406 Baltimore, MD)My next call was to my bank to cancel the card to which this company had the information on. After I looked on the 'application' and found the number to 1file.org- when I called it rang to voicemail. I found another number written in the contract which led me to a man named 'Mark', Mark proceeded to forward me back to the same number than sends you to voicemail even after I requested to speak with his supervisor. After my 4th call back he send me to another mailbox for a 'Mike Sue' and left a voicemail. Neither companies appear to want to deal with this matter so I decided to file a BBB complaint. The first payment to them was suppose to be issues 6-20-16 & I want to be sure they do not take payment since they are not who they claimed to be --- Additional Comments: I want to be sure this company does not take any of my money, voids the 'application', and does not hit my credit in any way. They were going to charge me $199 for 3 months with the first |

Trombley Dec., Att. B-1, p. 10

Page 1690
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 48 | 05/30/2018 | 05/01/2018 | Ashley G | Indiana | 1file.org | I answered a phone call from an unknown number (to me) and a man from "1file.org" explained that his company would be able to get my student loan payments forgiven as the company I am currently with (Navient) is being sued for not telling its customers that they are eligible for certain student loan forgiveness programs. He told me that i could pay $250 for the first 6 months and then my payments would be $39 a month or I could pay $800 that day. I could not pay $800 that day but could pay $400 in two different payments. I was curious where I was in this process so I tried calling all of the numbers for 1file.org I had and none of the phone numbers worked. I called Fed Loan servicing after receiving a consolidation letter via mail (5/30) and they informed me that this was a scam and directed me to fill out a complaint here. I could've done this paperwork myself and there should never be a fee for this process UPDATE: 05/30/2018 Consumer wants to know the policy for the FTC. ACORRAL.  Second complaint: CFPB Issue Type: Fraud or scam | --- What Happened: I answered a phone call on 5/1/18 from a company calling itself "1file.org" A company that explained for$800 they would be able to get my student loan payments to $39 a month for 120 payments and then thebalance of my student loans would be forgiven under the public service loan forgiveness program. Thisprogram was supposed to be offered by my student loan servicer, Navient, but they are being sued for nottelling their customers about this program. I was given the option of paying $250 a month for 6 monthsor $800 up front. I didn't want to do either of these so I was able to pay $400 for two payments, thussaving $700. I was never made aware that I could fill out this paperwork myself for free. I received aletter from Fed Loan serving (5/30/18) about consolidation and I was not aware that what I had signed upfor included consolidation of my loans. I called Fed Loan servicing after I was unable to reach 1file.orgon any of there given numbers, I was in addition, also now unable to open my emails that I had receivedfrom 1file.org as they are now blank. Fed loan servicing notified me that I had been scammed to that I need to file a complaint and directed me to this website. --- Have contacted: CC Issuer --- Fair Resolution: I would like my $800 back. |
| 49 | 11/02/2017 | | Ashley H | Ohio | 1file.org | A student Loan Forgiveness Consolidation company called me to sign me up for Student Loan Forgiveness.  1file.org said the FAFSA would be taking back my loans to save interest. needless to say they charged me $600 to process the application. Nothing was ever done, my loan is still with my Student Loan company, and they are a scam! I just want my money back and for them to be shut down! |
| 50 | 02/15/2017 | | Ashley T | Iowa | US Financial Freedom Center | CFPB Issue Type: Dealing with my lender or servicer | Trouble with how payments are handled --- What Happened: I have been paying my student loans for over a year now, I currently am paying with Fed Loan Servicing, I received a call about my loans around January from a company called US Financial Freedom Center informing me that my loans can be consolidated together and since I have been paying on my student loans for over a year that the new 'Student Forgiveness' could allow my student loans after being consolidated for me to pay only half back with only a larger payment for the first few months then around $50 or less each month. I accepted and after going through paper work I was informed I would need to pay $300 for January, then $200 for Feb, March and April then starting June 19 I would pay back $29 each month. They informed me they would contact Fed Loan Servicing to inform them that I have set up payment arrangements with USFFC and my student loans will be transferred over so that no payment will be automatically withdrawn from Fed Loan Servicing. I made a 1st payment of $99 on Feb 3rd and arranged for $200 on March 4th, $200 on March 27th, and $200 April 25. Today (2/15/17) I received and email from Fed Loan Servicing that a payment of $83.34 is due on 3/7 so I called Fed Loan Servicing and the representative I spoke to informed me that there are only 4 gov. companies that handle student loan debt repayment and that the USFFC is not one of them, that they (USFFC) is not even a 3rd party and the $99 that I paid on 2/3 will not be shown towards my student loans. She provided me with a phone number to Fed Trade Commission where the female I spoke to gave me warning signs of what a scam company may appear as and was not able to tell me directly if this was a scam by USFFC or not but informed me if I felt it was to come to this website to submit a claim electronically and to contact my credit union to have them aware of the situation. Following that phone call I contacted my credit union to have my debit card that would be having automatic withdraw cancelled. After sending this email I will be contacting the USFFC in hopes to cancel my contract/account with them and refund my $99 that I paid. Thank you, Ashley Turner --- Fair Resolution: My account with USFFC to be cancelled, and the $99 be refunded so I can make that payment to the correct |

Trombley Dec., Att. B-1, p. 11

Page 1691
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 51 | 07/30/2019 | 08/15/2018 | Asia H | Maryland | Arete Financial Freedom | I received a form in the mail for making lower payments for my current student loans from Arete Financial Freedom with the Department of education with a loan forgiveness program. I initiated contact first believing that this was an actual legit government company trying to help me with my student loans. I spoke with Jordan Thomas on the phone and he automaically expressed to me that I should consolidate my loans so that I could have lower payments. He also asked for my SSN number and my FSA ID I did however provide him with this information. I had to sign forms and he wanted me to provide my bank account and card information however I DID NOT provide him my bank account info I only gave him my card inforomation at the time because I was told that I would have to make four payments of $199.75 as installment payments. After I went through this process I did more research on this company just to get a better understanding on who they really were. As I continued to research I was finding little to no information on them. I quickly cancelled my card at the time and I called The Department of Education, they instructed me to change my FSA ID, When I logged in to my FSA I found that the company had changed my email and phone number and that they requested for my loans to be consolidated. As of 08/15/18 I have NOT had any contact with them they are still emailing, and texting me about payments. I received a text from them about two weeks ago stating that they would report me to a third party agency. I am currently still in school and I am paying out of pocket for my classes because I am afraid to reactive my FSA ID and apply for FAFSA because I do not want this agency to retrieve any of my personal information to try to make |
| 52 | 01/03/2018 | | Asia L | Michigan | Arete Financial Freedom | I was contacted by a student loan debt services and I feel that it is a scam. They charged me $266.66/800 to process my enrollment fee to get me started to pay off my student loans for the US Department of Education. They claim they are a 3rd party source that is affiliated with the US Department of Education. I believed them and was hoping that they could assist me with lowering my payments. They claimed that FedLoan Services (who my loans are through) was a 3rd party and was not a direct source through the US Department of Education. I am disappointed because I was trying to do the right thing to pay off my student loans and now I feel completely violated due to me giving them sensitive personal information. I am not sure how they were able to access my loan amount through the US Department of Education, but they have changed all of my information through FedLoan Services and told me never to contact them and they will handle everything, which I thought was normal until I called FedLoan Services and other family members about my situation. I would like to File a Dispute because I am scared that my information is no longer protected. I am a victim of identity theft and is very nervous of what they can do what my credit card, address, and my social security number. I had FedLoan Services to change my whole account information: email address, address, phone number, password and more so that I can be protected in that sense. The ARETE Financial Freedom called me today 1/3/18 stating that they sent me information to my email and they needed me to take a look. I went to my email address and they are trying to have access back to my account so that they can change everything again. I received an email from FedLoan Services stating that I was trying to get my login so they could reset my password. I do not want them having my personal information. I have already contacted my back so they can not have access to take further payments. Please, can someone help me? --- Additional Comments: I would like for the ARETE Financial Freedom to stop contacting me and to make sure they do not disclose my personal information as well as collecting payments from my credit card. I would also like for me to get a refund of my $266.66 due to my dissatisfaction of the services I have been receiving and them charging me an enrollment fee in order for me to start my repayment of my student loans due to them being a fraud student loan debt. |
| 53 | 05/14/2019 | 05/14/2019 | Aureal O | Wisconsin | American Financial Support Services | Consumer received a call from Student Loan Forgiveness Program called "American Financial Support Services" She has given her debit card # as well as her 1040 form as well as her full SSN. She is told as long as she paid the interest on her loan for the rest of this year her payments would all go to the principle and she would not have to pay anymore interest. She gave her debit card then called Fed Loans to see if this is legit. Gave # for Trans Union. |

Trombley Dec. Att. B-1, p. 12

Page 1692
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 54 | 03/10/2016 | | Bethany A | Pennsylvania | 1File.org | 2015 I received a phone call stating they could help me consolidate my federal loans and see if I apply for loan forgiveness. The first company was 1file.org and stated that for the application fee of $599 I would qualify for low monthly payments thereafter of $39. Then in October of 2015 another company called saying that I would qualify for $0 monthly payments based on my income. The company Student Debt Doctor allegedly consolidated my loans and are currently charging me $125 for 1 believe five months. This month the Federal Government called stating I have a payment of $330 due in a few days which is the only way I found out the two previous companies are fraud. I have given them a total of $1377.20. --- Fair Resolution: I want the money I payed returned so I can properly pay my loans. |
| 55 | 03/06/2019 | 01/21/2019 | Blair L | Alabama | Arete Financial Freedom | Consumer received a letter in the mail from Arete Financial Freedom. Consumer said it was a loan forgiveness program with the Federal Government. Consumer said she had to pay them by her checking account to help forgive her loans. Consumer contacted Fed Loans and they told the consumer she should not have paid to forgive her loans. Consumer said Fed Loan also told her the company is not helping pay off her student loans. |
| 56 | 02/21/2018 | | Bonnie R | California | 1File.Org/La Casa Bonita Investments/Carrington College-Pleasant Hill | CFPB Issue Type: Dealing with your lender or servicer | Trouble with how payments are being handled --- What Happened: I received a call from Mike stating that he was with 1 File. He told me that he was with the student loan forgiveness program. I have been paying for 3 years, only to find out the money I have been sending them has not been applied to my student loan. I have giving them about $1,878. --- Have contacted: CC Issuer --- Fair Resolution: I just want them to apply it to my student loan. --- School Unit ID: 438258 --- School OPE ID: 00974802 |
| 57 | 02/27/2019 | 02/27/2019 | Bradley R | Texas | American Financial Support Services | This company contacted me claiming to be part of the department of education saying that I qualified for student loan debt relief and gave me the terms of a one time upfront payment with a significantly reduced monthly payment for the next 120 months. After some research, I believe that this is a scam.TOPIC:Referrals |
| 58 | 03/08/2019 | | Brandi F | Texas | Arete Financial Freedom | I was told that this 3rd party would work with Nelnet to save me thousands of dollars on my school loans. I was told my payments would be $299 for 3 months and then go down to $35 a month. I did not know this money was NOT going to my actual debt. I believed that they would be taking over my loan and I would be paying through them. Nelnet informed me that they have not heard of this company and they do not work with 3rd party companies. When I called to cancel, they declined my request for a refund. I paid them for absolutely nothing. I am so upset. I feel that I was completely taken advantage of. --- Additional Comments: I would like a refund for the 2 payments of $299 that I made thinking this was going to my outstanding federal loans |
| 59 | 01/22/2018 | | Brandi R | Louisiana | 1File.Org/La Casa Bonita Investments | CFPB Issue Type: Fraud or scam | --- What Happened: I feel like I have been scammed. I was contacted by one file to consolidate my loan and to save me $879 and to get rid of interest fees. They charged me $119.80 before they got all of the actual information they needed to be able to submit to Navient. Navient expressed to me more than likely this is a scam. I can consolidate my loans for free elsewhere and they would handle it, my loans for me. --- Have contacted: CC Issuer --- Fair Resolution: Me getting my money back and this company not being able to do this to anybody else. |
| 60 | 09/27/2017 | | Brandon B | Georgia | US Financial Freedom Center | I have been repeatedly called by this company attempting to solicit student loan forgiveness services. These people have somehow obtained my personal information without my consent, called my personal cell phone, and then started questioning me about my personal information including accounts. I have declined to provide this information. I believe the activities of this company to be fraudulent, and an attempt at identity theft. --- Additional Comments: I want my personal information deleted and my phone number removed from all call lists. I want no further contact with this company. |

Trombley Dec., Att. B-1, p. 13

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 61 | 06/12/2019 | | Brenda M | | American Financial Support Services | CFPB Issue Type: Fraud or scam | --- What Happened: I been getting these random calls on my phone for the past month. This company haven been telling be how they can help me with my loans and supposedly they are a loan forgiveness company. Supposedly they help you redo the interest. I continued to tell them no i do not want their assistance and I refused to give them my information. One they got upset because I wouldn't provided them my information. So I told them why are you getting upset if it is to benefit me and not you. Then he said whatever and hung up the call. Then they called back today and when they called today I asked them what was this about and they had all my information regarding my loans. Finally they transferred me to a loan specialist and he said he would send me documents for me to approve. They then provided me with a phone number to call. When I heard they had the last 4 of my social and information. I knew something was not right. I called Navient and they informed me to call CFPB and the IRS to make a complaint. --- Have contacted: CC Issuer --- Fair Resolution: Want this company to stop contacted. I want to prevent this from happening to someone else. |
| 62 | 02/27/2015 | | Brent M | Massachusetts | US Financial Freedom Center | I have been receiving 3 - 5 calls per day 7 days a week (starting around 11am Eastern and ending around 9pm Eastern) from the "* * ********* ******". They call from 847-658-2586 (******* ***** * appears on the caller ID). The people who called claimed that I had signed up for their service (I haven't) and said that they could reduce my student loans so that I would only pay 20% of the balance due (unlikely). When pressed, the first 5 callers were unable to give me an email address, phone number, etc. for a call back / email back to them. The 6th was able to give me a street address where he said he was working. I happened to know the area of Pleasanton, CA well (I lived there for 15 years), so I asked him about a few local landmarks. He didn't know any. I then asked about a few Boston landmarks that I told him were 'a few blocks from where you guys are located'. He agreed that he definitely knew them.<br />These people call endlessly day and night. They ignore the national Do-Not-Call registry (I am on it), and they lie about who / where they are and what they can do.<br />>Website: ***** ********* ***** ****** ****** * ********* ***** ********** ****** *********** IsVictim:true --- Initial Means of Contact: Unknown |
| 63 | 09/06/2018 | | Brenton M | Utah | Arete Financial Freedom | I have been receiving multiple letters over the past few years from this company stating that they can get rid of my student debt loans based on the information they can see from FAFSA. I called them and the person with no warning asked me a series of general questions based on information for verification. I provided obviously thinking it would just be for verification when I get an email from FAFSA providing me a verification code for a password update. Once inquiring about this he went on to tell me about he was worried my account wouldn't be safe with the credentials I had on my account, like he could see anything. Obiviously if I provided him with this information he would have had access to my account and ALL my personal information including my social security number. This company needs to be ***** down. --- Additional Comments: Closing the company down |
| 64 | 02/27/2018 | 02/27/2018 | Breonna J | Texas | 1File.Org | A representative called around 6:15 PM 2/27/18 stating that my student loans were being forgiven through the Department of Education. I considered this to be possible being that I have recently entered the education system. However, I still felt hesitant about it due to his defense mechanism when I would ask detailed questions regarding the service. I have done much research after accepting their service and I do not wish to continue business with them. I have changed my FSA passwords despite their request to leave the account alone. I also called the number listed in the document they sent me and it is not a working number. I am covering all bases before they try to recieve an initial payment. Many others have been ripped of by this company. |

Trombley Dec., Att. B-1, p. 14

Page 1694
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 65 | 06/05/2017 | | Brian C | Florida | 1file.org | I was contacted by a company claiming to be about of the department of education. Regarding consolidation of my loans. They offered a program that isn't offered by the department of education. I gave my information over on good faith that they were part of the department of education. Once we were done talking I contacted the department of education only to find that they do not represent them at all. After learning this I immediately contacted 1file.org and told them that I didn't what their services, to not go through with filing the paperwork. I also cancelled the credit card that I gave them. Instead of listening to my request to not go through with the transaction they went ahead with it, and are now charging me for services that I do not want. Also they have been making harassing phone calls to me on multiple occasions. Using false advertisement they sold a product they aren't able to provide.  Second complaint: I was contacted by Us Financial Freedom Center (head hunter for 1file.Org) on 5/2/2017. By a representative who told me about a 5 year repayment plan that I qualified for since I was active duty military. He said that if I was interested I should call him back. The representative of Us Financial Freedom Center (head hunter for 1file.Org) then hung up. I was interested in what he had to say so I called him back. He then made comments that made me question if this was a scam. Asked me to answer a series of questions, yes or no. Using a series of yes and no question they electronically put my signature on a document. Which I was not present for. Told me the price and 3 separate payments of 299,67, 899,01 total. We hang up and I contacted the department of education to see if this was a real program. They said no, so I immediately contacted the company Us Financial Freedom Center (head hunter for 1file.Org) and told them that I didn't want their services because the program didn't exist. That the department of education didn't contact people. I cancelled the credit card they |
| 66 | 07/08/2019 | | Brianna T | Nebraska | Arete Financial Freedom | was submit my paystubs and pay 4 payments of 199,75 and then my payments would drop. From the statement I recall they said they would take care of my student loans for me. I was not aware that these payments I have been making were not going toward my student loans but to this company. The emails I got had me email government information, i.e. paystubs, for my student loans. When I recently received emails telling me that I had a loan payment past due I immediately opened it and called FedLoans, the company actually holding my loans not knowing that all of this was separate. This Arete place I thought was part of my loan service was not mentioned that everything was separate. So I have been having money taken from my account thinking it was going toward my student loans this entire time. They even said it would be paid off in a few years. My husband can confirm this as he spoke to them as well when we set all of this up. --- Additional Comments: I would like this resolved with my bank. I am not happy and I feel taken advantage of. I want these payments back and I do not want this company to ever contact me again. If anyone works with them in the future they need to do a better job explaining the money taken out does not go toward the loans.  I was under the impression this company helped me consolidate with my student loan payments program with fedloan, because they had all my information prior to me giving them any information. I just spoke with my representative with fedloan and they explained that any payments I made to 1file.org did not go towards my student loan. They also made me aware that any payments I made to 1file.org was unnecessary due to the fact the services I have paid for are free services. I was able to clear up my past due amount with fedloans since my payments never went to them, but was told to file a complaint with my attorney general and was given this site to do so. Thank you for your time. Other-Other Update |
| 67 | 08/16/2017 | 04/18/2017 | Brittne R | Ohio | 1file.org | |
| 68 | 02/27/2019 | 02/25/2019 | Brooke N | California | American Financial Support Services | Consumer states she has a student loan and someone logged into her student loan.  FSAA claiming they had a student loan forgiveness process.  They called her on 02/26/2019 and said they could reduce her student loans for up to 50% off.  They asked for some information including her debit card.  She did give that. |
| 69 | 02/27/2019 | | Brooke N | California | 1File.Org/La Casa Bonita Investments | CFPB Issue Type: Struggling to pay your loan | --- What Happened: Was on 2/26/2029 called about paying off of my student loans and having them forgiven.  After signing up I took a deeper look into what they stated they were going to do they have no loan forgiveness (that I'm approved for) and that the payments are not going to my student loans.  They called to take my money to offer an illegal service. --- Fair Resolution: To not provide me with any of these illegal services and to be unable to call people and lie about student loan forgiveness programs that do not apply to them. |

Trombley Dec., Att. B-1, p. 15

Page 1695
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 70 | 07/03/2019 | | Bruce L | Pennsylvania | Arete Financial Freedom | I signed up for what I thought was a Student Loan Debt Consolidation service on April 17th. I was asked to fill out a forbearance request for 3 months and would begin making payments directly to Arete of $500 per month and then $39 per month after that which would go towards my student loan. I am now being asked to make an additional payment in July for $500 in addition to a $571 payment to Fed Loan Servicing starting this month. I've attempted to contact the person from Arete I worked with originally and was referred to the processing department. I've tried to call them and leave messages over the past week and a half that have not been returned. I've also emailed several times with no responses back. I sent a final email to inform them they are not authorized to deduct any additional payments from my banking account until someone contacts me back to discuss the questions I have. After doing additional research through the Better Business Bureau, this seems to be some type of scam. I'm looking for assistance in resolving this issue. --- Additional Comments: I would like all payments to cease until someone contacts me to provide an explanation of what I am being charged. I was informed the $39 fee was already built into the new monthly payment amount and the next thing I know, I am under a different loan servicing for the $571 amount in addition to the $39 recurring fee to Arete each month. |
| 71 | 03/07/2019 | 01/03/2018 | Bryan R | Colorado | Arete Financial Freedom | i was contacted by arete financial for loan consolodation forgiveness. they claimed they were an its company and would contact loan servicers and they were gonna be myb!oan sevicer with loan forgivenessin ten years. overall i was duped and tricked into signing phony loan papers. not sure what i can do where i can start figuring this out,im freaking out. im already in a bad state financially. it says on their paper IRS so i trusted it. now i guess im screwed? please help me figure out what to do. and who this company is Other-Other Update |
| 72 | 07/11/2019 | | Bryan S | Utah | 1File.org | I have been paying $39 per month for their so called maintenance fee, which I know it is a scam after speaking with the Department of Education representative on the subject. I understood when I signed with 1File.org that the $39 per month would go towards the student loan payment and not be pocketed to them. After realizing what I have signed up with them and reading the agreement or contract, it does not state that the $39 per month amount is paid towards student loans I have. All of my consolidated student loans are ALL Federal based loans and should not be compromised by a third party. Therefore, I am complaining to 1File.org for their misconduct and misinformation that they carried out with me. Also, if they are a non-profit organization as they pretend to be, that money I paid to them should not be for-profit. I have been paying to 1File.org for 1+ years and did not realize the error I have found myself in with this organization. I know I have been scammed and therefore, I will take steps to not only file a complaint, but I also will file a lawsuit if I do not recover what I have lost over the last year. --- Additional Comments: I would like a complete refund of all the maintenance fees that I have had to pay over the last year OR use the refund to pay towards my student loans, which are strictly Federal student loans and not private. If none of these desired outcomes are met, I will file a lawsuit with 1File.org and any of its affiliates |
| 73 | 01/24/2018 | | Caitlan W | Washington | Arete Financial Scam | automated call that claimed to be from 'Arete Financial.' I hung up the first time. After receiving several more calls after that, I attempted to call back after a missed call. When calling I receive a message that the number has been disconnected. But then I receive another call the next day that says, 'Sorry to have missed your call, let me connect you to an advisor.' Said 'advisor' picks up the phone and without even taking my name just states that 'We can't help you,' and hangs up. I have no way to ask to be placed on a DNC list, and with the sketchy response when I try to connect to an agent, and the 'disconnected' message (but somehow knowing I tried to call?), I'm 99.99999% certain that this is a scam to get my credit information. At this point, the situation has basically become harassment! After looking up 'Arete Financial,' it looks like it is a legit business with lots of positive reviews, so I'm guessing someone is just out there using their name to steal identities. Either that or Arete is creating fake reviews with the BBB and yelp... IsVictim:true --- Initial Means of Contact: Unknown |

Trombley Dec., Att. B-1, p. 16

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 74 | 04/10/2018 | 04/10/2018 | Caitlin  S | Maryland | US Financial Freedom Center | Hi. My name is Caitlin Sica. I am currently a teacher for Howard County public schools in Maryland. I recently sent in an application for student loan forgiveness to my Student Loan Company, Nelnet. Then, today, I got the following voicemail from this number (1-405-342-3553). It appeared to be from a male with a U.S. accent. Voicemail Transcript    "Hello. This is Steven from the forgiveness department. I hope your having a good start of the new year. Anyway, your paperwork came across my desk and states you still do qualify for the student loan forgiveness. So, this approval here is actually valid for the next couple days. So call me as soon as you can so myself or my team can lock this in for you. You can reach me at 650-338-1440. Again that is 650-338-1440. Thanks so much and have a blessed day."I called the number back, assuming that the student loan forgiveness application that I had sent in recently was approved. A man who identified himself as Steven answered the phone. However, this Steven appeared to have an Indian accent. He told me that I qualified for student loan forgiveness and asked me for the following information in order to create a loan forgiveness account for me. I gave him the following information.    The spelling of my first and last name    My current email address    My date of birth    My social security number He asked me if my student loans were federal or private. I told him that I did not know. He asked if I knew approximately how much money I still owed for my student loans. I told him that I believed it was a few thousand, maybe, but that I wasn't sure.He explained that he was having trouble finding my student loan information so he then verified the spelling of the information I gave him previously and asked for my maiden name.    I gave him my maiden nameAfter I gave him my maiden name he told me that he was able to find my information and that my outstanding balance for student loans was exactly $3,614.He told me that since my balance was not at least $5,000 that I would not be able to get loan forgiveness. He told me to contact my student loan company - which I said was Nelnet. He said that they would be able to answer my questions and help me with this. I was upset and asked for an explanation as to why I was not approved just because the amount of money I owed was less that $5,000. I was under the impression that my loans would be forgiven up to $5,000 and not that I had to owe at least $5,000. He told me again to call Nelnet - that they would answer my questions and help me with this. I asked for his company's name. He said his company's name was "U.S. Financial Freedom Center." I asked why his company was contacting me about this and not Nelnet. He said that this company was a 3rd party that works with the US Department of Education for Loan Forgiveness. I forget exactly what he said but it was something along the lines of this company creates accounts and enters data for student loan forgiveness applications that have been approved.I then got off the phone and called my student loan company Nelnet. They said that they had received my student loan application and that it was currently being evaluated - it had not yet |
| 75 | 03/19/2019 | 10/23/2018 | Caitlyn C | Kentucky | Arete Financial Freedom | I was contacted by Robert from Arete Financial Freedom in October. He told me that he was with the Department of Education and since I was working part-time I was applicable for student loan forgiveness. He essentially told me that instead of paying $250 for 240 months with Great Lakes I would be paying $266 for 3 months with $39 for 240 months with Arete and my loans would be completely paid for. After making payments from October 2018 to February 2019, I began to notice that none of my debt was being taken off my credit score. I was then contacted my MyFedLoans saying that Arete was not a real company. I was then told to report them here to help prevent this from happening to anyone else.TOPIC:Referrals |

Trombley Dec., Att. B-1, p. 17

Page 1697
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 76 | 06/20/2016 | | Camile W | California | 1File.org | 6/17, attempted to call both the rep who signed me up and their customer service/processing dept back with a question. Not only could I not reach the rep who signed me up but the number he gave me to contact him with any questions or concerns continued to ring out to it being answered to dead air where I only heard him and other reps laughing and joking and the processing/customer service number continues to go straight to voicemail. Then today I have been receiving text from that same rep, in regards to him trying to get back into my DOE account to move forward with the consolidation application. I told him I sent an email to both processing@1file.org and billing@1file.org yesterday stating that I wish to cancel the process and terminate the agreement and that I needed for him to confirm that my card and account will no longer be charged as requested. He then 'texted' back to me to please contact customer service directly in regards to terminating the services and that this needs to be completed verbally also. I reminded him that the contract states that cancel just send an email and states nothing about calling in(a tactic they're obviously using to prevent me from being able to cancel as each time I try to call the cancellation #it goes to a voicemail and says no reps are available to assist me...go figure) No legitimate loan consolidation company should be 'texting' you while you're at work pleading for you to help them get your DOE account unlocked as soon as possible. Also, if its stated in the agreement that you have until a certain time to cancel and states how you need to cancel, you should not then be given the runaround to cancel and continue to be directed to a line where all you hear is dead air space or a line that only leads to voicemail whether its early morning, afternoon or evening. This company is SHADY, UNPROFESSIONAL, and a SCAM! --- Additional Comments: Cancel immediately as stated I have the right to do in contract and do not change my card or acct. the ridiculous $599 in addition to $29 a month you're trying to charge just for processing documents I can process myself for free with the DOE for free. The customer service numbers given to cancel lead to no one and nothing: (844) 583-8072 & (949)436-2112. They say you have 3 days to cancel but make it impossible for you to actually reach someone to do so.NOTICE OF RIGHT TO RESCIND OR CANCEL(in 1File contract); CLIENT MAY RESCIND OR CANCEL THIS AGREEMENT WITHOUT PENALTY OR OBLIGATION AT ANY TIME BEFORE MIDNIGHT OF THE THIRD CALENDAR DAY AFTER YOU HAVE SIGNED THE AGREEMENT. IN ORDER TO RESCIND OR CANCEL, YOU MUST PROVIDE TIMELY WRITTEN NOTICE TO SMART PROTECT BY MAIL OR EMAIL AT THE ADDRESS PROVIDED BELOW. ANY PAYMENTS MADE BY CLIENT UNDER THE AGREEMENT WILL BE RETURNED WITHIN TEN (10) BUSINESS DAYS FOLLOWING RECEIPT BY |
| 77 | 06/15/2019 | 02/01/2017 | Cannon W | Washington | 1File.org | We were scammed by 1File.org who promised student debt forgiveness and lower payments. This fits perfectly into the FTC's recent initiative called &quot;Operation Game of Loans&quot; to crack down on these type of companies After trying to get restitution from 1file, I went through the Better Business Bureau, The Consumer Financial Protection Bureau, and Wells Fargo with little to no help. Today I saw this article, https://www.cnbc.com/amp/2019/06/14/student-loan-scams-are-on-the-rise.html and decided to try the FTC. Back in February of 2017, we reached out to 1File for a student loan solution at the advice of a friend (who was scammed as well). They promised to lower our monthly payments by refinancing our loans with Great Lakes. Additionally, they said that we wouldn't have to do anything other than pay them $849 ($283 for 3 months) up front, and then $22 or so a month which they said they would forward onto Great Lakes. In June of 2017, we were contacted by Great Lakes because a payment hadn't been made for 3 months. Of course, 1file denied ever saying that they would pay Great Lakes on our behalf. Apparently the $22 a month was their fee for doing nothing and we were still responsible to pay our monthly payment to Great Lakes. I can provide more details by request but suffice it to say that we were defrauded by 1File and promised services that were never received. Seeing as how there was a recent $22 million dollar settlement with the FTC in California by a company doing exactly what 1File is doing, I would like full restitution ($849, $22 x 4 months + the amount of interest I have paid for the last two years because they refinanced our subsidized student loans which I told them not to do). If 1File is not part of the FTC's &quot;Operation Games of Loans&quot; initiative, I would be surpiseded. Other-Other Update |

Trombley Dec. Att. B-1, p. 18

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 78 | 06/21/2017 | | Cannon W | Utah | 1File.org | CFPB Issue Type: Dealing with your lender or servicer | Received bad information about your loan --- What Happened: On 2/17/2017, we contacted 1File.org in order to inquire about loan consolidation. During the initial consultation with Steve Gonzalez, he was very helpful, but misleading. Steve told us that the $283 payment that was to be made three times was to go towards unpaid interest on our current loans. After that, our monthly payment was $46 ($39 toward their fee and $7 toward the loan). After paying our three $283 payments, they took from our account $39, not $46. Meanwhile, we are being contacted by Great Lakes in regards to late payment. We found out that we owed Great Lakes $56 every month for our consolidated student loans. After contacting 1File, we were informed that the three payments of $283 was a fee and not an unpaid interest payment toward our original loans. In addition, they take their fee of $39, but then we are responsible to pay Great Lakes. Steve told us that 1File would distribute the $7 for us. Also, I don't know where they came up with $7 as a minimum payment because Great Lakes requires $56. So now, I am paying interest on top of consolidated interest. This is a complete scam. They lie to you and then charge you. This process can be done for free. Why would anyone in their right mind pay $849 to have someone file paperwork for them? They would if they were told that it wasn't a fee but an unpaid interest payment instead. They will try to say that we agreed to everything via a recording, but what they don't have is all of the conversation before the recording where Steve talks fast and then we respond "yes" going off of the previous conversations. --- Fair Resolution: Full refund and their company shut down. I will |

Trombley Dec., Att. B-1, p. 19

Page 1699
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 79 | 12/29/2015 | | Cara K | Michigan | 1File.Org | Hello, My name is Cara Krolik, back in July I received a phone call about consolidating my federal student loans. At that time I was under the impression that I was not eligible to do that because of my credit score and not knowing that the federal government had consolidation program that could help or that were free to sign up for. 1file.org got a hold of me and set me up with this consolidation program that I actually do not qualify for. They claimed an incorrect household party. I found that out today. To enroll in this program I had to pay 5 payments of 139.80 a month, totaling at 699.00 all together to enroll in this program. I was then after the last payment of 139.80, start paying 39.00 a month as a processing fee because I had qualified for a $0 repayment plan. I question why and how would I qualify for a 0 dollar payment but still have to pay them 39 a month to process a loan? Especially when apparently all they did was falsify a form in m name, using a email address I had never heard of. I did not find this all out until today. Today was the first day that the 39 was supposed to come out of my bank account, I received an email around 8 in the morning saying the payment was declined. I was immediately worried and tried to call the billing department number listed in the email. It connected but there was no ringing or anything, just music playing. I called multiple times and waited on hold for numerous amounts period lengths of times, and no one ever picked up the phone. I then dug through the loan consolidation information that I had received in the mail from FedLoan services. They are also the place where 1file sent my loan consolidation form, so they are now handling my consolidating loan and who I will be handling my account from here on in. They are a program and service based through the federal government. I called them and explained to them the situation that my payment had not been processed and I wanted to make a payment and turn on automatic withdraw so I would never miss a payment. He informed that this was a scam, and that I do no qualify for a 0 dollar repayment program based on my income and that  my household size was wrong as well.  When I talked to the 1file.org when setting this up originally they told me that my dog and boyfriend counted in my family size and mislead me. They mislead me in the sense that they told me that they were a company that could do (consolidate my loan) this and never told me the federal government can do the same thing for free. That pretty much told me that I would be paying them, and they would pay my loan off in full, and I would be making payments to them...which was all a lie. My 139.80 that I was paying went no where. As for the 39 dollars (paying them for paying the loan off) it isn't going to towards my loan either, which they lead me to believe..they most likely would have pocketed the money until I would have been audited or something. I am unsure, what they did with the money but it never went towards my loan.  The federal people I talked to advice me to get a hold of you to inform you of the situation. I am not paying the 39 a month anymore to this 1file.org, especially if I have to be making the correct payment to fedloan services, with the federal government, once I am put into the correct income based repayment program. In fact the email address that was on file in fedloan services and another federal website was an email I had never even heard of with a bunch of numbers.  I don't care so much about getting the rest of money back, I would just like for them to not contact me anymore and delete all my information. The federal people informed me that I shouldn't be paying a processing fee at all, and that they solicited and mislead me.  I would like for 1file.org and any companies associated with them to not contact me. I am just trying to protect myself, and no be out making 150 dollars and did not receive the promised services.V.Romero. |
| 80 | 07/27/2017 | 06/21/2017 | Carla W | Florida | Onefile.org | Consumer states that she had been corresponding with 1File.org student debt relief. No further info provided. UPDATE:07/27/2017 Consumer called to finish her report. Consumer stated she has paid this company around 150 dollars and did not receive the promised services.V.Romero. |
| 81 | 11/01/2017 | | Carole E | California | 1File.org | This company misrepresented themselves as Great Lakes for a over due student loan.  They told me that I would have to pay 200 dollars for 3 months and 40 dollars after that.  I then received mail from the federal government which I call them.  I came to find out that feds would have done it for me free and that this is a ripoff company.  I am disable and the federal government goes off of my federal tax to come up with my payment schedule.  I don't pay any tax so my student loan is 0. --- Additional Comments: I want my 200 dollars back |
| 82 | 04/13/2018 | 12/01/2015 | Carolyn K | Georgia | Edunet | Consumer hired a company called Edunet to service her student loans and she paid them 3 payments of $166 and $25 a month. She has been doing this since the end of 2015. UPDATE:  Consumer called to ad Edunet took a total of $2,661. Consumer's Bank Wells Fargo would only refund one month. RLYBARGER |
| 83 | 01/02/2019 | | Carolyn S | New York | US Financial Freedom | CFPB Issue Type: Problem with a purchase shown on your statement | Credit card company isn't resolving a dispute about a purchase on your statement --- What Happened: The only reason I have not requested a refund is because I can't reach anyone at the company. This problem occurred in 2018 but your complaint form does not include 2018 dates so I used 2017 --- Have contacted: CC Issuer --- Fair Resolution: ? |

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 84 | 07/31/2018 | 01/01/2015 | Carrie D | Iowa | 1file.org & FLCsolutions.org | Since 2015 I have been paying $39/month for my federal student loans through a company called 1file.org and today they called and asked me to give them my FASFA information for them to log in and update so I would be approved (which they said I already was). They then asked me to email it to a whole new address. That is when I started asking questions and asked for a supervisor, she then disconnected. With this going on since 2015, they have NOT made ONE single payment towards my student loans or the interested being accrued. I have spoken to the actual loan company and they said they have no records of me every paying them. I have now lost approximately $3500 that was suppose to go towards my student loans.TOPIC:Referrals. Second complaint: CFPB Issue Type: Dealing with your lender or servicer | Trouble with how payments are being handled --- What Happened: Since 2015 I have been making a $39/month payment plus initial $500 payment. They were supposedly making payments towards my student loans with Great Lakes. I found out today, July 31, 2018 that they have not made one single payment towards my balance. Meaning, not only was my interest accruing but my debt has increased. They kept calling me daily, recently, and I thought it was a scam (I didn't know any better when I started this). I finally answered today and she wanted my FASFA log in and password information and when I asked her for her supervisor she then put me on hold and then disconnected. I went way back and found paperwork from Great Lakes and called them. She said they have not made a single payment. She said they are scammers and that I need to report them immediately. I have very little information as I apparently believed them over the phone when I didn't know any better. I have: 844-992-4453 and email is: 1file.org. They also have an email at info@flctsolution.org that is brand new. They have taken now over $3500 that was not applied to my student loan and have not taken into any consideration the debt I have accrued. --- Have contacted: CC Issuer --- Fair Resolution: I am looking for repayment, I doubt that is an option considering they are doing this to many others. I will be in touch with my state attorney, personal attorney, BBB and the credit companies. |
| 85 | 03/21/2018 | 02/01/2018 | Catherine C | Texas | US Financial Freedom Center | I called back a number offering student loan forgiveness, and when I called they wanted me to pay right away and got my debit card information. I told them I could not pay right away and they became annoyed and kept trying to get me to pay. Very unprofessional and all Indian accents with litte grammatical prounanciation.TOPIC:Referrals |
| 86 | 03/12/2012 | | Catherine P | Michigan | Arete Financial Freedom | I spoke with a representative on March 2, 2018 to find out additional information on how Arete Financial could help me with my financial situation (stemming from divorce). At no time during the call was express authorization asked for or given to run a hard inquiry on my credit. I am very careful on what hard inquiries are done because of how they affect my credit and my credit is not the best right now. So I now have an additional hard inquiry and my attempts to reach the representative has resulted in him not returning my last voicemail. Attempts to reach out to the company by the two email addresses listed on their website have been returned as unable to be delivered. And the phone number listed by my credit monitoring accounts is no longer in service. The credit bureaus have indicated that I cannot dispute the inquiry and the company has to rescind it. However, my attempts to reach the company have been unsuccessful. --- Additional Comments: A correction to my credit report where the hard inquiry is removed. |
| 87 | 09/12/2017 | | Cavalene M | Indiana | 1File.org | Went into an agreement to consolidate/lower student loan payment; was informed that once $699.00 was paid that Navient would be contacted and that I would no longer have to deal with this institution. I fulfilled the $699 application fee and 1FILE also continued to take money out of my account without fulfilling there obligation. Navient was never contacted and consequently my loan went delinquent. --- Additional Comments: I would like my money returned and no further contact with this company. I would also like to warn others of this company's practice. |
| 88 | 12/06/2018 | 10/15/2018 | Cecilia C | Arizona | Nelnet (American Financial Support) | Consumer states that she was working with someone she thought was with Nelnet (American Financial Support) to resolve her student loan. She was told that if she paid $499, her loan would be forgiven. They then took an additional $19 out in processing fees that she didn't agree to. |

Trombley Dec., Att. B-1, p. 21

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 89 | 08/15/2018 | 04/26/2018 | Celeste G | California | 1file.org | When I first spoke to 1File.org I was told I would only be paying an attorney fee of 100 and after that was completed there would be someone working on my loan to reduce the payments and interest rate. Now 3 months later I am now being charged by FEDLOAN 42.OO For the student loan, my interest has gone up and also my loan has gone up and now I am basically paying 142 a month for this loan. I was better off staying with Great lakes where I was only paying 100 a month, my interest rate was lower and my total was lower. I was scammed and I'm not the first and not the last to be scammed by this company.TOPIC:Referrals |
| 90 | 07/08/2016 | | Chad V | North Dakota | 1File | Approximately 15 months ago I was contacted by 1File. I do not remember the exact date or who I spoke with. They told me about their program and how they could reduce my monthly payments for my federal student loans. I provided required information including income and employer. They said I qualified for a reduced payment of 39.00 per month and that after 10 years, provided my income didn't change, the student loans would be paid off. Lower payments are always good so I signed up for the program, paid an initial fee of I believe 500.00 and have been paying 39.00 per month debited directly from my checking account for the past 15 months. Recently I was applying for a mortgage and as part of the process to determine my credit/debit ratio I contacted fedloan services about this student loan because they are the ones listed on my credit report. Through speaking with their representative I learned that my loan is being deferred at 0.00 payments based on my income and that fedloan services offers this income based repayment free of charge. No payments had been made towards my student loans since I started with 1File. 1File also failed to inform me that they were simply requesting deferment and that the money I was paying them was not in anyway going towards my loan. The representative with Fedloan services told me to contact the FTC because they had been getting many calls from students with similar situations with third parties claiming to lower payments. Fedloan services stated that because she offered the service for free and 1File was charging me for it that I may be able to get refunded and this is why I am contacting the FTC. I have not stopped payments to 1file as I wanted to hear from you at the FTC first. Other-Other Update |
| 91 | 05/04/2018 | 01/01/2013 | Charles D | Alaska | Arete Financial Freedom | Consumer received an email from a company called Arete Financial Freedom offering to help consolidate his student loans. Consumer was asked verify information about his student loans, his SSN, and CC information to set up a payment plan. Consumer did comply to all requests. |
| 92 | 10/04/2018 | 05/01/2018 | Charlesett F | Delaware | Arete Financial Freedom | Consumer he had a loan with student loan. Consumer states he contacted Arete Financial Freedom to receive services to help pay his loan debt, he has paid 3 payments of $233 and then $39.99 monthly twice. Consumer now has found out the company is a fraud. |
| 93 | 07/13/2018 | 07/12/2018 | Chelsea R | Texas | US Financial Freedom Center/Payment Automation Network | Consumer has been contacted by phone by a student loan lender, US Financial Freedom Center. She thought they were with the Department of Education and they would assist her with her student loan. She was instructed to pay $449 this month and next month. Afterwards, it would be $409 until loan is paid off. Consumer states that after she submitted paperwork, provided her debt card and FAFSA code to company she researched the company and sees various complaints. She has info on payment company as well. |

Trombley Dec., Att. B-1, p. 22

Page 1702
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 94 | 09/10/2015 | | Chhay M | Pennsylvania | 1File.org | Spoke with one of the customer representative on my student loans. He made me a deal stating that my loans will be offered $40 a month after the initial payment of $140 a month for a total of $499 after signing. I repeated myself to him if I signed this will this be $40 after. (must of been an audio recording of my conversation) Later, I received a payment request from another company (FedLoans) for $142 a month, thinking 1file.org was my service provided. Apparently I was under FedLoans now. I thought to myself, if I was in debt and told them my situation, isn't the point of re-consolidation is to save money? I was with AES (American Education Services) and I payed only $80 a month. Now I'm paying twice the amount! I called 1file.org and they denied that one of the reps would mislead me like this and they can't do anything about it. I felt that this was a scam! --- Additional Comments: If I can be switched back to AES. Second complaint: CFPB Issue Type: Dealing with my lender or servicer. Don't agree with fees charged --- What Happened: Awhile back I thought I was going to save money on the student loan forgiveness plan. A representative called me and told me that I can save money at a lower rate. Long story short, he told me that it was a $599 processing fee. I did not know that they'll charge me a $39.99 monthly maintenance fee. Since I already paid them the processing fee, why do I have to pay for their maintenance fee? And there's no way of canceling their service. I do not need the maintenance fee, since I was screwed over and my loan's got sent to Fedloans at a higher rate than before. So the company lied to me and demanded more money? I refuse to the maintenance fee. I was under the impression of saving money, not |
| 95 | 02/24/2015 | 02/23/2015 | Christie H | Virginia | US Financial Freedom Center | The consumer reports she received a call to her cell phone from a debt management company, US Financial Freedom Center. They were stating they could eliminate her student loan. They were asking for her personal info, SS#, this was not provided. They would not provided any written documentation. |
| 96 | 07/14/2017 | | Christina C | North Carolina | US Financial Freedom Center | CFPB Issue Type: Improper use of your report | Reporting company used your report improperly --- What Happened: I was called by Us Financial over and over and finally when this guy called from a number in Idaho I listened. After he was able to give me all my personal info without me giving him any info I thought it was a real company representing my student loan. I continued to listen and he stated they received my file due to me not being able to make my payments. This is true I have been working with the Federal Loan people so I thought that they were involved with my loans. I continued to listen and then did the paperwork with them. I gave them a credit card that I had canceled because I was still concerned and they continued with all the paperwork. After hanging up I began to do my research and found out this is a scam company. I called the Federal Loan office and they also said its not real. I am concerned that this company will try to use the documents completed on the phone against me. What should I do? --- Fair Resolution: Make them go away and I just work with the real Federal Loan office. The guys name is Mike and his contact info is 877-897-7939 ext 5024. |
| 97 | 06/15/2018 | 06/14/2018 | Christopher D | Arkansas | US Financial Freedom Center | Consumer received a call from somebody claiming to be with US Financial Freedom Center, stating if he unlocked this federal loan they would be able to forgive his loan. They wanted consumer to pay for 133 for the first three months or 19 dollars for 20 years. Consumer states he signed for a payment plan and authorization to charge the money. Consumer provided his credit card information, but hasn't paid anything. |
| 98 | 11/15/2017 | 11/15/2017 | Christopher P | Ohio | 1file.org | I was called by 1file.org saying they could help me with student loan forgiveness with my loan that I have through Navient. They wanted my FSA ID, but I did not give it to them. I did give them my debit card number, which I have contacted my bank about. I also gave them my Drivers License number. They acquired my social security number, which I did not provide them with. I have contacted my bank, Navient, FSA, the Consumer Protection Bureau, as well as Equifax, TransUnion, and Experian about this. |

Trombley Dec., Att. B-1, p. 23

Page 1703
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 99 | 08/19/2019 | 08/09/2019 | Colette B | Oregon | American Financial Support Services | They called before 8:00 am, usually around 7:30, had my student loan information, and were pushing me to sign documents without giving me the time to actually read and understand them, calling every five minutes when I said I needed more time. They said I would have to pay $498.99 in interest before they could get my loan payments to $19 a month, in a PAYE forgiveness program. I am not currently paying my loans as I am still in school. I did give my debit card to them, then I recieved a call that asked me to preauthorize the withdrawal two days before the agreed upon date. The woman 'Amber Robinson' would not tell me why I needed to preauthorize the withdrawal just that I did. They also have heavy middle eastern accents for an Amber Robinson and Jordan O'Brien. I went to my bank and had the debit card destroyed and cancelled. The papers they had me sign were titled American Financial Support Services, but the ID said National Student Loan Data System and the email was jordan@1file.org and processing@1file.org. This morning - 8/19/2019 - I recived a call from Amber 'Robinson' but she called herself Amber Isad instead. I also recieved a call/voicemail at 12:58 8/19/2018 from a Zach - another heavy middle eastern accent - who said he was American International Support Services asking me to call him back to talk about the missed payment. I have contacted my Student Loan Servicer, the Department of Education, TransUnion, changed my FSA and FAFSA passwords, and now I am filing a complaint since that was next on my list before contacting my local officer to make a report of possible identity Theft since they had my |
| 100 | 01/31/2016 | | Cory V | Louisiana | 1File.org | After agreeing for the services from 1file.org and making two payments of 199 dollars, I desired to end my agreement and get reimbursed due to conflicting and inconsistent payment quotes. I was told that my agreement would be canceled and the refund process would be started. I also contacted my bank and they immediately refunded what I paid to 1file.org thus far and advised me that 1file.org had 90 days to dispute the claim. 1file.org did eventually dispute the claim and the money that was refunded to me was then removed from my bank account. I attempted to contact 1file.org to discuss the matters and was referred to a manager to speak with. The manager began the conversation by telling me she was familiar with my account and the issues involved. What began as a mutually cordial discussion quickly dissolved in the opposite direction. I was told that I was removed from the 'program' and that I had no reason to actually be having the conversation with said manager. I was told this conversation is over and then hung up on without being given the opportunity to ask further questions or offer an explanation of why I wanted to cancel the agreement and receive a refund. I quickly called back and was sent to the voicemail of the manager with whom I was speaking with. I left a message but got no response. I called back the next day and received an automated response telling me that my call could not be completed from my area. I tried 2 more phone numbers associated with 1file.org and received the same message. I then had my wife call and she was able to speak with someone and also received the same rudeness and unprofessionalism but from a different person associated with 1file.org. My wife was also told that if she or I went any further with our attempts to get a refund that we would 'open a can of worms' and be subjected to a collection agency. ---<br>Additional Comments: I am seeking a refund in the amount of 398 dollars, to not be subjected to a collection |

Trombley Dec., Att. B-1, p. 24

Page 1704
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| B | C | D | E | F | G |
|---|---|---|---|---|---|
| 01/05/2019 | | Courtney C | New Jersey | Arete Financial Freedom | I engaged in a service agreement with Arete Financial Freedom on September 20,2018 in regards to consolidating all 9 of my student loans and lower monthly payments. Arete Financial Freedom stated in their service agreement that the company would consolidate all 9 of my student loans, act in good faith on my behalf, and approve me for a loan repayment plan in a timely manner.  This complaint is based upon the following failures of Arete Financial Freedom as stated in their said service agreement as follows:1. Failure to provide student loan consolidation in a manner described in service agreement which stated that all 9 loans would be consolidated in a 90 day period of time as stated in the `Process` section of the service agreement.  Arete Financial Freedom failed to consolidate all 9 loans which they agreed to do for which they consolidated only 2 student loans out of the 9 total which took me out of my given grace period I was granted as a student.2. Failure to act in Good faith as stated in the `termination of Agreement` act - Failure to submit time sensitive information ( consolidation application, repayment plan application ) in a timely fashion- Failure to communicate to me the status of my application; for example: failed to tell me that only 2 loans were consolidated when all loans were agreed to be consolidated at time of agreement on the date of 9/20/18. I was contacted by a federal loan company that stated I was late on payments and I was unaware secondary to Arete Financial Freedom failing to do what they promised.- Arete Financial Freedom failed to tell me that the Income Driven Repayment Plan submitted on October 6th has failed and never resubmitted.- Arete Financial Freedom Falsified documentation Income Driven Repayment plan to deceive me as the client and give impression of lower monthly payments, illegally printed my name ` signature` on documentation with known false information (family size on IDR plan request) derived by Arete Financial. --- Additional Comments: As the client, I made a total of 3 payments of $633.00 each on September 20, 2018, October 22, 2018, and November 20, 2018, secondary to `enrollment fee` at Arete Financial Freedom LLC to act in good faith, consolidate my loans, and enroll in a repayment plan based on all 9 student loans being consolidated. I also payed 1 payment of $39 dollars on December 21, 2018 as a `Monthly Maintenance Fee` which was to begin when my monthly loan fee began on appropriate repayment plan. I have since terminated the contract with Arete Financial Freedom as of December 23, 2018 due to failures of Arete Financial Freedom LLC as stated in above complaint. My desired outcome is to be reimbursed for the total amount of $1,938 due to breach of service agreement by Arete Financial Freedom LLC. |
| 04/16/2019 | 11/20/2018 | Courtney J | Oklahoma | 1File.org | I was told I could have my student loans reconsolidated for a much lower payment due to working for a non-profit. I was told my payments would be $19 a month since my payoff amount is a little less then $5,500.  I was asked how many people live in my house &amp; how many I'm financially responsible for.  I told him I was really on responsible for myself.  My child is an adult &amp; no longer lives with me &amp; is not a dependent anymore.  I live with my parents, but I am not financially responsible for them.  I was asked if I pay for anything for my daughter or parents.  I said yes.  He said that would qualify me for the income-driven repayment plan.  He said the processing fees would be $499 &amp; after that my payment would be $19 per month.  After the paperwork was filed &amp; processed, I was notified my new payment amound would be $167.19 &amp; I have a monthly service fee of $19 per month with 1File.org.  I was paying $119 before this.  When I looked on the federal student aid website, I found I don't qualify for the income-driven repayment plan I was enrolled in because I'm only financially for myself &amp; my amount owed doesn't qualify because it's less than$10,000. Other-Other Update I got a call from 1file.org back in 2015 about student loan forgiveness. Just yesterday (August 12, 2019), I was told I was a victim of that scam. This scam is a middleman that took $599.00 from me and this whole student loan forgiveness affected my credit. It did not help me get my student loan forgiven at all. I would like my money back and make sure other people are aware of this scam. --- Additional Comments: Refund and make sure other people are aware of this scam so they are not future victims. |
| 08/13/2019 | | Courtney L | Minnesota | 1File.org | They insisted that the Federal Government contracted them to contact me about my student loans and gave them permission to forgive them. I know it is a scam because the Federal Govt would never do any such thing. Especially under this maniacal evil administration who wants to milk everyday Americans for everything we have not unlike this scammer.TOPIC:Referrals |
| 08/28/2018 | 08/27/2018 | Crystal S | Florida | US Financial Freedom Center | |
| 12/16/2015 | 10/16/2015 | Curtis B | Wyoming | US Financial Freedom Center | Consumer got a call from someone claiming to offer a program for student loan forgiveness.Consumer answered one of the calls and the person calling was phising. |

Trombley Dec., Att. B-1, p. 25

Page 1705
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 106 | 05/10/2016 | | Cynthia R | Oregon | 1File.org | I was contacted by 1File concerning my student loan. They told me they were a government agency. They said they were part of the student loan group just working to set up repayments. They misrepresented themselves as a government student loan agency. I do not believe anything regarding our communication is legal as they misrepresented themselves. --- Additional Comments: I do not want anymore harassment from this company. |
| 107 | 06/20/2018 | | Daisy O | California | Arete financial freedom | I provied this company my information regarding my student loan then found out they dont exist and im afraid they my use my information for any malicious bussiness thank you for helping meTOPIC:Referrals |
| 108 | 10/18/2018 | 07/01/2018 | Dania A | Florida | Arete Financial | Consumer calling to report that she is paying Arete Financial a student loan for her son making payments of $200. Consumer found out by receiving a letter from the Dept of Education that she does not need to pay them. |
| 109 | 03/06/2019 | | Daniel F | California | Arete Financial Freedom | this company lied to me from the beginning how the program worked, they offered me a contract with a percentage that changed later, the contract did not do it in my Spanish language which they took advantage of to lie to me, they damaged my credit, they did not fix my problem, I paid like 2700 dls for a service that medejo in a worse situation, I ask that you deserve the money, I stole a balance that I had in the account with them, claiming that they are fulfilling their commission --- Additional Comments: I want to be reimbursed the money that I pay ne commissions for this company |
| 110 | 09/24/2019 | 02/28/2019 | Daniel H | Kansas | 1file.org | I paid over $1,000 to a company that I thought was consolidating my loan and lowering my monthly payment. I was in the middle of applying for an Income Driven Repayment plan on studentloan.gov when I received the phone call. I assumed it was my new loan service provider. They lied to me and said that they work for the government (Department of Education). They said they would "fight" my current loan provider to reduce my rate. I scanned sensitive documents like my paystub to qualify, but in reality, they filled out the form online in minutes and have charged me monthly (for paperwork that only needs to be filled out yearly) when I currently qualify for $0 / month. I called my actual loan service provider, and they informed me to report this to the FTC. None of the money has went towards paying off my student loans. I have a part-time job at a church and am trying to get out of debt, go back to school to finish my degree, and build a better future for me and my family. I make less than $20,000 a year, and over 5% of my salary this year went to this scam. I want my money back. This money would allow me go back to college next semester. If I can't get a refund for this scam, I at least want to help other distressed borrowers avoid the same mistake I did. This scam preys on people attempting to be responsible instead of ignoring their debt obligations. Second complaint: CFPB Issue Type: Fraud or scam | --- What Happened: I have paid about $1,000 to a company that I thought was helping consolidate and lower my monthly student loan debt, and my actual servicer claims they have received no money since my account was set up. They called me in the middle of my application on studentloans.gov for an Income Driven Repayment plan, and Jason (my agent) claimed that he worked for the government. I sent them sensitive documents including a recent paystub, and they charged me monthly fees for something that needs to be done only yearly. They are preying on vulnerable people who are taking steps to eliminate their debt and cause them more strife. --- Have contacted: CC Issuer --- Fair Resolution: I would like my money back. My student loan provider said I should seek a refund and report the scammers. If I can't get a refund for this scam, I would like others to know how to avoid this scam in the future. |
| 111 | 03/15/2016 | 03/14/2016 | Daniella G | California | US Financial Freedom Center | This company keeps calling and calling me. I politely told them I was not interested and to remove me from their calling list. The guy continued to talk and tell me about how US Financial Freedom Center can help me because I qualify for loan forgiveness and it would only cost me $875 to consolidate my loans. When I know very well I do not and know the stipulations to even qualify and I already have consolidated!!! However, they continue to call and I continue to tell them I am not interested. Last call today this morning the guy arguementive and didnt understand NO! This is extremely frusterating that this company calls me after calling hours and will not remove me from the list.TOPIC:Referrals |
| 112 | 01/09/2015 | 01/09/2014 | Danielle O | Georgia | 1file.org Tfile.org US Financial Freedom Center|US Financial Freedom Center | Consumer is calling to report that she provided her ssn to someone that called her from 1file.org stating that they would help forgive her student loans and now consumer believes its a scam. |
| 113 | 08/12/2019 | 09/01/2018 | Dannie S | Texas | 1file.org | Consumer states that 1file.org and US Financial Freedom Center did a fraud with her Student Loans due to a call she received by them. Consumer paid them a total of 720 dollars that never went to her loan. |

Trombley Dec., Att. B-1, p. 26

Page 1706
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 114 | 06/13/2019 | | Danny G | Puerto Rico | US Financial Freedom Center | I was called around January 2017 and told about a debt collection service. I was told that I would be charged for doing a debt consolidation for me with the US Dept. of Education. I was asked dor my social security number and my FSA ID which is a secret PIN woth the Dept. Of Education. Then I was charged a $250 bill that day and $749 spread over all this time since then. They have my info and bank acvount information. The company in liason is a 1file.org by name. --- Additional Comments: I want a refund and a repair. And my personal information safe. |
| 115 | 11/05/2018 | 06/08/2015 | Dapheney J | Connecticut | 1 File.org | I was contacted by 1 File.org stating they could annd would assist me with my Loan Forgiveness and repayment of my loans with the Department of Education . This they did not did they acted as a third party and enrolled me in the program and fees was inncluded and monthly I was to pay the Income Base Rebate monthly untiil I made sucessfully 120 payments for 10 years so that FedlLoans could forgive my loans. I also at the time qualified for the forgiveness program because I worked for a non-profit organization. I was decieved because the monthly amont was never paid towards I would like my money back the enrollment fee and what I paid monthly up until I canceled because I found out there were a scam. 1 File.org never contacted The Department of Education in regard to my school loans nor did they contact The Department of Education on my behalf and if so the payments were never put towards anything. Lastly, I would like to mention again I did not need help with consolidating my loans or putting it in deferrment. This is what there agreement states with 1 File.org but this is not what I was contacted about. I was told the repayment plan was what the program was for and my loans would in fact get forgiven with The Department of Eduucation. When my information was processed through the processing department I was never sent any documents or letter stating the process of my loansand what 1 File.org did or was going to do. Also my lenders did not notify me of any payment changes or any payments made out to the Department of Education from 1File.org or if my loan was to ever be paid in full. UPDATE:11/5/18 consumer wants this company was supposed to help me eliminate or reduce my student loan debt. They were able to lower my payment, however they submitted FALSE information in order to do so. When I went to renew my repayment application my payment went from $98.97 a month to $504.00. They did not report my true income or marital status to the Department of Education. Other-Other Update |
| 116 | 01/30/2019 | 10/26/2017 | Darrelle T | California | Arete Financial Freedom | Student Loan Forgiveness program. Called me once before in 2015, and I led them fake information about my "student loan" to waste our time. They appeared to create an account on www.nstds.ed.gov on my behalf without telling me. As part of the conversation, they said they where authorized by the DOE to do loan forgiveness programs. They appeared to access an account on www.nslds.ed.gov again by using the fake information I had provided them, and provided me with a user/pass for the account without telling me they were accessing my government account - using the fake information I provided before. The account is "russelinash" and the password they provided is 'student@123". You should be able to contact the DOE and get information about that account access. I have never accessed this account. I have emailed the DOE on this issue before, about how scammers are using the password reset function on their site in order to gain access to peoples accounts.She provided me their web site of 1file.org (and I have received email from them back in Oct 2015 if you would like a copy), and "Jack" provided me with a call back number of 877-897-7939. I know from the Oct 13, 2017 press release, that you have been going after some of these people. This one didn't appear to be in the list, but seem to be operating much the same way. While I was not scammed, I'm sure many others could be. |
| 117 | 12/22/2017 | 10/19/2015 | David C | Texas | USFFC or 1file.org | A representative of 1file.org called me and said that there is a federal program to help reduce student loans. He walked me through the forms on nslds.ed.gov and requested my social security number. When he asked for my credit card info, I got suspicious that this was not a legitimate loan consolidation service and sure enough, once I googled, I found many complaints about 1file.org charging fees up front for supposed loan consolidation and then doing no such thing and continuing to bill people's credit card account. |
| 118 | 04/07/2019 | 04/05/2019 | David L | Idaho | 1file.org | |

Trombley Dec., Att. B-1, p. 27

Page 1707
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 119 | 01/23/2019 | | David M | Alabama | 1File.org | I spent 2 hours on the phone with this company .Working on consolidating my student loans .. they originally gave me a plan that I would pay $245 every month almost. But instead I paid 799 upfront to start the process because I really wanted to start doing what was right. Sent over check stubs as requested. But now I can't reach anybody. Just a voicemail from the number they provided saying no agent available. And the number that's listed for the company they it's saying they our closed (it's midnday Wednesday ) . I don't think this is the right company for me. I believe this is a complete scam. I would like to have a full refund of what I've already paid and to make sure all of my information is destroyed that this company received from me. --- Additional Comments: A full refund and my information destroyed. |
| 120 | 06/10/2016 | | David O | Michigan | 1File.org | This company calls you up with agents claiming the work for the student loan services Federal governement. Talk about helping you get into a better payment, reducing your debt and etc. They keep you on phone, take all your personal information. They promise to be the intercept between u and your current account taking care of all the paper work etc. They with drew money from me. Never cancelled my other account . As a result interest occurred. Nobody ever called me .. when I called to find out what was going on. They said I didn't qualified. Yet they took money from me for a processing fee. I called customer service. They were rude unapologetic. IsVictim:true --- Initial Means of Contact: Unknown |
| 121 | 03/24/2019 | | David T | Arizona | Arete Financial Freedom | about a year ago I employed Arete Financial to handle a debt issue I was having. I signed up with their program with the understanding they would reach out to creditors and make arrangements, additionally, that stated that they had lawyers willing to assist and I should have no issue as long as my monthly payment was being made. I am not being faced with a garnishment, due to Arete not following . up with a creditor. They were provided all of the documents and information prior to the garnishment and when I spoke with the credit card company Lawyers, they stated they had not heard from Arete and couldn't make a deal. So, although I got myself into a debit crisis, I Hired Arete to assist in correcting my mistake to . only find that they didn't follow through on their end. --- Additional Comments: I think Arete should be held accountable for the garnishment I'm faced with since they didn't follow through with their end of the agreement |
| 122 | 09/26/2017 | | Deanne E | Ohio | Arete Financial Freedom | On May 25, 2017 I was contacted by Arete Financial regarding restructuring my student loan debt. I went through the entire process, was approved and was told that I needed to pay $600 (in three monthly installments) as the application fee. I was told on June 19, they had contacted Navient (the current loan holder) and had successfully put my loan payments on hold until my new loan could be established. I was told then the application process would take 'about' 60 days to complete. That was the last contact I have had with this company. I started receiving calls from Navient in August looking for a payment on my loan. Since that time I have emailed 3 times (the latest being 9/14/17 to the email addresses they used to communicate with me and have had no response. I have been attempting to get a status update and can get no response. I have logged into my client portal and can find no information there, other than showing monthly payment schedule for $39.At this point I feel I have been defrauded out of $600, plus another payment they removed from my checking account on 9/2/17 of $39. That is $639 I could have applied to my Navient loan and not been in this situation. --- Additional Comments: I want the company to follow through with their promise to restructure my loan, or I want my $639 returned. I also want them to contact Navient and explain their tardiness in completing this application has caused the delay in my loan payments. |
| 123 | 01/07/2017 | | Deborah B | Massachusetts | US Financial Freedom Center | Caller. Claiming that this is a government forgiveness program for eliminating 60-70 percent of your school loans. They have your email... But want to send you one to open with approval code.<br />When I asked for their name and city and I will not open anything without checking with the BBB they hung up.<br />I tried to call back and phone number not in service IsVictim:true --- Initial Means of Contact: Unknown |

Trombley Dec., Att. B-1, p. 28

Page 1708
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| B | C | D | E | F | G |
|---|---|---|---|---|---|
| 124 08/01/2016 | | Deborah T | Arizona | US Financial Freedom | CFPB Sub product: Federal student loan --- CFPB Issue Type: Communication tactics | Frequent or repeated calls --- What Happened: My loan is 33 years old.  I am working on a solution.  In the mean time, I have a company that constantly bothers me at work and they don't seem to understand it is against the law to bother someone at work EVERYDAY!  I need help to stop them from constantly calling.  I looked up the location of this company and it is in the Midwest.  Please help.  Their phone number is 18448428989. I edit first responder incident reports and have to have so many a week and cannot take the time out to talk to these people.  It was my mistake to start filling out information and decided not to pursue as I did not feel comfortable.  I have heard horror stories about ending up owning more money.  I cannot afford to pay off a loan that is 33 years old with all of the interest.  I also just learned that in approximately 4 weeks, my job is going to be obsolete and getting laid off.  The school was closed.  I am trying to find out anything I can from the original loan.  All paperwork lost. This was Superior Truck Driving School in Phoenix, AZ (1984).  Thank you.Deborah A. Tirgen --- Have contacted: CC Issuer --- Fair Resolution: I need to have this wiped clean if possible.  I will not even be able to get social security and I will be out on the street. |
| 125 04/14/2017 | 04/14/2017 | Debra M | California | US Financial Freedom | Consumer received a call consumer reports that they led her to believe they were from Dept. of Education. Consumer provided her information. Company is US Financial Freedom Center. Consumer was told they were going to reduce her payments for her student loans would reduce 18000 owed to 8000 required 3 600 payments. |
| 126 05/07/2015 | | Debra M | Michigan | US Financial Freedom Center | I've been contacted by US Financial Freedom Center several times. Their caller ID is not a standard number, usually just a few numbers and nothing else. Each time, I tell them to remove me from their lists. They acknowledge my request or simply hang up on me. Then a few days later, another call from the same company. I'm getting to the point where I may start answering the calls from these odd numbers with an air horn. |
| 127 08/25/2018 | | Debra M | Virginia | Arete Financial Freedom | I signed a contract with Arete Financial to assist with credit card debt. I was told that all the accounts enrolled would be settled at a reduced rate by Arete Financial and in return I would pay a monthly fee. I rarely receive updates even though my account has been active for a year. I received a summons for court from one of the debts that Arete financial was allegedly settling for me. I contacted Arete Financial and was told that the monthly payment that I enrolled this debt into along with others would nor be sufficient and I would have to make an additional 4200.00 in payments to them over a year to settle the debt. Keep in mind this credit card was already enrolled in the program. Turns out that they only work on the smallest balances first and make small monthly payments to settle the debt. Meaning since enrollment in their program my credit score has dropped 150 points. I informed Arete that the debt for the credit card was already enrolled they stated that there wasn't enough money in the account at this point. It takes several years to build up the my trust account with them to have enough money to settle accounts.This company provided false information to me when enrolling debt information. They charge the clients additional fees to settle debts which are also subtracted from my monthly payments. They make promises to improve credit scores after the first 6 months which has not happened. They are supposed to handle all enrolled debt when in reality they wait for years until my payments build up in a trust to attempt settlements with creditors. They are now attempting to increase my balance from creditors after a year that they have not settled accounts. Late fees and interest charges are now added to these accounts which accounts for an additional 7500.00. --- Additional Comments: Refund of all money paid to Arete Financial 3900.00 |
| 128 02/08/2019 | 02/08/2019 | Deidre C | California | Edunet | Consumer states that she has been in contact with a company who thought was for a student loan company and had been paying them. Consumer has sent over 2000 dollars. |

Trombley Dec., Att. B-1, p. 29

Page 1709
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 129 | 09/07/2018 | | Denise B | New York | ARETE Financial Freedom | CFPB Issue Type: Getting a loan | Fraudulent loan --- What Happened: On or about July 27th, 2018 I received 2 letters in the mail stating 'Final Notice' to consolidate my loans. I called and I set up an account, I have them all my information from bank account, social security number, FSA ID, debit card number, passwords, work information. The representative I spoke with stated the company would pay my loans with the money I sent them. MOHELA loan service contacted me to say that my loan payment was late, explained everything to MOHELA representative and they stated I needed to report them. The name of the loan forgiveness company is ARETE Financial Freedom and Clarity Solutions Center, LLC. They have taken one payment of $199.75 on August 3rd, 2018. This fraudulent company had me sign an electronic document/agreement, but they did not pay my loan company that they took. I have not received a receipt or a copy of the fraudulent document/agreement. 'Keith' was the representative who walked me through the process and stated he could be reached at 949-668-1995 and customer service number of 1-888-331-5827. When speaking with them on the phone they specifically told me they would use my money to pay my loans, but the disclaimer on the bottom of the letter states differently. --- Fair Resolution: Refund my money that they have taken from me and answer to the consequences of fraud and investigate what they are doing with everyone's money and personal information they take. |
| 130 | 02/18/2019 | | Denise M | California | Arete Financial Freedom | I was misinformed by Marcus Major, who is no longer employed with Arete Financial Freedom and I can now see why. Marcus Major was employed by Arete Financial Freedom at the time I contacted the company. I was told by Marcus Major that Arete Financial Freedom was going to be my new student loan provider. That my original loan with FedLoan was going to be transferred over to Arete Financial Freedom. I just found out that this was not the case at all. Arete Financial Freedom is a SCAM! I just had to pay Fedloan delinquent payments because I was misinformed by Arete Financial Freedom's ex employee Marcus Major. I want my account/file terminated and all of my money reimbursed for being given false information. It should not cost anyone around $700+ just to fill out some forms in the first place. I just found out that all Arete Financial Freedom does is fill out forms for the member and submit to their original school loan provider. They do not take over your loan and become your new loan provider, which is what I was told in the beginning. I was mislead, misinformed, and scammed into contracting with Arete Financial Freedom. --- Additional Comments: I want all my money reimbursed as soon as possible and nothing more to do with Arete Financial Freedom. |
| 131 | 03/01/2019 | 02/11/2019 | Denny A | Virginia | Arete Financial Freedom | This company accessed my student loan account and modified my information, including my password, from the U.S. Department of Education website (https://studentaid.ed.gov/npas/pub/disclaimer.htm). According to the terms-of-use of that website: "Any access by an employee or agent of a commercial entity, or other third party, who is not the individual user, for purposes of commercial advantage or private financial gain (regardless of whether the commercial entity or third party is providing a service to an authorized user of the system)..." |

Trombley Dec., Att. B-1, p. 30

Page 1710
PX24 Trombley Decl.
Attach. B-1

## TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 132 | 10/26/2015 | 03/01/2015 | Derek B | Oklahoma | Edunet, Www.1file.org | I was contacted 3 1/2 years ago and was promised loan consolidation/forgiveness of all but $9000 of my student loans. All I needed to do was pay a start up fee and then $39/mo direct debit until remaining balance is paid off. I agreed via phone/email but never signed any paperwork. They sounded legitimate and kept making references to the department of education and federal loan and so therefor I had no doubts my money would be going towards my loans. I went about my life having the $39 direct debited from my account and for 3 years was never hassled by the federal loan department in regards to my student loans until august of 2018. They have stated i am 120 DAYS PAST DUE and must make payment arrangements. i tried for weeks to get an approval from education department for an IDR payment plan and they would never get back to me. It was not long after that they hit my credit and my score dropped 57 points stating i had never tried to contact them to resolve the matter.. I have multiple emails showing my efforts to resolve the matter. i finally got ahold of student services and they said that they are the only ones who wpukd be contacting me about loan forgiveness and that i had been ripped off by this edunet/1file.org company. they also refused to help me in any way possible in regards to them reporting negative remarks to my credit and dropping my score from 672 to 615....ruining my chances for the home loan i was currently in process of getting and trading out my car for a less expensive one. this has had great financial.. and emotional stress on me and my wife and would like something to happen to help resolve this matter that i have been dealing with for the past 3 1/2 years and to this present day with it affecting my credit history.. in the end i had discovered that of the 1700.00 i paid to edunet over the 3 1/2 years for loan forgiveness/consolidation..not a single dollar had went to my school loans. I have been scammed and would like to resolve this matter and also help prevent others from being ripped off by the same company..Other-Other Update |
| 133 | 04/22/2015 | 04/15/2015 | Diana D | Florida | US Financial Freedom Center | Consumer report she received a call from someone claiming to be US Financial Freedom Center informing her he can consolidate her student loans, which is not true. Consumer notes the caller requested her credit card information for a monthly fee and her ssn. Consumer did comply. |
| 134 | 12/30/2014 | 12/19/2014 | Diana S | Arizona | 1FILE.ORG | 1FILE.ORG OFFERED A REPAYMENT PLAN OF MONTHLY INSTALLMENTS TO GENERATE FORGIVENESS ON $6000 OF MY LOANS. THE FIRST 3 PAYMENTS WOULD BE APPLIED TO APPLICABLE FEES OF $599.00 I GAVE ALL OF MY PERSONAL INFORMATION AND WAS EMAILED A CONTRANCT TO SIGN, I DID NOT COMPLETE ANY FURTHER ACTION WITH THIS COMPANY.TOPIC:Referrals |
| 135 | 05/15/2018 | | Diane R | Arizona | 1File.org | I entered into a contract with this company thinking i was getting a good deal on the payment of my student loan. They were asking me to pay $199.97 for 4 months (which included their service fee) and then $89 every month after that until the loan was paid off. They said my payment on my student loan was due now. I called my servicer of my loan and they said I wasn't due for a payment until September. Looking further into it, my payment, according to my adjusted gross income on my tax return, would have been $0 anyway, which would have been good until September of 2019 and possibly longer depending on my income. I'm 66 so I don't think my income is going to become bigger. So all of this money collected by 1File.org is being taken by them. None is going to my student loan. They even filed a forbearance for me, without my permission, to make my payment $0 for the next year. I absolutely didn't give them permission to do this. When setting up this contract, they set up my account for me, supplying me with their password, etc.. Also, I specifically asked if the $89 was going to go toward my student loan and he said yes.. But they filed a forbearance without my permission, making my payment $0.00 which means they would have collected the $89 for as long as they could, which could have been a few times. I have put a stop on the $199.97 payment that is coming up on June 5 and canceled my debit card, because they made sure to collect all of my bank information. --- Additional Comments: Refund of my initial $199.97 and contract canceled. This contract was based on lies. None of this money was going toward my student loan for the next year and as long as they could keep me in forbearance. I will contact my Attorney General if they harass me |

Trombley Dec., Att. B-1, p. 31

Page 1711
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| B | C | D | E | F | G |
|---|---|---|---|---|---|
| 136 | 01/15/2015 | | Dianne M | North Carolina | 1File.org | CFPB Issue Type: Getting a loan | Quality for a better loan than offered --- What Happened: A company contacted me stating I qualified for student loan forgiveness. That they worked with the federal government. All it would cost me is $750, which they did not tell me till after I received the contract. After the $750, it would cost $39/mo for 10 years. The name of the company is 1File.org. They gave me a different name called USFFC, which they stated was US Financial Freedom Center, which I looked up. When the company called me, the numbers would be blocked so I couldn't call back. The credit card company denied the payment, so I started checking further into the USFFC. I found the website, called it and it was the number of some guy that wanted you to leave a message. The website was a fraud, so I looked up the 1File.org. I found it but there is no contact info on that page. --- Fair Resolution: I would like to have the contract cancelled. I found out from the federal government that they cannot charge me for loan forgiveness. The guy was very pushy and would not let me hang up. I know I should have anyway. |
| 137 | 01/26/2019 | | Dina K | Colorado | Arete Financial Freedom | Arete set up a student loan consolidation program for me. The same day I signed the contract, I found out they were not a legitimate provider of Public Service Loan Forgiveness as determined by the Federal Student Loans references. I called the company to cancel my application. I was hung up on by the customer service representative, Letty Gutierrez.  She then emailed me to say she canceled the application and that I would receive an email confirming this. The email has never been received, and in the meantime, she tried logging into my current student loan account using my information as well as the federal student aid database. She locked me out of my account using an incorrect password trying to access my information. I am concerned that this company will still try to charge me and has not actually canceled my application, which could jeopardize my student loan status and therefore my credit rating as well. This person has also tried to illegally access my accounts, and seeing as how this is not a legitimate Public Service Loan Forgiveness provider, they are scamming people by telling them they are getting set up on this program through their company. The Federal Student Aid site says directly that applying for loan consolidation and public service loan forgiveness should NEVER entail a fee, and is only provide by the few companies they have listed on their site. Arete tried to charge me a $799 fee for enrolling and then a $39 a month fee for the first 36 months. This company needs to be stopped from scamming people and reported. --- Additional Comments: I want written confirmation of my account cancellation (Email from company that includes cancellation number and confirmation that no charges will be made). I also request a discontinuation/modification of their advertised claim that they can provide this type of loan so others are not |
| 138 | 03/31/2018 | 03/22/2018 | Dolores S | Ohio | 1File.org | I had been receiving phone calls for Federal Student Loan Forgiveness for a year or more several times a week, on and off. I didn't know the phone numbers calling. So annoying, I sometimes was disconnected after saying hello. Other times, I would say I'm not eligible. They would start their sales pitch and I would hang up. On March 22, 2018, I received a call from a so called receptionist, Lonnie 619-439-0002, she stated, the Federal Student Loan Forgiveness connected with the Department of Education was soon ending. I had been wanting to consolidate my loans & wondered if maybe I was eligible for the program. I made the mistake of letting her connect me to Henry Smith (foreigner) a so called advisor 786-612-0906. He was slick at scamming, convincing. He had FASFA send a confirmation code to my phone. I didn't realize he was accessing my account. He knew my SS#. number of loans & colleges I attended. He sent an email to convince me it was not a scam. He gave 2 different plans for loan forgiveness.  First 3 installments of $199, then monthly payments.  First plan, $49/month. Second, same installments, then $138 to payoff sooner.  Said, loan servicing federal loan will be with the Department of Education introduced by previous POTUS, Obama.  He wanted first payment & I gave a VISA card (all info) he wanted me to give an address in a different state.  I do not live in Baltimore Maryland.  I live in Baltimore, Ohio.  He wanted me to give an address incorrect.  I do would not give it to him.  He got upset & put a supervisor on the phone named Sam.  He tried same thing.  I said, No!  They said, they couldn't process it with an Ohio address, wanting me to falsify information.  Realizing at this point I had been scammed.  I told them we were done & I would be watching my accounts.  So upset with myself for allowing them to get all my information, especially my SS#.  A cap of $25 was placed on the Visa card immediately & I gave a report to FSA Feedback System on March 30, 2018. Now, I am concerned about future |

Trombley Dec., Att. B-1, p. 32

Page 1712
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 139 | 05/22/2015 | | Dominique D | California | 1File.org | thought the company was legitimate. My desperate need to find a good loan consolidation took over my rationality at the time being. The man, named 'Kevin' asked for my social, drivers license, federal student aid information (which I now know is illegal to ask for), credit card number, etc. He gave me a great loan consolidation amount of 49.00 with an initial four months of a 149.00 payment from me. He attempted to get me to pay 500.00 on the spot which I didn't do. He also forwarded me two different emails, requesting an electronic signature confirming the payments. I attempted to contact the company with the phone number 'Kevin' gave me with his direct extension, the phone number also listed on their website, and the phone number listen on BBB's profile information, NONE of which worked. I contacted them to stop any progress and cancel any agreement made with them. I also emailed the address the company emailed me from to sign its documents, and my emails did not go through. It's safe to say I will not be speaking with anyone else from this company again. I had to immediately report all my information to Fraud. This company better not bill me or attempt to use any of me personal information. The Credit Bureau has been contacted. --- Additional Comments: Do not bill me. Do not use my personal information. Call me to discuss cancelation ASAP. |
| 140 | 11/04/2015 | | Donald L | Minnesota | 1File.org | 1file.org called me in August 2015. I would like to warn others that they are a scam. They made a MAJOR typo in my address by saying I lived on the entirely wrong street. When I called to get it corrected, the guy told me 'that was no problem, they got what they needed'. He clearly didn't give a darn about the customer. Beware folks. If you have enrolled with this company, have your credit cards companies cancel your cards and send you new ones! It is the only way to pay them for nothing. The other college loan company has sent me statements, the balance was the same as before. So, 1file.org did absolutely nothing for me in the long run except cause me to get new credit card numbers. --- Additional Comments: Please post this to warn others that 1file.org is corrupt and a scam. Help others stay safe and warn them not to sign up for the services. |
| 141 | 02/05/2019 | | Donna D | Maryland | 1File.org | I was mislead by 1file.org that they were a sevicer for Direct Loans and now I find out that they are a 3rd party I have paid them a total of 831.00 which they will not refund very cunning computer please help. |
| 142 | | 08/05/2014 | Donna M | Ohio | 1file.org | Consumer stated that she called a company to get a Loan, after finding them online, to consolidate a student Loans but was told that an advanced fee for processing the loan was needed. Consumer did not pay the fee. |
| 143 | 12/18/2017 | 12/18/2017 | Dorothy R | Iowa | Edunet | The consumer received a call from a company Fedloan.net, offering the consumer student loan forgiveness. The consumer was request to pay a initial fee of $99. The consumer paid the amount via debit card. UPDATE - 12/18/2017 Consumer called to make corrections to the name which was Edunet. RHunter |
| 144 | 08/17/2015 | 08/14/2015 | Douglas L | South Dakota | 1file.org | On the morning of August 14th, I received a phone call telling me that my student loans could be significantly reduced from close to $31,000 to about $11,000. To process the loans, I would need to pay $599 over the first 6 months as a service charge, and $39.00 a month for the next 25 years to cover the remaining principle. I was given a statement that I would need to sign electronically. One major thing of note is that they listed my home's street address as 1124 Copper Mountain Rd instead of 1124 4th street. This happened a second time as well because I had written to them to correct the issue. Today, I decided that I wanted to switch the credit card I would use to pay the cost of the service. When I called to explain this, the guy on the other end said that the difference in the addresses was no big deal. I then became edgy and called Wells Fargo to replace my current credit and debit cards before I got charged at the end of the month. The need for doing this was verified when numerous people on other websites listed the person's call back number (855-647-9494) as being scam related. That same phone number was also linked to the websites of several loan reduction companies rather than just 1file.org, ... |
| 145 | 10/16/2016 | 08/25/2017 | Ebonique M | Ohio | US Financial Freedom Center | ...forgiveness program. Prior to me giving her any information, she had already had my information from the fedloan servicing company and just needed me to verify the information was correct. Therefore, I had assumed it was a legit company. It was then when she told me of the fees associated with the program and asked for my payment information. It was not the first call that I had received from them, however, I am not sure of the exact date and time of the initial contact. A contract was sent to me to sign electronically (emailed from processing@1file.org) and I was to send proof of income back to them via fax at 925-397-47011. They have all of my personal information including ss, dob, etc. |

Trombley Dec., Att. B-1, p. 33

Page 1713
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 146 | 02/08/2018 | | Ebony J | Georgia | Arete Financial Freedom | Arete Financial Freedom contacted me via automated dialer, telling me about new federal student loan forgiveness programs that I could qualify for. After speaking with the representative, it was determined that I was already enrolled but not all of my loans were included. The representative went on to begin the process of trying to get me enrolled. I was supposed to sign an agreement. The fee that Arete Financial Freedom was charging me was $235.00 to enroll me, in what I already have and then give them $39.00 a month for 36 months and All my loans would be forgiven or taken away. YEAH RIGHT...Death, taxes and student loans. I called my loan providers directly and they All Agreed, my loans Do Not Qualify and Would Not Be Forgiven PERIOD. At this time Arete Financial Freedom was already moving forward in the process without my signatures or CONSENT! I had to contact them multiple times to have myself removed and they are still contacting me via autodialers. MOST RECENT OFFENSE: I log into my Navient School Loan Provider, I can't get in...it seems my password reset is going to ARETE MAIL.COM with my username attached. They are a SCAM!!! THEY ARE liars and ripping people off and HACKING my student loan identity man!! Who's doing ANYTHING ABOUT this Shady business!! I have taken a screen shot of the password/user id reset page for further proof of this companies dishonesty. Nothing was EVER FINALIZED, for this company to go as far and make their company email my reset address for my passwords and information is completely UNACCEPTABLE!!! THEY NEED TO BE SUED AND SHUT DOWN ASAP!! --- Additional Comments: I want a FULL COMPLAINT filed AGAINST the company. |
| 147 | 08/08/2018 | 07/31/2018 | Eduardo M | California | ARETE Financial Freedom | Consumer is calling to report that he received a letter from ARETE Financial Freedom offering student loan debt relief. Consumer states he paid the company $333. Consumer states has provided the company personal information. Consumer states the he contacted the lender and was told the loan is being paid on. |
| 148 | 06/02/2017 | | Edward P | | Arete Financial Freedom | CFPB Issue Type: Dealing with your lender or servicer | Don't agree with the fees charged --- What Happened: I was looking for a company to help me to help lower my interest rate. I heard this company on the radio and I called them. They said they can help me lower my interest rate. It will be 3 payments of $249. They said half will go to them and half will go to my student loans and then after that I will pay my student loans at a fixed rate. They asked for my password, SDA log in, my 1040, social security number and checking account number. They charged me $249 on my debit card for my first payment. --- Fair Resolution: I would like my money back ($249) because they are not suppose to charge upfront fees. They are also not suppose to ask for log in and passwords so they need to find other ways to check my student loans. |
| 149 | 05/31/2019 | 04/23/2019 | Edwina W | Arizona | American Financial Support Services | The consumer called to file a complaint against American Financial Support Services regarding consolidation of their student loan for an upfront fee of $800. Consumer gave them her CC number to apply payment but, then decided she didn't want their service and canceled her CC before the full payment was withdrawn from her CC. She states American Financial Support Services now refuses to refund her money because she signed a contract. |
| 150 | 08/02/2017 | | Elizabeth O | California | Arete Financial Freedom | This business claims to have opened 10 years ago. They refer you to the bbb website and there is NOT 10 years of history of this business. I would not trust this business. They claim to be able to help you for 20 years from now big their business has only been open for 2 months. When you question BRIAN, who I was speaking with, he said his manager wasn't available, he doesn't know why it only reports 2 months and not 10 years. They asked me for my credit card information pretty quickly. They asked me if I have good or bad credit. They asked a lot of personal information about me. I'm sure they will shut down and open under a different name. Do not trust this company. --- Additional Comments: I wish for this company to cease operation. They are liars just trying to get people's money. And it would work for months, even years, and they would get a lot of money from people. Be careful about where you try to get your loans reduced or forgiven. Please stop this business from operating immediately!! |

Trombley Dec., Att. B-1, p. 34

Page 1714
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 151 | 06/19/2019 | | Elizabeth S | California | Arete Financial Freedom | On 6/18/19 I signed an agreement for service.  On 6/19/19 I decided to cancel the agreement.  Per the agreement, I have 5 days to do so in writing.  I call Bree Moore with Arete to cancel my agreement, she transferred me to her supervisor Abraham, who then transferred me to Michelle in the cancellation department.  She then transferred me to Travis, who stated that Bree Moore is the person that needs to cancel the agreement.  I was transferred back to Bree Moore, and was on hold for over 10 minutes before Chris, the person in charge of overflow calls picked up the line, he said only Bree Moore could help me.  Chris transferred me back to Bree Moore and her voicemail can on.  I left several messages and have not been contacted.  I have also been on hold with her supervisor Abraham for over 25 minutes.  I am getting the runaround.  I just want to cancel my agreement.  I have faxed, emailed, mailed, and uploaded my Letter of Cancellation on their Debt Pay Gateway.  At this point I believe I am being avoided.  This agreement must be cancelled immediately. --- Additional Comments: I want my agreement cancelled.  I asked for the cancellation within the 5 days per the agreement.  I do not authorize withdraw of funds from my banking institution. |
| 152 | 09/15/2016 | 08/20/2016 | Ember D | Indiana | 1File.org | Consumer contacted 1File.org by phone. The caller offered to help the consumer reduce her student loan debt and requested $150 for five months and then $19/month and a monthly maintenance fee of $39. Consumer has made one payment of $150 by bank debit and gave SSN and banking information. |
| 153 | 06/08/2016 | 06/08/2016 | Emily H | Alabama | US Financial Freedom Center | Consumer stated someone called stating to be from Financial Freedom Center to consolidate student loans.  Consumer stated that they asked for $300 today, $300 later and $39 monthly for 209 months.  Consumer gave her CC information, to make payments but cancelled transactions.  Consumer stated she gave personal information |

Trombley Dec., Att. B-1, p. 35

Page 1715
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| B | C | D | E | F | G |
|---|---|---|---|---|---|
| | | | | | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the IC3 at SEARCH@IC3.GOV. Please check the "CSN Record Details page - Data Reference field" link for further details on IC3 data. --- Incident description: On Thursday, July 31st, 2014 I called a phone number (855-976-5167) thinking I was calling about getting information about the Public service federal student loan forgiveness program. My dad had given me the number and told me to call and check it out. I asked the representative (who later told me his name was "Tony Wynh") if I needed to be working a full time job in order to enroll in the program. At this point I was just calling to get more information about the program. He said no, that I did not need to be working full time to enroll in this program and he asked for personal information (Social security number, my mother's maiden name, address, etc.) in order to see what kind of payment I would qualify for. I asked "Tony Wynh" if this was a federal program with the Department of Education and he lead me to believe it was. He told me I qualified for a program where I would save $30,000 on paying back my loans with this program. I remember asking him if this was a federal program with the Department of Education more than once. And each time the time he reassured me that it was. So, I was very excited to hear that I qualified for a Department of Education program where I could save so much money. He was not explicit in telling me I was consolidating my loans (which I didn't need to do) or that he was applying to put me into "forebearance" on my loans (which I didn't need to do either). He told me I would pay an initial enrollment fee of $398 and then all I would owe on my loans was $39 per month. He said to go into my email and open the document and digitally sign it 4 times. He kept guiding me along to keep digitally signing so I didn't have any time to read the contract. He took my debit card number and said that the initial fee would be taken out in 2 payments (on August 8th and August 22nd) and that the $39 I owed on my loans per month would start being withdrawn on September 4th. As soon as I got off the phone I panicked, like maybe this really wasn't a federal program. I immediately called "Tony Wynh" back on Tony's direct line he had given me (949-220-0772) and left a message telling him I didn't want to do this contract and telling him I changed my mind and that I was wondering if this was a program with the Department of Education! He called me back soon afterwards and reassured me that this was a federal program with the Department of Education. I later printed the contract and read in the contract that I would be paying the $398 fee and then a $39 fee every month-and the contract said NONE of this money would be going towards paying down my loans--it would just go to this company called "1File.org"!! Also, when I saw the contract I realize this was a private company and not through the Department of Education which Tony had repeatedly fed me to believe. Also, it was only after I printed out the contract that said this was some kind of "student loan consolidation agreement"-but Tony never explicitly told me that this was a loan consolidation contract! My loans didn't even need to be consolidated--nor was that the reason I was calling--I was calling to ask about a the Federal Public Service Loan Forgiveness Program and he said that I didn't need to work full time and could enroll in this program. Also, only after I read the contract I realized that this company was applying for me to go into "Forbearance" on my loans which I didn't need, nor did I ever want to happen!!  The company I had this ugly |
| 154 | 08/04/2014 | Emily W | Georgia | 1File.org | |
| | | | | | CFPB Issue Type: Fraud or scam | --- What Happened: I was called by 1file.org, who told me that the could consolidate my student loans and service them for a fee and an ongoing fee. I was told that I no longer had to pay or contact the current loan holder because they would take over my loans. I found after paying $800 and than a monthly fee of $39. The old loan holder was still calling me and stated nothing had been done to my loans and in fact I was now delinquent. I had my bank stop the monthly transactions and would like to recover my money. --- Fair Resolution: To get my money back and sanction and closed down the company for fraudulent advertising and no ability to do what they say they can do. |
| 155 | 12/02/2016 | Endyia H | California | 1File.org | |

Trombley Dec., Att. B-1, p. 36

Page 1716
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 156 | 11/24/2018 | | Eric C | Florida | 1File.org | company is filed on your website as debt consolidation company, they claim to be a document processing company when pressed, and appear on bank statement as ' EDUNET844-593-8072 HUNTINGTON BE CA 08/17 (...****)', where stars are your last 4 of CC info. My issue with them is that they sold me a fraudulent service, for about 600 dollars. They told me on a recorded phone call ( they claim to have recorded) that they worked with the department of education and if I pay them 3 months of processing fees to essentially keep my account in forebearance that I could pay them $24 dollars a month for the next 10 years and my student loan debt would be forgiven. He glossed over the fact that 1 file didn't actually pay NelNet, my loan servicer, with the money I was giving them, but instead these were clerical fees for accessing my nelnet account and putting it in forebearance while they cashed in on my debt. After 4 months they finally send an application to Nelnet ( 1 month after I payed them their initial $600)to try to lower my student debt to the amount they promised, and this is when I realized they weren't actually doing anything. Not only was the application denied because I had already consolidated on my own prior to, but 1file refused to give me my money back for providing me with zero services rendered, and making my interest go up on my loan while in forebearance. They are an immoral company and should not be allowed to exist. --- Additional Comments: I desire refund plus interest accrued on my student loan during the course of the aforementioned scam I fell prey to. Once contacted they will know what they charged me and I can obtain a copy of the student loan statement and have the interest over those four months calculated. |
| 157 | 02/20/2019 | 10/09/2018 | Erika J | Pennsylvania | 1file.org | rep called me about my student loans and said i was eligible for loan forgiveness. he walked me through the paperwork over the phone and at the end said i did get accepted for my $13,000 school loan to be forgiven i just had to pay them $400 for processing. also as i was going through the paperwork online it mentined a $29/month fee. when i questioned the rep about this he told me repeatedly that i would not have to pay the fee. after everything went through the first month the $29fee was deducted frim my account. when i reached out to the company they denied i was ever told this and would not refund any of my money. also then dropped me from the program because i refused to keep paying the $29 monthly fee. after going through the paperwork they just changed my repayment program to repay as you earn and consokidated theough a different company and now my loan is extended another 20 years when i had only a few years left on my original loan. Other-Other Update |
| 158 | 03/20/2018 | | Erin Y | Utah | us financial freedom center | Received a call from a Robert with an Indian accent today. He was calm, cool, collected and had all the answers.<br />The instant he asked for my social I ask him his contact info ( incase we got disconnected, not),<br />He provided a business name, phone number to reach him, email.<br />He had all my info and was rattling it off to me verifying it was correct. So wish I wouldn't have verified all that for him.<br />When I told him I don't give out my sovial he wasn't sure what to say besides' I can't verify your information so that I can proceed with the email.' I bantered on with it can't believe you're asking for my social over the phone like this. At least asking for the last 4 or something...and his voice changed and he said' ok, what are the last 4?' He sounded excited.<br />At this point I've Google Drive him and I'm reading reviews about the scam fest I had on the line.<br />This is giving me the heebs. What slimy souls. ick. IsVictim:true --- Initial Means of Contact: Unknown |

Trombley Dec., Att. B-1, p. 37

Page 1717
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| B | C | D | E | F | G |
|---|---|---|---|---|---|
| | | | | | |
| 159 05/21/2018 | | Erryn H | Texas | 1File.org | This company may be legit to some but to me its a sham since the word scam seems to hurt their feelings. I'm am SUPER uncomfortable with the call i just ended with their company. so much so that I immediately got on Fed-loan.gov and inquired about this company. They knew nothing about them or why on earth they would need so much of my personal information. My heart dropped and i did further research! coming across all the complaints and the dissatisfaction with the clients. I want NOTHING to do with this company and i want my contract to be null and void or I will move forward with my family lawyer and take action through my bank. I told them NOT to charge my account on June 1st ( my first 'payment' for their services) and im expecting them not to and to also terminate my contract as soon as possible. The representative never told me his name or what company he worked for the many times i asked him! (not that i would even understand what he was saying) since you all are listening to transcripts of calls send me what the hell he was saying when i was pressing yes to the automation process. You will also hear how i told him i did not want to proceed and i was uncomfortable and he completely ignored me and made me continue. THE ONLY reason i waited until later in the call to hang up was because he had so much of my information and i was trying to figure out what i was going to do. I felt violated, and he continually repeated this staged speech of being with THE department of education which is clearly false. i see that they are unprofessional even with responding to these complaints with their personal feelings about the clients. its tacky! i could go on and on but I have spent a total of 3 hours of my working day stressing over this! so PLEASE shred my file, and i better not experience any withdrawals to my account OR any hits on my SSN for identity theft. I will take action.... --- Additional Comments: PLEASE shred my file, null and void my contract, remove me from contact list and delete my account information! i do not want the services of 1file.org |
| 160 06/27/2017 | | Eryn G | Wisconsin | US Financial Freedom Center | i receive calls from this company constantly. I usually ignore them and they never leave a message. I answered finally because I wanted to be removed since I have already registered for the program they claim to be helping me sign up for. The caller refused to believe I had already signed up so I agreed to let him check. He had me reset my username and password for my FSA ID. I refused to use the username and password he was trying to get me to use and instead reset my password to one I chose so that I could provide him the information he needed. He then continued to insist that he needed my password. This account contains a lot of personal information and I tried to explain why he should not need my password and why I wouldn't give it to him and that he should just take me off their call list. At the end of the call he claimed to remove me from the list but I do not believe he did. There are so many people my age who are crippled by student debt and would be enticed to follow his directions, especially since he tried to make it seem like he was connected to the department of education. Anyone who wants to explore the options for student loan forgiveness can do so on the department of educations website. There are great plans and my payment was cut in half. If you are struggling please DO NOT listen to these people and go to the official website for department of education. --- Additional Comments: Remove me from you contact list. Delete any information you have on me. Fix your system so that you can legitimately connect to the information you need if you truly are trying to help. You should never need access to someone's |
| 161 02/27/2019 | 09/19/2016 | Esther K | Nevada | US Financial Freedom Center | didn't know. so I picked up and when I answered a guy had told me "Hi, I work for the Department of Education and we are here to consolidate your loans, would like to help you see if we can forgive some of your loans?" At first I was confused as to why I was given a call from the Department of Education about forgiving my loans, so I felt fishy. But he kept retiring, "we are a third party company that works on behalf of the Department of Education." So I believed him and they are working for the government to help students like me have some loans forgiven and my loan amount reduced. And so I had given my FSA ID and password and he took that and consolidated my loans and reduced the amount to be paid and told me I would have to pay an initial fee of $549.00 and a monthly payment of $39.00 and I've been paying a monthly fee since 2016 to 2019. I am upset that I couldn't get any of that back since I had signed their forms of payment. But I was given false information initially by them, thinking they were working for the government to help me. TOPIC:Referrals |
| 162 07/06/2016 | 07/06/2016 | Eunice B | | US Financial Freedom | Consumer is calling to report that she received a call from someone claiming to be with US Financial Freedom stating that they could assist her son in lowering his student debt. Consumer felt suspicious because she looked up the number and there was nothing showing up. |

Trombley Dec., Att. B-1, p. 38

Page 1718
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 163 | 12/10/2018 | 12/04/2018 | Faye N | Montana | American Financial Support Services | A person called stating they work with the Dept of Education and there was a government program for student loan forgiveness that I qualified for.  They offered to set up lower payments then what I was currently paying. They changed my password on my Navient website by having me tell them a number that was texted to me. They then had all the information on my student loan such as social security number, personal contacts, etc. They emailed me a contract to pay these lower payments and were very pushy about getting me to sign it before I had a chance to read through the contract.  They were trying to get me to pay 3 monthly payments of $250 making it sound like it was toward my student loan when it was actually a fee to their company.  I kept telling them I needed to read the contract before signing, and they kept insisting that I e-sign it immediately, and the man was getting angry that I wouldn't sign it.  I figured it must be a scam if they were being so pushy to have me sign documents without first giving me the chance to read them.  I am very concerned about the situation since they got my social security number and all the other personal information associated with my student loans. |
| 164 | 03/28/2019 | 03/27/2019 | Franshesca R | California | 1file.org | I recived a call from these numbers +18669785527 and +12399631450 about loan forgiveness. They said they were with 1file.org a third party for the American Financial Support Services (AFSS). I ended up signing up with them because they seemed credible. This company states that it requires a 6 months service fee which will total to $699 and then after 6 months you have to pay $39 each month and it would reduce your loan by +80%. So out of a $27,000 loan you only pay $9,000. The call was very professional. They sent me emails for documents with the AFSS logo. They had processed me through the FSA. Required that you give them your card information. They will setup an automatic payment through them and would call when the payment is near. I felt concerned after I signed documents with them soI went on the website for the FSA website it stated that it's a scam if the company requires monthly fees. The FSA website stated, "It is illegal to charge an up-front fee for this type of service, so if a company requires a fee before they actually do anything, that's a huge red flag—especially if they try to get your credit card number or bank account information. In some cases, they may even step in and ask you to pay them directly, promising to pay your servicer each month when your bill comes due. Free assistance is available through your federal loan servicer." The company kept saying they were a third party for the AFSS and the FSA website stated, "These are written agreements giving the third party legal permission to talk directly to your federal loan servicer and make decisions on your behalf. Debt relief companies often want these authorizations so that they can change your account and contact information, so you don't realize that they aren't actually paying your monthly student loan bill". Thats when i new that this was a scam. |
| 165 | | 10/11/2018 | Freedom C | Ohio | Arete Financial Freedom | Was contacted about a student loan forgiveness programme from this company. I gave all my information and thought it was a legit company. They took out the first authorized payment of 212.25 and then was contacted from Navient in reference to my student loans I informed them I signed up for the loan forgiveness program with arete financial freedom. Upon talking to Navient they informed me they were not a company with the department of education. So I contacted my bank stopped the withdrawals and asked for a refund. Arete is refusing my refund. I am wanting the money back into my account and arete wants to do is give me the run around. |
| 166 | | 02/09/2016 | Fre'Nedria H | Texas | 1File.org | did not authorize the company 1file.org to debit my account for 199.67 on Feb 8th 2016 but they did on their own. The agreement was that I would contact 1file.org and let them know what my finances were if the payment could be done on the 8th. I did not call them because I applied for the service they do myself for free. So I felt all was well and I didn't need to call or cancel anything because I no longer needed them. In the midst of trying to call them and contact the proper persons was virtually impossible. I kept getting voice-mail and or no answer. Finally on the 9th of Feb I got in contact Lewis who was helpful and Catherine in processing and she said they would try to resolve this and she was sending a cancellation form to the billing department for the stop payment. But two minutes later the representative Tony Nuygen called and told me that I was not getting a refund and he didn't care about my money and they were not cancelling anything we set up, and oh well'. I thought that was so unprofessional and once I told them I was contacting BBB he said that he would cancel it but I didn't believe him I'm very disappointed in this company it's a scam. I think their license should be under investigation because they are not legitimate. I've never come across a business as such who would outright say no refund and then threatened that it was to halfway comply. All I want is my money back and them to not so anything for me. Thank you in advance --- Additional Comments: I expect for them to recognize that they are scam artists that prey on students in a situation that is detrimental and feel like they are helpless. I want my money back all 199.67 |

Trombley Dec., Att. B-1, p. 39

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 167 | 09/22/2017 | | Gabriella  R | California | Arete Financial Freedom | Arete Financial Freedom advertised online, outreaching to people with student loans through Navient. When I contacted them in May of this year (2017), they promised to take care of things, helping me through a difficult situation, and restoring my loans to a healthy and managable standing. They promised to 1. take my student loans away from Navient; 2. handle all paperwork and forms; 3. re-file needed forms annually; 4. bring my loans to an affordable rate; 5. maintain regular communication with me; 6. be the trusted liaison between myself and the loan company. I paid an initial fee of $724.00, with a service fee of $39.00/monthly to begin when my loan repayment began. After I paid the $724.00, communication with Arete dwindled. My account was transferred to different account managers. They asked for a lot of peronal information, but gave very little help in return. My loans still seem to be with Navient. There was no clarity about when my monthly payments would begin, and I could not get a clear or straight answer from Arete. They promised that when they found out the date of repayment, they would let me know. This never happened. I received an email from FedLoan Servicing informing me that a payment of over $500 was due on Sept 24th! This was never the agreed upon monthly rate. The payment was supposed to be $111.00! When I contacted FedLoan Servicing directly they informed me that they have not heard of Arete Financial Freedom.  Additionally, the one form Arete did fill out on my behalf was filled out with fraudulent information.  Arete took $724.00 from me and did not fulfill their end of the agreement. They are disreputable and prey on those in difficult situations. They potentially make a bad situation with student loans |
| 168 | 05/28/2019 | | Gary G | Pennsylvania | Arete Financial Freedom | I decided to use this company because they stated that by using them I would qualify for a certain forgiveness program for student loans. They told to pay 3 monthly payments up front then after that it was $39 a month. ( automatic bank draft) I continued this service under the impression I was enrolled in the student loan forgiveness loan program. It was brought to my attention by my federal loan provider that it wasn't the case. I paid this company a monthly payment for a service I have never received. The service they were supposed to provide can be done by the consumer online with the federal loan servicer for free and done in five minutes. --- Additional Comments: I want a refund of all the monthly payments they have taken because the service promised was not provided. |
| 169 | 01/03/2018 | 01/03/2018 | Gary M | New York | Arete Financial Freedom | The consumer contacted a company called a company called Arete Financial Freedom that offered student loan consolidation. The consumer did not comply. UPDATE01/03/2017 Consumer wanted to get information about fraud alerts--ASolano |
| 170 | 11/07/2016 | | George H | California|North | 1File.org | CFPB Issue Type: Fraud or scam | --- What happened: Hello, I was contacted by a company called 1File.gov concerning student loan consolidation. I gave my information bank included to them for a program that cost 199.99 for 3mo. Then cost to make payments would be 30.00 . I have just today found out that 1File.org is a scam and I would like them to be checked out for assurance of my information given to them. I have documentation on transaction with them of my information. --- Fair Resolution: Well if their not legit I would like them to be censored for this and documented that they are a scam. |
| 171 | 01/21/2017 | | Ginny G | Minnesota | US Financial Freedom Center | CFPB Issue Type: Can't repay my loan | Can't decrease my monthly payments --- What Happened: I was contacted by a company calling themselves Us Financial Freedom Center (usffc.org) and they told me that I could make a series of payments to help get caught up on my past due loan payments. I've made three payments of $200, and just learned that the payments weren't being applied to my debt. I spoke with the Department of Education a few days ago. I have tried to contact the company and haven't heard anything. --- Fair Resolution: I would like to get my money back and resolve my payment issues with the Department of Education so I can get out of my default status. |

Trombley Dec., Att. B-1, p. 40

Page 1720
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 172 | 09/16/2015 | | Glen H | Arizona | 1File.org | This company violated FDCPA guidelines and processed unauthorized payment and claimed they cannot return it. I am sure all calls are recorded for quality and compliance purposes for these kind of reasons. Spoke to three different people. The first two people I spoke with claimed 'we cannot give you your money back because the payment is already processed.' The agent advised me that they can give me a discount on my next payment, but that doesn't do me any good when I need my funds for other bills or for my wife's hospital expenses. I contacted the company 5 days in advance to ensure the payment will not draft on 9/14 and to make sure it drafts on 9/25. They advised me that the payment will draft on 9/25 and I even set up my final installment payment for 10/9. I checked my bank account today and it shows they drafted my account, UNAUTHORIZED. I was given another number to contact about a refund and they claim it can take 6-7 days to refund. At that point I asked for a manager and they said it can take 24-48 hours. It's not acceptable and unfair that I have to wait for MY FUNDS to be refunded due to a company's mistake. --- Additional Comments: I would like my refund back of this unauthorized transaction of $199.67 and for them to NOT store my debit card information on file. I would rather call my payment in knowing with peace of mind they will not do this again in the future by NOT keeping this on file. This company has lost all my trust. |
| 173 | 09/18/2016 | | Hannah S | Maryland | 1file.org Student Loan Processinglusffc.org Student Loan Processing | ... my student loans and have me pay the government directly. They told me I could leave Navient (student loan processors). They had all of my information from Navient. They knew exactly how much money I owed, including the money I had already paid and information on my Pell Grant rewards. I checked out their website and the Better Business Bureau, and it had given them a good rating. They then asked me for information such as my address, social security number, and then had me apply on file1.org. They asked for my credit card info, so that the first two loan payments would be made, but with their added fee to it, equaling two payments of $349.50. Then my payments would be about $308.98 (same amount that I was paying Navient) after the first two months. However, they sent me a document of my application through them via USFFC.org. I got an e-mail from the National Student Loan Data system. Then file1.org e-mailed me (processing@file1.org) for my tax information, I only gave them the W2, but then they said they needed my 1069 Form, because they said my W2 was not good enough. So I sent a Student Loan tax form I had from 2015. They Then, a month later, on September 17th, I get a call from file1.org saying that my payment was late and that my credit card would be ruined. This was after I had just had my credit card canceled from someone using my credit card number. I hadn't remembered to tell them my new credit card number. I said that I was waiting for my new card to arrive, and would let them know next week. I went home and discussed this with my family and then they said to check the FAFSA website to make sure this student loan processor was on their list. It turns out that they are not in the list of student loan processors. I called them and they said that the Department of Education still has me registered with Navient. I then called my bank to cancel the previous payment to them of $349.50. Then I went and made report with the credit bureaus my bank listed, and the Federal Trade Bureau. But I thought I could also solve this problem with a new social security number and card and cancel my old social security card, so that if they do try to open up bank accounts and use my information, they would not be able to. Please let me know what you can do to help me with this, because I believe I have been a victim of identity theft. Other-Other Update |
| 174 | 10/03/2018 | 09/01/2018 | Hannah W | Utah | Arete Financial Freedom | Consumer reports that she received a letter by Arete Financial Freedom who is offering to enroll the consumer into a government program that they claimed would permanently lower monthly student loan payments for a loan forgiveness. Consumer reports that she paid them a month $248. |
| 175 | 06/27/2018 | 06/27/2018 | Hasmik C | | Arete Financial Freedom | This third-party vendor claimed to be a part of the department of education, sending me a letter in the mail claiming loan forgiveness and consolidation. The agent asked for personal information such as login to my current loan account, credit card information which they charged me already, etc. They have scammed me and I do not want them to have anything to do with me or my loans. I would like my money back and my information they have erased. |

Trombley Dec., Att. B-1, p. 41

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 176 | 08/14/2019 | 08/10/2019 | Heather C | Virginia | 1File.org on behalf of the Department of Education | I was contacted by someone saying they were a third party processing company for the Department of Education. They said that I was eligible for a discharge of my student loans and they were going to help me consolidate my student loans and hopefully save me about $10,000. The reason I believed this to be true was because he was able to change my FSA ID for me. I didn't give him my password, he had my SSN and he knew my exact loan information including the amounts I have paid and the number of payments I have made. I was asked to sign a document that seemed legitimate and I "verified" my DOB, driver's license and address. He was able to put a forbearance on my loans for the amount of time I was supposed to be paying my processing fees of $250 for 4 months. Again, I didn't give them my password. He was able to access my account anyways. I gave him my debit card information which was going to pay $1000 over 4 months |
| 177 | 11/21/2019 | 02/25/2015 | Heather G | | | In February of 2015 I became a &quot;client&quot; of file1. They told me that if I paid 3 payments of 150 and then 35$ a month after that, I would be taken care of with my loans. I have had to reach out multiple times because they were putting information on my income based payment forms that were not true. They also failed to tell me that I could go through FEDloan services for free. I have as of today 11/21 canceled payment with the company and changed my debit account. I cant imagine how many people they have hurt. They owe me at least 2000$. |
| 178 | 12/12/2017 | 12/11/2017 | Heather H | Iowa | US Financial Freedom Center | Other-Other Update<br>Consumer states she had a call from US Financial Freedom Center. She was called on 12/11/2017. She gave them her personal information including her debit card and her SSN. |
| 179 | 06/14/2019 | 06/14/2019 | Heather L | Georgia | American financial support services | i received a call saying i was qualified for student loan discharge. i asked for verification of legitimacy and was brought to the fsa website, given a login based on my personal information such as where i got the loan, when i transferred. they even told me my social security number. i hurriedly signed documents as i was late to work and thought this was perfect but its a scam i see now. as the documents i signed say i have to pay them $899 to do this. and the fed loan servicing explicitly warns about this, please help me. |
| 180 | 06/21/2017 | 06/21/2017 | Heather S | Missouri | US Financial Freedom | Offered 70-80% off student loans. Stated that FAFSA PIN had expired. Asked for SSN, email, birth date, and personal Address. I only gave false information. Representative gave me a call back number: 1(888)993-2891<br>Other-Other Update |
| 181 | 06/18/2018 | | Heidi D | Ohio | Arete Financial Freedom | On 3/29/18 I signed up with this company which would help me to have reasonable monthly payments for my school loans. After 120 payments, my loan would be forgiven. Shortly after signing up, I found a similar company with lower monthly payments and cancelled. I am asking for a refund of the $283.00 that was paid on 4/6/18. ---<br>Additional Comments: refund of $283.00 |
| 182 | 12/27/2018 | 10/18/2018 | Helen C | Florida | Arete Financial Freedom | I received a phone call from Arete Financial Freedom stating that I needed to start making payments towards my student loans. Payments of$199.75 for up to 4 months and then my monthly payments will be reduced to$39.00 a month. My first initial payment was on 10/27/2018, then another payment was on 11/29/2018, both payments of$199.75. Without my knowledge, I thought I was paying towards my student loan until I called to check on my credit scores and found that my scores has dropped due to non-payments of my student loans. I reached out to Great Lakes,the servicer of my student loans and I was told that there haven't been any payments towards my student loans.I need to be reimbursed my money from whom I've been making payments to, Arete Financial Freedom. UPDATE: 12/27/2018 Consumer called to add additional info. JDAVIS |
| 183 | 06/27/2018 | 06/26/2018 | Helen J | Kentucky | Education Loan Network | She has rec'd a call from onefile.org informing her that she owned $39 additional amount for her 2nd loan payment. She was told by caller that the charge had been declined by her bank. After this call, she contacted her cc companies to verify the info. Consumer states that she found out that a charge of $700 had been placed on one of her cc(s) from Education Loan Network. She does not remember authorizing the charge. She will dispute the charge. |
| 184 | 09/05/2018 | 02/02/2018 | Helen L | Georgia | Arete Financial Freedom | The consumer received a call to her cell phone from a company called Arete Financial Freedom. They were to reduce her interest rate on her student loans. They debited her checking account for a payment or higher than what she was paying. This was done for 3 months. Then the payment was $39.00. The money was not applied to the student loan. The payments are lower, but the interest rate is higher. She did not complete the application. The money that was taken to pay for their fees. |

Trombley Dec., Att. B-1, p. 42

TROMBLEY ATTACHMENT B-1

| B | C | D | E | F | G |
|---|---|---|---|---|---|
| 185 | 06/28/2018 | Holly B | | Third party- 15.org or 1file.org | A male called my cell phone pretending to be a representative of a third party for department of education. (only after I kept asking for his information) for the american loan forgiveness plan. telling that i am eleigible. he also said something about 3 monthly payments and directed me into the federal student loan id page. asked to confirm my email and fsaid . i would not give him my social and password. but i did have to reset my fsaid and not sure if he got in or not. I hung up because I wasnt sure about it. then i was locked out of my fsaid. so i called fsaid and changed it. then called my student loan servicer.TOPIC:Referrals |
| 186 | 01/09/2019 | Holly O | Pennsylvania | Arete Financial Freedom | Arete Financial claims to consolidate student loan debt and charges $799 up front, spread out over three months, and then charges $39.00 from April 2019 to December 2038. This contract and agreement is claimed to pay off student loans based on consolidations and Obama Student Loan Forgiveness. Moreover, they had personal information; social security number, loan amounts to Navient, name, and home address. This was alarming to me but this is what made me think they were legitimate business. However, I reviewed them on BBB and realized that this is in fact a scam and that they should NOT be trusted. I am paranoid that they will try and take the first payment from my bank on January 15, 2019. I will be contacting my bank tomorrow to close this account and open a new account to avoid such transactions. --- Additional Comments: If they should charge my account prior to my ability to close my bank account, or thereafter, I wish to receive a FULL refund in the amount. |
| 187 | 06/28/2018 | Hope M | Georgia | ARETE FINANCIAL FREEDOM | Freedom would reapply for mo once a year. But they filled out the forbearance paperwork instead and lied said I was having financial problem.All of the paperwork was fraudulent. I never wanted 0 payments I wanted my payments to be lowered not a forbearance. This company told me you know Great Lakes is a Collection Agency that charge all this money how would you like to lower your monthlypayments. Arete Financial Freedom wanted me to pay them $233 for 3 months and $39.00 a month for a year for some paperwork. I have done for myself for free several times. I got in contact with Great Lakes Student Loan Service and they told me Arete filled out the paperwork fraudulent because I told them I never wanted a Forbearance from the beginning I had no problem paying the $118 a month. Than that???s when I knew I got scammed. The lady on the phone told me I Got GOT. Scammed. |
| 188 | 08/07/2018 | Hunter H | New York | Arete Financial Freedom | My mother, Elizabeth Hennessey, received a letter from Arete Finacial Freedom stating that she was eligible for a student loan forgiveness program. I was confused because we thought the loans were only in my or my father's name. My mom calls the company back thinking it was a legit service. She asks me to speak on the phone to give my information. Once on the phone, a man named Wilton Sy started asking tons of questions, explained how he had access to my loan information as well as all my FSA ID, password, and account information as well. he said that if we signed up for this program I would only be paying 9,500 of my student loans rather than the larger total I owe, due to my family size. The entire conversation was confusing and I was under the impression that it was a legit federal company. I gave him my information and we hung up. Immediately after I re-read the contract and saw that I was going to be charged for his service and called back to cancel. Wilton said he did not process the information and that I would not be charged. I was charged and have been calling and emailing this company since. I have not received an answer. Mohela called me today and explained that this company created an email address for me and placed it in my Mohela account and it was flagged. Mohela got rid of that email and told me to file a complaint. I would like to be refunded and for them to not have my personal information. |
| 189 | 04/03/2018 | Jack D | New York | 1File.org | The person I signed up with over at this company called 1 File told me that my payments to them were going to my student loans. Only after my payments were made did I realized they were going to the company the whole time, and so are the $39 monthly fees which they also said wont to them. --- Additional Comments: I should get a full refund since they lied about where my money went and obviously pocketed it themselves. |

Trombley Dec., Att. B-1, p. 43

Page 1723
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| B | C | D | E | F | G |
|---|---|---|---|---|---|
| 190 | 10/26/2017 10/05/2017 | Jackie C | Michigan | 1file.org|US Financial Freedom Center | This representative called me claiming to be working with the department of eduation to help me enroll in student loan forgiveness program that fit my financial situation better. He was very convincing and used an online contract with a signature system and a verbal consent system as well. This made the process seem even more legitimate. He told me he could set it up so that my monthly payments would be lowered. He claimed to be a 3rd party processing center that would work with the department of education and set up the new loan agreement for me. There would be a $599 fee for their company to do this for me. They asked for my credit card information, my drivers lisence number and they had my social security number already! I think they must have gotten it from my federal loan website which they were able to view. He changed my FSA user name and password and was able to see the exact loans that I owed on and everything. I had no idea I was being scammed. I called him back to "cancel" the whole process and stated that I did not need their services and the representative got very upset with me and started trying to remind me why I need their help. A woman called me back to ensure that my file was never processed. She said she was an under writter for the program they were trying to enroll me in. It seemed like she was just in on it as well. The companies "1file.org" and "US Financial Freedom Center" may be names of legit companies, but they probably do not cold call people like me and prey on vulnerability and talk fast to get you to use their company. I canceled my debit card a couple hours after they called and I am taking other precautions, but I am worried they are able to make changes to my federal student loans on my behalf with the documents that I have provided! Or that they might try to steal my money in the future. What happens with an underage graduate, who will be paying this student loans of several years after graduating. On the 29th of November, 2016, I received a call from a company called 1file.org. Their promise was simple: consolidate your multiple government student loans into one fixed rate loan. How could I not be interested? After a lengthy phone call where I gave them some of my information regarding my loan repayment status (they already had my information in regards to how much I owed), I was all set; well, almost all set. The final step was a simple $599 fee that was to be spread out over the course of three months, which was the first partial warning sign, however, at this point I had become excited at the prospect of shortening and simplifying my repayment process. Fast forward to the middle of December; I am still receiving calls from MOHELA, my DoE loan servicer, in regards to a debt that I have on my account. At this point, I remained calm, as the people at 1file.org had informed me that there would be a lag period with my registration, and that they surely were working to resolve my account delinquency. I decided to hold fast through the holiday period, partly because I believed them, and partly because I was out of town visiting family for several days on either side of Christmas. Upon returning to Portland, Oregon on the 28th of December, I still was receiving calls from MOHELA, referencing my past due account. The first thing I did was call them (MOHELA), at quarter after one PDT on December 29th. This call didn't last long, as the woman I spoke with informed me that MOHELA hadn't received any paperwork, had not been contacted, and had no idea in general that I had been in correspondence with what I had thought was a legitimate third party repayment servicer. I decided at this point, on the 29th of December at 13:40 PDT, to call the customer service line at 1file.org. The woman on the line informed me over the seven minute phone call that 'these things take time', in regards to my application, and that she would be happy to contact MOHELA and make sure that my loans went into a period of forbearance until it was indeed time for me to officially switch over to this new servicer. During this phone call, I received another phone call from the same base number (presumably another CSR from within the company) because when I began questioning the woman on the phone as to why I would be receiving two calls from the same company at the same time, she became quite short and defensive, citing that they were 'just trying to help'. At this point, I did what I should have done initially; I went onto the internet forums, BBB.com, and looked very closely at their official website. I was now quite sure that I had fallen for a scam on at least some level. I made the call to MOHELA yesterday, January 5, 2017, at 10AM PDT, to MOHELA. The woman I spoke to had still not received any correspondence through any medium that 1file.org even existed. I had her note my account that this was the organization that was claiming to be taking over my loan servicing, and had her put my loans into a general forbearance until I am able to come to some sort of solution. The woman I spoke with at MOHELA also referred me to the CFPB, and one day later, my story comes to an interlude. Please help!! -- Have contacted: CC Issuer - Fair Resolution: I have paid two of my three payments that will in total sum $599; my next payment is due on the first of February, and after that it has become quite unclear to me what the next move is for 1file.org. I would at the very least appreciate some direction as to how to fix my problem, up to and including retrieving the funds that I've already paid to this organization, information as to how to strike my personal information from their records, |
| 191 | 01/06/2017 | Jacob H | Oregon | 1file.org | |

Trombley Dec., Att. B-1, p. 44

Page 1724
PX24 Trombley Decl.
Attach. B-1

## TROMBLEY ATTACHMENT B-1

| B | C | D | E | F | G |
|---|---|---|---|---|---|
| | | | | | I was just contacted by Nina with US Financial Freedom Center. She was very knowledgeable and very kind to me over the phone. She persuaded me in giving her the information that she needed in order to consolidate my student loans. She even convinced me that they worked directly with the Department of Education. After taking brief information she told me that I would be paying a consolidation fee over a three month term of $266.33 after that three month term I would be charged $39.00 a month for the next 20 years totaling $9,360 in which the rest of my consolidated loan would then drop off. It seemed all too good to be true. I asked repeatedly if this was promised and that I would be able to log into my student.gov and see that my payments would be at $39.00 rather than the $265 that they are and she said yes. - I mistakenly gave her my password to my login so she could see my loans to acquire a contract for the consolidation she was promising. She read off my social to me, my address, etc. I went as far as giving her my card information to set up the payments... it wasn't until I received the contract via email that I was then worried about what I had just done. She was pushy about getting the signatures in so she could refresh the page and get the process going. - I told her that I needed to call back after reading it and immediately looked online to the BBB for accreditation. After seeing complaint after complaint I jumped the gun to soon. I called Nina back and declined her offer and asked to assure me that my information was deleted and that I wouldn't be charged. She said yes, but I don't feel as if I can trust her. I am asking that the company US FINANCIAL FREEDOM CENTER as well as her sister/counter-part 1FILE.ORG delete my information in total. If it is not done so I will seek to the FTC. --- Additional Comments: Delete all personal information from your company including my social security number, address, phone number, name, loan amount, debit card number and my banking information. I am also looking to be no longer contacted. |
| 192 | 01/17/2017 | Jacob L | Idaho | US Financial Freedom Center | 1file.org called me claiming that under the 2012 Student Loan Forgiveness Act that I qualify to make $215/mo payments for 120 months and the remainder of my loans would be forgiven. Of the $215 a portion would go to 1file.org for their services and the rest to my loans. They said this was a set payment amount and would never change as income goes up. They asked me to pay for their processing fee upfront stating they would give me a discount if I did so, I did not pay at this time because it seemed to good to be true. Over the next few weeks I received phone calls as updates that they were still processing my application. I then began receiving phone calls from them asking me to file an application with them. I would explain that I already have filed an application with them and they would tell me that I did not qualify for what I was originally quoted and that I must reapply. The payments they then quoted me were much higher than $215. I declined and asked for the calls to end since I would not be doing business with them. They have now started charging my credit card $249.67. I called to get the charges reversed and was told that they had processed my application and were owed this money and that I did qualify for $215 a month with a balance forgiveness at the end. They showed no record of the other phone calls. Although it has been several months my they are still processing my application that I have told them to stop. In the beginning I was told that it would take 48 hours to process and then my loans would be consolidated. This is not the case. I have researched as much as I can about this act and acknowledge that I do not qualify. I asked for a refund and it has not been processed. In the contract they mention a money back guarantee that if they do not get what was promised fees would be refunded. This business must stop cold calling and making promises they cannot stand behind and then charging individuals when no work has been completed. --- Additional Comments: I would like the money that they have charged my account back, along with any interest the company has made off of it. --- Source Agency Contact Method: Online --- Indiana Consumer Age: 55-59 |
| 193 | 05/18/2015 | Jacob W | Kentucky | 1File.org | 27-Unsatisfactory Performance/K--- |
| 194 | 08/26/2016 | Jacqueline B | Indiana | 1file.org | |
| 195 | 09/06/2016 | Jael L | Pennsylvania | 1File.org | This company contacted me a few months ago stating I qualified for loan forgiveness of $40,000, which was a lie and the rest could be paid on a monthly plan. However, two months ago I found out that this company is just the middle man and actually set me up to make student loan payments with a company called Great Lakes. Onefile.org wants me to pay them $40 a month for the next 2 years for setting me up with Great Lakes. They also charged me $200 for the first 3 months which I found out did not go towards my student loans. I had no clue about a $40 service fee or that they were setting me up with another company for my student loans. Great Lakes said one file org is a scam and prey on college students who are unaware of their deceitful intent. They are now threatening me with reporting me to collections and wage garnishment for their service fees which seems illegal. -- Additional Comments: I want this company to cancel my contract since I was lied to when they signed me up which is false advertisement. |

Trombley Dec., Att. B-1, p. 45

Page 1725
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| B | C | D | E | F | G |
|---|---|---|---|---|---|
| 196 03/05/2015 | | Jaimiecia C | Florida | 1File | CFPB Issue Type: Fraud or scam | --- What Happened: I responded to an email about loan forgiveness and an "agent" contacted me Wednesday, February 25, 2015 regarding the loan forgiveness email. The person asked for my card information, social security number, fafsa pin and other information. I was told that the loan forgiveness company which is linked to 1File.org would put me on an income based repayment plan and that the company was associated with the U.S Department of Education. There is an upfront fee of $600 dollars which the company has split into 6 payments of $100 dollars a month for the next 6 months. I am under the impression that this company is not going to do what they say particularly because they claim they are consolidating my loan and do not wish for me to talk to my current loan provider. Great Lakes Borrowing Services. My current loan provider has said that there has been no contact between or update sent to them or my account with them regarding the 1File.org people and that consolidating a loan is impossible if I only have one loan that I am paying on. I have not paid 1File.org anything yet and the first payment is set for March 23, 2015. --- Have contacted: CC Issuer, Gov Agency --- Fair Resolution: A fair resolution would be to ensure that the data given by me to the 1File.org entity can not be accessed or used by them and that the company should be shut down so that other people will not be tricked into giving their money away to a company that is not trustworthy. |
| 197 08/25/2015 | | Jamie G | Florida | 1file.org | CFPB Sub product: Federal student loan --- CFPB Issue Type: Improper contact or sharing of info | Talked to a third party about my debt --- What Happened: I tried to consolidate my loans back in August of 2014, the company told me that I had to make six payments of $99.00 upfront and the payment dropped to $39.00 for 240 months.  My original balance for my Federal Loans was $21,000.00 and after I paid all of those payments for 240 months that $14,000.00 would be forgiven.  I received a monthly bill from the actual loan company stating that they hadn't received any payment and that my current balance was still the original balance.  So I had called the loan company Fed loan and they said they haven't received any payment from 1file.org.  they said it's a third party company and that I needed to call them and ask where my payments were going to.  When I called 1file.org they told me that the $39.00 a month was going to their company to pay for their employees for them to file all the paperwork to keep my current due payment at zero dollars based on my income until $9,300.00 was paid.  That the government would then forgive the entire rest of the balance.  I asked them if they could send me some kind of paperwork and he emailed me the same monthly bill that I received from Fed loan with the zero current due and the same original balance.   I called Fed loan back and they told me that I could cancel the payment to them and report them right away.  Every time I call they say thank you for calling processing and doesn't let you talk to anybody. When they call they always call from blocked numbers.  The scheduled payments never come out on specific date they always come out on different dates. --- Fair Resolution: I would like for them to give me my |

Trombley Dec., Att. B-1, p. 46

Page 1726
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 198 | 03/04/2019 | | Jamie H | Colorado | Arete Financial Freedom | In April/May of 2017, I was contacted by Arete Financial regarding M-CM-^M-BM-^@M-BM-^\student loan forgivenessM-CM-^M-BM-^@M-BM-^\. I received several text messages from them (that I ignored) then received several phone calls and inadvertently answered the last one, and that's how our conversation began. In speaking with them they explained they could help me with forgiveness of my student loan (parent plus loan). With that they told me they would help me with my student loan (parent plus loan) and if I let them take care of it, I could get student loan forgiveness after a period of time. I had to pay them $1,304.00 in upfront fees, then $39/mo for the duration of my loan. Then, after a month, they told me they would help me with the next one or two (completing the student loan ICR Repayment application) then I would be on my own to complete it. The sad part is, I had signed this contract with them to get to the student loan forgiveness and now I didn't know what to do. I was misled into believing they could help me, but in fact, all they are doing is charging me $39/mo and doing nothing for me. I believe by approaching me about M-CM-^M-BM-^@M-BM-^\student loan forgivenessM-CM-^M-BM-^@M-BM-^\, that's how they lure you in and get you to speak with them, when in fact, that's not the case at all. I found myself constantly trying to reach out to the representative they told me was assigned to my account with questions and never could get a hold of them no matter how many emails I sent or phone calls (leaving voice mail messages) I made. Last year I decided to do some research on the web to see if there was anyone out there who could perhaps provide some assistance/guidance of what to do regarding my loan and I wanted to look into the M-CM-^M-BM-^@M-BM-^\student loan forgivenessM-CM-^M-BM-^@M-BM-^\ details. In doing the research, I came across a link to an article from the Federal Trade Commission indicating it was illegal to charge someone to help them with their student loan paperwork. At this point I became very concerned about just what Arete Financial was up to. Once I read this article, I discovered there was a link at the bottom to the Federal Trade Commission's website where I could file a formal complaint against this company. I filed a complaint and received an email reply where it appeared as though they didn't understand what I was filing the complaint about. I replied and further clarified the details, but never received a reply back. At that point, feeling completely helpless, I basically gave up on trying to find a solution to this issue. Recently, I received a call from the FTC regarding my complaint and after talking with them, it seems this company is engaging in deceptive and illegal practices. I went straight to my loan servicer website and to the FSA (Federal Student Aid) website and logged into both only to find out that Arete has not only changed some of the information within my account, but I finally got a hold of copies of the 2 student loan applications they filled out for me to date and I discovered they had provided false information --- Additional Comments: I would like a refund of all fees paid to Arete Financial to date. Approximately $2,006.00 |
| 199 | 02/27/2019 | 06/28/2018 | Janell B | Texas | Arete Financial Freedom | Arete Financial Loans and Freedom Debt relief are a true scam. We have got out of the Freedom debt relief and paid all of our credit cards on our own. Then I realized through them they connected us with Arete and since July 10th of 2018 we have been getting scammed. We did sign up after speaking to a representative and they reassuring us the 1899.00 X 2 for both me and my husband would be going straight toward our loan. I also called in October to ask these questions and the 39.00 fees everytime they have charged us since paying the loan. She stated it was only a 1 time fee per year and that was a lie too. I have tried to reach them to discontinue like we did we freedom debt relief and no one will answer or I get someone and they say they are tied to fedloans and that is a complete lie spoke to a representative today and she stated there should never be fees or service charges for consolidating a fed loan. I am going to my bank to stop payments from where the fees are coming from. I will also pay through fedloan website but we want to take action and get our money back for the lies and scams Arete and Freedom Debt put us through. |
| 200 | 11/08/2017 | | Janice C | California | US Financial Freedom Center | Company represented itself is US federal center called me consistently every single day to three times every day I want them to stop calling me --- Additional Comments: A company who represents themselves as US federal freedom Center keeps calling me two and three times a day I do not want this company to call me anymore. I have told him to take me off their list. |

Trombley Dec., Att. B-1, p. 47

Page 1727
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 201 | 08/09/2018 | | Javian E | Florida | 1File.org | I'm filing this complaint today because I'm completely dissatisfied with the 'so called' that I received from the company 1file.org. Originally upon signing up for their service I was hesitant because I've never heard of there company, initially I couldn't find any relevant info about the company and I just had an overall bad feeling. My goal was to pay down my student loan debt and at the same time improve my credit, which initially, to my understanding, the company 1file.org would help me do so. After a long back and forth conversation, I reluctantly agree to sign up for their service. My worries began to grow after needed addition information, I was unable to get anyone from the company on the phone. Finally when I did, I spoke to a woman and asked her what exact service am I paying for with this company. She began to explain their services, which were not parallel to what was explained to me upon signing up. I have already sent this company 3 payment: one of $99 and two payments of $133.33. What I wish to accomplish by filing this complaint is to vet a full refund of the 3 payments that I've sent to this company. Also for all of my personal info to be taking off of their records. I appreciate you taking the time to read my complaint. I hope yo have this issues resolved soon. Thank you --- Additional Comments: My desired outcome is to be refunded the three payments that I sent to this company for their service which are $99 and two payments of $133.33 |
| 202 | 07/24/2018 | | Jay L | California | USFFC/1FILE.ORG | A guy named M-CM-'M-BM-^@M-BM-^DerrickM-CM-'M-BM-^@M-BM-^] convinced me to signed this federal loan consolidation thing. I was in doubt already so i called him again and told him that i want to cancel/revoke the agreement that signed. He just talked fast and I didn't rven understood what he said. And then hanged up. I tried calling again but the i think he put me on blocked list. No payment has not been settled yet but i gabe him all my informations, he even accessed my FSA and cornerstone loan (that he should not be asking in the first place) but i got fooled so i did everything he told me. I even gave him my credit card informations. Those $599 is for the enrollment fee for them to process the consolidation application when in the first place everyone can do it online for free. And then those $39/monthly says M-CM-'M-BM-^@M-BM-^monthly service feeM-CM-'M-BM-^@M-BM-^] not the loan payment itself. I just want to cancel and revoke that application and erase all of my informations. --- Additional Comments: I want to cancel/revoke the agreement that I signed I thought would help me lower my loans. And stop all those payments that they will charge to me. Second complaint: CFPB Issue Type: Dealing with your lender or servicer | Received bad information about your loan --- What Happened: Hi! Someone called me and told me that I am eligible for federal loan consolidation and he will help me towering my student loan. He said he's working under USFFC. He convinced me to sign all the paperworks online. But then after that, I felt weird so i decided to give him a call back and cancelled it. He said he's gonna cancel it but I didn't received any cancellation notification. I tried calling him again but its no longer available. When I checked the email that he sent me, the user agent's web is so suspicious. He said he's working for USFFC but then on the document it says he's working under 1FILE.ORG. Please help me. I gave all of my informations and my credit card information also. I attached the documents that I signed. --- Have contacted: CC Issuer --- Fair Resolution: I want to cancel my application that the person made. And erased all of my informations that he had. |
| 203 | 08/06/2018 | 09/01/2017 | Jayme A | North Dakota | Arete Financial Freedom | Consumer stated that she hired Arete Financial Freedom to forgive her student loans. Consumer stated that she has paid $910 and supposed to pay $39 monthly. Consumer stated they are giving the Department of Education false information, an email address they set up, they stated she had more children and she does not receive income from her husband. |

Trombley Dec., Att. B-1, p. 48

Page 1728
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 204 | 10/11/2017 | 07/27/2017 | Jazmine R | Texas | Arete Financial Freedom | I recieved a call on July 27, 2017 from a man named Jeremy. He said he was from Arete Financial Freedom and he was wondering if I would like to see if I qualify for a student loan forgiveness plan. He went on telling me about the benefits then finally I said sure and provided with with the necessary information he needed like my income, how much I owe in student loans, etc. He also asked me to provide him with my username and password to Great Lakes, the third party where I currently make my student loan payments to. After putting me on hold for a couple minutes he said I was approved. He said with this plan all I have to do is pay a fee of about $500 then I would just have to pay a small monthly payment for over 2 years that would total to about $2,000 even though my student loans are about $27,000, meaning I wouldn't have to pay almost $25,000 of my loans. He also said to stop paying Great Lakes and he also mentioned they work with the Department of Education. Getting caught in the moment I signed the form and gave him my debit card information. Later that night I began to feel uneasy so I changed my Great Lakes password and cancelled my debit card. He called later that week saying he needed my SSN and told me he could not get into Great Lakes. I did not answer. Worried that this was a scam I have been avoiding his calls and he went away for about 2 months. I just recently recieved a phone call from him, in which I did not answer, saying that I no longer am eligible for the plan but I still owe the fee. And until I pay him back my taxes will be withheld. I am still wondering if this is legit or not and do not want to communicate until I know this is not a |
| 205 | 02/02/2019 | 02/01/2019 | Jeana H | Oklahoma | American Financial Support Services\|1file.org | They said they were going to "debt forgive" my student loan debt and I only had to pay 20% plus the starting fee for them to do the paperwork to put me on a fedloan repayment plan I was already on. I gave them my FSA, signed something authorizing power of attorney, gave my social, email, ect. The next day I started looking into them and came across all the reviews on the BBB and realized what had happened. When I tried to log into my fedloan they had changed my password and security questions. These people were going to take my money, put my account in forbearance, and let my student interest accumulate. For more information you can see their reviews on the BBB website. https://www.bbb.org/us/ca/huntington-beach/profile/debt-consolidation-services/1fileorg-1126-172010 885/complaints Other-Other Update |
| 206 | 05/07/2019 | 05/06/2019 | Jeanette R | Texas | American Financial Support Services | Consumer got a call form American Financial Support Services and they promised to lower student loan debt payments consumer was ask for dob and they had all her personal information. Consumer got an email with an agreement and consumer signed it and is scheduled for payments. Consumer called the number back and it was not a working number. |
| 207 | 08/16/2016 | | Jen T | Arizona | 1File.org | For the past two weeks, I have been receiving dozens of calls from 1File.org. I told them multiple times that I am not interested in their services. On Monday, August 15, I spoke with one of their representatives trying to understand what they were trying to do with my information. That man who claimed to be working with the US Department of Education said that he was calling on their behalf to inform me that my student loans are qualified for loan forgiveness. I told him that I have already taken care of my student loans. Before I could finish that sentence he interrupted me saying that he has sent a code to my gmail account and I need to give him the code so that he can confirm my information. I tried to ask him what for the company name and he said that before he could proceed he needed to confirm my identity and I needed to give him the code. Against my gut feeling I did, but seconds after I realized that it wasn't just a code to verify any information it was a code to RESET my FSA ID. At that time I was transferred to another representative I tried to ask him what was going on and said that they just reset my password and he then transferred me to another person. I told him that they do not have permission to access my account and that I am not interested in their services. Immediately I got off the phone, called the FSA ID government hotline and asked what I should do to regain control of my account. I was instructed to disable my account and when I had time to change my username, password, and associated email address. Nevertheless I received more phone calls this morning and more emails informing me that they are trying to access my account. I have just reset everything as instructed. I tried to get in contact with the company so I went to their website and called the number there. I was hung up on multiple times and told that I did not know what was going on. --- Additional Comments: I demand that my information be completely removed by this company and that their representatives cease to contact me by phone or email and that they cease trying to gain access to my FSA |

Trombley Dec., Att. B-1, p. 49

Page 1729
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 208 | 05/17/2019 | | Jennifer A | California | Arete Financial Freedom\|Arete Financial Group\|The Art Institute of California-Argosy University San Diego | CFPB Issue Type: Dealing with your lender or servicer \| Trouble with how payments are being handled --- What Happened: The following attachments are screenshots of emails received from Arete Financial Freedom from May 2018 - May 2019. These are related to my first complaint about Arete Financial Freedom. --- Fair Resolution: Let these screenshots be on the record of the amounts they deducted from my bank account every month since May 2018. I would like these to be proof that they took my money not one dime of it has gone towards my student loans, as I was told it would. --- School OPE ID: 02179947 |
| 209 | 12/15/2017 | 12/15/2017 | Jennifer B | Michigan | US Financial Freedom Center | Consumer is calling to report that she received a phone call from someone posing to be a student loan consolidation company US Financial Freedom Center. Consumer indicates they were asking her to $233 for 3 months and then collect $39 for 10 years. Consumer indicates he was asked for her personal information and is now compromised. Consumer indicates she is not on the DNC list. |
| 210 | 02/01/2018 | 02/01/2018 | Jennifer N | Maryland | US Financial Freedom Center | This company called me and said that I could file for loan forgiveness and asked me questions to answer. I then proceeded to answer the questions and she said I was qualified for loan forgiveness and then tranfered me to another call. He had my SSN, how much I owed for my loans, and the name of my university. I kept asking if it was legitamite and he said it was because he had all my information and such and said he was with the Department of Education. My deal was paying $233 for three months and then after that I would only have to pay $39 every month.TOPIC:Referrals |
| 211 | 04/15/2019 | 01/01/2019 | Jennifer V | Indiana | 1file.org | Consumer got a call from some company called 1file.org, they told the consumer they would charge her 3 payments of $250 and then $39 a month for 10 years and her student loan would be paid off at the end of 10 years. Consumer has paid them the $750 and then she got an email from her real student loan servicer, telling her there was something wrong in her account. Consumer called them and told them what happened and they told her the company is not legit. They have set her up on a monthly payment plan with them. The second number provided by the consumer has an extension of 8168, all the people she spoke to had accents, consumer is not sure from where. |

Trombley Dec. Att. B-1, p. 50

Page 1730
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| B | C | D | E | F | G |
|---|---|---|---|---|---|
| 212 05/09/2016 | | Jennifer Z | Michigan | 1File.org | CFPB Issue Type: Fraud or scam | --- What Happened: 1File.org:For two months I kept receiving phone calls that would only come up on my caller ID as four or five digit numbers. They called at least three times per week, sometimes twice per day. After finally answering the call after they called three times in one day, the company identified itself as working for the Department of Education, that I qualified for $10,000 in student loan forgiveness, and said it was calling to help me consolidate my Federal Student Loans since my loan repayment was coming due soon. Being sick at the time, I was not thinking clearly as they kept me on the phone for approximately two hours. The woman spoke with a heavy accent that sounded Indian in origin. She had me navigate through what looked like the Department of Education website to set up my account, which I believe was the real Department of Education site, and transferred me between no less than two other individuals during the entire process. The man who I was transferred to off and on also had a heavy accent. He sounded Asian. I was required to give my debit/credit card information for a debit withdrawal from my account on a specific day each month. The consolidation fee was $599, which was to be rolled into my student loan total, but to be paid in three payments first, over the course of the first three months of my loan repayment schedule. My student loan repayment was promised at $75 per month, after considering my previous year's income combined with that of my husband. The final step involved signing an electronic document. As I took the time to read the document, the man on the other end of the line was becoming impatient and kept asking me what I was doing since I had not initialed the three spots as indicated and signed immediately. He was difficult to understand, and I kept having to ask him to repeat himself the entire time I spoke with him. I was then routed to a woman in California (she told me where she was) who rehashed the process I had just gone through, and emailed me a copy of the "contract" with my "electronic signature." I payed the first two installments of the consolidation fee as scheduled without thinking anything of it, until I received in the mail paperwork from a reputable consolidation company that the Department of Education uses, Navient. It stated that my application had been processed, and that my loans had been consolidated. I called the number provided, and to my surprise, the man on the other end (An American as I could tell by his accent, who I believe said he was in Georgia) explained that the Department of Education does not charge to consolidate student loans. He advised me that should I receive any further phone calls from anyone other than their calling center, that they are fraudulent, and that any other emails would be fraudulent as well. He suggested I report the offending company to the Bureau of Consumer Financial Protection as well, if I could find the offender. He didn't think I would ever hear from them again.I immediately canceled my debit card with my financial institution. As soon as the next, and final payment came due with 1File.org, I began receiving multiple phone calls, and once I did not answer the phone calls, multiple voicemail messages, followed by emails. The standard voicemail messages were followed by voicemail messages stating that the caller was the IRS, and they were filing a lawsuit against me, followed by a phone number. When I looked up the number (941) 330-5195, it was documented as a well known scam number run out of the Bahamas.1File.org continues to call me daily and leave voicemail messages on my phone. I have no intention of giving them any more money. I have already paid them over $400 for a service they did not provide. They did not consolidate my student loans, Navient did, and |
| 213 08/01/2019 | | Jennina U | California | 1File.Org/La Casa Bonita Investments | CFPB Issue Type: Dealing with your lender or servicer | Don't agree with the fees charged --- What Happened: Received a phone call 8/1 from someone claiming to help me process my student loan discharge. They aggressively pushed had me give a PIN number that was emailed to me as they claimed to be associated with the federal government and automatically gave me discharge. They were going to contact fedloan to cancel my payments with them and they the government will start charging me. It involved me Paying 3 larger payments upfront immediately and pushed for my credit card information. After a disagreement where they continued to push for my credit card, I asked to see the paperwork. The paperwork was unreliable. I declined repeatedly.I did not want to participate and they kept reinstating my personal information that I did not provide to them: my full name, social security, address, date of birth and loan amount numbers. --- Fair Resolution: I am concerned they have my personal information. I want to stop any possibility they will take my identity. |

Trombley Dec., Att. B-1, p. 51

Page 1731
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 214 | 04/03/2015 | | Jenny B | Georgia | 1File.org | I contacted the company because they offered student loan forgiveness and consolidation. They got my information and told me I needed to pay 600 in 3 different payments and that after that I will start my monthly payments of 39$ towards my loan, and that I will not have to pay interest. The person on the phone said he will email me some documents that I will have to sign right away so that they can have access to my information and start the process, I asked that the will callme back at another time so I can review the documents but this person was very pushy in getting me to sing so he could start the process right away. I signed and now they are charging me the 600 dollars and the 39 dollars they say its a monthly fee for them and has nothing to do with the company that consolidated my loan. I still have to pay my loans with a monthly interest which they said I wouldn't have.They lied about their services and fees, and I did not know this was something I could do on my own. --- Additional Comments: I do not want to have to pay a company that lies to get peoples business. I think this company need to get closed down so they they do not lie to more people. |
| 215 | 03/08/2017 | | Jeremy B | California | 1File.org | This company reached out to me claiming that they were working hand in hand with my loan servicer as well as the Dept. of Education. This turned out to be completely false. They charged me for a service that on my own took 30 minutes. The only reason I trusted them was because they lied and said that they were directly associated with the Dept. of Education. I was scammed out of money. They used several false names. They directed me to departments of the company that didn't exist. I'm afraid that they have my identification information and may try to scam me out of further payments and force me to go through more hurdles than I would like. They were also the most unprofessional and dishonest people I have ever dealt with. I'm ashamed for saying that I let them get as much money and information that they did out of me. Please report them or remove them from your site. They need to be stopped. --- Additional Comments: $200. |
| 216 | 08/29/2017 | 03/17/2017 | Jesse L | Arizona | 1file.org | this company misrepresented the service I signed up for. They claimed that after I made the initial 5 payments of $150.00 and then 10 years of $35 payments per month, which was supposed to be going towards the balance of my student loans and be reported to my credit as making payments on time, paying down the balance of my loans. Upon contacting Fedloan and reviewing my account they had informed me that this wads not the case and that I was really making payments for 1file to just be filing paperwork which I could be filing myself free of charge. and that nothing had been going towards the balance of my loans. This service was sold to me along with a money back garentee if ever I was idssatisfied with their service. I was under the impression I was paying down the balance of my loan at a lower grand total, which is not that case at all. I intend to reach ou to them and request that my money be returned as indicated I had the option to, minue a reasonable amount for the work they did do (consolidate my loans only anxd file paperwork on my behalf). I feel I was mislead and defrauded out of a monthly payment and initial 5 installments of $150. Please rewach out to me so that I may be aware of my options and recurce in this matter and case of fraud. -- Jesse L. |
| 217 | 04/27/2018 | 04/12/2018 | Jessica A | Pennsylvania | Dept of Education/1file.org | Consumer received a call last week from someone claiming to be working with the Dept of Education/1file.org regarding her student loans. Says the individuals were all of India decent claiming they can get her loans forgiven. She is told the Dept of Education gave them her info. She was ask for her SSN and her log in, when she called them out on being a scam the caller started cursing her. CFPB issue type: Fraud or scam | --- What Happened: I filed out a student loan forgiveness thing online last year and then they got in contact with me and it sounded too good to be true. After I had given them my credit card number I locked my credit card, called my student loan provider and changed all my student information to send. I then called the CFPB. --- Have contacted: CC Issuer --- Fair Resolution: I want to find out why they would represent |
| 218 | 01/24/2019 | | Jessica B | | American Financial Support Services/La Casa Bonita Investments | false information. I wasn't all my stuff to be cancelled and dropped. |

Trombley Dec., Att. B-1, p. 52

Page 1732
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 219 | 08/12/2016 | | Jessica D | Pennsylvania | 1File.org | I called 1 file in regards to their student loan forgiveness, when the program was explained to me, the sales representative made it sound like the program was only available through 1 file. I signed up through one file, as they were going to have my student loans forgiven. I ended up finding out that my loans were consolidated through fedloan, and that the whole process could have been completed by myself. 1 file charged me $900 for the consolidation of my student loans. When I called them to discuss this issue, on me being taken advantage of and not informed that I could have completed this on my own and saved $900 they took me out of their program. I requested a full/partial reimbursement of my $900 that I paid them, as I would have never requested their service, if I knew at the beginning that I could have done it myself. --- Additional Comments: I am requesting that 1 file give me a refund, as the service they provide was not correctly explained to me in full detail.  As if they were to have informed me that I could have completed the consolidation on my own, I would have. |
| 220 | 05/06/2017 | | Jessica G | Pennsylvania | 1File.org | I have been working with 1file since October 2014 until yesterday, May 5, 2017.  They have been withdrawing $35 of my account since I began working with them and I was under the impression that they were putting a portion of this towards my student loans through Direct Loans.  However, this was not the case and this charge was a service fee.  They were never forthcoming about the fee actually was.  Then in January 2016, I started receiving invoices from Direct Loans saying I was past due.  I contacted 1file and they informed me I had to recertify.  If I was paying them $35/month, why would I need to contact them to go through the recertification process?  They proceeded to contact Direct Loans and place my loans in Forbearance which I was never fully explained as to why.  I was upset so they lowered the monthly service fee to $19.  However, I continue receiving Direct Loan invoices and the amount due is the same as if I had never utilized 1file's services.  When I requested to cancel my enrollment and requested some sort of reimbursement for services that did not help resolve my situation, I received a rude email from Anna Howe saying I knew what I was signing up for and no refunds would be granted.  I feel I was greatly deceived with what this company actually does for its clients (I still do not understand what they do).  I would like a refund for the past year I have been using their services due to the fact that I had to reach out to them regarding the recertification and being forced to place my student loans in forbearance.  I am back to where I started before using their services, if not more behind in debt.  I was mislead and feel this company has unethical business practices.  They do not fully explain what is it they do to help their clients pay back their student loans.  Please let me know what the next steps are to file a complaint against 1file.  Thank you, Jessica Gretz --- Additional Comments: I would like a refund of the past year and half I have used their services |
| 221 | 06/29/2015 | | Jessica H | Georgia | 1File.org | CFPB Issue Type: Dealing with my lender or servicer | Keep getting calls about my loan --- What Happened: A recent graduate from Georgia Gwinnett College in December, I realized I would have to start paying my loans soon. However, I was under the impression I was already under the income based repayment given my under $5,000 a year salary at the moment.1File.org contacted me and tried to push me into signing a document for student loans while contacting me under the name U.S. Financial Freedom Center. As I was researching the company while filling out information, I realized it was a scam that had access to loan information from the government.Breach of information aside, the people on the phone got very aggressive when I refused to pay them the $500 fee that was supposed to go to paying off loans and then the $19/mon consolidation fee with a 70-75% forgiveness act by the government. They continuously call and harass multiples times a day without legitimate phone numbers and blocking does not work.The person on the phone also implied my business would also come up under a "scam" because of internet rankings. However, I have no company and as noted in the phone call, I freelance. Belligerence racketed up when I refused to give them money. I will have to change my debit card as they have my information while setting up my FSA ID on the phone with me.The company does not report a lack of BBB rating or accreditation as well. Presented actions as if working with the federal government but I could find no connection between the company and a government endorsement on the main sites. --- Fair Resolution: For my information to be wiped clean from 1File's database since I did not fully sign any papers, and for a thorough |

Trombley Dec., Att. B-1, p. 53

Page 1733
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 222 | 04/23/2015 | 04/07/2015 | Jhye L | | 1File.Org | I was contacted by this company one day and they told me about the student loan consolidation program they have. They made it seem so real and legit even mentioning the act that got passed under the Obama administration, which made it all possible. I was overwhelmed with all the new information, but of course there was a catch. They said in order to enroll I need to pay one-time payment of $699.00 and a monthly maintenance fee of $39.00 every month. I didn't know that the Department of Education offered student loan consolidation for free before they called me so I assumed a fee must be paid to be qualified for such program. The representative asked for my social security number. I was reluctant at first, but he managed to convince me saying that he's filing the application for the Department of Education. He accessed my FAFSA, explained my loans and told me I qualify for IBR plan. When he asked for my driver license number, I became more suspicious and declined to give it to him - I told him I didn't have my license with me at the moment. I also specifically asked him if I can submit the form by myself and he said I can give him the license information later on and continued with filing the document. He guided me through the "agreement" form and asked me to e-sign and I did. I did not provide him my credit card information but he told me I can give him the information later when I can. After I signed the said document, I was transferred to the manager. The manager, called himself Benjamin Issac, briefly summarized the student loan consolidation program, but he made it sound too good. When I confronted him about the details - like how I don't have to pay for the accruing interest or a monthly payment to the government. The only payment I would make would be the maintenance fee and the one-time payment. When I spoke with the representative, I was led to believe that I would be making the payments to the Department of Education. Our first conversation ended there because I couldn't continue the conversation due to personal matter. I was told later on by my family that the company called the house phone number later that evening when they couldn't get in touch with me. I was alarmed because I did not give that information to the company when I was on the phone with the rep. The next day, the same guy claiming to be the manager, Benjamin Issac, called me to follow-up and get my license number and credit card information. I was already 80% sure I had been scammed at this point so I did not give him those information. Instead, I asked him specifically about the form they filed to the Department of Education because they gave me a copy of the agreement for my record. It seems like using the information I gave them, mainly my social security number, they filed a forbearance on my behalf. When I confronted the manager guy about this he claimed the company did not do that and denied any involvement about the change in my repayment status. I reviewed the agreement - there was a section about acknowledging that I knew the consolidation offer was provided with no cost, which wasn't true because I was led to believe the program was offered by the company. In fact, I asked the manager directly and he told me so. He also told me they are linked with the Department of Education when the agreement stated the company is a private company and is not |
| 223 | 06/22/2018 | | Jill E | Arkansas | 1file.org | I have in the past received student loans. I received a call and e-mails last year that 1file.org could assist me lower my payments but I had to pay a fairly large amount. I agreed and payment plan was accepted on Income Contingent Plan. This year I received an email from student loan .gov to resubmit to them. I called them with required documentation and renewed directly through them. Mean time 1file.org continued to charge me monthly 39.95 from my checking account.. Couple days ago my FAFSA ID password was changed.. I locked it and they were able to acess it again changing my password. Complaints I am wanting to file is A) 1file.org Is accessing my account with out my consent/permission. B) They continue to unlock my account and change the password and C) they continue to charge my checking account 39.95 per month but did not help me re-certify and am being charged for services they are not providing. Again , I am going directly through Fed loan.gov. I believe they are verdantly accessing |

Trombley Dec., Att. B-1, p. 54

Page 1734
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 224 | 08/23/2017 | | Jillian S | California | 1File.org | I was harassed by this company. The gentleman that I spoke to read all my personnel information and was yelling at me that my time for the federal student loan forgiveness program was expiring if I did not give him $550.00. I naively signed up for this program under completely false pretenses. Everything the sales person told me was a complete falsity. This organization has nothing to do with the Federal Government. The paperwork I was told that was being filed, was not. I was told that I was applying for the federal student loan forgiveness act to the amount of over $17,000. One month later, after $550.00 was taken out of my back account, I received paperwork from another organization that said my CONSOLIDATION WAS NOT COMPLETE. I wasn't applying for consolidation, I was applying for STUDENT LOAN FORGIVENESS. When I called that organization, they informed that yes they sent them all my information but did not complete the process. I asked, what process did they file for me?' Cindy said, 'federal consolidation. When I called them directly to get my money back, I was again lied to, put on the phone with a fast talking salesman, who would not let me speak to his supervisor, then hung up on me. He could see I was calling back over 10 times and kept forwarding my call until they closed for the work day. I paid for a product that was not delivered on because of lies and untruths about the student loan process. This is a third party, for profit organization who is operating under completely false pretenses. They have created more problems for me, including the late payment to my original loan processor, because the salesman said they would take care of all that filing as well. I provided all my personal information and $550.00. These people need to be upfront and honest from the beginning of their call/sales pitch, which is to let the receiving end know they are a third party -for profit organization that has nothing to do with the federal government. --- Additional Comments: I would like a full refund of $550.00 for services not delivered on. |
| 225 | 07/24/2015 | | John R | Alabama | 1File.org | Complainant discussed current student loan with complainant and the amount complainant owes each month. Company requested of complainant the approximate amount of complainant's salary. Complainant asked does this also include all income sources. The company's comment was no; just complainant's salary. Complainant provided approximate amount of salary. Company also asked how many people reside in the home and any other people that complainant and spouse have provided for; both recent and in the past, in or out of the home. Complainant was then asked who such relatives were or are and counted the number as being two deceased and one living (such information was provided by the company) and directed as being acceptable.  Company stated that it could lower current 8% student loan payments to 4%. The company commented that it charges an enrollment fee for the amount I owe each month in dollars ($441) and calculated the charge to be $283.00 each month thereafter. Complainant asked if complainant should contact current servicer, the company commented with a no and that the Student Loan Association would call. Company withdrew the $441.00 from my bank card effective 7/1/15. Later, complainant received an call from company the week of  7/13/15 stating there was a pause in complainant's application and that there was a need for complainant to fax the first three pages of complainant's adjusted gross income from 2014 tax return. Complainant complied. A 7/22/15 email from company replied that there was a discrepancy in the income provided. The company then commented that complainant would be now charged $473 each month instead of the $283.00 each month for ten years or if desired, complainant could withdraw from the process and receive a refund of only half of the $441.00 and would notify complainant's current servicer of the reason that complainant's monthly student loan have not been paid. However, complainant's contact on today to request help revealed no contact was made. --- Additional Comments: To receive a full refund of the $441.00 withdrawn from complainants checking account through complainant's bank card on 7/1/15 and to have no future checking account or bank card draft made of any amount(s).Thank you for your intervention in this matter as it has created an financial stress and your kind |
| 226 | 06/11/2019 | | Jonathan H | Idaho | 1File.org | In June of 2018 I was contacted by 1file.org (also known as Edunet) to consolidate my student loans. I was asked to may 4 monthly payments of $174 and then following monthly payments of $20. I have been continuing to pay on this for a year and my student loan has been showing past due for more than 120 days still to this day. I recently contacted them to request a refund for them lacking at following through with their procedures and they tried to say that I was paying for them to tell me when my due date was. I have requested phone call conversations to get to the bottom of this and will continue to work on trying to get the money they fraudulently took from me back. --- Additional Comments: Receive full refund of the amount I have paid them which is at least $860 to this day |

Trombley Dec., Att. B-1, p. 55

Page 1735
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 227 | 05/22/2019 | 05/22/2019 | Jonathan H | Florida | American Financial Support Services | Company offered to consolidate student loan masquerading as a service of the Federal Government. They had a lot of private information (birthdate, Federal ID, address, SSN, old drivers license) before I started talking to them. They had me digitally sign a few documents and took my debit card number and updated drivers license number. I started to get suspicious after signing and I looked up the company on the documents and online reviews indicated it was a scam. They were trying to get the last authorizations through phone when I terminated the proceedings. I'm mostly worried about the signed documents being used against me legally to charge my accounts. |
| 228 | 02/12/2019 | | Jonathan M | California | Arete Financial Freedom | They act nice, take your money and claim they are taking care of you. They have taken 3 payments of 199.75 a month out of my bank claiming they are paying off my students loans. They were only charging me for maintenance fees. My loan services called me and told me my loans went into collection because I haven't been paying yet I have been paying through Arete Financial. My money went nowhere. I want my money back! These people lied to me. They were telling me it's going to my loans and not any kind of fees. They stole from me and did nothing to help me. And when I called to tell them I found it all out they got quiet and wouldn't speak and actually admitted they stole my money. I hope this place gets shut down. If I would have never found out who knows how much money I would have given them. Thankfully my loans are being taken care of now but I want all of my money back from Arete Financial. Also I have pictures of my bank statements and bills and them bugging me for payments that I hope you get to see as my proof to the BBB that they are stealing from people. Not only that but my credit score is way screwed because I thought I was paying my loans off which Arete told me I was. --- Additional Comments: I just want my Money back and then to disappear. They shouldn't be treating people this way |
| 229 | 06/17/2019 | 06/17/2019 | Joseph C | Maine | American Financial Support Service | Consumer is calling to report that he received a call from someone posing as American Financial Support Services asking for his information. Consumer did comply. |
| 230 | 06/11/2019 | | Joseph R | Florida | 1File.org | 1file.org charged me money under a false advertisement that they were a student loan consolidation compant as well as a document processer. That is all they do is process documents..No money has gone towards paying off my loans.. That was the Only reason that i signed a contract over the phpne with them!! I am not the only one asking for my money back!! Plus my mother who is 73 has been paying the 40$ processing fee.that she thought was goin towards my loans as well. This company has been scamming alot of people. I already filled out the form through the bbc to let others know this is a scam. --- Additional Comments: Full refund!!! |
| 231 | 05/28/2019 | 11/25/2015 | Joyce A | | US Financial Freedom (1file.org) | After I got out of school due to personal reasons, a month later, I got a call saying I need to start paying my loans immediately as I owe over 50,000 dollars for my student loans. They person that called me was pressuring me that if I dont pay my loan it would increase the interest every day. And they are offering a long forgiveness program in which I would only need to pay 40 dollars monthly, but I have to pay an intial amount of 1000 dollars. Because I was young, and didn't know better at that time, i agreed to pay the said amount, and the monthly payments. Then 2 years ago, I just realized that what they were doing was something I can do myself through the federal loan forgiveness program. I spoke to one of the representative there and was adviced to make a complaint. I believe I'm not the only one that's been victimized by these people, and they take so much money with misleading people and telling them lies by scaring them and taking advantage of the situation. This company made me believe that all money sent to them was paying off my student loans. To date I have paid them $3,383, of which to find out today from dept of education that they have NOT applied any money towards paying them off. This company claims that they are working with the federal government. They have also accessed my student loan portal and have changed the passwords so I do not have access to the records of any payments made and the tax paperwork needed for filing of my taxes. |
| 232 | 03/08/2017 | 06/01/2017 | Joyce R | Oregon | Arete Financial Freedom | |
| 233 | 07/12/2018 | 11/01/2017 | Julie H | Louisiana | 1File.org | Consumer states she called a company called 1File.org. Consumer states she called the company to get services to help her pay off her student loans. Consumer states she has paid $261. Consumer has contacted them back, and they said that she is only paying for interest or prep her paperwork. Consumer states they are saying she is not actually paying off the loan. |

Trombley Dec., Att. B-1, p. 56

Page 1736
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 234 | 06/07/2017 | | Julie K | California | US Financial Freedom Center | Have been receiving numerous calls every day regarding student loans, I do have a considerable amount of student loans so finally gave in and spoke to the rep calling. They said they were with the U.S. Department of Education and could either decrease loan payments or decrease amount of loan - at first saying I qualified for 60-70% reduction of loans. After I gave more personal information, they gave me a monthly amount that would be for a decreased time to equal a decreased overall loan amount paid back. I gave a debit card information because they said it would be for the first payment - then the first payment turned out to be more than the monthly payments and a fee included. Once they pushed that almost $1000 would have to be paid by tomorrow it got concerning - and I worried that I was being pushed into an agreement that was not what I thought. I am worried that they will try to charge my account even though I told them that card did not have funds to cover that. --- Additional Comments: To be removed from the call list of this company - I haven't been able to answer my cell phone and have missed important calls because I disregard most calls expecting it to be this company. I am also concerned that they will try to charge my card for the initial fee - even though we had discussed not charging the card. I feel foolish for giving out the card information - especially after seeing all the other complaints with the BBB. |
| 235 | 04/03/2017 | 01/01/2016 | Julie S | Texas | www.onefile.org | Consumer calling stating that she found out that she has been paying money to a scam student loan company stating that she has been paying $39 dollars each month with a company named , consumer line was lost no further information was obtained. UPDATE 2-17-2017  Consumer is calling back to finish the report. She states that they called her, and she thought it was legit. She had filled out info with her student loan servicer then she started to get the calls from this company. Her husband had noticed that the payments she was making was not reflecting on her loans. JChavez 04/03/2017 UPDATE: Consumer states she received an email from these individuals stating they would be sending her to collections since she has not made a payment, Consumer was transferred to CFPB. MEstrada UPDATE 4/03/2017 Consumer reports she is still receiving emails. |
| 236 | 11/28/2018 | 11/27/2018 | Justin B | California | 1file | I received a call on my landline phone about student loan forgiveness. My caller ID says name unavailable. Whitepages.com says that the call is a scam coming from TN. I got another call today from the same person, but the number is 951-904-6919 and whitepages.com has no record of that number. The company website is 1file.org but the number is 1-855-730-2071, which didn't appear on my caller ID. It seems that I didn't get the real 1file.org, but an imposter. Googling in 1file.org complaints has a mixed bag of results and complaints. Some say that 1file.org is a legit company to do business with depending on your current situation, but others say that the company is a scam and you're better off talking to your loan provider because 1file.org is a middle man between you and your loan provider.TOPIC:Referrals |
| 237 | 08/24/2016 | | Justin M | Florida | 1File.org | This company practices fraudulent services. They attempted to contact me one time to update my file and when I did not respond they continued to take a 'servicing fee' while doing absolutely nothing other than harming my credit. I was notified by a separate company that my student loans were in default instead of the company I paid to manage my loans. They continued to charge me while my loans were in default and did not even call. They put their email address in my file with the federal loan department so they couldn't even contact me. Because I was still being charged I assumed they were keeping my account up to date. I was mislead and charged a monthly fee for nothing. It has done nothing but hurt my credit score. I am so upset with this company. I cannot believe they get away with this type of business. It is unbelievable. I am literally sick to my stomach. --- Additional Comments: Since they cause my credit to go down they should be responsible for improving it. Obviously that won't happen. In the least I should be repaid for the last 6 months of service for them doing absolutely no servicing. The best solution would be for them to be shut down and their owner and operator imprisoned for fraud and theft. |
| 238 | 03/07/2019 | 03/04/2019 | Justin M | Georgia | American Financial support services | I was contacted by a company claiming to be with the department of education and they told me I could have my student loan forgiven. They said if I made 5 payments of one $99 and four $200 then my monthly payments after that would only be $19 amount. I later tried to contact them but no one would accept my call. Consumer reports complaint 1file.org Consumer reports it is supposed to be a student loan forgiveness program. Claim to work with Dept of Education. Consumer had received calls from them. Consumer opted in. Consumer had been making small payments when consumer contacted another company find out it is not going to pay student loans. |
| 239 | 05/31/2016 | | Kaianne R | Michigan | 1.file.org | |

Trombley Dec., Att. B-1, p. 57

Page 1737
PX24 Trombley Decl.
Attach. B-1

## TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 240 | | 11/05/2018 | Kameron H | New York | Arete Financial Freedom | I was contacted by Wilton Sy from Arete Financial Freedom on 7-11-2018. He offered me a student loan forgiveness program that would forgive my loans over a certain amount of time. Wilton told me they would submit an application to the Department of Education for the student loan forgiveness for a fee of $799. I agreed and opted to pay 4 monthly installments of 199.75. We went through the process of giving information such as my log in for my then lender, Nelnet, and my FSA Log In. Once I got through the application process with Wilton he informed me I would be monthly payment of $109.17 a month along with a $39 servicing fee. I gave him my debit/credit card number for the payments for the $799 application fee and for the monthly loan and servicing fee. As we were finishing things up Wilton told me not to pay on my loan until everything went through.Once everything was complete they sent me all the paper work we went through via PDF and also sent them pictures of 2-3 of my most recent pay stubs that I now realize was really foolish to do. As I started reviewing the PDF and the web portal they sent in an email with all my info I noticed in my address was wrong the state I live in was listed as NJ and not NY. I contacted them to notified them that my state is NY and not NJ. They changed it on my credit card info but not my contact information. I requested it to be changed again but it remained the same. Around this time I started getting suspicious. Throughout September I started getting mail from FedLoan to set up my account to manage my loan and loan payments. Thinking it was from Arete I finalized my account with FedLoan. After awhile I realized FedLoan wasn't a part of Arete, so I contacted FedLoan Loan Servicing and spoke with a loan specialist telling him I already have Arete Financial Freedom was handling my loan. The representative then informed me there were no payments made on my behalf and that I may have been scammed. I was in disbelief and didnt want to admit I had been scammed so I let the final payment for the Loan Forgiveness Application to go through. As i started doing more and more research on loan scams I finally had to admit I may have been scammed. Consumer was contacted by Edunet regarding taking over her student loans, she contacted them back within 24hours to cancel. Now they have sent a request to Fed Loans to pay off her loans altho she had canceled with them. The consumer was to have paid them so much and then the loan would be forgiven. This company has now taken $199 after she canceled with them and are trying to take over $300 more. |
| 241 | | 02/16/2017 | Karen A | Indiana | Edunet | reduced Student Loan forgiveness under the former President Obama's administration. They had all my loan information. I had heard about a program like this on the news. Being injured at the job. I was left with at first no income. Later I was on a fix income. So this at the time was what i was looking for to stop the back lash of garnishment. I sign up & they took out 3 installment of 199. After that my payments of 39 each month. I notice months later, that my credit score was being afeated. I call first my student loan company. After explain to them the payment I was making & why were they charging me interest each month. The inform me that my interest wouldn't stop being charge & that i was being scramed. Everything they were doing was free of charge by the Forgiveness Student Loan Company. Next i called 1 File Org. I informed them that i wanted to cancel & my money return. I was informed that they would not return any money because they had lower my payment. I let them no that they were lying &I would be report them to BBB. They never apply any money to my student loan. Matter of fact, my student loan never heard from them. I am very confused to see a A rating for a company that has been scramming people on a regular base & still doing it daily. Somebody need to stop them from steal peoples money. Please don't trust them They are getting your money for doing nothing. --- Additional Comments: Would love my money back but it seem like it not possible. I would like there rating change to a F. |
| 242 | | 02/11/2017 | Karen T | Texas | 1File.org | I saw an ad on the Internet about helping with my student loans.. so i clicked on it. I gave them my information to see if i qualify for the lian forgiveness.  Im not knowinf that i could do this on my own for free. but i was told that I couldn't cancel at any time and that i will be getting charged 214.22 for the first three months then 39.95 each month to continue my service with them. I learned even more after i signed with them thst i could have did it myself for free. I didnt know that they go in as me on the web site then change my pin number and get into my I formation. so in all for me to start it was 600 and something odd dollars. I paid 432.22 I think until I learned that if the government gone help you they want charge you at all. I learned that this is a scam and i stop paying them.TOPIC:Referrals |
| 243 | | 11/21/2016 | Kasheena W | Arkansas | 1File | |

Trombley Dec. Att. B-1, p. 58

Page 1738
PX24 Trombley Decl.
Attach. B-1

TROMBLEY ATTACHMENT B-1

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 244 | 05/17/2016 | 05/13/2016 | Katherine K | Iowa | US Financial Freedom Center | I have been called two or three times a day for the last 4 days. I missed the first few calls, and they did not leave a voicemail. I finally answered to ask them to stop calling me and put me on their Do Not Call list, and the representative told me that his company works directly with the US Dept of Education to facilitate loan forgiveness. I answered the call a second time in order to learn the company name and actually be put on their Do Not Call list. When I asked for a manager, and mentioned the FTC, I was again hung up on. The area code that appears on my phone (311) does not appear to be a real number, and the location appears as unavailable on my phone.TOPIC:Referrals |
| 245 | 05/13/2019 | 05/13/2019 | Kathy B | Alabama | American financial support services | they claimed to be explicitly working with the dept of education to handle loan forgiveness. He accessed my fsa information to apply for the program and didnt disclose fees and costs. claimed the government would be paying the remainder of my loan. |
| 246 | 03/18/2019 | 03/15/2019 | Kathy H | Oklahoma | American Financial Support Services | This company called me asking if I was interested in student loan forgiveness. He said he was working with the federal government and had my social security number and date of birth and asked me to confirm which I did. He asked for my password to my account which I regret doing because he changed my username and password and I can see my accounts. He asked for 500dollars and wanted my debit card number which I did not give until I could see if he is legit. This company American Financial Support Services has been reported previously as a scam. He emailed documents for me to sign which my signature was placed on them but I didnt do it.TOPIC:Referrals |
| 247 | 11/02/2018 | 11/01/2018 | Katrina W | North Carolina | Arete Financial Freedom/Student Loan | The consumer was listening to the radio and heard an ad for Arete Financial Freedom/Student Loan that said they were government affiliated. The suspects wanted 800 to start the consolidation process and then more payments attached. The consumer gave out her email and they pulled up her information about her student loans like the balance and what each loan. The consumer did not proceed. |
| 248 | 10/18/2018 | 10/18/2018 | Kayla B | California | American financial support services | a company claiming to be called 'American financial support services' contacted me on behalf of my student loan. the number that contacted me was +11323412 9669. 'seth charkins' said the company's consumer number was 8882534932. he said they were with the government working with individuals who had student loans. he attempted to qualify me for the william d ford act for reasonable repayments. i was reluctant to give out any information, he asked for the email associated with my FSAID. i refused to give it to him stating if he is truly with the government they should have that information. he stated the email he did have on file, which is an email i give out as a junk email for things that may give my information to a 3rd party. i have found a company called american financial services, but no American financial SUPPORT services. i am pretty on top of it when it comes to scams, but the fact that they said they were in association with the government almost had me fooled. it is not okay for them to claim that. i believe this same scam has tried to contact me multiple times a week for the past 6 months claiming to be from various companies and calling from various numbers.TOPIC:Referrals |
| 249 | 06/25/2018 | 06/25/2018 | Kegan P | Tennessee | 1 File | Consumer is calling saying she had received a call and a email from 1file.org. Consumer says they are trying to get her to be in there student aid financial plan. Consumer says she did not provide any information about herself. |
| 250 | 11/30/2017 | 08/01/2017 | Keitha D | Louisiana | 1file.org | Consumer reports they received a call from a company called 1file.org for a student loan forgiveness program. Consumer paid the fees but saw no results. |
| 251 | 09/19/2018 | | Kelly M | Ohio | 1File.Org/La Casa Bonita Investments/Franklin University | CFPB Issue Type: Dealing with your lender or servicer | Don't agree with the fees charged --- What Happened: Original complaint number: 170415-1550202On June 2nd 2015, I contacted the number that was played on the radio regarding paying back Federal student loans that were income driven. I called the number and got set up. I was connected with an Andy how gave me his direct number (949-565-3664) for further questions after I completed the documents. I paid the $599.00 as suggested and a monthly service fee of $39.00 for the duration until the amount was paid off. When I originally filed my complaint, I did not send those documents, because I could not find them. I was under the impression during the phone call that all monies would be going toward my loan and that large amount was to get it started. Later, I found it was a fee to pay to the 1File.org for setting me up to have my loans paid with lower payments. I also found that it was not legal to do so. Therefore, I am submitting the documents, once again, for your review. --- Fair Resolution: I would like all of my money refunded if this service type is illegal. $599.00 + $234.00 ($39.00 for 6 months) = $833.00. --- School Unit ID: 202806 --- School OPE ID: 00304600 |

Trombley Dec., Att. B-1, p. 59