Sanjay Bhandari (SBN 181920)
sbhandari@mcnamarallp.com
Edward Chang (SBN 268204)
echang@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Temporary Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.,<br><br>            Defendants,<br><br>MJ WEALTH SOLUTIONS, LLC,<br><br>            Relief Defendant. | Case No. 8:19-cv-02109-JVS (ADSx)<br><br>**NOTICE OF PRELIMINARY REPORT OF TEMPORARY RECEIVER**<br><br>JUDGE:   Hon. James V. Selna<br>CTRM:    10C |

TO THE HONORABLE JAMES V. SELNA, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Thomas W. McNamara ("Receiver"), the Court-appointed Temporary Receiver in this case, hereby submits his Preliminary Report setting forth the Receiver's activities, observations, and findings since the entry of the *Ex Parte* Temporary Restraining Order with Asset Freeze, and Appointment of a Temporary Receiver. The Preliminary Report, attached hereto as Exhibit A.

Dated: November 14, 2019        MCNAMARA SMITH LLP

By:   /s/ Edward Chang
      Edward Chang
      *Attorneys for Temporary Receiver,*
      *Thomas W. McNamara*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

 /s/ Edward Chang
Edward Chang
*Attorney for Temporary Receiver,
Thomas W. McNamara*