1

## INDEX OF EXHIBITS

2

| Tab | Description | Page |
|---|---|---|
| 1 | Site Schematics and Inventory ...................................................... | 1 |
| 2 | Canvas Photograph of the Defendants .......................................... | 13 |
| 3 | Whatsapp Chat (May 1, 2019)........................................................ | 14 |
| 4 | Email exchange re CFPB (August 20, 2019). ................................ | 15 |
| 5 | Email exchange re Transition to Premier (June 26, 2019)............. | 16 |
| 6 | Email from Premier staff to a customer describing Premier as Arete's sister company (July 26, 2019) ..................................... | 18 |
| 7 | Email from Arete staff to a customer stating they used their 2017 tax returns........................................................................ | 19 |
| 8 | DebtPayPro Database – Summary of Customer Fee Collections ....................................................................................... | 20 |
| 9 | Email exchange with a customer where 1File appears to suggest it is the servicer (August 14, 2019 – October 3, 2019) .... | 21 |
| 10 | AFSS Service Agreement (January 23, 2019)................................ | 24 |
| 11 | USFFC Service Agreement (September 15, 2018) ........................ | 42 |
| 12 | Email exchange between A. Poon and L. Phu re changing a client's repayment schedule (November 4, 2019)....................... | 58 |
| 13 | 1File Service Agreement (July 10, 2015)...................................... | 61 |
| 14 | Arete Service Agreement (July 1, 2019) ....................................... | 70 |
| 15 | Email from 1File to USFFC referring sales leads (August 14, 2019)............................................................................ | 91 |

i

| Tab | Description | Page |
|---|---|---|
| 16 | Email exchange between C. Howe and R. Palacios re PAN (November 2- 21, 2019) .................................................................. | 92 |
| 17 | PAN Servicing Student Loan Payment Servicing Proposal (August 1, 2017) ................................................................ | 96 |
| 18 | Script in use at Sky Park site .......................................... | 119 |
| 19 | Family Size Chart ......................................................... | 122 |
| 20 | Photograph of a white board at Sky Park site ................................ | 123 |
| 21 | Email from L. Phu to S. Gilani re Civil Investigative Demand (July 26, 2019) ................................................................ | 124 |
| 22 | Screen Shot of the Premier website (Terms and Conditions) ........ | 132 |
| 23 | Compliance Guidelines from 1File to USFCC (April 16, 2019) ... | 133 |
| 24 | Email exchange between USFFC Processing A. Poon re not enrolling a client who worked at a District Attorney's office (October 21, 2019).......................................................... | 134 |
| 25 | Email exchange with USFFC and A. Poon re family size (September 26, 2019) ....................................................... | 135 |
| 26 | Email exchange among owners re compliance issues (August 20-August 23, 2019) ........................................... | 136 |
| 27 | Forensic Accountant Report ........................................... | 140 |
| 28 | Compiled emails re complaints ....................................... | 161 |

ii

EXHIBIT 1

1261 E DYER Rd #100
SANTA ANA CA          1/2

EMER EXIT

L

K

J

H

E

G

A7    A14    A21   A28
A6    A13    A20   A27
A5    A12    A19   A26
A4    A11    A18   A25
A3    A10    A17   A24
A2    A9     A16   A23
A1    A8     A15   A22

MAIN ENTRANCE

SERVER ROOM    F

EXHIBIT 1
Page 1



EXHIBIT 1
Page 2

1261 E. Dyer, Santa Ana, CA
Ste 200

Row G: G1 | G2 | G3 | G4
Row F: F1 | F2 | F3 | F4

Row E: E1 | E2 | E3 | E4
Row D: D1 | D2 | D3 | D4

Row H: H1 | H2
Row I: I1 | I2

Room I

Row C: C1 | C2 | C3 | C4     C5 | C6 | C7
Row B: B1 | B2 | B3 | B4     B5 | B6 | B7

Ste 200
Hallway

Row A: A1 | A2 | A3 | A4 | A5 | A6

EXHIBIT 1
Page 3

1261 E. Dyer, Santa Ana, CA, Ste 250



EXHIBIT 1
Page 4

*Federal Trade Commission v. American Financial Support Services Inc., et al.*

U.S. District Court for the Central District of California
Case No. 8:19-cv-02109-JVS-ADS

Furniture and Equipment Inventory
1261 E. Dyer Road, Suites 100, 200 and 250
Santa Ana, CA 92705

**Suite 100**

| Item | Quantity |
|---|---|
| Asian Art Sculptures | 11 |
| Camera | 1 |
| Cannabis products, prescription drugs and shrooms | 100 |
| Cash Register | 1 |
| Coffee Table | 1 |
| Computers | 135 |
| Conference Table | 1 |
| Couch | 3 |
| Cubicles with desk and file cabinet | 74 |
| Desk | 6 |
| Desk Chairs | 77 |
| Display Shelf | 1 |
| File Cabinets | 7 |
| Folding Tables | 4 |
| Futon | 3 |
| Guitar | 1 |
| Gun | 1 |
| Headsets | 64 |
| Keurig | 1 |
| Keyboard | 102 |
| Ladders | 2 |
| Leather Chairs | 5 |
| Microwave | 2 |
| Mini Fridge | 1 |
| Money Counter | 1 |
| Monitors | 220 |
| Printer/copier | 6 |
| Recliner | 1 |
| Refrigerator | 1 |
| Round Tables | 5 |

EXHIBIT 1
Page 5

| Router | 1 |
|---|---|
| Shredder | 1 |
| Side Tables | 1 |
| Stacking Chair | 17 |
| Storage cabinet | 2 |
| Televisions | 9 |
| Toaster | 2 |
| Vending Machines | 3 |

**Suite 200**

| Item | Quantity |
|---|---|
| Computers | 34 |
| Cubicles with desk and filing cabinet | 40 |
| Desk Chairs | 40 |
| Headsets | 34 |
| Keyboard | 36 |
| Microwave | 1 |
| Monitors | 79 |
| Printer/copier | 3 |
| Refrigerator | 1 |
| Shredder | 1 |

**Suite 250**

| Item | Quantity |
|---|---|
| Chairs | 47 |
| Coffee makers | 3 |
| Computers | 36 |
| Desk | 39 |
| File Cabinets | 19 |
| Headset | 28 |
| Keyboards | 40 |
| Microwave | 2 |
| Mini Fridge | 1 |
| Monitors | 85 |
| Printer/copier | 3 |
| Refrigerator | 1 |
| Router | 1 |
| Tables | 2 |
| Television | 2 |
| Toaster | 1 |

EXHIBIT 1
Page 6



7.A  Daniella *
7.B  Theresa
7.C  Dede
7.D  Irma
9.C  Denise
9.D  Alex
10   Andy
11   Anna
12   Server room
13   Jason

" Not here at time of I.A.

11.C and 11.D are boxes full of envelopes from Merchant Services
☐ = window

F.C = File cabinet
Comp = used computer
DVR = recording feed from 10 cameras

5772 Bolsa Ave Suite 220

EXHIBIT 1
Page 7

*Federal Trade Commission v. American Financial Support Services Inc., et al.*

U.S. District Court for the Central District of California
Case No. 8:19-cv-02109-JVS-ADS

Furniture and Equipment Inventory
5772 Bolsa Avenue, Suite 220
Huntington Beach, CA 92649

| Item | Quantity |
|---|---|
| Bookcase | 1 |
| Camera/Security system | 1 |
| Coffee maker | 1 |
| Computers | 28 |
| Couch | 1 |
| Cubicles with desks | 28 |
| Desk | 5 |
| Desk Chairs | 43 |
| Fax machine | 1 |
| File Cabinet | 2 |
| Folding Tables | 1 |
| Keyboards | 19 |
| Lounge Chairs | 1 |
| Loveseat | 1 |
| Microwave | 1 |
| Monitors | 42 |
| Printer | 4 |
| Refrigerator | 1 |
| Shredder | 1 |
| Side Table | 1 |
| Stacking Chairs | 4 |
| Table | 2 |
| Televisions | 3 |
| Water cooler | 1 |
| White Boards | 2 |

EXHIBIT 1
Page 8

18001 Sky Park Circle
Suite



EXHIBIT 1
Page 9

*Federal Trade Commission v. American Financial Support Services Inc., et al.*

U.S. District Court for the Central District of California
Case No. 8:19-cv-02109-JVS-ADS

Furniture and Equipment Inventory
18001 Sky Park Circle, Suites L-M
Irvine, CA 92614

| Item | Quantity |
|------|----------|
| Chairs | 54 |
| Coffee Maker | 3 |
| Computers | 13 |
| Desk | 15 |
| File Cabinet | 1 |
| Headphones | 9 |
| Keyboards | 35 |
| Leather Chairs | 3 |
| Metal Chair | 2 |
| Microwave | 1 |
| Monitors | 44 |
| Printer | 5 |
| Refrigerator | 2 |
| Shredder | 1 |
| Side Table | 3 |
| Table | 6 |
| Toaster | 1 |
| Vacuum | 1 |
| White Board | 5 |

EXHIBIT 1
Page 10

500 Ygnacio Valley Road, Suite 430
Walnut Creek, CA 94596



PATIO

Ofc #7

Jay Sindu Office

Ofc #8

Ofc #9

Ofc #1 Dawn Risso

Reception

Break Room Lunch CR #5

Nail Room Ofc #4

Ofc #3

Ofc #2

Entrance

EXHIBIT 1
Page 11

*Federal Trade Commission v. American Financial Support Services Inc., et al.*

U.S. District Court for the Central District of California
Case No. 8:19-cv-02109-JVS-ADS

Furniture and Equipment Inventory
500 Ygnacio Valley Road, Suite 430
Walnut Creek, CA 94596

| Item | Quantity |
|------|----------|
| Apple Monitor | 1 |
| Chairs | 18 |
| Computer | 5 |
| Couch | 3 |
| Desk | 11 |
| Display shelf | 1 |
| File Cabinets | 8 |
| Leather Chair | 1 |
| Mini Fridge | 1 |
| Postage Machine | 1 |
| Printer/copier | 4 |
| Recliner | 1 |
| Refrigerator | 1 |
| Rolling Cart | 1 |
| Servers | 5 |
| Shelving unit | 2 |
| Shredder | 1 |
| Table | 2 |
| Television | 2 |
| Wall Hutch | 2 |
| Water Dispenser | 1 |

EXHIBIT 1
Page 12

EXHIBIT 2



EXHIBIT 2
Page 13

EXHIBIT 3

[5/1/19, 7:54:25 AM] Ruddy Palacios: Need to cut off SL affiliates today if possible
[5/1/19, 8:41:17 AM] Carey Howe: How exactly? Sye or 1file has to take them
[5/1/19, 8:42:07 AM] Ruddy Palacios: However us 5 decide today. But it has to be done
[5/1/19, 8:44:29 AM] Ruddy Palacios: We gave up 300k a month because of liability
with SL on a $100 CPA but then we are still taking liability daily by enrolling files for
other companies to earn pennies
[5/1/19, 8:45:34 AM] Carey Howe: I get it......just how we execute is the question

EXHIBIT 3
Page 14

EXHIBIT 4

**From:** Jacqueline Nguyen
**Sent:** Tuesday, August 20, 2019 12:29 PM
**To:** Cindy Phu; Lan Tran; Processing Dept
**Subject:** RE: bbb and google reviews

So what happened did his company get shut down or what? Technically they cant do anything to us right? We don't have physical address only PO box and old sky park address lol.

---

**From:** Cindy Phu
**Sent:** Tuesday, August 20, 2019 11:14 AM
**To:** Lan Tran <lan.tran@premiersolutionsservicing.com>; Processing Dept <process@premiersolutionsservicing.com>
**Subject:** RE: bbb and google reviews

ok

---

**From:** Lan Tran
**Sent:** Tuesday, August 20, 2019 11:05 AM
**To:** Processing Dept <process@premiersolutionsservicing.com>
**Subject:** bbb and google reviews

Hey guys, FYI.. if a client post a review on the BBB or google then they get $5 off on their next MSF. But we must be able to see it on the website and not just take their word for it. Also due to the CFPB cracking down on all these student loan companies, if a client wants a refund then don't tell them that they won't get it. Just forward it to me and I will take care of it. We will at least always give them a partial refund. We want to avoid any complaints and do not need any attention on PSS. Sy's company just got a letter from the CFPB.



**Lan Tran** *Manager*
**Processing Department**
Phone: 1-888-511-2518 ext. 106
Fax: 1-888-519-8402
Direct / Fax / Text: 1-949-346-9887
Mail: PO Box 26830, Santa Ana, Ca 92799
🏠 **WEBSITE**   ✉ **EMAIL**

*This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails are not screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet*

EXHIBIT 4
Page 15

EXHIBIT 5

| From: | Viviana Lim |
|---|---|
| To: | Lan Tran; Cindy Phu; Jacqueline Nguyen |
| Subject: | FW: Processing |
| Date: | Wednesday, June 26, 2019 3:06:30 PM |
| Attachments: | image003.png |

█████ King – ████6949

I believe it was in reference to this file. Christina Cortina or whatever seemed to be offended that I asked if she asked for POI., everything is in the notes, he sent this email afterwards. Forwarding it to keep everyone in the loop.

**From:** Mark Ramirez
**Sent:** Wednesday, June 26, 2019 10:28 AM
**To:** Andy Vizcarra <andyv@aretefin.com>; Christina Cortina <ccortina@aretefin.com>; Krysta McKinney <krystam@aretefin.com>; Mark Ramirez <mramirez@aretefin.com>; Monique Harrison <mharrison@aretefin.com>
**Cc:** Branden Millstone <bmillstone@spfin.com>; Viviana Lim <viviana.lim@premiersolutionsservicing.com>
**Subject:** Processing

Hello Everyone,

I just once again want everyone to be aware that since we are now Premier Solutions Servicing that we will also see a few new processing procedures. I can assure you that even though there will be some additional steps and stipulations required from both us and our clients, they are in place to increase the clients success in their program and to insure they are properly enrolled and qualitied for the services we are providing.  Having said this please be patient as we all need to work together to get acquainted with these changes. I will be in direct contact with Vivian and will keep you updated on any new changes we need to make.

If you have questions please ask me. Thank you


## Mark Ramirez

Director of Student Loans
Mramirez@studentlp.com
8am – 5pm PST

| Toll-free | 833-204-2684 x 0892 |
|---|---|
| Direct | 949-732-0892 |
| Fax | 949-222-9073 |

EXHIBIT 5
Page 16

**Processing  888-511-2518 x 2**



https://www.bbb.org/us/ca/irvine/profile/debt-consolidation-services/premier-solutions-servicing-1126-172012700/accreditation-information

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS
.
.

EXHIBIT 5
Page 17

EXHIBIT 6

| | |
|---|---|
| **From:** | PSS INFO |
| **To:** | ▓▓▓▓▓▓▓@yahoo.com" |
| **Subject:** | Student Loan Forgiveness |
| **Date:** | Friday, July 26, 2019 3:20:00 PM |
| **Attachments:** | image001.png |

Hello,

How are you? My name is Viviana. I am one of the student loan advisers here at Premier Solutions Servicing. We are Arete Financial Freedom's sister company. They informed me that you had some questions in regards to the Student Loan Forgiveness Program? Please advise if you are still interested in the program. We will be more than happy to assist you. If you are, please complete the form that was sent to you in a separate email that is requesting your information. This is used to see exactly where your loans are at and what is the most beneficial program that you will qualify for. Please also advise the best date and time to reach you. Thank you and I hope you have a great day!

Best Regards,
**Viviana L.**
Processing Department

Toll Free:  1-888-511-2518 ext. 153
Direct/Text: 1-949-535-2907
Fax: 1-888-519-8402
Email: Viviana.Lim@premiersolutionsservicing.com

*THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.*

EXHIBIT 6
Page 18

EXHIBIT 7

| | |
|---|---|
| **From:** | slprocessing@aretefinancialfreedom.com |
| **To:** |  Adams" |
| **Subject:** | RE: ▮▮▮ Adams updated income |
| **Date:** | Saturday, October 26, 2019 10:47:00 AM |

Hi ▮▮▮▮

This is Diana , I submitted with tax return 2017, because it shows lower income, and hopefully they will approve it and you get the lowest payment , if I need additional documents I will contact you. I will call you to update your regarding the application after it is processed

Thank you

**From:** ▮▮▮▮ Adams
**Sent:** Friday, October 18, 2019 3:17 PM
**To:** info@aretefinancialfreedom.com
**Subject:** ▮▮▮▮ Adams updated income

Today I spoke with Diana Younis to confirm that I needed to submit paperwork to re certify my IDR student loan repayment plan. My last 2 pay stubs are attached.

EXHIBIT 7
Page 19

EXHIBIT 8

| DebtPayPro Database – Summary of Customer Fee Collections for Student Loan Services | | | | |
|---|---|---|---|---|
| April 1, 2019 – November 6, 2019 | | | | |
| Company | Arete | Premier Solutions | 1File | Student Loan Pro[1] |
| Cleared Payments | $2,447,549.66 | $489,708.47 | $2,563,131.19 | - |
| **Total** | **$5,500,389.32** | | | |

---

[1] Data is not yet available for StudentLoanPro customers.

EXHIBIT 8
Page 20

EXHIBIT 9

**From:** processing@1file.org
**Sent:** Thursday, October 03, 2019 2:10 PM
**To:** ██████████████'
**Subject:** RE: ███████████████ - Eligibility Confirmation


As of right now we don't need anything else we will let you know if anything changes

---

**From:** ███████████████
**Sent:** Thursday, October 03, 2019 10:06 AM
**To:** processing@1file.org
**Subject:** Re: ██████████████ - Eligibility Confirmation

Do you need anything else from me.  Making sure that all documents have been submitted and I know you all received the payment to get everything started.

Thanks ██████████████

On Wednesday, August 14, 2019, 05:00:30 PM CDT, <processing@1file.org> wrote:

**Toll Free 844-593-8072**

---

**BORROWER ELIGIBILITY CONFIRMATION**

---

**Date: Aug 14, 2019**

**To:**

████████████████████

██████████████

██████████████

**Client ID :** CBCC-341590040

**SSN:** ██████████
**DOB:** ██████████

---

You are confirmed for the following government program, **Revised Pay As You Earn (REPAYE) REPAYMENT.**

---

This Federal Program introduced by the Obama Administration is intended to help stabilize the 1.2 Trillion dollar student loan epidemic and help struggling students achieve income based payments get relief and avoid **DEFAULT**.

1

EXHIBIT 9
Page 21

**Total Enrolled Debt:** 67,532.00

**Based on AGI:** 32000

**Included Loans:**

| Creditor | Account # | Amount Owed |
|---|---|---|
| DIRECT CONSOLIDATED UNSUBSIDIZED | ████████8102, | $0.00 |
| DIRECT CONSOLIDATED SUBSIDIZED | 1████████8102, | $0.00 |
| FFEL STAFFORD UNSUBSIDIZED | , | $23,809.00 |
| FFEL STAFFORD UNSUBSIDIZED | , | $7,754.00 |
| FFEL STAFFORD SUBSIDIZED | , | $6,220.00 |
| FFEL STAFFORD UNSUBSIDIZED | , | $2,750.00 |
| FFEL STAFFORD SUBSIDIZED | , | $4,406.00 |
| FFEL STAFFORD SUBSIDIZED | , | $1,243.00 |
| FFEL STAFFORD SUBSIDIZED | , | $7,571.00 |
| FFEL STAFFORD SUBSIDIZED | , | $1,873.00 |
| FFEL STAFFORD SUBSIDIZED | , | $6,381.00 |
| FFEL STAFFORD SUBSIDIZED | , | $5,525.00 |
| DIRECT STAFFORD SUBSIDIZED | ████████5002, | $0.00 |
| | | **$67,532.00** |

**Approved Program:** Revised Pay As You Earn (REPAYE)

**Program Maturity Savings: $62,431.00**

*The William D. Ford Direct Loan program is an initiative by the federal government to help subsidize the 1.2 trillion-dollar student loan debt in the U.S. Borrowers under these **income based programs significantly reduce their payments and eventually even reach possible forgiveness based off of eligibility requirements.***

**The process from beginning to end takes approximately 21-45 days.**

In order to stay compliant in your program you must maintain the following:

- Submit required income documentation to processing within 5 business days of enrollment.
- Send updated documents to the processing department in a timely manner (i.e., paystubs, tax returns, paperwork correspondence, lender correspondence, etc...).

- Maintain program management costs and monthly payments.

**Customer Service Department**

**Toll Free 844-593-8072**

2

EXHIBIT 9
Page 22

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS

3

EXHIBIT 9
Page 23

EXHIBIT 10

**AFSS**
American Financial
Support Services

### SERVICE AGREEMENT

This service agreement ("Agreement") is made and entered into this 23rd day of January, 2019, by and between American Financial Support Services ("American Financial Support Services"), and ▮▮▮▮▮▮▮ GRAY hereinafter referred to as ("Client"), whose address is ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ FL 32114, with reference to the following.

### RECITALS

A. American Financial Support Services provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation") and/or restructure the current payment to a new ("Income-Driven Repayment");

B. Client requests American Financial Support Services perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth, below, American Financial Support Services and Client do hereby agree to the following:

**1. Client Loan Service Definition.**

American Financial Support Services provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. American Financial Support Services will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

**2. Nature of Service; No Legal or Tax Advice.**

American Financial Support Services is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. The Client acknowledges that American Financial Support Services is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

**3. Rehabilitation; Garnishment.**

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, American Financial Support Services will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, American Financial Support Services will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

**4. Fees.**

Client agrees to pay American Financial Support Services a Service fee of $799.00 for providing the Services. In addition Client agrees to pay American Financial Support Services a Monthly Maintenance fee of: $39.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, American Financial Support Services will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

**5. Refund.**

Client understands that American Financial Support Services is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website. However, American Financial Support Services guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with American Financial Support Services providing all information requested by American Financial Support Services and DOE in a timely manner as deemed by American Financial Support Services and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 30 days of any loan application denial by the DOE. American Financial Support Services will reimburse 100% of the Service fee paid by Client.

EXHIBIT 10
Page 24

**6. Process.**

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. American Financial Support Services relies on the applicable lender(s) and American Financial Support Services cannot be held liable for delayed completion due to delays in obtaining information or approvals from third parties or the DOE. The average completion time to process a Federal Student Loan Consolidation through American Financial Support Services is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

**7. Client Warranty.**

Client expressly represents and warrants that they will provide American Financial Support Services with information that is complete and accurate to the best of their knowledge. American Financial Support Services is under no obligation to independently verify the information provided by Client.

**8. Client Authorization.**

I hereby authorize American Financial Support Services to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize American Financial Support Services to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information American Financial Support Services obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

**9. Arbitration and Choice of Law.**

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

**10. Indemnification.**

Client hereby agrees to defend and hold harmless American Financial Support Services from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

**11. Termination of Agreement.**

Client may cancel this contract any time with written notice to American Financial Support Services prior to being approved for Federal Student Loan Consolidation. Any fees paid to American Financial Support Services at time of cancellation shall be deemed earned as long as American Financial Support Services has acted in good faith in performing services on behalf of Client. American Financial Support Services may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, American Financial Support Services (American Financial Support Services), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (844) 593-8072.

███████ GRAY

NAME _____

SIGN _____

DATE _____

SSN ██████████

EXHIBIT 10
Page 25

**Privacy Policy**

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal information. Personal information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: Information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports; information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and American Financial Support Services to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact American Financial Support Services Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e. exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt-out' of having personal information shared. By providing information to American Financial Support Services you are consenting to the collection, use, and disclosure of personal information in the manner described in this privacy policy. This Policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

**7901 Stoneridge Dr. Ste 504, Pleasanton, CA 94588 - (844) 593-8072**

Email address: processing@americanfss.org

███████ GRAY
_____          _____
NAME                                         SIGN

_____
DATE

EXHIBIT 10
Page 26



**American Financial
Support Services**

**Limited Scope Power of Attorney**

- THIS LIMITED POWER OF ATTORNEY IS **ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION** ("DOE") AND CLIENT, ████████ GRAY ("GRANTOR"). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.

- I, ████████ GRAY, Social Security # ████████, residing at ████████████████ FL 32114, ████ FL 32114, this date, Jan 23, 2019, hereby appoints American Financial Support Services as my ATTORNEY-IN-FACT to perform on my behalf as indicated below.  With this signature, ████████ GRAY authorizes American Financial Support Services to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,

1.     Access my account with the DOE, including taking steps and providing information necessary to access the account.

2.     Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3.     Drafting and, following my execution, submitting an application to the DOE.

4.     Engaging sub-contractors as may be appropriate to perform the services.

American Financial Support Services has full authority to represent me, ████████ GRAY, to perform the services outlined in the Service Agreement.

This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:

1.     It is revoked, suspended or terminated in writing by the GRANTOR; or

2.     The contract is terminated for any reason, whichever is earlier to occur.

**7901 Stoneridge Dr, Ste 504, Pleasanton, CA 94588 - (844) 593-8072**

████████ GRAY
_____          _____
NAME                                                                                    SIGN


_____
DATE

EXHIBIT 10
Page 27



# United States Department of Education

## Certification of Identity & Authorization to Disclose Personal Information

**Privacy Act Statement.** Department regulations require a person who submits a written request for access or disclosure of records to submit personal data sufficient to identify the individual submitting the request. 34 C.F.R. Section 5b.5(b). We solicit the information requested here in order to ensure that the records of individuals who are the subject of Department systems of records are not wrongfully disclosed by the Department. If you fail to furnish this information we will take no action to honor your request. Required information is indicated in CAPS.

FULL NAME OF REQUESTER:   [PLEASE PRINT] ▬▬▬▬ L GRAY _____

ADDRESS: [STREET] ▬▬▬▬▬▬▬▬▬▬ _____

[CITY] ▬▬▬▬▬▬▬▬ _____ [STATE] FL _____ [ZIP] 32114 _____

Phone: (▬▬) 0889 _____ Email: ▬▬▬▬ @yahoo.com _____

SOCIAL SECURITY NUMBER: [1] ▬▬▬▬▬▬ _____ DATE OF BIRTH: [MM/DD/YY] ▬▬▬ 995

## Authorization to Disclose Personal Information to Another Person

I authorize the Department of Education and its agents to release to, and discuss with, the individual named below as my representative, any records of the Department regarding my student financial assistance loan or grant obligation(s) to the Department, for the purpose of assisting me in satisfying the obligation:

FULL NAME OF REPRESENTATIVE: 1FILE.ORG _____

ADDRESS: [STREET] 5772 BOLSA AVE. STE B220 _____

[CITY] HUNTINGTON BEACH _____ [STATE] CA _____ [ZIP] 92649 _____

PHONE: (844) 593-8072 _____ [Relationship To Requester] 3rd Party Organization _____

I authorize the Department to honor this authorization unless and until I revoke it in a written notice and the designated office of the Department receives that notice. I understand that whenever requesting disclosure of information, the representative named here must submit information to verify his or her identity.

I UNDERSTAND THAT IN ORDER TO VERIFY HIS OR HER IDENTITY WHEN MAKING A REQUEST FOR DISCLOSURE BY TELEPHONE, THE REPRESENTATIVE MAY BE REQUIRED TO PROVIDE MY SSN, DOB, AND THE DATE ON WHICH I SIGNED THIS AUTHORIZATION.

I declare under penalty of perjury that I am the person named above as the requester, that I authorize release to the individual named as representative, and that the statements I provided here are true and accurate. I understand that any false statement is subject to punishment under 18 U.S.C. Section 1001 by fine or imprisonment of not more than five years, and that a knowing and willful request made under false pretenses for a record of an individual is subject to punishment under 5 U.S.C. Section 552a(i)(3) by a fine of up to $5000.

DATE: _____ SIGNATURE _____

---

[1] You are not required to provide your SSN or DOB. However, we ask you to provide your SSN and DOB only to facilitate the identification of records relating to you, and unless you provide your SSN and DOB, we may be unable to locate any or all records pertaining to you.

Completed authorizations should be mailed to:

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE TX 75403-5609

EXHIBIT 10
Page 28

Form **4506-T**

(Rev. September 2015)
Department of the Treasury
Internal Revenue Service

## Request for Transcript of Tax Return

▶ **Do not sign this form unless all applicable lines have been completed.**

▶ **Request may be rejected if the form is incomplete or illegible.**

▶ **For more information about Form 4506-T, visit** *www.irs.gov/form4506t.*

OMB No. 1545-1872

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use **Form 4506, Request for Copy of Tax Return.** There is a fee to get a copy of your return.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first.<br><br>▮ GRAY | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)<br>▮ |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return<br>-- |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

▮ FL 32114

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

1FILE.ORG, 5772 Bolsa Ave Suite 220, Huntington Beach, CA 92649

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ 1040

**a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days   .   .   .   .   .   .   .   . ☐

**b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days   . ☐

**c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days   . ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days   . ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days   . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.     12 / 31 / 14        12 / 31 / 15        12 / 31 / 16        / /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

| | |
|---|---|
| ☐ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T.** See instructions. | Phone number of taxpayer on line 1a or 2a |

**Sign Here**

▶ _____     _____
   Signature (see instructions)                     Date

▶ _____
   **Title** (if line 1a above is a corporation, partnership, estate, or trust)

_____     _____
Spouse's signature                              Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**        Cat. No. 37667N        Form **4506-T** (Rev. 9-2015)

EXHIBIT 10
Page 29

**Credit Card Authorization Form**

I ███████ GRAY, authorize 1FILE.ORG to charge my credit card *****5078 For the total of $799.00 on the dates listed below ████ 2090.

| | | |
|---|---|---|
| Jan 31, 2019 | $266.33 | _____ |
| Feb 28, 2019 | $266.33 | _____ |
| Mar 29, 2019 | $266.34 | _____ |

Additionally, I authorize 1FILE.ORG to charge a Monthly Maintenance Fee of 39.00 on the 31st of every month thereafter until loan obligations have been fulfilled. _____

Your method of payment is as follows:

**Credit Card Number: Visa**          **Name On Credit Card:** ███████ **GRAY**

**Credit Card Number: *****5078**          **Expiration Date: 03/2021**          **Security Code - 3 digits on Back of Card:** ██

**Billing Address of Credit Card:**

███████████████████ FL 32114

**Contact Numbers:**

Home Phone: ██████-0889
Cell Phone:

Amount due $799.00 Contract #295232090

**5772 Bolsa Ave. Suite 220, Huntington Beach, CA 92649 - (844) 593-8072**

_____
Signature

_____
Date



CUSTODIAL ACCOUNT AGREEMENT

Ver 12/03/2015

Client enters into this Agreement (Agreement) with Payment Automation Network, Inc. (PAN) for having PAN receive payments, make disbursements authorized by Client upon Client's instructions and/or the occurrence of specified events, and provide online transaction management and accounting information on Client's behalf (together, the "Services").

Client authorizes PAN to (i) collect (debit) funds via ACH from Client's designated financial institution (Designated Account) pursuant to the Payment Schedule attached hereto ("Payment Schedule"); (ii) deposit such funds in a non-interest bearing FDIC custodial account ("Custodial Account"); and (iii) disburse funds from the Custodial Account as directed by the payment schedule and/or upon receipt of authorized instructions from Client, provided the balance in the Depository Account equals or exceeds the disbursement request. If the balance of the Custodian Account is less than a requested disbursement, the disbursement direction will not be honored until the balance is increased to the desired amount.

Client agrees to pay PAN's fees and charges shown below and such fees and charges may be deducted directly from the Custodial Account.

Client agrees PAN will select the financial institution that will hold the Custodial Account. Client agrees that PAN may, at its sole discretion and upon written notification to Client, change the financial institution that will hold the Custodial Account at any time, and that the Custodian Account may be in California or any other state selected by PAN in its sole discretion. Client agrees that the Custodial Account will not be used for any illegal purpose, and Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto

Exhibit C
Page 39

whenever arising or discovered.

Client agrees that sufficient funds will be available in the Designated Account at least three (3) business days prior to date of all scheduled ACH debits. Client understands and agrees that to stop or change a scheduled debit from the Designated Account, Client must notify PAN at least three (3) business days prior to any such change. In the event Client's Designated Account does not have sufficient funds for a scheduled debit, PAN will not be liable to any third party due to insufficient funds, restriction or dishonor related to Client's account. Client authorizes PAN to recover any funds arising from a NSF, dishonor, or error in debiting the Designated Account. At its sole discretion, PAN may recover any such funds by means of a debit to the Designated Account and/or the Custodial Account. Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered. If Client's Custodian Account is suspended, cancelled, or otherwise terminated for any reason and the account has a negative balance, Client agrees to pay the negative balance upon demand. Should Client fail to remit the full amount of such negative balance, Client shall remain responsible for the deficit and collection actions may be pursued against Client.

Client has an agreement with Service Provider, and the Payment Schedule is part of that agreement. Client directs and authorizes PAN to share information with Service Provider as required by Service Provider and with any other authorized parties involved in the administration of the Custodial Account on Client's behalf. PAN is not an owner, employee, or partner of Service Provider, and provides the Services to Client as an independent third party. Client agrees that PAN is not involved or engaged in any respect with the services provided by the Service Provider, other than acting as a third-party escrow on behalf of Client and the Service Provider. Client agrees that PAN shall not be responsible for determining when a payment is due or whether a payment is for the correct amount or otherwise proper. PAN's sole obligation shall be to execute Client's payment instructions in a commercially reasonable manner as soon as practical after receipt of such instructions or after the occurrence of the specified event authorizing release of a payment on behalf of Client. PAN shall not be liable for any conduct by Service Provider or for penalty or other charge levied by anyone on Client, for any failure of anyone to honor a transaction or for any other adverse action taken or not taken by any other party in connection with the Services. Under no circumstances shall PAN be liable for any special, incidental, consequential, exemplary, or punitive damages.

PAN will provide Client an internet login with a login name and password for viewing the funds held in the Custodial Account and all transactions related to Client via a protected website. Use of Client's passcode, password or any other form of identification designated by Client in any transaction constitutes and will be accepted as Client's electronic signature, as that term is used in the federal Electronic Signature in Global and National Commerce law and other applicable laws.

Client's funds are held in the Custodial Account pending Client's instructions for disbursement. Client has sole authority to authorize disbursements or transfers. You expressly authorize PAN to rely on your instructions for this purpose whether transmitted directly by you, via the Service Provider or by a third party you have authorized in whatever form provided, including but not limited to any instructions provided via email, PAN's website, E-signature, or other writing, verbally, by voicemail or any other means of communication. If Client is more than one person, PAN may act upon receipt the instructions of either person; however, if conflicting instructions are received before any action has been taken, PAN may in its sole discretion refrain from taking any action until it receives joint instructions from all Clients or a

court order directing further action. Client agrees that PAN shall have no right or obligation to control, direct, or change any disbursement instructions provided by Client other than as expressly provided by this Agreement.

Client may revoke any prior payment authorization at any time before such payment has been initiated by completing and submitting a Revocation of Recurring Payment Authorization form to PAN by email or mail. See PAN's Contact Information below.

PAN or Client may terminate this Agreement upon delivery of written notice at any time. Upon termination of this Agreement for any reason, PAN shall arrange for Client's remaining funds, apart from any funds due to be paid to the Service Provider or any other person or entity as a result of the occurrence of specified events prior to delivery of the termination notice, to be transmitted from the Custodial Account to the Designated Account.

Client agrees that all disclosures, account activity, notifications and any other communications related to the Services may be distributed to Client by electronic mail or through PAN's software services. Client acknowledges that Client is able to electronically receive, download and print such information and communications. If Client is unable to communicate electronically for any reason, Client agrees to notify PAN immediately, and reasonable alternative means of communication will be established in accordance with applicable law.

Client understands and agrees that all calls to and from PAN are monitored and recorded. Client verifies that the telephone and cellular phone numbers and email addresses shown below presently belong to Client. Client consents to receive emails, prerecorded messages and/or auto dialed calls (including text messages) relating to this Agreement and the Services. These communications may be made by PAN or its agents, even if your phone number is registered on any state or federal "Do Not Call" list. You may incur a charge for such calls by your telephone carrier. PAN may obtain and contact email addresses and phone numbers provided by you directly or obtained through other lawful means. Your consent to this provision is not required as a condition of entering into this Agreement, and you may opt out from consenting to these provisions by contacting PAN in writing at PAN's Contact Information below.

You agree to provide notice within 30 days of any change to your email address or phone numbers by writing to PAN's Contact Information below.

ARBITRATION OF DISPUTES - IMPORTANT NOTICE AFFECTING YOUR RIGHTS

You agree that any controversy, claim or dispute between the parties arising out of or relating to this Agreement, or to any of the services provided pursuant to this Agreement, or the breach, termination, enforcement, interpretation or validity thereof, including the determination of

EXHIBIT 10
Page 31

the scope or applicability of this Agreement to arbitrate, shall be determined by binding arbitration conducted in the federal judicial district where the Client resides. The parties agree that this arbitration provision shall be governed by and enforceable under the Federal Arbitration Act. Otherwise, parties agree that the laws of the Client's state of residence shall govern any dispute between them. The parties agree the arbitration shall be conducted before a single arbitrator pursuant to the rules and procedures of the American Arbitration Association ("AAA"). The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. Any award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. The parties agree that either party may bring claims against the other only in his/her or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the costs of the arbitration, not including attorney's fees or expert witness expenses, equally. If the consumer's share of the costs is greater than two-thousand dollars ($2,000.00), PAN will pay the consumer's share of any costs in excess of that amount. In the event that a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party shall be entitled to obtain costs of suit, including any reasonable attorney's fees incurred for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrators ruling, except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the requirement to arbitrate shall survive any termination of this Agreement.

This Agreement constitutes the entire agreement between Client and PAN. No modifications, variations or waivers of any provisions of this Agreement shall be deemed valid unless in writing and signed by Client and PAN.

EXHIBIT 10
Page 32

| Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| GRAY | ███████ | | ███████ | ██/1995 |

| Co-Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| | | | -- | |

| Address | City, State, ZIP |
|---|---|
| ████████████ FL 32114 | ██████, FL, 32114 |

| Phone | Email | Mothers Maiden Name |
|---|---|---|
| ████-0889 | █████@yahoo.com | |

| Authorized Service Provider/Agent | Account ID |
|---|---|
| Arete Financial | AR--1 |

| Client Signature | | Date | | Notifications To Payment Automation Network |
|---|---|---|---|---|
| | | | | Email: Clients@paymentautomation.net |
| Co-Cleint Signature | | Date | | Phone: (800)813-3740 |
| | | | | Fax: (866)600-2703 |
| | | | | Portal: https://client.paymentautomation.net |

EXHIBIT 10
Page 33



CUSTODIAL ACCOUNT AGREEMENT

Ver 10/30/2014

**AUTHORIZATION FOR RECURRING DIRECT PAYMENTS** I (we) hereby authorize PAN to initiate ACH debit entries from the account at the depository financial institution named below and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to the account must comply with the provisions of U.S. law. This authorization is to remain in full force and effect until PAN has received written notification from me (or either of us) of its termination at least three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.er than three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.

| Bank Name | Account Number | Routing Number | Account Type | Account Fees |
|---|---|---|---|---|
| Authorizing Person's Name (as it appears on check) | | | | I authorize PAN to charge my Primary Financial Institution or my Custodial Account in accordance with the following fees for services rendered. |
| Address, City, State, Zip (as it appears on check) ██████████████ FL 32114, ███████FL, 32114 | | | | Monthly Custodial Account:$6.75 <br> Unauthorized Returns:$35.00 <br> Stop Payment:$25.00 <br> Return Item Fee: $0.00 |
| Recurring Debit Authorization $799.00 | | Effective Date (Date of First Debit) Jan 31, 2019 | | **Fees for Disbursements per occurrence or any other appropriate service.** |
| The specific debits to my account authorized herein may only post on or after the EFFECTIVE DATE listed in the attached payment schedule. This authorization is to remain in full force and effect until PAN has received written notification from me of termination in such time and in such manner as to afford PAN a reasonable opportunity to act. | | | | ACH Credit:$5.00 <br> ACH Debit/Check by phone:$5.00 <br> Overnight Check, Wire Transfer: $25.00 <br> 2-Day Check:$10.00 <br> USPS Check: $5.00 |
| **Client Signature** | | **DATE** Jan 23, 2019 | | Notifications To Payment Automation Network <br> Email: Clients@paymentautomation.net <br> Phone: (800)813-3740 |
| **CO-Client Signature** | | **DATE** Jan 23, 2019 | | Fax: (866)600-2703 <br> Portal: https://client.paymentautomation.net |

**Payment Schedule**

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 1 | Jan 31, 2019 | $266.33 | $0.00 | $266.33 |
| 2 | Feb 28, 2019 | $266.33 | $0.00 | $266.33 |
| 3 | Mar 29, 2019 | $266.34 | $0.00 | $266.34 |
| 4 | May 01, 2019 | $0.00 | $39.00 | $39.00 |

EXHIBIT 10
Page 34

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 5 | May 31, 2019 | $0.00 | $39.00 | $39.00 |
| 6 | Jul 01, 2019 | $0.00 | $39.00 | $39.00 |
| 7 | Jul 31, 2019 | $0.00 | $39.00 | $39.00 |
| 8 | Sep 03, 2019 | $0.00 | $39.00 | $39.00 |
| 9 | Oct 01, 2019 | $0.00 | $39.00 | $39.00 |
| 10 | Oct 31, 2019 | $0.00 | $39.00 | $39.00 |
| 11 | Dec 02, 2019 | $0.00 | $39.00 | $39.00 |
| 12 | Dec 31, 2019 | $0.00 | $39.00 | $39.00 |
| 13 | Jan 31, 2020 | $0.00 | $39.00 | $39.00 |
| 14 | Mar 02, 2020 | $0.00 | $39.00 | $39.00 |
| 15 | Mar 31, 2020 | $0.00 | $39.00 | $39.00 |
| 16 | May 01, 2020 | $0.00 | $39.00 | $39.00 |
| 17 | Jun 01, 2020 | $0.00 | $39.00 | $39.00 |
| 18 | Jul 01, 2020 | $0.00 | $39.00 | $39.00 |
| 19 | Jul 31, 2020 | $0.00 | $39.00 | $39.00 |
| 20 | Aug 31, 2020 | $0.00 | $39.00 | $39.00 |
| 21 | Oct 01, 2020 | $0.00 | $39.00 | $39.00 |
| 22 | Nov 02, 2020 | $0.00 | $39.00 | $39.00 |
| 23 | Dec 01, 2020 | $0.00 | $39.00 | $39.00 |
| 24 | Dec 31, 2020 | $0.00 | $39.00 | $39.00 |
| 25 | Feb 01, 2021 | $0.00 | $39.00 | $39.00 |
| 26 | Mar 03, 2021 | $0.00 | $39.00 | $39.00 |
| 27 | Mar 31, 2021 | $0.00 | $39.00 | $39.00 |
| 28 | May 03, 2021 | $0.00 | $39.00 | $39.00 |
| 29 | Jun 01, 2021 | $0.00 | $39.00 | $39.00 |
| 30 | Jul 01, 2021 | $0.00 | $39.00 | $39.00 |
| 31 | Aug 02, 2021 | $0.00 | $39.00 | $39.00 |
| 32 | Aug 31, 2021 | $0.00 | $39.00 | $39.00 |
| 33 | Oct 01, 2021 | $0.00 | $39.00 | $39.00 |
| 34 | Nov 01, 2021 | $0.00 | $39.00 | $39.00 |
| 35 | Dec 01, 2021 | $0.00 | $39.00 | $39.00 |
| 36 | Jan 03, 2022 | $0.00 | $39.00 | $39.00 |
| 37 | Jan 31, 2022 | $0.00 | $39.00 | $39.00 |
| 38 | Mar 03, 2022 | $0.00 | $39.00 | $39.00 |
| 39 | Mar 31, 2022 | $0.00 | $39.00 | $39.00 |
| 40 | May 02, 2022 | $0.00 | $39.00 | $39.00 |
| 41 | May 31, 2022 | $0.00 | $39.00 | $39.00 |
| 42 | Jul 01, 2022 | $0.00 | $39.00 | $39.00 |
| 43 | Aug 01, 2022 | $0.00 | $39.00 | $39.00 |
| 44 | Aug 31, 2022 | $0.00 | $39.00 | $39.00 |
| 45 | Oct 03, 2022 | $0.00 | $39.00 | $39.00 |
| 46 | Oct 31, 2022 | $0.00 | $39.00 | $39.00 |
| 47 | Dec 01, 2022 | $0.00 | $39.00 | $39.00 |
| 48 | Jan 03, 2023 | $0.00 | $39.00 | $39.00 |
| 49 | Jan 31, 2023 | $0.00 | $39.00 | $39.00 |
| 50 | Mar 03, 2023 | $0.00 | $39.00 | $39.00 |
| 51 | Mar 31, 2023 | $0.00 | $39.00 | $39.00 |
| 52 | May 01, 2023 | $0.00 | $39.00 | $39.00 |
| 53 | May 31, 2023 | $0.00 | $39.00 | $39.00 |
| 54 | Jul 03, 2023 | $0.00 | $39.00 | $39.00 |

EXHIBIT 10
Page 35

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 55 | Jul 31, 2023 | $0.00 | $39.00 | $39.00 |
| 56 | Aug 31, 2023 | $0.00 | $39.00 | $39.00 |
| 57 | Oct 02, 2023 | $0.00 | $39.00 | $39.00 |
| 58 | Oct 31, 2023 | $0.00 | $39.00 | $39.00 |
| 59 | Dec 01, 2023 | $0.00 | $39.00 | $39.00 |
| 60 | Jan 02, 2024 | $0.00 | $39.00 | $39.00 |
| 61 | Jan 31, 2024 | $0.00 | $39.00 | $39.00 |
| 62 | Mar 04, 2024 | $0.00 | $39.00 | $39.00 |
| 63 | Apr 01, 2024 | $0.00 | $39.00 | $39.00 |
| 64 | May 01, 2024 | $0.00 | $39.00 | $39.00 |
| 65 | May 31, 2024 | $0.00 | $39.00 | $39.00 |
| 66 | Jul 01, 2024 | $0.00 | $39.00 | $39.00 |
| 67 | Jul 31, 2024 | $0.00 | $39.00 | $39.00 |
| 68 | Sep 03, 2024 | $0.00 | $39.00 | $39.00 |
| 69 | Oct 01, 2024 | $0.00 | $39.00 | $39.00 |
| 70 | Oct 31, 2024 | $0.00 | $39.00 | $39.00 |
| 71 | Dec 02, 2024 | $0.00 | $39.00 | $39.00 |
| 72 | Dec 31, 2024 | $0.00 | $39.00 | $39.00 |
| 73 | Jan 31, 2025 | $0.00 | $39.00 | $39.00 |
| 74 | Mar 03, 2025 | $0.00 | $39.00 | $39.00 |
| 75 | Mar 31, 2025 | $0.00 | $39.00 | $39.00 |
| 76 | May 01, 2025 | $0.00 | $39.00 | $39.00 |
| 77 | Jun 02, 2025 | $0.00 | $39.00 | $39.00 |
| 78 | Jul 01, 2025 | $0.00 | $39.00 | $39.00 |
| 79 | Jul 31, 2025 | $0.00 | $39.00 | $39.00 |
| 80 | Sep 02, 2025 | $0.00 | $39.00 | $39.00 |
| 81 | Oct 01, 2025 | $0.00 | $39.00 | $39.00 |
| 82 | Oct 31, 2025 | $0.00 | $39.00 | $39.00 |
| 83 | Dec 01, 2025 | $0.00 | $39.00 | $39.00 |
| 84 | Dec 31, 2025 | $0.00 | $39.00 | $39.00 |
| 85 | Feb 02, 2026 | $0.00 | $39.00 | $39.00 |
| 86 | Mar 03, 2026 | $0.00 | $39.00 | $39.00 |
| 87 | Mar 31, 2026 | $0.00 | $39.00 | $39.00 |
| 88 | May 01, 2026 | $0.00 | $39.00 | $39.00 |
| 89 | Jun 01, 2026 | $0.00 | $39.00 | $39.00 |
| 90 | Jul 01, 2026 | $0.00 | $39.00 | $39.00 |
| 91 | Jul 31, 2026 | $0.00 | $39.00 | $39.00 |
| 92 | Aug 31, 2026 | $0.00 | $39.00 | $39.00 |
| 93 | Oct 01, 2026 | $0.00 | $39.00 | $39.00 |
| 94 | Nov 02, 2026 | $0.00 | $39.00 | $39.00 |
| 95 | Dec 01, 2026 | $0.00 | $39.00 | $39.00 |
| 96 | Dec 31, 2026 | $0.00 | $39.00 | $39.00 |
| 97 | Feb 01, 2027 | $0.00 | $39.00 | $39.00 |
| 98 | Mar 03, 2027 | $0.00 | $39.00 | $39.00 |
| 99 | Mar 31, 2027 | $0.00 | $39.00 | $39.00 |
| 100 | May 03, 2027 | $0.00 | $39.00 | $39.00 |
| 101 | Jun 01, 2027 | $0.00 | $39.00 | $39.00 |
| 102 | Jul 01, 2027 | $0.00 | $39.00 | $39.00 |
| 103 | Aug 02, 2027 | $0.00 | $39.00 | $39.00 |
| 104 | Aug 31, 2027 | $0.00 | $39.00 | $39.00 |

EXHIBIT 10
Page 36

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 105 | Oct 01, 2027 | $0.00 | $39.00 | $39.00 |
| 106 | Nov 01, 2027 | $0.00 | $39.00 | $39.00 |
| 107 | Dec 01, 2027 | $0.00 | $39.00 | $39.00 |
| 108 | Jan 03, 2028 | $0.00 | $39.00 | $39.00 |
| 109 | Jan 31, 2028 | $0.00 | $39.00 | $39.00 |
| 110 | Mar 02, 2028 | $0.00 | $39.00 | $39.00 |
| 111 | Mar 31, 2028 | $0.00 | $39.00 | $39.00 |
| 112 | May 01, 2028 | $0.00 | $39.00 | $39.00 |
| 113 | May 31, 2028 | $0.00 | $39.00 | $39.00 |
| 114 | Jul 03, 2028 | $0.00 | $39.00 | $39.00 |
| 115 | Jul 31, 2028 | $0.00 | $39.00 | $39.00 |
| 116 | Aug 31, 2028 | $0.00 | $39.00 | $39.00 |
| 117 | Oct 02, 2028 | $0.00 | $39.00 | $39.00 |
| 118 | Oct 31, 2028 | $0.00 | $39.00 | $39.00 |
| 119 | Dec 01, 2028 | $0.00 | $39.00 | $39.00 |
| 120 | Jan 02, 2029 | $0.00 | $39.00 | $39.00 |
| 121 | Jan 31, 2029 | $0.00 | $39.00 | $39.00 |
| 122 | Mar 05, 2029 | $0.00 | $39.00 | $39.00 |
| 123 | Apr 02, 2029 | $0.00 | $39.00 | $39.00 |
| 124 | May 01, 2029 | $0.00 | $39.00 | $39.00 |
| 125 | May 31, 2029 | $0.00 | $39.00 | $39.00 |
| 126 | Jul 02, 2029 | $0.00 | $39.00 | $39.00 |
| 127 | Jul 31, 2029 | $0.00 | $39.00 | $39.00 |
| 128 | Aug 31, 2029 | $0.00 | $39.00 | $39.00 |
| 129 | Oct 01, 2029 | $0.00 | $39.00 | $39.00 |
| 130 | Oct 31, 2029 | $0.00 | $39.00 | $39.00 |
| 131 | Dec 03, 2029 | $0.00 | $39.00 | $39.00 |
| 132 | Dec 31, 2029 | $0.00 | $39.00 | $39.00 |
| 133 | Jan 31, 2030 | $0.00 | $39.00 | $39.00 |
| 134 | Mar 04, 2030 | $0.00 | $39.00 | $39.00 |
| 135 | Apr 01, 2030 | $0.00 | $39.00 | $39.00 |
| 136 | May 01, 2030 | $0.00 | $39.00 | $39.00 |
| 137 | May 31, 2030 | $0.00 | $39.00 | $39.00 |
| 138 | Jul 01, 2030 | $0.00 | $39.00 | $39.00 |
| 139 | Jul 31, 2030 | $0.00 | $39.00 | $39.00 |
| 140 | Sep 02, 2030 | $0.00 | $39.00 | $39.00 |
| 141 | Oct 01, 2030 | $0.00 | $39.00 | $39.00 |
| 142 | Oct 31, 2030 | $0.00 | $39.00 | $39.00 |
| 143 | Dec 02, 2030 | $0.00 | $39.00 | $39.00 |
| 144 | Dec 31, 2030 | $0.00 | $39.00 | $39.00 |
| 145 | Jan 31, 2031 | $0.00 | $39.00 | $39.00 |
| 146 | Mar 03, 2031 | $0.00 | $39.00 | $39.00 |
| 147 | Mar 31, 2031 | $0.00 | $39.00 | $39.00 |
| 148 | May 01, 2031 | $0.00 | $39.00 | $39.00 |
| 149 | Jun 02, 2031 | $0.00 | $39.00 | $39.00 |
| 150 | Jul 01, 2031 | $0.00 | $39.00 | $39.00 |
| 151 | Jul 31, 2031 | $0.00 | $39.00 | $39.00 |
| 152 | Sep 01, 2031 | $0.00 | $39.00 | $39.00 |
| 153 | Oct 01, 2031 | $0.00 | $39.00 | $39.00 |
| 154 | Oct 31, 2031 | $0.00 | $39.00 | $39.00 |

EXHIBIT 10
Page 37

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 155 | Dec 01, 2031 | $0.00 | $39.00 | $39.00 |
| 156 | Dec 31, 2031 | $0.00 | $39.00 | $39.00 |
| 157 | Feb 02, 2032 | $0.00 | $39.00 | $39.00 |
| 158 | Mar 02, 2032 | $0.00 | $39.00 | $39.00 |
| 159 | Mar 31, 2032 | $0.00 | $39.00 | $39.00 |
| 160 | May 03, 2032 | $0.00 | $39.00 | $39.00 |
| 161 | May 31, 2032 | $0.00 | $39.00 | $39.00 |
| 162 | Jul 01, 2032 | $0.00 | $39.00 | $39.00 |
| 163 | Aug 02, 2032 | $0.00 | $39.00 | $39.00 |
| 164 | Aug 31, 2032 | $0.00 | $39.00 | $39.00 |
| 165 | Oct 01, 2032 | $0.00 | $39.00 | $39.00 |
| 166 | Nov 01, 2032 | $0.00 | $39.00 | $39.00 |
| 167 | Dec 01, 2032 | $0.00 | $39.00 | $39.00 |
| 168 | Dec 31, 2032 | $0.00 | $39.00 | $39.00 |
| 169 | Jan 31, 2033 | $0.00 | $39.00 | $39.00 |
| 170 | Mar 03, 2033 | $0.00 | $39.00 | $39.00 |
| 171 | Mar 31, 2033 | $0.00 | $39.00 | $39.00 |
| 172 | May 02, 2033 | $0.00 | $39.00 | $39.00 |
| 173 | May 31, 2033 | $0.00 | $39.00 | $39.00 |
| 174 | Jul 01, 2033 | $0.00 | $39.00 | $39.00 |
| 175 | Aug 01, 2033 | $0.00 | $39.00 | $39.00 |
| 176 | Aug 31, 2033 | $0.00 | $39.00 | $39.00 |
| 177 | Oct 03, 2033 | $0.00 | $39.00 | $39.00 |
| 178 | Oct 31, 2033 | $0.00 | $39.00 | $39.00 |
| 179 | Dec 01, 2033 | $0.00 | $39.00 | $39.00 |
| 180 | Jan 02, 2034 | $0.00 | $39.00 | $39.00 |
| 181 | Jan 31, 2034 | $0.00 | $39.00 | $39.00 |
| 182 | Mar 03, 2034 | $0.00 | $39.00 | $39.00 |
| 183 | Mar 31, 2034 | $0.00 | $39.00 | $39.00 |
| 184 | May 01, 2034 | $0.00 | $39.00 | $39.00 |
| 185 | May 31, 2034 | $0.00 | $39.00 | $39.00 |
| 186 | Jul 03, 2034 | $0.00 | $39.00 | $39.00 |
| 187 | Jul 31, 2034 | $0.00 | $39.00 | $39.00 |
| 188 | Aug 31, 2034 | $0.00 | $39.00 | $39.00 |
| 189 | Oct 02, 2034 | $0.00 | $39.00 | $39.00 |
| 190 | Oct 31, 2034 | $0.00 | $39.00 | $39.00 |
| 191 | Dec 01, 2034 | $0.00 | $39.00 | $39.00 |
| 192 | Jan 01, 2035 | $0.00 | $39.00 | $39.00 |
| 193 | Jan 31, 2035 | $0.00 | $39.00 | $39.00 |
| 194 | Mar 05, 2035 | $0.00 | $39.00 | $39.00 |
| 195 | Apr 02, 2035 | $0.00 | $39.00 | $39.00 |
| 196 | May 01, 2035 | $0.00 | $39.00 | $39.00 |
| 197 | May 31, 2035 | $0.00 | $39.00 | $39.00 |
| 198 | Jul 02, 2035 | $0.00 | $39.00 | $39.00 |
| 199 | Jul 31, 2035 | $0.00 | $39.00 | $39.00 |
| 200 | Aug 31, 2035 | $0.00 | $39.00 | $39.00 |
| 201 | Oct 01, 2035 | $0.00 | $39.00 | $39.00 |
| 202 | Oct 31, 2035 | $0.00 | $39.00 | $39.00 |
| 203 | Dec 03, 2035 | $0.00 | $39.00 | $39.00 |
| 204 | Dec 31, 2035 | $0.00 | $39.00 | $39.00 |

EXHIBIT 10
Page 38

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 205 | Jan 31, 2036 | $0.00 | $39.00 | $39.00 |
| 206 | Mar 03, 2036 | $0.00 | $39.00 | $39.00 |
| 207 | Mar 31, 2036 | $0.00 | $39.00 | $39.00 |
| 208 | May 01, 2036 | $0.00 | $39.00 | $39.00 |
| 209 | Jun 02, 2036 | $0.00 | $39.00 | $39.00 |
| 210 | Jul 01, 2036 | $0.00 | $39.00 | $39.00 |
| 211 | Jul 31, 2036 | $0.00 | $39.00 | $39.00 |
| 212 | Sep 01, 2036 | $0.00 | $39.00 | $39.00 |
| 213 | Oct 01, 2036 | $0.00 | $39.00 | $39.00 |
| 214 | Oct 31, 2036 | $0.00 | $39.00 | $39.00 |
| 215 | Dec 01, 2036 | $0.00 | $39.00 | $39.00 |
| 216 | Dec 31, 2036 | $0.00 | $39.00 | $39.00 |
| 217 | Feb 02, 2037 | $0.00 | $39.00 | $39.00 |
| 218 | Mar 03, 2037 | $0.00 | $39.00 | $39.00 |
| 219 | Mar 31, 2037 | $0.00 | $39.00 | $39.00 |
| 220 | May 01, 2037 | $0.00 | $39.00 | $39.00 |
| 221 | Jun 01, 2037 | $0.00 | $39.00 | $39.00 |
| 222 | Jul 01, 2037 | $0.00 | $39.00 | $39.00 |
| 223 | Jul 31, 2037 | $0.00 | $39.00 | $39.00 |
| 224 | Aug 31, 2037 | $0.00 | $39.00 | $39.00 |
| 225 | Oct 01, 2037 | $0.00 | $39.00 | $39.00 |
| 226 | Nov 02, 2037 | $0.00 | $39.00 | $39.00 |
| 227 | Dec 01, 2037 | $0.00 | $39.00 | $39.00 |
| 228 | Dec 31, 2037 | $0.00 | $39.00 | $39.00 |
| 229 | Feb 01, 2038 | $0.00 | $39.00 | $39.00 |
| 230 | Mar 03, 2038 | $0.00 | $39.00 | $39.00 |
| 231 | Mar 31, 2038 | $0.00 | $39.00 | $39.00 |
| 232 | May 03, 2038 | $0.00 | $39.00 | $39.00 |
| 233 | May 31, 2038 | $0.00 | $39.00 | $39.00 |
| 234 | Jul 01, 2038 | $0.00 | $39.00 | $39.00 |
| 235 | Aug 02, 2038 | $0.00 | $39.00 | $39.00 |
| 236 | Aug 31, 2038 | $0.00 | $39.00 | $39.00 |
| 237 | Oct 01, 2038 | $0.00 | $39.00 | $39.00 |
| 238 | Nov 01, 2038 | $0.00 | $39.00 | $39.00 |
| 239 | Dec 01, 2038 | $0.00 | $39.00 | $39.00 |
| 240 | Dec 31, 2038 | $0.00 | $39.00 | $39.00 |
| 241 | Jan 31, 2039 | $0.00 | $39.00 | $39.00 |
| 242 | Mar 03, 2039 | $0.00 | $39.00 | $39.00 |
| 243 | Mar 31, 2039 | $0.00 | $39.00 | $39.00 |
| 244 | May 02, 2039 | $0.00 | $39.00 | $39.00 |
| 245 | May 31, 2039 | $0.00 | $39.00 | $39.00 |
| 246 | Jul 01, 2039 | $0.00 | $39.00 | $39.00 |
| 247 | Aug 01, 2039 | $0.00 | $39.00 | $39.00 |
| 248 | Aug 31, 2039 | $0.00 | $39.00 | $39.00 |
| 249 | Oct 03, 2039 | $0.00 | $39.00 | $39.00 |
| 250 | Oct 31, 2039 | $0.00 | $39.00 | $39.00 |
| 251 | Dec 01, 2039 | $0.00 | $39.00 | $39.00 |
| 252 | Jan 02, 2040 | $0.00 | $39.00 | $39.00 |
| 253 | Jan 31, 2040 | $0.00 | $39.00 | $39.00 |
| 254 | Mar 02, 2040 | $0.00 | $39.00 | $39.00 |

EXHIBIT 10
Page 39

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 255 | Apr 02, 2040 | $0.00 | $39.00 | $39.00 |
| 256 | May 01, 2040 | $0.00 | $39.00 | $39.00 |
| 257 | May 31, 2040 | $0.00 | $39.00 | $39.00 |
| 258 | Jul 02, 2040 | $0.00 | $39.00 | $39.00 |
| 259 | Jul 31, 2040 | $0.00 | $39.00 | $39.00 |
| 260 | Aug 31, 2040 | $0.00 | $39.00 | $39.00 |
| 261 | Oct 01, 2040 | $0.00 | $39.00 | $39.00 |
| 262 | Oct 31, 2040 | $0.00 | $39.00 | $39.00 |
| 263 | Dec 03, 2040 | $0.00 | $39.00 | $39.00 |
| 264 | Dec 31, 2040 | $0.00 | $39.00 | $39.00 |
| 265 | Jan 31, 2041 | $0.00 | $39.00 | $39.00 |
| 266 | Mar 04, 2041 | $0.00 | $39.00 | $39.00 |
| 267 | Apr 01, 2041 | $0.00 | $39.00 | $39.00 |
| 268 | May 01, 2041 | $0.00 | $39.00 | $39.00 |
| 269 | May 31, 2041 | $0.00 | $39.00 | $39.00 |
| 270 | Jul 01, 2041 | $0.00 | $39.00 | $39.00 |
| 271 | Jul 31, 2041 | $0.00 | $39.00 | $39.00 |
| 272 | Sep 02, 2041 | $0.00 | $39.00 | $39.00 |
| 273 | Oct 01, 2041 | $0.00 | $39.00 | $39.00 |
| 274 | Oct 31, 2041 | $0.00 | $39.00 | $39.00 |
| 275 | Dec 02, 2041 | $0.00 | $39.00 | $39.00 |
| 276 | Dec 31, 2041 | $0.00 | $39.00 | $39.00 |
| 277 | Jan 31, 2042 | $0.00 | $39.00 | $39.00 |
| 278 | Mar 03, 2042 | $0.00 | $39.00 | $39.00 |
| 279 | Mar 31, 2042 | $0.00 | $39.00 | $39.00 |
| 280 | May 01, 2042 | $0.00 | $39.00 | $39.00 |
| 281 | Jun 02, 2042 | $0.00 | $39.00 | $39.00 |
| 282 | Jul 01, 2042 | $0.00 | $39.00 | $39.00 |
| 283 | Jul 31, 2042 | $0.00 | $39.00 | $39.00 |
| 284 | Sep 01, 2042 | $0.00 | $39.00 | $39.00 |
| 285 | Oct 01, 2042 | $0.00 | $39.00 | $39.00 |
| 286 | Oct 31, 2042 | $0.00 | $39.00 | $39.00 |
| 287 | Dec 01, 2042 | $0.00 | $39.00 | $39.00 |
| 288 | Dec 31, 2042 | $0.00 | $39.00 | $39.00 |
| 289 | Feb 02, 2043 | $0.00 | $39.00 | $39.00 |
| 290 | Mar 03, 2043 | $0.00 | $39.00 | $39.00 |
| 291 | Mar 31, 2043 | $0.00 | $39.00 | $39.00 |
| 292 | May 01, 2043 | $0.00 | $39.00 | $39.00 |
| 293 | Jun 01, 2043 | $0.00 | $39.00 | $39.00 |
| 294 | Jul 01, 2043 | $0.00 | $39.00 | $39.00 |
| 295 | Jul 31, 2043 | $0.00 | $39.00 | $39.00 |
| 296 | Aug 31, 2043 | $0.00 | $39.00 | $39.00 |
| 297 | Oct 01, 2043 | $0.00 | $39.00 | $39.00 |
| 298 | Nov 02, 2043 | $0.00 | $39.00 | $39.00 |
| 299 | Dec 01, 2043 | $0.00 | $39.00 | $39.00 |
| 300 | Dec 31, 2043 | $0.00 | $39.00 | $39.00 |

EXHIBIT 10
Page 40

EXHIBIT 11



## SERVICE AGREEMENT

This service agreement ("Agreement") is made and entered into this 15th day of September, 2018, by and between USFFC.ORG ("USFFC.ORG"), and ███████ Crumble hereinafter referred to as ("Client"), whose address is ████████████ ████████ PA 19143, with reference to the following.

### RECITALS

A. USFFC.ORG provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation") and/or restructure the current payment to a new ("Income-Driven Repayment");

B. Client requests USFFC.ORG perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth, below, USFFC.ORG and Client do hereby agree to the following:

**1. Client Loan Service Definition.**

USFFC.ORG provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. USFFC.ORG will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

**2. Nature of Service; No Legal or Tax Advice.**

USFFC.ORG is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. The Client acknowledges that USFFC.ORG is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

**3. Rehabilitation; Garnishment.**

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, USFFC.ORG will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, USFFC.ORG will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

**4. Fees.**

Client agrees to pay USFFC.ORG a Service fee of $599.00 for providing the Services. In addition Client agrees to pay USFFC.ORG a Monthly Maintenance fee of: $39.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, USFFC.ORG will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

**5. Refund.**

Client understands that USFFC.ORG is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website. However, USFFC.ORG guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with USFFC.ORG providing all information requested by USFFC.ORG and DOE in a timely manner as deemed by USFFC.ORG and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 30 days of any loan application denial by the DOE. USFFC.ORG will reimburse 100% of the Service fee paid by Client.

**6. Process.**

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. USFFC.ORG relies on the applicable lender(s) and USFFC.ORG cannot be held liable for delayed completion due to delays in obtaining information or approvals from third parties or the DOE. The average completion time to process a Federal Student Loan Consolidation through USFFC.ORG

EXHIBIT 11 Page 4

ID: 4de1e1c4-362b-1c4a-1c25-0b41ea7a3f5e Signed: 2018-09-15T11:54:47-05:00

is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

**7. Client Warranty.**

Client expressly represents and warrants that they will provide USFFC.ORG with information that is complete and accurate to the best of their knowledge. USFFC.ORG is under no obligation to independently verify the information provided by Client.

**8. Client Authorization.**

I hereby authorize USFFC.ORG to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize USFFC.ORG to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information USFFC.ORG obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

**9. Arbitration and Choice of Law.**

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

**10. Indemnification.**

Client hereby agrees to defend and hold harmless USFFC.ORG from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

**11. Termination of Agreement.**

Client may cancel this contract any time with written notice to USFFC.ORG prior to being approved for Federal Student Loan Consolidation. Any fees paid to USFFC.ORG at time of cancellation shall be deemed earned as long as USFFC.ORG has acted in good faith in performing services on behalf of Client. USFFC.ORG may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, USFFC.ORG (USFFC.ORG), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (844) 593-8072.

▇ Crumble
NAME

▇ Crumble
SIGN

09/15/2018
DATE

▇
SSN

EXHIBIT 11
Page 42

## Privacy Policy

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal information. Personal information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: Information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports; information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and USFFC.ORG to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact USFFC.ORG Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e. exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt-out' of having personal information shared. By providing information to USFFC.ORG you are consenting to the collection, use, and disclosure of personal information in the manner described in this privacy policy. This Policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

**500 Ygnacio Valley Rd. Suite 430, Walnut Creek CA 94596 - (844) 593-8072**

Email address: processing@USFFC.ORG

██████ Crumble
_____
NAME

09/15/2018
_____
DATE

███ *Crumble*
_____
SIGN

EXHIBIT 11
Page 43

ID: 4de1e1c4-362b-1c4a-1c25-0b41ea7a3f5e Signed: 2018-09-15T11:54:47-05:00

US Financial Freedom Center

**Limited Scope Power of Attorney**

- THIS LIMITED POWER OF ATTORNEY IS **ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION** ("DOE") AND CLIENT, ▇▇ Crumble ("GRANTOR"). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.

- I,▇▇ Crumble, Social Security #▇▇▇▇▇▇ , residing at ▇▇▇▇▇▇▇▇ PA 19143, ▇▇▇▇ PA 19143, this date, Sep 15, 2018, hereby appoints USFFC.ORG as my ATTORNEY-IN-FACT to perform on my behalf as indicated below.  With this signature, ▇▇ Crumble authorizes USFFC.ORG to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,

1.     Access my account with the DOE, including taking steps and providing information necessary to access the account.

2.     Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3.     Drafting and, following my execution, submitting an application to the DOE.

4.     Engaging sub-contractors as may be appropriate to perform the services.

USFFC.ORG has full authority to represent me, ▇▇ Crumble, to perform the services outlined in the Service Agreement.

This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:

1.     It is revoked, suspended or terminated in writing by the GRANTOR; or

2.     The contract is terminated for any reason, whichever is earlier to occur.

**500 Ygnacio Valley Rd. Suite 430, Walnut Creek CA 94596 - (844) 593-8072**

▇▇ Crumble
    NAME

▇▇ *Crumble*
    SIGN

09/15/2018
    DATE

EXHIBIT 11
Page 44

ID: 4de1e1c4-362b-1c4a-1c25-0b41ea7a3f5e Signed: 2018-09-15T11:54:47-05:00



# United States Department of Education

## Certification of Identity & Authorization to Disclose Personal Information

**Privacy Act Statement.** Department regulations require a person who submits a written request for access or disclosure of records to submit personal data sufficient to identify the individual submitting the request. 34 C.F.R. Section 5b.5(b). We solicit the information requested here in order to ensure that the records of individuals who are the subject of Department systems of records are not wrongfully disclosed by the Department. If you fail to furnish this information we will take no action to honor your request. Required information is indicated in CAPS.

FULL NAME OF REQUESTER:  [PLEASE PRINT] ▓▓ Crumble

ADDRESS: [STREET] ▓▓▓▓▓▓▓▓▓▓▓▓

[CITY] ▓▓▓▓▓▓▓    [STATE] PA    [ZIP] 19143

Phone: ( ▓▓ ) 7041    Email: ▓▓▓▓▓ @yahoo.com

SOCIAL SECURITY NUMBER: [1] ▓▓▓▓▓▓▓▓    DATE OF BIRTH: [MM/DD/YY] ▓▓ 1962

## Authorization to Disclose Personal Information to Another Person

I authorize the Department of Education and its agents to release to, and discuss with, the individual named below as my representative, any records of the Department regarding my student financial assistance loan or grant obligation(s) to the Department, for the purpose of assisting me in satisfying the obligation:

FULL NAME OF REPRESENTATIVE: 1FILE.ORG

ADDRESS: [STREET] 5772 BOLSA AVE. STE B220

[CITY] HUNTINGTON BEACH    [STATE] CA    [ZIP] 92649

PHONE: ( 844 ) 593-8072    [Relationship To Requester] 3rd Party Organization

I authorize the Department to honor this authorization unless and until I revoke it in a written notice and the designated office of the Department receives that notice. I understand that whenever requesting disclosure of information, the representative named here must submit information to verify his or her identity.

I UNDERSTAND THAT IN ORDER TO VERIFY HIS OR HER IDENTITY WHEN MAKING A REQUEST FOR DISCLOSURE BY TELEPHONE, THE REPRESENTATIVE MAY BE REQUIRED TO PROVIDE MY SSN, DOB, AND THE DATE ON WHICH I SIGNED THIS AUTHORIZATION.

I declare under penalty of perjury that I am the person named above as the requester, that I authorize release to the individual named as representative, and that the statements I provided here are true and accurate. I understand that any false statement is subject to punishment under 18 U.S.C. Section 1001 by fine or imprisonment of not more than five years, and that a knowing and willful request made under false pretenses for a record of an individual is subject to punishment under 5 U.S.C. Section 552a(i)(3) by a fine of up to $5000.

DATE: 09/15/2018    SIGNATURE ▓▓▓ *Crumble*

---

[1] You are not required to provide your SSN or DOB. However, we ask you to provide your SSN and DOB only to facilitate the identification of records relating to you, and unless you provide your SSN and DOB, we may be unable to locate any or all records pertaining to you.

Completed authorizations should be mailed to:

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE TX 75403-5609

Form **4506-T**
(Rev. September 2015)
Department of the Treasury
Internal Revenue Service

## Request for Transcript of Tax Return

▶ **Do not sign this form unless all applicable lines have been completed.**
▶ **Request may be rejected if the form is incomplete or illegible.**
▶ **For more information about Form 4506-T, visit www.irs.gov/form4506t.**

OMB No. 1545-1872

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript…" under "Tools" or call 1-800-908-9946. If you need a copy of your return, use **Form 4506, Request for Copy of Tax Return.** There is a fee to get a copy of your return.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first.<br><br>█ Crumble | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)<br>█ |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return<br>-- |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)
█ PA 19143

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

1FILE.ORG, 5772 Bolsa Ave Suite 220, Huntington Beach, CA 92649

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ 1040

**a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days    .    .    .    .    .    . ☐

**b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days    . ☐

**c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days    . ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days    . ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days    . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.    12  / 31  / 14        12  / 31  / 15        12  / 31  / 16        /  /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

☐ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the aut█ █e Form 4506-T. See instructions.

| | Phone number of taxpayer on line 1a or 2a |
|---|---|
| ▶ _Crumble_  09/15/2018 | |
| **Signature** (see instructions)    Date | |
| **Title** (if line 1a above is a corporation, partnership, estate, or trust) | |
| ▶  09/15/2018 | |
| **Spouse's signature**    Date | |

**Sign Here**

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**    Cat. No. 37667N    Form **4506-T** (Rev. 9-2015)

EXHIBIT 11
Page 46

ID: 4de1e1c4-362b-1c4a-1c25-0b41ea7a3f5e Signed: 2018-09-15T11:54:47-05:00

**Credit Card Authorization Form**

I ███████ Crumble, authorize 1FILE.ORG to charge my credit card *****7707 For the total of $599.00 on the dates listed below ████7885.

Oct 15, 2018                $99.83         _KC
Nov 15, 2018                $99.83         _KC
Dec 17, 2018                $99.83         _KC
Jan 15, 2019                $99.83         _KC
Feb 15, 2019                $99.83         _KC
Mar 15, 2019                $99.85         _

Additionally, I authorize 1FILE.ORG to charge a Monthly Maintenance Fee of 39.00 on the 15th of every month thereafter until loan obligations have been fulfilled. _KC

Your method of payment is as follows:

**Credit Card Number: Visa**          **Name On Credit Card:** ████ **Crumble**

**Credit Card Number: *****7707**     **Expiration Date: 03/2019**          **Security Code - 3 digits on Back of Card:** ██

**Billing Address of Credit Card:**

████████████████ PA 19143

**Contact Numbers:**

Home Phone: ██████-7041
Cell Phone: ██████-7041

Amount due $599.00 Contract███████7885

**5772 Bolsa Ave. Suite 220, Huntington Beach, CA 92649 - (844) 593-8072**

_*Crumble*_____
Signature

09/15/2018_____
Date



# CUSTODIAL ACCOUNT AGREEMENT

Ver 12/03/2015

Client enters into this Agreement (Agreement) with Payment Automation Network, Inc. (PAN) for having PAN receive payments, make disbursements authorized by Client upon Client's instructions and/or the occurrence of specified events, and provide online transaction management and accounting information on Client's behalf (together, the "Services").

Client authorizes PAN to (i) collect (debit) funds via ACH from Client's designated financial institution (Designated Account) pursuant to the Payment Schedule attached hereto ("Payment Schedule"); (ii) deposit such funds in a non-interest bearing FDIC custodial account ("Custodial Account"); and (iii) disburse funds from the Custodial Account as directed by the payment schedule and/or by client solely upon receipt of authorized instructions from Client, provided the balance in the Depository Account equals or exceeds the disbursement request. If the balance of the Custodian Account is less than a requested disbursement, the disbursement direction will not be honored until the balance is increased to the desired amount.

Exhibit C
Page 47

ID: 4de1e1c4-362b-1c4a-1c25-0b41ea7a3f5e Signed: 2018-09-15T11:54:47-05:00

Client agrees to pay PAN's fees and charges shown below and such fees and charges may be deducted directly from the Custodial Account.

Client agrees PAN will select the financial institution that will hold the Custodial Account. Client agrees that PAN may, at its sole discretion and upon written notification to Client, change the financial institution that will hold the Custodial Account at any time, and that the Custodial Account may be in California or any other state selected by PAN in its sole discretion. Client agrees that the Custodial Account will not be used for any illegal purpose, and Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered.

Client agrees that sufficient funds will be available in the Designated Account at least three (3) business days prior to date of all scheduled ACH debits. Client understands and agrees that to stop or change a scheduled debit from the Designated Account, Client must notify PAN at least three (3) business days prior to any such change. In the event Client's Designated Account does not have sufficient funds for a scheduled debit, PAN will not be liable to any third party due to insufficient funds, restriction or dishonor related to Client's account. Client authorizes PAN to recover any funds arising from a NSF, dishonor, or error in debiting the Designated Account. At its sole discretion, PAN may recover any such funds by means of a debit to the Designated Account and/or the Custodial Account. Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered. If Client's Custodian Account is suspended, cancelled, or otherwise terminated for any reason and the account has a negative balance, Client agrees to pay the negative balance upon demand. Should Client fail to remit the full amount of such negative balance, Client shall remain responsible for the deficit and collection actions may be pursued against Client.

Client has an agreement with Service Provider, and the Payment Schedule is part of that agreement. Client directs and authorizes PAN to share information with Service Provider as required by Service Provider and with any other authorized parties involved in the administration of the Custodial Account on Client's behalf. PAN is not an owner, employee, or partner of Service Provider, and provides the Services to Client as an independent third party. Client agrees that PAN is not involved or engaged in any respect with the services provided by the Service Provider, other than acting as a third-party escrow on behalf of Client and the Service Provider. Client agrees that PAN shall not be responsible for determining when a payment is due or whether a payment is for the correct amount or otherwise proper. PAN's sole obligation shall be to execute Client's payment instructions in a commercially reasonable manner as soon as practical after receipt of such instructions or after the occurrence of the specified event authorizing release of a payment on behalf of Client. PAN shall not be liable for any conduct by Service Provider or for penalty or other charge levied by anyone on Client, for any failure of anyone to honor a transaction or for any other adverse action taken or not taken by any other party in connection with the Services. Under no circumstances shall PAN be liable for any special, incidental, consequential, exemplary, or punitive damages.

PAN will provide Client an internet login with a login name and password for viewing the funds held in the Custodial Account and all transactions related to Client via a protected website. Use of Client's passcode, password or any other form of identification designated by Client in any transaction constitutes and will be accepted as Client's electronic signature, as that term is used in the federal Electronic Signature in Global and National Commerce law and other applicable laws.

Client's funds are held in the Custodial Account pending Client's instructions for disbursement. Client has sole authority to authorize disbursements or transfers. You expressly authorize PAN to rely on your instructions for this purpose whether transmitted directly by you, via the Service Provider or by a third party you have authorized in whatever form provided, including but not limited to any instructions provided via email, PAN's website, E-signature, or other writing, verbally, by voicemail or any other means of communication. If Client is more than one person, PAN may act upon receipt the instructions of either person; however, if conflicting instructions are received before any action has been taken, PAN may in its sole discretion refrain from taking any action until it receives joint instructions from all Clients or a

court order directing further action. Client agrees that PAN shall have no right or obligation to control, direct, or change any disbursement instructions provided by Client other than as expressly provided by this Agreement.

Client may revoke any prior payment authorization at any time before such payment has been initiated by completing and submitting a Revocation of Recurring Payment Authorization form to PAN by email or mail. See PAN's Contact Information below.

PAN or Client may terminate this Agreement upon delivery of written notice at any time. Upon termination of this Agreement for any reason, PAN shall arrange for Client's remaining funds, apart from any funds due to be paid to the Service Provider or any other person or entity as a result of the occurrence of specified events prior to delivery of the termination notice, to be transmitted from the Custodial Account to the Designated Account.

Client agrees that all disclosures, account activity, notifications and any other communications related to the Services may be distributed to Client by electronic mail or through PAN's software services. Client acknowledges that Client is able to electronically receive, download and print such information and communications. If Client is unable to communicate electronically for any reason, Client agrees to notify PAN immediately, and reasonable alternative means of communication be established in accordance with applicable law.

Client understands and agrees that all calls to and from PAN are monitored and recorded. Client verifies that the telephone and cellular phone numbers and email addresses shown below presently belong to Client. Client consents to receive emails, prerecorded messages and/or auto dialed calls (including text messages) relating to this Agreement and the Services. These communications may be made by PAN or its agents, even if your phone number is registered on any state or federal "Do Not Call" list. You may incur a charge for such calls by your telephone carrier. PAN may obtain and contact email addresses and phone numbers provided by you directly or obtained through other lawful means. Your consent to this provision is not required as a condition of entering into this Agreement, and you may opt out from consenting to these provisions by contacting PAN in writing at PAN's Contact Information below.

EXHIBIT 1
Page 48

ID: 4de1e1c4-362b-1c4a-1c25-0b41ea7a3f5e Signed: 2018-09-15T11:54:47-05:00

You agree to provide notice within 30 days of any change to your email address or phone numbers by writing to PAN's Contact Information below.

ARBITRATION OF DISPUTES - IMPORTANT NOTICE AFFECTING YOUR RIGHTS

You agree that any controversy, claim or dispute between the parties arising out of or relating to this Agreement, or to any of the services provided pursuant to this Agreement, or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this Agreement to arbitrate, shall be determined by binding arbitration conducted in the federal judicial district where the Client resides. The parties agree that this arbitration provision shall be governed by and enforceable under the Federal Arbitration Act. Otherwise, parties agree that the laws of the Client's state of residence shall govern any dispute between them. The parties agree the arbitration shall be conducted before a single arbitrator pursuant to the rules and procedures of the American Arbitration Association ("AAA"). The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. Any award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. The parties agree that either party may bring claims against the other only in his/her or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the costs of the arbitration, not including attorney's fees or expert witness expenses, equally. If the consumer's share of the costs is greater than two-thousand dollars ($2,000.00), PAN will pay the consumer's share of any costs in excess of that amount. In the event that a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party shall be entitled to obtain costs of suit, including any reasonable attorney's fees incurred for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrators ruling, except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the requirement to arbitrate shall survive any termination of this Agreement.

This Agreement constitutes the entire agreement between Client and PAN. No modifications, variations or waivers of any provisions of this Agreement shall be deemed valid unless in writing and signed by Client and PAN.

EXHIBIT 11
Page 49

ID: 4de1e1c4-362b-1c4a-1c25-0b41ea7a3f5e Signed: 2018-09-15T11:54:47-05:00

| Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| Crumble | ███ | | ██████ | ██ 1962 |

| Co-Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| | | | -- | |

| Address | City, State, ZIP |
|---|---|
| ██████████████ PA 19143 | █████, PA, 19143 |

| Phone | Email | Mothers Maiden Name |
|---|---|---|
| ████-7041 | ████████@yahoo.com | |

| Authorized Service Provider/Agent | Account ID |
|---|---|
| Arete Financial | AR--1 |

| Client Signature | ██████ *Crumble* | Date | 09/15/2018 | Notifications To Payment Automation Network |
|---|---|---|---|---|
| | | | | Email: Clients@paymentautomation.net |
| Co-Cleint Signature | | Date | | Phone: (800)813-3740 |
| | | | | Fax: (866)600-2703 |
| | | | | Portal: https://client.paymentautomation.net |

EXHIBIT 11
Page 50

ID: 4de1e1c4-362b-1c4a-1c25-0b41ea7a3f5e Signed: 2018-09-15T11:54:47-05:00

CUSTODIAL ACCOUNT AGREEMENT

Ver 10/30/2014

**AUTHORIZATION FOR RECURRING DIRECT PAYMENTS** I (we) hereby authorize PAN to initiate ACH debit entries from the account at the depository financial institution named below and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to the account must comply with the provisions of U.S. law. This authorization is to remain in full force and effect until PAN has received written notification from me (or either of us) of its termination at least three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.er than three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.

| Bank Name | Account Number | Routing Number | Account Type | Account Fees |
|---|---|---|---|---|
| Authorizing Person's Name (as it appears on check) | | | | I authorize PAN to charge my Primary Financial Institution or my Custodial Account in accordance with the following fees for services rendered. |
| Address, City, State, Zip (as it appears on check) ███████████ PA 19143, ████████ PA, 19143 | | | | Monthly Custodial Account:$6.75 <br><br> Unauthorized Returns:$35.00 <br><br> Stop Payment:$25.00 <br><br> Return Item Fee: $0.00 |
| Recurring Debit Authorization $599.00 | | Effective Date (Date of First Debit) Oct 15, 2018 | | **Fees for Disbursements per occurrence or any other appropriate service.** |
| The specific debits to my account authorized herein may only post on or after the EFFECTIVE DATE listed in the attached payment schedule. This authorization is to remain in full force and effect until PAN has received written notification from me of termination in such time and in such manner as to afford PAN a reasonable opportunity to act. | | | | ACH Credit:$5.00 <br><br> ACH Debit/Check by phone:$5.00 <br><br> Overnight Check, Wire Transfer: $25.00 <br><br> 2-Day Check:$10.00 <br><br> USPS Check: $5.00 |
| **Client Signature** | 09/15/2018 | **DATE** | Sep 15, 2018 | Notifications To Payment Automation Network <br><br> Email: Clients@paymentautomation.net <br><br> Phone: (800)813-3740 |
| **CO-Client Signature** | | **DATE** | Sep 15, 2018 | Fax: (866)600-2703 <br><br> Portal: https://client.paymentautomation.net |

**Payment Schedule**

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 1 | Oct 15, 2018 | $99.83 | $0.00 | $99.83 |
| 2 | Nov 15, 2018 | $99.83 | $0.00 | $99.83 |
| 3 | Dec 17, 2018 | $99.83 | $0.00 | $99.83 |
| 4 | Jan 15, 2019 | $99.83 | $0.00 | $99.83 |

EXHIBIT 11
Page 51

ID: 4de1e1c4-362b-1c4a-1c25-0b41ea7a3f5e Signed: 2018-09-15T11:54:47-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 5 | Feb 15, 2019 | $99.83 | $0.00 | $99.83 |
| 6 | Mar 15, 2019 | $99.85 | $0.00 | $99.85 |
| 7 | Apr 15, 2019 | $0.00 | $39.00 | $39.00 |
| 8 | May 15, 2019 | $0.00 | $39.00 | $39.00 |
| 9 | Jun 17, 2019 | $0.00 | $39.00 | $39.00 |
| 10 | Jul 15, 2019 | $0.00 | $39.00 | $39.00 |
| 11 | Aug 15, 2019 | $0.00 | $39.00 | $39.00 |
| 12 | Sep 16, 2019 | $0.00 | $39.00 | $39.00 |
| 13 | Oct 15, 2019 | $0.00 | $39.00 | $39.00 |
| 14 | Nov 15, 2019 | $0.00 | $39.00 | $39.00 |
| 15 | Dec 16, 2019 | $0.00 | $39.00 | $39.00 |
| 16 | Jan 15, 2020 | $0.00 | $39.00 | $39.00 |
| 17 | Feb 18, 2020 | $0.00 | $39.00 | $39.00 |
| 18 | Mar 16, 2020 | $0.00 | $39.00 | $39.00 |
| 19 | Apr 15, 2020 | $0.00 | $39.00 | $39.00 |
| 20 | May 15, 2020 | $0.00 | $39.00 | $39.00 |
| 21 | Jun 15, 2020 | $0.00 | $39.00 | $39.00 |
| 22 | Jul 15, 2020 | $0.00 | $39.00 | $39.00 |
| 23 | Aug 17, 2020 | $0.00 | $39.00 | $39.00 |
| 24 | Sep 15, 2020 | $0.00 | $39.00 | $39.00 |
| 25 | Oct 15, 2020 | $0.00 | $39.00 | $39.00 |
| 26 | Nov 16, 2020 | $0.00 | $39.00 | $39.00 |
| 27 | Dec 15, 2020 | $0.00 | $39.00 | $39.00 |
| 28 | Jan 15, 2021 | $0.00 | $39.00 | $39.00 |
| 29 | Feb 16, 2021 | $0.00 | $39.00 | $39.00 |
| 30 | Mar 15, 2021 | $0.00 | $39.00 | $39.00 |
| 31 | Apr 15, 2021 | $0.00 | $39.00 | $39.00 |
| 32 | May 17, 2021 | $0.00 | $39.00 | $39.00 |
| 33 | Jun 15, 2021 | $0.00 | $39.00 | $39.00 |
| 34 | Jul 15, 2021 | $0.00 | $39.00 | $39.00 |
| 35 | Aug 16, 2021 | $0.00 | $39.00 | $39.00 |
| 36 | Sep 15, 2021 | $0.00 | $39.00 | $39.00 |
| 37 | Oct 15, 2021 | $0.00 | $39.00 | $39.00 |
| 38 | Nov 15, 2021 | $0.00 | $39.00 | $39.00 |
| 39 | Dec 15, 2021 | $0.00 | $39.00 | $39.00 |
| 40 | Jan 18, 2022 | $0.00 | $39.00 | $39.00 |
| 41 | Feb 15, 2022 | $0.00 | $39.00 | $39.00 |
| 42 | Mar 15, 2022 | $0.00 | $39.00 | $39.00 |
| 43 | Apr 15, 2022 | $0.00 | $39.00 | $39.00 |
| 44 | May 16, 2022 | $0.00 | $39.00 | $39.00 |
| 45 | Jun 15, 2022 | $0.00 | $39.00 | $39.00 |
| 46 | Jul 15, 2022 | $0.00 | $39.00 | $39.00 |
| 47 | Aug 15, 2022 | $0.00 | $39.00 | $39.00 |
| 48 | Sep 15, 2022 | $0.00 | $39.00 | $39.00 |
| 49 | Oct 17, 2022 | $0.00 | $39.00 | $39.00 |
| 50 | Nov 15, 2022 | $0.00 | $39.00 | $39.00 |
| 51 | Dec 15, 2022 | $0.00 | $39.00 | $39.00 |
| 52 | Jan 17, 2023 | $0.00 | $39.00 | $39.00 |
| 53 | Feb 15, 2023 | $0.00 | $39.00 | $39.00 |
| 54 | Mar 15, 2023 | $0.00 | $39.00 | $39.00 |

EXHIBIT 11

ID: 4de1e1c4-362b-1c4a-1c25-0b41ea7a3f5e Signed: 2018-09-15T11:54:47-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 55 | Apr 17, 2023 | $0.00 | $39.00 | $39.00 |
| 56 | May 15, 2023 | $0.00 | $39.00 | $39.00 |
| 57 | Jun 15, 2023 | $0.00 | $39.00 | $39.00 |
| 58 | Jul 17, 2023 | $0.00 | $39.00 | $39.00 |
| 59 | Aug 15, 2023 | $0.00 | $39.00 | $39.00 |
| 60 | Sep 15, 2023 | $0.00 | $39.00 | $39.00 |
| 61 | Oct 16, 2023 | $0.00 | $39.00 | $39.00 |
| 62 | Nov 15, 2023 | $0.00 | $39.00 | $39.00 |
| 63 | Dec 15, 2023 | $0.00 | $39.00 | $39.00 |
| 64 | Jan 16, 2024 | $0.00 | $39.00 | $39.00 |
| 65 | Feb 15, 2024 | $0.00 | $39.00 | $39.00 |
| 66 | Mar 15, 2024 | $0.00 | $39.00 | $39.00 |
| 67 | Apr 15, 2024 | $0.00 | $39.00 | $39.00 |
| 68 | May 15, 2024 | $0.00 | $39.00 | $39.00 |
| 69 | Jun 17, 2024 | $0.00 | $39.00 | $39.00 |
| 70 | Jul 15, 2024 | $0.00 | $39.00 | $39.00 |
| 71 | Aug 15, 2024 | $0.00 | $39.00 | $39.00 |
| 72 | Sep 16, 2024 | $0.00 | $39.00 | $39.00 |
| 73 | Oct 15, 2024 | $0.00 | $39.00 | $39.00 |
| 74 | Nov 15, 2024 | $0.00 | $39.00 | $39.00 |
| 75 | Dec 16, 2024 | $0.00 | $39.00 | $39.00 |
| 76 | Jan 15, 2025 | $0.00 | $39.00 | $39.00 |
| 77 | Feb 18, 2025 | $0.00 | $39.00 | $39.00 |
| 78 | Mar 17, 2025 | $0.00 | $39.00 | $39.00 |
| 79 | Apr 15, 2025 | $0.00 | $39.00 | $39.00 |
| 80 | May 15, 2025 | $0.00 | $39.00 | $39.00 |
| 81 | Jun 16, 2025 | $0.00 | $39.00 | $39.00 |
| 82 | Jul 15, 2025 | $0.00 | $39.00 | $39.00 |
| 83 | Aug 15, 2025 | $0.00 | $39.00 | $39.00 |
| 84 | Sep 15, 2025 | $0.00 | $39.00 | $39.00 |
| 85 | Oct 15, 2025 | $0.00 | $39.00 | $39.00 |
| 86 | Nov 17, 2025 | $0.00 | $39.00 | $39.00 |
| 87 | Dec 15, 2025 | $0.00 | $39.00 | $39.00 |
| 88 | Jan 15, 2026 | $0.00 | $39.00 | $39.00 |
| 89 | Feb 17, 2026 | $0.00 | $39.00 | $39.00 |
| 90 | Mar 16, 2026 | $0.00 | $39.00 | $39.00 |
| 91 | Apr 15, 2026 | $0.00 | $39.00 | $39.00 |
| 92 | May 15, 2026 | $0.00 | $39.00 | $39.00 |
| 93 | Jun 15, 2026 | $0.00 | $39.00 | $39.00 |
| 94 | Jul 15, 2026 | $0.00 | $39.00 | $39.00 |
| 95 | Aug 17, 2026 | $0.00 | $39.00 | $39.00 |
| 96 | Sep 15, 2026 | $0.00 | $39.00 | $39.00 |
| 97 | Oct 15, 2026 | $0.00 | $39.00 | $39.00 |
| 98 | Nov 16, 2026 | $0.00 | $39.00 | $39.00 |
| 99 | Dec 15, 2026 | $0.00 | $39.00 | $39.00 |
| 100 | Jan 15, 2027 | $0.00 | $39.00 | $39.00 |
| 101 | Feb 16, 2027 | $0.00 | $39.00 | $39.00 |
| 102 | Mar 15, 2027 | $0.00 | $39.00 | $39.00 |
| 103 | Apr 15, 2027 | $0.00 | $39.00 | $39.00 |
| 104 | May 17, 2027 | $0.00 | $39.00 | $39.00 |

EXHIBIT 11
Page 53

ID: 4de1e1c4-362b-1c4a-1c25-0b41ea7a3f5e Signed: 2018-09-15T11:54:47-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 105 | Jun 15, 2027 | $0.00 | $39.00 | $39.00 |
| 106 | Jul 15, 2027 | $0.00 | $39.00 | $39.00 |
| 107 | Aug 16, 2027 | $0.00 | $39.00 | $39.00 |
| 108 | Sep 15, 2027 | $0.00 | $39.00 | $39.00 |
| 109 | Oct 15, 2027 | $0.00 | $39.00 | $39.00 |
| 110 | Nov 15, 2027 | $0.00 | $39.00 | $39.00 |
| 111 | Dec 15, 2027 | $0.00 | $39.00 | $39.00 |
| 112 | Jan 18, 2028 | $0.00 | $39.00 | $39.00 |
| 113 | Feb 15, 2028 | $0.00 | $39.00 | $39.00 |
| 114 | Mar 15, 2028 | $0.00 | $39.00 | $39.00 |
| 115 | Apr 17, 2028 | $0.00 | $39.00 | $39.00 |
| 116 | May 15, 2028 | $0.00 | $39.00 | $39.00 |
| 117 | Jun 15, 2028 | $0.00 | $39.00 | $39.00 |
| 118 | Jul 17, 2028 | $0.00 | $39.00 | $39.00 |
| 119 | Aug 15, 2028 | $0.00 | $39.00 | $39.00 |
| 120 | Sep 15, 2028 | $0.00 | $39.00 | $39.00 |
| 121 | Oct 16, 2028 | $0.00 | $39.00 | $39.00 |
| 122 | Nov 15, 2028 | $0.00 | $39.00 | $39.00 |
| 123 | Dec 15, 2028 | $0.00 | $39.00 | $39.00 |
| 124 | Jan 15, 2029 | $0.00 | $39.00 | $39.00 |
| 125 | Feb 15, 2029 | $0.00 | $39.00 | $39.00 |
| 126 | Mar 15, 2029 | $0.00 | $39.00 | $39.00 |
| 127 | Apr 16, 2029 | $0.00 | $39.00 | $39.00 |
| 128 | May 15, 2029 | $0.00 | $39.00 | $39.00 |
| 129 | Jun 15, 2029 | $0.00 | $39.00 | $39.00 |
| 130 | Jul 16, 2029 | $0.00 | $39.00 | $39.00 |
| 131 | Aug 15, 2029 | $0.00 | $39.00 | $39.00 |
| 132 | Sep 17, 2029 | $0.00 | $39.00 | $39.00 |
| 133 | Oct 15, 2029 | $0.00 | $39.00 | $39.00 |
| 134 | Nov 15, 2029 | $0.00 | $39.00 | $39.00 |
| 135 | Dec 17, 2029 | $0.00 | $39.00 | $39.00 |
| 136 | Jan 15, 2030 | $0.00 | $39.00 | $39.00 |
| 137 | Feb 15, 2030 | $0.00 | $39.00 | $39.00 |
| 138 | Mar 15, 2030 | $0.00 | $39.00 | $39.00 |
| 139 | Apr 15, 2030 | $0.00 | $39.00 | $39.00 |
| 140 | May 15, 2030 | $0.00 | $39.00 | $39.00 |
| 141 | Jun 17, 2030 | $0.00 | $39.00 | $39.00 |
| 142 | Jul 15, 2030 | $0.00 | $39.00 | $39.00 |
| 143 | Aug 15, 2030 | $0.00 | $39.00 | $39.00 |
| 144 | Sep 16, 2030 | $0.00 | $39.00 | $39.00 |
| 145 | Oct 15, 2030 | $0.00 | $39.00 | $39.00 |
| 146 | Nov 15, 2030 | $0.00 | $39.00 | $39.00 |
| 147 | Dec 16, 2030 | $0.00 | $39.00 | $39.00 |
| 148 | Jan 15, 2031 | $0.00 | $39.00 | $39.00 |
| 149 | Feb 17, 2031 | $0.00 | $39.00 | $39.00 |
| 150 | Mar 17, 2031 | $0.00 | $39.00 | $39.00 |
| 151 | Apr 15, 2031 | $0.00 | $39.00 | $39.00 |
| 152 | May 15, 2031 | $0.00 | $39.00 | $39.00 |
| 153 | Jun 16, 2031 | $0.00 | $39.00 | $39.00 |
| 154 | Jul 15, 2031 | $0.00 | $39.00 | $39.00 |

EXHIBIT 11
Page 54

ID: 4de1e1c4-362b-1c4a-1c25-0b41ea7a3f5e Signed: 2018-09-15T11:54:47-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 155 | Aug 15, 2031 | $0.00 | $39.00 | $39.00 |
| 156 | Sep 15, 2031 | $0.00 | $39.00 | $39.00 |
| 157 | Oct 15, 2031 | $0.00 | $39.00 | $39.00 |
| 158 | Nov 17, 2031 | $0.00 | $39.00 | $39.00 |
| 159 | Dec 15, 2031 | $0.00 | $39.00 | $39.00 |
| 160 | Jan 15, 2032 | $0.00 | $39.00 | $39.00 |
| 161 | Feb 16, 2032 | $0.00 | $39.00 | $39.00 |
| 162 | Mar 15, 2032 | $0.00 | $39.00 | $39.00 |
| 163 | Apr 15, 2032 | $0.00 | $39.00 | $39.00 |
| 164 | May 17, 2032 | $0.00 | $39.00 | $39.00 |
| 165 | Jun 15, 2032 | $0.00 | $39.00 | $39.00 |
| 166 | Jul 15, 2032 | $0.00 | $39.00 | $39.00 |
| 167 | Aug 16, 2032 | $0.00 | $39.00 | $39.00 |
| 168 | Sep 15, 2032 | $0.00 | $39.00 | $39.00 |
| 169 | Oct 15, 2032 | $0.00 | $39.00 | $39.00 |
| 170 | Nov 15, 2032 | $0.00 | $39.00 | $39.00 |
| 171 | Dec 15, 2032 | $0.00 | $39.00 | $39.00 |
| 172 | Jan 17, 2033 | $0.00 | $39.00 | $39.00 |
| 173 | Feb 15, 2033 | $0.00 | $39.00 | $39.00 |
| 174 | Mar 15, 2033 | $0.00 | $39.00 | $39.00 |
| 175 | Apr 15, 2033 | $0.00 | $39.00 | $39.00 |
| 176 | May 16, 2033 | $0.00 | $39.00 | $39.00 |
| 177 | Jun 15, 2033 | $0.00 | $39.00 | $39.00 |
| 178 | Jul 15, 2033 | $0.00 | $39.00 | $39.00 |
| 179 | Aug 15, 2033 | $0.00 | $39.00 | $39.00 |
| 180 | Sep 15, 2033 | $0.00 | $39.00 | $39.00 |
| 181 | Oct 17, 2033 | $0.00 | $39.00 | $39.00 |
| 182 | Nov 15, 2033 | $0.00 | $39.00 | $39.00 |
| 183 | Dec 15, 2033 | $0.00 | $39.00 | $39.00 |
| 184 | Jan 16, 2034 | $0.00 | $39.00 | $39.00 |
| 185 | Feb 15, 2034 | $0.00 | $39.00 | $39.00 |
| 186 | Mar 15, 2034 | $0.00 | $39.00 | $39.00 |
| 187 | Apr 17, 2034 | $0.00 | $39.00 | $39.00 |
| 188 | May 15, 2034 | $0.00 | $39.00 | $39.00 |
| 189 | Jun 15, 2034 | $0.00 | $39.00 | $39.00 |
| 190 | Jul 17, 2034 | $0.00 | $39.00 | $39.00 |
| 191 | Aug 15, 2034 | $0.00 | $39.00 | $39.00 |
| 192 | Sep 15, 2034 | $0.00 | $39.00 | $39.00 |
| 193 | Oct 16, 2034 | $0.00 | $39.00 | $39.00 |
| 194 | Nov 15, 2034 | $0.00 | $39.00 | $39.00 |
| 195 | Dec 15, 2034 | $0.00 | $39.00 | $39.00 |
| 196 | Jan 15, 2035 | $0.00 | $39.00 | $39.00 |
| 197 | Feb 15, 2035 | $0.00 | $39.00 | $39.00 |
| 198 | Mar 15, 2035 | $0.00 | $39.00 | $39.00 |
| 199 | Apr 16, 2035 | $0.00 | $39.00 | $39.00 |
| 200 | May 15, 2035 | $0.00 | $39.00 | $39.00 |
| 201 | Jun 15, 2035 | $0.00 | $39.00 | $39.00 |
| 202 | Jul 16, 2035 | $0.00 | $39.00 | $39.00 |
| 203 | Aug 15, 2035 | $0.00 | $39.00 | $39.00 |
| 204 | Sep 17, 2035 | $0.00 | $39.00 | $39.00 |

EXHIBIT 11
Page 55

ID: 4de1e1c4-362b-1c4a-1c25-0b41ea7a3f5e Signed: 2018-09-15T11:54:47-05:00

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 205 | Oct 15, 2035 | $0.00 | $39.00 | $39.00 |
| 206 | Nov 15, 2035 | $0.00 | $39.00 | $39.00 |
| 207 | Dec 17, 2035 | $0.00 | $39.00 | $39.00 |
| 208 | Jan 15, 2036 | $0.00 | $39.00 | $39.00 |
| 209 | Feb 15, 2036 | $0.00 | $39.00 | $39.00 |
| 210 | Mar 17, 2036 | $0.00 | $39.00 | $39.00 |
| 211 | Apr 15, 2036 | $0.00 | $39.00 | $39.00 |
| 212 | May 15, 2036 | $0.00 | $39.00 | $39.00 |
| 213 | Jun 16, 2036 | $0.00 | $39.00 | $39.00 |
| 214 | Jul 15, 2036 | $0.00 | $39.00 | $39.00 |
| 215 | Aug 15, 2036 | $0.00 | $39.00 | $39.00 |
| 216 | Sep 15, 2036 | $0.00 | $39.00 | $39.00 |
| 217 | Oct 15, 2036 | $0.00 | $39.00 | $39.00 |
| 218 | Nov 17, 2036 | $0.00 | $39.00 | $39.00 |
| 219 | Dec 15, 2036 | $0.00 | $39.00 | $39.00 |
| 220 | Jan 15, 2037 | $0.00 | $39.00 | $39.00 |
| 221 | Feb 16, 2037 | $0.00 | $39.00 | $39.00 |
| 222 | Mar 16, 2037 | $0.00 | $39.00 | $39.00 |
| 223 | Apr 15, 2037 | $0.00 | $39.00 | $39.00 |
| 224 | May 15, 2037 | $0.00 | $39.00 | $39.00 |
| 225 | Jun 15, 2037 | $0.00 | $39.00 | $39.00 |
| 226 | Jul 15, 2037 | $0.00 | $39.00 | $39.00 |
| 227 | Aug 17, 2037 | $0.00 | $39.00 | $39.00 |
| 228 | Sep 15, 2037 | $0.00 | $39.00 | $39.00 |
| 229 | Oct 15, 2037 | $0.00 | $39.00 | $39.00 |
| 230 | Nov 16, 2037 | $0.00 | $39.00 | $39.00 |
| 231 | Dec 15, 2037 | $0.00 | $39.00 | $39.00 |
| 232 | Jan 15, 2038 | $0.00 | $39.00 | $39.00 |
| 233 | Feb 15, 2038 | $0.00 | $39.00 | $39.00 |
| 234 | Mar 15, 2038 | $0.00 | $39.00 | $39.00 |
| 235 | Apr 15, 2038 | $0.00 | $39.00 | $39.00 |
| 236 | May 17, 2038 | $0.00 | $39.00 | $39.00 |
| 237 | Jun 15, 2038 | $0.00 | $39.00 | $39.00 |
| 238 | Jul 15, 2038 | $0.00 | $39.00 | $39.00 |
| 239 | Aug 16, 2038 | $0.00 | $39.00 | $39.00 |
| 240 | Sep 15, 2038 | $0.00 | $39.00 | $39.00 |

EXHIBIT 11
Page 56

ID: 4de1e1c4-362b-1c4a-1c25-0b41ea7a3f5e Signed: 2018-09-15T11:54:47-05:00





# E-Signature Completion Certificate

| | |
|---|---|
| **Document ID** | 5108987 |
| **Document GUID** | 4de1e1c4-362b-1c4a-1c25-0b41ea7a3f5e |
| **Document Title** | 1FILE.ORG-NEW PACKAGE-CC* |
| **Sender IP** | 45.64.221.253 |
| **Number of Signers** | 1 |
| **Signer Email** | ███████████@yahoo.com |
| **Signer IP** | 68.82.225.68 |
| **Timestamp** | 2018-09-15T11:54:47-05:00 |
| **Document Hash** | 57b15582fb74b6b0e8b1436232ed3491 |

## Document Audit

- Sent at 2018-09-15T11:21:01-05:00 from IP 45.64.221.253
- Delivered to ███ Crumble ██████████@yahoo.com at 2018-09-15T11:45:59-05:00 from 68.82.225.68
- Adopted Signature at 2018-09-15T11:46:08-05:00 from 68.82.225.68
- Completed Signing at 2018-09-15T11:54:47-05:00 from 68.82.225.68
- PDF Generated at 2018-09-15T11:54:47-05:00

## User Agent

Mozilla/5.0 (Linux; Android 4.4.4; N817 Build/KTU84P) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/33.0.0.0 Mobile Safari/537.36

EXHIBIT 12

**From:** Andy@1file.org <Andy@1file.org>
**Sent:** Monday, November 04, 2019 1:58 PM
**To:** ly.phu@aretefinancialfreedom.com
**Subject:** RE: New Note Created On File: ████████ GRAY - ████2090

What the.. we don't have that.

**From:** ly.phu@aretefinancialfreedom.com <ly.phu@aretefinancialfreedom.com>
**Sent:** Monday, November 04, 2019 1:42 PM
**To:** Andy@1file.org
**Subject:** RE: New Note Created On File: ████████ GRAY - ████2090

You guys should have the option to put for the LAST ( last day of the month )

1

EXHIBIT 12
Page 58



**From:** Andy@1file.org
**Sent:** Monday, November 04, 2019 1:30 PM
**To:** ly.phu@aretefinancialfreedom.com
**Subject:** RE: New Note Created On File: ████████ GRAY - ████ 2090

Client had her monthly payments set on the 31st and because some month's don't have a "31st", it gets processed in the beginning of the next month.

2

EXHIBIT 12
Page 59

**From:** ly.phu@aretefinancialfreedom.com <ly.phu@aretefinancialfreedom.com>
**Sent:** Monday, November 04, 2019 1:08 PM
**To:** andy@1file.org
**Subject:** New Note Created On File ███████ GRAY -█████2090

Note Type: General
Entered By: Billing Account
Notified: andy@1file.org

enrollment needs to be updated to the END of each month.. Some are open for the 1st

3

EXHIBIT 12
Page 60

EXHIBIT 13



**5862 Bolsa Ave, Suite 102, Huntington Beach CA 92649**
**Direct (844) 593-8072**
**Fax (714) 242-6951**
**processing@1file.org**

**SERVICE AGREEMENT**

This service agreement ("Agreement") is made and entered into this 10th day of July, 2015, by and between 1FILE.org ("1FILE.ORG"), and ███ Regan hereinafter referred to as ("Client"), whose address is ██████████████████ ███ CA 91411, with reference to the following.

**RECITALS**

A. 1FILE.ORG provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation"); and

B. Client requests 1FILE.ORG perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth, below, 1FILE.ORG and Client do hereby agree to the following:

**1. Client Loan Service Definition.**

1FILE.ORG provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. 1FILE.ORG will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

**2. Nature of Service; No Legal or Tax Advice.**

1FILE.ORG is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients is seeking are available without cost to Client. Clients has retained 1FILE.ORG to perform work and processes that the Client could have chosen to do themselves. The Client acknowledges that 1FILE.ORG is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

**3. Rehabilitation; Garnishment.**

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, 1FILE.ORG will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, 1FILE.ORG will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

**4. Fees.**

Client agrees to pay 1FILE.ORG a Service fee of $399.00 for providing the Services. In addition Client agrees to pay 1FILE.ORG a Monthly Maintenance fee of: $39.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, 1FILE.ORG will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

EXHIBIT 13
Page 61

## 5. Refund.

Client understands that 1FILE.ORG is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website. However, 1FILE.ORG guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with 1FILE.ORG providing all information requested by 1FILE.ORG and DOE and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 90 days of any loan application denial by the DOE. 1FILE.ORG will reimburse 100% of the Service fee paid by Client.

## 6. Process.

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. 1FILE.ORG relies on the applicable lender(s) and 1FILE.ORG cannot be held liable for delayed completion due to delays in obtaining information or approvals from third parties or the DOE. The average completion time to process a Federal Student Loan Consolidation through 1FILE.ORG is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

## 7. Client Warranty.

Client expressly represents and warrants that they will provide 1FILE.ORG with information that is complete and accurate to the best of their knowledge. 1FILE.ORG is under no obligation to independently verify the information provided by Client.

## 8. Client Authorization.

I hereby authorize 1FILE.ORG to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize 1FILE.ORG to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information 1FILE.ORG obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

## 9. Arbitration and Choice of Law.

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

## 10. Indemnification.

Client hereby agrees to defend and hold harmless 1FILE.ORG from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

## 11. Termination of Agreement.

Client may cancel this contract any time with written notice to 1FILE.ORG prior to being approved for Federal Student Loan Consolidation. Any fees paid to 1FILE.ORG at time of cancellation shall be deemed earned as long as 1FILE.ORG has acted in good faith in performing services on behalf of Client. 1FILE.ORG may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

EXHIBIT 13
Page 92

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, 1FILE.ORG (1FILE.ORG), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (844) 593-8070.

**NOTICE OF RIGHT TO RESCIND OR CANCEL:** CLIENT MAY RESCIND OR CANCEL THIS AGREEMENT WITHOUT PENALTY OR OBLIGATION AT ANY TIME BEFORE MIDNIGHT OF THE THIRD CALENDAR DAY AFTER YOU HAVE SIGNED THE AGREEMENT. IN ORDER TO RESCIND OR CANCEL, YOU MUST PROVIDE TIMELY WRITTEN NOTICE TO SMART PROTECT BY MAIL OR EMAIL AT THE ADDRESS PROVIDED BELOW. ANY PAYMENTS MADE BY CLIENT UNDER THE AGREEMENT WILL BE RETURNED WITHIN TEN (10) BUSINESS DAYS FOLLOWING RECEIPT BY SMART PROTECT OF THE CANCELLATION NOTICE.

████ Regan

NAME

███████ Regan

SIGN

07/10/2015

DATE

████████

SSN

EXHIBIT 13
Page 63

## Privacy Policy

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal information. Personal information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: Information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports; information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and 1FILE.ORG to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact 1FILE.ORG Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e. exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt-out' of having personal information shared. By providing information to 1FILE.ORG you are consenting to the collection, use, and disclosure of personal information in the manner described in this privacy policy. This Policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

**5862 Bolsa Ave, Suite 102, Huntington Beach CA 92649 - (844) 593-8072**

Email address: processing@1file.org

EXHIBIT 13
Page 64

Regan

NAME

SIGN

07/10/2015

DATE

EXHIBIT 13
Page 65

**1FILE.ORG**

**5862 Bolsa Avenue Suite 102, Huntington Beach CA 92649**

**Limited Scope Power of Attorney**

- THIS LIMITED POWER OF ATTORNEY IS **ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION** ("DOE") AND CLIENT, Amy Regan ("GRANTOR"). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.

- I ███ Regan, Social Security # ████████, residing at ██████████████████ CA 91411, ███ CA 91411, this date, Jul 10, 2015, hereby appoints 1FILE.ORG as my ATTORNEY-IN-FACT to perform on my behalf as indicated below.  With this signature, ███ Regan authorizes 1FILE.ORG to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,

1. Access my account with the DOE, including taking steps and providing information necessary to access the account.

2. Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3. Drafting and, following my execution, submitting an application to the DOE.

4. Engaging sub-contractors as may be appropriate to perform the services.

1FILE.ORG has full authority to represent me, Amy Regan, to perform the services outlined in the Service Agreement.

This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:

1. It is revoked, suspended or terminated in writing by the GRANTOR; or

2. The contract is terminated for any reason, whichever is earlier to occur.

███ Regan
NAME

07/10/2015
DATE

EXHIBIT 13
Page 66

**1FILE.ORG**

**5862 Bolsa Ave, Suite 102, Huntington Beach CA 92649 - (844) 593-8070**
**F-714-242-6951**
**billing@1file.org**

**Credit Card Authorization Form**

I ▓ Regan, authorize 1 File.org to charge my credit card *****3135 For the total of $399.00 on the dates listed below ▓2915.

| | | |
|---|---|---|
| Jul 20, 2015 | $133.00 | AR |
| Aug 20, 2015 | $133.00 | - AR |
| Sep 21, 2015 | $133.00 | - AR |
| | | - |

Additionally, I authorize 1 File.org to charge a Monthly Maintenance Fee of 39.00 on the 20th of every month thereafter until loan obligations have been fulfilled.

AR

Your method of payment is as follows:

**Credit Card Number: Visa**          **Name On Credit Card:** ▓ **Regan**

**Credit Card Number: *****3135**    **Expiration Date: 06/2017**          **Security Code - 3 digits on Back of Card:** ▓

**Billing Address of Credit Card:**

▓ CA 91411

**Contact Numbers:**

Home Phone: ▓5220
Cell Phone:

Amount due $399.00 Contract ▓2915

▓ *Regan*
Signature

07/10/2015
Date

EXHIBIT 13
Page 67



# GENERAL FORBEARANCE REQUEST
## William D. Ford Federal Direct Loan Program

GFB

OMB No. 1845-0031
Form Approved
Exp. Date 12/31/2015

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document will be subject to penalties which may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

***SECTION 1: BORROWER IDENTIFICATION***

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

SSN [redacted] - [redacted] - [redacted]

Name [redacted] Regan

Address [redacted]

City, State, Zip Code [redacted] CA 91411

Telephone – Primary ( ) [redacted]5220

Telephone – Alternate ( )

E-mail Address (Optional)

***SECTION 2: FORBEARANCE REQUEST***

**Before completing this form, carefully read the entire form, including the instructions and other information in Sections 3, 4, and 5.**

I am willing but unable to make my current Direct Loan payments due to a temporary hardship. I am requesting this forbearance because I am experiencing a temporary hardship related to one of the following situations (check one):

☒ Financial difficulties

☐ Change in employment

☐ Medical circumstances

☐ Other (explain): ______________________

**If this forbearance request is approved, I want to** (check one):

☒ Temporarily stop making payments; or

☐ Temporarily make smaller payments of $ ____________ per month.

If this forbearance request is approved, I am requesting that the U.S. Department of Education (ED) grant a forbearance on my loan(s) beginning (MM-DD-YYYY)

|__|__|-|__|__|-|__|__|__|__| and ending (MM-DD-YYYY) |__|__|-|__|__|-|__|__|__|__| for a period not to exceed 12 months.

***SECTION 3: BORROWER/ENDORSER UNDERSTANDINGS AND CERTIFICATIONS***

**I understand** that the following terms and conditions apply to this forbearance request:

**(1)** ED will not grant this forbearance request unless this form is completed and any required supporting documentation is provided.

**(2)** ED may grant a forbearance on my loans for up to 60 days, if necessary, for the collection and processing of documentation related to my forbearance request. ED will not capitalize interest that accrues during this forbearance.

**(3)** If I am past due on payments not covered by this forbearance, ED may grant an additional forbearance on my loan(s) to resolve all payments due when my request is processed, and all unpaid interest may be capitalized.

**(4)** At the end of the forbearance, I may apply to renew the forbearance if I am still experiencing a financial hardship.

**(5)** I will continue to receive billing statements for my current payment amount, which I must pay until I am notified by my servicer that my forbearance request has been granted.

**(6)** During the forbearance period, I am not required to make payments of loan principal and interest, but interest will be charged on all of my loans.

**(7)** If I requested to temporarily stop making payments, I will receive an interest notice, and I may pay the interest at any time. If I do not pay the interest that accrues on my loan(s), it will be capitalized at the end of the forbearance period.

**(8)** If I requested to temporarily make smaller payments, I will receive a monthly notice for the requested payment amount until the forbearance ends, and any unpaid interest that has accrued during the period will be capitalized at the end of the forbearance period.

**I certify** that:

**(1)** The information I have provided on this form is true and correct.

**(2)** I will provide any additional documentation to ED, as required, to support my continued forbearance status.

**(3)** I will notify ED immediately when the condition that qualified me for the forbearance ends.

**(4)** I agree to repay my loan(s) according to the terms of my promissory note, regardless of whether the forbearance is granted.

**I authorize** the entity to which I submit this request (i.e., the school, the lender, the guaranty agency, ED, and their respective agents and contractors) to contact me regarding my request or my loan(s), including repayment of my loan(s), at the number that I provide on this form or any future number that I provide for my cellular telephone or other wireless device using automated dialing equipment or artificial or prerecorded voice or text messages.

**BORROWER'S OR ENDORSER'S SIGNATURE:** [redacted] Regan **DATE:** 07/10/2015

# E-Signature Certificate



| | |
|---|---|
| **Document ID** | 1e663fd1-33e3-8628-5d3f-ea46b23a2dea |
| **Document Title** | 1FILE.ORG-NEW PACKAGE-CC |
| **Sender IP** | 121.242.13.130 |
| **Number of Signers** | 1 |
| **Signer Email** | ███████@hotmail.com |
| **Signer IP** | 108.244.153.142 |
| **Timestamp** | 2015-07-10T13:15:27-05:00 |
| **Document Hash** | 04c89a55641338414d328bbec8f7f082 |

EXHIBIT 13
Page 69

EXHIBIT 14

# [ **Arete** Financial Freedom ]

## SERVICE AGREEMENT

This service agreement ("Agreement") is made and entered into this 1st day of July, 2019, by and between Arete Financial LLC ("Arete Financial LLC"), and █████ Bell hereinafter referred to as ("Client"), whose address is ████████████████ KY 42134, with reference to the following.

## RECITALS

A. Arete Financial LLC provides document processing services to individuals with federal student loans who are seeking to consolidate the existing loans through programs offered by the Department of Education ("Federal Student Loan Consolidation") and/or restructure the current payment to a new ("Income-Driven Repayment");

B. Client requests Arete Financial LLC perform the services outlined below to assist them in submitting a new loan application to the Department of Education ("DOE");

C. In consideration of the foregoing covenants and conditions set forth, below, Arete Financial LLC and Client do hereby agree to the following:

**1. Client Loan Service Definition.**

Arete Financial LLC provides document processing and support services to Clients applying for a Federal Student Loan Consolidation with the DOE. Arete Financial LLC will provide (a) a review of the Client's current financial situation; (b) analyze and review available Federal Student Loan Consolidation programs offered by the DOE based on Client's current financial situation; (c) following Client's selection of a program, compile information and submit on the Client's behalf a Federal Student Loan Consolidation application with the DOE (the "Services").

**2. Nature of Service; No Legal or Tax Advice.**

Arete Financial LLC is a private company not affiliated with any government agency. Client acknowledges that the programs that Clients are seeking are available without cost to Client. The Client acknowledges that Arete Financial LLC is not a law firm, and that no legal or tax advice can or will be provided under this agreement. Client acknowledges and agrees that the Services do not consist of any renegotiation, restructure, reduction or other adjustment of the terms of any existing loan or debt.

**3. Rehabilitation; Garnishment.**

If any of the Client's existing federal student loans are in default and/or the Client is being garnished by any lender, Arete Financial LLC will provide Client the option of rehabilitating said loans. Once the rehabilitation process is completed, Arete Financial LLC will consolidate the Client's federal student loans through the DOE. The rehabilitation of a loan in default will require an additional fee.

**4. Fees.**

Client agrees to pay Arete Financial LLC a Service fee of $798.00 for providing the Services. In addition Client agrees to pay Arete Financial LLC a Monthly Maintenance fee of: $39.00. The Service fee will only be earned after Client is approved for a program through DOE. If Client's Federal Student Loan application is not approved for a program through DOE, Arete Financial LLC will reimburse 100% of all Clients' fees collected. Client also understands that a third party payment processing company will be pulling the Client's Service fee and Monthly Maintenance fee payments.

**5. Refund.**

Client understands that Arete Financial LLC is a document processing company and cannot guarantee a payment or loan terms quoted by the DOE website. However, Arete Financial LLC guarantees that Client will receive a Federal Student Loan Consolidation, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) Client's existing loans are original debts, and have not been previously consolidated or restructured (2) Client fully cooperates with Arete Financial LLC providing all information requested by Arete Financial LLC and DOE in a timely manner as deemed by Arete Financial LLC and that such information is complete and accurate; and (3) Client's loan application is not disqualified by the DOE due to issue or characteristic related to Client. All refund requests must be made within 30 days of any loan application denial by the DOE. Arete Financial LLC will reimburse 100% of the Service fee paid by Client.

**6. Process.**

Following receipt of all necessary information from Client and the first payment has been made, the Services will commence. Arete Financial LLC relies on the applicable lender(s) and Arete Financial LLC cannot be held liable for delayed completion due to delays in

Page 1 of 21

EXHIBIT 14
Page 70

obtaining information or approvals from third parties or the DOE. The average completion time to process a Federal Student Loan Consolidation through Arete Financial LLC is approximately ninety (90) days, unless a rehabilitation is required for the Client, or a forbearance plan is necessary.

**7. Client Warranty.**

Client expressly represents and warrants that they will provide Arete Financial LLC with information that is complete and accurate to the best of their knowledge. Arete Financial LLC is under no obligation to independently verify the information provided by Client.

**8. Client Authorization.**

I hereby authorize Arete Financial LLC to verify my present employment earning records, bank accounts, and any other asset balances that are needed to process my Federal Student Loan Consolidation application. I further authorize Arete Financial LLC to order a consumer credit report and verify other credit information, including past and present lender and landlord reporting. It is understood that a copy of this Agreement will also serve as authorization. The information Arete Financial LLC obtains is to be used solely in the processing of Client's application for a Federal Student Loan Consolidation.

**9. Arbitration and Choice of Law.**

This Agreement shall be governed by the laws of the State of California. In the event of any controversy, claim, or dispute between the parties arising out of, or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding arbitration with the American Arbitration Association ("AAA"). The arbitration shall take place in Orange County, California or in the closet metropolitan area to the residence of the Client. There shall be a single arbitrator selected by the parties. The arbitrator shall have the sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement. The award rendered by the Arbitrator shall be final and binding on all parties. The award made by the arbitrator may be entered into any court having jurisdiction over the parties. The parties further agree that either party may bring claims against the other only in their individual capacity and not as a plaintiff or class member in any purported class action or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, including attorneys' fees, equally, except as provided by AAA for consumer actions.

**10. Indemnification.**

Client hereby agrees to defend and hold harmless Arete Financial LLC from and against any liable of any nature whatsoever arising out of, or in connection with, Client's breach of this Agreement, or arising from any incomplete or inaccurate information provided by Client.

**11. Termination of Agreement.**

Client may cancel this contract any time with written notice to Arete Financial LLC prior to being approved for Federal Student Loan Consolidation. Any fees paid to Arete Financial LLC at time of cancellation shall be deemed earned as long as Arete Financial LLC has acted in good faith in performing services on behalf of Client. Arete Financial LLC may terminate this Agreement upon a breach by Client of this Agreement by providing written notice to Client.

**12. Entire Agreement.**

This Agreement embodies the entire understanding and agreement between the parties and all previous understandings, representatives, statements, undertakings and agreements, written or oral, are canceled, withdrawn, and/or have merged into this Agreement. This Agreement may not be amended except by writing, signed by both parties hereto, after the date of this Agreement.

**13. Legal Authorization Form.**

This form will serve to acknowledge that the below Client has authorized our company, Arete Financial LLC (Arete Financial LLC), to act on their behalf to consolidate their Federal Student Loans in accordance with the DOE. Client has been advised that once approved for the Federal Student Loan Consolidation, the Client will receive a sixty (60) day furlough before payments will start. If you have any questions regarding this Federal Student Loan Consolidation Program, please contact your Client Loan Consolidation Specialist at (888) 331-5827.

███ Bell

NAME                                                          SIGN

_____                              _____

DATE                                                          SSN

EXHIBIT 14
Page 72

**Privacy Policy**

We are committed to providing the highest level of security and privacy regarding the collection and use of your personal information. Personal information may be collected from your account Application, any updated information you may provide us from time to time and the banking transactions processed through your Account. A description of our Privacy Policy is provided below. If you have additional questions regarding the privacy of your personal information, please contact customer service at the address shown above.

**Collection / Use of Personal Information:** Our collection of your personal information is designed to protect access to your Account; and to assist us in providing you with the products and services you want and need. All personal information collected and stored by us, or on our behalf, is used for specific business purposes to protect and administer your Account and transactions; to comply with state and federal regulations; and to help us better understand your needs in order to design or improve our products and services. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified OR OTHERWISE CHANGED your personal information. The personal information we collect about you comes from the following sources: Information we receive from you such as: your name, address, and telephone number, or other information that you provide to us over the phone, in documents, or in applications. Notwithstanding information about your transactions; such as: account balances with creditors, payment histories, account activity, and all other information that may be contained in your credit card statements and other reports relating to your debt; including, information we receive from consumer reporting agencies, credit bureau reports, collection agency reports; information relating to payment histories, creditworthiness, annual income, and your ability to satisfy obligations. In the future, we may pull your individual credit report.

**Maintenance of Accurate Information:** It is in the best interest of both you and Arete Financial LLC to maintain accurate records. If you have questions regarding the accuracy of your personal information please contact Arete Financial LLC Customer Service.

**Limited Access to Personal Information:** We limit access to your personal information to only personnel with a business need to know. We educate our representatives about the importance of confidentiality and customer privacy. In addition, individual user names and passwords are used by only approved personnel to restrict access, and further safeguard the privacy of your personnel information. You can help maintain the security of any online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or electronic storing of information is 100% secure.

**Third-Party Disclosure Restrictions:** We follow strict privacy procedures in regard to protecting your personal information. In addition, we require all third parties with a business need to access this information to adhere to equally stringent privacy policies. Personal information may be supplied to a third party in order to process a transaction you have authorized; or, if the disclosure is required or allowed by law (i.e. exchange of information with reputable reporting agencies, subpoena, or the investigation of fraudulent activity, etc.). We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such information in order to effectively or carry out any transaction that you have requested of us; or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us; companies that act on our behalf to market our services; or others, only as permitted or required by law, such as to protect against fraud or in response to a subpoena. We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. In administering our services while servicing your account, we may disclose your information, as needed, and as permitted by law, to your creditors, credit card companies, collection agencies, banks, other entities, and individuals.

**Disclosure of Privacy Policies:** We are committed to ensuring the privacy of your personal information. For more information regarding our Privacy Policy, please contact customer service.

**Your Choices/Opt-out:** Where possible, we provide you the opportunity to 'opt-out' of having personal information shared. By providing information to Arete Financial LLC you are consenting to the collection, use, and disclosure of personal information in the manner described in this privacy policy. This Policy applies to current and former customers. The consent to withdraw may be achieved by calling the telephone number provided below, or sending written/email to our customer service at:

**1261 E. Dyer. Rd. #100, Santa Ana, CA 92705**

Email Address: info@aretefinancialfreedom.com

███ Bell

_____                    _____
NAME                                                SIGN

_____
DATE

EXHIBIT 14
Page 73

**Student Loan Consolidation Payment Plan Estimate**

| Loan Program Selected | Number of Payment (Months) | Payment Amount* |
|---|---|---|
| REPAYE | 240 | 0.00 |

*Starting payment in the case of the Income Based Repayment plan*
**Estimated Principle and Interest Paid if all payments are made as scheduled*

The above quote is an **ESTIMATE** of what the new payment would be based upon the information client has provided. There are no guarantees, until your income has been verified and your application has been reviewed by the U.S. Department of Education and your current loan servicer. By signing below, you agree to the terms and conditions.

███ Bell
Name

Signature

Date

SSN

EXHIBIT 14
Page 74

[ **Arete** Financial Freedom ]

**Limited Scope Power of Attorney**

- THIS LIMITED POWER OF ATTORNEY IS **ONLY FOR THE PROCESS, ACCESS, COMMUNICATION, AND ACTIONS RELATED TO STUDENT LOANS ASSOCIATED WITH THE DEPARTMENT OF EDUCATION** ("DOE") AND CLIENT, Richele Bell ("GRANTOR"). THIS LIMITED POWER OF ATTORNEY MAY BE REVOKED BY YOU THE GRANTOR AT ANY TIME BY WRITTEN NOTICE.

- I, ███ Bell, Social Security # ███████0, residing at ██████████ KY 42134, ████ KY 42134, this date, Jul 01, 2019, hereby appoints Arete Financial LLC as my ATTORNEY-IN-FACT to perform on my behalf as indicated below.  With this signature, ███ Bell authorizes Arete Financial LLC to act on my behalf with the DOE in all matters regarding my student loan, including but not limited to,

1.      Access my account with the DOE, including taking steps and providing information necessary to access the account.

2.      Communicate with the DOE related to my account and any forbearance, deferment and/or student loan consolidation.

3.      Drafting and, following my execution, submitting an application to the DOE.

4.      Engaging sub-contractors as may be appropriate to perform the services.

Arete Financial LLC has full authority to represent me, ███ Bell, to perform the services outlined in the Service Agreement.

This Limited Power of Attorney will remain in effect as of the effective date of the contract, and will remain in full force and effect until:

1.      It is revoked, suspended or terminated in writing by the GRANTOR; or

2.      The contract is terminated for any reason, whichever is earlier to occur.

**Address: 1261 E. Dyer Rd. #100, Santa Ana, CA 92705**

███ Bell
_____          _____
Printed Name                                                        Signature

_____          _____
Co-Applicant Printed Name                                Co-Applicant Signature

_____          _____
Date                                                                    Date

EXHIBIT 14
Page 75

Form **4506-T**

(Rev. September 2015)
Department of the Treasury
Internal Revenue Service

## Request for Transcript of Tax Return

▶ **Do not sign this form unless all applicable lines have been completed.**
▶ **Request may be rejected if the form is incomplete or illegible.**
▶ **For more information about Form 4506-T, visit *www.irs.gov/form4506t*.**

OMB No. 1545-1872

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use **Form 4506, Request for Copy of Tax Return.** There is a fee to get a copy of your return.

| | | | |
|---|---|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. <br><br> ▆▆▆ Bell | | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) <br><br> ▆▆▆ | |
| **2a** If a joint return, enter spouse's name shown on tax return. | | **2b** Second social security number or individual taxpayer identification number if joint tax return <br><br> -- | |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

KY 42134

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

Arete Financial 1261 East Dyer Rd Suite 100 Santa Ana, CA 92705 8883315827

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶   1040

**a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days   .   .   .   .   .   .   . ☐

**b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days   . ☐

**c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days   .   .   .   . ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days   .   . ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days   . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

| 12 / 31 / 14 | 12 / 31 / 15 | 12 / 31 / 16 | / / |
|---|---|---|---|

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

☐ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T.** See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ _____   _____
Signature (see instructions)                         Date

_____
Title (if line 1a above is a corporation, partnership, estate, or trust)

_____   _____
Spouse's signature                                   Date

Form **4506-T** (Rev. 9-2015)

EXHIBIT 14
Page 76

EXHIBIT 14
Page 77



**GFB**

# GENERAL FORBEARANCE REQUEST

**William D. Ford Federal Direct Loan (Direct Loan) Program / Federal Family Education Loan (FFEL) Program / Federal Perkins Loan (Perkins Loan) Program**

OMB No. 1845-0031
Form Approved
Exp. Date 2/28/2019

**WARNING**: Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | ▮▮▮▮▮ |
| Name | ▮▮▮ Bell |
| Address | ▮▮▮▮▮ |
| City | ▮▮▮▮ State KY Zip Code 42134 |
| Telephone - Primary | ▮▮▮ -4175 |
| Telephone - Alternate | ▮▮▮ -4175 |
| Email (Optional) | ▮▮▮ @yahoo.com |

## SECTION 2: FORBEARANCE REQUEST

**Carefully read the entire form before completing it. Answer all questions in Section 2. Your loan holder has sole discretion in whether to grant your general forbearance request, and, if granted, for what period your forbearance will be applied.** Instead of forbearance, you may want to consider requesting a deferment (which has an interest benefit for some loan types) or changing to a repayment plan that determines your monthly payment amount based on your income. Visit StudentAid.gov/IDR for more information.

1. I am requesting a forbearance because I am experiencing a temporary hardship related to one of the following situations (check one):

   ☒ Financial difficulties
   ☐ Change in employment
   ☐ Medical expenses
   ☐ Other (explain the situation below)

2. If approved for a forbearance, I would like to:

   ☒ Temporarily stop making payments.
   ☐ Temporarily make smaller payments of _____ per month.

3. I would like my forbearance to begin with the monthly payment that is due in the month and year below:

   _____

4. If approved for forbearance, I would like my forbearance to end in the month and year below, and begin making payments the following month:

   _____

EXHIBIT 14
Page 78

| Borrower Name | Bell | Borrower SSN | |
|---|---|---|---|

## SECTION 3: BORROWER/ENDORSER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATION

**I understand that:**

- I am not required to make payments of loan principal or interest during my forbearance, but interest will continue to be charged on all my loans.
- My loan holder has sole discretion in whether to grant my general forbearance request and for what dates it will be granted.
- For Perkins Loans, there is a cumulative limit on general forbearance of 3 years. For Direct Loans and FFEL Program loans, my loan holder may set a limit on general forbearance.
- My forbearance will end on the earlier of the end date that I requested, 12 months from the date my forbearance begins, or when I exhaust any limit that my loan holder has on forbearance.
- I can request another forbearance after my forbearance ends if I am still experiencing financial hardship.
- Interest may capitalize on my loans during or at the expiration of my forbearance, but interest never capitalizes on Perkins Loans.

**I certify that:**

- The information I have provided on this form is true and correct.
- I will provide additional documentation to my loan holder, if requested, to support my general forbearance request.
- I will repay my loans according to the terms of my promissory note, even if my request is not granted.

**I authorize** the entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

| Borrower's/Endorser's Signature | | Date | |
|---|---|---|---|

## SECTION 4: INSTRUCTIONS FOR COMPLETING THE FORBEARANCE REQUEST

Type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy) or (mm-yyyy) as appropriate. Example: March 14, 2016 = 03-14-2016. Include your name and account number on any documentation that you may be requested to submit with this form. If you want to apply for a forbearance on loans that are held by different loan holders, you must submit a separate forbearance request to each loan holder. **Return the completed form and any requested documentation to the address shown in Section 6.**

If you are an endorser, you may request forbearance only when you are required to repay the loan because the borrower is not making payments. If you have a loan made jointly with another borrower (as co-makers), you must both individually meet the requirements for a forbearance and each of you must request forbearance.

EXHIBIT 14
Page 79

[ **Arete** Financial Freedom ]

**Credit Card Authorization Form**

I ████ Bell, authorize ARETE FINANCIAL LLC to charge my credit card *****9164 For the total of $798.00 on the dates listed below ████ 5787.

| | | |
|---|---|---|
| Jul 19, 2019 | $133.00 | _____ |
| Jul 26, 2019 | $133.00 | _____ |
| Aug 02, 2019 | $133.00 | _____ |
| Aug 09, 2019 | $133.00 | _____ |
| Aug 16, 2019 | $133.00 | _____ |
| Aug 23, 2019 | $133.00 | _____ |

Additionally, I authorize ARETE FINANCIAL to charge a Monthly Maintenance Fee of 39.00 on the 19th of every month for 120 months thereafter until loan obligations have been fulfilled. _____.

Your method of payment is as follows:

**Credit Card Number: Visa**                **Name On Credit Card:**████ Bell

**Credit Card Number: *****9164**           **Expiration Date: 05/2022**                **Security Code - 3 digits on Back of Card:** ██

**Billing Address of Credit Card:**

████████████ KY 42134

**Contact Numbers:**

Home Phone ██████-4175
Cell Phone: ██████-4175

Amount due $798.00 Contract ████ 5787

**Address: 1261 E. Dyer Rd. #100, Santa Ana, CA 92705**

_____
Signature

_____
Date

EXHIBIT 14
Page 80



# United States Department of Education

## Certification of Identity & Authorization to Disclose Personal Information

**Privacy Act Statement.** Department regulations require a person who submits a written request for access or disclosure of records to submit personal data sufficient to identify the individual submitting the request. 34 C.F.R. Section 5b.5(b). We solicit the information requested here in order to ensure that the records of individuals who are the subject of Department systems of records are not wrongfully disclosed by the Department. If you fail to furnish this information we will take no action to honor your request. Required information is indicated in CAPS.

FULL NAME OF REQUESTER:  [PLEASE PRINT] _____ Bell _____

ADDRESS: [STREET] _____

[CITY] _____   [STATE] KY   [ZIP] 42134

Phone: ___ ) -4175   Email: _____@yahoo.com

SOCIAL SECURITY NUMBER: [1] _____   DATE OF BIRTH: [MM/DD/YY] ____/1969

## Authorization to Disclose Personal Information to Another Person

I authorize the Department of Education and its agents to release to, and discuss with, the individual named below as my representative, any records of the Department regarding my student financial assistance loan or grant obligation(s) to the Department, for the purpose of assisting me in satisfying the obligation:

FULL NAME OF REPRESENTATIVE: ARETE FINANCIAL FREEDOM

ADDRESS: [STREET] 1261 E DYER RD

[CITY] SANTA ANA   [STATE] CA   [ZIP] 92705

PHONE: (888 ) 331-5827   [Relationship To Requester] 3RD PARTY ORGANIZATION

I authorize the Department to honor this authorization unless and until I revoke it in a written notice and the designated office of the Department receives that notice. I understand that whenever requesting disclosure of information, the representative named here must submit information to verify his or her identity.

I UNDERSTAND THAT IN ORDER TO VERIFY HIS OR HER IDENTITY WHEN MAKING A REQUEST FOR DISCLOSURE BY TELEPHONE, THE REPRESENTATIVE MAY BE REQUIRED TO PROVIDE MY SSN, DOB, AND THE DATE ON WHICH I SIGNED THIS AUTHORIZATION.

I declare under penalty of perjury that I am the person named above as the requester, that I authorize release to the individual named as representative, and that the statements I provided here are true and accurate. I understand that any false statement is subject to punishment under 18 U.S.C. Section 1001 by fine or imprisonment of not more than five years, and that a knowing and willful request made under false pretenses for a record of an individual is subject to punishment under 5 U.S.C. Section 552a(i)(3) by a fine of up to $5000.

DATE: _____   SIGNATURE _____

_____
[1] You are not required to provide your SSN or DOB. However, we ask you to provide your SSN and DOB only to facilitate the identification of records relating to you, and unless you provide your SSN and DOB, we may be unable to locate any or all records pertaining to you.

Completed authorizations should be mailed to:

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE TX 75403-5609

EXHIBIT 14
Page 81



**Preparation Service Agreement**

| Section 1: Client Information | Client ID: 331135787 | Agreement Date: Jul 01, 2019 |
|---|---|---|
| Client First Name ███ | | Client Last Name: Bell |
| Client Middle Name: | | Former Last Name: |
| Street Address: ███ | | City, State, Zip: ███, KY 42134 |
| Client Email: ███l@yahoo.com | | Client Home Phone: ███-4175 Cell Phone: ███-4175 |

| Section 2: Client's Estimated Summary of Current Federal Student Loans |
|---|
| The basis of this summary is derived from the input of the client. |

| | |
|---|---|
| Estimated Total Federal Loan Balance: $25,963.00 | Loan Status: |
| Approximate Current Monthly Payment: $ | Number of Loans: 7 |
| Estimated New Loan Payment: $0.00 | New Loan Payment Validation Term: Annually |
| Estimated Payment Term (Months): 240 | |

| Section 3: Required Consolidation Paperwork Information |
|---|

| | |
|---|---|
| Client SSN: ███ | Client DOB: ███/1969 |
| DL/ID Number & State: KS | FASFA PIN: |
| Employer Name: | Occupation: |
| Employer Street Address: ███ | Employer City, State, Zip: ███ TN, 37148 |
| Employer Phone: ███-7311 | Family Size: 3 |
| Marital Status: Single | Filing Status: Single |
| Current Annual Income: $36920.00 | Form of Documented Income: 1040 |
| Spouse First Name: | Spouse Last Name: |
| | |
| Spouse Employer Name: | Spouse Work Phone: |
| Spouse Annual Income: $0 | Client PSLF Candidate (Yes/No): |

***If this loan qualifies for Public Service Loan Forgiveness your number of payments will be reduced to 120 Months.

EXHIBIT 14
Page 82

| References: 2 Persons with different addresses, PO Boxes are NOT acceptable, not residing in the same home (for example, a spouse) or anyone living outside the U.S. |
|---|

| Reference 1 Full Name: ▮▮▮▮▮ Gregory | Permanent Address: |
|---|---|

| Reference 1 Phone: | Relationship to Client: |
|---|---|

| Reference 2 Full Name: ▮▮▮▮▮ Bell | Permanent Address: |
|---|---|

| Reference 2 Phone: | Relationship to Client: |
|---|---|

## Section 4: Company Set Up and Service Program Cost

Company Document Preparation and Supporting Service Program Cost Arete Financial Freedom Payment/Fees are in addition to and completely separate of loan costs and/or payments made by Client to lenders.

| Company Program Payment/Fee Amount: 798.00 | Initial Service(s) Selected for these Fees: |
|---|---|

| Fee: $ | Recurring Date: 19th |
|---|---|

I Richele Bell  Agree that all of the above information is true and correct to the best of their understanding at the present time, and Arete Financial Freedom bases, in part, its decision to accept Client and provide services to Client on the accuracy of the above information. Arete Financial Freedom shall not be held responsible in any way for reliance on the above information, any claim arising from use or storage of such information, or carrying out its contractual obligations using the above information.

| Signature: | | Date: | |
|---|---|---|---|

EXHIBIT 14
Page 83



# CUSTODIAL ACCOUNT AGREEMENT

Ver 12/03/2015

Client enters into this Agreement (Agreement) with Payment Automation Network, Inc. (PAN) for the purpose of having PAN receive payments, make disbursements authorized by Client upon Client's instructions and/or the occurrence of specified events, and provide online transaction management and accounting information on Client's behalf (together, the "Services").

Client authorizes PAN to (i) collect (debit) funds via ACH from Client's designated financial institution (Designated Account) pursuant to the Payment Schedule attached hereto ("Payment Schedule"); (ii) deposit such funds in a non-interest bearing FDIC custodial account ("Custodial Account"); and (iii) disburse funds from the Custodial Account as directed by the payment schedule and/or by client solely upon receipt of authorized instructions from Client, provided the balance in the Depository Account equals or exceeds the disbursement request. If the balance of the Custodian Account is less than a requested disbursement, the disbursement direction will not be honored until the balance is increased to the desired amount.

Client agrees to pay PAN's fees and charges shown below and such fees and charges may be deducted directly from the Custodial Account.

Client agrees PAN will select the financial institution that will hold the Custodial Account. Client agrees that PAN may, at its sole discretion and upon written notification to Client, change the financial institution that will hold the Custodial Account at any time, and that the Custodian Account may be located in California or any other state selected by PAN in its sole discretion. Client agrees that the Custodial Account will not be used for any illegal purpose, and Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered.

Client agrees that sufficient funds will be available in the Designated Account at least three (3) business days prior to date of all scheduled ACH debits. Client understands and agrees that to stop or change a scheduled debit from the Designated Account, Client must notify PAN at least three (3) business days prior to any such change. In the event Client's Designated Account does not have sufficient funds for a scheduled debit, PAN will not be liable to any third party due to insufficient funds, restriction or dishonor related to Client's account. Client authorizes PAN to recover any funds arising from a NSF, dishonor or error in debiting the Designated Account. At its sole discretion, PAN may recover any such funds by means of a debit to the Designated Account and/or the Custodial Account. Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered. If Client's Custodian Account is suspended, cancelled or otherwise terminated for any reason and the account has a negative balance, Client agrees to pay the negative balance upon demand. Should Client fail to remit the full amount of such negative balance, Client shall remain responsible for the deficit and collection actions may be pursued against Client.

Client has an agreement with Service Provider, and the Payment Schedule is part of that agreement. Client directs and authorizes PAN to share information with Service Provider as required by Service Provider and with any other authorized parties involved in the administration of the Custodial Account on Client's behalf. PAN is not an owner, employee, or partner of Service Provider, and provides the Services to Client as an independent third party. Client agrees that PAN is not involved or engaged in any respect with the services provided by the Service Provider, other than acting as a third party escrow on behalf of Client and the Service Provider. Client agrees that PAN shall not be responsible for determining when a payment is due or whether a payment is for the correct amount or otherwise proper. PAN's sole obligation shall be to execute Client's payment instructions in a commercially reasonable manner as soon as practical after receipt of such instructions or after the occurrence of the specified event authorizing release of a payment on behalf of Client. PAN shall not be liable for any conduct by Service Provider or for penalty or other charge levied by anyone on Client, for any failure of anyone to honor a transaction or for any other adverse action taken or not taken by any other party in connection with the Services. Under no circumstances shall PAN be liable for any special, incidental, consequential, exemplary or punitive damages.

PAN will provide Client an internet login with a login name and password for viewing the funds held in the Custodial Account and all transactions related to Client via a protected website. Use of Client's passcode, password or any other form of identification designated by Client in any transaction constitutes and will be accepted as Client's electronic signature, as that term is used in the federal Electronic Signature in Global and National Commerce law and other applicable laws.

Client's funds are held in the Custodial Account pending Client's instructions for disbursement. Client has sole authority to authorize disbursements or transfers. You expressly authorize PAN to rely on your instructions for this purpose whether transmitted directly by you, via the Service Provider or by a third party you have authorized in whatever form provided, including but not limited to any instructions provided via email, PAN's website, E-signature or other writing, verbally, by voicemail or any other means of communication. If Client is more than one person, PAN may act upon receipt the instructions of either person; however, if conflicting instructions are received before any action has been taken, PAN may in its sole discretion refrain from taking any action until it receives joint instructions from all Clients or a court order directing further action. Client agrees that PAN shall have no right or obligation to control, direct, or change any disbursement instructions provided by Client other than as expressly provided by this Agreement.

EXHIBIT 14
Page 84

Initials:

Client may revoke any prior payment authorization at any time before such payment has been initiated by completing and submitting a Revocation of Recurring Payment Authorization form to PAN by email or mail. See PAN's Contact Information below.

PAN or Client may terminate this Agreement upon delivery of written notice at any time. Upon termination of this Agreement for any reason, PAN shall arrange for Client's remaining funds, apart from any funds due to be paid to the Service Provider or any other person or entity as a result of the occurrence of specified events prior to delivery of the termination notice, to be transmitted from the Custodial Account to the Designated Account.

Client agrees that all disclosures, account activity, notifications and any other communications related to the Services may be distributed to Client by electronic mail or through PAN's software services. Client acknowledges that Client is able to electronically receive, download and print such information and communications. If Client is unable to communicate electronically for any reason, Client agrees to notify PAN immediately, and reasonable alternative means of communication will be established in accordance with applicable law.

Client understands and agrees that all calls to and from PAN are monitored and recorded. Client verifies that the telephone and cellular phone numbers and email addresses shown below presently belong to Client. Client consents to receive emails, prerecorded messages and/or autodialed calls (including text messages) relating to this Agreement and the Services. These communications may be made by PAN or its agents, even if your phone number is registered on any state or federal "Do Not Call" list. You may incur a charge for such calls by your telephone carrier. PAN may obtain and contact email addresses and phone numbers provided by you directly or obtained through other lawful means. Your consent to this provision is not required as a condition of entering into this Agreement, and you may opt out from consenting to these provisions by contacting PAN in writing at PAN's Contact Information below.

You agree to provide notice within 30 days of any change to your email address or phone numbers by writing to PAN's Contact Information below.

## ARBITRATION OF DISPUTES - IMPORTANT NOTICE AFFECTING YOUR RIGHTS

You agree that any controversy, claim or dispute between the parties arising out of or relating to this Agreement, or to any of the services provided pursuant to this Agreement, or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this Agreement to arbitrate, shall be determined by binding arbitration conducted in the federal judicial district where the Client resides. The parties agree that this arbitration provision shall be governed by and enforceable under the Federal Arbitration Act. Otherwise, parties agree that the laws of the Client's state of residence shall govern any dispute between them. The parties agree the arbitration shall be conducted before a single arbitrator pursuant to the rules and procedures of the American Arbitration Association ("AAA"). The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. Any award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. The parties agree that either party may bring claims against the other only in his/her or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the costs of the arbitration, not including attorney's fees or expert witness expenses, equally. If the consumer's share of the costs is greater than two-thousand dollars ($2,000.00), PAN will pay the consumer's share of any costs in excess of that amount. In the event that a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party shall be entitled to obtain costs of suit, including any reasonable attorney's fees incurred for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrators ruling, except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the requirement to arbitrate shall survive any termination of this Agreement.

This Agreement constitutes the entire agreement between Client and PAN. No modifications, variations or waivers of any provisions of this Agreement shall be deemed valid unless in writing and signed by Client and PAN.

EXHIBIT 14
Page 85

| Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| Bell | ███ | | ██████ | ███1969 |

| Co-Client Last Name | First Name | Middle Name/Initial | Social Security | Date of Birth |
|---|---|---|---|---|
| | | | -- | |

| Address | City, State, ZIP |
|---|---|
| ██████████ KY 42134 | ████, KY, 42134 |

| Phone | Email | Mothers Maiden Name |
|---|---|---|
| ████4175 | █████l@yahoo.com | |

| Authorized Service Provider/Agent | Account ID |
|---|---|
| Arete Financial | AR--1 |

| Client Signature | | Date | | Notifications To Payment Automation Network |
|---|---|---|---|---|
| | | | | Email: Clients@paymentautomation.net |
| Co-Client Signature | | Date | | Phone: (800)813-3740 |
| | | | | Fax: (866)600-2703 |
| | | | | Portal: https://client.paymentautomation.net |

EXHIBIT 14
Page 86



CUSTODIAL ACCOUNT AGREEMENT

Ver 10/30/2014

**AUTHORIZATION FOR RECURRING DIRECT PAYMENTS** I (we) hereby authorize PAN to initiate ACH debit entries from the account at the depository financial institution named below and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to the account must comply with the provisions of U.S. law. This authorization is to remain in full force and effect until PAN has received written notification from me (or either of us) of its termination no fewer than three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.

| Bank Name | Account Number | Routing Number | Account Type | Account Fees |
|---|---|---|---|---|
| Authorizing Person's Name (as it appears on check) | | | | I authorize PAN to charge my Primary Financial Institution or my Custodial Account in accordance with the following fees for services rendered. |
| Address, City, State, Zip (as it appears on check) ▬▬▬▬ KY 42134, ▬▬▬, KY, 42134 | | | | Monthly Custodial Account:$6.75<br>Unauthorized Returns:$35.00<br>Stop Payment:$25.00<br>Return Item Fee: $0.00 |
| Recurring Debit Authorization $798.00 | | Effective Date (Date of First Debit) Jul 19, 2019 | | **Fees for Disbursements per occurrence or any other appropriate service.** |
| The specific debits to my account authorized herein may only post on or after the EFFECTIVE DATE listed in the attached payment schedule. This authorization is to remain in full force and effect until PAN has received written notification from me of termination in such time and in such manner as to afford PAN a reasonable opportunity to act. | | | | ACH Credit:$5.00<br>ACH Debit/Check by phone:$5.00<br>Overnight Check, Wire Transfer: $25.00<br>2-Day Check:$10.00<br>USPS Check: $5.00 |
| **Client Signature** | | **DATE** | Jul 01, 2019 | Notifications To Payment Automation Network<br>Email: Clients@paymentautomation.net<br>Phone: (800)813-3740 |
| **CO-Client Signature** | | **DATE** | Jul 01, 2019 | Fax: (866)600-2703<br>Portal: https://client.paymentautomation.net |

**Payment Schedule**

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|---|---|---|---|
| 1 | Jul 19, 2019 | $133.00 | $0.00 | $133.00 |

EXHIBIT 14
Page 87

| #  | Date         | Enrollment Fee | Monthly Service Fee | Total Payment |
|----|--------------|----------------|---------------------|---------------|
| 2  | Jul 26, 2019 | $133.00        | $0.00               | $133.00       |
| 3  | Aug 02, 2019 | $133.00        | $0.00               | $133.00       |
| 4  | Aug 09, 2019 | $133.00        | $0.00               | $133.00       |
| 5  | Aug 16, 2019 | $133.00        | $0.00               | $133.00       |
| 6  | Aug 23, 2019 | $133.00        | $0.00               | $133.00       |
| 7  | Sep 06, 2019 | $0.00          | $39.00              | $39.00        |
| 8  | Sep 13, 2019 | $0.00          | $39.00              | $39.00        |
| 9  | Sep 20, 2019 | $0.00          | $39.00              | $39.00        |
| 10 | Sep 27, 2019 | $0.00          | $39.00              | $39.00        |
| 11 | Oct 04, 2019 | $0.00          | $39.00              | $39.00        |
| 12 | Oct 11, 2019 | $0.00          | $39.00              | $39.00        |
| 13 | Oct 18, 2019 | $0.00          | $39.00              | $39.00        |
| 14 | Oct 25, 2019 | $0.00          | $39.00              | $39.00        |
| 15 | Nov 01, 2019 | $0.00          | $39.00              | $39.00        |
| 16 | Nov 08, 2019 | $0.00          | $39.00              | $39.00        |
| 17 | Nov 15, 2019 | $0.00          | $39.00              | $39.00        |
| 18 | Nov 22, 2019 | $0.00          | $39.00              | $39.00        |
| 19 | Nov 29, 2019 | $0.00          | $39.00              | $39.00        |
| 20 | Dec 06, 2019 | $0.00          | $39.00              | $39.00        |
| 21 | Dec 13, 2019 | $0.00          | $39.00              | $39.00        |
| 22 | Dec 20, 2019 | $0.00          | $39.00              | $39.00        |
| 23 | Dec 27, 2019 | $0.00          | $39.00              | $39.00        |
| 24 | Jan 03, 2020 | $0.00          | $39.00              | $39.00        |
| 25 | Jan 10, 2020 | $0.00          | $39.00              | $39.00        |
| 26 | Jan 17, 2020 | $0.00          | $39.00              | $39.00        |
| 27 | Jan 24, 2020 | $0.00          | $39.00              | $39.00        |
| 28 | Jan 31, 2020 | $0.00          | $39.00              | $39.00        |
| 29 | Feb 07, 2020 | $0.00          | $39.00              | $39.00        |
| 30 | Feb 14, 2020 | $0.00          | $39.00              | $39.00        |
| 31 | Feb 21, 2020 | $0.00          | $39.00              | $39.00        |
| 32 | Feb 28, 2020 | $0.00          | $39.00              | $39.00        |
| 33 | Mar 06, 2020 | $0.00          | $39.00              | $39.00        |
| 34 | Mar 13, 2020 | $0.00          | $39.00              | $39.00        |
| 35 | Mar 20, 2020 | $0.00          | $39.00              | $39.00        |
| 36 | Mar 27, 2020 | $0.00          | $39.00              | $39.00        |
| 37 | Apr 03, 2020 | $0.00          | $39.00              | $39.00        |
| 38 | Apr 10, 2020 | $0.00          | $39.00              | $39.00        |
| 39 | Apr 17, 2020 | $0.00          | $39.00              | $39.00        |
| 40 | Apr 24, 2020 | $0.00          | $39.00              | $39.00        |
| 41 | May 01, 2020 | $0.00          | $39.00              | $39.00        |
| 42 | May 08, 2020 | $0.00          | $39.00              | $39.00        |
| 43 | May 15, 2020 | $0.00          | $39.00              | $39.00        |
| 44 | May 22, 2020 | $0.00          | $39.00              | $39.00        |
| 45 | May 29, 2020 | $0.00          | $39.00              | $39.00        |
| 46 | Jun 05, 2020 | $0.00          | $39.00              | $39.00        |
| 47 | Jun 12, 2020 | $0.00          | $39.00              | $39.00        |
| 48 | Jun 19, 2020 | $0.00          | $39.00              | $39.00        |

EXHIBIT 14
Page 88

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|---------------|--------------------|--------------| 
| 49 | Jun 26, 2020 | $0.00 | $39.00 | $39.00 |
| 50 | Jul 06, 2020 | $0.00 | $39.00 | $39.00 |
| 51 | Jul 10, 2020 | $0.00 | $39.00 | $39.00 |
| 52 | Jul 17, 2020 | $0.00 | $39.00 | $39.00 |
| 53 | Jul 24, 2020 | $0.00 | $39.00 | $39.00 |
| 54 | Jul 31, 2020 | $0.00 | $39.00 | $39.00 |
| 55 | Aug 07, 2020 | $0.00 | $39.00 | $39.00 |
| 56 | Aug 14, 2020 | $0.00 | $39.00 | $39.00 |
| 57 | Aug 21, 2020 | $0.00 | $39.00 | $39.00 |
| 58 | Aug 28, 2020 | $0.00 | $39.00 | $39.00 |
| 59 | Sep 04, 2020 | $0.00 | $39.00 | $39.00 |
| 60 | Sep 11, 2020 | $0.00 | $39.00 | $39.00 |
| 61 | Sep 18, 2020 | $0.00 | $39.00 | $39.00 |
| 62 | Sep 25, 2020 | $0.00 | $39.00 | $39.00 |
| 63 | Oct 02, 2020 | $0.00 | $39.00 | $39.00 |
| 64 | Oct 09, 2020 | $0.00 | $39.00 | $39.00 |
| 65 | Oct 16, 2020 | $0.00 | $39.00 | $39.00 |
| 66 | Oct 23, 2020 | $0.00 | $39.00 | $39.00 |
| 67 | Oct 30, 2020 | $0.00 | $39.00 | $39.00 |
| 68 | Nov 06, 2020 | $0.00 | $39.00 | $39.00 |
| 69 | Nov 13, 2020 | $0.00 | $39.00 | $39.00 |
| 70 | Nov 20, 2020 | $0.00 | $39.00 | $39.00 |
| 71 | Nov 27, 2020 | $0.00 | $39.00 | $39.00 |
| 72 | Dec 04, 2020 | $0.00 | $39.00 | $39.00 |
| 73 | Dec 11, 2020 | $0.00 | $39.00 | $39.00 |
| 74 | Dec 18, 2020 | $0.00 | $39.00 | $39.00 |
| 75 | Dec 28, 2020 | $0.00 | $39.00 | $39.00 |
| 76 | Jan 04, 2021 | $0.00 | $39.00 | $39.00 |
| 77 | Jan 08, 2021 | $0.00 | $39.00 | $39.00 |
| 78 | Jan 15, 2021 | $0.00 | $39.00 | $39.00 |
| 79 | Jan 22, 2021 | $0.00 | $39.00 | $39.00 |
| 80 | Jan 29, 2021 | $0.00 | $39.00 | $39.00 |
| 81 | Feb 05, 2021 | $0.00 | $39.00 | $39.00 |
| 82 | Feb 12, 2021 | $0.00 | $39.00 | $39.00 |
| 83 | Feb 19, 2021 | $0.00 | $39.00 | $39.00 |
| 84 | Feb 26, 2021 | $0.00 | $39.00 | $39.00 |
| 85 | Mar 05, 2021 | $0.00 | $39.00 | $39.00 |
| 86 | Mar 12, 2021 | $0.00 | $39.00 | $39.00 |
| 87 | Mar 19, 2021 | $0.00 | $39.00 | $39.00 |
| 88 | Mar 26, 2021 | $0.00 | $39.00 | $39.00 |
| 89 | Apr 02, 2021 | $0.00 | $39.00 | $39.00 |
| 90 | Apr 09, 2021 | $0.00 | $39.00 | $39.00 |
| 91 | Apr 16, 2021 | $0.00 | $39.00 | $39.00 |
| 92 | Apr 23, 2021 | $0.00 | $39.00 | $39.00 |
| 93 | Apr 30, 2021 | $0.00 | $39.00 | $39.00 |
| 94 | May 07, 2021 | $0.00 | $39.00 | $39.00 |
| 95 | May 14, 2021 | $0.00 | $39.00 | $39.00 |

EXHIBIT 14
Page 89

| # | Date | Enrollment Fee | Monthly Service Fee | Total Payment |
|---|------|----------------|---------------------|---------------|
| 96 | May 21, 2021 | $0.00 | $39.00 | $39.00 |
| 97 | May 28, 2021 | $0.00 | $39.00 | $39.00 |
| 98 | Jun 04, 2021 | $0.00 | $39.00 | $39.00 |
| 99 | Jun 11, 2021 | $0.00 | $39.00 | $39.00 |
| 100 | Jun 18, 2021 | $0.00 | $39.00 | $39.00 |
| 101 | Jun 25, 2021 | $0.00 | $39.00 | $39.00 |
| 102 | Jul 02, 2021 | $0.00 | $39.00 | $39.00 |
| 103 | Jul 09, 2021 | $0.00 | $39.00 | $39.00 |
| 104 | Jul 16, 2021 | $0.00 | $39.00 | $39.00 |
| 105 | Jul 23, 2021 | $0.00 | $39.00 | $39.00 |
| 106 | Jul 30, 2021 | $0.00 | $39.00 | $39.00 |
| 107 | Aug 06, 2021 | $0.00 | $39.00 | $39.00 |
| 108 | Aug 13, 2021 | $0.00 | $39.00 | $39.00 |
| 109 | Aug 20, 2021 | $0.00 | $39.00 | $39.00 |
| 110 | Aug 27, 2021 | $0.00 | $39.00 | $39.00 |
| 111 | Sep 03, 2021 | $0.00 | $39.00 | $39.00 |
| 112 | Sep 10, 2021 | $0.00 | $39.00 | $39.00 |
| 113 | Sep 17, 2021 | $0.00 | $39.00 | $39.00 |
| 114 | Sep 24, 2021 | $0.00 | $39.00 | $39.00 |
| 115 | Oct 01, 2021 | $0.00 | $39.00 | $39.00 |
| 116 | Oct 08, 2021 | $0.00 | $39.00 | $39.00 |
| 117 | Oct 15, 2021 | $0.00 | $39.00 | $39.00 |
| 118 | Oct 22, 2021 | $0.00 | $39.00 | $39.00 |
| 119 | Oct 29, 2021 | $0.00 | $39.00 | $39.00 |
| 120 | Nov 05, 2021 | $0.00 | $39.00 | $39.00 |

EXHIBIT 14
Page 90

EXHIBIT 15

**From:**          Andy@1file.org
**Sent:**          Wednesday, August 14, 2019 3:09 PM
**To:**            Gary USFFC
**Subject:**       Prospect


This prospect is requesting to enroll but cannot talk until work. Requesting a call at 5:30 PM PST.

██████ Duran ████████████
$19k debt
Monthly payment is $195 to Navient.





**Andy Poon**
☎ 949-438-5440
Toll Free: (844) 593-8072
Direct Fax: 714-203-6810
Hours of Operation: 8AM – 5PM PST
andy@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

EXHIBIT 15
Page 91