EXHIBIT 16

| | |
|---|---|
| **From:** | Carey Howe <carey@aretefinancialfreedom.com> |
| **Sent:** | Friday, November 03, 2017 11:13 AM |
| **To:** | ruddy@aretefinancialfreedom.com; management@aretefinancialfreedom.com |
| **Subject:** | RE: PAN TRUST ACCOUNT DOC |
| **Attachments:** | PAN TRUST document to go into Student Loan Contract.docx |

Here it is cleaned up, We need to discuss

**From:** ruddy@aretefinancialfreedom.com [mailto:ruddy@aretefinancialfreedom.com]
**Sent:** Thursday, November 02, 2017 11:33 AM
**To:** management@aretefinancialfreedom.com
**Subject:** PAN TRUST ACCOUNT DOC
**Importance:** High

Mike,
See attachment, can we get this formatted for the Student Loan Agreements.



**Ruddy Palacios** *Chief Operating Officer*
**Arete Financial Freedom**
**Toll Free**: 1-888-331-5827
☎ :1-949-6681068
**Fax**: 1-888-366-2219
1261 E.Dyer Rd.#100 • Santa Ana, CA 92705

 BBB Rating: A
Click for Review

 WEBSITE

---

*This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails are not screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet*

EXHIBIT 16
Page 92

| | |
|---|---|
| **From:** | ruddy@aretefinancialfreedom.com |
| **Sent:** | Tuesday, November 21, 2017 12:18 PM |
| **To:** | 'Support' |
| **Cc:** | 'Management' |
| **Subject:** | Pan Doc |
| **Attachments:** | PAN TRUST document to go into Student Loan Contract.docx |

**Importance:**          High

Please add this document to all of our Student loan agreements.



**Ruddy Palacios** *Chief Operating Officer*
**Arete Financial Freedom**
**Toll Free**: 1-888-331-5827
☎ :1-949-6681068
**Fax:** 1-888-366-2219
1261 E.Dyer Rd.#100 • Santa Ana, CA 92705

 **BBB Rating: A**
Click for Review

 WEBSITE

*This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails are not screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet*

EXHIBIT 16
Page 93

 **Payment Automation** Network, Inc.

**CUSTODIAL ACCOUNT AGREEMENT**

Ver 11/03/2017

Client enters into this Agreement (Agreement) with Payment Automation Network, Inc. (PAN) for having PAN receive payments, make disbursements authorized by Client upon Client's instructions and/or the occurrence of specified events, and provide online transaction management and accounting information on Client's behalf (together, the "Services").

Client authorizes PAN to (i) collect (debit) funds via ACH from Client's designated financial institution (Designated Account) pursuant to the Payment Schedule attached hereto ("Payment Schedule"); (ii) deposit such funds in a non-interest bearing FDIC custodial account ("Custodial Account"); and (iii) disburse funds from the Custodial Account as directed by the payment schedule and/or by client solely upon receipt of authorized instructions from Client, provided the balance in the Depository Account equals or exceeds the disbursement request. If the balance of the Custodian Account is less than a requested disbursement, the disbursement direction will not be honored until the balance is increased to the desired amount.

Client agrees to pay PAN's fees and charges shown below and such fees and charges may be deducted directly from the Custodial Account.

Client agrees PAN will select the financial institution that will hold the Custodial Account. Client agrees that PAN may, at its sole discretion and upon written notification to Client, change the financial institution that will hold the Custodial Account at any time, and that the Custodian Account may be in California or any other state selected by PAN in its sole discretion. Client agrees that the Custodial Account will not be used for any illegal purpose, and Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered.

Client agrees that sufficient funds will be available in the Designated Account at least three (3) business days prior to date of all scheduled ACH debits. Client understands and agrees that to stop or change a scheduled debit from the Designated Account, Client must notify PAN at least three (3) business days prior to any such change. In the event Client's Designated Account does not have sufficient funds for a scheduled debit, PAN will not be liable to any third party due to insufficient funds, restriction or dishonor related to Client's account. Client agrees that the Custodial Account will not be used for any funds arising from a NSF, dishonor, or error in debiting the Designated Account. At its sole discretion, PAN may recover any such funds by means of a debit to the Designated Account and/or the Custodial Account. Client agrees to defend, indemnify and hold PAN harmless from any claims or demands related thereto whenever arising or discovered. If Client's Custodian Account is suspended, cancelled, or otherwise terminated for any reason and the account has a negative balance, Client agrees to pay the negative balance upon demand. Should Client fail to remit the full amount of such negative balance, Client shall remain responsible for the deficit and collection actions may be pursued against Client.

Client has an agreement with Service Provider, and the Payment Schedule is part of that agreement. Client directs and authorizes PAN to share information with Service Provider as required by Service Provider and with any other authorized parties involved in the administration of the Custodial Account on Client's behalf. PAN is not an owner, employee, or partner of Service Provider, and provides the Services to Client as an independent third party.  Client agrees that PAN is not involved or engaged in any respect with the services provided by the Service Provider, other than acting as a third-party escrow on behalf of Client and the Service Provider. Client agrees that PAN shall not be responsible for determining when a payment is due or whether a payment is for the correct amount or otherwise proper. PAN's sole obligation shall be to execute Client's payment instructions in a commercially reasonable manner as soon as practical after receipt of such instructions or after the occurrence of the specified event authorizing release of a payment on behalf of Client. PAN shall not be liable for any conduct by Service Provider or for penalty or other charge levied by anyone on Client, for any failure of anyone to honor a transaction or for any other adverse action taken or not taken by any other party in connection with the Services. Under no circumstances shall PAN be liable for any special, incidental, consequential, exemplary, or punitive damages.

PAN will provide Client an internet login with a login name and password for viewing the funds held in the Custodial Account and all transactions related to Client via a protected website. Use of Client's passcode, password or any other form of identification designated by Client in any transaction constitutes and will be accepted as Client's electronic signature, as that term is used in the federal Electronic Signature in Global and National Commerce law and other applicable laws.

Client's funds are held in the Custodial Account pending Client's instructions for disbursement. Client has sole authority to authorize disbursements or transfers. You expressly authorize PAN to rely on your instructions for this purpose whether transmitted directly by you, via the Service Provider or by a third party you have authorized in whatever form provided, including but not limited to any instructions provided via email, PAN's website, E-signature, or other writing, verbally, by voicemail or any other means of communication. If Client is more than one person, PAN may act upon receipt the instructions of either person; however, if conflicting instructions are received before any action has been taken, PAN may in its sole discretion refrain from taking any action until it receives joint instructions from all Clients or a

court order directing further action. Client agrees that PAN shall have no right or obligation to control, direct, or change any disbursement instructions provided by Client other than as expressly provided by this Agreement.

Client may revoke any prior payment authorization at any time before such payment has been initiated by completing and submitting a Revocation of Recurring Payment Authorization form to PAN by email or mail. See PAN's Contact Information below.

PAN or Client may terminate this Agreement upon delivery of written notice at any time. Upon termination of this Agreement for any reason, PAN shall arrange for Client's remaining funds, apart from any funds due to be paid to the Service Provider or any other person or entity as a result of the occurrence of specified events prior to delivery of the termination notice, to be transmitted from the Custodial Account to the Designated Account.

Client agrees that all disclosures, account activity, notifications and any other communications related to the Services may be distributed to Client by electronic mail or through PAN's software services. Client acknowledges that Client is able to electronically receive, download and print such information

EXHIBIT 16
Page 94


**Payment Automation**
Network, Inc.

CUSTODIAL ACCOUNT AGREEMENT

Ver 10/30/2014

**AUTHORIZATION FOR RECURRING DIRECT PAYMENTS** I (we) hereby authorize PAN to initiate ACH debit entries from the account at the depository financial institution named below and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to the account must comply with the provisions of U.S. law. This authorization is to remain in full force and effect until PAN has received written notification from me (or either of us) of its termination at least three (3) days to afford PAN and DEPOSITORY a reasonable opportunity to act on it, or until the scheduled debits are completed.

| Bank Name | Account Number | Routing Number | Account Type | Account Fees |
|---|---|---|---|---|
| | | | | I authorize PAN to charge my Primary Financial Institution or my Custodial Account in accordance with the following fees for services rendered. |
| **Authorizing Person's Name (as it appears on check)** | | | | |
| **Address, City, State Zip (as it appears on check)** | | | | Monthly Custodial Account $6.75 |
| | | | | Unauthorized Return $35.00 |
| **Recurring Debit Authorization** $0.00 | **Effective Date (Date of First Debit)** | | | Stop Payment $25.00 |
| | | | | Return Item Fee $0.00 |

| | |
|---|---|
| The specific debits to my account authorized herein may only post on or after the EFFECTIVE DATE listed in the attached payment schedule. This authorization is to remain in full force and effect until PAN has received written notification from me of termination in such time and in such manner as to afford PAN a reasonable opportunity to act. | **Fees for Disbursements per occurrence or any other appropriate service.** |
| | ACH Credit $5.00 |
| | ACH Debit/Check by Phone $5.00 |
| | Overnight Check,Wire Transfer $25.00 |
| | 2-Day Check $10.00 |
| | USPS Check $5.00 |

| Client Signature | | Date | | **Notifications To Payment Automation Network** |
|---|---|---|---|---|
| Co-Client Signature | | Date | | Email: clients@paymentautomation.net Phone: (800) 813-3740 Fax: (888) 600-2703 Portal: https://client.paymentautomation.net |

**Payment Schedule**

| Payment # | Process Date | Amount |
|---|---|---|

EXHIBIT 16
Page 95

EXHIBIT 17

**Payment Automation**
Network, Inc.

221 N Central Ave, #196, Medford, OR 97501
Toll Free: 800-813-3740

*Student Loan*
*Payment Servicing*

## Information we need to get started

The following is a list of things we need to start processing your accounts:

☒ Copy of business license.

☒ Articles of incorporation, certificate of organization or partnership agreement.

☐ Names and contact information of all owners/officers

N/A ☐ Fictitious Business Name form or DBA-Business Name form if applicable

☒ Sample of marketing materials used for recruiting new clients.

☒ Sample templates of the contacts your clients sign with you.

☒ Contact information you give to your clients/customers:

| | |
|---|---|
| Business Name | ARETE FINANCIAL |
| Mailing Address | 2651 E. DYER ROAD SANTA ANA CA 92705 |
| Phone | Fax |
| Email | INFO@ARETEFINANCIALFREEDOM.COM |
| Website | WWW.ARETEFINANCIALFREEDOM.COM |

☒ Payment Servicing Agreement filled out and signed

☐ IRS W-9 form filled out and signed (for each owner of the portfolio)

☒ Client bank authorization agreement (we use this to disburse your funds).
and a copy of a voided check.

☒ ACH Risk Profile Questionnaire.

☐ Check, Money Order, for the security deposit mailed to:
Payment Automation Network
221 N. Central Ave, #196
Medford OR 97501

EXHIBIT 17
Page 96



**Payment Automation**
Network, Inc.

221 N Central Ave, #196,  Medford, OR 97501                                              *Student Loan*
Toll Free: 800-813-3740                                                                    *Payment Servicing*

Arete Financial Freedom
Carey Howe
sent via email:
carey@aretefinancialfreedom.com
Phone: ███-2231

August 8, 2017

Dear Carey,

Thank you for the opportunity to submit our student loan payment servicing proposal for your consideration.

Payment Automation Network, Inc. specializes in helping Student Loan Consolidation Companies by quickly and securely collecting and disbursing funds.

Chances are you did not realize collecting payments would be so time-consuming and that you would be responsible for every detail such as keeping accurate balances, depositing funds, and collecting past due payments, doing trust account escrow payouts to the student loan companies, and keeping the proper records mandated by the IRS, FTC, CFPB and the Department of Education.

Getting started with our services is quick and easy.  We can get you started processing payments in a few short days.

Payment Automation Network, Inc. will eliminate the frustration of payment collections, and disbursements on your existing and new student loan consolidation accounts. Our comprehensive payment servicing is specialized for student loan consolidation companies by collecting and disbursing funds daily.

We are looking forward to a long-term relationship with you and your staff, and we are dedicated to your success.  I will be contacting you soon to answer any questions you might have regarding the enclosed proposal.

*Ken Martinez*

**Ken Martinez**
**Payment Automation Network, Inc.**
(800) 813-3740 x 1 Toll Free
(888) 600-2703 Fax
info@PaymentAutomation.net

**Visit us on the web** www.PaymentAutomation.net

EXHIBIT 17
Page 97

Payment Automation
Network, Inc.

221 N Central Ave, #196, Medford, OR 97501 _____ *Student Loan*
Toll Free: 800-813-3740 *Payment Servicing*

# Student Loan Payment Servicing Proposal

**To:**

**Arete Financial Freedom**
Carey Howe

Submitted by:
**Payment Automation Network Inc.**
**221 N. Central Ave, #196**
**Medford OR 97501**
**800-813-3740 Toll Free**
**888-600-2703 Fax**
info@PaymentAutomation.net
www.PaymentAutomation.net

EXHIBIT 17
Page 98

*Student Loan Consolidation Company Payment Servicing*

# Background



Chances are you did not realize collecting payments would be so time-consuming and that you would be responsible for every detail such as keeping accurate balances, depositing funds, collecting past due payments, doing trust account escrow payouts to the student loan companies, and keeping the proper records mandated by the IRS, FTC, CFPB and Department of Education.

# The Solution

Payment Automation Network, Inc. will eliminate the frustration of payment collections, disbursements and tracking on your existing and future accounts.

With our comprehensive service, we do the following work for you:



*We do all the work*

**Payment Automation Network, Inc. helps Student Loan Consolidation Companies by quickly and securely collecting and disbursing funds.**



*You receive your funds*

- We setup borrowers with <u>Automatic ACH payments</u> (no additional charge).
- We can handle Escrow collections, tracking and payments for payouts to the student loan companies.
- We can hold funds in Escrow until the consolidation is done, keep you compliant.

- We verify bank account information before processing, saving you thousands in return payment fees.
- We provide you with comprehensive/professional reporting
- You have access to your account online 24/7.
- Funds disbursed to you <u>daily.</u>

**Student Loan Payment Servicing Compliance**

Student Loan Consolidation is considered a performance based industry, meaning that to be compliant, fees cannot be charged to a customer until services are rendered. Yet it is clear that operating in this manner opens a student loan company up to heavy losses due to committing services prior to payment. We however at Payment Automation Network have derived a solution:

Payment Automation Network will assist with your compliance by drafting and holding your Customers funds in our escrow/trust account, securing your revenue until your consolidation services are rendered. At this time PAN will release your service fees to you and thus keeping you in compliance with the CFPB and Department of Education.

*We offer the most comprehensive and cost effective student loan payment servicing in the industry.*

**Complete Accounting Services**

1. Funds are disbursed to you daily.
2. You have a daily detailed statement of funds collected, amount disbursed to your company, servicing fees and escrow deposits.

**Complete Owner/Portfolio Services**

EXHIBIT 17
Page 99

- 24/7 access to Payment disbursement statements, payment histories, delinquent reports and projected cash flow reports.

## Toll-free Customer Support.



Friendly client services representatives are available 9AM - 4PM Monday thru Friday PST to respond to changes in loan payments or help resolve payment difficulties.

## 24/7 Online Account Access



With our Secure Web Portal you have 24/7 Online Access to your Account.

Can you monitor the servicing of your current payment processing company? Easily check your payment collections? Run delinquent payment reports? Check your client statement of collections and disbursements a click of a button?

We all know that the Internet has changed our world. Through our secure web portal you will have 24/7 tracking and monitoring of your loan servicing account 24/7 anywhere you have an Internet connection. With Student Loan Payment Servicing from Payment Automation Network, you remain in control of your account with the ability to monitor your account status.

Payment Automation Network Payment Servicing Web Portal Gives You

- Secure direct online access through an Internet connection.  Monitor your account 24/7.
- Access to loan information, portfolio status, collections reports, delinquent reports and more.

## Action Plan

**Converting to Payment Automation Network, Inc. payment servicing is EASY. We do the work to make the process as smooth as possible for student loan consolidation companies.**

**What you can expect:**

1. Complete the "Payment Servicing Agreement" and necessary paperwork.
2. Once the Payment Servicing Agreement is executed, we are ready to begin the process to convert the account servicing for your customers.  We will work with you to gather the necessary information for each account.

## Fees



Payment Automation Network, Inc. is proud to offer the most comprehensive Student Loan Consolidation Company Payment Servicing in the industry at very low cost to you.  We charge a low per payment fee.  **We only get paid if you get paid.**

## Conclusion

We are certain that the systematic and thorough approach outlined in this proposal will not only improve your cash flow and increase your profitability, we will help free up your time by doing all the Student Loan Payment Servicing work and getting you your funds on time.  Payment Automation Network, Inc. is committed to serving you.

EXHIBIT 17
Page 100

**Payment Automation**
Network, Inc.

221 N Central Ave, #196, Medford, OR 97501
Toll Free: 800-813-3740

*Student Loan*
*Payment Servicing*

# ACH/eCheck Merchant Services & Underwriting

We at Payment Automation Network, Inc. look forward to getting your ACH/eCheck merchant account up and processing payments in only days! This includes an assessment questionnaire document approval and underwriting process.

We will be asking for documentation from you and/or the contract signer as well as conducting research from external sources.

Merchant account approval is based on a combination of factors assessing overall compliance, and principled business practices. Declines are rare, but occasionally additional follow up may be required by underwriting to get your account approved.

Payment Automation Network,Inc. provides continuous ACH merchant services to our clients to assist them in maintaining compliance and best practices; your integrity and reputation ensures efficient, compliant and uninterrupted payment processing. We look forward to working with you to join the many clients Payment Automation Network, Inc. is proud to serve and represent!

*Tips to pass underwriting:*

- Underwriting will verify you have a valid website and that your email addresses use the website domain and not an email like "Gmail" or "Hotmail".
- Your business name on your business license, articles of incorporation, bank account and website must match. If not, we will need your DBA form or fictitious business statement form.
- Your website and service agreements must state you are not a government agency.
- Your marketing materials and website testimonials must be real and proof documented if requested. (underwriting will verify there are no deceptive marketing practices).
- You must clearly state your fees and refund policy in your service agreement.
- You should not be charging upfront fees until after the consolidation is completed, but funds can be held in our Escrow/Trust Account and released to you on completion. (We help keep you compliant).

## Customers must be made aware of various monetary and program details.

According to the FTC and CreditInfoCenter.com, providers must make several disclosures when marketing their services to customers before they sign up for any debt-relief services. The providers must disclose:

- How much it will cost and any refund policies
- How much money customers will need to save up in order to settle (if applicable).
- Any effect on credit, potential of lawsuit or possible tax consequences.
- Key information about dedicated accounts.
- Whether the provider is a for-profit or nonprofit entity.
- How long it will take for consumers to see results.
- Accurate estimates of how much money a consumer will save.

In determining potential customer savings, firms must accurately estimate the success rates of their clients, and claims about how much money consumers can save must be based on the firm's actual experience with *all* clients.

EXHIBIT 17
Page 101

**Payment Automation**
Network, Inc.

221 N Central Ave, #196, Medford, OR 97501
Toll Free: 800-813-3740

*Student Loan*
*Payment Servicing*

# ACH/eCheck Merchant Services & Underwriting

## Managing Risk

ACH and Credit Card risk analytics show that ACH/eCheck transactions sometimes incur "charge backs" or disputes from customers. Customers may claim that the charge was false, unauthorized or that their account information was misappropriated.

When it comes to these kinds of disputes, you have little choice but to absorb the loss. The key to reducing charge backs lies in preventing them before they occur.

- You are required to have your customers sign an ACH Preauthorized Checking form and you are required to provide that form on demand to Payment Automation Network, Our ACH processor or Bank when requested.

  The ACH form is provided at the bottom of this email package document.

- Per ACH Laws, the rate of "unauthorized" returns cannot exceed .5% (1/2 percent) of your total payments.  The biggest reason customers dispute payments with their bank as "unauthorized" is they were not expecting that payment on the date processed, the amount processed or they did not recognize who the payment was for. It is usually a lack of communication between you and your customers.  Be sure to communicate several payment reminders with your customer prior to having us process the payment.

- To help protect your ACH account, Payment Automation Network, Inc. will not run any further payments for any customers that file an unauthorized return.

Like any electronic payment, ACH involves a modicum of security risk. But by taking a few proactive risk management measures, you'll be able to enjoy all the benefits of ACH payment processing without having to sing the charge-back blues.

EXHIBIT 17
Page 102

Company Name: **ARETE FINANCIAL**
Tax ID Number: ▓▓▓▓▓▓▓▓
DATE: **8·1·17**

# Risk Profile Questionnaire – Debt Relief Service Providers

This Risk Profile Questionnaire will enable better implementation of procedures to deal with the risk associated with the Debt Relief Service Provider (DRSP) Industry. This is in response to the growing scrutiny by Government Agencies of Third Party Payment Processors (TPPP) and the Banks that underwrite these TPPPs. This policy will serve to strengthen the commitment to adhere to the highest standards of industry compliance and to minimize liability for service providers and clients in this retail financial space.

1.  Please specify **ALL** principal(s) and Controlling person(s) of the entity who own 10% or more as the point of contact for queries and other issues regarding your services:

Name: CAREY HOWE                 Percent owned: 25%
Address: 2651 E. DYER RD    SANTA ANA    CA    92705
Phone: ▓▓▓▓ 2231    Fax: 949 220 0770    Email: CAREY@ARETEFINANCIAL FREEDOM.com

Name: SHUNMIN HSU               Percent owned: 25%
Address: 2651 E DYER RD.    SANTA ANA    CA    92705
Phone: ▓▓▓ 0801    Fax: 949 220 0801    Email: MIKE@ARETEFINANCIALFREEDOM.com

a)  **Have any of the above individuals ever been the subject of an investigation or subject of any legal action by any state or federal law enforcement agencies? If yes, please explain**

b)  **Have any of the above individuals ever filed for bankruptcy?**    Yes    (No)

2.  Please provide the main street addresses where business is conducted and administered including support organizations locations where Telemarketing Services are performed or data processing equipment is located:

**Main Location of Services:**
Name: ARETE CORPORATE               Title:
Address: 2651 E. DYER RD    SANTA ANA    CA    92705
Phone: ▓▓▓ 2231    Fax: 949 220 0770    Email: CAREY@ARETEFINANCIAL FREEDOM.com

**Telemarketing Services:**
Name: SAME                 Title:
Address:
Phone:    Fax:    Email:

**Print Mailing/Data Processing:**
Name: SAME                 Title:
Address:
Phone:    Fax:    Email:

1

EXHIBIT 17
Page 103

3.  Please provide a detailed description of the nature of your business  any trade names, fictitious names, DBAs, including all services for which the entity seeks Payment Processing, Escrow, or Account Maintenance:

STUDENT LOAN CONSOLIDATION
DOCUMENT PREPERATION

4.  Please list all internet websites under or through which the entity has marketed or intends to market the services:

WWW.FINANCIALHELPERS.COM

5.  Please provide contact information of every Bank/Financial Institution and Payment Processor used by the entity during the previous one year:

**Bank/Financial Institution:**

Name: BOFA                             Title: MNGR
Address: 5812 EDINGER AVE   HB  CA  92649
Phone: ____0121     Fax: N/A                 Email:

**Payment Processor:**

Name: WORLDPAY                        Title: MNGR / WAIN SWAPP
Address:
Phone: ____1547    Fax:              Email: WSWAPP@ CMSCARD.com

**Legal Counsel:**

Name: WILLIAM MITCHELL                Firm:
Address:
Phone: ____3606    Fax:              Email: P WRMBIZLAW.com

6.  Does your company make payments or hold funds on behalf of the Consumer?    Yes   (No)
7.  Does your company charge a monthly service or maintenance fee?              Yes   (No)

8.  Please provide contact information of any Bank/Financial Institution references:

Name: _____    Title: _____
Address: _____
Phone: _____    Fax: _____    Email: _____

EXHIBIT 17
Page 104

9.  Please provide contact information of any business or trade references:

Name: _ADAM SITHAY_____ Title: _MARKETING SERVICE_

Address: _____

Phone: ████ 7128 ___ Fax: _____ Email: ████ @ PUBCLUB.COM

10. Please attach 1) a current consumer contract template, 2) all representative market materials currently being used for Debt Relief Services, 3) and a sample telemarketing script if applicable:

_ATTACHED_

11. Please provide a summary description of the Entities Complaint intake and Management System, including contact telephone numbers, website/email addresses.

_COMPLAINTS CALLED IN ARE IMEADIALTY TRANSFERED TO RETENTION TEAM._
_BBB, AG + CFPB COMPLAINTS WOULD BE HANDLED IN THE SAME MANNER_
_FOR IMEADIATE RESOLUTION._

12. Please explain the proportion of any service fee, document preparation fee, monthly monitoring , or re-occurring fee in regard to total fees paid by consumer :

_1 TIME - 599 APPLICATION FEE_
_MONTLY - 39 PORTAL FEE_

13. Please describe the process through which payments are made to the loan company on behalf of the students; including when fees are taken; where funds are held until 1st loan payment is made; who is disbursing loan payments; any applicable flow of funds diagram.

_NO FUNDS HELD, WE ARE NOT A PRO-RATER._

14. Are the Best Practices outlined in the following utilized by your company?

| | | Yes | No |
|---|---|---|---|
| a) | Does your business make representations that create a false net impression of affiliation with the Department of Education? | Yes | (No) |
| b) | Does your business disclose the total cost of the student loan debt relief services? | (Yes) | No |
| c) | Does your business collect up-front fees for services yet to be provided? | Yes | (No) |
| d) | Does your business clearly define its cancellation or refund policy? | (Yes) | No |
| e) | Does your business have a factual basis for advertising explicit statements to consumers about their possible savings when entering your program? | Yes | (No) |
| f) | Does your business protect the confidential information of the consumer on a secure server up to industry standards for data security practices? | (Yes) | No |
| g) | Does your business represent legal action will be taken for non-payment of debts? | Yes | (No) |

EXHIBIT 17
Page 105

## PAYMENT SERVICING AGREEMENT

This Payment Servicing Agreement ("Agreement") is made by and between Payment Automation Network, Inc., an Oregon corporation ("PANI") and/or assigns, and:

ARETE FINANCIAL GROUP LLC

located at   1261 E DYER RD   SANTA ANA   CA   92705 ("Consolidation Servicer").

RECITALS:

A. PANI is a payment processing company doing business in Jackson County, Oregon.
B. Consolidation Servicer has agreed to provide a student loan consolidation service to its clients ("Borrower").
C. Consolidation Servicer agrees to authorize PANI to process payments, and Consolidation Servicer agrees to retain the services of PANI in connection with the collecting and disbursing payments from an account, or accounts ("Account" or "Accounts" as the context requires), upon the terms and conditions hereinafter set forth.

AGREEMENT:

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. Services of PANI. Subject to and in accordance with the terms and conditions set forth in this Agreement, Consolidation Servicer instructs and authorizes PANI to perform the following services in connection with payments from Accounts (if the Consolidation Servicer so chooses these services):
- (a) Keep appropriate accounting records on Accounts and the sums collected thereon, which records will reflect the amounts collected less Consolidation Servicer fees and any applicable late charges, escrow charges, return payment charges and/or other deductions. Such records shall be available for review by the Consolidation Servicer during regular business hours at PANI's corporate office or, at PANI's option, PANI may provide copies thereof to Consolidation Servicer. PANI shall be entitled to reimbursement of reasonable copy/print charges.
(b) Collect all payments due on Accounts pursuant to the terms thereof and transmit funds, less PANI fees, late charges, escrow, return item bank fees and/or other charges, until each Account is paid in full or services are completed or terminated by the Consolidation Servicer.
(c) Provide Consolidation Servicer with annual statements (or less frequent intervals at PANI's option) pertaining to payment processing.
(d) Without limiting the generality of the terms of any term of this agreement, Consolidation Servicer hereby authorizes and empowers PANI, on Consolidation Servicer's behalf, to execute and documents with respect to any Accounts that are customary and consistent with payment processing servicing practices pertaining to such Accounts and/or other documents reasonably relating to the performance of PANI's services hereunder.

2. Compensation to PANI. Consolidation Servicer authorizes PANI to retain daily, as compensation for services performed hereunder, a fee as indicated in the attached Payment Servicing Fee Schedule.  PANI shall have the right to modify its fees by provided Consolidation Servicer with 30 days prior written notice of such modification.   PANI does require a Security Deposit to open a trust account for the Consolidation Servicer.  The Security Deposit will be returned to the Consolidation Servicer by  check, sent by US Mail, 45 (forty five) days after the termination of services with PANI.  During the 45 day waiting period, any return item chargebacks received by PANI will be deducted from the Security Deposit.  The amount of the Security Deposit is indicated on the attached Payment Servicing Fee Schedule.  As the number of accounts PANI will be servicing continues to grow, the Security Deposit amount may be required to increase at PANI's discretion with 30 days written notice.

3. Right to Delegate. Notwithstanding anything contained herein, PANI may, in its sole discretion, delegate any obligation hereunder to credit bureaus, student loan servicing companies, agents, attorneys, trustees, or others.

4. Legal Advice. Consolidation Servicer is encouraged to seek independent counsel in connection with any questions Consolidation Servicer may have concerning this Agreement and documents relating to or executed in connection herewith.

5. Term and Termination. This Agreement shall remain in effect until Consolidation Servicer's interest in all Accounts have been satisfied (unless sooner terminated in accordance with the terms hereof). In the event of any material breach of this Agreement by PANI,

Initial 

EXHIBIT 17
Page 106

Consolidation Servicer may, following 60 days prior written notice to PANI, terminate this Agreement. PANI shall have the right to terminate this agreement following 30 days prior written notice to Consolidation Servicer at its sole discretion.

Once services are terminated, it is possible there will be return item charge backs on payments that have been collected and disbursed to the Consolidation Servicer, that will be reversed out on PANI's bank account, or PANI's ACH Processor's bank account.  The Consolidation Servicer's Account Holders may have up to 6 months to have their bank reverse/dispute payments that have been previously paid.  In the event that there are return item charge backs, the Consolidation Servicer is responsible for reimbursement of funds to PANI.  The Consolidation Services authorizes PANI to recover return item charge backs by ACH debits to the Consolidation Services bank account.  PANI will send an email notification to the Consolidation Servicer to give two business days notice before recovering funds via (ACH) Automated Clearing House debit.  In the event PANI is not able to recover funds by ACH debit, PANI reverses the right to pursue collection by all legal means available, including interest, penalties and damages.

6. Consolidation Servicer's Registration. Consolidation Servicer(s) name as listed in this Agreement is the exact form for registration of Consolidation Servicer's interest and for reference to Consolidation Servicer in the Account Documents.

7. Integration Clause. This Agreement contains the entire agreement between the parties hereto and cannot be modified except by a written amendment signed by both parties. The invalidity of any portion of this Agreement shall in no way affect the balance thereof. The only exception is to the PANI fee schedule, which can be changed at PANI's discretion with 30 days written notice.

8.  Authorization.  Consolidation Servicer shall execute documents reasonably necessary to enable PANI to perform its obligations hereunder.

9. Release and Indemnification. Consolidation Servicer acknowledges that PANI is entering this Agreement based upon the benefits to accrue to Consolidation Servicer by virtue of PANI providing payment processing services hereunder, and that it is a benefit to Consolidation Servicer for PANI to enter this Agreement. As consideration for this Agreement, Consolidation Servicer hereby expressly agrees to release, defend, and hold PANI harmless for and from any and all claims, liabilities, damages or losses of any nature, including attorney fees and costs of defense, that relate in any way to PANI's performance of obligations or acts hereunder or otherwise relating to the Accounts which relate to this Agreement. Such claims, liabilities, damages, or losses shall expressly include, but not be limited to, any claims from clients to the Accounts or government bodies relating in any way to debt collection practices or laws/regulations relating thereto or any other claims, liabilities, damages, or losses relating in any way to the Accounts. Additionally, the Consolidation Servicer agrees to supply PANI a copy of their ACH agreement signed by their customer upon request. **Consolidation Servicer understands and agrees that PANI is not performing debt collection activities on behalf of Consolidation Servicer and that PANI's service hereunder are strictly relating to payment processing.**

10. Non Circumvention.
10.1 For a duration of 3 years after the cancellation of this agreement,  it is expressly agreed that the identities of any individual or entity and any other third parties (including, without limitation, employees, ACH Processors, suppliers, customers, software vendors, financial sources, manufacturers and consultants) discussed and made available by the Disclosing Party in respect of the Purpose and any related business opportunity shall constitute Confidential Information and the Consolidation Servicer or any Group company or associated entity or individual shall not (without the prior written consent of, or having entered into a commission agreement with PANI):  directly or indirectly initiate, solicit, negotiate, contract or enter into any business transactions, agreements or undertakings with any such third party identified or introduced by the PANI; or  seek to by-pass, compete, avoid or circumvent PANI from any business opportunity that relates to the Purpose by utilizing any Confidential Information or by otherwise exploiting or deriving any benefit from the Confidential Information.

10.2 The Consolidation Servicer covenants that any financial gain made by it, or any associated party, from a breach of clause 10.1 shall be held on trust for the benefit of PANI and then be transferred to a nominated account of PANI, until which time such outstanding amount shall incur interest at the rate of 4% per annum above Barclays Bank's base rate from time to time. Such interest shall accrue on a daily basis from the due date until actual payment of the overdue amount, whether before or after judgment and the Recipient shall pay the interest together with the overdue amount.

10.3 Clause 10.2 does not affect the PANI's ability to also sue for damages should the covenants in clause 10.1 be violated in any way.

11. Notices. All notices, demands and other communications required or permitted hereunder shall be in writing and shall be deemed to have been given
        (i) when personally delivered, or
        (ii) on receipt, when deposited with a recognized overnight courier service such as United Postal Service, Federal Express or DHL, or

Initial 

EXHIBIT 17
Page 107

(iii) three (3) business days after the date when deposited in the United States mail and sent postage prepaid by registered or certified mail, return receipt requested, addressed as follows:

To Consolidation Servicer:    To the servicing company:
Payment Automation Network, Inc.    At the address set forth above.
221 N Central Ave., #196
Medford, OR 97501

or at such other address as the party to be served with notice may have furnished in writing to the party seeking or desiring to serve notice as a place for the service of notice.

12. <u>Governing Law/Venue</u>. This Agreement shall be construed in accordance with the laws of the State of Oregon, without regard to the conflict of laws or rules thereof, and the obligations, rights and remedies of the parties hereunder shall be determined in accordance with such laws. Venue for any dispute shall lie exclusively in the Jackson County Circuit Court.

13. <u>Attorney Fees</u>. In the event any party hereto brings an action to concerning the subject matter of this Agreement or otherwise to enforce any of the provisions of this Agreement, the prevailing party shall be entitled to costs, expenses and attorneys' fees, including such costs, expenses and fees as may be incurred on appeal.

14. <u>Successors and Assigns</u>. This Agreement shall be binding upon and shall inure to the benefit of the parties' respective successors and assigns.

15. <u>Escrow Services</u>. Consolidation Servicer may separately contract with PANI to perform Escrow services for the accumulation and payments for payouts to the student loan companies for the Account holder's behalf. It is PANI's intent to collect and hold such proceeds in a trust account and disburse the scheduled payments to the respective authority as scheduled when PANI receives notification for a payment request. It is the Consolidation Servicer's responsibility to make sure PANI receives payment notification requests. **PANI is not responsible for non-payment, which may result in late fees, penalties, negative credit reporting or lapses in coverage.**

16. <u>Headings</u>. Section headings used in this Agreement are for convenience only shall not affect the meaning or interpretation of this Agreement.

17. <u>Authority</u>. Each party represents and warrants to the other party that it is duly authorized to execute, deliver and perform this Agreement. Consolidation Servicer acknowledges that this Agreement shall not be binding until accepted and signed by PANI.

18. <u>Disbursement Instructions</u>. Reports and Payments processed by PANI are disbursed to the Consolidation Servicer within a reasonable time after processing or after funds clear. Disbursement following payment of PANI fees shall be made as provided by Consolidation Servicer in the Client Bank Authorization Agreement. Separate reporting and disbursements can be mailed to each Consolidation Servicer of the portfolio of Accounts according the percentage of ownership in the portfolio as indicated below.

Please specify ALL principal(s) and Controlling person(s) for the Consolidation Servicer that have any percentage of controlling interest.  Use a separate page if needed:

Consolidation Servicer  - Owner 1
Name    CAREY  HOWE
Address    HB CA 92647
Phone    Fax
Email
Percentage of Portfolio Ownership    25

Consolidation Servicer  - Owner 2
Name    LOC  PHU
Address    Costa mesa Ca 92626
Phone    0140 Fax
Email    loc@Arete financial freedom.com
Percentage of Portfolio Ownership    25

Consolidation Servicer  - Owner 3
Name    RUDDY  PALACIOS
Address    Compton, CA, 92882
Phone    9745 Fax
Email
Percentage of Portfolio Ownership    25

Consolidation Servicer  - Owner 4
Name    SHUNMIN  HSU
Address
Phone    Fax
Email
Percentage of Portfolio Ownership    25

Initial 

EXHIBIT 17
Page 108

| Consolidation Servicer - Owner 5 | Consolidation Servicer - Owner 6 |
|---|---|
| Name | Name |
| Address | Address |
| Phone          Fax | Phone          Fax |
| Email | Email |
| Percentage of Portfolio Ownership | Percentage of Portfolio Ownership |

19. Location(s):  Please provide Street Addresses, phone numbers, emails addresses and websites where business is conducted and administered including support organizations and locations, including where Telemarketing Services are performed and/or data processing services are performed and equipment is located.

This location is used for:  ALL OPERATIONS          This location is used for:

| | |
|---|---|
| Name          ARETE  FINANCIAL | Name          NA |
| Address   1261  E. DYER RD  SANTA ANA CA 92705 | Address |
| Phone          Fax | Phone          Fax |
| Email   MANAGEMENT@ARETEFINANCIALFREEDOM .com | Email |

This location is used for:          This location is used for:

| | |
|---|---|
| Name          NA | Name          NA |
| Address | Address |
| Phone          Fax | Phone          Fax |
| Email | Email |

20. Counterparts. This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original, and all of which together shall constitute one and the same instrument.  Facsimile/electronic signatures shall be deemed binding as originals.

21. Ongoing Monitoring.  By signing this agreement, I hereby authorize PANI, and/or any vendor of PANI's choice, to obtain financial, credit and background information relating to the company and owners listed above for the purpose of verifying the financial and corporate standing. If you enter into the Services Agreement, PANI will be entitled to perform periodic financial, credit and background reviews during the term of such agreement. Completed applications do not guarantee a commitment of services by PANI. All applications must be approved and meet qualifications and compliance with all PANI underwriting requirements, all PANI's vendor and Government agencies requirements.

22. Further Documents.  Consolidation Servicer agrees to provide a completed and signed IRS W-9 form for every Consolidation Servicer to be included in disbursements associated with the Accounts, in addition to a separate Client Bank Authorization Agreement, completed and signed, for each Consolidation Servicer  that needs to be included in the disbursements.  Consolidation Servicer agrees to facilitate as necessary obtaining Accounts' completion of a Pre-Authorized Checking Application form in a form provided by PANI.

23. Disclaimer: Payment Automation Network, Inc. is a private company, and is not affiliated with the Department of Education or any other academic or governmental entity. The Payment Automation Network, Inc. service bridges the gap between student loan consolidation company CRM (Customer Relation Management) Software and ACH (Automated Clearing House) processors.  Payment Automation Network, Inc. is not a money transmitter or debt collection agency and does not receive money from individual debtors. Payment Automation Network, Inc. is not engaged in the business of debt or credit counseling or the provision of other services to individual debtors. Payment Automation Network, Inc. does not solicit, offer loan consolidation services, or provide services directly to individual debtors. Payment Automation Network, Inc. does not have a contractual relationship with individual debtors to affect the adjustment, compromise, or discharge of any loan account.

Initial 

EXHIBIT 17
Page 109

This Agreement is hereby made and executed by and between the parties this _____ day of _____, 20____.

_____
Authorized Signature

_____
Print

Title    PRESIDENT.

Company and Address

ARETE FINANCIAL

1761 R. DYER RD

SANTA ANA CA 92705

Phone: _____ 2231

Fax: _____

Email: CAREY@ARETEFINANCIAL FREEDOM .COM

Website: ARETE FINANCIAL
FREEDOM . COM

_____
Signed

_____
Print

Title

Address:

Payment Automation Network, Inc.

221 N Central Ave

#196

Medford OR 97501

Phone: 800-813-3740

Fax:    888-600-2703

Email: info@paymentautomation.net

Website: www.PaymentAutomation.net

Initial 

EXHIBIT 17
Page 110

# PAYMENT SERVING FEE SCHEDLUE

### PAYMENT AUTOMATION NETWORK, INC.

**No Setup Fees**
**$795.00 Security Deposit (returned to you 45 days after termination of services).**
**$15.00 per successful Equitable Finance bank draft**
**$ 6.75 per successful bank draft (non-Equitable, cash deals)**
**$12.00 return item chargeback fee per returned payment.**
**\*\* $25.00 return item chargeback fee for "unauthorized" returns filed by your customers at their bank.**

Pricing is based on the following conditions:

Your customers are required to have a valid email and all statements are sent by email only.  Any NSF/Return Item payment rescheduling and follow up is done by your company.  Return item chargebacks have a Return Item Chargeback fee.  ACH/eCheck chargebacks are charged to you by deducting the fee from your disbursement.  Failure to pay the return item chargeback fees in a timely manner may require Payment Automation Network, Inc. to withhold disbursements, or debiting your operating account to recover the return item fees due.

When you reschedule a return payment, be sure to add a NSF fee to the total payment to your customer.  It is common practice to add a $25.00 fee charged to your customer.  If the $25.00 fee is recovered, your company will keep the entire fee.  This will help offset the cost of your return payment fees.

\*\* If your customer disputes a payment at their bank as "unauthorized", return item chargeback codes R06, R07, R08, R10, R29 and R51, the return item chargeback amount fee is currently $25.00. We will no longer run any further payments for a customer that has filed for an unauthorized payment refund at their bank. **Per ACH laws, "unauthorized" return items cannot exceed .5% (1/2 percent) of total payments**.  If your unauthorized returns exceed the legal limit, your ACH account may be immediately terminated. Please do everything possible to avoid unauthorized returns, including refunding payments if necessary.

## INCLUDED WITH OUR SERVICING FEES

- Your clients are setup with <u>automatic ACH/eCheck or bank draft payments</u>
- We verify bank account information before processing, saving you return payment fees.
- We offer full Trust/Escrow processing to help keep you complaint. We can hold funds in escrow until your consolidation is completed and you tell us to release funds.
- Payments are processed daily and disbursed daily. (on business days. Disbursement wire fees may apply)
- Keep an accurate record of every payment made and every disbursement.
- Toll free customer service for your clients.
- Account and payment schedule adjustments included (no additional charge).
- Access to our secure client web portal. You can monitor your payment servicing account 24/7.

## EXPLANATION OF ESCROW / TRUST SETUP AND SERVICING

When we collect a payment, you can determine how much of that payment can be held in your escrow account per customer.  When the borrower's payment includes amounts for the eventual escrow payouts, we can payout escrow to the respective authority at your request or as scheduled.  There is no additional charge for this escrow service if we process the payment collections.

Initial 

\* Note:  Fees are subject to change with 30 days written notice by Payment Automation Network, Inc.'s discretion.  This page is part of the Payment Servicing Agreement.

EXHIBIT 17
Page 111

| Form **W-9** | **Request for Taxpayer** | **Give form to the** |
|---|---|---|
| Substitute Form<br>State of Colorado 8-2007 | **Identification Number and Certification** | **requester**. Do not send to the IRS. |

Print or Type    See Specific Instructions on page 3.

**Name**
ARETE FINANCIAL GROUP

**Business name, if different from above**

**Check appropriate box:**
☐ Individual/ Sole Proprietor  ☐ Corporation  ☒ Partnership  ☐ Other ►          ☐ Exempt from backup withholding

**Address (number, street, and apt. or suite no.)**
2651 E. DYER RD

**City, state, and ZIP code.**
SANTA ANA CA  92705

**List Account number(s) here (optional)**

Requester:
Payment Automation Network, Inc.
1625 E 72nd Street, Ste 700-142
Tacoma WA 98404

Phone Number:

---

**Part I**   **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN) **However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3.** For other entities, it is your employer identification number (EIN). If you do not have a number, see **How to get a TIN on page 3.**

**Note:** *If the account is in more than one name, see the chart on page 3 for guidelines on whose number to enter.*

Social Security number

Employer identification number

---

**Part II**   **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**

2. I am not subject to backup withholding because: **(a)** I am exempt from backup withholding, or **(b)** I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or **(c)** the IRS has notified me that I am no longer subject to backup withholding, **and**

3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item **2** above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item **2** does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 3)

| Sign Here | Signature of U.S. person ► | Date ► 8·1·17 |
|---|---|---|

**Minority and Women-owned Businesses (M/WBEs) Self Certification (Please check all boxes that apply)**

In an effort to track levels of participation by women and minorities doing business with the State of Colorado, the following information is requested. Please indicate the appropriate category of ownership for your company. "Owned" in this context means a business that is at least 51 percent owned by an individual(s) who also control(s) and operate(s) it. "Control" in this context means exercising the power to make policy decisions. "Operate" means actively involved in the day-to-day management. If you business is jointly owned by both men and women or is a large publicly held corporation, please check the box labeled "Not Applicable."

**Gender Information:**
☐ Female-Owned     ☐ Male-Owned     ☒ Not Applicable

**Owner Ethnicity Information**
☒ African American    ☒ Asian/Pacific American    ☐ White (non-Hispanic)    ☐ Not Applicable
☒ Hispanic American    ☐ Native American    ☐ Other: _____

**Small Business Information**
Small Business (a business that is organized for profit, is independently owned and operated, and has 25 or fewer full time equivalent employees.)
☒ Yes     ☐ No

EXHIBIT 17
Page 112

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

In 3 above, if applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

For federal tax purposes, you are considered a person if you are:

- An individual who is a citizen or resident of the United States,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or
- Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

- The U.S. owner of a disregarded entity and not the entity,
- The U.S. grantor or other owner of a grantor trust and not the trust, and
- The U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.
2. The treaty article addressing the income.
3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.
4. The type and amount of income that qualifies for the exemption from tax.
5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

**Example.** Article 20 of the U.S.-China tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 28% of such payments (after December 31, 2002). This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,
2. You do not certify your TIN when required (see the Part II instructions on page 4 for details),
3. The IRS tells the requester that you furnished an incorrect TIN,
4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or
5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions below and the separate Instructions for the Requester of Form W-9.

Also see *Special rules regarding partnerships* on page 1.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

### Name

If you are an individual, you must generally enter the name shown on your income tax return. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your income tax return on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name" line.

**Limited liability company (LLC).** If you are a single-member LLC (including a foreign LLC with a domestic owner) that is disregarded as an entity separate from its owner under Treasury

EXHIBIT 17
Page 113

regulations section 301.7701-3, enter the owner's name on the "Name" line. Enter the LLC's name on the "Business name" line. Check the appropriate box for your filing status (sole proprietor, corporation, etc.), then check the box for "Other" and enter "LLC" in the space provided.

**Other entities.** Enter your business name as shown on required federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name" line.

**Note.** You are requested to check the appropriate box for your status (individual/sole proprietor, corporation, etc.).

## Exempt From Backup Withholding

If you are exempt, enter your name as described above and check the appropriate box for your status, then check the "Exempt from backup withholding" box in the line following the business name, sign and date the form.

Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends.

**Note.** If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

**Exempt payees.** Backup withholding is not required on any payments made to the following payees:

1. An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2),

2. The United States or any of its agencies or instrumentalities,

3. A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities,

4. A foreign government or any of its political subdivisions, agencies, or instrumentalities, or

5. An international organization or any of its agencies or instrumentalities.

Other payees that may be exempt from backup withholding include:

6. A corporation,

7. A foreign central bank of issue,

8. A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States,

9. A futures commission merchant registered with the Commodity Futures Trading Commission,

10. A real estate investment trust,

11. An entity registered at all times during the tax year under the Investment Company Act of 1940,

12. A common trust fund operated by a bank under section 584(a),

13. A financial institution,

14. A middleman known in the investment community as a nominee or custodian, or

15. A trust exempt from tax under section 664 or described in section 4947.

The chart below shows types of payments that may be exempt from backup withholding. The chart applies to the exempt recipients listed above, 1 through 15.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt recipients except for 9 |
| Broker transactions | Exempt recipients 1 through 13. Also, a person registered under the Investment Advisers Act of 1940 who regularly acts as a broker |
| Barter exchange transactions and patronage dividends | Exempt recipients 1 through 5 |
| Payments over $600 required to be reported and direct sales over $5,000[1] | Generally, exempt recipients 1 through 7[2] |

1. See Form 1099-MISC, Miscellaneous Income, and its instructions.

2. However, the following payments made to a corporation (including gross proceeds paid to an attorney under section 6045(f), even if the attorney is a corporation) and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees; and payments for services paid by a federal executive agency.

## Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-owner LLC that is disregarded as an entity separate from its owner (see *Limited liability company (LLC)* on page 2), enter your SSN (or EIN, if you have one). If the LLC is a corporation, partnership, etc., enter the entity's EIN.

**Note.** See the chart on page 4 for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form online at *www.socialsecurity.gov*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer

Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/businesses* and clicking on Employer ID Numbers under Related Topics. You can get Forms W-7 and SS-4 from the IRS by visiting *www.irs.gov* or by calling 1-800-TAX-FORM (1-800-829-3676).

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note.** Writing "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** *A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.*

EXHIBIT 17
Page 114

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 4, and 5 below indicate otherwise.

For a joint account, only the person whose IN is shown in Part I should sign (when required). Exempt recipients, see *Exempt From Backup Withholding* on page 2.

**Signature requirements.** Complete the certification as indicated in 1 through 5 below.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | |
| b. So-called trust account that is not a legal or valid trust under state law | The grantor-trustee [1] |
| 5. Sole proprietorship or single-owner LLC | The actual owner [1] |
| | The owner [3] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 6. Sole proprietorship or single-owner LLC | The owner [3] |
| 7. A valid trust, estate, or pension trust | Legal entity [4] |
| 8. Corporate or LLC electing corporate status on Form 8832 | The corporation |
| 9. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 10. Partnership or multi-member LLC | The partnership |
| 11. A broker or registered nominee | The broker or nominee |
| 12. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

1. List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.
2. Circle the minor's name and furnish the minor's SSN.
3. You must show your individual name and you may also enter your business or "DBA" name on the second name line. You may use either your SSN or EIN (if you have one). If you are a sole proprietor, IRS encourages you to use your SSN.
4. List first and circle the name of the legal trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules regarding partnerships* on page 1.

**Note.** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

EXHIBIT 17
Page 115

## Payment Automation Network, Inc.
## Client Bank Authorization Agreement

I agree to allow Payment Automation Network, Inc. of Medford, Oregon to begin processing the customer information to be supplied to them.  I authorize Payment Automation Network, Inc. and the ACH Processor of their choice to disburse and draft our account for the servicing fees and disbursements amount based on the signed account servicing agreement.

Wire transfer and banking fees will be deducted from any client disbursements.

Bank: __BANK OF AMERICA__

Bank telephone: _____

Bank routing number: ▮▮▮ 0358    Bank account number: ▮▮▮▮ 9321

Name on account: __ARETE FINANCIAL__

Your company information:

Company: __ARETE FINANCIAL GROUP__

Address: __2651 E. DYER RD__

City: __SANTA ANA__    State: __CA__    Zip: __92705__

Telephone: ▮▮▮▮ 2231    Fax: ~~WW~~ 949-220-0770

Signed ▮▮▮▮▮▮    Title: PRESIDENT   Date: 8.1.17

**Please include a copy of a voided check**

This page is part of the Payment Servicing Agreement.

EXHIBIT 17
Page 116

**Note:  The following page is the** Preauthorized Check and ACH Authorization Form **signed by your
clients.** This page will need to be incorporated into the documents you have your clients sign.

**This form gives Payment Automation Network, Inc. the authority to collect payments on your behalf.  If a
payment is ever disputed by your client, <u>the signed Preauthorized Checking and ACH Authorization Form
must be provided to Payment Automation Network, Inc. on request.</u>**

Initial  _____

EXHIBIT 17
Page 117

# Preauthorized Checking and ACH Authorization Form

| First Name | | Last Name | |
|---|---|---|---|

| Street Address | | Phone # | Cell Phone # |
|---|---|---|---|

| City | State | Zip | Email address |
|---|---|---|---|

## DESIGNATED BANK ACCOUNT DEBIT AUTHORIZATION

**Bank Name**

**Bank Routing Number** (as it appears on the check)

**Name as it appears on bank account**

**Bank Account Number**      ☐ **Checking**    ☐ **Savings**

---

**DESIGNATED BANK ACCOUNT DEBIT SCHEDULE AUTHORIZATION**

Deposit Amount $_____ Start Date _____   ☐ One Time  ☐ Monthly    Number of Payments _____

Deposit Amount $_____ Start Date _____   ☐ One Time  ☐ Monthly    Number of Payments _____

**I authorize Payment Automation Network** to initiate Automatic Clearing House (ACH) debits or EFT (electronic funds transfer) from my designated bank account at the financial institution identified above. I authorize Payment Automation Network to debit my bank account according to the schedule of debits provided to Payment Automation Network by me or on my behalf or as otherwise provided by agreement. I understand that debits will be withdrawn on the due date unless the otherwise indicated and that sufficient funds must be available in designated account at least two (2) business days prior to the actual date of the debit. Upon my approval, Payment Automation Network may adjust the amount being debited from designated bank account. This authorization is to remain in force until the schedule of debits is completed or until Payment Automation Network has received written notification from me of a change or termination, allowing Payment Automation Network no fewer than five (5) business days to act. Payment Automation Network shall not be liable to any person for not completing a transaction as a result of any limit on my designated bank account or if a financial institution fails to honor any debit from such account. I understand it is my responsibility to notify Payment Automation Network immediately if a scheduled debit does not occur. I authorize Payment Automation Network to recover funds an ACH/eCheck debit from my bank account in the event of an error or in the event that a prior debit is returned for any reason, including non-sufficient funds. I understand that a $25.00 service charge will be added for every NSF draft. I understand I can call Payment Automation Network at 800-813-3740 to cancel the automatic draft payments. **Payments will be drafted on the payment due date of the original Student Loan Consolidation agreement.** I understand and agree that Payment Automation Network, Inc. is not a debt collector. Payment Automation Network, Inc. is merely acting as a payment processor and any inquiry concerning amounts due and owing should be made to the Student Loan Consolidation Company.

I have read and understand the information contained in this document and I affirm that the above information given by me is accurate and true to the best of my knowledge.

SIGNATURE _____ DATED _____

EXHIBIT 17
Page 118

EXHIBIT 18

## SCRIPT

Loan forgiveness dept. _____ speaking, how may I help you? (Pause)

May I ask who I am speaking to?

(Write name and phone number down)

About how much do you currently owe in federal student loans?

(Write the amount down.)

Approximately how much are your monthly payments?

(Write the amount down.)


Okay so let me tell you a little bit about the program and then we'll go in and see what we can get you qualified for.

What the Dept. of Education requires from you is that you make a monthly payment on your loans for a set term.

Our goal here is to try and get you as close to $0 payment on a monthly basis as possible. The Department of Education bases your payments off your income as well as your family size and the duration of the term is based on what you do for work.

With that being said, what do you do for work?

(If PSLF) Great! A very special door opens for you; it's called the Public Service Loan Forgiveness, the best program available.

Now I would like to take a look at your loans and the way I view them is on the National Student Loan Data System with your email address that may be associated with your loans, I can put that in the system and see if I can get a match on you.

May I get that email address and your Date of Birth please?

(Write that information down and enter that into NSLDS under forgot my password, send 6 digit if you get a match. Enter code into NSLDS and update password to Studentloan2019).

EXHIBIT 18
Page 119

(Log into clients acct. on NSLDS and pull loans over to Debt Pay Pro)

Start filling in client's information (first name, last name, phone number, DOB, annual gross income, family size and state. Calculate and save.

Tell client that you are going to place them on a brief hold while you go over the numbers with the underwriting department; ask them to get a pen and paper while they are on hold.

While client is on hold write down the calculations of the enrollment fees: example ($232 X 3) and then see what the REPAYE or ICR (if applicable) dollar amount is and add that together with our $39 service and maintenance fee. Take that number and multiply it by 120 or 240 whichever one applies to client based off of their employment. (120 if PSLF)

Take client off of hold and ask them to write down these numbers:

Example:

232 x 3 = $695

61 x 240 = $14,640

Now the $232 x 3 is going to be the first 3 payments to get you enrolled into the program.

So, it will be $232 for the first, second and third month.

Now what that is, is us enrolling you and submitting your application on your behalf to the Department of Education. We would then file for the consolidation and forgiveness portion. After that we contact your current servicer on your behalf and place you into what is called administrative

2

EXHIBIT 18
Page 120

forbearance (providing you still have forbearance time left). That way any future payments they may be looking for you will not be penalized for not making them.

Starting on your 4th month your payments will be based off of your income and family size.

I got you qualified for $___ to your servicer which is accompanied by our $39 service and maintenance fee that we charge on a monthly bases to keep you reenrolled into the program for the next 120 or 240 months.

How does that sound to you? Would you like to move forward? (Fill out the application if yes)

TASK: First Payment — Sye
NOTES: Needs consolidation,
forbearance
FSA ID / PASSWORD
WE — F/S
POI
IN SCHOOL DEFERMENT WAIVER

CREDIT:
ENROLLMENT:

4 minutes end break

we put you in forbearance while the first three payments are made so you don't have to worry about paying the loans

3

EXHIBIT 18
Page 121

EXHIBIT 19

## Pay As You Earn Monthly Loan Payment

| Annual AGI | Family Size | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| $10,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| $15,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| $20,000 | $27 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| $25,000 | $69 | $19 | $0 | $0 | $0 | $0 | $0 | $0 |
| $30,000 | $110 | $61 | $11 | $0 | $0 | $0 | $0 | $0 |
| $35,000 | $152 | $103 | $53 | $11 | $0 | $0 | $0 | $0 |
| $40,000 | $194 | $144 | $95 | $53 | $11 | $0 | $0 | $0 |
| $45,000 | $235 | $186 | $136 | $94 | $52 | $10 | $0 | $0 |
| $50,000 | $277 | $228 | $178 | $136 | $94 | $52 | $10 | $0 |
| $55,000 | $319 | $269 | $220 | $178 | $136 | $94 | $52 | $10 |
| $60,000 | $360 | $311 | $261 | $219 | $177 | $135 | $93 | $51 |
| $65,000 | $402 | $353 | $303 | $261 | $219 | $177 | $135 | $93 |

## Based Repayment  Monthly Loan Payment

| Annual AGI | Family Size | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| $10,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| $15,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| $20,000 | $47 | $0 | $0 | $0 | $0 | $0 | $0 |
| $25,000 | $109 | $39 | $0 | $0 | $0 | $0 | $0 |
| $30,000 | $172 | $102 | $32 | $0 | $0 | $0 | $0 |
| $35,000 | $234 | $164 | $94 | $24 | $0 | $0 | $0 |
| $40,000 | $297 | $227 | $157 | $87 | $16 | $0 | $0 |
| $45,000 | $359 | $289 | $219 | $149 | $79 | $10 | $0 |
| $50,000 | $422 | $352 | $282 | $212 | $141 | $71 | $0 |
| $55,000 | $484 | $414 | $344 | $274 | $204 | $134 | $64 |
| $60,000 | $547 | $477 | $407 | $337 | $266 | $196 | $126 |
| $65,000 | $609 | $539 | $469 | $399 | $329 | $259 | $189 |

EXHIBIT 19
Page 122

EXHIBIT 20

NO SWEARING ON THE SALES FLOOR!

before you leave on Friday!

| AGENT EXT | Mon | Tue | Wed | Thur | Fri |
|---|---|---|---|---|---|
| November | | | | | |
| June (121) | $$ 1 | $ 1 | $ 1 | 0 | 1 |
| Shawn (110) | 0 | 0 | 0 | 0 | 0 |
| Debbie (106) | $$ 1 | $ 2 | $ 1 | 1 | 1 |
| Ashleigh (104) | 0 | 0 | 0 | 0 | 0 |

Total * DO NOT SCHEDULE A PAYMENT OUT PAST 14 DAYS W/O PERMISSION

June — ▇▇▇ 9804

Create A Contact Every Call

1. City Born in Irvine
2. Mothers Maiden Name - Smith
3. Color of Car Red
4. Name of First Pet - Dog

Navient
Nelnet
Great Lakes
Mohela
AES
ACS
Fed loans
Cornerstone
Granite State

Tell The Client

NOT to contact their Servicer

WE will take care of it.

Aug 47
Sept 27
Oct 62

EXHIBIT 20
Page 123

EXHIBIT 21

| | |
|---|---|
| **From:** | Ly Phu |
| **To:** | ███████ i@gmail.com; sye@aretefinancialfreedom.com |
| **Subject:** | Civil Investigative Demand |
| **Date:** | Friday, July 26, 2019 5:30:49 PM |
| **Attachments:** | Sye"s Documents Front.pdf |
| | Back side.pdf |

EXHIBIT 21
Page 124

United States of America
Bureau of Consumer Financial Protection

# Civil Investigative Demand

**To**
**Judith Noh**
**18001 Sky Park Circle, Suite L**
**Irvine, CA 92614**

This demand is issued pursuant to Section 1052 of the Consumer Financial Protection Act of 2010 and 12 C.F.R. Part 1080 to determine whether there is or has been a violation of any laws enforced by the Bureau of Consumer Financial Protection.

---

## Action Required (choose all that apply)

[✓] **Appear and Provide Oral Testimony**

| Location of Investigational Hearing | Date and Time of Investigational Hearing |
|---|---|
| Ronald Reagan Federal Courthouse 411 W. 4th St Room 3055 Santa Ana, CA 92701 | September 17 & 18, 2019 at 9:00 am Pacific Time |
| | Bureau Investigators Rina Tucker Harris |

[✓] **Produce Documents and/or Tangible Things**, as set forth in the attached document, by the following date **08/16/2019**

[✓] **Provide Written Reports and/or Answers to Questions**, as set forth in the attached document, by the following date **08/16/2019**

---

## Notification of Purpose Pursuant to 12 C.F.R. § 1080.5

The purpose of the investigation is to determine whether debt-relief or debt-management providers or associated persons, in connection with the advertising, marketing or sale of debt-relief or debt-management services or products, including but not limited to debt negotiation, debt elimination, debt settlement, or credit counseling, have (1) made false or misleading representations to consumers or improperly imposed charges on or took payments from consumers in a manner that is unfair or deceptive, in violation of Sections 1031 and 1036 of the Consumer Financial Protection Act of 2010, 12 U.S.C. §§ 5531, 5536; or (2) made false or misleading representations to consumers, requested or received prohibited payments from consumers, or failed to follow the requirements for providing disclosures to consumers in a manner that violates the Telemarketing Sales Rule, 16 C.F.R. Part 310. The purpose of this investigation is also to determine whether the Bureau action to obtain legal or equitable relief would be in the public interest.

---

| Custodian / Deputy Custodian | Bureau Counsel |
|---|---|
| David M. Rubenstein/Shayna Thompson Consumer Financial Protection Bureau 1700 G Street NW ATTN: Office of Enforcement Washington, DC 20552 | Rina Tucker Harris Consumer Financial Protection Bureau 1700 G Street NW ATTN: Office of Enforcement Washington, DC 20552 |

| Date Issued 07/23/2019 | Signature | David M Rubenstein | Digitally signed by David M Rubenstein Date: 2019.07.23 13:43:21 -04'00' |
|---|---|---|---|
| | **Name / Title** | **David M. Rubenstein/Deputy Enforcement Director** | |

---

### Service

The delivery of this demand to you by any method prescribed by the Consumer Financial Protection Act of 2010, 12 U.S.C. § 5562, is legal service. **If you fail to comply with this demand, the Bureau may seek a court order requiring your compliance.**

### Travel Expenses

Request a travel voucher to claim compensation to which you are entitled as a witness before the Bureau pursuant to Section 1052 of the Consumer Financial Protection Act of 2010, 12 U.S.C. § 5562.

### Right to Regulatory Enforcement Fairness

The Bureau is committed to fair regulatory enforcement. If you are a small business under Small Business Administration standards, you have a right to contact the Small Business Administration's National Ombudsman at 1-888-REGFAIR (1-888-734-3247) or www.sba.gov/ombudsman regarding the fairness of the compliance and enforcement activities of the agency. You should understand, however, that the National Ombudsman cannot change, stop, or delay a federal agency enforcement action.

### Paperwork Reduction Act

This demand does not require approval by OMB under the Paperwork Reduction Act of 1980.

EXHIBIT 21
Page 125

9. Copies of any complaint, settlement, order, consent order, judgment, assurance of voluntary compliance, or warning letter related to any Government Action concerning the Student Loan Products and Services.

10. Copies of any notice, complaint, or cease and desist letter from any student loan servicer concerning the Student Loan Products and Services.

11. Organizational charts sufficient to show the Company's management structure, personnel hierarchy, and ownership of the Company as of the date of this CID.

12. Each unique version of document retention or destruction policies and procedures, including any policies relating to recording and retaining telephone calls and ESI.

13. All Documents relied upon in preparing your answers to the Interrogatories or identified in response to any of the Interrogatories.

## **Requests for Written Reports**

1. In a Microsoft Excel spreadsheet, provide the following information for each consumer with whom the Company has contracted to provide Student Loan Products or Services:
    a. Consumer name;
    b. Address;
    c. Phone number;
    d. Email address;
    e. The Student Loan Products or Services provided;
    f. Date of contract with the Company ("contract date");
    g. The amount of the first fee charged by the Company;
    h. The date of first fee charged by the Company;
    i. Any monthly fee charged by the Company;
    j. The number of monthly fees charged by the Company;
    k. Principal amount of consumer's loans addressed by the Student Loan Products or Services at the contract date;
    l. The amount of the consumer's monthly payment due at the time of the contract date;
    m. The status of the consumer's loans addressed by the Student Loan Products or Services at the contract date (i.e. in deferment or forbearance, current, delinquent, or in default)
    n. The repayment plan that the consumer's loans addressed by the Student Loan Products or Services were on prior to the contract date (i.e. normal, graduated, extended, or income-driven);
    o. The number of payments remaining on the consumer's loans addressed by the Student Loan Products or Services at the time of the contract date;

EXHIBIT 21
Page 126

3. Identify all the loan consolidations that the Company assisted consumers in obtaining, including without limitation, the name, address, email address of the consumer, how the Company assisted in obtaining the loan consolidation, and the entity that provided such assistance.

4. Identify the methods used by the Company to market, publicize, or find consumers interested in any Student Loan Products or Services identified in response to Interrogatory 1, including without limitation the Company's use of direct-mail solicitations, outbound sales calls to consumers, websites, social media sites, and lead generators.

5. Explain the Company's source(s) of leads for prospective clients for Student Loan Products or Services identified in response to Interrogatory 1. Include in the answer an identification of all persons or companies who generate leads to or sell consumer contact information to the Company, the methods that such persons or companies use (including, but not limited to, advertising, telemarketing, and email marketing), all contact methods (including specific telephone numbers) that such persons or companies use to route potential customers to the Company, and for which entities the leads are provided.

6. Identify the methods used by the lead generator or the Company's source(s) of leads identified in response to Interrogatory 4, to market, publicize, or find consumers to solicit for any Student Loan Product or Services identified in response to Interrogatory 1.

7. Explain whether the Company reviews the representations made by the lead generator or the Company's source(s) of leads identified in response to Interrogatory 4, including promotional materials, scripts, and FAQs used to market or promote the Company's Student Loan Products or Services to potential clients.

8. Explain the methods used by the Company to identify "the best option" for a student loan borrower's personal situation, as represented on the Company's website.

9. Describe the manner in which the Company discloses the total fees it charges consumers for the Student Loan Products or Services, before consumers agree to sign up for these products or services.

10. Describe the process by which the Company applies for loan consolidation or forgiveness on behalf of the consumer, including any platforms it uses or any tracking programs used to follow the progress of the process.

11. Describe whether and how the Company communicates updates about the status and progress of the loan application to the consumer.

12. Explain whether the Company obtained consumer credit information from any consumer reporting agency ("CRA"), including without limitation the date of the

EXHIBIT 21
Page 127

calls, and the person(s) responsible for maintaining any such notes, logs, or recordings.

19. Identify all of the Company's owner(s), member(s) or shareholder(s).

20. Identify all directors and executive officers of the Company, including under which entities they serve and their positions and dates of service for each. Include all dates of service regardless of whether those dates fall outside the Applicable Period for Responsive Materials.

21. Describe the complete organizational structure of the Company, identifying all parents, subsidiaries, d/b/a, unincorporated divisions, affiliates, sister companies, branches, joint ventures, franchises, or entities over which it exercised supervision or control, and for each entity, state the following:
    a. legal name and address of the principal place of business;
    b. all other offices or locations;
    c. date and location of incorporation or organization;
    d. all trade names under which it has done business;
    e. all products and services the entity advertised, offered, provided, or sold to consumers; and
    f. date, if any, that it ceased doing business and the reason the entity terminated its operations.

22. To the extent not already identified in response to Interrogatory 1, identify and describe with specificity the products and/or services offered, sold, or provided to consumers by the Company.

23. State, separately for each year for each entity, the Company's annual revenues.

24. Identify the name and address of the financial institution(s) used by the Company to deposit, receive, or transfer fees and funds provided by consumers in connection with the Company's Student Loan Products or Services. Include the bank account number and the name and address of the account holder.

25. Identify the name and address of the payment processor(s) used by the Company to receive or transfer fees or funds provided by consumers in connection with the Company's offering or providing Student Loan Products or Services.

26. Identify each website and associated webpages that the Company, in whole or in part, owned, controlled, managed, or for which the Company has or had registered domain names and on which the Company advertised, marketed or otherwise made available Student Loan Products or Services, and for each such website state:
    a. its full name and URL;
    b. whether it redirected the viewer to another website and, if so, identify the URL for each such website;
    c. the full name and URL of each website, if any, that redirected its viewers to

EXHIBIT 21
Page 128

ventures, operations under assumed names, and affiliates, and any successor in interest to any of the foregoing.

G.     "**Deputy Enforcement Director**" refers to a Deputy Assistant Director of the Office of Enforcement.

H.     "**Document**" means any written matter of every type and description, including electronically stored information. "Document" includes any non-identical copy (such as a draft or annotated copy) of another document.

I.     "**Each**" includes "**every**," and "**every**" includes "**each**."

J.     "**Electronically Stored Information**," or "**ESI**," means the complete original and any non-identical copy (whether different from the original because of notations, different metadata, or otherwise) of any electronically created or stored information, including but not limited to e-mail, instant messaging, videoconferencing, SMS, MMS, or other text messaging, and other electronic correspondence (whether active, archived, unsent, or in a sent or deleted-items folder), word-processing files, spreadsheets, databases, unorganized data, document metadata, presentation files, and sound recordings, regardless of how or where the information is stored, including if it is on a mobile device.

K.     "**Enforcement Director**" refers to the Assistant Director of the Office of Enforcement.

L.     "**Government Action**" means any federal, state, or tribal investigation, lawsuit, settlement, order, consent order, judgment, assurance of voluntary compliance, or warning letter.

M.     "**Identify**" means to provide: (a) for natural persons, their name, title or position, present business affiliation, present business address, e-mail address, and telephone number, or if a present business affiliation or present business address is not known, the last known business address, home address, e-mail address, and telephone number; (b) for businesses or other organizations, the name, address, identities of officers, directors, or managers of the business or organization, and contact persons with e-mail addresses and telephone numbers, where applicable; and (c) for documents, the title, date, authors, recipients, Bates numbers, if applicable, type of document or some other means of identifying the document, and the present or last known location or custodian.

N.     "**Payment Processor**" shall mean any Person that performs the function of collecting, formatting, charging, originating, transmitting, or processing a consumer's payment for goods or services directly or indirectly through the use of any payment mechanism, including but not limited to the Automated Clearing House system or Remotely Created Checks.

EXHIBIT 21
Page 129

direct or indirect recipients;

3.   the specific grounds for claiming the privilege;

4.   the request to which the privileged document, information, or thing is
     responsive; and

5.   its Bates number or range.

In addition, the person who submits the schedule and the attorney stating the grounds
for the privilege must sign it. A person withholding material solely based on a claim of
privilege must comply with the requirements of 12 C.F.R. § 1080.8 rather than file a
petition for an order modifying or setting aside a demand under 12 C.F.R. § 1080.6(e).
Please follow the enclosed Document Submission Standards for further instructions
about producing redacted privileged documents.

E.   **Document Retention:** Until you are notified otherwise, you are required to
retain all documents and other tangible things that you used or relied on in responding
to this CID. In addition, you must retain, and suspend any procedures that may result in
the destruction of, documents, information, or tangible things that are in any way
relevant to the investigation, as described in the CID's Notification of Purpose. You are
required to prevent the destruction of relevant material irrespective of whether you
believe such material is protected from future disclosure or discovery by privilege or
otherwise. *See* 18 U.S.C. §§ 1505, 1519.

F.   **Modification Requests:** If you believe that the scope of the search or response
required by this CID can be narrowed consistent with the Bureau's need for documents
or information, you are encouraged to discuss such possible modifications, including
modifications of the requirements of these instructions, with Senior Litigation Counsel
Rina Tucker Harris at (202) 435-9196. Modifications must be agreed to in writing by the
Enforcement Director or a Deputy Enforcement Director. 12 C.F.R. § 1080.6(d).

G.   **Petition for Order Modifying or Setting Aside Demand:** Under
12 U.S.C. § 5562(f) and 12 C.F.R. § 1080.6(e), you may petition the Bureau for an order
modifying or setting aside this CID. To file a petition, you must send it by e-mail to the
Bureau's Executive Secretary at ExecSec@cfpb.gov, copying the Enforcement Director at
Enforcement@cfpb.gov, within 20 calendar days of service of the CID or, if the return
date is less than 20 calendar days after service, before the return date. The subject line
of the e-mail must say "Petition to Modify or Set Aside Civil Investigative Demand." If a
request for confidential treatment is filed, you must file a redacted public petition in
addition to the unredacted petition. All requests for confidential treatment must be
supported by a showing of good cause in light of applicable statutes, rules, Bureau
orders, court orders, or other relevant authority.

H.   **Certification:** The person to whom the CID is directed or, if it is directed to an
entity, any person having knowledge of the facts and circumstances relating to the
production, must certify that the response to this CID is true and complete. This

EXHIBIT 21
Page 130

an individual, or the past, present, or future payment for the provision of health care to an individual.

M.     **Information Identification:** Each request for a written report or interrogatory in this CID must be answered separately and fully in writing under oath. All information submitted must clearly and precisely identify the request or requests to which it is responsive.

N.     **Submission of Documents in lieu of Reports or Answers:** Documents in existence before your receipt of this CID that contain the information requested in any interrogatory may be submitted as part of or in lieu of an answer to the interrogatory. If you submit documents as part of or in lieu of an answer, you must clearly indicate the specific request to which the documents are responsive, and you must clearly identify the specific portion of the documents that are responsive, including page, paragraph, and line numbers, as applicable.

O.     **Declaration Certifying Records of Regularly Conducted Business Activity:** Attached is a Declaration Certifying Records of Regularly Conducted Business Activity, which may limit the need to subpoena you to testify at future proceedings to establish the admissibility of documents produced in response to this CID. Please execute this Declaration and provide it with your response.

P.     **Production of Advertisements**:  A request for an Advertisement means a request for the material in the form made available to consumers, including, for example, any envelopes, mailers, emails, linked websites, attachments, popups, or enclosures that may be provided with an Advertisement, as well as:

   1.     In the case of Direct Mail Advertisements and Advertisements disseminated by email that differ only with respect to information that was customized for individual Consumers, the Company may submit an Exemplar of each such Advertisement as provided to a Consumer populated with the terms that were customized for such Consumer. Other than terms that were customized for individual Consumers, all other differences between Advertisements (e.g., different terms, symbols, formats, templates, or underlying product type) constitute different Advertisements and an Exemplar of each different version should be produced.

   2.     In the case of any audio or video advertisements, provide:
         a.  A complete recording; and
         b.  All written scripts, photo boards, and transcripts in the Company's possession, custody, or control.

   3.     In the case of any Advertisement accessible on the Internet, provide the electronic address, or URL, at which the Advertisement is or was accessible, if applicable, including any "mirrored" sites.

EXHIBIT 21
Page 131

EXHIBIT 22



USERNAME | PASSWORD | Login

**HOME**     **SERVICES PROVIDED**     **THINGS YOU NEED TO KNOW**     **STUDENT LOAN FORGIVENESS**     **REPAYMENT PROGRAMS**     **CONTACT US**

Home » Terms and Conditions

# Terms and Conditions

## Premier Solutions Servicing Terms and Conditions of Use

Hello, and welcome to our Terms and Conditions of Use. This is important and affects your legal rights, so please read them and our Privacy and Cookie Notice carefully.

## 1. Introductions

Welcome to premiersolutionsservicing.com ("Premier Solutions Servicing," "we," "us," "our"). By using the Premier Solutions Servicing services or the studentloanpro.org website (the "Site," together, the "Service"), you are entering into a binding contract us. Your agreement with us includes these Terms and Conditions of Use ("Terms") and our Privacy and Cookie Notice [www.studentloanpro.org/toc.php] (together, the "Agreements"). If you don't agree with these Terms, then please don't use the Service. We're pleased to make our Service available to you. Learn more about the Service here [www.studentloanpro.org/toc.php].

**CONTACT US NOW**

We're offline

EXHIBIT 22
Page 132

EXHIBIT 23

**April 16th, 2019**

**Changes with TPV Questions**

-If clients are unemployed, agents need to ask if they are still getting taxable income.

- Agents are not to ask how many family members that they have, but rather how many family members do they support 50% of their living expenses.

-TPV needs to include that we are not responsible for any negative status (default, past due) prior to enrollment.

-Line added to the end of the TPV: "Do you understand that any person who makes a knowingly false statement or misrepresentation on your form may be subject to fines?"

*I know that there are still occurring issues with the agent's lies to the clients. By adding that last TPV question at the end, it will reduce the amount of issues moving forward.

**Changes with New Files**

-If client is already DC'd, no more switching programs IBR → REPAYE

-Anything in 'NEW IRS ISSUE" status that is older than 60 days will be canceled if POI is not retrieved.

-Servicer logins are needed if clients are told that they will be in FB.

**1FILE Updates**

-Voicemail has been updated with our hours and time zone.

-Since we only submit new applications that have POI on file or those who are unemployed, the email trigger requesting for pay stubs will be removed.

-The Indians did agree that if there is no POI on file for clients who are in status, "New Client – IRS Issue", after 60 days, the file may be cancelled.

-Please be mindful of pay stub dates when uploading. We want to make sure that they are still valid during the time of submission.

-Teresa will be giving you all update changes on how many weeks needs to be inputted for "Follow up" tasks. These updates will be stated in the RingCentral group chat.

-Employment letters would have to be typed in a professional manner moving forward. This letter needs their name, name of employment, phone number and their annual or monthly gross income. NO HAND WRITTEN LETTERS.

EXHIBIT 23
Page 133

EXHIBIT 24

**From:** Andy@1file.org
**Sent:** Monday, October 21, 2019 9:53 AM
**To:** Processing @ USFFC
**Subject:** RE: New Note Created On File: ██████ SAM - - ████5806

Umm… anyone who works and a District Attorney's Office? Do you want that liability?

**From:** Processing @ USFFC <processing@usffc.org>
**Sent:** Monday, October 21, 2019 9:25 AM
**To:** andy@1file.org
**Cc:** jm@usffc.org
**Subject:** FW: New Note Created On File: ██████ SAM - - ████5806

Andy,

Please mention the reason also, so that we don't enroll such clients in future

Thanks,
**USFFC Processing**
US Financial Freedom Center
500 Ygnacio Valley Road,
Suite 430, Walnut Creek, CA 94596
Direct   :  925.404.8078
Tel        :  844.358.8733
Fax       :  925.271.8352



**From:** andy@1file.org <andy@1file.org>
**Sent:** Friday, October 18, 2019 4:11 PM
**To:** processing@usffc.org
**Subject:** New Note Created On File: ██████ SAM - - ████5806

Note Type: General
Entered By: Andy Poon
Notified: andy@1file.org, processing@usffc.org

Had a talk with Mike and we will not enroll this client.

1

EXHIBIT 24
Page 134

EXHIBIT 25

**From:** Andy@1file.org
**Sent:** Thursday, September 26, 2019 4:26 PM
**To:** Gary USFFC
**Subject:** RE: ████ Espejo - CBCC-████1385

We are not responsible if FedLoan doesn't believe that his family size is 5 while it is clearly shown on his taxes that he files Single. I have told your managers that if client does file as single that we do not accept family size of 5 or higher. If this is the case then we need proof that he does support the certain family size. There is nothing we can do and I have told you this more than once.

---

**From:** Gary USFFC <gary@usffc.org>
**Sent:** Thursday, September 26, 2019 3:52 PM
**To:** andy@1file.org
**Cc:** 'Jay Madan (USFFC)' <jm@usffc.org>
**Subject:** FW: ████ Espejo - CBCC-████1385

Andy,

Please look into it

Attached is the letter received to customer from fed loans where her monthly payment is $110 and change , However what we told customer is $50-$55 + MSF. Customer is very upset about it.

Please look into it and do the needful.

Thanks,
**Gary**
**US Financial Freedom Center**
500 Ygnacio Valley Road,
Suite 430, Walnut Creek, CA 94596
Direct    : 925.404.8078
Tel        : 844.358.8733
Fax       : 925.271.8352



EXHIBIT 25
Page 135

EXHIBIT 26

**From:** Andy@1file.org
**Sent:** Friday, August 23, 2019 9:05 AM
**To:** 'alex@1file.org'
**Subject:** FW: 1File - Compliance Issues
**Attachments:** image002.png

**From:** Carey Howe <carey@aretefinancialfreedom.com>
**Sent:** Thursday, August 22, 2019 1:59 PM
**To:** Andy Poon <Andy@1file.org>; Anna Howe <anna@1file.org>
**Subject:** Fwd: 1File - Compliance Issues

**Carey Howe**
Phone: 714-585-2231
1261 E Dyer Rd., Suite 100
Santa Ana, CA 92705
Carey@aretefinancialfreedom.com
www.AreteFinancial.org
www.aretefinancialfreedom.com

*THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.*

Begin forwarded message:

>   **From:** Jay Singh <js@usffc.org>
>   **Date:** August 22, 2019 at 1:11:08 PM PDT
>   **To:** Carey Howe <carey@aretefinancialfreedom.com>
>   **Subject: Fwd: 1File - Compliance Issues**

---------- Forwarded message ---------
From: **Jay Madan (USFFC)** <jm@usffc.org>
Date: Tue, Aug 20, 2019 at 6:32 PM

1

EXHIBIT 26
Page 136

Subject: Re:1File - Compliance Issues
To: Jay Singh (USFFC) <js@usffc.org>
CC: Ritesh Srivastava <rs@usffc.org>

Hello Boss,

Per conversation, please find below detailed email for all the issues with 1File compliances.

Thanks,

Jay Madan

500 Ygnacio Valley Road,Suite 430,

Walnut Creek,CA 94596

Tel:  844.358.8733

Direct: 925-397-4019

Fax:  844.790.8733

Direct  - Fax - 925-400-6681



---

**From:** Gary USFFC <gary@usffc.org>
**Sent:** Tuesday, August 20, 2019 6:30 PM
**To:** 'Jay Madan (USFFC)' <jm@usffc.org>
**Subject:** FW: issue

Jay,

EXHIBIT 26
Page 137

We needed to bring to notice some of the operational challenges that we are facing on a regular basis with the compliance team. Please note that this is not a criticism but certain areas of improvement which will only lead to work better between the teams

- **Multiple attempts to connect to Compliance team**: Majority of times there is no one to take our calls in the compliance team. Being a vast process as ours, many a times there are scenarios that might need immediate attention or we want to discuss files that have been returned, but, the compliance team is not available. We have to call them multiple times so we can get hold of them. It gets quite frustrating especially when we have a client online

- **Frequent change in qualifying criteria**: There have been too many changes on the qualifying criteria and most of the times, these are not even communicated to the sales team. It's only once the sale is submitted and returned when we get to know of an update. This inconsistency does demotivate the sales team, because there is a lot of time and effort that goes towards submitting a sale. In the end if the file gets returned due to a new update can be quite demotivating.

- **Proof of income:**  As a part of the compliance process, one has to submit the proof of income. But in cases like client being unemployed, part time worker, uber driver or receives payments in cash, a self-declaration is required, however, these are rejected by compliance team for various reasons.

- **Unemployed verification calls:**  As a protocol, clients receive calls from Compliance team however, many times it has been observed that these calls are done with a preconceived notion. While fact need to be addressed and investigated by the compliance team, but being condescending while doing so, only leads to cancellation of file which again is a loss of revenue.

- **TAT for approvals not consistent**: In the recent past, there has been constant inconsistency when it comes to approving files. There have been days wherein as many as 30 files have been left in submitted status with only 4 or 5 submitted sales approved. Such inconsistent TAT with respect to approvals makes it quite difficult to get productivity from affiliates.

- **Retrieve FSA after approval of sale:**  If the TAT on approval being inconsistent isn't enough, the sales reps also have to retrieve the FSA months after submitting the sale. To begin with the FSA is verified once the sale is submitted, and the job of sales team should end there. However, providing the information or calling the client, every time there is a change in FSA should not be coming under the KRA of the sales team. There have been cases wherein the compliance team have paused after a few payments just because the FSA was changed by the client. Pausing the payments is a revenue loss for all of us. Then again it becomes a cat and mouse game wherein the client has to be called in order to retrieve the FSA.

EXHIBIT 26
Page 138

- **Files cancelled without a chance to retain:** we understand that client do have a change of heart, however, many a times, the compliance team cancels the file without even giving us a chance to retain the client. The refund is initiated and thus it become an uphill task to convince the client to continue. As mentioned above, there is a lot of work that goes behind every sale, losing it without a chance to save it can be quite disheartening.

- **Payments not posted on time**:  Another matter of concern is that the payments are not getting posted on time. We are informed that the payments are posted on hourly slots, it becomes quite a concern when request sent doesn't get processed for over 2 hours. Please note that there is a constant follow up that goes behind a reschedule of a payment, but if the same doesn't get posted, brings the morale down of the whole team.

- **DNH issues:** This issue has been contributing towards majority of our worries recently. Payments going NSF due to merchant issues has been on the rise. In fact the DNH ratio has been on the rise and almost contributing 60-70% of NSF. Of course the reschedule team calls on these client and the client also diligently try and authorize the transactions, but many a times comes back as DNH with the banks informing the client that these are fraudulent transactions. Such an information from the bank puts a seed of doubt in the client's mind and these have led to cancellations. In the end it effects the overall revenue as a cancelled client is a lost opportunity.

Thanks,

**Gary**

**US Financial Freedom Center**

500 Ygnacio Valley Road,

Suite 430, Walnut Creek, CA 94596

Direct    : 925.404.8078

Tel        : 844.358.8733

Fax        : 925.271.8352



EXHIBIT 26
Page 139

EXHIBIT 27

*Federal Trade Commission v. American Financial Support Services, Inc., et al.*
Receivership Initial Accounting Records Review
Lisa Jones, CIRA, CFE
November 14, 2019

On November 6, 2019, I, along with other members of the Receiver's team, gained access to the office of Arete Financial Group ("Arete"), located on East Dyer Road in Santa Ana, California.  On the same day, I gained access to the online QuickBooks records for Arete Financial and on November 7, 2019, I gained access to the online QuickBooks records for 1File.org ("1File"), which I refer to collectively here as the "Receivership Defendants".  The Receivership Defendants had a separate online QuickBooks file for each of these two entities. We have only a portion of the bank statements from the financial institutions for Arete and 1File. Below is my preliminary analysis of the Receivership Defendants' financial records.

I have not spoken with any accounting personnel nor was I able to locate an office space that appeared to be dedicated to the accounting function.  Based on the defendants' email communication, it appears that the accounting function may have been outsourced to a contractor, who worked with the defendants until March 2019.  Based on my initial review of the QuickBooks files, it appears that few transactions have been entered in 2019.

I understand that a customer relationship management ("CRM") software, Debt Pay Pro, was used by the Receivership Defendants.  The revenue generated by the student loan debt relief services, along with the revenue generated from the defendants' debt settlement services, is compiled in the CRM software.  The Receivership Defendants used WorldPay, a merchant processor, to process the customer payments.  The Receivership Defendants used Debt Pay Gateway, an independent account management service, for its debt settlement customer payments.

Consumers were charged a fee by the defendants for student loan debt relief services, which fees could be paid by the consumer over a period of months.  There is no indication that the fees were placed into an escrow account until a service was provided by the defendants to the consumers.  After paying the initial fees, the consumers would then pay a set amount each month for "maintenance fees".  It appears that the maintenance fees were to be collected monthly for the life of the loan.  Per the defendants' email communications, the sales of student loan debt relief services stopped in late July, 2019; however, recertification processing and the collection of the "maintenance fees" has continued.

Although there appear to be several entities related to Arete, I only have access to the QuickBooks files for two entities, Arete and 1File.

1.  Arete Financial Group d/b/a Arete Financial Freedom

Per the QuickBooks records, there are four bank accounts associated with Arete.  All bank accounts are with Bank of America.

The first transactions in QuickBooks were two deposits totaling $500.00 recorded on March 6, 2017.  Each deposit was recorded as an "owner's investment".  Deposits recorded in

1

EXHIBIT 27
Page 140

QuickBooks consist, largely, of income from WorldPay, a merchant processor, and Debt Pay Gateway, an independent account management service.  It appears that customer payments are routed directly to Debt Pay Gateway, then forwarded to Arete's bank account.  The first deposits by Debt Pay Gateway occurred in September 2017.

In addition to the March 2017 "owner's investment" deposits, there were additional deposits recorded through October 2017, and each deposit was recorded as an "owner's investment".   In 2017, each of the five owners was credited with an investment of $140,000.  There were deposits recorded in 2018, bringing the "Partner Contributions" to $150,000 per owner.  Per the Balance Sheet for the date ending November 6, 2019, "Partner Contributions" total $750,000 and "Partner Distributions" total $105,000.

The last deposit was recorded in QuickBooks on January 10, 2019.  There have been over nine months of deposits into the bank accounts that have not been recorded in QuickBooks; therefore, the income of Arete will be understated in QuickBooks.

The latest entry in QuickBooks was recorded on November 6, 2019 and recorded the purchase of monitors.  There were only seven entries, all recording expenses, in October 2019.  There were only five entries in September 2019, one of which was a journal entry recording payroll expenses.  There are no rent expenses recorded in 2019 and there is only one recorded payment to a telecommunication company in 2019.  The expenses, like the income of Arete, will be understated in QuickBooks.

From March 6, 2017 through November 6, 2019, income reported by Arete, per QuickBooks, totaled $12,629,618, while expenses totaled $16,505,840, leaving Arete with a significant net loss.  Among the expenses recorded were payments, described in QuickBooks as "Guaranteed Payments", to other owner-controlled entities totaling $1,526,729.  The payroll expenses totaled $5,112,503, while reported payments for "contractor labor" totaled $2,395,178.  The advertising and promotional expenses totaled $4,662,376.  The expenses listed above total $13,696,786.

Arete's income has been generated by student loan debt relief services and consumer debt settlement services.  Based on the QuickBooks data alone, it is not possible to verify the amount of income derived from each of the two business models.  Within QuickBooks, the income is categorized as, "Revenue – Gateway" and "Revenue – WorldPay".

Arete utilized a merchant processor, WorldPay, to process payments from consumers.  The revenues from WorldPay, per QuickBooks, total $7,721,188.  The revenue reported from the Debt Pay Gateway totals $4,848,144.  The Profit and Loss Statement as of November 6, 2019 includes income from Equitable Acceptance Corporation in the amount of $83,697.  Arete maintained a bank account named, "Arete Financial Group, LLC, Settlement Fees/MSS" into which Equitable payouts were deposited.  The bulk of the Equitable Acceptance transactions occurred during the last quarter of 2017, with little to no activity since that time.

The largest advertising and marketing vendors, along with amounts reportedly paid, were In*Synergy Direct ($901,692), Dx Media Direct ($853,289), and Pub Club Leads ($699,955).

2

EXHIBIT 27
Page 141

Another vendor, Five Marketing Group, was reportedly paid a total of $581,442; however, it appears that the expenses related to Five Marketing are overstated.

On November 6, 2018, there was a $50,000 payment recorded as an expense paid to Five Marketing.  Per the bank statement, this transaction was actually a transfer to Indigo European Motorcars.  On November 15, 2018, there was another expense in the amount of $8,000 attributed to Five Marketing.  Per the bank statement, these funds were transferred to Premier Solutions Servicing.  It appears that, based on the transaction descriptions in QuickBooks, the payments made to Five Marketing actually total about $112,997.

Further investigation and review of the bank statements is necessary in order to determine the actual amounts paid to vendors and to other parties. Additionally, large payments were made to American Express, which statements will have to be reviewed in order to determine the extent of personal spending versus business spending.

Attached as Exhibit A is the Arete Financial Profit and Loss Statement and Balance Sheet for all dates.

2.  1File.org

Per the QuickBooks records, there are nine bank accounts for 1File.  The bank accounts appear to be in the name of La Casa Bonita Investments, LLC ("La Casa Bonita").  Per the Balance Sheet, the balance of the bank accounts is a negative $216,074.

The first entry in QuickBooks was recorded on July 14, 2014, described as "opening balance from bank" in the amount of $1,695.59.  The last entry was recorded on November 8, 2019, described as a tax payment.

The last deposit recorded in QuickBooks was dated December 31, 2018.  There were no deposits recorded in 2019; however, there were expenses recorded until November 8, 2019.

Per the QuickBooks records, the total income reported for 1File is $24,303,904, and gross profit totals $23,614,469.  The income reported in QuickBooks consists, predominately, of deposits from WorldPay, a merchant processor.  The expenses total $23,830,604 generating a net loss of $259,316.  Based on the transactions listed on the bank statements, the QuickBooks records appear to be incomplete.

The income reported on the 1File Profit and Loss Statement is categorized as "Service/Fee Income", and is further broken down into four categories:  1 File, Act 2021, Branch 1, and PSS.  It appears that PSS refers to Premier Solutions Servicing.  The income reported for each of the 4 categories is listed in the chart below.

3

EXHIBIT 27
Page 142

### 1FILE.ORG
#### Total Sales

| Category | Period | Income Reported |
|---|---|---|
| Sales | 07/14/14 - 12/31/15 | 4,401,220.00 |
| 1 File | 01/04/16 - 12/31/18 | 11,594,417.85 |
| Acct 2021 | 02/17/16 - 04/29/16 | 1,076.09 |
| Branch 1 | 02/18/16 - 12/31/18 | 3,242,996.18 |
| PSS | 01/04/16 - 12/31/18 | 5,832,557.69 |
| Total Sales | | 25,072,267.81 |

While the total sales exceed $25,000,000, the total affiliate payouts are $18,289,024. The affiliate receiving the highest payout is US Financial Freedom Center, Inc. ("USFFC"), with reported payments to "Affiliate Payout-USFFC" totaling $9,619,814. While reviewing the reported payments to "Affiliate Payout – LOC", I found payments that, per the bank statements, were wired to USFFC; therefore, it appears that the total payouts under the "Affiliate Payout-USFFC" account may be understated. In the month of March, 2017, there were also three payments, each recorded as an "Affiliate Payout", that were actually wired to Platinum Auto Group.

It appears that 1File processed payments through WorldPay on behalf of US Financial Freedom Center ("USFFC"). A spreadsheet named, "USFFC – Payout - 2018", found on a computer of the one of the defendants, lists funds collected from consumers and the fees charged by 1File to process those funds. The spreadsheet appears to include two categories: one category for collection from customers of initial fees and a second category for collection from customers of monthly fees. It appears that for the collection of initial fees, 1File charged USFFC a flat fee of either $65 or $115 for collection of the first payment, and $50 for the collection of the second payment. 1File also charged USFFC fees for the collection of, what appear to be, monthly service fees paid by the customers. 1File charged a 33% fee to USFFC for each monthly payment received from the customer. It appears that 1File charged 100% of the monthly fee during the month when the recertification is filed.

Per the spreadsheet, calculations were performed weekly to determine the total fees collected from the customers. The fees charged by 1File were deducted from the total, along with 5.25% of the total amount collected to cover the merchant processing fees incurred by 1File. The balance would then be wired, on an almost weekly basis, from 1File's La Case Bonita bank account to US Financial Freedom Center.

Similar services were performed for other companies. Based on the September 2018 calculations, 1File collected approximately $298,900 from USFFC customers and wired funds in the amount of $191,000 to USFFC, keeping about $107,900, approximately 36% of the total collected, for their fees. Per the spreadsheet, the customer payments cleared within one week prior to the transfer of the net funds to USFFC. It appears that the funds collected from customers were deposited into 1File's La Casa Bonita bank account, and funds were wired out to USFFC from that same bank account.

4

EXHIBIT 27
Page 143

The same pattern of deposits and withdrawals appears in another of 1File's La Casa Bonita bank accounts.  For example, in September and October 2018, there are numerous deposits from WorldPay, and there are almost weekly outgoing wires to Premier Solutions Servicing.  The outgoing wires to Premier Solutions Servicing are the largest withdrawals from the account.

1File's largest expense was for affiliate payouts, in the amount of $17,976,598.  Their second largest expense was for payroll, in the amount of $1,501,973, followed by advertising expenses in the amount of $852,566.  Most of the advertising expenses were incurred in 2015 through 2016.

3.  <u>Bank Statement Analysis</u>

A review of the Bank of America bank statements for Arete (bank account number ending x9334) for the period January 1, 2019 through May 31, 2019, identifies transfers to the Arete bank account ending x9321, which is the same account into which the student loan debt relief income is also deposited via the WorldPay merchant processor.  Transfers for this five-month period in 2019 total $3,931,640.

A review of the Bank of America bank statements for Arete (bank account number ending x9321) for the period March 14, 2018 through May 31, 2019, identifies transfers to the defendants, entities controlled by the defendants, and related entities.  Below is a chart summarizing the transfers for this period.

Arete Financial Group
Transfers from Bank of America account ending x9321
Period March 4, 2018 through May 31, 2019

| Transfers from Arete Financial Group to the following: | |
|---|---|
| AZ Marketing and Management Group | $     65,100.00 |
| Carey Howe | $   617,363.00 |
| Diamond Choice, Inc. | $   497,640.00 |
| Loc Phu | $   532,860.00 |
| Premier Solutions Servicing | $   276,585.00 |
| Ruddy Palacios | $   258,775.00 |
| Shunmin Hsu (American Express )* | $ 3,014,239.00 |
| Student Loan Pro | $   512,820.00 |
| Summit Holding Group | $   451,669.00 |

*Payments were made to American Express, indicating the individual name of Shunmin Hsu, per the bank statements.
 The payments often occurred on the same day and in similar amounts as those tranferred to other defendants.
 Review of the American Express statements has not been completed.

In addition to the amounts transferred shown in the chart above, there were additional transfers discovered.  Per email communication discovered on the computer of one of the defendants, funds were transferred during the month of October 2019 from Arete to several defendants and defendant controlled entities.  The defendant and amount transferred is listed below.

5

EXHIBIT 27
Page 144

- AZ Marketing and Management Group      $210,000
- Diamond Choice, Inc./Ruddy Palacios      $205,945
- Fusion Graphics      $300,000
- Loc Phu      $140,000
- Summit Holding Group      $193,945

It appears that Fusion Graphics is controlled by Carey Howe.

A review of the Bank of America bank statements for 1File's La Casa Bonita bank account, for the period January 1, 2018 through May 31, 2019, identifies transfers to defendants and to entities controlled by the defendants.  Below is a chart summarizing the transfers for this period.

1File

Transfers from La Casa Bonita Investments, LLC to Defendants

Bank of America, Account ending x8770 and x5674

For the Period January 1, 2018 through May 31, 2019

| | |
|---|---|
| Transfers to Cary Howe and Howe Family Trust | $   473,382.00 |
| Transfers to MJ Wealth Solutions, LLC | $   846,099.00 |
| Total transfers to Defendants | $ 1,319,481.00 |

During the period March 28, 2017 through January 16, 2018, there were transfers from 1File's La Casa Bonita bank account to Arete's bank account totaling $150,909.  During the same period and through the same bank accounts, Arete transferred $50,000 to 1File.

4.   Defendant Controlled and Related Entities

Below is a chart listing the entities and the names of the individuals associated with those entities.

| Entity | Individual |
|---|---|
| AZ Marketing and Management Group | Syed F. Gilani |
| Diamond Choice, Inc. | Ruddy Palacios |
| MJ Wealth Consulting, LLC | Shunmin Hsu |
| Premier Solutions Servicing | J&L Enterprise, LLC/Oliver Pomazi/Loc Phu |
| Student Loan Pro | Judith Noh |
| Summit Holding Group | Shunmin Hsu |

5.   Summary

Funds from WorldPay have been deposited into 1File's La Casa Bonita bank account and into Arete's bank account ending x9321.  It appears that WorldPay is the merchant processor used for the student loan debt relief payments.  Funds from Debt Pay Gateway, which appear to

6

EXHIBIT 27
Page 145

be funds collected from debt settlement customers, have been deposited into Arete's bank account ending x9334, much of which are subsequently transferred to Arete's bank account ending x9321.  It appears that funds derived from debt settlement services ultimately reside in the same bank account as funds derived from student loan debt relief services.  There are expenses paid from the Arete bank account ending x9321; however, it is unclear which expenses are related to student loan debt relief services and which are related to debt settlement services.  There were also transfers to defendants and defendant controlled entities from Arete's bank account x9321, which contains funds from both debt settlement and student loan debt relief service.

Further investigation and analysis is required to verify the income generated by student loan debt relief versus debt settlement services.  Additionally, further analysis of the financial statements is required in order to clarify the expenditures of each entity, as it appears that expenses were not accurately recorded.

7

EXHIBIT 27
Page 146

# Exhibit A

EXHIBIT 27
Page 147

# Arete Financial

## PROFIT AND LOSS

### All Dates

|  | TOTAL |
|---|---|
| **Income** | |
| Charge Back - World Pay | -137,041.35 |
| Other Revenue - Miscellaneous | 111,786.91 |
| Revenues - Equitable Accepatnce | 83,697.16 |
| Revenues - Gateway | 4,848,144.13 |
| Revenues - Worldpay | 7,721,187.63 |
| Sales of Product Income | 1,843.87 |
| **Total Income** | **$12,629,618.35** |
| **GROSS PROFIT** | **$12,629,618.35** |
| **Expenses** | |
| Accounting | 27,500.00 |
| Intuit Accounting Fee | 328.63 |
| **Total Accounting** | **27,828.63** |
| Advance | -1,707.19 |
| Advertising/Promotional | 3,688.38 |
| Advertising & Marketing-Groupon | 100.20 |
| Advertising - Data Leads | 5,863.16 |
| Advertising - Direct Mail | 82,992.00 |
| Advertising - Godady | 1,219.08 |
| Advertising - Hello Conversion | 9,000.00 |
| Advertising - IGrant | 195,220.00 |
| Advertising - Mailers | 357,407.76 |
| Advertising - WGW Inc. | 61,000.00 |
| Advertising - Ziprecruter | 3,456.00 |
| Advertising -Powers Marketing Group | 51,600.00 |
| Advertising -Trans Union | 50,022.20 |
| Advertising _ In*Synergy Direct | 901,691.89 |
| Advertising-Debt Pay Inc | 74,701.04 |
| Advertising-Face Book | 38,556.60 |
| Advertising-Five Marketing Group | 581,441.51 |
| Advertising-Idea Engine Marketing | 188,950.61 |
| Advertising-Media Direct | 1,032,952.73 |
| Contractors-Darla Telles | 8,014.82 |
| **Total Advertising-Media Direct** | **1,040,967.55** |
| Advertising-Pub Club Leads | 699,954.78 |
| Advertising-Stratistic Network | 4,844.67 |
| Advetising - Maksys LLC | 238,359.33 |
| Contractors-Andrew Mestas | 5,464.95 |
| Intellectual Inc | 2,250.00 |
| **Total Advetising - Maksys LLC** | **246,074.28** |
| Conventions | 5,909.00 |
| Craigslist | 3,395.00 |
| Live Calls Media | 14,320.46 |

|  | TOTAL |
|---|---|
| Seafront Marketing | 40,000.00 |
| **Total Advertising/Promotional** | **4,662,376.17** |
| Affiliate Payout - Premier Solutions | 133,954.48 |
| Auto Expense | 29.20 |
| Bank Charges & Fees | 9,499.45 |
| Gateway | 43,570.29 |
| Worldpay | 36,293.50 |
| **Total Bank Charges & Fees** | **89,363.24** |
| Car & Truck | 3,499.60 |
| Commssions Payment | 55,175.85 |
| Contract Labor | 2,395,178.02 |
| Asaya Consulting Group | 12,500.00 |
| Contractors - Abuhamda | 4,500.00 |
| **Total Contract Labor** | **2,412,178.02** |
| Contractors-Adrian Perez | 10,600.00 |
| Contractors-Jerry Tor | 8,544.00 |
| Credit Reporting | 4,932.00 |
| Credit Reporting - SVC | 49,195.25 |
| Credit Reporting- Equinox | 5,310.60 |
| **Total Credit Reporting** | **59,437.85** |
| Dues and Membership | 5,744.39 |
| Employee Benefits | 200.00 |
| Equipment Lease Pmt- Enverto | 9,177.60 |
| Equitable | 196.00 |
| Fuel Expenses | 685.23 |
| Gifts / Incentives | 18,986.39 |
| Guaranteed Payments | |
| Guaranteed Pmt - Summit Holding Group | 272,599.41 |
| Guaranteed Pmt- Diamond Choice | 258,263.00 |
| Guaranteed Pmt-Fusion Graphic | 302,545.44 |
| Guaranteed Pmt-Premier Solutions | 276,056.51 |
| Guaranteed Pmt-Student Loan Pro | 417,264.20 |
| **Total Guaranteed Payments** | **1,526,728.56** |
| Health Insurance | -34,330.87 |
| Insurance | 36,243.04 |
| Interest Paid | 22,960.75 |
| Invoice Billing | 26,506.58 |
| Job Supplies | 3,237.33 |
| Legal & Professional Services | 156,130.82 |
| Legal Network | 6,075.00 |
| Square Cap Finacial Solutions | 40,891.65 |
| United Advocates Inc | 14,312.73 |
| **Total Legal & Professional Services** | **217,410.20** |
| Meals & Entertainment | 93,460.83 |
| Employees Luncheon | 14,425.34 |
| **Total Meals & Entertainment** | **107,886.17** |
| Office Supplies | 23,943.86 |
| Computers | 37,940.00 |
| Office Supplies & Software | 93,462.12 |

| | TOTAL |
|---|---|
| Office Supplies- Coffee Room | 2,730.57 |
| **Total Office Supplies** | **158,076.55** |
| Operational | 2,939.20 |
| Other Business Expenses | 17,908.28 |
| Outside Services | 24,638.23 |
| Employment Ads | 1,053.50 |
| Outside Services - Credit Reporting | 38,901.66 |
| Outside Services - Restoration Hardware | 3,782.46 |
| Outside Services-Shered It | 1,167.78 |
| **Total Outside Services** | **69,543.63** |
| Payroll Expenses | |
| Bonus | 50.00 |
| Bonus - 200 | 160.00 |
| Bonus - 300 | 400.00 |
| Bonus - 301 | 33,825.00 |
| Bonus - 400 | 19,746.81 |
| Bonus - 425 | 2,100.00 |
| Bonus - 450 | 19,876.20 |
| Bonus - 475 | 3,700.00 |
| Bonus - 804 | 13,881.50 |
| Comm - 300 | 6,015.00 |
| Comm - 301 | 414,690.23 |
| Comm - 400 | 689,461.80 |
| Comm - 425 | 569.80 |
| Comm - 450 | 1,494,606.84 |
| Comm - 475 | 180.00 |
| Comm - 804 | 18,984.42 |
| Draw - 301 | 101,860.75 |
| Draw - 400 | 221,332.30 |
| Draw - 450 | 534,905.27 |
| Draw - 804 | 18,664.34 |
| Garnishment | -1,607.09 |
| Holiday | 17,796.00 |
| Misc - 804 | -600.00 |
| Misc - Key Fob | -5,114.35 |
| OT Prem - 301 | 9,296.38 |
| OT Prem - 400 | 30,639.56 |
| OT Prem - 450 | 73,060.00 |
| OT Prem - 804 | 70.60 |
| Overtime - 200 | 3,736.85 |
| Overtime - 300 | 7,351.10 |
| Overtime - 301 | 2,950.59 |
| Overtime - 400 | 10.40 |
| Overtime - 425 | 28,591.52 |
| Overtime - 450 | 539.94 |
| Overtime - 475 | 6,723.78 |
| Overtime - 600 | 1,802.51 |
| Overtime - 804 | 10,506.77 |
| Regular - 200 | 29,668.85 |
| Regular - 300 | 166,674.44 |

EXHIBIT 27
Page 150          3/4

|  | TOTAL |
|---|---|
| Regular - 301 | 42,237.74 |
| Regular - 400 | 2,439.32 |
| Regular - 425 | 337,254.29 |
| Regular - 450 | 13,763.87 |
| Regular - 475 | 237,783.68 |
| Regular - 500 | 12,944.20 |
| Regular - 600 | 65,130.52 |
| Regular - 804 | 248,415.22 |
| Salary | 2,500.00 |
| Salary - 301 | 18,617.64 |
| Salary - 450 | 46,200.00 |
| Salary - 475 | 98,108.74 |
| Salary - 500 | 10,000.00 |
| **Total Payroll Expenses** | **5,112,503.33** |
| Payroll Processing Expenses | 10,996.37 |
| Payroll Taxes | 749,305.57 |
| Postage & Freight | 2,626.03 |
| Rent & Lease | 205,267.23 |
| Repairs & Maintenance | 39,530.19 |
| Resue One Lending | 54,387.13 |
| Salaries & Wages | 240,806.29 |
| Taxes & Licenses | 23,030.88 |
| Telephone | 45,786.59 |
| Telephone - AT&T | 35,374.92 |
| Telephone - Ring Central | 5,741.65 |
| Telephone - Y Tell | 176,369.30 |
| Telephone-Shoretell | 100,524.28 |
| **Total Telephone** | **363,796.74** |
| TPV Recordings | 356.45 |
| Training | 625.00 |
| Travel | 41,626.95 |
| Uncategorized Expense | 2,874.24 |
| Utilities | 5,214.32 |
| Workers Comp | 1,514.04 |
| **Total Expenses** | **$16,505,839.64** |
| **NET OPERATING INCOME** | **$ -3,876,221.29** |
| Other Expenses | |
| Other Miscellaneous Expense | 2,114.36 |
| Reconciliation Discrepancies | 24,051.63 |
| **Total Other Expenses** | **$26,165.99** |
| **NET OTHER INCOME** | **$ -26,165.99** |
| **NET INCOME** | **$ -3,902,387.28** |

# Arete Financial

## BALANCE SHEET

### All Dates

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| Business Advantage 9334 | -20,730.45 |
| Business Checking(9321) | 361,585.49 |
| Business Payroll (9768) | 54,604.64 |
| EquitablexAffiliates  9917 | 13.00 |
| **Total Bank Accounts** | **$395,472.68** |
| Other Current Assets | |
| Employee Cash Advances | -516.52 |
| **Total Other Current Assets** | **$ -516.52** |
| **Total Current Assets** | **$394,956.16** |
| Fixed Assets | |
| Furniture & Fixtures | 108,117.17 |
| Cubicals | 58,631.00 |
| Furniture | 23,828.00 |
| **Total Furniture & Fixtures** | **190,576.17** |
| Leasehold Improvement | 11,398.60 |
| Wiring Computer, Telephone | 17,632.00 |
| **Total Leasehold Improvement** | **29,030.60** |
| Workstations | |
| Computers and Printers | 26,004.25 |
| Telephone System | 14,272.00 |
| Television | 16,775.00 |
| **Total Workstations** | **57,051.25** |
| **Total Fixed Assets** | **$276,658.02** |
| Other Assets | |
| Deposits - Rent | 17,625.85 |
| **Total Other Assets** | **$17,625.85** |
| **TOTAL ASSETS** | **$689,240.03** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| Arete Amex Platinum | 51,768.09 |
| Capital One Sparks Cash | 293.30 |
| Chase Mike - 2190 | -24,731.23 |
| Chase Rudy - 4137 | 12,517.83 |
| **Total Credit Cards** | **$39,847.99** |
| Other Current Liabilities | |
| La Casa Bonita Inv | 4,824.00 |
| Payroll Clearing Account | 4,324,953.65 |

| | TOTAL |
|---|---|
| Payroll Liabilities | |
| CA PIT / SDI | 0.00 |
| CA SUI / ETT | 0.00 |
| Federal Taxes (941/944) | -309,931.93 |
| Federal Unemployment (940) | 0.00 |
| **Total Payroll Liabilities** | **-309,931.93** |
| **Total Other Current Liabilities** | **$4,019,845.72** |
| **Total Current Liabilities** | **$4,059,693.71** |
| Long-Term Liabilities | |
| Notes Payable - Enverto | -8,975.60 |
| **Total Long-Term Liabilities** | **$ -8,975.60** |
| **Total Liabilities** | **$4,050,718.11** |
| Equity | |
| Opening Balance Equity | -104,070.80 |
| Owner's Investment | 0.00 |
| Owner's Pay & Personal Expenses | -20.00 |
| Partner Contributions | |
| Partner Contributions - Carey Howe | 150,000.00 |
| Partner Contributions - Diamond Choice LLC | 150,000.00 |
| Partner Contributions - Judith Noh | 150,000.00 |
| Partner Contributions - Loc Phu | 150,000.00 |
| Partner Contributions - Shunmin Hsu | 150,000.00 |
| **Total Partner Contributions** | **750,000.00** |
| Partner Distributions | |
| Partner Distributions - Carey Howe | -15,000.00 |
| Partner Distributions - Diamond Choice LLC | -65,000.00 |
| Partner Distributions - Judith Noh | -10,000.00 |
| Partner Distributions - Shunmin Hsu | -15,000.00 |
| **Total Partner Distributions** | **-105,000.00** |
| Retained Earnings | |
| Net Income | -3,902,387.28 |
| **Total Equity** | **$ -3,361,478.08** |
| **TOTAL LIABILITIES AND EQUITY** | **$689,240.03** |

# Exhibit B

EXHIBIT 27
Page 154

# 1FILE.ORG

## PROFIT AND LOSS
### All Dates

| | TOTAL |
|---|---|
| **Income** | |
| Charge Back/ CB Refund - 1 File | -327,713.57 |
| Charge Back/ CB Refund - PSS | -72,610.93 |
| Charge Back/Refund - Branch 1 | -39,542.59 |
| Gross Receipts | -253,974.47 |
| Sales | 4,401,220.00 |
| Service/Fee Income 1 File | 11,594,417.85 |
| Service/Fee Income Act 2021 | 1,076.09 |
| Service/Fee Income Branch 1 | 3,242,996.18 |
| Service/Fee Income PSS | 5,832,557.69 |
| **Total Sales** | **25,072,267.81** |
| Services | -155.34 |
| Unapplied Cash Payment Income | -75,609.00 |
| Uncategorized Income-1 | 1,242.50 |
| **Total Income** | **$24,303,904.41** |
| **Cost of Goods Sold** | |
| Subcontractors - COS | 120,111.10 |
| CBC CONGLOMERATE | 400.00 |
| Subcontractors - Steve Gonzales | 13,819.47 |
| Subcontractors - Andy Poon | 17,653.63 |
| Subcontractors - Austin Kruitbosch | 900.00 |
| Subcontractors - Bryan Lam | 19,919.13 |
| Subcontractors - Cassandra Nelson | 3,300.00 |
| Subcontractors - COS - B | 180,546.90 |
| Subcontractors - Gary Stacey | 8,109.60 |
| Subcontractors - Gina Phung | 6,849.00 |
| Subcontractors - Jason Aguirre | 1,008.00 |
| Subcontractors - Justin Hwang | 3,239.00 |
| Subcontractors - Mark Kruitbosch | 16,752.22 |
| Subcontractors - Michael Bourland | 100.00 |
| Subcontractors - Michael Vu | 23,906.83 |
| Subcontractors - Miles Zook | 581.23 |
| Subcontractors - Pedro Rossell | 7,487.49 |
| Subcontractors - Robert Flinn | 2,607.50 |
| Subcontractors - Shunmin Hsu | 196,500.22 |
| Subcontractors - Thoai Nguyen | 1,261.99 |
| Subcontractors - Tim Beebe | 10,141.65 |
| Subcontractors - Tony Chen | 1,980.96 |
| Subcontractors - Tuong Nguyen | 28,743.87 |
| Subcontractors - Warren Ly | 890.00 |
| Subcontractors - Yessenia Alvarez | 9,122.02 |
| Subcontractors- Chi Truong | 13,503.14 |
| **Total Subcontractors - COS** | **689,434.95** |

| | TOTAL |
|---|---|
| **Total Cost of Goods Sold** | **$689,434.95** |
| GROSS PROFIT | **$23,614,469.46** |
| Expenses | |
| Accounting Expenses | 18,060.00 |
| Advertising | 258,338.58 |
| Advertising - Chad | 77,840.75 |
| Advertising - Debt Pay Inc | 73,400.00 |
| Advertising - DR | 31,842.75 |
| Advertising - Facebook | 850.59 |
| Advertising - HeyGoTo | 82,174.59 |
| Advertising - LRG | 15,104.00 |
| Advertising - Philippines Call Center | 67,789.00 |
| Advertising - PUBCLUB | 212,885.38 |
| Advertising - Stephen Norris | 6,660.00 |
| Advertising - WGW Co | 20,000.00 |
| Advertising- Craig List | 280.00 |
| YZAZ | 5,400.00 |
| **Total Advertising** | **852,565.64** |
| Advertising/Promotional | 35,597.20 |
| Affiliate Payout | 128,594.78 |
| Affiliate Payout - Branch 5 | 42,514.15 |
| Affiliate Payout - First Federal Loan | 16,000.00 |
| Affiliate Payout - LOC | 5,981,495.65 |
| Affiliate Payout - MJ Wealth | 2,186,548.34 |
| Affiliate Payout - Student Loan Advocate | 1,630.68 |
| Affiliate Payout - USFFC | 9,619,814.24 |
| **Total Affiliate Payout** | **17,976,597.84** |
| Affiliate Payout - First Federal Loan | 5,564.42 |
| Affiliate Payout -SDS | 306,861.70 |
| Art Consultations | 2,500.00 |
| Auto Lease Expenses | 28,685.07 |
| Bank Charges | 15,876.54 |
| GATEWAY | 76,963.61 |
| Wire Transfer Fees | 60,530.70 |
| Worldpay | 197,995.16 |
| **Total Bank Charges** | **351,366.01** |
| Commissions & fees | 5,286.21 |
| Consulting Services - BH | 156,000.00 |
| Consulting-Root Sciences | 47,000.00 |
| Contract Processing | 447,417.54 |
| Donation | 3,483.87 |
| Dues & Subscriptions | 2,945.87 |
| Dues & Subscriptions- SAS | 179,904.74 |
| **Total Dues & Subscriptions** | **182,850.61** |
| Freight & Delivery | 92.27 |
| Guaranteed Pmt | 764.86 |
| Guaranteed Pmt - BH | 270,675.35 |
| Guaranteed Pmt - CH | 457,093.00 |
| Guaranteed Pmt - JT | 17,661.00 |

EXHIBIT 27
Page 156

| | TOTAL |
|---|---|
| Guaranteed Pmt - SH | 21,261.00 |
| **Total Guaranteed Pmt** | **767,455.21** |
| Insurance | 22,495.35 |
| Insurance - Disability | 594.00 |
| Insurance - Liability | 1,720.00 |
| Interest Expense | 4,785.43 |
| Loan Payments - Bruce Hood | 114,972.62 |
| Loan Payments - Carey Howe | 97,386.04 |
| **Total Interest Expense** | **217,144.09** |
| Job Materials | 7,706.72 |
| Leads | 6,883.94 |
| Legal & Professional Fees | 95,845.27 |
| Meals and Entertainment | 23,608.40 |
| Office Expenses | 69,800.10 |
| Auto Expenses - Gas Toll | 1,359.47 |
| **Total Office Expenses** | **71,159.57** |
| Office/General Administrative Expenses | 21,290.83 |
| Other General and Admin Expenses | 11,425.48 |
| Outside Services | 3,416.21 |
| Partner Draw | 6,500.00 |
| Payroll Expenses | 26,946.00 |
| Company Contributions | |
| Health Insurance | 5,625.07 |
| **Total Company Contributions** | **5,625.07** |
| Payroll Processing | 1,925.85 |
| Taxes | 164,827.09 |
| Wages | 1,302,649.50 |
| **Total Payroll Expenses** | **1,501,973.51** |
| Promotional | 3,267.69 |
| Rent or Lease | 205,785.55 |
| Repair & Maintenance | 7,959.08 |
| Shipping and delivery expense | 245.87 |
| Supplies | 603.58 |
| Taxes & Licenses | 842.00 |
| Tools | 52.40 |
| Travel | 39,048.47 |
| Travel Meals | 21.76 |
| Unapplied Cash Bill Payment Expense | 838.00 |
| Uncategorized Expense | 278,240.51 |
| Utilities | 10,024.54 |
| Utilities - FAX | 11,686.61 |
| Utilities - Phone | 92,507.23 |
| **Total Utilities** | **114,218.38** |
| WebDev | 334.10 |
| **Total Expenses** | **$23,830,604.35** |
| NET OPERATING INCOME | **$ -216,134.89** |
| Other Income | |
| Other Ordinary Income | 81.00 |

| | TOTAL |
|---|---|
| **Total Other Income** | **$81.00** |
| Other Expenses | |
|   Reconciliation Discrepancies | 43,262.37 |
| **Total Other Expenses** | **$43,262.37** |
| NET OTHER INCOME | **$ -43,181.37** |
| NET INCOME | **$ -259,316.26** |

# 1FILE.ORG

## BALANCE SHEET

### All Dates

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| BRANCH 1 - Acct 5674 | 67,831.32 |
| Business Advantage | -3,213.00 |
| CHK-1FILE | -232,319.52 |
| CHK-1FILE - Act 8770 | -91,461.00 |
| LAW SUIT | 51.37 |
| NationalSS | 3,233.31 |
| Petty Cash | 5,000.00 |
| PSS - Act 8783 | 34,775.29 |
| Tax Saving | 28.22 |
| **Total Bank Accounts** | **$ -216,074.01** |
| Accounts Receivable | |
| Accounts Receivable - Arete Financial | -60,000.00 |
| **Total Accounts Receivable** | **$ -60,000.00** |
| Other Current Assets | |
| Garnishment | 282.21 |
| Payroll Refunds | 3,975.34 |
| Uncategorized Asset | -366.65 |
| **Total Other Current Assets** | **$3,890.90** |
| **Total Current Assets** | **$ -272,183.11** |
| **TOTAL ASSETS** | **$ -272,183.11** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| BIZ CARD | -13,007.52 |
| Capital One  1129 | 3,196.41 |
| Capital One 1067 | 9,208.88 |
| **Total Credit Cards** | **$ -602.23** |
| Other Current Liabilities | |
| Direct Deposit Payable | 0.00 |
| Payroll Liabilities | -1,471.67 |
| CA PIT / SDI | 0.00 |
| CA SUI / ETT | 177.42 |
| CA WITHHOLDING ORDER | 9,117.24 |
| Delta Dental | 2,423.71 |
| Federal Taxes (941/944) | 0.00 |
| Federal Unemployment (940) | -1,916.84 |
| Kaiser | 11,270.62 |
| OC SHERIFF- 2018507301 | 529.88 |
| **Total Payroll Liabilities** | **20,130.36** |

EXHIBIT 27
Page 159    1/2

|  | TOTAL |
|---|---|
| **Total Other Current Liabilities** | **$20,130.36** |
| **Total Current Liabilities** | **$19,528.13** |
| Long-Term Liabilities | |
| Partner Loan | 41,586.50 |
| **Total Long-Term Liabilities** | **$41,586.50** |
| **Total Liabilities** | **$61,114.63** |
| Equity | |
| Opening Balance Equity | 11,553.94 |
| Partner Contribution _ CH | 91,862.67 |
| Partner Distributions - Bruce H | 0.00 |
| Partner Distributions - Carey H | -110,460.09 |
| Partner Distributions - Jason Ta | -31,169.00 |
| Partner Distributions Mike Hsu | -35,769.00 |
| Retained Earnings | |
| Net Income | -259,316.26 |
| **Total Equity** | **$ -333,297.74** |
| **TOTAL LIABILITIES AND EQUITY** | **$ -272,183.11** |

EXHIBIT 28

**Logan Smith**

| | |
|---|---|
| **From:** | billing@aretefinancialfreedom.com |
| **Sent:** | Friday, June 28, 2019 11:17 AM |
| **To:** | loc@aretefinancialfreedom.com |
| **Subject:** | New Note Created On File: JANIS CASTON -  - 304759950 |

Note Type: General
Entered By: Billing Dept
Notified: loc@aretefinancialfreedom.com

BBB verified

This company is a fraud! They tell you that if you consolidate your student loans, you will have a low payment and will have your student loan paid off in a short amount of time. But then your student loan consolidation is completed through the Department of Education. The low payment that you were quoted is not the payment amount you are given and you don't get your loan paid off in 7 years, it'll be paid off over 20-25 years. And all the while you've already paid them $1650 up front (over a few months) for their "services." What a rip-off! I wish I hadn't used their program as you can contact the Department of Education yourself and have your loans consolidated for FREE with upfront payment information. I will be telling everyone I know that this company is just out to get people's money. I stupidly fell for this and hope I can keep someone else from having the same problems!
Review By: Janis Caston (jllydick@yahoo.com) - Zip Code: 70460Submitted: 06/26/2019

EXHIBIT 28
Page 161

**From:**        Loc Phu <loc@aretefinancialfreedom.com>
**Sent:**        Thursday, March 14, 2019 6:39 PM
**To:**          slprocessing@aretefinancialfreedom.com
**Subject:**     reviews on BBB

Everyone,

Why is the debt department doing better than the sl department as far as reviews. We are getting a complaint every single day.  I need everyone to get on the phone with all clients and get us good reviews and make the clients feel safe about our company asap. We are losing clients because of our reviews. I need every single one of you to get at least 5 bbb reviews a week. That's 1 a day.



**Loc Phu**
**Chief Executive Officer**
Toll Free: (888) 331-5827
Hours of Operation: 8AM – 6PM PST
loc@aretefinancialfreedom.com
www.aretefinancialfreedom.com

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

EXHIBIT 28
Page 162

| | |
|---|---|
| **From:** | Carey Howe |
| **To:** | anna@1file.org |
| **Subject:** | RE: New Note Created On File: ▮▮▮▮  HICKS - ▮▮▮6470 |
| **Date:** | Thursday, May 16, 2019 10:54:33 AM |
| **Attachments:** | image003.png |

Refund and squash it



**Carey Howe**
☎ 949-438-2877
Toll Free: (844) 593-8072
Direct Fax: 949-438-2877
5772 Bolsa Avenue, Suite 220
Huntington Beach CA 92649
Hours of Operation: 9AM – 5PM PST
carey@1file.org
www.1file.org



THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

**From:** anna@1file.org <anna@1file.org>
**Sent:** Thursday, May 16, 2019 9:37 AM
**To:** carey@1file.org
**Subject:** New Note Created On File: ▮▮▮▮  HICKS - -▮▮▮6470

Note Type: General
Entered By: Anna Howe
Notified: carey@1file.org, jm@usffc.org

CFPB Complaint:

I received a call from this person named Jason who is and agent of onefile.org (American Financial Support Service) id number 5555 (18008644107) who indicated that I am able to receive a student loan forgiveness. Mr. Jason said that I would have to pay $200.00 for three months then after that I would pay $39.00 for thirty six months. So I made a payment of $199.67 on March 4th 2019 and a payment on April 2nd 2019. So I recently received 3 letters from Fed Loans as of April 10th 2019 stating that my monthly payments are at a $0.00 balance due to my income. Then I called Fed Loan and an agent named Leann id number 600030 (18006992908) from Fed Loan told me to cancel that because the other company is just taking money form me due to that my balance is at zero balance. So Ms. Leann told me to call Federal Trade Commission debt relief to make a complaint to receive my payment back. I got the number to the CFPB to file a complaint.

EXHIBIT 28
Page 163

Better Business Bureau

1010 E Missouri Ave.
Phoenix AZ 85014-4585
877-291-6222

**Case #:** 13952016

**Sent to Business on:** 11/08/2019

**Business Info:**
1File.org
5772 Bolsa Ave #B220
Huntington Beach, CA 92649
(844) 593-8072

**Consumer Info:**
Putt, █████
███████████████ 
Miami, FL 33176
██████7686
███████████@gmail.com

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**
Last year I received a call from 1file.org claiming that could lower the amount I would owe to Federal Loans. They were basically the middle man making payments to the federal loans on my behalf.  I would need to make four payments of $149.75 and after that in a monthly basics $30.00. I found out from the Federal loans that I have not made any payments in over a year and the amount that I owe because of interest has gone up. I have reached out to 1file.org and have not been able to cancel their services. I have left two messages and emailed them. I am still waiting for a response. I want a full refund as they did not provide their service as I was told over the phone. monthly basis

**Consumer's Desired Resolution:**
I want a full refund so that I can pay the federal loans the money I would paid to them.

EXHIBIT 28
Page 164

Better Business Bureau

1010 E Missouri Ave.
Phoenix AZ 85014-4585
877-291-6222

**Case #:** 13949430

**Sent to Business on:** 11/07/2019

**Business Info:**
1File.org
5772 Bolsa Ave #B220
Huntington Beach, CA 92649
(844) 593-8072

**Consumer Info:**
Long, █████████
█████████
Bolingbrook, IL 60440
█████████9464
█████████@gmail.com

**Nature of the Complaint:** Delivery Issues

**Consumer's Original Complaint:**
I was told that after two payments of 299.50 that the entire balance of my student loans would be forgiven, (the second one was made on 10/01/19) I have given the company over a month to get this done and it has not been done.  I am now being told that this will only be done after 20 years of payments at 29.00 per month.  I was lied to and in addition to which I have come to find out that this company is illegal in my state of Illinois.  I would like a full refund for the amount I have spent which is $628.00 as well as the contract cancelled that I signed due to fraudulent business practices and illegally processed in my state of Illinois.

**Consumer's Desired Resolution:**
I would like a full refund for the amount that was charged to me, in three charges for a total of $628.00

EXHIBIT 28
Page 165

Better Business Bureau

1010 E Missouri Ave.
Phoenix AZ 85014-4585
877-291-6222

**Case #:** 13939741

**Sent to Business on:** 11/02/2019

**Business Info:**
1File.org
5772 Bolsa Ave #B220
Huntington Beach, CA 92649
(844) 593-8072

**Consumer Info:**
Wills, █████
███████████████
Richmond, CA 94804
██████-2504
█████@yahoo.com

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
This business reached out to me via phone and email up until I signed a contract with them. I had access to certain portals regarding my loans and the process. I have since learned of them being a scam, can not log in to these said portals to view the processes and loan docs and can not reach the customer service department or processing department. I contacted Navient to inquire about the status of my loan. They have stated an application has been submitted on my behalf but the future payments/interests rates are not what was discussed with 1file.org.

**Consumer's Desired Resolution:**
I would like this business to contact me and give me an explanation of what is going on. If that is not done, a refund of the payments made to them for their "services."

EXHIBIT 28
Page 166



Better Business Bureau

1010 E Missouri Ave.
Phoenix AZ 85014-4585
877-291-6222

**Case #:** 13923333

**Sent to Business on:** 10/24/2019

**Business Info:**
1File.org
5772 Bolsa Ave #B220
Huntington Beach, CA 92649
(844) 593-8072

**Consumer Info:**
Visgarda, ███████
███████
Middle River, MD 21220
███████6726
███████████@gmail.com

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**
Recently I completed a form for Public Service Loan Forgiveness (PSLF) and was told I would be contacted soon regarding if I was eligible or not. 1File.org contacted me today claiming to be a part of the PSLF stating I was eligible and would be taking over my loans. They had information about how much I owed in loans, etc. and seemed to be legit. After doing some research I realized they are a scam and are trying to take money from me. They asked me for personal information, which I stupidly gave to them. I want them to never contact me again and to discontinue attempting to take over my student loans. I have already contacted my loan servicer and told them what happened.

**Consumer's Desired Resolution:**
Discontinue taking over my student loans and apologize for lying to me saying they are a part of the PSLF program.

EXHIBIT 28
Page 167

Better Business Bureau

1010 E Missouri Ave.
Phoenix AZ 85014-4585
877-291-6222

**bbb.org**

**Case #:** 13893554

**Sent to Business on:** 10/10/2019

**Business Info:**
1File.org
5772 Bolsa Ave #B220
Huntington Beach, CA 92649
(844) 593-8072

**Consumer Info:**
Reitenbaugh, █████

Chester Springs, PA 19425
█████3919
█████@msn.com

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**
Initially I was billed a one time fee for the service and then was billed by this company $39 a month to help reduce my student loan debt, and nothing was done at all to help lower my debt or forgive my loan.  I have been billed by them for months and nothing was ever done by this company but take my money from me.

**Consumer's Desired Resolution:**
I would like to try and recover all of the money they took from me.

EXHIBIT 28
Page 168

| | |
|---|---|
| **From:** | 1file.org |
| **To:** | carey@1file.org |
| **Date:** | Tuesday, October 29, 2019 12:32:21 PM |

**Name:** ███ Steffens

**Email:** ██████ @gmail.com

**Phone:** ████ 5327

**Message:** I have been making payments since 2017 and just got word that this is a scam. Where exactly is my money going?

EXHIBIT 28
Page 169

**From:** processing@1file.org
**To:** ▇▇ McAllaster"
**Subject:** RE: ▇▇ Mcallaster, Your Loan Consolidation Payment Was DECLINED!
**Date:** Friday, September 06, 2019 2:11:22 PM

If you have questions please call us at 844-593-8072

**From:** ▇▇ McAllaster
**Sent:** Friday, September 06, 2019 8:57 AM
**To:** processing@1file.org
**Subject:** Re: ▇▇ Mcallaster, Your Loan Consolidation Payment Was DECLINED!

You did not answer my question.

Show me documentation in regards to how and where & when you are paying off my loan.

On Thu, Sep 5, 2019 at 3:53 PM <processing@1file.org> wrote:

Here's a copy of the contract you signed when you enrolled with us

**From:** ▇▇ McAllaster
**Sent:** Wednesday, September 04, 2019 10:14 PM
**To:** processing@1file.org
**Subject:** Re: ▇▇ Mcallaster, Your Loan Consolidation Payment Was DECLINED!

My bank says that your company is a scam. So they're looking into it before they will OK the payment. Can you provide some documentation that shows you are actually paying my student loan? Because I keep getting things in the mail that says you're not

On Fri, Aug 30, 2019 at 10:01 AM <processing@1file.org> wrote:



Aug 30, 2019
▇▇ Mcallaster

Dear ▇▇,

RE: Consolidation Payment - DECLINED

This email serves to inform you that your recent payment of $39.00 was returned as Response: declined (GW05, Card Sale was not processed. (05: Do not honor) on Aug 30, 2019. Unfortunately, we were unsuccessful in our attempt to process your payment transaction. Since you might not be aware of the NSF and as a courtesy, we wanted to quickly bring this matter to your attention to

EXHIBIT 28
Page 170

prevent any interruptions on your student consolidation process. To expedite resolving the payment concern and remit payment, please contact our billing department at 855-522-5575 between the hours of 8AM-5PM Pacific Standard Time.

This matter is of utmost importance as it can negatively affect your consolidation process; we encourage your prompt attention. Please reschedule payment arrangements at your earliest opportunity.

Thank you,

**Billing Department**

**Toll Free | (844) 593-8072**
**Fax | (714) 203-6810**
Hours of Operation: 8AM - 5PM PST
processing@1file.org
www.1file.org

THIS E-MAIL MAY CONTAIN NON-PUBLIC, CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS. CONFIDENTIAL INFORMATION, PRIVILEGED OR OTHERWISE LEGALLY PROTECTED FROM UNAUTHORIZED DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPIES, DISTRIBUTION, OR ACTIONS IN RELIANCE ON THE CONTENTS OF THIS E-MAIL IS PROHIBITED. PLEASE PROMPTLY NOTIFY SENDER IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR AND DELETE IT FROM YOUR E-MAILS.

EXHIBIT 28
Page 171

| | |
|---|---|
| **From:** | processing@1file.org |
| **To:** | █████ Hoppe" |
| **Subject:** | RE: cancellation and refund |
| **Date:** | Tuesday, June 18, 2019 9:44:13 AM |

Okay I will submit you for a refund.

Thank you

**From:** ████ Hoppe <mhoppe1974@gmail.com>
**Sent:** Friday, June 14, 2019 11:35 PM
**To:** processing@1file.org
**Subject:** cancellation and refund

Hi,

I did not have any word with anyone i don't need to talk to anyone i just want to cancel my Contract or agreement or what ever u call it. I saw your reviews at BBB i do not wish to deal with you guys anymore .

I want my money back for what purpose you guys want money for I did not receive any documentation from you guys I received the paperwork a day before the payment is been taken away, you guys are scamsters I do not want to deal with u just give me my money back. I wont be polite next time i just want my money back I DO NOT WISH TO DEAL WITH YOU GUYS i am NOT SATISFIED WITH THE REVIEWS ON BBB . I WANT MY MONEY BACK AND CANCEL THE ARRANGEMENT .

And what possibly is the reason you guys are not giving me my money back ($99.83). What part of cancel my agreement you guys did not understand . I read your reviews on BBB you guys start the blame game that we are just the processing team we did not enroll you and we just did the documentation then why the hell are you guys even replying to me or handling my file

I asked you to cancel services the very next day when my card was charged.

Also please check the attachment which talk about your reviews.

Martin Hoppe

EXHIBIT 28
Page 172

**From:** ███ Mulvaney ████████@gmail.com>
**Sent:** Tuesday, November 05, 2019 3:41 PM
**To:** PSS INFO
**Subject:** Re: Your Income Driven Repayment Plan Application

Please cancel.

On Tue, Nov 5, 2019 at 5:23 PM PSS INFO <info@premiersolutionsservicing.com> wrote:

Hello ███,


There must have been some misunderstanding.  We did not say anything about suing you.  We just told you that everything is stated in the contract prior to you e signing our contract.  The work is done.  We got you on a lower repayment plan, so why would you report us if we did everything in the book?  We sent you paperwork to confirm everything is approved.  If you don't want to pay us the last enrollment fee than  that's fine, we can cancel you out and waive that last enrollment for you, but there is no need to report us if the work is done on your file.  Thank you.



### Processing Department

Phone: 1-888-511-2518

Fax: 1-888-519-8402

Direct / Fax / Text: 1-949-535-1189

Mail: PO Box 26830, Santa Ana, Ca 92799



*This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails are not screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet*

EXHIBIT 28
Page 173

**From:**  Mulvaney
**Sent:** Tuesday, November 05, 2019 9:42 AM
**To:** PSS INFO <info@premiersolutionsservicing.com>
**Subject:** Re: Your Income Driven Repayment Plan Application

I will not abide by the contract.  If you would like to sue me over $300 come on ahead.  You got $600 of my money that I didn't have to spare you will not get more.

On Tue, Nov 5, 2019 at 11:29 AM PSS INFO <info@premiersolutionsservicing.com> wrote:

,

Please read the contract.  Everything is stated in there and no one took advantage of you.



**Processing Department**

Phone: 1-888-511-2518

Fax: 1-888-519-8402

Direct / Fax / Text: 1-949-535-1189

Mail: PO Box 26830, Santa Ana, Ca 92799



*This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails are not screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet*

EXHIBIT 28
Page 174

**From:**  Mulvaney
**Sent:** Monday, November 04, 2019 7:38 PM
**To:** PSS INFO <info@premiersolutionsservicing.com>
**Subject:** Re: Your Income Driven Repayment Plan Application


So you took advantage of my situation.  At no time was I told that the 1st 3 months payment was a fee to you.  I was referred to you because of a financial situation that I was looking for help with.  You will not get the last $300 from me.  I am going to file a complaint.


On Mon, Nov 4, 2019 at 8:47 PM PSS INFO <info@premiersolutionsservicing.com> wrote:





It is stated in the contract that we are a third party company that submits your application on your behalf.  The payments that you have been paying does not apply towards your loan balance, it is our enrollment fee to process your paperwork.  Attached is your approval plan to confirm that the work  has been done on your file and that you got approved for a repayment plan.  Please be aware that you have maxed out your forbearance time for your account.  You still owe us one last fee of $300.  We also need for you to fill out the PSLF application so that your payments can count towards the 10 year forgiveness plan instead of the 20 year plan.   If you don't want our service anymore after this, than you do not need to pay us our monthly service fee of $39.  That means that you are responsible to submit your own recertification every year until your loans get forgiven.  How would you like to move forward?




**Processing Department**

Phone: 1-888-511-2518

Fax: 1-888-519-8402

Direct / Fax / Text: 1-949-535-1189

Mail: PO Box 26830, Santa Ana, Ca 92799

🏠 WEBSITE

*This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails are not screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet*

EXHIBIT 28
Page 175

**From:** ██ Mulvaney
**Sent:** Monday, November 04, 2019 6:24 PM
**To:** PSS INFO <info@premiersolutionsservicing.com>
**Subject:** Re: Your Income Driven Repayment Plan Application

No payment has been made towards my student loan even though money has been withdrawn from my bank account.  This is unacceptable and I want my money back as soon as possible so I can bring my account up to date.

Please acknowledge receipt of this email as soon as possible.  This is NOT what I was told when I first spoke with you.

On Wed, Oct 23, 2019 at 4:58 PM <INFO@premiersolutionsservicing.com> wrote:



*Client ID* ██ *4046*

*Hello* ██ *Mulvaney*

**WHY ARE WE CONTACTING YOU?**

EXHIBIT 28
Page 176

Your Income Driven Repayment Plan application has been submitted.

**WHAT HAPPENS NEXT?**

Once your application has been reviewed, you will receive a separate notification regarding the status of the application.

**QUESTIONS?**

Give us a call 1-888-511-2518 Monday-Friday 9AM- 6PM (PST)

*IMPORTANT:*

*If there is any missing or incorrect information on your application you will be notified and have 14 days to resolve any issues. It is extremely important that you contact us immediately and provide the necessary information or your application.*

--

Thank you, 

--

Thank you,

--
Thank you,

EXHIBIT 28
Page 177

| | |
|---|---|
| **From:** | PSS INFO |
| **To:** | Viviana Lim |
| **Subject:** | RE: URGENT: It"s Time to Renew Your Student Loan Repayment Plan |
| **Date:** | Thursday, May 16, 2019 11:26:00 AM |

Geez that sucks…I hope she knows that it's the processing fee shes paying and not towards her loans

-c

---

**From:** Viviana Lim
**Sent:** Thursday, May 16, 2019 11:15 AM
**To:** PSS INFO <info@premiersolutionsservicing.com>
**Subject:** RE: URGENT: It's Time to Renew Your Student Loan Repayment Plan

Yeah, she's weird. There's another client whose been sending money orders because her checking account is negative and etc. lol

---

**From:** PSS INFO
**Sent:** Thursday, May 16, 2019 11:13 AM
**To:** Viviana Lim <viviana.lim@premiersolutionsservicing.com>
**Subject:** RE: URGENT: It's Time to Renew Your Student Loan Repayment Plan

That was Jackie u were emailing back and fourth with lol….

I don't know why she wants to send a check…waste stamp and takes longer..when you talk to her..just say that you can process that $174 right away if she lets u on her card.

-Cindy

---

**From:** Viviana Lim
**Sent:** Thursday, May 16, 2019 8:26 AM
**To:** PSS INFO <info@premiersolutionsservicing.com>
**Subject:** RE: URGENT: It's Time to Renew Your Student Loan Repayment Plan

Oh yea,  Im not saying don't work on it. Since you guys are doing emails but I mean like,  just when you guys work on it , can you please sign it with your signature so they don't think that they're talking to ME instead of signing it with "processing" & they think they're still talking to me when they're really not. But if they continue to think they're talking to me , then yes. Or if it's a problem file that needs me to call on then yea. lol I called her though and thanks for making me aware!!!

---

**From:** PSS INFO
**Sent:** Wednesday, May 15, 2019 6:54 PM
**To:** Viviana Lim <viviana.lim@premiersolutionsservicing.com>
**Subject:** RE: URGENT: It's Time to Renew Your Student Loan Repayment Plan

EXHIBIT 28
Page 178

Nope I didn't do anything to the file but notify you since they stated your name.

---

**From:** Viviana Lim
**Sent:** Wednesday, May 15, 2019 5:03 PM
**To:** PSS INFO <info@premiersolutionsservicing.com>
**Subject:** RE: URGENT: It's Time to Renew Your Student Loan Repayment Plan

Oh yes! I just wanted to be made aware of it. but you didn't resolve yet right?
If not ill call tomorrow

---

**From:** PSS INFO
**Sent:** Wednesday, May 15, 2019 4:59 PM
**To:** Viviana Lim <viviana.lim@premiersolutionsservicing.com>
**Subject:** FW: URGENT: It's Time to Renew Your Student Loan Repayment Plan

Please follow up with client since you said if they state your name to notify you.

**From:** ████ Glassic <████@share.wilsonsd.org>
**Sent:** Wednesday, May 15, 2019 7:49 AM
**To:** PSS INFO <info@premiersolutionsservicing.com>
**Subject:** Re: URGENT: It's Time to Renew Your Student Loan Repayment Plan

Hello Ms. Lim,

I am having difficulty getting my account revised with PSS.  I tried to make my past due payment to PSS, but the check was returned.  Meanwhile there is $500.00 being deducted from my account monthly, which was supposed to stop a month ago.  It is impossitble to get anyone from PSS on the phone, which is frustrating.  Please respond ASAP so that I can get this matter resolved.

████-1120
Thank you,
████ Glassic

On Wed, Apr 17, 2019 at 5:56 PM Viviana Lim <info@premiersolutionsservicing.com> wrote:



CLIENT ID #PSS████4263

Reading, PA 19605

EXHIBIT 28
Page 179

Apr 17, 2019

 **Glassic:**

**WHY ARE WE CONTACTING YOU?**

You are enrolled in **Revised Pay As You Earn Repayment.** Your income-driven repayment (IDR) plan must be renewed each year. To maintain the lowest payment available under IDR and other IDR benefits, we'll need you to send in your income documentation to verify your income. Keep in mind that as your situation changes, IDR may not continue to provide the lowest monthly payment

**WHAT HAPPENS NEXT?**

You must send in a copy of your **tax return** or two most recent **pay stubs** dated within the last 60 days. DO NOT SEND IN W2 STATEMENT, it will not be accepted as income verification by the Department of Education. This is urgent and must be completed before your IDR plan expires. **If you do not renew on time unpaid interest will be added to your principal balance when a new repayment schedule is created.**

**WHAT TO DO?**

Fax, scan, or upload your income documentation. Our contact information is located below. If you need further assistance you can reach us Monday to Friday 8am-5pm (Pacific).

Best Regards,

Processing Department
Toll Free: 1-888-511-2518 EXT. 2
Fax: 1-888-519-8402
Email: info@premiersolutionsservicing.com

*IMPORTANT:*

*IF YOU HAVE ALREADY SENT IN YOUR INCOME DOCUMENTATION PLEASE LET US KNOW AND DISREGARD THIS LETTER AND WE WILL UPDATE YOUR ACCOUNT. THANK YOU FOR PATIENCE DURING THIS PROCESS.*

IMPORTANT/CONFIDENTIAL: This communication is intended solely for the use of the individual and/or entity to which it is addressed. This e-mail contains information from the Wilson School District that may

EXHIBIT 28
Page 180

be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Wilson Technology Department at 610-670-0180 ext. 1101 immediately and permanently delete this message including all attachments. Thank you.

EXHIBIT 28
Page 181

**From:**     PSS INFO
**To:**        Day
**Subject:**  RE: Re : [##74##] Hello. I never received my 1098 e form for tax purposes for the 2017 year. Could someo...
**Date:**     Tuesday, February 06, 2018 7:23:00 PM

Hi ████

Your refund will be issued in back to the card that it was processed on. I will send you a receipt detailing each
refund. It is a total of 19 transactions, in total $1,333.89. Please keep in mind that if you no longer have the card that
was originally used you must contact your financial institution. Refund will be issued to the following cards ending
in 0953, 4145, 4145, 6881, 5233, 8024 and  5767. Or if you could advise of which cards are still active I can refund
the transactions back to those cards and the ones that are no longer valid I can write a check. Please advise.


Lan Tran Manager
Processing Department
Phone: 1-888-511-2518 ext. 106
Fax: 1-888-519-8402
Mail: PO BOX 26830
       Santa Ana, CA 92799

This message is confidential. It may also be privileged or otherwise protected by work product immunity or other
legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system;
you may not copy this message or disclose its contents to anyone. Please send us by fax any message containing
deadlines as incoming e-mails are not screened for response deadlines. The integrity and security of this message
cannot be guaranteed on the Internet



-----Original Message-----
From: ████ Day [mailto:████████@yahoo.com]
Sent: Tuesday, February 06, 2018 10:28 AM
To: PSS INFO <info@premiersolutionsservicing.com>
Subject: RE: Re : [##74##] Hello. I never received my 1098 e form for tax purposes for the 2017 year. Could
someo...

Although I was unhappy with services, I confirm that I have not submitted a complaint to CFPB. If you are sending
a paper check please send to the following address: ████████ madison tn 37115. Thank you.

On Tue, 2/6/18, PSS INFO <info@premiersolutionsservicing.com> wrote:

 Subject: RE: Re : [##74##] Hello. I never received my 1098 e form for tax purposes for the 2017 year. Could
someo...
 To: "████ Day" ████████@yahoo.com>
 Date: Tuesday, February 6, 2018, 10:43 AM


 Please confirm that you have not
 already submitted a complaint to the CFPB. I would be more  than happy to provide you a full refund. And do
apologize  that you were not happy with our services.



 Lan Tran Manager
 Processing
 Department

EXHIBIT 28
Page 182

Phone: 1-888-511-2518 ext. 106
Fax: 1-888-519-8402
Mail: PO
Box 26830, Santa Ana, CA 92799

This message is confidential. It may also be  privileged or otherwise protected by work product immunity  or other legal rules. If you have received it by mistake,  please let us know by e-mail reply and delete it from your  system; you may not copy this message or disclose its  contents to anyone. Please send us by fax any message  containing deadlines as incoming e-mails are not screened  for response deadlines. The integrity and security of this  message cannot be guaranteed on the Internet

-----Original Message-----
From: ▇▇▇ Day [mailto:▇▇▇▇@yahoo.com]

Sent: Tuesday, February 06, 2018 8:41 AM
To: PSS INFO <info@premiersolutionsservicing.com>
Subject: RE: Re : [##74##] Hello. I never  received my 1098 e form for tax purposes for the 2017 year. Could someo...

Yes, I would
like a full refund and confirmation of payment please.
--------------------------------------------
On Tue, 2/6/18, PSS INFO <info@premiersolutionsservicing.com>
wrote:

 Subject: RE: Re :
 [##74##] Hello. I never received my 1098 e form for tax  purposes for the 2017 year. Could someo...

To: "▇▇▇ Day" ▇▇▇▇@yahoo.com>
 Date: Tuesday, February 6, 2018, 4:49 AM

 OF COURSE THE PAYMENTS YOU
MADE
 TO US DID NOT GO TO FEDLOAN, IT WAS
 FOR OUR SERVICES TO GET  YOUR LOANS CONSOLIDATED AND TO  MANAGE YOUR ACCOUNT. NOT TO  BE RUDE, BUT WHEN YOU PROVIDE  A SERVICE IT WILL COST MONEY,  WE DO NOT WORK FOR FREE AND  JUST LIKE YOU WE MAKE A  LIVING... WE ACTUALLY WORKED ON  YOUR ACCOUNT, AND  JUST  LIKEE YOU WE HAVE DOCUEMNTS,  NOTES, PHONE CONVERSATIONS  AND LOGS THAT WILL BACK UP  EVERYTHING WE HAVE DONE. WE NEVER  STATED THAT  PAYMENTS YOU MADE TO US WERE GOING TO FEDLOAN.
 THEY
 WERE FOR OUR SERVICES. READ THE  CONTRACT. DO YOUR  RESEARCH BEFORE YOU CALL US A SCAM. AND NEXT TIIME CALL ME  DIRECTLY AND TALK TO US, YOU OBVIOUSLY DO NOT WANT TO  RESOLVE ANYTHING AND WOULD RATHER RUIN OUR REPUTATION AS A  COMPANY , IN WHICH YOU WILL AFFECT MANY PEOPLES LIVES BY  DOING SO. LIKE I SAID WE ALWAYS TRY TO HELP OUR CLIENTS  AND  OFFERED TO RESOLVE THIS ISSUE AND ARE MORE THAN  WILLING TO PROVIDE A FULL REFUND. SO IF YOU DO NOT WANT TO  RECTIFY THIS  ISSUE THEN THERE IS NOTHING LEFT TO SAY. BEST  OF LUCK TO  YOU.

 !!!!!!!!!!!!!!!!!!!!

EXHIBIT 28
Page 183

Lan Tran Manager

Processing
Department

Phone: 1-888-511-2518 ext. 106
Fax:
1-888-519-8402
Mail: PO

BOX 26830
 Santa Ana, CA
92799

 This message is
 confidential. It may also be  privileged or otherwise  protected by work product immunity  or other legal rules.
 If you have received it by mistake,  please let us know by  e-mail reply and delete it from your  system; you may
 not  copy this message or disclose its  contents to anyone.
 Please send us by fax any message  containing deadlines as  incoming e-mails are not screened  for response
deadlines.
 The integrity and security of this  message cannot be  guaranteed on the Internet

 -----Original
 Message-----
From: ████ Day
[mailto:████@yahoo.com]

 Sent: Monday, February 05,
 2018 4:57 PM
 To: PSS INFO <info@premiersolutionsservicing.com>
 Subject: RE: Re : [##74##] Hello. I never  received my 1098 e form for tax purposes for the 2017  year.
 Could someo...

 No you guys
 scammed me. I
 still received letters of missed payments from  fedloan  even after I continued paying you guys. Also fedloan
 services, which is department of education, said that I  should never have to pay for a service when making student
 loan payments unless it's a non legit company. They  also  informed me that none of my payments to you all were
 sent to  them. You all leave me no other option but to  complian to  Consumer Protection Bureau.

 ----------------------------------------------
 On Mon, 2/5/18, PSS INFO <info@premiersolutionsservicing.com>
 wrote:

 Subject: RE: Re :
 [##74##] Hello. I never
 received my 1098 e form for tax  purposes for the 2017  year. Could someo...

 To:
 ████ Day" <████@yahoo.com>
 Date: Monday, February 5, 2018, 2:25 AM

EXHIBIT 28
Page 184

#yiv9684023510
#yiv9684023510 --

_filtered #yiv9684023510

{font-family:Helvetica;panose-1:2
 11 6 4
2
 2 2 2 2 4;}
 _filtered
#yiv9684023510
 {panose-1:2 4 5 3 5 4 6 3 2
4;}
 _filtered

#yiv9684023510 {font-family:Calibri;panose-1:2 15
 5 2 2 2 4 3 2 4;}

_filtered
 #yiv9684023510 {panose-1:2 5 6 4
5 5 5 2 2 4;}
 #yiv9684023510
 #yiv9684023510

p.yiv9684023510MsoNormal, #yiv9684023510  li.yiv9684023510MsoNormal, #yiv9684023510
div.yiv9684023510MsoNormal

{margin:0in;margin-bottom:.0001pt;font-size:11.0pt;}
 #yiv9684023510 a:link, #yiv9684023510
 span.yiv9684023510MsoHyperlink

{color:blue;text-decoration:underline;}

 #yiv9684023510 a:visited, #yiv9684023510
span.yiv9684023510MsoHyperlinkFollowed

{color:purple;text-decoration:underline;}

#yiv9684023510 p.yiv9684023510msonormal0,

#yiv9684023510  li.yiv9684023510msonormal0,
 #yiv9684023510

div.yiv9684023510msonormal0

{margin-right:0in;margin-left:0in;font-size:11.0pt;}
 #yiv9684023510

span.yiv9684023510EmailStyle19

{color:windowtext;}

EXHIBIT 28
Page 185

#yiv9684023510

.yiv9684023510MsoChpDefault

{font-size:10.0pt;}

_filtered
#yiv9684023510 {margin:1.0in
1.0in 1.0in 1.0in;}
 #yiv9684023510
div.yiv9684023510WordSection1
    {}
 #yiv9684023510

███

 Your payments that
you
 made
 to us were for
our services we provided, which is  assist  in document
preparation of your consolidation and the  monthly payment
was for us to maintain your student loans  and most
importantly to recertify your

 income driven repayment plan. So I am sorry if
you were  under the impression that we are a scam. There
may be  companies out there that scam people but we ARE NOT
one of  them. We take pride in being the one company that
goes  above  and beyond for all our clients.
  I
 ask that you take a look
at our  profile on the Better  Business Bureau and Google
our company. We have one  negative  review out of almost
200 positive, you can search  any other  student loan
company and you will not find one  that has that  and I
think that
  speaks

volumes, so I ask that you not accuse our company of
scamming you. We are more than open to providing whatever
you need regarding your student loans. Please contact me
directly before you submit a complaint so we cant rectify
this matter.

 Lan

Tran Manager

EXHIBIT 28
Page 186

Processing
Department

Phone:
 1-888-511-2518 ext.
106
 Fax:

1-888-519-8402
 Mail: PO BOX
 26830


 Santa Ana,
CA 92799




 This
message is
 confidential. It
  may also be privileged or

otherwise protected by work  product immunity or other
legal rules. If you have received  it by mistake,
   please let us know by e-mail reply and
delete it from your  system; you may not copy this
message  or disclose its  contents to anyone. Please send
us by fax  any message  containing deadlines as incoming
e-mails are  not screened  for response deadlines. The
integrity
   and security of this message
cannot be  guaranteed on the  Internet




 From: ███  Day

[mailto: ████████ @yahoo.com]


 Sent:
Saturday, February
 03, 2018 7:05 PM


 To: PSS

INFO

EXHIBIT 28
Page 187

<info@premiersolutionsservicing.com>

Subject: Re: Re :
[##74##]
Hello. I never received my
1098 e form for
tax
purposes for the 2017 year. Could  someo...

This is
why I cancelled my account
with you all. I
am not sure
you all are legit. When I first  signed up with  you all,
I was told my
payments were for
my student loans; so I was basically  paying
you all for  your benefit. I will be reporting you all  to
the Consumer  Financial Protection Bureau. I have emails
and proof of  you all scamming me.

On

Saturday, February 3, 2018 1:10 PM, PSS <info@premiersolutionsservicing.com>
wrote:

Hi
██████ . Your payments to us were not
going towards your  loans therefore we do not
have any tax  docs. Your 1098 tax  docs can be found

online from your Fedloan
account

EXHIBIT 28
Page 188

Username: █████████

Password: █████████

Security Question Answer: ███████

Sincerely,

Lan
Tran

Processing Department

1-888-511-2518 ext. 2

EXHIBIT 28
Page 189