Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bienertkatzman.com
Ariana Seldman Hawbecker, State Bar No. 190506
ahawbecker@bienertkatzman.com
Ali Matin, State Bar No. 268452
amatin@bienertkatzman.com
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701

Attorneys for Defendants
Carey G. Howe, Ruddy Palacios,
and Shunmin Hsu

**DENIED**
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>    Plaintiff<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.<br><br>    Defendants | Case No. SACV 19-02109 JVS (ADSx)<br><br>Assigned to Hon. James V. Selna<br>Courtroom 10C<br><br>**ORDER GRANTING CAREY G. HOWE, RUDDY PALACIOS, AND SHUNMIN HSU'S APPLICATION TO STAY DISCLOSURE REQUIREMENT UNTIL FURTHER BRIEFING OR HEARING** |

APPLICATION RE: STAY

1  Having read and considered *Carey G. Howe, Ruddy Palacios, and Shunmin Hsu's Application to Stay Disclosure Requirement Until Further Briefing or Hearing*, (the "Application"), and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. Sections V (titled Financial Disclosures) and VI (titled Foreign Asset Repatriation) of *the Ex Parte Temporary Restraining Order with Asset Freeze, Appointment of a Temporary Receiver, and Other Equitable Relief, and Order to Show Cause Why A Preliminary Injunction Should Not Issue*, Dkt. No. 41, is hereby stayed pending further order of the Court.

Dated: November  15 , 2019

**DENIED**
BY ORDER OF THE COURT

_____
Hon. James V. Selna
District Court Judge