Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bienertkatzman.com
Ariana Seldman Hawbecker, State Bar No. 190506
ahawbecker@bienertkatzman.com
Ali Matin, State Bar No. 268452
amatin@bienertkatzman.com
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

Attorneys for Defendants
Carey G. Howe, Ruddy Palacios,
and Shunmin Hsu

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION<br><br>  Plaintiff<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.<br><br>  Defendants | Case No. SACV 19-02109 JVS (ADSx)<br><br>Assigned to Hon. James V. Selna<br>Courtroom 10C<br><br>**CAREY G. HOWE, RUDDY PALACIOS, AND SHUNMIN HSU'S OBJECTION AND MOTION TO STRIKE SUPPLEMENTAL DECLARATION OF LAUREN FRANCE, PX27, AND ATTACHMENTS** |
|---|---|

MOTION TO STRIKE

## OBJECTION AND MOTION TO STRIKE SUPPLEMENTAL DECLARATION OF LAUREN FRANCE, PX27, AND ATTACHMENTS

Carey G. Howe, Ruddy Palacios, and Shunmin Hsu (the "Arete Individuals") object to the FTC's Supplemental Declaration of Lauren France, PX27, and more than 400 pages of accompanying attachments ("Supplemental Materials"), filed on November 14, 2019,[1] and move to strike it.

The FTC submitted the voluminous Supplemental Materials *after* the Arete Individuals filed their opposition[2] to the order to show cause why a preliminary injunction should not issue.[3]

Accordingly, because the Arete Individuals have not had a fair opportunity to consider the new materials and file a response, the Court should strike the Supplemental Materials. *Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007) ("The district court need not consider arguments raised for the first time in a reply brief."); *In re China Intelligent Lighting & Elecs., Inc. Sec. Litig.*, 2012 WL 3834815, at *4 n.5 (C.D. Cal. Sept. 5, 2012) ("The Court will not address new arguments raised for the first time in a reply brief."); *Docusign, Inc. v. Sertifi, Inc.*, 468 F. Supp. 2d 1305, 1311 (W.D. Wash. 2006) (granting motion to strike and stating "the Court will not consider [moving party's] new facts, evidence, and argument submitted for the first time in Reply"); *U.S. ex rel. Giles v. Sardie*, 191 F. Supp. 2d 1117, 1127 (C.D. Cal. 2000) ("It is improper for a moving party to introduce new facts or different legal arguments in the reply brief than those presented in the moving papers.").

---

[1] Dkt. No. 55.
[2] Dkt. No. 49.
[3] Dkt. No. 41.

| | | |
|---|---|---|
| 1 | Dated: November 15, 2019 | BIENERT | KATZMAN PC |

By: _____
Thomas H. Bienert, Jr.
Ariana Seldman Hawbecker
Ali Matin
Attorneys for Defendants
Carey G. Howe, Ruddy Palacios, and Shunmin Hsu

# CERTIFICATE OF SERVICE

I, Carolyn K. Howland, declare that I am a citizen of the United States and am employed in Orange County, California; my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; I am over the age of 18 and not a party to the above-entitled action. I am employed by a member of the United States District Court, and at whose direction I caused service of the following document on all parties in this action via the method of service described below.

- CAREY G. HOWE, RUDDY PALACIOS, AND SHUNMIN HSU'S OBJECTION AND MOTION TO STRIKE SUPPLEMENTAL DECLARATION OF LAUREN FRANCE, PX27, AND ATTACHMENTS

[X] **BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

Stephen Fairchild
Richard McKewen
Federal Trade Commission
915 2nd Avenue, Suite 2896
Seattle, WA 98174
sfairchild@ftc.gov
rmckewen@ftc.gov

Thomas McNamara
Edward Chang
Sanjay Bhandari
McNamara Smith LLP
655 W. Broadway, Suite 1600
San Diego, CA 92101
echang@mcnamarallp.com
sbhandari@mcnamarallp.com

Robert Quigley
Federal Trade Commission
10990 Wilshire Blvd, Suite 400
Los Angeles, CA 90024
rquigley@ftc.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 15, 2019, at San Clemente, California.

*Carolyn K. Howland*
Carolyn K. Howland