Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bienertkatzman.com
Ariana Seldman Hawbecker, State Bar No. 190506
ahawbecker@bienertkatzman.com
Ali Matin, State Bar No. 268452
amatin@bienertkatzman.com
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

Attorneys for Defendant
Oliver Pomazi

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.<br><br>Defendants | Case No. SACV 19-02109 JVS (ADSx)<br><br>Assigned to Hon. James V. Selna<br>Courtroom 10C<br><br>**DEFENDANT OLIVER POMAZI'S JOINDER IN DEFENDANTS CAREY G. HOWE, RUDDY PALACIOS, AND SHUNMIN HSU'S (1) PRELIMINARY OPPOSITION TO OSC AND (2) OBJECTION AND MOTION TO STRIKE** |

JOINDER

      Defendant Oliver Pomazi, 20% owner of Arete Financial Group and Arete Financial Group LLC, by and through his undersigned counsel, hereby joins *Carey G. Howe, Ruddy Palacios, and Shunmin Hsu's (1) Preliminary Opposition to OSC Why Injunction Should Not Issue and (2) Request to Extend the Deadline to File the Instant Responsive Pleading and Enlarge the Brief Page Limit to 30 Pages* [Dkt. 49], as well as *Carey G. Howe, Ruddy Palacios, and Shunmin Hsu's Objection and Motion to Strike Supplemental Declaration of Lauren France, PX27, and Attachments* [Dkt. 59].

      Mr. Pomazi reserves the right to amend or supplement this Joinder, based upon any facts or arguments that become available or come to light prior to or at the hearing on these issues.

Dated: November 15, 2019

BIENERT | KATZMAN PC

By: _____
Thomas H. Bienert, Jr.
Ariana Seldman Hawbecker
Ali Matin
Attorneys for Defendant
Oliver Pomazi

1
JOINDER

# CERTIFICATE OF SERVICE

I, Carolyn K. Howland, declare that I am a citizen of the United States and am employed in Orange County, California; my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; I am over the age of 18 and not a party to the above-entitled action. I am employed by a member of the United States District Court, and at whose direction I caused service of the following document on all parties in this action via the method of service described below.

- DEFENDANT OLIVER POMAZI'S JOINDER IN DEFENDANTS CAREY G. HOWE, RUDDY PALACIOS, AND SHUNMIN HSU'S (1) PRELIMINARY OPPOSITION TO OSC AND (2) OBJECTION AND MOTION TO STRIKE

**[X]  BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

| | |
|---|---|
| Stephen Fairchild<br>Richard McKewen<br>Federal Trade Commission<br>915 2nd Avenue, Suite 2896<br>Seattle, WA 98174<br>sfairchild@ftc.gov<br>rmckewen@ftc.gov | Thomas McNamara<br>Edward Chang<br>Sanjay Bhandari<br>McNamara Smith LLP<br>655 W. Broadway, Suite 1600<br>San Diego, CA 92101<br>echang@mcnamarallp.com<br>sbhandari@mcnamarallp.com |
| Robert Quigley<br>Federal Trade Commission<br>10990 Wilshire Blvd, Suite 400<br>Los Angeles, CA 90024<br>rquigley@ftc.gov | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 15, 2019, at San Clemente, California.

*Carolyn K. Howland*
Carolyn K. Howland