Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bienertkatzman.com
Ariana Seldman Hawbecker, State Bar No. 190506
ahawbecker@bienertkatzman.com
Ali Matin, State Bar No. 268452
amatin@bienertkatzman.com
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

Attorneys for Defendants
Carey G. Howe, Ruddy Palacios,
and Shunmin Hsu

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.,<br><br>        Defendants. | Case No. SACV 19-02109 JVS (ADSx)<br><br>Assigned to Hon. James V. Selna<br>Courtroom 10C<br><br>***SUPPLEMENTAL* DECLARATION OF RUDDY PALACIOS RE FTC'S NOVEMBER 18, 2019 MISSTATEMENT CONCERNING ARETE'S ACCESS TO APPROXIMATELY $5.3 MILLION IN DEBT PAY GATEWAY FUNDS** |

## <u>DECLARATION OF RUDDY PALACIOS</u>

I, Ruddy Palacios, declare and state as follows:

1.      I am a managing member and C.O.O. at Arete Financial Group LLC ("Arete"). I have personal knowledge of the facts set forth in this declaration and if called as a witness could and would competently testify to such matters.

2.      I was in Court on November 18, 2019 when the FTC's lawyers claimed that approximately $5.3 million in funds in Debt Pay Gateway, if released, would be all sent to Arete to do with it what they please.  This statement is inaccurate.  That money would be handled as I explained in Paragraph 5 of my declaration dated November 13, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed the 19th day of November 2019 at Lake Forest, California.


  _/s/ Ruddy Palacios_____
Ruddy Palacios

1

### CERTIFICATE OF SERVICE

2        I declare that I am a citizen of the United States and am employed in Orange County,

3   California; my business address is 903 Calle Amanecer, Suite 350, San Clemente,

4   California 92673; I am over the age of 18 and not a party to the above-entitled action. I am

5   employed by a member of the United States District Court, and at whose direction I caused

6   service of the following document on all parties in this action via the method of service

7   described below.

8   • *SUPPLEMENTAL* DECLARATION OF RUDDY PALACIOS RE FTC'S
       NOVEMBER 18, 2019 MISSTATEMENT CONCERNING ARETE'S ACCESS TO
9      APPROXIMATELY $5.3 MILLION IN DEBT PAY GATEWAY FUNDS

10

11  **[X]  BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with
       the Clerk of the District Court using its CM/ECF System pursuant to the Electronic
12     Case Filing provision of the United States District Court General Order and the E-
       Government Act of 2002, which electronically notifies said parties in this case:

13

14  Stephen Fairchild                          Robert Quigley
    Richard McKewen                            Federal Trade Commission
15  Federal Trade Commission                   10990 Wilshire Blvd, Suite 400
    915 2nd Avenue, Suite 2896                 Los Angeles, CA 90024
16  Seattle, WA 98174                          rquigley@ftc.gov
    sfairchild@ftc.gov
17  rmckewen@ftc.gov

18

19  Thomas McNamara
    Edward Chang
20  Sanjay Bhandari
    McNamara Smith LLP
21  655 W. Broadway, Suite 1600
    San Diego, CA 92101
22  echang@mcnamarallp.com
    sbhandari@mcnamarallp.com
23

24        I declare under penalty of perjury under the laws of the United States of America that

25  the foregoing is true and correct. Executed on November 19, 2019, at San Clemente,

26  California.

27                                             _____
                                               Garrison M. Giali
28

---

SUPPLEMENTAL DECLARATION OF RUDDY PALACIOS