Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bienertkatzman.com
Ariana Seldman Hawbecker, State Bar No. 190506
ahawbecker@bienertkatzman.com
Ali Matin, State Bar No. 268452
amatin@bienertkatzman.com
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

Attorneys for Defendants
Carey G. Howe, Ruddy Palacios,
Shunmin Hsu, and Oliver Pomazi

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.,<br><br>    Defendants. | Case No. SACV 19-02109 JVS (ADSx)<br><br>Assigned to Hon. James V. Selna<br>Courtroom 10C<br><br>**STIPULATION TO EXTEND TIME FOR CAREY HOWE, HSU, PALACIOS, POMAZI, ARETE FINANCIAL GROUP, ARETE FINANCIAL GROUP LLC, CBC CONGLOMERATE LLC, DIAMOND CHOICE INC., J&L ENTERPRISE LLC, LA CASA BONITA INVESTMENTS, INC. AND MJ WEALTH SOLUTIONS, LLC TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: November 6, 2019<br>Current response date: November 27, 2019<br>New response date: December 27, 2019 |

Plaintiff the Federal Trade Commission (the "FTC") and defendants Carey Howe, Shunmin Hsu, Ruddy Palacios, and Oliver Pomazi (the "Arete Individuals") (the FTC and Arete Individuals colletively as the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

## RECITALS

On November 4, 2019, the FTC filed a sealed *Complaint for Permanent Injunction and Other Equitable Relief* in the Central District of California, case number SACV-19-02109-JVS-ADSx (the "Complaint"). The Arete Individuals were named as individual defendants in the Complaint.

In addition to the Arete Individuals, numerous corporate entities were named as defendants in the Complaint.

On November 6, 2019, the Arete Individuals were personally served with copies of the Complaint on behalf of themselves and Arete Financial Group, Arete Financial Group LLC, CBC Conglomerate LLC, Diamond Choice Inc., J&L Enterprise LLC, La Casa Bonita Investments, Inc., MJ Wealth Solutions, LLC (the "Corporate Defendants").

Purusuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the Arete Individuals' responses to the Complaint are currently due on Wednesday, November 27, 2019; the Corporate Defendants have yet to retain counsel.

On November 25, 2019, counsel for the Parties conferred regarding the Arete Individuals' request for a 30-day extension to respond to the Complaint.

On November 25, 2019, the FTC agreed to a 30-day extension for the Arete Individuals to file their responses to the Complaint, along with Corporate Defendants.

As a condition of the agreement to extend their time to respond to the Complaint by 30-days, the Arete Individuals agree that, should they file any responsive pleading(s) other than answer(s), the Parties agree to an extended briefing schedule that affords the FTC a reasonable extension of time to respond to such pleadings, as set forth below.

///

///

## STIPULATION

1. Plaintiff FTC agrees to grant the Arete Individuals a 30-day extension of time, up to and until December 27, 2019, to file responses to the Complaint.

2. Should the Arete Individuals file responsive pleading(s) other than answer(s) to the Complaint, the Parties agree to the following briefing schedule:

Deadline for FTC's Opposition: January 17, 2020
Deadline for Arete Individuals' Reply: January 27, 2020
Motion Hearing Date: February 10, 2020

**IT IS SO STIPULATED.**

Dated: November 26, 2019

**FEDERAL TRADE COMMISSION**

By: _____
Stephen T. Fairchild
Richard McKewen
*Counsel for the FTC*

Dated: November 26, 2019

**BIENERT | KATZMAN PC**

By: _____
Thomas H. Bienert, Jr.
Ariana Seldman Hawbecker
Ali Matin
*Counsel for the Defendants Howe, Hsu, Palacios, and Pomazi*

# CERTIFICATE OF SERVICE

I, Garrison M. Giali, declare that I am a citizen of the United States and am employed in Orange County, California; my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; I am over the age of 18 and not a party to the above-entitled action. I am employed by a member of the United States District Court, at whose direction I caused service of the foregoing document on all parties in this action via the method of service described below.

**[X] BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

Stephen Fairchild
Richard McKewen
Federal Trade Commission
915 2nd Avenue, Suite 2896
Seattle, WA 98174
sfairchild@ftc.gov
rmckewen@ftc.gov

Robert Quigley
Federal Trade Commission
10990 Wilshire Blvd, Suite 400
Los Angeles, CA 90024
rquigley@ftc.gov

Thomas McNamara
Edward Chang
Sanjay Bhandari
McNamara Smith LLP
655 W. Broadway, Suite 1600
San Diego, CA 92101
echang@mcnamarallp.com
sbhandari@mcnamarallp.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 26, 2019, at San Clemente, California.

_____
Garrison M. Giali