1  STEPHEN T. FAIRCHILD
   WA Bar No. 41214; sfairchild@ftc.gov
2  RICHARD MCKEWEN
3  WA Bar No. 45041; rmckewen@ftc.gov
   FEDERAL TRADE COMMISSION
4  915 Second Avenue, Suite 2896
5  Seattle, WA 98174
   Tel.: (206) 220-6350; Fax: (206) 220-6366
6

7  ROBERT J. QUIGLEY, Local Counsel
   CA Bar No. 302879; rquigley@ftc.gov
8  FEDERAL TRADE COMMISSION
9  10990 Wilshire Boulevard, Suite 400
10 Los Angeles, CA 90024
   Tel.: (310) 824-4300; Fax: (310) 824-4380
11

12 Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Civ. No. 8:19-cv-02109-JVS (ADSx) |
|---|---|
| Plaintiff, | Assigned to Hon. James V. Selna<br>Courtroom 10C |
| v. | |
| AMERICAN FINANCIAL SUPPORT SERVICES INC., et al., | **STIPULATION TO EXTEND TIME FOR JAY SINGH, AMERICAN FINANCIAL SUPPORT SERVICES INC., AND US FINANCIAL FREEDOM CENTER, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| Defendants. | |
| | Complaint served: Nov. 6, 2019<br>Current response date: Nov. 27, 2019<br>New response date: Dec. 27, 2019 |

Plaintiff, the Federal Trade Commission ("FTC"), and Defendants Jay Singh, American Financial Support Services Inc., and US Financial Freedom Center, Inc. (the "Singh Defendants") (the FTC and the Singh Defendants collectively as the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

## STIPULATION

1. Plaintiff FTC agrees to grant the Singh Defendants a 30-day extension of time, up to and until December 27, 2019, to file responses to the Complaint.

2. Should the Singh Defendants file responsive pleading(s) other than answer(s) to the Complaint, the Parties agree to the following briefing schedule:

Deadline for FTC's Opposition: January 17, 2020

Deadline for Singh Defendants' Reply: January 27, 2020

Motion Hearing Date: February 10, 2020

**IT IS SO STIPULATED.**

**FEDERAL TRADE COMMISSION**

Dated: November 27, 2019

By: /s/ Stephen T. Fairchild
Stephen T. Fairchild
Richard McKewen
*Counsel for the FTC*

**WILLIAM R. MITCHELL, INC.**

Dated: November 27, 2019

By: /s/ William R. Mitchell
William R. Mitchell
*Counsel for Defendants Jay Singh,*
*American Financial Support Services Inc.,*
*and US Financial Freedom Center, Inc.*