NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Thomas H. Bienert, Jr. (SBN 135311)
Ariana Seldman Hawbecker (SBN 190506)
Ali Matin (SBN 268452)
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Tel: (949) 369-3700

ATTORNEY(S) FOR: Ruddy Palacios, Carey Howe, Shunmin Hsu, and Oliver Pomazi

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | SACV 19-02109 JVS (ADSx) |
| v. | |
| AMERICAN FINANCIAL SUPPORT SERVICES INC., et al., | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s). | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Ruddy Palacios, Carey Howe, Shunmin Hsu, and Oliver Pomazi or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Arete Financial Group, Inc. | Defendant |
| Arete Financial Group, LLC | Defendant |
| CBC Conglomerate, LLC, d.b.a. "1file.org" | Defendant |
| La Casa Bonita Investments, Inc. | Defendant |
| Anna C. Howe | Defendant |
| Diamond Choice, Inc. | Defendant |
| J&L Enterprise, LLC d.b.a. "Premier Solutions Servicing" | Defendant |
| MJ Wealth Solutions, LLC | Relief Defendant |

December 27, 2019
Date

Signature

Ali Matin
Counsel of record for Ruddy Palacios, Carey Howe, Shunmin Hsu, and Oliver Pomazi