# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.,<br><br>Defendants,<br><br>MJ WEALTH SOLUTIONS, LLC,<br><br>Relief Defendant. | Case No. 8:19-cv-02109-JVS (ADSx)<br><br>**ORDER AUTHORIZING RECEIVER TO LIQUIDATE OR ABANDON RECEIVERSHIP ESTATE ASSETS, VACATE LEASED PREMISES, AND RETURN LEASED VEHICLES TO LESSORS**<br><br>JUDGE:  Hon. James V. Selna<br>CTRM:   10C |

This matter comes before the Court on the *ex parte* application by the Court-appointed Receiver Thomas W. McNamara ("Receiver") for an order authorizing the liquidation or abandonment of Receivership Estate assets, the vacation of leased premises, and the return of leased vehicles to their respective lessors.

**IT IS HEREBY ORDERED** that:

1. The Receiver shall sell via commercially reasonable means Assets of the Receivership Entities, including, but not limited to, cubicles, office furniture, and computer equipment located at (i) 1261 East Dyer Road, Suites 100, 200, and 250, Santa Ana, CA, (ii) 5772 Bolsa Avenue, Suite 220, Huntington Beach, CA,

1  (iii) 18001 Sky Park Circle, Suites L-M, Irvine, CA, and (iv) 500 Ygnacio Valley
2  Road, Suite 430, Walnut Creek, CA (collectively, the "Receivership Sites") as
3  soon as reasonably practical, and without further Court order or hearing, in such a
4  manner as the Receiver determines to be most cost-effective so as to maximize the
5  recovery to the receivership estate, in the Receiver's discretion and business
6  judgment, in one or more public auctions and/or private sales, or any combination
7  thereof, as the Receiver may determine will maximize value, minimize expense
8  and expedite the sale, and such sales shall be deemed authorized and approved
9  under 28 U.S.C. § 2004 without further notice, hearing, or court order.

10      2.    Before the sale of the Assets of the Receivership Entities, the Receiver
11  shall preserve all business records and hard drives that the Receiver has determined
12  contain consumer personal information and/or potential evidence.  These items will
13  be kept in a storage facility to be determined by the Receiver.

14      3.    In the Receiver's discretion and business judgment, the Receiver may
15  abandon Assets of the Receivership Entities that cannot be profitably liquidated for
16  the benefit of the receivership estate without further notice, hearing, or court order.

17      4.    The Receiver shall destroy documents which were located in shred
18  bins when the Receiver took control of the Receivership Sites.

19      5.    The Receiver shall take all steps necessary to vacate the Receivership
20  Sites and return the properties to the lessors.

21      6.    If the Receiver determines that there is no equity in any vehicles
22  leased by the Receivership Entities, including, but not limited to, (i) 2020 BMW
23  750i, (ii) 2019 Lamborghini Urus, (iii) 2018 Mercedes G63, (iv) Rolls Royce
24  Cullinan, (v) 2018 Toyota RAV4 (black), and (vi) 2018 Toyota RAV4 (white), the
25  Receiver shall immediately return the vehicle to the respective lessor.

26  ///
27  ///
28  ///

7. All such sales of the Assets of the Receivership Entities shall be deemed authorized and approved under 28 U.S.C. § 2004 without further notice, hearing, or court order.

**IT IS SO ORDERED.**

Dated: December 30, 2019

Hon. James V. Selna
United States District Judge