Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bienertkatzman.com
Ariana Seldman Hawbecker, State Bar No. 190506
ahawbecker@bienertkatzman.com
Ali Matin, State Bar No. 268452
amatin@bienertkatzman.com
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701

Attorneys for Defendants
Carey G. Howe, Ruddy Palacios,
Shunmin Hsu, and Oliver Pomazi

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION<br><br>　　　Plaintiff<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.<br><br>　　　Defendants | Case No. SACV 19-02109 JVS (ADSx)<br><br>Assigned to Hon. James V. Selna<br>Courtroom 10C<br><br>**ORDER GRANTING STIPULATION TO MODIFY PRELIMINARY INJUNCTION ORDER TO PERMIT SHORT SALE OF CAREY HOWE'S RESIDENCE** |
|---|---|

Having considered the *Stipulation to Modify Preliminary Injunction to Permit Short Sale of Defendant Carey Howe's Residence* ("Stipulation"), and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is **GRANTED**.

2. The *Order for Preliminary Injunction with Asset Freeze, Appointment of Receiver, and Other Equitable Relief* ("PI Order") is hereby modified to permit the short sale of defendant Carey's Howe's residence, located at 209 18th Street, Huntington Beach, California ("Residence").

3. To the extent there are any unencumbered net proceeds available to Mr. Howe after the payment of liens, encumbrances, and costs associated with the short sale of the Residence, Mr. Howe shall cause such net proceeds to be placed in Bienert | Katzman PC's client trust account where they will be subject to the asset freeze in the PI Order until further Court order.

Dated: January 6, 2020

_____
Hon. James V. Selna
District Court Judge