January 13, 2020

**DENIED**

BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 8:19-cv-02109-JVS (ADSx) |
| Plaintiff, | **ORDER AUTHORIZING RECEIVER TO SELL RECEIVERSHIP ENTITY'S DEBT SETTLEMENT ACCOUNTS** |
| v. | |
| AMERICAN FINANCIAL SUPPORT SERVICES INC., et al., | |
| Defendants, | |
| MJ WEALTH SOLUTIONS, LLC, | |
| Relief Defendant. | |

This matter comes before the Court on the *ex parte* application by the Court-appointed receiver Thomas W. McNamara ("Receiver") for an order authorizing and confirming the sale of Receivership Entity Arete Financial Group LLC's ("Arete") consumer debt settlement accounts to New Era Group, Inc. d/b/a New Era Debt Solutions ("New Era").

**IT IS HEREBY ORDERED** that:

1.  The Purchase Agreement between the Receiver and New Era is approved.

///

2. The Receiver shall sell Arete's consumer debt settlement accounts to New Era for $1,200,000 payable in twelve monthly payments of $100,000 as-is and without any representations or warranties.

3. Within two business days of entry of this order, New Era shall transfer via wire transfer to the Receiver $100,000. New Era shall make subsequent monthly payments of $100,000 via wire transfer to the Receiver on the 15th of each month.

4. Arete's consumer debt settlement accounts shall be assigned to New Era.

5. The Receiver shall be entitled to all fees earned by Arete before entry of this order.

6. New Era shall assume Arete's contracts with Debt Pay Gateway Inc. and Debt Pay, Inc. d/b/a DebtPayPro.

7. The Court will retain jurisdiction over any disputes arising out the sale to New Era.

8. The sale of Arete's consumer debt settlement accounts is authorized and approved under 28 U.S.C. § 2004 without further notice, hearing, or court order.

**IT IS SO ORDERED.**

Dated: _____

**DENIED**
BY ORDER OF THE COURT

Hon. James V. Selna
United States District Judge

The Court sets a conference for January 21, 2020 at 9:30 a.m. to discuss compliance with 28 U.S.C. Sections 2001, 2004 and the feasibility of the individual defendants to run the Debt Settlement Business in light of the Receiver's steps to secure documentation related to the student loan business. JVS January 13, 2020