# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 19-02109JVS(ADSx) | Date | January 21, 2020 |
|---|---|---|---|

| Title | Federal Trade Commission v American Financial Support Services, Inc, et al |
|---|---|

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Rolls Royce Paschal | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen Fairchild | Ariana Hawbecker |

Thomas McNamara, Receiver

Aaron Watts, Interested Party,
Debt Pay Gateway Funds

**Proceedings:**   Status Conference

Cause is called for hearing and counsel make their appearances. Court and counsel confer. For the reasons stated on the record, the Court continues this matter to **January 24, 2020 at 8:00 a.m.**

Counsel shall meet and confer, and submit a status report no later than 12:00 noon on January 23, 2020.

|  | : | 25 |
|---|---|---|
| Initials of Preparer | rrp |  |