# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.,<br><br>Defendants. | Civ. No. 8:19-cv-02109-JVS (ADSx)<br><br>**ORDER AUTHORIZING SERVICE OF PROCESS ON DEFENDANT ANNA C. HOWE BY ALTERNATIVE MEANS** |

Upon consideration of Plaintiff Federal Trade Commission's ("FTC") Motion to Authorize Service of Process on Defendant Anna C. Howe by Alternative Means, the declarations filed in support thereof, and any opposition thereto, the Court finds that there is good cause to authorize service of the Summons and Complaint by means of email and social media on Defendant Anna C. Howe.

Therefore, IT IS HEREBY ORDERED:

1. The FTC's Motion is GRANTED.
2. The FTC's December 10, 2019 email to annahowe2014@gmail.com attaching the Summons (Dkt. 25) and Complaint (Dkt. 1) constitutes valid service upon Ms. Howe.

3.      Within (7) days of this Order, the FTC may send an additional email to annahowe2014@gmail.com notifying her again of this action and attaching the Summons, the Complaint, and this Order. Service of the Summons and Complaint on Ms. Howe shall be effective as of the date any email is sent to her pursuant to this paragraph.

4.      Within seven (7) days of this Order, the FTC may send a message notifying Ms. Howe of this action, and attaching the Summons, the Complaint, and this Order, to social media profiles associated with Ms. Howe on Facebook and LinkedIn. The FTC may also send such message to any other social media platforms on which it can locate a profile for Ms. Howe. Service of the Summons and Complaint on Ms. Howe shall be effective as of the date any messages are sent pursuant to this paragraph.

5.      If Ms. Howe does not file an answer or otherwise respond to the Complaint within twenty-one (21) days of this Order, or within twenty-one (21) days of any additional service the FTC may effectuate pursuant to paragraphs 3 or 4 of this Order, the FTC may seek the entry of a default against Ms. Howe. *See* Fed. R. Civ. P. 55(a).

6.      The Court further finds that oral argument would not be helpful on this matter and vacates the January 27, 2020 hearing.  Fed. R. Civ. P. 78; L.R. 7-15.

Dated: January 22, 2020

                              HON. JAMES V. SELNA
                              UNITED STATES DISTRICT JUDGE