STEPHEN T. FAIRCHILD
WA Bar No. 41214; sfairchild@ftc.gov
RICHARD MCKEWEN
WA Bar No. 45041; rmckewen@ftc.gov
FEDERAL TRADE COMMISSION
915 Second Avenue, Suite 2896
Seattle, WA 98174
Tel.: (206) 220-6350; Fax: (206) 220-6366

ROBERT J. QUIGLEY, Local Counsel
CA Bar No. 302879; rquigley@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel.: (310) 824-4300; Fax: (310) 824-4380

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.,<br><br>Defendants. | Civ. No. 8:19-cv-02109-JVS (ADSx)<br><br>**PLAINTIFF FTC'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS ARETE FINANCIAL GROUP; ARETE FINANCIAL GROUP LLC; CBC CONGLOMERATE LLC; DIAMOND CHOICE INC.; J&L ENTERPRISE LLC; LA CASA BONITA INVESTMENTS, INC.; AND MJ WEALTH SOLUTIONS, LLC** |

TO THE CLERK OF COURT:

Pursuant to Fed. R. Civ. P. 55, Plaintiff, the Federal Trade Commission ("FTC"), requests that the Clerk of Court enter default against the following Defendants:

1. **Arete Financial Group**, a corporation, also d/b/a Arete Financial Freedom;
2. **Arete Financial Group LLC**;
3. **CBC Conglomerate LLC**, also d/b/a 1file.org;
4. **Diamond Choice Inc.**, also d/b/a Interest Rate Solutions;
5. **J&L Enterprise LLC**, also d/b/a Premier Solutions Servicing;
6. **La Casa Bonita Investments, Inc.**, f/k/a La Casa Bonita Investments LLC, also d/b/a Education Loan Network, also d/b/a Edunet;

and against

7. Relief Defendant **MJ Wealth Solutions, LLC**.

As set forth in the accompanying declaration of undersigned counsel and the proofs of service on file with this Court, these Defendants were served with a Summons and a Complaint for Permanent Injunction and Other Equitable Relief, and have failed to file a response or answer, or otherwise appear or defend in this action, within the time allowed by the Federal Rules. Specifically, these Defendants were served on the following dates:

| Defendants | Proofs of Service | Dates of Service |
|---|---|---|
| Arete Financial Group, a corporation, also d/b/a Arete Financial Freedom | Dkt. 61 | November 6, 2019 |
| Arete Financial Group LLC | Dkt. 60 | |
| CBC Conglomerate LLC, also d/b/a 1file.org | Dkt. 63 | |
| Diamond Choice Inc., also d/b/a Interest Rate Solutions | Dkt. 64 | |
| J&L Enterprise LLC, also d/b/a Premier Solutions Servicing | Dkt. 66 | |

PLAINTIFF FTC'S APPLICATION FOR ENTRY OF DEFAULT – 1

| | | |
|---|---|---|
| La Casa Bonita Investments, Inc., f/k/a La Casa Bonita Investments LLC, also d/b/a Education Loan Network, also d/b/a Edunet | Dkt. 119 | January 23, 2020 |
| MJ Wealth Solutions, LLC | Dkt. 120 | |

Because these Defendants have not filed a response or answer to the Complaint within the time allowed by the Federal Rules, and have not otherwise appeared or defended in this action, the FTC respectfully requests that the Clerk enter default against them.

Respectfully submitted,

Dated:  March 18, 2020

/s/ Stephen T. Fairchild
Stephen T. Fairchild
Richard McKewen
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION