STEPHEN T. FAIRCHILD
WA Bar No. 41214; sfairchild@ftc.gov
RICHARD MCKEWEN
WA Bar No. 45041; rmckewen@ftc.gov
FEDERAL TRADE COMMISSION
915 Second Avenue, Suite 2896
Seattle, WA 98174
Tel.: (206) 220-6350; Fax: (206) 220-6366

ROBERT J. QUIGLEY, Local Counsel
CA Bar No. 302879; rquigley@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel.: (310) 824-4300; Fax: (310) 824-4380

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.,<br><br>Defendants. | Civ. No. 8:19-cv-02109-JVS (ADSx)<br><br>**DECLARATION OF STEPHEN T. FAIRCHILD IN SUPPORT OF PLAINTIFF FTC'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS ARETE FINANCIAL GROUP; ARETE FINANCIAL GROUP LLC; CBC CONGLOMERATE LLC; DIAMOND CHOICE INC.; J&L ENTERPRISE LLC; LA CASA BONITA INVESTMENTS, INC.; AND MJ WEALTH SOLUTIONS, LLC** |

I, Stephen T. Fairchild, declare as follows:

1. I am counsel of record in this action for Plaintiff, the Federal Trade Commission. I am a United States citizen over 18 years of age. The following facts are true based upon my personal knowledge.

**Defendant Arete Financial Group**

2. Defendant Arete Financial Group was served pursuant to Fed. R. Civ. P. 4(h) on November 6, 2019, as evidenced by the proof of service on file with this Court as Document 61.

3. Under Rule 12, defendant Arete Financial Group was required to plead or otherwise respond to the complaint by November 27, 2019. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4. Defendant Arete Financial Group has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

5. Defendant Arete Financial Group is not a minor or incompetent person.

6. Defendant Arete Financial Group is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

**Defendant Arete Financial Group LLC**

7. Defendant Arete Financial Group LLC was served pursuant to Fed. R. Civ. P. 4(h) on November 6, 2019, as evidenced by the proof of service on file with this Court as Document 60.

8. Under Rule 12, defendant Arete Financial Group LLC was required to plead or otherwise respond to the complaint by November 27, 2019. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

9. Defendant Arete Financial Group LLC has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

10. Defendant Arete Financial Group LLC is not a minor or incompetent person.

11. Defendant Arete Financial Group LLC is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

**Defendant CBC Conglomerate LLC**

12. Defendant CBC Conglomerate LLC was served pursuant to Fed. R. Civ. P. 4(h) on November 6, 2019, as evidenced by the proof of service on file with this Court as Document 63.

13. Under Rule 12, defendant CBC Conglomerate LLC was required to plead or otherwise respond to the complaint by November 27, 2019. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

14. Defendant CBC Conglomerate LLC has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

15. Defendant CBC Conglomerate LLC is not a minor or incompetent person.

16. Defendant CBC Conglomerate LLC is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

**Defendant Diamond Choice Inc.**

17. Defendant Diamond Choice Inc. was served pursuant to Fed. R. Civ. P. 4(h) on November 6, 2019, as evidenced by the proof of service on file with this Court as Document 64.

18. Under Rule 12, defendant Diamond Choice Inc. was required to plead or otherwise respond to the complaint by November 27, 2019. The time to plead or

otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

19. Defendant Diamond Choice Inc. has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

20. Defendant Diamond Choice Inc. is not a minor or incompetent person.

21. Defendant Diamond Choice Inc. is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

**Defendant J&L Enterprise LLC**

22. Defendant J&L Enterprise LLC was served pursuant to Fed. R. Civ. P. 4(h) on November 6, 2019, as evidenced by the proof of service on file with this Court as Document 66.

23. Under Rule 12, defendant J&L Enterprise LLC was required to plead or otherwise respond to the complaint by November 27, 2019. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

24. Defendant J&L Enterprise LLC has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

25. Defendant J&L Enterprise LLC is not a minor or incompetent person.

26. Defendant J&L Enterprise LLC is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

**Defendant La Casa Bonita Investments, Inc.**

27. Defendant La Casa Bonita Investments, Inc. was served pursuant to Fed. R. Civ. P. 4(h) on January 23, 2020, as evidenced by the proof of service on file with this Court as Document 119.

28. Under Rule 12, defendant La Casa Bonita Investments, Inc. was required to plead or otherwise respond to the complaint by February 13, 2020. The

time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

29. Defendant La Casa Bonita Investments, Inc. has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

30. Defendant La Casa Bonita Investments, Inc. is not a minor or incompetent person.

31. Defendant La Casa Bonita Investments, Inc. is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

**Relief Defendant MJ Wealth Solutions, LLC**

32. Relief Defendant MJ Wealth Solutions, LLC was served pursuant to Fed. R. Civ. P. 4(h) on January 23, 2020, as evidenced by the proof of service on file with this Court as Document 120.

33. Under Rule 12, Relief Defendant MJ Wealth Solutions, LLC was required to plead or otherwise respond to the complaint by February 13, 2020. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

34. Relief Defendant MJ Wealth Solutions, LLC has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

35. Relief Defendant MJ Wealth Solutions, LLC is not a minor or incompetent person.

36. Relief Defendant MJ Wealth Solutions, LLC is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

///
///
///
///

1  I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of March, 2020, at Seattle, Washington.

/s/ Stephen T. Fairchild
Stephen T. Fairchild, WA Bar No. 41214
Attorney for Plaintiff
FEDERAL TRADE COMMISSION

DECLARATION OF STEPHEN T. FAIRCHILD IN SUPPORT OF PLAINTIFF FTC'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS ARETE FINANCIAL GROUP; ARETE FINANCIAL GROUP LLC; CBC CONGLOMERATE LLC; DIAMOND CHOICE INC.; J&L ENTERPRISE LLC; LA CASA BONITA INVESTMENTS, INC.; AND MJ WEALTH SOLUTIONS, LLC – 5