# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 19-02109JVS(ADSx) |
| Date | March 26, 2020 |
| Title | Federal Trace Commission v American Financial Support Services, Inc, et al |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:**   **[IN CHAMBERS] ORDER RE SCHEDULING DATES**

The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

| | |
|---|---|
| **Jury Trial** | **March 16, 2021 at 8:30 a.m.** |
| File Findings of Fact and Conclusions of Law by March 8, 2021 | |
| **Final PreTrial Conference** | **March 1, 2021 at 11:00 a.m.** |
| File PreTrial Documents not later than February 22, 2021 | |
| File motions in limine not later than February 1, 2021 | |
| **Discovery Cut-off** | **November 30, 2020** |
| **Expert Discovery Cut-off** | **November 30, 2020** |
| Initial disclosure of Experts not later than October 26, 2020 | |
| Rebuttal disclosure of Experts not later than November 9, 2020 | |
| **Law and Motion Cut-off** | **January 25, 2021 at 1:30 p.m.** |
| Motions to be filed and served not later than December 28, 2020 | |

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR #2, before the Court's Attorney Settlement Panel.  The Court orders that any settlement discussions shall be completed not later than November 30, 2020.  Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

The Court orders no limit on requests for admissions and requests for production. The number of depositions are ordered per the parties agreed numbers.

|   |   : | 0 |
|---|---|---|
| | Initials of Preparer | lmb |