# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Federal Trade Commission,

PLAINTIFF(S)

v.

American Financial Support Services Inc. et al

DEFENDANT(S).

CASE NUMBER

**AMENDED**

SACV 19-02109-JVS (ADSx)

**DEFAULT BY CLERK**
**F.R.Civ.P. 55(a)**

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered: 1. Arete Financial Group, a corporation, also d/b/a Arete Financial Freedom;

Arete Financial Group LLC;

CBC Conglomerate LLC, also d/b/a 1file.org;

Diamond Choice Inc., d/b/a Interest Rate Solutions;

J&L Enterprise LLC, d/b/a Premier Solutions Servicing;

La Casa Bonita Investments, Inc., f/k/a

La Casa Bonita Investments LLC, d/b/a

Education Loan Network, also d/b/a Edunet;

MJ Wealth Solutions, LLC.

Clerk, U. S. District Court

3/20/20

Date

By E. Synagogue

Deputy Clerk

CV-37 (10/01)  DEFAULT BY CLERK F.R.Civ.P. 55(a)