UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 16 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>CAREY G. HOWE, individually and as an officer or manager of Arete Financial Group; et al.,<br><br>        Defendants - Appellants,<br><br> and<br><br>AMERICAN FINANCIAL SUPPORT SERVICES, INC.; et al.,<br><br>        Defendants. | No. 20-55091<br><br>D.C. No. 8:19-cv-02109-JVS-ADS<br>U.S. District Court for Central California, Santa Ana<br><br>**ORDER** |
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br> CAREY G. HOWE, individually and as an officer or manager of Arete Financial Group; et al.,<br><br>        Defendants - Appellants, | No. 20-55092<br><br>D.C. No. 8:19-cv-02109-JVS-ADS<br>U.S. District Court for Central California, Santa Ana |

and

AMERICAN FINANCIAL SUPPORT SERVICES, INC.; et al.,

        Defendants,

------------------------------

THOMAS W. MCNAMARA,

        Receiver - Appellee.

The motion filed by the appellants on September 15, 2020 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7