STEPHEN T. FAIRCHILD
WA Bar No. 41214; sfairchild@ftc.gov
RICHARD MCKEWEN
WA Bar No. 45041; rmckewen@ftc.gov
FEDERAL TRADE COMMISSION
915 Second Avenue, Suite 2896
Seattle, WA 98174
Tel.: (206) 220-6350; Fax: (206) 220-6366

ROBERT J. QUIGLEY, Local Counsel
CA Bar No. 302879; rquigley@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel.: (310) 824-4300; Fax: (310) 824-4380

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.,<br><br>Defendants. | Civ. No. 8:19-cv-02109-JWH (ADSx)<br><br>**PLAINTIFF FTC'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ARETE FINANCIAL GROUP; ARETE FINANCIAL GROUP LLC; CBC CONGLOMERATE LLC; DIAMOND CHOICE INC.; J&L ENTERPRISE LLC; LA CASA BONITA INVESTMENTS, INC.; AND RELIEF DEFENDANT MJ WEALTH SOLUTIONS, LLC**<br><br>Date:    Friday, February 5, 2021<br>Time:   9:00 a.m.<br>Judge:  Hon. John W. Holcomb<br><br>**REQUEST TO WAIVE ORAL ARGUMENT** |

TO: ALL PARTIES AND COUNSEL OF RECORD

  PLEASE TAKE NOTICE that on Friday, February 5, 2021, at 9:00 a.m., before the Honorable John W. Holcomb, in Courtroom 2 of the United States Courthouse for the Central District of California, Eastern Division, 3470 12th Street, Riverside, California, Plaintiff Federal Trade Commission ("FTC") will and hereby does move the Court to enter default judgment against Defendants Arete Financial Group, a corporation, also d/b/a Arete Financial Freedom; Arete Financial Group LLC; CBC Conglomerate LLC, also d/b/a 1file.org; Diamond Choice Inc., d/b/a Interest Rate Solutions; J&L Enterprise LLC, d/b/a Premier Solutions Servicing; La Casa Bonita Investments, Inc., f/k/a La Casa Bonita Investments LLC, d/b/a Education Loan Network, also d/b/a Edunet; and Relief Defendant MJ Wealth Solutions, LLC (collectively, "Defaulting Defendants").

  Undersigned FTC counsel was unable to hold a conference of counsel with Defaulting Defendants pursuant to L.R. 7-3, since Defaulting Defendants have not appeared through counsel or otherwise defended in this action. *See* L.R. 83-2.2.2 ("No organization or entity of any other kind . . . may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1."). The Receiver and counsel for Defendants American Financial Support Services Inc., US Financial Freedom Center, Inc., and Jay Singh have advised undersigned counsel that they do not oppose this Motion.

  This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of FTC Counsel Stephen T. Fairchild, the Amended Default entered by the Clerk of Court on March 20, 2020 (Dkt. 140), the pleadings and papers filed in this action, and any further argument and matters as may be offered at the Court's request. A proposed default judgment order is included herewith.

  The FTC respectfully suggests that this Motion may be decided without oral argument and hereby requests that oral argument be waived.

Respectfully submitted,

Dated: January 8, 2021

/s/ Stephen T. Fairchild
Stephen T. Fairchild
Richard McKewen
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION