STEPHEN T. FAIRCHILD
WA Bar No. 41214; sfairchild@ftc.gov
RICHARD MCKEWEN
WA Bar No. 45041; rmckewen@ftc.gov
FEDERAL TRADE COMMISSION
915 Second Avenue, Suite 2896
Seattle, WA 98174
Tel.: (206) 220-6350; Fax: (206) 220-6366

ROBERT J. QUIGLEY, Local Counsel
CA Bar No. 302879; rquigley@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel.: (310) 824-4300; Fax: (310) 824-4380

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.,<br><br>Defendants. | Civ. No. 8:19-cv-02109-JWH (ADSx)<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's order of June 9, 2021 [ECF No. 170], the parties, Plaintiff Federal Trade Commission ("FTC") and Defendants Jay Singh, American Financial Support Services Inc., and US Financial Freedom Center, Inc. ("Defendants"), respectfully submit this Joint Status Report.

On April 5, 2021, the parties filed a Proposed Stipulated Order for Permanent Injunction and Monetary Judgment ("Proposed Order") that would have resolved all remaining issues between the FTC and the Defendants [ECF Nos. 167, 167-1]. On April 22, 2021, the Supreme Court issued its decision in *AMG Capital Management, LLC v. FTC*, 141 S. Ct. 1341 (2021), holding that the FTC may not obtain equitable monetary relief under Section 13(b) of the FTC Act, 15 U.S.C. § 53(b).[1] At the status conference held on May 7, 2021, this Court continued the hearing on the Proposed Order to allow the parties to consider whether the *AMG* decision necessitated changes to the Proposed Order [ECF No. 169].

The parties have met and conferred regarding *AMG* and its impact on the Proposed Order. The parties continue to agree that settlement of this case is in the parties' and the public's interest, and have made modifications to the Stipulated Permanent Injunction in light of *AMG*. Contemporaneously with this Joint Status Report, the parties are submitting a revised Proposed Stipulated Order for the Court's consideration in advance of the status conference set for Friday, June 18, 2021.

Respectfully submitted,

Dated: June 14, 2021

/s/ Stephen T. Fairchild
Stephen T. Fairchild
Richard McKewen
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

/s/ William R. Mitchell
William R. Mitchell
WILLIAM R. MITCHELL, INC.
Attorney for Defendant
Jay Singh

---

[1] The *AMG* decision did not affect the FTC's ability to obtain monetary relief under Section 19 of the FTC Act, 15 U.S.C. § 57b, which the FTC has alleged in this case. *See AMG*, 141 S. Ct. at 1352.