STEPHEN T. FAIRCHILD
WA Bar No. 41214; sfairchild@ftc.gov
RICHARD MCKEWEN
WA Bar No. 45041; rmckewen@ftc.gov
FEDERAL TRADE COMMISSION
915 Second Avenue, Suite 2896
Seattle, WA 98174
Tel.: (206) 220-6350; Fax: (206) 220-6366

ROBERT J. QUIGLEY, Local Counsel
CA Bar No. 302879; rquigley@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel.: (310) 824-4300; Fax: (310) 824-4380

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL SUPPORT SERVICES INC., et al.,<br><br>Defendants. | Civ. No. 8:19-cv-02109-JWH (ADSx)<br><br>Assigned to: Hon. John W. Holcomb<br>Courtroom: 2<br><br>**STIPULATION TO STAY CASE FOR NINETY DAYS TO CONSIDER APPROVAL OF SETTLEMENT AGREEMENT** |

    Plaintiff, the Federal Trade Commission ("FTC"), and Defendants Arete Financial Group and Arete Financial Group LLC ("Stipulating Defendants") respectfully submit this stipulation for entry of an order staying the case for ninety (90) days. In support of this request, the parties state:

1. Counsel for the FTC and Stipulating Defendants have reached an agreement in principle on the terms of a proposed final settlement that would resolve all matters in dispute between them in this action.

2. Although FTC counsel has authority to negotiate settlement agreements, under Section 4.14 of the FTC's Rules of Practice, 16 C.F.R. § 4.14(c), only a majority vote by the FTC's Commissioners can approve any such agreements. In addition, the proposed final settlement must be approved by senior management of the FTC's Bureau of Consumer Protection.

3. If a majority of the FTC's Commissioners approves the proposed final settlement, further litigation between the FTC and Stipulating Defendants will not be necessary.

4. A hearing on the FTC's motion for entry of default judgment (Dkt. 161) and Stipulating Defendants' motion to set aside entry of default (Dkt. 194) is currently set for December 3, 2021. *See* Dkt. 204. Because the FTC's review and approval process may take several weeks, in order to conserve public and private resources, the FTC and Stipulating Defendants respectfully request that the Court stay the case, including the hearing, for ninety (90) days to allow adequate time for the Commission to review and vote on the proposed final settlement.

5. The other remaining parties to this action will not be prejudiced by a stay. The remaining Defendants have not answered or otherwise appeared in this action, and the Clerk of Court entered default against them.[1] Dkt. 140. The FTC's

---

[1] The remaining Defendants are CBC Conglomerate LLC; Diamond Choice Inc.; J&L Enterprise LLC; La Casa Bonita Investments, Inc.; and Relief Defendant MJ Wealth Solutions, LLC (the "Remaining Defendants"). The Remaining Defendants have also reached an agreement in principle on the terms of a proposed final settlement that would resolve all matters in dispute between them in this action. Upon approval of the settlement by the FTC's Commissioners, counsel for the Stipulating Defendants will appear in this action on behalf of the Remaining Defendants to effectuate the settlement.

motion for default judgment against these Defendants is presently before the Court. Dkt. 161.

6.    If a majority of the Commission does not approve the proposed final settlement, or if ninety (90) days pass without action by the Commission, the parties will promptly notify the Court.

A proposed order is submitted herewith.

**IT IS SO STIPULATED.**

Dated: November 29, 2021        FEDERAL TRADE COMMISSION

By: /s/ Stephen T. Fairchild
Stephen T. Fairchild
Richard McKewen
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

Dated: November 29, 2021        COHEN WILLIAMS LLP

By: /s/ Atoosa N. Esmaili
Marc S. Williams
Kathleen M. Erskine
Atoosa N. Esmaili
Attorneys for Defendants Arete Financial Group dba Arete Financial Freedom and Arete Financial Group LLC